```
 1  PETER R. BOUTIN, CASB No. 65261
    peter.boutin@kyl.com
 2  GORDON C. YOUNG, CASB No. 158100
    gordon.young@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 4  Four Embarcadero Center, Suite 1500
    San Francisco, California 94111
 5  Telephone:  (415) 398-6000
    Facsimile:  (415) 981-0136
 6
    Attorneys for Plaintiff
 7  PERSHING LLC
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSHING LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CROCKER SECURITIES LLC and DOUGLAS GREEN, <br><br> Defendants. | Case No. cv-08-3141 WHA <br><br> **PLAINTIFF'S NOTICE OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY** |

TO DEFENDANTS CROCKER SECURITIES LLC, DOUGLAS GREEN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff PERSHING, LLC ("Pershing") will move this Court *ex parte* in the United States District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 on July 1, 2008 or as soon as counsel may be heard in Courtroom 9, before the Honorable William H. Alsup, for a temporary restraining order pursuant to Federal Rule of Civil Procedure 65, AN ORDER ALLOWING Pershing to conduct Expedited Discovery and such other relief as the Court deems just and proper.

- 1 -

NOTICE OF EX PARTE APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION

KYL_SF463557

1    This *ex parte* application will be made on the ground that immediate and
2 irreparable injury will result to Pershing unless this temporary restraining order is
3 granted.

DATED: July 1, 2008

_____
PETER R. BOUTIN
GORDON C. YOUNG
KEESAL, YOUNG & LOGAN
ATTORNEYS FOR PLAINTIFF
PERSHING LLC

- 2 -
NOTICE OF EX PARTE APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION

KYL_SF463557