1  PETER R. BOUTIN, CASB No. 65261
   peter.boutin@kyl.com
2  GORDON C. YOUNG, CASB No. 158100
   gordon.young@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone: (415) 398-6000
   Facsimile: (415) 981-0136
6
   Attorneys for Plaintiff
7  PERSHING LLC

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 PERSHING LLC,                     )  Case No. cv-08-3141 WHA
                                     )
12                        Plaintiff, )  **DECLARATION OF GARRETT R.**
                                     )  **WYNNE**
13              vs.                   )
                                     )
14 CROCKER SECURITIES, LLC and       )
   DOUGLAS GREEN,                    )
15                                   )
                         Defendants. )
16                                   )
                                     )
17

18

19

20     I, GARRETT R. WYNNE, declare as follows:

21         1.    I am an attorney with Keesal, Young & Logan, counsel of record

22 herein for Pershing LLC ("Pershing"), and have personal knowledge of each and all of

23 the facts set forth in this declaration.

24         2.    On Tuesday, July 1, 2008 at approximately 12:48 p.m., I contacted

25 Crocker Securities, Inc.'s ("Crocker") attorney David B. Bayless by telephone at his

26 offices at Convington & Burling LLP. I was not able to reach Mr. Bayless by telephone

27 and instead left a message with his assistant advising that Pershing would be

28 immediately applying for a Temporary Restraining Order, an Order to Show Cause

                                  - 1 -                        KYL_SF463712

DECLARATION OF GARRETT R. WYNNE

1  Regarding Preliminary Injunction and an Order for Expedited Discovery (the

2  "Application") with this Court.  I advised Mr. Bayless's assistant that I was not aware if

3  the Court would hear Pershing's Application today, but that Pershing intended to

4  appear before the Honorable William H. Alsup in Courtroom 9 at 1:45 p.m. in order to be

5  heard on its Application.

6        3.      After speaking with Mr. Bayless's assistant, I telephoned Douglas

7  Green at the telephone number listed on Crocker's web page and left a message with a

8  person who identified himself to me as "Barry" advising of Pershing's Application.

9        4.      At approximately 1:15 p.m., I received a telephone call from Mr.

10 Bayless's assistant who informed me that he had relayed my message to Mr. Bayless.

11 He further informed me that Mr. Bayless was "on his way to SFO" and invited me to

12 send any correspondence regarding this matter to Mr. Bayless via electronic mail.

13       5.      Shortly thereafter, I received a telephone call from Douglas Green's

14 attorney, Burton W. Wiand.  Mr. Wiand advised me that he had been contacted by Mr.

15 Green regarding my message and advised that he did not intend to appear at the

16 hearing on Pershing's Application.

17       6.      Following the telephone calls described above, I caused a letter to be

18 sent via facsimile and electronic mail to Mr. Green and Crocker and their counsel

19 regarding the Application.  (A copy of the letter is attached hereto as Exhibit 1.)

20

21       I declare under penalty of perjury under the laws of the United States and the

22 State of California that the foregoing is true and correct.

23

24       Executed this 1st day of July, 2008 at San Francisco, California.

25

26

27                                          GARRETT R. WYNNE

28

DECLARATION OF GARRETT R. WYNNE

KYL_SF463712

EXHIBIT "1"

LAW OFFICES
# KEESAL, YOUNG & LOGAN
A PROFESSIONAL CORPORATION

| | | | | |
|---|---|---|---|---|
| SAMUEL A. KEESAL, JR. | JOSEPH A. WALSH II | | DAVID D. PIPER | KIM ALEXANDER KANE |
| STEPHEN YOUNG | HERBERT H. RAY, JR.*† | SUITE 1500 | THEODORE H. ADKINSON | ATLANTIS TILLMAN LANGOWSKI |
| MICHAEL M. GLESS | JODI S. COHEN | FOUR EMBARCADERO CENTER | CATHARINE M. MORISSET† | JOHN D. KIMMERLEIN† |
| PETER R. BOUTIN | PHILIP R. LEMPRIERE*‡ | SAN FRANCISCO, CA 94111 | CHRISTOPHER A. STECHER | EVELYN A. CHRISTENSEN |
| SCOTT T. PRATT | JULIE L. TAYLOR | (415) 398-6000 | DIANA J. COBURN | MARGARET A. DeGOOYER |
| TERRY ROSS | STACEY MYERS GARRETT | FACSIMILE: | AUDETTE PAUL MORALES | ASHLEY YOUNG ADAMS |
| JOHN D. GIFFIN | JON W. ZINKE° | (415) 981-0136 • (415) 981-7729 | SCOTT E. HINSCHE | GARRETT R. WYNNE |
| WILLIAM H. COLLIER, JR. | DOUGLAS R. DAVIS*† | www.kyl.com | SCOTT E. RAHN | JOHN L. BABALA |
| PHILIP A. McLEOD | GORDON C. YOUNG | | MELANIE L. RONEN | JASON R. LINDSAY |
| NEAL SCOTT ROBB | ELIZABETH H. LINDH | | BENJAMIN W. WHITE | JOHN COX |
| BEN SUTER | KELLY J. MOYNIHAN | | JOANNA N. JAGODA | CAROL A. DWYER |
| ALBERT E. PEACOCK IIIS | CARA L. MEREDITH | | TAMARA LaSANCE FISHBACH | DAVID A. TONG |
| CAMERON STOUT | SARAH TONG SANGMEISTER | | ELIZABETH A. LOGAN | MARK A. WILLIAMS |
| ROBERT J. STEMLER | MARC R. GREENBERG | | BENTLEY P. STANSBURY III | MOMO E. TAKAHASHI |
| LISA M. BERTAIN | DENA L. MURPHY | | | |
| ROBERT J. BOCKO*† | ESTHER E. CHO | | | |
| MICHELE R. FRON | JULIE A. KOLE | July 1, 2008 | | |
| ELIZABETH P. BEAZLEY | GLEN R. PIPER | | | |

OF COUNSEL
| | |
|---|---|
| ROBERT H. LOGAN | SANDOR X. MAYUGA |
| RICHARD A. APPELBAUM+ | DAVID W. TAYLOR± |
| REAR ADMIRAL, U.S.C.G. (RET.) | NANCY HARRISS† |
| ELIZABETH A. KENDRICK | FRANCES L. KEELER |
| RICHARD L. LANDES | |

```
*   ADMITTED IN ALASKA
†   ADMITTED IN WASHINGTON
‡   ADMITTED IN WASHINGTON & CALIFORNIA
§   ADMITTED IN ALASKA & CALIFORNIA
+   ADMITTED IN DISTRICT OF COLUMBIA & FLORIDA
°   REGISTERED FOREIGN LAWYER WITH THE LAW SOCIETY
    OF HONG KONG & ADMITTED IN NEW YORK
±   SOLICITOR ADMITTED IN ENGLAND, WALES AND NORTHERN
    IRELAND

    ALL OTHERS ADMITTED IN CALIFORNIA
```

## Via Facsimile and Electronic Mail

Crocker Securities LLC
c/o Kevin Martin
1107 Investment Boulevard
El Dorado Hills, CA  95762

Douglas Green
Crocker Securities LLC
601 S. Federal Highway, Suite 301
Boca Raton,  Florida 95762

        Re:  *Pershing LLC v. Crocker Securities LLC and Douglas Green*
             U.S. Northern District Court Case No. cv-08-3141 WHA
             Our File No.:  6981-1

Dear Sirs:

        Our firm is counsel to Plaintiff Pershing LLC ("Pershing").  By this letter, I am writing to advise that Pershing will be applying to the United States District Court for the Northern District of California for a Temporary Restraining Order, an Order to Show Cause Regarding Preliminary Injunction and an Order for Expedited Discovery (the "Application") on July 1, 2008 at or around 1:45 p.m.  Pershing will be appearing through counsel before the Honorable William H. Alsup in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

        Should you have any questions or wish to discuss this matter further, please contact the undersigned at (415) 398-6000.

                        Very truly yours,


                        Garrett R. Wynne

(KYL_SF463720)
cc:    Burton W. Wiand, Esq. (via facsimile (813) 229-8313)
       David B. Bayless, Esq. (via facsimile (415) 955-6505)

| LONG BEACH OFFICE | ANCHORAGE OFFICE | SEATTLE OFFICE | HONG KONG OFFICE |
|---|---|---|---|
| 400 OCEANGATE | SUITE 650 | SUITE 1515 | 1603 THE CENTRE MARK |
| P.O. BOX 1730 | 1029 WEST THIRD AVENUE | 1301 FIFTH AVENUE | 287 QUEEN'S ROAD CENTRAL |
| LONG BEACH, CA 90801-1730 | ANCHORAGE, AK 99501-1954 | SEATTLE, WA 98101 | HONG KONG |
| (562) 436-2000 | (907) 279-9696 | (206) 622-3790 | (852) 2854-1718 |
| FACSIMILE: (562) 436-7416 | FACSIMILE: (907) 279-4239 | FACSIMILE: (206) 343-9529 | FACSIMILE: (852) 2541-6189 |