PETER R. BOUTIN, CASB No. 65261
peter.boutin@kyl.com
GORDON C. YOUNG, CASB No. 158100
gordon.young@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Plaintiff
PERSHING LLC

E-filing

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSHING LLC, | Case No. cv-08-3141 WHA |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION |
| vs. | |
| CROCKER SECURITIES LLC and DOUGLAS GREEN, | |
| Defendants. | |

On reading the Complaint of Plaintiff PERSHING LLC ("Pershing"), the Application for Temporary Restraining Order and Order to Show Cause RE Preliminary Injunction, and supporting Declarations of Edward Banian, Theodore Bragg, III, and Samantha E. Kefford, all exhibits attached to the pleadings on file herein, hearing argument of counsel and good cause existing:

**IT IS HEREBY ORDERED** that Defendants Crocker Securities, LLC ("Crocker Securities") and Douglas Green (collectively "Defendants") shall appear before this Court at 1:30 pm on July 16, 2008, to show cause, if any, why Defendants, their representatives, agents, employees, and all others persons acting in active concert or participation with them:

(1)   Should be restrained and enjoined pending further Order of this

- 1 -

1 | Court, from:

2 |     (a) hiding, dissipating, secreting or in any way using any assets
3 | received from or traceable to the fraud perpetrated by Defendants upon Pershing;

4 |     (b) hiding, dissipating, secreting or in any way using any assets
5 | maintained at any financial institution in any form up to the amount of $8.6 million;

6 |     (c) destroying, altering or in any manipulating any record in any
7 | form that evidences, refers to, explains or in any way describes Defendants' financial
8 | status or condition; and

9 |     (d) destroying, altering or in any way manipulating any record in
10 | any form that evidences, refers to, explains or in any way describes Defendants' trading
11 | activities through Pershing for the time period of February 2005 through June 2008;

12 | **IT IS FURTHER ORDERED** that pending the hearing on the Order to
13 | Show Cause, Defendants, their representatives, agents, employees, and all others
14 | persons acting in active concert or participation with them:

15 |     (2) Are restrained and enjoined pending further Order of this Court,
16 | from:

17 |     (a) hiding, dissipating, secreting or in any way using any assets
18 | received from or traceable to the fraud perpetrated by Defendants upon Pershing;

19 |     (b) hiding, dissipating, secreting or in any way using any assets
20 | maintained at any financial intuition in any form up to the amount of $8.6 million;

21 |     (c) destroying, altering or in any manipulating any record in any
22 | form that evidences, refers to, explains or in any way describes Defendants' financial
23 | status or condition; and

24 |     (d) destroying, altering or in any manipulating any record in any
25 | form that evidences, refers to, explains or in any way describes Defendants' trading
26 | activities through Pershing for the time period of February 2005 through June 2008;

27 | **IT IS FURTHER ORDERED** that Plaintiff may serve Defendants with
28 | deposition notices on an expedited basis, including a specification of materials to be

[PROPOSED] ORDER

1 | produced by the deponent, pursuant to Federal Rule of Civil Procedure 26(d), so
2 | Pershing may further discover, prior to the date set for the OSC hearing, the nature and
3 | extent of Defendants' fraudulent trading activity, and the degree to which Defendants
4 | have misappropriated Pershing's assets.

5 |      **IT IS FURTHER ORDERED** that a copy of the Complaint, together with
6 | this Temporary Restraining Order and Order to Show Cause, and the Application for
7 | Temporary Restraining Order and Order to Show Cause shall be served on Defendants
8 | or their counsel no later than _July 2_; opposition papers must be filed and served by
9 | facsimile and electronic mail on counsel for Pershing by _July 11_ noon 2008, and reply papers
10 | must be filed and served by facsimile and electronic mail on counsel for Defendants by
11 | _July 14, noon_.

12 |      **IT IS SO ORDERED.**

13 |
14 | DATED: July 1, 2008

                                              THE HONORABLE WILLIAM H. ALSUP
                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FAX COVER SHEET

**TO:**   George Guerra

**FAX:**   813-229-8313

**FROM:**   Dawn Toland,
Courtroom Deputy to
The Honorable William Alsup
415-522-2020

**DATE:**   July 1, 2008

**RE:**   Pershing LLC v. Crocker Securities LLC and Douglas Green
C08-03141WHA

**PAGES INCLUDING THIS COVER SHEET: 4**