UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 1, 2008

Case No.  C 08-03141 WHA

Title: PERSHING LLC  v. CROCKER SECURITIES LLC and DOUGLAS GREEN

Plaintiff Attorneys: Gordon C. Young

Defense Attorneys: n/a

Deputy Clerk:  Dawn Toland

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)   Ex Parte TRO Hearing - HELD

2) 

Continued to **7/16/08 at 1:30 pm**   for Order to Show Cause

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Court granted the motion for TRO and set a order to show cause hearing for 7/16/08.  Opposition papers shall be filed by noon on 7/11; and reply by noon on 7/14/08.  Plaintiff shall serve a copy of the Court's order on the defendants.