1  PETER R. BOUTIN, CASB No. 65261
   peter.boutin@kyl.com
2  GORDON C. YOUNG, CASB No. 158100
   gordon.young@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California  94111
5  Telephone:   (415) 398-6000
   Facsimile:   (415) 981-0136
6
   Attorneys for Plaintiff
7  PERSHING LLC

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  PERSHING LLC,                    )  Case No. cv-08-3141 WHA
                                     )
12                      Plaintiff,   )  **PLAINTIFF'S EX PARTE**
                                     )  **APPLICATION FOR ORDER**
13          vs.                      )  **SHOWING CAUSE REGARDING**
                                     )  **PRELIMINARY INJUNCTION, FOR A**
14  CROCKER SECURITIES LLC and       )  **TEMPORARY RESTRAINING ORDER**
    DOUGLAS GREEN,                   )  **AND FOR EXPEDITED DISCOVERY**
15                                   )
                        Defendants.  )
16                                   )
                                     )
17  _____     )

18

19          Plaintiff PERSHING LLC ("Pershing") hereby applies *ex parte* to this Court

20  for issuance of a Temporary Restraining Order ("TRO"), an Order to Show Cause

21  regarding Preliminary Injunction ("OSC") and for an Order for Expedited Discovery.

22  Pershing has made no prior application for similar relief against Defendants Crocker

23  Securities LLC ("Crocker Securities") and Douglas Green (collectively "Defendants").

24          Pershing seeks immediate injunctive relief against Defendants to prevent

25  Defendants from hiding, dissipating, secreting or in any way using assets they have

26  obtained in connection with the fraud they perpetrated upon Pershing.  To prevent

27  immediate, irreparable and continuing harm, Pershing hereby applies for:

28          (1)    A TRO to enjoin Defendants, and all persons acting in concert with

- 1 -                                              KYL_SF463602

1   them from:

2            (a)    hiding, dissipating, secreting or in any way using any assets

3   received from or traceable to the fraud perpetrated by Defendants upon Pershing;

4            (b)    hiding, dissipating, secreting or in any way using any assets

5   maintained at any financial intuition in any form up to the amount of $8.6 million;

6            (c)    destroying, altering or in any manipulating any record in any

7   form that evidences, refers to, explains or in any way describes Defendants' financial

8   status or condition; and

9            (d)    destroying, altering or in any way manipulating any record in

10  any form that evidences, refers to, explains or in any way describes Defendants' trading

11  activities through Pershing for the time period of February 2005 to July 2008;

12          (2)    An OSC as to why Defendants and all persons acting in concert with

13  them should not be restrained and enjoined pending further Order of this Court, from:

14           (a)    hiding, dissipating, secreting or in any way using any assets

15  received from or traceable to the fraud perpetrated by Defendants upon Pershing;

16           (b)    hiding, dissipating, secreting or in any way using any assets

17  maintained at any financial intuition in any form up to the amount of $8.6 million;

18           (c)    destroying, altering or in any manipulating any record in any

19  form that evidences, refers to, explains or in any way describes Defendants' financial

20  status or condition; and

21           (d)    destroying, altering or in any manipulating any record in any

22  form that evidences, refers to, explains or in any way describes Defendants' trading

23  activities through Pershing for the time period of February 2005 to July 2008;

24          (3)    An Order permitting Pershing to serve Defendants with deposition

25  notices on an expedited basis, including a specification of materials to be produced by the

26  deponents pursuant to Federal Rule of Civil Procedure 26(d), so Pershing may further

27  discover, prior to the date set for the OSC hearing, the nature and extent of Defendants'

28

KYL_SF463602

PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE FOR PRELIMINARY
INJUNCTION AND FOR A TEMPORARY RESTRAINING ORDER- CASE NO. CV-08-3141
WHA

1    fraudulent trading activity, and the degree to which Defendants have misappropriated

2    Pershing's assets.

3        This Application is made on the grounds that the aforementioned acts by

4    Defendants give rise to liability for fraud, breach of contract, negligent

5    misrepresentation, negligent supervision and violation of the Exchange Act, Section

6    10(b) and Rule 10b-5 promulgated thereunder. As a consequence of Defendants'

7    wrongful conduct, Pershing has suffered and will continue to suffer great and

8    irreparable harm for which no adequate remedy at law exists.

9        This Application is based upon the Complaint on file herein; the

10   accompanying Declarations; the accompanying Memorandum of Points and Authorities,

11   all other documents on file herein, and upon such additional evidence and authorities as

12   the Court may permit to be adduced.

13

14

15   DATED: July _, 2008

16                                PETER R. BOUTIN
                                  GORDON C. YOUNG

17                                KEESAL, YOUNG & LOGAN
                                  ATTORNEYS FOR PLAINTIFF
                                  PERSHING LLC

18

19

20

21

22

23

24

25

26

27

28

KYL_SF463602

PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE FOR PRELIMINARY
INJUNCTION AND FOR A TEMPORARY RESTRAINING ORDER- CASE NO. CV-08-3141
WHA