```
PETER R. BOUTIN, CASB No. 65261
peter.boutin@kyl.com
GORDON C. YOUNG, CASB No. 158100
gordon.young@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Plaintiff
PERSHING LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSHING LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CROCKER SECURITIES LLC and<br>DOUGLAS CHRISTOPHER GREEN,<br><br>　　　　　　　　Defendants. | Case No. cv-08-3141 WHA<br><br>DECLARATION OF THEODORE BRAGG<br>IN SUPPORT OF REQUEST FOR<br>TEMPORARY RESTRAINING ORDER |

I, Theodore James Bragg, III, declare:

1. I am an employee of Pershing LLC ("Pershing"). I make this Declaration in support of Pershing's application for a temporary restraining order against Defendants Crocker Securities LLC ("Crocker") and Douglas Green. I make this declaration based on my own knowledge, upon Pershing business records and other records shown to me, and, where specified, upon information and belief.

2. I am a Managing Director at Pershing LLC in charge of Fixed Income Trading. By way of background, Pershing is one of the largest securities clearing firms in the United States. Pershing executes, clears, settles and custodies securities on

- 1 -

1  behalf of over 1100 introducing intermediaries. In the parlance of securities clearing,
2  broker dealers that use the services of clearing firms are called "introducing firms."

3      3.  Crocker is an introducing firm to Pershing. Crocker has been a
4  clearing customer of Pershing since in or about August 2003. Pershing became the legal
5  successor to BNY Clearing Services in 2003; Crocker became a customer of BNY
6  Clearing Services in July 2002.

7      4.  In my capacity as Head of Fixed Income Trading for Pershing, I
8  oversee 52 people who are responsible for facilitating fixed income trades for introducing
9  firms. I hold various securities licenses, including Series 7, 24, 53, 55 and 63 licenses. I
10 have previously been employed by Lehman Brothers, Barclay's Capital, Fidelity Capital
11 Markets and Cantor Fitzgerald. I am the Vice Chairman of the Regional Advisory
12 Committee of the Securities Industry Financial Markets Association Committee. This
13 Committee is comprised of heads of fixed income and equity of trading desks of regional
14 securities firms.
15

16     5.  Attached to my declaration as Exhibit "A" are true and correct copies
17 of monthly account statements of Crocker's proprietary trading activity, which are
18 prepared in the ordinary course of business at or near the end of each month. These
19 business records reflect Crocker's proprietary trading at Crocker from July 2003 through
20 May 2008. Pershing makes these documents available electronically to Crocker.

21     6.  These records show that Douglas Green of Crocker executed the
22 many transactions in Crocker's proprietary trading account in the same five securities
23 (the "Securities") over a period of several years. The Securities are identified by the
24 following CUSIP numbers: 31393YU37, 31394UT77, 313294VJD3, 31396GXN6 and
25 32051DK50. While this Declaration focuses on these Securities, I believe other
26 securities transactions were involved in the scheme described below.

27     7.  The Securities can be generally described as Mortgage Backed
28 Securities ("MBS's"). Attached as Exhibit "B" are true and correct copies of security

- 2 -

KYL_SF463562

descriptions for each of the securities which I printed from Bloomberg, a standard industry information service. The MBS's in which Crocker traded in its proprietary account do not have a reportable market. As a consequence, Pershing lists the purchase and sale prices of MBS's in Crocker's account at the price reported by Crocker to Pershing.

8.  Starting at least as early as February 2005, and continuing until June 2008, the prices in Crocker's proprietary trading activity in the MBS's generally rose through a pattern of systematic trading with a limited number of counterparties. There appears to be a series of matched orders with no real change in beneficial ownership. Consequently, the prices of all five of the Securities were increasingly inflated over the true market value of the Securities allowing Crocker to realize false profits.

9.  On June 30, 2008, I spoke with Kevin Martin, Crocker's principal, who confirmed that Defendant Douglas Green executed the trades involving the Securities.

10.  Pershing lent money in good faith through a margin account to Crocker to finance the purchases of these Securities. As of June 27, 2008, Pershing was owed approximately $30 million in the form of a good faith margin loan extended by Pershing to Crocker. Pershing began liquidation of the Securities and other collateral of Crocker on June 30, 2008. Upon completion of the sale of the collateral, Pershing's loss is expected to exceed $8.6 million.

11.  Perhaps the easiest way to explain Defendants' manipulative activity is by way of an illustrative transaction executed by Crocker. On trade date July 30, 2007 for settlement on July 31, 2007, Crocker purchased in its proprietary account $10 million par value of CUSIP Number 31394UT77 (the "UT77 Bonds") at a price of $115.8438 versus Saxony Securities, Inc. ("Saxony"). The same day Crocker booked a sale of the UT77 Bonds for settlement date August 31, 2007, at a price of 115.96875

- 3 -

1  versus First Southwest Company for the account of National Alliance Securities Corp.
2  ("NAS"). Upon information and belief, this sale was a fictitious trade and Crocker did
3  not, in fact, enter into a bona fide trade with NAS. On August 27, 2007, prior to the
4  expected settlement, Crocker cancelled the trade versus NAS and booked a new sale of
5  the UT77 Bonds as of July 30, 2007 at a price of 115.96875 with a settlement date of
6  August 31, 2007, versus a new counterparty, Saxony. Saxony is an introducing broker-
7  dealer to Pershing. On August 30, 2007, Crocker purchased the UT77 Bonds again at a
8  price of 116.00 from Saxony to start the cycle again. Attached as Exhibit "C" is a
9  compilation of Pershing's records created by Pershing's compliance department
10 reflecting this transaction. Attached as Exhibit "D" is a true and correct copy of
11 Pershing's Trade History Detail reflecting trade and counterparty details. The UT77
12 Bonds are a fixed income agency security. The price of the UT77 Bonds fluctuates in
13 relation to interest rates. The price should go up when interest rates go down; however,
14 it is a feature of this MBS that its price should cap out under current mark conditions.
15 The price of the MBS should not rise rising as reflected in Exhibit "C". Thus, basic
16 economics indicate that the price of the MBS is significantly out of line with the market.
17 In fact, the current price of this MBS as of June 30, 2008 is in the mid-80s, but the last
18 price at which Crocker allegedly traded this security on May 29, 2008 is 132.84375.

19      12.   The manipulation is apparent in this transaction and illustrative of
20 the basic pattern employed by Crocker. Crocker bought the Securities and
21 simultaneously or nearly simultaneously booked a fictitious sale of the Securities for an
22 extended settlement (generally 30-35 days) to one counterparty at an inflated price, then
23 cancelled the trade to this counterparty just before settlement knowing that it would not
24 settle, and sold briefly to another party at a higher price (apparently with an agreement
25 to simultaneously buy the position back at an even higher price which re-established
26 Crocker's position in the UT77 Bonds and started the cycle of manipulation again). The
27 foregoing Exhibits A, B, C and D reflect that Crocker engaged in similar manipulative
28 transactions for at least the last three years.

- 4 -

KYL_SF463562

DECLARATION OF THEODORE BRAGG IN SUPPORT OF REQUEST FOR TEMPORARY
RESTRAINING ORDER – CASE NO. CV-08-3141

13.     Another example of Crocker's manipulative activity involves CUSIP Number 31393YU37 (the "YU37 Bonds"). On January 30, 2008, Crocker bought $10 million of the YU37 Bonds for a January 31, 2008 settlement at 121.38 versus Saxony. Simultaneously or nearly simultaneously, Crocker booked a sale of the YU37 Bonds for February 28, 2008, settlement at 121.44, versus Tullet Prebon Holdings Corp. ("Tullet"). Upon information and belief, this sale was a fictitious trade and Crocker did not, in fact, enter into a bona fide sale versus Tullet. On February 11, 2008, Crocker cancelled the sale versus Tullet and booked a new sale of the YU37 Bonds as of trade date January 30, 2008, for a February 28, 2008 settlement at 121.38. On February 25, 2008, Crocker cancelled the sale and booked a new sale of YU37 Bonds as of trade date January 30, 2008 versus a new counterparty, Saxony, for a February 27, 2008 settlement at 124.41 versus Saxony. This reestablished Crocker's position in the YU37 Bonds to start the cycle of manipulation again. Attached as Exhibit "E" is a compilation of Pershing's records created by Pershing's compliance department reflecting this transaction.

14.     Attached as Exhibit "F" is a true and correct copy of Pershing's Trade History Detail reflecting the trade and counterparty history described in paragraph 13 above.

15.     By virtue of the above-described and other transactions, Crocker engaged in manipulative activity which will cause Pershing losses of over $8.6 million based on true market prices on June 30, 2008.

I declare under penalty of perjury under the laws of the United States and the States of California and New Jersey that the foregoing is true and correct.

Executed this 1st day of July, 2008 at Jersey City, New Jersey.

_/s/ Theodore James Bragg, III_
Theodore James Bragg, III

- 5 -

KYL_SF463562

DECLARATION OF THEODORE BRAGG IN SUPPORT OF REQUEST FOR TEMPORARY RESTRAINING ORDER – CASE NO. CV-08-3141