# THEODORE BRAGG DECLARATION

# EXHIBIT A

# 1 OF 9



# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

C000000094696

॥..।...॥..॥..॥..।..॥..॥...॥..॥.॥॥.॥॥.॥..॥...॥..॥.॥.॥॥

CROCKER SECURITIES LLC
- -TAXABLE TRADE #2- -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597 - 7782

Your Investment Advisor:
HOUSE ACCTS

## your Brokerage Account

Account Number: 727-891035
Statement Period: 07/01/2003 - 07/31/2003

### Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $0.00 |
| Cash Deposits | 100,000.00 |
| Dividends/Interest | 5,438.87 |
| Change in Account Value | -235,498.25 |
| Ending Account Value | -$130,058.38 |

### Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Fixed Income | 0.00 | 83,180.42 | 100% |
| Cash and Cash Equivalents | 0.00 | -213,238.80 | 0% |
| Account Total (Pie Chart) | $0.00 | -$130,058.38 | 100% |

NOTE: Unpriced securities in your account may cause the total brokerage account assets to be understated.

Your Account is 100% invested in Fixed Income.

C00000000098496

# Customer Service Information

**Your Investment Advisor:**
Identification Number: 000
HOUSE ACCTS

Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST
Customer Service Telephone Number: (800) 941-2895

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year 30-day Yield |
|---|---|---|---|---|---|
| **Cash and Cash Equivalents  0.00% of Portfolio** | | | | | |
| | Cash Balance | 0.00 | -158,909.58 | | |
| | Margin Balance | 0.00 | -54,329.22 | | |
| **Total Cash and Cash Equivalents** | | $0.00 | -$213,238.80 | $0.00 | $0.00 |

| Quantity | Description | Market Price | Market Value | Security Identification | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| **Fixed Income  100.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | | | |
| **Asset Backed Securities** | | | | | | | |
| 65,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-1516 CL-1516-G 3.320% 06/15/23 B/E DTD 05/15/93 Factor: 0.92051417 | 99.2220 | 69,367.92 | 312915YV1 | 165.54 | | |
| 250,000.000M | BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.000% 07/25/33 B/E DTD 06/01/03 CLB Factor: 0.98065671 | Unknown | 0.00 | 05948XMH1 | 0.00 | | |
| 25,000.000M | MASTER ASSET SECURITIZATION TR SER 2003-7 MTG PASS THRU CTF CL A 7 5.250% 09/25/33 B/E DTD 07/01/03 CLB Factor: 1.00000000 | 95.2500 | 23,812.50 | 55265KCa9 | 109.38 | | |
| **Total Asset Backed Securities** | | | $83,180.42 | | $274.92 | $0.00 | |
| **Total Fixed Income** | | | $83,180.42 | | $274.92 | $0.00 | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** LLC, One Pershing Plaza, Jersey City, New Jersey 07399





**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

*your* **Brokerage** *Account*

Statement Period: 07/01/2003 - 07/31/2003

## Portfolio Holdings (continued)

| Description | Market Value | Estimated Annual Income |
|---|---|---|
| **Total Portfolio Holdings** | -$130,058.38 | $0.00 |

M This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information

pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your investment objectives or financial situation, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/14/03 | 07/08/03 | PURCHASED | BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1 A-25 FLT RATE 0.000% 07/25/33 REG DTD 06/01/03 CLB FACTOR 1.00 VARIABLE RATE | 250,000.000 | 102.6560 | -2,269.58 | -258,909.58 |
| 07/14/03 | 07/08/03 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-1518 CL-1518-G 3.320% 05/15/23 B/E DTD 05/15/93 CORRECTED CONFIRM | 65,000.000 | 95.0000 | -412.40 | -62,162.40 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing.** One Pershing Plaza, Jersey City, New Jersey 07399

SIPC



CC00000034496

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/15/03 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-1518 CL-1518-G 3.320% 05/15/23 B/E RD 06/30 PD 07/15/03 | | | | 426.62 |
| 07/15/03 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-1518 CL-1518-G 3.320% 05/15/23 B/E RD 06/30 PD 07/15/03 | -65,000.000 | | | 5,165.58 |
| 07/16/03 | | ACTIVITY WITHIN YOUR ACCT | BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 0.000% 07/25/33 B/E TO MARGIN | -250,000.000 | | | 0.00 |
| 07/16/03 | | ACTIVITY WITHIN YOUR ACCT | BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 0.000% 07/25/33 B/E FROM CASH | 250,000.000 | | | 0.00 |
| 07/18/03 | | FEDERAL FUNDS RECEIVED | BANK OF AMERICA 1382 | | | | 100,000.00 |
| 07/21/03 | 07/19/03 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 6 DEBIT DAYS AV BAL   28,3077.64 AVG RATE 3.250 06-20-03 TO 07-19-03 | | | | -153.33 |
| 07/30/03 | 07/29/03 | PURCHASED | MASTER ASSET SECURITIZATION TR SER 2003-7 MTG PASS THRU CTF CL 4 A-19 5.500% 09/25/33 B/E DTD 07/01/03 CLB FACTOR 1.000000000 REM BAL.   3,385,000 | 3,385,000.000 | 99.0010 | -14,698.82 | -3,346,256.82 |
| 07/30/03 | 07/29/03 | SOLD | MASTER ASSET SECURITIZATION TR SER 2003-7 MTG PASS THRU CTF CL 4 A-19 5.500% 09/25/33 B/E DTD 07/01/03 CLB FACTOR 1.000000000 REM BAL.   100,000 | -100,000.000 | 99.6250 | 443.06 | 100,068.06 |
| 07/30/03 | 07/29/03 | SOLD | MASTER ASSET SECURITIZATION TR SER 2003-7 MTG PASS THRU CTF CL 4 A-19 5.500% 09/25/33 B/E DTD 07/01/03 CLB FACTOR 1.000000000 REM BAL.   325,000 | -325,000.000 | 99.2500 | 1,439.93 | 324,002.43 |
| 07/30/03 | 07/29/03 | SOLD | MASTER ASSET SECURITIZATION TR SER 2003-7 MTG PASS THRU CTF CL 4 A-19 5.500% 09/25/33 B/E DTD 07/01/03 CLB FACTOR 1.000000000 REM BAL.   1,500,000 | -1,500,000.000 | 99.5000 | 6,645.83 | 1,499,145.83 |
| 07/30/03 | 07/29/03 | SOLD | MASTER ASSET SECURITIZATION TR SER 2003-7 MTG PASS THRU CTF CL 4 A-19 5.500% 09/25/33 B/E DTD 07/01/03 CLB FACTOR 1.000000000 REM BAL.   200,000 | -200,000.000 | 96.6250 | 898.11 | 194,136.11 |
| 07/30/03 | 07/29/03 | SOLD | MASTER ASSET SECURITIZATION TR SER 2003-7 MTG PASS THRU CTF CL 4 A-19 5.500% 09/25/33 B/E DTD 07/01/03 CLB FACTOR 1.000000000 REM BAL.   1,240,000 | -1,240,000.000 | 98.0000 | 5,493.89 | 1,220,693.89 |

C00000000098496

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** LLC. One Pershing Plaza, Jersey City, New Jersey 07399


SIPC

# CROCKER SECURITIES LLC

3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Transactions in Date Sequence *(continued)*

**your Brokerage Account**

**Statement Period: 07/01/2003 - 07/31/2003**

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/30/03 | 07/30/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2604 C-2604-SM INV FLTR 0.000% 01/15/33 B/E DTD 04/01/03 FACTOR 0.999421000 REM BAL 5,996,532 VARIABLE RATE | 6,000,000.000 | 106.5000 | -87,359.09 | -6,473,666.31 |
| 07/30/03 | 07/30/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2604 C-2604-SM INV FLTR 0.000% 01/15/33 B/E DTD 04/01/03 FACTOR 0.999421000 REM BAL 5,996,532 VARIABLE RATE | -6,000,000.000 | 106.0000 | 87,359.09 | 6,383,718.32 |
| 07/30/03 | 07/30/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2845 C-2845-HF FLTR 0.000% 07/15/33 B/E DTD 07/01/03 FACTOR 1.000000000 REM BAL 18,330,000 VARIABLE RATE | 18,330,000.000 | 99.5000 | -33,223.13 | -18,271,573.13 |
| 07/30/03 | 07/30/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2845 C-2845-HF FLTR 0.000% 07/15/33 B/E DTD 07/01/03 FACTOR 1.000000000 REM BAL 18,330,000 VARIABLE RATE | -18,330,000.000 | 99.5000 | 33,223.13 | 18,271,573.13 |
| 07/30/03 | 07/30/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2845 C-2845-HS INV FLTR 0.000% 07/15/33 B/E DTD 07/01/03 FACTOR 1.000000000 REM BAL 2,978,625 VARIABLE RATE | 2,978,625.000 | 93.0625 | -29,531.67 | -2,801,514.56 |
| 07/30/03 | 07/30/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2845 C-2845-HS INV FLTR 0.000% 07/15/33 B/E DTD 07/01/03 FACTOR 1.000000000 REM BAL 2,978,625 VARIABLE RATE | -2,978,625.000 | 95.2500 | 29,531.67 | 2,865,671.98 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
One Pershing Plaza
Jersey City, New Jersey 07399

Page 5 of 6

SIPC

C000300008496




# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/30/03 | 07/30/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2645 C-2645-HS INV FLTR 0.000% 07/15/33 B/E DTD 07/01/03 FACTOR 1.000000000 REM BAL 2,978,625 VARIABLE RATE | -2,978,625.000 | 95.2500 | 29,531.67 | 2,866,671.98 |
| 07/30/03 | 07/30/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2645 C-2645-HT INV FLTR 0.000% 07/15/33 B/E DTD 07/01/03 FACTOR 1.000000000 REM BAL 1,374,750 VARIABLE RATE | 1,374,750.000 | 98.5000 | -11,074.38 | -1,365,203.13 |
| 07/30/03 | 07/30/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2645 C-2645-HT INV FLTR 0.000% 07/15/33 B/E DTD 07/01/03 FACTOR 1.000000000 REM BAL 1,374,750 VARIABLE RATE | -1,374,750.000 | 98.1250 | 11,074.38 | 1,360,047.82 |
| 07/31/03 | 07/08/03 | PURCHASED | MASTER ASSET SECURITIZATION TR SER 2003-7 MTG PASS THRU CTF CL A 7 5.250% 09/25/33 B/E DTD 07/01/03 CLB PREVIOUSLY W.I. | 25,000.000 | 98.0000 | -105.73 | -24,605.73 |

**Total Value of all Transactions**      **-$213,238.80**

The price and quantity displayed may have been rounded.

C0000000003980846

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



00000000010685

:945977782552:

CROCKER SECURITIES LLC
--TAXABLE TRADE #2--
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

## your *Brokerage* Account

Account Number: 727-891035
Statement Period: 08/01/2003 - 08/29/2003

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $130,058.38 |
| Cash Deposits | 96,978.00 |
| Cash Withdrawals | -161,978.00 |
| Dividends/Interest | 265,526.01 |
| Change in Account Value | -1,359.34 |
| Ending Account Value | $169,891.71 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Fixed Income | 83,180.42 | 55,540.73 | 100% |
| Cash and Cash Equivalents | -213,238.80 | -225,452.44 | 0% |
| Account Total | -$130,058.38 | -$169,891.71 | 100% |

Your Account is 100% invested in Fixed Income.

NOTE: Unpriced securities in your account may cause the total brokerage account assets to be understated.

# Customer Service Information

Your Investment Advisor:
Identification Number: RDC
DOUG GREEN
Telephone Number: (561) 361-4803
Fax Number: (561) 362-5261

Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST
Customer Service Telephone Number: (800) 941-2895

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Cash and Cash Equivalents    0.00% of Portfolio | | | | | |
| | Cash Balance | -158,905.58 | 0.00 | | | |
| | Margin Balance | -54,329.22 | -225,432.44 | | | |
| | **Total Cash and Cash Equivalents** | **-$213,238.80** | **-$225,432.44** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Security Identification | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| | **Fixed Income    100.00% of Portfolio   (In Maturity Date Sequence)** | | | | | | |
| | **Asset Backed Securities** | | | | | | |
| 65,000.000 M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 1518 CL-1518-C 3.3200% 05/15/23 B/E DTD 05/15/93 Factor: 0.84589545 | 101.0140 | 55,540.73 | 31291SYY1 | 141.98 | | |
| 250,000.000 M | BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.0000% 07/25/33 B/E DTD 06/01/03 CLB Factor: 0.91560063 | Unknown | 0.00 | 05948KMH1 | 0.00 | | |
| | **Total Asset Backed Securities** | | **$55,540.73** | | **$141.98** | **$0.00** | |
| | **Total Fixed Income** | | **$55,540.73** | | **$141.98** | **$0.00** | |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**

A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

Page 2 of 23



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**your Brokerage Account**

Statement Period: 08/01/2003 - 08/29/2003

## Portfolio Holdings   (continued)

| Description | Market Value | Estimated Annual Income |
|---|---|---|
| **Total Portfolio Holdings** | -$169,391.71 | $0.00 |

# This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund Income, or dividends or other securities shown on your statement may have been reinvested into additional

shares. You will not receive confirmation of these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions in Date Sequence

| Process/ Date | Trade/ Date | Settlement Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/06/03 | 08/01/03 | | PURCHASED | MASTER ASSET SECURITIZATION TR SER 2003-7 MTG PASS THRU CTF CL 4 A-19 5.500% 09/25/33 B/E DTD 07/01/03 CLB FACTOR 1.000000000 REM BAL 1,240,000 | 1,240,000.000 | 98.0000 | -947.22 | -1,216,147.22 |
| 08/05/03 | 08/04/03 | SOLD | | MASTER ASSET SECURITIZATION TR SER 2003-7 MTG PASS THRU CTF CL 4 A-19 5.500% 09/25/33 B/E DTD 07/01/03 CLB FACTOR 1.000000000 REM BAL 1,240,000 | -1,240,000.000 | 87.6875 | 947.22 | 1,088,272.22 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Solutions from The Bank of New York.

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing, member NASD, AMEX, SIPC. Pershing division of Pershing LLC

Page 3 of 23

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/07/03 | 08/04/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003-7 MTG PASSTHRU CTF CL I-A-6 VAR RATE 2.500% 09/25/33 B/E DTD 07/01/03 FACTOR 1.000000000 REM BAL 5,000,000 | 5,000,000.000 | 98.4375 | -2,083.33 | -4,923,958.33 |
| 08/07/03 | 08/04/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003-7 MTG PASSTHRU CTF CL I-A-6 VAR RATE 2.500% 09/25/33 B/E DTD 07/01/03 FACTOR 1.000000000 REM BAL 5,000,000 | -5,000,000.000 | 98.4375 | 2,083.33 | 4,923,958.33 |
| 08/11/03 | 07/08/03 | CORRECTED PURCHASE | BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF I-A-25 FLT RATE 0.000% 07/25/33 B/E DTD 06/01/03 CLB FACTOR .980895067 VARIABLE RATE CORRECTED CONFIRM | 250,000.000 | 102.6560 | -2,337.23 | -254,012.57 |
| 08/11/03 | 07/08/03 | CANCELLED PURCHASE | BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF I-A-25 FLT RATE 0.000% 07/25/33 REG DTD 06/01/03 CLB FACTOR 1.00 VARIABLE RATE CANCELLED TRADE | -250,000.000 | 102.6560 | 2,265.58 | 258,909.58 |
| 08/13/03 | 08/01/03 | PURCHASED | FNMA 5.0% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.000% 08/13/03 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 5,000,000 | 5,000,000.000 | 95.0625 | -8,333.33 | -4,761,458.33 |
| 08/13/03 | 08/01/03 | SOLD | FNMA 5.0% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.000% 08/13/03 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 5,000,000 | -2,000,000.000 | 98.3125 | 3,333.33 | 1,969,583.33 |
| 08/13/03 | 08/01/03 | SOLD | FNMA 5.0% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.000% 08/13/03 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 2,000,000 | -3,000,000.000 | 98.2545 | 5,000.00 | 2,952,031.25 |
| 08/13/03 | 08/04/03 | PURCHASED | FNMA 5.0% AUG 2003 PL TBA SETT 08/13/03 REG "PAIR OFF" 5.000% 08/13/03 REG DTD 08/04/03 FACTOR 1.000000000 REM BAL 3,000,000 | 3,000,000.000 | 98.7656 | -5,500.00 | -2,968,468.75 |
| 08/13/03 | 08/04/03 | PURCHASED | FNMA 5.2% AUG 2003 PL TBA SETT 08/13/03 REG "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.000000000 REM BAL 3,000,000 | 3,000,000.000 | 98.5781 | -5,500.00 | -2,962,845.75 |

**CROCKER SECURITIES LLC**
3998 Oak Road • Suite 333 • Walnut Creek, CA 94597
925-941-1540

your **Brokerage** *Account*

## Transactions in Date Sequence (continued)

Statement Period: 08/01/2003 - 08/29/2003

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/13/03 | 08/04/03 | PURCHASED | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 4,000,000 | 4,000,000.000 | 99.4531 | -7,333.33 | -3,985,458.33 |
| 08/13/03 | 08/04/03 | SOLD | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 3,000,000 | -3,000,000.000 | 98.7500 | 5,500.00 | 2,968,000.00 |
| 08/13/03 | 08/04/03 | SOLD | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 3,000,000 | -3,000,000.000 | 98.4687 | 5,500.00 | 2,959,562.50 |
| 08/13/03 | 08/04/03 | SOLD | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 4,000,000 | -4,000,000.000 | 99.5312 | 7,333.33 | 3,988,583.33 |
| 08/13/03 | 08/05/03 | PURCHASED | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 3,000,000 | 3,000,000.000 | 99.3593 | -5,500.00 | -2,986,281.25 |
| 08/13/03 | 08/05/03 | PURCHASED | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 3,000,000 | 3,000,000.000 | 99.6718 | -5,500.00 | -2,995,656.25 |
| 08/13/03 | 08/05/03 | PURCHASED | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 3,000,000 | 3,000,000,000 | 100.0000 | -5,500.00 | -3,005,500.00 |
| 08/13/03 | 08/05/03 | PURCHASED | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 3,000,000 | 3,000,000.000 | 99.8281 | -5,500.00 | -3,003,343.75 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member NASD, NYSE, SIPC

Page 5 of 23

D000000000230685

D000000000032665

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/13/03 | 08/05/03 | PURCHASED | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 3,000,000 | 3,000,000.000 | 99.5957 | -5,500.00 | -2,993,312.50 |
| 08/13/03 | 08/05/03 | SOLD | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 3,000,000 | -3,000,000.000 | 99.5466 | 5,500.00 | 2,991,906.25 |
| 08/13/03 | 08/05/03 | SOLD | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 3,000,000 | -3,000,000.000 | 99.8750 | 5,500.00 | 3,001,750.00 |
| 08/13/03 | 08/05/03 | SOLD | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 9,000,000 | -9,000,000.000 | 99.8281 | 16,500.00 | 9,001,031.25 |
| 08/13/03 | 08/06/03 | PURCHASED | FNMA 5.0% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.000% 08/13/03 REG DTD 08/01/03 FACTOR 1.0000000000 REM BAL 1,000,000 | 1,000,000.000 | 99.3457 | -1,666.67 | -993,104.17 |
| 08/13/03 | 08/06/03 | PURCHASED | FNMA 5.0% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.000% 08/13/03 REG DTD 08/01/03 FACTOR 1.0000000000 REM BAL 2,000,000 | 2,000,000.000 | 99.8125 | -3,333.33 | -1,979,583.33 |
| 08/13/03 | 08/06/03 | SOLD | FNMA 5.0% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.000% 08/13/03 REG DTD 08/01/03 FACTOR 1.0000000000 REM BAL 1,000,000 | -1,000,000.000 | 100.7656 | 1,666.67 | 1,009,322.92 |
| 08/13/03 | 08/06/03 | SOLD | FNMA 5.0% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.000% 08/13/03 REG DTD 08/01/03 FACTOR 1.0000000000 REM BAL 2,000,000 | -2,000,000.000 | 98.7656 | 3,333.33 | 1,978,645.83 |
| 08/13/03 | 08/06/03 | PURCHASED | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 1,500,000 | 1,500,000.000 | 101.1093 | -2,750.00 | -1,519,390.63 |
| 08/13/03 | 08/06/03 | PURCHASED | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 1,500,000 | 1,500,000.000 | 101.2968 | -2,750.00 | -1,522,205.13 |

Account Number: 777-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co., Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing, a member of FINRA, NYSE and SIPC, is a subsidiary of The Bank of New York Mellon Corporation. Pershing LLC

Page 6 of 23

**CROCKER SECURITIES LLC**
1990 Diaz Road • Suite 130 • Walnut Creek, CA 94597
925-941-5340

**your Brokerage Account**

## Transactions in Date Sequence (continued)

Statement Period: 08/01/2003 - 08/29/2003

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/13/03 | 08/06/03 | PURCHASED | FNMA 5.9% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG D/TD 08/04/03 FACTOR 1.000000000 REM BAL 4.000.000 | 4,000,000.00 | 98.7343 | -7,333.33 | -3,956,708.33 |
| 08/13/03 | 08/06/03 | SOLD | FNMA 5.9% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG D/TD 08/04/03 FACTOR 1.000000000 REM BAL 3.000.000 | -3,000,000.00 | 101.6718 | 5,500.00 | 3,055,656.25 |
| 08/13/03 | 08/06/03 | SOLD | FNMA 5.9% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG D/TD 08/04/03 FACTOR 1.000000000 REM BAL 4.000.000 | -4,000,000.00 | 98.7187 | 7,333.33 | 3,956,083.33 |
| 08/13/03 | 08/1/03 | PURCHASED | FNMA 5.9% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.000% 08/13/03 REG D/TD 08/01/03 FACTOR 1.000000000 REM BAL 6.000.000 | 6,000,000.00 | 98.4062 | -10,000.00 | -5,914,375.00 |
| 08/13/03 | 08/1/03 | PURCHASED | FNMA 5.9% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.000% 08/13/03 REG D/TD 08/01/03 FACTOR 1.000000000 REM BAL 6.000.000 | 4,000,000.00 | 95.3125 | -6,666.67 | -3,813,166.67 |
| 08/13/03 | 08/1/03 | PURCHASED | FNMA 5.9% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.000% 08/13/03 REG D/TD 08/01/03 FACTOR 1.000000000 REM BAL 4.000.000 | 4,000,000.00 | 98.0625 | -6,666.67 | -3,929,166.67 |
| 08/13/03 | 08/1/03 | SOLD | FNMA 5.9% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.000% 08/13/03 REG D/TD 08/01/03 FACTOR 1.000000000 REM BAL 5.000.000 | -5,000,000.00 | 94.9687 | 8,333.33 | 4,755,770.83 |
| 08/13/03 | 08/1/03 | SOLD | FNMA 5.9% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.000% 08/13/03 REG D/TD 08/01/03 FACTOR 1.000000000 REM BAL 6.000.000 | -6,000,000.00 | 100.2031 | 10,000.00 | 6,022,187.50 |

D0000000010685

# Transactions in Date Sequence (continued)

000000000321685

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/13/03 | 08/11/03 | SOLD | FNMA 5.0% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.000% 08/13/03 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 3,000,000 | -3,000,000.000 | 99.3593 | 5,000.00 | 2,985,781.25 |
| 08/13/03 | 08/11/03 | PURCHASED | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.000000000 REM BAL 12,500,000 | 12,500,000.000 | 100.0546 | -22,916.67 | -12,525,752.61 |
| 08/13/03 | 08/11/03 | PURCHASED | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.000000000 REM BAL 9,000,000 | 9,000,000.000 | 100.1875 | -16,500.00 | -9,033,375.00 |
| 08/13/03 | 08/11/03 | PURCHASED | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.000000000 REM BAL 1,500,000 | 1,500,000.000 | 99.8750 | -2,750.00 | -1,500,875.00 |
| 08/13/03 | 08/11/03 | SOLD | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.000000000 REM BAL 3,000,000 | -3,000,000.000 | 99.8750 | 5,500.00 | 3,001,750.00 |
| 08/13/03 | 08/11/03 | SOLD | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.000000000 REM BAL 4,000,000 | -4,000,000.000 | 99.4375 | 7,333.33 | 3,984,833.33 |
| 08/13/03 | 08/11/03 | SOLD | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.000000000 REM BAL 10,000,000 | -10,000,000.000 | 102.3437 | 18,333.33 | 10,252,708.33 |
| 08/13/03 | 08/11/03 | SOLD | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.000000000 REM BAL 3,000,000 | -3,000,000.000 | 99.8750 | 5,500.00 | 2,997,062.50 |
| 08/13/03 | 08/11/03 | SOLD | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.000000000 REM BAL 3,000,000 | -3,000,000.000 | 100.3125 | 5,500.00 | 3,014,875.00 |
| 08/13/03 | 08/12/03 | PURCHASED | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.000000000 REM BAL 20,000,000 | 20,000,000.000 | 100.9960 | -56,666.67 | -20,235,885.43 |

Account Number: 7Z7-691035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member NYSE/NASD

Page 8 of 23

# CROCKER SECURITIES LLC

1999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**your Brokerage Account**

Statement Period: 08/01/2003 - 08/29/2003

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/13/03 | 08/12/03 | PURCHASED | FNMA 5.5% AUG 2003 P1 TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 11,000,000 | 11,000,000.000 | 101.0156 | -20,166.67 | -11,131,885.42 |
| 08/13/03 | 08/12/03 | PURCHASED | FNMA 5.5% AUG 2003 P1 TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 2,000,000 | 2,000,000.000 | 98.8281 | -3,666.67 | -1,980,229.17 |
| 08/13/03 | 08/12/03 | PURCHASED | FNMA 5.5% AUG 2003 P1 TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 6,000,000 | 6,000,000.000 | 98.5312 | -11,000.00 | -5,923,875.00 |
| 08/13/03 | 08/12/03 | SOLD | FNMA 5.5% AUG 2003 P1 TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 14,000,000 | -14,000,000.000 | 100.5312 | 25,666.67 | 14,100,041.67 |
| 08/13/03 | 08/12/03 | SOLD | FNMA 5.5% AUG 2003 P1 TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 3,000,000 | -3,000,000.000 | 99.7568 | 5,500.00 | 2,999,406.25 |
| 08/13/03 | 08/12/03 | SOLD | FNMA 5.5% AUG 2003 P1 TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 3,000,000 | -3,000,000.000 | 100.1562 | 5,500.00 | 3,010,187.50 |
| 08/13/03 | 08/12/03 | SOLD | FNMA 5.5% AUG 2003 P1 TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 3,000,000 | -3,000,000.000 | 99.6875 | 5,500.00 | 2,996,125.00 |
| 08/13/03 | 08/12/03 | SOLD | FNMA 5.5% AUG 2003 P1 TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.0000000000 REM BAL 2,000,000 | -2,000,000.000 | 100.9375 | 3,666.67 | 2,022,416.67 |

Clearing Through **Pershing**
A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, a subsidiary of The Bank of New York Company, Inc.

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

D0000000012005

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/13/03 | 08/12/03 | SOLD | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.000000000 REM BAL 4,000,000 | -4,000,000.000 | 99.8125 | 7,333.33 | 3,995,833.33 |
| 08/13/03 | 08/12/03 | SOLD | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.000000000 REM BAL 4,000,000 | -4,000,000.000 | 101.4218 | 7,333.33 | 4,064,208.33 |
| 08/13/03 | 08/12/03 | SOLD | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.000000000 REM BAL 4,000,000 | -4,000,000.000 | 101.5937 | 7,333.33 | 4,071,083.33 |
| 08/13/03 | 08/12/03 | SOLD | FNMA 5.5% AUG 2003 PL TBA SETT 08/13/03 "PAIR OFF" 5.500% 08/13/03 REG DTD 08/04/03 FACTOR 1.000000000 REM BAL 2,000,000 | -2,000,000.000 | 100.9062 | 3,666.67 | 2,021,791.67 |
| 08/15/03 | | CONSOLIDATED FIRM BALANCES | BANK OF AMERICA, N.A. | | | | 96,978.00 |
| 08/15/03 | | FEDERAL FUNDS SENT | BANK OF AMERICA, N.A. | | | | -65,000.00 |
| 08/15/03 | | FEDERAL FUNDS SENT | TRANSFERRED FROM 792003174 | | | | -96,978.00 |
| 08/15/03 | | BOND INTEREST RECEIVED | 69000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-1518-G CL-1518-G 3.320% 05/15/23 B/E DTD 07/31 PD 08/15/03 | | | | 398.54 |
| 08/15/03 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-1518-G CL-1518-G 3.320% 05/15/23 B/E RD 07/31 PD 08/15/03 | | | | 4,850.22 |
| 08/19/03 | | INT. CHARGED ON DEBIT BALANCES | DTD 05/15/93 RD 07/31 PD 08/15/03 MARGIN INTEREST FOR 24 DEBIT DAYS AV BAL 250093.20 AVG RATE 3.250 07-20-03 TO 08-19-03 | | | | -541.86 |
| 08/20/03 | 08/19/03 | INTEREST ON FREE CREDIT BALANCES | CREDIT INTEREST FOR INTEREST PERIOD ENDING 08-19-03 YIELDS WERE: CURRENT 3.250% EFFECTIVE 3.298% | | | | 78.65 |
| 08/22/03 | 08/19/03 | SOLD | MASTER ASSET SECURITIZATION TR SER 2003-7 MTG PASS THRU CTF CL A 7 5.250% 08/25/33 B/E DTD 07/01/03 CLB FACTOR 1.000000000 REM BAL 25,000 | -25,000.000 | 91.0000 | 76.56 | 22,826.56 |
| 08/26/03 | | BOND INTEREST RECEIVED | 250000 BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.000% 07/25/53 B/E DTD 06/01/03 CLB RD 07/31 PD 08/25/03 | | | | 5,369.09 |

00000000014685

Account Number: TZ7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co; Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 350 • Walnut Creek, CA 94597
925-941-1540

D0000000010685

**YOUR Brokerage Account**

Statement Period: 08/01/2003 - 08/29/2003

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/26/03 | 08/26/03 | RETURN OF PRINCIPAL RECEIVED | 250000 BANC AMER MTG SECS INC 2005-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.000% 07/25/33 B/E DTD 06/01/03 CLB RD 07/31 PD 08/26/03 | | | | 16,262.02 |
| 08/26/03 | 08/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-47 CL 47-SB 19.320% 06/25/33 B/E DTD 06/25/03 FACTOR 0.673746400 REM BAL 7,074,339 | -10,500,000.000 | 103.2500 | 15,873.25 | 7,320,129.01 |
| 08/25/03 | | BOND INTEREST RECEIVED | 25000 MASTER ASSET SECURITIZATION TR SER 2003-7 MTG PASS THRU CTF CL A 7 5.250% 09/25/33 B/E DTD 07/01/03 CLB RD 07/31 PD 08/25/03 | | | | 109.37 |
| 08/28/03 | 08/04/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003-7 MTG PASSTHRU CTF CL 1-A-6 VAR RATE 2.500% 09/25/33 B/E DTD 07/01/03 | 5,000,000.000 | 98.4375 | -2,012.82 | -4,757,296.48 |
| 08/28/03 | 08/04/03 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003-7 MTG PASSTHRU CTF CL 1-A-6 VAR RATE 2.500% 09/25/33 B/E DTD 07/01/03 CANCELLED TRADE | 5,000,000.000 | 98.4375 | -2,083.33 | -4,921,958.33 |
| 08/28/03 | 08/04/03 | CANCELLED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003-7 MTG PASSTHRU CTF CL 1-A-6 VAR RATE 2.500% 09/25/33 B/E DTD 07/01/03 CANCELLED TRADE | -5,000,000.000 | 98.4375 | 2,083.33 | 4,921,958.33 |
| 08/28/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003-7 MTG PASSTHRU CTF CL 1-A-6 VAR RATE 2.500% 09/25/33 B/E DTD 07/01/03 | -5,000,000.000 | 98.4375 | 2,012.82 | 4,921,958.33 |
| 08/28/03 | 08/28/03 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-47 CL 47-SB 19.320% 06/25/33 B/E DTD 06/25/03 FACTOR 0.673746400 REM BAL 7,074,339 CANCELLED TRADE | 10,500,000.000 | 103.2500 | -15,873.25 | -7,320,129.01 |
| 08/28/03 | 08/28/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2664 CL 2664-SR INV FLTR 0.000% 08/15/22 B/E DTD 08/15/03 FACTOR 1.000000000 REM BAL 4,182,000 VARIABLE RATE | -4,182,000.000 | 74.7500 | 17,453.33 | 3,143,498.33 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member FINRA, NYSE, SIPC · Securities cleared through Pershing LLC

## Transactions in Date Sequence (continued)

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/29/03 | 08/04/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003-7 MTG PASSTHRU CTF CL I A-6 VAR RATE 2.500% 09/25/53 B/E DTD 07/01/03 | 5,000,000.000 | 98.4375 | -2,012.82 | -4,757,296.48 |
| 08/29/03 | 08/04/03 | CANCELLED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003-7 MTG PASSTHRU CTF CL I A-6 VAR RATE 2.500% 09/25/53 B/E DTD 07/01/03 CANCELLED TRADE | -500,000.000 | 98.4375 | 2,012.82 | 4,757,296.48 |
| 08/29/03 | 08/25/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-91 CL-91-FQ FLTR FACTOR 1.000000000 REM BAL 4,000,000 | 4,000,000.000 | 98.6875 | -8,400.00 | -3,955,900.00 |
| 08/29/03 | 08/25/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-91 CL-91-FQ FLTR 0.000% 09/25/53 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 5,500,000 VARIABLE RATE | 5,500,000.000 | 99.0000 | -11,550.00 | -5,456,550.00 |
| 08/29/03 | 08/25/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-91 CL-91-FQ FLTR 0.000% 09/25/53 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 VARIABLE RATE | 500,000.000 | 99.0000 | -1,050.00 | -496,050.00 |
| 08/29/03 | 08/25/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-91 CL-91-FQ FLTR 0.000% 09/25/53 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 4,000,000 VARIABLE RATE | -4,000,000.000 | 99.3125 | 8,400.00 | 3,980,900.00 |
| 08/29/03 | 08/25/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-91 CL-91-FQ FLTR 0.000% 09/25/53 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 5,000,000 VARIABLE RATE | -5,000,000.000 | 98.7500 | 10,500.00 | 4,948,000.00 |
| 08/29/03 | 08/25/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-91 CL-91-FQ FLTR 0.000% 09/25/53 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 1,000,000 | -1,000,000.000 | 99.2500 | 2,100.00 | 994,600.00 |
| 08/29/03 | 08/25/03 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR2003-66 CL-66-ID 5.500% 09/20/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 4,000,000 | 4,000,000.000 | 98.1250 | -17,111.11 | -3,942,111.11 |

D00000000001695

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
www.nyse.www.nasd.www.sipc Pershing Division of Brokerage Services LLC

# CROCKER SECURITIES LLC

3599 Oak Road • Suite 239 • Walnut Creek, CA 94597
925-941-1650

## your *Brokerage* Account

## Transactions in Date Sequence (continued)

Statement Period: 08/01/2003 - 08/29/2003

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/29/03 | 08/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2003-66 CL-66-ID 5.500% 08/20/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 491,000 | -491,000.000 | 95.2500 | 2,100.39 | 469,777.89 |
| 08/29/03 | 08/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2003-66 CL-66-ID 5.500% 08/20/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 20,000 | -20,000.000 | 96.0000 | 85.55 | 19,285.56 |
| 08/29/03 | 08/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2003-66 CL-66-ID 5.500% 08/20/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 205,000 | -205,000.000 | 96.0000 | 875.94 | 197,676.94 |
| 08/29/03 | 08/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2003-66 CL-66-ID 5.500% 08/20/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 84,000 | -84,000.000 | 96.2500 | 359.33 | 81,209.33 |
| 08/29/03 | 08/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2003-66 CL-66-ID 5.500% 08/20/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 383,000 | -383,000.000 | 96.5000 | 1,638.39 | 371,233.39 |
| 08/29/03 | 08/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2003-66 CL-66-ID 5.500% 08/20/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 254,000 | -254,000.000 | 96.3750 | 1,085.56 | 245,879.06 |
| 08/29/03 | 08/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2003-66 CL-66-ID 5.500% 08/20/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 1,000,000 | -1,000,000.000 | 97.6250 | 4,277.78 | 980,527.78 |
| 08/29/03 | 08/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2003-66 CL-66-ID 5.500% 08/20/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 1,000,000 | -1,000,000.000 | 94.5625 | 4,277.78 | 949,902.78 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, and SIPC, Transacting business through Pershing LLC

Page 13 of 23

D00000000010635

D000000000310685

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/29/03 | 08/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-66 CL-66-JD 5.500% 08/20/53 B/E<br>DTD 08/01/03 FACTOR 1.000000000<br>REM BAL 50,000 | -50,000.000 | 95.1250 | 213.89 | 47,776.39 |
| 08/29/03 | 08/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-66 CL-66-JD 5.500% 08/20/53 B/E<br>DTD 08/01/03 FACTOR 1.000000000<br>REM BAL 250,000 | -250,000.000 | 95.1250 | 1,069.44 | 238,881.94 |
| 08/29/03 | 08/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-66 CL-66-JD 5.500% 08/20/53 B/E<br>DTD 08/01/03 FACTOR 1.000000000<br>REM BAL 51,000 | -51,000.000 | 94.8750 | 218.17 | 48,604.42 |
| 08/29/03 | 08/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-66 CL-66-JD 5.500% 08/20/53 B/E<br>DTD 08/01/03 FACTOR 1.000000000<br>REM BAL 100,000 | -100,000.000 | 94.6250 | 427.78 | 95,052.78 |
| 08/29/03 | 08/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-66 CL-66-JD 5.500% 08/20/53 B/E<br>DTD 08/01/03 FACTOR 1.000000000<br>REM BAL 112,000 | -112,000.000 | 95.7500 | 479.11 | 107,719.11 |
| 08/29/03 | 08/26/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-2 CL-2-NS 0.000% 02/25/33 REG<br>DTD 01/01/03 FACTOR 0.855366000<br>REM BAL 1,197,513 VARIABLE RATE | -1,400,000.000 | 90.3125 | -12,933.19 | -1,091,437.33 |
| 08/29/03 | 08/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-2 CL-2-NS 0.000% 02/25/33 REG<br>DTD 01/01/03 FACTOR 0.855366000<br>REM BAL 1,197,513 VARIABLE RATE | 1,400,000.000 | 88.3125 | 12,933.19 | 1,070,487.07 |
| 08/29/03 | 08/26/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-51 CL-51-S INV/ FLTR<br>0.000% 06/25/33 B/E DTD 05/01/03<br>FACTOR 0.742701140 REM BAL 349,069<br>VARIABLE RATE | 470,000.000 | 96.2500 | -4,379.55 | -340,556.98 |
| 08/29/03 | 08/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-51 CL-51-S INV/ FLTR<br>0.000% 06/25/33 B/E DTD 05/01/03<br>FACTOR 0.742701140 REM BAL 349,069<br>VARIABLE RATE | -470,000.000 | 95.000 | 4,379.55 | 351,703.74 |

Account Number: 727-891035<br>CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Subsidiary of The Bank of New York

Page 14 of 23

One Pershing Plaza, Jersey City, New Jersey 07399<br>Pershing LLC, member NASD, NYSE, SIPC, Securities in Trust Provided by Pershing LLC

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**your Brokerage Account**

Statement Period: 08/01/2003 - 08/29/2003

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/29/03 | 08/26/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-54 CL-34-US INV FLTR 0.000% 04/25/33 B/E DTD 04/01/03 FACTOR 0.747/6634900 REM BAL 9,054,204 VARIABLE RATE | 12,110,000.000 | 96.9380 | -113,597.21 | -8,890,562.22 |
| 08/29/03 | 08/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-54 CL-34-US INV FLTR 0.000% 04/25/33 B/E DTD 04/01/03 FACTOR 0.747/6634900 REM BAL 9,054,204 VARIABLE RATE | -12,110,000.000 | 98.5000 | 113,597.21 | 9,031,989.00 |
| 08/29/03 | 08/26/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-47 CL-47-SB 19.320% 06/25/33 B/E DTD 05/28/03 FACTOR 0.5737/466400 REM BAL 7,074,339 | 10,500,000.000 | 105.2500 | -15,875.25 | -7,461,615.81 |
| 08/29/03 | 08/26/03 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-47 CL-47-SB 19.320% 06/25/33 B/E REM BAL 7,074,339 CORRECTED CONFIRM | -10,500,000.000 | 103.2500 | 15,873.25 | 7,320,129.01 |
| 08/27/03 | 08/27/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-37 CL-37-SI 13.020% 05/25/33 B/E DTD 04/25/03 FACTOR 1.000000000 REM BAL 1,080,000 | 1,080,000.000 | 84.5000 | -1,562.40 | -914,162.40 |
| 08/27/03 | 08/27/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-37 CL-37-SI 13.020% 05/25/33 B/E DTD 04/25/03 FACTOR 1.000000000 REM BAL 1,080,000 | -1,080,000.000 | 88.0000 | 1,562.40 | 951,962.40 |
| 08/29/03 | 08/27/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-86 CL-86-WD 6.000% 08/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 5,000,000 | 5,000,000.000 | 98.2812 | -23,333.33 | -4,937,395.83 |
| 08/29/03 | 08/27/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-86 CL-86-WD 6.000% 08/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 5,000,000 | -5,000,000.000 | 97.0000 | 23,333.33 | 4,873,333.33 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

One Pershing Plaza, Jersey City, New Jersey 07399
www.us.pershing.com Member NASD/SIPC, Pershing LLC

DO000000C001CSS5

0V00000000010483

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/29/03 | 08/27/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER2597 CL-2597-SK INVS FLTR<br>0.00096 04/15/33 B/E DTD 04/15/03 CLB<br>FACTOR 0.75602481100 REM BAL 1,123,798<br>VARIABLE RATE | 1,535,000.000 | 90.4062 | -6,991.78 | -1,028,399.86 |
| 08/29/03 | 08/27/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER2597 CL-2597-SK INVS FLTR<br>0.00096 04/15/33 B/E DTD 04/15/03 CLB<br>FACTOR 0.75602481100 REM BAL 1,123,798<br>VARIABLE RATE | -1,535,000.000 | 94.3125 | 6,991.78 | 1,072,532.60 |
| 08/29/03 | 08/28/03 | PURCHASED | CREDIT SUISSE FRST BOSTON MTG SECS CORP<br>2005-21 MTG BKD PASSTHRU CTF1-A-13<br>0.00096 09/25/53 B/E DTD 08/01/00<br>FACTOR 1.00000000000 REM BAL 17,500,000<br>VARIABLE RATE | 17,500,000.000 | 99.8437 | -37,430.56 | -17,510,086.81 |
| 08/29/03 | 08/28/03 | SOLD | CREDIT SUISSE FRST BOSTON MTG SECS CORP<br>2005-21 MTG BKD PASSTHRU CTF1-A-13<br>0.00096 09/25/53 B/E DTD 08/01/00<br>FACTOR 1.00000000000 REM BAL 17,500,000<br>VARIABLE RATE | -17,500,000.000 | 99.8750 | 37,430.56 | 17,515,555.56 |
| 08/29/03 | 08/28/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-91 CL-91-SQ INV FLTR<br>0.00096 09/25/53 B/E DTD 08/01/03<br>FACTOR 1.00000000000 REM BAL 5,500,000<br>VARIABLE RATE | 5,500,000.000 | 95.9375 | -35,505.56 | -5,312,068.06 |
| 08/29/03 | 08/28/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-91 CL-91-SQ INV FLTR<br>0.00096 09/25/53 B/E DTD 08/01/03<br>FACTOR 1.00000000000 REM BAL 500,000<br>VARIABLE RATE | 500,000.000 | 95.9375 | -3,227.78 | -482,915.28 |
| 08/29/03 | 08/28/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-91 CL-91-SQ INV FLTR<br>0.00096 09/25/53 B/E DTD 08/01/03<br>FACTOR 1.00000000000 REM BAL 115,000<br>VARIABLE RATE | -115,000.000 | 95.5000 | 742.39 | 110,567.39 |
| 08/29/03 | 08/28/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-91 CL-91-SQ INV FLTR<br>0.00096 09/25/53 B/E DTD 08/01/03<br>FACTOR 1.00000000000 REM BAL 500,000<br>VARIABLE RATE | -500,000.000 | 95.5000 | 3,227.78 | 480,727.78 |

Account Number: 727-89 1035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Subsidiary of Pershing Group LLC.

CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Transactions in Date Sequence (continued)

**your Brokerage Account**

Statement Period 08/01/2003 - 08/29/2003

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/29/03 | 08/28/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-91 CL-91-SQ INV FLTR 0.000% 09/25/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 VARIABLE RATE | -500,000.000 | 95.6250 | 3,227.78 | 481,352.78 |
| 08/29/03 | 08/28/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-91 CL-91-SQ INV FLTR 0.000% 09/25/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 2,000,000 VARIABLE RATE | -2,000,000.000 | 94.6875 | 12,911.11 | 1,906,661.11 |
| 08/29/03 | 08/28/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-91 CL-91-SQ INV FLTR 0.000% 09/25/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 VARIABLE RATE | -500,000.000 | 96.0000 | 3,227.78 | 483,227.78 |
| 08/29/03 | 08/28/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-91 CL-91-SQ INV FLTR 0.000% 09/25/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 1,000,000 VARIABLE RATE | -1,000,000.000 | 95.8750 | 6,455.56 | 965,205.56 |
| 08/29/03 | 08/28/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-91 CL-91-SQ INV FLTR 0.000% 09/25/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 50,000 VARIABLE RATE | -50,000.000 | 96.0000 | 322.78 | 48,322.78 |
| 08/29/03 | 08/28/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2664 CL-2664-SR INV FLTR 0.000% 08/15/22 B/E DTD 08/15/03 FACTOR 1.000000000 REM BAL 1,335,000 VARIABLE RATE | -1,335,000.000 | 95.7500 | 8,618.17 | 1,286,880.67 |
| 08/29/03 | PURCHASED | | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-91 CL-91-SQ INV FLTR 0.000% 09/25/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 4,182,000 VARIABLE RATE | 4,182,000.000 | 74.7500 | -17,453.33 | -3,143,498.33 |

Clearing Through Pershing   A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Securities and Annuities Investments

Account Number: 727-891035
CROCKER SECURITIES LLC

DC00000000125685

## Transactions in Date Sequence (continued)

0000000000016665

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/29/03 | 08/28/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR SER 2003-8 CL 1A-7 5.250% 10/25/33 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 4,000,000 | 4,000,000,000.000 | 96.5062 | -16,333.33 | -3,892,583.33 |
| 08/29/03 | 08/28/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR SER 2003-8 CL 1A-7 5.250% 10/25/33 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 4,000,000 | 4,000,000,000.000 | 98.0000 | 16,333.33 | 3,936,333.33 |
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR CL 1A20 5.500% 10/25/33 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 600,000 | -600,000,000.000 | 95.0000 | -2,566.67 | -590,566.67 |
| 08/29/03 | 08/28/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR CL 1A20 5.500% 10/25/33 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 600,000 | 600,000,000.000 | 95.0000 | 2,566.67 | 572,566.67 |
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR CL 1A24 FACTOR 1.000000000 REM BAL 11,000,000 | -11,000,000,000.000 | 99.9437 | -23,527.78 | -11,006,340.23 |
| 08/29/03 | 08/28/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR CL 1A24 FACTOR 1.000000000 REM BAL 11,000,000 | 11,000,000,000.000 | 99.8750 | 23,527.78 | 11,009,777.78 |
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 VARIABLE RATE 0.000% 10/25/33 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 3,500,000 | -3,500,000,000.000 | 99.6071 | -16,333.33 | -3,502,583.25 |
| 08/29/03 | 08/28/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 6.000% 10/25/33 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 3,500,000 | 3,500,000,000.000 | 96.4375 | -16,333.33 | -3,391,645.83 |
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 6.000% 10/25/33 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 3,500,000 | -3,500,000,000.000 | 95.6093 | 16,333.33 | 3,502,661.45 |

**CROCKER SECURITIES LLC**
3999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

your *Brokerage Account*

## Transactions in Date Sequence (continued)

Statement Period: 08/01/2003 - 08/29/2003

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A24 6.000% 10/25/53 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 3,500,000 | -3,500,000.000 | 96.4375 | 16,353.33 | 3,391,645.83 |
| 08/29/03 | 08/28/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/53 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | 500,000.000 | 86.7500 | | -433,750.00 |
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/53 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 86.7500 | | 433,750.00 |
| 08/29/03 | 08/28/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A5 0.000% 10/25/53 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 1,200,000 | 1,200,000.000 | 78.7600 | | -945,120.00 |
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A5 0.000% 10/25/53 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 1,200,000 | -1,200,000.000 | 78.7600 | | 945,120.00 |
| 08/29/03 | 08/28/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A44 VARIABLE RATE FACTOR 1.000000000 REM BAL 4,834,000 | 4,834,000.000 | 100.8400 | -10,189.00 | -4,884,794.60 |
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A44 VARIABLE RATE FACTOR 1.000000000 REM BAL 4,834,000 | -4,834,000.000 | 99.0000 | 10,189.00 | 4,795,849.00 |
| 08/29/03 | 08/28/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A45 VARIABLE RATE FACTOR 1.000000000 REM BAL 4,834,000 | 4,834,000.000 | 100.8400 | -34,928.34 | -4,905,533.94 |

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399 Pershing, member NASD, NYSE, SIPC. Pershing is a division of Pershing Group LLC

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

D000000001035

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A5 0.000% 10/25/53 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 4,834,000 VARIABLE RATE | -4,834,000.000 | 97.0000 | 34,928.34 | 4,713,908.34 |
| 08/29/03 | 08/28/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A6 6.000% 10/25/53 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 1,320,000 | 1,320,000.000 | 97.0000 | -6,160.00 | -1,286,560.00 |
| 08/29/03 | 08/28/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A6 6.000% 10/25/53 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 1,320,000 | 1,320,000.000 | 100.8400 | -6,160.00 | -1,337,248.00 |
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A6 6.000% 10/25/53 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 1,320,000 | -1,320,000.000 | 100.8750 | 6,160.00 | 1,337,710.00 |
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A6 6.000% 10/25/53 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 1,000,000 | -1,000,000.000 | 96.8750 | 4,666.67 | 972,416.67 |
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A6 6.000% 10/25/53 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 40,000 | -40,000.000 | 97.2500 | 186.67 | 35,086.67 |
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A6 6.000% 10/25/53 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 280,000 | -280,000.000 | 97.3750 | 1,306.67 | 272,956.67 |
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CL 1A-47 6.000% 10/25/53 REG DTD 08/01/00 FACTOR 1.000000000 REM BAL 2,212,000 | -2,212,000.000 | 97.0000 | -10,372.67 | -2,155,962.67 |
| 08/29/03 | 08/28/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CL 1A-47 6.000% 10/25/53 REG DTD 08/01/00 FACTOR 1.000000000 REM BAL 2,212,000 | 2,212,000.000 | 100.8400 | -10,372.67 | -2,240,903.47 |
| 08/29/03 | 08/28/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CL 1A-47 6.000% 10/25/53 REG DTD 08/01/00 FACTOR 1.000000000 REM BAL 2,212,000 | 2,212,000.000 | 100.8750 | 10,372.67 | 2,241,677.67 |
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CL 1A-47 6.000% 10/25/53 REG DTD 08/01/00 FACTOR 1.000000000 REM BAL 2,212,000 | -2,212,000.000 | 97.3750 | 1,306.67 | 273,955.67 |

Account Number: 727-851035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

Page 20 of 23

CROCKER
SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

D000000000010885

## Transactions in Date Sequence (continued)

**Statement Period: 08/01/2003 - 08/29/2003**

*YOUR* **Brokerage** *Account*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR SER 2003-8 CL I4-47 6.000% 10/25/33 REG DTD 08/01/03 FACTOR 1.0000000000 REM BAL 840,000 | -840,000.000 | 97.0000 | 3,920.00 | 816,720.00 |
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR SER 2003-8 CL I4-47 6.000% 10/25/33 REG DTD 08/01/03 FACTOR 1.0000000000 REM BAL 300,000 | -300,000.000 | 96.7500 | 1,400.00 | 291,650.00 |
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR SER 2003-8 CL I4-47 6.000% 10/25/33 REG DTD 08/01/03 FACTOR 1.0000000000 REM BAL 50,000 | -50,000.000 | 97.0000 | 233.33 | 48,733.33 |
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR SER 2003-8 CL I4-47 6.000% 10/25/33 REG DTD 08/01/03 FACTOR 1.0000000000 REM BAL 500,000 | -500,000.000 | 96.8750 | 2,333.33 | 485,708.33 |
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR SER 2003-8 CL I4-47 6.000% 10/25/33 REG DTD 08/01/03 FACTOR 1.0000000000 REM BAL 50,000 | -50,000.000 | 97.0000 | 233.33 | 48,733.33 |
| 08/29/03 | 08/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR SER 2003-8 CL I4-47 6.000% 10/25/33 REG DTD 08/01/03 FACTOR 1.0000000000 REM BAL 472,000 | -472,000.000 | 96.7500 | 2,202.67 | 458,862.67 |
| 08/29/03 | 08/28/03 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-67 CL-67-C 5.500% 08/20/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 4,000,000 | 4,000,000.000 | 97.4062 | -17,111.11 | -3,913,361.11 |
| 08/29/03 | 08/28/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-67 CL-67-C 5.500% 08/20/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 60,000 | -60,000.000 | 95.1250 | 256.67 | 57,331.67 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

## Transactions in Date Sequence (continued)

00000000010685

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/29/03 | 08/28/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2003-57 CL-67-C 5.500% 08/20/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 15,000 | -15,000.000 | 95.1250 | 64.17 | 14,332.92 |
| 08/29/03 | 08/28/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2003-57 CL-67-C 5.500% 08/20/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 85,000 | -85,000.000 | 95.3750 | 365.61 | 81,432.36 |
| 08/29/03 | 08/28/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2003-57 CL-67-C 5.500% 08/20/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 30,000 | -30,000.000 | 96.0000 | 128.33 | 28,928.33 |
| 08/29/03 | 08/28/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2003-57 CL-67-C 5.500% 08/20/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 187,000 | -187,000.000 | 96.5000 | 799.94 | 181,254.94 |
| 08/29/03 | 08/28/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2003-57 CL-67-C 5.500% 08/20/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 359,000 | -359,000.000 | 95.3750 | 1,535.72 | 347,521.97 |
| 08/29/03 | 08/28/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2003-57 CL-67-C 5.500% 08/20/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 263,000 | -265,000.000 | 96.2500 | 1,125.06 | 254,262.56 |
| 08/29/03 | 08/28/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2003-57 CL-67-C 5.500% 08/20/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 50,000 | -50,000.000 | 95.7500 | 213.89 | 48,088.89 |
| 08/29/03 | 08/28/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2003-57 CL-67-C 5.500% 08/20/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 320,000 | -320,000.000 | 96.1250 | 1,368.89 | 308,968.89 |
| 08/29/03 | 08/28/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2003-57 CL-67-C 5.500% 08/20/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 127,000 | -127,000.000 | 95.7500 | 543.28 | 122,145.78 |
| 08/29/03 | 08/28/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2003-57 CL-67-C 5.500% 08/20/53 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 90,000 | -90,000.000 | 95.8750 | 385.00 | 86,672.50 |

Account Number: 777-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC, a subsidiary of The Bank of New York Mellon Corporation (BNY Mellon). Pershing does not carry accounts, transact business or otherwise deal with the public as a broker-dealer in certain jurisdictions. Trademark(s) belong to their respective owners. Pershing LLC.

# CROCKER SECURITIES LLC
2999 Oak Road • Suite 316 • Walnut Creek, CA 94597
925-941-1540

## your Brokerage Account

Statement Period: 08/01/2003 - 08/29/2003

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/29/03 | 08/28/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR2003-67 CL-67-C 5.500% 08/20/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 120,000 | -120,000.000 | 96.0000 | 513.33 | 115,713.33 |
| 08/29/03 | 08/28/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR2003-67 CL-67-C 5.500% 08/20/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 100,000 | -100,000.000 | 95.7500 | 427.78 | 96,177.78 |
| 08/29/03 | 08/28/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR2003-67 CL-67-C 5.500% 08/20/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 280,000 | -280,000.000 | 95.6250 | 1,197.78 | 268,947.78 |
| 08/29/03 | 08/28/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR2003-67 CL-67-C 5.500% 08/20/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 10,000 | -10,000.000 | 95.6250 | 42.78 | 9,605.28 |
| 08/29/03 | 08/28/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR2003-67 CL-67-C 5.500% 08/20/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 1,904,000 | -1,904,000.000 | 97.4062 | 8,144.89 | 1,862,759.89 |

**Total Value of all Transactions**     -$12,193.64

The price and quantity displayed may have been rounded.

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

Page 23 of 23

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, a subsidiary of The Bank of New York Company, LLC



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1346

COPY

D000000001 0867CSF932NP

CROCKER SECURITIES LLC
--TAXABLE TRADE #2--
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

**Your Investment Advisor:**
DOUG GREEN
(561) 361-4803



your *Brokerage Account*

**Account Number:** 7Z7-091035
**Statement Period:** 08/30/2003 - 09/30/2003

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$169,891.71 |
| Dividends/Interest | 38,984.20 |
| Change in Account Value | 135,010.68 |
| Ending Account Value | $5,103.17 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Fixed Income | 55,540.73 | 880,809.16 | 100% |
| Cash and Cash Equivalents | -225,432.44 | -875,705.99 | 0% |
| **Account Total** | **-$169,891.71** | **$5,103.17** | **100%** |

Your Account is 100% invested in Fixed Income.

D000000001 0867CSF932NP

Cleared Through

**Pershing**
A BNY Securities Group
Solutions from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD/SIPC, a subsidiary of The Bank of New York Company, Inc.



# COPY

## Customer Service Information

**Your Investment Advisor:**
Identification Number: RDG
DOUG GREEN
Telephone Number: (561) 361-4803
Fax Number: (561) 362-5261

Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST
Customer Service Telephone Number: (800) 941-2895

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Cash and Cash Equivalents 0.00% of Portfolio | | | | | |
| | Margin Balance | -225,432.44 | -875,705.99 | | | |
| | **Total Cash and Cash Equivalents** | **-$225,432.44** | **-$875,705.99** | **$0.00** | **$0.00** | |

| Quantity | Description *(In Maturity Date Sequence)* | Market Price | Market Value | Security Identification | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| | **Fixed Income** 100.00% of Portfolio | | | | | | |
| | **Asset Backed Securities** | | | | | | |
| -1,575,000.000M | FNMA-GTD REMIC PASS THRU CTF REMIC TR-2003-98 CL-98-SB INV FLTR 0.000% 06/25/33 B/E DTD 09/01/03 Factor: 1.00000000 | 102.6740 | -1,617,115.50 | 31393TXX9 | 0.00 | | |
| 1,324,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-67 CL-67-C 5.500% 08/20/33 B/E DTD 08/01/03 Factor: 1.00000000 | 97.0110 | 1,284,425.64 | 38374BWL3 | 5,866.06 | | |
| 500,000.000M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Factor: 1.00000000 | 66.4160 | 332,080.00 | 32051DK50 | 0.00 | | |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through: **Pershing**
A BNY Securities Group
Solutions from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

D0000000001086TC8F932XP

COPY

**CROCKER SECURITIES LLC**
3399 Oak Road • Suite 204 • Walnut Creek, CA 94597
925-941-1541

*your Brokerage Account*

Statement Period: 08/30/2003 - 09/30/2003

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Security Identification | Accrued Interest | Estimated Annual Income | Estimated Annual Income Yield |
|---|---|---|---|---|---|---|---|
| | **Fixed Income** (continued) | | | | | | |
| | **Asset Backed Securities** (continued) | | | | | | |
| 1,200,000.0000 | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A53<br>0.00006 10/25/33 B/E DTD 08/01/03<br>Factor: 0.59865252 | 73.5560 | 881,419.02 | 320S1DK68 | 0.00 | $0.00 | |
| | **Total Asset Backed Securities** | | $880,809.16 | | $5,866.06 | $0.00 | |
| | **Total Fixed Income** | | $880,809.16 | | $5,866.06 | $0.00 | |

| Description | | Market Value | | | | Estimated Annual Income | |
|---|---|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | $5,103.17 | | | | $0.00 | |

**M** This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system using various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and other prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional

shares. You will not receive confirmation of these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the line of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** *A BNY Securities Group Solutions from the Bank of New York*

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, a subsidiary of The Bank of New York Company, Inc.

Page 3 of 32

COPY

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/02/03 | 08/28/03 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A2 0.000% 10/25/33 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 CANCELLED TRADE | 500,000.000 | 86.7500 | | -433,750.00 |
| 09/02/03 | 08/28/03 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A3 0.000% 10/25/33 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 1,200,000 CANCELLED TRADE | 1,200,000.000 | 78.7600 | | -945,120.00 |
| 09/03/03 | 08/28/03 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2664 CL-2664-SR INV FLTR 0.000% 08/15/22 B/E DTD 08/15/03 FACTOR 1.000000000 REM BAL 4,182,000 CANCELLED TRADE | 4,182,000.000 | 74.7500 | 17,453.33 | -3,143,498.33 |
| 09/03/03 | 08/28/03 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2664 CL-2664-SR INV FLTR 0.000% 08/15/22 B/E DTD 08/15/03 SO CORR BKR 2190 VARIABLE RATE CORRECTED CONFIRM | 4,182,000.000 | 74.7500 | 17,453.33 | 3,143,498.33 |
| 09/05/03 | 08/28/03 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A2 0.000% 10/25/33 B/E DTD 08/01/03 SO CHG CORRECTED CONFIRM | 500,000.000 | 86.7500 | | 433,750.00 |
| 09/05/03 | 08/28/03 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A3 0.000% 10/25/33 B/E DTD 08/01/03 SO CHG CORRECTED CONFIRM | 1,200,000.000 | 78.7600 | | 945,120.00 |
| 09/10/03 | 08/28/03 | CORRECTED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A4 0.000% 10/25/33 B/E DTD 08/01/03 CORRECTED CONFIRM | 3,500,000.000 | 96.4375 | -16,333.33 | -3,391,645.83 |
| 09/10/03 | 08/28/03 | CORRECTED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A1 6.000% 10/25/33 REG DTD 08/01/03 CORRECTED CONFIRM | 3,500,000.000 | 99.6071 | -16,333.33 | -3,502,583.25 |
| 09/10/03 | 08/28/03 | CANCELLED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A24 6.000% 10/25/33 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 3,500,000 CANCELLED TRADE | 3,500,000.000 | 99.6071 | 16,333.33 | 3,502,583.25 |

D000000001067C5P932XP

Account Number: 727-891035
CROCKER SECURITIES LLC

Cleared Through
Pershing
A BNY Securities Group
Solutions from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

Page 4 of 32

COPY

**CROCKER SECURITIES LLC**
259 Oak Road • Suite 239 • Walnut Creek, CA 94597
925-941-1540

D000000001086C7CSP932MP

## Transactions in Date Sequence (continued)

*your* **Brokerage** *Account*

Statement Period: 08/30/2003 - 09/30/2003

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/10/03 | 08/28/03 | CANCELLED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A24 6.000% 10/25/33 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 3,500,000 CANCELLED TRADE | -3,500,000.000 | 96.4375 | 16,333.33 | 3,591,645.83 |
| 09/10/03 | | SECURITY DELIVERED TRANSFER OF ASSET | | | | | 166,633.50 |
| 09/10/03 | | SECURITY DELIVERY RETURNED TRANSFER OF ASSET | | | | | -166,633.50 |
| 09/11/03 | 08/28/03 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A24 6.000% 10/25/33 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 3,500,000 CANCELLED TRADE | 3,500,000.000 | 99.6095 | -16,333.33 | -3,502,661.46 |
| 09/11/03 | 08/28/03 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A24 6.000% 10/25/33 REG DTD 08/01/03 FACTOR 1.000000000 REM BAL 3,500,000 CANCELLED TRADE | 3,500,000.000 | 96.4375 | -16,333.33 | -3,391,645.83 |
| 09/11/03 | 08/28/03 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A41 6.000% 10/25/33 8/E DTD 08/01/03 CORRECTED CONFIRM | -3,500,000.000 | 96.4375 | 16,333.33 | 3,391,645.83 |
| 09/15/03 | 08/28/03 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A41 6.000% 10/25/33 8/E DTD 08/01/03 CORRECTED CONFIRM | -3,500,000.000 | 99.6095 | 16,333.33 | 3,502,661.46 |
| 09/15/03 | 09/09/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03 PAIR-OFF 5.500% 09/15/03 REG DTD 08/05/03 FACTOR 1.000000000 REM BAL 4,000,000 | 4,000,000.000 | 99.2968 | -8,555.56 | -3,980,430.56 |
| 09/15/03 | 09/09/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03 PAIR-OFF 5.500% 09/15/03 REG DTD 08/05/03 FACTOR 1.000000000 REM BAL 6,000,000 | 6,000,000.000 | 100.0000 | -12,883.33 | -6,012,883.33 |

Account Number: 727-391035
CROCKER SECURITIES LLC

Clearing Through

**Pershing®**
A BNY Securities Group
Solutions from the Bank of New York

Page 5 of 32

COPY

# Transactions in Date Sequence (continued)

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/15/03 | 09/09/03 | PURCHASED | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03<br>'PAIR-OFF' 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 4,000,000 | 4,000,000.000 | 100.0000 | -8,555.56 | -4,008,555.56 |
| 09/15/03 | 09/09/03 | PURCHASED | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03<br>'PAIR-OFF' 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 2,000,000 | 2,000,000.000 | 98.2812 | -4,277.78 | -1,969,902.78 |
| 09/15/03 | 09/09/03 | PURCHASED | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03<br>'PAIR-OFF' 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 2,000,000 | 2,000,000,000.000 | 99.2343 | -4,277.78 | -1,988,965.28 |
| 09/15/03 | 09/09/03 | PURCHASED | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03<br>'PAIR-OFF' 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 6,000,000 | 6,000,000,000.000 | 99.0781 | -12,833.33 | -5,957,520.83 |
| 09/15/03 | 09/09/03 | PURCHASED | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03<br>'PAIR-OFF' 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 5,000,000 | 5,000,000,000.000 | 98.5000 | -10,694.44 | -4,935,694.44 |
| 09/15/03 | 09/09/03 | SOLD | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03<br>'PAIR-OFF' 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 4,000,000 | -4,000,000,000.000 | 99.3125 | 8,555.56 | 3,981,055.56 |
| 09/15/03 | 09/09/03 | SOLD | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03<br>'PAIR-OFF' 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 4,000,000 | -4,000,000,000.000 | 99.6406 | 8,555.56 | 3,994,180.56 |
| 09/15/03 | 09/09/03 | SOLD | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03<br>'PAIR-OFF' 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 3,000,000 | -3,000,000,000.000 | 98.9375 | 6,416.67 | 2,974,541.67 |
| 09/15/03 | 09/09/03 | SOLD | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03<br>'PAIR-OFF' 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 3,000,000 | -3,000,000,000.000 | 99.5155 | 6,416.67 | 2,991,885.42 |
| 09/15/03 | 09/09/03 | SOLD | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03<br>'PAIR-OFF' 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 3,000,000 | -3,000,000,000.000 | 99.9062 | 6,416.67 | 3,003,604.17 |

D000000001108/CSF3323XP

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through

**Pershing**
A BNY Securities Group
Solutions from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

Page 6 of 32

CROCKER SECURITIES LLC
3999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-945-1640

COPY

YOUR Brokerage Account

## Transactions in Date Sequence (continued)

Statement Period: 08/30/2003 - 09/30/2003

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/15/03 | 09/09/03 | SOLD | FNMA 5.5% SEP 2003 P/L TBA SETT 09/15/03 REG / 'PAIR-OFF' 5.500% 09/15/03 REG / DTD 08/05/03 FACTOR 1.000000000 / REM BAL 3,000,000 | -3,000,000.000 | 99.9437 | 6,416.67 | 3,001,729.17 |
| 09/15/03 | 09/09/03 | PURCHASED | FNMA 5.5% SEP 2003 P/L TBA SETT 09/15/03 REG / 'PAIR-OFF' 5.500% 09/15/03 REG / DTD 08/05/03 FACTOR 1.000000000 / REM BAL 9,000,000 | 4,000,000.000 | 97.9843 | -7,777.78 | -3,921,152.78 |
| 09/15/03 | 09/09/03 | SOLD | FNMA 5.5% SEP 2003 P/L TBA SETT 09/15/03 REG / 'PAIR-OFF' 5.500% 09/15/03 REG / DTD 08/05/03 FACTOR 1.000000000 / REM BAL 4,000,000 | -9,000,000.000 | 99.7812 | 19,250.00 | 8,999,562.50 |
| 09/15/03 | 09/09/03 | SOLD | FNMA 6.0% SEP 2003 P/L TBA SETT 09/15/03 / 'PAIR-OFF' 6.000% 09/15/03 REG / DTD 09/03/03 FACTOR 1.000000000 / REM BAL 4,000,000 | -4,000,000.000 | 98.9937 | 7,777.78 | 3,951,527.78 |
| 09/15/03 | 09/09/03 | PURCHASED | FNMA 6.0% SEP 2003 P/L TBA SETT 09/15/03 / 'PAIR-OFF' 6.000% 09/15/03 REG / DTD 09/03/03 FACTOR 1.000000000 / REM BAL 3,000,000 | 3,000,000.000 | 101.7500 | -7,000.00 | -3,059,500.00 |
| 09/15/03 | 09/09/03 | PURCHASED | FNMA 6.0% SEP 2003 P/L TBA SETT 09/15/03 / 'PAIR-OFF' 6.000% 09/15/03 REG / DTD 09/03/03 FACTOR 1.000000000 / REM BAL 1,000,000 | 1,000,000.000 | 101.1453 | -2,333.33 | -1,016,786.46 |
| 09/15/03 | 09/09/03 | PURCHASED | FNMA 6.0% SEP 2003 P/L TBA SETT 09/15/03 / 'PAIR-OFF' 6.000% 09/15/03 REG / DTD 09/03/03 FACTOR 1.000000000 / REM BAL 3,000,000 | 3,000,000.000 | 102.0468 | -7,000.00 | -3,068,406.25 |
| 09/15/03 | 09/09/03 | PURCHASED | FNMA 6.0% SEP 2003 P/L TBA SETT 09/15/03 / 'PAIR-OFF' 6.000% 09/15/03 REG / DTD 09/03/03 FACTOR 1.000000000 / REM BAL 3,000,000 | 3,000,000.000 | 102.0937 | -7,000.00 | -3,069,812.50 |

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group
Solutions from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

Page 7 of 32

D0C000000010C086FC5FF9322RP

COPY

D00G00000010867C5FF9329F

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/15/03 | 09/09/03 | PURCHASED | FNMA 6.0% SEP 2003 PL TBA SETT 09/15/03 / 'PAIR-OFF 6.000% 09/15/03 REG / DTD 09/03/03 FACTOR 1.000000000 / REM BAL 5,000,000 | 5,000,000.000 | 102.1171 | -11,666.67 | -5,117,526.05 |
| 09/15/03 | 09/09/03 | SOLD | FNMA 6.0% SEP 2003 PL TBA SETT 09/15/03 / 'PAIR-OFF 6.000% 09/15/03 REG / DTD 09/03/03 FACTOR 1.000000000 / REM BAL 4,000,000 | -4,000,000.000 | 101.7265 | 9,333.33 | 4,078,395.81 |
| 09/15/03 | 09/09/03 | SOLD | FNMA 6.0% SEP 2003 PL TBA SETT 09/15/03 / 'PAIR-OFF 6.000% 09/15/03 REG / DTD 09/03/03 FACTOR 1.000000000 / REM BAL 3,000,000 | -3,000,000.000 | 101.3906 | 7,000.00 | 3,048,718.75 |
| 09/15/03 | 09/09/03 | SOLD | FNMA 6.0% SEP 2003 PL TBA SETT 09/15/03 / 'PAIR-OFF 6.000% 09/15/03 REG / DTD 09/03/03 FACTOR 1.000000000 / REM BAL 3,000,000 | -3,000,000.000 | 101.2562 | 7,000.00 | 3,071,687.50 |
| 09/15/03 | 09/09/03 | SOLD | FNMA 6.0% SEP 2003 PL TBA SETT 09/15/03 / 'PAIR-OFF 6.000% 09/15/03 REG / DTD 09/03/03 FACTOR 1.000000000 / REM BAL 3,000,000 | -5,000,000.000 | 101.8203 | 11,666.67 | 5,102,682.30 |
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03 / 'PAIR-OFF 5.500% 09/15/03 REG / DTD 08/05/03 FACTOR 1.000000000 / REM BAL 2,000,000 | 2,000,000,000.000 | 98.7343 | -4,277.78 | -1,978,965.28 |
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03 / 'PAIR-OFF 5.500% 09/15/03 REG / DTD 08/05/03 FACTOR 1.000000000 / REM BAL 4,000,000 | 4,000,000,000.000 | 100.0781 | -8,555.56 | -4,011,680.55 |
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03 / 'PAIR-OFF 5.500% 09/15/03 REG / DTD 08/05/03 FACTOR 1.000000000 / REM BAL 3,000,000 | 3,000,000,000.000 | 99.5546 | -6,416.67 | -2,293,057.30 |
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03 / 'PAIR-OFF 5.500% 09/15/03 REG / DTD 08/05/03 FACTOR 1.000000000 / REM BAL 3,000,000 | 3,000,000,000.000 | 98.8125 | -6,416.67 | -2,970,791.67 |
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03 / 'PAIR-OFF 5.500% 09/15/03 REG / DTD 08/05/03 FACTOR 1.000000000 / REM BAL 6,000,000 | 6,000,000,000.000 | 99.0781 | -12,833.33 | -5,957,520.83 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through
Pershing®
A BNY Securities Group
Solutions from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

COPY

**CROCKER SECURITIES LLC**
1399 Oak Road • Suite 333 • Walnut Creek, CA 94597
925-941-1646

*your* **Brokerage Account**

## Transactions in Date Sequence (continued)

**Statement Period: 08/30/2003 - 09/30/2003**

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03<br>'PAIR-OFF 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 5,000,000 | 5,000,000.000 | 99.7812 | -10,694.44 | -4,999,756.94 |
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03<br>'PAIR-OFF 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 4,000,000 | 4,000,000.000 | 99.6875 | -8,555.56 | -3,996,055.56 |
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03<br>'PAIR-OFF 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 2,000,000 | 2,000,000.000 | 99.5937 | -4,277.78 | -1,996,152.78 |
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03<br>'PAIR-OFF 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 2,000,000 | 2,000,000,000.000 | 99.6875 | -4,277.78 | -1,998,027.78 |
| 09/15/03 | 09/15/03 | PURCHASED | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03<br>'PAIR-OFF 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 3,000,000 | 6,000,000,000.000 | 99.8750 | -12,833.33 | -6,005,333.33 |
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03<br>'PAIR-OFF 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 2,000,000 | 3,000,000,000.000 | 99.9687 | -6,416.67 | -3,005,679.17 |
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03<br>'PAIR-OFF 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 2,000,000 | 2,000,000,000.000 | 99.9455 | -4,277.78 | -2,003,184.05 |
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03<br>'PAIR-OFF 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 2,000,000 | 2,000,000,000.000 | 99.7500 | -4,277.78 | -1,999,277.78 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** — A BNY Securities Group Solutions from the Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399

Page 9 of 32

D000000001086TCS793126P

COPY

## Transactions in Date Sequence (continued)

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03<br>'PAIR-OFF' 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.00000000<br>REM BAL 6,800,000 | 6,800,000.000 | 100.5781 | -14,544.44 | -6,853,856.94 |
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03<br>'PAIR-OFF' 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.00000000<br>REM BAL 400,000 | 400,000.000 | 98.8125 | -855.56 | -396,105.56 |
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03<br>'PAIR-OFF' 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.00000000<br>REM BAL 400,000 | 400,000.000 | 98.6405 | -855.56 | -395,418.06 |
| 09/15/03 | 09/10/03 | SOLD | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03<br>'PAIR-OFF' 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.00000000<br>REM BAL 8,000,000 | -8,000,000.000 | 99.5859 | 17,111.11 | 7,985,986.11 |
| 09/15/03 | 09/10/03 | SOLD | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03<br>'PAIR-OFF' 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.00000000<br>REM BAL 3,000,000 | -3,000,000.000 | 99.4062 | 6,416.67 | 2,988,604.17 |
| 09/15/03 | 09/10/03 | SOLD | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03<br>'PAIR-OFF' 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.00000000<br>REM BAL 3,000,000 | -3,000,000.000 | 99.8281 | 6,416.67 | 3,001,260.42 |
| 09/15/03 | 09/10/03 | SOLD | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03<br>'PAIR-OFF' 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.00000000<br>REM BAL 5,000,000 | -5,000,000.000 | 99.6875 | 10,694.44 | 4,995,069.44 |
| 09/15/03 | 09/10/03 | SOLD | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03<br>'PAIR-OFF' 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.00000000<br>REM BAL 4,000,000 | -4,000,000.000 | 98.7187 | 8,555.56 | 3,957,305.56 |
| 09/15/03 | 09/10/03 | SOLD | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03<br>'PAIR-OFF' 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.00000000<br>REM BAL 6,000,000 | -6,000,000.000 | 98.6093 | 12,833.33 | 5,923,395.83 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through
Pershing®
A BNY Securities Group
Solutions from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

Page 10 of 32

000000000310867C9F932KP

**CROCKER SECURITIES LLC**
3299 Oak Road • Suite 234 • Walnut Creek, CA 94597
925-941-1540

COPY

your *Brokerage*
*Account*

**Statement Period: 08/30/2003 - 09/30/2003**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/15/03 | 09/10/03 | SOLD | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03 'PAIR-OFF 5.500% 09/15/03 REG DTD 08/05/03 FACTOR 1.000000000 REM BAL 9,000,000 | -9,000,000.000 | 98.7656 | 19,250.00 | 8,908,156.25 |
| 09/15/03 | 09/10/03 | SOLD | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03 'PAIR-OFF 5.500% 09/15/03 REG DTD 08/05/03 FACTOR 1.000000000 REM BAL 2,000,000 | -2,000,000.000 | 99.0390 | 1,277.78 | 1,985,059.03 |
| 09/15/03 | 09/10/03 | SOLD | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03 'PAIR-OFF 5.500% 09/15/03 REG DTD 08/05/03 FACTOR 1.000000000 REM BAL 3,000,000 | -3,000,000.000 | 99.1955 | 6,416.67 | 2,982,276.05 |
| 09/15/03 | 09/10/03 | SOLD | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03 'PAIR-OFF 5.500% 09/15/03 REG DTD 08/05/03 FACTOR 1.000000000 REM BAL 3,000,000 | -3,000,000.000 | 99.2187 | 6,416.67 | 2,982,979.17 |
| 09/15/03 | 09/10/03 | SOLD | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03 'PAIR-OFF 5.500% 09/15/03 REG DTD 08/05/03 FACTOR 1.000000000 REM BAL 3,000,000 | -4,000,000.000 | 99.0312 | 8,555.56 | 3,969,805.56 |
| 09/15/03 | 09/10/03 | SOLD | FNMA 5.5% SEP 2003 P1 TBA SETT 09/15/03 'PAIR-OFF 5.500% 09/15/03 REG DTD 08/05/03 FACTOR 1.000000000 REM BAL 4,000,000 | -2,000,000.000 | 98.6562 | 4,277.78 | 1,977,402.78 |
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 5.0% SEP 2003 P1 TBA SETT 09/15/03 'PAIR-OFF 5.000% 09/15/03 REG DTD 09/03/03 FACTOR 1.000000000 REM BAL 7,000,000 | 7,000,000.000 | 98.6687 | -13,611.11 | -6,906,423.61 |
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 6.0% SEP 2003 P1 TBA SETT 09/15/03 'PAIR-OFF 6.000% 09/15/03 REG DTD 09/03/03 FACTOR 1.000000000 REM BAL 3,000,000 | 3,000,000.000 | 102.0468 | -7,000.00 | -3,068,406.25 |

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group
Solutions from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

Page 11 of 32

D0000000C010.086?C6FS93230P

COPY

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 6.0% SEP 2003 PL TBA SETT 09/15/03 'PAIR-OFF' 6.00% 09/15/03 REG DTD 09/03/03 FACTOR 1.000000000 REM BAL 1,500,000 | 1,500,000,000 | 101.2656 | -3,500.00 | -1,522,484.38 |
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 6.0% SEP 2003 PL TBA SETT 09/15/03 'PAIR-OFF' 6.00% 09/15/03 REG DTD 09/03/03 FACTOR 1.000000000 REM BAL 4,000,000 | 4,000,000,000 | 101.4218 | -9,333.33 | -4,066,208.33 |
| 09/15/03 | 09/10/03 | PURCHASED | FNMA 6.0% SEP 2003 PL TBA SETT 09/15/03 'PAIR-OFF' 6.000% 09/15/03 REG DTD 09/03/03 FACTOR 1.000000000 REM BAL 9,000,000 | 9,000,000,000 | 102.3046 | -21,000.00 | -9,228,421.88 |
| 09/15/03 | 09/10/03 | SOLD | FNMA 6.0% SEP 2003 PL TBA SETT 09/15/03 'PAIR-OFF' 6.000% 09/15/03 REG DTD 09/03/03 FACTOR 1.000000000 REM BAL 3,000,000 | -3,000,000,000 | 101.2343 | 7,000.00 | 3,044,031.25 |
| 09/15/03 | 09/10/03 | SOLD | FNMA 6.0% SEP 2003 PL TBA SETT 09/15/03 'PAIR-OFF' 6.000% 09/15/03 REG DTD 09/03/03 FACTOR 1.000000000 REM BAL 3,000,000 | -3,000,000,000 | 101.6640 | 7,000.00 | 3,056,921.88 |
| 09/15/03 | 09/10/03 | SOLD | FNMA 6.0% SEP 2003 PL TBA SETT 09/15/03 'PAIR-OFF' 6.000% 09/15/03 REG DTD 09/03/03 FACTOR 1.000000000 REM BAL 7,000,000 | -7,000,000,000 | 101.6955 | 16,333.33 | 7,135,005.21 |
| 09/15/03 | 09/10/03 | SOLD | FNMA 6.0% SEP 2003 PL TBA SETT 09/15/03 'PAIR-OFF' 6.000% 09/15/03 REG DTD 09/03/03 FACTOR 1.000000000 REM BAL 4,500,000 | -4,500,000,000 | 101.1484 | 10,500.00 | 4,562,179.69 |
| 09/15/03 | 09/11/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03 'PAIR-OFF' 5.50% 09/15/03 REG DTD 08/05/03 FACTOR 1.000000000 REM BAL 3,500,000 | 3,500,000,000 | 100.2851 | -7,486.11 | -3,517,466.58 |
| 09/15/03 | 09/11/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03 'PAIR-OFF' 5.500% 09/15/03 REG DTD 08/05/03 FACTOR 1.000000000 REM BAL 3,000,000 | 3,000,000,000 | 99.9218 | -6,416.67 | -3,004,072.92 |
| 09/15/03 | 09/11/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03 'PAIR-OFF' 5.500% 09/15/03 REG DTD 08/05/03 FACTOR 1.000000000 REM BAL 3,000,000 | 3,000,000,000 | 99.7963 | -6,416.67 | -3,000,322.92 |

D000010000108670CSP9320P

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group
Solutions from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing division of Donaldson, Lufkin & Jenrette Securities Corporation.

Page 12 of 32

COPY

**CROCKER SECURITIES LLC**
1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1040

your **Brokerage** **Account**

**Transactions in Date Sequence** (continued)

Statement Period: 08/30/2003 - 09/30/2003

| Process/Date | Trade/Date | Settlement/Transaction Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/15/03 | 09/1/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03<br>*PAIR-OFF 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 2,000,000 | 2,000,000.000 | 99.4843 | -4,277.78 | -1,993,965.28 |
| 09/15/03 | 09/1/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03<br>*PAIR-OFF 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 2,000,000 | 2,000,000.000 | 99.4531 | -4,277.78 | -1,993,340.28 |
| 09/15/03 | 09/1/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03<br>*PAIR-OFF 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 1,000,000 | 1,000,000.000 | 99.4375 | -2,138.89 | -995,513.89 |
| 09/15/03 | 09/1/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03<br>*PAIR-OFF 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 3,000,000 | 3,000,000.000 | 99.3906 | -6,416.67 | -2,988,135.42 |
| 09/15/03 | 09/1/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03<br>*PAIR-OFF 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 3,000,000 | 9,000,000.000 | 100.0000 | -19,250.00 | -9,019,250.00 |
| 09/15/03 | 09/1/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03<br>*PAIR-OFF 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 2,000,000 | 2,000,000,000.000 | 99.2031 | -4,277.78 | -1,988,340.28 |
| 09/15/03 | 09/1/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03<br>*PAIR-OFF 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 3,000,000 | 3,000,000,000.000 | 99.2812 | -6,416.67 | -2,981,854.17 |
| 09/15/03 | 09/1/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03<br>*PAIR-OFF 5.500% 09/15/03 REG<br>DTD 08/05/03 FACTOR 1.000000000<br>REM BAL 3,000,000 | 3,000,000.000 | 99.5203 | -6,416.67 | -2,985,026.05 |

D0000000001086*CSF9329P

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through

**Pershing®**
A BNY Securities Group
Solutions from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

Page 13 of 32

COPY

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/15/03 | 09/11/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03 'PAIR-OFF' 5.500% 09/15/03 REG DTD 08/05/03 FACTOR 1.000000000 REM BAL 500,000 | 500,000.000 | 99.3750 | -1,063.44 | -497,954.44 |
| 09/15/03 | 09/11/03 | PURCHASED | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03 'PAIR-OFF' 5.500% 09/15/03 REG DTD 08/05/03 FACTOR 1.000000000 REM BAL 500,000 | 500,000.000 | 99.5000 | -1,069.44 | -498,569.44 |
| 09/15/03 | 09/11/03 | SOLD | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03 'PAIR-OFF' 5.500% 09/15/03 REG DTD 08/05/03 FACTOR 1.000000000 REM BAL 20,000,000 | -20,000,000.000 | 100.5937 | 42,777.78 | 20,161,527.78 |
| 09/15/03 | 09/11/03 | SOLD | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03 'PAIR-OFF' 5.500% 09/15/03 REG DTD 08/05/03 FACTOR 1.000000000 REM BAL 3,000,000 | -3,000,000.000 | 99.0937 | 6,416.67 | 2,979,229.17 |
| 09/15/03 | 09/11/03 | SOLD | FNMA 5.5% SEP 2003 PL TBA SETT 09/15/03 'PAIR-OFF' 5.500% 09/15/03 REG DTD 08/05/03 FACTOR 1.000000000 REM BAL 12,500,000 | -12,500,000.000 | 99.6718 | 26,736.11 | 12,485,720.49 |
| 09/15/03 | 09/11/03 | PURCHASED | FNMA 5.0% SEP 2003 PL TBA SETT 09/15/03 'PAIR-OFF' 5.000% 09/15/03 REG DTD 09/03/03 FACTOR 1.000000000 REM BAL 3,000,000 | 3,000,000.000 | 97.4218 | -5,833.33 | -2,928,489.58 |
| 09/15/03 | 09/11/03 | SOLD | FNMA 5.0% SEP 2003 PL TBA SETT 09/15/03 'PAIR-OFF' 5.000% 09/15/03 REG DTD 09/03/03 FACTOR 1.000000000 REM BAL 6,000,000 | -6,000,000.000 | 96.8281 | 11,666.67 | 5,821,354.17 |
| 09/15/03 | 09/11/03 | SOLD | FNMA 5.0% SEP 2003 PL TBA SETT 09/15/03 'PAIR-OFF' 5.000% 09/15/03 REG DTD 09/03/03 FACTOR 1.000000000 REM BAL 4,000,000 | -4,000,000.000 | 95.6955 | 7,777.78 | 3,835,590.28 |
| 09/15/03 | | BOND INTEREST RECEIVED | 65000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-1518 CL-1518-G 3.320% 05/15/23 B/E DTD 05/15/93 | | | | 363.62 |
| 09/15/03 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-1518 CL-1518-G 3.320% 05/15/23 B/E RD 08/29 PD 09/15/03 DTD 05/15/93 RD 08/29 PD 09/15/03 | | | | 5,648.96 |

D00000000011087CSP932KP

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through: **Pershing**
A BNY Securities Group
Solutions from the Bank of New York

COPY

**CROCKER**
SECURITIES LLC
3999 Oak Road • Suite 240 • Walnut Creek, CA 94597
925-941-1540

*your* **Brokerage**
*Account*

## Transactions in Date Sequence *(continued)*

Statement Period: 08/30/2003 - 09/30/2003

| Process / Trade/ Settlement Transaction Date | Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/17/03 | 09/12/03 | SOLD | BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.0000% 07/25/33 B/E DTD 06/01/03 CLB FACTOR 0.91560865300 REM BAL 228,902 VARIABLE RATE | -250,000.000 | 100.0000 | 2,679.68 | 231,581.84 |
| 09/17/03 | 09/12/03 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-1518 CL-1518-G 3.320% 05/15/23 B/E DTD 05/15/93 MONEY ADJ CORRECTED CONFIRM | -65,000.000 | 100.0000 | 21.79 | 49,356.03 |
| 09/17/03 | 09/12/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-59 CL-59-SD 'INV FLTR' 0.0000% 08/25/33 B/E DTD 07/01/03 FACTOR 0.98625550000 REM BAL 6,163,488 VARIABLE RATE | 6,249,383.000 | 83.6000 | -31,057.13 | -5,183,753.40 |
| 09/17/03 | 09/12/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-59 CL-59-SD 'INV FLTR' 0.0000% 08/25/33 B/E DTD 07/01/03 FACTOR 0.98625550000 REM BAL 6,163,488 VARIABLE RATE | -6,249,383.000 | 86.2500 | 31,057.13 | 5,347,065.84 |
| 09/17/03 | 09/12/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-34 CL-34-US INV FLTR 0.0000% 04/25/33 B/E DTD 04/01/03 FACTOR 0.66174119400 REM BAL 8,013,694 VARIABLE RATE | 12,110,000.000 | 101.0000 | -57,265.26 | -8,151,097.10 |
| 09/17/03 | 09/12/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-34 CL-34-US INV FLTR 0.0000% 04/25/33 B/E DTD 04/01/03 FACTOR 0.66174119400 REM BAL 8,013,694 VARIABLE RATE | -12,110,000.000 | 99.4375 | 57,265.26 | 8,025,883.12 |
| 09/22/03 | 09/19/03 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 23 DEBIT DAYS AV. BAL 42,358.63 AVG RATE 3.250 08-20-03 TO 09-19-03 | | | | -877.01 |
| 09/22/03 | 09/19/03 | INTEREST ON FREE CREDIT BALANCES | CREDIT INTEREST FOR INTEREST PERIOD ENDING 09-19-03 YIELDS WERE: CURRENT 0.241% EFFECTIVE 0.241% | | | | 67.14 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing®**
A BNY Securities Group
Solutions from the Bank of New York

Page 15 of 32

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, AMEX, SIPC, NASD, Pacific Exchange, www.pershing.com

D0000000000186FCSFF932NP

COPY

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/24/03 | 09/18/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-47 CL 47-SB 19.320% 06/25/33 B/E DTD 05/25/03 FACTOR 0.67374665400 REM BAL 1,043,633 | 1,549,000.000 | 96.5000 | -16,977.19 | -1,024,083.56 |
| 09/24/03 | 09/18/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-47 CL 47-SB 19.320% 06/25/33 B/E DTD 05/25/03 FACTOR 0.67374665400 REM BAL 1,043,633 | -1,549,000.000 | 96.5000 | 16,977.19 | 1,024,083.56 |
| 09/25/03 | | BOND INTEREST RECEIVED | 250000 BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.00096 07/25/33 B/E | | | | 5,035.12 |
| 09/26/03 | | RETURN OF PRINCIPAL RECEIVED | 250000 BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.00096 07/25/33 B/E DTD 06/(01)/03 CLB RD 08/31 PD 09/25/03 | | | | 28,746.37 |
| 09/26/03 | 09/26/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-69 CL-69-S INV FLTR FACTOR 0.99599954900 REM BAL 16,999,689 | 16,999,766.000 | 95.0000 | -215,598.80 | -16,365,303.66 |
| 09/26/03 | 09/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-69 CL-69-S INV FLTR VARIABLE RATE DTD 08/01/03 FACTOR 0.99599954900 REM BAL 16,999,689 | -16,999,766.000 | 95.0000 | 215,598.80 | 16,365,303.66 |
| 09/29/03 | 09/12/03 | CANCELLED SELL | BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE VARIABLE RATE 0.0009% 07/25/33 B/E DTD 06/01/03 BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE | 250,000.000 | 100.0000 | -2,679.68 | -231,501.84 |
| 09/29/03 | 09/12/03 | CORRECTED SELL | 0.0009% 07/25/33 B/E DTD 06/01/03 CLB BRK 0030 VARIABLE RATE CORRECTED CONFIRM | -250,000.000 | 100.0000 | 2,342.44 | 202,498.95 |
| 09/30/03 | 09/12/03 | CORRECTED PURCHASE | BRK 0030 CANCELLED TRADE FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-98 CL-98-X0 6.000% 06/25/33 B/E DTD 09/(01)/03 QTY CORR CORRECTED CONFIRM | 1,000,020.000 | 99.2500 | -4,833.33 | -997,333.33 |

D000000000110867C5SF932HP

COPY

# CROCKER SECURITIES LLC
3550 Oak Road • Suite 239 • Walnut Creek, CA 94597
925-941-1540

## Transactions in Date Sequence *(continued)*

*your* **Brokerage** *Account*

Statement Period: 08/30/2003 - 09/30/2003

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Solutions from the Bank of New York

| Process/ Trade Date | Settlement Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/10/03 | 09/12/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-98 CL-KK 6.000% 08/25/33 B/E REM BAL 1,000,000 DTD 09/01/03 FACTOR 1.00000000000 | -1,000,000.000 | 99.1250 | 4,833.33 | 995,083.33 |
| 09/10/03 | 09/12/03 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2664 CL-2664-SR INV FLTR 0.000% 08/15/22 B/E DTD 08/15/03 ADJ NET VARIABLE RATE CORRECTED CONFIRM | 4,132,000.000 | 76.5312 | -18,381.74 | 3,173,812.93 |
| 09/10/03 | 09/12/03 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2664 CL-2664-SR INV FLTR 0.000% 08/15/22 B/E DTD 08/15/03 MONEY ADJ VARIABLE RATE CORRECTED CONFIRM | -4,132,000.000 | 77.5312 | 18,381.74 | 3,220,108.88 |
| 09/10/03 | 09/23/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-11 CL-I-PS INV FLOATER 0.000% 02/25/33 B/E DTD 01/01/03 FACTOR 1.00000000000 REM BAL 680,000 VARIABLE RATE | 680,000,000.000 | 102.0000 | -7,565.79 | -701,166.79 |
| 09/10/03 | 09/23/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-11 CL-I-PS INV FLOATER 0.000% 02/25/33 B/E DTD 01/01/03 FACTOR 1.00000000000 REM BAL 680,000 VARIABLE RATE | -680,000,000.000 | 99.5000 | 7,565.79 | 684,166.79 |
| 09/10/03 | 09/23/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2597 CL-2597-SN INV FLTR 0.000% 04/15/33 B/E DTD 04/15/03 CLB FACTOR 0.60660609100 REM BAL 934,202 VARIABLE RATE | 1,535,000.000 | 97.0000 | -6,180.01 | -912,356.53 |
| 09/10/03 | 09/23/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2597 CL-2597-SX INV FLTR 0.000% 04/15/33 B/E DTD 04/15/03 CLB FACTOR 0.60660609100 REM BAL 934,202 VARIABLE RATE | -1,535,000.000 | 95.5000 | 6,180.01 | 898,345.30 |

Page 17 of 32

One Pershing Plaza, Jersey City, New Jersey 07399 Member: NYSE/SIPC

COPY

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/03 | 09/23/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2646 CL-2646-SH INV FLTR 0.000% 07/15/33 B/E DTD 07/01/03 FACTOR 0.99019982300 REM BAL 3,472,561 VARIABLE RATE | 3,616,296.000 | 81.7500 | -31,363.38 | -2,870,018.51 |
| 09/30/03 | 09/23/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2646 CL-2646-SH INV FLTR 0.000% 07/15/33 B/E DTD 07/01/03 FACTOR 0.99019982300 REM BAL 3,472,561 VARIABLE RATE | -3,616,296.000 | 81.7500 | 31,363.38 | 2,870,018.51 |
| 09/30/03 | 09/23/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2664 CL-2664-SR INV FLTR 0.000% 08/15/22 B/E DTD 08/15/03 FACTOR 0.99941812000 REM BAL 4,129,595 VARIABLE RATE | 4,132,000.000 | 81.8420 | -18,381.74 | -3,398,125.43 |
| 09/30/03 | 09/23/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2664 CL-2664-SR INV FLTR 0.000% 08/15/22 B/E DTD 08/15/03 FACTOR 0.99941812000 REM BAL 4,129,595 VARIABLE RATE | -4,132,000.000 | 82.5937 | 18,381.74 | 3,429,169.67 |
| 09/30/03 | 09/24/03 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-92 CL-92-SL 0.000% 09/25/33 DTD 08/25/03 VARIABLE RATE CORRECTED CONFIRM | 500,000.000 | 89.5000 | -1,200.61 | -445,318.37 |
| 09/30/03 | 09/24/03 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-92 CL-92-SL 0.000% 09/25/33 REG DTD 08/25/03 INT CORR VARIABLE RATE CORRECTED CONFIRM | -500,000.000 | 90.0000 | 1,200.61 | 447,799.48 |
| 09/30/03 | 09/26/03 | PURCHASED | FNMA G TD REMIC PASS THRU CTF REMIC TR-2003-98 CL-98-FB 'FLTG RATE' 0.000% 06/25/33 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL 6,750,000 VARIABLE RATE | 6,750,000.000 | 99.7500 | -19,031.25 | -6,752,156.25 |
| 09/30/03 | 09/26/03 | SOLD | FNMA G TD REMIC PASS THRU CTF REMIC TR-2003-98 CL-98-FB 'FLTG RATE' 0.000% 06/25/33 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL 6,750,000 VARIABLE RATE | -6,750,000.000 | 99.7500 | 19,031.25 | 6,752,156.25 |

w000000000110861CSF91329P

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through

**Pershing®** A BNY Securities Group
Securities from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

Page 18 of 32

COPY

# CROCKER
## SECURITIES LLC
3999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1546

*your* **Brokerage**
*Account*

A BNY Securities Group
Solutions from the Bank of New York

## Transactions in Date Sequence *(continued)*

Statement Period: 08/30/2003 - 09/30/2003

| Process/ Trade Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/03 | 09/26/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-98 CL-98-SC 10.000% 06/25/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 675,000 | 675,000.000 | 99.0000 | -5,437.50 | -673,687.50 |
| 09/30/03 | 09/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-98 CL-98-SC 10.000% 06/23/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 675,000 | -675,000.000 | 99.0000 | 5,437.50 | 673,687.50 |
| 09/30/03 | 09/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-98 CL-98-SB INV FLTR 0.000% 06/25/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 1,575,000 VARIABLE RATE | -1,575,000.000 | 97.9687 | 19,575.00 | 1,562,582.81 |
| 09/30/03 | 09/26/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-98 CL-98-LU 6.000% 10/25/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 4,000,000 | 4,000,000.000 | 99.2500 | -19,333.33 | -3,989,333.33 |
| 09/30/03 | 09/26/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-98 CL-98-LU 6.000% 10/25/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 6,000,000 | 6,000,000.000 | 98.2187 | -29,000.00 | -5,922,125.00 |
| 09/30/03 | 09/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-98 CL-98-LU 6.000% 10/25/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 98.7500 | 2,416.67 | 496,166.67 |
| 09/30/03 | 09/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-98 CL-98-LU 6.000% 10/25/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 11,000 | -11,000.000 | 99.0000 | 53.17 | 10,943.17 |
| 09/30/03 | 09/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR2003-98 CL-98-LU 6.000% 10/25/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 46,000 | -46,000.000 | 99.2500 | 222.33 | 45,877.33 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through:

**Pershing** · A BNY Securities Group
Solutions from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing, member FINRA, NYSE, SIPC, a subsidiary of The Bank of New York Company, Inc.

D000000C0G110867CSFP32NP

COPY

## Transactions in Date Sequence (continued)

| Process/ Trade Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/03 | 09/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-98 CL-98-LU 6.000% 10/25/53 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL 100,000 | -100,000.000 | 99.5000 | 483.33 | 99,983.33 |
| 09/30/03 | 09/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-98 CL-98-LU 6.000% 10/25/53 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL 33,000 | -33,000.000 | 99.3750 | 159.50 | 32,953.25 |
| 09/30/03 | 09/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-98 CL-98-LU 6.000% 10/25/53 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL 1,000,000 | -1,000,000.000 | 99.4375 | 4,833.33 | 999,208.33 |
| 09/30/03 | 09/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-98 CL-98-LU 6.000% 10/25/53 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL 315,000 | -315,000.000 | 99.4375 | 1,522.50 | 314,750.63 |
| 09/30/03 | 09/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-98 CL-98-LU 6.000% 10/25/53 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL 200,000 | -200,000.000 | 99.5000 | 966.67 | 199,966.67 |
| 09/30/03 | 09/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-98 CL-98-LU 6.000% 10/25/53 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL 500,000 | -500,000.000 | 99.3750 | 2,415.67 | 499,291.67 |
| 09/30/03 | 09/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-98 CL-98-LU 6.000% 10/25/53 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL 7,295,000 | -7,295,000.000 | 99.1250 | 35,259.17 | 7,265,427.92 |
| 09/30/03 | 09/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2673 CL-2673-GT 10.000% 11/15/32 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL 893,750 | 893,750.000 | 98.0000 | -7,199.65 | -883,074.65 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2673 CL-2673-GT 10.000% 11/15/32 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL 893,750 | -893,750.000 | 98.6250 | 7,199.65 | 883,660.59 |
| 09/30/03 | 09/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2673 CL-2673-GF "FLT" 0.000% 11/15/32 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL 17,420,000 VARIABLE RATE | 17,420,000.000 | 99.6250 | -32,556.04 | -17,387,231.04 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through: Pershing
A BNY Securities Group
Solution from the Bank of New York

DOCC0000011867CSPF932MP

COPY

**CROCKER SECURITIES LLC**
3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

*your* **Brokerage** *Account*

**Pershing**
A BNY Securities Group
Solutions from the Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399

Statement Period: 08/30/2003 - 09/30/2003

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/03 | 08/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2675 CL-2675-GF FH1 6.000% 11/15/32 B/E DTD 09/01/03 FACTOR 1.000000000000 REM BAL 17,420,000 | -17,420,000.000 | 99.7187 | 32,556.04 | 17,403,562.29 |
| 09/30/03 | 08/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD VARIABLE RATE SER-2677 CL-2677-CC 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 6,000,000 | 6,000,000.000 | 99.0000 | -29,000.00 | -5,969,000.00 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2677 CL-2677-CC 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 220,000 | -220,000.000 | 99.4375 | 1,063.33 | 219,825.83 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2677 CL-2677-CC 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 215,000 | -215,000.000 | 99.5000 | 1,039.17 | 214,964.17 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2677 CL-2677-CC 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 27,000 | -27,000.000 | 99.3750 | 130.50 | 26,961.75 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2677 CL-2677-CC 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 60,000 | -60,000.000 | 99.5000 | 290.00 | 59,990.00 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2677 CL-2677-CC 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 215,000 | -215,000.000 | 99.3750 | 1,039.17 | 214,695.42 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2677 CL-2677-CC 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 25,000 | -25,000.000 | 99.5000 | 120.83 | 24,995.83 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through

D00000000001086726SF932HP

COPY

## Transactions in Date Sequence (continued)

D000000001.1867/TCSF932xP

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through

**Pershing®**
A BNY Securities Group
Solutions from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2677 CL-2677-CC 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 200,000 | -200,000.000 | 99.5000 | 966.67 | 199,966.67 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2677 CL-2677-CC 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 200,000 | -200,000.000 | 99.3750 | 966.67 | 199,716.67 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2677 CL-2677-CC 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 200,000 | -200,000.000 | 99.5000 | 966.67 | 199,966.67 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2677 CL-2677-CC 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 4,638,000 | -4,638,000.000 | 99.3750 | 22,417.00 | 4,631,429.50 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2680 CL-2680-DD 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 97.6875 | 2,416.67 | 490,854.17 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2680 CL-2680-DD 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 98.8750 | 2,416.67 | 495,791.67 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2680 CL-2680-DD 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 98.9687 | 2,416.67 | 494,760.42 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2680 CL-2680-DD 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 1,000,000 | -1,000,000.000 | 97.6250 | 4,833.33 | 981,083.33 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2680 CL-2680-DD 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 25,000 | -25,000.000 | 97.7500 | 120.83 | 24,558.33 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2680 CL-2680-DD 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 50,000 | -50,000.000 | 97.7500 | 241.67 | 49,116.67 |

# CROCKER SECURITIES LLC

3599 Oak Road • Suite 130 • Walnut Creek, CA 94597
925-941-1540

COPY

## Transactions in Date Sequence (continued)

Statement Period: 08/30/2003 - 09/30/2003

your **Brokerage** Account

| Process/Trade Date | Settlement/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2680 CL-2680-DD 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 200,000 | -200,000.000 | 97.6875 | 966.67 | 196,541.67 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2680 CL-2680-DD 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 150,000 | -150,000.000 | 99.3750 | 725.00 | 149,787.50 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2680 CL-2680-DD 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 1,912,000 | -1,912,000.000 | 99.2812 | 9,241.33 | 1,907,698.83 |
| 09/30/03 | 09/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2680 CL-2680-FH 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 7,500,000 | 7,500,000.000 | 99.7500 | -21,145.83 | -7,502,395.83 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2680 CL-2680-FH FLTG RATE 0.000% 02/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 7,500,000 VARIABLE RATE | -7,500,000.000 | 99.7500 | 21,145.83 | 7,502,395.83 |
| 09/30/03 | 09/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2680 CL-2680-HD 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 163,000 THEY KNOW DTC 265 | 163,000.000 | 97.7500 | -787.83 | -160,120.33 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2680 CL-2680-HD 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 25,000 | -25,000.000 | 98.2500 | 120.83 | 24,683.33 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2680 CL-2680-HD 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 138,000 | -138,000.000 | | 667.00 | 135,907.00 |

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing®**
A BNY Securities Group
Solutions from the Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399

Page 23 of 32

D000000000108?CSF9323NP

COPY

D00000000103667CSF932KP

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/03 | 09/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2680 CL-2680-TH INV FLTR 0.000% 02/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 750,000 VARIABLE RATE | 750,000,000 | 99.0000 | -6,041.67 | -748,541.67 |
| 09/30/03 | 09/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2680 CL-2680-TH INV FLTR 0.000% 02/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 750,000 VARIABLE RATE | -750,000,000 | 99.0000 | 6,041.67 | 748,541.67 |
| 09/30/03 | 09/26/03 | PURCHASED | GNMA CTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-UF FLTR 0.000% 09/20/33 B/E DTD 09/0/03 FACTOR 1.000000000 REM BAL 9,013,714 VARIABLE RATE | 9,013,714,000 | 99.0000 | -17,499.12 | -8,941,075.98 |
| 09/30/03 | 09/26/03 | SOLD | GNMA CTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-UF FLTR 0.000% 09/20/33 B/E DTD 09/0/03 FACTOR 1.000000000 REM BAL 9,013,714 VARIABLE RATE | -9,013,714,000 | 99.0000 | 17,499.12 | 8,941,075.98 |
| 09/30/03 | 09/26/03 | PURCHASED | GNMA CTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-US INV FLTR 0.000% 09/20/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 2,308,057 VARIABLE RATE | 2,308,057,000 | 74.7337 | -31,876.00 | -1,736,773.09 |
| 09/30/03 | 09/26/03 | SOLD | GNMA CTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-US INV FLTR 0.000% 09/20/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 1,508,057 VARIABLE RATE | -1,508,057,000 | 82.0625 | 20,827.40 | 1,258,376.68 |
| 09/30/03 | 09/26/03 | SOLD | GNMA CTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-US INV FLTR 0.000% 09/20/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 200,000 VARIABLE RATE | -200,000,000 | 74.2812 | 2,762.15 | 151,324.55 |
| 09/30/03 | 09/26/03 | SOLD | GNMA CTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-US INV FLTR 0.000% 09/20/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 500,000 VARIABLE RATE | -500,000,000 | 77.5000 | 6,905.37 | 394,405.57 |

**COPY**

# CROCKER
## SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

*your* ***Brokerage Account***

A BNY Securities Group
Solutions from The Bank of New York

## Transactions in Date Sequence *(continued)*

**Statement Period: 08/30/2003 - 09/30/2003**

| Process/ — Trade/ Settlement Transaction Date / Date / Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|
| 09/30/03 09/26/03 SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-LJ5 INV FLTR 0.000% 09/20/33 B/E DTD 09/01/03 FACTOR 1.0000000000 REM BAL 100,000 VARIABLE RATE | -100,000.000 | 73.5000 | 1,381.07 | 74,881.07 |
| 09/30/03 09/26/03 PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-LJ 12.000% 09/20/33 B/E DTD 09/01/03 FACTOR 1.0000000000 REM BAL 150,229 | 150,229.000 | 90.0000 | -1,452.21 | -136,658.51 |
| 09/30/03 09/26/03 SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-LJ 12.000% 09/20/33 B/E DTD 09/01/03 FACTOR 1.0000000000 REM BAL 150,229 | -150,229.000 | 93.4375 | 1,452.21 | 141,822.43 |
| 09/30/03 09/29/03 PURCHASED | ABN AMRO MTG CORP 2003 11 MTG PASSTHRU CTF CL A9 6.000% 10/25/33 B/E DTD 09/01/03 FACTOR 1.0000000000 REM BAL 3,500,000 | 3,500,000.000 | 96.4375 | -16,916.67 | -3,392,229.17 |
| 09/30/03 09/29/03 SOLD | ABN AMRO MTG CORP 2003 11 MTG PASSTHRU CTF CL A9 6.000% 10/25/33 B/E DTD 09/01/03 FACTOR 1.0000000000 REM BAL 50,000 | -50,000.000 | 98.6250 | 241.67 | 49,554.17 |
| 09/30/03 09/29/03 SOLD | ABN AMRO MTG CORP 2003 11 MTG PASSTHRU CTF CL A9 6.000% 10/25/33 MTG DTD 09/01/03 FACTOR 1.0000000000 REM BAL 1,000,000 | -1,000,000,000 | 98.5000 | 4,833.33 | 989,833.33 |
| 09/30/03 09/29/03 SOLD | ABN AMRO MTG CORP 2003 11 MTG PASSTHRU CTF CL A9 6.000% 10/25/33 B/E DTD 09/01/03 FACTOR 1.0000000000 REM BAL 30,000 | -30,000.000 | 98.6250 | 145.00 | 29,732.50 |
| 09/30/03 09/29/03 SOLD | ABN AMRO MTG CORP 2003 11 MTG PASSTHRU CTF CL A9 6.000% 10/25/33 B/E DTD 09/01/03 FACTOR 1.0000000000 REM BAL 98,000 | -98,000.000 | 98.6250 | 473.67 | 97,126.17 |

200000000011086TCSF932NP

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member NASD, NYSE, SIPC, a subsidiary of The Bank of New York

Page 25 of 32

COPY

# Transactions in Date Sequence (continued)

| Process/ Settlement Transaction Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/03 | 09/29/03 | SOLD | ABN AMRO MTG CORP 2003 11 MTG PASSTHRU CTF CL A9 6.000% 10/25/53 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 1,000,000 | -1,000,000.000 | 98.3750 | 4,833.33 | 988,583.33 |
| 09/30/03 | 09/29/03 | SOLD | ABN AMRO MTG CORP 2003 11 MTG PASSTHRU CTF CL A9 6.000% 10/25/53 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 150,000 | -150,000.000 | 98.5000 | 725.00 | 148,475.00 |
| 09/30/03 | 09/29/03 | SOLD | ABN AMRO MTG CORP 2003 11 MTG PASSTHRU CTF CL A9 6.000% 10/25/53 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 1,172,000 | -1,172,000.000 | 98.5937 | 5,664.67 | 1,161,183.42 |
| 09/30/03 | 09/29/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-1518 CL-1518-G 3.320% 05/15/23 B/E DTD 05/15/93 FACTOR 0.75089885000 REM BAL 49,334 | 65,000.000 | 100.0000 | -163.40 | -49,497.64 |
| 09/30/03 | 09/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-1518 CL-1518-G 3.320% 05/15/23 B/E DTD 05/15/93 | -65,000.000 | 100.0000 | 163.40 | 49,497.64 |
| 09/30/03 | 09/29/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-89 CL-89-S INV FLTR 0.000% 09/25/33 B/E DTD 08/01/03 FACTOR 0.99599954000 REM BAL 9,999,954 VARIABLE RATE | 10,000,000.000 | 95.0000 | -147,116.50 | -9,641,073.66 |
| 09/30/03 | 09/29/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-89 CL-89-S INV FLTR 0.000% 09/25/33 B/E DTD 08/01/03 VARIABLE RATE | -10,000,000.000 | 94.0000 | 147,116.50 | 9,547,074.11 |
| 09/30/03 | 09/29/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-99 CL-99-FA FLT 0.000% 06/25/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 10,250,000 VARIABLE RATE | 10,250,000.000 | 99.7187 | -18,660.69 | -10,239,832.57 |
| 09/30/03 | 09/29/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-99 CL-99-FA FLT 0.000% 06/25/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 10,250,000 VARIABLE RATE | -10,250,000.000 | 99.7500 | 18,660.69 | 10,243,035.59 |

D01000000001.0.06/CRS*931ZHP

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through
**Pershing**°
A BNY Securities Group
Solutions from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

Page 26 of 32

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 330 • Walnut Creek, CA 94597
925-941-1540

COPY

**your _Brokerage Account_**

## Transactions in Date Sequence (continued)

**Statement Period: 08/30/2003 - 09/30/2003**

| Process/ Trade Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/03 | 09/29/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-102 CL 102-FR 0.000% 06/25/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 12,000,000 VARIABLE RATE | 12,000,000.000 | 99.6875 | -22,426.67 | -11,984,926.67 |
| 09/30/03 | 09/29/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-102 CL 102-FR 0.000% 06/25/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 12,000,000 VARIABLE RATE | -12,000,000.000 | 99.7031 | 22,426.67 | 11,986,801.67 |
| 09/30/03 | 09/29/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2673 CL-2673-GS 'INV FLTR' 0.000% 1/15/32 REG DTD 09/01/03 FACTOR 1.000000000 REM BAL 2,231,250 VARIABLE RATE | 2,231,250.000 | 95.7941 | -24,257.29 | -2,161,665.59 |
| 09/30/03 | 09/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2673 CL-2673-GS 'INV FLTR' 0.000% 1/15/32 REG DTD 09/01/03 FACTOR 1.000000000 REM BAL 890,000 VARIABLE RATE | -890,000.000 | 97.5000 | 9,675.74 | 877,425.74 |
| 09/30/03 | 09/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2673 CL-2673-GS 'INV FLTR' 0.000% 1/15/32 REG DTD 09/01/03 FACTOR 1.000000000 REM BAL 1,341,250 VARIABLE RATE | -1,341,250.000 | 96.7500 | 14,581.55 | 1,312,240.93 |
| 09/30/03 | 09/29/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2673 CL-2673-SG 'INV FLTR' 0.000% 1/15/32 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 10,545,000 VARIABLE RATE | 10,545,000.000 | 97.6250 | -75,723.98 | -10,368,289.23 |
| 09/30/03 | 09/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2673 CL-2673-SG 'INV FLTR' 0.000% 1/15/32 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 7,500,000 VARIABLE RATE | -7,500,000.000 | 97.8750 | 52,441.67 | 7,393,066.67 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing®**
A BNY Securities Group
Solutions from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

Page 27 of 32

DC000000012867C5F932XP

COPY

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/03 | 09/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2673 CL-2673-SG 'INV FLTR' 0.0009% I 1/15/32 B/E DTD 09/01/03 FACTOR 1.0000000000 REM BAL 1,000,000 VARIABLE RATE | -1,000,000.000 | 99.2500 | 6,992.22 | 999,492.22 |
| 09/30/03 | 09/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2673 CL-2673-SG 'INV FLTR' 0.0009% I 1/15/32 B/E DTD 09/01/03 FACTOR 1.0000000000 REM BAL 50,000 VARIABLE RATE | -50,000.000 | 99.2500 | 349.61 | 49,974.61 |
| 09/30/03 | 09/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2673 CL-2673-SG 'INV FLTR' 0.0009% I 1/15/32 B/E DTD 09/01/03 FACTOR 1.0000000000 REM BAL 1,000,000 VARIABLE RATE | -1,000,000.000 | 98.2500 | 6,992.22 | 989,492.22 |
| 09/30/03 | 09/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2673 CL-2673-SG 'INV FLTR' 0.0009% I 1/15/32 B/E DTD 09/01/03 FACTOR 1.0000000000 REM BAL 995,000 VARIABLE RATE | -995,000.000 | 98.0000 | 6,957.26 | 982,057.26 |
| 09/30/03 | 09/29/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-26B0 CL-26B0-DD 6.000% 08/15/33 B/E DTD 09/01/03 FACTOR 1.0000000000 REM BAL 4,837.000 | 4,837,000.000 | 97.7500 | -23,378.83 | -4,751,546.53 |
| 09/30/03 | 09/29/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-26B0 CL-26B0-SH INV FLTR 0.0009% 02/15/33 B/E DTD 09/01/03 FACTOR 1.0000000000 REM BAL 1,750,000 VARIABLE RATE | 1,750,000.000 | 95.7857 | -21,145.83 | -1,697,395.76 |
| 09/30/03 | 09/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-26B0 CL-26B0-SH INV FLTR 0.0009% 02/15/33 B/E DTD 09/01/03 FACTOR 1.0000000000 REM BAL 1,750,000 VARIABLE RATE | -1,750,000.000 | 97.9687 | 21,145.83 | 1,735,598.96 |
| 09/30/03 | 09/29/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.0009% 10/25/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 500,000 | 500,000.000 | 86.7500 | | -433,750.00 |

D00C0000011087C5F932NP

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through

**Pershing**
A BNY Securities Group
Solutions from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

Page 28 of 32

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1541

COPY

*your* **Brokerage**
*Account*

## Transactions in Date Sequence *(continued)*

Statement Period: 08/30/2003 - 09/30/2003

| Process / Trade / Date | Settlement Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/03 | 09/29/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/53 B/E DTD 08/01/03 FACTOR 0.99855333200 REM BAL 1,198,263 | 1,200,000.000 | 78.7600 | | -943,752.71 |
| 09/30/03 | 09/29/03 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2003-76 CL-76-GC 6.000% 06/20/33 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL 3,000,000 | 3,000,000.000 | 98.1875 | -14,500.00 | -2,960,125.00 |
| 09/30/03 | 09/29/03 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2003-76 CL-76-GC 6.000% 06/20/33 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL 1,000,000 | -1,000,000.000 | 98.6250 | 4,833.33 | 991,083.33 |
| 09/30/03 | 09/29/03 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2003-76 CL-76-GC 6.000% 06/20/33 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL 500,000 | -500,000.000 | 99.0000 | 2,416.67 | 497,416.67 |
| 09/30/03 | 09/29/03 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2003-76 CL-76-GC 6.000% 06/20/33 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL 800,000 | -800,000.000 | 98.0000 | 3,866.67 | 787,866.67 |
| 09/30/03 | 09/29/05 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2003-76 CL-76-GC 6.000% 06/20/33 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL 700,000 | -700,000.000 | 98.0000 | 3,383.33 | 685,383.33 |
| 09/30/03 | 09/30/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-98 CL-98-SB INV FLTR 0.000% 06/25/53 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL VARIABLE RATE 1,575,000 | 1,575,000.000 | 97.2143 | -19,031.25 | -1,550,157.66 |
| 09/30/03 | 09/30/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-98 CL-98-SB INV FLTR 0.000% 06/25/53 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL 1,575,000 VARIABLE RATE | -1,575,000.000 | 97.9687 | 19,031.25 | 1,562,039.06 |

C0000000000C-0667C3FF9336P

COPY

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/03 | 09/30/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2003-98 CL-98-LU 6.000% 10/25/33 B/E<br>DTD 09/01/03 FACTOR 1.00000000000<br>REM BAL 4,000,000 | 4,000,000,000.000 | 98.5000 | -19,333.33 | -3,959,333.33 |
| 09/30/03 | 09/30/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2003-98 CL-98-LU 6.000% 10/25/33 B/E<br>DTD 09/01/03 FACTOR 1.00000000000<br>REM BAL 4,000,000 | -4,000,000,000.000 | 99.2500 | 19,333.33 | 3,989,333.33 |
| 09/30/03 | 09/30/03 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2003-67 CL-67-C 5.500% 08/20/33 B/E<br>DTD 08/01/03 FACTOR 1.00000000000<br>REM BAL 1,904,000 | 1,904,000,000.000 | 97.4375 | -8,435.78 | -1,863,645.78 |
| 09/30/03 | 09/30/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2003-67 CL-67-C 5.500% 08/20/33 B/E<br>DTD 08/01/03 FACTOR 1.00000000000<br>REM BAL 150,000 | -150,000,000.000 | 97.5000 | 564.58 | 146,914.58 |
| 09/30/03 | 09/30/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2003-67 CL-67-C 5.500% 08/20/33 B/E<br>DTD 08/01/03 FACTOR 1.00000000000<br>REM BAL 215,000 | -215,000,000.000 | 97.8750 | 952.57 | 211,383.82 |
| 09/30/03 | 09/30/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2003-67 CL-67-C 5.500% 08/20/33 B/E<br>DTD 08/01/03 FACTOR 1.00000000000<br>REM BAL 100,000 | -100,000,000.000 | 97.6250 | 443.06 | 98,068.06 |
| 09/30/03 | 09/30/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2003-67 CL-67-C 5.500% 08/20/33 B/E<br>DTD 08/01/03 FACTOR 1.00000000000<br>REM BAL 115,000 | -115,000,000.000 | 98.3750 | 509.51 | 113,640.76 |

**Total Value of all Transactions**    **-$650,273.55**

The price and quantity displayed may have been rounded.

DOC0000000910867CSP332MP

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through

**Pershing®**
A BNY Securities Group
Solutions from the Bank of New York

Page 30 of 32

**CROCKER SECURITIES LLC**
1399 Oak Road • Suite 220 • Walnut Creek, CA 95597
925-941-1610

COPY

**your _Brokerage_ Account**

A BNY Securities Group
Solutions from The Bank of New York

Statement Period: 08/30/2003 • 09/30/2003

## Messages

PERSHING AND ITS AFFILIATE, PERSHING TRADING COMPANY, L.P. (COLLECTIVELY "PERSHING), DO NOT RECEIVE COMPENSATION FOR DIRECTING LISTED AND OVER-THE-COUNTER (OTC) EQUITY ORDER FLOW TO THE MARKET CENTERS IT HAS CHOSEN FOR EXECUTION OF CLIENT ORDERS. PERSHING DIRECTS A PERCENTAGE OF LISTED AND OTC EQUITY FLOW TO CERTAIN AFFILIATED MARKET CENTERS FOR EXECUTION AS PRINCIPAL.

PERSHING RECEIVES COMPENSATION FOR DIRECTING LISTED OPTIONS ORDER FLOW TO CERTAIN OPTIONS EXCHANGES. COMPENSATION IS GENERALLY IN THE FORM OF A PER CONTRACT CASH PAYMENT.

PERSHING HAS SELECTED CERTAIN MARKET MAKERS TO PROVIDE EXECUTION OF OTC SECURITIES TRANSACTIONS WHO HAVE AGREED TO ACCEPT ORDERS, TRANSMITTED ELECTRONICALLY UP TO A SPECIFIED SIZE, AND TO EXECUTE THEM AT OR BETTER THAN THE NATIONAL BEST BID OR OFFER (NBBO). ON LARGER ORDERS, OR IF DESIGNATED MARKET MAKERS DO NOT MAKE A MARKET IN THE SUBJECT SECURITY, PERSHING DIRECTLY CONTACTS MARKET MAKERS TO OBTAIN AN EXECUTION. THE DESIGNATED MARKET MAKERS TO WHOM ORDERS ARE AUTOMATICALLY ROUTED ARE SELECTED BASED ON THE CONSISTENTLY HIGH QUALITY OF THEIR OTC EXECUTIONS IN ONE OR MORE MARKET SEGMENTS AND THEIR ABILITY TO PROVIDE OPPORTUNITIES FOR EXECUTIONS AT PRICES SUPERIOR TO THE NBBO.

IF AN ORDER FOR AN EXCHANGE-LISTED SECURITY IS NOT IMMEDIATELY EXECUTABLE ON THE EXCHANGE TO WHICH IT IS ROUTED, SUCH ORDER MAY BE REPRESENTED IN THE NATIONAL MARKETPLACE USING THE VARIOUS MEANS AVAILABLE FOR PRICE DISCOVERY.

PERSHING ALSO REGULARLY REVIEWS REPORTS FOR QUALITY OF EXECUTION PURPOSES.

PURSUANT TO THE SECURITIES EXCHANGE ACT OF 1934, PERSHING LLC, MUST PROVIDE INDIVIDUAL INVESTORS WITH CERTAIN FINANCIAL INFORMATION.

ON JUNE 30, 2003, PERSHING LLC'S NET CAPITAL OF $692 MILLION WAS 10.6% OF AGGREGATE DEBIT BALANCES AND EXCEEDED THE MINIMUM REQUIREMENT BY $562 MILLION. AT JULY 31, 2003, PERSHING LLC'S NET CAPITAL OF $714 MILLION WAS 10.29% OF AGGREGATE DEBIT BALANCES AND IN EXCESS OF THE MINIMUM REQUIREMENT BY $575 MILLION.

A COMPLETE COPY OF THE JUNE 30, 2003 STATEMENT OF FINANCIAL CONDITIONS IS AVAILABLE ON THE FOLLOWING WEB SITE AT WWW.PERSHING.COM. YOU MAY ALSO REQUEST A FREE, PRINTED COPY BY CALLING (888) 860-8510.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**

One Pershing Plaza, Jersey City, New Jersey 07399

Page 31 of 32

D00000000011086TCBF932KP



COPY

## Messages (continued)

SEE THE TERMS AND CONDITIONS SECTION OF YOUR STATEMENT FOR A DESCRIPTION OF
PERSHING'S PAYMENT FOR ORDER FLOW PRACTICES. PERSHING HAS BEEN ADVISED BY YOUR
INTRODUCING FINANCIAL ORGANIZATION THAT IT DOES NOT RECEIVE COMPENSATION FOR
DIRECTING ORDER FLOW.

FOR ADDITIONAL INFORMATION REGARDING ORDER ROUTING PRACTICES AND THE VENUES
TO WHICH YOUR INTRODUCING FINANCIAL ORGANIZATION'S ORDERS ARE ROUTED, YOU MAY
VISIT WWW.ORDERROUTINGDISCLOSURE.COM."

UPON WRITTEN REQUEST TO YOUR INTRODUCING FINANCIAL ORGANIZATION, YOU MAY OBTAIN
THE IDENTITY OF THE VENUE TO WHICH YOUR ORDERS WERE ROUTED FOR THE SIX MONTHS
PRIOR TO YOUR REQUEST AND THE TIME OF TRANSACTIONS THAT MAY HAVE RESULTED FROM
SUCH ORDERS.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through

**Pershing®**

A BNY Securities Group
Solutions from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

D000000001086FC8EF312MP



# CROCKER
## SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1640

c0000000009146

CROCKER SECURITIES LLC
-- TAXABLE TRADE #2 --
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

**Your Investment Advisor:**
DOUG GREEN
(561) 361-4803

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Cash and Cash Equivalents | -875,705.99 | 348,406.14 | 100% |
| Fixed Income | 880,809.16 | 0.00 | 0% |
| **Account Total** | **$5,103.17** | **$348,406.14** | **100%** |

---

## *your* **Brokerage** *Account*

**Account Number: 7Z7-891035**
**Statement Period: 10/01/2003 - 10/31/2003**

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $5,103.17 |
| Cash Withdrawals | -21,901.90 |
| Dividends/Interest | 10,155.83 |
| Change in Account Value | 355,049.04 |
| **Ending Account Value** | **$348,406.14** |

Your Account is 100% Invested in Cash and Cash Equivalents.

c0000000009146

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Federally/or Pershy Investment LLC

DOC0000293146

# Customer Service Information

**Your Investment Advisor:**
Identification Number: RDG
DOUG GREEN
Telephone Number: (561) 361-4803
Fax Number: (561) 362-5261

**Service Hours:** Weekdays 08:00 a.m. - 05:00 p.m. PST
**Customer Service Telephone Number:** (800) 941-2095

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| **Cash and Cash Equivalents** 100.00% of Portfolio | | | | | | |
| | Margin Balance | -875,705.99 | 348,406.14 | | | |
| **Total Cash and Cash Equivalents** | | -$875,705.99 | $348,406.14 | $0.00 | $0.00 | |

| Description | | Market Value | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | | $348,406.14 | $0.00 |

**Disclosures and Other Information**

## This symbol next to the quantity indicates a position in your margin account.

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, NASD, SIPC, is a wholly owned subsidiary of The Bank of New York Company, Inc.

Page 2 of 21



# CROCKER
## SECURITIES LLC
35999 Oak Road • Suite 230 • Walnut Creek, CA • 94597
925-941-1540

*your* **Brokerage**
*Account*

## Transactions in Date Sequence

Statement Period: 10/01/2003 - 10/31/2003

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/01/03 | 09/30/03 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-98 CL 98 SB INV FLTR 0.000% 06/25/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 1,575,000 CANCELLED TRADE | 1,575,000.000 | 97.9687 | -19,031.25 | -1,562,037.06 |
| 10/02/03 | 09/26/03 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-98 CL-98-LU 6.000% 10/25/03 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 315,000 CANCELLED TRADE | 315,000.000 | 99.4375 | -1,522.50 | -314,750.63 |
| 10/02/03 | 09/26/03 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-98 CL-98-LU 6.000% 10/25/03 B/E DTD 09/01/03 BKR CORR CORRECTED CONFIRM | -315,000.000 | 99.4375 | 1,522.50 | 314,750.63 |
| 10/02/03 | 09/26/03 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2677 CL-2677-CC 6.000% 09/15/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 220,000 CANCELLED TRADE | 220,000.000 | 99.4375 | -1,063.33 | -219,823.83 |
| 10/02/03 | 09/26/03 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2677 CL-2677-CC 6.00% 09/15/33 B/E DTD 09/01/03 BKR CORR CORRECTED CONFIRM | -220,000.000 | 99.4375 | 1,063.33 | 219,823.83 |
| 10/02/03 | 09/29/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 84.0000 | | 420,000.00 |
| 10/02/03 | 09/29/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 0.898653260 REM BAL 1,198,263 | -1,200,000.000 | 76.0000 | | 910,680.63 |
| 10/03/03 | 09/29/03 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 CANCELLED TRADE | 500,000.000 | 84.0000 | | -419,998.00 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member NASD NYSE SIPC, a subsidiary of Pershing Investments LLC

Page 3 of 27



D0000200009146

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/03/03 | 09/29/03 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/03 B/E DTD 08/01/03 FACTOR 0.9985533260 REM BAL 1,198,263 CANCELLED TRADE | 1,200,000.000 | 76.0000 | | -910,678.63 |
| 10/03/03 | 09/30/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-67 CL-67-C 5.500% 08/20/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 1,324,000 | -1,324,000.000 | 97.4375 | 404.56 | 1,290,477.06 |
| 10/03/03 | 10/01/03 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-67 CL-67-C 5.500% 08/20/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 20,000 | 20,000.000 | 97.4375 | -6.11 | -19,493.61 |
| 10/03/03 | 10/01/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-67 CL-67-C 5.500% 08/20/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 20,000 | -20,000.000 | 98.3750 | 6.11 | 19,691.11 |
| 10/06/03 | 09/26/03 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-98 CL-98-SH INV FLTR 0.000% 06/25/33 B/E DTD 09/01/03 CANCELLED TRADE | 1,575,000.000 | 97.9887 | -19,575.00 | -1,562,582.81 |
| 10/06/03 | 09/26/03 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-98 CL-98-SH INV FLTR 0.000% 06/25/33 B/E DTD 09/01/03 FACTOR 1.0000000000 REM BAL 1,575,000 CORRECTED CONFIRM | -1,575,000.000 | 97.9887 | 19,031.25 | 1,562,039.06 |
| 10/06/03 | 10/02/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2646 CL-2646-SH INV FLTR 0.000% 07/15/03 B/E DTD 07/01/03 FACTOR 0.9601982300 REM BAL 3,472,361 VARIABLE RATE | 3,616,296.000 | 87.5000 | -5,407.48 | -3,043,723.37 |
| 10/06/03 | 10/02/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2646 CL-2646-SH INV FLTR 0.000% 07/15/33 B/E DTD 07/01/03 FACTOR 0.9601982300 REM BAL 3,472,361 VARIABLE RATE | -3,616,296.000 | 89.5312 | 5,407.48 | 3,114,255.70 |
| 10/06/03 | 10/03/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2611 CL-2611-XM 16.664% 05/15/33 B/E DTD 05/15/03 CLB FACTOR 0.8195043500 REM BAL 3,861,914 | 4,712,500.000 | 98.0000 | -37,427.28 | -3,822,103.24 |

Account Number: 727-8971035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD NYSE, SIPC. Securities offered through Pershing LLC

Page 4 of 21

DV00000C0093145



# CROCKER SECURITIES LLC

1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Transactions in Date Sequence *(continued)*

**Statement Period: 10/01/2003 - 10/31/2003**

*your* **Brokerage** *Account*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/06/03 | 10/03/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2611 CL-2611-XM 16.664% 05/15/33 B/E DTD 05/15/03 CL8 FACTOR 0.8195043500 REM BAL 3,861,914 | -4,712,500.000 | 96.8000 | 37,427.28 | 3,775,760.27 |
| 10/06/03 | 10/03/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 500,000 | -500,000.000 | 84.0000 | | 420,000.00 |
| 10/06/03 | 10/03/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 0.5998533600 REM BAL 1,198,264 | -1,200,000.000 | 76.0000 | | 910,680.66 |
| 10/15/03 | 10/09/03 | PURCHASED | FNMA 6.0% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 6.000% 10/15/03 REG DTD 10/01/03 FACTOR 1.0000000000 REM BAL 10,000,000 | 10,000,000.000 | 103.2187 | -23,333.33 | -10,345,208.33 |
| 10/15/03 | 10/09/03 | SOLD | FNMA 6.0% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 6.000% 10/15/03 REG DTD 10/01/03 FACTOR 1.0000000000 REM BAL 9,000,000 | -9,000,000.000 | 101.9531 | 21,000.00 | 9,196,781.25 |
| 10/15/03 | 10/09/03 | SOLD | FNMA 6.0% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 6.000% 10/15/03 REG DTD 10/01/03 FACTOR 1.0000000000 REM BAL 1,000,000 | -1,000,000.000 | 103.1718 | 2,333.33 | 1,034,052.06 |
| 10/15/03 | 10/09/03 | PURCHASED | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.500% 10/15/03 REG DTD 10/02/03 FACTOR 1.0000000000 REM BAL 5,000,000 | 5,000,000.000 | 102.0312 | -10,594.44 | -5,112,256.94 |
| 10/15/03 | 10/09/03 | PURCHASED | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.500% 10/15/03 REG DTD 10/02/03 FACTOR 1.0000000000 REM BAL 5,000,000 | 5,000,000.000 | 102.0000 | -10,694.44 | -5,110,694.44 |

D0000000093146

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Subsidiary of the Bank of New York.

Page 5 of 21

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/15/03 | 10/09/03 | PURCHASED | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03<br>"PAIR OFF" 5.500% 10/15/03 REG<br>DTD 10/02/03 FACTOR 1.0000000000<br>REM BAL 7,000.000 | 7,000,000,000.000 | 100.5390 | -14,972.22 | -7,052,706.60 |
| 10/15/03 | 10/09/03 | PURCHASED | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03<br>"PAIR OFF" 5.500% 10/15/03 REG<br>DTD 10/02/03 FACTOR 1.0000000000<br>REM BAL 35,000.000 | 35,000,000,000.000 | 101.2988 | -74,861.11 | -35,528,767.36 |
| 10/15/03 | 10/09/03 | PURCHASED | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03<br>"PAIR OFF" 5.500% 10/15/03 REG<br>DTD 10/02/03 FACTOR 1.0000000000<br>REM BAL 5,200.000 | 5,200,000,000.000 | 100.8750 | -11,122.22 | -5,256,622.22 |
| 10/15/03 | 10/09/03 | PURCHASED | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03<br>"PAIR OFF" 5.500% 10/15/03 REG<br>DTD 10/02/03 FACTOR 1.0000000000<br>REM BAL 2,000.000 | 2,000,000,000.000 | 100.6093 | -4,277.78 | -2,016,465.28 |
| 10/15/03 | 10/09/03 | PURCHASED | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03<br>"PAIR OFF" 5.500% 10/15/03 REG<br>DTD 10/02/03 FACTOR 1.0000000000<br>REM BAL 2,000.000 | 2,000,000,000.000 | 101.2343 | -4,277.78 | -2,028,965.28 |
| 10/15/03 | 10/09/03 | PURCHASED | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03<br>"PAIR OFF" 5.500% 10/15/03 REG<br>DTD 10/02/03 FACTOR 1.0000000000<br>REM BAL 2,800.000 | 2,800,000,000.000 | 101.0781 | -5,988.89 | -2,836,176.39 |
| 10/15/03 | 10/09/03 | SOLD | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03<br>"PAIR OFF" 5.500% 10/15/03 REG<br>DTD 10/02/03 FACTOR 1.0000000000<br>REM BAL 7,000.000 | -7,000,000,000.000 | 100.5195 | 14,972.22 | 7,051,339.41 |
| 10/15/03 | 10/09/03 | SOLD | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03<br>"PAIR OFF" 5.500% 10/15/03 REG<br>DTD 10/02/03 FACTOR 1.0000000000<br>REM BAL 5,000.000 | -5,000,000,000.000 | 101.7812 | 10,694.44 | 5,099,756.94 |
| 10/15/03 | 10/09/03 | SOLD | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03<br>"PAIR OFF" 5.500% 10/15/03 REG<br>DTD 10/02/03 FACTOR 1.0000000000<br>REM BAL 35,000.000 | -35,000,000,000.000 | 101.4408 | 74,861.11 | 35,579,156.61 |
| 10/15/03 | 10/09/03 | SOLD | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03<br>"PAIR OFF" 5.500% 10/15/03 REG<br>DTD 10/02/03 FACTOR 1.0000000000<br>REM BAL 7,000.000 | -7,000,000,000.000 | 101.4062 | 14,972.22 | 7,113,409.72 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing   A BNY Securities Group Co.
Services from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399

Page 6 of 21

D0000C00093146

# CROCKER
## SECURITIES LLC
3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Statement Period: 10/01/2003 - 10/31/2003**

*your* **Brokerage**
*Account*

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/15/03 | 10/09/03 | SOLD | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.500% 10/15/03 REG DTD 10/02/03 FACTOR 1.000000000 REM BAL 10,000,000 | -10,000,000.000 | 101.9375 | 21,388.89 | 10,215,138.89 |
| 10/15/03 | 10/10/03 | PURCHASED | FNMA 5.0% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.000% 10/15/03 REG DTD 09/11/03 FACTOR 1.000000000 REM BAL 19,000,000 | 19,000,000.000 | 97.6079 | -36,544.44 | -18,582,455.69 |
| 10/15/03 | 10/10/03 | PURCHASED | FNMA 5.0% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.000% 10/15/03 REG DTD 09/11/03 FACTOR 1.000000000 REM BAL 4,000,000 | 4,000,000.000 | 100.0565 | -7,777.78 | -4,010,121.53 |
| 10/15/03 | 10/10/03 | PURCHASED | FNMA 5.0% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.000% 10/15/03 REG DTD 09/11/03 FACTOR 1.000000000 REM BAL 3,000,000 | 3,000,000.000 | 99.3437 | -5,833.33 | -2,986,145.83 |
| 10/15/03 | 10/10/03 | SOLD | FNMA 5.0% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.000% 10/15/03 REG DTD 09/11/03 FACTOR 1.000000000 REM BAL 19,000,000 | -19,000,000.000 | 97.5906 | 36,544.44 | 18,541,163.19 |
| 10/15/03 | 10/10/03 | SOLD | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.500% 10/15/03 REG DTD 10/02/03 FACTOR 1.000000000 REM BAL 7,000,000 | -7,000,000.000 | 98.0468 | 13,611.11 | 6,876,892.36 |
| 10/15/03 | 10/10/03 | PURCHASED | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.500% 10/15/03 REG DTD 10/02/03 FACTOR 1.000000000 REM BAL 35,000,000 | 35,000,000.000 | 101.4408 | -74,861.11 | -35,579,156.61 |
| 10/15/03 | 10/10/03 | PURCHASED | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.500% 10/15/03 REG DTD 10/02/03 FACTOR 1.000000000 REM BAL 15,000,000 | 15,000,000.000 | 100.8789 | -32,083.33 | -15,163,918.26 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Serviced from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC is a wholly owned subsidiary of The Bank of New York Co. Inc.

Page 7 of 21

D000000000091346

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/15/03 | 10/10/03 | PURCHASED | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.600% 10/15/03 REG DTD 10/02/03 FACTOR 1.000000000 REM BAL 9,000,000 | 9,000,000.000 | 100.9785 | -19,250.00 | -9,107,140.63 |
| 10/15/03 | 10/10/03 | PURCHASED | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.600% 10/15/03 REG DTD 10/02/03 FACTOR 1.000000000 REM BAL 5,000,000 | 5,000,000.000 | 101.0781 | -10,694.44 | -5,054,600.69 |
| 10/15/03 | 10/10/03 | PURCHASED | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.600% 10/15/03 REG DTD 10/02/03 FACTOR 1.000000000 REM BAL 3,500,000 | 3,500,000.000 | 100.9375 | -7,486.11 | -3,540,298.61 |
| 10/15/03 | 10/10/03 | SOLD | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.600% 10/15/03 REG DTD 10/02/03 FACTOR 1.000000000 REM BAL 17,500,000 | -17,500,000.000 | 101.5000 | 37,430.56 | 17,799,930.56 |
| 10/15/03 | 10/10/03 | SOLD | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.600% 10/15/03 REG DTD 10/02/03 FACTOR 1.000000000 REM BAL 17,500,000 | -17,500,000.000 | 101.9531 | 37,430.56 | 17,879,227.44 |
| 10/15/03 | 10/10/03 | SOLD | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.600% 10/15/03 REG DTD 10/02/03 FACTOR 1.000000000 REM BAL 7,000,000 | -7,000,000.000 | 101.9375 | 14,972.22 | 7,150,597.22 |
| 10/15/03 | 10/10/03 | SOLD | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.600% 10/15/03 REG DTD 10/02/03 FACTOR 1.000000000 REM BAL 5,000,000 | -5,000,000.000 | 100.9687 | 10,694.44 | 5,059,131.94 |
| 10/15/03 | 10/10/03 | SOLD | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.600% 10/15/03 REG DTD 10/02/03 FACTOR 1.000000000 REM BAL 3,000,000 | -3,000,000.000 | 100.9687 | 6,416.67 | 3,035,479.17 |
| 10/15/03 | 10/10/03 | SOLD | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.600% 10/15/03 REG DTD 10/02/03 FACTOR 1.000000000 REM BAL 3,000,000 | -3,000,000.000 | 101.3750 | 6,416.67 | 3,047,666.67 |
| 10/15/03 | 10/10/03 | SOLD | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03 "PAIR OFF" 5.600% 10/15/03 REG DTD 10/02/03 FACTOR 1.000000000 REM BAL 6,000,000 | -6,000,000.000 | 100.3828 | 12,833.33 | 6,035,802.08 |

Account Number: 727-891025
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. A subsidiary of The Bank of New York Company, Inc.

Page 8 of 21

D000000000931146

00000000093346

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540

## Transactions in Date Sequence *(continued)*

**YOUR Brokerage Account**

**Statement Period: 10/01/2003 - 10/31/2003**

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/15/03 | 10/10/03 | SOLD | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03<br>'PAIR OFF' 5.500% 10/15/03 REG<br>REM BAL 5,000,000 | -5,000,000.000 | 101.9687 | 10,694.44 | 5,109,131.94 |
| 10/15/03 | 10/10/03 | SOLD | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03<br>DTD 10/02/03 FACTOR 1.000000000<br>'PAIR OFF' 5.500% 10/15/03 REG<br>REM BAL 3,500,000 | -3,500,000.000 | 99.9562 | 7,486.11 | 3,504,204.86 |
| 10/15/03 | 10/14/03 | PURCHASED | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03<br>DTD 10/02/03 FACTOR 1.000000000<br>'PAIR OFF' 5.500% 10/15/03 REG<br>REM BAL 15,000,000 | 15,000,000.000 | 101.0664 | -32,083.33 | -15,192,044.26 |
| 10/15/03 | 10/14/03 | SOLD | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03<br>DTD 10/02/03 FACTOR 1.000000000<br>'PAIR OFF' 5.500% 10/15/03 REG<br>REM BAL 5,000,000 | -5,000,000.000 | 101.9687 | 10,694.44 | 5,109,131.94 |
| 10/15/03 | 10/14/03 | SOLD | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03<br>DTD 10/02/03 FACTOR 1.000000000<br>'PAIR OFF' 5.500% 10/15/03 REG<br>REM BAL 5,000,000 | -7,000,000.000 | 101.9687 | 14,972.22 | 7,152,784.72 |
| 10/15/03 | 10/10/03 | SOLD | FNMA 5.5% OCT 2003 PL TBA SETT 10/15/03<br>DTD 10/02/03 FACTOR 1.000000000<br>'PAIR OFF' 5.500% 10/15/03 REG<br>REM BAL 1,000,000 | -3,000,000.000 | 101.1718 | 6,416.67 | 3,041,572.92 |
| 10/16/03 | 10/02/03 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2646 CL-2646-SH INV FLTR<br>0.000% 07/15/33 0/E DTD 07/01/03<br>FACTOR 0.9501982300 REM BAL 3,472,361<br>CANCELLED TRADE | 3,616,296.000 | 89.5312 | -5,407.48 | -3,114,255.70 |
| 10/16/03 | 10/02/03 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2646 CL-2646-SH INV FLTR<br>0.000% 07/15/33 0/E DTD 07/01/03<br>FCTR CHG .9498/.246 VARIABLE RATE<br>CORRECTED CONFIRM | -3,616,296.000 | 89.5312 | 5,343.36 | 3,060,759.68 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through Pershing A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing, a member NYSE, AMEX, SIPC. Subsidiary of The Bank of New York Company, Inc.

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/20/03 | 10/19/03 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 16 DEBIT DAYS AV BAL 72187674 AVG RATE 3.250 09-20-03 TO 10-19-03 | | | | -1,042.73 |
| 10/20/03 | 08/29/03 | BOND INTEREST RECEIVED | 1324000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-67 CL-67-C 5.000% 08/20/33 B/E DTD 08/01/03 RD 09/30 PD 10/20/03 | | | | 6,068.33 |
| 10/20/03 | 08/30/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-91 CL-91-SQ INV FLTR 0.000% 09/25/33 B/E DTD 08/01/03 FACTOR 0.910208180 REM BAL 218,449 VARIABLE RATE | -240,000.000 | 95.5000 | 1,549.33 | 230,749.33 |
| 10/21/03 | 09/10/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-91 CL-91-SQ INV FLTR 0.000% 09/25/33 B/E DTD 08/01/03 FACTOR 0.910208180 REM BAL 31,857 VARIABLE RATE | 35,000.000 | 96.0000 | -68.72 | -31,919.97 |
| 10/21/03 | 09/11/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-91 CL-91-SQ INV FLTR 0.000% 09/25/33 B/E DTD 08/01/03 FACTOR 0.910208180 REM BAL 27,306 VARIABLE RATE | 30,000.000 | 96.0000 | -65.45 | -27,365.52 |
| 10/21/03 | 10/20/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-91 CL-91-SQ INV FLTR 0.000% 09/25/33 B/E DTD 08/01/03 FACTOR 0.910208180 REM BAL 159,286 VARIABLE RATE | 175,000.000 | 99.0000 | -732.72 | -158,425.29 |
| 10/22/03 | 08/28/03 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 BRK 2190 CANCELLED TRADE | 1,200,000.000 | 78.7600 | | -945,120.00 |
| 10/22/03 | 08/28/03 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 BRK 2190 CORRECTED CONFIRM | -1,200,000.000 | 78.7600 | | 943,757.72 |
| 10/23/03 | 10/02/03 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2846 CL-2846-SH INV FLTR 0.000% 07/15/33 B/E DTD 07/01/03 FCT CHGE BKR 2190 VARIABLE RATE CORRECTED CONFIRM | 3,616,286.000 | 87.5000 | -5,343.36 | -3,010,985.84 |

DOC000000933146

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Securities from the Date of New York

Page 10 of 21

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, www.pershing.com, a subsidiary of Pershing Investments LLC

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**your Brokerage Account**

**Statement Period: 10/01/2003 - 10/31/2003**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/23/03 | 10/02/03 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2646 CL-2646-SH INV FLTR 0.000% 07/15/33 B/E DTD 07/01/03 FACTOR 0.96019820300 REM BAL 3,472,351 CANCELLED TRADE | -3,616,296.000 | 87.5000 | 5,407.48 | 3,043,723.37 |
| 10/27/03 | 10/03/03 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 CANCELLED TRADE | -910,680.000 | 76.000 | | -910,680.66 |
| 10/27/03 | 10/03/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR.99427B1341 | 1,200,000.000 | 76.0000 | | 905,781.68 |
| 10/27/03 | | RETURN OF PRINCIPAL RECEIVED | 1200000 FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E | -1,200,000.000 | | | 5,130.23 |
| 10/30/03 | 10/28/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD DTD 08/01/03 RD 09/30 PD 10/25/03 SER-2688 CL-2688-NF FLOATING RATE BD 0.000% 10/15/32 B/E DTD 10/01/03 FACTOR 1.00000000 REM BAL 8,250,000 VARIABLE RATE | 8,250,000.000 | 99.7500 | -22,595.83 | -8,251,970.83 |
| 10/30/03 | 10/28/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2688 CL-2688-NF FLOATING RATE BD 0.000% 10/15/32 B/E DTD 10/01/03 FACTOR 1.00000000 REM BAL 8,250.000 VARIABLE RATE | -8,250,000.000 | 99.7500 | 22,595.83 | 8,251,970.83 |
| 10/30/03 | 10/28/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2688 CL-2688-NS INVERSE FLTR 0.000% 10/15/32 B/E DTD 10/01/03 FACTOR 1.00000000 REM BAL 2,779,412 VARIABLE RATE | 2,779,412.000 | 96.0436 | -23,925.00 | -2,693,373.73 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, www.AGD.NYSE.SIPC, 2 a service of Pershing membership

Page 11 of 21



DOCC00000093146



# Transactions in Date Sequence *(continued)*

00000000003346

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/30/03 | 10/28/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2688 CL-2688 NS INVERSE FLTR 0.000% 10/15/32 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 2,779,412 VARIABLE RATE | -2,779,412.000 | 96.5000 | 23,925.00 | 2,706,057.58 |
| 10/30/03 | 10/28/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2688 CL-2688 NT 8.500% 10/15/32 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 970,588 | 970,588.000 | 98.0000 | -6,645.83 | -957,822.07 |
| 10/30/03 | 10/28/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2688 CL-2688 NT 8.500% 10/15/32 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 970,588 | -970,588.000 | 98.0000 | 6,645.83 | 957,822.07 |
| 10/30/03 | 10/28/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 BT 8.500% 02/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 1,213,235 | 1,213,235.000 | 98.0000 | -8,307.29 | -1,197,277.59 |
| 10/30/03 | 10/28/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 BT 8.500% 02/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 1,213,235 | -1,213,235.000 | 98.0000 | 8,307.29 | 1,197,277.59 |
| 10/30/03 | 10/28/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687 IF "FLTR" 0.000% 02/15/33 B/E DTD 10/07/03 FACTOR 1.000000000 REM BAL 10,312,500 VARIABLE RATE | 10,312,500.000 | 99.7900 | -28,244.79 | -10,314,963.54 |
| 10/30/03 | 10/28/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687 IF "FLTR" 0.000% 02/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 10,312,500 VARIABLE RATE | -10,312,500.000 | 99.7812 | 28,244.79 | 10,318,185.20 |
| 10/30/03 | 10/28/03 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2003-89 CL-89-CS "INV FLTR" 0.000% 10/20/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 2,527,219 VARIABLE RATE | 2,527,219.000 | 87.5575 | -35,282.57 | -2,248,053.66 |
| 10/30/03 | 10/28/03 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2003-89 CL-89-CS "INV FLTR" 0.000% 10/20/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 2,527,219 VARIABLE RATE | -2,527,219.000 | 89.5000 | 35,282.57 | 2,297,143.58 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE and SIPC Standards of Pershing International LLC

# CROCKER SECURITIES LLC

3593 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Statement Period: 10/01/2003 - 10/31/2003**

*your* **Brokerage** *Account*

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/30/03 | 10/28/03 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2003-89 CL-89-CT 10.000% 10/20/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL  199,996 | 199,996.000 | 97.0000 | -1,611.08 | -195,607.20 |
| 10/30/03 | 10/28/03 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2003-89 CL-89-CT 10.000% 10/20/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL  199,996 | -199,996.000 | 95.0000 | 1,611.08 | 191,607.28 |
| 10/30/03 | 10/28/03 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2003-84 CL-84-BI 5.500% 10/20/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL  3,951,000 | 3,951,000.000 | 96.0000 | -17,505.13 | -3,810,465.13 |
| 10/30/03 | 10/28/03 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2003-84 CL-84-BI 5.500% 10/20/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL  3,951,000 | -3,951,000.000 | 96.5625 | 17,505.13 | 3,832,689.51 |
| 10/30/03 | 10/29/03 | PURCHASED | BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.000% 07/25/33 B/E DTD 06/01/03 CLB FACTOR 0.759846400 REM BAL  278,103 VARIABLE RATE | 366,000.000 | 100.0000 | -5,887.46 | -283,991.33 |
| 10/30/03 | 10/29/03 | SOLD | BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.000% 07/25/33 B/E DTD 06/01/03 CLB FACTOR 0.759846400 REM BAL  278,103 VARIABLE RATE | -366,000.000 | 100.0000 | 5,887.46 | 283,991.33 |
| 10/30/03 | 10/29/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-DF FLTR 0.000% 01/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL  5,000,000 VARIABLE RATE | 5,000,000.000 | 99.7500 | -9,344.44 | -4,590,844.44 |

D000000000093346

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Settlement from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SPIC Subsidiary of Pershing Investments LLC

Page 13 of 21





D000000093346

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-DF FLTR 0.000% 01/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 5,000,000 | -5,000,000.000 | 99.8125 | 9,344.44 | -4,999,969.44 |
| 10/30/03 | 10/29/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-FG FLTR 0.000% 01/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 10,312,500 | 10,312,500.000 | 99.7500 | -27,414.06 | -10,314,132.81 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-FG FLTR 0.000% 01/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 10,312,500 | -10,312,500.000 | 99.8125 | 27,414.06 | 10,320,578.12 |
| 10/30/03 | 10/29/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SG FLTR 0.000% 01/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 3,474,265 | 3,474,265.000 | 96.5833 | -30,736.98 | -3,386,296.77 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SG FLTR 0.000% 01/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 3,474,265 | -3,474,265.000 | 97.0000 | 30,736.98 | 3,400,774.03 |
| 10/30/03 | 10/29/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-ST FLTR 0.000% 01/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 1,213,235 | 1,213,235.000 | 98.0000 | -8,307.29 | -1,197,277.59 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-ST FLTR 0.000% 01/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 1,213,235 | -1,213,235.000 | 98.0000 | 8,307.29 | 1,197,277.59 |
| 10/30/03 | 10/29/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-EM 5.500% 10/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 4,000,000 | 4,000,000.000 | 97.3750 | -17,722.22 | -3,912,722.22 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. A subsidiary of The Bank of New York Company, Inc.

Page 14 of 21

# CROCKER SECURITIES LLC
2999 Oak Road • Suite 220 • Walnut Creek, CA 94597
925-941-1540

## Transactions in Date Sequence *(continued)*

your *Brokerage* Account

Statement Period: 10/01/2003 - 10/31/2003

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-EM 5.500% 10/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 888.000 | -888,000.000 | 97.0000 | 3,594.33 | 865,294.33 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-EM 5.500% 10/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 790.000 | -790,000.000 | 96.7500 | 3,500.14 | 757,823.14 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-EM 5.500% 10/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 849.000 | -849,000.000 | 97.1250 | 3,761.54 | 828,352.79 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-EM 5.500% 10/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 500.000 | -500,000.000 | 96.8750 | 2,215.28 | 485,590.28 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-EM 5.500% 10/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 773.000 | -773,000.000 | 96.6250 | 3,424.82 | 750,336.07 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-EM 5.500% 10/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 200.000 | -200,000.000 | 96.3750 | 886.11 | 193,636.11 |
| 10/30/03 | 10/29/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-JS "FLTR" 0.000% 02/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 3,474.265 VARIABLE RATE | 3,474,265.000 | 97.6627 | -29,906.24 | 3,422,967.24 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-JS "FLTR" 0.000% 02/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 3,474.265 VARIABLE RATE | -3,474,265.000 | 96.0000 | 29,906.24 | 3,365,200.64 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through  Pershing A BNY Securities Group Co. Pershing LLC, member NASD, NYSE, SIPC, Subsidiaries of The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399

D00000000093346

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/30/03 | 10/29/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-KB 5.500% 05/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 5,000,000 | 5,000,000.000 | 98.9375 | -22,152.78 | -4,969,027.78 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-KB 5.500% 05/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 250,000 | -250,000.000 | 97.6250 | 1,107.64 | 245,170.14 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-KB 5.500% 05/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 160,000 | -160,000.000 | 97.3750 | 708.89 | 156,508.89 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-KB 5.500% 05/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 15,000 | -15,000.000 | 97.6250 | 66.46 | 14,710.21 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-KB 5.500% 05/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 250,000 | -250,000.000 | 97.2500 | 1,107.64 | 244,232.64 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-KB 5.500% 05/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 11,000 | -11,000.000 | 97.3750 | 48.74 | 10,759.99 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-KB 5.500% 05/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 125,000 | -125,000.000 | 97.8750 | 553.82 | 122,897.57 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-KB 5.500% 05/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 275,000 | -275,000.000 | 97.8750 | 1,218.40 | 270,374.65 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-KB 5.500% 05/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 16,000 | -16,000.000 | 97.5000 | 70.89 | 15,670.89 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-KB 5.500% 05/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 97.3750 | 2,215.28 | 489,090.28 |

D00460C00093145

Account Number: 727-89T035
CROCKER SECURITIES LLC

Clearing Through Pershing — A BNY Securities Group Co.
Sec0bds from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Members of the SIPC Investments LLC.

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 210 • Walnut Creek, CA 94597
925-941-1540

**your Brokerage Account**

Statement Period: 10/01/2003 - 10/31/2003

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2687 CL-2687-KB 5.500% 05/15/33 REG<br>REM BAL 250,000<br>DTD 10/01/03 FACTOR 1.000000000 | -250,000.000 | 97.2500 | 1,107.64 | 244,232.64 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2687 CL-2687-KB 5.500% 05/15/33 REG<br>REM BAL 100,000<br>DTD 10/01/03 FACTOR 1.000000000 | -100,000.000 | 97.6250 | 443.06 | 98,063.06 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2687 CL-2687-KB 5.500% 05/15/33 REG<br>REM BAL 500,000<br>DTD 10/01/03 FACTOR 1.000000000 | -500,000.000 | 96.8750 | 2,215.28 | 486,590.28 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2687 CL-2687-KB 5.500% 05/15/33 REG<br>REM BAL 2,548,000 | -2,548,000.000 | 98.0000 | 11,289.06 | 2,508,329.06 |
| 10/30/03 | 10/29/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2694 CL-2694-LF FLTR<br>DTD 10/01/03 FACTOR 1.000000000<br>0.000% 11/15/32 B/E DTD 10/01/03<br>FACTOR 1.000000000 REM BAL 10,312,500<br>VARIABLE RATE | 10,312,500.000 | 99.3125 | -19,272.92 | -10,260,874.48 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2694 CL-2694-LF FLTR<br>0.000% 11/15/32 B/E DTD 10/01/03<br>FACTOR 1.000000000 REM BAL 10,312,500<br>VARIABLE RATE | -10,312,500.000 | 99.7500 | 19,272.92 | 10,305,991.67 |
| 10/30/03 | 10/29/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2694 CL-2694-LS FLTR<br>0.000% 11/15/32 REG DTD 10/01/03<br>FACTOR 1.000000000 REM BAL 3,346,875<br>VARIABLE RATE | 3,346,875.000 | 95.2864 | -36,385.92 | -3,225,502.95 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, is a wholly owned subsidiary of Pershing Investments LLC.

D00G00D00093146




# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2694 CL-2694-LS FLTR 0.000% 11/15/32 REG DTD 10/01/03 FACTOR 1.00000000 REM BAL 1,500,000 VARIABLE RATE | -1,500,000.000 | 95.3125 | 16,307.41 | 1,445,994.91 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2694 CL-2694-LS FLTR 0.000% 11/15/32 REG DTD 10/01/03 FACTOR 1.00000000 REM BAL 1,946,875 VARIABLE RATE | -1,846,875.000 | 95.7500 | 20,078.50 | 1,788,461.31 |
| 10/30/03 | 10/29/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2694 CL-2694-LT 10.00% 11/15/32 B/E DTD 10/01/03 FACTOR 1.00000000 REM BAL 1,340,625 | 1,340,625.000 | 98.0000 | -10,799.48 | -1,324,611.98 |
| 10/30/03 | 10/29/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2694 CL-2694-LT 10.00% 11/15/32 B/E DTD 10/01/03 FACTOR 1.00000000 REM BAL 1,340,625 | -1,340,625.000 | 99.0000 | 10,799.48 | 1,338,018.23 |
| 10/30/03 | 10/29/03 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-67 CL-67-C 5.500% 08/20/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 1,304,000 | 1,304,000.000 | 97.4375 | -5,777.44 | -1,276,362.44 |
| 10/30/03 | 10/29/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-67 CL-67-C 5.500% 08/20/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 76,000 | -76,000.000 | 97.1250 | 336.72 | 74,151.72 |
| 10/30/03 | 10/29/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-67 CL-67-C 5.500% 08/20/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 178,000 | -178,000.000 | 96.6250 | 788.64 | 172,781.14 |
| 10/30/03 | 10/29/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-67 CL-67-C 5.500% 08/20/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 57,000 | -57,000.000 | 97.1250 | 252.54 | 55,613.79 |
| 10/30/03 | 10/29/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-67 CL-67-C 5.500% 08/20/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 173,000 | -173,000.000 | 96.7500 | 766.49 | 168,143.99 |

Account Number: 727-091035
CROCKER SECURITIES LLC

Pershing   A BNY Securities Group Co.
Clearing Through   Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

DC0000000093146

# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1140

## Transactions in Date Sequence *(continued)*

**Statement Period: 10/01/2003 - 10/31/2003**

*your* **Brokerage** *Account*

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/30/03 | 10/29/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-67 CL-67-C 5.500% 08/20/33 B/E REM BAL 820.000 DTD 08/01/03 FACTOR 1.000000000 | -820,000.000 | 97.0000 | 3,633.06 | 799,033.06 |
| 10/30/03 | 10/29/03 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2003-89 CL-89-CE "FLTR" 0.000% 10/20/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 9,999,785 VARIABLE RATE | 9,999,785.000 | 98.7500 | -19,494.03 | -9,894,281.72 |
| 10/30/03 | 10/29/03 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2003-89 CL-89-CF "FLTR" 0.000% 10/20/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 9,999,785 VARIABLE RATE | -9,999,785.000 | 99.0000 | 19,494.03 | 9,919,281.18 |
| 10/30/03 | | FEDERAL FUNDS SENT | BANK OF AMERICA, N/A | | | | -21,901.90 |
| 10/30/03 | 10/30/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-EM 5.500% 10/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 260.000 | 260,000.000 | 97.0000 | -1,151.94 | -253,351.94 |
| 10/30/03 | 10/30/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-EM 5.500% 10/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 250.000 | 250,000.000 | 97.0000 | -1,107.64 | -243,607.64 |
| 10/30/03 | 10/30/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-EM 5.500% 10/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 260.000 | -260,000.000 | 96.7500 | 1,151.94 | 252,701.94 |
| 10/30/03 | 10/30/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-EM 5.500% 10/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 250.000 | -250,000.000 | 96.6250 | 1,107.64 | 242,570.14 |
| 10/30/03 | 10/30/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687-KB 5.500% 05/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 120.000 | 120,000.000 | 98.0000 | -531.67 | -118,131.67 |

D000000093346

Account Number: 727-891035
CROCKER SECURITIES LLC

Closing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. "AmericanUP of Pershing Securities LLC




D000000000093146

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/30/03 | 10/30/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-KB 5.500% 05/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 120.000 | -120,000.000 | 97.3750 | 531.67 | 117,381.67 |
| 10/29/03 | 10/29/03 | CORRECTED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8 0.000% 10/25/33 B/E DTD 08/01/03 CORRECTED CONFIRM | 500,000.000 | 84.0000 | | -420,000.00 |
| 10/29/03 | 10/29/03 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 SD CHG CORRECTED CONFIRM | -500,000.000 | 82.0000 | | 410,000.00 |
| 10/29/03 | 10/29/03 | CORRECTED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 CORRECTED CONFIRM | 1,200,000.000 | 76.0000 | | -910,680.63 |
| 10/29/03 | 10/29/03 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 CORRECTED CONFIRM | -1,200,000.000 | 75.0000 | | 898,697.99 |
| 10/31/03 | 10/31/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-EM 5.500% 10/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 125.000 | 125,000.000 | 97.0000 | -572.92 | -121,822.92 |
| 10/31/03 | 10/31/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-EM 5.500% 10/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 15.000 | 15,000.000 | 97.0000 | -88.75 | -14,618.75 |
| 10/31/03 | 10/31/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-EM 5.500% 10/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 125.000 | -125,000.000 | 96.7500 | 572.92 | 121,510.42 |
| 10/31/03 | 10/31/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-EM 5.500% 10/15/33 B/E DTD 10/01/03 FACTOR 1.000000000 REM BAL 15.000 | -15,000.000 | 96.6250 | 58.75 | 14,562.50 |
| 10/31/03 | 10/31/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-KB 5.500% 05/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 22.000 | 22,000.000 | 98.0000 | -100.83 | -21,660.83 |

Account Number: 777-891035
CROCKER SECURITIES LLC

Clearing Through Pershing A BNY Securities Group Co. Services from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Member New York Stock Exchange, Inc. / Securities Industry Protection Corp.

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 210 • Walnut Creek, CA 94597
925-941-540

## your *Brokerage* Account

**Statement Period: 10/01/2003 - 10/31/2003**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/31/03 | 10/31/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-KB 5.500% 05/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 19,000 | 19,000.000 | 98.0000 | -87.08 | -18,707.08 |
| 10/31/03 | 10/31/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-KB 5.500% 05/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 19,000 | -19,000.000 | 97.3750 | 87.08 | 18,598.33 |
| 10/31/03 | 10/31/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2687 CL-2687-KB 5.500% 05/15/33 REG DTD 10/01/03 FACTOR 1.000000000 REM BAL 22,000 | -22,000.000 | 97.2500 | 100.83 | 21,495.83 |

**Total Value of all Transactions** $1,224,112.13

The price and quantity displayed may have been rounded.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, NYSE, SIPC. Trademark of Pershing Incorporated LLC

D000000000033146



# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1589

‖‖₁₁₁‖‖₁₁‖‖₁₁₁‖₁₁‖₁₁₁₁‖₁₁₁₁₁‖₁₁₁₁₁₁‖₁₁‖

CROCKER SECURITIES LLC
- - TAXABLE TRADE #2- -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597 - 7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

## *your* **Brokerage** *Account*

Account Number: 7Z7-891035
Statement Period: 11/01/2003 - 11/28/2003

### Valuation at a Glance

|  | This Period |
| --- | --- |
| Beginning Account Value | $348,406.14 |
| Dividends/Interest | 83,679.75 |
| Change in Account Value | -23,142.90 |
| Ending Account Value | $408,942.99 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
| --- | --- | --- | --- |
| Fixed Income | 0.00 | 490,048.81 | 100% |
| Cash and Cash Equivalents | 348,406.14 | -81,105.82 | 0% |
| Account Total | $348,406.14 | $408,942.99 | 100% |

Your Account is 100% Invested in Fixed Income.

Clearing Through **Pershing** A BNY Securities Group Co.
Member LLC, www.bkn.nsc.ipc Services from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASA, NYSE, SIPC, Subsidiary of The Bank of New York Company, LLC.

## Customer Service Information

**Your Investment Advisor:**
Identification Number: RDG
DOUG GREEN
Telephone Number: (561) 361-4803
Fax Number: (561) 362-5261

**Service Hours:** Weekdays 08:00 a.m. - 05:00 p.m. PST
Customer Service Telephone Number: (800) 941-2895

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income 30-day This Year Yield |
|---|---|---|---|---|---|
| | **Cash and Cash Equivalents  0.00% of Portfolio** | | | | |
| | Margin Balance | 348,406.14 | -81,705.82 | | |
| | **Total Cash and Cash Equivalents** | $348,406.14 | -$81,705.82 | $0.00 | $0.00 |

| Quantity | Description | Market Price | Market Value | Security Identification | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | | |
| | **Asset Backed Securities** | | | | | | |
| 1,397,500.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-47 CL-47-SB 19.320% 06/25/33 B/E DTD 06/25/03 Factor: 0.34055673 | 102.9670 | 490,048.81 | 31393CR28 | 6,896.20 | $0.00 | $0.00 |
| | **Total Asset Backed Securities** | | $490,048.81 | | $6,896.20 | | |
| | **Total Fixed Income** | | $490,048.81 | | $6,896.20 | $0.00 | $0.00 |

| Description | Market Value | Estimated Annual Income |
|---|---|---|
| **Total Portfolio Holdings** | $408,942.99 | $0.00 |

D0000000092509

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Subsidiary of Pershing Investments LLC.

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



**your Brokerage Account**

**Statement Period: 11/01/2003 - 11/28/2003**

## Portfolio Holdings *(continued)*

∗ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information

pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions in Date Sequence

| Process/<br>Settlement<br>Date | Trade/<br>Transaction<br>Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/03/03 | 10/29/03 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A43<br>0.000% 10/25/33 B/E DTD 08/01/03<br>SD CHG CANCELLED TRADE | 1,200,000.000 | 75.0000 | | -888,697.99 |
| 11/30/03 | 10/29/03 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A43<br>0.000% 10/25/33 B/E DTD 09/01/03<br>MNY CHG CORRECTED CONFIRM | -1,200,000.000 | 75.0000 | | 894,850.32 |
| 11/05/03 | 10/31/03 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2687 CL-2687.AB 5.500% 05/15/33 REG<br>DTD 10/01/03 FACTOR 1.000000000<br>REM BAL   22,000 CANCELLED TRADE | 22,000.000 | 97.2500 | -100.83 | -21,495.83 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Page 3 of 14

Clearing Through **Pershing.** A BNY Securities Group Co.    Solutions from The Bank of New York    One Pershing Plaza, Jersey City, New Jersey 07399    Pershing LLC, member NASD, NYSE, SIPC, bank wholly of Pershing commercial, inc.

DO00003000323565

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/05/03 | 10/31/03 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2887 CL-2887/AB 5.500% 05/15/33 REG DTD 10/01/03 BKR 044 CORRECTED CONFIRM | -22,000,000.000 | 100.2500 | 100.83 | 21,495.83 |
| 11/12/03 | 10/29/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 | 1,200,000.000 | 76.0000 |  | -906,781.66 |
| 11/12/03 | 10/29/03 | CANCELLED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 CANCELLED TRADE | -1,200,000.000 | 76.0000 |  | 910,682.63 |
| 11/13/03 | 11/06/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 11/13/03 "PAIR OFF" 5.500% 11/13/03 REG DTD 11/06/03 FACTOR 1.000000000 REM BAL 22,000,000 | 22,000,000,000.000 | 100.5000 | -40,333.33 | -22,150,333.33 |
| 11/13/03 | 11/06/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 11/13/03 "PAIR OFF" 5.500% 11/13/03 REG DTD 11/06/03 FACTOR 1.000000000 REM BAL 3,500,000 | 3,500,000,000.000 | 100.5156 | -5,416.67 | -3,524,463.55 |
| 11/13/03 | 11/06/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 11/13/03 "PAIR OFF" 5.500% 11/13/03 REG DTD 11/06/03 FACTOR 1.000000000 REM BAL 3,000,000 | 3,000,000,000.000 | 100.8593 | -5,500.00 | -3,031,281.25 |
| 11/13/03 | 11/06/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 11/13/03 "PAIR OFF" 5.500% 11/13/03 REG DTD 11/06/03 FACTOR 1.000000000 REM BAL 18,000,000 | 18,000,000,000.000 | 100.6875 | -33,000.00 | -18,156,750.00 |
| 11/13/03 | 11/06/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 11/13/03 "PAIR OFF" 5.500% 11/13/03 REG DTD 11/06/03 FACTOR 1.000000000 REM BAL 10,000,000 | 10,000,000,000.000 | 100.3437 | -18,333.33 | -10,052,708.33 |
| 11/13/03 | 11/06/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 11/13/03 "PAIR OFF" 5.500% 11/13/03 REG DTD 11/06/03 FACTOR 1.000000000 REM BAL 2,000,000 | 2,000,000,000.000 | 100.7734 | -3,656.67 | -2,019,133.42 |
| 11/13/03 | 11/06/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 11/13/03 "PAIR OFF" 5.500% 11/13/03 REG DTD 11/06/03 FACTOR 1.000000000 REM BAL 3,000,000 | -3,000,000,000.000 | 100.6718 | 5,500.00 | 3,025,656.25 |

D000000000092509

# CROCKER SECURITIES LLC

3599 Oak... Road • Suite 190 • Walnut Creek, CA 94597
925-941-1849

## Transactions in Date Sequence *(continued)*

**Statement Period: 11/01/2003 - 11/28/2003**

*your* **Brokerage** *Account*

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/13/03 | 11/06/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 11/13/03 "PAIR OFF" 5.500% 11/13/03 REG DTD 11/06/03 FACTOR 1.000000000 REM BAL 15,000,000 | -15,000,000.000 | 100.5875 | 27,500.00 | 15,130,625.00 |
| 11/13/03 | 11/06/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 11/13/03 "PAIR OFF" 5.500% 11/13/03 REG DTD 11/06/03 FACTOR 1.000000000 REM BAL 15,000,000 | -15,000,000.000 | 100.5156 | 27,500.00 | 15,104,843.75 |
| 11/13/03 | 11/06/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 11/13/03 "PAIR OFF" 5.500% 11/13/03 REG DTD 11/06/03 FACTOR 1.000000000 REM BAL 3,000,000 | -3,000,000.000 | 100.9218 | 5,500.00 | 3,033,153.25 |
| 11/13/03 | 11/06/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 11/13/03 "PAIR OFF" 5.500% 11/13/03 REG DTD 11/06/03 FACTOR 1.000000000 REM BAL 8,500,000 | -8,500,000.000 | 100.6552 | 15,583.33 | 8,571,364.58 |
| 11/13/03 | 11/06/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 11/13/03 "PAIR OFF" 5.500% 11/13/03 REG DTD 11/06/03 FACTOR 1.000000000 REM BAL 4,000,000 | -4,000,000.000 | 100.4687 | 7,333.33 | 4,026,083.33 |
| 11/13/03 | 11/06/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 11/13/03 "PAIR OFF" 5.500% 11/13/03 REG DTD 11/06/03 FACTOR 1.000000000 REM BAL 10,000,000 | -10,000,000.000 | 100.4375 | 18,333.33 | 10,052,083.33 |
| 11/13/03 | 11/07/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 11/13/03 "PAIR OFF" 5.500% 11/13/03 REG DTD 11/06/03 FACTOR 1.000000000 REM BAL 4,000,000 | 4,000,000.000 | 100.2500 | -7,333.33 | -4,017,333.33 |
| 11/13/03 | 11/07/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 11/13/03 "PAIR OFF" 5.500% 11/13/03 REG DTD 11/06/03 FACTOR 1.000000000 REM BAL 4,000,000 | -4,000,000.000 | 100.4375 | 7,333.33 | 4,024,833.33 |
| 11/20/03 | 11/19/03 | INTEREST ON FREE CREDIT BALANCES | CREDIT INTEREST FOR INTEREST PERIOD ENDING 11-19-03 YIELDS WERE: CURRENT 0.505% EFFECTIVE 0.506% | | | | 258.88 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing A BNY Securities Group Co.
Securities from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC - member NASD, NYSE, SIPC. The benefits of working in smart new world.

DO0000000692509

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/24/03 | 11/24/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR.2003-47 CL-47-SB 19.320% 06/25/33 B/E<br>DTD 05/25/03 FACTOR 0.39384040400<br>REM BAL 550,112 | 1,397,500.000 | 107.0000 | -8,528.51 | -597,548.90 |
| 11/25/03 | | BOND INTEREST RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR.2003-47 CL-47-SB 19.320% 06/25/33 B/E<br>RD 10/31 PD 11/25/03 | | | | 9,236.39 |
| 11/25/03 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR.2003-47 CL-47-SB 19.320% 06/25/33 B/E<br>RD 10/31 PD 11/25/03 | -1,397,500.000 | | | 74,184.48 |
| 11/25/03 | 11/20/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2687 CL-2687-EM 5.500% 10/15/33 B/E<br>DTD 10/01/03 FACTOR 1.000000000<br>REM BAL 238,000 | 238,000.000 | 97.0000 | -909.03 | -231,769.03 |
| 11/26/03 | 11/20/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2687 CL-2687-EM 5.500% 10/15/33 B/E<br>DTD 10/01/03 FACTOR 1.000000000<br>REM BAL 20,000 | -20,000.000 | 96.7500 | 76.39 | 19,426.39 |
| 11/26/03 | 11/20/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2687 CL-2687-EM 5.500% 10/15/33 B/E<br>DTD 10/01/03 FACTOR 1.000000000<br>REM BAL 218,000 | -218,000.000 | 97.4375 | 832.64 | 213,246.39 |
| 11/26/03 | 11/24/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2687 CL-2687-KB 5.500% 05/15/33 REG<br>DTD 10/01/03 FACTOR 1.000000000<br>REM BAL 2,387,000 | 2,387,000.000 | 98.0300 | -9,117.01 | -2,348,377.01 |
| 11/26/03 | 11/24/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2687 CL-2687-KB 5.500% 05/15/33 REG<br>DTD 10/01/03 FACTOR 1.000000000<br>REM BAL 100,000 | -100,000.000 | 98.0000 | 381.94 | 98,381.94 |
| 11/26/03 | 11/24/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2687 CL-2687-KB 5.500% 05/15/33 REG<br>DTD 10/01/03 FACTOR 1.000000000<br>REM BAL 100,000 | -100,000.000 | 98.0000 | 381.94 | 98,381.94 |
| 11/26/03 | 11/24/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2687 CL-2687-KB 5.500% 05/15/33 REG<br>DTD 10/01/03 FACTOR 1.000000000<br>REM BAL 125,000 | -125,000.000 | 98.1250 | 477.43 | 123,133.68 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, is a wholly owned subsidiary of Pershing Holdings, LLC

Page 6 of 14

# CROCKER SECURITIES LLC

3979 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Transactions in Date Sequence *(continued)*

**your Brokerage Account**

Statement Period: 11/01/2003 - 11/28/2003

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/26/03 | 11/26/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A42<br>0.000% 10/25/33 B/E DTD 08/01/03<br>FACTOR 1.0000000000 REM BAL 500,000 | 500,000.000 | 79.2500 | | -396,250.00 |
| 11/26/03 | 11/26/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A43<br>0.000% 10/25/33 B/E DTD 08/01/03<br>FACTOR 0.9942781340 REM BAL 1,193,133 | 1,200,000.000 | 71.5000 | | -853,090.64 |
| 11/28/03 | 11/24/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2887 CL-2687-XB 5.500% 05/15/33 REG<br>DTD 10/01/03 FACTOR 1.0000000000<br>REM BAL 1,000,000 | -1,000,000.000 | 97.8750 | 4,125.00 | 982,875.00 |
| 11/28/03 | 11/24/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2887 CL-2687-XB 5.500% 05/15/33 REG<br>DTD 10/01/03 FACTOR 1.0000000000<br>REM BAL 515,000 | -515,000.000 | 98.0000 | 2,124.38 | 506,824.38 |
| 11/28/03 | 11/24/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2887 CL-2687-XB 5.500% 05/15/33 REG<br>DTD 10/01/03 FACTOR 1.0000000000<br>REM BAL 32,000 | -32,000.000 | 98.1250 | 132.00 | 31,532.00 |
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2887 CL-2687-XB 5.500% 05/15/33 REG<br>DTD 10/01/03 FACTOR 1.0000000000<br>REM BAL 316,000 | -316,000.000 | 98.1750 | 1,303.50 | 310,588.50 |
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2887 CL-2687-XB 5.500% 05/15/33 REG<br>DTD 10/01/03 FACTOR 1.0000000000<br>REM BAL 316,000 | -100,000.000 | 98.1250 | 412.50 | 98,537.50 |
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2887 CL-2687-XB 5.500% 05/15/33 REG<br>DTD 10/01/03 FACTOR 1.0000000000<br>REM BAL 100,000 | -99,000.000 | 98.1875 | 408.38 | 97,674.01 |
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2887 CL-2687-XB 5.500% 05/15/33 REG<br>DTD 10/01/03 FACTOR 1.0000000000<br>REM BAL 99,000 | | | | |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC. member NASD, NYSE, SIPC. Transactions of Pershing accounts are cleared by Pershing LLC



D000000000925109

## Transactions in Date Sequence *(continued)*

D000000092509

| Process/ Trade/ Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/28/03 | 11/25/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-AA 5.500% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 2,000,000 | 2,000,000,000 | 98.6250 | -8,250.00 | -1,980,750.00 |
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-AA 5.500% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 250,000 | -250,000,000 | 99.3750 | 1,031.25 | 249,468.75 |
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-AA 5.500% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 230,000 | -230,000,000 | 99.2500 | 948.75 | 229,223.75 |
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-AA 5.500% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 1,520,000 | -1,520,000,000 | 99.2500 | 6,270.00 | 1,514,870.00 |
| 11/28/03 | 11/25/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-FH "FLTG" 0.000% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 2,000,000 VARIABLE RATE | 2,000,000,000 | 99.6250 | -3,180.00 | -1,995,680.00 |
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-FH "FLTG" 0.000% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 2,000,000 VARIABLE RATE | -2,000,000,000 | 99.6250 | 3,180.00 | 1,995,680.00 |
| 11/28/03 | 11/25/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-FQ "FLTG" 0.000% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 8,800,000 VARIABLE RATE | 8,800,000,000 | 99.5000 | -17,160.00 | -8,773,160.00 |
| 11/28/03 | 11/25/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-FQ "FLTG" 0.000% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 1,000,000 VARIABLE RATE | 1,000,000,000 | 99.5000 | -1,950.00 | -996,950.00 |
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-FQ "FLTG" 0.000% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 8,800,000 VARIABLE RATE | -8,800,000,000 | 99.7500 | 17,160.00 | 8,795,160.00 |

Account Number: 727-8910135
CROCKER SECURITIES LLC

Clearing Through Pershing — A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. The security of Pershing Network, LLC

Page 8 of 14

# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**your Brokerage Account**

## Transactions in Date Sequence *(continued)*

Statement Period: 11/01/2003 - 11/28/2003

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-FQ "FETG" 0.000% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 1,000,000 VARIABLE RATE | -1,000,000.000 | 93.7500 | 1,950.00 | 999,450.00 |
| 11/28/03 | 11/25/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-GA 5.500% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 2,000,000 | 2,000,000,000.000 | 98.6250 | -8,250.00 | -1,980,750.00 |
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-GA 5.500% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 37,000 | -37,000.000 | 93.3750 | 152.63 | 36,921.38 |
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-GA 5.500% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 285,000 | -295,000.000 | 93.3750 | 1,216.88 | 294,373.13 |
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-GA 5.500% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 225,000 | -225,000.000 | 99.2500 | 928.13 | 224,246.63 |
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-GA 5.500% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 212,000 | -212,000.000 | 99.2500 | 874.50 | 211,284.50 |
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-GA 5.500% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 40,000 | -40,000.000 | 99.2500 | 165.00 | 39,865.00 |
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-GA 5.500% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 99.2500 | 2,062.50 | 498,312.50 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing • A BNY Securities Group Co.
Solutions from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC / a subsidiary of Pershing Investments LLC

D0000000093109



## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS PARTN CTFS GTF SER-2708 CL-2708-GA 5.500% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 691.000 | -691,000.000 | 99.2500 | 2,850.38 | 688,667.88 |
| 11/28/03 | 11/25/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-SH "INV FLTG" 0.000% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 2,000.000 VARIABLE RATE | 2,000,000,000.000 | 97.6250 | -13,320.00 | -1,965,820.00 |
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-SH "INV FLTG" 0.000% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 2,000.000 VARIABLE RATE | -2,000,000,000.000 | 98.0000 | 13,320.00 | 1,973,320.00 |
| 11/28/03 | 11/25/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-SQ "INV FLTG" 0.000% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 2,760.000 VARIABLE RATE | 2,760,000,000.000 | 98.7500 | -29,037.96 | -2,699,337.96 |
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-SQ "INV FLTG" 0.000% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 2,760.000 VARIABLE RATE | -2,760,000,000.000 | 95.8750 | 29,037.96 | 2,675,187.96 |
| 11/28/03 | 11/25/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-SR "FLTG" 0.000% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 440.000 VARIABLE RATE | 440,000,000.000 | 98.0000 | -3,330.00 | -434,500.00 |
| 11/28/03 | 11/25/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTF SER-2708 CL-2708-SR "FLTG" 0.000% 12/15/32 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 440.000 VARIABLE RATE | -440,000,000.000 | 98.2500 | 3,330.00 | 435,600.00 |
| 11/28/03 | 11/25/03 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-95 CL-95-BA 5.500% 11/20/32 REG DTD 11/01/03 FACTOR 1.000000000 REM BAL 7,000.000 | 7,000,000,000.000 | 99.8125 | -28,875.00 | -7,015,750.00 |

D00000000092509

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing — A BNY Securities Group Co.
Subsidiaries from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, www.pershing.com — and Subsidiary of Pershing Investments LLC

Page 10 of 14

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1340

**your Brokerage Account**

Statement Period: 11/01/2003 - 11/28/2003

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/28/03 | 11/25/03 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-95 CL-95-BA 5.500% 11/20/32 REG DTD 11/01/03 FACTOR 1.000000000 REM BAL 7,000,000 | 7,000,000.000 | 98.8125 | -28,875.00 | -6,945,750.00 |
| 11/28/03 | 11/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-95 CL-95-BA 5.500% 11/20/32 REG DTD 11/01/03 FACTOR 1.000000000 REM BAL 7,000,000 | -7,000,000.000 | 98.8125 | 28,875.00 | 6,945,750.00 |
| 11/28/03 | 11/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-95 CL-95-BA 5.500% 11/20/32 REG DTD 11/01/03 FACTOR 1.000000000 REM BAL 245.000 | -245,000.000 | 98.5000 | 1,010.63 | 244,785.63 |
| 11/28/03 | 11/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-95 CL-95-BA 5.500% 11/20/32 REG DTD 11/01/03 FACTOR 1.000000000 REM BAL 310.000 | -310,000.000 | 99.2500 | 1,278.75 | 308,953.75 |
| 11/28/03 | 11/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-95 CL-95-BA 5.500% 11/20/32 REG DTD 11/01/03 FACTOR 1.000000000 REM BAL 500.000 | -500,000.000 | 99.4375 | 2,662.50 | 489,250.00 |
| 11/28/03 | 11/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-95 CL-95-BA 5.500% 11/20/32 REG DTD 11/01/03 FACTOR 1.000000000 REM BAL 500.000 | -500,000.000 | 99.5000 | 2,662.50 | 489,562.50 |
| 11/28/03 | 11/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-95 CL-95-BA 5.500% 11/20/32 REG DTD 11/01/03 FACTOR 1.000000000 REM BAL 500.000 | -500,000.000 | 99.5000 | 2,662.50 | 489,562.50 |
| 11/28/03 | 11/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-95 CL-95-BA 5.500% 11/20/32 REG DTD 11/01/03 FACTOR 1.000000000 REM BAL 1,000.000 | -1,000,000.000 | 99.5000 | 4,125.00 | 989,125.00 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Subsidiary of The Bank of New York Company, Inc.

D00000000092109



C00000000093509

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/28/03 | 11/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-95 CL-95-BA 5.500% 11/20/32 REG DTD 11/01/03 FACTOR 1.000000000 REM BAL 2,039,000 | -2,039,000,000.00 | 99.5000 | 8,410.88 | 2,037,215.88 |
| 11/28/03 | 11/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-95 CL-95-BA 5.500% 11/20/32 REG DTD 11/01/03 FACTOR 1.000000000 REM BAL 291,000 | -291,000,000.00 | 99.3125 | 1,200.38 | 290,199.76 |
| 11/28/03 | 11/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-95 CL-95-BA 5.500% 11/20/32 REG DTD 11/01/03 FACTOR 1.000000000 REM BAL 90,000 | -90,000,000.00 | 99.5000 | 371.25 | 89,921.25 |
| 11/28/03 | 11/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-95 CL-95-BA 5.500% 11/20/32 REG DTD 11/01/03 FACTOR 1.000000000 REM BAL 1,525,000 | -1,525,000,000.00 | 99.5000 | 6,290.63 | 1,523,665.63 |
| 11/28/03 | 11/25/03 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-95 CL-95-CA 5.500% 08/20/32 REG DTD 11/01/03 FACTOR 1.000000000 REM BAL 3,500,000 | 3,500,000,000.00 | 98.9687 | 14,437.50 | 3,478,343.75 |
| 11/28/03 | 11/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-95 CL-95-CA 5.500% 08/20/32 REG DTD 11/01/03 FACTOR 1.000000000 REM BAL 3,500,000 | -3,500,000,000.00 | 98.8125 | -14,437.50 | -3,472,875.00 |
| 11/28/03 | 1/25/03 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-95 CL-95-CB 5.500% 08/20/32 REG DTD 11/01/03 FACTOR 1.000000000 REM BAL 1,500,000 | 1,500,000,000.00 | 98.9687 | 6,187.50 | 1,490,718.75 |
| 11/28/03 | 11/25/03 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-95 CL-95-CB 5.500% 08/20/32 REG DTD 11/01/03 FACTOR 1.000000000 REM BAL 1,500,000 | -1,500,000,000.00 | 98.8125 | -6,187.50 | -1,488,375.00 |
| 11/28/03 | 11/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-103-TS CL-103-TS 0.0653% 11/15/33 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 2,000,000 | 2,000,000,000.00 | 96.7500 | 8,250.00 | 1,943,250.00 |
| 11/28/03 | 11/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-103-TS CL-103-TS 0.0653% 11/15/33 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 2,000,000 | -2,000,000,000.00 | 96.2500 | -8,250.00 | -1,933,250.00 |

# CROCKER SECURITIES LLC

2700 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Transactions in Date Sequence (continued)

**Statement Period: 11/01/2003 - 11/28/2003**

**your Brokerage Account**

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/28/03 | 11/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-103-TS CL-103-TS INV FLTR 0.000% 12/15/32 B/E D/TD 11/01/03 FACTOR 1.000000000 REM BAL 1,000,000 VARIABLE RATE | 1,000,000.000 | 97.7500 | -6,300.00 | -983,800.00 |
| 11/28/03 | 11/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-103-TS CL-103-TS INV FLTR 0.000% 12/15/32 B/E D/TD 11/01/03 FACTOR 1.000000000 REM BAL 1,000,000 VARIABLE RATE | -1,000,000.000 | 98.0000 | 6,300.00 | 986,300.00 |
| 11/28/03 | 11/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2708 CL-2708-FL FLTR 0.000% 03/15/33 B/E D/TD 11/01/03 FACTOR 1.000000000 REM BAL 10,101,750 VARIABLE RATE | 10,101,750.000 | 99.3750 | -19,698.41 | -10,059,312.47 |
| 11/28/03 | 11/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2708 CL-2708-FL FLTR 0.000% 03/15/33 B/E D/TD 11/01/03 FACTOR 1.000000000 REM BAL 10,101,750 VARIABLE RATE | -10,101,750.000 | 99.7656 | 19,698.41 | 10,097,772.43 |
| 11/28/03 | 11/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2708 CL-2708-SL FLTR 0.000% 03/15/33 B/E D/TD 11/01/03 FACTOR 1.000000000 REM BAL 2,384,185 VARIABLE RATE | 2,384,185.000 | 96.5978 | -25,085.77 | -2,304,314.89 |
| 11/28/03 | 11/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2708 CL-2708-SL FLTR 0.000% 03/15/33 B/E D/TD 11/01/03 FACTOR 1.000000000 REM BAL 2,384,185 VARIABLE RATE | -2,384,185.000 | 94.5000 | 25,085.77 | 2,278,140.60 |
| 11/28/03 | 11/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2708 CL-2708-SN FLTR 0.000% 03/15/33 B/E D/TD 11/01/03 FACTOR 1.000000000 REM BAL 2,500,000 VARIABLE RATE | 2,500,000.000 | 97.5000 | -15,750.00 | -2,453,250.00 |



Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD/NYSE, SIPC - Subsidiary of The Bank of New York

D000000000092509





DC000000009293159

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/28/03 | 11/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2708 CL-2708-SN FLTR 0.000% 03/15/33 B/E DTD 11/01/03 VARIABLE RATE FACTOR 1.000000000 REM BAL   500,000 | -500,000.000 | 98.0000 | 3,150.00 | 493,150.00 |
| 11/28/03 | 11/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2708 CL-2708-SN FLTR 0.000% 03/15/33 B/E DTD 11/01/03 VARIABLE RATE FACTOR 1.000000000 REM BAL   2,000,000 | -2,000,000.000 | 98.6000 | 12,600.00 | 1,972,600.00 |
| 11/28/03 | 11/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2708 CL-2708-SN FLTR 0.000% 03/15/33 B/E DTD 11/01/03 VARIABLE RATE FACTOR 1.000000000 REM BAL   380,088 | 380,088.000 | 97.5000 | -2,850.66 | -373,436.46 |
| 11/28/03 | 11/28/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2708 CL-2708-SN FLTR 0.000% 03/15/33 B/E DTD 11/01/03 VARIABLE RATE FACTOR 1.000000000 REM BAL   380,088 | -380,088.000 | 97.5000 | 2,850.66 | 373,436.46 |
| 11/28/03 | 11/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL   500,000 | -500,000.000 | 79.2500 | 396,250.00 | 396,250.00 |
| 11/28/03 | 11/28/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 0.994278134.0 REM BAL   1,193,133 | -1,200,000.000 | 71.5000 | 853,090.64 | 853,090.64 |

Total Value of all Transactions                                                                                          -$429,571.96

The price and quantity displayed may have been rounded.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, SIPC, is a wholly owned subsidiary of The Bank of New York Company, Inc.