# THEODORE BRAGG DECLARATION

# EXHIBIT A

# 2 OF 9

# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

E00000000008198

CROCKER SECURITIES LLC
--TAXABLE TRADE #2--
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597 - 7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803



## your *Brokerage* Account

Account Number: 727-891035
Statement Period: 11/29/2003 - 12/31/2003

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $408,942.99 |
| Dividends/Interest | 56,812.02 |
| Change in Account Value | -41,864.89 |
| Ending Account Value | $423,890.12 |

Your Account is 100% Invested in Fixed Income.

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Fixed Income | 490,048.81 | 1,536,926.72 | 100% |
| Cash and Cash Equivalents | -81,105.82 | -1,113,036.60 | 0% |
| **Account Total** | **$408,942.99** | **$423,890.12** | **100%** |

E00000000008198

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC (a wholly-owned subsidiary of The Bank of New York) to Pershing LLC

## Customer Service Information

| Your Investment Advisor: | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| Identification Number: RDG | Customer Service Telephone Number: (800) 941-2895 |
| DOUG GREEN | |
| Telephone Number: (561) 361-4803 | |
| Fax Number: (561) 362-5261 | |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | | | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|---|---|
| | Cash and Cash Equivalents  0.00% of Portfolio | | | | | | | |
| | Margin Balance | -$1,105.82 | -1,113,038.60 | | | | | |
| | **Total Cash and Cash Equivalents** | **-$81,105.82** | **-$1,113,038.60** | | | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Security Identification | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio** *(in Maturity Date Sequence)* | | | | | | |
| | **Asset Backed Securities** | | | | | | |
| 1,202,500.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003 47 CL-47-SB 19.320% 06/25/33 B/E DTD 05/25/03 Factor: 0.28847130 | 101.6160 | 364,711.75 | 31393CRZ8 | 5,778.48 | | |
| 500,000.000M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Factor: 1.00000000 | 71.0850 | 355,425.00 | 32051DK50 | 0.00 | | |

0000000000093198

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member FINRA, NYSE and SIPC. Securities in your brokerage account are held by Pershing LLC

# CROCKER SECURITIES LLC

3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925.941.1540



*Your* **Brokerage**
*Account*

**Statement Period: 11/29/2003 - 12/31/2003**

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Security Identification | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | | |
| 1,200,000.000M | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A43<br>0.000% 10/25/33 B/E DTD 08/01/03<br>Factor: 0.9714970S | 70.0630 | 816,791.97 | 32051DK68 | 0.00 | $0.00 | |
| **Total Asset Backed Securities** | | | **$1,538,928.72** | | **$5,778.48** | **$0.00** | |
| **Total Fixed Income** | | | **$1,538,928.72** | | **$5,778.48** | **$0.00** | |

| Description | | | Market Value | | | Estimated Annual Income | |
|---|---|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | | **$423,890.12** | | | **$0.00** | |

**M** This symbol next to the quantity indicates a position in your margin account.

### Disclosures and Other Information

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information

pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

Page 3 of 19

D00000000081X38

DOC0000000099196

# Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/02/03 | 11/26/03 | CORRECTED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A43<br>0.0000% 10/25/33 B/E DTD 08/01/03<br>PRIN ADJ CORRECTED CONFIRM | 1,200,000.000 | 71.5000 | | -839,375.19 |
| 12/02/03 | 11/26/03 | CANCELLED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A43<br>0.0000% 10/25/33 B/E DTD 08/01/03<br>FACTOR 0.99912781340 REM BAL 1,193,133<br>CANCELLED TRADE | -1,200,000.000 | 71.5000 | | 853,090.64 |
| 12/02/03 | 11/28/03 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU CTF CL 1A43<br>0.0000% 10/25/33 B/E DTD 08/01/03<br>CANCELLED TRADE | 1,200,000.000 | 71.5000 | | -853,090.64 |
| 12/02/03 | 11/28/03 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A43<br>0.0000% 10/25/33 B/E DTD 08/01/03<br>FACTOR 0.99912781340 REM BAL 1,193,133<br>PRIN ADJ CORRECTED CONFIRM | -1,200,000.000 | 71.5000 | | 839,375.19 |
| 12/03/03 | 12/03/03 | PURCHASED | ARIZONA HEALTH FACS AUTH HOSP SYS REV<br>NORTHERN ARIZ HEALTHCARE-SER A<br>5.290% 10/07/16 B/E DTD 11/01/96 CLB<br>YLD 4.924 TO PAR | 5,000.000 | 101.5000 | -48.85 | -5,123.85 |
| 12/03/03 | 12/03/03 | SOLD | ARIZONA HEALTH FACS AUTH HOSP SYS REV<br>NORTHERN ARIZ HEALTHCARE-SER A<br>5.250% 10/01/16 B/E DTD 11/01/96 CLB<br>YLD 4.501 TO PAR | -5,000.000 | 103.5000 | 48.85 | 5,222.85 |
| 12/03/03 | 12/03/03 | PURCHASED | ARIZONA ST MUN FNG PROG CTFS PARTN<br>RCFG SER 3 5.250% 08/01/23<br>DTD 07/01/93 CLB YLD 5.544 TO MAT | 5,000.000 | 98.5000 | -92.60 | -5,017.60 |
| 12/03/03 | 12/03/03 | SOLD | ARIZONA ST MUN FNG PROG CTFS PARTN<br>RCFG SER 3 5.280% 08/01/23<br>DTD 07/01/93 CLB YLD 5.374 TO MAT | -5,000.000 | 98.5000 | 92.60 | 4,911.60 |
| 12/08/03 | 12/03/03 | PURCHASED | AVONDALE ARIZ MUN DEV CORP EXCISE TAX<br>REV 4.700% 07/01/11 REG<br>DTD 05/01/99 CLB YLD 3.929 TO CALL | 25,000.000 | 104.6250 | -512.43 | -26,666.68 |
| 12/08/03 | 12/03/03 | SOLD | AVONDALE ARIZ MUN DEV CORP EXCISE TAX<br>REV 4.700% 07/01/11 REG<br>DTD 05/01/99 CLB YLD 3.807 TO CALL | -25,000.000 | 105.2500 | 512.43 | 26,824.93 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through Pershing A BNY Securities Group Co.
Securities Cleared Through The Bank Of New York

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1640

**your Brokerage Account**

## Transactions in Date Sequence (continued)

Statement Period: 11/29/2003 - 12/31/2003

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/08/03 | 12/03/03 | PURCHASED | CENTRAL ARIZ WTR CONSV DIST CONTRACT REV CENTRAL ARIZ PROJ D & P LT 4.750% 11/01/08 B/E DTD 02/01/94 CLB Y.LD 5.455 TO MAT | 5,000.000 | 97.0000 | -24.41 | -4,874.41 |
| 12/08/03 | 12/03/03 | SOLD | CENTRAL ARIZ WTR CONSV DIST CONTRACT REV CENTRAL ARIZ PROJ D & P LT 4.750% 11/01/08 B/E DTD 02/01/94 CLB Y.LD 4.982 TO MAT | -5,000.000 | 99.0000 | 24.41 | 4,974.41 |
| 12/08/03 | 12/03/03 | PURCHASED | MARICOPA CNTY ARIZ HOSP DIST NO 1 UT 5.000% 06/01/21 DTD 03/01/98 Y.LD 3.880 TO PREF | 5,000.000 | 106.2500 | -4.86 | -5,317.36 |
| 12/08/03 | 12/03/03 | SOLD | MARICOPA CNTY ARIZ HOSP DIST NO 1 UT 5.000% 06/01/21 DTD 03/01/98 Y.LD 3.413 TO PREF | -5,000.000 | 108.2600 | 4.86 | 5,417.86 |
| 12/08/03 | 12/03/03 | PURCHASED | MARICOPA CNTY ARIZ INDL DEV AUTH HEALTH FACS REV REFDG-EVANG LUTH SAMARITAN PROJ 5.350% 12/01/18 DTD 11/01/93 Y.LD 5.567 TO MAT | 5,000.000 | 97.8125 | -5.20 | -4,895.83 |
| 12/08/03 | 12/03/03 | SOLD | MARICOPA CNTY ARIZ INDL DEV AUTH HEALTH FACS REV REFDG-EVANG LUTH SAMARITAN PROJ 5.350% 12/01/18 DTD 11/01/93 Y.LD 5.507 TO MAT | -5,000.000 | 99.8200 | 5.20 | 4,996.20 |
| 12/08/03 | 12/03/03 | PURCHASED | MARICOPA CNTY ARIZ INDL DEV AUTH REV REFDG BAPTIST HOSP SYS 5.500% 09/01/16 B/E DTD 08/01/95 PRF Y.LD 5.388 TO MAT | 5,000.000 | 101.6875 | -74.10 | -5,158.48 |
| 12/08/03 | 12/03/03 | SOLD | MARICOPA CNTY ARIZ INDL DEV AUTH REV REFDG BAPTIST HOSP SYS 5.500% 09/01/16 B/E DTD 08/01/95 PRF Y.LD 5.025 TO PREF | -5,000.000 | 103.6800 | 74.10 | 5,258.10 |
| 12/08/03 | 12/03/03 | PURCHASED | NAVAJO CNTY ARIZ POLLUTN CTL CORP REV REFDG ARIZ PUB SVC CO A IBC 5.500% 08/15/28 DTD 08/15/93 CLB Y.LD 3.842 TO PREF 5.500% 08/15/28 DTD 08/15/93 CLB Y.LD 5.757 TO MAT | 5,000.000 | 96.6250 | -56.32 | -4,911.57 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing, A BNY Securities Group Co. Solutions from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399

DC0000000000B1B8

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/08/03 | 12/03/03 | SOLD | NAVAJO CNTY ARIZ POLLUTN CTL CORP REV / REFG ARIZ PUB SVC CO A IBC / 5.500% 08/15/28 DTD 08/15/93 CLB / YLD 5.590 TO MAT | -5,000.000 | 98.8800 | 86.32 | 5,026.32 |
| 12/08/03 | 12/03/03 | PURCHASED | PHOENIX ARIZ CIVIC IMPT CORP WTR SYS / REV JR LIEN FGIC-TCR'S PRE REF / 5.500% 07/01/24 REG DTD 01/01/94 PRF / YLD 11.845 TO PREF | 5,000.000 | 98.5000 | -119.93 | -5,044.93 |
| 12/08/03 | 12/03/03 | SOLD | PHOENIX ARIZ CIVIC IMPT CORP WTR SYS / REV JR LIEN FGIC-TCR'S PRE REF / 5.500% 07/01/24 REG DTD 01/01/94 PRF / YLD 8.101 TO PREF | -5,000.000 | 103.5000 | 119.93 | 5,144.93 |
| 12/08/03 | 12/03/03 | PURCHASED | PMA CNTY ARIZ INDL DEV AUTH REV / REFG-INSD-TUCSON MED CTR-SER A / 5.000% 04/01/15 REG DTD 12/01/93 CLB / YLD 5.356 TO MAT | 5,000.000 | 97.0000 | -46.53 | -4,896.53 |
| 12/08/03 | 12/03/03 | SOLD | PMA CNTY ARIZ INDL DEV AUTH REV / REFG-INSD-TUCSON MED CTR-SER A / 5.000% 04/01/15 REG DTD 12/01/93 CLB / YLD 5.117 TO MAT | -5,000.000 | 99.0000 | 46.53 | 4,996.53 |
| 12/08/03 | 12/03/03 | PURCHASED | PINAL CNTY ARIZ CMNTY COLLEGE DIST / REV 5.100% 07/01/13 REG / DTD 03/01/98 CLB YLD 4.086 TO PAR | 25,000.000 | 105.0000 | -558.04 | -26,806.04 |
| 12/08/03 | 12/03/03 | SOLD | PINAL CNTY ARIZ CMNTY COLLEGE DIST / REV 5.100% 07/01/13 REG / DTD 03/01/98 CLB YLD 4.086 TO PAR | -25,000.000 | 105.0000 | 558.04 | 26,806.04 |
| 12/08/03 | 12/03/03 | PURCHASED | TUCSON ARIZ WTR REV REFG / 5.125% 07/01/20 REG DTD 07/15/97 CLB / YLD 5.466 TO MAT | 5,000.000 | 96.0000 | -111.75 | -4,911.75 |
| 12/08/03 | 12/03/03 | SOLD | TUCSON ARIZ WTR REV REFG / 5.125% 07/01/20 REG DTD 07/15/97 CLB / YLD 5.308 TO MAT | -5,000.000 | 98.0000 | 111.75 | 5,011.75 |
| 12/08/03 | 12/03/03 | PURCHASED | YUMA CNTY ARIZ HOSP DIST #001 / 6.350% 11/15/07 CPN DTD 05/01/78 ETM / YLD 5.916 TO MAT | 5,000.000 | 101.5000 | -20.28 | -5,095.28 |
| 12/09/03 | 12/04/03 | SOLD | YUMA CNTY ARIZ HOSP DIST #001 / 6.350% 11/15/07 CPN DTD 05/01/78 ETM / YLD 5.271 TO MAT | -5,000.000 | 104.0000 | 21.17 | 5,221.17 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing · A BNY Securities Group Co. · One Pershing Plaza, Jersey City, New Jersey 07399 · Pershing LLC, member NASD, NYSE, SIPC. Subsidiary of The Bank of New York.

Page 6 of 19

D000CC000089198

# CROCKER SECURITIES LLC

3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925.941.1540

## Transactions in Date Sequence *(continued)*

**Statement Period: 11/29/2003 - 12/31/2003**

**YOUR *Brokerage* Account**

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/11/03 | 12/09/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 4,000.000 | 4,000,000,000 | 100.3593 | -6,111.11 | -4,020,486.11 |
| 12/11/03 | 12/09/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 7,000.000 | 7,000,000,000 | 101.3906 | -10,694.44 | -7,108,038.19 |
| 12/11/03 | 12/09/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 3,000.000 | 3,000,000,000 | 101.3593 | -4,583.33 | -3,045,361.58 |
| 12/11/03 | 12/09/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 2,000.000 | 2,000,000,000 | 101.3125 | -3,055.56 | -2,029,305.56 |
| 12/11/03 | 12/09/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 2,000.000 | 2,000,000,000 | 101.4218 | -3,055.56 | -2,031,493.06 |
| 12/11/03 | 12/09/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 9,000.000 | 9,000,000,000 | 99.9062 | -13,750.00 | -9,005,312.50 |
| 12/11/03 | 12/09/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 7,000.000 | 7,000,000,000 | 100.5000 | -10,694.44 | -7,045,694.44 |
| 12/11/03 | 12/09/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 10,000.000 | 10,000,000,000 | 101.0000 | -15,277.78 | -10,115,277.78 |

D0000000089198

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, The Bank of New York Financial Company LLC

Page 7 of 19

D000000000691198

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/11/03 | 12/09/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 REG "PAIR OFF" 5.500% 12/11/03 REG DTD 12/09/03 FACTOR 1.000000000 REM BAL 3,000,000 | 3,000,000.000 | 100.4375 | -4,583.33 | -3,017,708.33 |
| 12/11/03 | 12/09/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 REG "PAIR OFF" 5.500% 12/11/03 REG DTD 12/09/03 FACTOR 1.000000000 REM BAL 3,000,000 | 3,000,000.000 | 101.4296 | -4,583.33 | -3,047,473.96 |
| 12/11/03 | 12/09/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 2,000,000 | -2,000,000.000 | 101.3125 | 3,055.56 | 2,029,305.56 |
| 12/11/03 | 12/09/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 3,000,000 | -3,000,000.000 | 101.3750 | 4,583.33 | 3,045,833.33 |
| 12/11/03 | 12/09/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 3,000,000 | -3,000,000.000 | 100.4218 | 4,583.33 | 3,017,239.58 |
| 12/11/03 | 12/09/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 3,000,000 | -3,000,000.000 | 100.7343 | 4,583.33 | 3,026,614.59 |
| 12/11/03 | 12/09/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 7,000,000 | -7,000,000.000 | 101.5000 | 10,694.44 | 7,115,694.44 |
| 12/11/03 | 12/09/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 10,000,000 | -10,000,000.000 | 101.7148 | 15,277.78 | 10,185,762.16 |
| 12/11/03 | 12/09/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 22,000,000 | -22,000,000.000 | 100.1406 | 33,611.11 | 22,064,548.51 |
| 12/11/03 | 12/10/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 REG "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 16,000,000 | 16,000,000.000 | 101.2968 | -24,444.44 | -16,231,944.44 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing  A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC. The bank of a Pershing company is LLC

Page 8 of 19

D000000000089138

**CROCKER SECURITIES LLC**
2739 Oak Grove • Suite 230 • Walnut Creek, CA 94597
925-941-1540

your *Brokerage*
*Account*

## Transactions in Date Sequence *(continued)*

Statement Period: 11/29/2003 - 12/31/2003

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/11/03 | 12/10/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 12,000,000 | -12,000,000.000 | 100.4687 | -18,333.33 | -12,074,583.33 |
| 12/11/03 | 12/10/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 2,000,000 | 2,000,000.000 | 100.4375 | -3,055.56 | -2,071,805.56 |
| 12/11/03 | 12/10/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 5,000,000 | 5,000,000.000 | 100.4375 | -7,638.89 | -5,023,513.89 |
| 12/11/03 | 12/10/03 | PURCHASED | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 4,000,000 | 4,000,000.000 | 100.5000 | -6,111.11 | -4,026,111.11 |
| 12/11/03 | 12/10/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 4,000,000 | -12,000,000.000 | 101.0937 | 18,333.33 | 12,149,583.33 |
| 12/11/03 | 12/10/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 12,000,000 | -4,000,000.000 | 101.1406 | 6,111.11 | 4,051,736.11 |
| 12/11/03 | 12/10/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 4,000,000 | -11,000,000.000 | 100.1093 | 16,805.56 | 11,028,836.61 |
| 12/11/03 | 12/10/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 4,000,000 | -4,000,000.000 | 101.3203 | 6,111.11 | 4,058,973.61 |

Account Number: 727-8910035
CROCKER SECURITIES LLC

Clearing Through **Pershing** · A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC / The Bank of New York Securities Group, LLC



## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/11/03 | 12/10/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 4,000,000 | -4,000,000,000 | 100.3388 | 6,111.11 | 4,019,661.11 |
| 12/11/03 | 12/10/03 | SOLD | FNMA 5.5% NOV 2003 PL TBA SETT 12/11/03 "PAIR OFF" 5.500% 12/11/03 REG DTD 12/08/03 FACTOR 1.000000000 REM BAL 4,000,000 | -4,000,000,000 | 100.7031 | 6,111.11 | 4,034,236.11 |
| 12/19/03 | 12/10/03 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 26 DEBIT DAYS AV BAL 4,000,000 A/Y BAL 3#646.92 AVG RATE 3.250 11-20-03 TO 12-19-03 | | | | -818.32 |
| 12/22/03 | 12/22/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-74 CL-74-SJ FLTR RATE DTD 05/25/03 FACTOR 0.340596730 REM BAL 32,352 | -95,000.000 | 95.0000 | 489.02 | 31,224.26 |
| 12/22/03 | 12/22/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-74 CL-74-SJ FLTR RATE 0.000% 08/25/33 REG DTD 07/25/03 VARIABLE RATE REM BAL 15,000 | 15,000.000 | 91.0000 | -130.34 | -13,780.34 |
| 12/23/03 | 12/22/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | 500,000,000 | 79.4375 | | -397,187.50 |
| 12/23/03 | 12/23/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 0.000% 10/25/33 B/E DTD 08/01/03 MTG PASSTHRU CTF CL 1A43 FACTOR 0.978297420 REM BAL 1,173,956 | 1,200,000,000 | 71.6875 | | -841,580.36 |
| 12/23/03 | 12/23/03 | SOLD | FIRST HORIZON MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 0.340596730 REM BAL 34,065 | -100,000.000 | 98.0000 | 552.89 | 33,927.45 |
| 12/24/03 | 12/23/03 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 0.000% 10/25/33 B/E DTD 08/01/03 MTG PASSTHRU CTF CL 1A43 | 1,200,000,000 | 71.6875 | | -841,580.36 |
| 12/26/03 | 12/23/03 | CORRECTED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8 0.000% 10/25/33 B/E DTD 08/01/03 FACT.974970546? CORRECTED CONFIRM FIRST HORIZON MTG PASSTHRU TR 2003 8 | 1,200,000,000 | 71.6875 | | -835,730.34 |
| 12/26/03 | 12/23/03 | CANCELLED PURCHASE | FIRST HORIZON MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 CANCELLED TRADE | -1,200,000,000 | 71.6875 | | 841,580.36 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing    A BNY Securities Group Co.
Solutions from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing is a service mark and PC is a service mark of The Pershing companies LLC

Page 10 of 19

D00000000391198

# CROCKER SECURITIES LLC

3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1500

## *your* **Brokerage** *Account*

Statement Period: 11/29/2003 - 12/31/2003

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/26/03 | 12/23/03 | BOND INTEREST ADJUSTMENT | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-47 CL-47-SB 19.320% 06/25/33 B/E RD12/71 PD12/25/03 S/D 12/24/03 | | | | -571.96 |
| 12/26/03 | 12/23/03 | BOND INTEREST RECEIVED | 1302500 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-47 CL-47-SB 19.320% 06/25/33 B/E DTD 05/26/03 RD 11/28 PD 12/25/03 | | | | 7,449.75 |
| 12/26/03 | 12/23/03 | PRINCIPAL PAY DOWN ADJUSTMENT | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-47 CL-47-SB 19.320% 06/25/33 B/E RD12/71 PD12/25/03 S/D 12/24/03 | 100,000.00 | | | -4,208.54 |
| 12/26/03 | 12/23/03 | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-47 CL-47-SB 19.320% 06/25/33 B/E DTD 05/25/03 RD 11/28 PD 12/25/03 | | | | 54,816.27 |
| 12/29/03 | 12/23/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-74 CL-74-SJ FLTR RATE 0.000% 08/25/33 REG DTD 07/25/03 FACTOR 1.000000000 REM BAL   15,000 VARIABLE RATE | -15,000.000 | 19.31 | | 13,669.31 |
| 12/29/03 | 12/23/03 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 CORRECTED CONFIRM | -1,200,000.000 | 71.6875 | | 835,730.34 |
| 12/29/03 | | BOND INTEREST RECEIVED | 15000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-74 CL-74-SJ FLTR RATE 0.000% 08/25/33 REG DTD 07/25/03 RD 12/01 FD 12/25/03 | | | | 144.82 |
| 12/30/03 | 12/23/03 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 CANCELLED TRADE | 1,200,000.000 | 71.6875 | | -835,730.34 |
| 12/30/03 | 12/26/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- WF "FLT" 0.000% 12/25/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL   5,379,312 VARIABLE RATE | 5,379,312.000 | -99.5000 | -10,270.00 | -5,362,685.44 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Services from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, a subsidiary of The Bank of New York Company, Inc.

D00000CC0093198



# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/30/03 | 12/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- WF "FLT" 0.00% 12/25/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL 5,379,312 | -5,379,312.000 | 99.7500 | 10,270.00 | 5,376,133.72 |
| 12/30/03 | 12/26/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- WS "FLT" 0.00% 12/25/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL 1,314,944 VARIABLE RATE | -1,314,944.000 | 96.8818 | -20,930.02 | -1,292,242.60 |
| 12/30/03 | 12/26/03 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- WS "FLT" 0.00% 12/25/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL 1,314,944 | | 98.6406 | -20,930.02 | -1,317,999.00 |
| 12/30/03 | 12/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- WS "FLT" 0.00% 12/25/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL 1,314,944 VARIABLE RATE | 1,314,944.000 | 96.6250 | 20,930.02 | 1,291,491.66 |
| 12/30/03 | 12/26/03 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- WS "FLT" 0.00% 12/25/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL 1,314,944 VARIABLE RATE | -1,314,944.000 | 99.5000 | 20,930.02 | 1,329,299.30 |
| 12/30/03 | 12/26/03 | PURCHASED | FANMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- WT "FLT" 0.00% 12/25/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL 478,161 VARIABLE RATE | 478,161.000 | 96.0000 | -3,466.67 | -462,501.23 |
| 12/30/03 | 12/26/03 | SOLD | FANMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- WT "FLT" 0.00% 12/25/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL 478,161 VARIABLE RATE | -478,161.000 | 96.5000 | 3,466.67 | 464,892.04 |
| 12/30/03 | 12/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2703 CL-2703-NE 5.500% 11/15/33 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL 2,000,000 | 2,000,000.000 | 96.7500 | -8,861.11 | -1,943,861.11 |

Account Number: 727-891035

CROCKER SECURITIES LLC

Clearing Through Pershing ® A BNY Securities Group Co. Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

member NYSE,NASD,SIPC,SFE and other principal exchanges LLC

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1840

00000000000891198

**your Brokerage Account**

**Statement Period: 11/29/2003 - 12/31/2003**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/30/03 | 12/26/03 | SOLD | FHLMC MULTICLASS MTG PRTN CTFS GTD SER 27G3 CL-2703-NE 5.500% 11/15/33 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL  300,000 | -300,000.000 | 96.6250 | 1,329.17 | 291,204.17 |
| 12/30/03 | 12/26/03 | SOLD | FHLMC MULTICLASS MTG PRTN CTFS GTD SER 27G3 CL-2703-NE 5.500% 11/15/33 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL  407,000 | -407,000.000 | 96.5000 | 1,803.24 | 394,558.24 |
| 12/30/03 | 12/26/03 | SOLD | FHLMC MULTICLASS MTG PRTN CTFS GTD SER 27G3 CL-2703-NE 5.500% 11/15/33 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL  1,018,000 | -1,018,000.000 | 97.0000 | 4,510.31 | 991,970.31 |
| 12/30/03 | 12/26/03 | SOLD | FHLMC MULTICLASS MTG PRTN CTFS GTD SER 27G3 CL-2703-NE 5.500% 11/15/33 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL  100,000 | -100,000.000 | 97.0000 | 443.06 | 97,443.06 |
| 12/30/03 | 12/26/03 | SOLD | FHLMC MULTICLASS MTG PRTN CTFS GTD SER 27G3 CL-2703-NE 5.500% 11/15/33 B/E DTD 11/01/03 FACTOR 1.000000000 REM BAL  175,000 | -175,000.000 | 96.5000 | 775.35 | 169,650.35 |
| 12/30/03 | 12/26/03 | PURCHASED | FHLMC MULTICLASS MTG PRTN CTFS GTD SER 2713 CL-2713-FU FLTR 0.000% 01/15/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL  1,650,000 VARIABLE RATE | 1,650,000.000 | 99.7500 | -3,150.13 | -1,649,025.13 |
| 12/30/03 | 12/26/03 | PURCHASED | FHLMC MULTICLASS MTG PRTN CTFS GTD SER 2713 CL-2713-FU FLTR 0.000% 01/15/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL  3,437,500 VARIABLE RATE | 3,437,500.000 | 99.7500 | -6,582.76 | -3,435,469.01 |
| 12/30/03 | 12/26/03 | PURCHASED | FHLMC MULTICLASS MTG PRTN CTFS GTD SER 2713 CL-2713-FU FLTR 0.000% 01/15/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL  3,162,500 VARIABLE RATE | 3,162,500.000 | 99.7500 | -6,037.74 | -3,160,631.49 |

Account Number: 7ZJ-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, a subsidiary of Pershing Group LLC

Page 13 of 19




D000000000093198

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/30/03 | 12/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2713 CL-2713-FU FLTR<br>0.000% 01/15/33 B/E DTD 12/01/03<br>FACTOR 1.00000000000 REM BAL 8,250,000<br>VARIABLE RATE | -8,250,000,000.000 | 99.7500 | 15,750.63 | 8,245,125.63 |
| 12/30/03 | 12/26/03 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2713 CL-2713-MA 5.500% 01/15/33 B/E<br>DTD 12/01/03 MONEY CORR<br>CORRECTED CONFIRM | 15,000,000,000.000 | 99.0000 | -66,458.33 | -14,918,802.09 |
| 12/30/03 | 12/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2713 CL-2713-MA 5.500% 01/15/33 B/E<br>DTD 12/01/03 FACTOR 1.00000000000<br>REM BAL 2,000,000 | 2,000,000,000.000 | 98.8437 | -8,861.11 | -1,985,736.11 |
| 12/30/03 | 12/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2713 CL-2713-MA 5.500% 01/15/33 B/E<br>DTD 12/01/03 FACTOR 1.00000000000<br>REM BAL 1,647,000 | 1,647,000,000.000 | 98.6250 | -7,297.13 | -1,631,650.08 |
| 12/30/03 | 12/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2713 CL-2713-MA 5.500% 01/15/33 B/E<br>DTD 12/01/03 FACTOR 1.00000000000<br>REM BAL 15,000,000 | -15,000,000,000.000 | 98.5000 | 66,458.33 | 14,841,458.33 |
| 12/30/03 | 12/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2713 CL-2713-MA 5.500% 01/15/33 B/E<br>DTD 12/01/03 FACTOR 1.00000000000<br>REM BAL 65,000 | -65,000,000.000 | 99.3125 | 287.99 | 64,841.12 |
| 12/30/03 | 12/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2713 CL-2713-MA 5.500% 01/15/33 B/E<br>DTD 12/01/03 FACTOR 1.00000000000<br>REM BAL 68,000 | -68,000,000.000 | 99.4375 | 301.28 | 67,918.78 |
| 12/30/03 | 12/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2713 CL-2713-MA 5.500% 01/15/33 B/E<br>DTD 12/01/03 FACTOR 1.00000000000<br>REM BAL 80,000 | -80,000,000.000 | 99.4375 | 354.44 | 79,904.44 |
| 12/30/03 | 12/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2713 CL-2713-MA 5.500% 01/15/33 B/E<br>DTD 12/01/03 FACTOR 1.00000000000<br>REM BAL 1,696,000 | -1,696,000,000.000 | 99.4375 | 7,514.22 | 1,653,974.22 |
| 12/30/03 | 12/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2713 CL-2713-MA 5.500% 01/15/33 B/E<br>DTD 12/01/03 FACTOR 1.00000000000<br>REM BAL 1,000,000 | -1,000,000,000.000 | 99.4062 | 4,430.56 | 988,493.06 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing, a division of DLJ Securities Corp. Members NYSE, SIPC, financial services company of the Bank of New York

Page 14 of 19

# CROCKER SECURITIES LLC
2599 Oak Road • Suite 210 • Walnut Creek, CA 94597
925-941-1640

**your Brokerage Account**

Statement Period: 11/29/2003 - 12/31/2003

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/30/03 | 12/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-MA 5.500% 01/15/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL 738,000 | -738,000.000 | 99.2500 | 3,269.75 | 735,734.75 |
| 12/30/03 | 12/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-OF FLTR 0.000% 01/15/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL 5,000,000 VARIABLE RATE | 5,000,000.000 | 99.7500 | -10,552.78 | -4,988,052.78 |
| 12/30/03 | 12/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-OF FLTR 0.000% 01/15/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL 5,000,000 VARIABLE RATE | -5,000,000.000 | 99.7812 | 10,552.78 | 4,999,615.28 |
| 12/30/03 | 12/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-OS INV FLTR 0.000% 01/15/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL 5,000,000 VARIABLE RATE | 5,000,000,000.000 | 99.0000 | -33,752.78 | -4,930,627.78 |
| 12/30/03 | 12/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-OS INV FLTR 0.000% 01/15/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL 5,000,000 VARIABLE RATE | -5,000,000,000.000 | 99.0000 | 33,752.78 | 4,933,752.78 |
| 12/30/03 | 12/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-ST 9.000% 01/15/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL 146,667 | 146,667.000 | 98.0000 | -1,063.34 | -144,797.00 |
| 12/30/03 | 12/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-ST 9.000% 01/15/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL 305,556 | 305,556.000 | 98.0000 | -2,215.28 | -301,660.16 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Penson

A BMV Securities Group Co.
Softdocs from The Bank of New York

Page 15 of 19

p000000000069198



p000000000899198

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/30/03 | 12/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-ST 9.000% 01/15/33 B/E DTD 12/01/03 FACTOR 1.000000000 | 281,112.000 | 98.0000 | -2,038.06 | -277,527.82 |
| 12/30/03 | 12/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-ST 9.000% 01/15/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL    733.335 | -733,335.000 | 98.0000 | 5,316.68 | 723,984.98 |
| 12/30/03 | 12/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-SU INV FLTR 0.000% 01/15/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL    603.333 | 603,333.000 | 93.7113 | -6,419.87 | -571,811.19 |
| 12/30/03 | 12/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-SU INV FLTR 0.000% 01/15/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL    1,256.944 VARIABLE RATE | 1,256,944.000 | 95.7002 | -13,374.73 | -1,216,273.61 |
| 12/30/03 | 12/26/03 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-SU INV FLTR 0.000% 01/15/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL    1,156.388 VARIABLE RATE | 1,156,388.000 | 95.7002 | -12,304.75 | -1,118,971.30 |
| 12/30/03 | 12/26/03 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-SU INV FLTR 0.000% 01/15/33 B/E DTD 12/01/03 FACTOR 1.000000000 REM BAL    3,016.665 VARIABLE RATE | -3,016,665.000 | 98.9987 | 32,098.34 | 3,017,654.98 |

**Total Value of all Transactions**                                                                                                                                             **-$1,031,932.78**

The price and quantity displayed may have been rounded.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member, Lakeview NASD, NYSE, SIPC, A BNY Securities Group Co.

Page 16 of 19



# CROCKER
## SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Statement Period: 11/29/2003 - 12/31/2003**

### Your *Brokerage* Account

## Messages

### EXCESS ACCOUNT PROTECTION UPDATE

WORKING ON BEHALF OF YOUR FINANCIAL ORGANIZATION, PERSHING PROVIDES ACCOUNT PROTECTION FOR THE NET EQUITY OF YOUR SECURITIES POSITIONS AND CASH IN YOUR ACCOUNT. OF THAT TOTAL, THE SECURITIES INVESTOR PROTECTION CORPORATION (SIPC) PROVIDES $500,000 OF NET EQUITY PROTECTION, INCLUDING $100,000 FOR CLAIMS FOR CASH AWAITING REINVESTMENT (SIPC PROTECTION). PERSHING PROVIDES THE ADDITIONAL PROTECTION (EXCESS SIPC) ON TERMS SIMILAR TO SIPC THROUGH A COMMERCIAL INSURER. VISIT WWW.SIPC.ORG FOR MORE INFORMATION ABOUT SIPC.

EFFECTIVE FEBRUARY 16, 2004, THE COMMERCIAL INSURER THROUGH WHICH PERSHING WILL PROVIDE EXCESS SIPC WILL CHANGE TO CUSTOMER ASSET PROTECTION COMPANY (CAPCO), A LICENSED NEW YORK INSURER.

ACCOUNT PROTECTION APPLIES WHEN A SIPC MEMBER FIRM FAILS FINANCIALLY AND IS UNABLE TO MEET OBLIGATIONS TO SECURITIES CLIENTS, BUT IT DOES NOT PROTECT AGAINST LOSSES FROM THE RISE AND FALL IN THE MARKET VALUE OF INVESTMENTS.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, NYSE, SIPC, a subsidiary of The Bank of New York

**Page 17 of 19**

D000000000089108



DO00000000193195

## Messages (continued)

**ANNUAL MARGIN DISCLOSURE STATEMENT**

SECURITIES PURCHASED ON MARGIN ARE YOUR FINANCIAL ORGANIZATIONS AND PERSHING'S COLLATERAL FOR THE LOAN TO YOU. IF THE SECURITIES IN YOUR ACCOUNT DECLINE IN VALUE, SO DOES THE VALUE OF THE COLLATERAL SUPPORTING YOUR LOAN. AS A RESULT, YOUR FINANCIAL ORGANIZATION OR PERSHING CAN TAKE ACTION, SUCH AS ISSUE A MARGIN CALL AND/OR SELL SECURITIES OR OTHER ASSETS IN ANY OF YOUR ACCOUNTS HELD WITH PERSHING IN ORDER TO MAINTAIN THE REQUIRED EQUITY IN THE ACCOUNT.

IT IS IMPORTANT THAT YOU FULLY UNDERSTAND THE RISKS INVOLVED IN TRADING SECURITIES ON MARGIN. THESE RISKS INCLUDE THE FOLLOWING:

• YOU CAN LOSE MORE FUNDS THAN YOU DEPOSIT IN THE MARGIN ACCOUNT.
• YOUR FINANCIAL ORGANIZATION OR PERSHING CAN FORCE THE SALE OF SECURITIES OR OTHER ASSETS IN YOUR ACCOUNT(S).
• YOUR FINANCIAL ORGANIZATION OR PERSHING CAN SELL YOUR SECURITIES OR OTHER ASSETS WITHOUT CONTACTING YOU.
• YOU ARE NOT ENTITLED TO CHOSE WHICH SECURITIES OR OTHER ASSETS IN YOUR ACCOUNT(S) ARE LIQUIDATED OR SOLD TO MEET A MARGIN CALL.
• YOUR FINANCIAL ORGANIZATION OR PERSHING CAN INCREASE ITS "HOUSE" MAINTENANCE MARGIN REQUIREMENTS AT ANY TIME AND IS NOT REQUIRED TO PROVIDE YOU ADVANCE WRITTEN NOTICE.
• YOU ARE NOT ENTITLED TO AN EXTENSION OF TIME ON A MARGIN CALL.

THE NASD REQUIRES THAT NASD MEMBER FIRMS PROVIDE THE FOLLOWING INFORMATION CONCERNING THE NASD PUBLIC DISCLOSURE PROGRAM:

THE NASD PUBLIC DISCLOSURE PROGRAM HOTLINE NUMBER IS (800) 289-9999.

THE NASD REGULATION WEB SITE ADDRESS IS WWW.NASDR.COM.

AN INVESTOR BROCHURE THAT INCLUDES INFORMATION DESCRIBING THE PUBLIC DISCLOSURE PROGRAM MAY BE OBTAINED FROM THE NASD.

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKERS EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solicitors from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing, member NYSE, NYSE,SIPC, Formerly of the Depository Trust Corp LLC

Page 18 of 19

## GENERAL INFORMATION

1. All costs and transactions shall be solely for your account and risk and shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or to all applicable laws and regulations.

2. Whenever you are required by Pershing's rules or otherwise to maintain margin, you agree that you will hold Pershing or any person controlling or under common control with Pershing, harmless for any investment losses incurred.

3. Any free credit balance carried for your account represents funds payable upon demand which, although properly accounted for on Pershing's books of record, are not segregated and may be used in the conduct of this business.

4. Your free credit balance is the amount of any such funds held at Pershing.

5. Whenever you have received confirmations for transactions which did not appear on your statement, if so, the transactions will appear on your next statement.

6. If you have written options with in your account, these are reflected on your statement.

7. If you maintain a margin account, it is a combined statement of your general account and special memorandum account maintained for you under Regulation T of the Board of Governors of the Federal Reserve System.

8. The per annum rate of interest and the annual rate of interest charged on the debit balances in your account.

9. A financial statement of Pershing is available for your personal inspection at Pershing's offices.

10. Dividends, interest and other distributions shown on this statement were classified as taxable or nontaxable based on certain information known as of the distribution date.

11. This statement will be deemed conclusive and an account stated unless you notify Pershing in writing of any objection to it within ten days after receipt.

12. Pershing does not provide tax, investment or legal advisory services and no one associated with Pershing is authorized to render such advice.

13. Securities products and services are offered by Pershing LLC.

14. Pershing trades for its own account as a market maker, specialist, odd lot dealer, block positioner, arbitrageur and/or investor.

15. This statement will be deemed conclusive and an account stated as principal.

16. The Annual Income, which is an estimated figure, is the current interest or most recently declared dividend for each security.

### THE ROLE OF PERSHING

This section includes the net market value of the securities in your account in a settlement date basis, including short positions, at the close of the statement period.

### PORTFOLIO HOLDINGS

The Securities Investor Protection Corporation (SIPC) provides $500,000 of coverage, including $100,000 for claims for cash.

## TERMS AND CONDITIONS

Pershing performs several key functions at the direction of your financial institution. It acts as custodian for funds and securities you deposit with Pershing or purchase through Pershing.

### PAYMENT FOR ORDER FLOW PRACTICES

The following statement is provided to you as required by Rule 11Ac1-3 of the Securities Exchange Act of 1934.

### ARBITRATION DISCLOSURES:

- ARBITRATION IS FINAL AND BINDING ON THE PARTIES.
- THE PARTIES ARE WAIVING THEIR RIGHT TO SEEK REMEDIES IN COURT, INCLUDING THE RIGHT TO JURY TRIAL.
- THE ARBITRATORS' AWARD IS NOT REQUIRED TO INCLUDE FACTUAL FINDINGS OR LEGAL REASONING AND ANY PARTY'S RIGHT TO APPEAL OR TO SEEK MODIFICATION OF RULINGS BY THE ARBITRATORS IS STRICTLY LIMITED.
- THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

### ARBITRATION AGREEMENT

ANY CONTROVERSY BETWEEN YOU AND US SHALL BE SUBMITTED TO ARBITRATION BEFORE THE NEW YORK STOCK EXCHANGE, INC, ANY OTHER NATIONAL SECURITIES EXCHANGE ON WHICH A TRANSACTION GIVING RISE TO THE CLAIM TOOK PLACE (AND ONLY BEFORE SUCH EXCHANGE), OR THE NATIONAL ASSOCIATION OF DEALERS, INC.

NO PERSON SHALL BRING A PUTATIVE OR CERTIFIED CLASS ACTION TO ARBITRATION, NOR SEEK TO ENFORCE ANY PRE-DISPUTE ARBITRATION AGREEMENT AGAINST ANY PERSON WHO HAS INITIATED IN COURT A PUTATIVE CLASS ACTION; WHO IS A MEMBER OF A PUTATIVE CLASS WHO HAS NOT OPTED OUT OF THE CLASS WITH RESPECT TO ANY CLAIMS ENCOMPASSED BY THE PUTATIVE CLASS ACTION UNTIL: (I) THE CLASS CERTIFICATION IS DENIED; (II) THE CLASS IS DECERTIFIED; OR (III) THE CUSTOMER IS EXCLUDED FROM THE CLASS BY THE COURT. SUCH FORBEARANCE TO ENFORCE AN AGREEMENT TO ARBITRATE SHALL NOT CONSTITUTE A WAIVER OF ANY RIGHTS UNDER THIS AGREEMENT EXCEPT TO THE EXTENT STATED HEREIN.

THE LAWS OF THE STATE OF NEW YORK GOVERN.

Account Number: 7Z7-891035

CROCKER SECURITIES LLC

Clearing Through Pershing — A BNY Securities Group Co.
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to Pershing at One Pershing Plaza, Jersey City, New Jersey 07399, Attention: Compliance Department.



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

C000000009709

llll.....ll.ll.l.l.l.l..ll....ll..ll.l.l....ll.l.l..lll.l.l...ll.ll..l..ll

CROCKER SECURITIES LLC
- - TAXABLE TRADE #2- -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

## your *Brokerage* Account

Account Number: 7Z7-891035
Statement Period: 01/01/2004 - 01/30/2004

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $423,890.12 |
| Dividends/Interest | 4,606.06 |
| Change in Account Value | -185,319.53 |
| Ending Account Value | $243,176.65 |

Your Account is 100% invested in Fixed Income.

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Fixed Income | 1,536,928.72 | 6,981,813.62 | 100% |
| Cash and Cash Equivalents | -1,113,038.60 | -6,738,636.97 | 0% |
| **Account Total** | **$423,890.12** | **$243,176.65** | **100%** |

C000000009709

Clearing Through **Pershing** A BNY Securities Group Co.
Solicitors from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Cleared for accounts carried by Pershing LLC



C00000000090709

## Customer Service Information

**Your Investment Advisor:**
Identification Number: RDG
DOUG GREEN
Telephone Number: (561) 361-4803
Fax Number: (561) 362-5261

**Service Hours:** Weekdays 08:00 a.m. - 05:00 p.m. PST
**Customer Service Telephone Number:** (800) 941-2895

## Portfolio Holdings

| Quantity | Description | Market Price | Market Value | Security Identification | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|---|

**Cash and Cash Equivalents  0.00% of Portfolio**

| Quantity | Description | Opening Balance | Closing Balance | | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|---|
| | Margin Balance | -1,113,038.60 | -6,738,636.97 | | | | |
| | **Total Cash and Cash Equivalents** | **-$1,113,038.60** | **-$6,738,636.97** | | | **$0.00** | **$0.00** |

**Fixed Income  100.00% of Portfolio**  *(In Maturity Date Sequence)*

| Quantity | Description | Market Price | Market Value | Security Identification | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| **Asset Backed Securities** | | | | | | | |
| 3,016,665.000ꟿ | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-SU INV FLTR 0.000% 07/15/33 B/E DTD 12/01/03 Factor: 1.00000000 | 96.4550 | 2,909,724.23 | 3139AN6N3 | 0.00 | | |
| 1,202,500.000ꟿ | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003 47 CL-47-SB 19.320% 06/25/33 B/E DTD 05/25/03 Factor: 0.23380785 | 103.3260 | 290,505.12 | 31393CRZ8 | 4,375.69 | | |
| 500,000.000ꟿ | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Factor: 1.00000000 | 67.1650 | 335,825.00 | 32051DK50 | 0.00 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**  A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. © Copyright & Pershing & Pershing Investments LLC

# CROCKER SECURITIES LLC

3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**your Brokerage Account**

Statement Period: 01/01/2004 - 01/30/2004

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Security Identification | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | | |
| 1,200,000.00M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 Factor: 0.95263192 | 65.8010 | 752,209.60 | 32051DN68 | 0.00 | $0.00 | |
| 1,314,944.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-129 CL-129, WS "FLT" 0.000% 12/25/33 B/E DTD 12/01/03 Factor: 1.00000000 | 103.7640 | 1,364,438.49 | 31393UH22 | 0.00 | | |
| 602,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-DD 5.500% 01/15/34 B/E DTD 01/01/04 CLB Factor: 1.00000000 | 97.1250 | 584,692.50 | 3139ANW64 | 2,667.19 | | |
| 764,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-WD 5.500% 01/15/34 B/E DTD 01/01/04 CLB Factor: 1.00000000 | 97.4370 | 744,418.68 | 31394N235 | 3,384.94 | | |
| | **Total Asset Backed Securities** | | $6,981,813.62 | | $10,427.82 | $0.00 | |
| | **Total Fixed Income** | | $6,981,813.62 | | $10,427.82 | $0.00 | |

| Description | Market Value | Estimated Annual Income |
|---|---|---|
| **Total Portfolio Holdings** | $243,176.65 | $0.00 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

OrderPershingPlaza, Jersey City, New Jersey 07399
Pershing LC, member NASD, NYSE, SIPC, subsidiary of The Bank of New York

C00C00000090705



C000000009709

# Portfolio Holdings *(continued)*

M This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**
**Pricing** - Securities prices may vary from actual liquidation value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund Income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information

pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/05/04 | 12/23/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A#2 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | -500,000.00 | 79.4375 | | 397,187.50 |
| 01/06/04 | 12/23/03 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A#2 0.000% 10/25/33 B/E DTD 08/01/03 CORRECTED CONFIRM | -1,200,000,000.00 | 71.6875 | | 835,730.34 |
| 01/14/04 | 01/13/04 | PURCHASED | FNMA 5.5% JAN 2004 PL TBA SETT 01/20/04 "PAIR OFF" 5.500% 01/14/04 REG DTD 01/07/04 FACTOR 1.000000000 | 4,000,000.00 | 100.9687 | -7,944.44 | -4,096,694.44 |
| 01/14/04 | 01/13/04 | PURCHASED | FNMA 5.5% JAN 2004 PL TBA SETT 01/20/04 "PAIR OFF" 5.500% 01/14/04 REG DTD 01/07/04 FACTOR 1.000000000 REM BAL 28,000,000 | 28,000,000.00 | 101.5937 | -55,611.11 | -28,501,861.11 |
| 01/14/04 | 01/13/04 | SOLD | FNMA 5.5% JAN 2004 PL TBA SETT 01/20/04 "PAIR OFF" 5.500% 01/14/04 REG DTD 01/07/04 FACTOR 1.000000000 REM BAL 16,000,000 | -16,000,000.00 | 100.9062 | 31,777.78 | 16,176,777.78 |

Account Number: 7ZJ-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, member of Securities Investor Protection Corporation LLC

Page 4 of 12

# CROCKER
## SECURITIES LLC

2399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**your Brokerage Account**

Statement Period: 01/01/2004 - 01/30/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/14/04 | 01/13/04 | SOLD | FNMA 5.5% JAN 2004 PL TBA SETT 01/20/04 "PAIR OFF" -5.500% 01/14/04 REG DTD 01/07/04 FACTOR 1.000000000 REM BAL 13,000,000 | -13,000,000,000 | 100.9843 | 25,819.44 | 13,153,788.19 |
| 01/14/04 | 01/13/04 | SOLD | FNMA 5.5% JAN 2004 PL TBA SETT 01/20/04 "PAIR OFF" 5.500% 01/14/04 REG DTD 01/07/04 FACTOR 1.000000000 REM BAL 3,000,000 | -3,000,000.000 | 100.6562 | 5,958.33 | 3,025,645.83 |
| 01/20/04 | 01/19/04 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 23 DEBIT DAYS AV BAL 7115423.28 AVG RATE 3.250 12-20-03 TO 01-19-04 | | | | -1,477.39 |
| 01/20/04 | 01/19/04 | INTEREST ON FREE CREDIT BALANCES | CREDIT INTEREST FOR INTEREST PERIOD ENDING 01-19-04 YIELDS WERE: CURRENT 3.250% EFFECTIVE 3.298% | | | | 86.55 |
| 01/26/04 | | BOND INTEREST RECEIVED | 120250D FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-47 CL-47-SB 19.320% 06/25/33 B/E DTD 05/25/03 | | | 5,996.89 | 5,996.89 |
| 01/26/04 | | PRINCIPAL PAY DOWN RECEIVED | RD 12/31 PD 01/25/04 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-47 CL-47-SB 19.320% 06/25/33 B/E DTD 05/25/03 RD 12/31 PD 01/25/04 | | | | 77,757.79 |
| 01/27/04 | 12/23/03 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 0.000% 10/25/33 B/E DTD 08/01/03 MTG PASSTHRU CTF CL 1A43 | 1,200,000.000 | 71.6875 | | -835,730.34 |
| 01/27/04 | 12/23/03 | CORRECTED SELL | BRK 0030 CANCELLED TRADE FIRST HORIZON MTG PASSTHRU TR 2003 8 0.000% 10/25/33 B/E DTD 08/01/03 MTG PASSTHRU CTF CL 1A43 | -1,200,000.000 | 71.6875 | | 819,501.61 |
| 01/27/04 | | RETURN OF PRINCIPAL RECEIVED | BRK 0030 CORRECTED CONFIRM 120000D FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 RD 12/31 PD 01/25/04 | | | | 22,638.16 |

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399 Pershing LLC, member NASD, NYSE, SIPC, is a wholly owned subsidiary of The Bank of New York.

Account Number: 727-891035
CROCKER SECURITIES LLC

C0000000090709



C000000000597O9

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/04 | 01/12/04 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-129 CL-129- WS "FLT"<br>0.000% 12/25/33 B/E DTD 12/01/03<br>FCTR CHG .979105200 VARIABLE RATE<br>CORRECTED CONFIRM | 1,314,944.000 | 98.3750 | -20,704.83 | -1,287,251.97 |
| 01/30/04 | 01/12/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-129 CL-129- WS "FLT"<br>0.000% 12/25/33 B/E DTD 12/01/03<br>UPDATE FACT VARIABLE RATE<br>CORRECTED CONFIRM | -1,314,944.000 | 102.3750 | 20,704.83 | 1,338,750.72 |
| 01/30/04 | 01/12/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2713 CL-2713-SU INV FLTR<br>0.000% 01/15/33 B/E DTD 12/01/03<br>FACTOR 0.978871920 REM BAL 2,952,928<br>VARIABLE RATE | 3,016,665.000 | 98.1250 | -31,746.43 | -2,929,307.88 |
| 01/30/04 | 01/12/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2713 CL-2713-SU INV FLTR<br>0.000% 01/15/33 B/E DTD 12/01/03<br>FACTOR 0.978871920 REM BAL 2,952,928<br>VARIABLE RATE | -3,016,665.000 | 102.1250 | 31,746.43 | 3,047,424.82 |
| 01/30/04 | 01/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-CC 5.500% 06/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 542,000 | 542,000.000 | 97.5000 | -2,401.36 | -532,206.36 |
| 01/30/04 | 01/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-CC 5.500% 06/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 542,000 | -542,000.000 | 97.8593 | 2,401.36 | 532,798.17 |
| 01/30/04 | 01/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JA 5.500% 03/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 10,195,000 | 10,195,000.000 | 97.5000 | -45,159.51 | -10,010,782.01 |
| 01/30/04 | 01/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JA 5.500% 03/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 10,195,000 | -10,195,000.000 | 97.8593 | 45,168.51 | 10,021,932.79 |
| 01/30/04 | 01/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JB 5.500% 05/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 971,000 | 921,000.000 | 97.7500 | -4,680.54 | -904,358.04 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** · A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

Page 6 of 12

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925.941.1540

## Transactions in Date Sequence *(continued)*

*your* **Brokerage** *Account*

Statement Period: 01/01/2004 - 01/30/2004

C00000000090709

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/04 | 01/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JB 5.600% 06/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 921,000 | -921,000.000 | 97.8593 | 4,000.54 | 905,365.38 |
| 01/30/04 | 01/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JD 5.500% 07/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 484,000 | 484,000.000 | 97.7500 | -2,144.39 | -475,254.39 |
| 01/30/04 | 01/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JD 5.500% 07/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 484,000 | -484,000.000 | 97.8593 | 2,144.39 | 475,783.77 |
| 01/30/04 | 01/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS G1D<br>SER-2735 CL-2735-JE 5.500% 07/15/34 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 2,858,000 | 2,858,000.000 | 97.7500 | -12,662.53 | -2,806,357.53 |
| 01/30/04 | 01/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JE 5.500% 07/15/34 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 2,858,000 | -2,858,000.000 | 97.8593 | 12,662.53 | 2,809,483.47 |
| 01/30/04 | 01/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2733 CL-2733-1P 4.500% 04/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 2,000,000 | 2,000,000,000 | 99.3750 | -7,250.00 | -1,994,750.00 |
| 01/30/04 | 01/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2733 CL-2733-1P 4.500% 04/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 2,000,000 | -2,000,000.000 | 99.5000 | 7,250.00 | 1,997,250.00 |
| 01/30/04 | 01/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-CC 5.500% 06/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 15,000 | 15,000.000 | 98.8125 | -66.46 | -14,888.34 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing, LLC, member NASD, NYSE, SIPC, is a wholly owned subsidiary of The Bank of New York.



## Transactions in Date Sequence *(continued)*

C00000000090109

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-CC 5.500% 06/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 15,000 | -15,000.000 | 98.8125 | 66.46 | 14,888.34 |
| 01/30/04 | 01/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 9,658,000 | 9,658,000.000 | 99.5922 | -42,790.31 | -9,661,411.76 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 90,000 | -90,000.000 | 99.6250 | 398.75 | 90,061.25 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 559,000 | -559,000.000 | 99.5625 | 2,476.68 | 559,031.06 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 100,000 | -100,000.000 | 99.6250 | 443.06 | 100,068.06 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 2,000,000 | -2,000,000.000 | 99.6250 | 8,861.11 | 2,001,361.11 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 680,000 | -680,000.000 | 99.3750 | 3,012.78 | 678,762.78 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 61,000 | -61,000.000 | 99.3750 | 270.26 | 60,889.01 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 1,000,000 | -1,000,000.000 | 99.5000 | 4,430.56 | 995,430.56 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 200,000 | -200,000.000 | 99.6250 | 886.11 | 200,135.11 |

Account Number: 7ZJ-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions That The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. The products and services offered through Pershing LLC.

# CROCKER SECURITIES LLC

3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925.941.1540

**your Brokerage Account**

Statement Period: 01/01/2004 - 01/30/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2735 CL-2735-JA 5.500% 03/16/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 30,000 | -30,000.000 | 99.8750 | 132.92 | 30,095.42 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 250,000 | -250,000.000 | 99.6250 | 1,107.64 | 250,170.14 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2735 CL-2735-JA 5.500% 03/16/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 188,000 | -188,000.000 | 99.7500 | 832.94 | 188,362.94 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 99.6875 | 2,215.28 | 500,652.78 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2735 CL-2735-JA 5.500% 03/16/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 1,000,000 | -1,000,000.000 | 99.6562 | 4,430.56 | 1,000,993.06 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 99.6250 | 2,215.28 | 500,340.28 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 250,000 | -250,000.000 | 99.6250 | 1,107.64 | 250,170.14 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 250,000 | -250,000.000 | 99.6250 | 1,107.64 | 250,170.14 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SPIC, Trademark(s) of Pershing reserved to LLC

C0000000090709

C000000000090709

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-A 5.500% 03/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 500,000 | -500,000.000 | 99.6250 | 2,215.28 | 500,340.28 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-A 5.500% 03/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 1,000,000 | -1,000,000.000 | 99.5625 | 4,430.56 | 1,000,055.56 |
| 01/30/04 | 01/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-A 5.500% 03/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 516,000 | 516,000.000 | 99.0466 | -2,286.17 | -513,366.78 |
| 01/29/04 | 01/29/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-B 5.500% 05/15/33 B/E<br>DTD 01/01/04 BKR CORR<br>CORRECTED CONFIRM | -250,000.000 | 99.1250 | 1,107.64 | 248,920.14 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-B 5.500% 05/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 127,000 | -127,000.000 | 99.1875 | 562.68 | 126,530.81 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-B 5.500% 05/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 30,000 | -30,000.000 | 98.8750 | 132.92 | 29,795.42 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-B 5.500% 05/15/33 REG<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 109,000 | -109,000.000 | 98.7500 | 482.93 | 108,120.43 |
| 01/30/04 | 01/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2737 CL-2737-DD 5.500% 07/15/24 REG<br>DTD 01/01/04 CLB FACTOR 1.000000000<br>REM BAL 1,022,000 | 1,022,000.000 | 97.5625 | -4,528.03 | -1,001,616.78 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2737 CL-2737-DD 5.500% 07/15/24 REG<br>DTD 01/01/04 CLB FACTOR 1.000000000<br>REM BAL 30,000 | -30,000.000 | 97.7500 | 132.92 | 29,457.92 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member NASD, NYSE, SIPC. Teaneward of Pershing member LLC

Page 10 of 12

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925.941.1540

## your *Brokerage* Account

Statement Period: 01/01/2004 - 01/30/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-DD 5.500% 01/15/34 REG DTD 01/01/04 CLB FACTOR 1.0000000000 REM BAL  300.000 | -300,000.000 | 97.6250 | 1,329.17 | 294,204.17 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-DD 5.500% 01/15/34 REG DTD 01/01/04 CLB FACTOR 1.0000000000 REM BAL  60.000 | -60,000.000 | 97.6250 | 265.83 | 58,840.83 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-DD 5.500% 01/15/34 REG DTD 01/01/04 CLB FACTOR 1.0000000000 REM BAL  30.000 | -30,000.000 | 97.7500 | 132.92 | 29,457.92 |
| 01/30/04 | 01/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-DD 5.500% 01/15/34 REG DTD 01/01/04 CLB FACTOR 1.0000000000 REM BAL  1,290.000 | 1,290,000.000 | 97.5000 | -5,715.42 | -1,263,465.42 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-ND 5.500% 01/15/34 REG DTD 01/01/04 CLB FACTOR 1.0000000000 REM BAL  35.000 | -35,000.000 | 97.7500 | 155.07 | 34,367.57 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-ND 5.500% 01/15/34 REG DTD 01/01/04 CLB FACTOR 1.0000000000 REM BAL  145.000 | -145,000.000 | 97.7500 | 642.43 | 142,379.93 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-ND 5.500% 01/15/34 REG DTD 01/01/04 CLB FACTOR 1.0000000000 REM BAL  38.000 | -38,000.000 | 97.6250 | 168.36 | 37,265.86 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-ND 5.500% 01/15/34 REG DTD 01/01/04 CLB FACTOR 1.0000000000 REM BAL  271.000 | -271,000.000 | 97.6250 | 1,200.68 | 265,764.43 |

C000000000000709

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE/SIPC, is an affiliate of Pershing Group LLC

Page 11 of 12

## Transactions in Date Sequence *(continued)*

| Process/ Trade Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/04 | 01/29/04 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | 500,000.000 | 79.5625 | | -397,812.50 |
| 01/30/04 | 01/29/04 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 0.952631520 REM BAL 1,143,158 | 1,200,000.000 | 71.8125 | | -820,930.56 |
| 01/30/04 | 01/30/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- WS "FLT" 0.000% 12/25/33 B/E DTD 12/01/03 FACTOR 0.979105200 REM BAL 1,287,468 VARIABLE RATE | 1,314,944.000 | 102.4062 | -20,704.83 | -1,339,153.05 |
| 01/30/04 | 01/30/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 537,000 | 537,000.000 | 99.5000 | -2,379.21 | -536,694.21 |
| 01/30/04 | 01/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 537,000 | -537,000.000 | 99.5000 | 2,379.21 | 536,694.21 |
| 01/30/04 | 01/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-WD 5.500% 01/15/34 REG DTD 01/01/04 CLB FACTOR 1.000000000 REM BAL 37,000 | -37,000.000 | 97.1250 | 163.93 | 36,100.18 |
| 01/30/04 | 01/30/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-SU INV FLTR 0.000% 01/15/33 B/E DTD 12/01/03 FACTOR 0.978871620 REM BAL 2,952,928 VARIABLE RATE | 3,016,665.000 | 102.1562 | -31,746.43 | -3,048,347.61 |

**Total Value of all Transactions**    -55,625,598.37

The price and quantity displayed may have been rounded.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing, A BNY Securities Group Co. Solutions from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, SIPC.

C0300000000590700S



# CROCKER
## SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

c00000000059709

llll..l..l.l.l.l.l.l...ll...ll..ll..l.l.l.l.l.l..l.l.l..l.ll

CROCKER SECURITIES LLC
--TAXABLE TRADE #2--
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597 - 7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

c00000000059709

## *your* *Brokerage*
### *Account*

Account Number: 7Z7-891035
Statement Period: 01/01/2004 - 01/30/2004

## Valuation at a Glance

|  | This Period |
|---|---|
| Beginning Account Value | $423,890.12 |
| Dividends/Interest | 4,606.06 |
| Change in Account Value | -185,319.53 |
| Ending Account Value | $243,176.65 |

## Asset Allocation

|  | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Fixed Income | 1,536,928.72 | 6,981,813.62 | 100% |
| Cash and Cash Equivalents | -1,113,038.60 | -6,738,636.97 | 0% |
| **Account Total** | **$423,890.12** | **$243,176.65** | **100%** |

Your Account is 100% Invested in Fixed Income.

Clearing Through **Pershing** A BNY Securities Group Co.
Seafirst from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member: www.nyse.com/NYSE, SIPC, Underwriting/Private Investments LLC

Page 1 of 12



## Customer Service Information

**Your Investment Advisor:**
Identification Number: RDG
DOUG GREEN
Telephone Number: (561) 361-4803
Fax Number: (561) 362-5261

Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST
Customer Service Telephone Number: (800) 941-2895

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Cash and Cash Equivalents  0.00% of Portfolio | | | | | |
| | Margin Balance | -1,113,038.60 | -6,738,636.97 | | | |
| | **Total Cash and Cash Equivalents** | **-$1,113,038.60** | **-$6,738,636.97** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Security Identification | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | | |
| | **Asset Backed Securities** | | | | | | |
| 3,016,665.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-SU INV FLTR 0.000% 01/15/33 B/E DTD 12/01/03 Factor: 1.00000000 | 96.4550 | 2,909,724.23 | 3139ANGN3 | 0.00 | | |
| 1,202,500.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-47 CL-47-SB 19.320% 06/25/33 B/E DTD 06/25/03 Factor: 0.23380785 | 103.3260 | 290,505.12 | 31393CR28 | 4,375.69 | | |
| 500,000.000M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Factor: 1.00000000 | 67.1650 | 335,825.00 | 32051DK60 | 0.00 | | |

C0000000010709

Clearing Through Pershing A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, The security of Priority Members LLC



**CROCKER SECURITIES LLC**
3590 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

*your* **Brokerage** *Account*

Statement Period: 01/01/2004 - 01/30/2004

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Security Identification | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | | |
| 1,200,000.00M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 Factor: 0.95263192 | 65.8010 | 752,209.60 | 32051DK68 | 0.00 | | |
| 1,314,944.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129, WS "FET" 0.000% 12/25/33 B/E DTD 12/01/03 Factor: 1.00000000 | 103.7640 | 1,364,438.49 | 31393UH22 | 0.00 | | |
| 602,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-DD 5.500% 07/15/34 B/E DTD 01/01/04 CLB Factor: 1.00000000 | 97.1250 | 584,692.50 | 31394WVE4 | 2,667.19 | | |
| 764,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-WD 5.500% 07/15/34 B/E DTD 01/01/04 CLB Factor: 1.00000000 | 97.4370 | 744,418.88 | 3139ANZ25 | 3,384.94 | | |
| | | | **Market Value** | | | **Estimated Annual Income** | |
| Total Asset Backed Securities | | | $6,981,813.82 | | $10,427.82 | $0.00 | |
| **Total Fixed Income** | | | **$6,981,813.82** | | **$10,427.82** | **$0.00** | |
| | | | **Market Value** | | | **Estimated Annual Income** | |
| **Total Portfolio Holdings** | | | **$243,176.65** | | | **$0.00** | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member NASD, NYSE, SIPC, a subsidiary of Pershing Investments LLC

CX0CC000000709



# Portfolio Holdings (continued)

M This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

**Pricing** - Securities prices may vary from actual liquidation value. Pricing shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information

pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/06/04 | 12/23/03 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 79.4375 | 397,187.50 |
| 01/06/04 | 12/23/03 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 CORRECTED CONFIRM | -1,200,000,000 | 71.6875 | 835,730.34 |
| 01/14/04 | 01/13/04 | PURCHASED | FNMA 5.5% JAN 2004 PL TBA SETT 01/20/04 "PAIR OFF" 5.500% 01/14/04 REG DTD 01/07/04 FACTOR 1.000000000 REM BAL 4,000.000 | 4,000,000.000 | 100.9867 | -7,944.44 | -4,046,694.44 |
| 01/14/04 | 01/13/04 | PURCHASED | FNMA 5.5% JAN 2004 PL TBA SETT 01/20/04 "PAIR OFF" 5.500% 01/14/04 REG DTD 01/07/04 FACTOR 1.000000000 REM BAL 28,000.000 | 28,000,000.000 | 101.5937 | -55,611.11 | -28,501,861.11 |
| 01/14/04 | 01/13/04 | SOLD | FNMA 5.5% JAN 2004 PL TBA SETT 01/20/04 "PAIR OFF" 5.500% 01/14/04 REG DTD 01/07/04 FACTOR 1.000000000 REM BAL 16,000.000 | -16,000,000.000 | 100.9062 | 31,777.78 | 16,176,777.78 |

CO0000000090709

Account Number: 7Z7-591035
CROCKER SECURITIES LLC

Clearing Through Pershing A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399 Pershing LLC, member NASD, NYSE, SIPC. Trademark of Pershing Investments LLC

Page 4 of 12

# CROCKER SECURITIES LLC
3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925.941.1540

## Transactions in Date Sequence *(continued)*

**your Brokerage Account**

**Statement Period: 01/01/2004 - 01/30/2004**



| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/14/04 | 01/13/04 | SOLD | FNMA 5.5% JAN 2004 PL TBA SETT 01/20/04 "PAIR OFF" 5.500% 01/14/04 REG REM BAL 13,000,000 DTD 01/07/04 FACTOR 1.0000000000 | -13,000,000.000 | 100.9843 | 25,819.44 | 13,153,788.19 |
| 01/14/04 | 01/13/04 | SOLD | FNMA 5.5% JAN 2004 PL TBA SETT 01/20/04 "PAIR OFF" 5.500% 01/14/04 REG REM BAL 3,000,000 DTD 01/07/04 FACTOR 1.0000000000 | -3,000,000.000 | 100.8562 | 5,988.33 | 3,025,645.83 |
| 01/20/04 | 01/19/04 | INT CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 23 DEBIT DAYS AV BAL 71154.28 AVG RATE 3.250 12-20-03 TO 01-19-04 | | | | -1,477.39 |
| 01/20/04 | 01/19/04 | INTEREST ON FREE CREDIT BALANCES | CREDIT INTEREST FOR INTEREST PERIOD ENDING 01-19-04 YIELDS WERE: CURRENT 3.250% EFFECTIVE 3.298% | | | | 86.56 |
| 01/26/04 | | BOND INTEREST RECEIVED | 1202500 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-47 CL-47-SB 19.320% 06/25/33 B/E DTD 05/25/03 RD 12/31 PD 01/25/04 | | | | 5,996.89 |
| 01/26/04 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-47 CL-47-SB 19.320% 06/25/33 B/E DTD 05/25/03 RD 12/31 PD 01/25/04 | | | | 77,757.79 |
| 01/27/04 | 12/23/03 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 BRK 0030 CANCELLED TRADE | 1,200,000.000 | 71.6875 | | -835,730.34 |
| 01/27/04 | 12/23/03 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 0.000% 10/25/33 B/E DTD 08/01/03 BRK 0030 CORRECTED CONFIRM | -1,200,000.000 | 71.6875 | | 819,501.61 |
| 01/27/04 | | RETURN OF PRINCIPAL RECEIVED | 1200000 FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 RD 12/31 PD 01/25/04 | | | | 22,638.16 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member of: NYSE, NASD, MSRB, SIPC / Securities for Pershing members only.

C00000000000709



## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/04 | 01/12/04 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-129 CL-129- WS "FLT"<br>0.000% 12/25/33 B/E DTD 12/01/03<br>FCTR CHG.979105200 VARIABLE RATE<br>CORRECTED CONFIRM | 1,314,944.000 | 98.3750 | -20,704.83 | -1,287,251.97 |
| 01/30/04 | 01/12/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-129 CL-129- WS "FLT"<br>0.000% 12/25/33 B/E DTD 12/01/03<br>UPDATE FACT VARIABLE RATE<br>CORRECTED CONFIRM | -1,314,944.000 | 98.3750 | 20,704.83 | 1,338,750.72 |
| 01/30/04 | 01/12/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2713 CL-2713-SU INV FLTR<br>0.000% 01/15/33 B/E DTD 12/01/03<br>FACTOR 0.978871620 REM BAL 2,952,928<br>VARIABLE RATE | 3,016,665.000 | 98.1250 | -31,746.43 | -2,929,307.68 |
| 01/30/04 | 01/12/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2713 CL-2713-SU INV FLTR<br>0.000% 01/15/33 B/E DTD 12/01/03<br>FACTOR 0.978871620 REM BAL 2,952,928<br>VARIABLE RATE | -3,016,665.000 | 102.1250 | 31,746.43 | 3,047,424.82 |
| 01/30/04 | 01/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-CC 5.500% 06/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 542,000 | 542,000.000 | 97.5000 | -2,401.36 | -532,206.36 |
| 01/30/04 | 01/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-CC 5.500% 06/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 542,000 | -542,000.000 | 97.8593 | 2,401.36 | 532,795.17 |
| 01/30/04 | 01/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JA 5.500% 03/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 10,195,000 | 10,195,000.000 | 97.5000 | -45,169.51 | -10,010,782.01 |
| 01/30/04 | 01/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JA 5.500% 03/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 10,195,000 | -10,195,000.000 | 97.8593 | 45,169.51 | 10,021,932.79 |
| 01/30/04 | 01/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JB 5.500% 05/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 921,000 | 921,000.000 | 97.7500 | -4,080.54 | -904,336.04 |

C00000000090709

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** · A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Trademark(s) of Pershing reserved.

Page 6 of 12

# CROCKER SECURITIES LLC

3599 Oak Road • Suite 330 • Walnut Creek, CA 94597
925-941-1560

*your* **Brokerage** *Account*

Statement Period: 01/01/2004 - 01/30/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/04 | 01/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JB 5.500% 05/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 921,000 | -921,000.000 | 97.8593 | 4,080.54 | 905,365.38 |
| 01/30/04 | 01/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JD 5.500% 07/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 484,000 | 484,000.000 | 97.7500 | -2,144.39 | -475,254.39 |
| 01/30/04 | 01/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JD 5.500% 07/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 484,000 | -484,000.000 | 97.8593 | 2,144.39 | 475,783.77 |
| 01/30/04 | 01/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2733 CL-2733-IE 5.500% 01/15/34 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 2,858,000 | 2,858,000.000 | 97.7500 | -12,662.53 | -2,806,357.53 |
| 01/30/04 | 01/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-IE 5.500% 01/15/34 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 2,858,000 | -2,858,000.000 | 97.8593 | 12,662.53 | 2,809,483.47 |
| 01/30/04 | 01/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2733 CL-2733-YP 4.500% 04/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 2,000,000 | 2,000,000,000.000 | 99.3750 | -7,250.00 | -1,994,750.00 |
| 01/30/04 | 01/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2733 CL-2733-YP 4.500% 04/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 2,000,000 | -2,000,000.000 | 99.5000 | 7,250.00 | 1,997,250.00 |
| 01/30/04 | 01/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-CC 5.500% (6)/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 15,000 | 15,000.000 | 98.8125 | -66.46 | -14,888.34 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Subsidiary of Pershing Investments LLC




C50000000090705

# Transactions in Date Sequence (continued)

C000000000097-09

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-CC 5.500% 06/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 15,000 | -15,000.000 | 98.8125 | 55.46 | 14,888.34 |
| 01/30/04 | 01/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JA 5.500% 03/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 9,658,000 | 9,658,000.000 | 98.5922 | -42,790.31 | -9,651,411.75 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JA 5.500% 03/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 90,000 | -90,000.000 | 98.6250 | 398.75 | 90,061.25 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JA 5.500% 03/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 559,000 | -559,000.000 | 99.5625 | 2,476.68 | 559,031.06 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JA 5.500% 03/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 100,000 | -100,000.000 | 99.6250 | 443.06 | 100,068.06 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JA 5.500% 03/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 2,000,000 | -2,000,000.000 | 99.6250 | 8,861.11 | 2,001,361.11 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JA 5.500% 03/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 680,000 | -680,000.000 | 99.3750 | 3,012.78 | 678,762.78 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JA 5.500% 03/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 61,000 | -61,000.000 | 99.3750 | 270.26 | 60,889.01 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JA 5.500% 03/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 1,000,000 | -1,000,000.000 | 99.5000 | 4,430.56 | 999,430.56 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2735 CL-2735-JA 5.500% 03/15/33 B/E<br>DTD 01/01/04 FACTOR 1.000000000<br>REM BAL 200,000 | -200,000.000 | 99.6250 | 886.11 | 200,136.11 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through: Pershing A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City / New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC / a subsidiary of The Bank of New York

Page 8 of 12

**CROCKER SECURITIES LLC**
3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1510

## Transactions in Date Sequence (continued)

**your Brokerage Account**

Statement Period: 01/01/2004 - 01/30/2004

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 30,000 | -30,000.000 | 99.8750 | 132.92 | 30,095.42 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 250,000 | -250,000.000 | 99.6250 | 1,107.64 | 250,170.14 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 188,000 | -188,000.000 | 99.7500 | 832.94 | 188,362.94 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 99.6875 | 2,215.28 | 500,652.78 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 1,000,000 | -1,000,000.000 | 99.6562 | 4,430.56 | 1,000,993.06 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 99.6250 | 2,275.28 | 500,340.28 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 250,000 | -250,000.000 | 99.6250 | 1,107.64 | 250,170.14 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 250,000 | -250,000.000 | 99.6250 | 1,107.64 | 250,170.14 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing, A BNY Securities Group Co. Services from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

C000000000090709



# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2735 CL-2735-IA 5.500% 03/15/33 B/E / DTD 01/01/04 FACTOR 1.000000000 / REM BAL 500,000 | -500,000,000.000 | 99.6250 | 2,215.28 | 500,340.28 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2735 CL-2735-IA 5.500% 03/15/33 B/E / DTD 01/01/04 FACTOR 1.000000000 / REM BAL 500,000 | -500,000,000.000 | 99.6250 | 2,215.28 | 500,340.28 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2735 CL-2735-JA 5.500% 03/15/33 B/E / DTD 01/01/04 FACTOR 1.000000000 / REM BAL 1,000,000 | -1,000,000,000.000 | 99.5625 | 4,430.56 | 1,000,055.56 |
| 01/30/04 | 01/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2735 CL-2735-JB 5.500% 03/15/33 B/E / DTD 01/01/04 FACTOR 1.000000000 / REM BAL 516,000 | 516,000,000.000 | 99.0466 | -2,286.17 | -513,366.78 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2735 CL-2735-JB 5.500% 03/15/33 B/E / DTD 01/01/04 FACTOR 1.000000000 / REM BAL 250,000 | -250,000,000.000 | 99.1250 | 1,107.64 | 248,920.14 |
| 01/30/04 | 01/29/04 | CORRECTED SELL | CORRECTED CONFIRM / CORRECTED BKR CORR / DTD 01/01/04 FACTOR 1.000000000 / REM BAL 127,000 | -127,000,000.000 | 99.1875 | 552.68 | 126,530.81 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2735 CL-2735-JB 5.500% 03/15/33 B/E / DTD 01/01/04 FACTOR 1.000000000 / REM BAL 109,000 | -109,000,000.000 | 98.7500 | 482.93 | 108,120.43 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2737 CL-2737-DB 5.500% 01/15/34 REG / DTD 01/01/04 CLB FACTOR 1.000000000 / REM BAL 30,000 | -30,000,000.000 | 98.8750 | 132.92 | 29,795.42 |
| 01/30/04 | 01/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2737 CL-2737-DD 5.500% 01/15/34 REG / DTD 01/01/04 CLB FACTOR 1.000000000 / REM BAL 1,022,000 | 1,022,000,000.000 | 97.5625 | -4,528.03 | -1,001,616.78 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2737 CL-2737-DD 5.500% 01/15/34 REG / DTD 01/01/04 CLB FACTOR 1.000000000 / REM BAL 30,000 | -30,000,000.000 | 97.7500 | 132.92 | 29,457.92 |

Account Number: 727-89103S
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Solicited from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, is a wholly owned subsidiary of The Bank of New York.

C00020000090109

# CROCKER SECURITIES LLC
2999 Oak Road • Suite 150 • Walnut Creek, CA 94597
925-941-1540

## Transactions in Date Sequence (continued)

**your Brokerage Account**

**Statement Period: 01/01/2004 - 01/30/2004**

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-DD 5.000% 01/15/34 REG DTD 01/01/04 CLB FACTOR 1.00000000000 REM BAL 300,000 | -300,000.000 | 97.6250 | 1,339.17 | 294,204.17 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-DD 5.000% 01/15/34 REG DTD 01/01/04 CLB FACTOR 1.00000000000 REM BAL 60,000 | -60,000.000 | 97.6250 | 265.83 | 58,840.83 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-DD 5.000% 01/15/34 REG DTD 01/01/04 CLB FACTOR 1.00000000000 REM BAL 30,000 | -30,000.000 | 97.7500 | 132.92 | 29,457.92 |
| 01/30/04 | 01/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-WD 5.500% 01/15/34 REG DTD 01/01/04 CLB FACTOR 1.00000000000 REM BAL 1,290,000 | -1,290,000.000 | 97.5000 | -5,715.42 | -1,263,465.42 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-WD 5.500% 01/15/34 REG DTD 01/01/04 CLB FACTOR 1.00000000000 REM BAL 35,000 | -35,000.000 | 97.7500 | 155.07 | 34,367.57 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-WD 5.500% 01/15/34 REG DTD 01/01/04 CLB FACTOR 1.00000000000 REM BAL 145,000 | -145,000.000 | 97.7500 | 642.43 | 142,379.93 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-WD 5.500% 01/15/34 REG DTD 01/01/04 CLB FACTOR 1.00000000000 REM BAL 38,000 | -38,000.000 | 97.6250 | 168.36 | 37,265.86 |
| 01/30/04 | 01/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-WD 5.500% 01/15/34 REG DTD 01/01/04 CLB FACTOR 1.00000000000 REM BAL 271,000 | -271,000.000 | 97.6250 | 1,200.68 | 265,764.43 |

C00000000090709

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing • A BNY Securities Group Co.
Solutions from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, SIPC. Network of many companies of



C000000000000109

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/04 | 01/29/04 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | 500,000.000 | 79.5625 | | -397,812.50 |
| 01/30/04 | 01/29/04 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 0.928631920 REM BAL 1,143,158 | 1,200,000.000 | 71.8125 | | -820,590.56 |
| 01/30/04 | 01/30/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- WS "FLT" 0.000% 12/25/33 B/E DTD 12/01/03 FACTOR 0.979105200 REM BAL 1,287,468 VARIABLE RATE | 1,314,944.000 | 102.4062 | -20,704.83 | -1,339,153.05 |
| 01/30/04 | 01/30/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 537,000 | 537,000.000 | 99.5000 | -2,379.21 | -536,694.21 |
| 01/30/04 | 01/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JA 5.500% 03/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 537,000 | -537,000.000 | 99.5000 | 2,379.21 | 536,694.21 |
| 01/30/04 | 01/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-ND 5.500% 01/15/34 REG DTD 01/01/04 CLB FACTOR 1.000000000 REM BAL 37,000 | -37,000.000 | 97.1290 | 163.93 | 36,100.18 |
| 01/30/04 | 01/30/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-SU INV FLTR 0.000% 01/15/33 B/E DTD 12/01/03 FACTOR 0.978871920 REM BAL 2,952,928 VARIABLE RATE | 3,016,665.000 | 102.1562 | -31,746.43 | -3,048,347.61 |

**Total Value of all Transactions**    -$5,625,598.37

The price and quantity displayed may have been rounded.

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Solutions from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, SIPC, NYSE and other principal exchanges

# CROCKER
## SECURITIES LLC
1599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1140

D000000000097413

lllll..l.l.l.l.ll.l.ll..ll..ll.ll..ll..ll.l.ll..l..l.l.ll

CROCKER SECURITIES LLC
- -TAXABLE TRADE #2- -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597 - 7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

# Brokerage
## Account Statement

Account Number: 7Z7-891035
Statement Period: 01/31/2004 - 02/27/2004

## Valuation at a Glance

|  | This Period |
|---|---|
| Beginning Account Value | $243,176.65 |
| Dividends/Interest | 55,140.18 |
| Change in Account Value | 152,271.59 |
| Ending Account Value | $450,588.42 |

## Asset Allocation

|  | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Fixed Income | 6,981,813.62 | 3,313,225.12 | 100% |
| Cash and Cash Equivalents | -6,738,636.97 | -2,862,636.70 | 0% |
| **Account Total** | **$243,176.65** | **$450,588.42** | **100%** |

Your Account is 100% Invested in Fixed Income.

D000000000097413

Clearing Through **Pershing** A BNY Securities Group Co.
Sold from from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member LLC, member NASD, NYSE, SIPC. Connecticut Pershing member LLC.

# Customer Service Information

**Your Investment Advisor:**
Identification Number: RDG
DOUG GREEN
Telephone Number: (561) 361-4803
Fax Number: (561) 362-5261

Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST
Customer Service Telephone Number: (800) 941-2895

# Portfolio Holdings

## Cash and Cash Equivalents  0.00% of Portfolio

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | Estimated 30-day Yield |
|---|---|---|---|---|---|---|
| | Margin Balance | -6,738,636.97 | -2,862,636.70 | | | |
| | **Total Cash and Cash Equivalents** | **-$6,738,636.97** | **-$2,862,636.70** | **$0.00** | **$0.00** | |

## Fixed Income  100.00% of Portfolio  (In Maturity Date Sequence)

| Quantity | Description | Market Price | Market Value | Security Identification | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| Asset Backed Securities | | | | | | | |
| 500,000.00ᴴ | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A2 0.000% 10/25/33 B/E DTD 08/01/03 Factor: 1.00000000 | 59.0870 | 295,435.00 | 3205 1DK50 | 3205 1DK68 | 0.00 | |
| 1,200,000.00ᴴ | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A3 0.000% 10/25/33 B/E DTD 08/01/03 Factor: 0.92973243 | 71.2490 | 794,910.07 | 3205 1DK68 | | 0.00 | |
| 2,227,000.00ᴴ | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2749 CL-2749-HQ 5.750% 02/15/34 B/E DTD 02/01/04 Factor: 1.00000000 | 99.8150 | 2,222,880.05 | 3139 4R4K2 | 9,248.24 | 9,248.24 | |
| | **Total Asset Backed Securities** | | **$3,313,225.12** | | **$9,248.24** | **$0.00** | |
| | **Total Fixed Income** | | **$3,313,225.12** | | **$9,248.24** | **$0.00** | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Best of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, NASD, SIPC. Trademark(s) belong to respective owner(s).

DO0000000097413

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

**Statement Period: 01/31/2004 - 02/27/2004**

## Portfolio Holdings (continued)

| Description | Market Value | Estimated Annual Income |
|---|---|---|
| **Total Portfolio Holdings** | $450,588.42 | $0.00 |

■ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information

pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm, in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Subsidiary of The Bank of New York

Page 3 of 14

D09400000097413

DO00000067413

## Transactions in Date Sequence

| Process/ Trade/ Date | Settlement Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/03/04 | 02/02/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2713 CL-2713-SU INV FLTR / 0.000% 01/15/33 B/E DTD 12/01/03 / FACTOR 0.978871920 REM BAL 2,952,928 / VARIABLE RATE | -3,016,665.000 | 100.0000 | 2,189.41 | 2,955,118.07 |
| 02/04/04 | 02/20/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC / TR-2003-47 CL-47-SB 19.320% 06/25/33 B/E / DTD 05/25/03 FACTOR 0.23380785000 / REM BAL 281,153 | -1,202,500.000 | 98.0000 | 1,264.57 | 276,795.43 |
| 02/04/04 | 02/03/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC / TR-2003-129 CL-129- WS "FLT" / 0.000% 12/25/33 B/E DTD 12/01/03 / FACTOR 0.979105200 REM BAL 1,287,468 / VARIABLE RATE | -1,314,944.000 | 101.0000 | 2,141.88 | 1,302,485.07 |
| 02/04/04 | 01/30/04 | PURCHASED | FNMA 5.5% FEB 2004 P1 TBA SET 2/12/04 / *PAIR OFF* 5.500% 02/12/04 REG / DTD 01/21/04 FACTOR 1.000000000 / REM BAL 5,000,000 | 5,000,000.000 | 101.4843 | -8,402.78 | -5,082,621.53 |
| 02/04/04 | 01/30/04 | PURCHASED | FNMA 5.5% FEB 2004 P1 TBA SET 2/12/04 / *PAIR OFF* 5.500% 02/12/04 REG / DTD 01/21/04 FACTOR 1.000000000 / REM BAL 4,000,000 | 4,000,000.000 | 101.5156 | -6,722.22 | -4,067,347.22 |
| 02/04/04 | | DX INTEREST CHARGE | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2713 CL-2713.SU 0.000% 01/15/33 B/E / FINANCE 30166665 1DAY | | | | -107.53 |
| 02/04/04 | 02/03/04 | SOLD | FNMA 5.5% FEB 2004 P1 TBA SET 2/12/04 / *PAIR OFF* 5.500% 02/12/04 REG / DTD 01/21/04 FACTOR 1.000000000 / REM BAL 9,000,000 | -9,000,000.000 | 101.9887 | 15,125.00 | 9,192,312.50 |
| 02/12/04 | 01/30/04 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2713 CL-2713-SU INV FLTR / 0.000% 01/15/33 B/E DTD 12/01/03 / FACTOR 0.978871920 REM BAL 2,952,928 / CANCELLED TRADE | 3,016,665.000 | 100.0000 | -2,189.41 | -2,955,118.07 |
| 02/12/04 | 02/20/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2713 CL-2713-SU INV FLTR / 0.000% 01/15/33 B/E DTD 12/01/03 / FAC .9508139 BKR 030 VARIABLE RATE / CORRECTED CONFIRM | -3,016,665.000 | 100.0000 | 2,135.37 | 2,870,422.38 |
| 02/12/04 | 02/10/04 | PURCHASED | FNMA 5.5% FEB 2004 P1 TBA SET 2/12/04 / *PAIR OFF* 5.500% 02/12/04 REG / DTD 01/21/04 FACTOR 1.000000000 / REM BAL 12,000,000 | 12,000,000.000 | 101.5625 | -20,166.67 | -12,207,666.67 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through Pershing A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing Division of Donaldson, Lufkin & Jenrette Securities Corporation

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 330 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 01/31/2004 - 02/27/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/12/04 | 02/10/04 | SOLD | FNMA 5.5% FEB 2004 PL TBA SETT 2/12/04 "PAIR OFF" 5.500% 02/12/04 REG DTD 01/21/04 FACTOR 1.000000000 REM BAL 4,000.000 | -4,000,000.000 | 101.6250 | 6,722.22 | 4,071,722.22 |
| 02/12/04 | 02/10/04 | SOLD | FNMA 5.5% FEB 2004 PL TBA SETT 2/12/04 "PAIR OFF" 5.500% 02/12/04 REG DTD 01/21/04 FACTOR 1.000000000 REM BAL 5,000.000 | -5,000,000.000 | 101.4257 | 8,402.78 | 5,079,691.84 |
| 02/12/04 | 02/10/04 | SOLD | FNMA 5.5% FEB 2004 PL TBA SETT 2/12/04 "PAIR OFF" 5.500% 02/12/04 REG DTD 01/21/04 FACTOR 1.000000000 REM BAL 3,000.000 | -3,000,000.000 | 101.2812 | 5,041.67 | 3,043,479.17 |
| 02/12/04 | 02/11/04 | PURCHASED | FNMA 5.5% FEB 2004 PL TBA SETT 2/12/04 "PAIR OFF" 5.500% 02/12/04 REG DTD 01/21/04 FACTOR 1.000000000 REM BAL 26,000.000 | 26,000,000.000 | 101.8945 | -43,694.44 | -26,536,272.57 |
| 02/12/04 | 02/11/04 | PURCHASED | FNMA 5.5% FEB 2004 PL TBA SETT 2/12/04 "PAIR OFF" 5.500% 02/12/04 REG DTD 01/21/04 FACTOR 1.000000000 REM BAL 1,500.000 | 1,500,000.000 | 101.9943 | -2,520.83 | -1,532,286.46 |
| 02/12/04 | 02/11/04 | PURCHASED | FNMA 5.5% FEB 2004 PL TBA SETT 2/12/04 "PAIR OFF" 5.500% 02/12/04 REG DTD 01/21/04 FACTOR 1.000000000 REM BAL 2,000.000 | 2,000,000.000 | 101.8281 | -3,361.11 | -2,039,923.61 |
| 02/12/04 | 02/11/04 | PURCHASED | FNMA 5.5% FEB 2004 PL TBA SETT 2/12/04 "PAIR OFF" 5.500% 02/12/04 REG DTD 01/21/04 FACTOR 1.000000000 REM BAL 4,000.000 | 4,000,000.000 | 101.4062 | -6,722.22 | -4,082,972.22 |
| 02/12/04 | 02/11/04 | PURCHASED | FNMA 5.5% FEB 2004 PL TBA SETT 2/12/04 "PAIR OFF" 5.500% 02/12/04 REG DTD 01/21/04 FACTOR 1.000000000 REM BAL 2,000.000 | 2,000,000.000 | 101.7656 | -3,361.11 | -2,038,673.61 |
| 02/12/04 | 02/11/04 | SOLD | FNMA 5.5% FEB 2004 PL TBA SETT 2/12/04 "PAIR OFF" 5.500% 02/12/04 REG DTD 01/21/04 FACTOR 1.000000000 REM BAL 4,000.000 | -4,000,000.000 | 101.4062 | 6,722.22 | 4,062,972.22 |

D000000009T413

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Subsidiary of Pershing Investments LLC

Page 5 of 14

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/12/04 | 02/11/04 | SOLD | FNMA 5.5% FEB 2004 Pt TBA SETT 2/12/04 "PAIR OFF" 5.500% 02/12/04 REG DTD 01/21/04 FACTOR 1.000000000 REM BAL 15,500,000 | -15,500,000.000 | 101.6484 | 26,048.61 | 15,781,556.42 |
| 02/12/04 | 02/11/04 | SOLD | FNMA 5.5% FEB 2004 Pt TBA SETT 2/12/04 "PAIR OFF" 5.500% 02/12/04 REG DTD 01/21/04 FACTOR 1.000000000 REM BAL 2,000,000 | -2,000,000.000 | 101.6406 | 3,361.11 | 2,036,173.61 |
| 02/12/04 | 02/11/04 | SOLD | FNMA 5.5% FEB 2004 Pt TBA SETT 2/12/04 "PAIR OFF" 5.500% 02/12/04 REG DTD 01/21/04 FACTOR 1.000000000 REM BAL 2,000,000 | -2,000,000.000 | 101.6875 | 3,361.11 | 2,037,111.11 |
| 02/12/04 | 02/11/04 | SOLD | FNMA 5.5% FEB 2004 Pt TBA SETT 2/12/04 "PAIR OFF" 5.500% 02/12/04 REG DTD 01/21/04 FACTOR 1.000000000 REM BAL 3,000,000 | -3,000,000.000 | 101.7812 | 5,041.67 | 3,058,479.17 |
| 02/12/04 | 02/11/04 | SOLD | FNMA 5.5% FEB 2004 Pt TBA SETT 2/12/04 "PAIR OFF" 5.500% 02/12/04 REG DTD 01/21/04 FACTOR 1.000000000 REM BAL 5,000,000 | -5,000,000.000 | 101.6093 | 8,402.78 | 5,088,871.53 |
| 02/12/04 | 02/11/04 | SOLD | FNMA 5.5% FEB 2004 Pt TBA SETT 2/12/04 "PAIR OFF" 5.500% 02/12/04 REG DTD 01/21/04 FACTOR 1.000000000 REM BAL 5,000,000 | -4,000,000.000 | 101.9887 | 6,722.22 | 4,085,472.22 |
| 02/13/04 | 01/29/04 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 0.000% 10/25/33 B/E DTD 08/01/03 CORRECTED CONFIRM MTG PASSTHRU CTF CL 1A42 | -500,000.000 | 79.5625 | | 397,812.50 |
| 02/13/04 | 01/29/04 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 0.000% 10/25/33 B/E DTD 08/01/03 CORRECTED CONFIRM MTG PASSTHRU CTF CL 1A43 | -1,200,000.000 | 71.8125 | | 820,930.56 |
| 02/17/04 | | BOND INTEREST RECEIVED | 764000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-WD 5.500% 01/15/34 B/E DTD 01/01/04 CLB RD 01/30 PD 02/15/04 | | | | 3,501.67 |
| 02/17/04 | | BOND INTEREST RECEIVED | 3016666 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-SU INV FLTR 0.000% 01/15/33 B/E DTD 12/01/03 RD 01/30 PD 02/15/04 | | | | 32,841.14 |

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-943-1040

**Brokerage Account Statement**

Statement Period: 01/31/2004 - 02/27/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/17/04 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-SU INV FLTR 0.000% 07/15/33 B/E DTD 12/01/03 RD 01/30 PD 02/15/04 | | | | 84,641.65 |
| 02/18/04 | 02/17/04 | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-DD 5.500% 07/15/34 B/E RD 01/31 PD 02/15/04 | | | | 2,759.17 |
| 02/19/04 | 02/17/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-52 CL-62-OT INV FLTR 0.000% 07/25/32 B/E DTD 05/01/03 FACTOR 0.592373272700 REM BAL 85,854 VARIABLE RATE | -145,000.000 | 100.0000 | 858.94 | 86,753.06 |
| 02/19/04 | 02/18/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-52 CL-62-OT INV FLTR 0.000% 07/25/32 B/E DTD 05/01/03 VARIABLE RATE | 100,000.000 | 100.0000 | -858.94 | -86,753.06 |
| 02/20/04 | 02/03/04 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-T29-WS "FLT" 0.000% 12/25/33 B/E DTD 12/01/03 FACTOR 0.979105202000 REM BAL 1,287,468 CANCELLED TRADE | 1,314,944.000 | 101.0000 | -2,141.88 | -1,302,485.07 |
| 02/20/04 | 02/03/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-T29-WS "FLT" 0.000% 12/25/33 B/E DTD 12/01/03 FAC .974656818 BKR030 VARIABLE RATE CORRECTED CONFIRM | -1,314,944.000 | 101.0000 | 2,140.88 | 1,295,575.36 |
| 02/20/04 | | INT CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 27 DEBIT DAYS AV BAL 216548152 AVG RATE 3.250 01-20-04 TO 02-19-04 | | | | -5,278.36 |
| 02/20/04 | | INTEREST ON FREE CREDIT BALANCES | CREDIT INTEREST FOR INTEREST PERIOD ENDING 02-19-04 YIELDS WERE: CURRENT 3.250% EFFECTIVE 3.298% | | | | 5.30 |
| 02/24/04 | 02/19/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-DD 5.500% 07/15/34 B/E DTD 01/01/04 CLB FACTOR 1.000000000 REM BAL 602,000 | -602,000.000 | 97.750 | 2,115.36 | 590,570.36 |

D000000000397413

Account Number: 7Z7-8931035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Traded as a Pershing business unit of Pershing LLC




DO00000000597413

# Transactions in Date Sequence *(continued)*

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/25/04 | 01/29/04 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 BRK 2190 CANCELLED TRADE | 1,200,000.000 | 71.8125 | | -820,930.56 |
| 02/25/04 | 01/29/04 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 BRK 2190 CORRECTED CONFIRM | -1,200,000.000 | 71.8125 | | 801,196.93 |
| 02/25/04 | | BOND INTEREST RECEIVED | 1314944 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- WS "FLT" 0.000% 12/25/33 B/E DTD 12/01/03 RD 01/30 PD 02/25/04 | | | | 21,418.79 |
| 02/25/04 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- WS "FLT" 0.000% 12/25/33 B/E DTD 12/01/03 RD 01/30 PD 02/25/04 | | | | 5,850.20 |
| 02/25/04 | | RETURN OF PRINCIPAL RECEIVED | 1200000 FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 RD 01/30 PD 02/25/04 | | | | 27,479.38 |
| 02/27/04 | 01/30/04 | CORRECTED PURCHASE | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-3 CL JV 5.500% 01/20/34 REG DTD 01/01/04 CLB BK ADJ CORRECTED CONFIRM | 5,000,000.000 | 97.0000 | -19,861.11 | -4,869,861.11 |
| 02/27/04 | 01/30/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-3 CL JV 5.500% 01/20/34 B/E DTD 01/01/04 CLB BK ADJ REM BAL 5,000,000 | -5,000,000.000 | 97.6250 | 19,861.11 | 4,901,111.11 |
| 02/27/04 | 01/30/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2743 CL-2743 P 5.500% 08/15/33 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 5,000,000 | 5,000,000.000 | | | |
| 02/27/04 | 02/09/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2743 CL-2743-TU 5.500% 02/15/34 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 8,448,000 | 8,448,000.000 | 98.3125 | -33,557.33 | -8,338,997.33 |
| 02/27/04 | 02/09/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2743 CL-2743-TU 5.500% 02/15/34 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 2,330,000 | 2,330,000.000 | 98.3125 | -9,265.28 | -2,299,936.53 |
| 02/27/04 | 02/09/04 | SOLD | FNLMC MULTICLASS MTG PARTN CTFS GTD SER-2743 CL-2743-TU 5.500% 02/15/34 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 2,330,000 | -2,330,000.000 | 96.8837 | 9,255.28 | 2,266,645.49 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. The wealth of Pershing is the wealth of Pershing Investments LLC

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

Statement Period: 01/31/2004 - 02/27/2004

### Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/27/04 | 02/10/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-IB 5.500% 05/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 405,000 | 405,000.000 | 98.7500 | -1,608.75 | -401,546.25 |
| 02/27/04 | 02/10/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-IB 5.500% 09/15/33 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 405,000 | -405,000.000 | 98.7500 | 1,608.75 | 401,546.25 |
| 02/27/04 | 02/10/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-DD 5.000% 01/15/24 B/E DTD 01/01/04 CLB FACTOR 1.000000000 REM BAL 602,000 | -602,000.000 | 97.6250 | 2,391.28 | 590,053.78 |
| 02/27/04 | 02/10/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-WD 5.500% 07/15/34 B/E DTD 01/01/04 CLB FACTOR 1.000000000 REM BAL 764,000 | -764,000.000 | 97.6250 | 3,034.78 | 748,889.78 |
| 02/27/04 | 02/10/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2743 CL-2743-TM 4.500% 09/15/33 B/E DTD 02/01/04 PREVIOUSLY W.I. | 4,488,000.000 | 98.7500 | -14,586.00 | -4,446,486.00 |
| 02/27/04 | 02/10/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2743 CL-2743-TM 4.500% 09/15/33 B/E DTD 02/01/04 PREVIOUSLY W.I. | 4,488,000.000 | 99.2500 | -14,586.00 | -4,468,926.00 |
| 02/27/04 | 02/10/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2743 CL-2743-TM 4.500% 09/15/33 B/E DTD 02/01/04 PREVIOUSLY W.I. | -4,488,000.000 | 99.0625 | 14,586.00 | 4,460,511.00 |
| 02/27/04 | 02/10/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2743 CL-2743-TM 4.500% 09/15/33 B/E DTD 02/01/04 PREVIOUSLY W.I. | -4,488,000.000 | 99.6875 | 14,586.00 | 4,488,561.00 |
| 02/27/04 | 02/10/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2743 CL-2743-TN 7.000% 09/15/33 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 2,992,000 CHG BUY TO SELL | 2,992,000.000 | 105.3125 | -15,126.22 | -3,166,076.22 |

Account Number: 7LZ-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, NYSE SIPC. Clearing services to brokers rendered by LLC.

D00000000097413



## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/27/04 | 02/10/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2743 CL-2743-TN 7.000% 09/15/33 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 2,992,000 | -2,992,000.000 | 105.4531 | 15,126.22 | 3,170,263.72 |
| 02/27/04 | 02/10/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2743 CL-2743-TP 5.500% 09/15/33 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 8,448,000 | -8,448,000.000 | 99.0625 | 33,557.33 | 8,402,357.33 |
| 02/27/04 | 02/10/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2743 CL-2743-TQ 5.500% 09/15/33 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 1,222,000 | 1,222,000.000 | 98.3125 | -4,854.06 | -1,206,232.81 |
| 02/27/04 | 02/10/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2743 CL-2743-TQ 5.500% 09/15/33 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 1,222,000 | -1,222,000.000 | 98.0000 | 4,854.06 | 1,202,414.06 |
| 02/27/04 | 02/10/04 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2746 CL-2746-DN 4.500% 09/15/33 REG DTD 02/01/04 DESC UPDATE CORRECTED CONFIRM | 4,414,800.000 | 99.0000 | -14,348.10 | -4,385,000.10 |
| 02/27/04 | 02/10/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2746 CL-2746-DN 4.500% 09/15/33 REG DTD 02/27/04 PX ADJUST CORRECTED CONFIRM | -4,414,800.000 | 99.4375 | 14,348.10 | 4,404,314.85 |
| 02/27/04 | 02/18/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-JE 5.500% 01/15/34 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 2,688,000 | 2,688,000.000 | 97.3125 | -11,352.61 | -2,792,543.86 |
| 02/27/04 | 02/18/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-IE 5.500% 01/15/34 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 45,000 | -45,000.000 | 97.6250 | 178.75 | 44,110.00 |
| 02/27/04 | 02/18/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-IE 5.500% 01/15/34 B/E DTD 01/01/04 FACTOR 1.000000000 REM BAL 2,813,000 | -2,813,000.000 | 97.6250 | 11,173.65 | 2,757,355.11 |
| 02/27/04 | 02/19/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2737 CL-2737-DD 5.500% 07/15/34 B/E DTD 01/01/04 CLB FACTOR 1.000000000 REM BAL 602,000 | 602,000.000 | 97.6662 | -2,391.28 | -590,281.91 |

DC000000000097413

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing  A BNY Securities Group Co.
Solutions From The Best of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member NASD, NYSE, SIPC Clearing through Pershing member NASD, NYSE, SIPC

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 01/31/2004 - 02/27/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/27/04 | 02/24/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2744 CL-2744-AA 5.500% 04/15/33 REG DTD 02/27/04 FACTOR 1.000000000 REM BAL   5,000,000 | 5,000,000.000 | 99.2500 | -19,861.11 | -4,982,361.11 |
| 02/27/04 | 02/24/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2744 CL-2744-AA 5.500% 04/15/33 REG DTD 02/27/04 FACTOR 1.000000000 REM BAL   4,122,000 | 4,122,000.000 | 99.2500 | -16,373.50 | -4,107,458.50 |
| 02/27/04 | 02/24/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2744 CL-2744-AA 5.500% 04/15/33 REG DTD 02/27/04 FACTOR 1.000000000 REM BAL   5,000,000 | -5,000,000.000 | 98.9375 | 19,861.11 | 4,956,736.11 |
| 02/27/04 | 02/24/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2744 CL-2744-AA 5.500% 04/15/33 REG DTD 02/27/04 FACTOR 1.000000000 REM BAL   5,000,000 | -13,000.000 | 99.6250 | 51.64 | 13,002.89 |
| 02/27/04 | 02/24/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2744 CL-2744-AA 5.500% 04/15/33 REG DTD 02/27/04 FACTOR 1.000000000 REM BAL   13,000 | -17,000.000 | 98.6250 | 67.53 | 17,003.78 |
| 02/27/04 | 02/24/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2744 CL-2744-AA 5.500% 04/15/33 REG DTD 02/27/04 FACTOR 1.000000000 REM BAL   17,000 | -4,092,000.000 | 99.6250 | 16,254.33 | 4,092,909.33 |
| 02/27/04 | 02/24/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2744 CL-2744-WA 5.500% 04/15/33 REG DTD 02/27/04 FACTOR 1.000000000 REM BAL   4,092,000 | 2,900,000.000 | 99.2500 | -11,519.44 | -2,889,769.44 |
| 02/27/04 | 02/24/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2744 CL-2744-WA 5.500% 04/15/33 REG DTD 02/27/04 FACTOR 1.000000000 REM BAL   2,900,000 | -500,000.000 | 98.9375 | 1,986.11 | 496,673.61 |
| 02/27/04 | 02/24/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2744 CL-2744-WA 5.500% 04/15/33 REG DTD 02/27/04 FACTOR 1.000000000 REM BAL   1,500,000 | -1,500,000.000 | 98.8750 | 5,958.33 | 1,489,083.33 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through  ABN? Securities Group Co., Subsidiary from The Bank of New York

D000000000097411

## Transactions in Date Sequence (continued)

D000000000097413

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/27/04 | 02/24/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2744 CL-2744-WA 5.500% 04/15/33 REG<br>DTD 02/27/04 FACTOR 1.000000000<br>REM BAL 500,000 | -500,000.000 | 99.5000 | 1,986.11 | 493,486.11 |
| 02/27/04 | 02/24/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2744 CL-2744-WA 5.500% 04/15/33 REG<br>DTD 02/27/04 FACTOR 1.000000000<br>REM BAL 400,000 | -400,000.000 | 99.6250 | 1,588.89 | 400,088.89 |
| 02/27/04 | 02/25/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2737 CL-2737-WD 5.500% 01/15/34 B/E<br>DTD 01/01/04 CL8 FACTOR 1.000000000<br>REM BAL 764,000 | 764,000.000 | 97.6406 | -3,034.78 | -749,009.16 |
| 02/27/04 | 02/25/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2737 CL-2737-WD 5.500% 01/15/34 B/E<br>DTD 01/01/04 CL8 FACTOR 1.000000000<br>REM BAL 731,000 | -731,000.000 | 97.6250 | 2,903.69 | 716,542.44 |
| 02/27/04 | 02/25/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2737 CL-2737-WD 5.500% 01/15/34 B/E<br>DTD 07/01/04 CL8 FACTOR 1.000000000<br>REM BAL 33,000 | -33,000.000 | 97.5000 | 131.08 | 32,306.08 |
| 02/27/04 | 02/26/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-129 CL-129- WS "FLT"<br>0.000% 12/25/33 B/E DTD 12/01/03<br>FACTOR 0.974656!800 REM BAL<br>VARIABLE RATE | 1,314,944.000 | 99.9375 | -18,554.33 | -1,299,371.61 |
| 02/27/04 | 02/26/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-129 CL-129- WS "FLT"<br>0.000% 12/25/33 B/E DTD 12/01/03<br>FACTOR 0.974656!800 REM BAL 1,281,618<br>VARIABLE RATE | -1,314,944.000 | 99.9375 | 18,554.33 | 1,299,371.61 |
| 02/27/04 | 02/26/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2713 CL-2713-SU INV FLTR<br>0.000% 01/15/33 B/E DTD 12/01/03<br>FACTOR 0.950813900 REM BAL 2,868,287<br>VARIABLE RATE | 3,016,665.000 | 99.3125 | -27,759.79 | -2,876,327.33 |
| 02/27/04 | 02/26/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2713 CL-2713-SU INV FLTR<br>0.000% 01/15/33 B/E DTD 12/01/03<br>FACTOR 0.950813900 REM BAL 2,868,287<br>VARIABLE RATE | -3,016,665.000 | 99.8750 | 27,759.79 | 2,892,461.44 |

Account Number: 7Z7-891035<br>CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.<br>Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399<br>Member SIPC, member NASD, NYSE, SFC. Securities offered through Pershing LLC.

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 210 • Walnut Creek, CA 94597
925-941-1540

D03G0000097413

# Brokerage Account Statement

Statement Period: 01/31/2004 - 02/27/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/26/04 | 02/26/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR 2004-3 CL JV 5.500% 01/20/34 B/E DTD 01/01/04 CLB FACTOR 1.000000000 REM BAL 5,000,000 | 5,000,000.000 | 97.6406 | -19,861.11 | -4,901,892.36 |
| 02/26/04 | 02/26/04 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTF REMIC TR 2004-3 CL JV 5.500% 01/20/34 B/E DTD 01/01/04 CLB PX CORR BKR 727 CORRECTED CONFIRM | -3,850,000.000 | 97.6230 | 15,293.06 | 3,773,855.56 |
| 02/26/04 | 02/26/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2004-3 CL JV 5.500% 01/20/34 B/E REM BAL 150,000 | -150,000.000 | 98.0000 | 555.83 | 147,595.83 |
| 02/26/04 | 02/26/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2004-3 CL JV 5.500% 01/20/34 B/E DTD 01/01/04 CLB FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 97.8750 | 1,986.11 | 491,361.11 |
| 02/26/04 | 02/26/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2004-3 CL JV 5.500% 01/20/34 B/E DTD 01/01/04 CLB FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 97.7187 | 1,986.11 | 480,579.86 |
| 02/27/04 | 02/27/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2749 CL-2749-HQ 5.750% 02/15/34 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 3,000,000 | 3,000,000.000 | 98.2500 | -12,458.33 | -2,959,958.33 |
| 02/27/04 | 02/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2749 CL-2749-HQ 5.750% 02/15/34 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 99.0000 | 2,076.39 | 497,076.39 |
| 02/27/04 | 02/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2749 CL-2749-HQ 5.750% 02/15/34 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 100,000 | -100,000.000 | 99.0000 | 415.28 | 99,415.28 |
| 02/27/04 | 02/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2749 CL-2749-HQ 5.750% 02/15/34 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 25,000 | -25,000.000 | 99.0000 | 103.82 | 24,853.82 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through  A BNY Securities Group Co. Solutions from The Bank of New York

 One Pershing Plaza, Jersey City, New Jersey 07399 Pershing LLC, member NASD, NYSE, SIPC, is a wholly owned subsidiary of Pershing Group LLC

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/27/04 | 02/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2749 CL-2749-HQ 5.750% 02/15/24 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 10.000 | -10,000.000 | 99.2500 | 41.53 | 9,966.53 |
| 02/27/04 | 02/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2749 CL-2749-HQ 5.750% 02/15/24 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 138.000 | -138,000.000 | 99.1250 | 573.08 | 137,365.58 |
| 02/27/04 | 02/27/04 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500.000 | 500,000.000 | 79.2812 | | -395,406.25 |
| 02/27/04 | 02/27/04 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 0.929732300 REM BAL 1,115.678 | 1,200,000.000 | 71.5312 | | -798,059.07 |

**Total Value of all Transactions** — $3,876,000.27

The price and quantity displayed may have been rounded.

D000000097413

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD/NYSE/SIPC, financial subsidiary of Pershing Group companies



# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1560

D000000086709

||.|...|.|.|.|.|...|.|.|.|.|..|||.|.||..||..|.||.|..|..|.||

CROCKER SECURITIES LLC
- - TAXABLE TRADE #2 - -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

# Brokerage
## Account Statement

Account Number: 727-891035
Statement Period: 02/28/2004 - 03/31/2004

## Valuation at a Glance

|  | This Period |
|---|---|
| Beginning Account Value | $450,588.42 |
| Dividends/Interest | 4,933.02 |
| Change in Account Value | 49,230.60 |
| Ending Account Value | $504,752.04 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Fixed Income | 3,313,225.12 | 8,499,473.55 | 100% |
| Cash and Cash Equivalents | -2,862,636.70 | -7,994,721.51 | 0% |
| **Account Total** | **$450,588.42** | **$504,752.04** | **100%** |

Your Account is 100% invested in Fixed Income.

D000000086709

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Subsidiary of Pershing Investments LLC.

## Customer Service Information

Your Investment Advisor:
Identification Number: RDG
DOUG GREEN
Telephone Number: (561) 361-4803
Fax Number: (561) 362-5261

Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST
Customer Service Telephone Number: (800) 941-2895

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Market Identification | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | **Cash and Cash Equivalents  0.00% of Portfolio** | | | | | |
| | Margin Balance | -$2,862,536.70 | -$7,994,721.51 | | | |
| | **Total Cash and Cash Equivalents** | **-$2,862,536.70** | **-$7,994,721.51** | | **$0.00** | **$0.00** |

| Quantity | Description | Market Price | Market Value | Security Identification | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio** *(in Maturity Date Sequence)* | | | | | | |
| | **Asset Backed Securities** | | | | | | |
| 3,016,665.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-ZT13-SU INV FLTR 0.000% 07/15/33 B/E DTD 12/01/03 Factor: 0.87749567 | 102.1750 | 2,704,666.63 | 31394N6N3 | 0.00 | $0.00 | |
| 5,672,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HA 5.500% 08/25/33 B/E DTD 03/01/04 Factor: 1.00000000 | 99.5110 | 5,644,283.92 | 31393XNL7 | 25,996.67 | | |
| 150,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HS INV FLTR 0.000% 08/25/33 B/E DTD 03/01/04 Factor: 1.00000000 | 100.3620 | 150,543.00 | 31393XNR4 | 0.00 | | |
| | **Total Asset Backed Securities** | | **$8,499,493.55** | | **$25,996.67** | **$0.00** | |
| | **Total Fixed Income** | | **$8,499,473.55** | | **$25,996.67** | **$0.00** | |

D00000000066709

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Securities from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, SIPC. The Bank of New York Company, Inc.



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

Statement Period: 02/28/2004 - 03/31/2004

### Portfolio Holdings *(continued)*

| Description | Market Value | Estimated Annual Income |
|---|---|---|
| **Total Portfolio Holdings** | **$504,752.04** | **$0.00** |

■ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

### Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/01/04 | 02/10/04 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2745 CL-2745-DN 4.500% 09/15/33 B/E DTD 02/01/04 CORRECTED CONFIRM | 4,414,800.000 | 99.0000 | -14,348.10 | -4,385,000.10 |
| 03/01/04 | 02/10/04 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2745 CL-2745-DN 4.500% 09/15/33 REG DTD 02/01/04 DESC UPDATE CANCELLED TRADE | -4,414,800.000 | 99.0000 | 14,348.10 | 4,385,000.10 |

D000000000086709

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/02/04 | 02/10/04 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2745 CL-2745-DN 4.500% 09/15/33 REG DTD 09/27/04 PX ADJUST | 4,414,800.000 | 99.4375 | -14,348.10 | -4,404,314.85 |
| 03/20/04 | 02/10/04 | CORRECTED SELL | CANCELLED TRADE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2745 CL-2745-DN 4.500% 09/15/33 B/E DTD 02/01/04 DESC UPDATE CORRECTED CONFIRM | -4,414,800.000 | 99.4375 | 14,348.10 | 4,404,314.85 |
| 03/05/04 | 02/10/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-59 CL-59-SD "INV FLTR" 0.000% 08/25/33 B/E DTD 07/01/03 FACTOR 0.9384593400 REM BAL 6,955,653 VARIABLE RATE | 7,412,000.000 | 87.0000 | -8,791.43 | -6,603,383.73 |
| 03/05/04 | 03/03/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-59 CL-59-SD "INV FLTR" 0.000% 08/25/33 B/E DTD 07/01/03 FACTOR 0.9384593400 REM BAL 6,955,653 VARIABLE RATE | -7,412,000.000 | 83.5597 | 8,791.43 | 5,823,449.98 |
| 03/05/04 | 03/03/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2571 CL-2571-SK FLTR RATE 0.000% 09/15/23 REG DTD 02/15/03 CLB FACTOR 1.0000000000 REM BAL 541,000 VARIABLE RATE | 541,000.000 | 146.0000 | -8,950.69 | -793,400.69 |
| 03/05/04 | 03/03/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2571 CL-2571-SK FLTR RATE 0.000% 09/15/23 REG DTD 02/15/03 CLB FACTOR 1.0000000000 REM BAL 541,000 VARIABLE RATE | -541,000.000 | 141.9867 | 8,950.69 | 777,001.63 |
| 03/05/04 | 03/03/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-4 CL-4-SP FLTR 0.000% 08/20/33 REG DTD 01/01/04 CLB FACTOR 0.9870421500 REM BAL 7,602,393 VARIABLE RATE | 7,702,197.000 | 109.1875 | -22,807.18 | -8,323,670.13 |
| 03/05/04 | 03/03/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-4 CL-4-SP FLTR 0.000% 08/20/33 REG DTD 01/01/04 CLB FACTOR 0.9870421500 REM BAL 7,602,393 VARIABLE RATE | -7,702,197.000 | 112.8750 | 22,807.18 | 8,604,008.38 |
| 03/10/04 | 03/03/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-59 CL-59-SD "INV FLTR" 0.000% 08/25/33 B/E DTD 07/01/03 QTY CORR, BK0226 VARIABLE RATE | 7,350,000.000 | 87.0000 | -8,725.07 | -5,093,656.93 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Subsidiary of Pershing Investments LLC

Page 4 of 16

**CROCKER SECURITIES LLC**
2500 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1500

# Brokerage
## Account Statement

**Statement Period: 02/28/2004 - 03/31/2004**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/10/04 | 03/03/04 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-59 CL-59-SD "INV FLTR"<br>0.000% 08/25/33 B/E DTD 07/01/03<br>FACTOR 0.9384583400 REM BAL 6,955,853<br>CANCELLED TRADE | 7,412,000.000 | 83.5937 | -8,791.43 | -5,823,447.98 |
| 03/10/04 | 03/03/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-59 CL-59-SD "INV FLTR"<br>0.000% 08/25/33 B/E DTD 07/01/03<br>QTY CORR, BK2190 VARIABLE RATE | 7,350,000.000 | 83.5937 | 8,725.07 | 5,774,745.08 |
| 03/10/04 | 03/03/04 | CANCELLED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-59 CL-59-SD "INV FLTR"<br>0.000% 08/25/33 B/E DTD 07/01/03<br>FACTOR 0.9384583400 REM BAL 6,955,853<br>CANCELLED TRADE | -7,412,000.000 | 87.0000 | 8,791.43 | 6,060,385.73 |
| 03/12/04 | 03/03/04 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-59 CL-59-SD "INV FLTR"<br>0.000% 08/25/33 B/E DTD 07/01/03<br>FAC UPDT, 926506003 VARIABLE RATE<br>CORRECTED CONFIRM | 7,350,000.000 | 87.0000 | -8,613.94 | -5,933,150.35 |
| 03/12/04 | 03/03/04 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-59 CL-59-SD "INV FLTR"<br>0.000% 08/25/33 B/E DTD 07/01/03<br>QTY CORR, BK2190 VARIABLE RATE<br>CANCELLED TRADE | 7,350,000.000 | 83.5937 | 8,613.94 | 5,701,191.13 |
| 03/12/04 | 03/03/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-59 CL-59-SD "INV FLTR"<br>0.000% 08/25/33 B/E DTD 07/01/03<br>FACT UPD, 926505003 VARIABLE RATE<br>CORRECTED CONFIRM | -7,350,000.000 | 83.5937 | -8,725.07 | -5,774,745.08 |
| 03/12/04 | 03/03/04 | CANCELLED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-59 CL-59-SD "INV FLTR"<br>0.000% 08/25/33 B/E DTD 07/01/03<br>QTY CORR, BK0225 VARIABLE RATE<br>CANCELLED TRADE | -7,350,000.000 | 87.0000 | 8,725.07 | 6,003,656.93 |

Account Number: 7Z7-B591035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
PershingLLC www.bnysecurities.pershing.com PershingLLC member NYSE, SIPC. Correspondent of Pershing Investments LLC



D0000000006709

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/15/04 | 03/03/04 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-59 CL-59-SD "INV FLTR" 0.000% 08/25/33 B/E DTD 07/01/03 FACT UPD .9265050003 VARIABLE RATE CANCELLED TRADE | 7,350,000.000 | 83.5937 | -8,613.94 | -5,701,191.13 |
| 03/15/04 | 03/03/04 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-59 CL-59-SD "INV FLTR" 0.000% 08/25/33 B/E DTD 07/01/03 VARIABLE RATE CORRECTED CONFIRM | 7,350,000.000 | 87.0000 | -8,613.94 | -5,933,150.35 |
| 03/15/04 | 03/03/04 | CANCELLED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-59 CL-59-SD "INV FLTR" 0.000% 08/25/33 B/E DTD 07/01/03 FACT UPDT .9265050003 VARIABLE RATE CANCELLED TRADE | 7,350,000.000 | 87.0000 | 8,613.94 | 5,933,150.35 |
| 03/15/04 | 03/03/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-59 CL-59-SD "INV FLTR" 0.000% 08/25/33 B/E DTD 07/01/03 VARIABLE RATE CORRECTED CONFIRM | -7,350,000.000 | 83.5937 | 8,613.94 | 5,701,191.13 |
| 03/15/04 | 03/11/04 | PURCHASED | FNMA 5.5% MAR 2004 FL TBA SETT 03/15/04 "PAIROF" 5.500% 03/15/04 REG DTD 03/10/04 FACTOR 1.0000000000 REM BAL 8,000,000 | 8,000,000.000 | 103.0000 | -17,111.11 | -8,257,111.11 |
| 03/15/04 | 03/11/04 | PURCHASED | FNMA 5.5% MAR 2004 FL TBA SETT 03/15/04 "PAIROF" 5.500% 03/15/04 REG DTD 03/10/04 FACTOR 1.0000000000 REM BAL 18,000,000 | 18,000,000.000 | 103.0000 | -38,500.00 | -18,578,500.00 |
| 03/15/04 | 03/11/04 | SOLD | FNMA 5.5% MAR 2004 PL TBA SETT 03/15/04 "PAIROF" 5.500% 03/15/04 REG DTD 03/10/04 FACTOR 1.0000000000 REM BAL 8,000,000 | -8,000,000.000 | 101.5000 | 17,111.11 | 8,137,111.11 |
| 03/15/04 | 03/11/04 | SOLD | FNMA 5.5% MAR 2004 PL TBA SETT 03/15/04 "PAIROF" 5.500% 03/15/04 REG DTD 03/10/04 FACTOR 1.0000000000 REM BAL 4,000,000 | -4,000,000.000 | 101.5000 | 8,555.56 | 4,068,555.56 |
| 03/15/04 | 03/11/04 | SOLD | FNMA 5.5% MAR 2004 PL TBA SETT 03/15/04 "PAIROF" 5.500% 03/15/04 REG DTD 03/10/04 FACTOR 1.0000000000 REM BAL 14,000,000 | -14,000,000.000 | 103.0000 | 29,944.44 | 14,449,944.44 |
| 03/15/04 | | BOND INTEREST RECEIVED | Z22/000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2749 CL-2749-HQ 5.750% 02/15/34 B/E DTD 02/01/04 RD 0227 P/D 03/15/04 | | | | 10,671.04 |

D000000008709

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, a subsidiary of Pershing Partners LLC.

Page 6 of 16

# CROCKER SECURITIES LLC

3390 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1-5681

## Brokerage Account Statement

Statement Period: 02/28/2004 - 03/31/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/16/04 | 02/27/04 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 9/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 79.2812 | | 396,406.25 |
| 03/16/04 | 02/27/04 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 9/E DTD 08/01/03 FACTOR 0.9297324370 REM BAL 1,115,678 | -1,200,000.000 | 71.5312 | | 798,059.08 |
| 03/17/04 | 02/27/04 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 CANCELLED TRADE | 500,000.000 | 79.2812 | | -396,406.25 |
| 03/17/04 | 02/27/04 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 9/E DTD 08/01/03 CORRECTED CONFIRM | -500,000.000 | 79.2812 | | 396,406.25 |
| 03/17/04 | 02/27/04 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 0.9297324370 REM BAL 1,115,678 CANCELLED TRADE | 1,200,000.000 | 71.5312 | | -798,059.08 |
| 03/17/04 | 02/27/04 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 CORRECTED CONFIRM | -1,200,000.000 | 74.8125 | | 834,667.29 |
| 03/22/04 | 03/19/04 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 29 DEBIT DAYS AV BAL 2191722.79 AVG RATE 3.250 02-20-04 TO 03-19-04 | | | | -5,738.02 |
| 03/23/04 | 03/18/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC"FLT" TR-2003-72 CL-72-WS 0.000% 08/25/33 B/E DTD 07/01/03 FACTOR 0.9014147300 REM BAL 2,555,510 VARIABLE RATE | 2,835,000.000 | 94.3750 | -17,563.75 | -2,429,347.03 |

CD000000096709

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, is a wholly owned subsidiary of The Bank of New York Co., Inc.



D000000000086709

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/23/04 | 03/18/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC"FLT" TR-2003-72 CL-72-WS 0.000% 08/25/33 B/E DTD 07/01/03 FACTOR 0.90141473DD REM BAL 2,555,510 VARIABLE RATE | -2,835,000.000 | 94.5625 | 17,583.75 | 2,434,138.61 |
| 03/25/04 | 02/27/04 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 B MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 BRK 2190 CANCELLED TRADE | 1,200,000.000 | 74.8125 | | -834,667.29 |
| 03/25/04 | 02/27/04 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 B MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 BRK 2190 CORRECTED CONFIRM | -1,200,000.000 | 74.8125 | | 820,883.50 |
| 03/25/04 | | RETURN OF PRINCIPAL RECEIVED | 1200000 FIRST HORIZON MTG PASSTHRU TR 2003 B MTG PASSTHRU CTF CL 1A43 0.000% 10/25/33 B/E DTD 08/01/03 RD 02/27 PD 03/25/04 | | | | 18,424.45 |
| 03/26/04 | 03/03/04 | CANCELLED SELL | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-4 CL-4-SP FLTR 0.000% 08/20/33 REG DTD 01/01/04 CLB FACTOR 0.98704421600 REM BAL 7,602,393 CANCELLED TRADE | -7,702,197,000 | 112.8750 | -22,807.18 | -8,604,008.38 |
| 03/26/04 | 03/03/04 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-4 CL-4-SP FLTR 0.000% 08/20/33 B/E DTD 01/01/04 CLB FAC.9678634 BK0226 VARIABLE RATE CORRECTED CONFIRM | 7,702,197,000 | 112.8750 | 22,382.66 | 8,430,846.07 |
| 03/26/04 | 03/03/04 | CORRECTED CONFIRM | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2749 CL-2749-HCL 5.750% 02/15/24 B/E DTD 02/01/04 FACTOR 1.00000000 REM BAL 2,227,000 | -2,227,000.000 | 98.7500 | 10,315.34 | 2,209,477.84 |
| 03/30/04 | 02/27/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-4 CL-4-SP FLTR 0.000% 08/20/33 B/E DTD 01/01/04 CLB FACT.9678634 DK187 VARIABLE RATE CORRECTED CONFIRM | 7,702,197,000 | 109.1875 | -22,382.66 | -8,161,954.96 |
| 03/30/04 | 03/03/04 | CORRECTED PURCHASE | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-4 CL-4-SP FLTR 0.000% 08/20/33 B/E DTD 01/01/04 CLB | -7,702,197,000 | 109.1875 | 22,807.18 | 8,323,670.13 |
| 03/30/04 | 03/03/04 | CANCELLED PURCHASE | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-4 CL-4-SP FLTR 0.000% 08/20/33 B/E DTD 01/01/04 REG FLTR 0.000% 08/20/33 REG CANCELLED TRADE | | | | |

**CROCKER SECURITIES LLC**
2399 Oak Road • Suite 150 • Walnut Creek, CA 94597
925-941-1546

# Brokerage
## Account Statement

Statement Period: 02/28/2004 - 03/31/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/30/04 | 03/10/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-SU INV FLTR 0.000% 01/15/33 B/E DTD 12/01/03 FACTOR 0.877489670 0 REM BAL 2,647,092 VARIABLE RATE | 3,016,665.000 | 99.2500 | -28,596.94 | -2,555,836.12 |
| 03/30/04 | 03/10/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-SU INV FLTR 0.000% 01/15/33 B/E DTD 12/01/03 FACTOR 0.877489670 0 REM BAL 2,647,092 VARIABLE RATE | -3,016,665.000 | 103.2500 | 28,596.94 | 2,761,719.82 |
| 03/30/04 | 03/12/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- WS "FLT" 0.000% 12/25/33 B/E DTD 12/01/03 FACTOR 0.955931810 0 REM BAL 1,256,996 VARIABLE RATE | 1,314,944.000 | 98.6250 | -20,313.17 | -1,260,026.26 |
| 03/30/04 | 03/12/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- WS "FLT" 0.000% 12/25/33 B/E DTD 12/01/03 FACTOR 0.955931810 0 REM BAL 1,256,996 VARIABLE RATE | -1,314,944.000 | 101.6250 | 20,313.17 | 1,297,736.17 |
| 03/30/04 | 03/29/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HY 7.500% 11/25/33 REG DTD 03/01/04 FACTOR 1.000000000 0 REM BAL 777,000 | 777,000.000 | 106.1250 | -823,285.63 | -823,285.63 |
| 03/30/04 | 03/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HY 7.500% 11/25/33 REG DTD 03/01/04 FACTOR 1.000000000 0 REM BAL 777,000 | -777,000.000 | 106.2500 | 4,694.38 | 830,256.88 |
| 03/30/04 | 03/29/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HW 4.500% 11/25/33 B/E DTD 03/01/04 FACTOR 1.000000000 0 REM BAL 1,554,000 | 1,554,000.000 | 99.7500 | -5,633.25 | -1,555,748.25 |
| 03/30/04 | 03/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HW 4.500% 11/25/33 B/E DTD 03/01/04 FACTOR 1.000000000 0 REM BAL 1,554,000 | -1,554,000.000 | 99.9887 | 5,633.25 | 1,559,147.63 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
SiteNote from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, SIPC, a subsidiary of The Bank of New York Company, Inc.



D010000000086709

DO0000000086195

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/30/04 | 03/29/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HG 5.500% 01/25/34 REG DTD 03/01/04 FACTOR 1.000000000 REM BAL 490,000 | 490,000.000 | 100.5000 | -2,170.97 | -494,620.97 |
| 03/30/04 | 03/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HG 5.500% 01/25/34 REG DTD 03/01/04 FACTOR 1.000000000 REM BAL 490,000 | -490,000.000 | 100.6250 | 2,170.97 | 495,233.47 |
| 03/30/04 | 03/29/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HI 5.500% 03/25/34 B/E DTD 03/01/04 FACTOR 1.000000000 REM BAL 707,000 | 707,000.000 | 99.8750 | -3,132.40 | -709,248.65 |
| 03/30/04 | 03/29/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HI 5.500% 03/25/34 B/E DTD 03/01/04 PX CORR CORRECTED CONFIRM | -707,000.000 | 100.0937 | 3,132.40 | 710,795.21 |
| 03/30/04 | 03/29/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HK 5.500% 04/25/34 REG DTD 03/01/04 FACTOR 1.000000000 REM BAL 315,000 | 315,000.000 | 99.6250 | -1,395.63 | -315,214.38 |
| 03/30/04 | 03/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HK 5.500% 04/25/34 REG DTD 03/01/04 FACTOR 1.000000000 REM BAL 315,000 | -315,000.000 | 99.6875 | 1,395.63 | 315,411.26 |
| 03/30/04 | 03/29/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HF 5.500% 08/25/33 REG DTD 03/01/04 FACTOR 1.000000000 REM BAL 1,250,000 | 1,250,000.000 | 98.3125 | -2,618.06 | -1,231,524.31 |
| 03/30/04 | 03/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HF 5.500% 08/25/33 REG DTD 03/01/04 FACTOR 1.000000000 REM BAL 1,250,000 | -1,250,000.000 | 99.8750 | 2,618.06 | 1,251,055.56 |
| 03/30/04 | 03/29/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HS INV FLTR 0.000% 08/25/33 REG DTD 03/01/04 FACTOR 1.000000000 REM BAL 1,000,000 VARIABLE RATE | 1,000,000.000 | 99.8593 | -7,350.69 | -1,005,944.49 |
| 03/30/04 | 03/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HS INV FLTR 0.000% 08/25/33 REG DTD 03/01/04 FACTOR 1.000000000 REM BAL VARIABLE RATE 150,000 | -150,000.000 | 99.8750 | 1,102.60 | 150,915.10 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** ® A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Securities of Pershing are not...

Page 10 of 16

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

**Transactions in Date Sequence** *(continued)*

Statement Period: 02/28/2004 - 03/31/2004

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/30/04 | 03/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-IS INV FLTR 0.000% 08/25/33 REG DTD 03/01/04 FACTOR 1.000000000 REM BAL 850.000 VARIABLE RATE | -850,000.000 | 99.9750 | 6,248.09 | 855,185.59 |
| 03/30/04 | 03/29/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-IB 5.500% 09/25/33 REG DTD 03/01/04 FACTOR 1.000000000 REM BAL 626.000 | 626,000.000 | 98.2500 | -2,773.53 | -617,818.53 |
| 03/30/04 | 03/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-IB 5.500% 09/25/33 REG DTD 03/01/04 FACTOR 1.000000000 REM BAL 231.000 | -231,000.000 | 99.5000 | 1,023.46 | 230,868.46 |
| 03/30/04 | 03/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-IB 5.500% 09/25/33 REG DTD 03/01/04 FACTOR 1.000000000 REM BAL 60.000 | -60,000.000 | 99.5000 | 265.83 | 59,965.83 |
| 03/30/04 | 03/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-IB 5.500% 09/25/33 REG DTD 03/01/04 FACTOR 1.000000000 REM BAL 281.000 | -281,000.000 | 99.5000 | 1,244.99 | 280,839.99 |
| 03/30/04 | 03/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HB 5.500% 09/25/33 REG DTD 03/01/04 FACTOR 1.000000000 REM BAL 54.000 | -54,000.000 | 99.5000 | 239.25 | 53,969.25 |
| 03/30/04 | 03/29/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HC 5.500% 11/25/33 B/E DTD 03/01/04 FACTOR 1.000000000 REM BAL 619.000 | 619,000.000 | 97.7500 | -2,742.51 | -607,815.01 |
| 03/30/04 | 03/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HC 5.500% 11/25/33 B/E DTD 03/01/04 FACTOR 1.000000000 REM BAL 100.000 | -100,000.000 | 99.4375 | 443.06 | 99,880.56 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC



Page 11 of 16

D000000000000709

D00000000086709

# Transactions in Date Sequence *(continued)*

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/30/04 | 03/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-16 CL-1-16-HC 5.500% 11/25/33 B/E<br>DTD 03/01/04 FACTOR 1.0000000000<br>REM BAL 519,000 | -519,000.000 | 99.3750 | 2,299.46 | 518,055.71 |
| 03/30/04 | 03/29/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-16 CL-1-16-HD 5.500% 04/25/34 B/E<br>DTD 03/01/04 FACTOR 1.0000000000<br>REM BAL 1,990,000 | 1,990,000.000 | 97.1288 | -8,616.81 | -1,941,640.53 |
| 03/30/04 | 03/29/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-16 CL-1-16-HD 5.500% 04/25/34 B/E<br>DTD 03/01/04 FACTOR 1.0000000000<br>REM BAL 798,000 | 798,000.000 | 98.5000 | -3,535.58 | -789,565.58 |
| 03/30/04 | 03/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-16 CL-1-16-HD 5.500% 04/25/34 B/E<br>DTD 03/01/04 FACTOR 1.0000000000<br>REM BAL 51,000 | -51,000.000 | 98.7500 | 225.96 | 50,588.46 |
| 03/30/04 | 03/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-16 CL-1-16-HD 5.500% 04/25/34 B/E<br>DTD 03/01/04 FACTOR 1.0000000000<br>REM BAL 170,000 | -170,000.000 | 98.8750 | 753.19 | 168,840.69 |
| 03/30/04 | 03/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-16 CL-1-16-HD 5.500% 04/25/34 B/E<br>DTD 03/01/04 FACTOR 1.0000000000<br>REM BAL 2,567,000 | -2,567,000.000 | 98.9987 | 11,373.24 | 2,551,901.05 |
| 03/30/04 | 03/30/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-16 CL-1-16-HA 5.500% 08/25/33 REG<br>DTD 03/01/04 FACTOR 1.0000000000<br>REM BAL 5,672,000 | 5,672,000.000 | 99.0000 | -25,130.11 | -5,640,410.11 |
| 03/30/04 | 03/30/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-16 CL-1-16-HA 5.500% 08/25/33 REG<br>DTD 03/01/04 FACTOR 1.0000000000<br>REM BAL 15,000,000 | 15,000,000.000 | 100.2187 | -66,458.33 | -15,099,270.83 |
| 03/30/04 | 03/30/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-16 CL-1-16-HA 5.500% 08/25/33 REG<br>DTD 03/01/04 FACTOR 1.0000000000<br>REM BAL 5,672,000 | 5,672,000.000 | 99.8750 | -25,130.11 | -5,690,060.11 |
| 03/30/04 | 03/30/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-16 CL-1-16-HA 5.500% 08/25/33 REG<br>DTD 03/01/04 FACTOR 1.0000000000<br>REM BAL 5,672,000 | -5,672,000.000 | 99.8750 | 25,130.11 | 5,690,060.11 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE and SIPC. The security of the account is governed by the rules of Pershing LLC.

Page 12 of 16

# CROCKER SECURITIES LLC
3399 Oak Blvd • Suite 230 • Walnut Creek, CA 94597
925-941-1541

## Brokerage
### Account Statement

Statement Period: 02/28/2004 - 03/31/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/30/04 | 03/30/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-16 CL-16-HA 5.500% 08/25/33 REG<br>REM BAL 15,000.000<br>DTD 03/01/04 FACTOR 1.000000000 | -15,000,000.000 | 99.2187 | 66,468.33 | 14,949,270.83 |
| 03/30/04 | 03/30/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2749 CL-2749-HQ 5.750% 02/15/34 B/E<br>REM BAL 2,227.000<br>DTD 02/01/04 FACTOR 1.000000000 | 2,227,000.000 | 98.7500 | -10,315.34 | -2,209,477.84 |
| 03/30/04 | 03/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2749 CL-2749-HQ 5.750% 02/15/34 B/E<br>REM BAL 56.000<br>DTD 02/01/04 FACTOR 1.000000000 | -56,000.000 | 99.0000 | 259.39 | 55,699.39 |
| 03/30/04 | 03/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2749 CL-2749-HQ 5.750% 02/15/34 B/E<br>REM BAL 300.000<br>DTD 02/01/04 FACTOR 1.000000000 | -300,000.000 | 99.1250 | 1,389.58 | 298,764.58 |
| 03/30/04 | 03/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2749 CL-2749-HQ 5.750% 02/15/34 B/E<br>REM BAL 100.000<br>DTD 02/01/04 FACTOR 1.000000000 | -100,000.000 | 99.8750 | 463.19 | 100,338.19 |
| 03/30/04 | 03/30/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-17 CL-17-KD 5.500% 03/16/34 B/E<br>REM BAL 4,000.000<br>DTD 03/01/04 FACTOR 1.000000000 | 4,000,000.000 | 98.5525 | -17,722.22 | -3,960,222.22 |
| 03/30/04 | 03/30/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-17 CL-17-KD 5.500% 03/16/34 B/E<br>REM BAL 4,000.000<br>DTD 03/01/04 FACTOR 1.000000000 | 4,000,000.000 | 100.0000 | -17,722.22 | -4,017,722.22 |
| 03/30/04 | 03/30/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-17 CL-17-KD 5.500% 03/16/34 B/E<br>REM BAL 4,000.000<br>DTD 03/01/04 FACTOR 1.000000000 | -4,000,000.000 | 98.5000 | 17,722.22 | 3,957,722.22 |
| 03/31/04 | 03/29/04 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-16 CL-16-HW 4.500% 11/25/33 B/E<br>DTD 03/01/04 FACTOR 1.000000000<br>REM BAL 1,554,000 CANCELLED TRADE | 1,554,000.000 | 99.9987 | -5,633.25 | -1,559,147.63 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Subsidiary of The Bank of New York Company, Inc.

D0000000000687499




D000000000886769

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/04 | 03/29/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HW 4.500% 11/25/33 B/E DTD 03/01/04 BKR CORR CORRECTED CONFIRM | -1,554,000.000 | 99.9687 | 5,633.25 | 1,559,147.63 |
| 03/31/04 | 03/29/04 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HS INV FLTR 0.000% 08/25/33 REG DTD 03/01/04 FACTOR 1.00000000 REM BAL 150,000 CANCELLED TRADE | 150,000.000 | 99.8750 | -1,102.63 | -150,915.10 |
| 03/31/04 | 03/29/04 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HS INV FLTR 0.000% 08/25/33 REG DTD 03/01/04 FACTOR 1.000000000 REM BAL 850,000 CANCELLED TRADE | 850,000.000 | 99.8750 | -6,248.09 | -855,185.59 |
| 03/31/04 | 03/29/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HS INV FLTR 0.000% 08/25/33 B/E DTD 03/01/04 BKR CORR VARIABLE RATE CORRECTED CONFIRM | -850,000.000 | 99.8750 | 6,249.03 | 855,186.58 |
| 03/31/04 | 03/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2749 CL-2749-HQ 5.750% 02/15/24 B/E DTD 02/01/04 FACTOR 1.00000000000 REM BAL 1,771,000 | -1,771,000.000 | 99.7500 | 8,486.04 | 1,775,058.54 |
| 03/31/04 | 03/31/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- WS "FLT" 0.000% 12/25/33 B/E DTD 12/01/03 FACTOR 0.9559318I00 REM BAL 1,256,996 VARIABLE RATE | 1,314,944.000 | 101.6562 | -21,013.62 | -1,298,829.43 |
| 03/31/04 | 03/31/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- WS "FLT" 0.000% 12/25/33 B/E DTD 12/01/03 FACTOR 0.9559318I00 REM BAL 1,256,996 VARIABLE RATE | -1,314,944.000 | 103.6250 | 21,013.62 | 1,323,576.55 |

Account Number: 727-891035
CROCKER SECURITIES LLC



**CROCKER SECURITIES LLC**
3399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 02/28/2004 - 03/31/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/04 | 03/31/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-SU INV FLTR 0.000% 01/15/33 B/E DTD 12/01/03 FACTOR 0.877489570 REM BAL 2,647,092 VARIABLE RATE | 3,016,665.000 | 103.2812 | -29,583.04 | -2,763,533.13 |
| 03/31/04 | 03/31/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17-KO 5.500% 03/16/34 B/E DTD 03/01/04 FACTOR 1.000000000 REM BAL 4,000,000 | -4,000,000.000 | 100.0000 | 18,333.33 | 4,018,333.33 |

**Total Value of all Transactions** -$5,132,084.81

The price and quantity displayed may have been rounded.

## Messages

PURSUANT TO THE SECURITIES EXCHANGE ACT OF 1934, PERSHING LLC (PERSHING) MUST PROVIDE INDIVIDUAL INVESTORS WITH CERTAIN FINANCIAL INFORMATION.

ON DECEMBER 31, 2003, PERSHING'S NET CAPITAL OF $893 MILLION WAS 10.38% OF AGGREGATE DEBIT BALANCES AND EXCEEDED THE MINIMUM REQUIREMENT BY $721 MILLION.

A COMPLETE COPY OF THE DECEMBER 31, 2003 STATEMENT OF FINANCIAL CONDITION IS AVAILABLE AT WWW.PERSHING.COM/FINANCIALSTATEMENT.HTM. YOU MAY ALSO REQUEST A FREE PRINTED COPY BY CALLING (888) 860-8510.

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

Account Number: 7ZJ-891025
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399



D000000000086709

[redacted]

# TERMS AND CONDITIONS

## GENERAL INFORMATION

1. All orders and transactions shall be solely for your account and risk shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or settled, or if applicable, of the National Association of Securities Dealers, Inc., and to all applicable laws and regulations.
2. Whenever you are indebted to Pershing LLC ("Pershing") for any amount, all securities held by it for you in any account in which you have any interest shall secure all your liabilities to Pershing, and Pershing may in its discretion at any time, without tender, demand or notice to you, close or reduce any or all of your accounts by public or private sale or purchase or both of all or any securities carried in such accounts; any balance remaining due Pershing to be promptly paid by you.
3. Whenever you are indebted to Pershing for any amount, all securities carried for your account are or may be, without further notice to you, loaned or pledged by Pershing, either separately or under circumstances which will permit the commingling thereof, with other securities for any amount less than, equal to or greater than your liabilities to Pershing, but not under circumstances for an amount prohibited by law.
4. Title to securities sold to you, where Pershing has acted as principal, shall remain with Pershing until the entire purchase price is received or until the settlement date, whichever is later.
5. Any free credit balance carried for your account represents funds payable upon demand which, although properly accounted for on Pershing's books of record, are not segregated and may be used in the conduct of its business.
6. You may have received confirmations for transactions which do not appear on your statement. If so, the transactions will appear on your next periodic statement. Such transactions must be considered by you when computing the value of your account. This is especially true if you have written options which have been exercised.
7. If you maintain a margin account, this is a combined statement of your general account and a special memorandum account maintained for you under Regulation T of the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon request.
8. Interest charged on debit balances in your account appears on the statement. The rate of interest and period covered are indicated. The rate may change from time to time due to fluctuations in money rates or other reasons. Interest is computed as described in material previously furnished to you. Please contact your financial institution if you desire additional copies.
9. A financial statement of Pershing is available for your personal inspection at Pershing's offices. A copy of it will be mailed upon your written request or you can view it online at Pershing.com.
10. This statement should be retained for your records.
11. Dividends, interest and other distributions shown on this statement were classified as taxable or nontaxable based on certain information known as of the distribution date. This classification is subject to change and is solely intended for use as general information.

    After year end, Pershing is required to provide tax information to the Internal Revenue Service and other governmental authorities. At that time Pershing will provide that information on the annual tax information statement to you; use that statement to prepare your tax filings. The tax statement also includes other useful information to assist in accumulating the data to prepare your tax returns.
12. **Pershing does not provide tax, investment or legal advisory services and no one associated with Pershing is authorized to render such advice. Do not rely upon any such advice, if given. Investors are encouraged to consult their tax advisors to determine the appropriate tax treatment of their business.**
13. Securities and cash held in custody by Pershing for your account are protected up to the total amount held in the account. Of this total, the Securities Investor Protection Corporation (SIPC) provides $500,000 of coverage, including $100,000 for claims for cash. The remaining coverage on securities and cash is provided by Pershing through a commercial insurer. The account protection applies when a SIPC member firm fails financially and is unable to meet obligations to securities clients, but it does not protect against losses from the rise and fall in the market value of investments.
14. Pershing trades for its own account as a market maker, specialist, odd lot dealer, block positioner, arbitrageur and/or investor. Consequently, at the time of any transaction you may make, Pershing may have a position in such securities, which position may be partially or completely hedged.
15. If average price transaction is indicated on the front of this statement your financial institution or Pershing may have acted as principal, agent or both. Details available upon request.
16. This statement will be deemed conclusive and an account stated unless you advise Pershing in writing of any objection to it within ten days after receipt. Any such objection should be sent to Pershing at One Pershing Plaza, Jersey City, New Jersey 07399, Attention: Compliance Department.

ERRORS AND OMISSIONS EXCEPTED.

## PORTFOLIO HOLDINGS

This section includes the net market value of the securities in your account on a settlement date basis, including short positions, at the close of the statement period. The market prices have been obtained from quotation services which we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a price is not available are marked "N/A" and are omitted from the Total.

The Annual Income, which is an estimated figure, is the current interest or most recently declared dividend for each security and is annualized. This figure particularly on equity mutual funds can vary substantially from one year to the next. As a result, actual amounts distributed may be more or less than those estimated on this statement. The Annual Income is then divided by the current Market Value to give the Estimated Yield which too could vary substantially because the income is estimated and it does not take account of your holding period. Annual Income has been obtained from sources believed to be reliable, but no assurance can be made as to accuracy.

Accrued interest represents interest earned but not yet received.

## THE ROLE OF PERSHING

Pershing carries your account as clearing broker pursuant to a clearing agreement with your financial institution. Pershing may accept from your financial institution without inquiry or investigation (i) orders for the purchase and sale of securities and other property and (ii) any other instructions concerning your account. Pershing is not responsible or liable for any acts or omissions of your financial institution or its employees and it does not supervise them. Pershing provides no investment advice nor does it assess the suitability of any transaction or order. Pershing acts as the agent of your financial institution and you agree that you will not hold Pershing or any person controlling or under common control with it liable for any investment losses incurred by you.

Pershing performs several key functions at the direction of your financial institution. It acts as custodian for funds and securities you may deposit with it directly or through your financial institution or that it receives as the result of securities transactions it processes. Inquiries concerning the positions and balances in your account may only be directed to the **Pershing Customer Service Department at 201-413-3333.** All other inquiries regarding your account or activity should be directed to your financial institution. For a description of other functions performed by Pershing please consult the Disclosure Statement provided to you upon the opening of your account.

Your financial institution is responsible for adherence to the securities laws, regulations and rules which apply to it regarding its own operations and the supervision of your account, its sales representatives and other personnel. Your financial institution is also responsible for approving the opening of accounts and obtaining account documents; the acceptance and, in certain instances, execution of securities orders; the assessment of the suitability of those transactions, where applicable; the rendering of investment advice, if any, to you and in general, for the ongoing relationship that it has with you.

**Pershing may capture and store data about you such as your financial information and investment objectives. However, Pershing is not reviewing this information and evaluating whether your investments comport with your financial status and objectives and you hereby release Pershing from any liability to do so. Similarly, Pershing may capture and store information about whether a broker or an introducing firm is registered in a given state. You hereby release Pershing from any liability to review this data or to evaluate whether a particular security is registered or exempt from registration in your State.**

This notice is not meant as a definitive enumeration of every possible circumstance, but as a general disclosure. If you have any questions regarding this notice or if you would like additional copies of the Disclosure Statement, please contact your financial institution.

## PAYMENT FOR ORDER FLOW PRACTICES

The following statement is provided to you as required by Rule 11Ac1-3 of the Securities Exchange Act of 1934.

Pershing LLC and its affiliate, Pershing Trading Company, L.P. ("PTC"), send certain equity orders to exchanges, Electronic Communication Networks or broker-dealers during normal business hours and during extended trading sessions. Certain venues provide payments or charge access fees to Pershing or PTC depending upon the characteristics of the order and any subsequent execution. The details of these payments and fees are available upon written request.

Pershing receives compensation for directing listed options order flow to certain option exchanges. Compensation is generally in the form of a per contract cash payment.

Pershing and PTC have selected certain market makers to provide execution of OTC securities transactions who have agreed to accept orders, transmitted electronically up to a specified size, and to execute them at or better than the national best bid or offer (NBBO). On larger orders, or if the designated market makers do not make a market in the subject security, Pershing and PTC directly contact market makers to obtain an execution. The designated market makers to whom orders are automatically routed are selected based on the consistently high quality of their OTC executions in one or more market segments and their ability to provide opportunities for executions at prices superior to the NBBO.

If an order for an exchange-listed security is not immediately executable on the exchange to which it is routed, such order may be represented in the national marketplace using the various means available for price discovery.

Pershing and PTC also regularly review reports for quality of execution purposes.

## ARBITRATION

**ARBITRATION DISCLOSURES:**

- **ARBITRATION IS FINAL AND BINDING ON THE PARTIES.**
- **THE PARTIES ARE WAIVING THEIR RIGHT TO SEEK REMEDIES IN COURT, INCLUDING THE RIGHT TO JURY TRIAL.**
- **PRE-ARBITRATION DISCOVERY IS GENERALLY MORE LIMITED THAN AND DIFFERENT FROM COURT PROCEEDINGS.**
- **THE ARBITRATORS' AWARD IS NOT REQUIRED TO INCLUDE FACTUAL FINDINGS OR LEGAL REASONING AND ANY PARTY'S RIGHT TO APPEAL OR TO SEEK MODIFICATION OF RULINGS BY THE ARBITRATORS IS STRICTLY LIMITED.**
- **THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.**

## ARBITRATION AGREEMENT

**ANY CONTROVERSY BETWEEN YOU AND US SHALL BE SUBMITTED TO ARBITRATION BEFORE THE NEW YORK STOCK EXCHANGE, INC., ANY OTHER NATIONAL SECURITIES EXCHANGE ON WHICH A TRANSACTION GIVING RISE TO THE CLAIM TOOK PLACE (AND ONLY BEFORE SUCH EXCHANGE), OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.**

**NO PERSON SHALL BRING A PUTATIVE OR CERTIFIED CLASS ACTION TO ARBITRATION, NOR SEEK TO ENFORCE ANY PRE-DISPUTE ARBITRATION AGREEMENT AGAINST ANY PERSON WHO HAS INITIATED IN COURT A PUTATIVE CLASS ACTION; WHO IS A MEMBER OF A PUTATIVE CLASS WHO HAS NOT OPTED OUT OF THE CLASS WITH RESPECT TO ANY CLAIMS ENCOMPASSED BY THE PUTATIVE CLASS ACTION UNTIL; (I) THE CLASS CERTIFICATION IS DENIED; (II) THE CLASS IS DECERTIFIED; OR (III) THE CUSTOMER IS EXCLUDED FROM THE CLASS BY THE COURT. SUCH FORBEARANCE TO ENFORCE AN AGREEMENT TO ARBITRATE SHALL NOT CONSTITUTE A WAIVER OF ANY RIGHTS UNDER THIS AGREEMENT EXCEPT TO THE EXTENT STATED HEREIN.**

**THE LAWS OF THE STATE OF NEW YORK GOVERN.**

**If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to Pershing at One Pershing Plaza, Jersey City, New Jersey 07399, Attention: Compliance Department.**

# CROCKER SECURITIES LLC

259 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-841-5646

D000000091207

Il..l..l..l..l.l.l.l..l..l.ll..ll..l.l..l.l..l..l.l.ll

CROCKER SECURITIES LLC
- - TAXABLE TRADE #2 - -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

# Brokerage
## Account Statement

Account Number: 727-891035
Statement Period: 04/01/2004 - 04/30/2004

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $500,762.04 |
| Dividends/Interest | 56,577.58 |
| Change in Account Value | -1,289,348.22 |
| Ending Account Value | -$728,078.60 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Fixed Income | 8,499,473.55 | 9,783,837.14 | 100% |
| Cash and Cash Equivalents | -7,994,721.51 | -10,511,915.74 | 0% |
| **Account Total** | **$504,752.04** | **-$728,078.60** | **100%** |

NOTE: Unpriced securities in your account may cause the total brokerage account assets to be understated.

Your Account is 100% invested in Fixed Income.

D000000091207

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member SIPC, NYSE, SPC, Sec. Ex. for all other exchanges LLC

Page 1 of 14

## Customer Service Information

Your Investment Advisor:
Identification Number: RDG
DOUG GREEN
Telephone Number: (561) 361-4803
Fax Number: (561) 362-5261

Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST
Customer Service Telephone Number: (800) 941-2895

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| **Cash and Cash Equivalents  0.00% of Portfolio** | | | | | | |
| | Margin Balance | -7,994,721.51 | -10,511,915.74 | | | |
| **Total Cash and Cash Equivalents** | | **-$7,994,721.51** | **-$10,511,915.74** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income  100.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | | |
| **Asset Backed Securities** | | | | | | |
| 145,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR:2003-52 CL:SZ-DI INV FLTR 0.000% 07/25/32 B/E DTD 05/01/03 *Security Identifier: 31393CZ76 Factor: 0.43829158* | 106.9640 | 67,978.06 | 0.00 | | |
| 1,313,000.000M | FHLMC MULTICLASS MTG PARTN CFFS GTD SER:2749 CL:2749-HQ 5.750% 02/15/34 B/E DTD 02/01/04 *Security Identifier: 3139ARK2 Factor: 1.00000000* | 95.0460 | 1,247,953.98 | 6,081.74 | | |
| 274,685.000M | FHLMC MULTICLASS MTG PARTN CFFS GTD SER:2787 CL:2787-JT "INV FLTG" 0.000% 04/15/34 B/E DTD 04/01/04 CLB *Security Identifier: 3139AWDS6 Factor: 1.00000000* | 107.8410 | 296,223.05 | 0.00 | | |
| 1,000,000.000M | FHLMC MULTICLASS MTG PARTN CFFS GTD SER:2781 CL:2781-SL "INV FLTG" 0.000% 05/15/34 B/E DTD 04/01/04 *Security Identifier: 3139AXDX1 Factor: 1.00000000* | N/A | 0.00 | 0.00 | | |

EX00000000001207

Account Number: 727-091035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solid and from The Bank of New York
Pershing LLC, member NYSE, NASD, SIPC. Clearing agent of Pershing Investments LLC

One Pershing Plaza, Jersey City, New Jersey 07399



**CROCKER SECURITIES LLC**
3255 Oak Road • Suite 230 • Walnut Creek, CA 94597
925.941.1616

**Brokerage**
*Account Statement*

Statement Period: 04/01/2004 - 04/30/2004

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| Asset Backed Securities *(continued)* | | | | | | |
| 8,892,025.000# | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-32- CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 | 91.8990 | 8,171,692.05 | 39,396.61 | | |
| | *Security Identifier:* 31393XV88 *Factor:* 1.00000000 | | | | | |
| **Total Asset Backed Securities** | | | $9,783,837.14 | $45,478.35 | $0.00 | |
| **Total Fixed Income** | | | $9,783,837.14 | $45,478.35 | $0.00 | |

## Total Portfolio Holdings

| Description | Market Value | Estimated Annual Income |
|---|---|---|
| | -$728,078.60 | $0.00 |

**#** This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund disbursations, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information

pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

D090000009091207

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. SouthoxRdon.ThteBankofNewYork

Our Pershing Plaza, Jersey City, New Jersey 07399
PershingLLC,memberNYSE,SIPC,Ownership of Pershing memberNASD



## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/01/04 | 03/29/04 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-16 CL-16-HS INV FLTR<br>0.000% 08/25/33 B/E DTD 03/01/04<br>BKR CORR VARIABLE RATE<br>CANCELLED TRADE | 850,000.000 | 99.8750 | -6,249.08 | -855,186.58 |
| 04/01/04 | 03/30/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-16 CL-16-HA 5.500% 08/25/33 B/E<br>DTD 03/01/04 FACTOR 1.000000000<br>REM BAL 5,672.000 | 5,672,000.000 | 99.8906 | -25,130.11 | -5,690,926.36 |
| 04/01/04 | 03/30/04 | CANCELLED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-16 CL-16-HA 5.500% 08/25/33 REG<br>DTD 03/01/04 FACTOR 1.000000000<br>REM BAL 5,672.000 CANCELLED TRADE | -5,672,000.000 | 99.8750 | 25,130.11 | 5,690,042.11 |
| 04/01/04 | 03/30/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2749 CL-2749-HQ 5.750% 02/15/34 B/E<br>DTD 02/01/04 FACTOR 1.000000000<br>REM BAL 2,227.000 CANCELLED TRADE | -2,227,000.000 | 98.7656 | -10,315.34 | -2,209,825.81 |
| 04/01/04 | 03/30/04 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2749 CL-2749-HQ 5.750% 02/15/34 B/E<br>DTD 02/01/04 FACTOR 1.000000000<br>REM BAL 2,227.000 | 2,227,000.000 | 98.7500 | 10,315.34 | 2,209,479.84 |
| 04/01/04 | 03/31/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2713 CL-2713-SU INV FLTR<br>0.000% 0175/33 B/E DTD 12/01/03<br>FACTOR 0.877489870 REM BAL 2,647,092<br>VARIABLE RATE | -3,016,665.000 | 103.2500 |  | 2,733,122.88 |
| 04/01/04 | 04/01/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2749 CL-2749-HQ 5.750% 02/15/34 B/E<br>DTD 02/01/04 FACTOR 1.000000000<br>REM BAL 1,771.000 | 1,771,000.000 | 99.7500 |  | -1,766,572.50 |
| 04/05/04 | 03/29/04 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR- 2004-16 CL-16-HW 4.500% 11/25/33 B/E<br>DTD 03/01/04 FACTOR 1.000000000<br>REM BAL 1,554.000<br>CANCELLED TRADE | 1,554,000.000 | 99.9887 | 5,633.25 | 1,559,148.08 |
| 04/05/04 | 03/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR- 2004-16 CL-16-HW 4.500% 11/25/33 B/E<br>DTD 03/01/04 BKR CORR<br>REM BAL 1,554.000 | -1,554,000.000 | 99.9875 | -5,633.25 | -1,559,145.63 |
| 04/07/04 | 03/29/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-16 CL-16-HS INV FLTR<br>0.000% 08/25/33 B/E DTD 03/01/04<br>SETT ADJ VARIABLE RATE<br>CORRECTED CONFIRM | -150,000.000 | 99.8750 | 228.12 | 150,040.62 |

Clearing Through Pershing® A BNY Securities Group Co.
Solutions from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399

Account Number: 727-891035
CROCKER SECURITIES LLC

DO0000000091207

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage**
**Account Statement**

Statement Period: 04/01/2004 - 04/30/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/07/04 | 03/29/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HS INV FLTR 0.000% 08/25/33 B/E DTD 03/01/04 SD CORR VARIABLE RATE CORRECTED CONFIRM | -850,000.000 | 99.8750 | 1,292.71 | 850,230.21 |
| 04/15/04 | 04/13/04 | PURCHASED | FNMA 5.5% MAY 2004 PL TBA SETT 04/15/04 "PAIR OFF" 5.500% 04/15/04 REG DTD 04/13/04 FACTOR 1.0000000000 REM BAL 20,000.000 | 20,000,000.000 | 101.6875 | -42,777.78 | -20,380,277.78 |
| 04/15/04 | 04/13/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 04/15/04 "PAIR OFF" 5.500% 04/15/04 REG DTD 04/13/04 FACTOR 1.0000000000 REM BAL 18,000.000 | -18,000,000.000 | 102.6406 | 38,500.00 | 18,513,812.50 |
| 04/15/04 | 04/13/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 04/15/04 "PAIR OFF" 5.500% 04/15/04 REG DTD 04/13/04 FACTOR 1.0000000000 REM BAL 2,000.000 | -2,000,000.000 | 102.3750 | 4,277.78 | 2,051,777.78 |
| 04/15/04 | 04/14/04 | PURCHASED | FNMA 5.5% MAY 2004 PL TBA SETT 04/15/04 "PAIR OFF" 5.500% 04/15/04 REG DTD 04/13/04 FACTOR 1.0000000000 REM BAL 13,000.000 | 13,000,000.000 | 101.1093 | -27,805.55 | -13,172,024.31 |
| 04/15/04 | 04/14/04 | PURCHASED | FNMA 5.5% MAY 2004 PL TBA SETT 04/15/04 "PAIR OFF" 5.500% 04/15/04 REG DTD 04/13/04 FACTOR 1.0000000000 REM BAL 13,000.000 | 13,000,000.000 | 101.1445 | -27,805.55 | -13,176,594.63 |
| 04/15/04 | 04/14/04 | PURCHASED | FNMA 5.5% MAY 2004 PL TBA SETT 04/16/04 "PAIR OFF" 5.500% 04/15/04 REG DTD 04/13/04 FACTOR 1.0000000000 REM BAL 4,000.000 | 4,000,000.000 | 102.6562 | -8,555.55 | -4,114,805.56 |
| 04/15/04 | 04/14/04 | PURCHASED | FNMA 5.5% MAY 2004 PL TBA SETT 04/15/04 "PAIR OFF" 5.500% 04/15/04 REG DTD 04/13/04 FACTOR 1.0000000000 REM BAL 6,000.000 | 6,000,000.000 | 102.7500 | -12,833.33 | -6,177,833.33 |



DV0000000093207

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/15/04 | 04/14/04 | PURCHASED | FNMA 5.5% MAY 2004 PL TBA SETT 04/15/04 'PAIR OFF' 5.500% 04/15/04 REG DTD 04/13/04 FACTOR 1.0000000000 REM BAL 4,000,000 | 4,000,000.000 | 102.6093 | -8,555.56 | -4,112,930.56 |
| 04/15/04 | 04/14/04 | PURCHASED | FNMA 5.5% MAY 2004 PL TBA SETT 04/15/04 'PAIR OFF' 5.500% 04/15/04 REG DTD 04/13/04 FACTOR 1.0000000000 REM BAL 700,000 | 700,000.000 | 102.3984 | -1,497.22 | -718,266.28 |
| 04/15/04 | 04/14/04 | PURCHASED | FNMA 5.5% MAY 2004 PL TBA SETT 04/15/04 'PAIR OFF' 5.500% 04/15/04 REG DTD 04/13/04 FACTOR 1.0000000000 REM BAL 4,300,000 | 4,300,000.000 | 102.4718 | -9,197.22 | -4,413,337.85 |
| 04/15/04 | 04/14/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 04/15/04 'PAIR OFF' 5.500% 04/15/04 REG DTD 04/13/04 FACTOR 1.0000000000 REM BAL 18,000,000 | -18,000,000.000 | 101.5596 | 38,500.00 | 18,318,343.75 |
| 04/15/04 | 04/14/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 04/15/04 'PAIR OFF' 5.500% 04/15/04 REG DTD 04/13/04 FACTOR 1.0000000000 REM BAL 8,000,000 | -8,000,000.000 | 102.6328 | 17,111.11 | 8,227,735.11 |
| 04/15/04 | 04/14/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 04/15/04 'PAIR OFF' 5.500% 04/15/04 REG DTD 04/13/04 FACTOR 1.0000000000 REM BAL 8,000,000 | -4,000,000.000 | 102.4531 | 8,555.56 | 4,105,680.56 |
| 04/15/04 | 04/14/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 04/15/04 'PAIR OFF' 5.500% 04/15/04 REG DTD 04/13/04 FACTOR 1.0000000000 REM BAL 6,000,000 | -8,000,000.000 | 102.6552 | 17,111.11 | 8,228,611.11 |
| 04/15/04 | 04/14/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 04/15/04 'PAIR OFF' 5.500% 04/15/04 REG DTD 04/13/04 FACTOR 1.0000000000 REM BAL 2,000,000 | -2,000,000.000 | 102.3281 | 4,277.78 | 2,050,840.28 |
| 04/15/04 | 04/14/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 04/15/04 'PAIR OFF' 5.500% 04/15/04 REG DTD 04/13/04 FACTOR 1.0000000000 REM BAL 3,000,000 | -3,000,000.000 | 101.2656 | 6,416.67 | 3,044,385.42 |
| 04/15/04 | 04/14/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 04/15/04 'PAIR OFF' 5.500% 04/15/04 REG DTD 04/13/04 FACTOR 1.0000000000 REM BAL 2,000,000 | -2,000,000.000 | 101.1757 | 4,277.78 | 2,027,753.41 |

Account Number: 727-8591035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiaries from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member NASD and SIPC. Subsidiary of Pershing Investments LLC

# CROCKER SECURITIES LLC
2999 Oak Road • Suite 210 • Walnut Creek, CA 94597
925-943-1560

# Brokerage
## Account Statement

Statement Period: 04/01/2004 - 04/30/2004

## Transactions in Date Sequence (continued)

| Process/ Trade/ Settlement Date | Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/15/04 | | BOND INTEREST RECEIVED | 3016665 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-SU INV FLTR 0.000% 01/15/33 B/E DTD 12/01/03 RD 03/01/03 PD 04/15/04 | | | | 29,583.04 |
| 04/15/04 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-SU INV FLTR 0.000% 01/15/33 B/E DTD 12/01/03 RD 03/31 PD 04/15/04 | | | | 373,712.79 |
| 04/15/04 | 04/15/04 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | 500,000.000 | 79.3125 | | -396,562.50 |
| 04/16/04 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2749 CL-2749-HO 5.750% 02/15/24 B/E RD 03/31 PD 04/15/04 INT CR FOR TRD ADJ 4/1 A/O 3/30/04 | | | | 8,486.04 |
| 04/19/04 | 03/29/04 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HS INV FLTR 0.000% 08/25/33 B/E DTD 03/01/04 SETT ADJ VARIABLE RATE CANCELLED TRADE | 150,000.000 | 99.8750 | -228.12 | -150,040.62 |
| 04/19/04 | 03/29/04 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HS INV FLTR 0.000% 08/25/33 B/E DTD 03/01/04 SD COR VARIABLE RATE CANCELLED TRADE | 850,000.000 | 99.8750 | -1,292.71 | -850,239.21 |
| 04/19/04 | 03/29/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HS INV FLTR 0.000% 08/25/33 B/E DTD 03/01/04 FACTOR .84067634 VARIABLE RATE CORRECTED CONFIRM | -850,000.000 | 99.8750 | 1,088.24 | 714,769.91 |
| 04/19/04 | 03/29/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-16-HS INV FLTR 0.000% 08/25/33 B/E DTD 03/01/04 FAC .84067634BNR2199 VARIABLE RATE CORRECTED CONFIRM | -150,000.000 | 99.8750 | 192.04 | 126,135.86 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, is a subsidiary of The Bank of New York Company, Inc.

D000000000091207



D000000000091207

## Transactions in Date Sequence (continued)

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/19/04 | 03/30/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-1G-HA 5.500% 08/25/33 B/E DTD 03/01/04 FACTOR .84067634D | -5,672,000.000 | 99.7500 | 13,112.87 | 4,769,568.28 |
| 04/20/04 | 04/19/04 | INT CHARGED ON DEBIT BALANCES | CORRECTED CONFIRM MARGIN INTEREST FOR 31 DEBIT DAYS AV BAL 541429371 AVG RATE 3.250 03-20-04 TO 04-19-04 | | | | -15,152.32 |
| 04/26/04 | 04/26/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-52 CL-SZ-CT INV FLTR 0.000% 07/25/32 B/E DTD 05/01/03 FACTOR .43828158000 REM BAL 63,552 | 145,000.000 | 100.0000 | -882.67 | -64,434.95 |
| 04/26/04 | | BOND INTEREST RECEIVED | VARIABLE RATE 597D300 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-1G-HA 5.500% 08/25/33 B/E DTD 03/01/04 | | | | 25,956.66 |
| 04/26/04 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-1G-HA 5.500% 08/25/33 B/E DTD 03/01/04 RD 03/31 PD 04/25/04 | | | | 903,663.80 |
| 04/26/04 | | BOND INTEREST RECEIVED | 100000D FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-1G-HS INV FLTR 0.000% 08/25/33 B/E DTD 03/01/04 RD 03/31 PD 04/25/04 | | | | 7,604.16 |
| 04/26/04 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-16 CL-1G-HS INV FLTR 0.000% 08/25/33 B/E DTD 03/01/04 | | | | 159,323.66 |
| 04/28/04 | 03/31/04 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2T13-SU INV FLTR 0.000% 01/15/33 B/E DTD 12/01/03 FACTOR .08774895700 REM BAL 2,647,092 CANCELLED TRADE | 3,016,665.000 | 103.2500 | | -2,733,122.88 |
| 04/28/04 | 03/31/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2T13-SU INV FLTR 0.000% 01/15/33 B/E DTD 12/01/03 FACTOR CORR BKR 219C VARIABLE RATE CORRECTED CONFIRM | -3,016,665.000 | 103.2500 | | 2,347,264.43 |
| 04/30/04 | 04/14/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2749 CL-2749-HQ 5.750% 02/15/34 B/E DTD 02/01/04 FACTOR 1.00000000D REM BAL 1,771,000 | -1,771,000.000 | 98.0000 | 8,203.17 | 1,743,763.17 |

Clearing Through Pershing A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Securities and Property Insurance LLC.

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 04/01/2004 - 04/30/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/30/04 | 04/15/04 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 CORRECTED CONFIRM | -500,000.000 | 76.0000 | | 381,562.50 |
| 04/30/04 | 04/26/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-30 CL-30-IN 4.000% 04/25/34 B/E DTD 04/01/04 CLB FACTOR 1.000000000 REM BAL 6,170.000 | 6,170,000.000 | 99.3280 | -19,881.11 | -6,148,418.71 |
| 04/30/04 | 04/26/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-30 CL-30-IN 4.000% 04/25/34 B/E DTD 04/01/04 CLB FACTOR 1.000000000 REM BAL 6,170.000 | -6,170,000.000 | 99.5000 | 19,881.11 | 6,159,031.11 |
| 04/30/04 | 04/26/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-30 CL-30-ID 5.500% 04/25/34 B/E DTD 04/01/04 CLB FACTOR 1.000000000 REM BAL 7,598.000 | 7,598,000.000 | 98.2812 | -33,663.36 | -7,501,072.74 |
| 04/30/04 | 04/26/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-30 CL-30-ID 5.500% 04/25/34 B/E DTD 04/01/04 CLB FACTOR 1.000000000 REM BAL 7,598.000 | -7,598,000.000 | 98.6406 | 33,663.36 | 7,528,378.05 |
| 04/30/04 | 04/26/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32-CL-32-CQ 8.000% 03/25/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 3,274.000 | 3,274,000.000 | 106.7500 | -21,099.11 | -3,516,094.11 |
| 04/30/04 | 04/26/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32-CL-32-CQ 8.000% 03/25/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 3,274.000 | -3,274,000.000 | 106.7500 | 21,099.11 | 3,516,094.11 |
| 04/30/04 | | PURCHASED | FHLMC MULTICLASS MTG PARTN CRTS GTD SER-2787 CL-2787-JF "FLTG" 0.000% 04/15/34 B/E DTD 04/01/04 CLB FACTOR 1.000000000 REM BAL 9,500,643 VARIABLE RATE | 9,500,643.000 | 99.0000 | -16,837.25 | -9,422,473.82 |

Clearing Through  Pershing A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, NASD, SIPC, a subsidiary of The Bank of New York Company, Inc.

Account Number: 727-091035
CROCKER SECURITIES LLC

004000000091297

## Transactions in Date Sequence *(continued)*

c000000009 1207

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/30/04 | 04/26/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2787 CL-2787-IF "FLTG" 0.000% 04/15/34 DTD 04/01/04 CLB FACTOR 1.000000000 REM BAL 9,500,643 VARIABLE RATE | -9,500,643.000 | 99.0000 | 16,837.25 | 9,422,473.82 |
| 04/30/04 | 04/26/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2787 CL-2787-IS "INV FLTG" 0.000% 04/15/34 B/E DTD 04/01/04 CLB FACTOR 1.000000000 REM BAL 1,598,172 VARIABLE RATE | 1,598,172.000 | 96.9511 | -24,340.16 | -1,573,785.61 |
| 04/30/04 | 04/26/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2787 CL-2787-IS "INV FLTG" 0.000% 04/15/34 B/E DTD 04/01/04 CLB FACTOR 1.000000000 REM BAL 1,598,172 VARIABLE RATE | -1,598,172.000 | 96.2500 | 24,340.16 | 1,562,580.71 |
| 04/30/04 | 04/26/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2787 CL-2787-KS "FLTG" 0.000% 04/15/34 REG DTD 04/01/04 CLB FACTOR 1.000000000 REM BAL 2,633,500 VARIABLE RATE | 2,633,500.000 | 98.1250 | -18,668.59 | -2,602,790.47 |
| 04/30/04 | 04/26/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2787 CL-2787-KS "FLTG" 0.000% 04/15/34 REG DTD 04/01/04 CLB FACTOR 1.000000000 REM BAL 2,633,500 VARIABLE RATE | -2,633,500.000 | 98.5000 | 18,668.59 | 2,672,666.09 |
| 04/30/04 | 04/28/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-84 CL-84-S "INV FLTR" 0.000% 09/25/33 B/E DTD 08/25/03 FACTOR 0.942192760 REM BAL 9,421,927 VARIABLE RATE | 10,000,000.000 | 84.6687 | -13,085.87 | -7,971,670.34 |
| 04/30/04 | 04/28/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-84 CL-84-S "INV FLTR" 0.000% 09/25/33 B/E DTD 08/25/03 FACTOR 0.942192760 REM BAL 9,421,927 VARIABLE RATE | -10,000,000.000 | 87.8750 | 13,085.87 | 8,292,604.75 |
| 04/30/04 | 04/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-SU INV FLTR 0.000% 07/15/33 B/E DTD 12/01/03 FACTOR 0.753609100 REM BAL 2,273,379 VARIABLE RATE | 3,016,665.000 | 102.6250 | -24,590.57 | -2,357,646.77 |

# CROCKER SECURITIES LLC
2399 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-5040

# Brokerage
## Account Statement

Statement Period: 04/01/2004 - 04/30/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/30/04 | 04/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2713 CL-2713-SU INV FLTR 0.000% 01/15/33 B/E DTD 12/01/03 FACTOR 0.753609100 REM BAL 2,273,379 VARIABLE RATE | -3,016,685.000 | 99.9987 | 24,590.97 | 2,297,280.13 |
| 04/30/04 | 04/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2787 CL-2787-JT "INV FLTG" 0.000% 04/15/24 B/E DTD 04/01/04 CLB FACTOR 1.000000000 REM BAL 274,685 VARIABLE RATE | 274,685.000 | 97.0000 | -2,212.74 | -268,657.19 |
| 04/30/04 | 04/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2787 CL-2787-HW "FLTG" 0.000% 11/15/13 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 3,333,333 VARIABLE RATE | 3,333,333.000 | 99.6692 | -6,712.96 | -3,326,587.63 |
| 04/30/04 | 04/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2787 CL-2787-HW "FLTG" 0.000% 11/15/13 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 3,333,333 VARIABLE RATE | -3,333,333.000 | 99.7500 | 6,712.96 | 3,331,712.63 |
| 04/30/04 | 04/28/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-4 CL-4-SP FLTR 0.000% 08/20/33 B/E DTD 01/01/04 CLB FACTOR 0.940852270 REM BAL 7,246,629 VARIABLE RATE | 7,702,197.000 | 112.0000 | -157,745.54 | -8,273,970.62 |
| 04/30/04 | 04/28/04 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-4 CL-4-SP FLTR 0.000% 08/20/33 B/E DTD 01/01/04 CLB QTY ADJ VARIABLE RATE CORRECTED CONFIRM | -7,702,197.000 | 108.3281 | 157,745.54 | 8,007,883.44 |
| 04/30/04 | 04/29/04 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- WS "FLT" 0.000% 12/25/33 B/E DTD 12/01/03 BKR CORR VARIABLE RATE CORRECTED CONFIRM | 1,314,944.000 | 102.5937 | -19,674.86 | -1,267,161.60 |

c000000009 1237

Account Number: 727-891035
CROCKER SECURITIES LLC



Clearing Through **Pershing**, A BNY Securities Group Co.
Solutions From The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, is a wholly owned subsidiary of The Bank of New York Company, Inc.

D0300000C0921237

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/30/04 | 04/29/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- WS "FLT" 0.000% 12/25/73 B/E DTD 12/01/03 BKR CORR TO 0030 VARIABLE RATE | -1,314,944.000 | 102.5937 | 19,574.86 | 1,257,161.60 |
| 04/30/04 | 04/29/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC CORRECTED CONFIRM TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 8,902.025 | 8,902,025.000 | 96.7500 | -39,440.92 | -8,652,190.11 |
| 04/30/04 | 04/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 10.000 | -10,000.000 | 95.6250 | 44.31 | 9,606.81 |
| 04/30/04 | 04/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2783 CL-2783-FJ FLTR RATE 0.000% 11/15/33 REG DTD 04/01/04 FACTOR 1.000000000 REM BAL 10,065.500 | 10,065,500.000 | 99.6250 | -21,892.46 | -10,049,646.84 |
| 04/30/04 | 04/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2783 CL-2783-FJ FLTR RATE 0.000% 11/15/33 REG DTD 04/01/04 FACTOR 1.000000000 REM BAL 10,065.500 VARIABLE RATE | -10,065,500.000 | 99.3750 | 21,892.46 | 10,024,483.09 |
| 04/30/04 | 04/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2783 CL-2783-SH INV FLTR RATE 0.000% 11/15/33 REG DTD 04/01/04 FACTOR 1.000000000 REM BAL 1,381.500 VARIABLE RATE | 1,381,500.000 | 99.4791 | -17,546.33 | -1,391,851.06 |
| 04/30/04 | 04/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2783 CL-2783-SH INV FLTR RATE 0.000% 11/15/33 REG DTD 04/01/04 FACTOR 1.000000000 REM BAL 1,381.500 VARIABLE RATE | -1,381,500.000 | 95.7500 | 17,546.33 | 1,340,332.58 |
| 04/30/04 | 04/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2783 CL-2783-SJ INV FLTR RATE 0.000% 11/15/33 REG DTD 04/01/04 FACTOR 1.000000000 REM BAL 5,000.000 VARIABLE RATE | 5,000,000.000 | 99.5625 | -33,430.56 | -5,011,555.56 |
| 04/30/04 | 04/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2783 CL-2783-SJ INV FLTR RATE 0.000% 11/15/33 REG DTD 04/01/04 FACTOR 1.000000000 REM BAL 5,000.000 VARIABLE RATE | -5,000,000.000 | 98.3400 | 33,430.56 | 4,950,430.56 |

# CROCKER SECURITIES LLC

3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

**Statement Period: 04/01/2004 - 04/30/2004**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/30/04 | 04/29/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17 KD 5.500% 03/16/34 B/E DTD 03/01/04 FACTOR 1.000000000 REM BAL 4,000.000 | 4,000,000.000 | 99.8750 | -17,722.22 | -4,012,722.22 |
| 04/30/04 | 04/29/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17 KD 5.500% 03/16/34 B/E DTD 03/01/04 FACTOR 1.000000000 REM BAL 4,000.000 | -4,000,000.000 | 98.7500 | 17,722.22 | 3,967,722.22 |
| 04/30/04 | 04/30/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32- CL-32-CP 4.500% 03/25/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 8,187.000 | 8,187,000.000 | 99.1599 | -29,677.88 | -8,141,900.94 |
| 04/30/04 | 04/30/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32- CL-32-CP 4.500% 03/25/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 8,187.000 | -3,500,000.000 | 98.0000 | 12,687.50 | 3,442,687.50 |
| 04/30/04 | 04/30/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32- CL-32-CP 4.500% 03/29/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 3,500.000 | -1,000,000.000 | 98.6240 | 3,625.00 | 991,855.00 |
| 04/30/04 | 04/30/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32- CL-32-CP 4.500% 03/25/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 1,000.000 | -3,667,000.000 | 99.1593 | 13,365.33 | 3,669,371.72 |
| 04/30/04 | 04/30/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2649 CL-2649-JS INV FLTR 0.000% 07/15/33 B/E DTD 07/15/03 FACTOR 1.000000000 REM BAL 6,500.000 VARIABLE RATE | 6,500,000.000 | 72.6875 | -30,807.29 | -4,755,494.79 |
| 04/30/04 | 04/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2649 CL-2649-JS INV FLTR 0.000% 07/15/33 B/E DTD 07/15/03 FACTOR 1.000000000 REM BAL 6,500.000 VARIABLE RATE | -6,500,000.000 | 76.0000 | 30,807.29 | 4,970,807.29 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing a BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing, member NYSE SIPC, is a service of Pershing Division of DLJ Securities LLC

00000000009 1297



Case 3:08-cv-03141-WHA   Document 15   Filed 07/01/2008   Page 94 of 143

D030000000CS1207

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/30/04 | 04/30/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CFFS GTD SER-2749 CL-2749-HQ 5.750% 02/15/24 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 1,771,000 | 1,771,000.000 | 98.0625 | -8,203.17 | -1,744,890.05 |
| 04/30/04 | 04/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CFFS GTD SER-2749 CL-2749-HQ 5.750% 02/15/24 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 85,000 | -85,000.000 | 96.7500 | 393.72 | 82,631.22 |
| 04/30/04 | 04/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CFFS GTD SER-2749 CL-2749-HQ 5.750% 02/15/24 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 250,000 | -250,000.000 | 96.8750 | 1,157.99 | 243,345.49 |
| 04/30/04 | 04/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CFFS GTD SER-2749 CL-2749-HQ 5.750% 02/15/24 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 50,000 | -50,000.000 | 96.7500 | 231.60 | 48,606.60 |
| 04/30/04 | 04/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CFFS GTD SER-2749 CL-2749-HQ 5.750% 02/15/24 B/E DTD 02/01/04 FACTOR 1.000000000 REM BAL 73,000 | -73,000.000 | 96.8750 | 338.13 | 70,874.38 |
| 04/30/04 | 04/30/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CFFS GTD SER-2781 CL-2781-SJ "INV FLTG" DTD 02/01/04 FACTOR 1.000000000 REM BAL 1,000,000 VARIABLE RATE | 1,000,000,000.00 | 99.0000 | -21,025.00 | -1,011,025.00 |
| 04/30/04 | 04/30/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2002-69 CL-69-SC "INV FLTG" 0.000% 02/20/32 REG DTD 10/20/02 CLB FACTOR 1.000000000 REM BAL 4,616,250 VARIABLE RATE | 4,616,250.000 | 103.1250 | -18,054.67 | -4,778,552.48 |
| 04/30/04 | 04/30/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2002-69 CL-69-SC "INV FLTG" 0.000% 02/20/32 REG DTD 10/20/02 CLB FACTOR 1.000000000 REM BAL 4,616,250 VARIABLE RATE | -4,616,250.000 | 100.6250 | 18,054.67 | 4,663,156.23 |

**Total Value of all Transactions**      -52,517,194.23

The price and quantity displayed may have been rounded.

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through Pershing A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, AMEX, NASD, PHLX, SIPC, Principal Markets and Pershing Protected Accounts LLC

Page 14 of 14



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

D000100006949

հԱ..ԱԱԱ..ԱԱ.Ա..հԱ..հԱ.Ա.Ա..Ա..Ա..ԱԱ

CROCKER SECURITIES LLC
- - TAXABLE TRADE #2 - -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597 - 7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

# Brokerage
## Account Statement

Account Number: 727-891035
Statement Period: 05/01/2004 - 05/31/2004

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$728,078.60 |
| Dividends/Interest | 58,862.26 |
| Change in Account Value | 1,316,685.35 |
| Ending Account Value | $677,469.01 |

| Estimated Annual Income | $4,750.00 |
|---|---|

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Fixed Income | | | |
| Cash and Cash Equivalents | 9,783,837.14 | 4,638,475.16 | 100% |
| | -10,511,915.74 | -3,961,006.15 | 0% |
| **Account Total** | **-$728,078.60** | **$677,469.01** | **100%** |

Your Account is 100% invested in Fixed Income.

Clearing Through Pershing    A BNY Securities Group Co.    One Pershing Plaza, Jersey City, New Jersey 07399
SalvMart from The Bank of New York    Member NASD, NYSE, SIPC. Statements of Pershing reconciled to LLC

D000000094949

# Customer Service Information

**Your Investment Advisor:**
Identification Number: RDG
DOUG GREEN
Telephone Number: (561) 361-4803
Fax Number: (561) 362-5261

**Service Hours:** Weekdays 08:00 a.m. - 05:00 p.m. PST
**Customer Service Telephone Number:** (800) 941-2895

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | **Cash and Cash Equivalents   0.00% of Portfolio** | | | | | |
| | Margin Balance | -10,511,915.74 | -3,961,006.15 | | | |
| | **Total Cash and Cash Equivalents** | **-$10,511,915.7** | **-$3,961,006.15** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income   100.00% of Portfolio** (in Maturity Date Sequence) | | | | | |
| 145,000.000M | **Asset Backed Securities** | | | | | |
| | FNMA GTD REMIC PASS THRU CTF REMIC | 103.4390 | 43,097.61 | 0.00 | | |
| | TR-2003-52 CL-52-OI INV FLTR | | | | | |
| | 0.000% 07/25/32 B/E DTD 05/01/03 | | | | | |
| | *Security Identifier: 31393CL76 Factor: 0.28734316* | | | | | |
| 632,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC | 97.4340 | 615,782.88 | 2,844.00 | | |
| | TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E | | | | | |
| | DTD 05/01/04 | | | | | |
| | *Security Identifier: 31393YX9 Factor: 1.00000000* | | | | | |
| 4,000,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC | 91.5960 | 3,663,840.00 | 16,500.00 | | |
| | TR-2004-17 CL-17-AD 5.500% 03/16/34 B/E | | | | | |
| | DTD 03/01/04 | | | | | |
| | *Security Identifier: 38374FYK4 Factor: 1.00000000* | | | | | |
| 274,685.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD | 92.9490 | 223,050.82 | 0.00 | | |
| | SER-2787 CL-2787-AT "INV FLTG" | | | | | |
| | 0.000% 04/15/34 B/E DTD 04/01/04 CLB | | | | | |
| | *Security Identifier: 3139AWBS6 Factor: 0.87362320* | | | | | |
| | **Total Asset Backed Securities** | | **$4,545,771.31** | **$19,344.00** | **$0.00** | |

Account Number: 727-891635
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solution from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC. Subsidiary of Pershing Group LLC.

0000000094949

# CROCKER
## SECURITIES LLC
2999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540

# *Brokerage*
## *Account Statement*

Statement Period: 05/01/2004 - 05/31/2004

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** *(continued)* | | | | | |
| | **Municipal Bonds** | | | | | |
| 95,000.00 ¤ | WEBER CNTY UTAH HOSP REV H/C HEALTH SERV 5.000% 08/15/30 DTD 00/15/99 CALLABLE 08/15/09 @ 101.000 *Security Identifier 94764CC3* | 97.5830 | 92,703.85 | 1,359.03 | 4,750.00 | 5.12% |
| | **Total Municipal Bonds** | | $92,703.85 | $1,359.03 | $4,750.00 | |
| | **Total Fixed Income** | | **$4,638,475.16** | **$20,703.03** | **$4,750.00** | |

| Description | | Market Value | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | | **$677,469.01** | **$4,750.00** |

¤ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information

pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your investment background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives of financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Account Number: 717-8971035
CROCKER SECURITIES LLC

Clearing Through *Pershing* A BNY Securities Group Co.
Services from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, & SIPC. Clearing brokerage. Pershing Services, Inc., member.

Page 3 of 16



D000000000094319

# Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/03/04 | 04/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32- CL-32-CG 5.000% 05/25/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 8,892,025 | -8,892,025.000 | 95.0000 | 2,717.01 | 8,450,140.76 |
| 05/04/04 | 04/29/04 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- WS "FLT" 0.000% 12/25/33 B/E DTD 12/01/03 BKR CORR TO 0030 VARIABLE RATE CANCELLED TRADE | 1,314,944.000 | 102.5937 | -19,674.86 | -1,287,161.60 |
| 05/04/04 | 05/04/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17-KD 5.000% 03/16/34 B/E DTD 03/01/04 FACTOR 1.000000000 REM BAL 4,000,000 | 4,000,000.000 | 98.7812 | -1,833.33 | -3,953,083.33 |
| 05/05/04 | 05/04/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2749 CL-2749-HQ 5.3769% 02/15/34 B/E DTD 02/01/04 PX CORR BKR 2865 CORRECTED CONFIRM | -200,000.000 | 96.6250 | 127.78 | 193,377.78 |
| 05/07/04 | 04/30/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2781 CL-2781-SI "INV FLTG" 0.000% 05/15/34 B/E DTD 04/01/04 FACTOR 93000096 VARIABLE RATE CORRECTED CONFIRM | -1,000,000.000 | 99.2500 | 4,045.85 | 927,150.71 |
| 05/11/04 | 05/10/04 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | 500,000.000 | 76.3125 | | -381,562.50 |
| 05/13/04 | 04/29/04 | PURCHASED | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 "PAIR OFF" 5.500% 05/13/04 REG DTD 04/13/04 FACTOR 1.000000000 REM BAL 3,000,000 | 3,000,000.000 | 100.5468 | -5,500.00 | -3,021,906.25 |
| 05/13/04 | 04/29/04 | PURCHASED | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 "PAIR OFF" 5.500% 05/13/04 REG DTD 04/13/04 FACTOR 1.000000000 REM BAL 4,000,000 | 4,000,000.000 | 99.9218 | -7,333.33 | -4,004,208.33 |
| 05/13/04 | 04/29/04 | PURCHASED | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 "PAIR OFF" 5.500% 05/13/04 REG DTD 04/13/04 FACTOR 1.000000000 REM BAL 10,000,000 | 10,000,000.000 | 100.4218 | -18,333.33 | -10,060,520.83 |
| 05/13/04 | 04/29/04 | PURCHASED | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 "PAIR OFF" 5.500% 05/13/04 REG DTD 04/13/04 FACTOR 1.000000000 REM BAL 8,000,000 | 8,000,000.000 | 100.3750 | -14,666.67 | -8,044,666.67 |

DO00000CC004949

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing, A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing a division of Donaldson, Lufkin & Jenrette Securities Corporation, member NYSE, SIPC

Page 4 of 16



# CROCKER SECURITIES LLC
3339 Mt. Diablo Road • Suite 110 • Walnut Creek, CA 94597
925-941-1646

# Brokerage
# Account Statement

Statement Period: 05/01/2004 - 05/31/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/13/04 | 04/28/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 "PAIR OFF" 5.500% 05/13/04 REG DTD 04/13/04 FACTOR 1.00000000 REM BAL 5,000,000 | -5,000,000.000 | 100.7812 | 9,166.67 | 5,048,229.17 |
| 05/13/04 | 04/28/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 "PAIR OFF" 5.500% 05/13/04 REG DTD 04/13/04 FACTOR 1.00000000 REM BAL 20,000,000 | -20,000,000.000 | 101.3359 | 36,666.67 | 20,303,854.17 |
| 05/13/04 | 05/10/04 | CORRECTED PURCHASE | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 "PAIR OFF" 5.500% 05/13/04 REG DTD 04/13/04 PX CHGE BKR 0030 CORRECTED CONFIRM | 550,000.000 | 100.3281 | -1,008.33 | -552,813.02 |
| 05/13/04 | 05/10/04 | PURCHASED | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 "PAIR OFF" 5.500% 05/13/04 REG DTD 04/13/04 FACTOR 1.00000000 REM BAL 11,000,000 | 11,000,000.000 | 100.7500 | -20,166.67 | -11,102,666.67 |
| 05/13/04 | 05/10/04 | PURCHASED | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 "PAIR OFF" 5.500% 05/13/04 REG DTD 04/13/04 FACTOR 1.00000000 REM BAL 9,000,000 | 9,000,000.000 | 101.3125 | -16,500.00 | -9,134,625.00 |
| 05/13/04 | 05/10/04 | PURCHASED | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 "PAIR OFF" 5.500% 05/13/04 REG DTD 04/13/04 FACTOR 1.00000000 REM BAL 2,450,000 | 2,450,000.000 | 101.1800 | -4,491.67 | -2,483,401.67 |
| 05/13/04 | 05/10/04 | PURCHASED | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 "PAIR OFF" 5.500% 05/13/04 REG DTD 04/13/04 FACTOR 1.00000000 REM BAL 6,000,000 | 6,000,000.000 | 98.0468 | -11,000.00 | -5,893,812.50 |
| 05/13/04 | 05/10/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 "PAIR OFF" 5.500% 05/13/04 REG DTD 04/13/04 FACTOR 1.00000000 REM BAL 13,000,000 | -13,000,000.000 | 100.7812 | 23,833.33 | 13,125,395.83 |
| 05/13/04 | 05/10/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 "PAIR OFF" 5.500% 05/13/04 REG DTD 04/13/04 FACTOR 1.00000000 REM BAL 4,000,000 | -4,000,000.000 | 101.0937 | 7,333.33 | 4,051,083.33 |

D000000000094949

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399



D00000000094919

# Transactions in Date Sequence *(continued)*

| Process/ Trade/ Settlement Date | Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/13/04 | 05/10/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 / "PAIR OFF" 5.500% 05/13/04 REG / REM BAL 4,000,000 / DTD 04/13/04 FACTOR 1.0000000000 | -4,000,000.000 | 100.8437 | 7,333.33 | 4,041,083.33 |
| 05/13/04 | 05/10/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 REG / "PAIR OFF" 5.500% 05/13/04 REG / REM BAL 2,000,000 / DTD 04/13/04 FACTOR 1.0000000000 | -2,000,000.000 | 100.0468 | 3,666.67 | 2,004,604.17 |
| 05/13/04 | 05/10/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 / "PAIR OFF" 5.500% 05/13/04 REG / REM BAL 6,000,000 / DTD 04/13/04 FACTOR 1.0000000000 | -6,000,000.000 | 100.4062 | 11,000.00 | 6,035,375.00 |
| 05/13/04 | 05/11/04 | PURCHASED | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 / "PAIR OFF" 5.500% 05/13/04 REG / REM BAL 20,000,000 / DTD 04/13/04 FACTOR 1.0000000000 | 20,000,000.000 | 98.1875 | -36,666.67 | -19,674,166.67 |
| 05/13/04 | 05/11/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 / "PAIR OFF" 5.500% 05/13/04 REG / REM BAL 5,000,000 / DTD 04/13/04 FACTOR 1.0000000000 | -5,000,000.000 | 100.4062 | 9,166.67 | 5,029,479.17 |
| 05/13/04 | 05/11/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 / "PAIR OFF" 5.500% 05/13/04 REG / REM BAL 5,000,000 / DTD 04/13/04 FACTOR 1.0000000000 | -5,000,000.000 | 100.1250 | 9,166.67 | 4,915,416.67 |
| 05/13/04 | 05/11/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 / "PAIR OFF" 5.500% 05/13/04 REG / REM BAL 3,000,000 / DTD 04/13/04 FACTOR 1.0000000000 | -3,000,000.000 | 100.0625 | 5,500.00 | 3,007,375.00 |
| 05/13/04 | 05/11/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 / "PAIR OFF" 5.500% 05/13/04 REG / REM BAL 7,000,000 / DTD 04/13/04 REG | -7,000,000.000 | 99.6093 | 12,833.33 | 6,985,489.58 |
| 05/13/04 | 05/12/04 | PURCHASED | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 REG / "PAIR OFF" 5.500% 05/13/04 REG / REM BAL 34,000,000 / DTD 04/13/04 FACTOR 1.0000000000 | 34,000,000.000 | 98.5970 | -62,333.33 | -33,585,320.13 |
| 05/13/04 | 05/12/04 | SOLD | FNMA 5.5% MAY 2004 PL TBA SETT 05/13/04 REG / "PAIR OFF" 5.500% 05/13/04 REG / DTD 04/13/04 FACTOR 1.0000000000 / REM BAL 34,000,000 | -34,000,000.000 | 100.0124 | 62,333.33 | 34,066,552.73 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

Page 6 of 16

**CROCKER SECURITIES LLC**
2399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage Account Statement**

Statement Period: 05/01/2004 - 05/31/2004

## Transactions in Date Sequence *(continued)*

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/17/04 | | BOND INTEREST RECEIVED | 1313000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2749 CL-2749-HQ 5.750% 02/15/34 B/E DTD 02/01/04 RD 04/30 PD 05/15/04 | | | | 6,291.46 |
| 05/17/04 | | BOND INTEREST RECEIVED | 274685 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2787 CL-2787-JT "INV FLTG" 0.000% 04/15/34 B/E DTD 04/01/04 CLB RD 04/30 PD 05/15/04 | | | | 2,289.04 |
| 05/17/04 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2787 CL-2787-JT "INV FLTG" 0.000% 04/15/34 B/E DTD 04/01/04 CLB RD 04/30 PD 05/15/04 | | | | 34,713.81 |
| 05/17/04 | | BOND INTEREST RECEIVED | 1000000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2781 CL-2781-SL "INV FLTG" 0.000% 06/15/34 B/E DTD 04/01/04 RD 04/30 PD 05/15/04 | | | | 21,750.00 |
| 05/17/04 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2781 CL-2781-SL "INV FLTG" 0.000% 06/15/34 B/E DTD 04/01/04 RD 04/30 PD 05/15/04 | | | | 69,919.54 |
| 05/20/04 | 05/19/04 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 30 DEBIT DAYS AV BAL. 490428.46 AVG RATE 3.250 04-20-04 TO 05-19-04 | | | | -13,282.55 |
| 05/25/04 | | BOND INTEREST RECEIVED | 145000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-52 CL-52-DT INV FLTR 0.000% 07/25/32 B/E DTD 05/01/03 | | | | 1,059.20 |
| 05/25/04 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-52 CL-52-DT INV FLTR 0.000% 07/25/32 B/E DTD 05/01/03 RD 04/30 PD 05/25/04 | | | | 21,887.52 |
| 05/25/04 | | BOND INTEREST RECEIVED | 8892025 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 RD 04/30 PD 05/25/04 | | | | 40,755.11 |

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, a subsidiary of The Bank of New York Co., Inc.

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

DO1000000009419



## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/27/04 | 05/24/04 | PURCHASED | WEBER CNTY UTAH HOSP REV IHC HEALTH SERV 5.000% 08/15/30 DTD 01/15/09 YLD 5.175 TO MAT | 95,000.000 | 97.5000 | -1,345.83 | -93,970.83 |
| 05/27/04 | 05/26/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-T29- WS "FLT" 0.000% 12/25/33 B/E DTD 12/01/03 FACTOR 0.65990217000 REM BAL 1,130,/23 VARIABLE RATE | -1,314,944.000 | 93.4687 | 16,169.78 | 1,073,242.62 |
| 04/29/04 | 04/29/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-T29- WS "FLT" 0.000% 12/25/33 B/E DTD 12/01/03 .65990217 VARIABLE RATE CORRECTED CONFIRM | -1,314,944.000 | 102.5937 | 16,999.39 | 1,177,050.72 |
| 04/30/04 | 04/30/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2749 CL-2749-HQ 5.750% 02/15/24 B/E DTD 02/01/04 PX CH CORRECTED CONFIRM | -1,713,000.000 | 94.7812 | 4,799.81 | 1,059,715.12 |
| 05/04/04 | 05/04/04 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17-KD 5.500% 03/16/34 B/E DTD 03/01/04 PX CH CORRECTED CONFIRM | -4,000,000.000 | 95.7500 | 16,500.00 | 3,846,500.00 |
| 05/28/04 | 05/20/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2749 CL-2749-HQ 5.750% 02/15/24 B/E DTD 02/01/04 FACTOR 1.00000000000 REM BAL 1,113,000 | 1,113,000.000 | 94.8125 | -4,799.81 | -1,060,062.94 |
| 05/28/04 | 05/20/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2749 CL-2749-HQ 5.750% 02/15/24 B/E DTD 02/01/04 FACTOR 1.00000000000 REM BAL 11,000 | -11,000.000 | 96.8750 | 47.44 | 10,703.69 |
| 05/28/04 | 05/20/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2749 CL-2749-HQ 5.750% 02/15/24 B/E DTD 02/01/04 FACTOR 1.00000000000 REM BAL 100,000 | -100,000.000 | 93.0000 | 431.25 | 93,431.25 |
| 05/28/04 | 05/20/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2749 CL-2749-HQ 5.750% 02/15/24 B/E DTD 02/01/04 FACTOR 1.00000000000 REM BAL 802,000 | -802,000.000 | 92.3750 | 3,458.63 | 744,306.13 |
| 05/28/04 | 05/20/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2749 CL-2749-HQ 5.750% 02/15/24 B/E DTD 02/01/04 FACTOR 1.00000000000 REM BAL 200,000 | -200,000.000 | 92.3750 | 862.50 | 185,612.50 |

EE0000000094949

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Solutions That Build A Better World

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member NYSE, NASD, SIPC, Financial Intermediary of BNY Securities LLC

Page 8 of 16

# CROCKER SECURITIES LLC
3390 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-5456



## Brokerage Account Statement

**Statement Period: 05/01/2004 - 05/31/2004**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/28/04 | 05/24/04 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-T29 CL-T29- WS "FLT" 0.000% 12/25/33 B/E DTD 12/01/03 PRICE CHANGE VARIABLE RATE CORRECTED CONFIRM | 1,314,944.000 | 102.6562 | -16,998.39 | -1,171,757.59 |
| 05/28/04 | 05/25/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-37 CL-37-KF FLTR 0.000% 03/25/34 B/E DTD 05/01/04 FACTOR 1.000000000 REM BAL 3,362,250 VARIABLE RATE | 3,362,250.000 | 99.7500 | -5,673.80 | -3,359,518.18 |
| 05/28/04 | 05/25/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-37 CL-37-KF FLTR 0.000% 03/25/34 B/E DTD 05/01/04 FACTOR 1.000000000 REM BAL 3,362,250 VARIABLE RATE | -3,362,250.000 | 99.7500 | 5,673.80 | 3,359,518.18 |
| 05/28/04 | 05/25/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-37 CL-37-XS INV FLTR 0.000% 03/25/34 B/E DTD 05/01/04 FACTOR 1.000000000 REM BAL 1,120,750 VARIABLE RATE | 1,120,750.000 | 95.0000 | -14,499.70 | -1,079,212.20 |
| 05/28/04 | 05/25/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-37 CL-37-XS INV FLTR 0.000% 03/25/34 B/E DTD 05/01/04 FACTOR 1.000000000 REM BAL 1,120,750 VARIABLE RATE | -1,120,750.000 | 95.7500 | 14,499.70 | 1,087,617.83 |
| 05/28/04 | 05/25/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-37 CL-37-XS INV FLTR 0.000% 03/25/34 B/E DTD 05/01/04 FACTOR 1.000000000 REM BAL 2,000,000 VARIABLE RATE | 2,000,000.000 | 96.2500 | -29,400.00 | -1,954,400.00 |
| 05/28/04 | 05/25/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-37 CL-37-XS INV FLTR 0.000% 03/25/34 B/E DTD 05/01/04 FACTOR 1.000000000 REM BAL 2,000,000 VARIABLE RATE BUY TO SELL VARIABLE RATE CORRECTED CONFIRM | -2,000,000.000 | 29.4000 | 29,400.00 | 1,921,500.00 |

c000000000094949

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Services from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing, a member of NYSE, SIPC. Subsidiary of The Pershing companies LLC



## Transactions in Date Sequence *(continued)*

D000000094549

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/28/04 | 05/25/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR:2004-37 CL-37-YA 6.000% 03/25/34 B/E DTD 05/01/04 FACTOR 1.0000000000 REM BAL 517,000 | 517,000.000 | 98.5625 | -2,326.50 | -511,894.63 |
| 05/28/04 | 05/25/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR:2004-37 CL-37-YA 6.000% 03/25/34 B/E DTD 05/01/04 FACTOR 1.0000000000 REM BAL 233,000 | 233,000.000 | 99.0000 | -1,048.50 | -231,718.50 |
| 05/28/04 | 05/25/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR:2004-37 CL-37-YA 6.000% 03/25/34 B/E DTD 05/01/04 FACTOR 1.0000000000 REM BAL 250,000 | -250,000.000 | 98.7500 | 1,125.00 | 248,000.00 |
| 05/28/04 | 05/25/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR:2004-37 CL-37-YA 6.000% 03/25/34 B/E DTD 05/01/04 FACTOR 1.0000000000 REM BAL 500,000 | -500,000.000 | 98.7500 | 2,250.00 | 496,000.00 |
| 05/28/04 | 05/25/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR:2004-37 CL-37-YF FLTR 0.000% 03/25/34 B/E DTD 05/01/04 FACTOR 1.0000000000 REM BAL 8,000,000 | 8,000,000.000 | 99.6875 | -15,600.00 | -7,990,600.00 |
| 06/28/04 | 05/25/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR:2004-37 CL-37-YF FLTR VARIABLE RATE 0.000% 03/25/34 B/E DTD 05/01/04 FACTOR 1.0000000000 REM BAL 8,000,000 | -8,000,000.000 | 99.6875 | 15,600.00 | 7,990,600.00 |
| 05/28/04 | 05/25/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR:2004-42 CL-42-KA 6.000% 08/25/33 REG DTD 05/01/04 FACTOR 1.0000000000 REM BAL 10,000,000 | 10,000,000.000 | 99.0000 | -45,000.00 | -9,945,000.00 |
| 05/28/04 | 05/25/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR:2004-42 CL-42-KA 6.000% 08/25/33 REG DTD 05/01/04 BUY TO SELL CORRECTED CONFIRM | -100,000.000 | 99.2500 | 450.00 | 99,700.00 |
| 05/28/04 | 05/25/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR:2004-42 CL-42-KA 6.000% 08/25/33 REG DTD 05/01/04 FACTOR 1.0000000000 REM BAL 1,000,000 | -1,000,000.000 | 99.2500 | 4,500.00 | 990,750.00 |
| 05/28/04 | 05/25/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR:2004-42 CL-42-KA 6.000% 08/25/33 REG DTD 05/01/04 FACTOR 1.0000000000 REM BAL 860,000 | -860,000.000 | 99.2500 | 3,870.00 | 857,420.00 |

Clearing through **Pershing** A BNY Securities Group Co. Subject to terms of the Bank of New York



# CROCKER SECURITIES LLC
2999 Oak Road • Suite 210 • Walnut Creek, CA 94597
925-941-1540

## Brokerage
## Account Statement

**Statement Period: 05/01/2004 - 05/31/2004**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/28/04 | 05/25/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KA 6.000% 08/25/33 REG<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 2,500,000 | -2,500,000.000 | 99.2500 | 11,250.00 | 2,492,500.00 |
| 05/28/04 | 05/25/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KA 6.000% 08/25/33 REG<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 2,000,000 | -2,000,000.000 | 98.8125 | 9,000.00 | 1,985,250.00 |
| 05/28/04 | 05/25/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KA 6.000% 08/25/33 REG<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 2,000,000 | -2,000,000.000 | 99.2500 | 9,000.00 | 1,994,000.00 |
| 05/28/04 | 05/25/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KA 6.000% 08/25/33 REG<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 80,000 | -80,000.000 | 99.2500 | 360.00 | 79,760.00 |
| 05/28/04 | 05/25/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KA 6.000% 08/25/33 REG<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 1,060,000 | -1,060,000.000 | 99.2600 | 4,770.00 | 1,056,820.00 |
| 05/28/04 | 05/25/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KA 6.000% 08/25/33 REG<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 100,000 | -100,000.000 | 99.2500 | 450.00 | 99,700.00 |
| 05/28/04 | 05/25/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KA 6.000% 08/25/33 REG<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL 3,326,000 | -300,000.000 | 99.2000 | 1,350.00 | 297,600.00 |
| 05/28/04 | 05/26/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2781-K CL-2781-K 5.500% 04/15/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL 3,326,000 | 3,326,000.000 | 94.0000 | -13,719.75 | -3,140,159.75 |
| 05/28/04 | 05/25/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2781-K CL-2781-K 5.500% 04/15/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL 3,326,000 | -3,326,000.000 | 90.0000 | 13,719.75 | 3,007,719.75 |

Account Number: 7I7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** · A BNY SecuritiesGroup Co.
Solutionsfrom The Bank of NewYork

One Pershing Plaza, Jersey City, New Jersey 07399
PershingLLC, member NASD, NYSE, SIPC is an exclusively introduced firm. Pershing executes and clears securities transactions LLC

Page 11 of 16




D030000100014349

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/28/04 | 05/26/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791 CL-2791-ID 6.000% 12/15/33 B/E DTD 05/01/04 CLB FACTOR 1.000000000 REM BAL 4,480,000 | 4,480,000.000 | 99.5625 | -20,160.00 | -4,480,560.00 |
| 05/28/04 | 05/26/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791 CL-2791-ID 6.000% 12/15/33 B/E DTD 05/01/04 CLB FACTOR 1.000000000 REM BAL 4,000,000 | -4,000,000.000 | 99.6875 | 18,000.00 | 4,005,500.00 |
| 05/28/04 | 05/26/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791 CL-2791-IE 6.000% 12/15/33 B/E DTD 05/01/04 CLB FACTOR 1.000000000 REM BAL 480,000 | -480,000.000 | 99.7500 | 2,160.00 | 480,960.00 |
| 05/28/04 | 05/26/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791 CL-2791-IE 6.000% 05/15/24 B/E DTD 05/01/04 CLB FACTOR 1.000000000 REM BAL 5,000,000 | 5,000,000.000 | 97.8750 | -22,500.00 | -4,916,250.00 |
| 05/28/04 | 05/26/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791 CL-2791-IE 6.000% 05/15/24 B/E DTD 05/01/04 CLB FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 98.7500 | 2,250.00 | 496,000.00 |
| 05/28/04 | 05/26/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791 CL-2791-IE 6.000% 05/15/24 B/E DTD 05/01/04 CLB FACTOR 1.000000000 REM BAL 4,500,000 | -4,500,000.000 | 98.6562 | 20,250.00 | 4,459,781.25 |
| 05/28/04 | 05/26/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791 CL-2791-DD 6.000% 12/15/33 REG DTD 05/01/04 FACTOR 1.000000000 REM BAL 5,520,000 | 5,520,000.000 | 99.5625 | -24,840.00 | -5,520,690.00 |
| 05/28/04 | 05/26/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791 CL-2791-DD 6.000% 12/15/33 REG DTD 05/01/04 FACTOR 1.000000000 REM BAL 5,520,000 | -5,520,000.000 | 99.5000 | 24,840.00 | 5,517,240.00 |
| 05/28/04 | 05/26/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17-KD 5.500% 03/16/34 B/E DTD 03/01/04 FACTOR 1.000000000 REM BAL 4,000,000 | 4,000,000.000 | 95.7812 | -16,500.00 | -3,847,750.00 |
| 05/28/04 | 05/27/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32 CL-32-CG 5.500% 05/25/24 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 8,892,025 | 8,892,025.000 | 94.7500 | -36,679.60 | -8,461,873.29 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Solutions from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Member of Pershing Group of Pershing companies LLC

Page 12 of 16



CROCKER
SECURITIES LLC
2999 Oak Road • Suite 150 • Walnut Creek, CA 94597
925-941-1540



# Brokerage
## Account Statement

Statement Period: 05/01/2004 - 05/31/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR:2004-32: CL-32-CG 5.500% 05/23/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 3,226,000 | -3,226,000.000 | 94.0000 | 13,719.75 | 3,140,159.75 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR:2004-32: CL-32-CG 5.500% 05/23/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 20,000 | -20,000.000 | 90.6250 | 82.50 | 18,207.50 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR:2004-32: CL-32-CG 5.500% 05/23/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 100,000 | -100,000.000 | 90.6250 | 412.50 | 91,037.50 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR:2004-32: CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 121,000 | -121,000.000 | 90.6250 | 499.13 | 110,155.38 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR:2004-32: CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 25,000 | -25,000.000 | 89.7500 | 103.13 | 22,540.63 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR:2004-32: CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 101,000 | -101,000.000 | 89.8750 | 416.63 | 91,190.38 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR:2004-32: CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 115,000 | -115,000.000 | 89.7500 | 474.33 | 103,865.88 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR:2004-32: CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 10,000 | -10,000.000 | 90.7500 | 41.25 | 9,116.25 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR:2004-32: CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 250,000 | -250,000.000 | 90.5000 | 1,031.25 | 227,281.25 |

Clearing Through Pershing ▪ A BNY Securities Group Co.
Stationed from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Member of all Pershing Partners and BNY Securities Group Co.

Account Number: 727-891035
CROCKER SECURITIES LLC

DD000000059949

# Transactions in Date Sequence *(continued)*

D010000000094949

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL 100,000 | -100,000.000 | 90.6250 | 412.50 | 91,037.50 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL 100,000 | -100,000.000 | 90.7500 | 412.50 | 91,162.50 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL 100,000 | -100,000.000 | 90.7500 | 412.50 | 91,162.50 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL 100,000 | -100,000.000 | 91.7500 | 412.50 | 92,162.50 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL 4,524,025 | -4,524,025.000 | 90.7500 | 18,661.60 | 4,124,214.29 |
| 05/28/04 | 05/27/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KC 6.000% 06/25/34 B/E<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 7,329,833 | 7,329,833.000 | 97.2500 | -32,984.25 | -7,161,246.84 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KC 6.000% 06/25/34 B/E<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 108,000 | -108,000.000 | 96.3750 | 486.00 | 104,571.00 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KC 6.000% 06/25/34 B/E<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 493,833 | -493,833.000 | 97.3750 | 2,222.25 | 483,092.13 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KC 6.000% 06/25/34 B/E<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 250,000 | -250,000.000 | 96.5000 | 1,125.00 | 242,375.00 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KC 6.000% 06/25/34 B/E<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 250,000 | -250,000.000 | 97.0000 | 1,125.00 | 243,625.00 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KC 6.000% 06/25/34 B/E<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 50,000 | -50,000.000 | 97.0000 | 225.00 | 48,725.00 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** · A BNY Securities Group Co.
Solutions from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC "Securities" is the name of Pershing resources LLC.

CROCKER
SECURITIES LLC
2099 Oak Road • Suite 330 • Walnut Creek, CA 94597
925-941-1640

**Brokerage**
*Account Statement*

Statement Period: 05/01/2004 - 05/31/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KC 6.000% 06/25/34 B/E<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 100,000 | -100,000.000 | 96.5000 | 450.00 | 96,950.00 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KC 6.000% 06/25/34 REMIC<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 275,000 | -275,000.000 | 96.3750 | 1,237.50 | 265,268.75 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KC 6.000% 06/25/34 REMIC<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 500,000 | -500,000.000 | 97.0000 | 2,250.00 | 487,250.00 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KC 6.000% 06/25/34 B/E<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 103,000 | -103,000.000 | 95.8750 | 463.50 | 98,214.75 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KC 6.000% 06/25/34 B/E<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 732,000 | -732,000.000 | 95.8750 | 3,294.00 | 705,099.00 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KC 6.000% 06/25/34 B/E<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 729,000 | -723,000.000 | 96.2500 | 3,280.50 | 704,943.00 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KC 6.000% 06/25/34 REMIC<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 731,000 | -731,000.000 | 96.2500 | 3,289.50 | 708,877.00 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KC 6.000% 06/25/34 REMIC<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 1,352,000 | -1,352,000.000 | 96.3750 | 6,084.00 | 1,309,074.00 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-42 CL-42-KC 6.000% 06/25/34 REMIC<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL 134,000 | -134,000.000 | 96.2500 | 603.00 | 129,578.00 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD/NYSE/SIPC. Trademark(s) of Pershing, Inc.(etc) LLC

D000000000094949

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-42 CL-42-KC 6.000% 06/25/34 B/E DTD 05/01/04 FACTOR 1.0000000000 REM BAL 186.000 | -186,000.000 | 96.7500 | 837.00 | 180,792.00 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-42 CL-42-KC 6.000% 06/25/34 B/E DTD 05/01/04 FACTOR 1.0000000000 REM BAL 612.000 | -612,000.000 | 96.2500 | 2,754.00 | 591,804.00 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-42 CL-42-KC 6.000% 06/25/34 B/E DTD 05/01/04 FACTOR 1.0000000000 REM BAL 474.000 | -474,000.000 | 97.2500 | 2,133.00 | 463,098.00 |
| 05/28/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-42 CL-42-KC 6.000% 06/25/34 B/E DTD 05/01/04 FACTOR 1.0000000000 REM BAL 250.000 | -250,000.000 | 97.1250 | 1,125.00 | 243,537.50 |
| 05/28/04 | 05/28/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E DTD 05/01/04 FACTOR 1.0000000000 REM BAL 1,140.000 | 1,140,000.000 | 98.7500 | -5,130.00 | -1,130,680.00 |
| 05/28/04 | 05/28/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E DTD 05/01/04 FACTOR 1.0000000000 REM BAL 30.000 | -30,000.000 | 99.0000 | 135.00 | 29,835.00 |
| 05/28/04 | 05/28/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E DTD 05/01/04 FACTOR 1.0000000000 REM BAL 458.000 | -458,000.000 | 99.1250 | 2,061.00 | 456,653.50 |
| 05/28/04 | 05/28/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E DTD 05/01/04 FACTOR 1.0000000000 REM BAL 20.000 | -20,000.000 | 99.3750 | 90.00 | 19,955.00 |
| 05/28/04 | 05/28/04 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 500.000 | -500,000.000 | 73.0000 | | 365,000.00 |

**Total Value of all Transactions** $6,550,909.59

The price and quantity displayed may have been rounded.

00000000004949

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.

Page 16 of 16



# CROCKER
## SECURITIES LLC
1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

D000000006235

llllun.ll.lll,ll.,llllll,lln.ll..lln.l.ll..lll,lll.ll

CROCKER SECURITIES LLC
- - TAXABLE TRADE #2 - -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

# Brokerage
## Account Statement

Account Number: 727-891035
Statement Period: 06/01/2004 - 06/30/2004

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $677,469.01 |
| Dividends/Interest | 32,461.89 |
| Change in Account Value | 342,238.95 |
| Ending Account Value | $1,052,169.85 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Fixed Income | 4,638,475.16 | 8,189,030.95 | 100% |
| Cash and Cash Equivalents | -3,961,006.15 | -7,136,861.10 | 0% |
| Account Total | $677,469.01 | $1,052,169.85 | 100% |

Your Account is 100% invested in Fixed Income.

D000000006235

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, NASD, SIPC, a subsidiary of The Bank of New York Company, Inc.



# Customer Service Information

Your Investment Advisor:
Identification Number: RDG
DOUG GREEN
Telephone Number: (561) 361-4803
Fax Number: (561) 362-5261

Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST
Customer Service Telephone Number: (800) 941-2895

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | **Cash and Cash Equivalents 0.00% of Portfolio** | | | | | |
| | Margin Balance | -3,961,006.15 | -7,136,861.10 | | | |
| | **Total Cash and Cash Equivalents** | -$3,961,006.15 | -$7,136,861.10 | $0.00 | $0.00 | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income 100.00% of Portfolio** *(in Maturity Date Sequence)* | | | | | |
| | Asset Backed Securities | | | | | |
| 464,000.000# | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-WA 6.000% 10/25/33 DTD 05/01/04 *Security Identifier:* 31393YX9 Factor: 0.90473144 | 95.8190 | 406,441.70 | 2,023.01 | | |
| 500,000.000# | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 *Security Identifier:* 32051DK50 Factor: 1.00000000 | 59.1510 | 295,755.00 | 0.00 | | |
| 3,326,000.000# | FHLMC MULTICLASS MTG PARTN CRTS GTD SER-2781-K CL-2781-K 5.500% 04/15/34 B/E DTD 04/01/04 *Security Identifier:* 31394XCM6 Factor: 1.00000000 | 98.0980 | 3,265,999.48 | 14,736.03 | | |
| 3,619,025.000# | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32- CL-32-CG 5.500% 05/25/04 B/E DTD 04/01/04 *Security Identifier:* 31393XY68 Factor: 1.00000000 | 91.7520 | 3,320,527.82 | 16,034.29 | | |

D000000000086395

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Financial Services of Pershing Limited LLC.

# CROCKER SECURITIES LLC

1299 Oak Road • Suite 150 • Walnut Creek, CA 94597
925-941-1545

# *Brokerage*
## *Account Statement*

Statement Period: 06/01/2004 - 06/30/2004

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 895,000.000¤ | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-52 CL-SZ-LD 6.000% 07/25/34 B/E DTD 06/01/04 | 97.2410 | 870,306.95 | 4,325.63 | | |
| | *Security Identifier: 31394ADY9 Factor: 1.00000000* | | | | | |
| **Total Asset Backed Securities** | | | $8,189,030.95 | $37,125.16 | $0.00 | |
| **Total Fixed Income** | | | $8,189,030.95 | $37,125.16 | $0.00 | |

| Description | | | Market Value | | Estimated Annual Income |
|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | | $1,052,169.85 | | $0.00 |

¤ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information

pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. A subsidiary of The Bank of New York Company, Inc.

D0C0C00000086195

# Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/01/04 | 05/27/04 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL   250,000 CANCELLED TRADE | 250,000.000 | 90.5000 | -1,031.25 | -227,281.25 |
| 05/01/04 | 05/27/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 BKR CORR BKR 5144<br>CORRECTED CONFIRM | 250,000.000 | 90.5000 | 1,031.25 | 227,281.25 |
| 06/03/04 | 05/27/04 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 BKR CORR BKR 5144<br>CANCELLED TRADE | 250,000.000 | 90.5000 | -1,031.25 | -227,279.25 |
| 06/04/04 | 05/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL   250,000 BKR 235 | -250,000.000 | 90.5000 | 1,031.25 | 227,281.25 |
| 06/07/04 | 06/02/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL   20,000 | 20,000.000 | 99.3750 | -20.00 | -19,895.00 |
| 06/08/04 | 06/02/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E<br>DTD 05/01/04 SIDE CORR<br>CORRECTED CONFIRM | -20,000.000 | 99.3750 | 20.00 | 19,895.00 |
| 06/08/04 | 06/02/04 | CANCELLED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL   20,000 CANCELLED TRADE | -20,000.000 | 99.3750 | 20.00 | 19,895.00 |
| 06/09/04 | 06/04/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL   23,000 | -23,000.000 | 99.5000 | 30.67 | 22,915.67 |
| 06/09/04 | 06/04/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E<br>DTD 05/01/04 FACTOR 1.000000000<br>REM BAL   30,000 | -30,000.000 | 99.3750 | 40.00 | 29,852.50 |
| 06/14/04 | 06/10/04 | PURCHASED | FNMA 5.5% JUN 2004 PL TBA SETT 06/14/04<br>"PAIR OFF" 5.500% 06/14/04 REG<br>DTD 06/08/04 FACTOR 1.000000000<br>REM BAL   24,000,000 | 24,000,000.000 | 98.5156 | -47,666.67 | -23,591,416.67 |

Account Number: 727-891035<br>CROCKER SECURITIES LLC

Clearing Through **Pershing**  A BNY Securities Group Co.<br>Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399<br>Pershing LLC, member NASD, NYSE, SIPC. The security of Pershing investors LLC



# CROCKER SECURITIES LLC

1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

Statement Period: 06/01/2004 - 06/30/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/14/04 | 06/10/04 | PURCHASED | FNMA 5.5% JUN 2004 PL TBA SETT 06/14/04 "PAIR OFF" 5.500% 06/14/04 REG DTD 06/08/04 FACTOR 1.000000000 REM BAL 20,000.000 | 20,000,000.000 | 98.5664 | -39,722.22 | -19,753,003.48 |
| 06/14/04 | 06/10/04 | PURCHASED | FNMA 5.5% JUN 2004 PL TBA SETT 06/14/04 "PAIR OFF" 5.500% 06/14/04 REG DTD 06/08/04 FACTOR 1.000000000 REM BAL 17,500.000 | 17,500,000.000 | 98.6473 | -34,756.94 | -17,298,037.94 |
| 06/14/04 | 06/10/04 | SOLD | FNMA 5.5% JUN 2004 PL TBA SETT 06/14/04 "PAIR OFF" 5.500% 06/14/04 REG DTD 06/08/04 FACTOR 1.000000000 REM BAL 24,000.000 | -24,000,000.000 | 98.0507 | 47,666.67 | 23,579,653.87 |
| 06/14/04 | 06/10/04 | SOLD | FNMA 5.5% JUN 2004 PL TBA SETT 06/14/04 "PAIR OFF" 5.500% 06/14/04 REG DTD 06/08/04 FACTOR 1.000000000 REM BAL 20,000.000 | -20,000,000.000 | 97.7421 | 39,722.22 | 19,588,159.72 |
| 06/14/04 | 06/10/04 | SOLD | FNMA 5.5% JUN 2004 PL TBA SETT 06/14/04 "PAIR OFF" 5.500% 06/14/04 REG DTD 06/08/04 FACTOR 1.000000000 | -17,500,000.000 | 97.9084 | 34,756.94 | 17,168,740.94 |
| 06/15/04 | 06/10/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-45 CL-45-WA 6.000% 10/25/33 B/E DTD 05/01/04 FAC 39/473148K02685 CORRECTED CONFIRM | -90,000.000 | 99.2500 | 189.99 | 81,005.13 |
| 06/15/04 | | BOND INTEREST RECEIVED | 274895 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2787 CL-2787-JT "INV FLTG" 0.000% 04/15/34 B/E | | | | 1,999.76 |
| 06/15/04 | | PRINCIPAL PAY DOWN RECEIVED | DTD 04/01/04 CLB RD 05/28 PD 06/15/04 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2787 CL-2787-JT "INV FLTG" 0.000% 04/15/34 B/E DTD 04/01/04 CLB RD 05/28 PD 06/15/04 | | | | 10,568.50 |
| 06/16/04 | 06/02/04 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-45 CL-45-WA 6.000% 10/25/33 B/E DTD 05/01/04 SIDE CORR CANCELLED TRADE | 20,000.000 | 99.3750 | -20.00 | -19,895.00 |

Account Number: 717-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Satisfaction from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. The trademark of Pershing, a member of LLC




C000000000086195

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/16/04 | 06/02/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E DTD 05/01/04 FAC.90473144BKR2685 CORRECTED CONFIRM | -20,000.000 | 99.3750 | 18.09 | 17,699.63 |
| 06/16/04 | 06/04/04 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E DTD 05/01/04 FACTOR 1.000000000 REM BAL 23,000 CANCELLED TRADE | 23,000.000 | 99.3750 | -30.67 | -22,915.67 |
| 06/16/04 | 06/04/04 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E DTD 05/01/04 FACTOR 1.000000000 REM BAL 30,000 CANCELLED TRADE | 30,000.000 | 99.3750 | -40.00 | -29,652.50 |
| 06/16/04 | 06/04/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E DTD 05/01/04 FAC.90473144BKR2685 CORRECTED CONFIRM | -30,000.000 | 99.5000 | 27.75 | 20,732.53 |
| 06/16/04 | 06/04/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E DTD 05/01/04 FAC.9047314BKR2685 CORRECTED CONFIRM | -23,000.000 | 99.3750 | 36.19 | 27,008.50 |
| 06/14/04 | SOLD | | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E DTD 05/01/04 FAC. 0.90473144400 REM BAL 4,523 | -5,000.000 | 99.3750 | 11.31 | 4,506.69 |
| 06/16/04 | | BOND INTEREST RECEIVED | 4000000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17-XD 5.500% 03/16/34 B/E DTD 03/01/04 RD 05/28 PD 06/16/04 | | | | 18,333.34 |
| 06/17/04 | | BOND INTEREST RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129- 0.000% 12/25/33 B/E RD 04/30 PD 05/25/04 | | | | 20,353.30 |
| 06/17/04 | 05/25/04 | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-129 CL-129-0.000% 12/25/33 B/E RD 04/30 PD 05/25/04 | -1,314,944.000 | | | 85,224.87 |
| 06/17/04 | | INTEREST ON FREE CREDIT BALANCES | INT ON INTEREST FOR FNMA GTD REMIC PASS 05/25/04 TO 06/16/04 @ 0.100% ON BALANCE OF: $85,224.87 | | | | 5.37 |
| 06/17/04 | | INTEREST ON FREE CREDIT BALANCES | INT ON INTEREST FOR FNMA GTD REMIC 05/25/04 TO 06/16/04 @ 0.100% ON BALANCE OF: $20,353.30 | | | | 1.28 |
| 06/21/04 | 06/16/04 | SOLD | WEBER CNTY UTAH HOSP REV IHC HEALTH SERV 5.000% 08/15/30 DTD 01/15/99 YLD 5.302 TO MAT | -95,000.000 | 95.7500 | 1,662.50 | 92,625.00 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing  A BNY Securities Group Co.
Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing is a member of NYSE, AMEX, SIPC. This material is for informational purposes only.

EC000000006195



# CROCKER SECURITIES LLC
3359 Oak Road • Suite 130 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 06/01/2004 - 06/30/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/21/04 | 06/19/04 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 31 DEBIT DAYS AV BAL 4316418.84 AVG RATE 3.250 05-20-04 TO 06-19-04 | | | | -12,085.57 |
| 06/25/04 | 06/23/04 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-89 CL-89-DS INV FLTR 0.000% 09/25/33 B/E DTD 08/01/03 | 2,440,000.000 | 77.5000 | -20,843.68 | -1,377,055.04 |
| 06/25/04 | 06/23/04 | PURCHASED | QUANTITY CHANGE VARIABLE RATE CORRECTED CONFIRM FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-89 CL-89-DS INV FLTR 0.000% 09/25/33 B/E DTD 08/01/03 FACTOR 0.717197970 REM BAL 3,375,263 VARIABLE RATE | 4,706,181.000 | 77.2500 | -40,202.52 | -2,647,593.54 |
| 06/25/04 | 06/23/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-89 CL-89-DS INV FLTR 0.000% 09/25/33 B/E DTD 08/01/03 FACTOR 0.717197970 REM BAL 3,375,263 VARIABLE RATE | -2,000,000.000 | 78.2500 | 17,084.98 | 1,139,499.80 |
| 06/25/04 | 06/23/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-89 CL-89-DS INV FLTR 0.000% 09/25/33 B/E DTD 08/01/03 FACTOR 0.717197970 REM BAL 1,434,395 VARIABLE RATE | -4,706,181.000 | 77.5000 | 40,202.52 | 2,656,031.70 |
| 06/25/04 | 06/24/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-89 CL-89-DS INV FLTR 0.000% 09/25/33 B/E DTD 08/01/03 FACTOR 0.717197970 REM BAL 315,567 VARIABLE RATE | -440,000.000 | 79.5000 | 3,758.70 | 254,634.55 |
| 06/25/04 | | BOND INTEREST RECEIVED | 145000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-52 CL-52-DT INV FLTR 0.000% 07/25/32 B/E DTD 05/01/03 RD 05/26/04 | | | | 694.41 |
| 06/25/04 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-52 CL-52-DT INV FLTR 0.000% 07/25/32 B/E DTD 05/01/03 RD 05/28 PD 06/25/04 | | | | 10,636.80 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. The Bank of New York clearing service provided by Pershing LLC

DO0000000016135



## Transactions in Date Sequence *(continued)*

D00000000086193

| Process/ Trade Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/25/04 | | BOND INTEREST RECEIVED | 532003 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-WA 5.000% 10/25/33 B/E DTD 05/01/04 RD 05/28 PD 06/25/04 | | | | 3,160.00 |
| 06/25/04 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E DTD 05/01/04 RD 05/28 PD 06/25/04 | | | | 60,209.73 |
| 06/30/04 | 05/28/04 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17-KD 5.000% 03/16/34 B/E DTD 03/01/04 PRICE CHANGE CORRECTED CONFIRM | -4,000,000.000 | 94.7500 | 17,722.22 | 3,807,722.22 |
| 06/30/04 | 06/10/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32- CL-32-CG 5.550% 05/25/34 B/E DTD 04/01/04 FACTOR 1.00000000 REM BAL  4,524,025 | 4,524,025.000 | 90.4687 | -20,043.94 | -4,112,872.81 |
| 06/30/04 | 06/10/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32- CL-32-CG 5.550% 05/25/34 B/E DTD 04/01/04 FACTOR 1.00000000 REM BAL  4,524,025 | -4,524,025.000 | 93.4687 | 20,043.94 | 4,248,553.56 |
| 06/30/04 | 06/10/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2781-K CL-2781-K 5.590% 04/15/34 B/E DTD 04/01/04 FACTOR 1.00000000 REM BAL  3,326,000 | 3,326,000.000 | 89.6875 | -14,736.03 | -2,997,742.26 |
| 06/30/04 | 06/10/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2781-K CL-2781-K 5.590% 04/15/34 B/E DTD 04/01/04 FACTOR 1.00000000 REM BAL  3,326,000 | -3,326,000.000 | 92.6875 | 14,736.03 | 3,097,522.28 |
| 06/30/04 | 06/16/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-52 CL-52-DT INV FLTR 0.000% 07/25/32 B/E DTD 05/01/03 SOLICITED ORDER VARIABLE RATE | -145,000.000 | 100.0000 | 489.89 | 31,527.85 |
| 06/30/04 | 06/16/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E DTD 05/01/04 FACTOR 0.904731440 REM BAL  419,795 | -464,000.000 | 98.7500 | 2,029.01 | 416,576.96 |
| 06/30/04 | 06/16/04 | SOLD | FHLMC MULTICLASS PARTN CTFS GTD SER-2787 CL-2787-IT "INV FLTG" 0.000% 04/15/34 B/E DTD 04/01/04 CLB VARIABLE RATE | -274,685.000 | 97.0000 | 1,847.97 | 224,368.58 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Formerly U.S. Clearing & Assist Services, DPC Clearing Division of Pershing Pershing LLC

Page 8 of 18



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 06/01/2004 - 06/30/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/30/04 | 06/28/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR. 2004-52 CL-52-FL FLTR 0.000% 06/25/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 9,000,000 VARIABLE RATE | 9,000,000.000 | 99.7187 | -16,312.50 | -8,991,000.00 |
| 06/30/04 | 06/28/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR. 2004-52 CL-52-FL FLTR 0.000% 06/25/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 9,000,000 VARIABLE RATE | -9,000,000.000 | 99.7500 | 16,312.50 | 8,993,812.50 |
| 06/30/04 | 06/28/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR. 2004-52 CL-52-8F FLTR 0.000% 03/25/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 7,500,000 VARIABLE RATE | 7,500,000.000 | 99.8125 | -14,862.50 | -7,500,800.00 |
| 06/30/04 | 06/28/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR. 2004-52 CL-52-8F FLTR 0.000% 03/25/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 7,500,000 VARIABLE RATE | -7,500,000.000 | 99.8125 | 14,862.50 | 7,500,800.00 |
| 06/30/04 | 06/28/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR. 2004-52 CL-52-8S INV FLTR 0.000% 03/25/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 2,500,000 VARIABLE RATE | 2,500,000.000 | 97.1250 | -33,470.83 | -2,461,555.83 |
| 06/30/04 | 06/28/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR. 2004-52 CL-52-8S INV FLTR 0.000% 03/25/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 2,500,000 VARIABLE RATE | -2,500,000.000 | 97.3125 | 33,470.83 | 2,466,283.33 |
| 06/30/04 | 06/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2810 CL-2810-IA 6.000% 03/15/34 REG DTD 06/01/04 FACTOR 1.000000000 REM BAL 3,000,000 | 3,000,000.000 | 99.0000 | -14,500.00 | -2,984,500.00 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Securities from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, a wholly owned subsidiary of The Bank of New York Co., Inc.

Page 9 of 18

D0000000096195



# Transactions in Date Sequence (continued)

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through: **Pershing** A BNY Securities Group Co.
Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member NASD, NYSE, SIPC, The Pershing of the Pershing Investments LLC

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/30/04 | 06/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER.2810 CL-2810-JA 6.000% 03/15/34 REG<br>DTD 06/01/04 FACTOR 1.000000000<br>REM BAL 100,000 | -100,000.000 | 99.6250 | 483.33 | 100,108.33 |
| 06/30/04 | 06/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER.2810 CL-2810-JA 6.000% 03/15/34 REG<br>DTD 06/01/04 FACTOR 1.000000000<br>REM BAL 1,000,000 | -1,000,000.000 | 99.5625 | 4,833.33 | 1,000,458.33 |
| 06/30/04 | 06/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER.2810 CL-2810-JA 6.000% 03/15/34 REG<br>DTD 06/01/04 FACTOR 1.000000000<br>REM BAL 500,000 | -500,000.000 | 99.5625 | 2,416.67 | 500,229.17 |
| 06/30/04 | 06/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER.2810 CL-2810-JA 6.000% 03/15/34 REG<br>DTD 06/01/04 FACTOR 1.000000000<br>REM BAL 142,000 | -142,000.000 | 99.5000 | 686.33 | 141,976.33 |
| 06/30/04 | 06/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER.2810 CL-2810-JA 6.000% 03/15/34 REG<br>DTD 06/01/04 FACTOR 1.000000000<br>REM BAL 260,000 | -250,000.000 | 99.5000 | 1,208.33 | 249,958.33 |
| 06/30/04 | 06/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER.2810 CL-2810-JA 6.000% 03/15/34 REG<br>DTD 06/01/04 FACTOR 1.000000000<br>REM BAL 75,000 | -75,000.000 | 99.6250 | 362.50 | 75,081.25 |
| 06/30/04 | 06/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER.2810 CL-2810-JA 6.000% 03/15/34 REG<br>DTD 06/01/04 FACTOR 1.000000000<br>REM BAL 933,000 | -933,000.000 | 99.5000 | 4,509.50 | 932,844.50 |
| 06/30/04 | 06/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER.2810 CL-2810-AA 6.000% 03/15/34 REG<br>DTD 06/01/04 FACTOR 1.000000000<br>REM BAL 7,000,000 | 7,000,000.000 | 99.0000 | -33,833.33 | -6,963,833.33 |
| 06/30/04 | 06/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER.2810 CL-2810-AA 6.000% 03/15/34 REG<br>DTD 06/01/04 FACTOR 1.000000000<br>REM BAL 7,000,000 | -7,000,000.000 | 99.3750 | 33,333.33 | 6,990,083.33 |
| 06/30/04 | 06/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER.2809 CL-2809-MC 6.000% 06/15/34 B/E<br>DTD 06/01/04 CLB FACTOR 1.000000000<br>REM BAL 2,289,000 | 2,289,000.000 | 97.0000 | -11,063.50 | -2,231,393.50 |

D0000000086195



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

**Statement Period: 06/01/2004 - 06/30/2004**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/30/04 | 06/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2809 CL-2809-MC 6.000% 06/15/34 B/E DTD 06/01/04 CLB FACTOR 1.000000000 REM BAL 400,000 | -400,000.000 | 97.6093 | 1,933.33 | 392,370.83 |
| 06/30/04 | 06/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2809 CL-2809-MC 6.000% 06/15/34 B/E DTD 06/01/04 CLB FACTOR 1.000000000 REM BAL 260,000 | -260,000.000 | 97.6250 | 1,256.67 | 255,081.67 |
| 06/30/04 | 06/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2809 CL-2809-MC 6.000% 06/15/34 B/E DTD 06/01/04 CLB FACTOR 1.000000000 REM BAL 377,000 | -377,000.000 | 97.6250 | 1,822.17 | 369,868.42 |
| 06/30/04 | 06/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2809 CL-2809-MC 6.000% 06/15/34 B/E DTD 06/01/04 CLB FACTOR 1.000000000 REM BAL 152,000 | -152,000.000 | 97.8750 | 734.67 | 149,504.67 |
| 06/30/04 | 06/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2809 CL-2809-MC 6.000% 06/15/34 B/E DTD 06/01/04 CLB FACTOR 1.000000000 REM BAL 757,000 | -757,000.000 | 97.6093 | 3,658.83 | 742,561.80 |
| 06/30/04 | 06/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2809 CL-2809-MC 6.000% 06/15/34 B/E DTD 06/01/04 CLB FACTOR 1.000000000 REM BAL 75,000 | -75,000.000 | 97.6093 | 362.50 | 73,569.53 |
| 06/30/04 | 06/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2809 CL-2809-MC 6.000% 06/15/34 B/E DTD 06/01/04 CLB FACTOR 1.000000000 REM BAL 268,000 | -268,000.000 | 97.6250 | 1,295.33 | 262,930.33 |
| 06/30/04 | 06/29/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-89 CL-89-CS INV FLTR 0.000% 09/25/33 B/E DTD 08/01/03 FACTOR 0.717197937/00 REM BAL 2,597,103 VARIABLE RATE | 3,621,181.000 | 78.8125 | -37,378.48 | -2,084,220.80 |




Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.,
SIPC
Members from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Subsidiary of Pershing Investments LLC

Page 11 of 18

D00000000065195

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-89 CL-89ACS INV FLTR<br>0.000% 09/25/33 B/E DTD 08/01/03<br>FACTOR 0.717197970 REM BAL 2,597,103<br>VARIABLE RATE | -3,621,181.000 | 80.0000 | 37,378.48 | 2,115,061.41 |
| 06/30/04 | 06/29/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL 4,524.025 | 4,524,025.000 | 93.5000 | -20,043.94 | -4,250,007.32 |
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL 65,000 | -65,000.000 | 91.5000 | 287.99 | 59,762.99 |
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL 50,000 | -50,000.000 | 91.5000 | 221.53 | 45,971.53 |
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL 75,000 | -75,000.000 | 91.7500 | 332.29 | 69,144.79 |
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL 100,000 | -100,000.000 | 91.7500 | 443.06 | 91,818.06 |
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL 50,000 | -50,000.000 | 91.3750 | 221.53 | 45,909.03 |
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL 40,000 | -40,000.000 | 91.7500 | 177.22 | 36,877.22 |
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL 18,000 | -18,000.000 | 91.7500 | 79.75 | 16,594.75 |
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL 20,000 | -20,000.000 | 82.5500 | 88.61 | 16,598.61 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing    ABN Securities Group Co.
Subsidiary from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399

Page 12 of 18

D000000000086195



**CROCKER SECURITIES LLC**
3399 Oak Grand • Suite 230 • Walnut Creek, CA 94597
925.941.1560

## Brokerage Account Statement

Statement Period: 06/01/2004 - 06/30/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32: CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL 260,000 | -260,000.000 | 91.8750 | 1,151.94 | 240,026.94 |
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-32: CL-32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.000000000<br>REM BAL 100,000 | -100,000.000 | 91.7500 | 443.06 | 92,193.06 |
| 06/30/04 | 06/29/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E<br>DTD 05/01/04 FACTOR 0.904731440 0<br>REM BAL 419,795 | 464,000.000 | 98.7812 | -2,029.01 | -416,708.14 |
| 06/30/04 | 06/29/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-52 CL-52-LD 6.000% 07/25/34 B/E<br>DTD 06/01/04 FACTOR 1.000000000<br>REM BAL 2,830,000 | 2,830,000.000 | 96.7656 | -13,678.33 | -2,752,145.52 |
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-52 CL-52-LD 6.000% 07/25/34 B/E<br>DTD 06/01/04 FACTOR 1.000000000<br>REM BAL 199,000 | -199,000.000 | 97.6093 | 961.83 | 195,204.49 |
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-52 CL-52-LD 6.000% 07/25/34 B/E<br>DTD 06/01/04 FACTOR 1.000000000<br>REM BAL 250,000 | -250,000.000 | 97.6093 | 1,208.33 | 245,231.77 |
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-52 CL-52-LD 6.000% 07/25/34 B/E<br>DTD 06/01/04 FACTOR 1.000000000<br>REM BAL 289,000 | -289,000.000 | 97.6093 | 1,396.83 | 283,467.92 |
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-52 CL-52-LD 6.000% 07/25/34 B/E<br>DTD 06/01/04 FACTOR 1.000000000<br>REM BAL 337,000 | -337,000.000 | 98.1093 | 1,628.83 | 332,257.42 |
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-52 CL-52-LD 6.000% 07/25/34 B/E<br>DTD 06/01/04 FACTOR 1.000000000<br>REM BAL 130,000 | -130,000.000 | 98.1093 | 628.33 | 128,170.52 |

Account Number: 727-891035
CROCKER SECURITIES LLC



Clearing Through **Pershing** A BNP Securities Group Co.
Securities from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Subsidiary of Pershing Investments LLC

D0000000086195

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-52 CL-52-LD 6.000% 07/25/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 151,000 | -151,000.000 | 97.3843 | 729.83 | 148,686.24 |
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-52 CL-52-LD 6.000% 07/25/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 24,000 | -24,000.000 | 97.8593 | 116.00 | 23,602.25 |
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-52 CL-52-LD 6.000% 07/25/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 73,000 | -73,000.000 | 98.2500 | 352.83 | 72,075.33 |
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-52 CL-52-LD 6.000% 07/25/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 137,000 | -137,000.000 | 97.6250 | 662.17 | 134,408.42 |
| 06/30/04 | 06/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-52 CL-52-LD 6.000% 07/25/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 50,000 | -50,000.000 | 98.0000 | 241.67 | 49,241.67 |
| 06/30/04 | 06/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2781-K CL 2781-K 6.500% 04/15/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 3,326,000 | 3,326,000.000 | 92.7187 | -14,736.03 | -3,098,561.66 |
| 06/30/04 | 06/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2806-L CL 2806-L FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 7,500,000 VARIABLE RATE | 7,500,000.000 | 99.6350 | -14,862.50 | -7,486,737.50 |
| 06/30/04 | 06/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2806-L CL 2806-L FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 7,500,000 VARIABLE RATE | -7,500,000.000 | 99.6875 | 14,862.50 | 7,491,425.00 |
| 06/30/04 | 06/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2806-S CL 2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 2,500,000 VARIABLE RATE | 2,500,000.000 | 96.8750 | -33,470.83 | -2,455,345.83 |

# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage**
*Account Statement*

Statement Period: 06/01/2004 - 06/30/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/30/04 | 06/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL VARIABLE RATE 225,000 | -225,000.000 | 99.0000 | 3,012.38 | 225,762.38 |
| 06/30/04 | 06/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 2,275,000 VARIABLE RATE | -2,275,000.000 | 98.9375 | 30,459.36 | 2,281,286.49 |
| 06/30/04 | 06/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2818 CL-2818-BF 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR 1.000000000 REM BAL 6,435,000 VARIABLE RATE | 6,435,000.000 | 99.6250 | -12,959.36 | -6,423,828.13 |
| 06/30/04 | 06/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2818 CL-2818-BF 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR 1.000000000 REM BAL 6,435,000 VARIABLE RATE | -6,435,000.000 | 99.6662 | 12,959.36 | 6,425,839.07 |
| 06/30/04 | 06/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR 1.000000000 REM BAL 2,145,000 VARIABLE RATE | 2,145,000.000 | 97.1250 | -28,510.63 | -2,111,841.88 |
| 06/30/04 | 06/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR 1.000000000 REM BAL 2,145,000 VARIABLE RATE | -2,145,000.000 | 98.9375 | 28,510.63 | 2,150,720.01 |
| 06/30/04 | 06/29/04 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | 500,000.000 | 73.0625 | -17,375.14 | -365,312.50 |
| 06/30/04 | 06/29/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR- 2004-47 CL-47-IF 0.000% 06/16/33 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 9,985,714 VARIABLE RATE | 9,985,714.000 | 99.3125 | -9,934,437.36 |

D0000000000086195

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**  A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Clearing/carrying firm is Pershing LLC

## Transactions in Date Sequence *(continued)*

D0000000008325

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member NASD, NYSE, SIPC The Bank of New York Company, Inc.

Page 16 of 18

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/30/04 | 06/29/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2004-47 CL 47-F 0.000% 06/16/33 B/E<br>DTD 06/01/04 FACTOR 1.0000000000<br>REM BAL 9,985,714 VARIABLE RATE | -9,985,714.000 | 99.3125 | 17,375.14 | 9,934,437.36 |
| 06/30/04 | 06/29/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2004-47 CL 47-S 0.000% 06/16/33 B/E<br>DTD 06/01/04 FACTOR 1.0000000000<br>REM BAL 1,115,072 VARIABLE RATE | 1,115,072.000 | 100.9468 | -34,508.96 | -1,160,138.75 |
| 06/30/04 | 06/29/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2004-47 CL 47-S 0.000% 06/16/33 B/E<br>DTD 06/01/04 FACTOR 1.0000000000<br>REM BAL 500,000 VARIABLE RATE | -500,000.000 | 100.7500 | 15,473.87 | 519,223.87 |
| 06/30/04 | 06/29/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2004-47 CL 47-S 0.000% 06/16/33 B/E<br>DTD 06/01/04 FACTOR 1.0000000000<br>REM BAL 615,072 VARIABLE RATE | -615,072.000 | 100.9468 | 19,039.09 | 639,934.75 |
| 06/30/04 | 06/29/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2004-47 CL 47-JT 100.00% 06/16/33 B/E<br>DTD 06/01/04 VARIABLE RATE<br>REM BAL 549,214 | 549,214.000 | 95.0000 | -4,424.22 | -526,177.52 |
| 06/30/04 | 06/29/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2004-47 CL 47-JT 100.00% 06/16/33 B/E<br>DTD 06/01/04 FACTOR 1.0000000000<br>REM BAL 549,214 | -549,214.000 | 96.0000 | 4,424.22 | 526,177.52 |
| 06/30/04 | 06/30/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2004-32 CL 32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.0000000000<br>REM BAL 111,000 | -111,000.000 | 92.0000 | 491.79 | 102,611.79 |
| 06/30/04 | 06/30/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2004-32 CL 32-CG 5.500% 05/25/34 B/E<br>DTD 04/01/04 FACTOR 1.0000000000<br>REM BAL 16,000 | -16,000.000 | 92.1250 | 70.89 | 14,810.89 |
| 06/30/04 | 06/30/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2004-52 CL 52-LD 6.000% 07/25/34 B/E<br>DTD 06/01/04 FACTOR 1.0000000000<br>REM BAL 240,000 | -240,000.000 | 97.8593 | 1,160.00 | 236,022.50 |
| 06/30/04 | 06/30/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2004-52 CL 52-LD 6.000% 07/25/34 B/E<br>DTD 06/01/04 FACTOR 1.0000000000<br>REM BAL 20,000 | -20,000.000 | 97.8593 | 96.67 | 19,668.55 |

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

**Statement Period: 06/01/2004 - 06/30/2004**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/30/04 | 06/30/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-52 CL-S2-LD 6.000% 07/25/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 20,000 | -20,000.000 | 98.1250 | 95.67 | 19,721.67 |
| 06/30/04 | 06/30/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-52 CL-S2-LD 6.000% 07/25/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 15,000 | -15,000.000 | 97.9843 | 72.50 | 14,770.16 |

**Total Value of all Transactions** -53,775,854.95

The price and quantity displayed may have been rounded.

## Messages

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE
TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING
INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF
THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS,
PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE
DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

CK000000CC66195

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
SafeSoft from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member NASD, NYSE, SIPC, a subsidiary of The Bank of New York Company, Inc. Pershing LLC

## TERMS AND CONDITIONS

### GENERAL INFORMATION

1. All orders and transactions shall be subject to your account and are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or settled, or if applicable, of the National Association of Securities Dealers, Inc., and to all applicable laws and regulations.

2. Whenever you are indebted to Pershing LLC ("Pershing") for any amount, all securities held by you in any account in which you have an interest, shall be subject to a lien for the discharge of such indebtedness, and Pershing is hereby authorized to sell and/or transfer any or all of your accounts by public or private sale or purchase, and/or to reduce any securities carried in such accounts, any balance remaining due Pershing to be promptly paid by you.

3. Whenever you owe Pershing for any amount, or are indebted to Pershing for any amount and no notice to you, your account or to Pershing on any notice to Pershing shall be deemed by Pershing, which shall be prohibited by law.

4. Any order to buy, where Pershing has acted as principal, is subject to...

5. Any free credit balance carried for your account represents funds payable upon demand which, although properly accounted for on Pershing's books of record, are not segregated and may be used in the conduct of its business.

6. You may have received confirmations for transactions which do not appear on your statement...

7. If you maintain a margin account, it is a combined statement of your general account and a special memorandum account maintained for you under Regulation T of the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon request.

8. Any dividend or interest...

9. A financial statement of Pershing is available for your personal inspection at Pershing's office. A copy of it will be mailed upon your written request or you can view it at our office at Pershing.com.

10. Dividends, interest and other distributions are shown on this statement were classified as taxable or nontaxable based on certain information known as of the distribution date. This classification is subject to change and is only a general indication...

11. After year-end, Pershing is required to provide tax information to the Internal Revenue Service and other governmental authorities. At that time, Pershing will send you the annual tax information statement to you, use this statement to prepare your tax return. As the returns differ from the information previously provided to you, you will be advised.

12. Pershing does not provide tax, investment or legal advisory services and no one associated with Pershing is authorized to render such advice. Do not rely upon any such advice, if given. Investors are encouraged to consult their tax advisors to determine the appropriateness of their businesses.

13. Securities and cash held in your account are protected up to the total amount allowed by law. Of this total, remaining coverage on securities and cash is provided by Pershing through a commercial insurer. The account protection applies when a SIPC member firm fails financially and is unable to meet obligations to securities clients, but it does not protect against losses from the rise or fall of the market value of securities. For details, including the SIPC brochure, please see www.sipc.org.

14. Pershing trades for its own account and may have a position in securities...

15. If average price transaction is indicated on the front of this statement, your Securities...

16. This statement will be deemed conclusive and an account stated unless you object to its accuracy. Securities for which a price is not available may be omitted from the Total. Any such objection should be sent to Pershing at One Pershing Plaza, Jersey City, New Jersey 07399, Attention: Compliance Department.

**ERRORS AND OMISSIONS EXCEPTED.**

### THE ROLE OF PERSHING

This section includes the market value of the securities in your account in a settlement date basis, including short positions...

### PORTFOLIO HOLDINGS

The securities held in your account in a settlement date basis, including short positions...

Account Number: 7Z7-891035

CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

### THE LEGAL STATUS OF PERSHING

The following statement is provided to you as required by Rule 11d-5.5 of the Securities Exchange Act of 1934.

Pershing LLC and its affiliate, Pershing Trading Company LP, ("PTC"), each operate as broker-dealers or clearing brokers.

### PAYMENT FOR ORDER FLOW PRACTICES

As required by Rule 11d-5.5 of the Securities Exchange Act of 1934...

### ARBITRATION DISCLOSURES

- THE PARTIES ARE WAIVING THEIR RIGHT TO SEEK REMEDIES IN COURT, INCLUDING THE RIGHT TO JURY TRIAL.
- THE PARTIES ARE WAIVING THEIR RIGHT TO JURY TRIAL.
- PRE-ARBITRATION DISCOVERY IS GENERALLY MORE LIMITED THAN AND DIFFERENT FROM COURT PROCEEDINGS.
- THE ARBITRATORS' AWARD IS NOT REQUIRED TO INCLUDE FACTUAL FINDINGS OR LEGAL REASONING AND ANY PARTY'S RIGHT TO APPEAL OR TO SEEK MODIFICATION OF RULINGS BY THE ARBITRATORS IS STRICTLY LIMITED.
- THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

### ARBITRATION AGREEMENT

IT IS AGREED THAT ALL CONTROVERSIES BETWEEN YOU AND US OR OUR OFFICERS, DIRECTORS, AGENTS OR EMPLOYEES...

### ARBITRATION

ANY CONTROVERSY BETWEEN YOU AND US OR ANY OTHER ... ARISING OUT OF OR RELATING TO THIS AGREEMENT ... SHALL BE SUBMITTED TO ARBITRATION BEFORE THE NEW YORK STOCK EXCHANGE, INC., ANY OTHER NATIONAL SECURITIES EXCHANGE ON WHICH A TRANSACTION GIVING RISE TO THE CLAIM TOOK PLACE (AND ONLY BEFORE SUCH EXCHANGE), OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

NO PERSON SHALL BRING A PUTATIVE OR CERTIFIED CLASS ACTION TO ARBITRATION, NOR SEEK TO ENFORCE ANY PRE-DISPUTE ARBITRATION AGREEMENT AGAINST ANY PERSON WHO HAS INITIATED IN COURT A PUTATIVE CLASS ACTION; OR WHO IS A MEMBER OF A PUTATIVE CLASS WHO HAS NOT OPTED OUT OF THE CLASS WITH RESPECT TO ANY CLAIMS ENCOMPASSED BY THE PUTATIVE CLASS ACTION UNTIL: (I) THE CLASS CERTIFICATION IS DENIED; (II) THE CLASS IS DECERTIFIED; OR (III) THE CUSTOMER IS EXCLUDED FROM THE CLASS BY THE COURT. SUCH FORBEARANCE TO ENFORCE AN AGREEMENT TO ARBITRATE SHALL NOT CONSTITUTE A WAIVER OF ANY RIGHTS UNDER THIS AGREEMENT EXCEPT TO THE EXTENT STATED HEREIN.

**THE LAWS OF THE STATE OF NEW YORK GOVERN.**

**If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to Pershing at One Pershing Plaza, Jersey City, New Jersey 07399, Attention: Compliance Department.**

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE/SIPC/NFA  Insurance offered through Pershing Insurance Agency LLC
0000000006196

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

C000000010086CRBP30032

CROCKER SECURITIES LLC
- - TAXABLE TRADE #2 - -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

## Brokerage
### Account Statement

Account Number: 727-8891035
Statement Period: 07/01/2004 - 07/31/2004

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $1,052,169.85 |
| Dividends/Interest | 14,656.69 |
| Change in Account Value | -233,281.94 |
| Ending Account Value | $833,544.60 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Fixed Income | 8,189,030.95 | 11,177,439.94 | 100% |
| Cash and Cash Equivalents | -7,136,861.10 | -10,343,895.34 | 0% |
| Account Total | $1,052,169.85 | $833,544.60 | 100% |

Your Account is 100% invested in Fixed Income.

C000000001008612SP30032

Clearing Through **Pershing**   A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, SPC (Member of various exchanges LLC)



C00000001008612C5CF10612

## Customer Service Information

Your Investment Advisor:
Identification Number: RDG
DOUG GREEN
Telephone Number: (561) 361-4803
Fax Number: (561) 362-5261

Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST
Customer Service Telephone Number: (800) 941-2895

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | Estimated Annual Income | Estimated 30-day Yield |
|---|---|---|---|---|---|---|---|
| | Cash and Cash Equivalents  0.00% of Portfolio | | | | | | |
| | Margin Balance | -7,136,861.10 | -10,343,895.34 | | | | |
| | **Total Cash and Cash Equivalents** | **-$7,136,861.10** | **-$10,343,895.34** | **$0.00** | **$0.00** | | |

| Quantity | Description *(in Maturity Date Sequence)* | Market Price | Market Value | Accrued Interest | Income This Year | Estimated Annual Income | Estimated 30-day Yield |
|---|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio** | | | | | | |
| | Asset Backed Securities | | | | | | |
| 500,000.00M | FIRST HORIZON MTG PASSTHRU IR 20G3 B MTG PASSTHRU CTF CL 1A2 0.000% 10/25/33 B/E DTD 08/01/03 *Security Identifier:* 32051DK50  Factor: 1.00000000 | 60.1340 | 300,670.00 | 0.00 | | | |
| 377,550.00M | CWMBS INC 2004-3 MTG PASSTHRU CTF CL A16 FLTG RATE 0.000% 04/25/34 B/E DTD 02/01/04 CLB *Security Identifier:* 12669PPQ0  Factor: 0.08332879 | 100.0810 | 31,486.27 | 0.00 | | | |
| 3,619,025.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 *Security Identifier:* 31393XY68  Factor: 1.00000000 | 97.7970 | 3,539,297.88 | 16,034.29 | | | |

# CROCKER SECURITIES LLC

1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1646

# Brokerage
## Account Statement

**Statement Period: 07/01/2004 - 07/31/2004**

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| Asset Backed Securities (continued) | | | | | | |
| 7,313,958.000# | GNMA GTD REMIC PASS THRU CTFS REMIC SER 2004-44 CL-A4 LC 6.000% 07/15/34 B/E DTD 07/27/04 | 99.8910 | 7,305,985.79 | 3,656.98 | | |
| | *Security Identifier:* 38374HD3  *Factor:* 1.00000000 | | | | | |
| **Total Asset Backed Securities** | | | $11,177,439.94 | $19,691.27 | $0.00 | |
| **Total Fixed Income** | | | $11,177,439.94 | $19,691.27 | $0.00 | |

## Total Portfolio Holdings

| Description | | Market Value | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | | $833,544.60 | $0.00 |

**#** This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Clearing Through Pershing a BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Subsidiary of The Bank of New York Company, Inc.

Account Number: 727-891035
CROCKER SECURITIES LLC

CO2000010C6SXCRFP0012

CD30000001006525F10032

# Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/01/04 | 06/30/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR 2004-17 CL -17-KD 5.500% 03/18/34 B/E DTD 03/01/04 FACTOR 1.00000000 REM BAL 4,000.000 | 4,000,000.000 | 94.7812 | | -3,791,250.00 |
| 07/02/04 | 07/01/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-52 CL-52-LD 6.000% 07/25/34 B/E DTD 06/01/04 FACTOR 1.00000000 REM BAL 250,000 | -250,000.000 | 98.2500 | 41.67 | 245,666.67 |
| 07/07/04 | 07/02/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-52 CL-52-LD 6.000% 07/25/34 B/E DTD 06/01/04 FACTOR 1.00000000 REM BAL 135,000 | -135,000.000 | 98.1250 | 136.00 | 133,386.00 |
| 07/15/04 | 06/29/04 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500,000 | -500,000.000 | 72.0000 | | 360,000.00 |
| 07/15/04 | 07/13/04 | PURCHASED | FNMA 5.5% JUL 2004 Pl TBA SETT 07/15/04 DTD 06/10/04 FACTOR 1.00000000 REG REM BAL 20,000,000 | 20,000,000.000 | 100.1176 | -42,777.78 | -20,066,309.78 |
| 07/15/04 | 07/13/04 | PURCHASED | FNMA 5.5% JUL 2004 Pl TBA SETT 07/15/04 DTD 06/10/04 FACTOR 1.00000000 REG REM BAL 25,000.000 | 25,000,000.000 | 98.1718 | -53,472.22 | -24,596,440.97 |
| 07/15/04 | 07/13/04 | SOLD | FNMA 5.5% JUL 2004 Pl TBA SETT 07/15/04 DTD 06/10/04 FACTOR 1.00000000 REG REM BAL 25,000.000 "PAIR OFF" 5.500% 07/15/04 REG | -25,000,000.000 | 100.5000 | 53,472.22 | 25,178,472.22 |
| 07/15/04 | 07/13/04 | SOLD | FNMA 5.5% JUL 2004 Pl TBA SETT 07/15/04 DTD 06/10/04 FACTOR 1.00000000 REG REM BAL 20,000.000 "PAIR OFF" 5.500% 07/15/04 REG | -20,000,000.000 | 98.1562 | 42,777.73 | 19,674,027.78 |
| 07/15/04 | 07/14/04 | PURCHASED | FNMA 5.5% JUL 2004 Pl TBA SETT 07/15/04 DTD 06/10/04 FACTOR 1.00000000 REG REM BAL 5,000.000 "PAIR OFF" 5.500% 07/15/04 REG | 5,000,000.000 | 98.0625 | -10,694.44 | -4,913,819.44 |
| 07/15/04 | 07/14/04 | PURCHASED | FNMA 5.5% JUL 2004 Pl TBA SETT 07/15/04 DTD 06/10/04 FACTOR 1.00000000 REG REM BAL 5,000.000 "PAIR OFF" 5.500% 07/15/04 REG | 5,000,000.000 | 100.1176 | -10,694.44 | -5,016,577.44 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** a BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing, a member of such NYSE, SIPC, is a subsidiary of Pershing Investments LLC

## CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
# Account Statement

**Statement Period: 07/01/2004 - 07/31/2004**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/15/04 | 07/14/04 | PURCHASED | FNMA 5.5% JUL 2004 P1 TBA SETT 07/15/04 "PAIR OFF" 5.500% 07/15/04 REG DTD 06/10/04 FACTOR 1.000000000 REM BAL 8,000,000 | 8,000,000.000 | 100.1176 | -17,111.11 | -8,025,523.91 |
| 07/15/04 | 07/14/04 | PURCHASED | FNMA 5.5% JUL 2004 P1 TBA SETT 07/15/04 "PAIR OFF" 5.500% 07/15/04 REG DTD 06/10/04 FACTOR 1.000000000 REM BAL 10,000,000 | 10,000,000.000 | 100.1176 | -21,388.89 | -10,033,154.89 |
| 07/15/04 | 07/14/04 | SOLD | FNMA 5.5% JUL 2004 P1 TBA SETT 07/15/04 "PAIR OFF" 5.500% 07/15/04 REG DTD 06/10/04 FACTOR 1.000000000 REM BAL 4,000,000 | -4,000,000.000 | 98.4662 | 8,555.56 | 3,944,805.56 |
| 07/15/04 | 07/14/04 | SOLD | FNMA 5.5% JUL 2004 P1 TBA SETT 07/15/04 "PAIR OFF" 5.500% 07/15/04 REG DTD 06/10/04 FACTOR 1.000000000 REM BAL 24,000,000 | -24,000,000.000 | 98.0937 | 51,333.33 | 23,593,833.33 |
| 07/15/04 | | BOND INTEREST RECEIVED | 3326000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2781-K CL-2781-K 5.500% 04/15/34 B/E DTD 04/01/04 RD 06/30 PD 07/15/04 | | | | 15,244.17 |
| 07/15/04 | | INT CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 30 DEBIT DAYS AV BAL 8259812.06 AVG RATE 3.452 06-20/04 TO 07-19-04 | | | | -23,748.67 |
| 07/20/04 | 07/19/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-52 CL-52-LD 6.000% 07/25/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 70,000 | -70,000.000 | 98.2500 | 291.67 | 69,766.67 |
| 07/22/04 | | BOND INTEREST RECEIVED | 3619025 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32-CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 RD 06/30 PD 07/25/04 | | | | 16,587.21 |
| 07/26/04 | | BOND INTEREST RECEIVED | 464000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E DTD 05/01/04 RD 06/30 PD 07/25/04 | | | | 2,098.98 |

Account Number: 7Z7-8591035
CROCKER SECURITIES LLC

Clearing Through Pershing A BNY Securities Group Co.
SIA.com from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

CV0000000100845C5F33032




## Transactions in Date Sequence (continued)

| Process/ Trade Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/26/04 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E DTD 05/01/04 RD 06/30 PD 07/25/04 | | | | 41,138.52 |
| 07/26/04 | | BOND INTEREST RECEIVED | 895000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-52 CL-52-LD 6.000% 07/25/34 B/E DTD 06/01/04 RD 06/30 PD 07/25/04 | | | | 4,475.00 |
| 07/27/04 | 07/22/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-52 CL-52-LD 6.000% 07/25/34 B/E DTD 06/01/04 FACTOR 1.000000000 REM BAL 439,000 | -439,000.000 | 99.0000 | 1,902.33 | 436,512.33 |
| 07/28/04 | 07/20/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-2 CL-2-SA "INV FLTR" 0.000% 07/16/34 B/E DTD 07/01/04 CLB FACTOR 0.7946687200 REM BAL 797,125 VARIABLE RATE | 1,003,091.000 | 86.0000 | -9,294.44 | -694,821.98 |
| 07/28/04 | 07/27/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-2 CL-2-SA "INV FLTR" 0.000% 07/16/34 B/E DTD 07/01/04 CLB FACTOR 0.7946687200 REM BAL 797,125 VARIABLE RATE | -1,003,091.000 | 86.2500 | 9,294.44 | 695,814.79 |
| 07/29/04 | 06/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2781-K CL-2781-K 3.500% 04/15/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 3,326,000 | -3,326,000.000 | 92.7187 | 14,736.03 | 3,098,561.66 |
| 07/30/04 | 06/30/04 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 PX CH CORRECTED CONFIRM | -3,619,025.000 | 93.4687 | 16,034.29 | 3,398,691.72 |
| 07/30/04 | 06/30/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17-KD 5.500% 03/16/34 B/E DTD 03/01/04 FACTOR 1.000000000 REM BAL 4,000,000 | -4,000,000.000 | 94.7812 | 17,722.22 | 3,808,972.22 |
| 07/30/04 | 07/13/04 | PURCHASED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.9410658000 REM BAL 2,140,924 VARIABLE RATE | 2,275,000.000 | 97.8750 | -27,887.33 | -2,123,337.38 |
| 07/30/04 | 07/13/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.9410658000 REM BAL 2,140,924 VARIABLE RATE | -2,275,000,000 | 99.5000 | 27,887.33 | 2,159,107.40 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Closing Through **Pershing** A BNY Securities Group Co. Stations from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399



**Brokerage**
**Account Statement**

## CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

Statement Period: 07/01/2004 - 07/31/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/30/04 | 07/13/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/24 B/E DTD 06/01/04 CLB FACTOR 0.9536994200 REM BAL 2,045,685 VARIABLE RATE | 2,145,000.000 | 97.8750 | -26,646.76 | -2,128,861.20 |
| 07/30/04 | 07/13/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/24 B/E DTD 06/01/04 CLB FACTOR 0.9536994200 REM BAL 2,045,685 VARIABLE RATE | -2,145,000.000 | 98.9000 | 26,646.76 | 2,052,103.59 |
| 07/30/04 | 07/14/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2781-K CL-2781-K 5.500% 04/15/24 B/E DTD 04/01/04 FACTOR 1.0000000000 REM BAL 3,326,000 | 3,326,000.000 | 92.7500 | -14,736.03 | -3,099,601.03 |
| 07/30/04 | 07/27/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-WA 6.000% 10/25/33 B/E DTD 05/01/04 FACTOR 0.8160703500 REM BAL 378,656 | -464,000.000 | 98.5000 | 1,830.17 | 378,593.75 |
| 07/30/04 | 07/27/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2830 CL-2830-WF FLTG RATE 0.000% 12/15/32 REG DTD 07/01/04 CLB FACTOR 1.0000000000 REM BAL 26,714,285 VARIABLE RATE | 26,714,285.000 | 99.7500 | -64,344.32 | -26,711,843.61 |
| 07/30/04 | 07/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2830 CL-2830-WF FLTG RATE 0.000% 12/15/32 REG DTD 07/01/04 CLB FACTOR 1.0000000000 REM BAL 26,714,285 VARIABLE RATE | -26,714,285.000 | 99.7500 | 64,344.32 | 26,711,843.61 |
| 07/30/04 | 07/27/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2830 CL-2830-WS INV FLTG RATE 0.000% 12/15/32 REG DTD 07/01/04 CLB FACTOR 1.0000000000 REM BAL 7,285,715 VARIABLE RATE | 7,285,715.000 | 94.5729 | -86,294.49 | -6,976,607.91 |
| 07/30/04 | 07/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2830 CL-2830-WS INV FLTG RATE 0.000% 12/15/32 REG DTD 07/01/04 CLB FACTOR 1.0000000000 REM BAL 3,000,000 VARIABLE RATE | -3,000,000.000 | 96.0000 | 35,533.02 | 2,885,533.02 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Page 7 of 11

Clearing Through **Pershing** A BNY Securities Group Co. Skokloster from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Subsidiary of The Bank of New York Company, Inc.

C00000000110845F59032



# Transactions in Date Sequence *(continued)*

C00000000100863CSP30032

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/30/04 | 07/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2830 CL-2830-WS INV FLTG RATE 0.000% 12/15/32 REG DTD 07/01/04 CLB FACTOR 1.000000000 REM BAL 4,285,715 VARIABLE RATE | -4,285,715.000 | 96.5937 | 50,761.47 | 4,190,494.30 |
| 07/30/04 | 07/27/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-EF FLTG RATE 0.000% 07/15/34 REG DTD 07/27/04 FACTOR 1.000000000 REM BAL 9,968,750 VARIABLE RATE | 9,968,750.000 | 99.2500 | -4,984.38 | -9,888,968.76 |
| 07/30/04 | 07/27/04 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-EF FLTG RATE 0.000% 07/15/34 REG DTD 07/27/04 FACTOR 1.000000000 REM BAL 9,968,750 VARIABLE RATE | -9,968,750.000 | 99.3750 | 4,984.38 | 9,911,429.69 |
| 07/30/04 | 07/27/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-ES INV FLTG RATE 0.000% 07/15/34 REG DTD 07/27/04 FACTOR 1.000000000 REM BAL 3,368,230 VARIABLE RATE | 3,368,230.000 | 97.9054 | -14,260.85 | -3,311,941.93 |
| 07/30/04 | 07/27/04 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-ES INV FLTG RATE 0.000% 07/15/34 REG DTD 07/27/04 FACTOR 1.000000000 REM BAL 3,368,230 VARIABLE RATE | -3,368,230.000 | 97.8125 | 14,260.85 | 3,308,810.82 |
| 07/30/04 | 07/27/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-ET INV FLTG RATE 0.000% 07/15/34 REG DTD 07/27/04 FACTOR 1.000000000 REM BAL 1,163,020 VARIABLE RATE | 1,163,020.000 | 99.7500 | -2,907.55 | -1,163,020.00 |
| 07/30/04 | 07/27/04 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-ET INV FLTG RATE 0.000% 07/15/34 REG DTD 07/27/04 FACTOR 1.000000000 REM BAL 1,163,020 VARIABLE RATE | -1,163,020.000 | 99.7500 | 2,907.55 | 1,163,020.00 |
| 07/30/04 | 07/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2781-KP CL-2781 KP 5.503% 04/15/24 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 124,000 | -124,000.000 | 94.5000 | 549.39 | 117,729.39 |
| 07/30/04 | 07/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2781-KP CL-2781 KP 5.503% 04/15/24 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 5,000 | -5,000.000 | 94.6250 | 22.15 | 4,753.40 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Services from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, SIPC. Financial & Pershing member FDIC



C00000000100085265F30032

CROCKER SECURITIES LLC
1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



# Brokerage
## Account Statement

Statement Period: 07/01/2004 - 07/31/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/30/04 | 07/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2781-KP CL-2781 KP 5.500% 04/15/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 40,000 | -40,000.000 | 94.6250 | 717.22 | 38,021.22 |
| 07/30/04 | 07/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2781-KP CL-2781 KP 5.500% 04/15/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 100,000 | -100,000.000 | 93.8750 | 443.06 | 94,318.06 |
| 07/30/04 | 07/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2781-KP CL-2781 KP 5.500% 04/15/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 10,000 | -10,000.000 | 93.2500 | 44.31 | 9,369.31 |
| 07/30/04 | 07/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2781-KP CL-2781 KP 5.500% 04/15/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 325,000 | -325,000.000 | 93.5000 | 1,439.93 | 305,314.93 |
| 07/30/04 | 07/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2781-KP CL-2781 KP 5.500% 04/15/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 222,000 | -222,000.000 | 93.5000 | 983.58 | 208,553.58 |
| 07/30/04 | 07/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2781-KP CL-2781 KP 5.500% 04/15/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 2,500,000 | -2,500,000.000 | 93.4375 | 11,076.39 | 2,347,013.89 |
| 07/29/04 | 07/29/04 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | 500,000.000 | 72.1875 | | -360,937.50 |
| 07/30/04 | 07/29/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17-AD 5.500% 03/16/34 B/E DTD 03/01/04 FACTOR 1.000000000 REM BAL 4,000,000 | 4,000,000.000 | 94.8437 | -17,722.22 | -3,811,472.22 |
| 07/30/04 | 07/29/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17-AD 5.500% 03/16/34 B/E DTD 03/01/04 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 95.0000 | 2,215.28 | 477,215.28 |



# Transactions in Date Sequence *(continued)*

C0000000010086ESF3A012

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/30/04 | 07/29/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17-KD 5.500% 03/16/24 B/E DTD 03/01/04 FACTOR 1.0000000000 REM BAL 100,000 | -100,000.000 | 95.7500 | 443.06 | 96,193.06 |
| 07/30/04 | 07/29/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17-KD 5.500% 03/16/24 B/E DTD 03/01/04 FACTOR 1.0000000000 REM BAL 100,000 | -100,000.000 | 95.5000 | 443.06 | 95,943.06 |
| 07/30/04 | 07/29/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17-KD 5.500% 03/16/24 B/E DTD 03/01/04 FACTOR 1.0000000000 REM BAL 312,000 | -312,000.000 | 95.3750 | 1,382.33 | 298,952.33 |
| 07/30/04 | 07/29/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17-KD 5.500% 03/16/24 B/E DTD 03/01/04 FACTOR 1.0000000000 REM BAL 300,000 | -300,000.000 | 95.5000 | 1,329.17 | 287,829.17 |
| 07/30/04 | 07/29/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17-KD 5.500% 03/16/24 B/E DTD 03/01/04 FACTOR 1.0000000000 REM BAL 604,000 | -604,000.000 | 95.5000 | 2,676.06 | 579,456.06 |
| 07/30/04 | 07/29/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17-KD 5.500% 03/16/24 B/E DTD 03/01/04 FACTOR 1.0000000000 REM BAL 52,000 | -52,000.000 | 95.5000 | 230.39 | 49,850.39 |
| 07/30/04 | 07/29/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17-KD 5.500% 03/16/24 B/E DTD 03/01/04 FACTOR 1.0000000000 REM BAL 71,000 | -71,000.000 | 95.5200 | 314.57 | 67,942.07 |
| 07/30/04 | 07/29/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17-KD 5.500% 03/16/24 B/E DTD 03/01/04 FACTOR 1.0000000000 REM BAL 401,000 | -401,000.000 | 95.5000 | 1,776.65 | 380,721.65 |
| 07/30/04 | 07/29/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-17 CL-17-KD 5.500% 03/16/24 B/E DTD 03/01/04 FACTOR 1.000000000 REM BAL 1,560,000 | -1,560,000.000 | 94.5000 | 6,911.67 | 1,481,111.67 |
| 07/30/04 | 07/30/04 | PURCHASED | CWABS INC 2004-3 MTG PASSTHRU CTF CL A16 FLTG RATE 0.000% 04/25/34 B/E DTD 02/01/04 CUR FACTOR 0.0833287900 REM BAL 31,460 VARIABLE RATE | 377,550.000 | 110.0000 | -684.27 | -35,291.14 |

Account Number: 7Z7-8911035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399

Page 10 of 11

# CROCKER SECURITIES LLC
2595 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Brokerage
## Account Statement

Statement Period: 07/01/2004 - 07/31/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/30/04 | 07/30/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 FACTOR 1.0000000000 REM BAL  3,619,025 | 3,619,025.000 | 97.5000 | -16,034.29 | -3,544,583.67 |
| 07/30/04 | 07/30/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 FACTOR 1.0000000000 REM BAL  7,313,958 | 7,313,958.000 | 96.9375 | -35,350.80 | -7,125,318.84 |
| 07/30/04 | 07/30/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 FACTOR 1.0000000000 REM BAL  7,000,000 | 7,000,000.000 | 101.0312 | -33,833.33 | -7,106,020.83 |
| 07/30/04 | 07/30/04 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 FACTOR 1.0000000000 REM BAL  7,000,000 | -7,000,000.000 | 97.0000 | 33,833.33 | 6,823,833.33 |

**Total Value of all Transactions**  **-$3,207,034.24**

The price and quantity displayed may have been rounded.

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
SafeKeeps from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, NASD, SIPC, Financial Industry Regulatory Authority



C00000000C100860CSRF04012