# THEODORE BRAGG DECLARATION

# EXHIBIT A

# 3 OF 9



# CROCKER SECURITIES LLC

1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

C000000000954671CSPF2003I

Ill..I.I.I..I.I..I....II...Il.I.I..I.I.I.I.I.I.I..I.I..I..I.II

CROCKER SECURITIES LLC
- -TAXABLE TRADE #2- -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597 - 7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

## Brokerage
### Account Statement

Account Number: 727-891035
Statement Period: 08/01/2004 - 08/31/2004

### Valuation at a Glance

|  | This Period |
|---|---|
| Beginning Account Value | $833,544.60 |
| Dividends/Interest | 21,878.61 |
| Change in Account Value | -589,776.03 |
| Ending Account Value | $265,647.18 |

## Asset Allocation

|  | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Fixed Income | 11,177,439.94 | 10,933,415.26 | 100% |
| Cash and Cash Equivalents | -10,343,895.34 | -10,667,768.08 | 0% |
| Account Total | $833,544.60 | $265,647.18 | 100% |

Your Account is 100% Invested in Fixed Income.



Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member NASD, NYSE, SIPC. This product of Pershing a subsidiary of Pershing LLC

C000000000954671CSPF2003I

## Customer Service Information

Your Investment Advisor:
Identification Number: RDG
DOUG GREEN
Telephone Number: (561) 361-4803
Fax Number: (561) 362-5261

Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST
Customer Service Telephone Number: (800) 941-2895

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Income This Year | Income 30-day Yield |
|---|---|---|---|---|---|
| | Cash and Cash Equivalents 0.00% of Portfolio | | | | |
| | Margin Balance | -10,343,895.34 | -10,667,768.08 | | |
| | Total Cash and Cash Equivalents | -$10,343,895.3 | -$10,667,768.08 | $0.00 | $0.00 |

| Quantity | Description *(In Maturity Date Sequence)* | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income 100.00% of Portfolio** | | | | | |
| | Asset Backed Securities | | | | | |
| 222,000.00 M | BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1 1A-26 FLT RATE 0.000% 07/25/33 B/E DTD 06/01/03 CLB *Security Identifier:* 05940XMH1 Factor: 0.11204738 | 103.5780 | 25,784.53 | 0.00 | | |
| 500,000.00 M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 *Security Identifier:* 32051DK50 Factor: 1.00000000 | 52.9390 | 264,695.00 | 0.00 | | |
| 377,550.00 M | CWMBS INC 2004-3 MTG PASSTHRU CTF CL A16 FLTG RATE 0.000% 04/25/34 B/E DTD 02/01/04 CLB *Security Identifier:* 12669PQ0 Factor: 0.04176611 | 99.6020 | 15,706.04 | 0.00 | | |
| 3,619,025.00 M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-32-CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 *Security Identifier:* 31393X768 Factor: 1.00000000 | 90.1980 | 3,264,288.17 | 16,587.20 | | |

Clearing Through **Pershing** A BNY Securities Group Co.
member NASD, NYSE, SIPC   Subsidiaries from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
member US, canada, NASD, NYSE, SIPC, The New York Stock Exchange, member NASD

Account Number: 727-891035
CROCKER SECURITIES LLC

Page 2 of 8

CK00000009541410CF910031



# CROCKER SECURITIES LLC

1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

Statement Period: 08/01/2004 • 08/31/2004

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 7,313,958.000M | GNMA GTD REMIC PASS THRU CTFS REMIC SER 2004-44 CL-44 LC 6.000% 07/15/34 B/E DTD 07/27/04 | 100.6700 | 7,362,861.52 | 36,569.79 | | |
| | *Security Identifier* 38374H1D3  Factor: 1.00000000 | | | | | |
| **Total Asset Backed Securities** | | | $10,933,415.26 | $53,156.99 | $0.00 | |
| **Total Fixed Income** | | | $10,933,415.26 | $53,156.99 | $0.00 | |

| Description | | Market Value | | Estimated Annual Income |
|---|---|---|---|---|
| **Total Portfolio Holdings** | · | **$265,647.18** | | **$0.00** |

**M** This symbol next to the quantity indicates a position in your margin account.

## Disclosures and Other Information

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information

pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm.  In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm.  In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation.  Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

*Account Number:* 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** · A BNY Securities Group Co.
Solution from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, SIPC, is an affiliate of Pershing Investments LLC.

C0000000009546TCSEP3031

# Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/11/04 | 07/30/04 | CORRECTED PURCHASE | CWMBS INC 2004-3 MTG PASSTHRU CTF CL A16 FLTG RATE 0.000% 04/25/34 B/E DTD 02/01/04 CLB VARIABLE RATE CORRECTED CONFIRM | 377,550.000 | 110.0000 | -659.83 | -35,266.70 |
| 08/11/04 | 07/30/04 | CANCELLED PURCHASE | CWMBS INC 2004-3 MTG PASSTHRU CTF CL A16 FLTG RATE 0.000% 04/25/34 B/E DTD 02/01/04 CLB CANCELLED TRADE | -377,550.000 | 110.0000 | 684.27 | 35,291.14 |
| 08/12/04 | 08/09/04 | PURCHASED | FNMA 5.5% AUG 2004 PL TBA SETT 08/12/04 DTD 08/09/04 FACTOR 1.000000000 REM BAL 20,000.000 | 20,000,000.000 | 99.7812 | -33,611.11 | -19,989,861.11 |
| 08/12/04 | 08/09/04 | CORRECTED SELL | FNMA 5.5% AUG 2004 PL TBA SETT 08/12/04 DTD 08/09/04 FACTOR 1.000000000 "PAIR OFF" 5.500% 08/12/04 REG CORRECTED CONFIRM DTD 08/09/04 PX CH | -20,000,000.000 | 99.7890 | 33,611.11 | 19,991,423.61 |
| 08/12/04 | 08/09/04 | PURCHASED | FNMA 5.5% AUG 2004 PL TBA SETT 08/12/04 DTD 08/09/04 FACTOR 1.000000000 "PAIR OFF" 5.500% 08/12/04 REG REM BAL 2,500.000 | 2,500,000.000 | 99.7812 | -4,201.39 | -2,498,732.64 |
| 08/12/04 | 08/11/04 | PURCHASED | FNMA 5.5% AUG 2004 PL TBA SETT 08/12/04 DTD 08/09/04 FACTOR 1.000000000 "PAIR OFF" 5.500% 08/12/04 REG REM BAL 10,000.000 | 10,000,000.000 | 100.5000 | -16,805.56 | -10,066,805.56 |
| 08/12/04 | 08/11/04 | PURCHASED | FNMA 5.5% AUG 2004 PL TBA SETT 08/12/04 DTD 08/09/04 FACTOR 1.000000000 "PAIR OFF" 5.500% 08/12/04 REG REM BAL 5,000.000 | 5,000,000.000 | 99.7812 | -8,402.78 | -4,997,465.28 |
| 08/12/04 | 08/11/04 | PURCHASED | FNMA 5.5% AUG 2004 PL TBA SETT 08/12/04 DTD 08/09/04 FACTOR 1.000000000 "PAIR OFF" 5.500% 08/12/04 REG REM BAL 12,500.000 | 12,500,000.000 | 101.2421 | -21,006.94 | -12,676,280.38 |
| 08/12/04 | 08/11/04 | PURCHASED | FNMA 5.5% AUG 2004 PL TBA SETT 08/12/04 DTD 08/09/04 FACTOR 1.000000000 "PAIR OFF" 5.500% 08/12/04 REG REM BAL 12,500.000 | 12,500,000.000 | 101.2539 | -21,006.94 | -12,677,145.23 |
| 08/12/04 | 08/11/04 | SOLD | FNMA 5.5% AUG 2004 PL TBA SETT 08/12/04 DTD 08/09/04 FACTOR 1.000000000 REM BAL 12,500.000 | -12,500,000.000 | 101.2187 | 21,006.94 | 12,673,350.69 |

Account Number: 717-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiaries from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
member ... SIPC ... NYSE ... SIC

Page 4 of 8

C00000000954672CSP10011

# CROCKER
## SECURITIES LLC
1299 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-741-1340

CV000000000556670SEF30011

# Brokerage
## Account Statement

**Statement Period: 08/01/2004 - 08/31/2004**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/12/04 | 08/11/04 | SOLD | FNMA 5.5% AUG 2004 PL TBA SETT 08/12/04<br>"PAIR OFF" 5.500% 08/12/04 REG<br>DTD 08/09/04 FACTOR 1.000000000<br>REM BAL 5,000,000 | -5,000,000.000 | 99.9281 | 8,402.78 | 4,999,809.03 |
| 08/12/04 | 08/11/04 | SOLD | FNMA 5.5% AUG 2004 PL TBA SETT 08/12/04<br>REM BAL 5,000,000<br>"PAIR OFF" 5.500% 08/12/04 REG<br>DTD 08/09/04 FACTOR 1.000000000<br>REM BAL 20,000,000 | -20,000,000.000 | 99.7890 | 33,611.11 | 19,931,423.61 |
| 08/12/04 | 08/11/04 | SOLD | FNMA 5.5% AUG 2004 PL TBA SETT 08/12/04<br>"PAIR OFF" 5.500% 08/12/04 REG<br>DTD 08/09/04 FACTOR 1.000000000<br>REM BAL 5,000,000 | -5,000,000.000 | 99.8828 | 8,402.78 | 5,002,543.41 |
| 08/20/04 | 08/19/04 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 31 DEBIT DAYS<br>AV. BAL 103854521.7 AVG RATE 3.573<br>07-20-04 TO 08-19-04 | | | | -31,960.97 |
| 08/20/04 | | BOND INTEREST RECEIVED | 7313938 GNMA GTD REMIC PASS<br>THRU CTFS REMIC SER-2004-44 CL-44-LC<br>6.000% 07/15/34 B/E DTD 07/27/04<br>RD 07/30 PD 08/20/04 | | | | 36,569.79 |
| 08/25/04 | | BOND INTEREST RECEIVED | 377560 CWMBS INC 2004-3 MTG<br>PASSTHRU CTF CL A16 FLTG RATE<br>0.000% 04/25/34 B/E DTD 02/01/04 CLB<br>RD 07/30 PD 08/25/04 | | | | 682.59 |
| 08/25/04 | | RETURN OF PRINCIPAL RECEIVED | 377560 CWMBS INC 2004-3 MTG<br>PASSTHRU CTF CL A16 FLTG RATE<br>0.000% 04/25/34 B/E DTD 02/01/04 CLB<br>RD 07/30 PD 08/25/04 | | | | 15,691.99 |
| 08/25/04 | | BOND INTEREST RECEIVED | 3616025 FNMA GTD REMIC PASS<br>THRU CTF REMIC TR-2004-32- CL-32-CG<br>5.500% 09/25/34 B/E DTD 04/01/04<br>RD 07/30 PD 08/25/04 | | | | 16,587.20 |

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member NYSE, NYSE.MKT, Financial Industry Regulatory Authority, SIPC

# Transactions in Date Sequence *(continued)*

Account Number: 727-891035
CROCKER SECURITIES LLC

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/27/04 | 08/27/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 1.000000000 REM BAL 21,714,285 VARIABLE RATE | 21,714,285.000 | 99.7812 | -47,988.57 | -21,714,773.57 |
| 08/27/04 | 08/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J FLTR 0.000% 09/15/33 B/E DTD 08/07/04 FACTOR 1.000000000 REM BAL 21,714,285 VARIABLE RATE | -21,714,285.000 | 99.7500 | 47,988.57 | 21,707,867.86 |
| 08/27/04 | 08/27/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 1.000000000 REM BAL 4,285,715 VARIABLE RATE | 4,285,715.000 | 103.2500 | -44,715.87 | -4,469,716.61 |
| 08/27/04 | 08/27/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 1.000000000 REM BAL 4,000,000 VARIABLE RATE | 4,000,000.000 | 101.0156 | -26,462.22 | -4,067,087.22 |
| 08/27/04 | 07/30/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 CORRECTED CONFIRM VARIABLE RATE | -3,619,025.000 | 99.5000 | 16,034.29 | 3,616,964.17 |
| 08/30/04 | 07/30/04 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 1.00000000 CORRECTED CONFIRM | -7,313,958.000 | 102.5000 | 35,350.80 | 7,532,157.75 |
| 08/30/04 | 08/09/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR C90397141.00 REM BAL 45,198 VARIABLE RATE | -50,000.000 | 100.0000 | 574.34 | 45,772.91 |
| 08/30/04 | 07/30/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR C90397141.00 REM BAL 2,056,534 VARIABLE RATE | 2,275,000,000.000 | 102.8750 | -26,132.64 | -2,141,792.98 |
| 08/30/04 | 08/11/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR C90397141.00 REM BAL 2,011,336 VARIABLE RATE | -2,225,000,000.000 | 105.3750 | 25,559.30 | 2,145,004.02 |

Clearing Through Pershing, A BNY Securities Group Co.
Soldiers from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399

C000000009541GCSF30031

# CROCKER SECURITIES LLC

2399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

Statement Period: 08/01/2004 - 08/31/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/30/04 | 08/11/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 05/01/04 CLB FACTOR 0.91396974100 REM BAL 1,960,460 VARIABLE RATE | 2,145,000.000 | 102.7500 | -24,911.81 | -2,039,284.56 |
| 08/30/04 | 08/11/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 05/01/04 CLB FACTOR 0.91396974100 REM BAL 1,960,460 VARIABLE RATE | 2,145,000.000 | 105.2300 | 24,911.81 | 2,083,256.05 |
| 08/30/04 | 08/27/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.90397141100 REM BAL 4,519 VARIABLE RATE | 5,000.000 | 105.5000 | -57.43 | -4,825.88 |
| 08/30/04 | 08/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.90397141100 REM BAL 4,519 VARIABLE RATE | -5,000.000 | 100.0000 | 57.43 | 4,577.29 |
| 08/30/04 | 08/27/04 | CORRECTED PURCHASE | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 S/D CORR CORRECTED CONFIRM | 7,313,958.000 | 102.5468 | -35,350.80 | -7,535,586.17 |
| 08/30/04 | 08/30/00 | PURCHASED | BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.000% 07/25/33 B/E DTD 06/01/03 CLB FACTOR 0.11204789000 REM BAL 24,874 VARIABLE RATE | 222,000.000 | 110.0000 | -467.08 | -27,829.05 |
| 08/31/04 | 08/27/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-I CL-2842-I INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 BKO/CHG VARIABLE RATE CORRECTED CONFIRM | -4,285,715.000 | 100.0000 | 51,595.24 | 4,337,310.24 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Subsidiary of Pershing Investments LLC

C00000000095467C5P31001

# Transactions in Date Sequence (continued)

Account Number: 727-891035
CROCKER SECURITIES LLC

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/31/04 | 08/27/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 0.000% 09/15/33 B/E DTD 08/07/04 BRRCHG VARIABLE RATE CORRECTED CONFIRM | -4,000,000.000 | 100.0000 | 30,533.33 | 4,030,533.33 |
| 08/31/04 | 08/27/04 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 FACTOR 1.000000000 REM BAL 7,000.000 CORRECTED CONFIRM | -7,000,000.000 | 105.5000 | 35,000.00 | 7,420,000.00 |
| 08/31/04 | 08/30/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 3,619.025 | 3,619,025.000 | 99.5312 | -16,587.20 | -3,618,648.02 |
| 08/31/04 | 08/30/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 FACTOR 1.000000000 REM BAL 7,000.000 | 7,000,000.000 | 105.5312 | -35,000.00 | -7,422,187.50 |

**Total Value of all Transactions** | | | | | | | **-$323,872.74**

The price and quantity displayed may have been rounded.

Clearing Through Pershing A BNY Securities Group Co. Subsidiaries from The Bank of New York    One Pershing Plaza, Jersey City, New Jersey 07399

C0000000003S4167C5F30031

# CROCKER
## SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1560



# Brokerage
## Account Statement

D000000000374447C8P33047

CROCKER SECURITIES LLC
- - TAXABLE TRADE #2- -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597 - 7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

Account Number: 7Z7-891035
Statement Period: 09/01/2004 - 09/30/2004

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $285,647.18 |
| Dividends/Interest | 8,271.67 |
| Change in Account Value | 853,845.19 |
| Ending Account Value | $1,127,764.04 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | 10,933,415.26 | 1,672,012.50 | 100% | Your Account is 100% invested in Fixed Income. |
| Cash and Cash Equivalents | -10,667,768.08 | -544,248.46 | 0% | |
| Account Total | $285,647.18 | $1,127,764.04 | 100% | |



D000000000874447CSP33047

Clearing Through Pershing
A BNY Securities Group Co.
Member of the Bank of New York
Pershing LLC, member NASD, NYSE, SIPC, Member all of the bny companies LLC

One Pershing Plaza, Jersey City, New Jersey 07399

PAR-02-CUTSHEET

# Customer Service Information

**Your Investment Advisor:**
Identification Number: RDG
DOUG GREEN
Telephone Number: (561) 361-4803
Fax Number: (561) 362-5261

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Cash and Cash Equivalents  0.00% of Portfolio | | | | | |
| | Margin Balance | -10,667,768.08 | -544,248.46 | | | |
| | **Total Cash and Cash Equivalents** | **-$10,667,768.0** | **-$544,248.46** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio**  *(In Maturity Date Sequence)* | | | | | |
| | Asset Backed Securities | | | | | |
| 222,000.000M | BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.000% 07/25/33 B/E DTD 06/01/03 CLB  *Security Identifier: 05969XMH1  Factor: 0.08497924* | 102.0440 | 21,516.38 | 0.00 | | |
| 500,000.000M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03  *Security Identifier: 32051DK50  Factor: 1.00000000* | 56.9400 | 284,700.00 | 0.00 | | |
| 50,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2780 CL-2780-CS 0.000% 03/15/34 B/E DTD 03/01/04 CLB  *Security Identifier: 31394T326  Factor: 0.82819024* | 94.4310 | 39,103.42 | 0.00 | | |
| 100,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2780 CL-2780-SD "INVERSE" 7.800% 03/15/34 B/E DTD 03/01/04 CLB  *Security Identifier: 31394T659  Factor: 0.82819024* | 78.6770 | 78,677.24 | 520.38 | | |

Account Number: 727-391035
CROCKER SECURITIES LLC

Clearing Through: **Pershing**

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC, a subsidiary of The Bank of New York Mellon Corporation

Page 2 of 17



**CROCKER SECURITIES LLC**
3999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925 941 8560

**Brokerage**
*Account Statement*

Statement Period: 09/01/2004 - 09/30/2004

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** *(continued)* | | | | | |
| | **Asset Backed Securities** *(continued)* | | | | | |
| 100,000.000ᴹ | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2783 CL-2783.SD INV FLTR RATE 0.000% 04/15/34 B/E DTD 04/01/04 CLB *Security Identifier:* 31394R4R4  Factor: 0.85743883 | 81.8480 | 81,840.82 | 0.00 | $0.00 | |
| 1,374,000.000ᴹ | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 13.541% 05/15/34 B/E DTD 06/15/04 CLB *Security Identifier:* 31394V9P4  Factor: 0.85663388 | 99.0790 | 1,166,174.64 | 12,838.91 | | |
| | **Total Asset Backed Securities** | | $1,672,012.50 | $13,359.29 | $0.00 | |
| | **Total Fixed Income** | | $1,672,012.50 | $13,359.29 | $0.00 | |

| Description | Market Value | Estimated Annual Income |
|---|---|---|
| **Total Portfolio Holdings** | $1,127,784.04 | $0.00 |

Clearing Through **Pershing** A BNY Securities Group Co.
PAR-02-CUTSHEET    Stables from The Best of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC (National List of Pershing instruments) LLC

Account Number: 727-891035
CROCKER SECURITIES LLC



QUALIFIED FOR E-COMMUNICATION

D0P0000000008744T25P10047

DOC000000003741?CSP3DO47

# Portfolio Holdings *(continued)*

■ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

**Pricing** - Securities prices may vary from actual liquidation value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system using various factors into consideration. The pricing of listed options takes into account the last closing price, as well as its current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information

pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

# Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/01/04 | 08/31/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.90397/4100 REM BAL  2,006,816 | 2,220,000.000 | 105.5000 | | -2,117,191.44 |
| 09/01/04 | 08/31/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-RS 0.000% 05/15/34 B/E DTD 06/01/04 CL8 FACTOR 0.913957/4100 REM BAL  1,960,460 VARIABLE RATE VARIABLE RATE | 2,145,000.000 | 105.5000 | | -2,068,285.40 |
| 09/10/04 | 08/31/04 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACT8373010Z8KR0030 VARIABLE RATE CORRECTED CONFIRM | 2,220,000.000 | 105.5000 | | -1,961,042.72 |
| 09/10/04 | 08/31/04 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.90397/4100 REM BAL  2,006,816 CANCELLED TRADE | -2,220,000.000 | 105.5000 | | 2,117,191.44 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Settlers Than The Rest of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member SIPC Member NYSE, all other principal exchanges

Page 4 of 17

**CROCKER SECURITIES LLC**
1999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage**
*Account Statement*

## Transactions in Date Sequence *(continued)*

Statement Period: 09/01/2004 - 09/30/2004

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/10/04 | 08/31/04 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2815 CL-2815-ES 0.000% 05/15/24 B/E<br>DTD 06/01/04 CL8 FACT.86907/658KR80030 | 2,145,000.000 | 105.0000 | | -1,966,701.00 |
| 09/10/04 | 08/31/04 | CANCELLED PURCHASE | VARIABLE RATE CORRECTED CONFIRM<br>FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2815 CL-2815-ES 0.000% 05/15/24 B/E<br>DTD 06/01/04 CL8 FACTOR.03139674100<br>REM BAL 1,960,460 VARIABLE RATE<br>CANCELLED TRADE | -2,145,000.000 | 105.0000 | | 2,068,285.40 |
| 09/15/04 | 09/14/04 | PURCHASED | FNMA 5.50% SEP 2004 PL TBA SETT 09/15/04<br>DTD 09/07/04 FACTOR 1.00000000<br>REM BAL 3,000.000 | 3,000,000.000 | 101.1796 | -6,416.67 | -3,041,807.37 |
| 09/15/04 | 09/14/04 | PURCHASED | FNMA 5.50% SEP 2004 PL TBA SETT 09/15/04 REG<br>DTD 09/07/04 FACTOR 1.00000000<br>REM BAL 4,000.000 | 4,000,000.000 | 101.6718 | -8,555.56 | -4,075,430.56 |
| 09/15/04 | 09/14/04 | PURCHASED | FNMA 5.50% SEP 2004 PL TBA SETT 09/15/04<br>"PAIR OFF" 5.500% 09/15/04 REG<br>DTD 09/07/04 FACTOR 1.00000000<br>REM BAL 20,000.000 | 20,000,000.000 | 101.6875 | -42,777.78 | -20,380,277.78 |
| 09/15/04 | 09/14/04 | SOLD | FNMA 5.50% SEP 2004 PL TBA SETT 09/15/04<br>"PAIR OFF" 5.500% 09/15/04 REG<br>DTD 09/07/04 FACTOR 1.00000000<br>REM BAL 7,000.000 | -7,000,000.000 | 101.1718 | 14,972.22 | 7,097,003.47 |
| 09/15/04 | 09/14/04 | SOLD | FNMA 5.50% SEP 2004 PL TBA SETT 09/15/04<br>"PAIR OFF" 5.500% 09/15/04 REG<br>DTD 09/07/04 FACTOR 1.00000000<br>REM BAL 20,000.000 | -20,000,000.000 | 100.8437 | 42,777.78 | 20,211,527.78 |
| 09/15/04 | 09/15/04 | PURCHASED | FNMA 5.50% SEP 2004 PL TBA SETT 09/15/04<br>"PAIR OFF" 5.500% 09/15/04 REG<br>DTD 09/07/04 FACTOR 1.00000000<br>REM BAL 15,500.000 | 15,500,000.000 | 101.6875 | -33,152.78 | -15,794,715.28 |

D000000000087441YC8F30047

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/15/04 | 09/15/04 | PURCHASED | FNMA 5.50% SEP 2004 PL TBA SETT 09/15/04 "PAIR OFF" 5.500% 09/15/04 REG DTD 09/07/04 FACTOR 1.000000000 REM BAL 5,000,000 | 5,000,000.000 | 101.2187 | -10,694.44 | -5,071,631.94 |
| 09/15/04 | 09/15/04 | SOLD | FNMA 5.50% SEP 2004 PL TBA SETT 09/15/04 "PAIR OFF" 5.500% 09/15/04 REG DTD 09/07/04 FACTOR 1.000000000 REM BAL 3,000,000 | -3,000,000.000 | 100.5468 | 6,416.67 | 3,022,822.92 |
| 09/15/04 | 09/15/04 | SOLD | FNMA 5.50% SEP 2004 PL TBA SETT 09/15/04 "PAIR OFF" 5.500% 09/15/04 REG DTD 09/07/04 FACTOR 1.000000000 REM BAL 12,500,000 | -12,500,000.000 | 100.8750 | 26,736.11 | 12,636,111.11 |
| 09/15/04 | 09/15/04 | SOLD | FNMA 5.50% SEP 2004 PL TBA SETT 09/15/04 "PAIR OFF" 5.500% 09/15/04 REG DTD 09/07/04 FACTOR 1.000000000 REM BAL 5,000,000 | -5,000,000.000 | 100.8093 | 10,694.44 | 5,041,163.19 |
| 09/20/04 | 09/19/04 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 31 DEBIT DAYS AV BAL 1415,9963.31 AVG RATE 3.750 08-20-04 TO 09-19-04 | | | | -45,712.01 |
| 09/20/04 | | BOND INTEREST RECEIVED | 73133S9 GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44 LC 6.000% 07/15/34 B/E DTD 07/27/04 RD 08/31 PD 09/20/04 | | | | 38,569.79 |
| 09/22/04 | 09/27/04 | CORRECTED PURCHASE | GNMA GTD MTG PASS THRU CTFS POOL # 008306 8.250% 04/15/17 REG DTD 06/01/78 FACT UPD .6893533 CORRECTED CONFIRM | 144,582.000 | 102.8750 | -473.80 | -101,755.26 |
| 09/22/04 | 09/30/04 | CORRECTED SELL | GNMA GTD MTG PASS THRU CTFS POOL # 008306 8.250% 04/15/17 REG DTD 06/01/78 FACTOR 0.68093353533 CORRECTED CONFIRM | -144,582.000 | 102.8750 | 473.80 | 101,755.26 |
| 09/24/04 | 09/21/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 13.541% 05/15/34 REG DTD 06/15/04 CL8 FACTOR 0.856638800 REM BAL 85,663 | 100,000.000 | 97.5000 | -290.00 | -83,811.80 |
| 09/24/04 | 09/21/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 13.541% 05/15/34 REG DTD 06/15/04 CL8 FACTOR 0.856638800 REM BAL 85,663 | -100,000.000 | 98.0000 | 290.00 | 84,240.12 |

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Member FINRA, NYSE, SIPC, Securities Cleared by Pershing Investment LLC

One Pershing Plaza, Jersey City, New Jersey 07399

Page 6 of 17

# CROCKER
## SECURITIES LLC
1399 Oak Road • Suite 110 • Walnut Creek, CA 94597
925-941-5410

DABAB DABID
FOR COMMUNICATION

# Brokerage
## Account Statement

Statement Period: 09/01/2004 - 09/30/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/27/04 | | BOND INTEREST RECEIVED | 222000 BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.000% 07/25/33 B/E DTD 06/01/03 CLB RD 08/31 PD 09/25/04 | | | | 498.50 |
| 09/27/04 | | RETURN OF PRINCIPAL RECEIVED | 222000 BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.000% 07/25/33 B/E DTD 06/01/03 CLB RD 08/31 PD 09/25/04 | | | | 3,789.12 |
| 09/27/04 | | BOND INTEREST RECEIVED | 377550 CWMBS INC 2004-3 MTG PASSTHRU CTF CL A16 FLTG RATE DTD DTD 02/01/04 CLB 0.000% 04/25/34 B/E DTD 02/01/04 CLB | | | | 328.19 |
| 09/27/04 | | SECURITY REDEEMED | CWMBS INC 2004-3 MTG PASSTHRU CTF CL A16 FLTG RATE 0.000% 04/25/34 B/E DTD 02/01/04 CLB | -377,550.000 | | | 15,768.79 |
| 09/27/04 | | BOND INTEREST RECEIVED | 3619025 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 RD 08/31 PD 09/25/04 | | | | 16,587.20 |
| 09/28/04 | 09/23/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 13.541% 05/15/34 REG DTD 05/15/04 CLB FACTOR 0.856633800 REM BAL        856.633 | 1,000,000.000 | 97.6250 | -4,188.91 | -840,477.74 |
| 09/28/04 | 09/23/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 13.541% 05/15/34 REG DTD 05/15/04 CLB FACTOR 0.856633800 REM BAL        266.413 | -311,000.000 | 98.2500 | 1,302.75 | 263,053.66 |
| 09/29/04 | 09/24/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 13.541% 05/15/34 REG DTD 05/15/04 CLB FACTOR 0.856633800 REM BAL        198,739 | -232,000.000 | 98.0000 | 1,046.59 | 195,810.86 |
| 09/30/04 | 09/30/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32- CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 PRICE CHG CORRECTED CONFIRM | -3,619,025.000 | 98.5000 | 16,034.29 | 3,580,773.92 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Member New York Stock Exchange, Inc.

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC. A subsidiary of The Bank of New York Mellon Corporation.
PAR-OO-CUTSHEET

D000000000873447CSF010417

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/04 | 08/30/04 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44 LC 6.000% 07/15/34 B/E DTD 07/27/04 PRICE UPD CORRECTED CONFIRM | -7,313,968.000 | 106.5000 | 35,350.80 | 7,824,716.07 |
| 09/30/04 | 09/14/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR .0954866150 REM BAL  4,092,284 VARIABLE RATE | 4,285,715.000 | 99.1875 | -46,536.46 | -4,105,570.83 |
| 09/30/04 | 09/14/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR .0954866150 REM BAL  4,092,284 VARIABLE RATE | -4,285,715.000 | 101.5000 | 46,536.46 | 4,200,204.90 |
| 09/30/04 | 09/14/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR .0954866150 REM BAL  3,819,464 VARIABLE RATE | 4,000,000.000 | 99.6250 | -27,768.04 | -3,832,509.65 |
| 09/30/04 | 09/14/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR .0954866150 REM BAL  3,819,464 VARIABLE RATE | -4,000,000.000 | 101.8750 | 27,768.04 | 3,918,847.60 |
| 09/30/04 | 09/15/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 CONTRA CHG VARIABLE RATE CORRECTED CONFIRM | -2,220,000.000 | 107.5000 | 22,909.81 | 2,021,128.69 |
| 09/30/04 | 09/15/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2816 CL-2816-BS 0.000% 08/15/34 B/E DTD 06/01/04 CLB CONTRA CHG VARIABLE RATE CORRECTED CONFIRM | -2,145,000.000 | 107.5000 | 22,975.91 | 2,026,560.34 |
| 09/30/04 | 09/27/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2771 CL-2771-SX INV FLTR 0.000% 03/15/34 B/E DTD 03/01/04 CLB FACTOR .0949284030 REM BAL  949,284 VARIABLE RATE | 1,000,000.000 | 94.0000 | -8,411.71 | -900,738.70 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



**Brokerage Account Statement**

Statement Period: 09/01/2004 - 09/30/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/04 | 09/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2771 CL-2771 SX "INV FLTR" 0.000% 03/15/34 B/E DTD 03/01/04 CLB FACTOR 0.349428403000 REM BAL 949,284 VARIABLE RATE | -1,000,000.000 | 94.4375 | 8,411.71 | 904,851.82 |
| 09/30/04 | 09/27/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 13.541% 05/15/34 B/E DTD 05/15/04 CLB FACTOR 0.856638800 REM BAL 856,633 | 1,000,000.000 | 97.2500 | -4,188.91 | -837,265.36 |
| 09/30/04 | 09/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 13.541% 05/15/34 B/E DTD 05/15/04 CLB SOLICITED ORDER | -63,000.000 | 100.0000 | 290.00 | 51,688.03 |
| 09/30/04 | 09/27/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2859 CL-2859-DD 5.500% 09/15/34 B/E DTD 09/01/04 CLB FACTOR 1.000000000 REM BAL 1,384,000 | 1,384,000.000 | 97.2500 | -6,131.89 | -1,352,071.89 |
| 09/30/04 | 09/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2859 CL-2859-DD 5.500% 09/15/34 B/E DTD 09/01/04 CLB FACTOR 1.000000000 REM BAL 250,000 | -250,000.000 | 98.1250 | 1,107.64 | 246,420.14 |
| 09/30/04 | 09/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2859 CL-2859-DD 5.500% 09/15/34 B/E DTD 09/01/04 CLB FACTOR 1.000000000 REM BAL 1,134,000 | -1,134,000.000 | 98.0625 | 5,024.25 | 1,117,053.00 |
| 09/30/04 | 09/27/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2854 CL-2854-EE 5.500% 09/15/34 REG DTD 09/01/04 FACTOR 1.000000000 REM BAL 2,000,000 | 2,000,000.000 | 97.2812 | -8,861.11 | -1,954,486.11 |
| 09/30/04 | 09/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2854 CL-2854-EE 5.500% 09/15/34 REG DTD 09/01/04 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 98.0000 | 2,215.28 | 492,215.28 |

DEALER AND SIPC CORPORATION

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
One Pershing Plaza, Jersey City, New Jersey 07399
Member of the New York Stock Exchange
PAR-02-CUTSHEET

D0R00000008741TCSF30047

D0000000097147CSF39047

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/04 | 09/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2854 CL-2854-EE 5.500% 09/15/34 REG DTD 09/01/04 FACTOR 1.000000000 REM BAL 250.000 | -250,000.000 | 98.2500 | 1,107.64 | 246,732.64 |
| 09/30/04 | 09/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2854 CL-2854-EE 5.500% 09/15/34 REG DTD 09/01/04 FACTOR 1.000000000 REM BAL 500.000 | -500,000.000 | 98.2500 | 2,215.28 | 493,465.28 |
| 09/30/04 | 09/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2854 CL-2854-EE 5.500% 09/15/34 REG DTD 09/01/04 FACTOR 1.000000000 REM BAL 500.000 | -500,000.000 | 98.1250 | 2,215.28 | 492,840.28 |
| 09/30/04 | 09/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2854 CL-2854-EE 5.500% 09/15/34 REG DTD 09/01/04 FACTOR 1.000000000 REM BAL 250.000 | -250,000.000 | 98.0625 | 1,107.64 | 246,263.89 |
| 09/30/04 | 09/27/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2854 CL-2854-EE 5.500% 09/15/34 B/E DTD 09/01/04 FACTOR 1.000000000 REM BAL 2,000.000 | 2,000,000.000 | 97.2812 | -8,861.11 | -1,954,486.11 |
| 09/30/04 | 09/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2854 CL-2854-EE 5.500% 09/15/34 B/E DTD 09/01/04 FACTOR 1.000000000 REM BAL 2,000.000 | -2,000,000.000 | 98.0000 | 8,861.11 | 1,968,861.11 |
| 09/30/04 | 09/27/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2858 CL-2858-EA 5.500% 05/15/23 REG DTD 09/01/04 FACTOR 1.000000000 REM BAL 6,000.000 | 6,000,000.000 | 99.2812 | -26,583.33 | -5,983,458.33 |
| 09/30/04 | 09/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2858 CL-2858-EA 5.500% 05/15/23 REG DTD 09/01/04 FACTOR 1.000000000 REM BAL 230.000 | -230,000.000 | 99.6250 | 1,019.03 | 230,156.53 |
| 09/30/04 | 09/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2858 CL-2858-EA 5.500% 05/15/23 REG DTD 09/01/04 FACTOR 1.000000000 REM BAL 5,770.000 | -5,770,000.000 | 99.6875 | 25,564.31 | 5,777,553.06 |
| 09/30/04 | 09/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 13.541% 05/15/34 B/E DTD 05/15/04 CLB SOLICITED ORDER | -23,000.000 | 100.0000 | 111.17 | 19,813.75 |

Account Number: 717-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A DBJ Securities Group Co.
Member of the Bank of New York
Pershing LLC, member FINRA, NYSE, SIPC

One Pershing Plaza, Jersey City, New Jersey 07399

Page 10 of 17

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-241-1540



A BETTER IDEA
FOR COMMUNICATION

## Brokerage
## Account Statement

Statement Period: 09/01/2004 - 09/30/2004

Account Number: 727-691035
CROCKER SECURITIES LLC

Checking Through **Pershing**  A BNY Securities Group Co.
P40-02-CUTSHEET  Member: New York Stock Exchange, Inc.

Case Pershing Plaza, Jersey City, New Jersey 07399
Federal I/C Chase B&Co./FDL,SIPC Standard/Individual Investment LLC

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/04 | 09/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2760 CL-27BG-CS 0.000% 03/15/34 B/E DTD 03/01/04 CLB FACTOR 0.828180024000 REM BAL 41,499 VARIABLE RATE | 50,000.000 | 95.0000 | -242.26 | -39,581.30 |
| 09/30/04 | 09/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2783 CL-27BG-SD INV FLTR RATE 0.000% 04/15/34 B/E DTD 04/01/04 CLB FACTOR 0.857438885300 REM BAL 85,743 VARIABLE RATE | 100,000.000 | 96.2500 | -538.76 | -83,067.25 |
| 09/30/04 | 09/29/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-47 CL-47-JS 0.000% 06/16/33 B/E DTD 06/01/04 FACTOR 0.738742900 REM BAL 184,685 VARIABLE RATE | 250,000.000 | 112.0000 | -5,129.39 | -211,977.40 |
| 09/30/04 | 09/29/04 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-47 CL-47-JS 0.000% 06/16/33 B/E DTD 06/01/04 SOLICITED ORDER VARIABLE RATE | -250,000.000 | 112.0000 | 5,129.39 | 211,977.40 |
| 09/30/04 | 09/29/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 FACTOR 1.000000000 REM BAL 7,313,958 | 7,313,958.000 | 106.5312 | -35,350.80 | -7,827,001.68 |
| 09/30/04 | 09/29/04 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 FACTOR 1.000000000 REM BAL 7,313,958 | -7,313,958.000 | 106.5312 | 34,131.80 | 7,825,782.68 |
| 09/30/04 | | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32 CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 3,619,025 | 3,619,025.000 | 98.5625 | -16,034.29 | -3,583,035.81 |
| 09/30/04 | | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32 CL-32-CG 5.500% 05/25/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 3,619,025 | -3,619,025.000 | 98.5625 | 16,034.29 | 3,583,035.81 |

Page 11 of 17

D09000000387447C5F730407

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/04 | 09/30/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2760 CL-2760-SD "INVERSE" 7.800% 03/15/34 B/E DTD 03/01/04 CLB FACTOR 0.82818902400 REM BAL 82,819 VARIABLE RATE | 100,000.000 | 96.2500 | -520.38 | -80,233.69 |
| 09/30/04 | 09/30/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2858 CL-2858-AA 5.500% 06/15/33 B/E DTD 09/01/04 FACTOR 1.00000000000 REM BAL 6,000.000 | 6,000,000.000 | 99.2812 | -26,583.33 | -5,983,458.33 |
| 09/30/04 | 09/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2858 CL-2858-AA 5.500% 06/15/33 B/E DTD 09/01/04 FACTOR 1.00000000000 REM BAL 3,000.000 | -3,000,000.000 | 99.6250 | 13,291.67 | 3,002,041.67 |
| 09/30/04 | 09/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2858 CL-2858-AA 5.500% 06/15/33 B/E DTD 09/01/04 FACTOR 1.00000000000 REM BAL 3,000.000 | -3,000,000.000 | 99.7500 | 13,291.67 | 3,005,791.67 |

**Total Value of all Transactions** $10,123,519.62

# Messages

The price and quantity displayed may have been rounded.

SEE THE TERMS AND CONDITIONS SECTION OF YOUR STATEMENT FOR A DESCRIPTION OF PERSHING'S PAYMENT FOR ORDER FLOW PRACTICES. PERSHING HAS BEEN ADVISED BY YOUR INTRODUCING FINANCIAL ORGANIZATION THAT IT DOES NOT RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW.

FOR ADDITIONAL INFORMATION REGARDING ORDER ROUTING PRACTICES AND THE VENUES TO WHICH YOUR INTRODUCING FINANCIAL ORGANIZATION'S ORDERS ARE ROUTED, YOU MAY VISIT WWW.ORDERROUTINGDISCLOSURE.COM.*

UPON WRITTEN REQUEST TO YOUR INTRODUCING FINANCIAL ORGANIZATION, YOU MAY OBTAIN THE IDENTITY OF THE VENUE TO WHICH YOUR ORDERS WERE ROUTED FOR THE SIX MONTHS PRIOR TO YOUR REQUEST AND THE TIME OF TRANSACTIONS THAT MAY HAVE RESULTED FROM SUCH ORDERS.

D0C0000000367447C53F30047

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**  A BNY Securities Group Inc. Subsidiary From The Bank of New York Pershing LLC, member NASD, NYSE, SIPC. Redwood/Cole/Pershing Investments LLC

One Pershing Plaza, Jersey City, New Jersey 07399

# Brokerage
## Account Statement

**CROCKER SECURITIES LLC**
3599 Oak Road • Suite 250 • Walnut Creek, CA 94597
925.941.1500


DALBAR RATED
626 COMMUNICATION

Statement Period: 09/01/2004 - 09/30/2004

Account Number: 721-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** / BNY Securities Group Co.
Subsidiaries from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
P640-00-CJTSHEET   Pershing LLC, member NASD, NYSE, SIPC (subsidiaries of Pershing investments LLC

Page 13 of 17

## Messages (continued)

PERSHING MAINTAINS A BUSINESS CONTINUITY PLAN, INCLUDING REDUNDANT DATA CENTERS AND ALTERNATE PROCESSING FACILITIES, TO ADDRESS INTERRUPTIONS TO OUR NORMAL COURSE OF BUSINESS. THESE PLANS ARE REVIEWED ANNUALLY AND UPDATED AS NECESSARY. OUR PLANS OUTLINE THE ACTIONS PERSHING WILL TAKE IN THE EVENT OF A BUILDING, CITY-WIDE, OR REGIONAL INCIDENT, INCLUDING RELOCATING TECHNOLOGY AND OPERATIONAL PERSONNEL TO PREASSIGNED ALTERNATE REGIONAL FACILITIES. TECHNOLOGY DATA PROCESSING CAN ALSO BE SWITCHED TO AN ALTERNATE REGIONAL DATA CENTER.

ALL PERSHING OPERATIONAL FACILITIES ARE EQUIPPED FOR RESUMPTION OF BUSINESS AND ARE TESTED SEVERAL TIMES PER YEAR. OUR RECOVERY TIME OBJECTIVE FOR BUSINESS RESUMPTION, INCLUDING THOSE INVOLVING A RELOCATION OF PERSONNEL OR TECHNOLOGY, IS FOUR (4) HOURS.

IN THE EVENT THAT PERSHING NEEDS TO EXECUTE ITS BUSINESS CONTINUITY STRATEGY, PERSHING CAN BE REACHED AT THE FOLLOWING TELEPHONE NUMBER:
(201) 413-3635.

NOTE: PLEASE NOTE THAT THIS TELEPHONE NUMBER WILL BE AVAILABLE ON AUGUST 5, 2004.

PURSUANT TO THE SECURITIES EXCHANGE ACT OF 1934, PERSHING LLC (PERSHING) MUST PROVIDE INDIVIDUAL INVESTORS WITH CERTAIN FINANCIAL INFORMATION.

ON JUNE 30, 2004, PERSHING'S NET CAPITAL OF $993 MILLION WAS 11.46% OF AGGREGATE DEBIT BALANCES AND IN EXCESS OF THE MINIMUM REQUIREMENT BY $820 MILLION. AT JULY 31, 2004, PERSHING'S NET CAPITAL OF $975 MILLION WAS 11.93% OF AGGREGATE DEBIT BALANCES AND IN EXCESS OF THE MINIMUM REQUIREMENT BY $811 MILLION.

A COMPLETE COPY OF THE JUNE 30, 2004 STATEMENT OF FINANCIAL CONDITION IS AVAILABLE AT WWW.PERSHING.COM/FINANCIALSTATEMENT.HTM. YOU MAY ALSO REQUEST A FREE, PRINTED COPY BY CALLING (888) 860-8510.

0000300000814471CSPJ0047

## Messages (continued)

PERSHING LLC AND ITS AFFILIATE, PERSHING TRADING COMPANY, L.P. (COLLECTIVELY "PERSHING"), SEND CERTAIN EQUITY ORDERS TO EXCHANGES, ELECTRONIC COMMUNICATION NETWORKS, OR BROKER-DEALERS DURING NORMAL BUSINESS HOURS AND DURING EXTENDED TRADING SESSIONS. CERTAIN VENUES PROVIDE PAYMENTS OR CHARGE ACCESS FEES TO PERSHING DEPENDING UPON THE CHARACTERISTICS OF THE ORDER AND ANY SUBSEQUENT EXECUTION. THE DETAILS OF THESE PAYMENTS AND FEES ARE AVAILABLE UPON WRITTEN REQUEST.

PERSHING RECEIVES COMPENSATION FOR DIRECTING LISTED OPTIONS ORDER FLOW TO CERTAIN OPTIONS EXCHANGES. COMPENSATION IS GENERALLY IN THE FORM OF A PER CONTRACT CASH PAYMENT.

PERSHING HAS SELECTED CERTAIN MARKET MAKERS TO PROVIDE EXECUTION OF OVER-THE-COUNTER (OTC) SECURITIES TRANSACTIONS WHO HAVE AGREED TO ACCEPT ORDERS, TRANSMITTED ELECTRONICALLY UP TO A SPECIFIED SIZE, AND TO EXECUTE THEM AT OR BETTER THAN THE NATIONAL BEST BID OR OFFER (NBBO). ON LARGER ORDERS, OR IF THE DESIGNATED MARKET MAKERS DO NOT MAKE A MARKET IN THE SUBJECT SECURITY, PERSHING DIRECTLY CONTACTS MARKET MAKERS TO OBTAIN AN EXECUTION. THE DESIGNATED MARKET MAKERS TO WHOM ORDERS ARE AUTOMATICALLY ROUTED ARE SELECTED BASED ON THE CONSISTENTLY HIGH QUALITY OF THEIR OTC EXECUTIONS IN ONE OR MORE MARKET SEGMENTS AND THEIR ABILITY TO PROVIDE OPPORTUNITIES FOR EXECUTIONS AT PRICES SUPERIOR TO THE NBBO.

IF AN ORDER FOR AN EXCHANGE-LISTED SECURITY IS NOT IMMEDIATELY EXECUTABLE ON THE EXCHANGE TO WHICH IT IS ROUTED, SUCH ORDER MAY BE REPRESENTED IN THE NATIONAL MARKETPLACE USING THE VARIOUS MEANS AVAILABLE FOR PRICE DISCOVERY.

PERSHING ALSO REGULARLY REVIEWS REPORTS FOR QUALITY OF EXECUTION PURPOSES.

THE NASD REQUIRES THAT NASD MEMBER FIRMS PROVIDE THE FOLLOWING INFORMATION CONCERNING THE NASD PUBLIC DISCLOSURE PROGRAM:

THE NASD PUBLIC DISCLOSURE HOTLINE NUMBER IS (800) 289-9999.

THE NASD REGULATION WEB SITE ADDRESS IS WWW.NASDR.COM.

AN INVESTOR BROCHURE THAT INCLUDES INFORMATION DESCRIBING THE PUBLIC DISCLOSURE PROGRAM MAY BE OBTAINED FROM THE NASD.

D00200000008744TCSP10047

# CROCKER SECURITIES LLC
3399 Road Road • Suite 230 • Walnut Creek, CA 94597
925 941 1616

## Brokerage
### Account Statement

Statement Period: 09/01/2004 - 09/30/2004

**Messages** *(continued)*

**********************************

WORKING ON BEHALF OF YOUR FINANCIAL ORGANIZATION, WE, AT PERSHING LLC, RECOGNIZE THE IMPORTANCE OF PROTECTING THE CONFIDENTIALITY OF NONPUBLIC PERSONAL INFORMATION THAT WE COLLECT ABOUT OUR CUSTOMERS. THE INFORMATION IS USED TO ENSURE ACCURACY IN REPORTING AND RECORD KEEPING, TO MAINTAIN OUR CUSTOMERS' ACCOUNTS, AND TO CARRY OUT REQUESTED TRANSACTIONS. KEEPING THIS INFORMATION SECURE IS A TOP PRIORITY FOR US, AND WE ARE PLEASED TO SHARE WITH YOU OUR PRIVACY POLICY.

1. WE COLLECT NONPUBLIC PERSONAL INFORMATION ABOUT OUR CUSTOMERS FROM THE FOLLOWING SOURCES:
* APPLICATIONS OR OTHER FORMS (SUCH AS NAME, ADDRESS, SOCIAL SECURITY NUMBER, ASSETS, AND INCOME).
* CUSTOMERS' TRANSACTIONS WITH US, THEIR FINANCIAL ORGANIZATIONS, OR OTHERS.
* CONSUMER REPORTING AGENCIES (SUCH AS CREDIT WORTHINESS AND CREDIT HISTORY).

2. OUR INTERNAL DATA SECURITY POLICIES RESTRICT ACCESS TO NONPUBLIC PERSONAL INFORMATION TO AUTHORIZED EMPLOYEES. WE MAINTAIN PHYSICAL, ELECTRONIC, AND PROCEDURAL SAFEGUARDS THAT ARE DESIGNED TO COMPLY WITH FEDERAL STANDARDS TO GUARD OUR CUSTOMERS' NONPUBLIC PERSONAL INFORMATION. EMPLOYEES WHO VIOLATE OUR DATA SECURITY POLICIES ARE SUBJECT TO DISCIPLINARY ACTION, UP TO AND INCLUDING TERMINATION.

3. WE MAY DISCLOSE NONPUBLIC PERSONAL INFORMATION ABOUT OUR CUSTOMERS TO OUR



D080000000087441CSF30047



Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY securities Group Co.
PMR-02-CUTSHEET       Safeties from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, SIPC, subsidiary of Pershing Investments LLC

Page 15 of 17

## Messages *(continued)*

AFFILIATES, SUCH AS BANKS, MORTGAGE LENDERS, AND SECURITIES BROKER-DEALERS, IN ORDER TO PROVIDE OUR CUSTOMERS WITH ACCESS TO PRODUCT OFFERINGS AND PRODUCT UPGRADES, AND IN ORDER FOR OUR AFFILIATES TO PROVIDE SERVICES TO US, SUCH AS DATA PROCESSING AND LOAN SERVICING. WE MAY DISCLOSE TO OUR AFFILIATES ALL OF THE INFORMATION THAT WE COLLECT, AS DESCRIBED ABOVE.

4. WE MAY DISCLOSE NONPUBLIC PERSONAL INFORMATION ABOUT OUR CUSTOMERS TO NONAFFILIATED THIRD-PARTIES WITH WHOM WE HAVE CONTRACTED TO PERFORM SERVICES ON OUR BEHALF, SUCH AS, PRINTING, MAILING, FRAUD PREVENTION, AND DATA PROCESSING SERVICES, AS WELL AS NONAFFILIATED FINANCIAL ORGANIZATIONS WITH WHICH WE HAVE CLEARING AGREEMENTS. WE MAY DISCLOSE ALL OF THE INFORMATION THAT WE COLLECT, AS DESCRIBED ABOVE. WE MAY ALSO DISCLOSE NONPUBLIC PERSONAL INFORMATION ABOUT OUR CUSTOMERS AS PERMITTED OR REQUIRED BY LAW.

5. WE DO NOT DISCLOSE NONPUBLIC PERSONAL INFORMATION ABOUT FORMER CUSTOMERS, EXCEPT AS PERMITTED OR REQUIRED BY LAW.

6. IF OUR CUSTOMERS VISIT A PERSHING INTERNET WEB SITE, WE MAY OCCASIONALLY USE A "COOKIE" IN ORDER TO PROVIDE BETTER SERVICE, TO FACILITATE OUR CUSTOMERS' USE OF THE WEB SITE, TO TRACK USAGE OF THE WEB SITE, AND TO ADDRESS SECURITY HAZARDS. A COOKIE IS A SMALL PIECE OF INFORMATION THAT A WEB SITE STORES ON A PERSONAL COMPUTER AND WHICH IT CAN LATER RETRIEVE. WE MAY USE COOKIES FOR SOME ADMINISTRATIVE PURPOSES, FOR EXAMPLE, TO STORE OUR CUSTOMERS' PREFERENCES FOR CERTAIN KINDS OF INFORMATION. NONE WILL CONTAIN INFORMATION THAT WILL ENABLE ANYONE TO CONTACT OUR CUSTOMERS VIA TELEPHONE, E-MAIL, OR ANY OTHER MEANS. IF OUR CUSTOMERS ARE UNCOMFORTABLE WITH THE USE OF COOKIE TECHNOLOGY, THEY CAN SET THEIR BROWSERS TO REFUSE COOKIES. CERTAIN OF OUR SERVICES, HOWEVER, COULD BE DEPENDENT ON COOKIES AND OUR CUSTOMERS MAY DISABLE THOSE SERVICES BY REFUSING COOKIES.

*******************

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing through **Pershing**
A BNY Securities Group Co.
Address from The End of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Subsidiary of Pershing Investments LLC

Page 16 of 17

D000000000087447256F10047

## GENERAL INFORMATION

1. All orders and transactions shall be solely for your account and risk and shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or settled, and to all applicable laws and regulations.

2. Whenever you are indebted to Pershing LLC ("Pershing") for any amount, all securities held by you in any account in which you now have or later may acquire an interest are subject to a lien for the discharge of your indebtedness to Pershing and are held by Pershing as security for the payment of any such indebtedness; any balance remaining due Pershing to be paid by you.

3. Whoever is an indebted to Pershing for any amount, all securities carried for your account and any or may be, without further notice to you, held as security or pledged by Pershing, either separately or with other securities for any amount, less than, equal to or greater than your liabilities to Pershing, and not otherwise prohibited by law.

4. The securities sold to you, where Pershing has acted as principal, shall remain with Pershing until the entire purchase price is received and are to be delivered to you at the time and at the place of delivery designated by you.

5. Any free credit balance carried for your account represents funds payable upon demand which, although properly accounted for on Pershing's books of record, are not segregated and may be used in the conduct of this business.

6. You may have received confirmations for which you did not place an order. If so, the transactions will be adjusted on your next monthly statement. Such transactions must be considered by you when computing the value of your account. This is especially true if you maintain a margin account.

7. If you maintain a margin account, Pershing is required to provide the information to the Internal Revenue Service and other governmental authorities. At that time, Pershing will provide the annual tax information statement to you. As a result, actual amounts distributed may vary from those disclosed on this statement. The permanent record of this to prepare your tax returns.

8. The rate of interest and period covered are indicated. The rate of interest, if any, for your general account and is prepaid and no use is asserted with Pershing may be varied from any interest paid periodically to you. Please contact your financial institution if you desire additional copies.

9. A financial statement of Pershing is available for your personal inspection at Pershing's offices. A copy of it will be mailed upon your written request or you can view it online at Pershing.com.

10. This statement should be reviewed for your records.

11. Dividends and interest credited to your account held at the broad amount held in the account up to the local amount held in the account. This classification is subject to change and is solely relevant for your records.

12. After year-end, Pershing is required to provide tax information to the Internal Revenue Service and other governmental authorities. At that time Pershing will provide the annual tax information statement to you.

13. Pershing carries your account as the clearing broker by agreement with your financial institution. The Securities Investor Protection Corporation (SIPC) provides $500,000 of coverage, including $100,000 for cash claims. For claims for cash remaining coverage on securities and cash provided by Pershing through a commercial insurer. The account protection applies when a SIPC member firm fails financially and is unable to meet obligations to securities clients, but it does not protect against losses from the rise and fall of investments.

14. Pershing has carried as the custody by your account position. If Pershing is authorized to determine the appropriate tax treatment of their business.

15. Securities and transactions are encouraged to consult their tax advisor as to the appropriate tax treatment of their business.

16. This statement will be deemed conclusive and any objection should be in writing within ten days after receipt. Any such objection should be sent to Pershing at One Pershing Plaza, Jersey City, New Jersey 07399, Attention: Compliance Department.

## ERRORS AND OMISSIONS EXCEPTED.

## PORTFOLIO HOLDINGS

This statement includes the net market value of the securities in your account and a statement (data basis, including short positions, at the statement period). The market prices have been obtained from quotation sources which we believe to be reliable, however, we cannot guarantee their accuracy. Securities for which a price is not available are marked "N/A" and are omitted from the Total.

The Annual Income, which is an estimated figure, is the current interest or most recently declared dividend for each security and is annualized. This figure is provided only to you as a tool. As a result, actual amounts distributed may vary from those disclosed on this statement. The Annual Income is then divided by the current Market Value to give the Estimated Yield which may be used, but subsequently because the income is estimated and it does not take account of your holding period. Annual Income has been obtained from sources believed to be reliable, but no assurance can be made as to accuracy;

Accrued interest represents interest earned but not purchased.

## THE ROLE OF PERSHING

Pershing carries your account as clearing broker pursuant to a clearing agreement with your financial institution. For claims for cash owed from your financial institution in which you settle properly and all any other instructions concerning your account, Pershing is not responsible or liable for actions or omissions of your financial institution or its employees.

**If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to Pershing at One Pershing Plaza, Jersey City, New Jersey 07399, Attention: Compliance Department.**



DA HUI BEER
FOR COMMUNICATION

CROCKER SECURITIES LLC

Account Number: 727-091035

Clearing Firm: **Pershing**

PA#-02-CJ-FSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SIPC, NYSE, FINRA, a subsidiary of The Bank of New York Mellon Corporation.

## TERMS AND CONDITIONS

Pershing provides no investment advice nor does it assess the suitability of any transaction or order. Pershing acts as the agent of your financial institution and you agree that you will not hold Pershing or any person controlling or under common control with Pershing liable for any investment losses incurred by you.

Pershing performs several key functions at the direction of your financial institution. It acts as custodian for funds and securities you may deposit with it directly or through your financial institution. It acts as custodian for funds and securities you may deposit with it directly or through your financial institution. It acts as custodian for the execution of securities transactions or processes. Department at 1-201-413-3333. At other inquiries regarding your account or your financial institution, or solely at your financial institution.

Pershing carries your account as clearing broker by agreement with your financial institution. As custodian, Pershing will hold your securities, receive and disburse funds, settle and act as custodian.

Your financial institution is responsible for adherence to the securities laws, regulations and rules which apply to it regarding its own operations and the supervision of your account, its sales representatives, and other personnel. Your financial institution is responsible for approving the opening of accounts and obtaining account documents, the acceptance and, in certain instances, the execution of securities orders, the assessment of the suitability of those transactions, where applicable, the rendering of investment advice, if any, to you and in general, for the ongoing relationship that it has with you.

## PAYMENT FOR ORDER FLOW PRACTICES

This notice is made pursuant to SEC Rule 11Ac1-3 of the Securities Exchange Act of 1934.

Pershing LLC and its affiliate, Pershing Trading Company, L.P. ("PTCO") conduct equity orders to exchanges. Electronic Communication Networks or broker-dealers during normal business hours and during extended trading sessions. Certain venues provide payments or charge access fees to Pershing or PTC depending upon the characteristics of the order and any subsequent execution. The details of these payments and fees are available upon written request.

Pershing receives compensation for directing listed option orders to the various option exchanges. Compensation is generally in the form of a per-contract cash payment.

Pershing and PTC have selected certain market makers to provide execution of OTC securities transactions who have agreed to this execution, transmitted electronically up to a specified size, and to execute them at or better than the national best bid or offer (NBBO). On larger orders, or in the designated market makers do not meet a market in a that security, Pershing and PTC accept orders, transmitted electronically up to a specified size, to provide execution of OTC securities transactions who have agreed to this execution, transmitted electronically up to a specified size, and to execute them at or better than the national best bid or offer. In order for an exchange-listed security is not immediately available to which it is routed, such order may be represented on its national marketplace using the various means available for price discovery.

Pershing and PTC also regularly review reports for quality of execution purposes.

## ARBITRATION

## ARBITRATION DISCLOSURES:
- THIS AGREEMENT CONTAINS A PRE-DISPUTE ARBITRATION CLAUSE. BY SIGNING AN ARBITRATION AGREEMENT THE PARTIES AGREE AS FOLLOWS:
- THE PARTIES ARE WAIVING THEIR RIGHT TO SEEK REMEDIES IN COURT, INCLUDING THE RIGHT TO JURY TRIAL.
- ARBITRATION AWARDS ARE GENERALLY FINAL AND BINDING ON THE PARTIES.
- THE PARTIES' ABILITY TO OBTAIN DOCUMENTS, WITNESS STATEMENTS AND OTHER DISCOVERY IS GENERALLY MORE LIMITED THAN IN COURT PROCEEDINGS.
- THE ARBITRATORS DO NOT HAVE TO EXPLAIN THE REASON(S) FOR THEIR AWARD UNLESS, IN AN ELIGIBLE CASE, A JOINT REQUEST FOR AN EXPLAINED DECISION HAS BEEN SUBMITTED BY ALL PARTIES TO THE PANEL AT LEAST 20 DAYS PRIOR TO THE FIRST SCHEDULED HEARING DATE.
- THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

ANY CONTROVERSY BETWEEN YOU AND US SHALL BE SUBMITTED TO ARBITRATION BEFORE THE NEW YORK STOCK EXCHANGE, INC., ANY OTHER NATIONAL SECURITIES EXCHANGE ON WHICH A TRANSACTION GIVING RISE TO THE CLAIM TOOK PLACE, AND ONLY BEFORE SUCH EXCHANGE, OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

PRE-DISPUTE ARBITRATION CLAUSE
NO PERSON SHALL BRING A PUTATIVE OR CERTIFIED CLASS ACTION TO ARBITRATION, NOR SEEK TO ENFORCE ANY PRE-DISPUTE ARBITRATION AGREEMENT AGAINST ANY PERSON WHO HAS INITIATED IN COURT A PUTATIVE CLASS ACTION; WHO IS A MEMBER OF A PUTATIVE CLASS WHO HAS NOT OPTED OUT OF THE CLASS WITH RESPECT TO ANY CLAIMS ENCOMPASSED BY THE PUTATIVE CLASS ACTION UNTIL; (I) THE CLASS CERTIFICATION IS DENIED; OR (II) THE CLASS IS DECERTIFIED; OR (III) THE CUSTOMER IS EXCLUDED FROM THE CLASS BY THE COURT. SUCH FORBEARANCE TO ENFORCE AN AGREEMENT TO ARBITRATE SHALL NOT CONSTITUTE A WAIVER OF ANY RIGHTS UNDER THIS AGREEMENT EXCEPT TO THE EXTENT STATED HEREIN.

THE LAWS OF THE STATE OF NEW YORK GOVERN.

Page 17 of 17

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925.941.1540



D00040000093046C3P3P30032

lll..l.l..l..l..l..ll..l.ll..ll..l.lI.l.ll.l.ll

CROCKER SECURITIES LLC
-- TAXABLE TRADE #2 --
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

## Brokerage
### Account Statement

Account Number: 7Z7-8891035
Statement Period: 10/01/2004 - 10/31/2004

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $1,127,764.04 |
| Dividends/Interest | -31,729.52 |
| Change in Account Value | -370,889.64 |
| Ending Account Value | $725,144.88 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | | | | Your Account is 100% Invested in Fixed Income. |
| Cash and Cash Equivalents | 1,572,012.50 | 8,048,255.44 | 100% | |
| | -544,248.46 | -7,323,110.56 | 0% | |
| **Account Total** | **$1,127,764.04** | **$725,144.88** | **100%** | |

D000000000093046CSF30032

PAR-02-CUTSHEET

Clearing Through Pershing
A BNY Securities Group Co.
Member FINRA, NYSE, SIPC
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC. Pershing is a subsidiary of Pershing Investments LLC

# Customer Service Information

Your Investment Advisor:
Identification Number: RDG
DOUG GREEN
Telephone Number: (561) 361-4803
Fax Number: (561) 362-5261

Service Hours:    Weekdays 08:00 a.m. - 05:00 p.m. PST
Customer Service Telephone Number: (800) 941-2895

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| **Cash and Cash Equivalents** 0.00% of Portfolio | | | | | | |
| Margin Balance | | -544,248.46 | -7,323,110.56 | | | |
| **Total Cash and Cash Equivalents** | | -$544,248.46 | -$7,323,110.56 | $0.00 | $0.00 | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** 100.00% of Portfolio *(in Maturity Date Sequence)* | | | | | | |
| Asset Backed Securities | | | | | | |
| 222,000.000ᴹ | BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.000% 07/25/33 B/E DTD 06/01/03 CLB Moody Rating AAA S & P Rating AAA *Security Identifier: 05948XMH1  Factor: 0.07780873* | 102.7820 | 17,754.09 | 0.00 | | |
| 500,000.000ᴹ | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Moody Rating AAA S & P Rating AAA *Security Identifier: 32051DK50  Factor: 1.00000000* | 58.7080 | 293,540.00 | 0.00 | | |
| 140,000.000ᴹ | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-28/6-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB *Security Identifier: 31395GY22  Factor: 1.00000000* | 100.5730 | 140,802.20 | 0.00 | | |

Account Number: 727-391035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
LLM Securities Group LLC,
Members firm Thru Bank of New York
Pershing LLC, member NASD/SIPC, a BNY Securities of Pershing Investment LLC

One Pershing Plaza, Jersey City, New Jersey 07399

D000000600930405F10012

# CROCKER SECURITIES LLC

3390 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Brokerage
### Account Statement

Statement Period: 10/01/2004 - 10/31/2004



## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 50,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2760 CL-2760-CS 0.000% 03/15/24 B/E DTD 03/01/04 CLB *Security Identifier:* 31394T3Z6  *Factor:* 0.80208922 | 38,658.70 | | 0.00 | | |
| 100,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2760 CL-2760-SD "INVERSE" 7.800% 03/15/34 B/E DTD 03/01/04 CLB *Security Identifier:* 31394T6S9  *Factor:* 0.80208922 | 96.5710 | 77,458.50 | 486.60 | | |
| 100,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2783 CL-2783-SD INV FLTR RATE 0.000% 04/15/34 B/E DTD 04/01/04 CLB *Security Identifier:* 31394N4R4  *Factor:* 0.83562461 | 96.5710 | 81,095.70 | 0.00 | | |
| 7,313,958.000M | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/21/04 *Security Identifier:* 38374HJD3  *Factor:* 1.00000000 | 101.1620 | 7,398,946.19 | 34,131.80 | | |
| **Total Asset Backed Securities** | | | **$8,048,255.44** | **$34,618.40** | **$0.00** | |
| **Total Fixed Income** | | | **$8,048,255.44** | **$34,618.40** | **$0.00** | |

| Description | | Market Value | | Estimated Annual Income |
|---|---|---|---|---|
| **Total Portfolio Holdings** | | **$726,144.88** | | **$0.00** |



2000000000093646CSP10012

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-OUTSHEET

# Portfolio Holdings (continued)

■ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information

pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/01/04 | 09/27/04 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 13.541% 05/15/24 B/E DTD 05/15/04 CLB SETTLE DT CHG CORRECTED CONFIRM | 1,000,000,000 | 97.2500 | -4,188.36 | -837,264.81 |
| 10/01/04 | 09/27/04 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 13.541% 05/15/24 B/E DTD 05/15/04 CLB FACTOR 0.85668338800 REM BAL          856.633 CANCELLED TRADE | -1,000,000,000 | 97.2500 | 4,188.91 | 837,265.36 |
| 10/01/04 | 09/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 13.541% 05/15/24 B/E DTD 05/15/04 CLB FACTOR 0.85668338800 REM BAL          59.964 | -70,000.000 | 98.0000 | 360.69 | 59,125.97 |
| 10/01/04 | 09/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 13.541% 05/15/24 B/E DTD 05/15/04 CLB FACTOR 0.85668338800 REM BAL          38.548 | -45,000.000 | 232.00 | 232.00 | 38,009.55 |
| 10/01/04 | 09/29/04 | CANCELLED SELL | GINNA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/24 B/E DTD 07/27/04 FACTOR 1.00000000000 REM BAL          7,313,958 CANCELLED TRADE | 7,313,958.000 | 106.5312 | -34,131.80 | -7,825,782.68 |

D0D000001093364CRP10032





**CROCKER SECURITIES LLC**
1399 Ygnacio Road • Suite 210 • Walnut Creek, CA 94597
925-941-1540



# Brokerage
## Account Statement

**Statement Period: 10/01/2004 - 10/31/2004**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/04/04 | 09/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 13.541% 05/15/34 B/E DTD 05/15/04 CLB FACTOR 0.856638800 REM BAL 27.412 | -32,000.000 | 97.7500 | 195.91 | 26,991.42 |
| 10/04/04 | 10/01/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 05/01/04 FACTOR 0.837301020 REM BAL 1,868,808 VARIABLE RATE | 2,220,000.000 | 107.5625 | -2,369.98 | -2,001,750.62 |
| 10/04/04 | 10/01/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR 0.086077650 REM BAL 1,864,171 VARIABLE RATE | 2,145,000.000 | 107.5625 | -2,376.82 | -2,307,526.35 |
| 10/05/04 | 09/30/04 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32- CL-32-CG 5.500% 06/25/34 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 3,619,025 CANCELLED TRADE | 3,619,025.000 | 98.5625 | -16,034.29 | -3,583,035.81 |
| 10/05/04 | 09/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 13.541% 05/15/04 B/E DTD 05/15/04 CLB FACTOR 0.856638800 REM BAL 36.835 | -43,000.000 | 97.7500 | 277.11 | 36,283.57 |
| 10/05/04 | 10/04/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF "FLT" TR-2003-72 CL-72-WS 0.000% 08/25/33 B/E DTD 07/01/03 FACTOR 0.581767150 REM BAL 981,508 VARIABLE RATE | 1,687,115.000 | 82.0000 | -1,076.93 | -805,913.56 |
| 10/05/04 | 10/04/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF "FLT" TR-2003-72 CL-72-WS 0.000% 08/25/33 B/E DTD 07/01/03 FACTOR 0.581767150 REM BAL 981,508 VARIABLE RATE VARIABLE RATE CORRECTED CONFIRM | -1,687,115.000 | 85.0000 | 1,025.13 | 835,307.00 |
| 10/05/04 | 10/04/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF "FLT" TR-2003-72 CL-72-WS 0.000% 08/25/33 B/E DTD 07/01/03 FACTOR 0.581767150 REM BAL 981,508 VARIABLE RATE | 1,687,115.000 | 82.0000 | -1,076.93 | -805,913.56 |
| 10/12/04 | 10/06/04 | PURCHASED | FEDERAL HOME LN MTG CORP PARTN CTFS POOL # G80123 "GOLD" 8.500% 07/17/19 B/E DTD 03/01/01 FACTOR 0.039970610 REM BAL 84,435 | 2,283,864.000 | 103.5000 | -214.14 | -87,605.24 |
| 10/13/04 | 10/04/04 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC "FLT" TR-2003-72 CL-72-WS 0.000% 08/25/33 B/E DTD 07/01/03 FACT1.557634688K0026 VARIABLE RATE CORRECTED CONFIRM | 1,687,115.000 | 82.0000 | -882.61 | -772,433.44 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Member FINRA, NYSE, SIPC

D010000000931046G3F3F032

200000000093046GSF20032

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/13/04 | 10/04/04 | CANCELLED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC"FLT" TR-2003-72 CL-72-WS 0.000% 08/25/33 B/E DTD 07/01/03 FACTOR 0.58176715000 REM BAL 981,508 VARIABLE RATE | -1,687,115.000 | 82.0000 | 1,076.63 | 805,913.36 |
| 10/13/04 | 10/06/04 | CANCELLED PURCHASE | FEDERAL HOME LN MTG CORP PARTN CTFS POOL # G80123 "GOLD" 8.300% 07/17/19 B/E DTD 03/01/01 FACTOR 0.0369070610 REM BAL 84,435 CANCELLED TRADE | -2,283,864.000 | 103.5000 | 214.14 | 87,605.24 |
| 10/14/04 | 10/04/04 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC"FLT" TR-2003-72 CL-72-WS 0.000% 08/25/33 B/E DTD 07/01/03 PX CORR 8KR 030 FACTOR 0.58176715000 REM BAL 84,435 VARIABLE RATE CANCELLED TRADE | 1,687,115.000 | 85.0000 | -1,025.13 | -835,307.00 |
| 10/14/04 | 10/04/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC"FLT" TR-2003-72 CL-72-WS 0.000% 08/25/33 B/E DTD 07/01/03 FAC 55763546 BKR 030 VARIABLE RATE CORRECTED CONFIRM | -1,687,115.000 | 85.0000 | 592.61 | 800,657.25 |
| 10/14/04 | 10/06/04 | CORRECTED PURCHASE | FEDERAL HOME LN MTG CORP PARTN CTFS POOL # G80123 "GOLD" 8.300% 07/17/19 B/E DTD 03/01/01 SD CORR CORRECTED CONFIRM | 2,283,864.000 | 103.5000 | -253.07 | -87,644.17 |
| 10/14/04 | 10/08/04 | SOLD | FEDERAL HOME LN MTG CORP PARTN CTFS POOL # G80123 "GOLD" 8.300% 07/17/19 B/E DTD 03/01/01 FACTOR 0.0369070610 REM BAL 84,435 | -2,283,864.000 | 103.6250 | 253.07 | 87,749.71 |
| 10/14/04 | 10/12/04 | PURCHASED | FNMA 5.5% OCT 2004 PL TBA SETT 10/14/04 "PAIR OFF" 5.500% 10/14/04 REG DTD 09/14/04 FACTOR 1.000000000000 REM BAL 13,000,000 | 13,000,000.000 | 101.0546 | -25,819.44 | -13,152,928.82 |
| 10/14/04 | 10/12/04 | PURCHASED | FNMA 5.5% OCT 2004 PL TBA SETT 10/14/04 "PAIR OFF" 5.500% 10/14/04 REG DTD 09/14/04 FACTOR 1.000000000000 REM BAL 20,000,000 | 20,000,000.000 | 101.3203 | -39,722.22 | -20,303,784.72 |
| 10/14/04 | 10/12/04 | PURCHASED | FNMA 5.5% OCT 2004 PL TBA SETT 10/14/04 "PAIR OFF" 5.500% 10/14/04 REG DTD 09/14/04 FACTOR 1.000000000000 REM BAL 15,500,000 | 15,500,000.000 | 101.1640 | -30,784.72 | -15,711,214.41 |
| 10/14/04 | 10/12/04 | SOLD | FNMA 6.5% OCT 2004 PL TBA SETT 10/14/04 "PAIR OFF" 5.500% 10/14/04 REG DTD 09/14/04 FACTOR 1.000000000000 REM BAL 5,000,000 | -5,000,000.000 | 101.1250 | 9,930.56 | 5,066,180.56 |



# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

Statement Period: 10/01/2004 - 10/31/2004

Account Number: 7L7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Skilled for The Bank of New York
PAR-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, member NASD, SIPC, SPC, Subsidiaries of a banking instrument LLC.

DOC030000093104CSF30032

ORGANIZED AKIND
FOR COMMUNICATION

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/14/04 | 10/12/04 | SOLD | FNMA 5.5% OCT 2004 PL TBA SETT 10/14/04<br>*PAIR OFF* 5.500% 10/14/04 REG<br>DTD 09/14/04 FACTOR 1.000000000<br>REM BAL 4,000.000 | -4,000,000.000 | 101.3750 | 7,944.44 | 4,052,944.44 |
| 10/14/04 | 10/12/04 | SOLD | FNMA 5.5% OCT 2004 PL TBA SETT 10/14/04<br>*PAIR OFF* 5.500% 10/14/04 REG<br>DTD 09/14/04 FACTOR 1.000000000<br>REM BAL 4,000.000 | -4,000,000.000 | 101.0156 | 7,944.44 | 4,046,569.44 |
| 10/14/04 | 10/12/04 | SOLD | FNMA 5.5% OCT 2004 PL TBA SETT 10/14/04<br>*PAIR OFF* 5.500% 10/14/04 REG<br>DTD 09/14/04 FACTOR 1.000000000<br>REM BAL 20,000.000 | -20,000,000.000 | 101.3750 | 39,722.22 | 20,314,722.22 |
| 10/14/04 | 10/12/04 | SOLD | FNMA 5.5% OCT 2004 PL TBA SETT 10/14/04<br>*PAIR OFF* 5.500% 10/14/04 REG<br>DTD 09/14/04 FACTOR 1.000000000<br>REM BAL 15,500.000 | -15,500,000.000 | 101.3750 | 30,784.72 | 15,743,909.72 |
| 10/15/04 | 10/01/04 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2806-S CL-2806-S INV FLTR<br>0.000% 04/15/34 B/E DTD 06/01/04<br>FACTOR 0.837301020 REM BAL<br>CORRECTED CONFIRM | 2,220,000.000 | 107.5625 | -2,121.10 | -1,860,786.90 |
| 10/15/04 | 10/01/04 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2806-S CL-2806-S INV FLTR<br>0.000% 04/15/34 B/E DTD 06/01/04<br>FACTOR 0.837301020 REM BAL 1,858,808<br>CANCELLED TRADE | -2,220,000.000 | 107.5625 | 2,369.98 | 2,001,750.62 |
| 10/15/04 | 10/01/04 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2815 CL-2815-BS 0.000% 05/15/34 B/E<br>DTD 06/01/04 CL6 FACT.GHGHK2190<br>VARIABLE RATE CORRECTED CONFIRM | 2,145,000.000 | 107.5625 | -2,184.30 | -1,916,223.04 |
| 10/15/04 | 10/01/04 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2815 CL-2815-BS 0.000% 05/15/34 B/E<br>DTD 06/01/04 CL8 FACTOR 0.869007165000<br>REM BAL 1,864,171 VARIABLE RATE<br>CANCELLED TRADE | -2,145,000.000 | 107.5625 | 2,376.82 | 2,007,526.35 |

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/15/04 | 10/06/04 | CORRECTED PURCHASE | FEDERAL HOME LN MTG CORP PARTN CTFS POOL # G80123 "GOLD" 8.300% 07/17/19 B/E DTD 03/01/01 FACTOR .01472861 CORRECTED CONFIRM | 2,283,864.000 | 103.5000 | -100.82 | -34,916.30 |
| 10/15/04 | 10/06/04 | CANCELLED PURCHASE | FEDERAL HOME LN MTG CORP PARTN CTFS POOL # G80123 "GOLD" 8.300% 07/17/19 B/E DTD 03/01/01 SO CORR CANCELLED TRADE | -2,283,864.000 | 103.5000 | 253.07 | 87,644.17 |
| 10/15/04 | 10/06/04 | CANCELLED SELL | FEDERAL HOME LN MTG CORP PARTN CTFS POOL # G80123 "GOLD" 8.300% 07/17/19 B/E DTD 03/01/01 FACTOR .01689706100 REM BAL 84,485 CANCELLED TRADE | 2,283,864.000 | 103.6250 | -253.07 | -87,749.71 |
| 10/15/04 | 10/08/04 | CORRECTED SELL | FEDERAL HOME LN MTG CORP PARTN CTFS POOL # G80123 "GOLD" 8.300% 07/17/19 B/E DTD 03/01/01 FACTOR .01472861 CORRECTED CONFIRM | -2,283,864.000 | 103.6250 | 100.82 | 34,958.34 |
| 10/15/04 | | BOND INTEREST RECEIVED | 50000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2760 CL-2760-CS 0.000% 03/15/24 B/E DTD 03/01/04 CLB RD 09/30 PD 10/15/04 | | | | 250.61 |
| 10/15/04 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2760 CL-2760-CS 0.000% 03/15/24 B/E DTD 03/01/04 CLB RD 03/01/04 PD 10/15/04 100000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2760 CL-2760-SD | | | | 1,385.05 |
| 10/15/04 | | BOND INTEREST RECEIVED | "INVERSE" 7.800% 03/15/24 B/E DTD 03/01/04 CLB RD 09/30 PD 10/15/04 | | | | 538.32 |
| 10/15/04 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2760 CL-2760-SD "INVERSE" 7.800% 03/15/24 B/E DTD 03/01/04 CLB RD 09/30 PD 10/15/04 | | | | 2,610.10 |
| 10/15/04 | | BOND INTEREST RECEIVED | 100000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2783 CL-2783-SD INV FLTR RATE 0.000% 04/15/34 B/E DTD 04/01/04 CLB RD 09/30 PD 10/15/04 | | | | 557.34 |
| 10/15/04 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2783 CL-2783-SD INV FLTR RATE 0.000% 04/15/34 B/E DTD 04/01/04 CLB RD 09/30 PD 10/15/04 374000 FHLMC MULTICLASS MTG | | | | 2,181.42 |
| 10/15/04 | | BOND INTEREST RECEIVED | PARTN CTFS GTD SER-2794 CL-2794-SF 13.541% 05/15/34 B/E DTD 05/15/04 CLB RD 09/30 PD 10/15/04 | | | | 13,282.07 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiary of The Bank of New York.

One Pershing Plaza, Jersey City, New Jersey 07399
Member SIPC, member NYSE, SIPC, and other leading Securities/Pershing Investment LLC

D00000000931046CSP33012



# CROCKER SECURITIES LLC
2339 Oak Street • Suite 180 • Walnut Creek, CA 94597
925.941.1540



DEALER RADIO
FOR COMMUNICATION

# Brokerage
## Account Statement

Statement Period: 10/01/2004 - 10/31/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/15/04 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 13.541% 05/15/34 B/E DTD 05/15/04 CLB RD 09/30 PD 10/15/04 | | | | 70,361.38 |
| 10/20/04 | 10/19/04 | INT CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 30 DEBIT DAYS AV BAL 14694471.07 AVG RATE 3.982 09-20-04 TO 10-19-04 | | | | -46,763.75 |
| 10/21/04 | 10/18/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 13.541% 05/15/34 B/E DTD 05/15/04 CLB FACTOR 0.805424730 REM BAL 108,732 | -135,000.000 | 98.2500 | 237.66 | -107,067.18 |
| 10/25/04 | | BOND INTEREST RECEIVED | 222000 BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.000% 07/25/33 B/E | | | | 405.89 |
| 10/25/04 | | RETURN OF PRINCIPAL RECEIVED | 222000 BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 DTD 06/01/03 CLB RD 09/30 PD 10/25/04 | | | | 3,811.86 |
| 10/29/04 | 09/27/04 | PURCHASED | FLT RATE 0.000% 07/25/33 B/E FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-FR FLTR FACTOR 1.000000000 REM BAL 5,625,000 VARIABLE RATE | 5,625,000.000 | 99.7500 | -14,175.00 | -5,625,112.50 |
| 10/29/04 | 09/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.778372430 REM BAL 1,712,419 VARIABLE RATE | -2,200,000.000 | 104.5000 | 19,618.62 | 1,809,096.84 |
| 10/29/04 | 09/29/04 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/22/04 SD CORR CORRECTED CONFIRM | -7,313,958.000 | 106.5312 | 34,131.80 | 7,825,782.68 |
| 10/29/04 | 10/01/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.778372430 REM BAL 1,727,986 VARIABLE RATE | -2,220,000.000 | 107.0000 | 19,796.97 | 1,868,742.84 |

Account Number: 7Z7-691035
CROCKER SECURITIES LLC

Clearing Through Pershing    One Pershing Plaza, Jersey City, New Jersey 07399
PAR-02-CUTSHEET    Member: New York Stock Exchange, Inc.

D000000000093164CSF30032

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/29/04 | 10/01/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/24 B/E DTD 06/01/04 CL8 CG FACTOR 0.82958881500 REM BAL 1.779.466 VARIABLE RATE | -2,145,000.000 | 107.0000 | 20,386.76 | 1,924,416.00 |
| 10/29/04 | 10/26/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32 CL-32-CG 5.500% 05/25/94 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 3,162,025 | -3,162,025.000 | 98.3125 | 13,526.44 | 3,122,192.27 |
| 10/29/04 | 10/26/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-32 CL-32-CG 5.500% 05/25/94 B/E DTD 04/01/04 FACTOR 1.000000000 REM BAL 457,000 | -457,000.000 | 98.3125 | 1,954.94 | 451,243.07 |
| 10/29/04 | 10/26/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.91662001300 REM BAL 3,928.372 VARIABLE RATE | 4,285,715.000 | 100.9531 | -41,003.47 | -4,006,818.41 |
| 10/29/04 | 10/26/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.91662001300 REM BAL 3,928,372 VARIABLE RATE | -4,285,715.000 | 101.0000 | 41,003.47 | 4,008,659.33 |
| 10/29/04 | 10/26/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.91662001300 REM BAL 3,666,480 VARIABLE RATE | 4,000,000.000 | 101.6718 | -24,923.92 | -3,752,703.41 |
| 10/29/04 | 10/29/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 VARIABLE RATE CORRECTED CONFIRM | -4,000,000.000 | 101.2500 | 24,923.92 | 3,737,235.45 |
| 10/29/04 | 10/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-ST 13.541% 05/15/34 B/E DTD 05/15/04 CLB FACTOR 0.80546247300 REM BAL 39,405 | -49,000.000 | 98.5000 | 201.28 | 39,075.10 |
| 10/29/04 | 10/27/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AF FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 2,200,000 VARIABLE RATE | 2,260,000.000 | 99.9750 | -5,030.67 | -2,198,530.67 |

D000000000930465P10032

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC is a wholly owned subsidiary of The Bank of New York Company, Inc.
A BNY Securities Group Company
A member of the Bank of New York family of companies

Page 10 of 14

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



DEALER RATED
FOR COMMUNICATION

# Brokerage
## Account Statement

Statement Period: 10/01/2004 - 10/31/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/29/04 | 10/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AF FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB VARIABLE RATE FACTOR 1.000000000 REM BAL 2,199,530.67 | -2,200,000.000 | 99.7500 | 5,030.67 | 2,199,530.67 |
| 10/29/04 | 10/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-FR FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB VARIABLE RATE FACTOR 1.000000000 REM BAL 5,625,000 | -5,625,000.000 | 99.8750 | 14,175.00 | 5,632,143.75 |
| 10/29/04 | 10/27/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB VARIABLE RATE FACTOR 1.000000000 REM BAL 580,000 | 580,000.000 | 98.1508 | -8,262.67 | -575,537.66 |
| 10/29/04 | 10/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB VARIABLE RATE FACTOR 1.000000000 REM BAL 65,000 | -65,000.000 | 98.2500 | 701.85 | 64,554.35 |
| 10/29/04 | 10/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB VARIABLE RATE FACTOR 1.000000000 REM BAL 250,000 | -250,000.000 | 98.0000 | 2,699.43 | 247,699.43 |
| 10/29/04 | 10/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB VARIABLE RATE FACTOR 1.000000000 REM BAL 100,000 | -100,000.000 | 98.2500 | 1,079.77 | 99,329.77 |
| 10/29/04 | 10/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB VARIABLE RATE FACTOR 1.000000000 REM BAL 25,000 | -25,000.000 | 98.2500 | 269.94 | 24,532.44 |

Account Number: 727-891035
CROCKER SECURITIES LLC

DC000000000314465FP0032

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, SIPC (An Financial) is Pershing member LLC

PA9-02-CUTSHEET

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/29/04 | 10/27/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AT INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 220,000 VARIABLE RATE | 220,000.000 | 98.0000 | -1,540.00 | -217,140.00 |
| 10/29/04 | 10/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AT INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 150,000 VARIABLE RATE | -150,000.000 | 98.2500 | 1,050.00 | 148,425.00 |
| 10/29/04 | 10/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-SR INV FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 150,000 SOLICITED ORDER VARIABLE RATE | -70,000.000 | 100.0000 | 490.00 | 70,490.00 |
| 10/29/04 | 10/27/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-SR INV FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 3,375,000 VARIABLE RATE | 3,375,000.000 | 98.5933 | -24,325.00 | -3,351,511.38 |
| 10/29/04 | 10/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-SR INV FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 1,050,000 VARIABLE RATE | -1,050,000.000 | 99.3750 | 7,567.78 | 1,051,005.28 |
| 10/29/04 | 10/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-SR INV FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 502,000 VARIABLE RATE | -502,000.000 | 99.2500 | 3,618.12 | 501,853.12 |
| 10/29/04 | 10/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-SR INV FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 250,000 VARIABLE RATE | -250,000.000 | 99.3750 | 1,801.85 | 250,239.35 |
| 10/29/04 | 10/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-SR INV FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 300,000 VARIABLE RATE | -300,000.000 | 99.1250 | 2,162.22 | 289,537.22 |
| 10/29/04 | 10/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-SR INV FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 1,135,000 VARIABLE RATE | -1,135,000.000 | 99.1250 | 8,180.41 | 1,133,249.16 |

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing**

D0000000993046CSP30032

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage Account Statement**

Statement Period: 10/01/2004 - 10/31/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/29/04 | 10/27/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2876 CL-2876-SR INV FLTR<br>0.000% 02/15/34 B/E DTD 10/01/04 CLB<br>FACTOR 1.000000000 REM BAL 138,000 | -138,000.000 | 93.3750 | 994.62 | 136,132.12 |
| 10/29/04 | 10/27/04 | PURCHASED | VARIABLE RATE<br>GNMA GTD REMIC PASS THRU CTFS REMIC<br>SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E<br>DTD 07/27/04 FACTOR 1.000000000 | 7,313,958.000 | 106.5781 | -34,131.80 | -7,823,211.10 |
| 10/29/04 | 10/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2794 CL-2794-SF 13.541% 05/15/34 B/E<br>DTD 05/15/04 CLB FACTOR 0.805424730<br>REM BAL 805,424 | -1,000,000.000 | 98.5000 | 4,107.78 | 797,451.14 |
| 10/29/04 | 10/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2873 CL-2873-CC 5.500% 10/15/34 REG<br>DTD 10/01/04 CLB FACTOR 1.000000000<br>REM BAL 3,981,000 | 3,981,000.000 | 97.7500 | -17,029.83 | -3,908,457.33 |
| 10/29/04 | 10/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2873 CL-2873-CC 5.500% 10/15/34 REG<br>DTD 10/01/04 CLB FACTOR 1.000000000<br>REM BAL 590,000 | -590,000.000 | 98.1250 | 2,523.89 | 581,461.39 |
| 10/29/04 | 10/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2873 CL-2873-CC 5.500% 10/15/34 REG<br>DTD 10/01/04 CLB FACTOR 1.000000000<br>REM BAL 150,000 | -150,000.000 | 98.1875 | 641.67 | 147,922.92 |
| 10/29/04 | 10/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2873 CL-2873-CC 5.500% 10/15/34 REG<br>DTD 10/01/04 CLB FACTOR 1.000000000<br>REM BAL 1,000,000 | -1,000,000.000 | 98.0000 | 4,277.78 | 984,277.78 |
| 10/29/04 | 10/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2873 CL-2873-CC 5.500% 10/15/34 REG<br>DTD 10/01/04 CLB FACTOR 1.000000000<br>REM BAL 250,000 | -250,000.000 | 98.1875 | 1,069.44 | 246,538.19 |
| 10/29/04 | 10/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2873 CL-2873-CC 5.500% 10/15/34 REG<br>DTD 10/01/04 CLB FACTOR 1.000000000<br>REM BAL 250,000 | -250,000.000 | 98.1875 | 1,069.44 | 246,694.44 |

D00000000093046C5P310032

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/29/04 | 10/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2873 CL-2873-CC 5.500% 10/15/34 REG DTD 10/01/04 CL8 FACTOR 1.000000000 REM BAL 250,000 | -250,000.000 | 98.2187 | 1,069.44 | 246,616.32 |
| 10/29/04 | 10/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2873 CL-2873-CC 5.500% 10/15/34 REG DTD 10/01/04 CL8 FACTOR 1.000000000 REM BAL 250,000 | -250,000.000 | 98.2500 | 1,069.44 | 246,694.44 |
| 10/29/04 | 10/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2873 CL-2873-CC 5.500% 10/15/34 REG DTD 10/01/04 CL8 FACTOR 1.000000000 REM BAL 250,000 | -250,000.000 | 98.2500 | 1,069.44 | 246,694.44 |
| 10/29/04 | 10/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2873 CL-2873-CC 5.500% 10/15/34 REG DTD 10/01/04 CL8 FACTOR 1.000000000 REM BAL 250,000 | -250,000.000 | 98.2600 | 1,069.44 | 246,694.44 |
| 10/29/04 | 10/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2873 CL-2873-CC 5.500% 10/15/34 REG DTD 10/01/04 CL8 FACTOR 1.000000000 REM BAL 250,000 | -250,000.000 | 98.0000 | 1,069.44 | 246,069.44 |
| 10/29/04 | 10/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2873 CL-2873-CC 5.500% 10/15/34 REG DTD 10/01/04 CL8 FACTOR 1.000000000 REM BAL 250,000 | -250,000.000 | 98.0000 | 1,069.44 | 246,069.44 |
| 10/29/04 | 10/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2873 CL-2873-CC 5.500% 10/15/34 REG DTD 10/01/04 CL8 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 98.0000 | 2,138.89 | 492,138.69 |
| 10/29/04 | 10/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.78377a9300 REM BAL 1,712,419 VARIABLE RATE | -2,200,000.000 | 98.0156 | -19,518.62 | -1,852,174.89 |
| 10/29/04 | 10/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815-BS CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CL8 FACTOR 0.82936881500 REM BAL 1,779,866 VARIABLE RATE | 2,145,000.000 | 107.0156 | -20,386.76 | -1,924,694.04 |
| 10/29/04 | 10/28/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CL8 FACTOR 0.82936881500 REM BAL 1,779,866 VARIABLE RATE | -2,145,000.000 | 104.5000 | 20,386.76 | 1,879,929.34 |
| 10/29/04 | 10/28/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2873 CL-2873-CC 5.500% 10/15/34 REG DTD 10/01/04 CL8 FACTOR 1.000000000 REM BAL 241,000 | -241,000.000 | 98.0000 | 1,030.94 | 237,210.94 |

**Total Value of all Transactions** — -$6,778,862.10

The price and quantity displayed may have been rounded.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
One Pershing Plaza, Jersey City, New Jersey 07399

Page 14 of 14

C0000000093046C5FF33012



**CROCKER**
**SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1560

C000000009561XCSP2O031

ll..l...l.l.ll.l.l..l.ll..l..l.ll.l.l..l.ll..l..l.ll

CROCKER SECURITIES LLC
- TAXABLE TRADE #2 --
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

# Brokerage
## Account Statement

Account Number: 7Z7-891036
Statement Period: 11/01/2004 - 11/30/2004

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $725,144.88 |
| Dividends/Interest | 6,105.88 |
| Change in Account Value | -323,828.20 |
| Ending Account Value | $407,422.56 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | | | | |
| Cash and Cash Equivalents | 8,048,255.44 | 12,354,660.22 | 100% | Your Account is 100% Invested in Fixed Income. |
| | -7,323,110.56 | -11,947,237.66 | 0% | |
| **Account Total** | **$725,144.88** | **$407,422.56** | **100%** | |

Clearing Through **Pershing**
A BNY Securities Group Co.
Member New York Stock Exchange, Inc.
SIPC
C000000009561XCSP2O031
PAR-02-CUTSHEET
One Pershing Plaza, Jersey City, New Jersey 07399
Futures products offered through NY MC and Pershing Trading Company, LP.

# Customer Service Information

**Your Investment Advisor:**
Identification Number: RDG
DOUG GREEN
Telephone Number: (561) 361-4803
Fax Number: (561) 362-5261

**Service Hours:** Weekdays 08:00 a.m. - 05:00 p.m. PST
**Customer Service Telephone Number:** (800) 941-2895

# Portfolio Holdings

| Quantity | Description | | | | | |
|---|---|---|---|---|---|---|

## Cash and Cash Equivalents  0.00% of Portfolio

| | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Margin Balance | -7,323,110.56 | -11,947,237.66 | | | |
| | **Total Cash and Cash Equivalents** | **-$7,323,110.56** | **-$11,947,237.66** | **$0.00** | **$0.00** | |

## Fixed Income  100.00% of Portfolio  *(In Maturity Date Sequence)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Asset Backed Securities** | | | | | | |
| 222,000.000M | BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.000% 07/25/33 B/E DTD 06/01/03 CLB Moody Rating AAA S & P Rating AAA *Security Identifier: 05948XMH1* Factor: 0.05964072 | 102.7820 | 13,608.58 | 0.00 | | |
| 1,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 *Security Identifier: 31395E2T3* Factor: 0.87316717 | 97.7070 | 853.15 | 0.00 | | |
| 50,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2760 CL-2760-CS 0.000% 03/15/34 B/E DTD 03/01/04 CLB *Security Identifier: 31394T326* Factor: 0.77513034 | 92.3550 | 35,793.58 | 0.00 | | |
| 100,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2760 CL-2760-SD "INVERSE" 7.800% 03/15/34 B/E DTD 03/01/04 CLB *Security Identifier: 31394T6S9* Factor: 0.77513034 | 92.2220 | 71,484.07 | 487.04 | | |

Clearing Through **Pershing**
A JPMorgan Chase & Co.
A Member of the NYSE/SIPC
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC/federally licensed in Financial Services LLC

C00000000059G31C5P10001

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540



**Brokerage**
*Account Statement*

Statement Period: 11/01/2004 - 11/30/2004

Account Number: 7L7-891035
CROCKER SECURITIES LLC

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 100,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2783 CL-2783-SD INV FLTR RATE 0.000% 04/15/34 B/E DTD 04/01/04 CLB *Security Identifier:* 31394XR4 *Factor:* 0.81870750 | 93.0170 | 76,153.72 | 0.00 | | |
| 20,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 *Security Identifier:* 31395KDB8 *Factor:* 0.72261678 | 100.8390 | 14,573.59 | 0.00 | | |
| 600,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2871 CL-2871-LL 5.500% 04/15/34 B/E DTD 10/01/04 CLB *Security Identifier:* 31395GCQ9 *Factor:* 0.97208036 | 98.3320 | 573,519.64 | 2,586.11 | | |
| 7,313,958.00M | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 *Security Identifier:* 3837HHJ3 *Factor:* 1.00000000 | 101.2070 | 7,329,057.89 | 35,350.80 | | |
| 4,400,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB *Security Identifier:* 31395H2Q2 *Factor:* 1.00000000 | 96.3540 | 4,239,576.00 | 19,495.44 | | |
| **Total Asset Backed Securities** | | | **$12,354,660.22** | **$57,916.39** | **$0.00** | |
| **Total Fixed Income** | | | **$12,354,660.22** | **$57,916.39** | **$0.00** | |

| Description | | | Market Value | | Estimated Annual Income | |
|---|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | | **$407,422.56** | | **$0.00** | |

C000000000S9613-25F39031

Clearing Through Pershing
PAS-02-CUTSHEET

## Portfolio Holdings *(continued)*

✻ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

**Pricing** - Securities prices may vary from actual liquidation value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund Income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/01/04 | 09/29/04 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.778372400 REM BAL 1,712,419 CANCELLED TRADE | 2,200,000.000 | 104.5000 | -19,618.62 | -1,803,098.84 |
| 11/01/04 | 10/01/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.778372400 REM BAL 1,712,419 VARIABLE RATE | -2,200,000.000 | 107.0000 | 19,618.62 | 1,851,907.32 |
| 11/01/04 | 10/29/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 VARIABLE RATE CORRECTED CONFIRM | -2,200,000.000 | 104.5000 | 19,618.62 | 1,789,478.22 |
| 11/01/04 | 10/29/04 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.778372400 REM BAL 1,712,419 CANCELLED TRADE | -2,200,000.000 | 107.0156 | 19,618.62 | 1,852,176.89 |

C030000000056125CSPT0011



# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



## Brokerage Account Statement

Statement Period: 11/01/2004 - 11/30/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/02/04 | 10/01/04 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 INV FLTR 0.000% 04/15/34 B/E | 2,220,000.000 | 107.0000 | -19,796.97 | -1,868,740.84 |
| 11/02/04 | 10/29/04 | CANCELLED SELL | CANCELLED TRADE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 VARIABLE RATE CANCELLED TRADE | 2,200,000.000 | 104.5000 | -19,618.72 | -1,789,478.22 |
| 11/02/04 | 10/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.7783724300 REM BAL 1,712,419 VARIABLE RATE | 2,200,000.000 | 107.0156 | -19,618.72 | -1,852,174.99 |
| 11/02/04 | 10/29/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.7783724300 REM BAL 1,712,419 VARIABLE RATE | -2,200,000.000 | 104.5000 | 19,518.62 | 1,789,478.22 |
| 11/03/04 | 10/29/04 | CANCELLED SELL | VARIABLE RATE CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 VARIABLE RATE CANCELLED TRADE | 2,200,000.000 | 104.5000 | 19,518.62 | -1,789,476.22 |
| 11/03/04 | 10/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S B/E DTD 06/01/04 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.7783724300 REM BAL VARIABLE RATE | -2,200,000.000 | 104.5000 | 19,518.62 | 1,809,096.84 |
| 11/15/04 | 11/12/04 | PURCHASED | FNMA 5.5% NOV 2004 PL TBA SETT 11/15/04 "PAIR OFF" 5.000% 11/15/04 REG DTD 11/08/04 FACTOR 1.0000000000 REM BAL 20,000.000 | 20,000,000.000 | 101.5000 | -42,777.78 | -20,342,777.78 |
| 11/15/04 | 11/12/04 | PURCHASED | FNMA 5.5% NOV 2004 PL TBA SETT 11/15/04 "PAIR OFF" 5.000% 11/15/04 REG DTD 11/08/04 FACTOR 1.0000000000 REM BAL 15,500.000 | 15,500,000.000 | 101.2500 | -33,152.78 | -15,726,902.78 |

C000000000955G1C6P10031

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
PAR-02-CUTSHEET

A BNY Securities Group Co.
Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, NYSE MKT, NYSE Amex, & FINRA/SIPC is hereby a separate entity of LLC.

Page 5 of 12



## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/15/04 | 11/12/04 | PURCHASED | FNMA 5.5% NOV 2004 PL TBA SETT 11/15/04 "PAIR OFF" 5.000% 11/15/04 REG DTD 11/08/04 FACTOR 1.000000000 REM BAL 13,000,000 | -13,000,000.000 | 101.5078 | -27,805.56 | -13,213,821.19 |
| 11/15/04 | 11/12/04 | SOLD | FNMA 5.5% NOV 2004 PL TBA SETT 11/15/04 "PAIR OFF" 5.000% 11/15/04 REG DTD 11/08/04 FACTOR 1.000000000 REM BAL 13,000,000 | -13,000,000.000 | 100.7500 | 27,805.56 | 13,125,305.56 |
| 11/15/04 | 11/12/04 | SOLD | FNMA 5.5% NOV 2004 PL TBA SETT 11/15/04 "PAIR OFF" 5.000% 11/15/04 REG DTD 11/08/04 FACTOR 1.000000000 REM BAL 20,000,000 | -20,000,000.000 | 101.0000 | 42,777.78 | 20,242,777.78 |
| 11/15/04 | 11/12/04 | SOLD | FNMA 5.5% NOV 2004 PL TBA SETT 11/15/04 "PAIR OFF" 5.000% 11/15/04 REG DTD 11/08/04 FACTOR 1.000000000 REM BAL 15,500,000 | -15,500,000.000 | 100.8437 | 33,152.78 | 15,663,934.03 |
| 11/15/04 | | BOND INTEREST RECEIVED | 50000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2760 CL-2760-CS 0.000% 03/15/34 B/E DTD 03/01/04 CLB RD 10/29 PD 11/15/04 | | | | 237.96 |
| 11/15/04 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS PARTN CTFS GTD SER-2760 CL-2760-CS 0.000% 03/15/34 B/E DTD 03/01/04 CLB RD 10/29 PD 11/15/04 | | | | 1,347.94 |
| 11/15/04 | | BOND INTEREST RECEIVED | 100000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2760 CL-2760-SD "INVERSE" 7.800% 03/15/34 B/E DTD 03/01/04 CLB | | | | 508.66 |
| 11/15/04 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2760 CL-2760-SD "INVERSE" 7.800% 03/15/34 B/E DTD 03/01/04 CLB RD 10/29 PD 11/15/04 | | | | 2,665.89 |
| 11/15/04 | | BOND INTEREST RECEIVED | 100000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2783 CL-2783-SD INV FLTR RATE 0.000% 04/15/34 B/E DTD 04/01/04 CLB RD 10/29 PD 11/15/04 | | | | 529.93 |
| 11/15/04 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2783 CL-2783-SD INV FLTR RATE 0.000% 04/15/34 B/E DTD 04/01/04 CLB RD 10/29 PD 11/15/04 | | | | 1,691.71 |
| 11/15/04 | | BOND INTEREST RECEIVED | 20000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 RD 10/29 PD 11/15/04 | | | | 191.09 |

C0000000093611CSF10031

Account Number: 7Z7-8591035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Member of the Depository Trust and New York
One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, member SIPC, other principal exchanges

Page 6 of 12



# CROCKER SECURITIES LLC

1399 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540

DEALER RATED FOR COMMUNICATION

## Brokerage
## Account Statement

Statement Period: 11/01/2004 - 11/30/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/15/04 | | BOND INTEREST RECEIVED | 140800 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB RD 10/29 PD 11/15/04 | | | | 1,619.66 |
| 11/15/04 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB RD 10/29 PD 11/15/04 | | | | 4,395.98 |
| 11/16/04 | 11/15/04 | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-G CL-2806-S 0.000% 04/15/34 B/E RD 10/29 PD 11/15/04 | -20,000.000 | | | 1,115.11 |
| 11/22/04 | 11/19/04 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 31 DEBIT DAYS AV BAL 969677.60 AVG RATE 4.055 10-20-04 TO 11-19-04 | | | | -33,867.32 |
| 11/22/04 | | BOND INTEREST RECEIVED | 7313598 GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 RD 10/29 PD 11/20/04 | | | | 36,569.79 |
| 11/26/04 | | BOND INTEREST RECEIVED | 222000 BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-4-25 FLT RATE 0.000% 07/25/33 B/E DTD 06/01/03 CLB RD 10/29 PD 11/25/04 | | | | 316.11 |
| 11/26/04 | | RETURN OF PRINCIPAL RECEIVED | 222000 BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-4-25 FLT RATE 0.000% 07/25/33 B/E DTD 06/01/03 CLB RD 10/29 PD 11/25/04 | | | | 4,033.30 |
| 11/30/04 | 10/27/04 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 FACTOR 1.000000000 REM BAL 7,313,598 | -7,313,598.000 | 106.5000 | 35,350.80 | 7,824,716.07 |
| 11/30/04 | 11/12/04 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2871 CL-2871-LS 5.500% 04/15/34 B/E DTD 10/01/04 CLB S/D CORR CORRECTED CONFIRM | 6,000,000.000 | 99.3750 | -26,583.33 | -5,989,083.33 |

C000000000056513CSF30031

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Subsidiary of The Bank of New York
Pershing LLC, member NYSE, NASD, SIPC. A future subsidiary company, LLC

Page 7 of 12

# Transactions in Date Sequence (continued)

C00000000596.12CSP1003:

| Process/<br>Settlement<br>Date | Trade/<br>Transaction<br>Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/30/04 | 11/12/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2871 CL-2871-LL 5.500% 04/15/34 B/E<br>DTD 10/01/04 CLB BK ADJ | -6,003,000.000 | 99.8750 | 26,583.33 | 6,019,083.33 |
| 11/30/04 | 11/12/04 | PURCHASED | CORRECTED CONFIRM<br>FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2874 CL-2874-GG 5.500% 10/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 1.000000000<br>REM BAL 4,400.000 | 4,403,000.000 | 97.6250 | -19,494.44 | -4,314,994.44 |
| 11/30/04 | 11/12/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2874 CL-2874-GG 5.500% 10/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 1.000000000<br>REM BAL 4,400.000 | -4,403,000.000 | 99.6250 | 19,494.44 | 4,402,994.44 |
| 11/30/04 | 11/12/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC<br>SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E<br>DTD 07/27/04 FACTOR 1.000000000<br>REM BAL 7,313.958 | 7,313,958.000 | 106.5312 | -35,350.80 | -7,327,001.68 |
| 11/30/04 | 11/15/04 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC<br>SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E<br>DTD 07/27/04 FACTOR 1.000000000<br>REM BAL 7,313.958 | -7,313,958.000 | 108.5312 | 35,350.80 | 7,973,280.84 |
| 11/30/04 | 11/15/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS REMIC<br>SER-2876 CL-2876-AS INVERSE FLTR<br>0.000% 02/15/34 B/E DTD 10/01/04 CLB<br>QTY CORR VARIABLE RATE | -65,000.000 | 98.5000 | 675.24 | 63,634.25 |
| 11/30/04 | 11/15/04 | SOLD | CORRECTED CONFIRM<br>FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL-1A42<br>0.000% 10/25/33 B/E DTD 08/01/03<br>FACTOR 1.000000000 REM BAL 500.000 | -500,000.000 | 73.0000 | 365.000.00 |
| 11/30/04 | 11/19/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GID<br>SER-2806-S CL-2806-S INV FLTR<br>0.000% 04/15/34 B/E DTD 06/01/04<br>FACTOR 0.722616/2800 REM BAL 1,589.756<br>VARIABLE RATE | -2,200,000.000 | 104.4062 | 18,287.50 | 1,678,093.08 |
| 11/30/04 | 11/19/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2871 CL-2871-LL 5.500% 04/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 1.000000000<br>REM BAL 6,000.000 | 6,000,000.000 | 99.8750 | -26,583.33 | -6,019,083.33 |
| 11/30/04 | 11/19/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2871 CL-2871-LL 5.500% 04/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 1.000000000<br>REM BAL 30.000 | -30,000.000 | 132.92 | 30,020.42 |



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 310 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

**Statement Period: 11/01/2004 - 11/30/2004**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/20/04 | 11/19/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2871 CL-2871-L1 5.500% 04/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 1.00000000000<br>REM BAL 65,000 | -55,000.000 | 99.7500 | 243.66 | 55,003.06 |
| 11/20/04 | 11/19/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2871 CL-2871-L1 5.500% 04/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 1.00000000000<br>REM BAL 5,315,000 | -5,315,000.000 | 99.7500 | 23,548.40 | 5,325,260.90 |
| 11/20/04 | 11/19/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2871 CL-2871-GL 5.500% 04/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 0.97208035000<br>REM BAL 3,888,321 | 4,000,000.000 | 99.3750 | -17,227.42 | -3,881,246.81 |
| 11/20/04 | 11/19/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2871 CL-2871-GL 5.500% 04/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 0.97208035000<br>REM BAL 27,218 | -28,000.000 | 99.5525 | 120.59 | 27,219.76 |
| 11/20/04 | 11/19/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2871 CL-2871-GL 5.500% 04/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 0.97208035000<br>REM BAL 97,208 | -100,000.000 | 99.6250 | 430.69 | 97,274.19 |
| 11/20/04 | 11/19/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2871 CL-2871-GL 5.500% 04/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 0.97208035000<br>REM BAL 1,108,171 | -1,140,000.000 | 99.5925 | 4,909.82 | 1,108,233.17 |
| 11/20/04 | 11/19/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2871 CL-2871-GL 5.500% 04/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 0.97208035000<br>REM BAL 48,604 | -50,000.000 | 99.6250 | 215.34 | 46,637.09 |
| 11/20/04 | 11/19/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2871 CL-2871-GL 5.500% 04/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 0.97208035000<br>REM BAL 2,607,119 | -2,662,000.000 | 99.7500 | 11,550.99 | 2,612,152.69 |
| 11/20/04 | 11/19/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC<br>SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E<br>DTD 07/27/04 FACTOR 1.00000000000<br>REM BAL 7,313,958 | 7,313,958.000 | 108.5468 | -35,350.80 | -7,974,423.65 |

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/30/04 | 11/22/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-92 CL-92-LA 5.500% 05/25/24 B/E DTD 11/01/04 FACTOR 1.000000000 REM BAL 6,578,232 | 6,578,232.000 | 99.3906 | -29,145.22 | -6,567,291.12 |
| 11/30/04 | 11/22/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-92 CL-92-LA 5.500% 05/25/24 B/E DTD 11/01/04 FACTOR 1.000000000 REM BAL 10,000 | -10,000.000 | 99.7500 | 44.31 | 10,019.31 |
| 11/30/04 | 11/22/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-92 CL-92-LA 5.500% 05/25/24 B/E DTD 11/01/04 FACTOR 1.000000000 REM BAL 6,568,232 | -6,568,232.000 | 99.6350 | 29,100.92 | 6,572,702.05 |
| 11/30/04 | 11/22/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.72267678 REM BAL 1,589,756 VARIABLE RATE | 2,200,000.000 | 104.4062 | -18,287.50 | -1,578,093.08 |
| 11/30/04 | 11/22/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR 0.77014202 REM BAL 1,651,354 VARIABLE RATE | 2,145,000.000 | 104.1250 | -19,002.98 | -1,739,100.74 |
| 11/30/04 | 11/22/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR 0.77014202 REM BAL 1,651,354 VARIABLE RATE | -2,145,000.000 | 104.1250 | 19,002.98 | 1,739,100.74 |
| 11/30/04 | 11/22/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.87316717 REM BAL 3,742 VARIABLE RATE | 4,285,715.000 | 100.3281 | -38,796.69 | -3,793,221.24 |
| 11/30/04 | 11/22/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 CORRECTED CONFIRM CTY CORR VARIABLE RATE | -205,000.000 | 98.0000 | 1,855.77 | 177,275.05 |
| 11/30/04 | 11/22/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.87316717 REM BAL 98,667 VARIABLE RATE | -113,000.000 | 98.0000 | 1,022.94 | 97,717.47 |

C00000000095611C6F31011

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
One Pershing Plaza, Jersey City, New Jersey 07399
Serkes from The Bank of New York

# CROCKER SECURITIES LLC

3399 Oak Road • Suite 130 • Walnut Creek, CA 94597
925-941-1540



# Brokerage Account Statement

Statement Period: 11/01/2004 - 11/30/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/30/04 | 11/22/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.873167170 REM BAL 3,456,619 VARIABLE RATE | -3,956,715.000 | 100.3281 | 35,836.50 | -3,503,798.51 |
| 11/30/04 | 11/22/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.873167170 REM BAL 3,456,619 VARIABLE RATE SOLICITED ORDER VARIABLE RATE | -8,000.000 | 100.0000 | 72.42 | 7,057.76 |
| 11/30/04 | 11/22/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.873167170 REM BAL 3,492,668 VARIABLE RATE | 4,000,000.000 | 100.9887 | -23,957.28 | -3,550,461.19 |
| 11/30/04 | 11/22/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.873167170 REM BAL 3,492,668 VARIABLE RATE | -4,000,000.000 | 100.9887 | 23,957.28 | 3,550,461.19 |
| 11/30/04 | 11/22/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400,000 VARIABLE RATE | 4,400,000.000 | 99.6582 | -19,494.44 | -4,404,369.44 |
| 11/30/04 | 11/22/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AF FLTR 0.000% 07/15/34 B/E DTD 11/01/04 CLB FACTOR 1.000000000 REM BAL 5,810,857 VARIABLE RATE | 5,810,857.000 | 99.8250 | -15,868.46 | -5,816,556.48 |
| 11/30/04 | 11/22/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AF FLTR 0.000% 07/15/34 B/E DTD 11/01/04 CLB FACTOR 1.000000000 REM BAL 50,000,000 VARIABLE RATE | 50,000,000.000 | 99.8250 | -136,541.67 | -50,049,041.67 |

Clearing Through **Pershing** A BNY Securities Group Co.

One Pershing Plaza, Jersey City, New Jersey 07399
Member of the NASD, NYSE, SIPC. Member of all principal Securities Exchanges in the United States

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

P08-02-CUTSHEET

C00000000009561LCSPIO011

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/30/04 | 11/22/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AF FLTR 0.000% 07/15/34 B/E DTD 11/01/04 CLB FACTOR 1.000000000 REM BAL 50,000,000 VARIABLE RATE | -50,000,000.000 | 99.8437 | 136,541.67 | 50,058,416.67 |
| 11/30/04 | 11/22/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AF FLTR 0.000% 07/15/34 B/E DTD 11/01/04 CLB FACTOR 1.000000000 REM BAL 5,810,857 VARIABLE RATE | -5,810,857.000 | 99.8437 | 15,868.48 | 5,817,646.02 |
| 11/30/04 | 11/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB FACTOR 0.9586001200 REM BAL 9,686 VARIABLE RATE | -10,000.000 | 98.0000 | 103.88 | 9,556.16 |
| 11/30/04 | 11/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB FACTOR 0.9586001200 REM BAL 62,959 VARIABLE RATE | -65,000.000 | 98.0000 | 675.24 | 62,375.07 |

**Total Value of all Transactions**     -$4,624,127.10

The price and quantity displayed may have been rounded.

C000030000956103GSF30031

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Settlees from This date of New York
Member NASD, NYSE, SIPC, other affiliates of Pershing International LLC

Page 12 of 12

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925.941.1650



## Brokerage
### Account Statement

D0000000008664325FP30047

CROCKER SECURITIES LLC
-- TAXABLE TRADE #2 --
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597 - 7782

Account Number: 7Z7-891035
Statement Period: 12/01/2004 - 12/31/2004

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

### Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $407,422.56 |
| Dividends/Interest | 39,561.29 |
| Change in Account Value | 66,798.29 |
| Ending Account Value | $513,782.14 |

### Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | | | | |
| Cash and Cash Equivalents | 12,354,660.22 | 11,874,960.64 | 100% | Your Account is 100% Invested in Fixed Income. |
| | -11,947,237.66 | -11,361,178.50 | 0% | |
| Account Total | $407,422.56 | $513,782.14 | 100% | |

Clearing Through Pershing
A BNY Securities Group Co.
Member New York Stock Exchange
Pershing LLC, member SIPC, NYSE (Subsidiary of Pershing Investments LLC)
Cerus Pershing Plaza, Jersey City, New Jersey 07399

# Customer Service Information

**Your Investment Advisor:**
Identification Number: RDG
DOUG GREEN
Telephone Number: (561) 361 4803
Fax Number: (561) 362-5261

**Service Hours:** Weekdays 08:00 a.m. – 06:00 p.m. PST
**Customer Service Telephone Number:** (800) 941-2895

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Cash and Cash Equivalents 0.00% of Portfolio | | | | | |
| | Margin Balance | -11,947,237.66 | -11,361,178.50 | | | |
| | **Total Cash and Cash Equivalents** | **-$11,947,237.6** | **-$11,361,178.50** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income 100.00% of Portfolio** (In Maturity Date Sequence) | | | | | |
| | Asset Backed Securities | | | | | |
| 222,000.00M | BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.000% 07/26/33 B/E DTD 06/01/03 CLB Moody Rating AAA S & P Rating AAA *Security Identifier:* 05948XMH1  Factor: 0.04309386 | 101.5102 | 9,711.32 | 0.00 | | |
| 1,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J C-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 *Security Identifier:* 31395E2T3  Factor: 0.81986748 | 98.3830 | 806.61 | 0.00 | | |
| 500,000.00M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Moody Rating AAA S & P Rating AAA *Security Identifier:* 32051DK50  Factor: 1.00000000 | 46.4190 | 232,095.00 | 0.00 | | |

**Account Number:** 727-890035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, AMEX, FINRA, SIPC, Federal Reserve System and other principal exchanges

Page 2 of 31

D00000000086612XF910047

## CROCKER SECURITIES LLC

1399 Oak Road • Suite 210 • Walnut Creek, CA 94597
925-941-1560

# Brokerage
## Account Statement

**Statement Period: 12/01/2004 - 12/31/2004**

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 7,313,958.00 M | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-444 LC 6.000% 07/15/34 B/E DTD 07/21/04 | 100.1770 | 7,326,903.71 | 36,568.79 | | |
| | *Security Identifier: 38374HJD3  Factor: 1.00000000* | | | | | |
| 4,400,000.00 M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-CG 5.500% 10/15/34 B/E DTD 10/01/04 CLB | 97.8510 | 4,305,444.00 | 20,166.67 | | |
| | *Security Identifier: 31395H2Q2  Factor: 1.00000000* | | | | | |
| **Total Asset Backed Securities** | | | **$11,874,960.64** | **$56,736.46** | **$0.00** | |
| **Total Fixed Income** | | | **$11,874,960.64** | **$56,736.46** | **$0.00** | |

## Total Portfolio Holdings

| Description | Market Value | Estimated Annual Income |
|---|---|---|
| **Total Portfolio Holdings** | **$513,782.14** | **$0.00** |

D0000000008661C5F10047

DALBAR AWARD FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
P9R0-02-CUTSHEET

A DBT Securities Group Co.
Member firm The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Financial to all Pershing businesses LLC

## Portfolio Holdings (continued)

∎ This symbol next to the quantity indicates a position in your margin account.

### Disclosures and Other Information

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information

pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/02/04 | 11/15/04 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB CANCELLED TRADE | 65,000.000 | 98.5000 | -675.24 | -63,652.25 |
| 12/02/04 | 12/02/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2842 CL-2842J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.87316717700 REM BAL 3,466,619 VARIABLE RATE | 3,958.715000 | 100.3593 | -1,235.74 | -3,470,277.94 |
| 12/02/04 | 12/02/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2842 CL-2842J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.87316717700 REM BAL 3,466,619 VARIABLE RATE | -3,958.715000 | 100.3750 | 1,235.74 | 3,470,818.04 |
| 12/02/04 | 12/02/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2842 CL-2842J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.87316717700 REM BAL 3,492,668 VARIABLE RATE | 4,000,000.000 | 101.0000 | -826.11 | -3,528,421.48 |

D0000000086612H5F30047



# CROCKER
## SECURITIES LLC

2339 Ygnacio Road • Suite 230 • Walnut Creek, CA 94597
925-941-5458



# Brokerage
## Account Statement

Statement Period: 12/01/2004 - 12/31/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/02/04 | 12/02/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.87316717I00 REM BAL VARIABLE RATE | -4,000,000.000 | 1.0000 | 826.11 | 3,528,421.48 |
| 12/02/04 | 12/02/04 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1AA2 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500,000 | 500,000.000 | 73.1250 | | -365,625.00 |
| 12/02/04 | 12/02/04 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.81986748 VARIABLE RATE CORRECTED CONFIRM | 3,998,715.000 | 100.3393 | -1,064.44 | -3,258,350.08 |
| 12/09/04 | 12/02/04 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.81986748 VARIABLE RATE CANCELLED TRADE | -3,998,715.000 | 100.3393 | 1,235.74 | 3,470,277.94 |
| 12/09/04 | 12/02/04 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.81986748 VARIABLE RATE CORRECTED CONFIRM | 4,000,000.000 | 101.0000 | -736.06 | -3,313,000.68 |
| 12/09/04 | 12/02/04 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.81986748 VARIABLE RATE CANCELLED TRADE | -4,000,000.000 | 101.0000 | 826.11 | 3,528,421.48 |
| 12/09/04 | 12/09/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-H INV FLTR 0.000% 07/15/34 B/E DTD 11/01/04 CLB FACTOR 0.98657889000 REM BAL 457,986 VARIABLE RATE | 464,217.000 | 100.0000 | -1,017.75 | -459,004.44 |



DEALER RATED FOR COMMUNICATION

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through Pershing A BNY Securities Group Co. One Pershing Plaza, Jersey City, New Jersey 07399 Members of the Bank of New York Pershing LLC, member NASD, NYSE, SIPC and the other principal exchanges and Securities from the Bank of New York

D0000000008661DCSF30047
PArF-02-CUTSHEET

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/10/04 | 12/02/04 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E D/TD 08/01/04 FAC .819867468KR2190 VARIABLE RATE CANCELLED TRADE | 3,958,715.000 | 100.3750 | -1,235.74 | -3,470,818.04 |
| 12/10/04 | 12/02/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E D/TD 08/01/04 FAC .819867468KR2190 VARIABLE RATE CORRECTED CONFIRM | -3,958,715.000 | 100.3750 | 1,064.44 | 3,258,857.21 |
| 12/10/04 | 12/02/04 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 0.000% 09/15/33 B/E D/TD 08/01/04 FAC .819867468KR2190 VARIABLE RATE CANCELLED TRADE | 4,000,000.000 | 101.0000 | -326.11 | -3,528,421.48 |
| 12/10/04 | 12/02/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 0.000% 09/15/33 B/E D/TD 08/01/04 FAC .819867468KR2190 VARIABLE RATE CORRECTED CONFIRM | -4,000,000.000 | 101.0000 | 736.60 | 3,313,001.22 |
| 12/09/04 | | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 0.000% 07/15/34 B/E D/TD 11/01/04 CLB SOLICITED ORDER VARIABLE RATE | -29,000.000 | 100.0000 | 95.37 | 28,706.16 |
| 12/13/04 | 12/10/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-91 CL-91 SA 0.000% 09/25/33 B/E D/TD 08/25/03 FACTOR 0.89143058DD REM BAL  2,226,376 VARIABLE RATE | 2,500,000.000 | 98.0000 | -12,573.91 | -2,196,678.83 |
| 12/13/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 807047 5.500% 10/07/34 B/E D/TD 10/01/04 FACTOR 0.99017184600 REM BAL  1,000,000 | 1,003,369.000 | 100.3281 | -1,833.33 | -1,005,115.08 |
| 12/13/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 807047 5.500% 10/07/34 B/E D/TD 10/01/04 FACTOR 0.99017184600 REM BAL  1,000,000 | 1,003,369.000 | 100.3281 | -1,833.33 | -1,005,115.08 |
| 12/13/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 807047 5.500% 10/07/34 B/E D/TD 10/01/04 FACTOR 0.99017184600 REM BAL  1,000,000 | 1,003,369.000 | 100.3281 | -1,833.33 | -1,005,115.08 |
| 12/13/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 807047 5.500% 10/07/34 B/E D/TD 10/01/04 FACTOR 0.99017184600 REM BAL  1,000,000 LGB | 1,003,369.000 | 100.3281 | -1,833.33 | -1,005,115.08 |

D000000000086614C8P30047

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** *A BNY Securities Group Co.  Settles through the Bank of New York*

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Subsidiary of Pershing Investments LLC

# CROCKER
## SECURITIES LLC
2255 Oak Road • Suite 130 • Walnut Creek, CA 94597
925-941-1565

## Brokerage
## Account Statement

Statement Period: 12/01/2004 - 12/31/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/13/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990784600 REM BAL 1,000,000 | 1,009,369.000 | 100.3281 | -1,833.33 | -1,005,115.08 |
| 12/13/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990784600 REM BAL 1,000,000 | 1,009,369.000 | 100.3281 | -1,833.33 | -1,005,115.08 |
| 12/13/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990784600 REM BAL 1,000,000 | 1,009,369.000 | 100.3281 | -1,833.33 | -1,005,115.08 |
| 12/13/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990784600 REM BAL 1,000,000 | 1,009,369.000 | 100.3281 | -1,833.33 | -1,005,115.08 |
| 12/13/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990784600 REM BAL 1,000,000 | 1,009,369.000 | 100.3281 | -1,833.33 | -1,005,115.08 |
| 12/13/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990784600 REM BAL 1,000,000 | 1,009,369.000 | 100.3281 | -1,833.33 | -1,005,115.08 |
| 12/13/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990784600 REM BAL 1,000,000 | 1,009,369.000 | 100.3281 | -1,833.33 | -1,005,115.08 |
| 12/13/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990784600 REM BAL 1,000,000 | 1,009,369.000 | 100.3281 | -1,833.33 | -1,005,115.08 |

DALLAS BOARD FOR COMMUNICATION

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Members New York Stock Exchange, Inc.

Page 7 of 31

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, SPIC, NYSE, subsidiary of Pershing Investments LLC

000000000086612CSP30047

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/13/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS<br>POOL # 800747 5.500% 10/01/34 B/E<br>DTD 10/01/04 FACTOR 0.99071846600<br>REM BAL 1,000,000 | -1,009,369.000 | 101.2500 | 1,833.33 | 1,014,333.84 |
| 12/13/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS<br>POOL # 800747 5.500% 10/01/34 B/E<br>DTD 10/01/04 FACTOR 0.99071846600<br>REM BAL 1,000,000 | -1,009,369.000 | 101.2500 | 1,833.33 | 1,014,333.84 |
| 12/13/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS<br>POOL # 800747 5.500% 10/01/34 B/E<br>DTD 10/01/04 FACTOR 0.99071846600<br>REM BAL 1,000,000 | -1,009,369.000 | 101.2500 | 1,833.33 | 1,014,333.84 |
| 12/13/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS<br>POOL # 800747 5.500% 10/01/34 B/E<br>DTD 10/01/04 FACTOR 0.99071846600<br>REM BAL 1,000,000 | -1,009,369.000 | 101.2500 | 1,833.33 | 1,014,333.84 |
| 12/13/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS<br>POOL # 800747 5.500% 10/01/34 B/E<br>DTD 10/01/04 FACTOR 0.99071846600<br>REM BAL 1,000,000 | -1,009,369.000 | 101.2500 | 1,833.33 | 1,014,333.84 |
| 12/13/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS<br>POOL # 800747 5.500% 10/01/34 B/E<br>DTD 10/01/04 FACTOR 0.99071846600<br>REM BAL 1,000,000 | -1,009,369.000 | 101.2500 | 1,833.33 | 1,014,333.84 |
| 12/13/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS<br>POOL # 800747 5.500% 10/01/34 B/E<br>DTD 10/01/04 FACTOR 0.99071846600<br>REM BAL 1,000,000 | -1,009,369.000 | 101.2500 | 1,833.33 | 1,014,333.84 |
| 12/13/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS<br>POOL # 800747 5.500% 10/01/34 B/E<br>DTD 10/01/04 FACTOR 0.99071846600<br>REM BAL 1,000,000 | | | | |
| 12/13/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS<br>POOL # 800747 5.500% 10/01/34 B/E<br>DTD 10/01/04 FACTOR 0.99071846600<br>REM BAL 1,000,000 | | | | |
| 12/13/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS<br>POOL # 800747 5.500% 10/01/34 B/E<br>DTD 10/01/04 FACTOR 0.99071846600<br>REM BAL 1,000,000 | | | | |
| 12/13/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS<br>POOL # 800747 5.500% 10/01/34 B/E<br>DTD 10/01/04 FACTOR 0.99071846600<br>REM BAL 1,000,000 | | | | |
| 12/13/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS<br>POOL # 800747 5.500% 10/01/34 B/E<br>DTD 10/01/04 FACTOR 0.99071846600<br>REM BAL 1,000,000 | | | | |

D000000000066412SP73047

Account Number: 727-891035<br>CROCKER SECURITIES LLC

# CROCKER SECURITIES LLC

2595 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

**Statement Period: 12/01/2004 - 12/31/2004**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/13/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS<br>POOL # 800747 5.500% 10/01/34 B/E<br>DTD 10/01/04 FACTOR 0.990718465000<br>REM BAL 1,000.000 | -1,009,369.000 | 101.2500 | 1,833.33 | 1,014,333.84 |
| 12/13/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS<br>POOL # 800747 5.500% 10/01/34 B/E<br>DTD 10/01/04 FACTOR 0.990718465000<br>REM BAL 1,000.000 | | | | |
| 12/13/04 | | SECURITY CALLED | QTY 17,000 FHLMC MULTICLASS MTG<br>PARTN CTFS GTD SER-2871 CL-2871-LL<br>5.500% 04/15/34 B/E DTD 10/01/04 CLB<br>CALLED BY LOTTERY | | | | 0.00 |
| 12/13/04 | 12/13/04 | PURCHASED | FNMA 5.5% DEC 2004 PL TBA SETT 12/13/04<br>"PAIR OFF" 5.500% 12/13/04 REG<br>DTD 12/07/04 FACTOR 1.000000000<br>REM BAL 15,500.000 | 15,500,000.000 | 101.3281 | -28,416.67 | -15,734,276.05 |
| 12/13/04 | 12/13/04 | PURCHASED | FNMA 5.5% DEC 2004 PL TBA SETT 12/13/04<br>"PAIR OFF" 5.500% 12/13/04 REG<br>DTD 12/07/04 FACTOR 1.000000000<br>REM BAL 5,000.000 | 5,000,000.000 | 101.2968 | -9,166.67 | -5,074,010.42 |
| 12/13/04 | 12/13/04 | PURCHASED | FNMA 5.5% DEC 2004 PL TBA SETT 12/13/04<br>"PAIR OFF" 5.500% 12/13/04 REG<br>DTD 12/07/04 FACTOR 1.000000000<br>REM BAL 20,000.000 | 20,000,000.000 | 101.3281 | -36,666.67 | -20,302,291.67 |
| 12/13/04 | 12/13/04 | SOLD | FNMA 5.5% DEC 2004 PL TBA SETT 12/13/04<br>"PAIR OFF" 5.500% 12/13/04 REG<br>DTD 12/07/04 FACTOR 1.000000000<br>REM BAL 15,500.000 | -15,500,000.000 | 100.9687 | 28,416.67 | 15,678,572.92 |
| 12/13/04 | 12/13/04 | SOLD | FNMA 5.5% DEC 2004 PL TBA SETT 12/13/04<br>"PAIR OFF" 5.500% 12/13/04 REG<br>DTD 12/07/04 FACTOR 1.000000000<br>REM BAL 5,000.000 | -5,000,000.000 | 101.0156 | 9,166.67 | 5,059,947.92 |
| 12/13/04 | 12/13/04 | SOLD | FNMA 5.5% DEC 2004 PL TBA SETT 12/13/04<br>"PAIR OFF" 5.500% 12/13/04 REG<br>DTD 12/07/04 FACTOR 1.000000000<br>REM BAL 20,000.000 | -20,000,000.000 | 101.2187 | 36,666.67 | 20,280,416.67 |

D0000000008661DC5P30047



DARRAH RAUB
FOR COMMUNICATIONS

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing through Pershing
PAR-02-CUTSHEET
A BNY Securities Group Co.
Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing, and its ... member NYSE, NASD, SIPC, and Federal of twelve systems LLC

Page 9 of 31

## Transactions in Date Sequence *(continued)*

Account Number: 727-891035
CROCKER SECURITIES LLC

Closing Through **Pershing**   A BNY Securities Group Co.
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member SIPC, member NYSE, NASD, AMEX & other principal exchanges

Page 10 of 31

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/14/04 | 12/10/04 | CORRECTED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 DTD 10/01/04 CORRECTED CONFIRM | 1,009,369.000 | 101.3281 | -1,833.33 | -1,015,115.09 |
| 12/14/04 | 12/10/04 | CORRECTED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CORRECTED CONFIRM | 1,009,369.000 | 101.3281 | -1,833.33 | -10,134,047.09 |
| 12/14/04 | 12/10/04 | CORRECTED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CORRECTED CONFIRM | 1,009,369.000 | 101.3281 | -1,833.33 | -1,015,115.09 |
| 12/14/04 | 12/10/04 | CORRECTED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 DTD 10/01/04 CORRECTED CONFIRM | 1,009,369.000 | 101.3281 | -1,833.33 | -1,015,115.09 |
| 12/14/04 | 12/10/04 | CORRECTED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CORRECTED CONFIRM | 1,009,369.000 | 101.3281 | -1,833.33 | -1,015,115.09 |
| 12/14/04 | 12/10/04 | CORRECTED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CORRECTED CONFIRM | 1,009,369.000 | 101.3281 | -1,833.33 | -1,015,115.09 |
| 12/14/04 | 12/10/04 | CORRECTED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CORRECTED CONFIRM | 1,009,369.000 | 101.3281 | -1,833.33 | -1,015,115.09 |
| 12/14/04 | 12/10/04 | CORRECTED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 DTD 10/01/04 CORRECTED CONFIRM | 1,009,369.000 | 101.3281 | -1,833.33 | -1,015,115.09 |
| 12/14/04 | 12/10/04 | CORRECTED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CORRECTED CONFIRM | 1,009,369.000 | 101.3281 | -1,833.33 | -1,015,115.09 |
| 12/14/04 | 12/10/04 | CORRECTED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CORRECTED CONFIRM | 1,009,369.000 | 101.3281 | -1,833.33 | -1,015,115.09 |
| 12/14/04 | 12/10/04 | CORRECTED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CORRECTED CONFIRM | 1,009,369.000 | 101.3281 | -1,833.33 | -1,015,115.09 |
| 12/14/04 | 12/10/04 | CORRECTED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 DTD 10/01/04 CORRECTED CONFIRM | 1,009,369.000 | 101.3281 | -1,833.33 | -1,015,115.09 |
| 12/14/04 | 12/10/04 | CORRECTED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CORRECTED CONFIRM | 1,009,369.000 | 101.3281 | -1,833.33 | -1,015,115.09 |
| 12/14/04 | 12/10/04 | CORRECTED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 DTD 10/01/04 CORRECTED CONFIRM | 1,009,369.000 | 101.3281 | -1,833.33 | -1,015,115.09 |
| 12/14/04 | 12/10/04 | CORRECTED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CORRECTED CONFIRM | 1,009,369.000 | 101.3281 | -1,833.33 | -13,283,209.33 |
| 12/14/04 | 12/10/04 | CORRECTED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CORRECTED CONFIRM | 1,009,369.000 | 101.3281 | -1,833.33 | -1,015,115.09 |
| 12/14/04 | 12/10/04 | CORRECTED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.99071846600 | 1,009,369.000 | 101.3281 | 1,833.33 | 1,005,115.08 |
| 12/14/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.99071846600 CANCELLED TRADE | -1,009,369.000 | 101.3281 | 1,833.33 | 1,005,115.08 |

D000000008661DCSPT0047

# CROCKER SECURITIES LLC

2399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-3040

**Brokerage**
*Account Statement*

Statement Period: 12/01/2004 - 12/31/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/14/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990718460O CANCELLED TRADE | -1,009,369.000 | 100.3281 | 1,333.33 | — 1,005,115.08 |
| 12/14/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990718460O CANCELLED TRADE | -1,009,369.000 | 100.3281 | 1,333.33 | 1,005,115.08 |
| 12/14/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990718460O CANCELLED TRADE | -1,009,369.000 | 100.3281 | 1,333.33 | 1,005,115.08 |
| 12/14/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990718460O CANCELLED TRADE | -1,009,369.000 | 100.3281 | 1,333.33 | 1,005,115.08 |
| 12/14/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990718460O CANCELLED TRADE | -1,009,369.000 | 100.3281 | 1,333.33 | 1,005,115.08 |
| 12/14/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990718460O CANCELLED TRADE | -1,009,369.000 | 100.3281 | 1,333.33 | 1,005,115.08 |
| 12/14/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990718460O CANCELLED TRADE | -1,009,369.000 | 100.3281 | 1,333.33 | 1,005,115.08 |
| 12/14/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990718460O CANCELLED TRADE | -1,009,369.000 | 100.3281 | 1,333.33 | 1,005,115.08 |

DALLAS BASED FOR COMMUNICATION

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-CO-CUTSHEET

AMR Securities Group Co.
Solicited from The Bank of New York
Pershing LLC, member NYSE, NYSE, SIPC, is a subsidiary of Pershing Investments, LLC

One Pershing Plaza, Jersey City, New Jersey 07399

DO0000000086643CSF33047

## Transactions in Date Sequence (continued)

D000000000864426SP39047

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/14/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.9907184600 CANCELLED TRADE | -1,009,369.000 | 100.3281 | 1,833.33 | 1,005,115.08 |
| 12/14/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.9907184600 CANCELLED TRADE | -1,009,369.000 | 100.3281 | 1,833.33 | 1,005,115.08 |
| 12/14/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.9907184600 CANCELLED TRADE | -1,009,369.000 | 100.3281 | 1,833.33 | 1,005,115.08 |
| 12/14/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.9907184600 CANCELLED TRADE | -1,009,369.000 | 100.3281 | 1,833.33 | 1,005,115.08 |
| 12/15/04 | 12/10/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2760 CL-2760-CS 0.000% 03/15/34 B/E DTD 03/01/04 CLB FACTOR 0.7459186200 REM BAL 37,290 VARIABLE RATE | -50,000.000 | 97.5000 | 98.47 | 36,457.19 |
| 12/15/04 | 12/10/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2760 CL-2760-SD "INVERSE" 7.800% 03/15/34 B/E DTD 03/01/04 CLB FACTOR 0.7459198200 REM BAL 74,581 VARIABLE RATE | -100,000.000 | 97.5000 | 207.96 | 72,925.39 |
| 12/15/04 | 12/10/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2783 CL-2783-SD INV FLTR RATE 0.000% 04/15/34 B/E DTD 04/01/04 CLB FACTOR 0.7896256400 REM BAL 78,962 VARIABLE RATE | -100,000.000 | 97.5000 | 220.17 | 77,208.67 |
| 12/15/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 768875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.8439557300 REM BAL 1,000,000 | 1,184,897.000 | 101.3281 | -1,833.33 | -1,015,115.20 |
| 12/15/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 768875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.8439557300 REM BAL 1,000,000 | 1,184,897.000 | 101.3281 | -1,833.33 | -1,015,115.20 |
| 12/15/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 768875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.8439557300 REM BAL 1,000,000 | 1,184,897.000 | 101.3281 | -1,833.33 | -1,015,115.20 |
| 12/15/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 768875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.8439557300 REM BAL 1,000,000 | 1,184,897.000 | 101.3281 | -1,833.33 | -1,015,115.20 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Subsidiary of The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, SIPC and all principal exchanges/Pershing LLC



# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Brokerage
## Account Statement

Statement Period: 12/01/2004 - 12/31/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/15/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS<br>POOL # 764875 5.500% 01/01/24 REG<br>DTD 01/01/04 FACTOR 0.843955730O<br>REM BAL 1,000,000 | 1,184,897.000 | 101.3281 | -1,333.33 | -1,015,115.20 |
| 12/15/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS<br>POOL # 764875 5.500% 01/01/24 REG<br>DTD 01/01/04 FACTOR 0.843955730O<br>REM BAL 1,000,000 | 1,184,897.000 | 101.3281 | -1,333.33 | -1,015,115.20 |
| 12/15/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS<br>POOL # 764875 5.500% 01/01/24 REG<br>DTD 01/01/04 FACTOR 0.843955730O<br>REM BAL 1,000,000 | 1,184,897.000 | 101.3281 | -1,333.33 | -1,015,115.20 |
| 12/15/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS<br>POOL # 764875 5.500% 01/01/24 REG<br>DTD 01/01/04 FACTOR 0.843955730O<br>REM BAL 1,000,000 | 1,184,897.000 | 101.3281 | -1,333.33 | -1,015,115.20 |
| 12/15/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS<br>POOL # 764875 5.500% 01/01/24 REG<br>DTD 01/01/04 FACTOR 0.843955730O<br>REM BAL 1,000,000 | 1,184,897.000 | 101.3281 | -1,333.33 | -1,015,115.20 |
| 12/15/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS<br>POOL # 764875 5.500% 01/01/24 REG<br>DTD 01/01/04 FACTOR 0.843955730O<br>REM BAL 1,000,000 | 1,184,897.000 | 101.3281 | -1,333.33 | -1,015,115.20 |
| 12/15/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS<br>POOL # 764875 5.500% 01/01/24 REG<br>DTD 01/01/04 FACTOR 0.843955730O<br>REM BAL 1,000,000 | 1,184,897.000 | 101.3281 | -1,333.33 | -1,015,115.20 |
| 12/15/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS<br>POOL # 764875 5.500% 01/01/24 REG<br>DTD 01/01/04 FACTOR 0.843955730O<br>REM BAL 1,000,000 | 1,184,897.000 | 101.3281 | -1,333.33 | -1,015,115.20 |
| 12/15/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS<br>POOL # 764875 5.500% 01/01/24 REG<br>DTD 01/01/04 FACTOR 0.843955730O<br>REM BAL 1,000,000 | | | | |

DEALER RATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
PAR-02-CUTSHEET

A BNY Securities Group Co.
Solutions from the Bank of New York
Pershing LLC, member NASD, NYSE, SIPC

D0000000000865341C5F13047

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/15/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843955730D REM BAL 1,000.000 | -1,184,897.000 | 101.2500 | 1,833.33 | 1,014,333.95 |
| 12/15/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843955730D REM BAL 1,000.000 | -1,184,897.000 | 101.2500 | 1,833.33 | 1,014,333.95 |
| 12/15/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843955730D REM BAL 1,000.000 | -1,184,897.000 | 101.2500 | 1,833.33 | 1,014,333.95 |
| 12/15/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843955730D REM BAL 1,000.000 | -1,184,897.000 | 101.2500 | 1,833.33 | 1,014,333.95 |
| 12/15/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843955730D REM BAL 1,000.000 | -1,184,897.000 | 101.2500 | 1,833.33 | 1,014,333.95 |
| 12/15/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843955730D REM BAL 1,000.000 | -1,184,897.000 | 101.2500 | 1,833.33 | 1,014,333.95 |
| 12/15/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843955730D REM BAL 1,000.000 | -1,184,897.000 | 101.2500 | 1,833.33 | 1,014,333.95 |
| 12/15/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843955730D REM BAL 1,000.000 | -1,184,897.000 | 101.2500 | 1,833.33 | 1,014,333.95 |
| 12/15/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843955730D REM BAL 1,000.000 | -1,184,897.000 | 101.2500 | 1,833.33 | 1,014,333.95 |
| 12/15/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843955730D REM BAL 1,000.000 | -1,184,897.000 | 101.2500 | 1,833.33 | 1,014,333.95 |
| 12/15/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843955730D REM BAL 1,000.000 | -1,184,897.000 | 101.2500 | 1,833.33 | 1,014,333.95 |

Account Number: 717-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group, Inc.
Member of the New York Stock Exchange, Inc.

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, a subsidiary of Pershing Investments LLC

D000000000864 1DCSF10617

# CROCKER SECURITIES LLC

1999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

Statement Period: 12/01/2004 - 12/31/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/15/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843955730 REM BAL 1,000,000 | | 101.2500 | 1,833.33 | 1,014,333.95 |
| 12/15/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 784875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843957300 REM BAL 1,000,000 | -1,184,897.000 | 101.2500 | 1,833.33 | 1,314,331.84 |
| 12/15/04 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990718460 CANCELLED TRADE | 1,009,369.000 | 101.2500 | -1,833.33 | -1,014,331.84 |
| 12/15/04 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990718460 CANCELLED TRADE | 1,009,369.000 | 101.2500 | -1,833.33 | -1,014,331.84 |
| 12/15/04 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990718460 CANCELLED TRADE | 1,009,369.000 | 101.2500 | -1,833.33 | -1,014,331.84 |
| 12/15/04 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990718460 CANCELLED TRADE | 1,009,369.000 | 101.2500 | -1,833.33 | -1,014,331.84 |
| 12/15/04 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990718460 CANCELLED TRADE | 1,009,369.000 | 101.2500 | -1,833.33 | -1,014,331.84 |
| 12/15/04 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.990718460 CANCELLED TRADE | 1,009,369.000 | 101.2500 | -1,833.33 | -1,014,331.84 |

D0000000008464313SP10047

HABLAR RAPID
POR COMUNICACIONES

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Mellon Securities Co.
Member FINRA, NYSE, SIPC.

Page 15 of 31

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/15/04 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 CFS DTD 10/01/04 FACTOR 0.9907184600 CANCELLED TRADE | 1,009,369.000 | 101.2500 | -1,833.33 | -1,014,331.84 |
| 12/15/04 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.9907184600 CANCELLED TRADE | 1,009,369.000 | 101.2500 | -1,833.33 | -1,014,331.84 |
| 12/15/04 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.9907184600 CANCELLED TRADE | 1,009,369.000 | 101.2500 | -1,833.33 | -1,014,331.84 |
| 12/15/04 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.9907184600 CANCELLED TRADE | 1,009,369.000 | 101.2500 | -1,833.33 | -1,014,331.84 |
| 12/15/04 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CANCELLED TRADE | 1,009,369.000 | 101.2500 | -1,833.33 | -1,014,331.84 |
| 12/15/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.9907184600 CANCELLED TRADE | 101.3281 | 1,833.33 | -1,015,117.09 | |
| 12/15/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 0.9907184600 CANCELLED TRADE | 101.3281 | 1,833.33 | -1,015,117.09 | |
| 12/15/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CANCELLED TRADE | 101.3281 | 1,833.33 | 10,134,649.09 | |
| 12/15/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CANCELLED TRADE | 101.3281 | 1,833.33 | -1,015,117.09 | |
| 12/15/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CANCELLED TRADE | 101.3281 | 1,833.33 | -1,015,117.09 | |
| 12/15/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CANCELLED TRADE | 101.3281 | 1,833.33 | -1,015,117.09 | |
| 12/15/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CANCELLED TRADE | 101.3281 | 1,833.33 | -1,015,117.09 | |

D00000000066413C8F10047

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1560



# Brokerage
## Account Statement

Statement Period 12/01/2004 - 12/31/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/15/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CANCELLED TRADE | 101.3281 | 101.3281 | 1,833.33 | 1,015,117.09 |
| 12/15/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CANCELLED TRADE | -1,009,369.000 | 101.3281 | 1,833.33 | 1,015,117.09 |
| 12/15/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CANCELLED TRADE | -1,009,369.000 | 101.3281 | 1,833.33 | 1,015,117.09 |
| 12/15/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CANCELLED TRADE | -1,009,369.000 | 101.3281 | 1,833.33 | 1,015,117.09 |
| 12/15/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CANCELLED TRADE | -1,009,369.000 | 101.3281 | 1,833.33 | 13,283,211.33 |
| 12/15/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 CANCELLED TRADE | -1,009,369.000 | 101.3281 | 1,833.33 | 1,015,117.09 |
| 12/15/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 CLB | | | | |
| 12/15/04 | | BOND INTEREST RECEIVED | S000C FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2760 CL-2760-CS 0.000% 03/15/24 B/E DTD 03/01/04 CLB RD 11/30 PD 12/15/04 | | | | 226.33 |
| 12/15/04 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2760 CL-2760-CS 0.000% 03/15/24 B/E RD 11/30 PD 12/15/04 | | | | 1,465.53 |
| 12/15/04 | | BOND INTEREST RECEIVED | 100000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2760 CL-2760-SD "INVERSE" 7.800% 03/15/34 B/E DTD 03/01/04 | | | | 481.87 |
| 12/15/04 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2760 CL-2760-SD "INVERSE" 7.800% 03/15/34 B/E DTD 03/01/04 CLB RD 11/30 PD 12/15/04 | | | | 2,931.05 |

Clearing Through Pershing  A BNY Securities Group Co.  One Pershing Plaza, Jersey City, New Jersey 07399
Par-00-CUTSHEET  Member, The Bank of New York  Pershing LLC, member NASD, NYSE, SIPC, a subsidiary of Pershing, a member LLC

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/15/04 | | BOND INTEREST RECEIVED | 100000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2783 CL-2783-SD INV FLTR RATE 0.000% 04/15/34 B/E DTD 04/01/04 CLB RD 11/30 PD 12/15/04 | | | | 508.96 |
| 12/15/04 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2783 CL-2783-SD INV FLTR RATE 0.000% 04/15/34 B/E DTD 04/01/04 CLB RD 11/30 PD 12/15/04 | | | | 2,908.18 |
| 12/15/04 | | BOND INTEREST RECEIVED | 20000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 RD 11/30 PD 12/15/04 | | | | 171.98 |
| 12/15/04 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 RD 11/30 PD 12/15/04 | | | | 1,384.63 |
| 12/15/04 | | BOND INTEREST RECEIVED | 1000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 RD 11/30 PD 12/15/04 | | | | 9.36 |
| 12/15/04 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 RD 11/30 PD 12/15/04 | | | | 53.30 |
| 12/15/04 | | BOND INTEREST RECEIVED | 600000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2871 CL-2871-LL 5.500% 04/15/34 B/E DTD 10/01/04 CLB RD 11/30 PD 12/15/04 | | | | 2,750.00 |
| 12/15/04 | | SECURITY REDEEMED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2871 CL-2871-LL 5.500% 04/15/34 B/E DTD 10/01/04 CLB CALLED BY LOTTERY | -17,000.000 | | | 17,000.00 |
| 12/15/04 | | BOND INTEREST RECEIVED | 440000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB RD 11/30 PD 12/15/04 | | | | 20,166.67 |
| 12/15/04 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS 0.000% 02/15/34 B/E RD 11/30 PD 12/15/04 TRD ADI 12/2 A/O 11/20/04 | | | | 698.52 |
| 12/15/04 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS 0.000% 02/15/34 B/E RD 11/30 PD 12/15/04 TRD ADI 12/2 A/O 11/30/04 | -65,000.000 | | | 3,139.39 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Securities from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FASD, NYSE, SIPC. The securities in the account are protected by SIPC.

D0C00000006642C5F10047

**CROCKER SECURITIES LLC**
2950 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

OR AIM RATED
FOR COMMUNICATION

**Brokerage Account Statement**

Statement Period: 12/01/2004 - 12/31/2004

D000000000086643 CSF390047

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PNR-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
www.isl.weber400.PHLXK.hiamefdicafmonyfmonemisL

Page 19 of 31

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/20/04 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843557300 CANCELLED TRADE | 1,184,897.000 | 101.2500 | -1,333.33 | -1,014,331.95 |
| 12/20/04 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843557300 CANCELLED TRADE | 1,184,897.000 | 101.2500 | -1,333.33 | -1,014,331.95 |
| 12/20/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843557300 CANCELLED TRADE | -1,184,897.000 | 101.3281 | 1,333.33 | 1,015,117.20 |
| 12/20/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 798391 5.500% 09/01/34 REG DTD 09/01/04 FACTOR 1.000000000 REM BAL    52,068 | 52,068.000 | 101.3281 | -95.16 | -52,652.62 |
| 12/20/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 798391 5.500% 09/01/34 REG DTD 09/01/04 FACTOR 1.000000000 REM BAL    52,068 | -52,068.000 | 101.2500 | 95.16 | 52,652.07 |
| 12/20/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 799754 5.500% 11/01/34 B/E DTD 10/01/04 FACTOR 1.000000000 REM BAL    960,860 | 960,860.000 | 101.2500 | -1,738.17 | -962,558.17 |
| 12/20/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 799754 5.500% 11/01/34 B/E DTD 10/01/04 FACTOR 1.000000000 REM BAL    960,860 | -960,860.000 | 101.3281 | 1,738.17 | 961,680.64 |
| 12/20/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 1.000000000 REM BAL    1,009,369 | 1,009,369.000 | 101.3281 | -1,833.33 | -1,015,115.09 |
| 12/20/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 1.000000000 REM BAL    1,009,369 | -1,009,369.000 | 101.2500 | 1,833.33 | 1,014,333.84 |

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/20/04 | 12/19/04 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 30 DEBIT DAYS AV BAL 12102091.03 AVG RATE 4.301 11-20-04 TO 12-19-04 | | | | -43,377.75 |
| 12/20/04 | | BOND INTEREST RECEIVED | 7313998 GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 RO 11/30 PD 12/20/04 | | | | 36,559.79 |
| 12/21/04 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843957300 CANCELLED TRADE | 1,164,897.000 | 101.2500 | -1,833.33 | -1,014,331.95 |
| 12/21/04 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843957300 CANCELLED TRADE | 1,164,897.000 | 101.2500 | -1,833.33 | -1,014,331.95 |
| 12/21/04 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843957300 CANCELLED TRADE | 1,164,897.000 | 101.2500 | -1,833.33 | -1,014,331.95 |
| 12/21/04 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843957300 CANCELLED TRADE | 1,164,897.000 | 101.2500 | -1,833.33 | -1,014,331.95 |
| 12/21/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843957300 CANCELLED TRADE | -1,184,897.000 | 101.3281 | 1,833.33 | 1,015,117.20 |
| 12/21/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843957300 CANCELLED TRADE | -1,184,897.000 | 101.3281 | 1,833.33 | 1,015,117.20 |
| 12/21/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843957300 CANCELLED TRADE | -1,184,897.000 | 101.3281 | 1,833.33 | 1,015,117.20 |
| 12/21/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843957300 CANCELLED TRADE | -1,184,897.000 | 101.3281 | 1,833.33 | 1,015,117.20 |
| 12/21/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.843957300 CANCELLED TRADE | -1,184,897.000 | 101.3281 | 1,833.33 | 1,015,117.20 |

D000000000E6642CSF1004 7

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing  A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Member New York Stock Exchange, Inc. and other principal exchanges

# CROCKER SECURITIES LLC

1399 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

**Statement Period: 12/01/2004 - 12/31/2004**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/27/04 | 12/10/04 | CORRECTED PURCHASE | FNMA GTD MTG PASS THRU CTFS<br>POOL # 799754 5.500% 11/01/34 B/E..<br>DTD 10/01/04 MONEY CORR<br>CORRECTED CONFIRM | 960,860.000 | 101.3281 | -1,738.17 | -962,421.33 |
| 12/21/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS<br>POOL # 799754 5.500% 11/01/34 B/E<br>DTD 10/01/04 FACTOR 1.000000000<br>MONEY CORR CANCELLED TRADE<br>REM BAL 1,000.007 | -960,860.000 | 101.3281 | 1,738.17 | 962,598.17 |
| 12/22/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS<br>POOL # 764875 5.500% 01/01/34 REG<br>DTD 01/01/04 FACTOR 0.843957300<br>REM BAL 1,000.007 | 1,184,905.000 | 101.3281 | -1,833.35 | -1,015,122.06 |
| 12/22/04 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS<br>POOL # 764875 5.500% 01/01/34 REG<br>DTD 01/01/04 FACTOR 0.843957300<br>CANCELLED TRADE | 1,184,897.000 | 101.2500 | -1,833.33 | -1,014,331.95 |
| 12/22/04 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS<br>POOL # 764875 5.500% 01/01/34 REG<br>DTD 01/01/04 FACTOR 0.843957300<br>CANCELLED TRADE | 1,184,897.000 | 101.2500 | -1,833.33 | -1,014,331.95 |
| 12/22/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS<br>POOL # 764875 5.500% 01/01/34 REG<br>DTD 01/01/04 FACTOR 0.843957300<br>REM BAL 1,000.007 | 1,184,905.000 | 101.2500 | 1,833.35 | 1,014,340.81 |
| 12/22/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS<br>POOL # 764875 5.500% 01/01/34 REG<br>DTD 01/01/04 FACTOR 0.843957300<br>CANCELLED TRADE | -1,184,897.000 | 101.3281 | 1,833.33 | 1,015,117.20 |
| 12/22/04 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS<br>POOL # 764875 5.500% 01/01/34 REG<br>DTD 01/01/04 FACTOR 0.843957300<br>CANCELLED TRADE | -1,184,897.000 | 101.3281 | 1,833.33 | 1,015,117.20 |
| 12/22/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS<br>POOL # 797754 5.500% 11/01/34 B/E<br>DTD 10/01/04 FACTOR 0.986711200<br>REM BAL 999.999 | 1,013,467.000 | 101.3281 | -3,833.33 | -1,015,113.81 |

DALBAR RATED FOR COMMUNICATIONS

**Account Number: 727-891035**
CROCKER SECURITIES LLC

Clearing through **Pershing** A BNY Securities Group Co.
PAR-02-CUTSHEET    Solutions from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, a subsidiary of Pershing Investments LLC

Page 21 of 31

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/22/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS / POOL # 795754 5.500% 11/01/24 B/E / DTD 10/01/04 FACTOR 0.986711200 / REM BAL 999,999 | 1,013,467.000 | 101.3281 | -1,833.33 | -1,015,113.81 |
| 12/22/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS / POOL # 795754 5.500% 11/01/24 B/E / DTD 10/01/04 FACTOR 0.986711200 / REM BAL 999,999 | 1,013,467.000 | 101.3281 | -1,833.33 | -1,015,113.81 |
| 12/22/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS / POOL # 795754 5.500% 11/01/24 B/E / DTD 10/01/04 FACTOR 0.986711200 / REM BAL 1,000,000 | 1,013,468.000 | 101.3281 | -1,833.33 | -1,015,114.81 |
| 12/22/04 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS / POOL # 795754 5.500% 11/01/24 B/E / DTD 10/01/04 FACTOR 0.986711200 / REM BAL 1,000,000 | 1,013,468.000 | 101.3281 | -1,833.33 | -1,015,114.87 |
| 12/22/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS / POOL # 795754 5.500% 11/01/24 B/E / DTD 10/01/04 FACTOR 0.986711200 / REM BAL 1,000,000 | -1,013,467.000 | 101.2500 | 1,833.33 | 1,014,332.56 |
| 12/22/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS / POOL # 795754 5.500% 11/01/24 B/E / DTD 10/01/04 FACTOR 0.986711200 / REM BAL 999,999 | -1,013,467.000 | 101.2500 | 1,833.33 | 1,014,332.56 |
| 12/22/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS / POOL # 795754 5.500% 11/01/24 B/E / DTD 10/01/04 FACTOR 0.986711200 / REM BAL 999,999 | -1,013,467.000 | 101.2500 | 1,833.33 | 1,014,332.56 |
| 12/22/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS / POOL # 795754 5.500% 11/01/24 B/E / DTD 10/01/04 FACTOR 0.986711200 / REM BAL 999,999 | -1,013,468.000 | 101.2500 | 1,833.33 | 1,014,333.56 |
| 12/22/04 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS / POOL # 795754 5.500% 11/01/24 B/E / DTD 10/01/04 FACTOR 0.986711200 / REM BAL 1,000,000 | -1,013,468.000 | 101.2500 | 1,833.33 | 1,014,333.56 |
| 12/27/04 | | BOND INTEREST RECEIVED | 2500000 FNMA GTD REMIC PASS / THRU CTF REMIC TR-2003-91 CL-91-SA / 0.000% 09/25/33 B/E DTD 08/25/03 / RD 11/30 PD 12/25/04 | | | | 21,123.19 |
| 12/27/04 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC / TR-2003-91 CL-91-SA 0.000% 09/25/33 B/E / DTD 08/26/03 RD 11/30 PD 12/25/04 | | | | 28,085.40 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** · A DBT Securities Group Co. Subsidiary from The Bank of New York.

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Subsidiary of The Bank of New York Company, Inc.

Page 22 of 31

D000000000665642C5P3304I



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage**
*Account Statement*

Statement Period: 12/01/2004 - 12/31/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/28/04 | 12/28/04 | BOND INTEREST RECEIVED | 222000 BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.000% 07/25/33 B/E DTD 05/01/03 CLB RD 11/30 PD 12/25/04 | | | | 232.37 |
| 12/28/04 | | RETURN OF PRINCIPAL RECEIVED | 222000 BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.000% 07/25/33 B/E DTD 05/01/03 CLB RD 11/30 PD 12/25/04 | | | | 3,673.40 |
| 12/30/04 | 11/19/04 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LG 6.000% 07/15/34 B/E DTD 07/27/04 BKR CORR CORRECTED CONFIRM | 7,313,958.000 | 108.5625 | 35,350.80 | 7,975,566.45 |
| 12/30/04 | 11/22/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB CORRECTED CONFIRM | -4,400,000.000 | 99.6562 | 19,494.44 | 4,404,369.44 |
| 12/30/04 | 12/10/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-91 CL-91-SA 0.000% 09/25/33 B/E DTD 08/25/03 FACT/SECURITY UPDATE VARIABLE RATE CORRECTED CONFIRM | -2,500,000.000 | 97.2500 | 3,315.00 | 2,153,337.05 |
| 12/30/04 | 12/14/04 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-SW FLOATER 0.000% 06/25/34 B/E DTD 05/26/04 BKR CORR VARIABLE RATE CORRECTED CONFIRM | 697,000.000 | 95.0000 | -891.09 | -637,323.32 |
| 12/30/04 | 12/14/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-SW FLOATER 0.000% 06/25/34 B/E DTD 05/26/04 VARIABLE RATE CORRECTED CONFIRM | -697,000.000 | 96.0000 | 891.09 | 644,028.46 |
| 12/30/04 | 12/14/04 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2836 CL-2836-SW INV FLTG RATE 0.000% 08/15/34 B/E DTD 08/15/04 UPDATE CUSIP VARIABLE RATE CORRECTED CONFIRM | 1,320,000.000 | 102.7500 | -7,093.70 | -1,174,628.23 |

DALLAS RATED FOR COMMUNICATION

A BNY Securities Group, Inc.
Subsidiary Firm & The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC, Euroclear & Pershing International.
One Pershing Plaza, Jersey City, New Jersey 07399

D000000002864425F39847

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/30/04 | 12/14/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2838 CL-2838-SA INV FLTG RATE<br>0.000% 09/15/34 B/E DTD 09/15/04<br>CUSIP UPDATE VARIABLE RATE<br>CORRECTED CONFIRM | -1,320,000.000 | 104.2500 | 7,093.70 | 1,191,672.53 |
| 12/30/04 | 12/14/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2842-J CL-2842-J INV FLTR<br>0.000% 09/15/33 B/E DTD 08/01/04<br>FACTOR 0.81986748000 REM BAL 3,245,621<br>VARIABLE RATE | 3,588,715.000 | 99.9887 | -30,868.86 | -3,276,476.29 |
| 12/30/04 | 12/14/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2842-L CL-2842-L INV FLTR<br>0.000% 09/15/33 B/E DTD 08/01/04<br>FACTOR 0.81986748000 REM BAL 3,279,469<br>VARIABLE RATE | 4,000,000.000 | 100.8750 | -21,345.71 | -3,329,510.99 |
| 12/30/04 | 12/14/04 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2871 CL-2871-LL 5.500% 04/15/34 B/E<br>DTD 10/01/04 CLB QTY CORR<br>CORRECTED CONFIRM | 5,767,000.000 | 99.5000 | -22,892.68 | -5,164,057.68 |
| 12/30/04 | 12/14/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2871 CL-2871-LL 5.500% 04/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 1.00000000000<br>REM BAL 50,000 | -50,000.000 | 99.3125 | 221.53 | 49,877.78 |
| 12/30/04 | 12/14/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2871 CL-2871-LL 5.500% 04/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 1.00000000000<br>REM BAL 1,000,000 | -1,000,000.000 | 99.3125 | 4,430.56 | 997,555.56 |
| 12/30/04 | 12/14/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2871 CL-2871-LL 5.500% 04/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 1.00000000000<br>REM BAL 3,800,000 | -3,800,000.000 | 99.500 | 16,836.11 | 3,807,336.11 |
| 12/30/04 | 12/14/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2881 CL-2881-AT INV FLTR<br>0.000% 07/15/34 B/E DTD 11/01/04 CLB<br>3KR 399 VARIABLE RATE<br>CORRECTED CONFIRM | -400,000.000 | 101.0000 | 3,178.98 | 407,755.85 |
| 12/30/04 | 12/16/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2871 CL-2871-GL 5.500% 04/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 1.00000000000<br>REM BAL 900,000 | -900,000.000 | 99.7500 | 3,987.50 | 901,737.50 |
| 12/30/04 | 12/22/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2871 CL-2871-GL 5.500% 04/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 0.94623830300<br>REM BAL 2,533,481 | 2,682,000.000 | 99.5000 | -11,224.73 | -2,532,038.44 |

Account Number: 7L7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** · A BNY Securities Group Co.
Subsidiary from The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC. Securities cleared Pershing Services LLC.

One Pershing Plaza, Jersey City, New Jersey 07399

Page 24 of 31

D0B0000008E643C5F5310G7



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1440

Account Number: 727-891035
CROCKER SECURITIES LLC

**Brokerage Account Statement**

Statement Period: 12/01/2004 - 12/31/2004

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/30/04 | 12/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2871 CL-2871-GL 5.500% 04/15/34 B/E DTD 10/01/04 CLB FACTOR 0.94462838500 REM BAL 2,533.481 | -2,682,000.000 | 98.5000 | 11,224.73 | 2,532,038.44 |
| 12/30/04 | 12/29/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QB 0.000% 05/25/34 B/E DTD 05/25/04 FACTOR 0.93308782600 REM BAL 2,332.719 | 2,500,000.000 | 104.5000 | -4,642.76 | -2,442,334.69 |
| 12/30/04 | 12/29/04 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QB 0.000% 05/25/34 B/E DTD 05/25/04 BKR CORR BKR 309 CORRECTED CONFIRM | -2,500,000.000 | 105.7500 | 4,642.76 | 2,471,493.69 |
| 12/30/04 | 12/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2683 CL-2683-SG INV FLTR 0.000% 09/15/33 B/E DTD 09/15/03 FACTOR 0.79257691000 REM BAL | -2,994,000.000 | 97.7500 | -10,979.46 | -2,330,562.79 |
| 12/30/04 | 12/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2683 CL-2683-SG INV FLTR 0.000% 09/15/33 B/E DTD 09/15/03 FACTOR 0.79257691000 REM BAL 2,372.975 | 2,994,000.000 | 97.7500 | 10,979.46 | 2,330,562.79 |
| 12/30/04 | 12/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2789 CL-2789-SN "INV FLTR" 0.000% 05/15/34 B/E DTD 05/01/04 CLB FACTOR 0.90909074000 REM BAL 181,981 VARIABLE RATE | 200,000.000 | 96.5000 | -1,642.76 | -177,254.89 |
| 12/30/04 | 12/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2789 CL-2789-SN "INV FLTR" 0.000% 05/15/34 B/E DTD 05/01/04 CLB FACTOR 0.90909074000 REM BAL 181,981 VARIABLE RATE | -200,000.000 | 96.5000 | 1,642.76 | 177,254.89 |
| 12/29/04 | 12/22/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.65338612000 REM BAL 1,437,447 VARIABLE RATE | 2,200,000.000 | 104.1875 | -15,528.02 | -1,513,168.39 |

D00000000086645CSF33047

VALUE RATED FOR COMMUNICATION

Clearing through Pershing
One Pershing Plaza, Jersey City, New Jersey 07399
PNR-02-CUTSHEET

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/30/04 | 12/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR 0.272115277700 REM BAL 1,546.874 VARIABLE RATE | 2,145,000.000 | 103.7187 | -16,710.12 | -1,621,109.37 |
| 12/30/04 | 12/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400,000 | 4,400,000.000 | 99.6875 | -19,494.44 | -4,405,744.44 |
| 12/30/04 | 12/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LF FLTR 0.000% 08/15/34 B/E DTD 12/01/04 FACTOR 1.000000000 REM BAL 8,800,000 VARIABLE RATE | 8,800,000.000 | 99.8750 | -23,322.44 | -8,812,322.44 |
| 12/30/04 | 12/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LF FLTR 0.000% 08/15/34 B/E DTD 12/01/04 FACTOR 1.000000000 REM BAL 8,800,000 VARIABLE RATE | -8,800,000.000 | 99.8750 | 23,322.44 | 8,812,322.44 |
| 12/30/04 | 12/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 0.000% 08/15/34 B/E DTD 12/01/04 FACTOR 1.000000000 REM BAL 2,613,333 VARIABLE RATE | 2,613,333.000 | 98.1715 | -26,590.86 | -2,591,140.63 |
| 12/30/04 | 12/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 0.000% 08/15/34 B/E DTD 12/01/04 FACTOR 1.000000000 REM BAL 2,613,333 VARIABLE RATE | -2,613,333.000 | 99.7500 | 25,590.86 | 2,632,390.53 |
| 12/30/04 | 12/29/04 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 FACTOR 1.000000000 REM BAL 7,313,958 | 7,313,958.000 | 108.5937 | -33,350.80 | -7,977,852.07 |
| 12/30/04 | 12/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 05/01/04 SOLICITED ORDER VARIABLE RATE | -20,000.000 | 100.0000 | 141.16 | 13,208.86 |
| 12/30/04 | 12/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB SOLICITED ORDER VARIABLE RATE | -55,000.000 | 98.0000 | 498.01 | 50,102.27 |
| 12/30/04 | 12/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 0.000% 07/15/34 B/E DTD 11/01/04 CLB SOLICITED ORDER VARIABLE RATE | -35,217.000 | 100.0000 | 279.89 | 35,024.24 |

1000000000366642CSP1004 /

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Address from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399 Pershing, member NYSE, SIPC Subsidiary of Paribas Investment LLC



# CROCKER SECURITIES LLC
2259 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1560

## Brokerage
## Account Statement

**Statement Period: 12/01/2004 - 12/31/2004**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/30/04 | 12/30/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LT 9.000% 08/15/34 B/E DTD 12/01/04 FACTOR 1.000000000 REM BAL 586,667 | 586,667.000 | 97.8750 | -4,263.34 | -578,453.67 |
| 12/30/04 | 12/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LT 9.000% 08/15/34 B/E DTD 12/01/04 FACTOR 1.000000000 REM BAL 210,000 | -210,000.000 | 99.0000 | 1,522.50 | 209,422.50 |
| 12/30/04 | 12/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LT 9.000% 08/15/34 B/E DTD 12/01/04 FACTOR 1.000000000 REM BAL 100,000 | -100,000.000 | 99.0000 | 725.00 | 99,725.00 |
| 12/30/04 | 12/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LT 9.000% 08/15/34 B/E DTD 12/01/04 FACTOR 1.000000000 REM BAL 35,000 | -35,000.000 | 99.0000 | 253.75 | 34,603.75 |
| 12/30/04 | 12/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LT 9.000% 08/15/34 B/E DTD 12/01/04 FACTOR 1.000000000 REM BAL 14,000 | -14,000.000 | 99.0000 | 101.50 | 13,861.50 |
| 12/30/04 | 12/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LT 9.000% 08/15/34 B/E DTD 12/01/04 FACTOR 1.000000000 REM BAL 100,000 | -100,000.000 | 99.0000 | 725.00 | 99,725.00 |
| 12/30/04 | 12/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LT 9.000% 08/15/34 B/E DTD 12/01/04 SOLICITED ORDER | -117,667.000 | 97.8750 | 853.09 | 116,019.67 |
| 12/30/04 | 12/30/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2906 CL-YC 7.000% 07/15/34 REG DTD 12/01/04 FACTOR 1.000000000 REM BAL 1,400,000 | -1,400,000.000 | 102.5000 | -7,894.44 | -1,442,894.44 |
| 12/31/04 | 12/14/04 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2838-SA INV FLTG RATE 0.000% 08/15/34 B/E DTD 08/15/04 CANCELLED TRADE | 1,320,000.000 | 104.2500 | -7,093.70 | -1,191,672.53 |

Clearing through **Pershing**
PAR-02-CJTSHEET

Page 27 of 31

D0100000000644125FP0047

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/31/04 | 12/14/04 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2838 CL-2838-SA INV FLTG RATE 0.000% 08/15/24 B/E DTD 08/15/04 | -1,320,000,000 | 102.7500 | 7,093.70 | 1,174,830.23 |
| 12/31/04 | 12/14/04 | SOLD | CANCELLED TRADE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2838 CL-2838-SA INV FLTG RATE 0.000% 08/15/24 B/E DTD 08/15/04 FACTOR 0.86008232200 REM BAL 1,136,286 VARIABLE RATE | -1,320,000,000 | 104.2500 | 7,093.70 | 1,191,672.53 |
| 12/31/04 | 12/14/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.81986874800 REM BAL 3,245,621 VARIABLE RATE | -3,998,715,000 | 100.9887 | 31,933.31 | 3,308,998.96 |
| 12/31/04 | 12/14/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.81986874800 REM BAL 3,279,469 VARIABLE RATE | -4,000,000,000 | 101.8437 | 22,081.76 | 3,382,018.91 |
| 12/31/04 | 12/29/04 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-88 CL-88-FS INV FLOATER 0.000% 06/25/33 B/E DTD 11/25/04 VARIABLE RATE CORRECTED CONFIRM | 2,307,692,000 | 102.5000 | -4,794.57 | -2,354,750.98 |
| 12/31/04 | 12/29/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-88 CL-88-FS INV FLOATER 0.000% 06/25/33 B/E DTD 11/25/04 FACTOR 0.99349465500 REM BAL 2,292,679 VARIABLE RATE | -2,307,692,000 | 103.5000 | 4,794.57 | 2,377,717.77 |
| 12/31/04 | 12/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2808-S CL-2808-S INV FLTR 0.000% 04/15/24 B/E DTD 06/01/04 FACTOR 0.65338361200 REM BAL 1,437,447 VARIABLE RATE | -2,200,000,000 | 104.1562 | 16,063.47 | 1,513,254.64 |
| 12/31/04 | 12/29/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR 0.72115377700 REM BAL 1,546,874 VARIABLE RATE | -2,145,000,000 | 103.6875 | 17,286.33 | 1,621,202.18 |
| 12/31/04 | 12/30/04 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CB 0.000% 05/25/34 B/E DTD 05/25/04 FACTOR 0.93320078200 REM BAL 1,399,631 | 1,500,000,000 | 104.6250 | -3,342.79 | -1,467,707.49 |

D00000000086642C5F3D047

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Selected from the Third of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Member SIPC, NYSE, PCX, PaxEnabled, & Prvstq companies LLC



# CROCKER SECURITIES LLC
3595 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1565

# Brokerage
## Account Statement

Statement Period: 12/01/2004 - 12/31/2004

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/31/04 | 12/30/04 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QB 0.000% 06/25/34 B/E DTD 05/25/04 FACTOR 0.93308078200 REM BAL 1,399.631 | -1,500,000.000 | 105.7500 | 3,342.79 | 1,483,453.34 |
| 12/31/04 | 12/30/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2838 CL-2838-SA INV FLTG RATE 0.000% 08/15/34 B/E DTD 08/16/04 FACTOR 0.86082232200 REM BAL 1,136.286 VARIABLE RATE | 1,320,000.000 | 102.7500 | -7,566.61 | -1,175,101.14 |
| 12/31/04 | 12/30/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2906 CL-YC 7.000% 07/15/34 REG DTD 12/01/04 FACTOR 1.0000000000 | -1,400,000.000 | 102.5000 | 8,165.67 | 1,443,165.67 |
| 12/31/04 | 12/31/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB SOLICITED ORDER VARIABLE RATE | -10,000.000 | 93.67 | 9,256.69 |
| 12/31/04 | 12/31/04 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LT 9.000% 08/15/34 B/E DTD 12/01/04 SOLICITED ORDER | -10,000.000 | 100.000 | 75.00 | 10,075.00 |

**Total Value of all Transactions** $586,059.16

The price and quantity displayed may have been rounded.

## Messages

**ANNUAL MARGIN DISCLOSURE STATEMENT**
SECURITIES PURCHASED ON MARGIN ARE YOUR FINANCIAL ORGANIZATION'S AND PERSHING'S COLLATERAL FOR THE LOAN TO YOU. IF THE SECURITIES IN YOUR ACCOUNT DECLINE IN VALUE, SO DOES THE VALUE OF THE COLLATERAL SUPPORTING YOUR LOAN. AS A RESULT, YOUR FINANCIAL ORGANIZATION OR PERSHING CAN TAKE ACTION, SUCH AS ISSUE A MARGIN CALL AND/OR SELL SECURITIES OR OTHER ASSETS IN ANY OF YOUR ACCOUNTS HELD WITH PERSHING IN ORDER TO MAINTAIN THE REQUIRED EQUITY IN THE ACCOUNT.
IT IS IMPORTANT THAT YOU FULLY UNDERSTAND THE RISKS INVOLVED IN TRADING SECURITIES ON MARGIN. THESE RISKS INCLUDE THE FOLLOWING:

· YOU CAN LOSE MORE FUNDS THAN YOU DEPOSIT IN THE MARGIN ACCOUNT.
· YOUR FINANCIAL ORGANIZATION OR PERSHING CAN FORCE THE SALE OF SECURITIES OR OTHER ASSETS IN YOUR ACCOUNT(S).
· YOUR FINANCIAL ORGANIZATION OR PERSHING CAN SELL YOUR SECURITIES OR OTHER ASSETS WITHOUT CONTACTING YOU.
· YOU ARE NOT ENTITLED TO CHOOSE WHICH SECURITIES OR OTHER ASSETS IN YOUR ACCOUNT(S) ARE LIQUIDATED OR SOLD TO MEET A MARGIN CALL.
· YOUR FINANCIAL ORGANIZATION OR PERSHING CAN INCREASE ITS "HOUSE" MAINTENANCE MARGIN REQUIREMENTS AT ANY TIME AND IS NOT REQUIRED TO PROVIDE YOU



DM0000000004661X3SF3047

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Business from the Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, American Stock Exchange, SIPC, member of Pershing Investments LLC

## Messages *(continued)*

- ADVANCE WRITTEN NOTICE.
- YOU ARE NOT ENTITLED TO AN EXTENSION OF TIME ON A MARGIN CALL.

PURSUANT TO SEC RULE 11AC1-5, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKERS EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

CO000000000086442C8P300047

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Member of the Stock of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member SIPC, NASD, NYSE Chartered and of Nasdaq Investments LLC

## GENERAL INFORMATION

1. All orders and transactions shall be subject to the rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or settled, or if applicable, of the National Association of Securities Dealers, Inc., and to all applicable laws and regulations.

2. Whenever you are indebted to Pershing LLC ("Pershing") for any amount, all securities held by it for you in any account in which you have any interest and all amounts owing to you or held for your account are subject to a lien for the discharge of all your indebtedness and other obligations to Pershing, and may be held by Pershing as security and/or notice to you, and/or may be sold to reduce or pay such indebtedness.

3. Whenever you are indebted to Pershing for any amount, all securities held by it for you in any account in which you have any interest and all amounts owing to you or held for your account are subject to a lien for the discharge of all your indebtedness and other obligations to Pershing, but will not be under circumstances for the amount of securities.

4. Prior to securities sold to you, where Pershing has acted as principal, shall remain with Pershing until the entire purchase price is received.

5. Any free credit balances pending your account represents funds payable upon demand which, although properly accounted for on Pershing's books or records, are not segregated and may be used in the conduct of its business.

6. You have received confirmations for transactions which do not appear on your statement. If so, the transactions will appear on your next periodic statement. Such transactions must be reconciled and/or reported as of the date of your account. This is especially important for your tax reporting purposes.

7. If you maintain a margin account, this is a combined statement of your general account and a special memorandum account maintained for you under Regulation T of the Board of Governors of the Federal Reserve System. The permanent record of the separate account required by Regulation T is available for your inspection upon request.

8. Interest charges on debit balances in your account appear on this statement. The rate of interest and period covered are indicated. The interest rate is based upon a margin of money or other reasons. Interest is compounded at described intervals.

9. A financial statement of Pershing is available for your personal inspection at Pershing's offices. A copy of it will be mailed upon your written request or you can view it online at Pershing.com.

10. This statement should be retained for your records.

11. After year end, Pershing is required to provide tax information to the Internal Revenue Service and other governmental authorities.

12. Pershing does not provide tax, legal or accounting advice. Investors are encouraged to consult their tax advisors to determine the appropriate tax treatment of their business.

13. Securities and cash held in custody by Pershing for your account are protected up to the total amount held in the account. Of this total, SIPC member firm files financially and is unable to meet obligations to securities clients, but it does not protect against losses from the rise and fall in the market value of investments.

14. Pershing does not provide tax, legal or accounting advice. Investors are encouraged to consult their tax advisors.

15. If average price transaction is indicated on the front of this statement, the securities in your account may have been bought from or sold to you as principal. Details available upon request.

16. The market value of the securities in your account is based on the close of the statement period. The market prices have been obtained from quotation services we believe to be reliable; however, we cannot guarantee their accuracy.

### THE ROLE OF PERSHING

### PORTFOLIO HOLDINGS

### ERRORS AND OMISSIONS EXCEPTED

**If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to Pershing at One Pershing Plaza, Jersey City, New Jersey 07399, Attention: Compliance Department.**

Account Number: 727-891035

CROCKER SECURITIES LLC

Checking Through **Pershing**

DALBAR RATED
FOR COMMUNICATIONS

---

## TERMS AND CONDITIONS

### PAYMENT FOR ORDER FLOW PRACTICES

### ARBITRATION DISCLOSURES:

- ARBITRATION IS FINAL AND BINDING ON THE PARTIES.
- THE PARTIES ARE WAIVING THEIR RIGHT TO SEEK REMEDIES IN COURT, INCLUDING THE RIGHT TO JURY TRIAL.
- PRE-ARBITRATION DISCOVERY IS GENERALLY MORE LIMITED THAN AND DIFFERENT FROM COURT PROCEEDINGS.
- THE ARBITRATORS' AWARD IS NOT REQUIRED TO INCLUDE FACTUAL FINDINGS OR LEGAL REASONING AND ANY PARTY'S RIGHT TO APPEAL OR TO SEEK MODIFICATION OF RULINGS BY THE ARBITRATORS IS STRICTLY LIMITED.
- THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

### ARBITRATION AGREEMENT

### ARBITRATION

ANY CONTROVERSY BETWEEN YOU AND US SHALL BE SUBMITTED TO ARBITRATION BEFORE THE NEW YORK STOCK EXCHANGE, INC., ANY OTHER NATIONAL SECURITIES EXCHANGE ON WHICH A TRANSACTION GIVING RISE TO THE CLAIM TOOK PLACE (AND ONLY BEFORE SUCH EXCHANGE), OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

NO PERSON SHALL BRING A PUTATIVE OR CERTIFIED CLASS ACTION TO ARBITRATION, NOR SEEK TO ENFORCE ANY PRE-DISPUTE ARBITRATION AGREEMENT AGAINST ANY PERSON WHO HAS INITIATED IN COURT A PUTATIVE CLASS ACTION; WHO IS A MEMBER OF A PUTATIVE CLASS WHO HAS NOT OPTED OUT OF THE CLASS WITH RESPECT TO ANY CLAIMS ENCOMPASSED BY THE PUTATIVE CLASS ACTION UNTIL: (I) THE CLASS CERTIFICATION IS DENIED; (II) THE CLASS IS DECERTIFIED; OR (III) THE CUSTOMER IS EXCLUDED FROM THE CLASS BY THE COURT. SUCH FORBEARANCE TO ENFORCE AN AGREEMENT TO ARBITRATE SHALL NOT CONSTITUTE A WAIVER OF ANY RIGHTS UNDER THIS AGREEMENT EXCEPT TO THE EXTENT STATED HEREIN.

THE LAWS OF THE STATE OF NEW YORK GOVERN.

Page 31 of 31



# CROCKER SECURITIES LLC

2099 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1040

C0000000009628C4C3P30033

CROCKER SECURITIES LLC
- - TAXABLE TRADE #2 - -
2099 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

## Brokerage
### Account Statement

Account Number: 7Z7-891035
Statement Period: 01/01/2005 - 01/31/2005

## Valuation at a Glance

|  | This Period |
|---|---|
| Beginning Account Value | $513,782.14 |
| Dividends/Interest | 5,722.29 |
| Change in Account Value | 874,660.55 |
| Ending Account Value | $1,394,164.98 |

## Asset Allocation

|  | Value Last Period | Value This Period | Percent Allocation |  |
|---|---|---|---|---|
| Fixed Income | 11,874,960.64 | 4,357,612.72 | 100% | Your Account Is 100% Invested In Fixed Income. |
| Cash and Cash Equivalents | -11,361,178.50 | -2,973,447.74 | 0% | |
| **Account Total** | **$513,782.14** | **$1,384,164.98** | **100%** | |



OAR 32(B)
TAX COMMUNICATION

C0000000009628C4C3P30033

Clearing Through **Pershing** | BNY Securities Group Co.
P46-02-CUTSHEET    Subsidiary from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Subsidiary of Pershing Investments LLC

## Customer Service Information

| Your Investment Advisor: RDG | Contact Information | Customer Service Information |
|---|---|---|
| DOUG GREEN | Telephone Number: (561) 361-4803 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| | Fax Number: (561) 362-5261 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income this Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | **Cash and Cash Equivalents  0.00% of Portfolio** | | | | | |
| | Margin Balance | -11,361,178.50 | -2,973,447.74 | | | |
| | **Total Cash and Cash Equivalents** | -$11,361,178.5 | -$2,973,447.74 | $0.00 | $0.00 | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio**  *(In Maturity Date Sequence)* | | | | | |
| | **Asset Backed Securities** | | | | | |
| 222,000.000M | BANC AMER MTG SECS INC 2003-6 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.000% 07/25/33 B/E DTD 06/01/03 CLB Moody Rating AAA S & P Rating AAA  *Security Identifier: 05948QNH1  Factor: 0.01120933* | 99.9280 | 2,486.68 | 0.00 | | |
| 1,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J QL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04  *Security Identifier: 31395Z7T3  Factor: 0.77774233* | 98.4950 | 766.04 | 0.00 | | |
| 4,400,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-CG 5.500% 10/15/34 B/E DTD 10/01/04 CLB  *Security Identifier: 31395H2C2  Factor: 1.00000000* | 99.1900 | 4,364,360.00 | 20,166.67 | | |
| | **Total Asset Backed Securities** | | $4,367,612.72 | $20,166.67 | $0.00 | |
| | **Total Fixed Income** | | $4,367,612.72 | $20,166.67 | $0.00 | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**  A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC, Subsidiary of Pershing Investments LLC



# CROCKER SECURITIES LLC

1299 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

Statement Period: 01/01/2005 - 01/31/2005

## Portfolio Holdings (continued)

| Description | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | **$1,394,164.98** | **$20,166.67** | **$0.00** |

**＃** This symbol next to the quantity indicates a position in your margin account.

### Disclosures and Other Information

Pricing - Securities prices may vary from actual liquidation value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information

pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/05 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 357639 5.500% 11/01/34 REG DTD 11/01/04 FACTOR 0.9887623100 REM BAL 999,999 | 1,011,385.000 | 101.3281 | -1,833.33 | -1,015,114.17 |
| 01/04/05 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 357639 5.500% 11/01/34 REG DTD 11/01/04 FACTOR 0.9887623100 REM BAL 999,999 | 1,011,385.000 | 101.3281 | -1,833.33 | -1,015,114.17 |

C0000000000924CSF31033



DAHAB BARD FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PNR-02-CUTSHEET

A BNY Securities Group Co.
Subsidiary One Bank of New York
Clearing Plaza, Jersey City, New Jersey 07399
Member NYSE, SIPC, NFA, Division of Pershing Investments LLC

Page 3 of 12

## Transactions in Date Sequence (continued)

COCODODODO9424CGF3DO3J

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/05 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 357639 5.500% 11/01/34 REG DTD 11/01/04 FACTOR 0.9887623100 REM BAL 999,999 | 1,011,365.000 | 101.3281 | -1,833.33 | -1,015,114.17 |
| 01/04/05 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 357639 5.500% 11/01/34 REG DTD 11/01/04 FACTOR 0.9887623100 REM BAL 999,999 | 1,011,365.000 | 101.3281 | -1,833.33 | -1,015,114.17 |
| 01/04/05 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 357639 5.500% 11/01/34 REG DTD 11/01/04 FACTOR 0.9887623100 REM BAL 999,999 | 1,011,365.000 | 101.3281 | -1,833.33 | -1,015,114.17 |
| 01/04/05 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 357639 5.500% 11/01/34 REG DTD 11/01/04 FACTOR 0.9887623100 REM BAL 999,999 | 1,011,365.000 | 101.2500 | 1,833.33 | 1,014,332.92 |
| 01/04/05 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 REG CANCELLED TRADE | 1,184,897.000 | 101.2500 | -1,833.33 | -1,014,333.95 |
| 01/04/05 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 REG CANCELLED TRADE | -1,184,905.000 | 101.3281 | 1,833.35 | 1,015,122.06 |
| 01/04/05 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 REG CANCELLED TRADE | -1,184,897.000 | 101.3281 | 1,833.33 | 1,015,115.20 |
| 01/04/05 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/07/34 REG DTD 01/01/04 REG CANCELLED TRADE | -1,184,897.000 | 101.3281 | 1,833.33 | 1,015,115.20 |
| 01/04/05 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 07/07/34 REG DTD 01/01/04 REG CANCELLED TRADE | -1,184,897.000 | 101.3281 | 1,833.33 | 1,015,115.20 |
| 01/04/05 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 05/01/34 REG DTD 01/01/04 FACTOR 0.8439557300 CANCELLED TRADE | -1,184,897.000 | 101.3281 | 1,833.33 | 1,015,117.20 |
| 01/04/05 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 05/01/34 REG DTD 01/01/04 FACTOR 0.8439557300 CANCELLED TRADE | 1,184,897.000 | 101.3281 | 1,833.33 | 1,015,117.20 |
| 01/04/05 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 775468 5.500% 05/01/34 REG DTD 04/01/04 FACTOR 0.9373828900 REM BAL 999,599 | 1,065,799.000 | 101.3281 | -1,833.33 | -1,015,113.70 |

Account Number: 7L7-891035
CROCKER SECURITIES LLC

Clearing Through Pershing  A BNY Securities Group Co.
Settlement from the 2 lack of New York  One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SIPC, NYSE, NASD, federal bureau of workers investment



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

**Statement Period: 01/01/2005 - 01/31/2005**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/05 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL #773468 5.500% 05/01/34 REG DTD 04/01/04 FACTOR 0.937382800 REM BAL 999,999 | -1,066,799.000 | 101.2500 | 1,833.33 | 1,014,332.43 |
| 01/04/05 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL #800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 1.000000000 CANCELLED TRADE | 1,009,369.000 | 101.2500 | -1,833.33 | -1,014,331.84 |
| 01/04/05 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL #800747 5.500% 10/01/34 B/E DTD 10/01/04 FACTOR 1.000000000 CANCELLED TRADE | -1,009,369.000 | 101.3281 | 1,833.33 | 1,015,117.09 |
| 01/04/05 | 12/1/04 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 73.5000 | | 367,500.00 |
| 01/04/05 | 12/29/04 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 06/15/34 B/E DTD 06/01/04 CL8 FACTOR 0.721153700 REM BAL 1,546,874 VARIABLE RATE | 2,145,000.000 | 103.8437 | -16,710.00 | -1,623,042.84 |
| 01/04/05 | 12/29/04 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 06/15/34 GTD DTD 06/01/04 CL8 FACTOR 0.721153700 CANCELLED TRADE | -2,145,000.000 | 103.7187 | 16,710.12 | 1,621,111.37 |
| 01/05/05 | 01/04/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2906 CL-YC 7.000% 07/15/34 B/E DTD 12/01/04 FACTOR 1.000000000 REM BAL 1,400,000 | 1,400,000.000 | 102.5000 | -816.67 | -1,435,816.67 |
| 01/05/05 | 12/10/04 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL #35/639 5.500% 11/01/34 REG DTD 11/01/04 FACTOR 0.988762310 REM BAL 999,999 | 1,011,365.000 | 101.3281 | -1,833.33 | -1,015,114.17 |
| 01/05/05 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL #357639 5.500% 11/01/34 REG DTD 11/01/04 FACTOR 0.988762310 REM BAL 999,999 | -1,011,365.000 | 101.2500 | 1,833.33 | 1,014,332.92 |



C000000000962438CS910033

**Account Number: 7Z7-891035**
CROCKER SECURITIES LLC

Clearing Through Pershing
PAIR-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SABX, NYSE. Subsidiary of The Bank of New York
Securities from The Bank of New York

# Transactions in Date Sequence *(continued)*

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing®**
A BNC Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Member Securities Investor Protection Corporation (SIPC), Member of New York Stock Exchange and other Principal Exchanges

C0000000000523ACS3F3003

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/05/05 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 357639 5.500% 11/07/34 REG DTD 11/01/04 FACTOR 0.9887623100 REM BAL 999,999 | -1,011,365.000 | 101.2500 | 1,833.33 | 1,014,332.92 |
| 01/05/05 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 357639 5.500% 11/07/34 REG DTD 11/01/04 FACTOR 0.9887623100 REM BAL 999,999 | -1,011,365.000 | 101.2500 | 1,833.33 | 1,014,332.92 |
| 01/05/05 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 357639 5.500% 11/01/34 REG DTD 11/01/04 FACTOR 0.9887623100 REM BAL 999,999 | -1,011,365.000 | 101.2500 | 1,833.33 | 1,014,332.92 |
| 01/05/05 | 12/10/04 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 357639 5.500% 11/01/34 REG REM BAL 999,999 | -1,011,365.000 | 101.2500 | 1,833.35 | 1,014,338.81 |
| 01/05/05 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/07/34 REG DTD 01/01/04 FACTOR 0.8438567300 CANCELLED TRADE | 1,184,905.000 | 101.2500 | -1,833.33 | -1,014,331.95 |
| 01/05/05 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/07/34 REG DTD 01/01/04 FACTOR 0.8438567300 CANCELLED TRADE | 1,184,897.000 | 101.2500 | -1,833.33 | -1,014,331.95 |
| 01/05/05 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/07/34 REG DTD 01/01/04 FACTOR 0.8438567300 CANCELLED TRADE | 1,184,897.000 | 101.2500 | -1,833.33 | -1,014,331.95 |
| 01/05/05 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/07/34 REG DTD 01/01/04 FACTOR 0.8438567300 CANCELLED TRADE | 1,184,897.000 | 101.2500 | -1,833.33 | -1,014,331.95 |
| 01/05/05 | 12/10/04 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.8438567300 CANCELLED TRADE | 1,184,897.000 | 101.2500 | -1,833.33 | -1,014,331.95 |
| 01/05/05 | 12/10/04 | CANCELLED PURCHASE | FNMA GTD MTG PASS THRU CTFS POOL # 764875 5.500% 01/01/34 REG DTD 01/01/04 FACTOR 0.8438567300 CANCELLED TRADE | -1,184,897.000 | 101.3281 | 1,833.33 | 1,015,117.20 |
| 01/06/05 | 12/14/04 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 CANCELLED TRADE | 500,000.000 | 73.5000 | | -367,590.00 |

# CROCKER SECURITIES LLC

1399 Oak Road • Suite 239 • Walnut Creek, CA 94597
925-941-5560

## Brokerage Account Statement

Statement Period: 01/01/2005 - 01/31/2005

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/10/05 | 12/14/04 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 B<br>MTG PASSTHRU CTF CL 1A42<br>0.00% 10/25/33 B/E DTD 08/01/03 | -500,000.000 | 73.5000 | | -367,500.00 |
| 01/11/05 | 01/04/05 | CORRECTED PURCHASE | CORRECTED CONFIRM<br>FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2906 CL-YC 7.000% 07/15/34 B/E<br>DTD 12/01/04 FACTOR .98055036 | 1,400,000.000 | 102.5000 | -800.73 | -1,407,890.55 |
| 01/11/05 | 01/04/05 | CANCELLED PURCHASE | CANCELLED CONFIRM<br>FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2906 CL-YC 7.000% 07/15/34 B/E<br>DTD 12/01/04 FACTOR 1.00000000 | -1,400,000.000 | 102.5000 | 816.67 | 1,435,816.67 |
| 01/12/05 | 01/07/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2906 CL-YC 7.000% 07/15/34 B/E<br>FACTOR .98055036 CANCELLED TRADE<br>REM BAL 1,372.770 | -1,400,000.000 | 102.7500 | 2,936.23 | 1,413,457.89 |
| 01/13/05 | 01/11/05 | PURCHASED | FNMA 5.5% JAN 2005 PL TBA SETT 01/13/05<br>DTD 12/21/04 FACTOR 0.9805503600<br>REM BAL 28,500.000 | 28,500,000.000 | 101.0000 | -52,250.00 | -28,837,250.00 |
| 01/13/05 | 01/11/05 | PURCHASED | FNMA 5.5% JAN 2005 PL TBA SETT 01/13/05 REG<br>"PAIR OFF" 5.500% 01/13/05 REG<br>DTD 12/21/04 FACTOR 1.0000000000<br>REM BAL 20,000.000 | 20,000,000.000 | 101.0000 | -36,666.67 | -20,236,666.67 |
| 01/13/05 | 01/11/05 | PURCHASED | FNMA 5.5% JAN 2005 PL TBA SETT 01/13/05 REG<br>"PAIR OFF" 5.500% 01/13/05 REG<br>DTD 12/21/04 FACTOR 1.0000000000<br>REM BAL 19,000.000 | 19,000,000.000 | 101.0625 | -34,833.33 | -19,236,708.33 |
| 01/13/05 | 01/11/05 | SOLD | FNMA 5.5% JAN 2005 PL TBA SETT 01/13/05<br>"PAIR OFF" 5.500% 01/13/05 REG<br>DTD 12/21/04 FACTOR 1.0000000000<br>REM BAL 28,500.000 | -28,500,000.000 | 101.0000 | 52,250.00 | 28,837,250.00 |
| 01/13/05 | 01/11/05 | SOLD | FNMA 5.5% JAN 2005 PL TBA SETT 01/13/05 REG<br>"PAIR OFF" 5.500% 01/13/05 REG<br>DTD 12/21/04 FACTOR 1.0000000000<br>REM BAL 20,000.000 | -20,000,000.000 | 101.0000 | 36,666.67 | 20,236,666.67 |

C00000000096234C5P10033



DALBAR RATED FOR COMMUNICATIONS

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing A BNY Securities Group Co.
Member FINRA, NYSE, SIPC
Subsidiary from The Bank of New York
PNR-00-CUTSHEET
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC, Subsidiary of The Bank of New York Mellon Corporation

CO00000000962BACSF1003J

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/13/05 | 01/11/05 | SOLD | FNMA 5.5% JAN 2005 PE TBA SETT 01/13/05 'PAIR OFF' 5.500% 01/13/05 REG DTD 12/01/04 FACTOR 1.00000000000 REM BAL 19,000,000 | -19,000,000.000 | 101.0625 | 34,833.33 | 19,236,708.33 |
| 01/18/05 | 01/13/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2827 CL-2827-SJ 0.000% 12/15/32 B/E DTD 07/15/04 CL3 CUSIP UPDATERKR0309 VARIABLE RATE CORRECTED CONFIRM | 1,000,000.000 | 93.0000 | -485.32 | -688,361.07 |
| 01/18/05 | 01/13/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2827 CL-2827-SJ 0.000% 12/15/32 B/E DTD 07/15/04 CL8 CUSIP UPDATE VARIABLE RATE CORRECTED CONFIRM | -1,000,000.000 | 93.0000 | 485.32 | 688,361.07 |
| 01/18/05 | | BOND INTEREST RECEIVED | 1000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E | | | | 8.07 |
| 01/18/05 | | PRINCIPAL PAY DOWN RECEIVED | DTD 08/01/04 RD 12/31 PD 01/15/05 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 RD 12/31 PD 01/15/05 | | | | 42.12 |
| 01/19/05 | | INTEREST ON FREE CREDIT BALANCES | INT ON INTEREST FOR FHLMC MULTICLASS MTG 01/15/05 TO 01/18/05 @ 0.600% ON BALANCE OF: $20,166.67 | | | | 1.33 |
| 01/19/05 | | BOND INTEREST RECEIVED | 400000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB RD 12/31 PD 01/15/05 | | | | 20,166.67 |
| 01/20/05 | 01/19/05 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 31 DEBIT DAYS AV BAL 132071236.06 AVG RATE 4.500 12-20-04 TO 01-19-05 | | | | -51,177.60 |
| 01/20/05 | | BOND INTEREST RECEIVED | 7313986 GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 RD 12/31 PD 01/20/05 | | | | 36,569.79 |
| 01/25/05 | | BOND INTEREST RECEIVED | 222000 BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.000% 07/25/33 B/E | | | | 154.03 |
| 01/25/05 | | RETURN OF PRINCIPAL RECEIVED | DTD 06/01/03 CLB RD 12/31 PD 01/25/05 222000 BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.000% 07/25/33 B/E DTD 06/01/03 CLB RD 12/31 PD 01/25/05 | | | | 7,078.37 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, member FINRA/SIPC, NFA/Federated Affiliates Investors LLC

Page 8 of 12

# CROCKER
## SECURITIES LLC

1399 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540

**Brokerage**
*Account Statement*

Statement Period: 01/01/2005 - 01/31/2005

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/28/05 | 01/27/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 0.000% 08/15/34 B/E DTD 12/01/04 FACTOR 0.95758556200 REM BAL 2,502,490 VARIABLE RATE | 2,613,353.000 | 99.1250 | -22,815.41 | -2,503,408.72 |
| 01/31/05 | 12/29/04 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB CORRECTED CONFIRM VARIABLE RATE | -4,400,000.000 | 99.6875 | 20,166.67 | 4,406,416.67 |
| 01/31/05 | 12/29/04 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-441-LC 6.000% 07/15/34 B/E DTD 07/27/04 CORRECTED CONFIRM | -7,313,958.000 | 107.5000 | 38,569.79 | 7,899,074.64 |
| 01/31/05 |  | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-SI INVERSE FLTR 0.000% 01/15/34 B/E DTD 01/15/04 CLB FACTOR 0.99994070800 REM BAL 1,921,886 VARIABLE RATE | 1,922,000.000 | 89.0000 | -7,075.39 | -1,717,554.09 |
| 01/31/05 | 01/27/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2735 CL-2735-SI INVERSE FLTR 0.000% 01/15/34 B/E DTD 01/15/04 CLB FACTOR 0.99994070800 REM BAL 1,921,886 VARIABLE RATE | -1,922,000.000 | 88.0000 | 7,075.39 | 1,698,335.23 |
| 01/31/05 | 01/27/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2813 CL-2813-SC 0.000% 06/15/34 B/E DTD 06/15/04 QUANT/CHG CORRECTED CONFIRM | 3,598,544.000 | 101.3750 | -17,067.31 | -3,507,250.63 |
| 01/31/05 | 01/27/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2813 CL-2813-SC 0.000% 06/15/34 B/E DTD 06/15/04 FACTOR 0.95697325600 REM BAL 3,442,244 | -3,598,544.000 | 102.6250 | 17,067.31 | 3,550,286.18 |
| 01/31/05 | 01/27/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2835 CL-2835-CP 0.000% 12/12/32 B/E DTD 08/15/04 CLB FACTOR 0.95957409200 REM BAL 1,385,824 VARIABLE RATE | 1,460,000.000 | 105.3750 | -6,120.21 | -1,466,432.60 |
| 01/31/05 | 01/27/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2835 CL-2835-CP 0.000% 12/12/32 B/E DTD 08/15/04 CLB FACTOR 0.95957409200 REM BAL 1,385,824 VARIABLE RATE | -1,450,000.000 | 107.3750 | 6,120.21 | 1,494,149.09 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** *A BNY Securities Group Co.*
PAR-02-CJTSHEET                Settlement from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, NASD, SIPC, Cleared subsidiary of Pershing Investments LLC

Page 9 of 12

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/05 | 01/27/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2505 CL-2305-LS INV FLTR 0.000% 08/15/34 B/E DTD 12/01/04 FACTOR 0.957585600 REM BAL 2,020,824 VARIABLE RATE | -2,110,333.000 | 101.0000 | 20,471.14 | 2,061,503.92 |
| 01/31/05 | 01/27/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2505 CL-2305-LS INV FLTR 0.000% 08/15/34 B/E DTD 12/01/04 FACTOR 0.957585600 REM BAL 436,689 VARIABLE RATE | -455,000.000 | 101.0000 | 4,423.40 | 445,449.03 |
| 01/31/05 | 01/27/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2505 CL-2305-LS INV FLTR 0.000% 08/15/34 B/E DTD 12/01/04 FACTOR 0.957585600 REM BAL 2,872 VARIABLE RATE | -3,000.000 | 100.7500 | 29.10 | 2,923.40 |
| 01/31/05 | 01/27/05 | SOLD | SOLICITED ORDER VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2505 CL-2305-LS INV FLTR 0.000% 08/15/34 B/E DTD 12/01/04 | -20,000.000 | 100.0000 | 194.01 | 19,345.72 |
| 01/31/05 | 01/27/05 | SOLD | SOLICITED ORDER VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2505 CL-2305-LS INV FLTR 0.000% 08/15/34 B/E DTD 12/01/04 | -6,000.000 | 100.0000 | 58.20 | 5,803.71 |
| 01/31/05 | 01/27/05 | SOLD | SOLICITED ORDER VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2505 CL-2305-LS INV FLTR 0.000% 08/15/34 B/E DTD 12/01/04 | -18,000.000 | 100.0000 | 174.61 | 17,411.15 |
| 01/31/05 | 01/27/05 | PURCHASED | SOLICITED ORDER VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2505 CL-2305-SK INV FLTR 8.625% 12/15/34 B/E DTD 12/01/04 CLB FACTOR 1.000000000 REM BAL 3,604,000 VARIABLE RATE | 3,604,000.000 | 79.7500 | -25,603.42 | -2,093,793.42 |
| 01/31/05 | 01/27/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2505 CL-2305-SK INV FLTR 8.625% 12/15/34 B/E DTD 12/01/04 CLB FACTOR 1.000000000 REM BAL 3,604,000 VARIABLE RATE | -3,604,000.000 | 100.0000 | 25,603.42 | 2,908,803.42 |
| 01/31/05 | 01/27/05 | PURCHASED | INDYMAC MBS INC 2004 A9 MTG PASSTHRU CTF CL A 6 0.000% 12/25/34 B/E DTD 10/25/04 CLB FACTOR 0.907184170 REM BAL 4,767,739 VARIABLE RATE | 5,255,536.000 | 98.6250 | -11,038.91 | -4,713,221.56 |

C0000030009B24CGSF30033

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through: **Pershing** A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, NASD, SIPC Subsidiary of Pershing Investments LLC



**CROCKER SECURITIES LLC**
3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925.941.5656

# Brokerage
## Account Statement

**Statement Period: 01/01/2005 - 01/31/2005**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Date | Transaction/ Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/31/05 | 01/27/05 | SOLD | INDYMAC MBS INC 2005-19 MTG PASSTHRU CTF CL A 6.0000% 12/25/34 B/E DTD 10/25/04 CLB FACTOR 0.90718417000 REM BAL 4,767,239 VARIABLE RATE | -5,255,536.000 | 98.6875 | 11,038.91 | 4,716,201.40 |
| 07/31/05 | 01/28/05 | PURCHASED | CREDIT SUISSE FIRST BOSTON MTG SECS CORP SER-2005-1 CL-1A10 3.700% 02/25/35 REG DTD 01/01/05 FACTOR 1.00000000 REM BAL 7,850,000 | 7,850,000.000 | 99.8437 | -24,204.17 | -7,861,938.55 |
| 07/31/05 | 01/28/05 | PURCHASED | CREDIT SUISSE FIRST BOSTON MTG SECS CORP SER-2005-1 CL-1A10 3.700% 02/25/35 REG DTD 01/01/05 FACTOR 1.00000000 REM BAL 2,000,000 | 2,000,000.000 | 99.8125 | -6,166.67 | -2,002,416.67 |
| 07/31/05 | 01/28/05 | SOLD | CREDIT SUISSE FIRST BOSTON MTG SECS CORP SER-2005-1 CL-1A10 3.700% 02/25/35 REG DTD 01/01/05 FACTOR 1.00000000 REM BAL 9,850,000 | -9,850,000.000 | 99.8750 | 30,370.83 | 9,868,058.33 |
| 07/31/05 | 01/28/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.56499010500 REM BAL 1,242,380 VARIABLE RATE | 2,200,000.000 | 104.2343 | -13,548.49 | -1,309,161.25 |
| 07/31/05 | 01/28/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.56499010500 REM BAL 1,242,380 VARIABLE RATE | -2,200,000.000 | 103.5931 | 13,548.48 | 1,305,655.36 |
| 07/31/05 | 01/28/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-SB 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR 0.66800025300 REM BAL 1,432,865 VARIABLE RATE | 2,145,000.000 | 103.6250 | -15,618.23 | -1,500,425.03 |
| 07/31/05 | 01/28/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-SB 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR 0.66800025300 REM BAL 1,432,865 VARIABLE RATE | -2,145,000.000 | 103.8281 | 15,618.23 | 1,503,335.54 |


DATA LISTED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Member finra sipc NYSE
One Pershing Plaza, Jersey City, New Jersey 07399

PAR-02-CUTSHEET

C000000009424C8F30033

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/05 | 01/28/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.777742S300 REM BAL 3,078,861 VARIABLE RATE | 3,998,715.000 | 100.7187 | -29,257.73 | -3,130,248.06 |
| 01/31/05 | 01/28/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.777742S300 REM BAL 3,078,861 VARIABLE RATE | -3,998,715.000 | 100.4531 | 29,257.73 | 3,172,069.84 |
| 01/31/05 | 01/28/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.777742S300 REM BAL 3,110,970 VARIABLE RATE | 4,000,000.000 | 101.8750 | -20,519.44 | -3,189,820.25 |
| 01/31/05 | 01/28/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.777742S300 REM BAL 3,110,970 VARIABLE RATE | -4,000,000.000 | 101.8281 | 20,519.44 | 3,188,351.98 |
| 01/31/05 | 01/28/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CL8 FACTOR 1.000000000 REM BAL 4,400,000 | 4,400,000.000 | 99.7187 | -20,166.67 | -4,407,791.67 |

**Total Value of all Transactions** | | | | | | | $8,387,730.76

The price and quantity displayed may have been rounded.

C000000009624C45F30033

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing®**
A BNY Securities Group, LLC
Member FINRA and SIPC
Jersey City, New Jersey 07399



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-5441

C000000000893558C5F30044

lll...ll...l.l.l.lll..l..ll.l.lll.l.l..l.l.l.ll

CROCKER SECURITIES LLC
- -TAXABLE TRADE #2--
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

## Brokerage
### Account Statement

Account Number: 7E7-891035
Statement Period: 02/01/2005 - 02/28/2005

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $1,394,164.98 |
| Dividends/Interest | 72,057.31 |
| Change in Account Value | -716,042.04 |
| Ending Account Value | $750,180.25 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | 4,367,612.72 | 10,341,503.56 | 100% | Your Account Is 100% Invested In Fixed Income. |
| Cash and Cash Equivalents | -2,973,447.74 | -9,591,323.31 | 0% | |
| **Account Total** | **$1,394,164.98** | **$750,180.25** | **100%** | |



DALLAR ZERO
FOR COMMUNICATION

C000000000893558C5F30044

PAR-02-CUTSHEET

Clearing Through **Pershing**　A BNY Securities Group Co.
Member Firm The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, SIPC, Subsidiary of The Bank of New York

## Customer Service Information

| Your Investment Advisor: R0G | | Contact Information | Customer Service Information |
|---|---|---|---|
| DOUG GREEN | | Telephone Number: (561) 361-4803 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| | | Fax Number: (561) 362-3261 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Cash and Cash Equivalents  0.00% of Portfolio | | | | | |
| | Margin Balance | -2,973,447.74 | -9,591,323.31 | | | |
| | **Total Cash and Cash Equivalents** | **-$2,973,447.74** | **-$9,591,323.31** | **$0.00** | | **$0.00** |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio** *(in Maturity Date Sequence)* | | | | | |
| | Asset Backed Securities | | | | | |
| 1,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2862-J CL-2862J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 *Security Identifier: 31395E2T3  Factor: 0.73510661* | 96.5940 | 711.03 | 0.00 | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 *Security Identifier: 31393TU37  Factor: 0.98720660* | 104.7480 | 10,340,792.53 | 0.00 | | |
| | **Total Asset Backed Securities** | | **$10,341,503.56** | **$0.00** | **$0.00** | |
| | **Total Fixed Income** | | **$10,341,503.56** | **$0.00** | **$0.00** | |

| Description | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | **$750,180.25** | **$0.00** | **$0.00** |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC, a subsidiary of Pershing Investments LLC

Page 2 of 10

C0C00000089335C5P33044



# CROCKER SECURITIES LLC

2355 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

**Statement Period: 02/01/2005 - 02/28/2005**

## Portfolio Holdings (continued)

■ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends and other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/01/05 | 01/31/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2736 CL-2736-SB "INV FLTG" 0.000% 12/15/33 B/E DTD 01/01/04 CLB FACTOR 0.83878073700 REM BAL 36.906 VARIABLE RATE | 44,000.000 | 97.9562 | -297.10 | -36,431.01 |
| 02/01/05 | 01/31/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-SW CTFS GTD 12.000% 09/15/33 B/E DTD 03/15/04 CLB FACTOR 0.91302151100 REM BAL 32.668 VARIABLE RATE | 36,000.000 | 98.4062 | -134.99 | -32,479.91 |
| 02/01/05 | 01/31/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2830 CL-2830-SJ INV FLTG RATE 0.000% 07/15/34 B/E DTD 07/15/04 CLB FACTOR 0.77367695000 REM BAL 23.983 VARIABLE RATE | 31,000.000 | 109.9687 | -156.27 | -26,531.16 |



QUALITY RATED FOR COMMUNICATION

Account Number: 727-891035

CROCKER SECURITIES LLC

Clearing Through: **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Member New York Stock Exchange, Inc.
Member SIPC

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Member/Affiliate of the Bank of New York Company, Inc.

C00000000093S6CSF0044

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/07/05 | 01/31/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2827 CL-2827-SX 0.000% 04/15/32 B/E<br>DTD 07/15/04 CL8 FACTOR 0.8717514600<br>REM BAL 4.065 VARIABLE RATE | 5,000.000 | 99.347 | -17.58 | -4,076.52 |
| 02/01/05 | 02/01/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2905 CL-2905-LS INV FLTR<br>0.000% 08/15/34 B/E DTD 12/01/04<br>FACTOR 0.6573856200 REM BAL 2,020,824<br>VARIABLE RATE | 2,110,333.000 | 101.0000 | | -2,041,032.78 |
| 02/01/05 | 02/01/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC<br>SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E<br>DTD 07/21/04 FACTOR 1.0000000000<br>REM BAL 7,313,958 | 7,313,958.000 | 107.5000 | | -7,862,504.85 |
| 02/01/05 | 02/01/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2905 CL-2905-LS INV FLTR<br>0.000% 08/15/34 B/E DTD 12/01/04<br>FACTOR .93346982 VARIABLE RATE<br>CORRECTED CONFIRM | 2,110,333.000 | 101.0000 | | -1,989,661.33 |
| 02/01/05 | 02/01/05 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2905 CL-2905-LS INV FLTR<br>0.000% 08/15/34 B/E DTD 12/01/04<br>FACTOR 0.6573856200 REM BAL 2,020,824<br>VARIABLE RATE CANCELLED TRADE | -2,110,333.000 | 101.0000 | | 2,041,032.78 |
| 02/10/05 | 02/09/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-46 CL-46-CQ "INV"<br>0.000% 03/25/34 B/E DTD 05/25/04<br>FACTOR 0.9889356400 REM BAL 9,889,935<br>VARIABLE RATE | 10,000,000.000 | 106.1875 | -57,196.80 | -10,559,073.01 |
| 02/10/05 | 02/09/05 | PURCHASED | FNMA GTD MTG PASS THRU CTFS<br>POOL # 804345 5.500% 02/01/35 B/E<br>DTD 02/01/05 FACTOR 1.000000000<br>REM BAL 1,000,000 | 1,000,000.000 | 102.1953 | -1,375.00 | -1,023,328.13 |
| 02/10/05 | 02/09/05 | SOLD | FNMA GTD MTG PASS THRU CTFS<br>POOL # 804345 5.500% 02/01/35 B/E<br>DTD 02/01/05 FACTOR 1.000000000<br>REM BAL 1,000,000 | -1,000,000.000 | 102.7500 | 1,375.00 | 1,008,875.00 |
| 02/10/05 | 02/09/05 | PURCHASED | FNMA GTD MTG PASS THRU CTFS<br>POOL # 806094 5.500% 02/01/35 REG<br>DTD 02/01/05 FACTOR 1.000000000<br>REM BAL 1,000,000 | 1,000,000.000 | 102.1953 | -1,375.00 | -1,023,328.13 |
| 02/10/05 | 02/09/05 | SOLD | FNMA GTD MTG PASS THRU CTFS<br>POOL # 806094 5.500% 02/01/35 REG<br>DTD 02/01/05 FACTOR 1.000000000<br>REM BAL 1,000,000 | -1,000,000.000 | 102.7500 | 1,375.00 | 1,008,875.00 |

C000000000693385C5P3D044

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Member NYSE, NASD, SIPC
One Pershing Plaza, Jersey City, New Jersey 07399

Page 4 of 10

CROCKER
SECURITIES LLC
2599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage**
*Account Statement*

Statement Period: 02/01/2005 - 02/28/2005

C0000000008915SKC5F33044

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Subsidiary of The Bank of New York Securities Group, LLC

PNS-02-CUTSHEET

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/10/05 | 02/09/05 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 805003 5.500% 02/07/35 REG DTD 02/01/05 FACTOR 1.000000000 REM BAL  1,000,000 | 1,000,000.000 | 102.1953 | -1,375.00 | -1,023,328.13 |
| 02/10/05 | 02/09/05 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 805003 5.500% 02/07/35 REG DTD 02/01/05 FACTOR 1.000000000 REM BAL  1,000,000 | -1,000,000.000 | 102.7500 | 1,375.00 | 1,008,875.00 |
| 02/10/05 | 02/10/05 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 255631 5.500% 02/07/35 REG DTD 02/01/05 FACTOR 1.000000000 REM BAL  18,500,000 | 18,500,000.000 | 102.0937 | -25,437.50 | -18,912,781.25 |
| 02/10/05 | 02/10/05 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 255631 5.500% 02/07/35 REG DTD 02/01/05 FACTOR 1.000000000 REM BAL  20,000,000 | 20,000,000.000 | 102.0937 | -27,500.00 | -20,446,250.00 |
| 02/10/05 | 02/10/05 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 255631 5.500% 02/07/35 REG DTD 02/01/05 FACTOR 1.000000000 REM BAL  18,500,000 | -18,500,000.000 | 102.7500 | 25,437.50 | 18,564,187.50 |
| 02/10/05 | 02/10/05 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 255631 5.500% 02/07/35 REG DTD 02/01/05 FACTOR 1.000000000 REM BAL  16,000,000 | -16,000,000.000 | 102.7500 | 22,000.00 | 16,142,000.00 |
| 02/10/05 | 02/10/05 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 255631 5.500% 02/07/35 REG DTD 02/01/05 FACTOR 1.000000000 REM BAL  4,000,000 | -4,000,000.000 | 102.7500 | 5,500.00 | 4,035,500.00 |
| 02/10/05 | 02/10/05 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 255631 5.500% 02/07/35 REG DTD 02/01/05 FACTOR 1.000000000 REM BAL  1,000,000 | -1,000,000.000 | 102.7500 | 1,375.00 | 1,008,875.00 |

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/10/05 | 02/10/05 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 673270 6.500% 02/01/33 REG DTD 01/01/03 FACTOR 0.57995206500 | 10,351,038.000 | 101.7953 | -8,250.00 | -6,139,969.15 |
| 02/10/05 | 02/10/05 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 673270 6.500% 02/01/33 REG DTD 01/01/03 FACTOR 0.57995206500 REM BAL  6,000,000 | -10,351,038.000 | 100.7500 | 8,250.00 | 6,053,250.40 |
| 02/15/05 | | BOND INTEREST RECEIVED | 44000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2736 CL-2736-SB "INV FLTG" 0.000% 12/15/33 B/E DTD 01/01/04 CLB RD 01/31 PD 02/15/05 | | | | 297.10 |
| 02/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2736 CL-2736-SB "INV FLTG" 0.000% 12/15/33 B/E DTD 01/01/04 CLB RD 01/31 PD 02/15/05 | | | | 872.69 |
| 02/15/05 | | BOND INTEREST RECEIVED | 36000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-SW CTFS GTD 12.000% 03/15/34 B/E | | | | 253.09 |
| 02/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-SW CTFS GTD 12.000% 03/15/34 B/E DTD 03/15/04 CLB RD 01/31 PD 02/15/05 | | | | 357.44 |
| 02/15/05 | | BOND INTEREST RECEIVED | 31000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2830 CL-2830-SU INV FLTG RATE 0.000% 07/15/34 B/E | | | | 293.01 |
| 02/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2830 CL-2830-SU INV FLTG RATE 0.000% 07/15/34 B/E DTD 07/15/04 B/E RD 01/31 PD 02/15/05 | | | | 1,488.79 |
| 02/15/05 | | BOND INTEREST RECEIVED | 5000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2827 CL-2827-SX 0.000% 04/15/32 B/E DTD 07/15/04 CLB RD 01/31 PD 02/15/05 | | | | 32.96 |
| 02/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2827 CL-2827-SX 0.000% 04/15/32 DTD 07/15/04 CLB RD 01/31 PD 02/15/05 | | | | 112.10 |
| 02/15/05 | | BOND INTEREST RECEIVED | 1000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 RD 01/31 PD 02/15/05 | | | | 7.39 |

C00000000693386CSP30044

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, member SIPC, member of all principal exchanges in U.S.



# CROCKER SECURITIES LLC
1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



**OSHA RATED FOR COMMUNICATION**

# Brokerage Account Statement

**Statement Period: 02/01/2005 - 02/28/2005**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 RD 01/31 PD 02/15/05 | | | | 41.64 |
| 02/16/05 | | BOND INTEREST RECEIVED | 4400000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB RD 01/31 PD 02/15/05 | | | | 20,166.67 |
| 02/22/05 | 02/19/05 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 31 DEBIT DAYS AV BAL 15/82272.20 AVG RATE 4.669 01-20/05 TO 02-19-05 | | | 204.31 | -53,463.89 |
| 02/23/05 | 02/17/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2736 CL-2736-SB "INV FLTG" 0.000% 12/15/33 B/E DTD 01/01/04 CLB FACTOR 0.618955G100 REM BAL 36.033 VARIABLE RATE | -44,000.000 | 97.9062 | 204.31 | 35,483.81 |
| 02/23/05 | 02/17/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-SW CTFS GTD 0.000% 03/15/34 B/E DTD 03/15/04 CLB FACTOR 0.902522800 REM BAL 32.490 | -35,000.000 | 98.4062 | 65.13 | 32,038.15 |
| 02/23/05 | 02/17/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2830 CL-2830-SU INV FLTG RATE 0.000% 07/15/34 B/E DTD 07/15/04 CLB FACTOR 0.725651560 REM BAL 22.495 VARIABLE RATE | -31,000.000 | 109.9687 | 70.59 | 24,808.68 |
| 02/23/05 | 02/17/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2827 CL-2827-SX 0.000% 04/15/32 B/E DTD 07/15/04 CLB B FACTOR 0.794732000 REM BAL 3.973 VARIABLE RATE | -5,000.000 | 8.28 | 8.28 | 3,955.86 |
| 02/25/05 | | BOND INTEREST RECEIVED | BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-A-25 FLT RATE 0.000% 07/25/33 B/E DTD 06/01/03 CLB ACCRUED INTEREST | | | | 38.69 |
| 02/25/05 | | BOND INTEREST RECEIVED | 22000 BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1-4-25 FLT RATE 0.000% 07/25/33 B/E DTD 06/01/03 CLB RD 01/31 PD 02/25/05 | | | | 38.69 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing through **Pershing**
Pro-02-CUTSHEET

C000000008933E65P30044

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/25/05 | 02/25/05 | SECURITY REDEEMED | BANC AMER MTG SECS INC 2003-5 MTG PASSTHRU CTF 1 A-25 FLT RATE | -222,000.000 | | | 2,488.46 |
| 02/25/05 | | BOND INTEREST RECEIVED | 0.000% 07/25/33 B/E DTD 06/01/03 CLB 1000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-OD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RO 01/31 PD 02/25/05 | | | | 114,393.60 |
| 02/25/05 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-OD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RO 01/31 PD 02/25/05 | | | | 17,869.60 |
| 02/25/05 | 02/25/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-TX 0.000% 04/15/34 B/E DTD 04/15/04 CL8 FACTOR .0992447940 REM BAL 2,380,882 | 2,399,000.000 | 101.7500 | -6,673.56 | -2,429,151.61 |
| 02/28/05 | 01/28/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CL8 PX CH CORRECTED CONFIRM | -4,400,000.000 | 101.8750 | 18,150.00 | 4,500,650.00 |
| 02/28/05 | 02/01/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 0.000% 08/15/34 B/E DTD 12/01/04 FACTOR .93349282 VARIABLE RATE CORRECTED CONFIRM | -2,100,333.000 | 101.1000 | 16,884.88 | 2,041,232.13 |
| 02/28/05 | 02/01/05 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 CORRECTED CONFIRM | -7,313,958.000 | 105.5000 | 32,912.81 | 7,749,138.50 |
| 02/28/05 | 02/09/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-OD "INV" 0.003% 03/25/34 B/E DTD 05/25/04 PX CH VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 110.0000 | 11,418.69 | 10,870,692.17 |
| 02/28/05 | 02/09/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR .73610661006 REM BAL 2,914,036 VARIABLE RATE | 3,968,715.000 | 100.2656 | -23,319.57 | -2,945,096.26 |
| 02/28/05 | 02/09/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 PX CORR BKR 2190 VARIABLE RATE CORRECTED CONFIRM | -3,968,715.000 | 102.5000 | 23,319.57 | 3,009,286.12 |

C000000000893538GSP30044

Account Number: 727-091035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. One Pershing Plaza, Jersey City, New Jersey 07399 Member FINRA, NYSE, SIPC. Subsidiary of The Bank of New York Mellon Corporation. Pershing LLC

Page 8 of 10



# CROCKER SECURITIES LLC
1999 Oak Road • Suite 130 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 02/01/2005 - 02/28/2005

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/28/05 | 02/09/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 FACTOR 0.13610661000 REM BAL 2,944,426 VARIABLE RATE | 4,000,000.000 | 101.8933 | -16,816.36 | -3,015,590.73 |
| 02/28/05 | 02/09/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 0.000% 09/15/33 B/E DTD 08/01/04 BK PX QH VARIABLE RATE CORRECTED CONFIRM | 4,000,000.000 | 104.0937 | 16,816.36 | 3,081,790.26 |
| 02/28/05 | 02/09/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 0.000% 09/15/34 B/E DTD 12/01/04 SOLICITED ORDER FACT.93349382 VARIABLE RATE CORRECTED CONFIRM | -10,000.000 | 80.59 | | 9,415.23 |
| 02/28/05 | 02/24/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-SW CTFS GTD 12.000% 03/15/34 B/E DTD 03/15/04 CLB FACTOR 0.90253238000 REM BAL 4,914,239 | 5,445,000.000 | 97.0000 | -16,006.77 | -4,782,818.85 |
| 02/28/05 | 02/24/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-SW CTFS GTD 12.000% 03/15/34 B/E DTD 03/15/04 CLB FACTOR 0.90253238000 REM BAL 4,914,239 | -5,445,000.000 | 100.0000 | 16,006.77 | 4,930,246.03 |
| 02/28/05 | 02/25/05 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-SK FLTR RATE 0.000% 05/25/34 B/E DTD 05/26/04 PRIN/INT/CHG VARIABLE RATE CORRECTED CONFIRM | 2,250,000.000 | 96.5000 | -1,646.21 | -2,070,918.20 |
| 02/28/05 | 02/25/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-SK FLTR RATE 0.000% 05/25/34 B/E DTD 05/25/04 INT CORR VARIABLE RATE CORRECTED CONFIRM | -2,250,000.000 | 98.0000 | 1,646.21 | 2,103,883.05 |

Account Number: 727-691035
CROCKER SECURITIES LLC



Clearing Through **Pershing** J.B.M.'s Securities Group Co.
PAR-02-CJTSHEET     Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SIPC, NYSE, SIPC (financially of leading products) LLC

C00000000008936CSFJ0044

C00000000893SSCSF30044

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/28/05 | 02/25/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-4G-OD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.99720669000 REM BAL 9,872,065 VARIABLE RATE | 10,000,000.000 | 112.7812 | -11,023.81 | -11,144,864.15 |
| 02/28/05 | 02/25/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-TX 0.000% 04/15/34 B/E DTD 04/15/04 CLB FACTOR 0.98924479400 REM BAL 27,768 VARIABLE RATE | 28,000.000 | 101.0000 | -100.35 | -28,166.78 |
| 02/28/05 | 02/25/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BE 0.000% 05/15/24 B/E DTD 06/01/04 CLB FACTOR 0.99245079600 REM BAL 2,408,671 VARIABLE RATE | -2,427,000.000 | 102.7500 | 8,597.98 | 2,483,607.59 |
| 02/28/05 | 02/25/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.51985087700 REM BAL 1,143,088 VARIABLE RATE | 2,200,000.000 | 104.1718 | -10,699.31 | -1,201,475.24 |
| 02/28/05 | 02/25/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 0.000% 04/15/34 B/E DTD 06/01/04 FACTOR 0.51985087700 REM BAL 1,143,088 VARIABLE RATE | -2,200,000.000 | 104.2187 | 10,699.31 | 1,202,012.06 |
| 02/28/05 | 02/25/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/24 B/E DTD 06/01/04 CLB FACTOR 0.64025796000 REM BAL 1,373,333 VARIABLE RATE | 2,145,000.000 | 103.8593 | -12,854.59 | -1,439,210.77 |
| 02/28/05 | 02/25/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/24 B/E DTD 06/01/04 CLB FACTOR 0.64025796000 REM BAL 1,373,333 VARIABLE RATE | -2,145,000.000 | 103.8437 | 12,854.59 | 1,439,990.18 |
| 02/28/05 | 02/25/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2877 CL-2877-SV "INV FLTR" 0.000% 10/15/34 B/E DTD 10/01/04 FACTOR 0.96930072300 REM BAL 145,396 VARIABLE RATE | 150,000.000 | 97.5000 | -1,223.51 | -142,984.69 |
| 02/28/05 | 02/25/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2877 CL-2877-SV "INV FLTR" 0.000% 10/15/34 B/E DTD 10/01/04 FACTOR 0.96930072300 REM BAL 145,396 VARIABLE RATE | -150,000.000 | 98.0000 | 1,223.51 | 143,711.67 |

**Total Value of all Transactions** — **-$6,617,875.57**

The price and quantity displayed may have been rounded.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Subsidiary of The Bank of New York Pershing LLC, member SIPC, NYSE. Registered Principal Business Unit of Pershing LLC

One Pershing Plaza, Jersey City, New Jersey 07399

Page 10 of 10

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

D000000009039C28F20047

CROCKER SECURITIES LLC
- TAXABLE TRADE #2 - -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

# Brokerage
## Account Statement

Account Number: 727-891035
Statement Period: 03/01/2005 - 03/31/2005

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $750,180.25 |
| Dividends/Interest | 47,330.74 |
| Change in Account Value | -1,650,855.67 |
| Ending Account Value | -$853,294.68 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Fixed Income | 10,341,503.56 | 23,293,306.67 | 100% |
| Cash and Cash Equivalents | -9,591,323.31 | -24,146,601.15 | 0% |
| **Account Total** | **$750,180.25** | **-$853,294.68** | **100%** |

Your Account Is 100% Invested In Fixed Income.

DALBAR RATED
FDIC COMMUNICATION

D000000009039EC5F50047

PAR-02-CUTSHEET

Clearing Through **Pershing**
A BNY Securities Group Co.
Member: NYSE, SIPC. Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Subsidiary of Pershing Investments LLC

## Customer Service Information

| Your Investment Advisor: RDG | Contact Information | Customer Service Information |
|---|---|---|
| DOUG GREEN | Telephone Number: (561) 361-4803 | Service Hours: Weekdays 08:00 a.m. - 06:00 p.m. PST |
| | Fax Number: (561) 362-5261 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | **Cash and Cash Equivalents** 0.000% of Portfolio | | | | | |
| | Margin Balance | -$9,591,323.31 | -$24,146,601.15 | | | |
| | **Total Cash and Cash Equivalents** | **-$9,591,323.31** | **-$24,146,601.15** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | |
| | **Asset Backed Securities** | | | | | |
| 158,602.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD INV SER-2691 CL-2691-SL INV FLTR 0.000% 06/15/30 REG DTD 10/15/03 CLB *Security Identifier:* 31394LG71  *Factor:* 0.74133266 | 92.2950 | 108,517.55 | 0.00 | | |
| 1,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-1 CL-2842-I INV FLTR 10.303% 09/15/33 B/E DTD 08/01/04 *Security Identifier:* 31395E2T3  *Factor:* 0.70468983 | 96.6350 | 673.91 | 6.05 | | |
| 4,000,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 7.465% 09/15/33 B/E DTD 08/01/04 *Security Identifier:* 31395E2V8  *Factor:* 0.70468884 | 95.0310 | 2,678,615.38 | 17,534.51 | | |
| 500,000.000M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Moody Rating AAA S & P Rating AAA *Security Identifier:* 32051DK50  *Factor:* 1.00000000 | 43.2970 | 216,485.00 | 0.00 | | |





**CROCKER SECURITIES LLC**
2255 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



# *Brokerage*
## *Account Statement*

Statement Period: 03/01/2005 - 03/31/2005

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 5,445,000.00# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2782 CL-2782-SW CTFS GTD 12.000% 03/15/34 B/E DTD 03/15/04 CLB | 95.7520 | 4,649,156.42 | 48,354.14 | | |
| | *Security Identifier:* 31394TQ21  *Factor:* 0.89171982 | | | | | |
| 10,000,000.00# | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 | 97.3370 | 9,594,862.16 | 0.00 | | |
| | *Security Identifier:* 31393VJ37  *Factor:* 0.98533146 | | | | | |
| 2,020,000.00# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-SD 0.000% 05/15/34 B/E DTD 06/01/04 CLB | 97.3270 | 1,229,428.42 | 0.00 | | |
| | *Security Identifier:* 31395ADN2  *Factor:* 0.62534336 | | | | | |
| 86,958.00# | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 | 100.6190 | 77,771.37 | 386.46 | | |
| | *Security Identifier:* 38374HJD3  *Factor:* 0.88886350 | | | | | |
| 4,400,000.00# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB | 95.5040 | 4,202,176.00 | 20,166.67 | | |
| | *Security Identifier:* 31395H2Q2  *Factor:* 1.00000000 | | | | | |
| 574,847.00# | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-92 CL-92 AT 0.000% 11/16/34 B/E DTD 11/16/04 CLB | 97.0780 | 535,620.26 | 0.00 | | |
| | *Security Identifier:* 38374J3V6  *Factor:* 0.95980699 | | | | | |
| **Total Asset Backed Securities** | | | $23,293,306.47 | $85,647.83 | $0.00 | |
| **Total Fixed Income** | | | $23,293,306.47 | $85,647.83 | $0.00 | |

| Description | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | -$853,294.68 | $85,647.83 | $0.00 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PART-02-CUTSHEET

DO2000000000036CSFIO047

## Portfolio Holdings (continued)

■ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/01/05 | 02/09/05 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-GD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 PX CH VARIABLE RATE CANCELLED TRADE | 10,000,000.000 | 110.0000 | -11,418.69 | -10,870,692.17 |
| 03/01/05 | 02/09/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-GD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 INT CORR VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 110.0000 | 11,023.81 | 10,870,297.29 |
| 03/01/05 | 02/24/05 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-SW CTFS GTD 12.000% 03/15/34 B/E DTD 03/15/04 CLB FACTOR 0.90232322800 REM BAL 4,914,239 CANCELLED TRADE | 5,445,000.000 | 100.0000 | -16,006.77 | -4,930,246.03 |
| 03/01/05 | 02/24/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-SW CTFS GTD 12.000% 03/15/34 B/E DTD 03/15/04 CLB QTY ADJ CORRECTED CONFIRM | -5,455,000.000 | 100.0000 | 16,036.17 | 4,939,300.66 |

Clearing Through **Pershing** A BNY Securities Group Co.
Member: SIPC, NYSE, NASD
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

Account Number: 727-891035
CROCKER SECURITIES LLC

ED000000600396CSF10147



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540

D0100000000905390CESF30047

# Brokerage
## Account Statement

Statement Period: 03/01/2005 - 03/31/2005

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/02/05 | 02/24/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-SW CTFS GTD 12.000% 03/15/34 B/E DTD 03/15/04 CLB FACTOR 0.90252328000 REM BAL 4,923,264 | 5,465,000.000 | 97.0000 | -16,036.02 | -4,791,602.58 |
| 03/02/05 | 02/24/05 | CANCELLED PURCHASE | CANCELLED TRADE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-SW CTFS GTD 12.000% 03/15/34 B/E DTD 03/15/04 CLB FACTOR 0.90252328000 REM BAL 4,914,239 | -5,445,000.000 | 97.0000 | 16,006.77 | 4,782,820.85 |
| 03/02/05 | 02/28/05 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 B MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500,000 | 500,000.000 | 73.0625 |  | -365,312.50 |
| 03/02/05 | 03/01/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.00000000 REM BAL 4,400,000 | 4,400,000.000 | 101.8750 | -672.22 | -4,483,172.22 |
| 03/03/05 | 02/28/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2886 CL-2886-WS 0.000% 11/15/34 B/E DTD 11/15/04 CLB FACTOR 1.00000000 REM BAL 2,440,000 VARIABLE RATE | 2,440,000.000 | 72.6875 | 8,647.65 | -1,782,222.65 |
| 03/03/05 | 02/28/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2886 CL-2886-WS 0.000% 11/15/34 B/E DTD 11/15/04 CLB FACTOR 1.00000000 REM BAL 2,440,000 VARIABLE RATE | -2,440,000.000 | 73.0000 | -8,647.65 | 1,789,847.65 |
| 03/03/05 | 03/01/05 | PURCHASED | MERIT SECURITIES CORP COLL BD TR-13 CL-13-M1 STEP 7.880% 12/28/33 B/E DTD 08/01/99 CLB FACTOR 1.00000000 REM BAL 80,000 VARIABLE RATE | 80,000.000 | 78.5000 | -38.36 | -62,838.36 |
| 03/04/05 | 03/01/05 | SOLD | MERIT SECURITIES CORP COLL BD TR-13 CL-13-M1 STEP 7.880% 12/28/33 B/E DTD 08/01/99 CLB FACTOR 1.00000000 REM BAL 80,000 VARIABLE RATE | -80,000.000 | 78.5000 | 57.53 | 62,857.53 |



IDEAS RATED FOR COMMUNICATION

# Transactions in Date Sequence *(continued)*

DOC00000009303345C3F30047

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/08/05 | 03/07/05 | PURCHASED | BOMBARDIER CAP MTG SEC CORP SR/SUB PASSTHRU CTF SER 2000-A CL A-4 8.290% 06/15/30 B/E DTD 01/01/00 CLB FACTOR 0.76201832200 REM BAL 20,574 | 27,000.000 | 69.0000 | -14.21 | -14,210.61 |
| 03/08/05 | 03/07/05 | PURCHASED | BOMBARDIER CAP MTG SEC CORP SR/SUB PASSTHRU CTF SER 2000-A CL A-4 8.290% 06/15/30 B/E DTD 01/01/00 CLB FACTOR 0.76201832200 REM BAL 20,574 | 27,000.000 | 69.0000 | -14.21 | -14,210.61 |
| 03/09/05 | 03/07/05 | CANCELLED PURCHASE | BOMBARDIER CAP MTG SEC CORP SR/SUB PASSTHRU CTF SER 2000-A CL A-4 8.290% 06/15/30 B/E DTD 01/01/00 CLB FACTOR 0.76201832200 REM BAL 20,574 CANCELLED TRADE | -27,000.000 | 69.0000 | 14.21 | 14,212.61 |
| 03/11/05 | | PRINCIPAL PAY DOWN ADJUSTMENT | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-SW 12.000% 03/15/34 B/E RD 01/31 PD 02/15/05 CR @ 10.206666 S/H/B 10.489214 ADJ FOLLOW | 36,000.000 | | | -367.44 |
| 03/11/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-SW 12.000% 03/15/34 B/E RD 01/31 PD 02/15/05 | -36,000.000 | | | 377.94 |
| 03/14/05 | 02/10/05 | SOLD | FNMA 5.5% MAR 2005 PL TBA SETT 03/14/05 "PAIR OFF" 5.500% 03/14/05 REG DTD 02/07/05 FACTOR 1.00000000000 REM BAL 20,000.000 | -20,000,000.000 | 101.8007 | 39,722.22 | 20,399,878.48 |
| 03/14/05 | 02/10/05 | PURCHASED | FNMA 5.5% MAR 2005 PL TBA SETT 03/14/05 "PAIR OFF" 5.500% 03/14/05 REG DTD 02/07/05 FACTOR 1.00000000000 REM BAL 20,000.000 | 20,000,000.000 | 100.7500 | -39,722.22 | -20,189,722.22 |
| 03/14/05 | 03/10/05 | PURCHASED | FNMA 5.5% MAR 2005 PL TBA SETT 03/14/05 "PAIR OFF" 5.500% 03/14/05 REG DTD 02/07/05 FACTOR 1.00000000000 REM BAL 5,000.000 | 5,000,000.000 | 101.4687 | -9,930.56 | -5,083,368.06 |
| 03/14/05 | 03/10/05 | SOLD | FNMA 5.5% MAR 2005 PL TBA SETT 03/14/05 "PAIR OFF" 5.500% 03/14/05 REG DTD 02/07/05 FACTOR 1.00000000000 REM BAL 5,000.000 | -5,000,000.000 | 100.8906 | 9,930.56 | 5,054,461.81 |
| 03/14/05 | 03/11/05 | PURCHASED | FNMA 5.5% MAR 2005 PL TBA SETT 03/14/05 "PAIR OFF" 5.500% 03/14/05 REG DTD 02/07/05 FACTOR 1.00000000000 REM BAL 26,500.000 | 26,500,000.000 | 100.7500 | -52,631.94 | -26,751,381.94 |
| 03/14/05 | 03/11/05 | SOLD | FNMA 5.5% MAR 2005 PL TBA SETT 03/14/05 "PAIR OFF" 5.500% 03/14/05 REG DTD 02/07/05 FACTOR 1.00000000000 REM BAL 8,000.000 | -8,000,000.000 | 101.3303 | 15,888.89 | 8,121,513.89 |

Account Number: 7LI-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group LLC Member FINRA, NYSE and SIPC

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC, is an affiliate of Pershing International Ltd.

Page 6 of 21



## CROCKER SECURITIES LLC
2255 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1546



# Brokerage
## Account Statement

**Statement Period: 03/01/2005 - 03/31/2005**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/14/05 | 03/17/05 | SOLD | FNMA 5.5% MAR 2005 PL TBA SETT 03/14/05 "PAIR OFF" 5.500% 03/14/05 REG DTD 02/07/05 FACTOR 1.000000000 REM BAL 18,500,000 | -18,500,000.000 | 101.8125 | 36,753.06 | 18,872,655.56 |
| 03/15/05 | 03/10/05 | SOLD | BOMBARDIER CAP MTG SEC CORP SR/SUB PASSTHRU CTF SER 2000-A CL A-4 8.290% 06/15/30 B/E DTD 01/01/00 CLB FACTOR 0.762018320 REM BAL 20,574 | -27,000.000 | 69.0000 | 66.33 | 14,262.73 |
| 03/15/05 | | BOND INTEREST RECEIVED | 1000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR DTD 08/01/04 RD 02/28 PD 03/15/05 | | | | 6.55 |
| 03/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD 0.000% 09/15/33 B/E DTD 08/01/04 RD 02/28 PD 03/15/05 | | | | 31.44 |
| 03/18/05 | 03/01/05 | CORRECTED PURCHASE | BOMBARDIER CAP MTG SEC CORP SR/SUB PASSTHRU CTF SER 2000-A CL A-4 8.290% 06/15/30 B/E DTD 01/01/00 CLB CORRECTED CONFIRM | 27,000.000 | 69.0000 | -14.15 | -14,149.10 |
| 03/18/05 | 03/01/05 | CANCELLED PURCHASE | BOMBARDIER CAP MTG SEC CORP SR/SUB PASSTHRU CTF SER 2000-A CL A-4 8.290% 06/15/30 B/E DTD 01/01/00 CLB FACTOR 0.762018320 REM BAL 20,574 CANCELLED TRADE | 27,000.000 | 69.0000 | -66.33 | -14,262.73 |
| 03/18/05 | 03/10/05 | CANCELLED SELL | BOMBARDIER CAP MTG SEC CORP SR/SUB PASSTHRU CTF SER 2000-A CL A-4 8.290% 06/15/30 B/E DTD 01/01/00 CLB FACTOR 0.762018320 REM BAL 20,574 CANCELLED TRADE | -27,000.000 | 69.0000 | 14.21 | 14,210.61 |
| 03/18/05 | 03/10/05 | CORRECTED SELL | BOMBARDIER CAP MTG SEC CORP SR/SUB PASSTHRU CTF SER 2000-A CL A-4 8.290% 06/15/30 B/E DTD 01/07/00 CLB CORRECTED CONFIRM | 27,000.000 | 69.0000 | -66.33 | -14,262.73 |
| | | | | -27,000.000 | 66.0000 | 66.04 | 14,200.99 |



DALLAS RATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Mellon Hill & Co. and Facilities Brokerage Services LLC

P4P-00-CUTSHEET

LX0000000409S336CS#33047

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/27/05 | 03/18/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2736 CL-2736-SB "INV FLTG"<br>0.000% 12/15/33 B/E D/D 01/01/04 CLB<br>FACTOR 0.7935609309300 REM BAL 11,903<br>VARIABLE RATE | 15,000.000 | 95.0000 | -60.09 | -11,368.33 |
| 03/27/05 | 03/19/05 | INT CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 28 DEBIT DAYS<br>AV BAL 17013083.90 AVG RATE 4.750<br>02-20-03 TO 03-19-05 | | | | -62,853.89 |
| 03/23/05 | 03/18/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2736 CL-2736-SB "INV FLTG"<br>0.000% 12/15/33 B/E D/D 01/01/04 CLB<br>FACTOR 0.7935609309300 REM BAL 19,045<br>VARIABLE RATE | 24,000.000 | 95.0000 | -96.15 | -18,189.34 |
| 03/23/05 | 03/18/05 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2736 CL-2736-SB "INV FLTG"<br>0.000% 12/15/33 B/E D/D 01/01/04 CLB<br>FACTOR 0.7935609309300 REM BAL 11,903<br>VARIABLE RATE CANCELLED TRADE | -15,000.000 | 95.0000 | 60.09 | 11,370.33 |
| 03/28/05 | 03/23/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-24 CL-24-IN INT ONLY<br>5.500% 01/25/27 B/E D/D 03/01/03<br>FACTOR 1.000000000 REM BAL 6,457,906 | 6,457,906.000 | 9.2500 | -22,692.35 | -620,098.67 |
| 03/28/05 | 03/23/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2549 CL-2549-IB INT ONLY<br>5.500% 04/15/26 B/E D/D 01/01/03 CLB<br>FACTOR 1.000000000 REM BAL 2,745,417 | 2,745,417.000 | 14.5000 | -9,647.03 | -407,732.56 |
| 03/28/05 | 03/23/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-97 CL-97-IC INT ONLY<br>6.000% 09/25/28 B/E D/D 09/01/03<br>FACTOR 1.000000000 REM BAL 1,926,561 | 1,926,561.000 | 13.8750 | -7,385.15 | -274,695.49 |
| 03/28/05 | 03/28/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-24 CL-24-IN INT ONLY<br>5.500% 01/25/27 B/E D/D 03/01/03<br>FACTOR 1.000000000 REM BAL 6,457,906 | -6,457,906.000 | 9.6250 | 26,638.85 | 648,212.31 |
| 03/28/05 | 03/28/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2549 CL-2549-IB INT ONLY<br>5.500% 04/15/26 B/E D/D 01/01/03 CLB<br>FACTOR 1.000000000 REM BAL 2,745,417 | -2,745,417.000 | 15.0000 | 11,324.85 | 423,137.40 |
| 03/28/05 | 03/28/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-97 CL-97-IC INT ONLY<br>6.000% 09/25/28 B/E D/D 09/01/03<br>FACTOR 1.000000000 REM BAL 1,926,561 | -1,926,561.000 | 14.3750 | 8,669.52 | 285,612.66 |

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Subsidiary of The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, NASD, SIPC, The Americas and all Pershing Securities LLC

U2000000C9039625SF10647



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1545

# Brokerage
## Account Statement

**Statement Period 03/01/2005 - 03/31/2005**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/28/05 | 03/28/05 | BOND INTEREST RECEIVED | 100000001 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/04 B/E DTD 06/25/04 RD 02/28/29 PD 03/25/05 | | | | 110,238.08 |
| 03/28/05 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/04 B/E DTD 06/25/04 RD 02/28 PD 03/25/05 | | | | 18,752.30 |
| 03/29/05 | 03/23/05 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 QUANT/CHGBRK CORRECTED CONFIRM | 6,457,905.000 | 9.2500 | -22,692.36 | -620,048.57 |
| 03/29/05 | 03/23/05 | CANCELLED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 FACTOR 1.000000000 REM BAL 6,457,906 CANCELLED TRADE | -6,457,906.000 | 9.2500 | 22,692.26 | 620,048.67 |
| 03/29/05 | 03/23/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTS REMIC SER-2004-92 CL-92 AT 0.000% 11/16/34 B/E DTD 11/16/04 CL8 FACTOR 0.95980069900 REM BAL 657,320 VARIABLE RATE | 684,847.000 | 99.1250 | -1,022.50 | -652,591.88 |
| 03/29/05 | 03/28/05 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 FACTOR 1.000000000 REM BAL 6,457,906 CANCELLED TRADE | 6,457,906.000 | 9.6250 | -26,638.86 | -648,212.31 |
| 03/29/05 | 03/28/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 QUANT/CHG CORRECTED CONFIRM | -6,457,905.000 | 9.6250 | 26,638.86 | 648,212.22 |
| 03/29/05 | 03/29/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CRTS GTD SER-2736 CL-2736-SB "INV FLTG" 0.000% 12/15/33 B/E DTD 01/01/04 CLB FACTOR 0.79356009300 REM BAL 3,948,759 VARIABLE RATE | 4,976,000.000 | 92.0000 | -27,909.35 | -3,860,767.80 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Subsidiary from The Bank of New York
Pershing LLC, member FINRA, NYSE, SIPC, SFA, Trademark(s) of Pershing, a wonderment LLC

One Pershing Plaza, Jersey City, New Jersey 07399

D000000000590396C85P30047

D000000000903936CSF30047

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/30/05 | 03/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2736 CL-2736-SB "INV FLTG" 0.000% 12/15/33 B/E DTD 01/01/04 CLB FACTOR 0.79356609300 REM BAL 3,867,804 VARIABLE RATE | -5,000,000.000 | 90.6250 | 29,045.53 | 3,624,868.49 |
| 03/30/05 | 03/30/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2934 CL-2951-XQ INV FLTR 0.000% 03/15/35 REG DTD 05/01/05 FACTOR 1.000000000600 REM BAL 250,000 VARIABLE RATE | 250,000.000 | 98.3750 | -2,102.50 | -248,040.00 |
| 03/31/05 | 02/25/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 PX CORR VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 112.7812 | 20,691.96 | 11,133,383.33 |
| 03/31/05 | 03/07/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400,000 | -4,400,000.000 | 101.8750 | 20,166.67 | 4,502,656.67 |
| 03/31/05 | 03/16/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD INV SER-2691 CL-2691-SL INV FLTR 0.000% 06/15/30 REG DTD 10/15/03 CLB FACTOR 0.741332600600 REM BAL 18,533 VARIABLE RATE | 25,000.000 | 97.0000 | -91.94 | -18,069.26 |
| 03/31/05 | 03/16/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD INV SER-2691 CL-2691-SL INV FLTR 0.000% 06/15/30 REG DTD 10/15/03 CLB SOLICITED ORDER VARIABLE RATE | -25,000.000 | 100.0000 | 91.94 | 18,625.26 |
| 03/31/05 | 03/28/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 12.180% 04/15/34 B/E DTD 06/01/04 FACTOR 0.480459670000 REM BAL 1,057,011 VARIABLE RATE | 2,200,000.000 | 104.3750 | -10,728.66 | -1,113,394.18 |
| 03/31/05 | 03/28/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 12.180% 04/15/34 B/E DTD 06/01/04 FACTOR 0.480459670000 REM BAL 1,057,011 VARIABLE RATE | -2,200,000.000 | 98.0000 | 10,728.66 | 1,046,539.71 |
| 03/31/05 | 03/29/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-SW CTFS GTD 12.000% 03/15/34 B/E DTD 03/15/04 CLB FACT28917982BK62190 CORRECTED CONFIRM | 5,445,000.000 | 99.7187 | -18,549.32 | -4,869,200.01 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Securities Flaw, The Bank of New York
Pershing LLC, member NASD, NYSE, Securities & Protection corporation SIPC

One Pershing Plaza, Jersey City, New Jersey 07399

Page 10 of 21



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-5440



QUALAR RATED
FOR COMMUNICATION

# Brokerage
## Account Statement

**Statement Period: 03/01/2005 - 03/31/2005**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/05 | 03/29/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 FACTOR 0.88886535000 REM BAL 6,501,937 | 7,313,958.000 | 102.3750 | -32,505.19 | -6,687,941.99 |
| 03/31/05 | 03/29/05 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 FACTOR 0.88886535000 REM BAL 6,221,974 | -7,000,000.000 | 99.9375 | 31,109.87 | 6,249,155.64 |
| 03/31/05 | 03/30/05 | PURCHASED | CWMBS INC MTG PASS THRU CTF SER 2005-6 CL-1A6 5.250% 04/25/35 B/E DTD 02/01/05 CLB FACTOR 0.59000001400 REM BAL 1,793,467 | 1,811,583.000 | 14.4662 | -7,846.42 | -266,217.62 |
| 03/31/05 | 03/30/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-6 CL-1A6 5.250% 04/25/35 B/E DTD 02/01/05 CLB FACTOR 0.59000001400 REM BAL 1,793,467 | -565,000.000 | 14.7500 | 2,447.16 | 84,951.30 |
| 03/31/05 | 03/30/05 | SOLD | CWNBS INC MTG PASS THRU CTF SER 2005-6 CL-1A6 5.250% 04/25/35 B/E DTD 02/01/05 CLB FACTOR 0.59000001400 REM BAL 559,350 | -1,246,583.000 | 14.9062 | 5,399.26 | 189,359.88 |
| 03/31/05 | 03/30/05 | PURCHASED | CREDIT SUISSE FIRST BOSTON MTG SECS CORP SER-2005-3 CL-3A4 FLOATER 3.870% 04/25/35 REG DTD 03/01/05 FACTOR 1.000000000 REM BAL 32,803,571 | 32,803,571.000 | 99.8437 | -105,791.51 | -32,858,106.93 |
| 03/31/05 | 03/30/05 | SOLD | CREDIT SUISSE FIRST BOSTON MTG SECS CORP SER-2005-3 CL-3A4 FLOATER 3.870% 04/25/35 REG DTD 03/01/05 FACTOR 1.000000000 REM BAL 32,803,571 | -32,803,571.000 | 99.8750 | 105,791.51 | 32,863,358.05 |
| 03/31/05 | 03/30/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-80 CL-80-Q5 5.000% 08/25/33 B/E DTD 07/01/03 SOLICITED ORDER REM BAL 32,803 | 20,000.000 | 90.0000 | -83.33 | -18,083.33 |
| 03/31/05 | 03/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-80 CL-80-Q5 5.000% 08/25/33 B/E DTD 07/01/03 FACTOR 1.000000000 REM BAL 20,000 | -20,000.000 | 88.5000 | 83.33 | 17,783.33 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Subsidiary of The Bank of New York

DO000000009039&CSFS91647

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/05 | 03/30/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-75 CL-75-DH 5.000% 02/26/33 REG DTD 07/01/03 SOLICITED ORDER | 15,000.000 | 103.7500 | -62.50 | -15,562.50 |
| 03/31/05 | 03/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-75 CL-75-DH 5.000% 02/26/33 REG DTD 07/01/03 FACTOR 1.0000000000 REM BAL 15,000 | -15,000.000 | 89.0000 | 62.50 | 13,412.50 |
| 03/31/05 | 03/30/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-93 CL-93-GB 5.000% 09/25/33 B/E DTD 08/01/03 SOLICITED ORDER | 143,000.000 | 90.0000 | -595.83 | -129,295.83 |
| 03/31/05 | 03/30/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-93 CL-93-GB 5.000% 09/25/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 143,000 | 143,000.000 | 90.0000 | 595.83 | 129,295.83 |
| 03/31/05 | 03/30/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB FACTOR 1.0000000000 REM BAL 2,745,417 | 2,745,417.000 | 15.5000 | -12,163.72 | -437,703.36 |
| 03/31/05 | 03/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 FACTOR 1.0000000000 REM BAL 1,926,561 | 1,926,561.000 | 14.8750 | -9,311.71 | -295,887.66 |
| 03/31/05 | 03/30/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-31 CL-31-SI INV FLTR 0.000% 04/25/34 B/E DTD 04/01/04 CLB FACTOR 0.7775138400 REM BAL 410,527 VARIABLE RATE | 528,000.000 | 93.5000 | -3,398.13 | -387,241.16 |
| 03/31/05 | 03/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-31 CL-31-SI INV FLTR 0.000% 04/25/34 B/E DTD 04/01/04 CLB FACTOR 0.7775138400 REM BAL 410,527 VARIABLE RATE | -528,000.000 | 95.5000 | 3,398.13 | 395,451.71 |
| 03/31/05 | 03/30/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.9365314600 REM BAL 9,853,314 VARIABLE RATE | 10,000,000.000 | 112.8125 | -20,691.96 | -11,136,462.49 |
| 03/31/05 | 03/30/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-31 CL-31-FB FLTG RATE 0.000% 09/25/34 B/E DTD 03/01/05 FACTOR 1.0000000000 REM BAL 11,785,500 VARIABLE RATE | 11,785,500.000 | 99.8125 | -34,652.64 | -11,789,051.83 |

D000000000903946C6F530047

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Software from the Bank of New York
Pershing LLC, member FDIC, NYSE, SIPC, (subsidiaries of The Bank of New York Company, Inc.)
One Pershing Plaza, Jersey City, New Jersey 07399



# CROCKER
## SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1840



DAT AIR RATIO
FOR COMMUNICATION

# Brokerage
## Account Statement

**Statement Period: 03/01/2005 - 03/31/2005**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/05 | 03/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-31 CL 31-FB FLTG RATE 0.000% 09/25/34 B/E DTD 03/01/05 FACTOR 1.00000000 REM BAL 11,785,500 VARIABLE RATE | -11,785,500.000 | 99.8437 | 34,652.84 | 11,801,737.60 |
| 03/31/05 | 03/30/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD INV SER-2691 CL-2691 SL INV FLTR 0.000% 06/15/30 REG DTD 10/15/03 CLB CHG TO BUY VARIABLE RATE CORRECTED CONFIRM | 328,602.000 | 96.2500 | | -234,468.27 |
| 03/31/05 | 03/30/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD INV SER-2691 CL-2691 SL INV FLTR 0.000% 06/15/30 REG DTD 10/15/03 CLB FACTOR 0.74133266000 REM BAL 126,026 VARIABLE RATE | -170,000.000 | 97.2500 | 625.19 | 123,166.01 |
| 03/31/05 | 03/30/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2749 CL-2749-HP 5.000% 02/15/34 B/E DTD 02/01/04 SOLICITED ORDER | 10,000.000 | 90.0000 | -41.67 | -9,041.67 |
| 03/31/05 | 03/30/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2749 CL-2749-HP 5.000% 02/15/34 B/E DTD 02/01/04 FACTOR 1.00000000000 REM BAL 10,000 | -10,000.000 | 88.5000 | 41.67 | 8,891.67 |
| 03/31/05 | 03/30/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2781 CL-2781-HI 5.500% 10/15/33 B/E DTD 04/01/04 CLB SOLICITED ORDER | 5,000.000 | 95.0000 | -22.92 | -4,772.92 |
| 03/31/05 | 03/30/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2781 CL-2781-HI 5.500% 10/15/33 B/E DTD 04/01/04 CLB FACTOR 1.00000000000 REM BAL 5,000 | -5,000.000 | 95.0000 | 22.92 | 4,772.92 |
| 03/31/05 | 03/30/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR 0.62534333600 REM BAL 1,341,361 VARIABLE RATE | 2,145,000.000 | 103.7197 | -13,514.82 | -1,404,858.21 |
| 03/31/05 | 03/30/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CLB SOLICITED ORDER VARIABLE RATE | -100,000.000 | 100.0000 | 634.72 | 63,169.06 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing®**
PAR-02-CUTSHEET

A Hit Securities Group Co.,
Subsidiary From The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SPC, the Bank/Trust of Pershing Investments LLC

Page 13 of 21

## Transactions in Date Sequence (continued)

D00000000090369GSP30047

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/05 | 03/30/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BB 0.000% 05/15/34 B/E DTD 06/01/04 CLB SOLICITED ORDER VARIABLE RATE | -25,000.000 | 100.0000 | 158.88 | 15,792.26 |
| 03/31/05 | 03/30/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BB 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR 0.6253433600 REM BAL 1,263.193 VARIABLE RATE | -2,020,000.000 | 100.0000 | 12,821.41 | 1,276,015.00 |
| 03/31/05 | 03/30/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 10.303% 09/15/33 B/E DTD 08/01/04 FACTOR 0.7046688300 REM BAL 2,789,683 VARIABLE RATE | 3,958,715.000 | 102.4218 | -23,950.90 | -2,881,094.18 |
| 03/31/05 | 03/30/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 10.303% 09/15/33 B/E DTD 08/01/04 FACTOR 0.7046688300 REM BAL 2,789,683 VARIABLE RATE | -3,958,715.000 | 100.0000 | 23,951.67 | 2,813,534.74 |
| 03/31/05 | 03/30/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 7.465% 09/15/33 B/E DTD 08/01/04 FACTOR 0.7046688400 REM BAL 2,818,675 VARIABLE RATE | 4,000,000.000 | 104.4531 | -17,534.51 | -2,961,729.01 |
| 03/31/05 | 03/30/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 7.465% 09/15/33 B/E DTD 08/01/04 FACTOR 0.7046688400 REM BAL 2,818,675 VARIABLE RATE | -4,000,000.000 | 104.4531 | 17,534.51 | 2,961,729.01 |
| 03/31/05 | 03/30/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.0000000000 REM BAL 4,400,000 PAIR OFF | 4,400,000.000 | 101.9052 | -20,166.67 | -4,504,041.67 |
| 03/31/05 | 03/30/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 11.146% 08/15/34 B/E DTD 12/01/04 FACTOR 0.8835965000 REM BAL 1,855,844 VARIABLE RATE | 2,100,333.000 | 102.9062 | -17,237.56 | -1,927,017.40 |
| 03/31/05 | 03/30/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 11.146% 08/15/34 B/E DTD 12/01/04 INT CORR VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 100.0000 | 15,070.89 | 1,637,646.10 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Cleared thru of Pershing Investments LLC.

**CROCKER SECURITIES LLC**
3359 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage Account Statement**

Statement Period: 03/01/2005 - 03/31/2005

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/05 | 03/30/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2895 CL-2904-LS INV FLTR 11.469% 09/15/34 B/E DTD 12/01/04 FACTOR 0.98359590000 REM BAL 233,269 VARIABLE RATE | -264,000.000 | 98.0000 | 2,166.66 | 230,770.44 |
| 03/31/05 | 03/30/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2951 CL-2951-KQ INV FLTR 0.000% 03/15/35 REG DTD 03/01/05 FACTOR 1.00000000000 REM BAL 250,000 VARIABLE RATE | -250,000.000 | 97.0000 | 2,175.00 | 244,675.00 |
| 03/31/05 | 03/30/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-54 CL-54-MC 5.000% 06/20/33 B/E DTD 06/01/03 SOLICITED ORDER | 25,000.000 | 90.0000 | -104.17 | -22,604.17 |
| 03/31/05 | 03/30/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-54 CL-54-MC 5.000% 06/20/33 B/E DTD 06/01/03 FACTOR 1.00000000000 REM BAL 25,000 | -25,000.000 | 90.0000 | 104.17 | 22,604.17 |
| 03/31/05 | 03/30/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-62 CL-62-UE 5.000% 07/20/33 B/E DTD 07/01/03 SOLICITED ORDER | 43,000.000 | 90.0000 | -179.17 | -38,679.17 |
| 03/31/05 | 03/30/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2003-62 CL-62-UE 5.000% 07/20/33 B/E DTD 07/01/03 FACTOR 1.00000000000 REM BAL 43,000 | -43,000.000 | 91.0000 | 179.17 | 39,309.17 |
| 03/31/05 | 03/30/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-21 CL-GD 5.000% 08/20/33 B/E DTD 04/01/04 SOLICITED ORDER | 20,000.000 | 91.0000 | -83.33 | -18,283.33 |
| 03/31/05 | 03/30/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-21 CL-GD 5.000% 09/20/33 B/E DTD 04/01/04 CLB FACTOR 1.00000000000 REM BAL 20,000 | -20,000.000 | 91.0000 | 83.33 | 18,283.33 |
| 03/31/05 | 03/30/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-27 CL-27-SW INV FLTR 0.000% 04/20/34 B/E DTD 04/20/04 CLB FACTOR 0.60358922400 REM BAL 2,091,979 VARIABLE RATE | 3,465,900.000 | 91.5000 | -6,299.47 | -1,920,461.12 |

D000000000090336C3P33047

CLEAR & RATED FDIC COMMUNICATION

Account Number: 717-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A DBT Securities Group Co.
Member New York Stock & Other

One Pershing Plaza, Jersey City, New Jersey 07399
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Subsidiary of The Bank of New York, Pershing (Securities) LLC, Pershing (Investments) LLC

DOC000000050936GS9730417

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/05 | 03/30/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-27 CL-27 SW INV FLTR 0.000% 04/20/24 B/E DTD 04/20/04 CLB FACTOR 0.803592400 REM BAL 2,091,979 VARIABLE RATE | -3,465,900.000 | 92.0300 | 6,299.47 | 1,930,921.02 |
| 03/31/05 | 03/30/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC SER-2004-44 CL-44 LC 6.000% 07/15/34 B/E DTD 07/27/04 SOLICITED ORDER | -100,000.000 | 100.0000 | 755.53 | 151,860.63 |
| 03/31/05 | 03/30/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC SER-2004-44 CL-44 LC 6.000% 07/15/34 B/E DTD 07/27/04 SOLICITED ORDER | -17,000.000 | 100.0000 | 75.55 | 15,186.06 |
| 03/31/05 | 03/30/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC SER-2004-44 CL-44 LC 6.000% 07/15/34 B/E DTD 07/27/04 SOLICITED ORDER | -40,000.000 | 100.0000 | 177.77 | 35,731.91 |
| 03/31/05 | 03/30/05 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-92 CL-92 AT 1.000% 11/16/34 B/E DTD 11/16/04 CLB VARIABLE RATE | -50,000.000 | 100.0000 | 86.67 | 86,670.57 |
| 03/31/05 | 03/30/05 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-92 CL-92 AT 1.000% 11/16/34 B/E DTD 11/16/04 CLB SOLICITED ORDER | -100,000.000 | 100.0000 | 287.94 | |
| 03/31/05 | 03/30/05 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-92 CL-92 AT 1.000% 11/16/34 B/E DTD 11/16/04 CLB SOLICITED ORDER VARIABLE RATE | -20,000.000 | 100.0000 | 63.99 | 19,250.13 |
| 03/31/05 | 03/31/05 | PURCHASED | CWALT INC SER 2004-35T2 MTG PASSTHRU CTF CL A-4 6.000% 02/25/35 B/E DTD 12/01/04 CLB FACTOR 0.999999600 REM BAL 1,041,666 | 1,041,667.000 | 32.3125 | -5,208.33 | -341,796.98 |
| 03/31/05 | 03/31/05 | SOLD | CWALT INC SER 2004-35T2 MTG PASSTHRU CTF CL A-4 6.000% 02/25/35 B/E DTD 12/01/04 CLB FACTOR 0.999999600 REM BAL 1,041,666 | -1,041,667.000 | 33.0000 | 5,208.33 | 348,958.44 |
| 03/31/05 | 03/31/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24 IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 FACTOR 1.000000000 REM BAL 6,457,905 | 6,457,905.000 | 10.0000 | -29,598.73 | -675,389.23 |
| 03/31/05 | 03/31/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24 IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 FACTOR 1.000000000 REM BAL 6,457,905 | -6,457,905.000 | 10.0000 | 29,598.73 | 673,389.23 |
| 03/31/05 | 03/31/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB FACTOR 1.000000000 REM BAL 2,745,417 | -2,745,417.000 | 15.5000 | 12,683.16 | 438,122.80 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. One Pershing Plaza, Jersey City, New Jersey 07399 Member FINRA, NYSE and SIPC. (Member of all above trademarks)

Page 16 of 21



CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 03/01/2005 - 03/31/2005

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/05 | 03/31/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97JC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 1,926,661 | -1,926,561.000 | 14.8750 | 9,552.80 | 286,208.75 |
| 03/31/05 | 03/31/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-ES 0.000% 05/15/34 B/E DTD 06/01/04 CLR FACTOR 0.623343600 REM BAL 1,263,193 VARIABLE RATE | 2,020,000.000 | 100.0312 | -12,621.41 | -1,276,409.74 |
| 03/31/05 | 03/31/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 7.465% 09/15/33 B/E DTD 08/01/04 FACTOR 0.704668400 REM BAL 2,818,675 VARIABLE RATE | 4,000,000.000 | 104.4843 | -17,534.51 | -2,952,609.84 |

**Total Value of all Transactions**     -$14,555,277.84

The price and quantity displayed may have been rounded.

## Messages

STATEMENT OF FINANCIAL CONDITION

PURSUANT TO THE SECURITIES EXCHANGE ACT OF 1934, PERSHING LLC (PERSHING) MUST PROVIDE INDIVIDUAL INVESTORS WITH CERTAIN FINANCIAL INFORMATION.

ON DECEMBER 31, 2004, PERSHING'S REGULATORY NET CAPITAL OF $1.009 BILLION WAS 12.16% OF AGGREGATE DEBIT BALANCES AND IN EXCESS OF THE MINIMUM REQUIREMENT BY $843 MILLION.

A COMPLETE COPY OF THE DECEMBER 31, 2004 STATEMENT OF FINANCIAL CONDITION IS AVAILABLE AT WWW.PERSHING.COM/FINANCIALSTATEMENT.HTM. YOU MAY ALSO REQUEST A FREE, PRINTED COPY BY CALLING (888)860-8510.

PERSHING HAS BEEN ADVISED BY YOUR INTRODUCING FINANCIAL ORGANIZATION THAT IT DOES NOT RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW. SEE THE TERMS AND CONDITIONS SECTION OF YOUR STATEMENT FOR A DESCRIPTION OF PERSHING'S PAYMENT FOR ORDER FLOW PRACTICES.

FOR ADDITIONAL INFORMATION REGARDING ORDER ROUTING PRACTICES AND THE VENUES TO WHICH YOUR INTRODUCING FINANCIAL ORGANIZATION'S ORDERS ARE ROUTED, YOU MAY VISIT WWW.ORDERROUTINGDISCLOSURE.COM.

UPON WRITTEN REQUEST TO YOUR INTRODUCING FINANCIAL ORGANIZATION, YOU MAY OBTAIN THE IDENTITY OF THE VENUE TO WHICH YOUR ORDERS WERE ROUTED FOR THE SIX MONTHS PRIOR TO YOUR REQUEST AND THE TIME OF TRANSACTIONS THAT MAY HAVE RESULTED FROM SUCH ORDERS.




Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

D0020000009933GCBF33GA7

## Messages *(continued)*

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

Account Number: 7L7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing®** A BNY Securities Group Co.
SelfatsThan The Bdnk of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing, member NASD, NYSE, SIPC. Member of all Pershing investments LLC

DOC0000000090319GS9F30047

# ANNUAL DISCLOSURE OF IMPORTANT INFORMATION TO RECIPIENTS OF PERIODIC STATEMENTS

If you have questions regarding any of this information, please contact your financial organization or your investment professional.

**BUSINESS CONTINUITY**

Pershing maintains a business continuity plan, including redundant data centers and alternate processing facilities, to address information to be normal course of business. These plans are reviewed annually and updated as necessary. The plans outline the actions Pershing will take in the event of a building, city-wide, or regional incident, including relocating technology and operational personnel to alternate regional facilities. Technology data processing can also be switched to an alternate regional data center. All Pershing operations facilities are equipped for resumption of business and save several times per year. Pershing's recovery time objective for business resumption, including those involving a relocation of personnel or technology, is four (4) hours. This recovery objective may be negatively affected by the unavailability of external resources and circumstances beyond our control. In the event that your financial organization experiences a significant business interruption, Pershing may be contacted directly to process limited trade-related transactions, cash disbursements, and security transfers. Instructions to Pershing must be in writing and transmitted via facsimile at (201) 413-5368 or by postal service as follows:

Pershing LLC
P.O. Box 2065
Jersey City, New Jersey 07303-2065

For additional information about how to request funds and securities when your financial organization cannot be contacted due to a significant business interruption, please visit the About Pershing section at the Pershing web site at www.pershing.com or call (201) 413-3635 for recorded instructions. If you cannot access this web site or the previously recorded telephone number, Pershing may be contacted at (213) 624-6100, extension 500, as an alternate telephone number for recorded instructions.

**CREDIT INTEREST**

You may receive interest on positive account balances, referred to as "free credit balances" provided the funds are awaiting reinvestment subject to certain minimum balances and time requirements. Your financial organization may receive compensation expressed as a significant portion of free credit balances as its customer accounts. If you currently maintain free credit balances in your account solely for the purpose of receiving credit interest, and have no intention to invest the funds in the future, contact your financial organization or investment professional to discuss your investment options. NOTE: This notification only applies to those accounts that currently have a balance awaiting reinvestment and that receive credit interest.

**MARGIN DISCLOSURE**

Securities purchased on margin in your account are your financial organization's and Pershing's collateral for the loan to you. Interest you pay on the loan may be borrowed between your financial organization and Pershing. If the securities in your account decline in value, so does the value of the collateral supporting your loan. As a result, your financial organization or Pershing can take action, such as issue a margin call and/or sell securities or other assets in any of your accounts held with Pershing in order to maintain the required equity in the account.

It is important that you fully understand the risks involved in trading securities on margin. These risks include, but are not limited to:

- You can lose more funds or securities than you deposit in the margin account.
- Your financial organization or Pershing can force the sale of securities or other assets in your account(s);
- Your financial organization or Pershing can sell your securities or other assets without contacting you;
- You are not entitled to choose which securities or other assets in your account(s) are liquidated or sold to meet a margin call;
- Your financial organization or Pershing can increase its "house" maintenance margin requirements at any time and is not required to provide you advance written notice; and
- You are not entitled to an extension of time on a margin call.

**NASD PUBLIC DISCLOSURE**

The NASD Public Disclosure number is (800) 289-9999. The NASD regulation web site address is www.nasd.com. An investor brochure that includes information describing the public disclosure program may be obtained from the NASD.

**PAYMENT FOR ORDER FLOW**

Pershing and its affiliate, Pershing Trading Company, L.P. ("PTC"), send certain equity orders to exchanges. Electronic Communication Networks, or broker-dealers during normal business hours and during specialized trading sessions. Certain of these venues provide payments to Pershing or charge access fees to Pershing or PTC depending upon the characteristics of the order and any subsequent execution. The details of these payments and fees are available upon written request. Pershing receives payments for directing listed options order flow to certain option exchanges. Compensation is generally in the form of a per-option contract cash payment.

**BEST EXECUTION**

Notwithstanding the previous paragraph regarding payment for order flow, Pershing and PTC select certain market makers to provide execution of OTC securities transactions which agree to accept orders, transmitted electronically to provide then. If an application or other forms (such as name, address, social security numbers) or the execution routes do not materialize a market to which orders are automatically routed at any given time. Pershing and PTC closely contact market makers to obtain an execution. The designated market makers to which orders are automatically routed are selected based on the consistently high quality of their OTC executions at one or more market segments and their ability to provide opportunities for executions at prices superior to the NBBO.

**PERSHING PRIVACY POLICY** (For the purposes of this section the term "its customer" refers to you.)

Working on behalf of your financial organization, Pershing recognizes the importance of protecting the confidentiality of nonpublic personal information about its customers. Pershing does not share nonpublic personal information with the various means available for price discovery. Pershing also regularly reviews reports for quality or execution purposes.

If an order for an exchange-listed security is not immediately executable at the price, such order may be represented in the national marketplace using the various means available for price discovery. Pershing also regularly reviews reports for quality or execution purposes.

1. Pershing collects nonpublic personal information from the following sources:
   - Information on applications or other forms (such as name, address, social security numbers), assets, and income);
   - Customer transactions with Pershing, their financial organization, or others; and
   - Consumer reporting agencies (such as credit worthiness and credit history).

2. Internal data security policies restrict access to nonpublic personal information to authorized employees. Pershing maintains physical, electronic, and procedural safeguards that are designed to comply with federal standards to guard nonpublic personal information. Employees who violate these policies are subject to disciplinary action.

3. Pershing may disclose nonpublic personal information about its customers to affiliates, such as banks, mortgage lenders, and broker-dealers, in order to carry out ordinary business transactions. A top priority for Pershing is to keep its information secure.

4. Pershing may disclose nonpublic personal information about its customers to nonaffiliated third parties with whom it has contracted to perform services on its behalf, such as printing, mailing, fraud prevention, and data processing services, as well as your financial organization (which has a clearing agreement with Pershing). Pershing may also disclose nonpublic personal information about its customers to affiliates and third parties as permitted or required by law.

5. Pershing does not disclose nonpublic personal information about former customers, except as permitted or required by law.

6. Pershing may disclose nonpublic personal information to facilitate its customers' use of the web site, to track usage of the web site, and to address security hazards. A cookie is a small piece of information that a web site can store on your personal computer and which it can later retrieve. Pershing may use cookies for some administrative purposes, for example, to store customers' preferences for certain kinds of information, which would contain information that will enable anyone to contact its customers via telephone, e-mail, or any other means. If Pershing's customers are uncomfortable with the use of cookie technology, they may disable those services by refusing cookies, however, could be dependent on cookies and its customers may disable those services by refusing cookies. Certain of Pershing's services

(continues on the next page)



Account Number: 727-891035
CROCKER SECURITIES LLC

Checking Through **Pershing**
A BNY Securities Group, Inc.
Member NYSE/SIPC
PAR-02-OUTSHEMT

One Pershing Plaza, Jersey City, New Jersey 07399
Federal ID: www.bnysecurities.com

# MUTUAL FUND BREAKPOINT DISCOUNTS AND OTHER DISCLOSURES RELATING TO MUTUAL FUND, MONEY FUND, AND ANNUITY FEES AND REVENUE SHARING

Before investing in mutual funds, it is important that you understand the sales charges, expenses, and management fees that you will be charged, as well as the breakpoint discounts to which you may be entitled. Understanding these charges and breakpoint discounts will assist you in identifying the best investment for your particular needs and may help you to reduce the cost of your investment. This section will give you general background information about these charges and discounts; however, sales charges, expenses, management fees, and breakpoint discounts associated with a particular mutual fund.

Therefore, you should discuss these matters with your investment professional and review each mutual fund's prospectus and statement of additional information (which are available from your investment professional) to obtain the specific information regarding the charges and breakpoint discounts associated with a particular mutual fund.

## Sales Charges

Investors who purchase mutual fund shares may choose to purchase shares in different classes, including funds that provide breakpoint discounts and those that are advantageous in light of their specific investing needs. Each mutual fund has a specified investment strategy. You should consider whether the mutual fund's investment strategy is compatible with your investment objectives. Additionally, many mutual funds offer different share classes. Although each share class represents a similar interest in the mutual fund's portfolio, the mutual fund will charge you different fees and expenses depending upon your choice of share class. As a general rule, Class A shares carry a "front-end" sales charge or "load" that is deducted from your investment at the time you buy the fund shares. This sales charge is a percentage of your total purchase. As explained below, many mutual funds offer volume discounts to the front-end sales charge assessed on Class A shares at certain predetermined levels of investment, which are called "breakpoint discounts." In contrast, Class B and C shares usually do not carry any front-end sales charges. Instead, investors who purchase Class B or C shares pay asset-based sales charges, which may be higher or lower than the charges associated with Class A shares. Investors who purchase Class B and C shares may also be required to pay a sales charge known as a contingent deferred sales charge when they sell their shares, depending upon the rules of the particular mutual fund. This is known as a "back-end" sales charge or "load."

## Breakpoint Discounts

Most mutual funds offer investors a variety of ways to qualify for breakpoint discounts on the sales charge associated with the purchase of Class A shares. In general, most mutual funds provide breakpoint discounts to investors who make large purchases at one time. The extent of the discount depends upon the size of the purchase. Generally, as the amount of the purchase increases, the percentage used to determine the sales load decreases. In fact, the entire sales charge may be waived for investors that make very large purchases of Class A shares. Mutual fund prospectuses contain tables that illustrate the available breakpoint discounts and the investment levels at which breakpoint discounts apply. Additionally, most mutual funds allow investors to qualify for breakpoint discounts based upon current holdings from prior purchases through Rights of Accumulation (ROA) and from future purchases based upon Letters of Intent (LOI). Mutual funds have different rules regarding the availability of ROAs and LOIs. Therefore, you should discuss these matters with your investment professional and review the mutual fund's prospectus and statement of additional information to determine the specific terms upon which a mutual fund offers ROAs or LOIs.

### Rights of Accumulation
Many mutual funds allow investors to count the value of previous purchases of the same fund, or another fund within the same fund family, with the value of the current purchase to qualify for breakpoint discounts. Moreover, mutual funds may allow investors to count existing holdings in multiple accounts, such as individual retirement accounts (IRAs) or accounts at other financial organizations to qualify for breakpoint discounts. You should review the mutual fund prospectus to determine if the mutual fund allows investors to count holdings in multiple accounts either within the same fund family or at other financial organizations to qualify for breakpoint discounts. If you wish to rely upon holdings in multiple accounts, you may need to inform your investment professional of these accounts. You may need to provide documentation, such as an account statement, establishing those balances in accounts at another firm, if you wish to rely upon balances in accounts at another firm.

In addition, many mutual funds allow investors to count the value of holdings in accounts of certain related parties, such as spouses or children, to qualify for breakpoint discounts. Each mutual fund has different rules that govern when relatives may rely upon each other's holdings to qualify for breakpoint discounts. You should consult with your investment professional or review the mutual fund's prospectus to determine what these rules are for the fund family in which you are investing. If you wish to rely upon the holdings of related parties to qualify for a breakpoint discount, you should inform your investment professional of these accounts. You may need to provide documentation to your investment professional if you wish to rely upon balances in accounts at another firm. Mutual funds also follow different rules to determine the value of existing holdings. Some funds use the current net asset value (NAV) of existing holdings in determining whether an investor qualifies for a breakpoint discount. Other funds use the historical cost, which is the cost of the initial purchase, to determine eligibility for breakpoint discounts. If the mutual fund uses historical cost, you may need to provide account records, such as confirmation statements or monthly statements, to qualify for a breakpoint discount based upon previous purchases. You should consult with your investment professional and review the mutual fund's prospectus and statement of additional information to determine whether the mutual fund uses either NAV or historical cost to determine breakpoint eligibility.

### Letters of Intent
Most mutual funds allow investors to qualify for breakpoint discounts by signing a LOI, which commits the investor to purchasing a specified amount of Class A shares within a defined period of time, usually 13 months. For instance, if an investor plans to purchase $50,000 worth of Class A shares over a period of 13 months, but makes an initial purchase of only $10,000, the mutual fund could charge the investor a sales charge based upon a $10,000 purchase rather than a $50,000 purchase. To qualify for the breakpoint discount associated with a $50,000 purchase, the investor may sign a LOI. In this circumstance, the mutual fund will apply the breakpoint discount to the initial $10,000 purchase and to subsequent purchases that fall within the LOI period. Additionally, some funds offer retroactive LOIs that allow an investor to rely upon purchases in the recent past to qualify for a breakpoint discount. However, if an investor fails to invest the amount required by the LOI, the fund is entitled to retroactively deduct the correct sales charges based upon the amount actually invested. If you intend to make several purchases within a 13-month period, you should consult your investment professional and the mutual fund prospectus to determine if it would be beneficial for you to sign a LOI. As you consider the amount of money that you have to invest, carefully consider whether it is in your interest to invest a large amount initially to qualify for a breakpoint discount, or whether it is in your interest to invest a larger amount than you might otherwise intend so that you qualify for a breakpoint discount. You should also consult with your investment professional and the mutual fund prospectus to determine if it would be beneficial for you to sign a LOI. As you consider the various aspects of breakpoint discounts, you can also review the Investor Alerts that are available on the NASD web site at www.nasd.com/alert_mfbreakpoint/index.htm.

## Mutual Fund Fees and Revenue Sharing

Pershing may receive servicing fees from mutual funds for the participation in Pershing's mutual fund no-transaction-fee program in lieu of clearance charges to your financial organization. Participation by your financial organization in this program is optional and your financial organization may share with Pershing in such fees. These fees may be considered revenue sharing and are a significant source of revenue for Pershing and may be a significant source of revenue to your financial organization. These recurring fees are based on the size of your assets.

Mutual funds also receive operational reimbursements from mutual funds in the form of technology or omnibus processing fees. These fees are based on a flat fee per holding and are reimbursed to Pershing for the work it performs on behalf of the funds, which may include but is not limited to, subaccounting services, dividend calculation and posting, accounting and reconciliation, client confirmation and statement preparation and mailing, and tax statement preparation and mailing. For a listing of mutual funds that pay Pershing for no-transaction-fee program or a listing of funds that pay Pershing networking or omnibus fees, please refer to www.pershing.com/mutualfunds.htm.

## Money Fund Fees and Revenue Sharing

Pershing also receives operational reimbursement from mutual funds in the form of technology or omnibus processing fees. These fees are based on a flat fee per holding and are reimbursed to Pershing for the work it performs on behalf of the funds, which may include but is not limited to, subaccounting services, dividend calculation and posting, accounting and reconciliation, client confirmation and statement preparation and mailing, and tax statement preparation and mailing. These fees are a source of revenue for Pershing and may be a significant source of revenue to your financial organization.

Pershing receives fees from certain money fund providers, which may be associated with your financial organization. These fees reduce the cost of money market funds or FDIC-insured bank deposits, which are established through Pershing's money market fund or FDIC-insured bank deposit programs. A portion of Pershing's fees is applied against costs associated with providing services on behalf of the funds, which may include sweep systems, subaccounting services, dividend calculation and posting, accounting and reconciliation, client confirmation, statement preparation and mailing, tax statement preparation and mailing, marketing and distribution related support, and other services.

## Annuity Fees and Revenue Sharing

Pershing may receive servicing fees from certain insurance companies that participate in Pershing's annuity no-transaction-fee program in lieu of clearance charges to your financial organization. Participation by your financial organization in its program is optional. These fees may be considered revenue sharing and are a source of revenue for Pershing.

Pershing also receives operational reimbursement fees from certain insurance companies. These fees are based on a flat fee per holding and are reimbursed to Pershing for the services it provides, which may include, but is not limited to, posting, account reconciliation, and client statement preparation and mailing. These fees are a source of revenue for Pershing. For additional details regarding Pershing's annuity no-transaction-fee program and a listing of participating annuities that pay Pershing revenue sharing and processing fees, please refer to www.pershing.com/mutualfunds.htm.

Account Number: 727-891035

CROCKER SECURITIES LLC

Clearing Through **Pershing** Member FINRA, NYSE, SIPC

One Pershing Plaza, Jersey City, New Jersey 07399

Page 20 of 21

D000000000903SECSF310417



## GENERAL INFORMATION

1. All securities and transactions shall be solely for your account and risk and subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and its clearing facility, if any, where the transactions are executed and/or cleared, or if applicable to the National Association of Securities Dealers, Inc., and to all applicable laws and regulations.

2. Whenever you are indebted to Pershing LLC ("Pershing") for any amount, all securities held by it for you in any account in which you have any interest may be held by Pershing as security and/or pledged or hypothecated by Pershing for any amount due to Pershing in such account or for a greater sum and without notice to you or Pershing's right to sell or otherwise dispose of such securities carried in such accounts; any balance remaining after Pershing to be promptly paid by you.

3. Whenever due to any amount, all securities carried for your account are or may be, without further notice to you, pledged or repledged by Pershing, either separately or with other securities, for a sum equal to or greater than your indebtedness to Pershing, but not until other circumstances in or received prohibited by law.

4. Title to securities sold to you, where Pershing has acted as principal, shall remain with Pershing until the entire purchase price is received.

5. Any free credit balance carried for your account represents funds payable upon demand which, although properly accounted for on Pershing's books of record, are not segregated and may be used in the conduct of its business.

6. You may have received confirmations for transactions which do not appear on your statement. If so, the transactions will appear on your next statement. Such transactions are considered by you as having been received.

7. If you maintain a margin account, this is a combined statement of your general account and a special memorandum account maintained for you under Regulation T of the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon request.

8. Interest and period covered are indicated. The rate of interest and period covered are indicated. The rate of interest is computed as indicated on the statement, divided by the number of days.

9. A financial statement of Pershing is available for your personal inspection at Pershing's offices. A copy of it will be mailed upon your written request or you can view it online at Pershing.com.

10. Please notify us in writing of any material changes in your records.

11. Dividends, interest and other distributions. This classification is subject to change and is used only to prepare your tax return.

12. Pershing does not provide tax, investment or legal advice. If given, investors are encouraged to consult their tax advisors to determine the appropriate treatment of their business.

13. The carrying firm or its affiliates provides up to the bid and asked listed in its account statement.

14. Pershing trades for its own account as a market maker, specialist, odd lot dealer, block positioner, arbitrageur and/or investor. Consequently, at the time of any transaction you may make, Pershing may have a position in such securities, which position may be partially or completely hedged.

15. Average price transactions indicated on the front of this statement.

16. This statement will be deemed conclusive and an account stated unless you advise Pershing in writing of any objection to it within ten days after receipt. Any such objection should be sent to Pershing at One Pershing Plaza, Jersey City, New Jersey 07399, Attention: Compliance Department.

### ERRORS AND OMISSIONS EXCEPTED

### THE ROLE OF PERSHING

This section includes the market value of the securities in your account at the close of the statement period.

### PORTFOLIO HOLDINGS

**If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to Pershing at One Pershing Plaza, Jersey City, New Jersey 07399, Attention: Compliance Department.**

DALLAS BASED FOR COMMUNICATION

Account Number: 727-6591035

Clearing through: **Pershing**
PAP-02-CUTSHEET

CROCKER SECURITIES LLC

## TERMS AND CONDITIONS

### PAYMENT FOR ORDER FLOW PRACTICES

### ARBITRATION DISCLOSURES

### ARBITRATION AGREEMENT

### ARBITRATION

- THE PARTIES ARE WAIVING THEIR RIGHT TO SEEK REMEDIES IN COURT, INCLUDING THE RIGHT TO JURY TRIAL.
- PRE-ARBITRATION DISCOVERY IS GENERALLY MORE LIMITED THAN AND DIFFERENT FROM COURT PROCEEDINGS.
- THE ARBITRATORS' AWARD IS NOT REQUIRED TO INCLUDE FACTUAL FINDINGS OR LEGAL REASONING AND ANY PARTY'S RIGHT TO APPEAL OR TO SEEK MODIFICATION OF RULINGS BY THE ARBITRATORS IS STRICTLY LIMITED.
- THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

NO PERSON SHALL BRING A PUTATIVE OR CERTIFIED CLASS ACTION TO ARBITRATION, NOR SEEK TO ENFORCE ANY PRE-DISPUTE ARBITRATION AGREEMENT AGAINST ANY PERSON WHO HAS INITIATED IN COURT A PUTATIVE CLASS ACTION; OR WHO IS A MEMBER OF A PUTATIVE CLASS WHO HAS NOT OPTED OUT OF THE CLASS WITH RESPECT TO ANY CLAIMS ENCOMPASSED BY THE PUTATIVE CLASS ACTION UNTIL: (I) THE CLASS CERTIFICATION IS DENIED; OR (II) THE CLASS IS DECERTIFIED; OR (III) THE CUSTOMER IS EXCLUDED FROM THE CLASS BY THE COURT. SUCH FORBEARANCE TO ENFORCE AN AGREEMENT TO ARBITRATE SHALL NOT CONSTITUTE A WAIVER OF ANY RIGHTS UNDER THIS AGREEMENT EXCEPT TO THE EXTENT STATED HEREIN.

THE LAWS OF THE STATE OF NEW YORK GOVERN.

ANY CONTROVERSY BETWEEN YOU AND ANY SECURITIES EXCHANGE OR WHICH A TRANSACTION GIVING RISE TO THE CLAIM TOOK PLACE SHALL ONLY BEFORE SUCH EXCHANGE, OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.