# THEODORE BRAGG DECLARATION

# EXHIBIT A

# 4 OF 9



# CROCKER SECURITIES LLC

3399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1640

D000000009207ZC6P31035

llı.ıl..ıl..ıl.ıll.ı.lll..ıll.ıl..ll..ıl.ıl.ı.ıl.ıl.ll

CROCKER SECURITIES LLC
- - TAXABLE TRADE #2 - -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

## Brokerage
## Account Statement

Account Number: 7Z7-891035
Statement Period: 04/01/2005 - 04/30/2005

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$853,294.68 |
| Dividends/Interest | 171,292.20 |
| Change in Account Value | 1,337,129.56 |
| Ending Account Value | $655,127.08 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | | | | |
| Cash and Cash Equivalents | 23,293,306.47 | 16,760,194.78 | 100% | Your Account is 100% invested in Fixed Income |
| | -24,146,601.15 | -16,105,067.70 | 0% | |
| Account Total | -$853,294.68 | $555,127.08 | 100% | |


QUENE SIZED
FOR COMMUNICATION

D000000009207ZC6P31035

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Clearing Firm of Pershing Investments LLC

Page 1 of 13

## Customer Service Information

| | Contact Information | Customer Service Information |
|---|---|---|
| Your Investment Advisor: RDG<br>DOUG GREEN | Telephone Number: (561) 361-4803<br>Fax Number: (561) 362-5261 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST<br>Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

### Cash and Cash Equivalents  0.00% of Portfolio

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Margin Balance | -24,146,601.15 | -16,105,067.70 | | | |
| | Total Cash and Cash Equivalents | -$24,146,601.15 | -$16,105,067.70 | $0.00 | $0.00 | |

### Fixed Income  100.00% of Portfolio  *(In Maturity Date Sequence)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Asset Backed Securities** | | | | | |
| 1,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2842-J CL-2842J INV FLTR<br>9.680% 09/15/33 B/E DTD 08/01/04<br>*Security Identifier* 31395EZT3 Factor: 0.61206307 | 99.3680 | 608.19 | 4.61 | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-46 CL-46-OD "INV"<br>0.000% 03/25/34 B/E DTD 05/25/04<br>*Security Identifier* 31393VU37 Factor: 0.98336007 | 102.7480 | 10,103,920.52 | 0.00 | | |
| 540,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2815 CL-2815-BS 0.000% 05/15/34 B/E<br>DTD 06/01/04 CLB<br>*Security Identifier* 31395AON2 Factor: 0.59060711 | 100.5880 | 320,806.32 | 0.00 | | |
| 7,086,958.00M | GNMA GTD REMIC PASS THRU CTFS REMIC<br>SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E<br>DTD 07/21/04<br>*Security Identifier* 3837AHD3 Factor: 0.68355921 | 100.9940 | 4,892,508.30 | 22,606.99 | | |

0C00000000050721C5FP0025



# CROCKER SECURITIES LLC

2399 Oak Road • Suite 210 • Walnut Creek, CA 94597
925-941-1540

## Brokerage
### Account Statement

Statement Period: 04/01/2005 - 04/30/2005

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 1,836,333.00** | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2305 CL-2305-LS INV FLTR 10.573% 08/15/34 B/E DTD 12/01/04 | 98.3270 | 1,442,351.45 | 12,062.91 | $0.00 | $0.00 |
| | *Security Identifier: 31395KQQ4  Factor: 0.78981621* | | | | | |
| **Total Asset Backed Securities** | | | **$16,760,760.78** | **$34,674.51** | **$0.00** | |
| **Total Fixed Income** | | | **$16,760,194.78** | **$34,674.51** | **$0.00** | |

| Description | | | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | | **$655,127.08** | **$34,674.51** | **$0.00** |

** This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

**Pricing** - Securities prices may vary from actual liquidation value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other income shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of

execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.


PAPER BASED
FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAS-02-CUTSHEET

A BNY Securities Group Co.
Member NYSE, NASD, SIPC

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Cleared and the Pershing Investments LLC

DO000000092072CSFY0015

# Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/01/05 | 03/11/05 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A42<br>0.000% 10/25/33 B/E DTD 06/01/03<br>FACTOR 1.0000600000 REM BAL 500,000 | -500,000,000.000 | 70.0000 | | 350,000.00 |
| 04/01/05 | 03/29/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2762 CL-2762-SW CTFS GTD<br>12.000% 03/15/24 B/E DTD 03/15/04 CLB<br>QUANT/CHG CORRECTED CONFIRM | 5,455,000,000.000 | 99.7187 | -48,643.32 | -4,899,294.01 |
| 04/01/05 | 03/29/05 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2762 CL-2762-SW CTFS GTD<br>12.000% 03/15/24 B/E DTD 03/15/04 CLB<br>QUANT/CHG CANCELLED TRADE | -5,445,000,000.000 | 99.7187 | 18,549.32 | 4,869,200.01 |
| 04/01/05 | 03/31/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2842-1 CL-2842-1 INV FLTR<br>10.303% 09/15/33 B/E DTD 08/01/04<br>FACTOR 0.7046888300 REM BAL  2,789,583<br>VARIABLE RATE | 1,836,333.000 | 100.0000 | -15,070.89 | -1,637,646.10 |
| 04/01/05 | 03/31/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2905 CL-2905-LS INV FLTR<br>11.149% 08/15/24 B/E DTD 12/01/04<br>FACTOR 0.8833653009 REM BAL  1,622,575<br>VARIABLE RATE | 3,958,715.000 | 100.0000 | -23,951.67 | -2,813,534.74 |
| 04/04/05 | | REDEMPTION ADJUSTMENT | BANC AMER MTG SECS INC 2003-5 MTG<br>PASSTHRU CTF 1-A-25 17.000% 07/25/33 B/E<br>ADJ 2/25/05 RATE FROM 11.3386 TO 11.2<br>093 | | | | -38.69 |
| 04/04/05 | 03/29/05 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2762 CL-2762-SW CTFS GTD<br>12.000% 03/15/24 B/E DTD 03/15/04 CLB<br>INTCHG CORRECTED CONFIRM | -5,455,000,000.000 | 99.7187 | 48,643.32 | 4,899,294.01 |
| 04/04/05 | 03/29/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2762 CL-2762-SW CTFS GTD<br>12.000% 03/15/24 B/E DTD 03/15/04 CLB<br>CORRECTED CONFIRM | 5,455,000,000.000 | 99.7187 | -18,549.32 | -4,869,200.01 |
| 04/05/05 | 03/30/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD INV<br>SER-2691 CL-2691-SL INV FLTR<br>0.000% 06/15/30 REG DTD 10/15/03 CLB<br>INTCHG VARIABLE RATE<br>CORRECTED CONFIRM | 328,602.000 | 96.2500 | -1,208.47 | -235,676.74 |
| 04/05/05 | 03/30/05 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD INV<br>SER-2691 CL-2691-SL INV FLTR<br>0.000% 06/15/30 REG DTD 10/15/03 CLB<br>CHG TO BUY VARIABLE RATE<br>CANCELLED TRADE | -328,602.000 | 96.2500 | | 234,468.27 |

DC000000009297ACSF3003S



**CROCKER SECURITIES LLC**
2299 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



# Brokerage Account Statement

## Transactions in Date Sequence *(continued)*

**Statement Period: 04/01/2005 - 04/30/2005**

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/06/05 | 03/11/05 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A42<br>0.000% 10/25/33 B/E DTD 08/01/03<br>FACTOR 1.00000000000 REM BAL 500,000 | 500,000.000 | 70.0000 | | -350,000.00 |
| 04/08/05 | | BOND INTEREST RECEIVED | CANCELLED TRADE<br>GNMA GTD REMIC PASS THRU CTFS REMIC<br>SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E<br>RD 09/20 PD 10/20/04 INT CR FOR TRD ADJ<br>10/1 A/O 9/30/04 | | | | 36,559.79 |
| 04/13/05 | 03/31/05 | PURCHASED | FNMA 5.50 APR 2005 PL TBA SETT 04/13/05<br>"PAIR OFF" 5.500% 04/13/05 REG<br>DTD 03/15/05 FACTOR 1.00000000000<br>REM BAL 46,500,000 | 46,500,000.000 | 99.8437 | -85,250.00 | -46,512,593.75 |
| 04/13/05 | 03/31/05 | SOLD | FNMA 5.50 APR 2005 PL TBA SETT 04/13/05<br>"PAIR OFF" 5.500% 04/13/05 REG<br>DTD 03/15/05 FACTOR 1.0000000000<br>REM BAL 26,500,000 | 26,500,000.000 | 100.5351 | 48,583.33 | 26,690,389.75 |
| 04/13/05 | 03/31/05 | SOLD | FNMA 5.50 APR 2005 PL TBA SETT 04/13/05<br>"PAIR OFF" 5.500% 04/13/05 REG<br>DTD 03/15/05 FACTOR 1.0000000000<br>REM BAL 20,000,000 | -20,000,000.000 | 100.5390 | 36,666.67 | 20,144,479.17 |
| 04/13/05 | 04/11/05 | PURCHASED | FNMA 5.50 APR 2005 PL TBA SETT 04/13/05<br>"PAIR OFF" 5.500% 04/13/05 REG<br>DTD 03/15/05 FACTOR 1.0000000000<br>REM BAL 5,000,000 | 5,000,000.000 | 100.4687 | -9,166.67 | -5,032,604.17 |
| 04/13/05 | 04/11/05 | PURCHASED | FNMA 5.50 APR 2005 PL TBA SETT 04/13/05<br>"PAIR OFF" 5.500% 04/13/05 REG<br>DTD 03/15/05 FACTOR 1.00000000000<br>REM BAL 5,000,000 | 5,000,000.000 | 100.2031 | -9,166.67 | -5,019,322.92 |
| 04/13/05 | 04/11/05 | PURCHASED | FNMA 5.50 APR 2005 PL TBA SETT 04/13/05<br>"PAIR OFF" 5.500% 04/13/05 REG<br>DTD 03/15/05 FACTOR 1.0000000000<br>REM BAL 5,000,000 | 5,000,000.000 | 100.2812 | -9,166.67 | -5,023,229.17 |
| 04/13/05 | 04/11/05 | SOLD | FNMA 5.50 APR 2005 PL TBA SETT 04/13/05<br>"PAIR OFF" 5.500% 04/13/05 REG<br>DTD 03/15/05 FACTOR 1.00000000000<br>REM BAL 5,000,000 | -5,000,000.000 | 99.8875 | 9,166.67 | 4,993,541.67 |

D000000009207ZCSF9003



Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** · A BNY Securities Group Inc.
PAR-02-OUT-SHEET   Subsidiary of The Bank of New York   One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, NASD, SIPC. Member of all principal exchanges in U.S.

Page 5 of 13



## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/13/05 | 04/11/05 | SOLD | FNMA 5.50 APR 2005 PL TBA SETT 04/13/05 "PAIR OFF" 5.500% 04/13/05 REG REM BAL 5,000,000 DTD 03/15/05 FACTOR 1.000000000 | -5,000,000.000 | 100.5000 | 9,166.67 | 5,034,166.67 |
| 04/13/05 | 04/11/05 | SOLD | FNMA 5.50 APR 2005 PL TBA SETT 04/13/05 "PAIR OFF" 5.500% 04/13/05 REG REM BAL 5,000,000 DTD 03/15/05 FACTOR 1.000000000 | -5,000,000.000 | 100.5312 | 9,166.67 | 5,035,729.17 |
| 04/13/05 | 04/12/05 | PURCHASED | FNMA 5.50 APR 2005 PL TBA SETT 04/13/05 "PAIR OFF" 5.500% 04/13/05 REG REM BAL 18,000,000 DTD 03/15/05 FACTOR 1.000000000 | 18,000,000.000 | 100.1718 | -33,000.00 | -18,063,937.50 |
| 04/13/05 | 04/12/05 | SOLD | FNMA 5.50 APR 2005 PL TBA SETT 04/13/05 "PAIR OFF" 5.500% 04/13/05 REG REM BAL 5,000,000 DTD 03/15/05 FACTOR 1.000000000 | -5,000,000.000 | 99.0312 | 9,166.67 | 4,960,729.17 |
| 04/13/05 | 04/12/05 | SOLD | FNMA 5.50 APR 2005 PL TBA SETT 04/13/05 "PAIR OFF" 5.500% 04/13/05 REG REM BAL 5,000,000 DTD 03/15/05 FACTOR 1.000000000 | -5,000,000.000 | 100.0937 | 9,166.67 | 5,013,654.17 |
| 04/13/05 | 04/12/05 | SOLD | FNMA 5.50 APR 2005 PL TBA SETT 04/13/05 "PAIR OFF" 5.500% 04/13/05 REG REM BAL 5,000,000 DTD 03/15/05 FACTOR 1.000000000 | -5,000,000.000 | 100.5312 | 9,166.67 | 5,024,791.67 |
| 04/13/05 | 04/12/05 | SOLD | FNMA 5.50 APR 2005 PL TBA SETT 04/13/05 "PAIR OFF" 5.500% 04/13/05 REG REM BAL 3,000,000 DTD 03/15/05 FACTOR 1.000000000 | -3,000,000.000 | 99.8906 | 5,500.00 | 3,002,218.75 |
| 04/15/05 | | BOND INTEREST RECEIVED | 156802 FHLMC MULTICLASS MTG PARTN CTFS GTD INV SER-2691 CL-2691-SL INV FLTR 0.000% 06/15/30 REG DTD 10/15/03 CLB RD 03/31 PD 04/15/05 | | | | 1,033.64 |
| 04/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD INV SER-2691 CL-2691-SL INV FLTR 0.000% 06/15/30 REG DTD 10/15/03 CLB RD 03/31 PD 04/15/05 | | | | 3,840.97 |
| 04/15/05 | | BOND INTEREST RECEIVED | 546000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-SW CTFS GTD 12.000% 03/15/34 BJE DTD 03/15/04 CLB RD 03/31 PD 04/15/05 | | | | 34,716.21 |
| 04/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-SW CTFS GTD 12.000% 03/15/34 BJE DTD 03/15/04 CLB RD 03/31 PD 04/15/05 | | | | 60,450.61 |

00000000092072C5FR0035



# CROCKER
## SECURITIES LLC
3259 Oak Road • Suite 130 • Walnut Creek, CA 94597
925-941-1616

# Brokerage
## Account Statement

Statement Period: 04/01/2005 - 04/30/2005

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/15/05 | | BOND INTEREST RECEIVED | 202000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 06/15/34 B/E DTD 08/01/04 CLB RD 03/31 PD 04/15/05 | | | | 12,821.41 |
| 04/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 06/15/34 B/E DTD 06/01/04 CLB RD 03/31 PD 04/15/05 | | | | 70,167.23 |
| 04/15/05 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J 9.680% 09/15/33 B/E RD 03/31 PD 04/15/05 T/S    04/01 A/O 03/31/05 | | | | 23,951.67 |
| 04/15/05 | | BOND INTEREST RECEIVED | 1000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 10.303% 09/15/33 B/E DTD 08/01/04 RD 03/31 PD 04/15/05 | | | | 6.05 |
| 04/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J 9.680% 09/15/33 B/E RD 03/31 PD 04/15/05 T/S    04/01 A/O 03/31/05 | -3,958,715.000 | | | 366,599.80 |
| 04/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 10.303% 09/15/33 B/E DTD 08/01/04 RD 03/31 PD 04/15/05 | 92.61 | | | 92.61 |
| 04/15/05 | | BOND INTEREST RECEIVED | 4000000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 7.465% 09/15/33 B/E DTD 08/01/04 RD 03/31 PD 04/15/05 | 17,534.51 | | | 17,534.51 |
| 04/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 7.465% 09/15/33 B/E DTD 08/01/04 RD 03/31 PD 04/15/05 | 370,423.08 | | | 370,423.08 |
| 04/15/05 | | BOND INTEREST RECEIVED | 4400000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-CG 5.500% 10/15/34 B/E DTD 10/01/04 CLB RD 03/31 PD 04/15/05 | 20,166.67 | | | 20,166.67 |

D030000000052072CSPJ0035

CLEAR LEFID
FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
PAR-02-CUTSHEET

Pershing A BNY Securities Group Co.
SubsidiaryFrom The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, SIPC Member of all Principal Securities and Futures Exchanges in the US

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/18/05 | 03/29/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2762 CL-Z/B2-SW CTFS GTD 0.000% 03/15/34 B/E DTD 03/15/04 CLB FACTOR .88061778 VARIABLE RATE CORRECTED CONFIRM | -5,455,000.000 | 96.0000 | 3,319.61 | 4,614,533.80 |
| 04/18/05 | | BOND INTEREST ADJUSTMENT | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2762 CL-Z/B2-SW 0.000% 03/15/34 B/E RD 03/31 PD 04/15/05 ADJ P&I FOR TRD ADJ | | | | -34,716.21 |
| 04/18/05 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2762 CL-Z/B2-SW 0.000% 03/15/34 B/E RD 03/31 PD 04/15/05 ADJ P&I FOR TRD ADJ 4/1 A/O 3/31/05 | | | | 34,779.97 |
| 04/18/05 | | PRINCIPAL PAY DOWN ADJUSTMENT | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2762 CL-Z/B2-SW 0.000% 03/15/34 B/E RD 03/31 PD 04/15/05 ADJ P&I FOR TRD ADJ 4/1 A/O 3/31/05 | | | | -60,450.61 |
| 04/18/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2762 CL-Z/B2-SW 0.000% 03/15/34 B/E RD 03/31 PD 04/15/05 ADJ P&I FOR TRD ADJ 4/1 A/O 3/31/05 | | | | 60,551.63 |
| 04/18/05 | 04/18/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2762 CL-Z/B2-SW CTFS GTD 0.000% 03/15/34 B/E DTD 03/15/04 CLB FACTOR .88061778 00 REM BAL 4,803,769 | 5,455,000.000 | 96.0312 | -3,319.61 | -4,616,439.98 |
| 04/18/05 | 04/18/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2762 CL-Z/B2-SW CTFS GTD 0.000% 03/15/34 B/E DTD 03/15/04 CLB FACTOR .88061778 00 REM BAL 4,803,769 PAIR OFF VARIABLE RATE | -5,455,000.000 | 93.0000 | 3,319.61 | 4,470,825.70 |
| 04/18/05 | | BOND INTEREST RECEIVED | 574897 GNMA GTD REMIC PASS THRU CTFS REMIC SER 2004-82 CL-92 AT 0.000% 11/16/34 B/E DTD 11/16/04 CLB RD 03/31 PD 04/16/05 FACTOR .08806177800 REM BAL 4,803,769 VARIABLE RATE | | | | 3,678.28 |
| 04/18/05 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTFS REMIC SER 2004-82 CL-92 AT 0.000% 11/16/34 B/E DTD 11/16/04 CLB RD 03/31 PD 04/16/05 | | | | 6,061.95 |
| 04/18/05 | 04/14/05 | PURCHASED | GNMA GTD MTG PASS THRU CTFS POOL #386540 8.500% 10/15/24 REG DTD 10/01/94 FACTOR .04623071000 REM BAL 92,672 | 2,004,564.000 | 109.5000 | -393.86 | -101,870.16 |

D0000000092072CSF10035

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
One Pershing Plaza, Jersey City, New Jersey 07399
Member Securities Investor Protection Corporation (SIPC)

Page 8 of 13



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 210 • Walnut Creek, CA 94597
925-941-5440

## Brokerage Account Statement

Statement Period: 04/01/2005 - 04/30/2005

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/19/05 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS 10.573% 08/15/34 B/E RD 03/31 PD 04/15/05 T/S 04/01 A/O 03/31/05 | | | | 15,070.89 |
| 04/19/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS 10.573% 08/15/34 B/E RD 03/31 PD 04/15/05 T/S 04/01 A/O 03/31/05 | -1,836,333.000 | | | 155,682.64 |
| 04/20/05 | 04/19/05 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 31 DEBIT DAYS AV BAL. 22882027.36 AVG RATE. 4.985 03-20-05 TO 04-19-05 | | | | -98,226.94 |
| 04/20/05 | | BOND INTEREST RECEIVED | 86938 GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-441-LC 6.000% 07/15/34 B/E DTD 07/27/04 | | | | 366.46 |
| 04/20/05 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-441-LC 6.000% 07/15/34 B/E DTD 07/27/04 RD 03/31 PD 04/20/05 | | | | 17,851.98 |
| 04/25/05 | 04/20/05 | SOLD | GNMA GTD MTG PASS THRU CTFS POOL # 386540 8.500% 10/15/24 REG DTD 10/01/94 FACTOR 0.0462307100 REM BAL. 92,672 | -2,004,564.000 | 109.5625 | 525.14 | 102,059.36 |
| 04/25/05 | | BOND INTEREST RECEIVED | 100000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 | | | | 103,469.80 |
| 04/25/05 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 03/31 PD 04/25/05 | | | | 19,623.80 |
| 04/29/05 | 03/11/05 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 CORRECTED CONFIRM | -500,000.000 | 70.0000 | | 350,000.00 |

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/29/05 | 03/30/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400,000 | -4,400,000.000 | 101.5062 | 18,822.22 | 4,502,697.22 |
| 04/29/05 | 03/30/05 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-92 CL-92 AT 0.000% 11/16/34 B/E DTD 11/16/04 CLB FACTOR .94926165 VARIABLE RATE CORRECTED CONFIRM | -574,841.000 | 99.1250 | 1,576.41 | 542,481.93 |
| 04/29/05 | 03/31/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 05/01/04 CLB FACTOR .59460711 VARIABLE RATE CORRECTED CONFIRM | -2,020,000.000 | 100.0625 | 10,828.70 | 1,204,600.70 |
| 04/28/05 | 04/01/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842 CL-2842-J INV FLTR 9.660% 09/15/33 B/E DTD 08/01/04 FACTOR .51206307/D0 VARIABLE RATE CORRECTED CONFIRM | -3,958,715.000 | 100.0000 | 18,242.37 | 2,441,225.63 |
| 04/29/05 | 04/01/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 10.573% 09/15/34 B/E DTD 12/01/04 FACTOR .79881621 VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 100.0000 | 12,063.43 | 1,478,595.00 |
| 04/29/05 | 04/28/05 | PURCHASED | CITICORP MTG SECS INC REMIC PASSTHRU CTF SER 2005-3 CL-1A9 3.870% 04/25/35 B/E DTD 04/01/05 CLB FACTOR 1.000000000 REM BAL 11,887,242 CORRECTED CONFIRM | 11,887,242.000 | 99.8125 | -35,780.60 | -11,900,734.02 |
| 04/29/05 | 04/28/05 | PURCHASED | CITICORP MTG SECS INC REMIC PASSTHRU CTF SER 2005-3 CL-1A9 3.870% 04/25/35 B/E DTD 04/01/05 CLB FACTOR 1.000000000 REM BAL 11,887,242 | 5,000,000.000 | 99.8125 | -15,050.00 | -5,005,675.00 |
| 04/29/05 | 04/28/05 | SOLD | CITICORP MTG SECS INC REMIC PASSTHRU CTF SER 2005-3 CL-1A9 3.870% 04/25/35 B/E DTD 04/01/05 CLB FACTOR 1.000000000 REM BAL 5,000,000 | -11,887,242.000 | 99.8437 | 35,780.60 | 11,904,448.78 |
| 04/29/05 | 04/28/05 | SOLD | CITICORP MTG SECS INC REMIC PASSTHRU CTF SER 2005-3 CL-1A9 3.870% 04/25/35 B/E DTD 04/01/05 CLB FACTOR 1.000000000 REM BAL 5,000,000 | -5,000,000.000 | 99.8437 | 15,050.00 | 5,007,237.50 |
| 04/29/05 | 04/28/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2645 CL-2645-SH INV FLTR 0.000% 07/15/33 B/E DTD 07/07/03 QUANT/CHG VARIABLE RATE CORRECTED CONFIRM | 2,473,296.000 | 80.0000 | -8,455.68 | -1,278,281.43 |



**CROCKER SECURITIES LLC**
1399 Oak Road • Suite 330 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

Statement Period: 04/01/2005 - 04/30/2005

### Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/29/05 | 04/28/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2646 CL-2646-SH INV FLTR 0.000% 07/15/33 B/E DTD 07/01/03 QUANT/CHG VARIABLE RATE CORRECTED CONFIRM | -2,413,286.000 | 81.5000 | 8,456.68 | 1,302,190.68 |
| 04/29/05 | 04/28/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-4E-GD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.98336690700 REM BAL 9,833,690 VARIABLE RATE | 10,000,000.000 | 113.8437 | -13,024.18 | -11,208,066.44 |
| 04/29/05 | 04/28/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2647 CL-2647-HS 11.325% 07/15/33 REG DTD 07/01/03 CLB FACTOR 0.69009862000 REM BAL 560,360 | 872,000.000 | 82.2500 | -3,039.95 | -463,536.12 |
| 04/29/05 | 04/28/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2647 CL-2647-HS 11.325% 07/15/33 REG DTD 07/01/03 CLB FACTOR 0.69009862000 REM BAL 560,360 | -872,000.000 | 84.0000 | 3,039.95 | 473,742.42 |
| 04/29/05 | 04/28/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD INV SER-2691 CL-2691-SL INV FLTR 0.000% 06/15/33 REG DTD 10/15/03 CLB FACTOR 0.71711500000 REM BAL 113,735 VARIABLE RATE | -158,602.000 | 97.0000 | 471.45 | 110,795.25 |
| 04/29/05 | 04/28/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 9.680% 09/15/33 B/E DTD 08/01/04 FACTOR 0.61206307000 REM BAL 2,422,983 VARIABLE RATE | 3,958,715.000 | 100.0312 | -18,242.37 | -2,641,582.81 |
| 04/29/05 | 04/28/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 9.680% 09/15/33 B/E DTD 08/01/04 FACTOR 0.61206307000 REM BAL 2,422,983 VARIABLE RATE | -3,958,715.000 | 99.9687 | 18,242.37 | 2,440,468.44 |

PAPAR RATIO FOR COMMUNICATION

Account Number: 7ZJ-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group (A Subsidiary from The Bank of New York)

Pershing LLC, member FINRA, NYSE, SIPC. The benefit of Pershing Investments LLC

One Pershing Plaza, Jersey City, New Jersey 07399

DO00000000020725SP10035

D0000000000927ZCSFS0035

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/29/05 | 04/28/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 7.210% 09/15/33 B/E DTD 08/01/04 FACTOR 0.612063070 REM BAL 1,836,189 VARIABLE RATE | -3,000,000.000 | 97.7500 | 10,296.94 | 1,805,171.89 |
| 04/29/05 | 04/28/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 7.210% 09/15/33 B/E DTD 08/01/04 FACTOR 0.612063070 REM BAL 612,063 VARIABLE RATE | -1,000,000.000 | 100.0312 | 3,432.31 | 615,495.38 |
| 04/29/05 | 04/28/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 10.573% 09/15/34 B/E DTD 12/01/04 FACTOR 0.798816210 REM BAL 1,466,892 VARIABLE RATE | 1,836,333.000 | 100.0312 | -12,053.43 | -1,479,414.40 |
| 04/29/05 | 04/28/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2968-FC 0.000% 12/15/34 REG REM BAL 10,083,333 VARIABLE RATE DTD 04/01/05 CLB FACTOR 1.000000000 | 100,000,000.000 | 99.8437 | -30,664.54 | -10,095,091.29 |
| 04/29/05 | 04/28/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2968 CL-2968-FC 0.000% 12/15/34 REG REM BAL 10,083.333 VARIABLE RATE DTD 04/01/05 CLB FACTOR 1.000000000 | 10,083,333.000 | 99.8125 | 30,664.54 | 10,098,242.33 |
| 04/29/05 | 04/28/05 | PURCHASED | MASTER ALTERNATIVE LOANS TRUST SER 2003-9 CL 30AX 6.000% 01/25/34 B/E DTD 12/01/03 CLB FACT.640664880 CORRECTED CONFIRM | -10,083,333.000 | 18.6500 | 19,586.22 | 802,335.46 |
| 04/29/05 | 04/28/05 | CORRECTED PURCHASE | MASTER ALTERNATIVE LOANS TRUST SER 2003-9 CL 30AX 6.000% 01/25/34 B/E DTD 12/01/03 CLB FACT.640664880 CORRECTED CONFIRM | 6,551,000.000 | 18.6500 | -19,586.22 | -775,054.66 |
| 04/29/05 | 04/28/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2575 CL-2575-ID 5.500% 08/15/22 REG DTD 02/01/03 CLB FACTOR 0.538163800 REM BAL 2,435,528 | -6,551,000.000 | 15.8750 | -10,418.65 | -397,058.83 |
| 04/29/05 | 04/29/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2575 CL-2575-ID 5.500% 08/15/22 REG DTD 02/01/03 CLB FACTOR 0.538163800 REM BAL 2,435,528 | 4,545,454.000 | 16.3125 | 10,418.65 | 407,714.27 |
| 04/29/05 | 04/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2575 CL-2575-ID 5.500% 08/15/22 REG DTD 02/01/03 CLB FACTOR 0.538163800 REM BAL 2,435,528 | -4,545,454.000 | 16.3125 | 10,418.65 | 407,714.27 |
| 04/29/05 | 04/29/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.983356970 REM BAL 9,833,690 VARIABLE RATE | -10,000,000.000 | 113.0125 | 13,024.18 | 11,204,953.41 |

# Brokerage
## Account Statement

**CROCKER**
SECURITIES LLC
1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Statement Period: 04/01/2005 - 04/30/2005**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Settlement Date | Transaction Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/29/05 | 04/29/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB FACTOR 0.78594646100 REM BAL 2,553,995 VARIABLE RATE | 3,250,000.000 | 84.5000 | -7,329.14 | -2,165,454.98 |
| 04/29/05 | 04/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB FACTOR 0.78594646400 REM BAL 2,553,995 VARIABLE RATE | -3,250,000.000 | 85.5000 | 7,329.14 | 2,190,894.93 |
| 04/29/05 | 04/29/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR 0.590507100 REM BAL 1,193,026 VARIABLE RATE | 2,020,000.000 | 100.0937 | -10,828.70 | -1,204,973.52 |
| 04/29/05 | 04/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR 0.590607100 REM BAL 482,526 VARIABLE RATE | -817,000.000 | 99.9687 | 4,379.73 | 486,754.95 |
| 04/29/05 | 04/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR 0.590607100 REM BAL 391,572 VARIABLE RATE | -663,000.000 | 99.9687 | 3,554.17 | 387,295.23 |
| 04/29/05 | 04/29/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 FACTOR 0.68359592100 REM BAL 4,784,914 | 7,000,000.000 | 100.0156 | -22,329.60 | -4,807,991.71 |

**Total Value of all Transactions** | | | | | | | **$8,041,533.45**

The price and quantity displayed may have been rounded.



CLEAR RATED
FOR COMMUNICATION

**CROCKER SECURITIES LLC**

**Account Number:** 727-891035

Clearing Through **Pershing** • A BNY Securities Group Co.
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing, member NASD, NYSE, SIPC, Subsidiaries of a Pershing Investments LLC

PAR-02-CUTSHEET

D0000030005207CESF30035

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

D000000009085C8P50036

CROCKER SECURITIES LLC
-- TAXABLE TRADE #2 --
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

**Your Investment Advisor:**
DOUG GREEN
(561) 361-4803



## Brokerage
## Account Statement

**Account Number:** 7Z7-891035
**Statement Period:** 05/01/2005 - 05/31/2005

## Valuation at a Glance

|  | This Period |
|---|---|
| Beginning Account Value | $655,127.08 |
| Dividends/Interest | +47,362.26 |
| Change in Account Value | -72,956.34 |
| Ending Account Value | -570,467.00 |

## Asset Allocation

|  | Value Last Period | Value This Period | Percent Allocation |  |
|---|---|---|---|---|
| Fixed Income | 16,760,194.78 | 22,908,767.17 | 100% | Your Account is 100% Invested in Fixed Income. |
| Cash and Cash Equivalents | -16,105,067.70 | -22,979,234.17 | 0% | |
| **Account Total** | **$655,127.08** | **-570,467.00** | **100%** | |

DALBAR RATED
FOR COMMUNICATION

D000000009085C8P50038

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, SIPC Member FDIC, Pershing Division

# Customer Service Information

D000000000905973003

**Your Investment Advisor:** RDG
DOUG GREEN

| Contact Information | Customer Service Information |
|---|---|
| Telephone Number: (561) 361-4803 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| Fax Number: (561) 362-5261 | Customer Service Telephone Number: (800) 941-2895 |

# Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| **Cash and Cash Equivalents** 0.00% of Portfolio | | | | | | |
| | Margin Balance | -16,105,067.70 | -22,979,234.17 | | | |
| | **Total Cash and Cash Equivalents** | **-$16,105,067.7** | **-$22,979,234.17** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** 100.00% of Portfolio *(In Maturity Date Sequence)* | | | | | | |
| **Asset Backed Securities** | | | | | | |
| 3,959,715.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 8.6180% 09/15/33 B/E DTD 08/01/04 *Security Identifier:* 31395EZT3  *Factor:* 0.55558811 | 102.7770 | 2,247,054.75 | 16,261.93 | | |
| 1,000,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 6.8780% 09/15/33 B/E DTD 08/01/04 *Security Identifier:* 31395EZV8  *Factor:* 0.55558811 | 89.1970 | 550,928.34 | 3,183.30 | | |
| 500,000.000M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Moody Rating AAA S & P Rating AAA *Security Identifier:* 32051DK50  *Factor:* 1.00000000 | 55.9970 | 279,985.00 | 0.00 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-OD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 *Security Identifier:* 31393VU37  *Factor:* 0.98132072 | 106.2220 | 10,423,784.95 | 0.00 | | |

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from The Bank of New York
Pershing LLC, member FASD, NYSE, SIPC, The Bank of New York
Subsidiary of Pershing Investments LLC

One Pershing Plaza, Jersey City, New Jersey 07399

# CROCKER
## SECURITIES LLC
1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-943-1540

# *Brokerage*
## *Account Statement*

Statement Period: 05/01/2005 - 05/31/2005

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 904,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882 CL-2982-YS INV FLTR 11.367% 04/15/34 B/E DTD 05/01/05 *Security Identifier: 31395U894  Factor: 1.00000000* | 98.9390 | 894,408.56 | 8,563.14 | $0.00 | |
| 5,417,958.00M | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/21/04 *Security Identifier: 38374HJD3  Factor: 0.50254872* | 101.1850 | 2,755,052.89 | 13,613.94 | | |
| 1,836,333.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 9.628% 08/15/34 B/E DTD 12/01/04 *Security Identifier: 31395KCQ4  Factor: 0.76863473* | 99.9770 | 1,411,144.68 | 11,559.94 | | |
| 4,400,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-CG 5.500% 10/15/34 B/E DTD 10/01/04 CLB *Security Identifier: 31395H2C2  Factor: 1.00000000* | 98.7820 | 4,346,408.00 | 20,166.67 | | |
| **Total Asset Backed Securities** | | | $22,908,767.17 | $73,338.92 | $0.00 | |
| **Total Fixed Income** | | | $22,908,767.17 | $73,338.92 | $0.00 | |

| Description | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | -570,467.00 | $73,338.92 | $0.00 |



Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PA4-02-OUTSHEET

## Portfolio Holdings (continued)

\* This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of

execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/02/05 | 04/28/05 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER 2004-44 CL 44 LC 6.000% 07/15/34 B/E DTD 07/27/04 SOLICITED ORDER | -40,000.000 | 100.0000 | 4.56 | 27,346.93 |
| 05/02/05 | 04/28/05 | CANCELLED SELL | MASTER ALTERNATIVE LOANS TRUST SER 2003-9 CL 30AX 6.000% 01/25/34 B/E DTD 12/01/03 CLB FCTR.640664880 | 6,551,080.000 | 18.6500 | -19,586.22 | -802,335.46 |
| 05/02/05 | 04/28/05 | CORRECTED PURCHASE | MASTER ALTERNATIVE LOANS TRUST FCTR.640664880 CANCELLED TRADE SER 2003-9 CL 30AX 6.000% 01/25/34 B/E DTD 12/01/03 CLB ADJ QTY CORRECTED CONFIRM | 6,551,080.000 | 18.0000 | -19,586.22 | -775,054.66 |
| 05/02/05 | 04/28/05 | CANCELLED PURCHASE | MASTER ALTERNATIVE LOANS TRUST SER 2003-9 CL 30AX 6.000% 01/25/34 B/E DTD 12/01/03 CLB FACT.640664880 | -6,551,080.000 | 18.0000 | 19,586.22 | 775,054.66 |
| 05/02/05 | 04/28/05 | CORRECTED SELL | MASTER ALTERNATIVE LOANS TRUST SER 2003-9 CL 30AX 6.000% 01/25/34 B/E FACT.640664880 CANCELLED TRADE DTD 12/01/03 CLB ADJ QTY CORRECTED CONFIRM | -6,551,080.000 | 18.6500 | 19,586.22 | 802,335.46 |
| 05/02/05 | 03/11/05 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 B MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 CANCELLED TRADE | 500,000.000 | 70.0000 | | -350,000.00 |

D00000000093953P2003B

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A DBT Securities Group Co.
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member SIPC, NYSE, all principal exchanges, Financial Industry Regulatory Authority LLC

Page 4 17

# CROCKER SECURITIES LLC
3990 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1600

# Brokerage
## Account Statement

Statement Period: 05/01/2005 - 05/31/2005

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/04/05 | 03/11/05 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 ADJ S/D CORRECTED CONFIRM | -500,000.000 | 70.0000 | | 350,000.00 |
| 05/04/05 | 05/02/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-28421 INV FLTR 7.210% 09/15/33 B/E DTD 08/01/04 FACTOR 0.612063 00700 REM BAL 612,063 | 1,000,000.000 | 100.0312 | -122.58 | -612,376.92 |
| 05/04/05 | 05/02/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400,000 VARIABLE RATE | 4,400,000.000 | 101.9375 | -672.22 | -4,485,922.22 |
| 05/06/05 | 05/02/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-28421 INV FLTR 7.210% 09/15/33 B/E DTD 08/01/04 FACTOR .55538871 VARIABLE RATE CORRECTED CONFIRM | 1,000,000.000 | 100.0312 | -106.11 | -555,667.78 |
| 05/06/05 | 05/02/05 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-28421 INV FLTR 7.210% 09/15/33 B/E DTD 08/01/04 FACTOR 0.612063 00700 REM BAL 612,063 VARIABLE RATE CANCELLED TRADE | -1,000,000.000 | 100.0312 | 122.58 | 612,376.92 |
| 05/09/05 | 05/05/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-92 CL-92 AT 0.000% 11/16/34 B/E DTD 11/16/04 CLB FACTOR 0.94826166 00 REM BAL 545,680 VARIABLE RATE | 574,847.000 | 94.2500 | -2,303.90 | -543,209.42 |
| 05/10/05 | 05/05/05 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | 500,000.000 | 70.0625 | | -350,312.50 |
| 05/11/05 | 04/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-SB 0.000% 06/15/34 B/E DTD 06/01/04 CLB FACTOR 0.6306071100 REM BAL 318,927 VARIABLE RATE | -540,000.000 | 100.0000 | 1,033.85 | 319,951.70 |

DO30000000050SSCSF10038

HARD OF HEARING
FOR COMMUNICATION

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/12/05 | 04/28/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-OD "INV" 0.000% 03/25/24 B/E DTD 05/25/04 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 113.8750 | 55,352.75 | 11,253,468.03 |
| 05/12/05 | 05/09/05 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 SOLICITED ORDER | -790,000.000 | 68.3658 | 990.02 | 541,001.80 |
| 05/12/05 | 05/09/05 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 SOLICITED ORDER | -282,000.000 | 63.5110 | 328.34 | 179,420.85 |
| 05/12/05 | 05/09/05 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-92 CL-92 AT 0.000% 11/16/34 B/E DTD 11/16/04 CL8 SOLICITED ORDER VARIABLE RATE | -440,000.000 | 94.9268 | 2,413.23 | 420,098.36 |
| 05/12/05 | 05/09/05 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-92 CL-92 AT 0.000% 11/16/34 B/E DTD 11/16/04 CL8 SOLICITED ORDER VARIABLE RATE | -134,847.000 | 94.9268 | 739.58 | 128,744.67 |
| 05/12/05 | 05/11/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-OD "INV" 0.000% 03/25/24 B/E DTD 05/25/04 FACTOR 0.98338690700 REM BAL 9,833,690 VARIABLE RATE | 10,000,000.000 | 113.9062 | -55,352.75 | -11,256,541.06 |
| 05/12/05 | 05/12/05 | PURCHASED | FNMA 5.5 MAY 2005 PL TBA SETT 05/12/05 "PAIR OFF" 5.500% 05/12/05 REG DTD 05/11/05 FACTOR 1.000000000 REM BAL 5,000,000 | 5,000,000.000 | 100.2031 | -8,402.73 | -5,018,559.03 |
| 05/12/05 | 05/12/05 | PURCHASED | FNMA 5.5 MAY 2005 PL TBA SETT 05/12/05 "PAIR OFF" 5.500% 05/12/05 REG DTD 05/11/05 FACTOR 1.000000000 REM BAL 5,000,000 | 5,000,000.000 | 100.2500 | -8,402.73 | -5,020,932.78 |
| 05/12/05 | 05/12/05 | PURCHASED | FNMA 5.5 MAY 2005 PL TBA SETT 05/12/05 "PAIR OFF" 5.500% 05/12/05 REG DTD 05/11/05 FACTOR 1.000000000 REM BAL 5,000,000 | 5,000,000.000 | 101.0937 | -8,402.73 | -5,063,090.28 |
| 05/12/05 | 05/12/05 | PURCHASED | FNMA 5.5 MAY 2005 PL TBA SETT 05/12/05 "PAIR OFF" 5.500% 05/12/05 REG DTD 05/11/05 FACTOR 1.000000000 REM BAL 5,000,000 | 5,000,000.000 | 101.1406 | -8,402.73 | -5,065,634.03 |
| 05/12/05 | 05/12/05 | PURCHASED | FNMA 5.5 MAY 2005 PL TBA SETT 05/12/05 "PAIR OFF" 5.500% 05/12/05 REG DTD 05/11/05 FACTOR 1.000000000 REM BAL 5,000,000 | 5,000,000.000 | 100.9087 | -8,402.73 | -5,056,840.28 |

D000000000385PC5P30038

Account Number: 7L7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Settles from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing, a division of DLJSCORP, LLC federal and all Products investments LLC

CROCKER
SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925.941.1840

## Brokerage Account Statement

Statement Period: 05/01/2005 - 05/31/2005

### Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/12/05 | 05/12/05 | PURCHASED | FNMA 5.5 MAY 2005 PI, TBA SETT 05/12/05<br>*PAIR OFF* 5.500% 05/12/05 REG<br>DTD 05/11/05 FACTOR 1.000000000<br>REM BAL 5,000,000 | 5,000,000.000 | 100.9843 | -8,402.78 | -5,057,621.53 |
| 05/12/05 | 05/12/05 | PURCHASED | FNMA 5.5 MAY 2005 PI, TBA SETT 05/12/05<br>*PAIR OFF* 5.500% 05/12/05 REG<br>DTD 05/11/05 FACTOR 1.000000000<br>REM BAL 5,000,000 | 5,000,000.000 | 100.2187 | -8,402.78 | -5,019,340.28 |
| 05/12/05 | 05/12/05 | PURCHASED | FNMA 5.5 MAY 2005 PI, TBA SETT 05/12/05<br>*PAIR OFF* 5.500% 05/12/05 REG<br>DTD 05/11/05 FACTOR 1.000000000<br>REM BAL 5,000,000 | 5,000,000.000 | 100.6718 | -8,402.78 | -5,041,996.53 |
| 05/12/05 | 05/12/05 | PURCHASED | FNMA 5.5 MAY 2005 PI, TBA SETT 05/12/05<br>*PAIR OFF* 5.500% 05/12/05 REG<br>DTD 05/11/05 FACTOR 1.000000000<br>REM BAL 5,000,000 | 5,000,000.000 | 100.9062 | -8,402.78 | -5,053,715.28 |
| 05/12/05 | 05/12/05 | PURCHASED | FNMA 5.5 MAY 2005 PI, TBA SETT 05/12/05<br>*PAIR OFF* 5.500% 05/12/05 REG<br>DTD 05/11/05 FACTOR 1.000000000<br>REM BAL 5,000,000 | 5,000,000,000.000 | 100.3750 | -5,041.67 | -5,019,291.67 |
| 05/12/05 | 05/12/05 | PURCHASED | FNMA 5.5 MAY 2005 PI, TBA SETT 05/12/05<br>*PAIR OFF* 5.500% 05/12/05 REG<br>DTD 05/11/05 FACTOR 1.000000000<br>REM BAL 3,000,000 | 3,000,000.000 | 100.3750 | -5,041.67 | -3,016,291.67 |
| 05/12/05 | 05/12/05 | PURCHASED | FNMA 5.5 MAY 2005 PI, TBA SETT 05/12/05<br>*PAIR OFF* 5.500% 05/12/05 REG<br>DTD 05/11/05 FACTOR 1.000000000<br>REM BAL 10,000,000 | 10,000,000.000 | 100.8750 | -16,805.56 | -10,104,305.56 |
| 05/12/05 | 05/12/05 | PURCHASED | FNMA 5.5 MAY 2005 PI, TBA SETT 05/12/05<br>*PAIR OFF* 5.500% 05/12/05 REG<br>DTD 05/11/05 FACTOR 1.000000000<br>REM BAL 46,500,000 | 46,500,000.000 | 100.9023 | -78,146.83 | -46,997,735.70 |
| 05/12/05 | 05/12/05 | SOLD | FNMA 5.5 MAY 2005 PI, TBA SETT 05/12/05<br>*PAIR OFF* 5.500% 05/12/05 REG<br>DTD 05/11/05 FACTOR 1.000000000<br>REM BAL 5,000,000 | -5,000,000.000 | 100.7343 | 8,402.78 | 5,045,121.53 |
| 05/12/05 | 05/12/05 | SOLD | FNMA 5.5 MAY 2005 PI, TBA SETT 05/12/05<br>*PAIR OFF* 5.500% 05/12/05 REG<br>DTD 05/11/05 FACTOR 1.000000000<br>REM BAL 5,000,000 | -5,000,000.000 | 100.7500 | 8,402.78 | 5,045,302.78 |



DUBA RATED<br>FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**<br>PAR-02-CUTSHEET

A BNY Securities Group, Inc.<br>Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399<br>Pershing LLC, member NASD, NYSE, SIPC. Reader subsidiary of Pershing Investments LLC

DC0000000000938SCSP300038

## Transactions in Date Sequence (continued)

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Member FINRA/SIPC
One Pershing Plaza, Jersey City, New Jersey 07399
Subsidiaries of The Bank of New York

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/12/05 | 05/12/05 | SOLD | FNMA 5.5 MAY 2005 PL TBA SETT 05/12/05 "PAIR OFF" 5.500% 05/12/05 REG DTD 05/11/05 FACTOR 1.000000000 REM BAL 5,000,000 | -5,000,000,000 | 100.4687 | 8,402.78 | 5,031,340.28 |
| 05/12/05 | 05/12/05 | SOLD | FNMA 5.5 MAY 2005 PL TBA SETT 05/12/05 "PAIR OFF" 5.500% 05/12/05 REG DTD 05/11/05 FACTOR 1.000000000 REM BAL 5,000,000 | -5,000,000,000 | 100.5468 | 8,402.78 | 5,035,746.53 |
| 05/12/05 | 05/12/05 | SOLD | FNMA 5.5 MAY 2005 PL TBA SETT 05/12/05 "PAIR OFF" 5.500% 05/12/05 REG DTD 05/11/05 FACTOR 1.000000000 REM BAL 5,000,000 | -5,000,000,000 | 100.7812 | 8,402.78 | 5,047,465.28 |
| 05/12/05 | 05/12/05 | SOLD | FNMA 5.5 MAY 2005 PL TBA SETT 05/12/05 "PAIR OFF" 5.500% 05/12/05 REG DTD 05/11/05 FACTOR 1.000000000 REM BAL 5,000,000 | -5,000,000,000 | 100.7500 | 8,402.78 | 5,045,902.78 |
| 05/12/05 | 05/12/05 | SOLD | FNMA 5.5 MAY 2005 PL TBA SETT 05/12/05 "PAIR OFF" 5.500% 05/12/05 REG DTD 05/11/05 FACTOR 1.000000000 REM BAL 5,000,000 | -5,000,000,000 | 101.0468 | 8,402.78 | 5,080,746.53 |
| 05/12/05 | 05/12/05 | SOLD | FNMA 5.5 MAY 2005 PL TBA SETT 05/12/05 "PAIR OFF" 5.500% 05/12/05 REG DTD 05/11/05 FACTOR 1.000000000 REM BAL 5,000,000 | -5,000,000,000 | 100.8750 | 8,402.78 | 5,052,152.78 |
| 05/12/05 | 05/12/05 | SOLD | FNMA 5.5 MAY 2005 PL TBA SETT 05/12/05 "PAIR OFF" 5.500% 05/12/05 REG DTD 05/11/05 FACTOR 1.000000000 REM BAL 18,000,000 | -18,000,000,000 | 99.9375 | 30,250.00 | 18,019,000.00 |
| 05/13/05 | 05/12/05 | SOLD | FNMA 5.5 MAY 2005 PL TBA SETT 05/12/05 "PAIR OFF" 5.500% 05/12/05 REG DTD 05/11/05 FACTOR 1.000000000 REM BAL 46,500,000 | -46,500,000,000 | 99.6015 | 78,145.83 | 46,392,872.39 |
| 05/13/05 | 04/29/05 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/07/04 CLB FACTOR 0.590807110 FACTOR 0.590807110 REM BAL 318,927 VARIABLE RATE CANCELLED TRADE | 540,000,000 | 100.0000 | -1,033.86 | -319,939.70 |
| 05/13/05 | 05/09/05 | CANCELLED SELL | GINMA GTD REMIC PASS THRU CTFS REMIC SER 2004-44 CL-44 LC 6.000% 07/15/34 B/E DTD 07/27/04 SOLICITED ORDER CANCELLED ORDER SOLICITED ORDER CANCELLED TRADE | 790,000,000 | 100.0000 | -990.02 | -541,001.80 |

C000000000695CSP30038

# CROCKER SECURITIES LLC

2299 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



UNION MADE FOR COMMUNICATION

# Brokerage
# Account Statement

Statement Period: 05/01/2005 - 05/31/2005

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/13/05 | 05/09/05 | CANCELLED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 SOLICITED ORDER SOLICITED ORDER CANCELLED TRADE | 262,000.000 | 100.0000 | -328.34 | -179,420.85 |
| 05/13/05 | 05/09/05 | CANCELLED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-92 CL-92 AT 0.000% 11/16/34 B/E DTD 11/19/04 CLB SOLICITED ORDER SOLICITED ORDER VARIABLE RATE CANCELLED TRADE | 440,000.000 | 100.0000 | -2,413.23 | -420,088.36 |
| 05/13/05 | 05/09/05 | CANCELLED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-92 CL-92 AT 0.000% 11/16/34 B/E DTD 11/16/04 CLB SOLICITED ORDER SOLICITED ORDER VARIABLE RATE CANCELLED TRADE | 134,847.000 | 100.0000 | -739.58 | -128,744.67 |
| 05/16/05 | | BOND INTEREST RECEIVED | 540.000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/24 B/E DTD 06/01/04 CLB RD 04/29 PD 05/15/05 | 100,000.000 | 100.0000 | | 3,101.57 |
| 05/16/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/24 B/E DTD 06/01/04 CLB RD 04/29 PD 05/15/05 | 100,000.000 | 100.0000 | | 42,293.15 |
| 05/16/05 | | BOND INTEREST RECEIVED | 100G FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 5.680% 09/15/33 B/E DTD 08/01/04 RD 04/29 PD 05/15/05 | | | | 4.94 |
| 05/16/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 9.680% 09/15/33 B/E DTD 08/01/04 RD 04/29 PD 05/15/05 | | | | 56.67 |
| 05/16/05 | | BOND INTEREST RECEIVED | 183833 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 10.573% 09/15/34 B/E DTD 12/01/04 RD 04/29 PD 05/15/05 | | | | 12,925.10 |
| 05/16/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 10.573% 09/15/34 B/E DTD 12/01/04 RD 04/29 PD 05/15/05 | | | | 55,423.25 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Subsidiaries of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Clearinghouse of Pershing Investments LLC

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/18/05 | 05/09/05 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 | -790,000.000 | 100.0000 | 1,124.87 | 398,138.36 |
| 05/18/05 | 05/09/05 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 | -262,000.000 | 100.0000 | 373.06 | 132,040.82 |
| 05/18/05 | 05/09/05 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-92 CL-92 AT 0.000% 11/16/34 B/E DTD 11/16/04 CLB VARIABLE RATE | -134,847.000 | 100.0000 | 54.12 | 121,820.71 |
| 05/18/05 | 05/09/05 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-92 CL-92 AT 0.000% 11/16/34 B/E DTD 11/16/04 CLB VARIABLE RATE | -440,000.000 | 100.0000 | 176.59 | 397,495.77 |
| 05/20/05 | 04/28/05 | CANCELLED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 SOLICITED ORDER CANCELLED TRADE | 40,000.000 | 100.0000 | -4.56 | -27,346.93 |
| 05/20/05 | 04/28/05 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 SOLICITED ORDER | -40,000.000 | 100.0000 | 3.35 | 20,105.30 |
| 05/20/05 | 05/19/05 | INT. CHARGED ON DEBIT BALANCES | FACT.50254B720 CORRECTED CONFIRM MARGIN INTEREST FOR 30 DEBIT DAYS AV BAL 21155762.33 AVG RATE 5.137 04-20-05 TO 05-19-05 | | | | -90,572.46 |
| 05/20/05 | | BOND INTEREST RECEIVED | 70B89S6 GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 RD 04/29 PD 05/20/05 | | | | 24,221.78 |
| 05/20/05 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 RD 04/29 PD 05/20/05 | | | | 1,282,813.75 |
| 05/23/05 | 05/19/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS G1D SER-2799 CL-2799-ST INV FLTR 0.0026 05/15/34 B/E DTD 05/15/04 CLB FACTOR 0.81195866300 REM BAL 2,779,372 VARIABLE RATE | 3,423,000.000 | 96.0000 | -4,838.96 | -2,673,036.12 |
| 05/25/05 | 05/19/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-ST INV FLTR 0.0026 05/15/34 B/E DTD 05/15/04 CLB VARIABLE RATE CORRECTED CONFIRM | -3,423,000.000 | 96.0000 | 4,838.96 | 2,645,242.40 |
| 05/25/05 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CO "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 04/29 PD 05/25/05 | | | | 97,681.33 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**



# CROCKER
## SECURITIES LLC
2999 Oak Road • Suite 330 • Walnut Creek, CA 94597
925.941.1640



QUEHA BATEO
FOR COMMUNICATIONS

# Brokerage
## Account Statement

**Statement Period: 05/01/2005 - 05/31/2005**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/25/05 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR.2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 04/29 PD 05/25/05 | | | 20,483.50 | |
| 05/27/05 | 05/11/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR.2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 117.7500 | 6,345.87 | 11,561,397.35 |
| 05/27/05 | 05/11/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 11.367% 04/15/34 B/E DTD 05/01/05 PREVIOUSLY W/I. VARIABLE RATE CORRECTED CONFIRM | 1,500,000.000 | 98.2500 | -12,314.25 | -1,486,064.25 |
| 05/27/05 | 05/11/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 11.367% 04/15/34 B/E DTD 05/01/05 CORRECTED CONFIRM | -10,000.000 | 100.0000 | 82.09 | 10,082.09 |
| 05/27/05 | 05/12/05 | CORRECTED PURCHASE | PREVIOUSLY W/I. SOLICITED ORDER VARIABLE RATE CORRECTED CONFIRM FNMA GTD REMIC PASS THRU CTF REMIC TR.2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 VARIABLE RATE CORRECTED CONFIRM | 10,000,000,000.000 | 117.7812 | -6,345.87 | -11,564,463.98 |
| 05/27/05 | 05/12/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR.2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 VARIABLE RATE CORRECTED CONFIRM | -10,000,000,000.000 | 119.5000 | 6,345.87 | 11,733,128.47 |
| 05/27/05 | 05/13/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR 0.512286400 REM BAL 387.821 VARIABLE RATE | -718,000.000 | 100.0000 | 2,923.80 | 370,745.46 |
| 05/27/05 | 05/13/05 | SOLD | FIRST HORIZON MTG PASS THRU TR 2003 8 MTG PASS THRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500.000 | -500,000.000 | 70.0625 | | 350,312.50 |

D00000000005C0850CSP10038

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/27/05 | 05/25/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-46 CL-46-QD "INV"<br>0.000% 03/25/34 B/E DTD 05/25/04<br>FACTOR 0.9813207200 REM BAL  9,813,207<br>VARIABLE RATE | 10,000,000.000 | 119.5312 | -6,345.87 | -11,736,195.10 |
| 05/27/05 | 05/25/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-45 CL-45-DR INV FLTR<br>0.000% 06/25/35 B/E DTD 06/25/05<br>FACTOR 1.0000000000 REM BAL  2,517,252<br>VARIABLE RATE | 2,517,252.000 | 95.1540 | -1,398.47 | -2,395,654.44 |
| 05/27/05 | 05/25/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-45 CL-45-DR INV FLTR<br>0.000% 06/25/35 B/E DTD 05/25/05<br>FACTOR 1.0000000000 REM BAL  2,517,252<br>VARIABLE RATE | 2,517,252.000 | 97.7500 | 1,398.47 | 2,462,012.30 |
| 05/27/05 | 05/25/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2882 CL-2882-YS INV FLTR<br>11.867% 04/15/34 B/E DTD 06/01/05<br>SOLICITED ORDER VARIABLE RATE<br>CORRECTED CONFIRM | -286,000.000 | 98.5000 | 2,347.85 | 284,057.85 |
| 05/27/05 | 05/25/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2882 CL-2882-YS INV FLTR<br>0.000% 04/15/34 B/E DTD 05/01/05<br>SOLICITED ORDER VARIABLE RATE | -30,000.000 | 100.0000 | 246.28 | 30,246.28 |
| 05/27/05 | 05/25/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2882 CL-2882-YS INV FLTR<br>0.000% 04/15/34 B/E DTD 05/01/05<br>SOLICITED ORDER VARIABLE RATE | -58,000.000 | 100.0000 | 476.14 | 58,476.14 |
| 05/27/05 | 05/25/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2882 CL-2882-YS INV FLTR<br>0.000% 04/15/34 B/E DTD 05/01/05<br>SOLICITED ORDER VARIABLE RATE | -184,000.000 | 100.0000 | 1,510.50 | 185,510.50 |
| 05/27/05 | 05/25/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2882 CL-2882-YS INV FLTR<br>0.000% 04/15/34 B/E DTD 05/01/05<br>SOLICITED ORDER VARIABLE RATE | -6,000.000 | 100.0000 | 49.26 | 6,049.26 |
| 05/27/05 | 05/25/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2882 CL-2882-YS INV FLTR<br>0.000% 04/15/34 B/E DTD 05/01/05<br>SOLICITED ORDER VARIABLE RATE | -5,000.000 | 100.0000 | 41.05 | 5,041.05 |

D0000000000089CR3F10013

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
# Account Statement

**Statement Period: 05/01/2005 - 05/31/2005**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/27/05 | 05/25/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2982 CL-2982-VS INV FLTR 0.000% 04/15/34 B/E DTD 05/01/05 SOLICITED ORDER FACTOR 1.00000000000 REM BAL | -7,000,000 | 98.5000 | 57.46 | 6,952.46 |
| 05/27/05 | 05/25/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2982 CL-2982-VS INV FLTR 0.000% 04/15/34 B/E DTD 05/01/05 FACTOR 1.00000000000 REM BAL 10.000 VARIABLE RATE | -10,000,000 | 98.5000 | 82.09 | 9,932.09 |
| 05/27/05 | 05/25/05 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC SER 2004-44 CL-44 LC 6.000% 07/15/34 B/E DTD 07/27/04 SOLICITED ORDER QTY CORR CORRECTED CONFIRM | -355,000.000 | 100.0000 | 794.86 | 184,225.14 |
| 05/27/05 | 05/25/05 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER 2004-44 CL-44 LC 6.000% 07/15/34 B/E DTD 07/27/04 SOLICITED ORDER | -100,000,000.000 | 100.0000 | 217.77 | 50,472.64 |
| 05/27/05 | 05/25/05 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER 2004-44 CL-44 LC 6.000% 07/15/34 B/E DTD 07/27/04 SOLICITED ORDER | -112,000,000.000 | 100.0000 | 243.90 | 56,529.36 |
| 05/27/05 | 05/27/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-48 CL-48 CS INV FLTR 0.000% 06/25/35 B/E DTD 05/01/05 FACTOR 1.00000000000 REM BAL 1,827,553 VARIABLE RATE | 1,827,553.000 | 95.0000 | -13,198.99 | -1,749,374.34 |
| 05/31/05 | 04/28/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2905 CL-2905-LS INV FLTR 9.820% 08/15/34 B/E DTD 12/01/04 MONEY CORR VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 100.0000 | 11,560.44 | 1,423,028.76 |
| 05/31/05 | 05/04/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2982 CL-2982-L INV FLTR 6.870% 09/15/33 B/E DTD 08/01/04 VARIABLE RATE CORRECTED CONFIRM | -1,000,000,000.000 | 100.0312 | 3,183.36 | 558,745.03 |

C0000000001615CSPSP00038

 DQ818-0 ATEO FOR COMMUNICATIONS

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** a BNY Securities Group Co.
Members New York Stock Exchange, Inc.

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member NASD, SIPC, NYSE and all principal exchanges
PAR-02-CUTSHEET

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/31/05 | 06/04/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 6.500% 10/15/34 B/E DTD 10/01/04 CL8 FACTOR 1.000000000 REM BAL 4,400,000 | -4,400,000.000 | 101.5987 | 20,166.67 | 4,506,791.67 |
| 05/31/05 | 05/09/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 06/15/34 B/E REM BAL 416,338 VARIABLE RATE | 817,000.000 | 99.8437 | -3,838.78 | -421,722.85 |
| 05/31/05 | 05/09/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 06/15/34 B/E DTD 06/01/04 CL8 SOLICITED ORDER VARIABLE RATE | -172,000.000 | 100.0000 | 808.16 | 88,821.43 |
| 05/31/05 | 05/09/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 06/15/34 B/E DTD 06/01/04 CL8 SOLICITED ORDER VARIABLE RATE | -467,000.000 | 100.0000 | 2,194.26 | 241,432.04 |
| 05/31/05 | 05/11/05 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/26/04 PX CORR VARIABLE RATE CORRECTED CONFIRM | 10,000,000.000 | 117.5312 | -6,345.87 | -11,539,930.96 |
| 05/31/05 | 05/11/05 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/26/04 VARIABLE RATE CANCELLED TRADE | 10,000,000.000 | 117.5000 | -6,345.87 | -11,561,397.35 |
| 05/31/05 | 05/11/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/26/04 PX CORR VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 117.5000 | 6,345.87 | 11,536,884.33 |
| 05/31/05 | 05/11/05 | CANCELLED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/26/04 VARIABLE RATE CANCELLED TRADE | -10,000,000.000 | 113.9062 | 55,352.75 | 11,256,541.06 |
| 05/31/05 | 05/12/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-I CL-2842-I INV FLTR 9.680% 09/15/33 B/E DTD 08/01/04 FACTOR 0.555380811 00 REM BAL 2,198,623 VARIABLE RATE | 3,998,716.000 | 99.9062 | -16,249.20 | -2,212,811.23 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Business from The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC, Securities in Pershing Investment LLC

One Pershing Plaza, Jersey City, New Jersey 07399



# CROCKER
## SECURITIES LLC

2559 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



DIABLO BLADE
FOR COMMUNICATION

# Brokerage
## Account Statement

Statement Period 05/01/2005 - 05/31/2005

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

Clearing Through Pershing, Jersey City, New Jersey 07399
Subsidiary from the Bank of New York
Pershing LLC, member SIPC, NYSE, SIPC, Financial of Pershing, member LLC

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/31/05 | 05/12/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842 CL-2842 J INV FLTR FACTOR 0.55538381100 REM BAL 2,198,623 VARIABLE RATE 9.680% 09/15/33 B/E DTD 08/01/04 | -3,958,715.000 | 103.5000 | 16,249.20 | 2,291,824.26 |
| 05/31/05 | 05/12/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400,000 VARIABLE RATE | 4,400,000.000 | 102.0000 | -20,166.67 | -4,508,166.67 |
| 05/31/05 | 05/12/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400,000 | -4,400,000.000 | 103.3750 | 20,166.67 | 4,568,666.67 |
| 05/31/05 | 05/12/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 9.828% 08/15/34 B/E DTD 12/01/04 VARIABLE RATE CORRECTED CONFIRM | 1,836,333.000 | 100.0312 | -11,560.44 | -1,423,470.84 |
| 05/31/05 | 05/12/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 9.828% 08/15/34 B/E DTD 12/01/04 VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 103.2500 | 11,560.44 | 1,468,902.51 |
| 05/31/05 | 05/13/05 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500.000 CANCELLED TRADE | 500,000.000 | 70.0625 | -350.31 | -350,310.50 |
| 05/31/05 | 05/23/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-ST INV FLTR 0.000% 05/15/34 B/E DTD 06/15/04 CLB FACTOR 0.81196963000 REM BAL 3,247,878 VARIABLE RATE | 4,000,000.000 | 96.0000 | -11,309.28 | -3,129,272.66 |
| 05/31/05 | 05/23/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-ST INV FLTR 0.000% 05/15/34 B/E DTD 06/15/04 CLB FACTOR 0.81196963000 REM BAL 3,247,878 VARIABLE RATE | -4,000,000.000 | 98.0000 | 11,309.28 | 3,194,230.23 |

D0000000000900S5CSF30038

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/31/05 | 05/25/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2305 CL-2305-LS INV FLTR 9.8289% 08/15/34 B/E DTD 12/01/04 FACTOR 0.76683473O REM BAL 1,411,469 VARIABLE RATE | 1,836,333.000 | 103.2812 | -11,560.40 | -1,469,343.56 |
| 05/31/05 | 05/25/05 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 FACTOR 0.502548T200 REM BAL 2,662,000 VARIABLE RATE | -5,297,000.000 | 100.0000 | 13,310.00 | 2,675,310.57 |
| 05/31/05 | 05/26/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-1 CL-2842-1 INV FLTR 8.869% 09/15/33 B/E DTD 08/01/04 FACTOR 0.555388T100 REM BAL 2,196,623 VARIABLE RATE | 3,958,715.000 | 103.5312 | -16,249.11 | -2,292,511.24 |
| 05/31/05 | 05/28/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 8.878% 09/15/33 B/E DTD 08/01/04 FACTOR 0.555388T100 REM BAL 555,388 VARIABLE RATE | 1,000,000.000 | 100.0625 | -3,183.36 | -559,918.59 |
| 05/31/05 | 05/26/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400.000 | 4,400,000.000 | 103.4062 | -20,166.57 | -4,570,041.67 |
| 05/31/05 | 05/26/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 FACTOR 0.502548T200 REM BAL 2,662,000 | 5,297,000.000 | 100.0312 | -13,310.00 | -2,676,142.45 |
| 05/31/05 | 05/27/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-48 CL-48-CS INV FLTR 0.000% 06/25/35 B/E DTD 05/01/05 FACTOR 1.000000000 REM BAL 1,374,550 | -1,374,550.000 | 96.7500 | 11,454.58 | 1,341,331.71 |
| 05/31/05 | 05/31/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-48 CL-48-CS INV FLTR 0.000% 06/25/35 B/E DTD 05/01/05 FACTOR 1.000000000 REM BAL 453,003 VARIABLE RATE | -453,003.000 | 96.7500 | 3,776.03 | 442,055.43 |
| 05/31/05 | 05/31/05 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | 500,000.000 | 70.0937 | | -350,468.75 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Settlement from This Bank of New York
Pershing LLC, member NASD, NYSE, SIPC. Futures thru J.P. Morgan Futures Inc.

D0000000090095RCSPS0038

# CROCKER
## SECURITIES LLC
2359 OAK Road • Suite 230 • Walnut Creek, CA 94597
325-941-1540

**Brokerage**
*Account Statement*

Statement Period: 05/01/2005 - 05/31/2005

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/31/05 | 05/31/05 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500.000 | -500,000.000 | 70.0625 | 350,312.50 | -$6,874,166.47 |

Total Value of all Transactions

The price and quantity displayed may have been rounded.

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
P949-02-CLITSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SIPC, Subsidiary of Bank of New York

Page 17 of 17

OAK BAR GREEN FOR COMMUNICATION

2D9800000090685CSP10038

# CROCKER
## SECURITIES LLC
1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925.741.1340

D000000000092926CFP20649

CROCKER SECURITIES LLC
- TAXABLE TRADE #2 -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

**Your Investment Advisor:**
DOUG GREEN
(561) 361-4803



# Brokerage
## Account Statement

Account Number: 7Z7-891035
Statement Period: 06/01/2005 - 06/30/2005

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$70,467.00 |
| Dividends/Interest | 70,138.39 |
| Change in Account Value | 132,590.59 |
| Ending Account Value | $132,261.98 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | 22,908,761.17 | 18,050,453.18 | 100% | Your Account is 100% invested in Fixed Income. |
| Cash and Cash Equivalents | -22,979,234.17 | -17,918,191.20 | 0% | |
| **Account Total** | **-$70,467.00** | **$132,261.98** | **100%** | |



DANAHR RATED
FOR COMMUNICATION

D000000000092926CFP10049

Clearing Through **Pershing** • A BNY Securities Group Co.
PAR-02-CUTSHEET    Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SIPC, NYSE, NASD/SEC Clearing Subsidiary of Pershing Investments LLC

# Customer Service Information

| Your Investment Advisor: RDG | Contact Information | Customer Service Information |
|---|---|---|
| DOUG GREEN | Telephone Number: (561) 361-4803 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| | Fax Number: (561) 362-5261 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Cash and Cash Equivalents 0.00% of Portfolio | | | | | |
| | Margin Balance | -22,979,234.17 | -17,918,191.20 | $0.00 | $0.00 | |
| | **Total Cash and Cash Equivalents** | **-$22,979,234.1** | **-$17,918,191.20** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | |
| | Asset Backed Securities | | | | | |
| 350,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-59 CL-59-BM INV FLTR 8.032% 12/25/32 B/E DTD 07/26/04 *Security Identifier:* 31394ANF0  Factor: 0.66072659 | 98.3780 | 239,889.02 | 1,571.79 | | |
| 3,959,715.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 8.7585% 09/15/33 B/E DTD 08/01/04 *Security Identifier:* 31395E2T3  Factor: 0.50406894 | 98.9210 | 1,974,432.44 | 14,081.67 | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 6.833% 09/15/33 B/E DTD 08/01/04 *Security Identifier:* 31395E2W6  Factor: 0.50406894 | 99.7320 | 3,016.31 | 16.65 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 *Security Identifier:* 31393VU37  Factor: 0.57918766 | 106.6120 | 10,439,315.48 | 0.00 | | |

c0000000009292 c5f30049

Account Number: 727-897035
CROCKER SECURITIES LLC

Closing Through **Pershing**
A BNY Securities Group Co.
Member NASD-SIPC-NYSE and other principal exchanges

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member FINRA, SIPC. Member of the Pershing Group LLC

Page 2 of 17



**CROCKER**
SECURITIES LLC
1399 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 06/01/2005 - 06/30/2005

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 633,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 10.959% 04/15/34 B/E DTD 05/01/05 *Security Identifier:* 31395UR94  *Factor:* 0.95264441 | 95.7800 | 606,782.44 | 5,379.43 | $0.00 | |
| 485,958.000M | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/21/04 *Security Identifier:* 38374H3D3  *Factor:* 0.23438290 | 100.6910 | 119,580.46 | 574.01 | | |
| 4,400,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB *Security Identifier:* 31395H2Q2  *Factor:* 1.00000000 | 99.7960 | 4,391,024.00 | 19,494.44 | | |
| 212,924.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-DI INV FLTR 0.000% 11/15/34 B/E DTD 06/01/05 *Security Identifier:* 31395U2X2  *Factor:* 1.00000000 | 95.2500 | 202,810.11 | 0.00 | | |
| 71,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-57 CL-57-ES 0.000% 03/25/35 B/E DTD 06/25/05 *Security Identifier:* 31394EQT8  *Factor:* 1.00000000 | 103.6520 | 73,592.92 | 0.00 | | |
| **Total Asset Backed Securities** | | | $18,050,453.18 | $41,123.99 | $0.00 | |
| **Total Fixed Income** | | | $18,050,453.18 | $41,123.99 | $0.00 | |
| **Description** | | | Market Value | Accrued Interest | Estimated Annual Income | |
| **Total Portfolio Holdings** | | | $132,261.98 | $41,123.99 | $0.00 | |



DIALED DATED
FOR COMMUNICATIONS

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Sodiness from This Back of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. The benefits of relating to investment LLC.

Page 3 of 17

## Portfolio Holdings *(continued)*

**■** This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of

execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm.  In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you.  A summary of this information is available to you promptly upon your written request directed to you.  In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation.  Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/01/05 | 05/11/05 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 VARIABLE RATE CORRECTED CONFIRM | 10,000,000.000 | 113.9062 | -55,352.75 | -11,256,541.06 |
| 06/01/05 | 05/11/05 | CANCELLED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 PX CORR VARIABLE RATE CANCELLED TRADE | -10,000,000.000 | 117.5312 | 6,345.87 | 11,539,930.96 |
| 06/01/05 | 05/12/05 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 VARIABLE RATE CORRECTED CONFIRM | 10,000,000.000 | 117.5312 | -6,345.87 | -11,539,930.96 |
| 06/01/05 | 05/12/05 | CANCELLED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 06/25/04 VARIABLE RATE CANCELLED TRADE | -10,000,000.000 | 117.7812 | 6,345.87 | 11,564,463.98 |
| 06/01/05 | 05/23/05 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2798-ST INV FLTR 0.000% 06/15/34 B/E DTD 06/15/04 CLB FACTOR 0.8119890300 REM BAL  3,247,878 VARIABLE RATE CANCELLED TRADE | 4,000,000.000 | 98.0000 | -11,309.28 | -3,194,228.23 |

Clearing Through **Pershing**

One Pershing Plaza, Jersey City, New Jersey 07399
Member Finra Sec Rule of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member SIPC, NYSE, Pershing Investments LLC

DC00000000932326CSF30049

# CROCKER SECURITIES LLC
3399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-5640

# Brokerage Account Statement

**Statement Period: 06/01/2005 - 06/30/2005**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/01/05 | 05/23/05 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-ST INV FLTR 0.000% 06/15/34 B/E DTD 06/15/04 CLB FACTOR 0.811989820 REM BAL 3,247,878 VARIABLE RATE CANCELLED TRADE | -4,000,000.000 | 96.0000 | 11,309.28 | 3,129,274.66 |
| 06/01/05 | | BOND INTEREST RECEIVED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-92 CL-92 AT 0.000% 11/16/34 B/E RD 04/29 PD 05/16/05 | | | | 3,637.87 |
| 06/01/05 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-92 CL-92 AT 0.000% 11/16/34 B/E RD 04/29 PD 05/16/05 | | | | 26,594.45 |
| 06/02/05 | 05/25/05 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 11.367% 04/15/34 B/E DTD 05/01/05 SOLICITED ORDER INV FLTR CANCELLED TRADE | -184,000.000 | 100.0000 | -1,510.50 | -185,510.50 |
| 06/02/05 | 05/25/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 11.367% 04/15/34 B/E DTD 05/01/05 SOLICITED ORDER QTY CORR | -130,000.000 | 100.0000 | 1,067.20 | 131,067.20 |
| 06/02/05 | 05/25/05 | CANCELLED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44 LC 6.000% 07/15/34 B/E DTD 07/27/04 SOLICITED ORDER SOLICITED ORDER QTY CORR CANCELLED TRADE VARIABLE RATE CORRECTED CONFIRM | 365,000.000 | 100.0000 | -794.66 | -184,223.14 |
| 06/03/05 | 06/02/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 08/15/34 B/E DTD 08/01/04 CLB FACTOR 0.512286460 REM BAL 367,821 VARIABLE RATE | 718,000.000 | 100.0000 | -224.91 | -368,046.59 |
| 06/03/05 | 06/03/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 11.367% 04/15/34 B/E DTD 05/01/05 FACTOR 1.000000000 REM BAL 26,000 VARIABLE RATE | -26,000.000 | 98.5000 | 15.83 | 25,625.83 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.,
Members NYSE, FINRA and SIPC. Subsidiary of The Bank of New York
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

PAR-02-CUTSHEET

Page 5 of 17



100000000093236CSP30469

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/08/05 | 06/03/05 | CORRECTED SELL | FHLMC MULTICLASS MTG CTFS GTD SER-2982 CL-2982-YS INV FLTR 11.367% 04/15/34 B/E DTD 05/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 19000.00 | -19,000.000 | 100.0000 | 40.49 | 19,040.49 |
| 06/08/05 | 06/03/05 | CORRECTED SELL | CORRECTED CONFIRM FHLMC MULTICLASS MTG CTFS GTD SER-2982 CL-2982-YS INV FLTR 11.367% 04/15/34 B/E DTD 05/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 30000.00 CORRECTED CONFIRM | -30,000.000 | 100.0000 | 63.93 | 30,063.93 |
| 06/13/05 | 06/13/05 | PURCHASED | FNMA 5.5% JUN 2005 PL TBA SETT 06/13/05 'PAIR OFF' 5.500% 06/13/05 REG DTD 05/17/05 FACTOR 1.000000000 REM BAL 7,000.000 | 7,000,000.000 | 101.5468 | -12,833.33 | -7,121,114.58 |
| 06/13/05 | 06/13/05 | PURCHASED | FNMA 5.5% JUN 2005 PL TBA SETT 06/13/05 'PAIR OFF' 5.500% 06/13/05 REG DTD 05/17/05 FACTOR 1.000000000 REM BAL 5,000.000 | 5,000,000.000 | 101.5000 | -9,166.67 | -5,084,166.67 |
| 06/13/05 | 06/13/05 | PURCHASED | FNMA 5.5% JUN 2005 PL TBA SETT 06/13/05 'PAIR OFF' 5.500% 06/13/05 REG DTD 05/17/05 FACTOR 1.000000000 REM BAL 10,000.000 | 10,000,000.000 | 100.9843 | -18,333.33 | -10,116,770.83 |
| 06/13/05 | 06/13/05 | PURCHASED | FNMA 5.5% JUN 2005 PL TBA SETT 06/13/05 'PAIR OFF' 5.500% 06/13/05 REG DTD 05/17/05 FACTOR 1.000000000 REM BAL 10,000.000 | 10,000,000.000 | 100.9375 | -18,333.33 | -10,112,083.33 |
| 06/13/05 | 06/13/05 | PURCHASED | FNMA 5.5% JUN 2005 PL TBA SETT 06/13/05 'PAIR OFF' 5.500% 06/13/05 REG DTD 05/17/05 FACTOR 1.000000000 REM BAL 5,000.000 | 5,000,000.000 | 101.2187 | -9,166.67 | -5,070,104.17 |
| 06/13/05 | 06/13/05 | PURCHASED | FNMA 5.5% JUN 2005 PL TBA SETT 06/13/05 'PAIR OFF' 5.500% 06/13/05 REG DTD 05/17/05 FACTOR 1.000000000 REM BAL 7,000.000 | 7,000,000.000 | 101.0468 | -12,833.33 | -7,086,114.56 |
| 06/13/05 | 06/13/05 | PURCHASED | FNMA 5.5% JUN 2005 PL TBA SETT 06/13/05 'PAIR OFF' 5.500% 06/13/05 REG DTD 05/17/05 FACTOR 1.000000000 REM BAL 16,500.000 | 16,500,000.000 | 101.3671 | -30,250.00 | -16,735,835.94 |
| 06/13/05 | 06/13/05 | PURCHASED | FNMA 5.5% JUN 2005 PL TBA SETT 06/13/05 'PAIR OFF' 5.500% 06/13/05 REG DTD 05/17/05 FACTOR 1.000000000 REM BAL 30,000.000 | 30,000,000.000 | 101.3125 | -55,000.00 | -30,448,750.00 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Member New York Stock Exchange, Inc. One Pershing Plaza, Jersey City, New Jersey 07399 Members SIPC, NYSE, NASD/NFA, National Futures Assn.

Page 6 of 17

D0000000009292GCSF30043



# CROCKER SECURITIES LLC

1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



# Brokerage Account Statement

Statement Period: 06/01/2005 - 06/30/2005

## Transactions in Date Sequence (continued)

| Process/ Trade/ Settlement Date | Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/13/05 | 06/13/05 | SOLD | FNMA 5.5% JUN 2005 PL TBA SETT 06/13/05 "PAIR OFF" 5.500% 06/13/05 REG DTD 05/17/05 FACTOR 1.000000000 REM BAL 5.000,000 | -5,000,000.000 | 101.4062 | 9,166.67 | 5,079,479.17 |
| 06/13/05 | 06/13/05 | SOLD | FNMA 5.5% JUN 2005 PL TBA SETT 06/13/05 "PAIR OFF" 5.500% 06/13/05 REG DTD 05/17/05 FACTOR 1.000000000 REM BAL 5,000,000 | -7,000,000.000 | 101.4687 | 12,833.33 | 7,115,545.83 |
| 06/13/05 | 06/13/05 | SOLD | FNMA 5.5% JUN 2005 PL TBA SETT 06/13/05 "PAIR OFF" 5.500% 06/13/05 REG DTD 05/17/05 FACTOR 1.000000000 REM BAL 7,000,000 | -10,000,000.000 | 100.9531 | 18,333.33 | 10,113,548.83 |
| 06/13/05 | 06/13/05 | SOLD | FNMA 5.5% JUN 2005 PL TBA SETT 06/13/05 "PAIR OFF" 5.500% 06/13/05 REG DTD 05/17/05 FACTOR 1.000000000 REM BAL 10,000,000 | -5,000,000.000 | 101.3437 | 9,166.67 | 5,076,354.17 |
| 06/13/05 | 06/13/05 | SOLD | FNMA 5.5% JUN 2005 PL TBA SETT 06/13/05 "PAIR OFF" 5.500% 06/13/05 REG DTD 05/17/05 FACTOR 1.000000000 REM BAL 17,000,000 | -17,000,000.000 | 101.3281 | 31,166.57 | 17,256,947.92 |
| 06/13/05 | 06/13/05 | SOLD | FNMA 5.5% JUN 2005 PL TBA SETT 06/13/05 "PAIR OFF" 5.500% 06/13/05 REG DTD 05/17/05 FACTOR 1.000000000 REM BAL 46,500,000 | -46,500,000.000 | 100.6875 | 85,250.00 | 46,804,937.50 |
| 06/15/05 | 06/13/05 | BOND INTEREST RECEIVED | 3SS9715 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 8.868% 09/15/33 B/E DTD 08/01/04 RD 05/31 PD 06/15/05 | | | | 16,263.30 |
| 06/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 8.868% 09/15/33 B/E DTD 08/01/04 RD 05/31 PD 06/15/05 | | | | 203,208.69 |
| 06/15/05 | | BOND INTEREST RECEIVED | 100000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 6.878% 09/15/33 B/E DTD 08/07/04 RD 05/31 PD 06/15/05 | | | | 3,183.36 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Subsidiaries: Bank of New York
Pershing LLC, member NYSE, NYSE, SIPC, financial subsidiary of the Bank of New York Co, Inc.
One Pershing Plaza, Jersey City, New Jersey 07399

D000000000V2926CSP30043

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 6.878% 08/15/33 B/E DTD 08/01/04 RD 06/31 PD 06/15/05 | | | | 51,319.27 |
| 06/15/05 | | BOND INTEREST RECEIVED | 4400000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB RD 06/31 PD 06/15/05 | | | | 20,166.67 |
| 06/15/05 | | BOND INTEREST RECEIVED | 1836333 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 9.828% 08/15/34 B/E DTD 12/07/04 RD 05/31 PD 06/15/05 | | | | 11,560.45 |
| 06/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 9.828% 08/15/34 B/E DTD 12/07/04 RD 05/31 PD 06/15/05 | | | | 72,453.58 |
| 06/15/05 | | BOND INTEREST RECEIVED | 904000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 11.367% 04/15/34 B/E DTD 05/01/05 RD 05/31 PD 06/15/05 | | | | 8,562.89 |
| 06/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 11.367% 04/15/34 B/E DTD 05/01/05 RD 05/31 PD 06/15/05 | | | | 33,789.45 |
| 06/17/05 | 06/03/05 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 11.367% 04/15/34 B/E DTD 05/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 19000.00 CANCELLED TRADE | 19,000.000 | 100.0000 | -40.49 | -19,038.49 |
| 06/17/05 | 06/03/05 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 11.367% 04/15/34 B/E DTD 05/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 3000.00 CANCELLED TRADE | 30,000.000 | 100.0000 | -63.93 | -30,061.93 |
| 06/17/05 | 06/03/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 10.959% 04/15/34 B/E DTD 05/01/05 VARIABLE RATE FACTOR .96264441 REM BAL 28879.33 | -30,000.000 | 100.0000 | 61.54 | 28,940.87 |

C000000000293ECSP30049

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Member of the Board of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, (Subsidiary of Pershing Investments LLC

# CROCKER SECURITIES LLC
1299 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1340

## Brokerage
### Account Statement

Statement Period: 06/01/2005 - 06/30/2005

## Transactions in Date Sequence (continued)

| Process/ Trade/ Settlement Date | Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/17/05 | 06/03/05 | SOLD | FHLMC MULTICLASS MTG PART'N CTFS GTD<br>SER-2882 CL-2982-YS INV FLTR<br>10.959% 04/15/34 B/E DTD 05/01/05<br>VARIABLE RATE FACTOR .96264441<br>REM BAL 18290.24 | -15,000.000 | 100.0000 | 38.97 | 18,329.27 |
| 06/20/05 | 06/19/05 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 31 DEBIT DAYS<br>AV BAL 2255178.59 AVG RATE 5.250<br>05-20-05 TO 06-19-05 | | | | -101,988.20 |
| 06/20/05 | | BOND INTEREST RECEIVED | 5417988 GNMA GTD REMIC PASS<br>THRU CTFS REMIC SER-2004-44 CL-44-LC<br>6.000% 07/15/34 B/E DTD 07/27/04<br>RD 05/31 PD 06/20/05 | | | | 13,613.94 |
| 06/20/05 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTFS REMIC<br>SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E<br>DTD 07/27/04 RD 05/31 PD 06/20/05 | | | | 1,398,731.56 |
| 06/22/05 | 06/02/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PART'N CTFS GTD<br>SER-2815 CL-2815-BS 0.000% 05/15/34 B/E<br>DTD 06/01/04 CLB PRIN/INT/CHG<br>VARIABLE RATE FACTOR .47970353<br>REM BAL 344427.13 CORRECTED CONFIRM | 100,000.000 | 100.0000 | -208.88 | -344,636.01 |
| 06/22/05 | 06/02/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PART'N CTFS GTD<br>SER-2815 CL-2815-BS 0.000% 05/15/34 B/E<br>DTD 06/01/04 CLB FACTOR 0.512286460<br>FACTOR 0.512286460 REM BAL 367,821 | 100,000.000 | 100.0000 | 224.91 | 388,046.59 |
| 06/22/05 | 06/03/05 | CANCELLED SELL | FHLMC MULTICLASS MTG PART'N CTFS GTD<br>SER-2882 CL-2982-YS INV FLTR<br>11.367% 04/15/34 B/E DTD 05/01/05<br>FACTOR 1.000000000 REM BAL 26,000<br>VARIABLE RATE CANCELLED TRADE | 26,000.000 | 98.5000 | -15.83 | -25,625.83 |
| 06/22/05 | 06/03/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PART'N CTFS GTD<br>SER-2882 CL-2882-YS INV FLTR<br>10.959% 04/15/34 B/E DTD 05/07/05<br>FACT.96264441 REM BAL 25028.75<br>CORRECTED CONFIRM | -26,000.000 | 98.5000 | 15.24 | 24,668.56 |

DO00000000002526CSP10049

Account Number: 717-091035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC (Subsidiary of Pershing Investments LLC)

PA6-02-CUTSHEET

Page 9 of 17

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/24/05 | 06/23/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2771 CL-2771-SX "INV FLTR" 6.825% 03/15/34 B/E DTD 03/01/04 CLB FACTOR .07907957500 REM BAL 2,401,101 VARIABLE RATE | 3,035,311.000 | 92.0000 | -10,469.80 | -2,219,483.49 |
| 06/27/05 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 06/25/04 RD 05/31 PD 06/25/05 | | | | 95,188.11 |
| 06/27/05 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 06/25/04 RD 05/31 PD 06/25/05 | | | | 21,330.70 |
| 06/30/05 | 05/25/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 06/25/04 FACTOR .97918766 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 122.0625 | 14,609.59 | 11,966,818.96 |
| 06/30/05 | 05/25/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 9.727% 08/15/34 B/E DTD 12/01/04 VARIABLE RATE FACTOR .72917915 REM BAL 1339015.74 CORRECTED CONFIRM | -1,836,533.000 | 103.3125 | 10,492.49 | 1,393,863.12 |
| 06/30/05 | 05/25/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 10.959% 04/15/34 B/E DTD 05/01/05 VARIABLE RATE FACTOR .96264441 REM BAL 539680.87 CORRECTED CONFIRM | -560,000.000 | 100.0000 | 4,738.94 | 543,839.81 |
| 06/30/05 | 05/26/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-2 CL-2842-I INV FLTR 8.758% 09/15/33 B/E DTD 08/01/04 REM BAL 1995464.88 CORRECTED CONFIRM | -3,958,715.000 | 103.5312 | 14,079.32 | 2,080,009.05 |
| 06/30/05 | 05/26/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-2 CL-2842-I INV FLTR 6.833% 09/15/33 B/E DTD 08/01/04 VARIABLE RATE FACTOR .50406884 REM BAL 1995464.88 CORRECTED CONFIRM | -1,000,000.000 | 100.0625 | 2,774.63 | 507,158.51 |
| 06/30/05 | 05/26/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.00000000 REM BAL 4,400,000 | -4,400,000.000 | 103.4062 | 19,494.44 | 4,569,359.44 |

D0000000092926C5P10149



# Brokerage Account Statement

**Statement Period: 06/01/2005 - 06/30/2005**



# CROCKER SECURITIES LLC
3590 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1560

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/30/05 | 06/28/05 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44LG 6.000% 07/15/34 B/E DTD 07/27/04 FACTOR .24438280 CORRECTED CONFIRM | -5,297,000.000 | 100.0312 | 6,256.73 | 1,301,157.48 |
| 06/30/05 | 05/31/05 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500,000 | -500.000.000 | 70.0937 | | 350,468.75 |
| 06/30/05 | 06/02/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815 ES 0.000% 06/18/24 B/E DTD 06/01/04 CLB VARIABLE RATE FACTOR .47970353 REM BAL 34427.13 CORRECTED CONFIRM | -718,000.000 | 100.0000 | 3,028.77 | 347,455.90 |
| 06/30/05 | 06/03/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-ES INV FLTR 14.959% 04/15/34 B/E DTD 05/07/05 VARIABLE RATE FACTOR .96264441 REM BAL 24060.10 CORRECTED CONFIRM | -250,000.000 | 99.0000 | 2,124.53 | 240,379.02 |
| 06/30/05 | 06/22/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-57 CL-57-ES 0.000% 03/25/35 REG DTD 06/25/05 FACTOR 1.00000000 REM BAL 500,000 VARIABLE RATE | 500,000.000 | 98.0000 | -786.60 | -490,786.60 |
| 06/30/05 | 06/22/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-57 CL-57-ES 0.000% 03/25/35 REG DTD 06/25/05 FACTOR 1.00000000 REM BAL 409,000 VARIABLE RATE | -469.000.000 | 98.2500 | 643.44 | 402,485.94 |
| 06/30/05 | 06/22/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-57 CL-57-ES 0.000% 03/25/35 REG DTD 06/25/05 VARIABLE RATE FACTOR 1.00000000 REM BAL 20000.00 | -20.000.000 | 100.0000 | 31.45 | 20,031.46 |
| 06/30/05 | 06/23/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2771 CL-2771-SX INV FLTR 6.823% 03/15/34 B/E DTD 03/01/04 CLB FACTOR 0.79079337500 REM BAL 2,429,570 VARIABLE RATE | -3,072.311.000 | 92.2500 | 13,357.57 | 2,254,636.34 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY securities Group Co. Members, New York Stock Exchange, Inc.
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, www.nyse.com, SIPC, is a member of Pershing group of companies LLC

PAR-02-CUTSHEET

D000000000923226GSF00049



## Transactions in Date Sequence *(continued)*

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/30/05 | 06/24/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2771 CL-2771-SX "INV/FLTR" 6.825% 03/15/34 B/E DTD 03/01/04 CLB FACTOR 0.79078575000 REM BAL 28,468 VARIABLE RATE | 36,000,000 | 95.5312 | -156.62 | -27,352.97 |
| 06/30/05 | 06/28/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-64 CL-64-CF "FLTG" 0.000% 10/25/33 REG DTD 06/01/05 FACTOR 1.00000000000 REM BAL 5,965,500 VARIABLE RATE | 5,965,500,000 | 99.7500 | -19,028.94 | -5,969,616.19 |
| 06/30/05 | 06/28/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-64 CL-64-CF "FLTG" 0.000% 10/25/33 REG DTD 06/01/05 FACTOR 1.00000000000 REM BAL 5,965,500 VARIABLE RATE | -5,965,500,000 | 99.8437 | 19,029.94 | 5,975,208.85 |
| 06/30/05 | 06/28/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-64 CL-64-SA INV 0.000% 10/25/33 B/E DTD 06/01/05 FACTOR 1.00000000000 REM BAL 1,988,500 VARIABLE RATE | 1,988,500,000 | 98.2500 | -14,608.85 | -1,968,310.10 |
| 06/30/05 | 06/28/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-64 CL-64-SA INV 0.000% 10/25/33 B/E DTD 06/01/05 FACTOR 1.00000000000 REM BAL 1,988,500 VARIABLE RATE | -1,988,500,000 | 98.7500 | 14,608.85 | 1,978,262.60 |
| 06/30/05 | 06/28/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2890 CL-2890-VK "INV" 0.000% 06/15/35 REG DTD 06/01/05 FACTOR 1.00000000000 REM BAL 2,250,000 VARIABLE RATE | 2,250,000,000 | 96.0000 | -8,546.69 | -2,168,546.69 |
| 06/30/05 | 06/28/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2890 CL-2890-VK "INV" 0.000% 06/15/35 REG DTD 06/01/05 FACTOR 1.00000000000 REM BAL 1,843,000 VARIABLE RATE | -1,843,000,000 | 97.0000 | 7,000.69 | 1,794,710.69 |
| 06/30/05 | 06/28/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2890 CL-2890-VK "INV" 0.000% 06/15/35 REG DTD 06/01/05 FACTOR 1.00000000000 REM BAL 407,000 VARIABLE RATE | -407,000,000 | 97.0000 | 1,546.00 | 396,335.00 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Solutions from the Heart of the New York

Page 12 of 17

cx00000000093354CSP20049

# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Brokerage
### Account Statement

**Statement Period: 06/01/2005 - 06/30/2005**

D03000000529326CSF390A49


QUALEX RATED
FOR COMMUNICATION

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/30/05 | 06/29/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.97918760500 REM BAL 9,791,376 VARIABLE RATE | 10,000,000.000 | 122.0937 | -14,609.59 | -11,569,878.593 |
| 06/30/05 | 06/29/05 | PURCHASED | FNM GTD REMIC PASS THRU CTF REMIC TR-2004-59 CL-59-BM INV FLTR 8.913% 12/25/32 B/E DTD 07/25/04 FACTOR 0.99672669000 REM BAL 243,854 VARIABLE RATE | 350,000.000 | 98.5000 | -272.05 | -240,468.58 |
| 06/30/05 | 06/29/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-ST INV FLTR 0.000% 06/15/34 B/E DTD 06/15/04 CLB FACTOR 0.78774067000 REM BAL 130,764 VARIABLE RATE | 165,000.000 | 95.0000 | -407.80 | -124,634.50 |
| 06/29/05 | 06/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-ST INV FLTR 0.000% 06/15/34 CLB FACTOR 0.78774067000 REM BAL 130,764 VARIABLE RATE | -166,000.000 | 95.0000 | 407.80 | 124,634.50 |
| 06/30/05 | 06/29/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 06/15/34 B/E DTD 06/01/04 CLB FACTOR 0.47970535300 REM BAL 344,427 VARIABLE RATE | 718,000.000 | 100.0312 | -3,028.77 | -347,563.54 |
| 06/30/05 | 06/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 06/15/34 B/E DTD 06/01/04 CLB FACTOR 0.47970535300 REM BAL 344,427 VARIABLE RATE | -718,000.000 | 100.0625 | 2,924.33 | 347,566.73 |
| 06/30/05 | 06/29/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-I CL-2842-I INV FLTR 8.758% 09/15/33 B/E DTD 08/01/04 FACTOR 0.50406884000 REM BAL 1,995,464 VARIABLE RATE | 3,598,715.000 | 103.5625 | -14,079.32 | -2,080,632.63 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PART-02-CUITSHEET

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/30/05 | 06/29/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2842-L CL-2842-L INV FLTR<br>6.833% 09/15/33 B/E DTD 08/01/04<br>FACTOR .50400688400 REM BAL 504,168<br>VARIABLE RATE | 1,000,000.000 | 100.0781 | -2,774.63 | -501,237.27 |
| 06/30/05 | 06/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2842-L CL-2842-L INV FLTR<br>6.833% 09/15/33 B/E DTD 08/01/04<br>FACTOR .50400688 REM BAL 87203.91<br>SOLICITED ORDER VARIABLE RATE | -173,000.000 | 100.0000 | 480.01 | 87,683.92 |
| 06/30/05 | 06/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2842-L CL-2842-L INV FLTR<br>6.833% 09/15/33 B/E DTD 08/01/04<br>FACTOR .50400688 REM BAL 13105.79<br>SOLICITED ORDER VARIABLE RATE | -26,000.000 | 100.0000 | 72.14 | 13,177.93 |
| 06/30/05 | 06/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2842-L CL-2842-L INV FLTR<br>6.833% 09/15/33 B/E DTD 08/01/04<br>FACTOR .50400688 REM BAL 12601.72<br>SOLICITED ORDER VARIABLE RATE | -25,000.000 | 100.0000 | 69.37 | 12,671.09 |
| 06/30/05 | 06/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2842-L CL-2842-L INV FLTR<br>6.833% 09/15/33 B/E DTD 08/01/04<br>FACTOR .50400688 REM BAL 2016.28<br>SOLICITED ORDER VARIABLE RATE | -4,000.000 | 100.0000 | 11.10 | 2,027.38 |
| 06/30/05 | 06/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2842-L CL-2842-L INV FLTR<br>6.833% 09/15/33 B/E DTD 08/01/04<br>FACTOR .50400688 REM BAL 1008.14<br>SOLICITED ORDER VARIABLE RATE | -2,000.000 | 100.0000 | 5.55 | 1,013.69 |
| 06/30/05 | 06/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2842-L CL-2842-L INV FLTR<br>6.833% 09/15/33 B/E DTD 08/01/04<br>FACTOR .50400688 REM BAL 19658.68<br>SOLICITED ORDER VARIABLE RATE | -39,000.000 | 100.0000 | 108.21 | 19,766.90 |
| 06/30/05 | 06/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2842-L CL-2842-L INV FLTR<br>6.833% 09/15/33 B/E DTD 08/01/04<br>FACTOR .50400688 REM BAL 105854.46<br>SOLICITED ORDER VARIABLE RATE | -210,000.000 | 100.0000 | 582.67 | 106,437.13 |

D000000000932GC58P30049

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** ® A BNY Securities Group Co.
Member NYSE, SIPC. Settlement from the Bank of New York.

One Pershing Plaza, Jersey City, New Jersey 07399
PershingLLC member NASD, NYSE, SIPC. bnysecuritiesco/PershingPlazaInternational

# CROCKER SECURITIES LLC
3399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-947-1540



# Brokerage
## Account Statement

Statement Period: 06/01/2005 - 06/30/2005

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/30/05 | 06/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 6.833% 09/15/33 B/E DTD 08/01/04 SOLICITED ORDER VARIABLE RATE FACTOR .5040884 REM BAL 192554.30 | -382,000.000 | 100.0000 | 7,055.90 | 193,611.20 |
| 06/30/05 | 06/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 6.833% 09/15/33 B/E DTD 08/01/04 SOLICITED ORDER VARIABLE RATE FACTOR .5040884 REM BAL 32260.41 | -64,000.000 | 100.0000 | 177.88 | 32,437.99 |
| 06/30/05 | 06/29/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/07/04 CLB FACTOR 1.000000000 REM BAL 4,400,000 | 4,400,000.000 | 103.4375 | -19,494.44 | -4,570,744.44 |
| 06/30/05 | 06/29/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 10.959% 04/15/34 B/E DTD 06/01/05 FACTOR .0962644100 REM BAL 539,080 | 560,000.000 | 100.0312 | -4,758.94 | -544,008.27 |
| 06/30/05 | 06/29/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2890 CL-DI INV FLTR 0.000% 11/15/34 B/E DTD 06/01/05 VARIABLE RATE FACTOR 1.000000000 REM BAL 2,512,924 | 2,512,924.000 | 95.2600 | -10,093.58 | -2,403,653.69 |
| 06/30/05 | 06/30/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2890 CL-DI INV FLTR 0.000% 11/15/34 B/E DTD 06/01/05 VARIABLE RATE FACTOR 1.000000000 REM BAL 2,300,000 | -2,300,000.000 | 96.7500 | 9,238.33 | 2,234,488.33 |
| 06/30/05 | 06/30/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 6.833% 09/15/33 B/E DTD 08/01/04 SOLICITED ORDER VARIABLE RATE FACTOR .5040884 REM BAL 34780.75 | -69,000.000 | 100.0000 | 191.45 | 34,972.20 |

**Total Value of all Transactions** | | | | | | | **$5,061,042.97**

The price and quantity displayed may have been rounded.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Member New York Stock Exchange

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FDIC, SIPC, NYSE, Member(s) of Pershing Investment LLC

E00000000009231ECSP30069

DATA RATED FOR COMMUNICATION

## Messages

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE  TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING  INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF  THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS,  PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

D000000000092626CSF30045

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Members New York Stock Exchange

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, NASD, SIPC, Subsidiary of Pershing Investments LLC

Page 16 of 17

Account Number: 727-891035

CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

# GENERAL INFORMATION

# TERMS AND CONDITIONS

## THE ROLE OF PERSHING

## PORTFOLIO HOLDINGS

## ERRORS AND OMISSIONS EXCEPTED.

## PAYMENT FOR ORDER FLOW PRACTICES

## ARBITRATION DISCLOSURES:

## ARBITRATION AGREEMENT

If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.

Page 17 of 17

One Pershing Plaza, Jersey City, New Jersey 07399
Subject: Part 15 Ex & (a) New York

DOC0000009992061CSP30649



# Brokerage
## Account Statement

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

D00000000006540GM930037

||..|..|||||.|..|..|||..|.|.|..|||..|.|.||..|.|||..|..||.||..||

CROCKER SECURITIES LLC
- -(TAXABLE TRADE #2- -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597 - 7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

Account Number: 727-891035
Statement Period: 07/01/2005 - 07/31/2005

### Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $132,261.98 |
| Dividends/Interest | 38,668.59 |
| Change in Account Value | -318,507.79 |
| Ending Account Value | -$147,577.22 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | 18,050,453.18 | 13,492,932.02 | 100% | Your Account is 100% invested in Fixed Income. |
| Cash and Cash Equivalents | -17,918,191.20 | -13,640,509.24 | 0% | |
| **Account Total** | **$132,261.98** | **-$147,577.22** | **100%** | |



DALBAR RATED
FOR COMMUNICATION

D00000000006540GC6930037

Clearing Through **Pershing**
PAG-02-CUTSHEET

A BNY Securities Group Co.
Subsidiary from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Stocks held through by Pershing investment LLC

Page 1 of 15

# Customer Service Information

| Your Investment Advisor: RDG | Contact Information | Customer Service Information |
| --- | --- | --- |
| DOUG GREEN | Telephone Number: (561) 361-4803 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| | Fax Number: (561) 362-5261 | Customer Service Telephone Number: (800) 941-2895 |

# Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
| --- | --- | --- | --- | --- | --- | --- |
| | **Cash and Cash Equivalents 0.00% of Portfolio** | | | | | |
| | Margin Balance | -17,918,191.20 | -13,640,509.24 | | | |
| | **Total Cash and Cash Equivalents** | **-$17,918,191.2** | **-$13,640,509.24** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
| --- | --- | --- | --- | --- | --- | --- |
| | **Fixed Income 100.00% of Portfolio** (in Maturity Date Sequence) | | | | | |
| | **Asset Backed Securities** | | | | | |
| 3,959,715.000M | FNLMC MULTICLASS MTG PARTN CTFS GTD SER-2842 J CL-ZB42 I INV FLTR 7.920% 09/15/33 B/E DTD 08/01/04 Security Identifier: 31395E2T3 Factor: 0.44683102 | 95.7860 | 1,694,941.13 | 10,899.03 | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842 L CL-ZB42 L INV FLTR 6.490% 09/15/33 B/E DTD 08/07/04 Security Identifier: 31395E2V8 Factor: 0.44683102 | 97.6500 | 2,617.98 | 13.53 | | |
| 500,000.000M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Moody Rating AAA S & P Rating AAA Security Identifier: 32051DK50 Factor: 1.00000000 | 51.1220 | 255,610.00 | 0.00 | 0.00 | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QO "INV" 0.000% 03/25/34 B/E DTD 05/25/04 Security Identifier: 31393VJ37 Factor: 0.97697119 | 102.7890 | 10,042,189.16 | 0.00 | | |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**®

DC000000000865549CGP39037



CROCKER
SECURITIES LLC
3599 Old Road • Suite 230 • Walnut Creek, CA 94597
925.941.1540

# Brokerage
## Account Statement

Statement Period: 07/01/2005 - 07/31/2005

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 73,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882 CL-2882-VS INV FLTR 10.120% 04/15/34 B/E DTD 05/01/05 Security Identifier: 31395U894  Factor: 0.59051055 | 96.1980 | 63,859.96 | 522.60 | | |
| 5,782,958.00M | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 Security Identifier: 38374HD3  Factor: 0.02026423 | 100.0670 | 117,265.71 | 546.87 | | |
| 1,836,330.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 8.957% 08/15/34 B/E DTD 12/01/04 Security Identifier: 31395KCQ4  Factor: 0.64387590 | 95.8790 | 1,133,643.22 | 8,237.03 | | |
| 71,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-57 CL-57-ES 0.000% 03/25/35 B/E DTD 06/25/05 Security Identifier: 31394EQT8  Factor: 0.99284695 | 102.0180 | 71,914.86 | 0.00 | | |
| 112,000.000M | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-L49 INV FLTR 7.533% 08/25/35 B/E DTD 07/01/05 Moody Rating AAA Security Identifier: 12669G385  Factor: 1.00000000 | 99.0000 | 110,880.00 | 656.21 | | |

| Description | | | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Total Asset Backed Securities** | | | $13,492,932.02 | $20,875.27 | $0.00 | |
| **Total Fixed Income** | | | $13,492,932.02 | $20,875.27 | $0.00 | |
| **Total Portfolio Holdings** | | | -$147,577.22 | $20,875.27 | $0.00 | |

DALTON RATED
FOR COMMUNICATION

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
PWR-02-CUTSHEET
One Pershing Plaza, Jersey City, New Jersey 07399
Member SIPC and NASD Pershing LLC Member NYSE

00000000008654SP130037

## Portfolio Holdings *(continued)*

■ This symbol next to the quantity indicates a position in your margin account.

### Disclosures and Other Information

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where prices shown are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions in Date Sequence

| Process/ Date | Trade/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/01/05 | 06/30/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 9.727% 08/15/34 B/E DTD 12/01/04 FACTOR 0.72917791500 REM BAL 1,339,015 VARIABLE RATE | 1,835,333.000 | 103.3281 | | -1,383,579.85 |
| 07/01/05 | 06/30/05 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500,000 | 500,000.000 | 70.1093 | | -350,546.88 |
| 07/01/05 | 06/30/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/16/34 B/E DTD 07/27/04 FACTOR 0.24438250000 REM BAL 1,294,496 | 5,297,000.000 | 100.0468 | | -1,295,103.02 |
| 07/05/05 | 06/29/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-ST INV FLTR 0.000% 05/15/34 B/E DTD 05/15/04 CLB QTY CORR BKR 309 VARIABLE RATE FACTOR .78774667 REM BAL 96992.10 CORRECTED CONFIRM | 123,000.000 | 95.0000 | -302.17 | -92,319.67 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing through **Pershing®**  A BNY Securities Group Co.
SafeSend Than This Sheet of See Tod.

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Subsidiary of Pershing International Ltd.



**CROCKER SECURITIES LLC**
1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 07/01/2005 - 07/31/2005

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/05/05 | 06/29/05 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-ST INV FLTR 0.000% 05/15/34 B/E DTD 06/15/04 CLB FACTOR 0.7877406700 REM BAL 130,764 VARIABLE RATE CANCELLED TRADE | 160,000.000 | 95.0000 | -407.80 | -124,634.50 |
| 07/05/05 | 06/29/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-ST INV FLTR 0.000% 05/15/34 B/E DTD 05/15/04 CLB VARIABLE RATE FACTOR .7874067 REM BAL 96892.10 CORRECTED CONFIRM | -123,000.000 | 95.0000 | 407.80 | 92,047.50 |
| 07/05/05 | 06/29/05 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-ST INV FLTR 0.000% 05/15/34 B/E DTD 05/15/04 CLB FACTOR 0.7877406700 REM BAL 130,764 VARIABLE RATE CANCELLED TRADE | -166,000.000 | 95.0000 | 407.80 | 124,634.50 |
| 07/05/05 | 06/29/05 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR 0.4797035300 REM BAL 344,427 VARIABLE RATE CANCELLED TRADE | 718,000.000 | 100.6625 | -2,924.33 | -347,566.73 |
| 07/06/05 | 06/29/05 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-ST INV FLTR 0.000% 05/15/34 B/E DTD 06/15/04 CLB REM BAL 96892.10 CANCELLED TRADE VARIABLE RATE FACTOR .7874067 | 123,000.000 | 95.0000 | | -92,047.50 |
| 07/06/05 | 06/29/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-ST INV FLTR 0.000% 05/15/34 B/E DTD 06/15/04 CLB REM BAL 96892.10 CORRECTED CONFIRM VARIABLE RATE FACTOR .7874067 | -123,000.000 | 95.0000 | 302.17 | 92,349.67 |
| 07/06/05 | | BOND INTEREST ADJUSTMENT | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS 10.959% 04/15/34 B/E RD 05/31 PD 06/15 CXL TRD ADJ 06/02/05 | | | | -8,562.89 |
| 07/06/05 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS 10.959% 04/15/34 B/E RD 05/31 PD 06/15 | | | | 9,074.39 |

D000000000865649CSP10037

Account Number: 717-897035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Member FINRA, NYSE, SIPC. Member of the New York
Pershing LLC, a subsidiary of BNY, NYSE, SIPC. Master offic of The Bank of New York
Pershing LLC, member FINRA, NYSE, SIPC, Master offic of The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
P945-02-CUT5HEET

# Transactions in Date Sequence *(continued)*

DO0000000865149CSF3J037

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/06/05 | | PRINCIPAL PAY DOWN ADJUSTMENT | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS 10.959% 04/15/24 B/E | 904,000.000 | | | -33,769.45 |
| 07/06/05 | | PRINCIPAL PAY DOWN RECEIVED | RD 05/31 PD 06/15 CXL TRD ADK 06/02/05 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS 10.9595% 04/15/24 B/E RD 05/31 PD 06/15 | -598,000.000 | | | 35,786.65 |
| 07/14/05 | 07/12/05 | PURCHASED | FNMA 5.5% JUL 2005 Pl TBA SETT 07/14/05 "PAIR OFF" 5.500% 07/14/05 REG DTD 06/10/05 FACTOR 1.0000000000 REM BAL 30,000.000 | 30,000,000.000 | 101.0000 | -59,583.33 | -30,359,583.33 |
| 07/14/05 | 07/12/05 | PURCHASED | FNMA 5.5% JUL 2005 Pl TBA SETT 07/14/05 "PAIR OFF" 5.500% 07/14/05 REG DTD 06/10/05 FACTOR 1.0000000000 REM BAL 5,000.000 | 5,000,000.000 | 101.2031 | -9,930.56 | -5,070,086.81 |
| 07/14/05 | 07/12/05 | PURCHASED | FNMA 5.5% JUL 2005 Pl TBA SETT 07/14/05 "PAIR OFF" 5.500% 07/14/05 REG DTD 06/10/05 FACTOR 1.0000000000 REM BAL 7,000.000 | 7,000,000.000 | 101.4423 | -13,902.78 | -7,112,065.85 |
| 07/14/05 | 07/12/05 | SOLD | FNMA 5.5% JUL 2005 Pl TBA SETT 07/14/05 "PAIR OFF" 5.500% 07/14/05 REG DTD 06/10/05 FACTOR 1.0000000000 REM BAL 30,000.000 | -30,000,000.000 | 101.1210 | 59,583.33 | 30,395,911.47 |
| 07/14/05 | 07/12/05 | SOLD | FNMA 5.5% JUL 2005 Pl TBA SETT 07/14/05 "PAIR OFF" 5.500% 07/14/05 REG DTD 06/10/05 FACTOR 1.0000000000 REM BAL 5,000.000 | -5,000,000.000 | 100.8906 | 9,930.56 | 5,054,461.81 |
| 07/14/05 | 07/12/05 | SOLD | FNMA 5.5% JUL 2005 Pl TBA SETT 07/14/05 "PAIR OFF" 5.500% 07/14/05 REG DTD 06/10/05 FACTOR 1.0000000000 REM BAL 5,000.000 | -5,000,000.000 | 100.9937 | 9,930.56 | 5,064,618.06 |
| 07/14/05 | 07/12/05 | SOLD | FNMA 5.5% JUL 2005 Pl TBA SETT 07/14/05 "PAIR OFF" 5.500% 07/14/05 REG DTD 06/10/05 FACTOR 1.0000000000 REM BAL 2,000.000 | -2,000,000.000 | 101.0000 | 3,972.22 | 2,023,972.22 |
| 07/15/05 | | BOND INTEREST RECEIVED | 3959715 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 8.759% 09/15/33 B/E DTD 08/01/04 RD 06/30 PD 07/15/05 | | | | 14,568.49 |
| 07/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 8.759% 09/15/33 B/E DTD 08/01/04 RD 06/30 PD 07/15/05 | | | | 226,645.45 |

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Member NYSE, member NASD, SIPC, NYSE, SIPC, Securities Clearing/Clearing/Investment/Clearing

One Pershing Plaza, Jersey City, New Jersey 07399

Page 6 of 15



## CROCKER SECURITIES LLC
3550 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage**
*Account Statement*

Statement Period: 07/01/2005 - 07/31/2005

Account Number: 727-891035
CROCKER SECURITIES LLC

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/15/05 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 6.833% 09/15/33 B/E DTD 08/01/04 RD 06/30 PD 07/15/05 | | | | 17.22 |
| 07/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 6.833% 09/15/33 B/E DTD 08/01/04 RD 06/30 PD 07/15/05 | | | | 343.43 |
| 07/15/05 | | BOND INTEREST RECEIVED | 440000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E GTD 10/01/04 CLB RD 06/30 PD 07/15/05 | | | | 20,166.67 |
| 07/15/05 | | BOND INTEREST RECEIVED | 633000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882 CL-2882-YS INV FLTR 10.959% 04/15/34 B/E DTD 05/01/05 RD 06/30 PD 07/15/05 | | | | 5,564.80 |
| 07/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882 CL-2882-YS INV FLTR 10.959% 04/15/34 B/E DTD 05/01/05 RD 06/30 PD 07/15/05 | | | | 33,633.73 |
| 07/15/05 | | BOND INTEREST RECEIVED | 212924 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-DJ INV FLTR 0.000% 11/15/34 B/E DTD 06/01/05 RD 06/30 PD 07/15/05 | | | | 1,710.49 |
| 07/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-DJ INV FLTR 0.000% 11/15/34 B/E DTD 06/01/05 RD 06/30 PD 07/15/05 | | | | 2,942.34 |
| 07/18/05 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 08/15/34 B/E RD 06/30 PD 07/15/05 | | | | 3,133.21 |
| 07/18/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 08/15/34 B/E RD 06/30 PD 07/15/05 | | | | 46,244.15 |
| 07/20/05 | 07/19/05 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 30 DEBIT DAYS AV BAL 21681480.82 AVG RATE 5.404 06-20-05 TO 07-19-05 | | | | -97,557.60 |

DC000000000865495FS0037

D000000000855490C5P33037

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/20/05 | | BOND INTEREST RECEIVED | 485988 GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 RD 06/30 PD 07/20/05 | | | | 593.80 |
| 07/20/05 | 06/30/05 | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E | | | | 108,912.26 |
| 07/21/05 | 06/30/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 8.957% 08/15/34 B/E DTD 12/01/04 FACTOR .84387590 VARIABLE RATE FACTOR .84387590 REM BAL 1182370.56 CORRECTED CONFIRM | 1,885,333.000 | 103.3281 | | -1,221,721.33 |
| 07/21/05 | 06/30/05 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 8.957% 08/15/34 B/E DTD 12/01/04 INV FLTR 9.727% 08/15/34 B/E | -1,885,333.000 | 103.3281 | | 1,383,579.85 |
| 07/25/05 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 12/01/04 CANCELLED TRADE FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/26/04 RD 06/30 PD 07/25/05 | | | | 87,657.53 |
| 07/25/05 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E RD 06/30 PD 07/25/05 | | | | 22,164.70 |
| 07/25/05 | | BOND INTEREST RECEIVED | 350000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-59 CL-59-BM INV FLTR 8.032% 12/25/32 B/E DTD 07/26/04 RD 06/30 PD 07/25/05 | | | | 1,632.30 |
| 07/25/05 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-59 CL-59-BM INV FLTR 8.032% 12/25/32 B/E RD 06/30 PD 07/25/05 | | | | 17,519.91 |
| 07/25/05 | | BOND INTEREST RECEIVED | 71000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-57 CL-57-ES 0.000% 03/25/35 B/E DTD 06/25/05 RD 06/30 PD 07/25/05 | | | | 670.18 |
| 07/25/05 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-57 CL-57-ES 0.000% 03/25/35 B/E DTD 06/25/05 RD 06/30 PD 07/25/05 | | | | 507.67 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Subsidiary of The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC. Subsidiaries of Pershing Investments LLC.

One Pershing Plaza, Jersey City, New Jersey 07399

Page 8 of 15



**Brokerage**
**Account Statement**

**CROCKER SECURITIES LLC**
3359 Oak Road • Suite 330 • Walnut Creek, CA 94597
925-941-1540



DJ/MR RATED
FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group, Inc.
PAR-02-CUTSHEET    One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, FINRA, SIPC. Pershing LLC is not a bank. FDIC, NCUA insured or bank guaranteed and may lose value. Pershing LLC

## Transactions in Date Sequence *(continued)*

Statement Period: 07/01/2005 - 07/31/2005

| Process/ Trade/ Date | Settlement Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/27/05 | 06/30/05 | CORRECTED PURCHASE | GNMA GTD REMIC PASS THRU CTFS REMIC SER 2004-41 CL-441-LC 6.000% 07/15/34 B/E DTD 07/27/04 FACT.02026423 FACTOR .02026423 REM BAL 107339.63 | 5,297,000.000 | 100.0466 | | -107,389.94 |
| 07/27/05 | 06/30/05 | CANCELLED PURCHASE | CORRECTED CONFIRM GNMA GTD REMIC PASS THRU CTFS REMIC SER.2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 FACTOR 0.244382900 REM BAL 1,294,496 CANCELLED TRADE | -5,297,000.000 | 100.0468 | | 1,295,103.02 |
| 07/27/05 | 07/27/05 | PURCHASED | PASSTHRU CTF 1A4 5.500% 03/25/35 B/E DTD 07/27/04 FACTOR 1.000000000 REM BAL 1,078,045 | 1,078,045.000 | 35.5000 | -4,282.24 | -386,998.37 |
| 07/27/05 | 07/27/05 | PURCHASED | BANK AMER MTG SECS INC 2005-2 MTG PASSTHRU CTF 1A4 5.500% 03/25/35 B/E | | | | |
| 07/27/05 | 07/27/05 | PURCHASED | BANK OF AMERICA MTG SECS CORP SER 2005-A CLA 1A20 5.500% 05/25/35 B/E DTD 02/01/05 CLB F FACTOR 1.000000000 REM BAL 192,360 | 192,360.000 | 37.5000 | -764.10 | -73,380.00 |
| 07/27/05 | 07/27/05 | PURCHASED | BANK OF AMERICA MTG SECS CORP SER 2005-5 CLA 1A20 5.500% 06/25/35 B/E DTD 04/01/05 FACTOR 1.000000000 REM BAL 192,360 | 514,605.000 | 36.7500 | -2,044.13 | -191,161.47 |
| 07/27/05 | 07/27/05 | PURCHASED | MASTR ASSET SEC TR 2005-1 MTG PASSTHRU CTF 2005-1 CL 2N7 5.500% 05/25/35 B/E DTD 05/01/05 CLB REM BAL 514,605 | 772,727.000 | 32.2500 | -3,069.44 | -252,273.98 |
| 07/27/05 | 07/27/05 | PURCHASED | CWMBS INC MTG PASS THRU CTF FACTOR 1.000000000 REM BAL 772,727 SER 2005-16 CL-A9 INV FLTR 7.533% 08/25/35 REG DTD 07/01/05 VARIABLE RATE | 500,000.000 | 98.2500 | -2,925.00 | -494,075.00 |
| 07/28/05 | 07/28/05 | PURCHASED | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 7.533% 08/25/35 REG DTD 07/01/05 FACTOR 1.000000000 REM BAL 500,000 VARIABLE RATE | 500,000.000 | 99.0000 | -2,825.00 | -497,825.00 |

Page 9 of 15

C00000000065405F31037

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/29/05 | 06/29/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 06/25/04 FACTOR .97697119 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 122.1093 | 11,029.92 | 11,940,764.06 |
| 07/29/05 | 06/29/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-204-59 CL-59-BM INV FLTR 8.032% 12/25/32 B/E DTD 07/25/04 PX CORR VARIABLE RATE FACTOR .54669981 REM BAL 22633.43 CORRECTED CONFIRM | -350,000.000 | 96.0000 | 191.05 | 217,472.11 |
| 07/29/05 | 06/29/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CLB MONEY CORR VARIABLE RATE FACTOR .41529664 REM BAL 29816299 CORRECTED CONFIRM | -718,000.000 | 100.0625 | 2,372.54 | 300,741.89 |
| 07/29/05 | 06/29/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 7.920% 09/15/33 B/E DTD 08/01/04 FACTOR .44683102 VARIABLE RATE CORRECTED CONFIRM | -3,958,715.000 | 103.5937 | 10,896.28 | 1,843,341.95 |
| 07/29/05 | 06/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CL3 FACTOR 1.000000000 REM BAL 4,400,000 | -4,400,000.000 | 103.4531 | 18,822.22 | 4,570,759.72 |
| 07/29/05 | 06/29/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882 CL-2882-YS INV FLTR 10.120% 04/15/34 B/E DTD 05/01/05 FACT 99051055 REM BAL 505325.91 CORRECTED CONFIRM | -560,000.000 | 100.0625 | 4,008.96 | 513,653.20 |
| 07/29/05 | 06/29/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2890 CL-D JI INV FLTR 0.000% 11/15/34 B/E DTD 06/01/05 FACT VARIABLE RATE FACTOR .98818125 REM BAL 209881.66 CORRECTED CONFIRM | -212,924.000 | 95.2812 | 689.82 | 200,762.97 |
| 07/29/05 | 06/30/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 8.957% 08/15/34 B/E DTD 12/01/04 FACTOR .6438759 VARIABLE RATE CORRECTED CONFIRM | -1,835,333.000 | 103.3281 | 8,237.17 | 1,229,558.50 |

Account Number: 7ZI-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Member New York Stock Exchange, Inc.

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC / Federal ID of traded Securities LLC

Page 10 of 15



**CROCKER SECURITIES LLC**
2255 Oak Road • Suite 200 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

**Statement Period: 07/01/2005 - 07/31/2005**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/29/05 | 06/30/05 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 B / MTG PASSTHRU CTF CL 1A42 / FACTOR 1.000000000 REM BAL 500,000 / 0.000% 10/25/33 B/E DTD 08/01/03 | -500,000.000 | 70.1093 | | 350,546.88 |
| 07/29/05 | 06/30/05 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC / SER 2004-44 CL-I4 4 CL 6.000% 07/15/34 B/E / DTD 07/27/04 FACTOR .02026423 / CORRECTED CONFIRM | -5,297,000.000 | 100.0468 | 500.92 | 107,890.86 |
| 07/29/05 | 07/27/05 | PURCHASED | BANC AMER MTG SECS INC 2003-6 MTG / PASSTHRU CTF 1-A-3 5.250% 08/25/33 B/E / DTD 07/01/03 CLB FACTOR 1.000000000 / REM BAL 552,925 | 552,925.000 | 32.0000 | -2,257.78 | -179,194.01 |
| 07/29/05 | 07/27/05 | SOLD | BANC AMER MTG SECS INC 2003-6 MTG / PASSTHRU CTF 1-A-3 5.250% 08/25/33 B/E / DTD 07/01/03 CLB FACTOR 1.000000000 / REM BAL 552,925 | -552,925.000 | 33.0000 | 2,257.78 | 184,723.26 |
| 07/29/05 | 07/27/05 | SOLD | BANK AMER MTG SECS INC 2005-2 MTG / PASSTHRU CTF 1A4 5.500% 03/25/35 B/E / DTD 02/01/05 CLB FACTOR 1.000000000 / REM BAL 1,078,045 | -1,078,045.000 | 36.7500 | 4,611.64 | 400,793.34 |
| 07/29/05 | 07/27/05 | SOLD | BANK OF AMERICA MTG SECS CORP SER / 2005-4 CL A 1A20 5.500% 05/25/35 B/E / DTD 04/01/05 FACTOR 1.000000000 / REM BAL 192,360 | -192,360.000 | 39.0000 | 822.87 | 75,643.27 |
| 07/29/05 | 07/27/05 | SOLD | BANK OF AMERICA MTG SECS CORP SER / 2005-5 CL A 1A20 5.500% 06/25/35 B/E / DTD 06/01/05 FACTOR 1.000000000 / REM BAL 514,605 | -514,605.000 | 38.0000 | 2,201.37 | 197,751.27 |
| 07/29/05 | 07/27/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC / TR-2004-46 CL-46-CD "NW" / 0.000% 03/25/34 B/E DTD 05/25/04 / FACTOR 0.976971500 REM BAL 9,769,711 / VARIABLE RATE | 10,000,000.000 | 122.1406 | -11,028.92 | -11,943,816.10 |
| 07/29/05 | 07/27/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC / TR-2005-57 CL-57-ES 0.000% 03/25/35 B/E / DTD 06/25/05 FACTOR 0.992849565000 / REM BAL 1,985,699 VARIABLE RATE | 2,000,000.000 | 98.6750 | -2,115.43 | -1,985,475.61 |

DO0000000008454CSP1O037



**Account Number: 727-691035**
CROCKER SECURITIES LLC

Clearing through **Pershing** A BNY Securities Group Co.
Member NYSE, FINRA, SIPC
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, (Trademark) of Pershing Investment LLC

PAR-02-CUTSHEET

D000000000854546CSF510037

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/29/05 | 07/27/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-57 CL-57-ES 0.000% 03/25/35 B/E DTD 06/25/05 FACTOR 0.9928496500 REM BAL 138.988 VARIABLE RATE | 140,000,000.000 | 98.3725 | -148.08 | -136,801.42 |
| 07/29/05 | 07/27/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-57 CL-57-ES 0.000% 03/25/35 B/E DTD 06/25/05 FACTOR 0.9928496500 REM BAL 1,955.699 VARIABLE RATE | -2,000,000,000.000 | 100.0000 | 2,715.43 | 1,987,814.73 |
| 07/29/05 | 07/27/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-57 CL-57-ES 0.000% 03/25/35 B/E DTD 06/25/05 FACTOR 0.9928496500 REM BAL 101.359 | -140,000,000.000 | 98.3750 | 148.08 | 136,888.30 |
| 07/29/05 | 07/27/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2827 CL-2827-SX 0.000% 04/15/32 B/E REM BAL 2,172.837 VARIABLE RATE | 3,650,000,000.000 | 97.0000 | -6,069.28 | -2,113,722.13 |
| 07/29/05 | 07/27/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2827 CL-2827-SX 0.000% 04/15/32 B/E REM BAL 2,172.837 VARIABLE RATE | -3,590,000,000.000 | 97.7500 | 6,069.28 | 2,130,018.41 |
| 07/29/05 | 07/27/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 7.920% 09/15/33 B/E DTD 08/01/04 FACTOR 0.4468310020 REM BAL 1,768.876 VARIABLE RATE | 3,958,715.000 | 103.6250 | -10,696.28 | -1,843,894.72 |
| 07/29/05 | 07/27/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2906-LS INV FLTR 8.967% 08/15/34 B/E DTD 12/01/04 FACTOR 0.6438795000 REM BAL 1,182.368 VARIABLE RATE | 1,836,330.000 | 103.3906 | -8,237.13 | -1,230,695.45 |
| 07/29/05 | 07/27/05 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 VARIABLE RATE | 500,000.000 | 70.2343 | | -351,171.88 |
| 07/29/05 | 07/27/05 | PURCHASED | GNMA GTD PASS THRU CTFS REMIC SER-2004-44 CL-44-LG 6.000% 07/15/34 B/E DTD 07/27/04 FACTOR 0.0202642200 REM BAL 101,359 | 5,297,000,000.000 | 100.1718 | -500.92 | -108,025.04 |
| 07/29/05 | 07/27/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 0.000% 06/16/35 REG DTD 06/16/05 CLB FACTOR 0.9802980200 REM BAL 1,470,447 VARIABLE RATE | 1,500,000,000.000 | 98.5000 | -4,247.96 | -1,452,838.28 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Subsidiaries the BANK of New York
Pershing LLC member FINRA, NYSE, SIPC
One Pershing Plaza, Jersey City, New Jersey 07399

Page 12 of 15

# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1640



# Brokerage
## Account Statement

**Statement Period: 07/01/2005 - 07/31/2005**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/29/05 | 07/27/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2005-43 CL 4S-DT INV FLTR 0.000% 06/16/35 REG DTD 06/16/05 CLB FACTOR 0.9802980200 REM BAL 1,470,447 VARIABLE RATE | -1,500,000.000 | 99.0000 | 4,247.96 | 1,459,590.52 |
| 07/29/05 | 07/27/05 | SOLD | MASTR ASSET SEC TR 2005-1 MTG PASSTHRU CTF 2005-1 CL 2A7 5.500% 05/25/35 B/E DTD 05/01/05 CLB FACTOR 1.0000000000 REM BAL 772,727 | -772,727.000 | 33.3750 | 3,305.56 | 261,203.29 |
| 07/27/05 | 07/27/05 | PURCHASED | STRUCTURED ASSET SECS CORP SER-2005 14 MTG PASSTHRU CTF CL 1A4 FLTG RATE 0.000% 07/25/35 B/E DTD 09/25/05 CLB FACTOR 0.9680747000 REM BAL 647,541 VARIABLE RATE | 669,000.000 | 92.5000 | -706.00 | -599,774.83 |
| 07/29/05 | 07/27/05 | SOLD | STRUCTURED ASSET SECS CORP SER-2005 14 MTG PASSTHRU CTF CL 1A4 FLTG RATE 0.000% 07/25/35 B/E DTD 06/25/05 CLB FACTOR 0.9680747000 REM BAL 647,541 VARIABLE RATE | -669,000.000 | 94.7500 | 706.00 | 614,346.77 |
| 07/29/05 | 07/28/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 7.533% 08/25/35 REG DTD 07/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.0000000000 REM BAL 4,000.00 | -4,000.000 | 100.0000 | 23.44 | 4,023.44 |
| 07/29/05 | 07/28/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 7.533% 08/25/35 REG DTD 07/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.0000000000 REM BAL 427,000.00 | -427,000.000 | 100.0000 | 2,501.79 | 429,501.79 |
| 07/29/05 | 07/28/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 7.533% 08/25/35 REG DTD 07/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.0000000000 REM BAL 111000.00 | -111,000.000 | 100.0000 | 650.35 | 111,650.35 |



DO000000000865495CSF3D037



DALBAR RATED FOR COMMUNICATION

**Account Number: 727-891035**
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Services from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC (Subsidiaries) of clearing services to LLC

## Transactions in Date Sequence (continued)

| Process/ Trade Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/29/05 | 07/28/05 | SOLD | CWMBS INC MTG PASS THRU CTF<br>SER 2005-16 CL-49 INV FLTR<br>7.533% 08/25/35 REG DTD 07/01/05<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000 REM BAL 2000.00 | -2,000.000 | 100.0000 | 11.72 | 2,011.72 |
| 07/29/05 | 07/28/05 | SOLD | CWMBS INC MTG PASS THRU CTF<br>SER 2005-16 CL-49 INV FLTR<br>7.533% 08/25/35 REG DTD 07/01/05<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000 REM BAL 83000.00 | -83,000.000 | 100.0000 | 486.32 | 83,486.32 |
| 07/29/05 | 07/28/05 | SOLD | CWMBS INC MTG PASS THRU CTF<br>SER 2005-16 CL-49 INV FLTR<br>7.533% 08/25/35 REG DTD 07/01/05<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000 REM BAL 87000.00 | -87,000.000 | 100.0000 | 509.76 | 87,509.76 |
| 07/29/05 | 07/28/05 | SOLD | CWMBS INC MTG PASS THRU CTF<br>SER 2005-16 CL-49 INV FLTR<br>7.533% 08/25/35 REG DTD 07/01/05<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000 REM BAL 89000.00 | -89,000.000 | 100.0000 | 521.47 | 89,521.47 |
| 07/29/05 | 07/28/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-30 CL-3DL8 FLT RATE<br>0.000% 11/25/34 B/E DTD 03/01/05<br>FACTOR 0.78095297/00 REM BAL 79,657<br>VARIABLE RATE | 102,000.000 | 99.2500 | -460.54 | -79,520.31 |
| 07/29/05 | 07/28/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-30 CL-3DL8 FLT RATE<br>0.000% 11/25/34 B/E DTD 03/01/05<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .78095297 REM BAL 35923.84 | -46,000.000 | 100.0000 | 207.69 | 36,131.53 |
| 07/29/05 | 07/28/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-30 CL-3DL8 FLT RATE<br>0.000% 11/25/34 B/E DTD 03/07/05<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .78095297 REM BAL 39047.65 | -50,000.000 | 100.0000 | 225.75 | 39,273.40 |

D0000000000854543C5P10037

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Member New York Stock Exchange

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SIPC, NYSE, NASD. (Member firm of the Pershing Group of companies, LLC)



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

**Statement Period: 07/01/2005 - 07/31/2005**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/29/05 | 07/29/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 7.533% 08/25/35 B/E DTD 07/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 20000.00 | -20,000.000 | 100.0000 | 117.19 | 20,117.19 |
| 07/29/05 | | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 7.533% 08/25/35 B/E DTD 07/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 63000.00 | -63,000.000 | 100.0000 | 369.13 | 63,369.13 |
| 07/29/05 | | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-30 CL-30-LB FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 SOLICITED ORDER VARIABLE RATE FACTOR .78095297 REM BAL 4685.72 | -6,000.000 | 100.0000 | 27.09 | 4,712.81 |
| 07/29/05 | 07/29/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-57 CL-57-ES 0.000% 03/25/35 B/E DTD 06/25/05 FACTOR 0.9928496500 REM BAL 496.424 VARIABLE RATE | 500,000.000 | 98.0000 | -528.85 | -487,025.18 |
| 07/29/05 | 07/29/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-57 CL-57-ES 0.000% 03/25/35 B/E DTD 06/25/05 FACTOR 0.9928496500 REM BAL 496.424 VARIABLE RATE | -500,000.000 | 100.0000 | 528.86 | 496,953.69 |

**Total Value of all Transactions** $4,277,681.96

The price and quantity displayed may have been rounded.

D0000000086519C5F70037


DAIRAB RATED FOR COMMUNICATION

Account Number: 727 891035
CROCKER SECURITIES LLC

Clearing Through Pershing
PAR-02-CUTSHEET
A MM Securities Group Co.
Member New York Stock Exchange, Inc.



# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1650

D00000000317464TC8F30014

||...|...|...|.|..||...||...||...||.|.||...|..|..|..|.||

CROCKER SECURITIES LLC
-- TAXABLE TRADE #2 --
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

## Brokerage
## Account Statement

Account Number: 727-891035
Statement Period: 08/01/2005 - 08/31/2005

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$147,577.22 |
| Cash Withdrawals | -5.95 |
| Dividends/Interest | 24,016.89 |
| Change in Account Value* | 784,201.84 |
| Ending Account Value | $660,635.56 |

* Change in Account Value includes the value of free receives/delivers.

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | 13,492,932.02 | 18,657,952.63 | 100% | Your Account is 100% invested in Fixed Income. |
| Cash and Cash Equivalents | -13,640,509.24 | -17,997,317.07 | 0% | |
| **Account Total** | **-$147,577.22** | **$660,635.56** | **100%** | |



DATED AND
FDI COMMUNICATION

D000000000317464TC8F30014

PAR-02-CUTSHEET

Clearing Through **Pershing** A BNY Securities Group Co.
Settling from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, SIPC. Private client of Pershing business of Pershing LLC

## Customer Service Information

| Your Investment Advisor: RDG | Contact Information | Customer Service Information |
|---|---|---|
| DOUG GREEN | Telephone Number: (561) 391-4803 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| | Fax Number: (561) 362-5261 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

### Cash and Cash Equivalents  0.00% of Portfolio

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Margin Balance | -13,640,509.24 | -17,997,317.07 | | | |
| | **Total Cash and Cash Equivalents** | **-$13,640,509.2** | **-$17,997,317.07** | **$0.00** | **$0.00** | |

### Fixed Income  100.000% of Portfolio  *(In Maturity Date Sequence)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Asset Backed Securities** | | | | | |
| 130,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-88 CL-88-FS INV/FLOATER 8.876% 08/25/33 B/E DTD 11/25/04 *Security Identifier: 31394PS7 Factor: 0.94006521* | 95.6530 | 116,896.07 | 903.94 | | |
| 114,000.000M | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-82 CL-8Z-US "INV FLTR" 0.000% 08/20/33 B/E DTD 10/20/04 CLB *Security Identifier: 38374TYV0 Factor: 0.66620268* | 99.3830 | 77,744.44 | 0.00 | | |
| 3,959,715.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-I CL-2842-I INV/FLTR 7.296% 09/15/33 B/E DTD 08/01/04 *Security Identifier: 31395E2T3 Factor: 0.39827763* | 100.1850 | 1,579,983.48 | 9,588.56 | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 6.235% 09/15/33 B/E DTD 08/01/04 *Security Identifier: 31395E2V8 Factor: 0.39827763* | 100.9080 | 2,411.36 | 12.42 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing through Pershing
A BNY Securities Group Co.
Settles Than The Rest of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Federal Reserve & Pershing Investments LLC

Page 2 of 22

000000000017481FC6F3K01d





# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

Statement Period: 08/01/2005 - 08/31/2005

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 55,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2875 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CL8 | 99.8100 | 21,344.22 | 0.00 | | |
| | Security Identifier: 31395GY22  Factor: 0.388881543 | | | | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 | 105.7100 | 10,400,732.38 | 0.00 | | |
| | Security Identifier: 31393YU37  Factor: 0.974672720 | | | | | |
| 274,685.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2787 CL-2787-JT "INV FLTG" 0.000% 04/15/34 B/E DTD 04/07/04 CL8 | 100.1370 | 1,344.41 | 0.00 | | |
| | Security Identifier: 31394WBS6  Factor: 0.00488767 | | | | | |
| 20,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 9.720% 04/15/34 B/E DTD 06/00/04 | 99.2760 | 2,987.88 | 24.38 | | |
| | Security Identifier: 31395AD88  Factor: 0.15046368 | | | | | |
| 560,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882 CL-2882-VS INV FLTR 9.495% 04/15/34 B/E DTD 05/07/05 | 101.2850 | 482,821.19 | 3,772.25 | | |
| | Security Identifier: 31395UR94  Factor: 0.85124223 | | | | | |
| 718,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 06/15/24 B/E DTD 06/01/04 CL8 | 100.3760 | 250,543.33 | 0.00 | | |
| | Security Identifier: 31395ADN2  Factor: 0.35873935 | | | | | |
| 108,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-SK FLTR RATE 0.000% 05/25/34 B/E DTD 05/25/04 | 99.3500 | 97,080.98 | 0.00 | | |
| | Security Identifier: 31393YT54  Factor: 0.90477905 | | | | | |
| 97,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2813 CL-2813-SC INV FLTR 8.753% 06/15/34 B/E DTD 06/15/04 | 103.8940 | 88,992.06 | 624.09 | | |
| | Security Identifier: 31395AC6  Factor: 0.08206532 | | | | | |


DALLAS BASED FOR COMMUNICATION

D000000001174877C5F33014

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing through Pershing
PAR-02-OUTSHEET

Page 3 of 22

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| Asset Backed Securities (continued) | | | | | | |
| 35,217.000# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB | 107.1150 | 26,683.99 | 207.50 | | |
| | Security Identifier 31395ISKR8  Factor: 0.70737246 | | | | | |
| 1,836,333.000# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 8.394% 08/15/34 B/E DTD 12/01/04 | 100.0680 | 1,054,110.84 | 7,358.39 | | |
| | Security Identifier 31396KCQ4  Factor: 0.57353709 | | | | | |
| 4,400,000.000# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB | 101.0540 | 4,446,376.00 | 20,166.67 | | |
| | Security Identifier 31395KCQ2  Factor: 1.00000000 | | | | | |
| **Total Asset Backed Securities** | | | **$18,657,952.63** | **$42,658.30** | **$0.00** | |

| Description | | | Market Value | Accrued Interest | Estimated Annual Income | |
|---|---|---|---|---|---|---|
| **Total Fixed Income** | | | **$18,657,952.63** | **$42,658.30** | **$0.00** | |
| **Total Portfolio Holdings** | | | **$680,635.56** | **$42,658.30** | **$0.00** | |

■ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

D0000000217484725F30414



# CROCKER SECURITIES LLC

1399 Oak Road • Suite 150 • Walnut Creek, CA 94597
925-941-1540

DAIAIR DATED
FOR COMMUNICATION

## Brokerage
### Account Statement

## Transactions in Date Sequence

**Statement Period: 08/01/2005 - 08/31/2005**

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/01/05 | 07/27/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER.2905 CL-2905-LS INV FLTR<br>8.957% 08/15/34 B/E DTD 12/01/04<br>QTY CORR VARIABLE RATE<br>FACTOR .64387590 REM BAL  1182370.56<br>CORRECTED CONFIRM | 1,836,333.000 | 103.3906 | -8,237.17 | -1,230,697.48 |
| 08/01/05 | 07/27/05 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER.2905 CL-2905-LS INV FLTR<br>8.957% 08/15/34 B/E DTD 12/01/04<br>FACTOR .0.64387590000 REM BAL  1,182,368<br>VARIABLE RATE CANCELLED TRADE | | 103.3906 | 8,237.13 | 1,230,695.45 |
| 08/01/05 | 07/27/05 | CORRECTED PURCHASE | STRUCTURED ASSET SECS CORP SER-2005<br>14 MTG PASSTHRU CTF CL 1A4 FLTG RATE<br>0.000% 07/25/35 B/E DTD 06/25/05 CLB<br>ADJ INT VARIABLE RATE<br>FACTOR .98807470 REM BAL  647641.97<br>CORRECTED CONFIRM | 693,000.000 | 92.5000 | -654.65 | -599,723.48 |
| 08/01/05 | 07/27/05 | CANCELLED SELL | STRUCTURED ASSET SECS CORP SER-2005<br>14 MTG PASSTHRU CTF CL 1A4 FLTG RATE<br>0.000% 07/25/35 B/E DTD 06/25/05 CLB<br>FACTOR 0.98807470000 REM BAL  647,641<br>STRUCTURED ASSET SECS CORP SER-2005<br>VARIABLE RATE CANCELLED TRADE | -693,000.000 | 94.7500 | 654.65 | 614,235.42 |
| 08/01/05 | 07/27/05 | CORRECTED SELL | STRUCTURED ASSET SECS CORP SER-2005<br>14 MTG PASSTHRU CTF CL 1A4 FLTG RATE<br>0.000% 07/25/35 B/E DTD 06/25/05 CLB<br>FACTOR .98807470 REM BAL  647641.97<br>CORRECTED CONFIRM | 693,000.000 | 94.7500 | -706.00 | -614,346.77 |
| 08/01/05 | 07/27/05 | CANCELLED PURCHASE | STRUCTURED ASSET SECS CORP SER-2005<br>14 MTG PASSTHRU CTF CL 1A4 FLTG RATE<br>0.000% 07/25/35 B/E DTD 06/25/05 CLB<br>FACTOR 0.98807470000 REM BAL  647,641<br>VARIABLE RATE CANCELLED TRADE | -693,000.000 | 92.5000 | 706.00 | 599,774.83 |

D080000001748 47CSP3N014

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/02/05 | 07/28/05 | CANCELLED SELL | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 7.533% 08/25/35 REG DTD 07/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 89000.00 CANCELLED TRADE | 89,000.000 | 100.0000 | -521.47 | -89,521.47 |
| 08/02/05 | 07/28/05 | CORRECTED SELL | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 7.533% 08/25/35 B/E DTD 07/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 88000.00 CORRECTED CONFIRM | 89,000.000 | 100.0000 | 515.61 | 88,515.61 |
| 08/04/05 | 08/02/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-281 5 ES 0.000% 05/15/34 B/E DTD 05/01/04 CLB FACTOR 0.41526669400 REM BAL 296,182 VARIABLE RATE | 718,000.000 | 100.0937 | -254.20 | -298,716.73 |
| 08/04/05 | 08/02/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.00000000000 | 4,400,000.000 | 103.4843 | -2,016.67 | -4,555,329.17 |
| 08/04/05 | 08/02/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 10.120% 04/15/34 B/E DTD 05/01/05 FACTOR 0.93095105500 REM BAL 509,325 VARIABLE RATE | 560,000.000 | 100.0937 | -429.53 | -510,232.93 |
| 08/04/05 | 08/02/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-DJ INV FLTR 0.000% 11/15/34 B/E DTD 06/01/05 FACTOR 0.89618B2500 REM BAL 209,981 VARIABLE RATE | 212,924.000 | 95.4062 | -336.18 | -201,271.80 |
| 08/04/05 | 08/02/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 0.000% 06/16/35 B/E DTD 06/16/05 CLB FACTOR 0.98028800200 REM BAL 735,223 VARIABLE RATE | 750,000.000 | 99.0000 | -2,940.89 | -730,812.17 |
| 08/09/05 | 08/08/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777 TX 0.000% 04/15/34 B/E DTD 04/15/04 CLB FACTOR 0.81985B6000 REM BAL 101,689 | 124,000.000 | 105.0000 | -577.80 | -107,430.55 |
| 08/09/05 | 08/08/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2813 CL-2813-SC INV FLTR 9.156% 06/15/34 B/E DTD 05/15/04 FACTOR 0.69452B2200 REM BAL 86,769 VARIABLE RATE | 97,000.000 | 101.0000 | -529.64 | -88,166.37 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** — A BNY Securities Group Co. Subsidiary Of The Bank Of New York. One Pershing Plaza, Jersey City, New Jersey 07399. Member NYSE, NASD, SIPC.

D000000001748473SF3X014



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540



**Brokerage**
*Account Statement*

Statement Period: 08/01/2005 - 08/31/2005

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/09/05 | 08/09/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-24 CL-24-IN INT ONLY<br>5.500% 01/25/27 B/E DTD 03/01/03<br>FACTOR 0.0253802800 REM BAL 123,071 | 133,000.000 | 7.2500 | -150.42 | -9,073.11 |
| 08/09/05 | 08/09/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>0.000% 07/15/33 B/E DTD 07/01/03<br>FACTOR 0.1000802700 REM BAL 3,319<br>VARIABLE RATE | 73,000.000 | 73.0000 | -3.85 | -2,426.83 |
| 08/09/05 | 08/09/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-46 CL-46-SR FLTR RATE<br>0.000% 05/25/34 B/E DTD 05/25/04<br>FACTOR 0.9136933100 REM BAL 98,678<br>VARIABLE RATE | 108,000.000 | 97.5000 | -268.05 | -95,479.96 |
| 08/09/05 | 08/09/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-88 CL-88-FS INV FLOATER<br>9.856% 06/25/33 B/E DTD 11/25/04<br>FACTOR 0.9470654900 REM BAL 123,222<br>VARIABLE RATE | 130,000.000 | 99.7500 | -451.41 | -123,365.87 |
| 08/09/05 | 08/09/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2830 CL-2830-SU INV FLTG RATE<br>10.878% 07/15/34 B/E DTD 07/15/04 CLB<br>FACTOR 0.6469322500 REM BAL 33,640<br>VARIABLE RATE | 52,000.000 | 101.5000 | -243.36 | -34,389.04 |
| 08/09/05 | 08/09/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2838 CL-2838-SA INV FLTG RATE<br>0.000% 08/15/34 B/E DTD 08/15/04<br>FACTOR 0.6562467700 REM BAL 7,850<br>VARIABLE RATE | 12,000.000 | 103.0000 | -56.94 | -8,143.45 |
| 08/09/05 | 08/09/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2838 CL-2838-SO FLTR<br>0.000% 08/15/34 B/E DTD 08/15/04 CLB<br>FACTOR 0.6562467700 REM BAL 6,542<br>VARIABLE RATE | 10,000.000 | 102.0000 | -43.92 | -6,711.26 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
SubSidiaries of The Bank of New York
PAR-02-CUTSHEET



D0000000021748473CSP30014

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/09/05 | 08/09/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2835 CL-2835-QP INV FLTR 8.271% 12/12/32 B/E DTD 08/15/04 CLB FACTOR 0.89432239500 REM BAL 57,236 | 64,000.000 | 105.0400 | -315.63 | -61,009.35 |
| 08/09/05 | 08/09/05 | PURCHASED | IQB VARIABLE RATE GNMA GTD REMIC PASS THRU CTF REMIC TR-2002-69 CL-69-SC "INV FLTG" 0.000% 02/20/32 REG DTD 10/20/02 CLB FACTOR 1.00000000000 REM BAL 116,000 | 116,000.000 | 100.0000 | -548.18 | -116,548.18 |
| 08/09/05 | 08/09/05 | PURCHASED | VARIABLE RATE GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-82 CL-82-US "INV FLTR" 0.000% 08/20/33 B/E DTD 10/20/04 CLB FACTOR 0.74360542000 REM BAL 84,771 | 114,000.000 | 96.0000 | -373.69 | -81,753.87 |
| 08/09/05 | 08/09/05 | PURCHASED | VARIABLE RATE FNMA 5.5% AUG 2005 PL TBA SETT 08/11/05 DTD 07/07/05 FACTOR 1.00000000000 REM BAL 17,000.000 | 17,000,000.000 | 100.4609 | -25,972.22 | -17,104,331.60 |
| 08/11/05 | 08/03/05 | SOLD | "PAIR OFF" 5.500% 08/11/05 REG REM BAL 5,000.000 FNMA 5.5% AUG 2005 PL TBA SETT 08/11/05 DTD 07/07/05 FACTOR 1.00000000000 | -5,000,000.000 | 100.8281 | 7,638.89 | 5,049,045.14 |
| 08/11/05 | 08/03/05 | SOLD | REM BAL 3,000.000 "PAIR OFF" 5.500% 08/11/05 REG FNMA 5.5% AUG 2005 PL TBA SETT 08/11/05 DTD 07/07/05 FACTOR 1.00000000000 | -3,000,000.000 | 100.6562 | 4,583.33 | 3,024,270.83 |
| 08/11/05 | 08/03/05 | SOLD | FNMA 5.5% AUG 2005 PL TBA SETT 08/11/05 DTD 07/07/05 FACTOR 1.00000000000 REM BAL 3,000.000 "PAIR OFF" 5.500% 08/11/05 REG | -3,000,000.000 | 100.5546 | 4,583.33 | 3,021,223.96 |
| 08/11/05 | 08/03/05 | SOLD | FNMA 5.5% AUG 2005 PL TBA SETT 08/11/05 DTD 07/07/05 FACTOR 1.00000000000 REM BAL 3,000.000 "PAIR OFF" 5.500% 08/11/05 REG | -3,000,000.000 | 100.3393 | 4,583.33 | 3,015,364.58 |
| 08/11/05 | 08/03/05 | SOLD | FNMA 5.5% AUG 2005 PL TBA SETT 08/11/05 DTD 07/07/05 FACTOR 1.00000000000 REM BAL 3,000.000 "PAIR OFF" 5.500% 08/11/05 REG | -3,000,000.000 | 100.7500 | 4,583.33 | 3,027,083.33 |
| 08/11/05 | 08/04/05 | PURCHASED | FNMA 5.5% AUG 2005 PL TBA SETT 08/11/05 DTD 07/07/05 FACTOR 1.00000000000 "PAIR OFF" 5.500% 08/11/05 REG REM BAL 30,000.000 | 30,000,000.000 | 100.4987 | -45,833.33 | -30,186,468.33 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**   A BNY Securities Group Co.
Member Firms from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member NASD, NYSE, SIPC. Subsidiaries of Pershing Investments LLC

Page 8 of 22

0000000021748172537305.14



**CROCKER SECURITIES LLC**
2299 Oak Road • Suite 230 • Walnut Creek, CA 94597
925 941-1140

# Brokerage Account Statement

**Statement Period: 08/01/2005 - 08/31/2005**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/15/05 | 08/04/05 | SOLD | FNMA 5.5% AUG 2005 PT 15A SETT 08/11/05 "PAR OFF" 5.500% 08/11/05 REG DTD 07/07/05 FACTOR 1.000000000 | -30,000,000.000 | 100.8671 | 45,833.33 | 30,305,989.58 |
| 08/12/05 | | BOND INTEREST ADJUSTMENT | GNMA BAL 30,000,000 GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E RD 05/31 PD 06/20/05 SK 06/02/05 A/O | | | | -13,613.94 |
| 08/12/05 | | BOND INTEREST RECEIVED | 06/27/05 365M SEE CR GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E RD 05/31 PD 06/20/05 | | | | 14,531.09 |
| 08/12/05 | | PRINCIPAL PAY DOWN ADJUSTMENT | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E RD 05/31 PD 06/20/05 SK 06/02/05 A/O | 5,417,998.000 | | | -1,386,731.56 |
| 08/12/05 | | PRINCIPAL PAY DOWN RECEIVED | 05/27/05 365M SEE CR GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E RD 05/31 PD 06/20/05 | -5,782,598.000 | | | 1,492,962.09 |
| 08/03/05 | | PURCHASED | GNMA GTD MTG PASS THRU CTFS POOL # 266790 9.000% 08/15/31 REG DTD 09/01/91 FACTOR 0.933176900 REM BAL 495.025 | 531,545.000 | 103.5000 | -1,736.09 | -515,122.22 |
| 08/15/05 | 09/03/05 | SOLD | GNMA GTD MTG PASS THRU CTFS POOL # 266790 9.000% 08/15/31 REG DTD 09/01/91 FACTOR 0.933176900 REM BAL 495.025 | -531,545.000 | 103.5625 | 1,736.09 | 515,432.23 |
| 08/15/05 | | BOND INTEREST RECEIVED | 124000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-TX 0.000% 04/15/34 B/E RD 07/29 PD 08/15/05 | | | | 847.24 |
| 08/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-TX 0.000% 04/15/34 B/E DTD 04/15/04 CL8 RD 07/29 PD 08/15/05 | | | | 8,925.21 |
| 08/15/05 | | BOND INTEREST RECEIVED | 97000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2813 CL-2813-SC INV FLTR 9.159% 06/15/34 B/E DTD 06/15/04 RD 07/29 PD 08/15/05 | | | | 662.06 |

DEALER RATED FOR COMMUNICATION

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member SIPC, NYSE, NASD, Federal Reserve System, member of the DTCC
PN9-02-OUTSHEET
A BNY Securities Group Inc. Subsidiary and The Bank of New York

00000000017484705P33014

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2813 CL-2813-SQ INV FLTR 9.156% 06/15/04 B/E DTD 06/15/04 RD 07/29 PD 08/15/05 | | | | 1,208.72 |
| 08/15/05 | | BOND INTEREST RECEIVED | 52000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2830 CL-2830-SU INV FLTG RATE 10.878% 07/15/04 B/E DTD 07/15/04 CLB RD 07/29 PD 08/15/05 | | | | 304.95 |
| 08/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2830 CL-2830-SU INV FLTG RATE 10.878% 07/15/04 B/E DTD 07/15/04 CLB RD 07/29 PD 08/15/05 | | | | 418.26 |
| 08/15/05 | | BOND INTEREST RECEIVED | 12000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2838 CL-2838-SA INV FLTG RATE 0.000% 08/15/04 B/E DTD 08/15/04 RD 07/29 PD 08/15/05 | | | | 71.17 |
| 08/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2838 CL-2838-SA INV FLTG RATE 0.000% 08/15/04 B/E DTD 08/15/04 RD 07/29 PD 08/15/05 | | | | 91.39 |
| 08/15/05 | | BOND INTEREST RECEIVED | 10000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2838 CL-2838-SQ FLTR 0.000% 08/15/04 B/E DTD 08/15/04 CLB RD 07/20 PD 08/15/05 | | | | 54.90 |
| 08/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2838 CL-2838-SQ FLTR 0.000% 08/15/04 B/E DTD 08/15/04 CLB RD 07/20 PD 08/15/05 | | | | 76.16 |
| 08/15/05 | | BOND INTEREST RECEIVED | 3959715 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 7.920% 09/15/33 B/E DTD 08/01/04 RD 07/29 PD 08/15/05 | | | | 11,677.54 |
| 08/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 7.920% 09/15/33 B/E DTD 08/01/04 RD 07/29 PD 08/15/05 | | | | 192,257.58 |
| 08/15/05 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 6.490% 09/15/33 B/E DTD 08/01/04 RD 07/29 PD 08/15/05 | | | | 14.50 |
| 08/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 6.490% 09/15/33 B/E DTD 08/01/04 RD 07/29 PD 08/15/05 | | | | 291.32 |

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Services from the Best of New York
Pershing LLC, member NASD/SIPC, Federal Reserve System

One Pershing Plaza, Jersey City, New Jersey 07399

D0900000217484TC5F73I014



**CROCKER SECURITIES LLC**
2099 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540


DALLAS BASED
FOR COMMUNICATION

# Brokerage Account Statement

**Statement Period: 08/01/2005 - 08/31/2005**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/15/05 | | BOND INTEREST RECEIVED | 64000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2835 CL-2835-CP INV FLTR 8.271% 12/12/32 B/E DTD 08/15/04 CLB RD 07/29 PD 08/15/05 | | | | 394.54 |
| 08/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2835 CL-2835-CP INV FLTR 8.271% 12/12/32 B/E DTD 08/15/04 CLB RD 07/29 PD 08/15/05 | | | | 674.38 |
| 08/15/05 | 08/15/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB SOLICITED ORDER VARIABLE RATE FACTOR .38881543 REM BAL 21394.85 | 55,000.000 | 100.0000 | -62.77 | -21,447.62 |
| 08/15/05 | 08/15/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB VARIABLE RATE FACTOR 0.38881543300 REM BAL 21,384 | -55,000.000 | 100.0000 | 62.77 | 21,447.62 |
| 08/15/05 | 08/15/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB SOLICITED ORDER VARIABLE RATE FACTOR .70737246 REM BAL 24,911 | 35,217.000 | 100.0000 | -96.88 | -25,008.42 |
| 08/15/05 | 08/15/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB VARIABLE RATE FACTOR .70737246 REM BAL 24,911.54 | -35,217.000 | 100.0000 | 96.88 | 25,008.42 |
| 08/15/05 | 08/15/05 | BOND INTEREST RECEIVED | 183630 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 8.357% 08/15/34 B/E DTD 12/01/04 RD 07/29 PD 08/15/05 | | | | 8,825.52 |
| 08/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 8.357% 08/15/34 B/E DTD 12/01/04 RO 07/29 PD 08/15/05 | | | | 129,165.26 |

Clearing Through **Pershing**
PAR-02-CUTSHEET
A BNY Securities Group Co.
Seamless firm in the Bank of New York
Pershing LLC, member FINRA, NYSE, SIPC, a subsidiary of The Bank of New York Mellon Corp.
One Pershing Plaza, Jersey City, New Jersey 07399

D000000000174647CSF31014

D000000001748470SP3V014

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/15/05 | | BOND INTEREST RECEIVED | 73000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982 YS | | | | 559.92 |
| 08/15/05 | | PRINCIPAL PAY DOWN RECEIVED | INV FLTR 10.120% 04/15/34 B/E DTD 05/01/05 RD 07/29 PD 08/15/05 | | | | 4,253.59 |
| 08/16/05 | 08/16/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982 YS INV FLTR 10.120% 04/15/34 B/E DTD 05/01/05 RD 07/29 PD 08/15/05 SOLICITED ORDER VARIABLE RATE | 100,000.000 | 100.0000 | | |
| 08/16/05 | 08/16/05 | PURCHASED | CMMHS INC MTG PASS THRU CTF SER 2005-16 CL-A6 INV FLTR 7.533% 08/25/35 B/E DTD 07/01/05 FACTOR 1.00000000 REM BAL 13000.00 SOLICITED ORDER VARIABLE RATE | 13,000.000 | 100.0000 | -40.81 | -13,040.81 |
| 08/16/05 | 08/16/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2787 CL-2787 IT INV FLTG 0.000% 04/15/34 B/E DTD 04/01/04 CLB FACTOR .00488767 REM BAL 1342.57 SOLICITED ORDER VARIABLE RATE | 274,685.000 | 100.0000 | -5.59 | -1,348.16 |
| 08/16/05 | 08/16/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 10.230% 04/15/34 B/E DTD 06/01/04 FACTOR .15048368 REM BAL 3009.67 SOLICITED ORDER | 20,000.000 | 100.0000 | -12.19 | -3,021.86 |
| 08/16/05 | 08/16/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44LC 6.000% 07/15/34 B/E DTD 07/27/04 FACTOR .02026423 REM BAL 16008.74 SOLICITED ORDER | 790,000.000 | 100.0000 | -40.02 | -16,048.76 |
| 08/17/05 | 08/03/05 | CORRECTED PURCHASE | GNMA GTD MTG PASS THRU CTFS POOL # 2687910 9.000% 08/15/31 REG DTD 09/01/91 PRN/CHG FACTOR .93246145 REM BAL 495645.22 CORRECTED CONFIRM | 531,545.000 | 103.5625 | -1,734.76 | -514,727.56 |
| 08/17/05 | 08/03/05 | CANCELLED SELL | GNMA GTD MTG PASS THRU CTFS POOL # 2687910 9.000% 08/15/31 REG DTD 09/01/91 FACTOR .93337635900 REM BAL 495.025 CANCELLED TRADE | 531,545.000 | 103.5625 | -1,736.09 | -515,432.23 |
| 08/17/05 | 08/03/05 | CORRECTED SELL | GNMA GTD MTG PASS THRU CTFS POOL # 2687910 9.000% 08/15/31 REG DTD 09/01/91 FACT .93246145 FACTOR .93246145 REM BAL 495645.22 CORRECTED CONFIRM | -531,545.000 | 103.5625 | 1,734.76 | 515,037.34 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** ▸ A BNY Securities Group Co.
Subsidiaries The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Active list, member NASD, NYSE, SIPC Name field of Pershing Investments LLC



**Brokerage**
**Account Statement**



CROCKER
SECURITIES LLC
2999 Oak Road • Suite 330 • Walnut Creek, CA 94597
925-941-1540

D000000001748473CSF30014

## Transactions in Date Sequence (continued)

Statement Period: 08/01/2005 - 08/31/2005

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/17/05 | 08/03/05 | CANCELLED PURCHASE | GNMA GTD MTG PASS THRU CTFS POOL # 2B5799 9.000% 08/15/31 REG DTD 09/01/01 FACTOR .0933176390 REM BAL    486.025 CANCELLED TRADE | -531,545.000 | 103.5000 | 1,736.69 | 551,722.22 |
| 08/17/05 | 08/09/05 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 FACT 842.47628R0809 FACTOR  .84247628 | 133,000.000 | 7.2500 | -136.95 | -8,260.53 |
| 08/17/05 | 08/09/05 | CANCELLED PURCHASE | REM BAL    112045.35 CORRECTED CONFIRM FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 FACTOR 0.92535902800 REM BAL    123,071 CANCELLED TRADE | -133,000.000 | 7.2500 | 150.42 | 9,073.11 |
| 08/18/05 | 08/02/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 05/01/04 CLB FACT CHG VARIABLE RATE FACTOR .35873935 | 718,000.000 | 100.0937 | -208.64 | -258,024.97 |
| 08/18/05 | 08/02/05 | CANCELLED PURCHASE | REM BAL    257574.85 CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR  0.415295640D REM BAL    298.182 VARIABLE RATE CANCELLED TRADE | -718,000.000 | 100.0937 | 254.20 | 288,716.73 |
| 08/18/05 | 08/02/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 9.496% 04/15/34 B/E DTD 05/01/05 FACT CHG VARIABLE RATE FACTOR  .88124223 REM BAL    476695.65 CORRECTED CONFIRM | 560,000.000 | 100.0937 | -377.25 | -477,519.80 |
| 08/18/05 | 08/02/05 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 10.120% 04/15/34 B/E DTD 05/01/05 FACTOR  0.9085105500 REM BAL    509,325 VARIABLE RATE CANCELLED TRADE | -560,000.000 | 100.0937 | 425.53 | 510,232.93 |



DILIAR DATED
FOR COMMUNICATION

Account Number: 727-8910035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Services That Make All the Work

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, NASD, SIPC/Federal Reserve System/SEC

Page 13 of 22

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/22/05 | 08/19/05 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 31 DEBIT DAYS AV BAL 19095277.79 AVG RATE 5.585 07-20-05 TO 08-19-05 | | | | -91,845.49 |
| 08/22/05 | 08/19/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-57 CL-57-ES 0.000% 03/25/35 B/E DTD 05/26/05 FACTOR .10982494656D REM BAL 495,424 VARIABLE RATE | 500,000.000 | 95.5000 | -3,569.79 | -477,655.50 |
| 08/22/05 | | FINAL PRINCIPAL PAYMENT RECEIVED | 5782959 GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E RD 07/29 PD 08/20/05 | | | | 117,187.19 |
| 08/22/05 | | BOND INTEREST RECEIVED | 5782959 GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 RD 07/29 PD 08/20/05 | | | | 585.94 |
| 08/22/05 | | FINAL PRINCIPAL PAYMENT RECEIVED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E DTD 07/27/04 | -1,275,958.000 | | | 0.00 |
| 08/22/05 | | BOND INTEREST RECEIVED | 114000 GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-82 CL-82-US "INV FLTR" 0.000% 08/20/33 B/E | | | | 590.04 |
| 08/22/05 | | PRINCIPAL PAY DOWN RECEIVED | DTD 10/20/04 CLB RD 07/29 PD 08/20/05 GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-82 CL-82-US "INV FLTR" 0.000% 08/20/33 B/E DTD 10/20/04 CLB RD 07/29 PD 08/20/05 | | | | 6,543.91 |
| 08/23/05 | | WRITE OFF BALANCE | REVERSE SERVICE CHARGE VS. RDG 7Z7003979 | | | | -5.95 |
| 08/23/05 | | BOND INTEREST RECEIVED | 116000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2002-69 CL-69-SC "INV FLTG" 0.002% 02/20/32 REG DTD 10/20/02 CLB RD 07/29 PD 08/20/05 | | | | 865.55 |
| 08/24/05 | | SECURITY REDEEMED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E 112000 CWMBS INC | | | | 0.00 |
| 08/25/05 | | BOND INTEREST RECEIVED | 112000 CWMBS INC INV FLTR 7.533% 08/25/35 B/E DTD 07/01/05 RD 07/31 PD 08/25/05 | | | | 703.11 |
| 08/25/05 | | RETURN OF PRINCIPAL RECEIVED | 112000 CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 7.533% 08/25/35 B/E DTD 07/01/05 RD 07/31 PD 08/25/05 | | | | 2,962.83 |

Account Number: 7L7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiary of The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Pershing/Clearing Services LLC

Page 14 of 22

D0000000017464725P9I9014

# Brokerage
## Account Statement

**CROCKER SECURITIES LLC**
1999 OAK ROAD • Suite 250 • Walnut Creek, CA 94597
925-941-1540

DEALER BASED FOR COMMUNICATION

**Statement Period: 08/01/2005 - 08/31/2005**

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Members New York Stock Exchange
Pershing LLC, member FINRA, NYSE, SIPC, (subsidiaries) of Pershing Investments LLC

One Pershing Plaza, Jersey City, New Jersey 07399

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/25/05 | | BOND INTEREST RECEIVED | 1000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E | | | | 82,716.69 |
| 08/25/05 | | PRINCIPAL PAY DOWN RECEIVED | DTD 05/25/04 RD 07/29 PD 08/25/05 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 07/29 PD 08/25/05 | | | | 22,984.90 |
| 08/25/05 | | BOND INTEREST RECEIVED | 130000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-88 CL-88-FS INV FLOATER 9.8563% 06/25/33 B/E | | | | 967.30 |
| 08/25/05 | | PRINCIPAL PAY DOWN RECEIVED | DTD 11/25/04 RD 07/29 PD 08/25/05 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-88 CL-88-FS INV FLOATER 9.8563% 06/25/33 B/E DTD 07/29 PD 08/25/05 | | | | 1,014.04 |
| 08/25/05 | | BOND INTEREST RECEIVED | 571000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-57 CL-57-ES 0.000% 03/25/35 B/E RD 07/29 PD 08/25/05 | | | | 4,523.67 |
| 08/25/05 | | PRINCIPAL PAY DOWN RECEIVED | 0.000% 03/25/35 B/E DTD 06/25/05 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-57 CL-57-ES 0.000% 03/25/35 B/E DTD 06/25/05 RD 07/29 PD 08/25/05 | | | | 4,150.47 |
| 08/26/05 | 08/16/05 | CORRECTED PURCHASE | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 7.097% 08/25/35 B/E DTD 07/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 13000.00 CORRECTED CONFIRM | 13,000.000 | 100.0000 | -37.43 | -12,694.69 |
| 08/26/05 | 08/16/05 | CANCELLED PURCHASE | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 7.535% 08/25/35 B/E DTD 07/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 13000.00 CANCELLED TRADE | -13,000.000 | 100.0000 | 40.81 | 13,040.81 |

D0000000001748470CSP30014



D000000012744475CSP33014

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/26/05 | 08/16/05 | CANCELLED PURCHASE | GMMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/19/34 B/E DTD 07/27/04 SOLICITED ORDER FACTOR .02026423 REM BAL 16'008.74 CANCELLED TRADE | -790,000.000 | | 40.02 | 16,050.76 |
| 08/26/05 | | BOND INTEREST RECEIVED | 103600 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-SK FLTR RATE 0.000% 05/25/34 B/E DTD 05/25/04 RD 07/29 PD 08/25/05 | | | | 574.39 |
| 08/26/05 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-SK FLTR RATE 0.000% 05/25/34 B/E DTD 05/25/04 RD 07/29 PD 08/26/05 | | | | 962.74 |
| 08/26/05 | | RECEIVED INTO YOUR ACCOUNT | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-44 CL-44-LC 6.000% 07/15/34 B/E | 790,000.000 | | | 0.00 |
| 08/29/05 | 08/29/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-HN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 FACTOR 0.84247628000 REM BAL 112,049 | -133,000.000 | 7.2500 | 479.32 | 8,652.90 |
| 08/29/05 | 08/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-TX 0.000% 04/15/34 B/E DTD 04/15/04 CLB FACTOR 0.7479367200 REM BAL 92,744 | -124,000.000 | 105.2500 | 360.67 | 97,973.81 |
| 08/29/05 | 08/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2830 CL-2830-SU INV FLTG RATE 10.113% 07/15/34 B/E DTD 07/15/04 CLB FACTOR 0.63888833500 REM BAL 33,222 VARIABLE RATE | -62,000.000 | 102.2500 | 130.69 | 34,100.38 |
| 08/29/05 | 08/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2836 CL-2836-SQ FLTR 0.000% 08/15/34 B/E DTD 08/15/04 CLB FACTOR 0.64663312200 REM BAL 6,466 VARIABLE RATE | -10,000.000 | 102.2500 | 24.05 | 6,635.88 |
| 08/29/05 | 08/29/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2002-89 CL-893SC "INV FLTG" 0.000% 02/20/32 REG DTD 10/20/02 CLB FACTOR 1.00000000000 REM BAL 116,000 VARIABLE RATE | -116,000.000 | 101.5000 | 248.22 | 117,998.22 |
| 08/31/05 | 07/27/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR CORR VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 121.1562 | 15,326.73 | 11,921,552.93 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Satellites from The Bank of New York
Member FINRA, NYSE, SIPC, NASD, Subsidiary of Pershing Investments LLC

Page 16 of 22



# CROCKER SECURITIES LLC

2950 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540



DALIA DATE
FOR COMMUNICATION

**Brokerage Account Statement**

Statement Period: 08/01/2005 - 08/31/2005

Account Number: 727-891025
CROCKER SECURITIES LLC

Clearing Through **Pershing**

Page 17 of 22

PAR-02-CUTSHEET

A BNY Securities Group Co.
Subsidiary and The Bank of New York
Pershing LLC, member FINRA, NYSE, SIPC. Subsidiary of The Bank of New York Mellon Corporation (BNY Mellon). Pershing LLC

One Pershing Plaza, Jersey City, New Jersey 07399

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/31/05 | 07/27/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2842-I CL-2842-I INV FLTR<br>7.296% 09/15/33 B/E DTD 08/01/04<br>VARIABLE RATE FACTOR .39827763<br>REM BAL 157660.63 CORRECTED CONFIRM | -3,956,715.000 | 103.6562 | 9,587.01 | 1,643,901.55 |
| 08/31/05 | 07/27/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2905 CL-2905-LS INV FLTR<br>8.384% 08/15/34 B/E DTD 12/01/04<br>QTY CORR VARIABLE RATE<br>FACTOR .57333709 REM BAL 1063205.69<br>CORRECTED CONFIRM | -1,836,333.000 | 103.3593 | 7,358.99 | 1,095,945.18 |
| 08/31/05 | 07/27/05 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A42<br>0.000% 10/25/33 B/E DTD 08/01/03<br>FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 70.1406 | 725.83 | 350,703.13 |
| 08/31/05 | 07/29/05 | CORRECTED SELL | CWMBS INC MTG PASS THRU CTF<br>SER 2005-16 CL-A9 INV FLTR<br>7.097% 08/25/35 B/E DTD 07/01/05<br>QTY CHG VARIABLE RATE<br>FACTOR .97353541 REM BAL 122673.06<br>CORRECTED CONFIRM | -126,000.000 | 98.6250 | 725.83 | 121,711.07 |
| 08/31/05 | 07/29/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2992 CL-2992-YS INV FLTR<br>10.120% 04/15/34 B/E DTD 05/01/05<br>VARIABLE RATE FACTOR .85124223<br>REM BAL 62140.68 CORRECTED CONFIRM | -73,000.000 | 98.2500 | 491.77 | 61,544.99 |
| 08/31/05 | 08/02/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2815 CL-2815-SS 0.000% 05/15/34 B/E<br>DTD 06/01/04 CLB FACT CHG<br>VARIABLE RATE FACTOR .35973935<br>REM BAL .25757485 CORRECTED CONFIRM | -718,000.000 | 100.1250 | 2,086.36 | 259,983.18 |
| 08/31/05 | 08/02/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2874 CL-2874-GG 5.500% 10/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 1.000000000<br>REM BAL 4,400,000 | -4,400,000.000 | 103.5156 | 20,166.67 | 4,574,854.17 |

D000000001748472CSF30214

## Transactions in Date Sequence (continued)

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/31/05 | 08/02/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 9.499% 04/15/34 B/E DTD 05/01/05 FACT/CHG VARIABLE RATE FACTOR .66124223 REM BAL 476695.65 CORRECTED CONFIRM | -560,000.000 | 100.1250 | 3,772.52 | 481,064.04 |
| 08/31/05 | 08/02/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-DJ INV FLTR 0.000% 11/15/34 B/E DTD 06/01/05 FACTOR .96509303 REM BAL 208878.14 CORRECTED CONFIRM | -212,924.000 | 94.0000 | 705.93 | 194,231.36 |
| 08/31/05 | 08/02/05 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 0.000% 06/16/35 B/E DTD 06/16/05 CLB FACTOR CORR VARIABLE RATE CORRECTED CONFIRM | -750,000.000 | 99.0312 | 2,404.50 | 716,766.61 |
| 08/31/05 | 08/02/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-57 CL-57-ES 0.000% 03/25/35 B/E DTD 06/25/05 FACTOR 0.98585808800 REM BAL 440.654 VARIABLE RATE | -447,000.000 | 97.5000 | 641.46 | 430,182.25 |
| 08/31/05 | 08/29/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2813 CL-2813-SC INV FLTR 8.753% 06/15/34 B/E DTD 06/15/04 QUANTADJ. VARIABLE RATE FACTOR .88206532 REM BAL 2804565.50 CORRECTED CONFIRM | 3,173,544.000 | 98.0000 | -10,910.69 | -2,753,384.88 |
| 08/31/05 | 08/29/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2813 CL-2813-SC INV FLTR 8.753% 06/15/34 B/E DTD 06/15/04 QUANTADJ. VARIABLE RATE FACTOR .88206532 REM BAL 2804565.50 CORRECTED CONFIRM | -3,173,544.000 | 98.0000 | 10,910.69 | 2,753,384.88 |
| 08/31/05 | 08/29/05 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2838 CL-2838-SQ FLTR 0.000% 06/15/34 B/E DTD 06/15/04 CLB FLTR 0.000% 08/15/34 B/E DTD 08/15/04 CLB CANCELLED TRADE | 10,000.000 | 102.2500 | -24.06 | -6,635.88 |
| 08/31/05 | 08/29/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2838 CL-2838-SQ FLTR 0.000% 06/15/34 B/E DTD 06/15/04 CLB FACTOR .64663312 REM BAL 6466.33 CORRECTED CONFIRM | -10,000.000 | 102.2500 | 24.06 | 6,635.88 |

D00000000217847C5P33I014

Account Number: 727-851035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Services From The Back Office to the Front
One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, member AMEX, NYSE, SIPC, Securities and Principal Instruments LLC

# CROCKER SECURITIES LLC

1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage**
*Account Statement*

Statement Period: 08/01/2005 - 08/31/2005

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/31/05 | 08/31/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2646 CL-2846 NR5 INV FLTR 0.000% 07/15/33 B/E DTD 07/01/03 FACTOR 0.1006802700 REM BAL 3,319 VARIABLE RATE | -33,000.000 | 75.0000 | 14.45 | 2,503.81 |
| 08/31/05 | 08/31/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-GD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.9746727000 REM BAL 9,746,727 VARIABLE RATE | 10,000,000.000 | 121.1875 | -15,326.73 | -11,524,608.78 |
| 08/31/05 | 08/31/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-57 CL-57-CS 0.000% 03/25/35 B/E DTD 06/25/05 FACTOR 0.9885890880 REM BAL 122.212 VARIABLE RATE | -124,000.000 | 98.0000 | 177.94 | 119,945.73 |
| 08/31/05 | 08/31/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CL8 FACTOR 0.3587393500 REM BAL 257,574 VARIABLE RATE | 718,000.000 | 100.1562 | -2,806.36 | -260,063.67 |
| 08/31/05 | 08/31/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2838 CL-2838-SA INV FLTG RATE 0.000% 08/15/34 B/E DTD 08/15/04 FACTOR 0.6466331200 REM BAL 7,769 VARIABLE RATE | -12,000.000 | 103.2500 | 34.88 | 8,046.66 |
| 08/31/05 | 08/31/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-1 CL-2842-I INV FLTR 7.296% 09/15/33 B/E DTD 08/01/04 FACTOR 0.3982785600 REM BAL 1,576,667 VARIABLE RATE | 3,958,715.000 | 103.8875 | -9,587.01 | -1,644,394.26 |
| 08/31/05 | 08/31/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2835 CL-2835-CQ INV FLTR 7.936% 12/17/32 B/E DTD 08/15/04 CLB FACTOR 0.8837862700 REM BAL 56,562 VARIABLE RATE | -64,000.000 | 105.0400 | 199.50 | 60,178.12 |


PREPARED
FOR COMMUNICATION

DC0000000011481C83P30014

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co., Member FINRA, NYSE, SIPC

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC is a subsidiary of The Bank of New York Company, Inc.

Page 19 of 22

PAR-02-CUTSHEET

D00300000174847C6F30014

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/31/05 | 08/31/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB FACTOR 0.33881543200 REM BAL 21,384 VARIABLE RATE | 55,000.000 | 100.0000 | -134.52 | -21,519.37 |
| 08/31/05 | 08/31/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GS 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.00000000 REM BAL 4,400,000 | 4,400,000.000 | 103.5498 | -20,165.67 | -4,576,229.17 |
| 08/31/05 | 08/31/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB FACTOR 0.70737246800 REM BAL 24,911 VARIABLE RATE | 35,217.000 | 100.0000 | -207.60 | -25,119.14 |
| 08/31/05 | 08/31/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 8.384% 08/15/34 B/E DTD 12/01/04 FACTOR 0.57357090000 REM BAL 1,053,205 VARIABLE RATE | 1,836,333.000 | 103.4218 | -7,359.99 | -1,906,604.44 |
| 08/31/05 | 08/31/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 9.469% 04/15/34 B/E DTD 05/01/05 FACTOR 0.85124023000 REM BAL 476,695 VARIABLE RATE | 560,000.000 | 100.1562 | -3,712.52 | -481,213.01 |
| 08/31/05 | 08/31/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-26 CL-26-VS "INV" 0.000% 04/16/24 B/E DTD 04/16/04 CLB FACTOR 0.69985965100 REM BAL 4,197,579 VARIABLE RATE | 6,000,000.000 | 100.2500 | -17,447.29 | -4,225,520.30 |
| 08/31/05 | 08/31/05 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC TR-2004-26 CL-26-XS "INV" 0.000% 04/16/34 B/E DTD 04/16/04 CLB FACTOR 0.69985965100 REM BAL 4,197,579 VARIABLE RATE | -6,000,000.000 | 101.5000 | 17,447.29 | 4,277,990.04 |
| 08/31/05 | 08/31/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-82 CL-82-US "INV FLTR" 0.000% 08/20/33 B/E DTD 10/20/04 CLB FACTOR 0.66662026800 REM BAL 2,108,014 VARIABLE RATE | 3,072,000.000 | 94.0000 | -5,004.47 | -1,986,538.22 |
| 08/31/05 | 08/31/05 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-82 CL-82-US "INV FLTR" 0.000% 08/20/33 B/E DTD 10/20/04 CLB FACTOR 0.66662026800 REM BAL 2,108,014 VARIABLE RATE | -3,072,000.000 | 94.0000 | 5,004.47 | 1,986,538.22 |

Account Number: 7ZJ-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** ® BNY Securities Group LLC.
Subsidiary of The Bank of New York.

One Pershing Plaza, Jersey City, New Jersey 07399

# CROCKER SECURITIES LLC
2299 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1440


DREAM BATES FOR COMMUNICATION

## Brokerage Account Statement

Statement Period: 08/01/2005 - 08/31/2005

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/31/05 | 08/31/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2005-45 CL-45-DT INV FLTR<br>0.000% 06/16/35 B/E DTD 06/16/05 CLB<br>FACTOR .0961800025 REM BAL  721,350 | 750,000.000 | 98.0625 | -2,403.50 | -716,592.03 |
| 08/31/05 | 08/31/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>0.000% 06/16/35 B/E DTD 06/16/05 CLB<br>VARIABLE RATE<br>FACTOR .0961800025 REM BAL 2865.40 | -3,000.000 | 100.0000 | 9.62 | 2,895.02 |
| 08/31/05 | 08/31/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2005-45 CL-45-DT INV FLTR<br>0.000% 06/16/35 B/E DTD 06/16/05 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .0961800025 REM BAL 3462.81 | -36,000.000 | 100.0000 | 115.42 | 34,740.23 |
| 08/31/05 | 08/31/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2005-45 CL-45-DT INV FLTR<br>0.000% 06/16/35 B/E DTD 06/16/05 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .0961800025 REM BAL 13465.20 | -14,000.000 | 100.0000 | 44.88 | 13,510.08 |
| 08/31/05 | 08/31/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2005-45 CL-45-DT INV FLTR<br>0.000% 06/16/35 B/E DTD 06/16/05 CLB<br>FACTOR .0961800025 REM BAL 18274.20 | -19,000.000 | 100.0000 | 60.91 | 18,335.11 |
| 08/31/05 | 08/31/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2005-45 CL-45-DT INV FLTR<br>0.000% 06/16/35 B/E DTD 06/16/05 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .0961800025 REM BAL 28654.01 | -30,000.000 | 100.0000 | 96.18 | 28,950.19 |
| 08/31/05 | 08/31/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2005-45 CL-45-DT INV FLTR<br>0.000% 06/16/35 B/E DTD 06/16/05 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .0961800025 REM BAL 5770.80 | -6,000.000 | 100.0000 | 19.24 | 5,790.04 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group /A
Subsidiary from The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC/Subsidiary of Pershing Securities LLC

One Pershing Plaza, Jersey City, New Jersey 07399

PAR-02-CUTSHEET

C0000000017484TCSP1001-4

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/31/05 | 08/31/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-45 CL-45-DT INV FLTR<br>0.000% 06/16/35 B/E DTD 06/16/05 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .96180025 REM BAL   2885.40 | -3,000.000 | 100.0000 | 9.62 | 2,895.02 |
| 08/31/05 | 08/31/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-45 CL-45-DT INV FLTR<br>0.000% 06/16/35 B/E DTD 06/16/05 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .96180025 REM BAL   2885.40 | -3,000.000 | 100.0000 | 9.62 | 2,895.02 |
| 08/31/05 | 08/31/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-45 CL-45-DT INV FLTR<br>0.000% 06/16/35 B/E DTD 06/16/05 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .96180025 REM BAL   38472.01 | -40,000.000 | 100.0000 | 128.24 | 38,600.25 |
| 08/31/05 | 08/31/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-45 CL-45-DT INV FLTR<br>0.000% 06/16/35 B/E DTD 06/16/05 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .96180025 REM BAL   38472.01 | -29,000.000 | 100.0000 | 92.97 | 27,985.18 |
| 08/31/05 | 08/31/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-45 CL-45-DT INV FLTR<br>0.000% 06/16/35 B/E DTD 06/16/05 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .96180025 REM BAL   27892.21 | -22,000.000 | 100.0000 | 70.53 | 21,230.14 |
| 08/31/05 | 08/31/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-45 CL-45-DT INV FLTR<br>0.000% 06/16/35 B/E DTD 06/16/05 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .96180025 REM BAL   21159.61 | -545,000.000 | 99.0000 | 1,747.27 | 520,686.59 |
| 08/31/05 | 08/31/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-45 CL-45-DT INV FLTR<br>0.000% 06/16/35 B/E DTD 06/16/05 CLB<br>FACTOR .96180025 REM BAL   524,181<br>VARIABLE RATE | | | | |

**Total Value of all Transactions**                                                                                 **-$4,356,807.83**

The price and quantity displayed may have been rounded.

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Soletera Than The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC. Subsidiaries of Pershing Investments LLC.
One Pershing Plaza, Jersey City, New Jersey 07399

D0020000017484TCS3190l4

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-4840



D0000000008125CEP30047

|l..l..ll..l.l.l..l..ll..l..ll.l.l..l.l.l.l.l.ll

CROCKER SECURITIES LLC
- -TAXABLE TRADE #2- -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

# Brokerage
## Account Statement

Account Number: 727-891035
Statement Period: 09/01/2005 - 09/30/2005

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $660,635.56 |
| Dividends/Interest | 42,643.25 |
| Change in Account Value | -866,296.00 |
| Ending Account Value | -$163,017.19 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | | | | Your Account is 100% invested in Fixed Income. |
| Cash and Cash Equivalents | 18,657,995.63 | 12,586,826.20 | 100% | |
| | -17,997,317.07 | -12,749,843.39 | 0% | |
| **Account Total** | **$660,635.56** | **-$163,017.19** | **100%** | |

CLEAR DATED
FOR COMMUNICATION

Clearing Through Pershing® A BNY Securities Group Co.
Member of the Board of the New York
Stock Exchange UC and a NYSE LLC

One Pershing Plaza, Jersey City, New Jersey 07399
Subsidiaries from this date of the New York
Pershing LLC, member NASD, NYSE, SIPC (formerly of Pershing respective UC.)

PAR-02-CUTSHEET

D0000000008125CEP30047

## Customer Service Information

| Your Investment Advisor: RDG | Contact Information | Customer Service Information |
|---|---|---|
| DOUG GREEN | Telephone Number: (661) 361-4803 | Service Hours: Weekdays 06:00 a.m. - 05:00 p.m. PST |
| | Fax Number: (561) 362-5261 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | **Cash and Cash Equivalents** 0.00% of Portfolio | | | | | |
| | Margin Balance | -17,997,317.07 | -12,749,843.39 | | | |
| | **Total Cash and Cash Equivalents** | **-$17,997,317.0** | **-$12,749,843.39** | **$0.00** | **$0.00** | |

| Quantity | Description *(In Maturity Date Sequence)* | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** 100.00% of Portfolio | | | | | |
| | **Asset Backed Securities** | | | | | |
| 3,899,715.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-I INV FLTR 6.625% 09/15/33 B/E DTD 08/01/04 *Security Identifier:* 31395E2T3 *Factor:* 0.32959015 | 95.0520 | 1,240,507.55 | 6,964.97 | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 5.960% 09/15/33 B/E DTD 08/01/04 *Security Identifier:* 31395E2V8 *Factor:* 0.32959015 | 99.1440 | 1,960.61 | 9.50 | | |
| 500,000.000M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Moody Rating AAA S & P Rating AAA *Security Identifier:* 32051DK50 *Factor:* 1.00000000 | 51.9060 | 259,530.00 | 0.00 | | |
| 55,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB *Security Identifier:* 31395GY22 *Factor:* 0.24512374 | 96.2630 | 12,977.99 | 0.00 | | |

DODG000000098912XCSF130047

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** ● A BNY Securities Group Co.
Software from the Bank of New York.

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC (beneficial) of Pershing (investment) LLC

Page 2 of 19

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage Account Statement**

Statement Period: 09/01/2005 - 09/30/2005

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL 46-CD "INV" 0.000% 05/25/34 B/E DTD 05/25/04 Security Identifier: 31393VU37 Factor: 0.97229364 | 100.6990 | 9,790,899.73 | 0.00 | | |
| 20,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV/FLTR 9.170% 04/15/34 B/E DTD 06/01/04 Security Identifier: 31395AD88 Factor: 0.08027903 | 99.8330 | 1,602.90 | 11.86 | | |
| 73,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 8.825% 04/15/34 B/E DTD 05/01/05 Security Identifier: 31395UR94 Factor: 0.78003668 | 98.9910 | 56,322.57 | 404.81 | | |
| 35,217.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/00/04 CLB Security Identifier: 31395ISK8 Factor: 0.65478871 | 103.4390 | 23,852.72 | 185.76 | | |
| 1,836,333.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 7.683% 08/15/34 B/E DTD 12/01/04 Security Identifier: 31395KCQ4 Factor: 0.49982952 | 96.0640 | 881,726.73 | 5,743.52 | | |
| 772,721.00M | RESIDENTIAL MTG AGGR INC COLL MTG OBLIG SER 2005-S2 CL-A4 5.500% 03/25/35 B/E DTD 03/01/05 CLB S & P Rating AAA Security Identifier: 76111XTT0 Factor: 1.00000000 | 26.7710 | 206,866.75 | 3,423.61 | | |


DALJAR RATED FOR COMMUNICATION

DOCOC000008112KCEP3O047

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiary from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
PAR-02-CUTSHEET

Page 3 of 19

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** (continued) | | | | | |
| | **Asset Backed Securities** (continued) | | | | | |
| 126,000.000# | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 6.7833% 08/25/35 B/E DTD 07/01/05 Moody Rating AAA | 93.6210 | 110,578.65 | 645.38 | | |
| | *Security Identifier* 12669G385  Factor: 0.93740545 | | | | | |
| | **Total Asset Backed Securities** | | **$12,586,826.20** | **$17,389.41** | **$0.00** | |
| | **Total Fixed Income** | | **$12,586,826.20** | **$17,389.41** | **$0.00** | |

| Description | | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|
| **Total Portfolio Holdings** | | **-$163,017.19** | **$17,389.41** | **$0.00** |

**#** This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of

execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm.  In dividend reinvestment transactions, Pershing acts as your agent and receives payment (or order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you.  A summary of this information is available to you promptly upon your written request directed to your introducing firm.  In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation.  Expiring options which are valuable are exercised automatically pursuant to the exercise procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** *A BNY Securities Group Co. Services Provided by BNY Securities Group Co. Subsidiaries, including Pershing LLC, member FINRA, NYSE, SIPC (Pershing); and Pershing Advisor Solutions LLC*

One Pershing Plaza, Jersey City, New Jersey 07399

D0000000008081 25CSF30047

# CROCKER SECURITIES LLC
1990 Oak Road • Suite 130 • Walnut Creek, CA 94597
925-941-1340



# Brokerage
## Account Statement

Statement Period: 09/01/2005 - 09/30/2005

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/01/05 | 08/29/05 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2838 CL-2838-SQ FLTR 0.000% 08/15/24 B/E DTD 08/15/04 CLB BKR 309 VARIABLE RATE FACTOR .64653312 REM BAL 6466.33 CANCELLED TRADE | 10,000,000 | 102.2500 | -24.06 | -6,635.88 |
| 09/01/05 | 08/29/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2838 CL-2838-SQ FLTR 0.000% 08/15/24 B/E DTD 08/15/04 CLB VARIABLE RATE FACTOR .64653312 REM BAL 6466.33 CORRECTED CONFIRM | 10,000,000 | 102.2500 | 24.06 | 6,635.88 |
| 09/02/05 | 08/31/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3001 CL-3001-CK INV FLTR 0.000% 07/15/35 B/E DTD 07/15/05 CLB VARIABLE RATE FACTOR 0.93937132200 REM BAL 993,713 | 1,000,000,000 | 93.5000 | -3,620.29 | -932,742.15 |
| 09/02/05 | 08/31/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3001 CL-3001-CK INV FLTR 0.000% 07/15/35 B/E DTD 07/15/05 CLB FACTOR 0.93937132200 REM BAL 993,713 | -1,000,000,000 | 93.5000 | 3,620.29 | 932,742.15 |
| 09/07/05 | 07/27/05 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 8.384% 08/15/34 B/E DTD 12/01/04 QTY CORR VARIABLE RATE FACTOR .57353709 REM BAL 1063205.09 CANCELLED TRADE | 1,836,333.000 | 103.3593 | -7,358.99 | -1,095,945.18 |
| 09/07/05 | 07/27/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 8.384% 08/15/34 B/E DTD 12/01/04 PX CORR VARIABLE RATE FACTOR .57353709 REM BAL 1063205.09 CORRECTED CONFIRM | -1,836,333.000 | 103.3906 | 7,358.99 | 1,096,274.31 |

Account Number: 727-8091035
CROCKER SECURITIES LLC

Clearing Through Pershing    A BNY Securities Group Co.
Member NYSE, NASD, SIPC
PAR-02-CUTSHEET



# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/07/05 | 07/29/05 | CANCELLED SELL | FHLMC MULTICLASS MTN CTFS GTD SER-2802 CL-2982 VS INV FLTR 10.120% 04/15/34 B/E DTD 05/01/05 VARIABLE RATE FACTOR .85124223 REM BAL 82140.68 CANCELLED TRADE | 73,000.000 | 98.2500 | -491.77 | -61,542.59 |
| 09/08/05 | 08/10/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 0.000% 06/16/35 B/E DTD 06/16/05 CLB FACTOR 0.93616002500 REM BAL 48,090 VARIABLE RATE | -50,000.000 | 98.0000 | 160.30 | 47,769.41 |
| 09/08/05 | 06/31/05 | CANCELLED SELL | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 0.000% 06/16/35 B/E DTD 06/16/05 CLB INV FLTR 0.000% 06/16/35 B/E DTD 06/16/05 CLB CANCELLED TRADE | 545,000.000 | 99.0000 | -1,747.27 | -520,666.59 |
| 09/08/05 | 06/31/05 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 0.000% 06/16/35 B/E DTD 06/16/05 CLB VARIABLE RATE FACTOR .96180025 REM BAL 476091.12 CORRECTED CONFIRM | -495,000.000 | 99.0000 | 1,481.17 | 520,420.49 |
| 09/09/05 | 06/31/05 | CANCELLED SELL | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 0.000% 06/16/35 B/E DTD 06/16/05 CLB VARIABLE RATE FACTOR .96180025 REM BAL 476091.12 CANCELLED TRADE | 495,000.000 | 99.0000 | -1,481.17 | -520,420.49 |
| 09/09/05 | 09/06/05 | PURCHASED | OWNRS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 7.097% 08/25/35 B/E DTD 07/01/05 FACTOR 1.0000000000 REM BAL 126,000 VARIABLE RATE | 126,000.000 | 98.6250 | -193.50 | -121,184.74 |
| 09/12/05 | 09/06/05 | PURCHASED | FIRST HORIZON MTG PASS THRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500,000 | 500,000.000 | 70.1552 | | -350,781.25 |
| 09/14/05 | 09/14/05 | PURCHASED | FNMA 30 YEAR TBA SETT SEPTEMBER 5.500% 09/01/35 REG DTD 09/01/05 FACTOR 1.00000000 REM BAL 30,000,000 | 30,000,000.000 | 100.5937 | -59,583.33 | -30,237,708.33 |
| 09/14/05 | 09/14/05 | PURCHASED | FNMA 30 YEAR TBA SETT SEPTEMBER 5.500% 09/01/35 REG DTD 09/01/05 FACTOR 1.00000000 REM BAL 12,000,000 | 12,000,000.000 | 100.6250 | -23,833.33 | -12,098,833.33 |
| 09/14/05 | 09/14/05 | PURCHASED | FNMA 30 YEAR TBA SETT SEPTEMBER 5.500% 09/01/35 REG DTD 09/01/05 FACTOR 1.00000000 REM BAL 5,000,000 | 5,000,000.000 | 100.4375 | -9,930.56 | -5,031,805.56 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing · A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SIPC, NYSE, a BNY Securities Group of Pershing Investments LLC

D000000000881234CS810047



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



OAKAN AIXED
FOR COMMUNICATION

## Brokerage Account Statement

Statement Period: 09/01/2005 - 09/30/2005

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing®** A BNY Securities Group Inc.
Division from this Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, member NASD, FDIC, SIPC, Securities Investor Protection Corporation

PAR-02-CUTSHEET

Page 7 of 19

## Transactions in Date Sequence *(continued)*

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/14/05 | 09/14/05 | PURCHASED | FNMA 30 YEAR TBA SETT SEPTEMBER 5.500% 09/01/35 REG DTD 09/01/05 FACTOR 1.000000000 REM BAL 5,000,000 | 5,000,000.000 | 100.6875 | | -5,044,305.56 |
| 09/14/05 | 09/14/05 | SOLD | FNMA 30 YEAR TBA SETT SEPTEMBER 5.500% 09/01/35 REG DTD 09/01/05 FACTOR 1.000000000 REM BAL 30,000,000 | -30,000,000.000 | 100.3007 | | 30,149,817.69 |
| 09/14/05 | 09/14/05 | SOLD | FNMA 30 YEAR TBA SETT SEPTEMBER 5.500% 09/01/35 REG DTD 09/01/05 FACTOR 1.000000000 REM BAL 5,000,000 | -5,000,000.000 | 100.5468 | | 5,037,274.31 |
| 09/14/05 | 09/14/05 | SOLD | FNMA 30 YEAR TBA SETT SEPTEMBER 5.500% 09/01/35 REG DTD 09/01/05 FACTOR 1.000000000 REM BAL 17,000,000 | -17,000,000.000 | 100.2734 | 33,763.89 | 17,080,248.27 |
| 09/15/05 | | FINAL PRINCIPAL PAYMENT RECEIVED | 2746BS FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2787 CL-2787-JT "INV FLTG" RD 08/31 PD 09/15/05 | | | | 1,342.57 |
| 09/15/05 | | BOND INTEREST RECEIVED | 2746BS FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2787 CL-2787-JT "INV FLTG" 0.000% 04/15/34 B/E | | | | 11.19 |
| 09/15/05 | | FINAL PRINCIPAL PAYMENT RECEIVED | DTD 04/01/04 CLB RD 08/31 PD 09/15/05 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2787 CL-2787-JT "INV FLTG" RD 08/31 PD 09/15/05 0.000% 04/15/34 B/E DTD 04/01/04 CLB | -274,685.000 | | | 0.00 |
| 09/15/05 | | BOND INTEREST RECEIVED | 20000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 9.720% 04/15/34 B/E DTD 06/01/04 RD 08/31 PD 09/15/05 | | | | 24.38 |
| 09/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 9.720% 04/15/34 B/E DTD 06/01/04 RD 08/31 PD 09/15/05 | | | | 1,404.09 |
| 09/15/05 | | BOND INTEREST RECEIVED | 71800 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E RD 08/31 PD 09/15/05 | | | | 2,086.36 |
| 09/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CLB RD 08/31 PD 09/15/05 | | | | 33,239.66 |

D000000000881Z5C5P50047

## Transactions in Date Sequence (continued)

Account Number: 727-801035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Member NYSE, member NASD, SPIC (Financial Intermediary Investments LLC)

One Pershing Plaza, Jersey City, New Jersey 07399

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/15/05 | | BOND INTEREST RECEIVED | 97000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2813 CL-2813-SC INV FLTR 8.743% 06/15/24 B/E DTD 06/15/04 RD 08/31 PD 09/15/05 | | | | 624.11 |
| 09/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2813 CL-2813-SC INV FLTR 8.743% 06/15/24 B/E DTD 06/15/04 RD 08/31 PD 09/15/05 | | | | 1,263.47 |
| 09/15/05 | | BOND INTEREST RECEIVED | 3959776 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 7.296% 09/15/33 B/E DTD 08/01/04 RD 08/31 PD 09/15/05 | | | | 9,589.44 |
| 09/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 7.296% 09/15/33 B/E DTD 08/01/04 RD 08/31 PD 09/15/05 | | | | 271,982.84 |
| 09/15/05 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 6.235% 09/15/33 B/E DTD 08/01/04 RD 08/31 PD 09/15/05 | | | | 12.42 |
| 09/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 6.235% 09/15/33 B/E DTD 08/01/04 RD 08/31 PD 09/15/05 | | | | 412.12 |
| 09/15/05 | | BOND INTEREST RECEIVED | 55000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB RD 08/31 PD 09/15/05 | | | | 134.52 |
| 09/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB RD 08/31 PD 09/15/05 | | | | 7,903.04 |
| 09/15/05 | | BOND INTEREST RECEIVED | 4400000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB RD 08/31 PD 09/15/05 | | | | 20,166.67 |
| 09/15/05 | | BOND INTEREST RECEIVED | 3EZ17 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB RD 08/31 PD 09/15/05 | | | | 207.60 |
| 09/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB RD 08/31 PD 09/15/05 | | | | 1,851.84 |

D0000000008912XCSF30047



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540


DALBAR RATED
FOR COMMUNICATION

# Brokerage
# Account Statement

Statement Period: 09/01/2005 - 09/30/2005

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
PAR-08-CUTSHEET   Subsidiaries The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC (Subsidiary of) Pershing Investments LLC

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/15/05 | | BOND INTEREST RECEIVED | 1836333 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 8.364% 08/15/34 B/E | | | | 7,358.99 |
| 09/15/05 | 09/15/05 | PRINCIPAL PAY DOWN RECEIVED | DTD 12/01/04 RD 08/31 PD 09/15/05 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 8.364% 08/15/34 B/E DTD 12/01/04 | | | | 135,351.64 |
| 09/15/05 | | BOND INTEREST RECEIVED | RD 08/31 PD 09/15/05 560000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 9.495% 04/15/34 B/E | | | | 3,772.52 |
| 09/15/05 | | PRINCIPAL PAY DOWN RECEIVED | DTD 05/01/05 RD 08/31 PD 09/15/05 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 9.495% 04/15/34 B/E DTD 05/01/05 | | | | 39,875.11 |
| 09/16/05 | | BOND INTEREST RECEIVED | RD 08/31 PD 09/15/05 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 9.495% 04/15/34 B/E | | | | 491.77 |
| 09/16/05 | | PRINCIPAL PAY DOWN RECEIVED | RD 08/31 PD 09/15/05 TRADE ADJ VIA A/C 930-8000241 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS 9.495% 04/15/24 B/E RD 08/31 PD 09/15/05 TRADE ADJ VIA A/C 930-8000241 | | | 5,198.01 | |
| 09/19/05 | 08/02/05 | CANCELLED SELL | GINMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DI INV FLTR 0.000% 06/16/35 B/E DTD 06/16/05 CLB FACTOR CORR VARIABLE RATE CANCELLED TRADE | 750,000,000 | 99.0312 | -2,404.50 | -716,764.61 |
| 09/19/05 | 08/31/05 | CANCELLED PURCHASE | GINMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DI INV FLTR 0.000% 06/16/35 B/E DTD 06/16/05 CLB FACTOR 0.96180002500 REM BAL 721,350 VARIABLE RATE CANCELLED TRADE | -750,000,000 | 99.0625 | 2,404.50 | 716,994.03 |
| 09/20/05 | 09/19/05 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 37 DEBIT DAYS AV BAL 190964065.55 AVG RATE 5.730 08-20-05 TO 09-19-05 | | | | -94,355.68 |

DOC000000068122CSSPD047

Page 9 of 19

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/20/05 | | BOND INTEREST RECEIVED | 114000 GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-82 CL-82-US "INV FLTR" 0.000% 08/20/33 B/E DTD 10/20/04 CLB RD 08/31 PD 09/20/05 | | | | 506.49 |
| 09/20/05 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-82 CL-82-US "INV FLTR" 0.000% 08/20/33 B/E DTD 10/20/04 CLB RD 08/31 PD 09/20/05 | | | | 7,170.87 |
| 09/23/05 | 09/23/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2696 CL-2696-SH INV FL FLTR 0.000% 07/16/33 B/E DTD 07/01/03 VARIABLE RATE | 2,473,296.000 | 79.2500 | -4,019.51 | -1,097,450.62 |
| 09/23/05 | 09/23/05 | PURCHASED | FANMA GTD REMIC PASS THRU CTF REMIC TR-2004-88 CL-88-FS INV FLOATER FACTOR 0.95799482300 REM BAL 1,379,723 | 2,005,692.000 | 97.0000 | -13,016.89 | -1,841,933.72 |
| 09/23/05 | 09/23/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD 8.876% 06/25/33 B/E DTD 11/25/04 FACTOR 0.94006652100 REM BAL 1,885,481 VARIABLE RATE | 812,000.000 | 93.0000 | -1,332.24 | -371,191.92 |
| 09/23/05 | 09/23/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-WS CTFS GTD "INV" 0.000% 03/15/34 B/E DTD 03/01/04 CLB FACTOR 0.30492986200 REM BAL 154,286 VARIABLE RATE | 505,975.000 | 92.0000 | -851.81 | -142,795.17 |
| 09/26/05 | | BOND INTEREST RECEIVED | 108000 FANMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-SK FLTR RATE 0.000% 05/25/34 B/E DTD 05/25/04 RD 08/31 PD 09/25/05 | | | | 528.20 |
| 09/26/05 | | PRINCIPAL PAY DOWN RECEIVED | FANMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-SK FLTR RATE 0.000% 05/25/34 B/E DTD 05/25/04 RD 08/31 PD 09/25/05 | | | | 998.52 |
| 09/26/05 | | BOND INTEREST RECEIVED | 100000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-GD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 08/31 PD 09/25/05 | | | | 76,633.64 |
| 09/26/05 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-GD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 08/31 PD 09/25/05 | | | | 23,790.60 |

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Settled from The Bank of New York.    One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC.

Page 10 of 19

D00000000008123CSSF30147

# CROCKER SECURITIES LLC

1399 Oak Road • Suite 330 • Walnut Creek, CA 94597
925-941-1540



OAKAR RATED
FOR COMMUNICATION

# Brokerage
## Account Statement

**Statement Period: 09/01/2005 - 09/30/2005**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Activity Date | Transaction Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/26/05 | | BOND INTEREST RECEIVED | 130000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-8B CL-88-FS INV FLOATER 8.876% 06/25/33 B/E DTD 11/25/04 RD 08/31 PD 09/25/05 | | | | 903.36 |
| 09/26/05 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-8B CL-88-FS INV FLOATER 8.876% 06/25/33 B/E DTD 11/25/04 RD 08/31 PD 09/25/05 | | | | 4,937.44 |
| 09/27/05 | 09/06/05 | CORRECTED PURCHASE | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 7.097% 08/25/35 B/E DTD 07/01/05 DUPE CFM VARIABLE RATE FACTOR .93740545 REM BAL 118113.09 CORRECTED CONFIRM | 126,000.000 | 98.6250 | -193.50 | -121,184.74 |
| 09/27/05 | 09/06/05 | CANCELLED PURCHASE | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 7.097% 08/25/35 B/E DTD 07/01/05 FACTOR 1.00000000 REM BAL 126,000 | -126,000.000 | 98.6250 | 193.50 | 121,184.74 |
| 09/28/05 | 09/06/05 | CORRECTED PURCHASE | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 7.097% 08/25/35 B/E DTD 07/01/05 VARIABLE RATE CANCELLED TRADE | 126,000.000 | 98.6250 | -178.04 | -116,667.07 |
| 09/28/05 | 09/06/05 | CANCELLED PURCHASE | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 7.097% 08/25/35 B/E DTD 07/01/05 VARIABLE RATE FACTOR .93740545 REM BAL 118113.09 CORRECTED CONFIRM | -126,000.000 | 98.6250 | 178.04 | 121,184.74 |
| 09/28/05 | | BOND INTEREST RECEIVED | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 7.097% 08/25/35 B/E DTD 07/01/05 DUPE CFM VARIABLE RATE FACTOR .93740545 REM BAL 118113.09 CANCELLED TRADE FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-8B CL-88-FS 8.876% 06/25/33 B/E RD 08/31 PD09/25/05 | | | | 13,946.67 |
| 09/28/05 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-8B CL-88-FS 8.876% 06/25/33 B/E RD 08/31 PD09/25/05 | -2,005,692.000 | | | -76,176.86 |

Clearing Through **Pershing**
PAR-02-CUTSHEET

Account Number: 727-891035
CROCKER SECURITIES LLC

A BNY Securities Group Co.
Subsidiary from the Bank of New York
Pershing LLC, member SIPC, NYSE, SPC. Industrial Pershing International Ltd.

One Pershing Plaza, Jersey City, New Jersey 07399

Page 11 of 19

D0000000088125CSEF30047

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/05 | 09/31/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-88 CL-88-FS INV FLOATER 8.876% 09/25/33 B/E DTD 11/25/04 VARIABLE RATE FACTOR .90208487 REM BAL 11727103 CORRECTED CONFIRM | -130,000.000 | 97.7500 | 135.35 | 114,767.78 |
| 09/30/05 | 09/31/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 09/25/34 B/E DTD 05/26/04 FACTOR .97229364 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 122.2031 | 11,721.54 | 11,893,453.66 |
| 09/30/05 | 09/31/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-SK FLTR RATE 0.000% 05/25/34 B/E DTD 05/26/04 PX CH VARIABLE RATE CORRECTED CONFIRM FACTOR .88553348 REM BAL 96717.62 | -108,000.000 | 99.0000 | 80.16 | 95,830.80 |
| 09/29/05 | 09/29/05 | PURCHASED | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A27 INV FLOATER 0.000% 05/25/35 B/E DTD 05/26/04 VARIABLE RATE | 3,389,143.000 | 96.7070 | -23,679.98 | -3,301,219.52 |
| 09/29/05 | 09/29/05 | PURCHASED | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A26 "INV FLTG" 0.000% 10/25/35 REG DTD 09/01/05 FACTOR 1.000000000 REM BAL 1,002,000 | 1,002,000.000 | 97.9570 | -5,520.28 | -987,049.72 |
| 09/29/05 | 09/29/05 | PURCHASED | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A25 "FLTG" 0.000% 10/25/35 REG DTD 09/01/05 FACTOR 1.000000000 REM BAL 14,096,657 | 14,096,657.000 | 95.6250 | -49,887.21 | -14,093,881.00 |
| 09/29/05 | 09/26/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-WS CTFS GTD "INV" 0.000% 03/15/34 B/E DTD 03/01/04 CLB VARIABLE RATE FACTOR .30492860 REM BAL 14666304 | -480,975.000 | 94.0000 | 1,030.56 | 138,893.82 |
| 09/29/05 | 09/26/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-WS CTFS GTD "INV" 0.000% 03/15/34 B/E DTD 03/01/04 CLB FACTOR .30492820 REM BAL 7623.21 SOLICITED ORDER VARIABLE RATE | -25,000.000 | 96.0000 | 53.57 | 7,371.85 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A LHT Securities Group Co.
Member Stock Exchange of New York
One Pershing Plaza, Jersey City, New Jersey 07399
NASD/NYSE Member SIPC/SEC Member/All of Pershing Investments LLC

D00000000068125CSP30047



# CROCKER SECURITIES LLC
2999 Oak Road • Suite 200 • Walnut Creek, CA 94597
925.941.1540



DELIVER MAILED
FDX COMMUNICATION

## Brokerage
### Account Statement

**Transactions in Date Sequence** *(continued)*

Statement Period: 09/01/2005 - 09/30/2005

Account Number: 727-801035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiary from The Bank of New York
PAR-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SIPC, NYSE, SEC Financial Industry Regulatory Services LLC

Page 13 of 19

| Process/ Trade/ Settlement Date | Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/05 | 08/31/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 09/07/04 CLB PRINIINT CORR VARIABLE RATE FACTOR .31244456 REM BAL .22433519 CORRECTED CONFIRM | -718,000.000 | 100.1718 | 1,157.26 | 226,378.03 |
| 09/30/05 | 08/31/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2813 CL-2813-SC INV FLTR 8.7539% 06/15/34 B/E DTD 06/15/04 VARIABLE RATE FACTOR .86903986 REM BAL .84286.87 CORRECTED CONFIRM | -97,000.000 | 101.0000 | 292.23 | 85,432.07 |
| 09/30/05 | 08/31/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 7.296% 09/15/33 B/E DTD 09/01/04 INT/PRIN CORR VARIABLE RATE FACTOR .32995015 REM BAL 1304753.47 CORRECTED CONFIRM | -3,958,715.000 | 103.7031 | 6,953.42 | 1,360,033.54 |
| 09/30/05 | 08/31/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 12/01/04 CLB FACTOR 1.000000000 REM BAL 4,400.00 | -4,400,000.000 | 103.5625 | 19,494.44 | 4,576,244.44 |
| 09/30/05 | 08/31/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 8.394% 08/15/34 B/E DTD 12/01/04 FACT.49982952 VARIABLE RATE FACTOR .49982952 REM BAL 917853.44 CORRECTED CONFIRM | -1,836,333.000 | 103.4375 | 5,743.53 | 955,148.19 |
| 09/30/05 | 08/31/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 9.496% 04/15/34 B/E DTD 05/01/05 PRIN/INT CORR VARIABLE RATE CORRECTED CONFIRM | -560,000.000 | 100.1718 | 3,105.44 | 440,676.77 |
| 09/30/05 | 08/31/05 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-82 CL-82-US "INV FLTR" 0.000% 08/20/33 B/E DTD 10/20/04 CLB FACTOR .62230033 VARIABLE RATE FACTOR .78003969 REM BAL 435820.54 CORRECTED CONFIRM | -114,000.000 | 96.0000 | 141.37 | 68,353.36 |



D000000000881125CSP30047

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/05 | 09/12/05 | CORRECTED SELL | CWMBS INC MTG PASS THRU CTF<br>SER 2005-16 CL-A9 INV FLTR<br>6.783% 08/25/35 B/E DTD 07/01/05<br>FACTOR .97363541 REM BAL     122,678.06<br>VARIABLE RATE CORRECTED CONFIRM | -126,000.000 | 98.6250 | 645.41 | 117,134.44 |
| 09/30/05 | 09/12/05 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>0.000% 10/25/33 B/E DTD 08/01/03<br>MTG PASSTHRU CTF CL 1A42 | -500,000.000 | 70.1562 | | 350,781.25 |
| 09/30/05 | 09/14/05 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-46 CL-4G-CD "INV"<br>0.000% 03/25/34 B/E DTD 05/25/04<br>FACTOR .97229364 REM BAL     9722936.40<br>PRICE/CHG/BKKR036N VARIABLE RATE<br>CORRECTED CONFIRM | 10,000,000.000 | 122.2031 | -11/.21.54 | -11,896,492.08 |
| 09/30/05 | 09/14/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-46 CL-4G-CD "INV"<br>0.000% 03/25/34 B/E DTD 05/25/04<br>FACTOR .97229364 REM BAL     9,722,936<br>VARIABLE RATE | -10,000,000.000 | 123.7031 | 12,741.10 | 12,040,311.27 |
| 09/30/05 | 09/23/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2846 CL-264G-SH INV FLTR<br>0.000% 07/15/33 B/E DTD 11/25/04<br>FACTOR 0.55784823200 REM BAL     1,379,723<br>VARIABLE RATE | -2,473,296.000 | 79.5000 | 5,288.45 | 1,102,178.87 |
| 09/30/05 | 09/23/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-88 CL-88-FS INV FLOATER<br>8.876% 06/25/33 B/E DTD 11/25/04<br>VARIABLE RATE FACTOR .90208487 | -2,005,692.000 | 97.7500 | 2,088.24 | 1,770,683.30 |
| 09/30/05 | 09/23/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2647 CL-2647-HS 11.32%06.07/15/33 REG<br>DTD 07/01/03 CLB FACTOR 0.548786800<br>REM BAL     445.614 | -812,000.000 | 84.0000 | 1,756.13 | 376,071.95 |
| 09/30/05 | 09/28/05 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-45 CL-45-DT INV FLTR<br>0.000% 06/16/35 B/E DTD 06/16/05 CLB<br>FACTOR 0.94237000000 REM BAL     466,473<br>VARIABLE RATE | -495,000.000 | 100.0000 | 1,451.25 | 467,924.40 |
| 09/30/05 | 09/29/05 | PURCHASED | CWMBS INC MTG PASS THRU CTF<br>SER 2005-16 CL-A9 INV FLTR<br>6.783% 08/25/35 B/E DTD 07/01/05<br>FACTOR 0.93740054680 REM BAL     118,113<br>VARIABLE RATE | 126,000.000 | 98.7500 | -645.41 | -117,282.08 |

D0000000008125CSP39047

# CROCKER SECURITIES LLC

3599 Oak Road • Suite 230 • Walnut Creek, CA, 94597
925-941-1540



DEALER RATED FOR COMMUNICATION

# Brokerage
## Account Statement

Statement Period: 09/01/2005 - 09/30/2005

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through: **Pershing**
PWR-02-CUTSHEET

A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, SIPC, (Pershing) is a wholly owned sub of the Bank of New York.

Page 15 of 19

DC00000000081:23CGFP30G7

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/05 | 09/29/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-25 "FLTG" 0.000% 10/25/35 REG DTD 09/01/05 FACTOR 1.00000000 REM BAL VARIABLE RATE | -14,096,857.000 | 99.7187 | 51,668.90 | 14,108,878.49 |
| 09/30/05 | 09/29/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A27 INV FLOATER 0.000% 10/25/35 B/E DTD 09/01/05 FACTOR 1.00000000 REM BAL 510,000 VARIABLE RATE | -510,000.000 | 97.5000 | 3,690.64 | 510,940.64 |
| 09/30/05 | 09/29/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A27 INV FLOATER 0.000% 10/25/35 B/E DTD 09/01/05 FACTOR 1.00000000 REM BAL 2,879,143 VARIABLE RATE | -2,879,143.000 | 98.0000 | 20,835.05 | 2,842,395.19 |
| 09/30/05 | 09/29/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.97229360 REM BAL 9,722,936 VARIABLE RATE | 10,000,000.000 | 123.7343 | -11,721.54 | -12,042,336.13 |
| 09/30/05 | 09/29/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 6.625% 09/15/33 B/E DTD 08/01/04 FACTOR 0.32659201500 REM BAL 1,304,753 VARIABLE RATE | 3,958,715.000 | 103.7343 | -6,963.41 | -1,360,441.27 |
| 09/30/05 | 09/29/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 7.768% 08/15/04 B/E DTD 12/01/04 FACTOR 0.49382935200 REM BAL 917,653 VARIABLE RATE | 1,838,333.000 | 103.4687 | -5,743.53 | -955,435.01 |
| 09/30/05 | 09/29/05 | CORRECTED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 50000.000 CORRECTED CONFIRM | 500,000.000 | 70.1875 | -350.00 | -350,937.50 |



## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/05 | 09/29/05 | PURCHASED | RESIDENTIAL MTG ACCP INC COLL MTG OBLIG SER 2005-S2 CL-A4 5.500% 03/25/35 B/E DTD 03/01/05 CLB FACTOR 1.00000304940 REM BAL 772,729 | 772,727.000 | 43.0000 | -3,305.56 | -335,578.33 |
| 09/30/05 | 09/30/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 0.000% 10/25/35 B/E DTD 09/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 3000.00 | -3,000.000 | 100.0000 | 17.12 | 3,011.12 |
| 09/30/05 | 09/30/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 0.000% 10/25/35 B/E DTD 09/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 2000.00 | -2,000.000 | 100.0000 | 11.41 | 2,011.41 |
| 09/30/05 | 09/30/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 0.000% 10/25/35 B/E DTD 09/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 10000.00 | -10,000.000 | 100.0000 | 57.06 | 10,057.06 |
| 09/30/05 | 09/30/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 0.000% 10/25/35 B/E DTD 09/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 25000.00 | -25,000.000 | 100.0000 | 142.65 | 25,142.65 |
| 09/30/05 | 09/30/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 0.000% 10/25/35 B/E DTD 09/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 9000.00 | -9,000.000 | 100.0000 | 51.35 | 9,051.35 |
| 09/30/05 | 09/30/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 0.000% 10/25/35 B/E DTD 09/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 7000.00 | -7,000.000 | 100.0000 | 39.94 | 7,039.94 |
| 09/30/05 | 09/30/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 0.000% 10/25/35 B/E DTD 09/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 40000.00 | -40,000.000 | 100.0000 | 228.24 | 40,228.24 |
| 09/30/05 | 09/30/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 0.000% 10/25/35 B/E DTD 09/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 5000.00 | -5,000.000 | 100.0000 | 28.53 | 5,028.53 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiary from The Bank of New York
Pershing LLC, member ASCX, NYSE, SIPC (Subsidiary of Pershing Investments) LLC

One Pershing Plaza, Jersey City, New Jersey 07399

DOOE000000881ZKCSF90047



## CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



# Brokerage
# Account Statement

Statement Period: 09/01/2005 – 09/30/2005

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/30/05 | 09/30/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 0.000% 10/25/35 B/E DTD 09/01/05 FACTOR 1.00000000 REM BAL 97/000.00 SOLICITED ORDER VARIABLE RATE | -97,000.000 | 100.0000 | 496.42 | 97,496.42 |
| 09/30/05 | 09/30/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 0.000% 10/26/35 B/E DTD 09/07/05 FACTOR 1.00000000 REM BAL 32000.00 SOLICITED ORDER VARIABLE RATE | -32,000.000 | 100.0000 | 182.59 | 32,182.59 |
| 09/30/05 | 09/30/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 0.000% 10/25/35 B/E DTD 09/01/05 FACTOR 1.00000000 REM BAL 25000.00 SOLICITED ORDER VARIABLE RATE | -25,000.000 | 100.0000 | 142.65 | 25,142.65 |
| 09/30/05 | 09/30/05 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 0.000% 10/25/35 B/E DTD 09/01/05 FACTOR 1.00000000 REM BAL 757,000 VARIABLE RATE | -757,000.000 | 98.0000 | 4,468.40 | 746,328.40 |

**Total Value of all Transactions** — **$5,247,473.68**

The price and quantity displayed may have been rounded.



Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

Page 17 of 19

## Messages

PURSUANT TO THE SECURITIES EXCHANGE ACT OF 1934, PERSHING LLC (PERSHING) MUST  PROVIDE INDIVIDUAL INVESTORS WITH CERTAIN FINANCIAL INFORMATION ON A SEMI-  ANNUAL BASIS.

PERSHING'S JUNE STATEMENT OF FINANCIAL CONDITION IS NOW AVAILABLE, AND ON JUNE  30, 2005, PERSHING'S NET CAPITAL OF $1.1 BILLION WAS 13.5% OF AGGREGATE DEBIT BALANCES AND EXCEEDED THE MINIMUM REQUIREMENTS BY $942 MILLION.

PERSHING IS ALSO REQUIRED TO PROVIDE THE MOST RECENT FINANCIAL INFORMATION AS  OF THIS STATEMENT MAILING.  IN ACCORDANCE WITH THIS REQUIREMENT, ON JULY 29,  2005, PERSHING'S NET CAPITAL OF $1.1 BILLION WAS 13.3% OF AGGREGATE DEBIT  BALANCES AND EXCEEDED THE MINIMUM REQUIREMENT BY $904 MILLION.

A COPY OF THE JUNE 30, 2005 STATEMENT OF FINANCIAL CONDITION IS AVAILABLE AT   WWW.PERSHING.COM/FINANCIALSTATEMENT.HTM. YOU MAY ALSO REQUEST A FREE, PRINTED COPY BY CALLING (888) 860-8510.

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE  TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING  INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF  THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS,  PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE  DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing®**  A BNY Securities Group Co.

One Pershing Plaza, Jersey City, New Jersey 07399
Solutions from The Bank of New York

Member NYSE, other SROs, SIPC, Federal Reserve/A Pershing Investment LLC

Page 18 of 19

DO000000008812XCSF10047

## GENERAL INFORMATION

## TERMS AND CONDITIONS

### PORTFOLIO HOLDINGS

### THE ROLE OF PERSHING

### PAYMENT FOR ORDER FLOW PRACTICES

### ARBITRATION

### ARBITRATION DISCLOSURES:

### ARBITRATION AGREEMENT

Account Number: 727-591035

CROCKER SECURITIES LLC

If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to One Pershing Plaza, Jersey City, NJ 07399, Attn. Compliance.