**THEODORE BRAGG DECLARATION**

**EXHIBIT A**

**5 OF 9**



# Brokerage
## Account Statement

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1550

D000000009173C5F39033
ll...l..l...l.l.l.l...l.ll..l..l.l..l..l.ll

CROCKER SECURITIES LLC
-- TAXABLE TRADE #2 --
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

Account Number: 7Z7-891035
Statement Period: 10/01/2005 - 10/31/2005

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $563,017.19 |
| Dividends/Interest | 20,824.46 |
| Change in Account Value | -11,545,331.05 |
| Ending Account Value | -$11,787,523.78 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | 12,586,826.20 | 16,246,535.30 | 100% | Your Account is 100% invested in Fixed Income. |
| Cash and Cash Equivalents | -12,749,843.39 | -28,034,059.08 | 0% | |
| **Account Total** | **-$163,017.19** | **-$11,787,523.78** | **100%** | |

NOTE: Unpriced securities in your account may cause the total brokerage account assets to be understated.


QUALITY RATED
FOR COMMUNICATION

D000000009173C5F39033
PAR-02-CUTSHEET

Clearing Through **Pershing**® • BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, SIPC, SEC. Member/of of Pershing Investment LLC

Page 1 of 14

D000000000913133CSP34033

## Customer Service Information

| Your Investment Advisor: RDG | Contact Information | Customer Service Information |
|---|---|---|
| DOUG GREEN | Telephone Number: (561) 361-4803 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| | Fax Number: (561) 362-5261 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | **Cash and Cash Equivalents  0.00% of Portfolio** | | | | | |
| | Margin Balance | -12,749,843.39 | -28,034,059.08 | | | |
| | **Total Cash and Cash Equivalents** | **-$12,749,843.3** | **-$28,034,059.08** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | |
| | **Asset Backed Securities** | | | | | |
| 3,959,715.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842J CL-2842J INV FLTR 6.013% 09/15/33 B/E DTD 08/01/04 *Security Identifier:* 31395ET3  *Factor:* 0.28990680 | 97.9840 | 1,124,805.67 | 5,752.18 | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842L CL-2842L INV FLTR 5.710% 09/15/33 B/E DTD 08/01/04 *Security Identifier:* 31395E2V8  *Factor:* 0.28990680 | 99.2190 | 1,725.86 | 8.28 | | |
| 500,000.000M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Moody Rating AAA S & P Rating AAA *Security Identifier:* 32051CK50  *Factor:* 1.00000000 | 56.3410 | 281,705.00 | 0.00 | | |
| 55,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB *Security Identifier:* 31395CY22  *Factor:* 0.14451277 | 97.9650 | 7,786.77 | 0.00 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** • A BNY Securities Group Co. Subsidiary Member NYSE/SIPC

One Pershing Plaza, Jersey City, New Jersey 07399 Pershing LLC, member NASD, NYSE, SIPC, (Subsidiary of Pershing Investments LLC



# CROCKER SECURITIES LLC
2399 Oak Road • Suite 240 • Walnut Creek, CA 94597
925.941.1540

DD00000000000913ICSBF10033



# Brokerage
## Account Statement

Statement Period: 10/01/2005 - 10/31/2005

A M F Securities Serv Co.
Settlers from The Bank of New York

Clearing through **Pershing**
PAR-02-CUTSHEET

Core Pershing Plaza, Jersey City, New Jersey 07399
Member SIPC, member NASA, NYSE, NYSE National & Most Principal Exchanges, Inc.

Account Number: 727-891035
CROCKER SECURITIES LLC

DATED DATED
FOR COMMUNICATION

Page 3 of 14

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 10,000,000.00 | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 | 93.7110 | 9,088,425.45 | 0.00 | | |
| | *Security Identifier:* 31393YU37  Factor: 0.96983550 | | | | | |
| 20,000,000.00 | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2800-S CL-2800-S INV FLTR 8.670% 04/15/34 B/E DTD 08/07/04 | 99.4110 | 977.63 | 7.11 | | |
| | *Security Identifier:* 31395ADB8  Factor: 0.04917110 | | | | | |
| 633,000,000.00 | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 5.630% 04/15/34 B/E DTD 05/07/05 | 99.6650 | 455,559.22 | 2,106.64 | | |
| | *Security Identifier:* 31395UR94  Factor: 0.17217432 | | | | | |
| 35,217,000.00 | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB | 102.5500 | 22,055.53 | 179.23 | | |
| | *Security Identifier:* 31395KK8  Factor: 0.61070206 | | | | | |
| 1,836,333,000.00 | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 7.206% 08/15/34 B/E DTD 12/07/04 | 94.9370 | 770,334.43 | 4,872.56 | | |
| | *Security Identifier:* 31395KCQ4  Factor: 0.41186781 | | | | | |
| 4,400,000.00 | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB | 96.7830 | 4,268,452.00 | 20,166.67 | | |
| | *Security Identifier:* 31395J2Q2  Factor: 1.00000000 | | | | | |
| 772,727,000.00 | RESIDENTIAL MTG AGGP INC COLL MTG OBLIG SER 2005-52 CL-A4 5.500% 03/25/35 B/E DTD 03/01/05 CLB S & P Rating AAA | 22.8670 | 176,854.03 | 3,541.67 | | |
| | *Security Identifier:* 76111KKT0  Factor: 1.00000000 | | | | | |

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 11,000,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WF FLT 0.000% 04/15/35 B/E DTD 10/01/05 *Security Identifier: 31396E3C8 Factor: 1.000000000* | N/A | 0.00 | 0.00 | $0.00 | |
| 59,643.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 *Security Identifier: 31396E3E4 Factor: 1.000000000* | 97.0000 | 57,853.71 | 397.62 | | |

| Description | | | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **Total Asset Backed Securities** | | | $16,246,535.30 | $37,031.96 | $0.00 |
| **Total Fixed Income** | | | $16,246,535.30 | $37,031.96 | $0.00 |
| **Total Portfolio Holdings** | | | -$11,787,523.78 | $37,031.96 | $0.00 |

■ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.



# Brokerage
## Account Statement



**CROCKER SECURITIES LLC**
2299 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**ONLINE RATED FOR COMMUNICATION**

Statement Period: 10/01/2005 - 10/31/2005

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/03/05 | 09/14/05 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-4G-QD "INV" C/0.00% 03/25/34 B/E DTD 05/25/04 FACTOR 0.97229369400 REM BAL 9,772,936 VARIABLE RATE CANCELLED TRADE | 10,000,000.000 | 123.7031 | -12,741.10 | -12,040,317.27 |
| 10/03/05 | 09/14/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-4G-QD "INV" C/0.00% 03/25/34 B/E DTD 05/25/04 FACTOR .97229369 REM BAL 9722936.40 INT CCRR VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 123.7031 | 11,721.54 | 12,039,297.71 |
| 10/03/05 | 09/29/05 | CORRECTED PURCHASE | RESIDENTIAL MTG ACCP INC COLL MTG OBLIG SER 2005-S2 CL-A4 5.500% 03/25/35 B/E DTD 03/01/05 CLB FACTOR 1.00000000 REM BAL 772727.00 CORRECTED CONFIRM | 712,727.000 | 40.0000 | -3,305.55 | -312,396.35 |
| 10/03/05 | 09/29/05 | CANCELLED PURCHASE | RESIDENTIAL MTG ACCP INC COLL MTG OBLIG SER 2005-S2 CL-A4 5.500% 03/25/35 B/E DTD 03/01/05 CLB FACTOR 1.000000349 40 REM BAL 772,729 CANCELLED TRADE | -772,727.000 | 43.0000 | 3,305.56 | 335,578.33 |
| 10/03/05 | 09/30/05 | CANCELLED SELL | GNMS INC MTG PASS THRU CTF SER 2005-24 CL-A-28 "INV FLTG" C/0.00% 10/25/35 B/E DTD 09/01/05 FACTOR 1.00000000000 REM BAL 757,000 VARIABLE RATE CANCELLED TRADE | 757,000.000 | 98.0000 | -4,468.40 | -746,328.40 |
| 10/04/05 | 09/30/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.00000000 REM BAL 4,400,000 VARIABLE RATE | 4,400,000.000 | 103.5597 | -19,494.44 | -4,577,673.44 |
| 10/05/05 | 10/05/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-85 0.000% 05/15/34 B/E DTD 06/01/04 CLB FACTOR 0.312444500 REM BAL 224,335 VARIABLE RATE | 718,000.000 | 100.2031 | -216.11 | -225,006.98 |

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, and other principal exchanges in New York
A BNY securities Group Co.
Member of the Securities Investor Protection Corp.

DC0000000009173CFSP30033

D0000000091733C5P34033

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/05/05 | 10/05/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2592-C CL-2592-VS INV FLTR 8.825% 04/15/34 B/E DTD 05/01/05 FACTOR 0.78003866800 REM BAL 436,820 VARIABLE RATE | 560,000.000 | 100.2031 | -390.64 | -438,106.47 |
| 10/12/05 | 10/05/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2002-69 CL-69-SC INV FLTG 0.010% 02/20/32 REG DTD 10/20/02 CLB FACTOR 1.00000000 REM BAL 1,500,000 VARIABLE RATE | 1,500,000.000 | 98.7500 | -7,459.23 | -1,482,719.23 |
| 10/12/05 | 10/12/05 | PURCHASED | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.00000000 REM BAL 30,000,000 | 30,000,000.000 | 99.8515 | -55,000.00 | -30,010,468.75 |
| 10/12/05 | 10/12/05 | PURCHASED | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.00000000 REM BAL 12,000,000 | 12,000,000.000 | 99.8515 | -22,000.00 | -12,004,187.50 |
| 10/13/05 | 10/12/05 | SOLD | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.00000000 REM BAL 12,000,000 | -12,000,000.000 | 100.5000 | 22,000.00 | 12,082,000.00 |
| 10/13/05 | 10/12/05 | SOLD | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.00000000 REM BAL 30,000,000 | -30,000,000.000 | 100.4687 | 55,000.00 | 30,195,625.00 |
| 10/13/05 | 10/12/05 | PURCHASED | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.00000000 REM BAL 10,000,000 | 10,000,000.000 | 100.2656 | -18,333.33 | -10,044,895.83 |
| 10/13/05 | 10/12/05 | SOLD | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.00000000 REM BAL 5,000,000 | -5,000,000.000 | 100.2031 | 9,166.67 | 5,019,322.92 |
| 10/13/05 | 10/12/05 | SOLD | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.00000000 REM BAL 5,000,000 | -5,000,000.000 | 100.4687 | 9,166.67 | 5,012,291.67 |
| 10/13/05 | 10/12/05 | SOLD | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.00000000 REM BAL 5,000,000 | -5,000,000.000 | 100.6625 | 9,166.67 | 5,012,291.67 |
| 10/17/05 | | BOND INTEREST RECEIVED | 20000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 9.170% 04/15/34 B/E DTD 05/01/04 RD 09/30 PD 10/15/05 | | | | 12.27 |
| 10/17/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 9.170% 04/15/34 B/E DTD 06/01/04 RD 09/30 PD 10/15/05 | | | | 622.16 |
| 10/17/05 | | BOND INTEREST RECEIVED | 3959715 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 6.625% 09/15/33 B/E DTD 08/01/04 RD 09/30 PD 10/15/05 | | | | 7,205.35 |

Account Number: 7L7-BS11035
CROCKER SECURITIES LLC

Clearing Through **Pershing** • A BNY Securities Group Co. Member Firm The Bank of New York.
Pershing LLC member FINRA, NYSE, SIPC. Subsidiary of Pershing Investments LLC
One Pershing Plaza, Jersey City, New Jersey 07399



**CROCKER SECURITIES LLC**
2399 Oak Road • Suite 150 • Walnut Creek, CA 94597
925-941-1540


QUALITY RATED FOR COMMUNICATION



# Brokerage
# Account Statement

Statement Period: 10/01/2005 - 10/31/2005

D00000000091733GSP10033

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/17/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 6.625% 09/15/33 B/E DTD 08/01/04 RD 09/30 PD 10/15/05 | | | | 157,134.76 |
| 10/17/05 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 6.560% 09/15/33 B/E DTD 08/01/04 | | | | 9.82 |
| 10/17/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 6.560% 09/15/33 B/E DTD 08/01/04 RD 09/30 PD 10/15/05 | | | | 238.10 |
| 10/17/05 | | BOND INTEREST RECEIVED | 50000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB RD 09/30 PD 10/15/05 | | | | 77.00 |
| 10/17/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB RD 09/30 PD 10/15/05 | | | | 5,533.60 |
| 10/17/05 | | BOND INTEREST RECEIVED | 35217 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB RD 09/30 PD 10/15/05 | | | | 192.16 |
| 10/17/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB RD 09/30 PD 10/15/05 | | | | 1,552.60 |
| 10/17/05 | | BOND INTEREST RECEIVED | 1838333 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 7.768% 08/15/34 B/E DTD 12/01/04 RD 09/30 PD 10/15/05 | | | | 5,941.58 |
| 10/17/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 7.768% 08/15/34 B/E DTD 12/01/04 RD 09/30 PD 10/15/05 | | | | 106,437.00 |

Account Number: 727-051035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Subsidary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, NASD, SIPC, NYSE, American Stock Exchange and all principal exchanges LLC

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/17/05 | | BOND INTEREST RECEIVED | 73000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982 YS INV FLTR 8.825% 04/15/34 B/E DTD 05/01/05 RD 09/30 PD 10/15/05 | | | | 418.77 |
| 10/17/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982 YS INV FLTR 8.825% 04/15/34 B/E DTD 05/01/05 RD 09/30 PD 10/15/05 | | | | 4,223.95 |
| 10/19/05 | 10/05/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E VARIABLE RATE FACTOR .26355491 REM BAL 189232.43 CORRECTED CONFIRM | -718,000.000 | 100.2031 | -182.29 | -183,799.09 |
| 10/19/05 | 10/05/05 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 05/15/34 B/E DTD 06/01/04 CL8 FACTOR 0.312445800 REM BAL 224,335 VARIABLE RATE CANCELLED TRADE | 718,000.000 | 100.2031 | 216.11 | 225,006.98 |
| 10/20/05 | 10/05/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982 YS INV FLTR 5.530% 04/15/34 B/E DTD 05/01/05 FACT .72217432 REM BAL 404417.62 CORRECTED CONFIRM | 560,000.000 | 100.2031 | -369.07 | -405,608.16 |
| 10/20/05 | 10/05/05 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 8.825% 04/15/34 B/E DTD 05/01/05 FACTOR 0.78003686800 REM BAL 436.820 VARIABLE RATE CANCELLED TRADE | -560,000.000 | 398.64 | 438,105.47 | 438,105.47 |
| 10/20/05 | 10/19/05 | INT CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 30 DEBIT DAYS AV BAL 196150660.00 AVG RATE 5.992 09-20-05 TO 10-19-05 | | | | -97,945.50 |
| 10/20/05 | | BOND INTEREST RECEIVED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2002-69 CL-69-SC 0.000% 02/20/32 REG RD 09/30 PD 10/20/05 | | | | 10,185.31 |
| 10/24/05 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E RD 09/30 PD 10/15/05 T/S 10/04/05 A/O 09/30/05 | | | | 20,166.67 |
| 10/25/05 | | BOND INTEREST RECEIVED | 128000 CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 6.783% 03/25/35 B/E DTD 02/01/05 RD 09/30 PD 10/25/05 | | | | 690.12 |

Clearing Through **Pershing**
A BNY Securities Group Co.
Subsidiary from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC; Financial Printing Division, Pershing LLC

Page 8 of 14

CO0000000091733X5SF10133



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925.941.1560

D0000000009173JCGF33K033



OAJ AM RATED
FOR COMMUNICATION

# Brokerage Account Statement

Statement Period: 10/01/2005 - 10/31/2005

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/25/05 | | RETURN OF PRINCIPAL RECEIVED | 126000 CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 6.783% 08/25/35 B/E DTD 07/01/05 RD 09/30 PD 10/25/05 | | | | 4,950.27 |
| 10/25/05 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 09/30 PD 10/25/05 | | | | 70,329.24 |
| 10/25/05 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E RD 09/30 PD 10/25/05 | | | | 24,581.40 |
| 10/25/05 | | BOND INTEREST RECEIVED | 7Z7Z7 RESIDENTIAL MTG ACCP INC COLL MTG OBLIG SER 2005-S2 CL-A4 5.500% 03/25/35 B/E DTD 03/01/05 CLR RD 09/30 PD 10/25/05 | | | | 3,541.67 |
| 10/26/05 | | RETURN OF PRINCIPAL RECEIVED | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 0.000% 10/25/35 B/E RD 09/30 PD 10/25/05 | -757,000.000 | | | 10,187.70 |
| 10/31/05 | 09/29/05 | CORRECTED SELL | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 6.437% 08/25/35 B/E DTD 07/01/05 FACTOR .89780011721 VARIABLE RATE CORRECTED CONFIRM | -126,000.000 | 95.0000 | 606.86 | 108,073.54 |
| 10/31/05 | 09/29/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR .9698354.0 REM BAL 9698356.00 CORRECTED CONFIRM | -10,000,000.000 | 123.7343 | 12,688.68 | 12,012,887.62 |
| 10/31/05 | 09/29/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-1 CL-2842-1 INV FLTR 6.013% 09/15/33 B/E DTD 08/01/04 FACTOR CORR VARIABLE RATE CORRECTED CONFIRM | -3,958,715.000 | 103.7500 | 5,751.04 | 1,196,446.63 |



## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/31/05 | 09/29/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2505 CL-2505-LS INV FLTR<br>7.206% 08/15/34 B/E DTD 12/01/04<br>FAC .44186781 REM BAL 811416.44<br>CORRECTED CONFIRM | -1,836,333.000 | 103.5000 | 4,872.63 | 844,688.65 |
| 10/31/05 | 09/29/05 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A42<br>0.000% 10/25/33 B/E DTD 08/01/03<br>FACTOR 1.00000000 REM BAL 500,000 | -500,000.000 | 70.1562 | | 350,781.25 |
| 10/31/05 | 09/29/06 | CORRECTED SELL | RESIDENTIAL MTG ACCP INC COLL MTG<br>OBLIG SER 2005-S2 CL-A4<br>5.500% 03/25/35 B/E DTD 03/01/05 CLB<br>FACTOR 1.00000000 REM BAL 772727.00<br>CORRECTED CONFIRM | -772,727.000 | 40.0000 | 3,541.67 | 312,632.58 |
| 10/31/05 | 09/30/05 | SOLD | CWMBS INC MTG PASS THRU CTF<br>SER 2005-24 CL-A 28 "INV FLTG"<br>0.000% 10/25/35 B/E DTD 09/01/05<br>FACTOR .99654200 REM BAL 746812.30<br>VARIABLE RATE | -757,000.000 | 98.0000 | 4,110.03 | 735,956.08 |
| 10/31/05 | 09/30/05 | CORRECTED SELL | CORRECTED CONFIRM<br>FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2874 CL-2874-GG 5.500% 10/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 1.00000000<br>REM BAL 4,400,000 | -4,403,000.000 | 103.6093 | 20,166.67 | 4,578,879.17 |
| 10/31/05 | 10/05/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2815 CL-2815-BS 0.000% 06/15/34 B/E<br>DTD 06/01/04 CLB FACTOR .26355491<br>VARIABLE RATE CORRECTED CONFIRM | -713,000.000 | 100.2343 | 1,367.20 | 191,043.14 |
| 10/31/05 | 10/05/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2982 CL-2982-YS INV FLTR<br>5.550% 04/15/34 B/E DTD 05/01/05<br>FACTOR .72217432 VARIABLE RATE<br>CORRECTED CONFIRM | -560,000.000 | 100.2343 | 2,768.01 | 408,133.48 |
| 10/31/05 | 10/12/05 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2002-69 CL-69-SC "INV FLTG"<br>0.000% 02/20/32 REG DTD 10/20/02 CLB<br>INT CORR VARIABLE RATE<br>FACTOR 1.00000000 REM BAL 150000.00<br>CORRECTED CONFIRM | -1,500,000.000 | 98.7500 | 3,529.17 | 1,484,779.17 |

D00000000093731C8F31013

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**

A BNY Securities Group Co.
Services from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, member NASD, SIPC and other principal exchanges and marketplaces

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 210 • Walnut Creek, CA 94597
925-941-1540



DALLAH BAITO
FOR COMMUNICATION

## Brokerage Account Statement

Statement Period: 10/01/2005 - 10/31/2005

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/31/05 | 10/26/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WF FLT 0.000% 04/15/35 B/E DTD 10/01/05 QUANT/CHGS VARIABLE RATE FACTOR 1.00000000 REM BAL 11785714.00 | 11,785,714.000 | 99.5000 | -46,553.57 | -11,773,339.00 |
| 10/31/05 | 10/26/05 | SOLD | CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WF FLT 0.000% 04/15/35 B/E DTD 10/01/05 FACTOR 1.00000000 REM BAL 785,714 | -785,714.000 | 99.6875 | 3,103.57 | 786,362.21 |
| 10/31/05 | 10/26/05 | PURCHASED | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WS INV CPNR 0.000% 04/15/35 B/E DTD 10/01/05 FACTOR 1.00000000 REM BAL 2,919,643 | 2,919,643.000 | 98.1400 | -20,232.14 | -2,827,176.92 |
| 10/31/05 | 10/26/05 | CORRECTED SELL | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WS INV CPNR 8.315% 04/15/35 B/E DTD 10/01/05 VARIABLE RATE FACTOR 1.00000000 REM BAL 578643.00 CORRECTED CONFIRM | -578,643.000 | 97.0000 | 4,009.80 | 565,293.51 |
| 10/31/05 | 10/26/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WS INV CPNR 0.000% 04/15/35 B/E DTD 10/01/05 FACTOR 1.00000000 REM BAL 2341000.00 VARIABLE RATE | -2,341,000.000 | 97.0000 | 16,222.34 | 2,286,992.34 |
| 10/31/05 | 10/26/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 0.000% 04/15/35 B/E DTD 10/01/05 FACTOR 1.00000000 REM BAL 294,643 | 294,643.000 | 97.0000 | -1,964.29 | -287,768.00 |
| 10/31/05 | 10/26/05 | SOLD | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 0.000% 04/15/35 B/E DTD 10/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 3000.00 | -3,000.000 | 100.0000 | 20.00 | 3,020.00 |

Account Number: 727-8891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/31/05 | 10/26/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 0.000% 04/15/35 B/E DTD 10/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 18000.00 | -18,000.000 | 100.0000 | 120.00 | 18,120.00 |
| 10/31/05 | 10/26/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 0.000% 04/15/35 B/E DTD 10/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 22000.00 | -22,000.000 | 100.0000 | 146.67 | 22,146.67 |
| 10/31/05 | 10/26/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 0.000% 04/15/35 B/E DTD 10/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 27000.00 | -27,000.000 | 100.0000 | 180.00 | 27,180.00 |
| 10/31/05 | 10/26/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 0.000% 04/15/35 B/E DTD 10/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 80000.00 | -80,000.000 | 100.0000 | 533.33 | 80,533.33 |
| 10/31/05 | 10/26/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 0.000% 04/15/35 B/E DTD 10/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 40000.00 | -40,000.000 | 100.0000 | 266.67 | 40,266.67 |
| 10/31/05 | 10/26/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 0.000% 04/15/35 B/E DTD 10/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 6000.00 | -6,000.000 | 100.0000 | 40.00 | 6,040.00 |
| 10/31/05 | 10/26/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 0.000% 04/15/35 B/E DTD 10/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 7000.00 | -7,000.000 | 100.0000 | 46.67 | 7,046.67 |
| 10/31/05 | 10/26/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 0.000% 04/15/35 B/E DTD 10/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 2000.00 | -2,000.000 | 100.0000 | 13.33 | 2,013.33 |

D0000000009313JCRSBP30013

Account Number: 747-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** — A BNY Securities Group, Inc. Member FINRA, NYSE, SIPC. Securities from This Trade at New York.
One Pershing Plaza, Jersey City, New Jersey 07399

Page 12 of 14



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925.941.1540

# Brokerage
## Account Statement

Statement Period: 10/01/2005 - 10/31/2005

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/31/05 | 10/26/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 0.000% 04/15/35 B/E DTD 10/01/05 FACTOR 1.000000000 REM BAL 200.00 SOLICITED ORDER VARIABLE RATE | -2,000.000 | 100.0000 | 13.33 | 2,013.33 |
| 10/31/05 | 10/26/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 0.000% 04/15/35 B/E DTD 10/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.000000000 REM BAL 9000.00 | 100.000 | 100.0000 | 60.00 | 9,060.00 |
| 10/31/05 | 10/26/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 0.000% 04/15/35 B/E DTD 10/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.000000000 REM BAL 19000.00 | -19,000.000 | 100.0000 | 126.67 | 19,126.67 |
| 10/31/05 | 10/27/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 VARIABLE RATE FACTOR 0.969835500 REM BAL 9,698,355 | -10,000,000.000 | 123.7300 | -12,688.68 | -12,014,402.59 |
| 10/31/05 | 10/27/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-1 CL-2842-J INV FLTR 6.013% 09/15/33 B/E DTD 08/01/04 FACTOR 0.289906000 REM BAL 1,147,658 VARIABLE RATE | 3,598,715.000 | 103.7812 | -5,751.01 | -1,196,805.24 |
| 10/31/05 | 10/27/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CL9 FACTOR 1.000000000 REM BAL 4,400,000 | 4,400,000.000 | 103.6406 | -20,166.67 | -4,580,354.17 |
| 10/31/05 | 10/27/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 7.206% 08/15/34 B/E DTD 12/01/04 FACTOR 0.441867/8100 REM BAL 811.416 VARIABLE RATE | 1,836,333.000 | 103.5312 | -4,872.62 | -844,942.20 |

Clearing through **Pershing**   A BNY Securities Group Co.   One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, member SIPC, SEC Material &amp; Entity reserved LC

Account Number: 727-691025
CROCKER SECURITIES LLC

DOC0000000093.733CSF30033

FP47-02-CUTSHEET

C000000000917173458F30033

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/31/05 | 10/27/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 5.530% 04/15/34 B/E DTD 05/01/05 FACTOR 0.722174320 REM BAL 404.417 VARIABLE RATE | 560,000.000 | 100.2856 | -2,768.01 | -400,259.86 |
| 10/31/05 | 10/27/05 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 RESIDENTIAL MTG ACCP INC COLL MTG | 500,000.000 | 70.1875 | | -350,937.50 |
| 10/31/05 | 10/27/05 | PURCHASED | OBLIG SER 2005-52 CL-A4 5.500% 03/25/35 B/E DTD 03/01/05 CLB FACTOR 1.000000000 REM BAL 772,727 | 772,727.000 | 40.1250 | -3,541.67 | -313,598.38 |
| 10/31/05 | 10/28/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2830 CL-2830-SU INV FLTG RATE 8.454% 07/15/34 B/E DTD 07/15/04 CLB BKR/CHG VARIABLE RATE FACTOR .621546600 REM BAL 2549682.56 CORRECTED CONFIRM | 4,102,157.000 | 95.0000 | -9,580.65 | -2,431,779.08 |
| 10/31/05 | 10/28/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2830 CL-2830-SU INV FLTG RATE 8.454% 07/15/34 B/E DTD 07/15/04 CLB FACTOR 0.621546600 REM BAL 2,549,682 VARIABLE RATE | -4,102,157.000 | 95.0000 | 9,580.65 | 2,431,779.08 |
| 10/31/05 | 10/28/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3035 CL-3035-TP INV FLTR 6.500% 12/15/33 B/E DTD 09/01/05 CLB FACTOR 0.968598871 00 REM BAL 1,210,748 VARIABLE RATE | 1,250,000.000 | 94.3750 | -6,558.22 | -1,149,202.01 |
| 10/31/05 | 10/28/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3035 CL-3035-TP INV FLTR 6.500% 12/15/33 B/E DTD 09/01/05 CLB BKR.309 VARIABLE RATE FACTOR .968598871 REM BAL 1210748.39 CORRECTED CONFIRM | -1,250,000.000 | 95.5000 | 6,558.22 | 1,162,822.93 |

**Total Value of all Transactions** — -$15,284,215.69

The price and quantity displayed may have been rounded.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
1 IFC Securities Group Co.
Subsidiary from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD/NYSE, Member SIPC, Subsidiary of Pershing Investments LLC



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

D0000000093006C8P30033
llıl.ıl.ılıl.ılıl.ıl.ıll.ılıl.ıll.ıl.ıl.ıl.ıl.ıll

CROCKER SECURITIES LLC
- -TAXABLE TRADE #2- -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

## *Brokerage*
## *Account Statement*

Account Number: 7Z7-891035
Statement Period: 11/01/2005 - 11/30/2005

### Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$11,787,523.78 |
| Cash Withdrawals | -2,827,695.00 |
| Dividends/Interest | 11,141.70 |
| Change in Account Value | 11,262,625.79 |
| Ending Account Value | -$3,341,446.29 |

### Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | 16,246,535.30 | 30,590,728.87 | 100% | Your Account is 100% invested in Fixed Income. |
| Cash and Cash Equivalents | -28,034,059.08 | -33,932,175.16 | 0% | |
| Account Total | -$11,787,523.78 | -$3,341,446.29 | 100% | |



DALBAR RATED
FOR COMMUNICATION

D0000000093006C8P30033
P46-02-CUTSHEET

Clearing Through *Pershing*
A BNY Securities Group Co.
Sixifices Free The Book of New York
Pershing LLC, member NASD, NYSE, SIPC Subsidiaries of Pershing Investments LLC

One Pershing Plaza, Jersey City, New Jersey 07399

Page 1 of 18

## Customer Service Information

Your Investment Advisor: RDG
DOUG GREEN

D000000000930HCSF3D033

| Contact Information | Customer Service Information |
|---|---|
| Telephone Number: (561) 361-4803 | Service Hours: Weekdays 06:00 a.m. - 05:00 p.m. PST |
| Fax Number: (561) 362-3261 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year |
|---|---|---|---|---|---|
| | **Cash and Cash Equivalents  0.00% of Portfolio** | | | | |
| | Margin Balance | -28,034,059.08 | -33,932,175.16 | $0.00 | |
| | **Total Cash and Cash Equivalents** | **-$28,034,059.0** | **-$33,932,175.16** | **$0.00** | **$0.00** |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated 30-day Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio**  *(In Maturity Date Sequence)* | | | | | |
| | **Asset Backed Securities** | | | | | |
| 760,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2575 CL-2575-IO 5.500% 09/15/22 REG DTD 02/01/03 CLB *Security Identifier:* 31393RJD5  *Factor:* 0.46030349 | 18.0770 | 63,238.89 | 1,549.94 | | |
| 101,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2519 CL-2519-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB *Security Identifier:* 31393IJK8  *Factor:* 1.00000000 | 10.2430 | 10,345.43 | 447.49 | | |
| 134,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 *Security Identifier:* 31393AD61  *Factor:* 0.62307935 | 4.7040 | 3,927.49 | 369.92 | | |
| 91,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 *Security Identifier:* 31393TVJ1  *Factor:* 1.00000000 | 8.9980 | 8,188.18 | 439.83 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**

One Pershing Plaza, Jersey City, New Jersey 07399
Member SIPC, FINRA, NYSE



**Brokerage**
*Account Statement*



**CROCKER SECURITIES LLC**
3393 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

Statement Period: 11/01/2005 - 11/30/2005

## Portfolio Holdings *(continued)*

**Fixed Income** *(continued)*

**Asset Backed Securities** *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| 725,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC TR 2004-34 CL-34-IA 5.500% 12/20/31 B/E DTD 05/01/04 *Security Identifier* 38374GFS6  Factor: 1.00000000 | 9.9840 | 72,384.00 | 3,212.15 | | |
| 137,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB *Security Identifier* 31394KXD9  Factor: 0.67147990 | 73.8150 | 67,904.45 | 0.00 | | |
| 3,959,715.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-I INV FLTR 5.174% 09/15/33 B/E DTD 08/01/04 *Security Identifier* 31395EZT3  Factor: 0.21682928 | 98.8820 | 848,983.20 | 3,578.52 | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 5.366% 09/15/33 B/E DTD 08/01/04 *Security Identifier* 31395E2V8  Factor: 0.21682928 | 99.6240 | 1,296.08 | 5.62 | | |
| 100,000.000M | FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CTF CL-1A26 20.000% 10/25/33 B/E DTD 08/01/03 CLB *Security Identifier* 32051DH54  Factor: 0.40351555  Moody Rating AAA S & P Rating AAA | 139.7100 | 56,375.16 | 650.11 | | |
| 500,000.000M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 *Security Identifier* 32051DK50  Factor: 1.00000000  Moody Rating AAA S & P Rating AAA | 67.6930 | 338,465.00 | 0.00 | | |

D0000000000931006C5F39033

Clearing Through **Pershing**
PAR-02-CUTSHEET

Pershing Plaza, Jersey City, New Jersey 07399
Member FINRA, NYSE and Subsidiaries of every Investment LLC

Account Number: 7Z7-091035
CROCKER SECURITIES LLC

CO000300030306SFI30033

# Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** (continued) | | | | | |
| | Asset Backed Securities (continued) | | | | | |
| 270,000,000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791-S CL-2791-S INV FLTR 7.287% 12/15/33 B/E DTD 05/01/04 Security Identifier: 31394VKV5  Factor: 0.07533323 | 98.8020 | 20,066.30 | 119.07 | | |
| 55,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB Security Identifier: 31395GY22  Factor: 0.07840229 | 99.3830 | 4,285.52 | 0.00 | | |
| 10,000,000,000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 Security Identifier: 31393VU37  Factor: 0.96729985 | 88.3420 | 8,545,320.33 | 0.00 | | |
| 20,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 7.983% 04/15/34 B/E DTD 06/01/04 Security Identifier: 31395ADD8  Factor: 0.00010288 | 99.5740 | 2.05 | 0.01 | | |
| 633,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-XS INV FLTR 7.314% 04/15/34 B/E DTD 05/01/05 Security Identifier: 31395U894  Factor: 0.67625689 | 99.0970 | 424,205.13 | 2,542.81 | | |
| 111,000.000M | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-66 CL-66-SK INV FLTR 9.000% 04/20/34 B/E DTD 08/20/04 Security Identifier: 38374HWH9  Factor: 0.56875701 | 93.9270 | 61,259.76 | 472.85 | | |
| 35,217.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB Security Identifier: 31395IS8  Factor: 0.55648413 | 101.2860 | 19,849.73 | 157.87 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A DFS Securities Group Co.
Subsidiary from its Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, NASD, SIPC, Commodities Trading Investments LLC



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 330 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 11/01/2005 - 11/30/2005

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 1,836,333.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 6.459% 08/15/34 B/E DTD 12/01/04 *Security Identifier: 31395KCQ4  Factor: 0.40074952* | 96.1030 | 707,231.17 | 3,814.77 | | |
| 4,400,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB *Security Identifier: 31395H2Q2  Factor: 1.00000000* | 98.7540 | 4,345,176.00 | 19,494.44 | | |
| 83,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 7.370% 09/25/35 B/E DTD 11/01/05 *Security Identifier: 31394UQ96  Factor: 1.00000000* | 97.5000 | 80,925.00 | 492.77 | | |
| 688,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier: 31394U751  Factor: 1.00000000* | 95.2500 | 636,270.00 | 4,304.89 | | |
| 5,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier: 31394UT69  Factor: 1.00000000* | 99.2500 | 4,962,500.00 | 32,222.22 | | |



DATA A FIELD
FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing.**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Services from The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC, Federal Reserve & Philadelphia Stock Exchange LLC

One Pershing Plaza, Jersey City, New Jersey 07399

Page 5 of 18

D0000000069100ECBP30033

# Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| Asset Backed Securities (continued) | | | | | | |
| 10,000,000.00▪ | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FL LTG" 8.000% 12/25/35 B/E DTD 11/01/05 Security Identifier 31394UT77 Factor: 1.00000000 | 93.1250 | 9,312,500.00 | 64,444.44 | $0.00 | |
| **Total Asset Backed Securities** | | | $30,590,728.87 | $138,319.72 | $0.00 | |
| **Total Fixed Income** | | | $30,590,728.87 | $138,319.72 | $0.00 | |

| Description | | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|
| **Total Portfolio Holdings** | | -$3,341,446.29 | $138,319.72 | $0.00 |

▪ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation Information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit Interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of

execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

DO00000009310E6C5F3I013

Account Number: 7L7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. A Subsidiary of Pershing Investments, LLC

Page 6 of 18

# CROCKER SECURITIES LLC
2999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540



## Brokerage Account Statement

**Statement Period: 11/01/2005 - 11/30/2005**

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/01/05 | 10/26/05 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3053 CL-3053-WF FLT<br>0.000% 04/15/35 B/E DTD 10/01/05<br>FACTOR 1.00000000 REM BAL.   785,714 | 785,714.000 | 93.6875 | -3,103.57 | -786,362.21 |
| 11/01/05 | 10/26/05 | CORRECTED SELL | VARIABLE RATE CANCELLED TRADE<br>FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3053 CL-3053-WF FLT<br>0.000% 04/15/35 B/E DTD 10/01/05<br>VARIABLE RATE FACTOR 1.00000000<br>REM BAL. 1178571400 CORRECTED CONFIRM | -11,785,714.000 | 93.6875 | | 11,718,883.64 |
| 11/01/05 | 10/31/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2815 CL-2815-BS 0.000% 05/15/24 B/E<br>DTD 06/01/04 CLB FACTOR 0.2635569100<br>REM BAL.    189,232 VARIABLE RATE | 718,000.000 | 100.2666 | -1,361.27 | -191,102.34 |
| 11/02/05 | 10/26/05 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3053 CL-3053-WF FLT<br>0.000% 04/15/35 B/E DTD 10/01/05<br>FACTOR 1.00000000 REM BAL. 11785714.00 | 11,785,714.000 | 93.6875 | | -11,718,883.64 |
| 11/02/05 | 10/26/05 | CORRECTED SELL | VARIABLE RATE FACTOR 1.00000000<br>REM BAL. 11785714.00 CANCELLED TRADE<br>FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3053 CL-3053-WF FLT<br>0.000% 04/15/35 B/E DTD 10/01/05<br>INT CORR VARIABLE RATE<br>CORRECTED CONFIRM | -11,785,714.000 | 93.6875 | 46,553.57 | 11,795,437.21 |
| 11/03/05 | | BOND INTEREST RECEIVED | CWMBS INC MTG PASS THRU CTF<br>SER 2005-24 CL-A-26 0.000% 10/25/35 B/E<br>RD 09/30 PD 10/25/05 | | | | 4,468.40 |
| 11/14/05 | 11/14/05 | PURCHASED | FNMA 30 YEAR TBA SETT NOVEMBER<br>5.500% 11/01/35 REG DTD 11/01/05<br>FACTOR 1.000000000 REM BAL. 40,000,000 | 40,000,000.000 | 98.2812 | -79,444.44 | -39,391,944.44 |
| 11/14/05 | 11/14/05 | PURCHASED | FNMA 30 YEAR TBA SETT NOVEMBER<br>5.500% 11/01/35 REG DTD 11/01/05<br>FACTOR 1.000000000 REM BAL. 30,000,000 | 30,000,000.000 | 98.2812 | -59,583.33 | -29,543,958.33 |
| 11/14/05 | 11/14/05 | PURCHASED | FNMA 30 YEAR TBA SETT NOVEMBER<br>5.500% 11/01/35 REG DTD 11/01/05<br>FACTOR 1.000000000 REM BAL. 12,000,000 | 12,000,000.000 | 98.1875 | -23,833.33 | -11,806,333.33 |

DOC000000093064CEST0033

Account Number: 7L7-BR71035
CROCKER SECURITIES LLC

Clearing Through Pershing
PAR-02-CUTSHEET

A BNY Securities Group Co.
Subsidiary From The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC. Redemption Processing Services provided by Pershing LLC

One Pershing Plaza, Jersey City, New Jersey 07399

Page 7 of 18

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/14/05 | 11/14/05 | SOLD | FNMA 30 YEAR TBA SETT NOVEMBER 5.500% 11/01/35 REG DTD 11/01/05 FACTOR 1.000000000 REM BAL 40,000,000 | -40,000,000.000 | 97.9687 | 79,444.44 | 39,266,944.44 |
| 11/14/05 | 11/14/05 | SOLD | FNMA 30 YEAR TBA SETT NOVEMBER 5.500% 11/01/35 REG DTD 11/01/05 FACTOR 1.000000000 REM BAL 12,000,000 | -12,000,000.000 | 97.9187 | 23,833.33 | 11,390,083.33 |
| 11/14/05 | 11/14/05 | SOLD | FNMA 30 YEAR TBA SETT NOVEMBER 5.500% 11/01/35 REG DTD 11/01/05 FACTOR 1.000000000 REM BAL 30,000,000 | -30,000,000.000 | 99.7187 | 59,583.33 | 29,975,208.33 |
| 11/14/05 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 8.670% 04/15/34 B/E DTD 06/01/04 | | | | 7.11 |
| 11/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 8.670% 04/15/34 B/E DTD 06/01/04 RD 10/31 PD 11/15/05 | | | | 981.36 |
| 11/15/05 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 6.013% 09/15/33 B/E DTD 08/01/04 | | | | 5,752.49 |
| 11/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 6.013% 09/15/33 B/E DTD 08/01/04 RD 10/31 PD 11/15/05 | | | | 289,366.15 |
| 11/15/05 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 5.710% 09/15/33 B/E DTD 08/01/04 | | | | 8.28 |
| 11/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 5.710% 09/15/33 B/E RD 10/31 PD 11/15/05 | | | | 438.47 |
| 11/15/05 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876-AS CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 11/01/04 | | | | 41.20 |
| 11/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876-AS CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 11/01/04 CLB RD 10/31 PD 11/15/05 | | | | 3,636.08 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Subsidiaries linked in...

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, another SROs, SIPC. Subsidiaries of Pershing Investments LLC.

Page 8 of 18

D000000000390065F24003



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1340

**Brokerage Account Statement**

Statement Period: 11/01/2005 - 11/30/2005

## Transactions in Date Sequence (continued)



| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/15/05 | | BOND INTEREST RECEIVED | 4400000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB RD 10/31 PD 11/15/05 | | | | 20,166.67 |
| 11/15/05 | | BOND INTEREST RECEIVED | 35217 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/07/04 CLB RD 10/31 PD 11/15/05 | | | | 179.23 |
| 11/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/07/04 CLB RD 10/31 PD 11/15/05 | | | | 1,908.39 |
| 11/15/05 | | BOND INTEREST RECEIVED | 1836333 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 7.206% 08/15/34 B/E DTD 12/01/04 RD 10/31 PD 11/15/05 | | | | 4,872.63 |
| 11/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 7.206% 08/15/34 B/E DTD 12/01/04 RD 10/31 PD 11/15/05 | | | | 75,506.87 |
| 11/15/05 | | BOND INTEREST RECEIVED | 633000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 5.530% 04/15/34 B/E DTD 05/01/05 RD 10/31 PD 11/15/05 | | | | 3,128.84 |
| 11/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 5.530% 04/15/34 B/E DTD 05/01/05 RD 10/31 PD 11/15/05 | | | | 29,065.73 |
| 11/15/05 | | BOND INTEREST RECEIVED | 11000000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WF FLT 0.000% 04/15/35 B/E DTD 10/01/05 RD 10/31 PD 11/15/05 | | | | 43,449.99 |
| 11/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WF FLT 0.000% 04/15/35 B/E DTD 10/01/05 RD 10/31 PD 11/15/05 | | | | 108,088.85 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Serives from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member NASD, NYSE, SIPC. Member of Federal Reserve system and LLC

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/15/05 | | BOND INTEREST RECEIVED | 59843 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT | | | | 397.62 |
| 11/15/05 | | PRINCIPAL PAY DOWN RECEIVED | INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 10/31 PD 11/15/05 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 10/31 PD 11/15/05 | | | | 586.07 |
| 11/17/05 | | BOND INTEREST ADJUSTMENT | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WF 0.000% 04/15/35 B/E RD 10/31 PD 11/15/05 REV PYMNT; TR ADJ ON 11/1 & 11/2 | | | | -43,448.99 |
| 11/17/05 | | PRINCIPAL PAY DOWN ADJUSTMENT | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WF 0.000% 04/15/35 B/E RD 10/31 PD 11/15/05 REV PYMNT; TR ADJ ON 11/1 & 11/2 | | | | -108,088.85 |
| 11/18/05 | 10/27/05 | CORRECTED SELL | RESIDENTIAL MTG ACCP INC COLL MTG OBLIG SER 2005-S2 CL-A4 5.500% 03/25/35 B/E DTD 03/01/05 CLB FACTOR 1.00000000 REM BAL 772727.00 | -772,727.000 | 37.0000 | 2,006.94 | 287,916.03 |
| 11/18/05 | | CORRECTED CONFIRM | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-ES 0.000% 05/15/34 B/E | | | | |
| 11/18/05 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-ES 0.000% 05/15/34 B/E RD 10/31 PD 11/15/05 | | | | 1,367.21 |
| 11/18/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-ES 0.000% 05/15/34 B/E RD 10/31 PD 11/15/05 | | | | 37,693.55 |
| 11/21/05 | 11/19/05 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 31 DEBIT DAYS AV BAL 1827150.01 AVG RATE 6.134 10-20-05 TO 11-19-05 | | | | -96,233.06 |
| 11/25/05 | | BOND INTEREST RECEIVED | 1000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 10/31 PD 11/25/05 | | | | 63,443.41 |
| 11/25/05 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 10/31 PD 11/25/05 | | | | 25,356.50 |
| 11/25/05 | | BOND INTEREST RECEIVED | 772727 RESIDENTIAL MTG ACCP INC COLL MTG OBLIG SER 2005-S2 CL-A4 5.500% 03/25/35 B/E DTD 03/01/05 CLB RD 10/31 PD 11/25/05 | | | | 3,541.67 |

D00000C0093C06C5P73033

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Member FINRA, NYSE, SIPC
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member FINRA, NYSE, SIPC. financial of Pershing products LLC.

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage Account Statement**

Statement Period: 11/01/2005 - 11/30/2005

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/28/05 | 11/28/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-24 CL-ZA IN INT ONLY | 134,000,000 | 4.5000 | -344.41 | -4,101.58 |
| 11/28/05 | 11/28/05 | PURCHASED | FACTOR .0623039500 REM BAL 83,492 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549 IB INT ONLY | 101,000,000 | 9.0000 | -416.63 | -9,506.63 |
| 11/28/05 | 11/28/05 | PURCHASED | 5.500% 04/15/26 B/E DTD 01/07/03 CLB FACTOR 1.0000000000 REM BAL 101,000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2575 CL-2575-CD 5.500% 08/15/22 REG DTD 02/01/03 CLB FACTOR 0.4603034900 REM BAL 349,830 | 760,000,000 | 16.0000 | -1,443.05 | -57,415.95 |
| 11/28/05 | 11/28/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 FACTOR 1.0000000000 REM BAL 91,000 | 91,000,000 | 8.7500 | -409.50 | -8,372.00 |
| 11/28/05 | 11/28/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB FACTOR .6741479000 REM BAL 91,992 VARIABLE RATE | 137,000,000 | 74.0000 | -167.98 | -68,242.61 |
| 11/29/05 | 11/29/05 | CONSOLIDATED SELL | TRANSFERRED TO 727-8910431 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-4G CL-4G-OD "INV" 0.000% 03/25/34 B/E DTD 05/26/04 VARIABLE RATE FACTOR .96729885 | -10,000,000,000 | 119.7656 | -2,827,690.00 | 11,584,392.17 |
| 11/30/05 | 11/30/05 | CORRECTED SELL | REM BAL .9672690.50 CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 5.174% 09/15/33 B/E DTD 08/01/04 COUPON 5.174583 VARIABLE RATE | -3,958,715,000 | 103.8125 | 3,578.02 | 894,668.62 |
| 11/30/05 | 10/27/05 | CORRECTED SELL | FACTOR .21682828 REM BAL 858365.32 CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/07/04 CLB FACTOR 1.0000000000 | -4,400,000,000 | 103.6562 | 19,494.44 | 4,590,369.44 |
| 11/30/05 | 10/27/05 | SOLD | REM BAL 4,400,000 | | | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
PAR-26-CUTSHEET

Page 11 of 18

# Transactions in Date Sequence *(continued)*

| Process/ Trade Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/30/05 | 10/27/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2905 CL-2905-LS INV FLTR / 6.435% 08/15/34 B/E DTD 12/01/04 / FCTR.4074652 VARIABLE RATE / FACTOR .4074652 REM BAL 735809.57 | -1,836,333.000 | 103.5625 | 3,815.26 | 765,941.61 |
| 11/30/05 | 10/27/05 | CORRECTED CONFIRM | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2982 CL-2982-VS INV FLTR / 7.374% 04/15/34 B/E DTD 05/01/05 / VARIABLE RATE FACTOR .67626689 / REM BAL 378703.86 CORRECTED CONFIRM | -560,000.000 | 100.2812 | 2,249.74 | 382,018.70 |
| 11/30/05 | 10/27/05 | SOLD | FHLMC MULTICLASS MTG PASSTHRU TR 2003 8 / MTG PASSTHRU CTF CL 1A42 / 0.000% 10/25/33 B/E DTD 08/01/03 / FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 70.1875 | 974.60 | 350,937.50 |
| 11/30/05 | 11/01/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2815 CL-2815-BS 0.000% 05/15/34 B/E / DTD 06/01/04 CL3 VARIABLE RATE / FACTOR .27105653 REM BAL 151538.88 / CORRECTED CONFIRM | -718,000.000 | 100.2666 | | 152,916.00 |
| 11/30/05 | 11/28/05 | PURCHASED | CWMBS INC MTG PASS THRU CTF / SER 2005-24 CL-A-26 "INV FLTG" / 0.000% 10/25/35 B/E DTD 09/01/05 / FACTOR 0.96238863300 REM BAL 728,526 / VARIABLE RATE | 757,000.000 | 98.0000 | -3,875.75 | -717,832.05 |
| 11/30/05 | 11/28/05 | SOLD | CWMBS INC MTG PASS THRU CTF / SER 2005-24 CL-A-26 "INV FLTG" / 0.000% 10/25/35 B/E DTD 09/01/05 / FACTOR 0.96238863300 REM BAL 728,526 / VARIABLE RATE | -757,000.000 | 95.0000 | 3,875.75 | 695,976.24 |
| 11/30/05 | 11/29/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2838 CL-2838-SA INV FLTG RATE / 7.850% 08/15/34 B/E DTD 09/15/04 / FACTOR 0.62124377100 REM BAL 762,266 / VARIABLE RATE | 1,227,000.000 | 92.0000 | -2,493.46 | -703,778.21 |
| 11/30/05 | 11/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2838 CL-2838-SA INV FLTG RATE / 7.850% 08/15/34 B/E DTD 09/15/04 / FACTOR 0.62124377100 REM BAL 762,266 / VARIABLE RATE | -1,227,000.000 | 92.5000 | 2,493.46 | 707,589.54 |

Account Number: 7L7-891035
CROCKER SECURITIES LLC

Clearing Through Pershing • A BNY Securities Corp. Co.
Subsidiary The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SIPC, NYSE, Self-member of Pershing Investments LLC

Page 12 of 18

D0000000093061C3F3I033



# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

Statement Period: 11/01/2005 - 11/30/2005

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/30/05 | 11/29/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2838 CL-2838-SQ FLTR 0.000% 08/15/34 B/E DTD 08/15/04 CLB FACTOR 0.62712437100 REM BAL 956,094 VARIABLE RATE | 1,539,000.000 | 93.5000 | -3,215.36 | -897,165.32 |
| 11/30/05 | 11/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2838 CL-2838-SQ FLTR 0.000% 08/15/34 B/E DTD 08/15/04 CLB FACTOR 0.62712437100 REM BAL 956,094 VARIABLE RATE | -1,539,000.000 | 94.0000 | 3,215.36 | 901,943.79 |
| 11/30/05 | 11/29/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 5.174% 09/15/33 B/E DTD 08/01/04 PRICE/CHG VARIABLE RATE CORRECTED CONFIRM FACTOR .21682928 REM BAL 858965.32 | 3,958,715.000 | 103.8437 | -3,578.02 | -894,936.76 |
| 11/30/05 | 11/29/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 6.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.00000000000 REM BAL 4,400,000 | 4,400,000.000 | 103.7187 | -19,494.44 | -4,583,119.44 |
| 11/30/05 | 11/29/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 6.483% 08/15/34 B/E DTD 12/01/04 FACTOR 0.40074493200 REM BAL 735,909 VARIABLE RATE | 1,836,333.000 | 103.5937 | -3,815.25 | -766,171.57 |
| 11/30/05 | 11/29/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2892 CL-2892-YS INV FLTR 7.374% 04/15/34 B/E DTD 05/01/05 FACTOR 0.67625659800 REM BAL 378,703 VARIABLE RATE | 560,000.000 | 100.3125 | -2,249.74 | -382,137.05 |
| 11/30/05 | 11/25/05 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000000 REM BAL 500,000 | 500,000.000 | 70.2187 | | -351,093.75 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Closing Through **Pershing**  A BNY Securities Group Co.
PAR-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399

Page 13 of 18

DC000000010091301ECBF34033
DALBAR RATED FOR COMMUNICATION

# Transactions in Date Sequence *(continued)*

DC0200000993006CSB330013

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/30/05 | 11/30/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-46 CL-46-QD "INV"<br>0.000% 03/25/34 B/E DTD 05/25/04<br>FACTOR 0.95729989500 REM BAL  9,672,998<br>VARIABLE RATE | 10,000,000.000 | 119.7598 | -9,706.59 | -11,597,666.51 |
| 11/30/05 | 11/30/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-KS "INV FLTG"<br>7.370% 05/25/35 B/E DTD 11/01/05<br>FACTOR 1.00000000000 REM BAL  300,000<br>VARIABLE RATE | 300,000,000.000 | 98.0000 | -1,781.08 | -295,781.08 |
| 11/30/05 | 11/30/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-KS "INV FLTG"<br>7.370% 05/25/35 B/E DTD 11/01/05<br>FACTOR 1.00000000000 REM BAL  250,000<br>VARIABLE RATE | 250,000,000.000 | 97.5000 | -1,484.24 | -245,234.24 |
| 11/30/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-KS "INV FLTG"<br>7.370% 05/25/35 B/E DTD 11/01/05<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000000 REM BAL  159000.00 | -159,000.000 | 100.0000 | 943.97 | 159,943.97 |
| 11/30/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-KS "INV FLTG"<br>7.370% 05/25/35 B/E DTD 11/01/05<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000000 REM BAL  78000.00 | -78,000.000 | 100.0000 | 463.08 | 78,463.08 |
| 11/30/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-KS "INV FLTG"<br>7.370% 05/25/35 B/E DTD 11/01/05<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000000 REM BAL  7000.00 | -7,000.000 | 100.0000 | 41.56 | 7,041.56 |
| 11/30/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-KS "INV FLTG"<br>7.370% 05/25/35 B/E DTD 11/01/05<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000000 REM BAL  78000.00 | -78,000.000 | 100.0000 | 463.08 | 78,463.08 |
| 11/30/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-KS "INV FLTG"<br>7.370% 05/25/35 B/E DTD 11/01/05<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000000 REM BAL  31000.00 | -31,000.000 | 100.0000 | 184.05 | 31,184.05 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**  • A BNY Securities Group Co.
Business Unit The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC (Subsidiary of Pershing Investment LLC.

Page 14 of 18

# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

**Statement Period: 11/01/2005 - 11/30/2005**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/30/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-KS "INV FLTG" 7.370% 05/25/35 B/E DTD 11/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 5,000.00 | -5,000.000 | 100.0000 | 29.68 | 5,029.68 |
| 11/30/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-KS "INV FLTG" 7.370% 05/25/35 B/E DTD 11/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 5,000.00 | -5,000.000 | 100.0000 | 29.68 | 5,029.68 |
| 11/30/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-KS "INV FLTG" 7.370% 05/25/35 B/E DTD 11/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 15,000.00 | -15,000.000 | 100.0000 | 89.05 | 15,089.05 |
| 11/30/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-KS "INV FLTG" 7.370% 05/25/35 B/E DTD 11/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 7,000.00 | -7,000.000 | 100.0000 | 41.56 | 7,041.56 |
| 11/30/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-KS "INV FLTG" 7.370% 05/25/35 B/E DTD 11/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 2,000.00 | -2,000.000 | 100.0000 | 11.87 | 2,011.87 |
| 11/30/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-KS "INV FLTG" 7.370% 05/25/35 B/E DTD 11/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 2,000.00 | -2,000.000 | 100.0000 | 11.87 | 2,011.87 |
| 11/30/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-KS "INV FLTG" 7.370% 05/25/35 B/E DTD 11/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 5,000.00 | -5,000.000 | 100.0000 | 29.68 | 5,029.68 |

DATED DATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PXR-02-CUTSHEET

ABIT Securities Group Inc.
Solicited firm the Bank of New York

Core Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC a subsidiary of The Bank of New York Company, Inc.

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/30/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 7.370% 05/25/35 B/E DTD 11/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.000000000 REM BAL 40000.00 | -40,000.000 | 100.0000 | 237.48 | 40,237.48 |
| 11/30/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 7.370% 05/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 26000.00 | -26,000.000 | 100.0000 | 154.36 | 26,154.36 |
| 11/30/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 7.370% 05/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 7000.00 | -7,000.000 | 100.0000 | 41.56 | 7,041.56 |
| 11/30/05 | 11/30/05 | PURCHASED | SOLICITED ORDER VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 5,000,000 VARIABLE RATE | 5,000,000.000 | 95.4375 | -32,222.22 | -4,804,097.22 |
| 11/30/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 2,935,000 VARIABLE RATE | -2,935,000.000 | 97.0000 | 18,914.44 | 2,865,864.44 |
| 11/30/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 943,000 VARIABLE RATE | -943,000.000 | 97.0000 | 6,077.11 | 920,787.11 |
| 11/30/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 454,000 VARIABLE RATE | -454,000.000 | 97.0000 | 2,925.78 | 443,305.78 |
| 11/30/05 | 11/30/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 5,000,000 VARIABLE RATE | 5,000,000.000 | 97.3750 | -32,222.22 | -4,900,972.22 |

DO0000000093D0GCSP33033





**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



GREEN RATED FOR COMMUNICATION



# Brokerage
## Account Statement

Statement Period: 11/01/2005 - 11/30/2005

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** • a BNY Securities Group, Inc.
Subsidiary of The Bank of New York
Pershing and their affiliates, BNY, NYC Trustee(s) of Jersey Investment LLC

One Pershing Plaza, Jersey City, New Jersey 07399
Member, NYSE, SIPC

Page 17 of 18

## Transactions in Date Sequence *(continued)*

| Process/ Trade/ Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/30/05 | 11/30/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 5,000,000 VARIABLE RATE | 5,000,000.000 | 97.3750 | -32,222.22 | -4,900,972.22 |
| 11/30/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 5,000,000 VARIABLE RATE | -5,000,000.000 | 97.8750 | 32,222.22 | 4,925,972.22 |
| 11/30/05 | 11/30/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10,000,000 VARIABLE RATE | 10,000,000.000 | 93.5000 | -64,444.44 | -9,414,444.44 |
| 11/30/05 | 11/30/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791-S CL-2791-S INV FLTR 7.287% 12/15/33 B/E DTD 05/01/04 FACTOR 0.075333232500 REM BAL 20,339 VARIABLE RATE | 270,000.000 | 100.0000 | -119.08 | -20,459.05 |
| 11/30/05 | 11/30/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2835 CL-2835-QP INV FLTR 6.939% 12/12/32 B/E DTD 08/15/04 CLB FACTOR 0.825639250 REM BAL 1,135,582 VARIABLE RATE | 1,332,000.000 | 95.0000 | -3,283.33 | -1,082,086.50 |
| 11/30/05 | 11/30/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2835 CL-2835-QP INV FLTR 6.939% 12/12/32 B/E DTD 08/15/04 CLB FACTOR 0.825639250 REM BAL 1,135,582 VARIABLE RATE | -1,332,000.000 | 95.0000 | 3,283.33 | 1,082,086.50 |
| 11/30/05 | 11/30/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPWR 8.000% 04/15/35 B/E DTD 10/01/05 SOLICITED ORDER VARIABLE RATE FACTOR .9901373 REM BAL 39253.46 | -39,643.000 | 100.0000 | 252.97 | 39,506.43 |

DDG00030006931ROECSRP3G933

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/30/05 | 11/30/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-30S3-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 SOLICITED ORDER VARIABLE RATE FACTOR .59017373 REM BAL 19903.47 | -20,000.000 | 100.0000 | 127.62 | 19,931.10 |
| 11/30/05 | 11/30/05 | PURCHASED | FIRST HORIZON MTG PASS-THRU TR SER 2003 8 CTF CL-1A2B 20.000% 10/25/33 B/E DTD 08/01/03 CL8 FACTOR 0.403515570 REM BAL 40.351 VARIABLE RATE | 100,000.000 | 144.0000 | -550.11 | -58,756.35 |
| 11/30/05 | 11/30/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTF-REMIC TR-2004-34 CL-34-IA 5.500% 12/20/31 B/E DTD 05/01/04 FACTOR 1.000000000 REM BAL 725.500 | 725,000.000 | 13.0000 | -3,212.15 | -97,462.15 |
| 11/30/05 | 11/30/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-66 CL-66-SK INV FLTR 9.000% 04/20/34 B/E DTD 08/20/04 FACTOR 0.18757301 00 REM BAL 65.220 VARIABLE RATE | 111,000.000 | 99.0000 | -149.90 | -64,718.30 |

**Total Value of all Transactions**

The price and quantity displayed may have been rounded.

**-$5,888,116.08**

Account Number: 7Z7-891635
CROCKER SECURITIES LLC

Clearing Through **Pershing**

One Pershing Plaza, Jersey City, New Jersey 07399

D000000000930DCSP33013



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

DELIVER RATED
FOR COMMUNICATION

D0000000100075CBP30048

lll..l..ll.l..l.l.l.l..ll..lll..l..ll.l.ll.l.l.l.ll

CROCKER SECURITIES LLC
- - TAXABLE TRADE #2 - -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

# Brokerage
## Account Statement

Account Number: 7Z7-891035
Statement Period: 12/01/2005 - 12/31/2005

## Valuation at a Glance

|  | This Period |
|---|---|
| Beginning Account Value | -$3,341,446.29 |
| Cash Withdrawals | -203,509.00 |
| Dividends/Interest | 53,064.35 |
| Change in Account Value | 1,194,256.31 |
| Ending Account Value | -$2,297,634.63 |

## Asset Allocation

|  | Value Last Period | Value This Period | Percent Allocation |  |
|---|---|---|---|---|
| Fixed Income |  |  |  |  |
| Cash and Cash Equivalents | 30,590,728.87 | 33,028,172.79 | 100% | Your Account is 100% invested in Fixed Income. |
|  | -33,932,175.16 | -35,325,807.42 | 0% |  |
| Account Total | -$3,341,446.29 | -$2,297,634.63 | 100% |  |

D000000001000075CBP30048

PQR-02-CUTSHEET

Clearing Through **Pershing**
A BNY Securities Group Co.
Securities from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, SIPC, is a subsidiary of Pershing Group LLC

# Customer Service Information

**Your Investment Advisor: DCG**
DOUG GREEN

| Contact Information | Customer Service Information |
|---|---|
| Telephone Number: (561) 361-4803 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| Fax Number: (561) 362-5261 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year |
|---|---|---|---|---|---|
| | **Cash and Cash Equivalents  0.00% of Portfolio** | | | | |
| | Margin Balance | -33,932,175.16 | -35,325,807.42 | | |
| | **Total Cash and Cash Equivalents** | **-$33,932,175.1** | **-$35,325,807.42** | **$0.00** | **$0.00** |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated 30-day Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio**  *(in Maturity Date Sequence)* | | | | | |
| | **Asset Backed Securities** | | | | | |
| 101,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2549 CL-2549-JB INT ONLY<br>5.500% 04/15/26 B/E DTD 01/01/03 CLB<br>*Security Identifier: 31393J7K8  Factor: 1.00000000* | 9.8120 | 9,910.12 | 447.49 | | |
| 134,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-24 CL-24-INI INT ONLY<br>5.500% 01/25/27 B/E DTD 03/01/03<br>*Security Identifier: 31393ADB1  Factor: 0.56856151* | 4.7040 | 3,590.15 | 338.14 | | |
| 91,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-97 CL-97-IC INT ONLY<br>6.000% 09/25/28 B/E DTD 09/01/03<br>*Security Identifier: 31393TWJ1  Factor: 0.94571608* | 9.0880 | 7,816.68 | 415.72 | | |
| 725,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-34 CL-34-IA 5.500% 12/20/31 B/E<br>DTD 05/01/04<br>*Security Identifier: 38374GF56  Factor: 1.00000000* | 9.1430 | 66,286.75 | 3,212.15 | | |

D000000000100015CSF30048

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through** Pershing'

One Pershing Plaza, Jersey City, New Jersey 07399
A SBC Company
Pershing LLC, member FINRA, NYSE, SIPC, General Clearing and Custody Services of



D000000000100015C6F30048

# CROCKER
## SECURITIES LLC
2999 Oak Road • Suite 210 • Walnut Creek, CA 94597
925-941-1440



# Brokerage
## Account Statement

**Statement Period: 12/01/2005 - 12/31/2005**

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| Asset Backed Securities (continued) | | | | | | |
| 137,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB<br>_Security Identifier: 31394KCD9  Factor: 0.67088296_ | 74.8600 | 68,751.22 | 0.00 | | |
| 3,959,715.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842 CL-2842-I INV FLTR 5.174% 09/15/33 B/E DTD 08/07/04<br>_Security Identifier: 31395E2T3  Factor: 0.18529305_ | 99.3760 | 729,123.33 | 3,058.05 | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842 CL-2842-I INV FLTR 5.064% 09/15/33 B/E DTD 08/07/04<br>_Security Identifier: 31395EV8  Factor: 0.18529305_ | 99.5930 | 1,107.23 | 4.54 | | |
| 100,000.00M | FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CTF CL-1A26 20.000% 10/25/33 B/E DTD 08/01/03 CLB<br>_Moody Rating AAA  S & P Rating AAA_<br>_Security Identifier: 32051DH54  Factor: 0.41005420_ | 138.9970 | 55,582.33 | 644.53 | | |
| 500,000.00M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03<br>_Moody Rating AAA  S & P Rating AAA_<br>_Security Identifier: 32051DK50  Factor: 1.00000000_ | 71.2870 | 356,435.00 | 0.00 | | |
| 270,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791-S CL-2791-S INV FLTR 6.056% 12/15/33 B/E DTD 05/01/04<br>_Security Identifier: 31394YKV5  Factor: 0.05101413_ | 99.3380 | 13,682.63 | 67.19 | | |

DALLAS RATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing through **Pershing**
A BNY Securities Group Co.
Services from the Bank of New York

PAR-02-CUTSHEET

Clearing through Pershing, Jersey City, New Jersey 07399
Assets held under BNY, DTC, NSCC holdings processed LLC

Page 3 of 23

## Portfolio Holdings *(continued)*

D0000000010007SCSF30048

**Fixed Income** *(continued)*

**Asset Backed Securities** *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| 55,000.000ᴹ | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2876 CL-2876-AS INVERSE FLTR<br>0.000% 02/15/34 B/E DTD 10/01/04 CLB<br>*Security Identifier:* 31395GY22  Factor: 0.025153343 | 99.6930 | 2,825.64 | 0.00 | | |
| 10,000,000.000ᴹ | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-46 CL-46-QD "INV"<br>0.000% 03/25/34 B/E DTD 05/25/04<br>*Security Identifier:* 31393VU37  Factor: 0.95468831 | 94.7810 | 9,143,412.27 | 0.00 | | |
| 633,000.000ᴹ | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2982 CL-2982-VS INV FLTR<br>6.634% 04/15/34 B/E DTD 05/01/05<br>*Security Identifier:* 31395U894  Factor: 0.62767713 | 99.0790 | 393,622.68 | 2,123.10 | | |
| 111,000.000ᴹ | GNMA GTD REMIC PASS THRU CTFS REMIC<br>SER-2004-66 CL-66-SX INV FLTR<br>7.327% 04/20/34 B/E DTD 08/20/04<br>*Security Identifier:* 3837AHWH9  Factor: 0.54900363 | 95.3620 | 58,113.03 | 359.69 | | |
| 718,000.000ᴹ | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2815 CL-2815-BS 0.000% 05/15/34 B/E<br>DTD 06/01/04 CLB<br>*Security Identifier:* 31395AON2  Factor: 0.17211355 | 99.8760 | 123,437.40 | 0.00 | | |
| 35,217.000ᴹ | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2881 CL-2881-AT INV FLTR<br>10.000% 07/15/34 B/E DTD 11/01/04 CLB<br>*Security Identifier:* 31395U5R8  Factor: 0.52193313 | 101.8370 | 18,718.58 | 148.07 | | |
| 1,836,333.000ᴹ | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2906 CL-2906-LS INV FLTR<br>5.756% 08/15/34 B/E DTD 12/01/04<br>*Security Identifier:* 31395KCQ4  Factor: 0.36278075 | 96.6970 | 645,980.83 | 3,088.96 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**

A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC (Financial) is Pershing Investment LLC



# CROCKER
## SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage**
*Account Statement*

Statement Period: 12/01/2005 - 12/31/2005

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 4,400,000.00 ℳ | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB Security Identifier 31395H2G2 Factor: 1.00000000 | 98.7040 | 4,342,976.00 | 19,494.44 | | |
| 46,000.00 ℳ | FNMA GTD REMIC PASS THRU CTF REMIC TR.2005-30 CL-30-LB FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 Security Identifier 31394CAS8 Factor: 0.42347892 | 99.7140 | 19,424.22 | 0.00 | | |
| 3,714,000.00 ℳ | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2005-114 CL-QS 6.000% 01/25/35 B/E DTD 12/01/05 Security Identifier 31399VJD3 Factor: 1.00000000 | 101.1260 | 3,755,819.64 | 23,934.67 | | |
| 6,000.00 ℳ | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 Security Identifier 31396E3E4 Factor: 0.97736985 | 100.0810 | 5,848.55 | 37.66 | | |
| 6,000.00 ℳ | GNMA GTD REMIC PASS THRU CTF REMIC TR.2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB Security Identifier 38374LGE5 Factor: 1.08977501B | 101.9780 | 5,493.05 | 34.72 | | |
| 3,325,000.00 ℳ | FNMA GTD REMIC PASS THRU CTF REMIC SER.2005-110 CL-HQ INV FLTG 8.000% 12/25/35 B/E DTD 11/01/05 Security Identifier 31394UT99 Factor: 0.97731769 | 99.2560 | 3,225,209.46 | 20,941.75 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Members New York Stock Exchange, Inc.
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SIPC, NYSE, SIA, NASD and a subsidiary of The Bank of New York Company, Inc.

D000000001.000075CSPS9D.048

D000000001.00015CSF30018

# Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| Asset Backed Securities (continued) | | | | | | |
| 10,000,000.00▩ | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL HP *INV FLTG* 8.000% 12/25/35 B/E DTD 11/01/05 Security Identifier: 31394U7T7  Factor: 1.00000000 | 99.7500 | 9,975,000.00 | 64,444.44 | | |
| **Total Asset Backed Securities** | | | $33,028,172.79 | $142,795.31 | $0.00 | |
| **Total Fixed Income** | | | $33,028,172.79 | $142,795.31 | $0.00 | |

| Description | | | Market Value | Accrued Interest | Estimated Annual Income | |
|---|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | | -$2,297,634.63 | $142,795.31 | $0.00 | |

▩ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The Dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of

execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist you in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Account Number: 727-891025
CROCKER SECURITIES LLC

Clearing Through **Pershing**  A BNY Mellon Group Co.
Solutions from the Best of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SIPC, NYSE, FINRA, a subsidiary of Pershing Investments LLC

# CROCKER SECURITIES LLC

2399 Oak Road • Suite 220 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

**Statement Period: 12/01/2005 - 12/31/2005**

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/01/05 | 10/27/05 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 09/25/34 B/E DTD 05/25/04 VARIABLE RATE FACTOR .9672898 REM BAL 9672898.50 CANCELLED TRADE | 10,000,000.000 | 119.7656 | | -11,594,927.11 |
| 12/01/05 | 10/27/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR .9672898 REM BAL 9672898.50 CORRECTED CONFIRM ADJ INT VARIABLE RATE | -10,000,000.000 | 119.7656 | 9,706.59 | 11,594,633.70 |
| 12/01/05 | 11/30/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 7.370% 05/25/35 B/E DTD 11/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 4000.00 | -4,000.000 | 100.0000 | 4,000.00 | 4,000.00 |
| 12/01/05 | 11/30/05 | CONSOLIDATED FIRM BALANCES | TRANSFERRED TO 7ZZ89J043 | | | | -203,509.00 |
| 12/05/05 | 11/29/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-GG 5.500% 10/15/24 B/E DTD 10/01/04 CLB FACTOR CORRECTED CONFIRM | 4,400,000,000.000 | 103.6875 | -19,494.44 | -4,581,744.44 |
| 12/05/05 | 11/29/05 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-GG 5.500% 10/15/24 B/E DTD 10/01/04 CLB FACTOR 1.00000000 CANCELLED TRADE | -4,400,000,000.000 | 103.7187 | 19,494.44 | 4,583,119.44 |
| 12/05/05 | 11/28/05 | CORRECTED PURCHASE | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 6.604% 10/25/35 B/E DTD 09/00/05 VARIABLE RATE FACTOR .9623863 CORRECTED CONFIRM | 757,000.000 | 98.0000 | -3,725.36 | -711,661.66 |
| 12/06/05 | 11/28/05 | CANCELLED SELL | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 0.000% 10/25/35 B/E DTD 09/07/05 FACTOR 0.9633868300 REM BAL 728,526.83 VARIABLE RATE CANCELLED TRADE | 757,000.000 | 95.0000 | -3,875.75 | -655,976.24 |

Clearing Through **Pershing** A BNY Securities Group Co.
PAR-02-CUTSHEET   Subsidiary that is a Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, a member FINRA, NYSE, SIPC, is an affiliate of Pershing Investments LLC

Account Number: 7ZZ-89J035
CROCKER SECURITIES LLC

C0000000010007ZSFSD046




# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/06/05 | 11/28/05 | CORRECTED SELL | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 6.604% 10/25/35 B/E DTD 09/01/05 VARIABLE RATE FACTOR .96239683 REM BAL 728526.83 CORRECTED CONFIRM | -757,000.000 | 93.0000 | 3,725.36 | 695,825.85 |
| 12/06/05 | 11/28/05 | CANCELLED PURCHASE | CWMBS INC MTG PASS THRU CTF CORRECTED CONFIRM SER 2005-24 CL-A-26 "INV FLTG" 0.070% 10/25/35 B/E DTD 09/01/05 FACTOR 0.96239683000 REM BAL 728,526 VARIABLE RATE CANCELLED TRADE | -757,000.000 | 98.0000 | 3,875.75 | 717,832.05 |
| 12/13/05 | 12/12/05 | PURCHASED | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 10,000,000 | 10,000,000,000.000 | 98.5781 | -18,333.33 | -9,876,145.83 |
| 12/13/05 | 12/12/05 | PURCHASED | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 15,000,000 | 15,000,000,000.000 | 98.5781 | -27,500.00 | -14,814,218.75 |
| 12/13/05 | 12/12/05 | PURCHASED | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 5,000,000 | 5,000,000,000.000 | 98.5781 | -9,166.67 | -4,938,072.92 |
| 12/13/05 | 12/12/05 | PURCHASED | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 5,000,000 | 5,000,000,000.000 | 98.5937 | -9,166.67 | -4,938,851.67 |
| 12/13/05 | 12/12/05 | PURCHASED | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 12,000,000 | 12,000,000,000.000 | 98.5937 | -22,000.00 | -11,853,250.00 |
| 12/13/05 | 12/12/05 | SOLD | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 10,000,000 | -10,000,000,000.000 | 98.1484 | 18,333.33 | 9,833,177.08 |
| 12/13/05 | 12/12/05 | SOLD | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 15,000,000 | -15,000,000,000.000 | 98.1484 | 27,500.00 | 14,749,765.63 |
| 12/13/05 | 12/12/05 | SOLD | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 5,000,000 | -5,000,000,000.000 | 98.1484 | 9,166.67 | 4,916,586.55 |
| 12/13/05 | 12/12/05 | SOLD | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 12,000,000 | -12,000,000,000.000 | 98.0468 | 22,000.00 | 11,787,625.00 |
| 12/13/05 | 12/12/05 | SOLD | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 10,000,000 | -10,000,000,000.000 | 98.1484 | 18,333.33 | 9,833,177.08 |
| 12/13/05 | 12/13/05 | PURCHASED | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 10,000,000 | 10,000,000,000.000 | 98.5937 | -18,333.33 | -9,877,708.33 |

DC0000000100051CSF1004B

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Securities Trade Held in Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Guaranteed by all trades processed by LLC

Page 8 of 23

# CROCKER SECURITIES LLC

2359 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-0540

## Brokerage Account Statement

**Statement Period: 12/01/2005 - 12/31/2005**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/13/05 | 12/13/05 | PURCHASED | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 5,000,000 | 5,000,000.000 | 98.5937 | -9,166.67 | -4,938,854.17 |
| 12/13/05 | 12/13/05 | PURCHASED | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 15,000,000 | 15,000,000.000 | 98.5937 | -27,500.00 | -14,816,562.50 |
| 12/13/05 | 12/13/05 | PURCHASED | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 3,500,000 | 3,500,000.000 | 98.5937 | -6,416.67 | -3,457,197.92 |
| 12/13/05 | 12/13/05 | PURCHASED | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 425,000 | 425,000.000 | 98.2812 | -779.17 | -418,474.48 |
| 12/13/05 | 12/13/05 | PURCHASED | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 400,000 | 400,000.000 | 98.568 | -733.33 | -394,920.83 |
| 12/13/05 | 12/13/05 | PURCHASED | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 300,000 | 300,000.000 | 98.568 | -550.00 | -296,190.63 |
| 12/13/05 | 12/13/05 | PURCHASED | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 150,000 | 150,000.000 | 98.4570 | -275.00 | -147,960.55 |
| 12/13/05 | 12/13/05 | PURCHASED | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 225,000 | 225,000.000 | 98.3906 | -412.50 | -221,791.41 |
| 12/13/05 | 12/13/05 | SOLD | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 10,000,000 | -10,000,000.000 | 98.1484 | 18,333.33 | 9,833,177.08 |
| 12/13/05 | 12/13/05 | SOLD | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 5,000,000 | -5,000,000.000 | 98.1484 | 9,166.67 | 4,916,588.55 |
| 12/13/05 | 12/13/05 | SOLD | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 15,000,000 | -15,000,000.000 | 98.1484 | 27,500.00 | 14,749,765.63 |
| 12/13/05 | 12/13/05 | SOLD | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 5,000,000 | -5,000,000.000 | 97.8750 | 9,166.67 | 4,902,916.67 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** — A BNY Securities Group Co.
PAR-02-CUTSHEET — Subsidies Bank Bank of New York
Pershing LLC, member SIPC, NYSE, DPC (domestic) & Pershing Investments LLC

Page 9 of 23

DOD00000001000752SP30048

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/13/05 | 12/13/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 08/15/34 B/E DTD 06/01/04 CLB B FACTOR .0172133500 REM BAL   123,591 VARIABLE RATE | 718,000.000 | 100.3125 | -303.95 | -124,282.07 |
| 12/15/05 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB RD 11/30 PD 12/15/05 | | | | 462.92 |
| 12/15/05 | | BOND INTEREST RECEIVED | 760000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2575 CL-2575-ID 5.500% 08/15/22 REG DTD 02/01/03 CLB RD 11/30 PD 12/15/05 | | | | 1,603.39 |
| 12/15/05 | | BOND INTEREST RECEIVED | 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB RD 11/30 PD 12/15/05 | | | | 387.65 |
| 12/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB RD 11/30 PD 12/15/05 | | | | 153.02 |
| 12/15/05 | | BOND INTEREST RECEIVED | 270000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791-S CL-2791-S INV FLTR 7.267% 12/15/33 B/E DTD 05/01/04 RD 11/30 PD 12/15/05 | | | | 123.18 |
| 12/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791-S CL-2791-S INV FLTR 7.267% 12/15/33 B/E DTD 05/01/04 RD 11/30 PD 12/15/05 | | | | 6,556.16 |
| 12/15/05 | | FINAL PRINCIPAL PAYMENT RECEIVED | 20000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR RD 11/30 PD 12/15/05 | | | | 2.06 |
| 12/15/05 | | BOND INTEREST RECEIVED | 20000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 7.383% 04/15/34 B/E DTD 06/01/04 RD 11/30 PD 12/15/05 | | | | 0.01 |
| 12/15/05 | | FINAL PRINCIPAL PAYMENT RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2806-S CL-2806-S INV FLTR 7.383% 04/15/34 B/E DTD 06/01/04 | -20,000.000 | | | 0.00 |
| 12/15/05 | | BOND INTEREST RECEIVED | 3959715 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 5.174% 09/15/33 B/E DTD 08/01/04 RD 11/30 PD 12/15/05 | | | | 3,702.34 |

D00000000001U00175C83F30048

Account Number: 7L7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**  A BNY Securities Group Co.   One Pershing Plaza, Jersey City, New Jersey 07399
Subsidiaries The Bank of New York   Pershing LLC, member NASD, NYSE, SIPC, brokerdealer of Pershing Government LLC

Page 10 of 23



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage**
**Account Statement**

Statement Period: 12/01/2005 - 12/31/2005

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR DTD 08/07/04 RD 11/30 PD 12/15/05 | | | | 124,874.48 |
| 12/15/05 | | BOND INTEREST RECEIVED | 5.174% 09/15/33 B/E DTD 08/07/04 RD 11/30 PD 12/15/05 600 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 5.369% 09/15/33 B/E | | | | 5.82 |
| 12/15/05 | | PRINCIPAL PAY DOWN RECEIVED | DTD 08/07/04 RD 11/30 PD 12/15/05 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 5.369% 09/15/33 B/E DTD 08/07/04 | | | | 189.22 |
| 12/15/05 | | BOND INTEREST RECEIVED | RD 11/30 PD 12/15/05 55000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E | | | | 19.24 |
| 12/15/05 | | PRINCIPAL PAY DOWN RECEIVED | DTD 10/01/04 CLB RD 11/30 PD 12/15/05 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB | | | | 1,477.79 |
| 12/15/05 | | BOND INTEREST RECEIVED | RD 11/30 PD 12/15/05 440000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB | | | | 20,166.67 |
| 12/15/05 | | BOND INTEREST RECEIVED | RD 11/30 PD 12/15/05 36217 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E | | | | 163.31 |
| 12/15/05 | | PRINCIPAL PAY DOWN RECEIVED | DTD 11/01/04 CLB RD 11/30 PD 12/15/05 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB | | | | 1,216.78 |
| 12/15/05 | | BOND INTEREST RECEIVED | RD 11/30 PD 12/15/05 10.000% 07/15/34 B/E DTD 11/01/04 CLB SER-2881 CL-2881-AT INV FLTR 186633 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 6.435% 09/15/34 B/E DTD 12/07/04 RD 11/30 PD 12/15/05 | | | | 3,946.83 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

# Transactions in Date Sequence *(continued)*

D0000000100075CSP3006B

| Process/ Trade Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/15/05 | 12/15/05 | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 6.435% 08/15/24 B/E DTD 12/01/04 RD 11/30 PD 12/15/05 | | | | 69,723.31 |
| 12/15/05 | | BOND INTEREST RECEIVED | 633000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 7.374% 04/15/34 B/E DTD 05/07/05 RD 11/30 PD 12/15/05 | | | | 2,630.70 |
| 12/15/05 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 7.374% 04/15/34 B/E DTD 05/07/05 RD 11/30 PD 12/15/05 | | | | 30,788.97 |
| 12/16/05 | 12/15/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-LR FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 UNSOLICITED ORDER VARIABLE RATE FACTOR .4234786X REM BAL 1947.93 | 46,000,000 | 100.0000 | -47.47 | -19,527.40 |
| 12/16/05 | 12/15/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 7.370% 05/25/35 B/E DTD 11/01/05 UNSOLICITED ORDER VARIABLE RATE FACTOR .97996888 REM BAL 4699.85 | 100,000,000 | 100.0000 | -19.48 | -5,863.30 |
| 12/16/05 | 12/15/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-VT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 UNSOLICITED ORDER VARIABLE RATE FACTOR .97996885 REM BAL 5841.82 | 100,000,000 | 100.0000 | -14.16 | -4,914.01 |
| 12/19/05 | 12/15/05 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB UNSOLICITED ORDER VARIABLE RATE FACTOR .897/15018 REM BAL 5386.50 | 6,000,000 | 100.0000 | | -5,386.50 |
| 12/19/05 | 11/30/05 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 7.370% 05/25/35 B/E DTD 11/01/05 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 4000.00 CANCELLED TRADE | 4,000,000 | 100.0000 | | -4,000.00 |
| 12/19/05 | 11/20/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 7.370% 05/25/35 B/E DTD 11/01/05 SOLICITED ORDER FCTR.97996987 VARIABLE RATE FACTOR .97996987 REM BAL 3919.88 CORRECTED CONFIRM | 100,000,000 | 100.0000 | | 3,919.88 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Services from The First of New York
Jersey City, New Jersey 07399
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, SIPC, NYSE. Securities cleared through Pershing LLC

Page 12 of 23



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage**
**Account Statement**

Statement Period: 12/01/2005 - 12/31/2005

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/20/05 | 12/19/05 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 30 DEBIT DAYS AV. BAL. 282619939.31 AVG RATE 6.310 11-20-05 TO 12-19-05 | | | | -148,633.13 |
| 12/20/05 | | BOND INTEREST RECEIVED | 725000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-24 CL-34-A 5.500% 12/20/31 B/E DTD 05/01/04 RD 11/30 PD 12/20/05 | | | | 3,322.92 |
| 12/20/05 | | BOND INTEREST RECEIVED | 111000 GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-66 CL-66-SK INV FLTR 9.000% 04/20/34 B/E DTD 08/20/04 RD 11/30 PD 12/20/05 | | | | 449.69 |
| 12/20/05 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-66 CL-66-SK INV FLTR 9.000% 04/20/34 B/E DTD 08/20/04 RD 11/30 PD 12/20/05 | | | | 4,281.20 |
| 12/21/05 | | BOND INTEREST RECEIVED | 134000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 RD 11/30 PD 12/25/05 | | | | 382.67 |
| 12/21/05 | | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 11/30 PD 12/25/05 | | | | 455.00 |
| 12/27/05 | | BOND INTEREST RECEIVED | 1000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD DTD 06/25/04 RD 11/30 PD 12/25/05 "INV" 0.000% 03/25/34 B/E | | | | 58,239.51 |
| 12/27/05 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 06/25/04 "INV" RD 11/30 PD 12/25/05 | | | | 26,115.40 |
| 12/27/05 | | BOND INTEREST RECEIVED | 83000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 7.370% 03/25/35 B/E DTD 11/01/05 RD 11/30 PD 12/25/05 | | | | 505.76 |

D000000001.00C75CSP130468

DALBAR RATED
FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-26-CUTSHEET

A BNY Securities Group Co.
Subsidiaries/firm list: Bank of New York
Pershing LLC, member FINRA, SIPC Newark NJ & the Bay Area member LLC

One Pershing Plaza, Jersey City, New Jersey 07399

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/27/05 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KC "INV FLTG" 7.370% 09/25/35 B/E DTD 11/01/05 RD 11/30 PD 12/25/05 | | | | 1,662.50 |
| 12/27/05 | | BOND INTEREST RECEIVED | 688000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 PD 12/25/05 | | | | 4,453.33 |
| 12/27/05 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 11/30 PD 12/25/05 | | | | 7,575.89 |
| 12/27/05 | | BOND INTEREST RECEIVED | 500000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E | | | | 33,333.34 |
| 12/27/05 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 11/30 PD 12/25/05 | | | | 113,411.55 |
| 12/27/05 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 11/30 PD 12/25/05 | | | | 66,666.67 |
| 12/27/05 | | BOND INTEREST RECEIVED | 100000 FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CTF CL-1A26 20.000% 10/25/33 B/E DTD 08/01/03 CLB RD 11/30 PD 12/25/05 | | | | 672.53 |
| 12/27/05 | | RETURN OF PRINCIPAL RECEIVED | 100000 FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CTF CL-1A26 20.000% 10/25/33 B/E DTD 08/01/03 CLB RD 11/30 PD 12/25/05 | | | | 346.14 |
| 12/28/05 | 12/28/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2575 CL-ZB75-ID 5.500% 08/15/22 REG DTD 02/01/03 CLB FACTOR 0.450731100 REM BAL 342,555 | -760,000.000 | 17.7500 | 1,413.04 | 62,216.67 |
| 12/28/05 | 12/28/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-SX FLTR RATE 0.000% 09/25/34 B/E DTD 05/25/04 FACTOR 0.865892500 REM BAL 1,777,677 VARIABLE RATE | 2,053,000.000 | 86.0000 | -660.47 | -1,529,463.21 |

D0020000100073CSP30048

# CROCKER SECURITIES LLC
3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1850

# Brokerage
# Account Statement

**Statement Period: 12/01/2005 - 12/31/2005**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/28/05 | 12/28/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-SK FLTR RATE 0.000% 05/25/34 B/E DTD 06/25/04 FACTOR 0.865892650 REM BAL 1,777,677 VARIABLE RATE | -2,053,000.000 | 88.5000 | 660.47 | 1,538,351.60 |
| 12/28/05 | 12/28/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-GB INV FLTR 7.225% 05/25/34 B/E DTD 06/25/04 FACTOR 0.695186010 REM BAL 2,630,591 VARIABLE RATE | 3,784,000.000 | 92.0000 | -1,421.62 | -2,471,565.74 |
| 12/29/05 | 11/29/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 5.174% 09/15/33 B/E DTD 08/01/04 FCTR .18629305 VARIABLE RATE CORRECTED CONFIRM | -3,958,715.000 | 103.8750 | 2,529.88 | 764,478.25 |
| 12/29/05 | 11/29/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400,000 | -4,400,000.000 | 103.7500 | 18,822.22 | 4,583,822.22 |
| 12/29/05 | 11/29/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 5.7565% 08/15/34 B/E DTD 12/01/04 FCTR.38278075 VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 103.6250 | 2,982.46 | 653,317.98 |
| 12/29/05 | 11/29/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 6.634% 04/15/34 B/E DTD 05/07/05 FCTR.82761713 VARIABLE RATE CORRECTED CONFIRM | -560,000.000 | 103.3437 | 1,813.58 | 354,467.34 |
| 12/29/05 | 11/29/05 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/07/03 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 70.2500 | | 351,250.00 |



GREAT RATES FOR COMMUNICATION

A BFC Securities Group Co.
Business Unit To Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FDIC, NYSE, SIPC (National Securities Corporation)

DO0000000100075C5P30048

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/29/05 | 11/30/05 | CORRECTED SELL | FNMA GTD PASS THRU CTF REMIC / TR-2004-46 CL-46-QD "INV" / 0.000% 03/25/34 B/E DTD 06/25/04 / FACTOR .96468831 VARIABLE RATE | -10,000,000.000 | 119.8281 | 6,951.12 | 11,566,530.26 |
| 12/29/05 | 11/30/05 | CORRECTED SELL | CORRECTED CONFIRM / FNMA GTD REMIC PASS THRU CTF REMIC / SER-2005-110 CL-HS "INV FLTG" / 8.000% 12/25/35 B/E DTD 11/01/05 / FACTOR .98865884 VARIABLE RATE | -5,000,000.000 | 97.3750 | 30,405.44 | 4,788,720.94 |
| 12/29/05 | 11/30/05 | SOLD | CORRECTED CONFIRM / FNMA GTD REMIC PASS THRU CTF REMIC / SER-2005-110 CL-HQ "INV FLTG" / 8.000% 12/25/35 B/E DTD 11/01/05 / FCTR .97731769 VARIABLE RATE | -668,000.000 | 96.0000 | 4,109.31 | 638,116.45 |
| 12/29/05 | 12/12/05 | CORRECTED PURCHASE | CORRECTED CONFIRM / FNMA GTD REMIC PASS THRU CTF REMIC / SER-2005-110 CL-HP "INV FLTG" / 8.000% 12/25/35 B/E DTD 11/01/05 / FACTOR 1.00000000 REM BAL 10,000,000 / VARIABLE RATE | -10,000,000,000.000 | 94.0000 | 62,222.22 | 9,462,222.22 |
| 12/29/05 | 12/13/05 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC / SER-2005-110 CL-HP "INV FLTG" / 8.000% 12/25/35 B/E DTD 11/0/05 / PRICE/CHG VARIABLE RATE / FACTOR 1.00000000 REM BAL 10,000,000.00 | 10,000,000,000.000 | 94.0155 | -62,222.22 | -9,463,784.72 |
| 12/29/05 | 12/13/05 | CORRECTED PURCHASE | CORRECTED CONFIRM / FNMA GTD REMIC PASS THRU CTF REMIC / TR-2004-46 CL-46-QD "INV" / 0.000% 03/25/34 B/E DTD 05/25/04 / PX CORR VARIABLE RATE / FACTOR .96468831 REM BAL 9646883.10 | 10,000,000.000 | 119.8593 | -6,951.12 | -11,569,644.91 |
| 12/29/05 | 12/27/05 | PURCHASED | CORRECTED CONFIRM / FNMA GTD REMIC PASS THRU CTF REMIC / SER-2005-110 CL-HS "INV FLTG" / 8.000% 12/25/35 B/E DTD 11/01/05 / FACTOR 0.98865884 REM BAL 660,424 / VARIABLE RATE | 668,000.000 | 95.0312 | -4,109.31 | -638,322.83 |
| 12/29/05 | 12/27/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC / SER-2005-110 CL-HS "INV FLTG" / 8.000% 12/25/35 B/E DTD 11/01/05 / FACTOR 0.98865884 REM BAL 98,865 / VARIABLE RATE | -100,000,000.000 | 97.0000 | 615.17 | 96,515.08 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A DBJ Securities Group Co.
Salomon from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, NASD, SIPC, Member of and subsidiary of leading investment LLC

000000000100075SF30648

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 240 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

DALBAR RATED FOR COMMUNICATION

## Transactions in Date Sequence *(continued)*

Statement Period: 12/01/2005 - 12/31/2005

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/28/05 | 12/28/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.97731T6900 REM BAL VARIABLE RATE FACTOR .97731769 REM BAL 48958089 | 5,000,000.000 | 97.4062 | -30,405.44 | -4,790,248.00 |
| 12/29/05 | 12/28/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 VARIABLE RATE FACTOR .97731769 REM BAL 4,886,598 | -500,000.000 | 98.5000 | 3,040.54 | 484,369.50 |
| 12/29/05 | 12/28/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.97731T6900 REM BAL 146,597 VARIABLE RATE | -150,000.000 | 98.5000 | 912.16 | 145,310.85 |
| 12/29/05 | 12/28/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.97731T6900 REM BAL 198,395 VARIABLE RATE | -203,000.000 | 98.5000 | 1,234.46 | 196,664.02 |
| 12/29/05 | 12/28/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.97731T6900 REM BAL 195,463 VARIABLE RATE | -200,000.000 | 98.5000 | 1,216.22 | 193,747.80 |
| 12/29/05 | 12/28/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.97731T6900 REM BAL 208,168 VARIABLE RATE | -213,000.000 | 98.1250 | 1,295.27 | 205,560.78 |
| 12/29/05 | 12/28/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.97731T6900 REM BAL 84,049 VARIABLE RATE | -86,000.000 | 98.5000 | 522.97 | 83,311.55 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Subscriber from The Bank of New York
Pershing LLC, member NYSE, NYSE, SPC, Clearwell/Co of Pershing Investments LLC

One Pershing Plaza, Jersey City, New Jersey 07399

D0000000C-00015CSF30048

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/29/05 | 12/28/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR .97731769 REM BAL 5663.91 | -6,000.000 | 100.0000 | 36.49 | 5,930.40 |
| 12/29/05 | 12/28/05 | SOLD | SOLICITED ORDER VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR .97731769 REM BAL 15637.08 | -16,000.000 | 100.0000 | 97.30 | 15,734.38 |
| 12/29/05 | 12/28/05 | SOLD | SOLICITED ORDER VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR .97731769 REM BAL 20523.67 | -21,000.000 | 100.0000 | 127.70 | 20,651.37 |
| 12/29/05 | 12/28/05 | SOLD | SOLICITED ORDER VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR .97731769 REM BAL 60593.70 | -62,000.000 | 100.0000 | 377.03 | 60,970.73 |
| 12/29/05 | 12/28/05 | SOLD | SOLICITED ORDER VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR .97731769 REM BAL 1954.64 | -2,000.000 | 100.0000 | 12.16 | 1,966.80 |
| 12/29/05 | 12/28/05 | SOLD | SOLICITED ORDER VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR .97731769 REM BAL 39092.71 | -40,000.000 | 100.0000 | 243.24 | 39,335.95 |
| 12/29/05 | 12/28/05 | SOLD | SOLICITED ORDER VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR .97731769 REM BAL 10750.49 | -11,000.000 | 100.0000 | 66.89 | 10,817.39 |
| 12/29/05 | 12/28/05 | SOLD | SOLICITED ORDER VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR .97731769 REM BAL 6841.22 | -7,000.000 | 100.0000 | 42.57 | 6,883.79 |

000000000100075CSF30048

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through: **Pershing**
A BNY Securities Group Co.
Serving from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing, LLC member NASD, NYSE, SIPC (Subsidiaries of Pershing Investments LLC)



# CROCKER SECURITIES LLC

3999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

**Statement Period: 12/01/2005 - 12/31/2005**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/29/05 | 12/28/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/07/05 FACTOR .9731769 REM BAL 3909.27 | -4,000.000 | 100.0000 | 24.32 | 3,933.59 |
| 12/29/05 | 12/28/05 | SOLD | SOLICITED ORDER VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/07/05 FACTOR .9731769 REM BAL 1951.64 | -2,000.000 | 100.0000 | 12.16 | 1,966.80 |
| 12/29/05 | 12/28/05 | SOLD | SOLICITED ORDER VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/07/05 FACTOR .9731769 REM BAL 1951.64 | -2,000.000 | 100.0000 | 12.16 | 1,966.80 |
| 12/29/05 | 12/28/05 | SOLD | SOLICITED ORDER VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/07/05 FACTOR .9731769 REM BAL 14659.65 | -150,000.000 | 100.0000 | 912.16 | 147,509.81 |
| 12/29/05 | 12/28/05 | PURCHASED | SOLICITED ORDER VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-I CL-2842J INV FLTR 5.174% 09/15/33 B/E DTD 08/01/04 FACTOR 0.18523930500 REM BAL 733,522 | 3,958,715.000 | 103.9062 | -2,529.88 | -764,705.47 |
| 12/29/05 | 12/28/05 | PURCHASED | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.00000000 REM BAL 4,400,000 | 4,400,000.000 | 103.7812 | -18,822.22 | -4,585,197.22 |
| 12/29/05 | 12/28/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 5.769% 08/15/34 B/E DTD 12/01/04 FACTOR 0.36780730300 REM BAL 666,186 VARIABLE RATE | 1,836,333.000 | 103.6562 | -2,982.46 | -663,526.16 |

Clearing Through **Pershing**® A BNY Securities Group Co.
PAR-QC-CUTSHEET    Solutions From The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC (Member) BNY Securities Group Company LLC

DALBAR RATED
FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

DD0000000300075CSF2D068

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/29/05 | 12/28/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS "INV FLTR" 6.639% 04/15/34 B/E DTD 06/01/05 FACTOR 0.82761711300 REM BAL    351,465 VARIABLE RATE | 560,000.000 | 100.3750 | -1,813.58 | -354,597.17 |
| 12/29/05 | 12/28/05 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 12/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL    500,000 | 500,000.000 | 70.2812 | | -351,406.25 |
| 12/30/05 | 12/12/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL    10,000,000 VARIABLE RATE | -10,000,000.000 | 96.5000 | 64,444.44 | 9,714,444.44 |
| 12/30/05 | 12/13/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR .96468831 REM BAL    96468831.10 CORRECTED CONFIRM | -10,000,000,000.000 | 120.8593 | 6,688.89 | 11,667,851.51 |
| 12/30/05 | 12/21/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL    10,000,000 | 10,000,000,000.000 | 96.5312 | -64,444.44 | -9,717,568.44 |
| 12/30/05 | 12/21/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL    10,000,000 VARIABLE RATE | -10,000,000.000 | 98.5000 | 64,444.44 | 9,914,444.44 |
| 12/30/05 | 12/22/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.98665898400 REM BAL    166,094 VARIABLE RATE | -168,000.000 | 97.0000 | 1,070.39 | 162,182.23 |
| 12/30/05 | 12/27/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.98665898400 REM BAL    395,463 VARIABLE RATE | -400,000.000 | 97.0000 | 2,548.54 | 386,148.17 |

D0000000000100715CSF3J0048

Account Number: 7ZI-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Securities from the Back of the Street One Pershing Plaza, Jersey City, New Jersey 07399 Pershing LLC, member NASD, NYSE, SIPC Business located in the United States of America



# CROCKER SECURITIES LLC

3 990 Oak Road • Suite 200 • Walnut Creek, CA 94597
925-941-1540



DALBAR RATED
FOR COMMUNICATION

## Brokerage Account Statement

Statement Period: 12/01/2005 - 12/31/2005

Account Number: 727-891035
CROCKER SECURITIES LLC

## Transactions in Date Sequence (continued)

| Process/ Trade/ Settlement Date | Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/30/05 | 12/28/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QB INV FLTR 7.2253% 05/25/34 B/E DTD 05/26/04 VARIABLE RATE | -3,784,000.000 | 92.5000 | 2,369.36 | 2,435,556.43 |
| 12/30/05 | 12/28/05 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 05/25/34 B/E DTD 05/26/04 FACTOR 0.96468883100 REM BAL 9,646,883 VARIABLE RATE | 10,000,000.000 | 120.9906 | -8,688.89 | -11,670,866.16 |
| 12/30/05 | 12/28/05 | SOLD | FNMA GTD REMIC PASS T-RU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 7.370% 05/25/35 B/E DTD 11/01/05 SOLICITED ORDER VARIABLE RATE | -84,000.000 | 100.0000 | 459.99 | 82,777.46 |
| 12/30/05 | 12/28/05 | PURCHASED | FNMA GTD REMIC PASS T-RU CTF REMIC FACTOR .97996997 REM BAL 82317.47 SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000000 REM BAL 10,000,000 VARIABLE RATE | 10,000,000,000.000 | 98.5155 | -64,444.44 | -9,916,008.94 |
| 12/30/05 | 12/30/05 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CS 8.000% 01/25/35 REG DTD 12/01/05 FACTOR 1.00000000000 REM BAL 8,000,000 | 8,000,000,000.000 | 96.0000 | -51,555.56 | -7,731,555.56 |
| 12/30/05 | 12/30/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CS 8.000% 01/25/35 REG DTD 12/07/05 FACTOR 1.00000000000 REM BAL 1,955,000 | -1,955,000.000 | 98.0000 | 12,558.89 | 1,928,498.89 |
| 12/30/05 | 12/30/05 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CS 8.000% 01/25/35 REG DTD 12/07/05 FACTOR 1.00000000000 REM BAL 1,831,000 | -1,831,000.000 | 98.0000 | 11,799.78 | 1,806,179.78 |

Clearing Through Pershing
A BNY Securities Group Co.
Subsidiary from The Bank of New York
PAR-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. (Referred to in the text of document as "Pershing Investment LLC

Page 21 of 23



## Transactions in Date Sequence *(continued)*

| Process /<br>Settlement<br>Date | Trade /<br>Transaction<br>Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/30/05 | 12/30/05 | SOLD | FH LMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2005-114 CL-QS 8.000% 01/25/35 REG<br>DTD 12/01/05 FACTOR 1.00000000000<br>REM BAL  500,000 | -500,000,000 | 98.0000 | 3,222.22 | 493,222.22 |

Total Value of all Transactions

**-$1,393,632.26**

The price and quantity displayed may have been rounded.

## Messages

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE  TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING  INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS.  FOR AN ANALYSIS OF  THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS,  PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE  DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

Account Number: 7Z7-891035<br>CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Member FINRA, NYSE, SIPC (Trademark of Pershing Investments LLC)

One Pershing Plaza, Jersey City, New Jersey 07399

Page 22 of 23

D00000000100075E5973D048

D000000000100071CSF30048

If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.

Pershing carries your account as clearing broker pursuant to a clearing agreement with your financial institution. Pershing's obligation with respect to any such account is solely to your financial institution and not to you. Pershing will not be liable for any acts or omissions of your financial institution. Pershing provides no investment advice in connection with your account and does not recommend any securities to you and does not supervise them. Pershing provides no information for and does not monitor your account. If any of the above Terms and Conditions are unacceptable to you, you agree that you will not hold Pershing or any person controlling or under common control with it liable for any investment losses incurred by you.



**DALBAR RATED FOR COMMUNICATIONS**

Clearing Through **Pershing**
A BNY Securities Group Co.
Subsidiary of The Bank of New York

Account Number: 727-891035
CROCKER SECURITIES LLC

One Pershing Plaza, Jersey City, New Jersey 07399
member FDIC, member SIPC, NYSE, NASD and other principal exchanges

Page 23 of 23

# TERMS AND CONDITIONS

## GENERAL INFORMATION

1. All orders and transactions shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and its clearing facility, if any, where the transactions are executed and/or settled, or if applicable of the National Association of Securities Dealers, Inc., and to all applicable laws and regulations.

2. Any free credit balance carried for your account represents funds payable upon demand which, although properly accounted for on Pershing's books of record, are not segregated and may be used in the conduct of its business.

3. Interest charged on debit balances in your account appears on this statement. The rate of interest and period covered are indicated.

## THE ROLE OF PERSHING

This account is for the market value of the securities in your account on a settlement basis as of the close of the statement period.

## PORTFOLIO HOLDINGS

## ERRORS AND OMISSIONS EXCEPTED

## PAYMENT FOR ORDER FLOW PRACTICES

## Best Execution

## ARBITRATION DISCLOSURES

## ARBITRATION

## ARBITRATION AGREEMENT

**ANY CONTROVERSY BETWEEN YOU AND US SHALL BE SUBMITTED TO ARBITRATION BEFORE THE NEW YORK STOCK EXCHANGE, INC.**



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1400

D0000000098062C9P30035
lll..l..l.l.lll..lll.l.l.l....ll.l..l.ll..l.l.l.l.l.l.ll

CROCKER SECURITIES LLC
-- TAXABLE TRADE #2 --
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597 - 7782

**Your Investment Advisor:**
DOUG GREEN
(561) 361-4803

# Brokerage
# Account Statement

Account Number: 7Z7-891035
Statement Period: 01/01/2006 - 01/31/2006

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$2,297,634.63 |
| Cash Withdrawals | -254,259.00 |
| Dividends/Interest | 4,574.77 |
| Change in Account Value | -1,513,965.04 |
| Ending Account Value | -$4,061,283.90 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | 33,023,172.79 | 30,835,214.03 | 100% | Your Account is 100% invested in Fixed Income. |
| Cash and cash Equivalents | -35,325,807.42 | -34,896,497.93 | 0% | |
| **Account Total** | **-$2,297,634.63** | **-$4,061,283.90** | **100%** | |

NOTE: Unpriced securities in your account may cause the total brokerage account assets to be understated.



DISABLED AIDED
FOR COMMUNICATION

D0000000098062C9P30015
PAR-02-CUTSHEET

Clearing Through **Pershing**
A BNY Securities Group Co.
Subsidiary from the Bank of New York
Pershing LLC, member FINRA, NYSE, SIPC (financial industry regulatory members LLC

One Pershing Plaza, Jersey City, New Jersey 07399

Page 1 of 19

## Customer Service Information

| | Contact Information | Customer Service Information |
|---|---|---|
| Your Investment Advisor: RDG | Telephone Number: (561) 361-4603 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| DOUG GREEN | Fax Number: (561) 362-5261 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| **Cash and Cash Equivalents** 0.00% of Portfolio | | | | | | |
| | Margin Balance | -35,325,807.42 | -34,896,497.93 | | | |
| **Total Cash and Cash Equivalents** | | -$35,325,807.4 | -$34,896,497.93 | $0.00 | $0.00 | |

| Quantity | Description *(In Maturity Date Sequence)* | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income  100.00% of Portfolio** | | | | | | |
| **Asset Backed Securities** | | | | | | |
| 101,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER:2549 CL-2549-JB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB *Security Identifier:* 31393TYK8  *Factor:* 1.00000000 | 9.4170 | 9,511.17 | 462.92 | | |
| 134,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR:2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 *Security Identifier:* 31393AD61  *Factor:* 0.52495775 | N/A | 0.00 | 0.00 | | |
| 91,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR:2003-97 CL-97-IC INT ONLY 6.000% 08/25/28 B/E DTD 09/01/03 *Security Identifier:* 31393TNI1  *Factor:* 0.89339717 | 8.9260 | 7,256.76 | 408.50 | | |
| 725,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC TR:2004-34 CL-34-IA 5.500% 12/20/31 B/E DTD 05/01/04 *Security Identifier:* 38374GF56  *Factor:* 1.00000000 | 8.7000 | 63,075.00 | 3,322.92 | | |

D000000009864208F30035



**CROCKER SECURITIES LLC**
3990 42nd Road • Suite 233 • Walnut Creek, CA 94597
925-941-1547

# Brokerage
## Account Statement

**Portfolio Holdings** *(continued)*

Statement Period: 01/01/2006 - 01/31/2006

DEALER RATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing A BNY Securities Group Co.
PA4-02-CUTSHEET Subsidiary from 3rd & Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC (Subsidiary of Pershing Investments LLC)

0000000000198632CSF30035

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 137,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB<br>*Security Identifier* 31394KZ29 *Factor:* 0.67036296 | 74.2680 | 68,207.53 | 0.00 | | |
| 3,959,715.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-I CL-2842-I INV FLTR 4.106% 09/15/33 B/E DTD 08/01/04<br>*Security Identifier* 31395E2T3 *Factor:* 0.15786382 | 99.2010 | 620,097.29 | 2,138.85 | | |
| 6,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-I CL-2842-I INV FLTR 4.930% 09/15/33 B/E DTD 08/01/04<br>*Security Identifier* 31395E2V8 *Factor:* 0.15786382 | 98.6220 | 833.18 | 3.89 | | |
| 500,000.00M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/26/33 B/E DTD 08/01/03<br>Moody Rating AAA S & P Rating AAA<br>*Security Identifier* 32051DK60 *Factor:* 1.00000000 | 53.8360 | 269,180.00 | 0.00 | | |
| 270,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791-S CL-2791-S INV FLTR 5.503% 12/15/33 B/E DTD 05/01/04<br>*Security Identifier* 31394KKV6 *Factor:* 0.03569243 | 99.4690 | 9,585.78 | 44.33 | | |
| 55,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB<br>*Security Identifier* 31395GY22 *Factor:* 0.01717896 | 99.7820 | 974.61 | 0.00 | | |

# Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** (continued) | | | | | |
| | **Asset Backed Securities** (continued) | | | | | |
| 10,000,000,000.00ᴹ | FNNA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/24 B/E DTD 05/25/04 *Security Identifier* 31393VU37 Factor: 0.96200255 | 88.5780 | 8,521,226.19 | 0.00 | | |
| 73,000.00ᴹ | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882 CL-2882-YS INV FLTR 6.306% 04/15/34 B/E DTD 05/01/05 *Security Identifier* 31395UI94 Factor: 0.58815178 | 99.0380 | 42,522.04 | 225.63 | | |
| 111,000.00ᴹ | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-66 CL-66-SX INV FLTR 6.787% 04/20/34 B/E DTD 08/20/04 *Security Identifier* 38374HWH9 Factor: 0.51768745 | 93.2300 | 53,573.04 | 325.00 | | |
| 35,217.00ᴹ | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB *Security Identifier* 31395JSK8 Factor: 0.48997333 | 101.0510 | 17,436.74 | 143.80 | | |
| 1,836,333.00ᴹ | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 5.455% 08/15/34 B/E DTD 12/01/04 *Security Identifier* 31395KCQ4 Factor: 0.32205901 | 98.9750 | 585,340.21 | 2,688.41 | | |
| 4,400,000.00ᴹ | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GC 5.500% 10/15/34 B/E DTD 10/01/04 CLB *Security Identifier* 31395H2U2 Factor: 1.00000000 | 92.1160 | 4,053,104.00 | 20,166.67 | | |
| 46,000,000.00ᴹ | FNNA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L6 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 *Security Identifier* 31394C4S8 Factor: 0.39201979 | 99.0020 | 17,852.94 | 0.00 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Solutions from The Bank of New York
Pershing LLC, member NASD, SIPC, NYSE, a subsidiary of The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399

Page 4 of 19

20000000000986CESF30035



# CROCKER SECURITIES LLC

2350 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1343



DXE COMMUNICATIONS

## Brokerage
## Account Statement

Statement Period: 01/01/2006 - 01/31/2006

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

# Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 3,236,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-OS 8.000% 01/25/35 B/E DTD 12/01/05 Security Identifier 31394UJD3  Factor: 0.97202448 | 98.4880 | 3,129,365.40 | 20,993.80 | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3C33-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 Security Identifier 31396E3E4  Factor: 0.96042373 | 101.7000 | 5,860.51 | 38.42 | | |
| 6,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-46-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB Security Identifier 38374LGE5  Factor: 0.88828009 | 101.4350 | 5,406.16 | 35.53 | | |
| 50,000.000M | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A27 INV FLOATER 0.000% 10/25/35 B/E DTD 09/01/05 Moody Rating AAA S & P Rating AAA Security Identifier 126694KT4  Factor: 0.94753167 | 93.7470 | 44,414.13 | 0.00 | | |
| 3,325,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 Security Identifier 31394UT69  Factor: 0.93138541 | 99.7500 | 3,089,114.35 | 20,645.71 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 Security Identifier 31394UT77  Factor: 1.00000000 | 98.1810 | 9,818,100.00 | 66,666.67 | | |

DO000000001810XCSF30015



## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** *(continued)* | | | | | |
| | **Asset Backed Securities** *(continued)* | | | | | |
| 400,000.000▪ | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 *Security Identifier:* 31398VG20   *Factor:* 1.00000000 | 100.7690 | 403,076.00 | 2,666.67 | | |
| | **Total Asset Backed Securities** | | $30,835,214.03 | $140,951.72 | $0.00 | |
| | **Total Fixed Income** | | $30,835,214.03 | $140,951.72 | $0.00 | |

| Description | | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|
| **Total Portfolio Holdings** | | -$4,061,283.90 | $140,951.72 | $0.00 |

▪ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of

execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist you in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions in Date Sequence

| Process/ Trade/ Date | Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/06 | | CONSOLIDATED FIRM BALANCES | TRANSFERRED TO 727/8910431 | | | | -254,259.00 |

D000000000984GCSF3Q035

Account Number: 727-891035
CROCKER SECURITIES LLC

# CROCKER SECURITIES LLC

1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

**Statement Period: 01/01/2006 - 01/31/2006**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/11/06 | 01/10/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF-REMIC TR-2003-92 CL-KS SO 10.000% (09/25/33 B/E DTD 08/29/03 FACTOR 0.357484S400 REM BAL . 268,113 | 750,000,000 | 97.1562 | -1,191.62 | -261,680.55 |
| 01/12/06 | 01/12/06 | PURCHASED | FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 REG DTD 01/01/06 FACTOR 1.000000000 REM BAL . 12,000,000 | 12,000,000,000 | 99.3164 | -20,166.67 | -11,938,135.43 |
| 01/12/06 | 01/12/06 | PURCHASED | FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 REG DTD 01/01/06 FACTOR 1.000000000 REM BAL . 10,000,000 | 10,000,000,000 | 99.3164 | -16,805.56 | -9,948,446.19 |
| 01/12/06 | 01/12/06 | PURCHASED | FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 REG DTD 01/01/06 FACTOR 1.000000000 REM BAL . 10,000,000 | 10,000,000,000 | 99.3164 | -16,805.56 | -9,948,446.19 |
| 01/12/06 | 01/12/06 | PURCHASED | FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 REG DTD 01/01/06 FACTOR 1.000000000 REM BAL . 10,000,000 | 10,000,000,000 | 99.3164 | -16,805.56 | -9,948,446.19 |
| 01/12/06 | 01/12/06 | SOLD | FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 REG DTD 01/01/06 FACTOR 1.000000000 REM BAL . 12,000,000 | -12,000,000,000 | 98.2656 | 20,166.67 | 11,812,041.67 |
| 01/12/06 | 01/12/06 | SOLD | FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 REG DTD 01/01/06 FACTOR 1.000000000 REM BAL . 10,000,000 | -10,000,000,000 | 98.4687 | 16,805.56 | 9,863,680.56 |
| 01/12/06 | 01/12/06 | SOLD | FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 REG DTD 01/01/06 FACTOR 1.000000000 REM BAL . 10,000,000 | -10,000,000,000 | 98.4687 | 16,805.56 | 9,863,680.56 |
| 01/12/06 | 01/12/06 | SOLD | FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 REG DTD 01/01/06 FACTOR 1.000000000 REM BAL . 10,000,000 | -10,000,000,000 | 98.4687 | 16,805.56 | 9,863,680.56 |
| 01/17/06 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-25494B INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB RD 12/30 PD 01/15/06 | | | | 462.92 |
| 01/17/06 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000%,07/15/33 REG DTD 10/15/03 CLB RD 12/30 PD 01/15/06 | | | | 348.07 |

Clearing Through **Pershing** A BNY Securities Group Co.
Member FINRA, NYSE, email BNYX, SIPC, Financial Institutions Investment Co.
One Pershing Plaza, Jersey City, New Jersey 07399

Account Number: 7ZJ-891035
CROCKER SECURITIES LLC

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/17/06 | | BOND INTEREST RECEIVED | 270000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791-S CL-2791-S INV FLTR 6.0165% 12/15/33 B/E DTD 06/01/04 RD 12/30 PD 01/15/06 | | | | 69.51 |
| 01/17/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791-S CL-2791-S INV FLTR 6.0165% 12/15/33 B/E DTD 06/01/04 RD 12/30 PD 05/01/04 | | | | 4,136.86 |
| 01/17/06 | | BOND INTEREST RECEIVED | 718000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 06/15/34 B/E DTD 06/01/04 CLB RD 12/30 PD 01/15/06 | | | | 759.89 |
| 01/17/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815-BS 0.000% 06/15/34 B/E DTD 06/01/04 CLB RD 12/30 PD 01/15/06 | | | | 25,440.22 |
| 01/17/06 | | BOND INTEREST RECEIVED | 3699715 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 5.174% 09/15/33 B/E DTD 08/01/04 RD 12/30 PD 01/15/06 | | | | 2,711.26 |
| 01/17/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 5.174% 09/15/33 B/E DTD 08/01/04 RD 12/30 PD 01/15/06 | | | | 108,615.89 |
| 01/17/06 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 5.066% 09/15/33 B/E DTD 08/01/04 RD 12/30 PD 01/15/06 | | | | 4.69 |
| 01/17/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 5.066% 09/15/33 B/E DTD 08/01/04 | | | | 164.58 |
| 01/17/06 | | BOND INTEREST RECEIVED | 5500 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB RD 12/30 PD 01/15/06 | | | | 10.84 |
| 01/17/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB | | | | 1,857.50 |
| 01/17/06 | | BOND INTEREST RECEIVED | 4400000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-G 5.500% 10/15/34 B/E DTD 10/01/04 CLB RD 12/30 PD 01/15/06 | | | | 20,166.67 |

000000000030462C5F3035

# CROCKER SECURITIES LLC
3399 Oak Road • Suite 333 • Walnut Creek, CA 94597
925-941-1540



DALBAR RATED FOR COMMUNICATION

## Brokerage Account Statement

Statement Period: 01/01/2006 - 01/31/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/17/06 | | BOND INTEREST RECEIVED | 3527.T FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/24 B/E DTD 11/01/04 CLB RD 12/30 PD 01/15/06 | | | | 153.17 |
| 01/17/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/24 B/E DTD 11/01/04 CLB RD 12/30 PD 01/15/06 | | | | 1,125.53 |
| 01/17/06 | | BOND INTEREST RECEIVED | 1856333 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 5.756% 08/15/24 B/E DTD 12/01/04 RD 12/30 PD 01/15/06 | | | | 3,195.49 |
| 01/17/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 5.756% 08/15/34 B/E DTD 12/01/04 RD 12/30 PD 01/15/06 | | | | 74,784.19 |
| 01/17/06 | | BOND INTEREST RECEIVED | 633000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 6.639% 04/15/34 B/E DTD 05/01/05 RD 12/30 PD 01/15/06 | | | | 2,195.42 |
| 01/17/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 6.639% 04/15/34 B/E DTD 05/01/05 RD 12/30 PD 01/15/06 | | | | 24,981.57 |
| 01/17/06 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT DTD 10/01/05 RD 12/30 PD 01/15/06 | | | | 38.96 |
| 01/17/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 12/30 PD 01/15/06 | | | | 81.28 |
| 01/17/06 | | BOND INTEREST RECEIVED | 6000 GINMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 12/30 PD 01/16/06 | | | | 35.91 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Member New York Stock Exchange
Pershing LLC, member FINRA, NYSE, SIPC

One Pershing Plaza, Jersey City, New Jersey 07399

Page 9 of 19

# Transactions in Date Sequence *(continued)*

DO0000000098GZCSF30015

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/17/06 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 12/30 PD 01/16/06 | | | | 56.82 |
| 01/20/06 | 01/19/06 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 31 DEBIT DAYS AV BAL 35423613.39 AVG RATE 6.500 12-20-05 TO 01-19-06 | | | | -198,273.82 |
| 01/20/06 | | BOND INTEREST RECEIVED | 725000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-34 CL-34-IA 5.500% 12/20/31 B/E DTD 05/01/04 RD 12/31 PD 01/20/06 | | | | 3,322.92 |
| 01/20/06 | | BOND INTEREST RECEIVED | 1T1000 GNMA GTD REMIC PASS THRU CTFS REMIC SSR-2004-66 CL-66-SK INV FLTR 7.327% 04/20/34 B/E DTD 08/20/04 RD 12/31 PD 01/20/06 | | | | 372.09 |
| 01/20/06 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTFS REMIC SSR-2004-66 CL-66-SK INV FLTR 7.327% 04/20/34 B/E DTD 08/20/04 RD 12/31 PD 01/20/06 | | | | 3,476.10 |
| 01/25/06 | | BOND INTEREST RECEIVED | 134000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 RD 12/30 PD 01/25/06 | | | | 349.81 |
| 01/25/06 | | BOND INTEREST RECEIVED | 750000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-92 CL-92-SQ 10.000% 09/25/33 B/E DTD 08/25/03 RD 12/31 PD 01/25/06 | | | | 2,234.30 |
| 01/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-92 CL-92-SQ 10.000% 09/25/33 B/E DTD 08/25/03 RD 12/31 PD 01/25/06 | | | | 3,001.41 |
| 01/25/06 | | BOND INTEREST RECEIVED | 91800 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/07/03 RD 12/30 PD 01/25/06 | | | | 430.06 |
| 01/25/06 | | BOND INTEREST RECEIVED | 1000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 12/30 PD 01/25/06 | | | | 52,133.36 |
| 01/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 12/30 PD 01/25/06 | | | | 26,857.60 |



# CROCKER SECURITIES LLC

2399 Oak Road • Suite 239 • Walnut Creek, CA 94597
925-941-1540

**Brokerage**
*Account Statement*

Statement Period: 01/01/2006 - 01/31/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/25/06 | | BOND INTEREST RECEIVED | 46000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/23/34 B/E DTD 03/01/05 RD 12/31 PD 01/25/06 | | | | 94.95 |
| 01/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 12/31 PD 01/25/06 | | | | 1,447.02 |
| 01/25/06 | | BOND INTEREST RECEIVED | 3325000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 12/31 PD 01/25/06 | | | | 21,663.87 |
| 01/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 12/31 PD 01/25/06 | | | | 152,724.83 |
| 01/25/06 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 12/31 PD 01/25/06 | | | | 66,666.67 |
| 01/25/06 | | BOND INTEREST RECEIVED | 3714000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CS 8.000% 01/25/35 B/E DTD 11/01/05 RD 12/31 PD 01/25/06 | | | | 24,760.00 |
| 01/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CS 8.000% 01/25/35 B/E DTD 12/01/05 RD 12/31 PD 01/25/06 | | | | 103,901.08 |
| 01/25/06 | | BOND INTEREST RECEIVED | 100000 FIRST HORIZON MTG PASS THRU TR SER 2003 B CTF CL-1A26 20.000% 10/25/33 B/E DTD 08/01/03 CL8 RD 12/30 PD 01/25/06 | | | | 666.76 |
| 01/28/06 | 12/28/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 5.453% 08/15/34 B/E DTD 12/01/04 FCTR.1578S282 VARIABLE RATE FACTOR .32205607 REM BAL 59140208 CORRECTED CONFIRM | 1,836,333.000 | 103.6562 | -2,067.37 | -630,907.12 |

Account Number: 727-691035
CROCKER SECURITIES LLC



Clearing Through **Pershing**
A BNY Securities Group Co.
Subsidiary from the Bank of New York
PAR-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing, a BNY Securities Group Co. member NASD, NYSE, SIPC (member of all major investment exchanges) LLC

Page 11 of 19

D000000003E62CSF3035

D0000000098062CSF00035

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/26/06 | 12/28/05 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 5.750% 08/15/34 B/E DTD 12/01/04 FACTOR 0.38270070500 REM BAL 655,186 | -1,836,333.000 | 103.6562 | 2,982.46 | 663,525.16 |
| 01/26/06 | 01/26/06 | PURCHASED | VARIABLE RATE CANCELLED TRADE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2892 CL-2892-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB FACTOR 0.0703529900 REM BAL 2,015.111 VARIABLE RATE | 3,006,000.000 | 75.0000 | -2,676.37 | -1,514,009.66 |
| 01/30/06 | 11/20/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791-S CL-2791-S INV FLTR 5.520% 12/15/33 B/E DTD 05/01/04 FACT.03569243 VARIABLE RATE FACTOR .03569243 REM BAL. 9635.96 CORRECTED CONFIRM | -270,000,000 | 100.1250 | 42.85 | 9,691.85 |
| 01/30/06 | 11/20/05 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR SER 2003 B CTF CL-1A26 20.000% 10/25/33 B/E DTD 08/01/03 CLB VARIABLE RATE FACTOR .40065420 REM BAL. 40065.42 CORRECTED CONFIRM | -100,000.000 | 144.1250 | 644.53 | 58,302.34 |
| 01/30/06 | 11/30/05 | CORRECTED SELL | GINMA GTD REMIC PASS THRU CTF REMIC TR-2004-34 CL-34-IA 5.500% 12/20/31 B/E DTD 05/01/04 FACTOR 1.00000000 REM BAL 72600.00 CORRECTED CONFIRM | -725,000,000.000 | 13.0312 | 3,212.16 | 97,688.71 |
| 01/30/06 | 11/30/05 | CORRECTED SELL | GINMA GTD REMIC PASS THRU CTFS REMIC SER-2004-86 CL-86-SX INV FLTR 67.879% 04/20/34 B/E DTD 08/20/04 FCTR.57863149 VARIABLE RATE FACTOR .57863/46 REM BAL 57463.31 CORRECTED CONFIRM | -111,000.000 | 99.1250 | 108.35 | 57,068.85 |
| 01/30/06 | 12/27/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-BS 0.000% 06/15/34 B/E DTD 06/01/04 CLB FCTR.13670149 VARIABLE RATE FACTOR .13670149 REM BAL 98151.67 CORRECTED CONFIRM | -718,000.000 | 100.0000 | 552.16 | 98,713.83 |
| 01/30/06 | 12/28/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 BKR 443/SAXO VARIABLE RATE FACTOR .9620025 REM BAL 9620025.50 CORRECTED CONFIRM | -10,000,000.000 | 118.5000 | 7,865.35 | 11,407,586.57 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**  A BNY Securities Group Co. Subsidiary of The Bank of New York  One Pershing Plaza, Jersey City, New Jersey 07399  Member NYSE, member NASD, SIPC, Federal Reserve System and various other exchanges

Page 12 of 19



# CROCKER SECURITIES LLC
3399 Oak Road • Suite 210 • Walnut Creek, CA 94597
925-941-1540

## Brokerage
## Account Statement

Statement Period: 01/01/2006 - 01/31/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/06 | 12/28/05 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 VARIABLE RATE FACTOR .93138541 | -3,325,000.000 | 100.0000 | 19,957.52 | 3,116,874.01 |
| 01/30/06 | 12/28/05 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC REM BAL .3096556.49 CORRECTED CONFIRM SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.0000000000 REM BAL  10,000,000 VARIABLE RATE | -10,000,000.000 | 101.0000 | 64,444.44 | 10,164,444.44 |
| 01/30/06 | 12/28/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-1 CL-28421 INV FLTR 4.106% 09/15/33 B/E DTD 08/01/04 VARIABLE RATE FACTOR  .15786282 | -3,958,715.000 | 100.6250 | 2,067.37 | 630,907.12 |
| 01/30/06 | 12/28/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD REM BAL  62493331 CORRECTED CONFIRM SER-2874 CL-2874-CG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR  1.000000000 REM BAL  440000000 CORRECTED CONFIRM | -4,400,000.000 | 101.0000 | 19,494.44 | 4,463,494.44 |
| 01/30/06 | 12/28/05 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 5.455% 08/15/34 B/E DTD 12/01/04 VARIABLE RATE FACTOR  .32205601 REM BAL  59140208 CORRECTED CONFIRM | 1,836,333.000 | 103.6562 | -2,982.46 | -693,526.16 |
| 01/30/06 | 12/28/05 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 5.455% 08/15/34 B/E DTD 12/01/04 FCTR.15786282 VARIABLE RATE FACTOR  .32205601 REM BAL  59140208 CANCELLED TRADE | -1,836,333.000 | 103.6562 | 2,067.37 | 630,907.12 |
| 01/30/06 | 12/28/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 5.455% 08/15/34 B/E DTD 12/01/04 VARIABLE RATE FACTOR  .32205601 REM BAL  59140208 CORRECTED CONFIRM | -1,836,333.000 | 100.6250 | 2,558.84 | 597,697.18 |



DALLAS BUREAU FOR COMMUNICATION

Account Number: 7ZJ-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAGE-09-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC, financial subsidiary of The Bank of New York Mellon Corporation

Page 13 of 19

DO0000000039B062C5F30035

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/06 | 12/28/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-XS INV FLTR 6.300% 04/15/34 B/E DTD 05/01/05 VARIABLE RATE FACTOR .38813178 REM BAL .32936S.00 CORRECTED CONFIRM | -560,000,000.000 | | 1,673.30 | 314,570.05 |
| 01/30/06 | 12/28/05 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/00/03 FACTOR 1.000000000 REM BAL. 500,000 DTD 12/01/05 FACTOR .97202448 | -500,000,000.000 | 70.2500 | | 351,250.00 |
| 01/30/06 | 12/20/05 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E REM BAL 36'0098.92 CORRECTED CONFIRM | -3,714,000,000 | 56.0000 | 23,265.08 | 3,468,950.04 |
| 01/30/06 | 12/01/05 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 VARIABLE RATE FACTOR 1.000000000 | 10,000,000,000 | 101.0312 | -64,444.44 | -10,167,569.44 |
| 01/30/06 | 01/12/06 | PURCHASED | REM BAL 1000000000 CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 07/25/35 B/E DTD 12/01/05 FACTOR .09722024800 | 3,714,000,000 | 96.0312 | -23,265.08 | -3,490,088.20 |
| 01/30/06 | 01/12/06 | SOLD | REM BAL 3,610.068 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB FACTOR .65703628000 | -3,006,000,000.000 | 75.0000 | 3,649.59 | 1,514,982.88 |
| 01/30/06 | 01/26/06 | PURCHASED | REM BAL 2,015.111 VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-ES 0.000% 08/15/34 B/E DTD 06/01/04 CLB FACTOR .15670149900 | 718,000,000 | 100.0312 | -562.16 | -89,744.50 |
| 01/30/06 | 01/26/06 | SOLD | REM BAL 98.15' VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2815 CL-2815-ES 0.000% 08/15/34 B/E DTD 08/01/04 CLB FACTOR .15670149900 | -718,000,000 | 98.0000 | 562.16 | 95,750.80 |
| 01/30/06 | 01/27/06 | PURCHASED | REM BAL 98.15' VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.93738540 REM BAL 3,096,856 | 3,325,000,000.000 | 100.0625 | -19,957.52 | -3,118,748.54 |
| 01/30/06 | 01/27/06 | PURCHASED | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 4.106% 09/15/33 B/E DTD 08/01/04 FACTOR 0.15786282000 REM BAL 624,933 VARIABLE RATE | 3,958,715,000 | 100.6875 | -2,067.39 | -631,297.72 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing through **Pershing** A BNY Securities Group Co. Subsidiary from the Bank of New York Pershing LLC, member NASD, NYSE, SIPC One Pershing Plaza, Jersey City, New Jersey 07399

Page 14 of 19

D0000C000080S2SSF10035



**CROCKER SECURITIES LLC**
3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1548

## Brokerage Account Statement

**Statement Period: 01/01/2006 - 01/31/2006**

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/06 | 01/27/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-S INV FLTR 5.455% 08/15/34 B/E DTD 12/01/04 FACTOR 0.32205050100 REM BAL 591,402 | 1,836,333.000 | 100.6875 | -2,598.85 | -598,066.92 |
| 01/30/06 | 01/27/06 | PURCHASED | CNIMRS INC MTG PASS THRU CTF SER 2005-24 CL-4Z7 INV FLOATER 0.000% 10/25/35 B/E DTD 09/01/05 FACTOR 0.94735167410 REM BAL 47,376 VARIABLE RATE | 50,000.000 | 99.0000 | -233.69 | -47,136.51 |
| 01/30/06 | | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.95620025000 REM BAL 9,620,025 VARIABLE RATE | 10,000,000.000 | 118.5312 | -7,855.35 | -11,410,592.83 |
| 01/30/06 | | PURCHASED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2005-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 FACTOR 1.00000000000 REM BAL 281,000 | 281,000.000 | 98.5000 | -1,810.89 | -278,595.89 |
| 01/30/06 | | PURCHASED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2005-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 FACTOR 1.00000000000 REM BAL 350,000 | 350,000.000 | 98.2500 | -2,255.56 | -346,130.56 |
| 01/30/06 | | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/26 B/E DTD 01/01/06 FACTOR 1.00000000000 REM BAL 3,250,000 | 3,250,000.000 | 98.0000 | -20,944.44 | -3,205,944.44 |
| 01/31/06 | 11/20/05 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791-S CL-2791-S INV FLTR 5.520% 12/15/33 B/E DTD 05/01/04 FACTOR 1.03569243 VARIABLE RATE 9636.96 CANCELLED TRADE | 270,000.000 | 100.1250 | -42.85 | -9,689.85 |
| 01/21/06 | 11/20/05 | CANCELLED SELL | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-34 CL-34-IA 5.500% 12/20/31 B/E DTD 05/01/04 FACTOR 1.00000000 REM BAL 725,000.00 CANCELLED TRADE | 725,000.000 | 13.0312 | -3,212.15 | -97,686.71 |



DATA & RECE
FOR COMMUNICATION

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Subsidiary from The Bank of New York
PAR-02-CUTSHEET
One Pershing Plaza, Jersey City, New Jersey 07399 Pershing LLC, member NASD, NYSE, SIPC. A subsidiary of The Bank of New York Securities LLC

D00000000008002CSP31035

# Transactions in Date Sequence *(continued)*

D000000000980622SF30015

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/05 | 11/30/05 | CANCELLED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-66 CL-66-SX INV FL FLTR 6.187% 04/20/34 B/E DTD 08/20/04 FCTR .5176874S VARIABLE RATE FACTOR .5176874S REM BAL 57463.31 | 111,000.000 | 99.1250 | -108.35 | -57,066.85 |
| 01/31/06 | 01/12/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 VARIABLE RATE FACTOR 1.00000000 REM BAL 10000000.00 CORRECTED CONFIRM CANCELLED TRADE | -10,000,000.000 | 104.0000 | 66,666.67 | 10,466,666.67 |
| 01/31/06 | 01/12/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DID 12/01/05 FACTOR .97202448 REM BAL 3610098.92 CORRECTED CONFIRM | -3,714,000.000 | 99.0000 | 24,067.33 | 3,558,065.26 |
| 01/31/06 | 01/26/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2590 CL-DI INV FLTR 0.000% 11/15/34 B/E DTD 06/01/05 FACTOR 0.88131010 REM BAL 1,911,173 VARIABLE RATE | 2,169,000.000 | 83.0000 | -3,469.57 | -1,589,773.40 |
| 01/31/06 | 01/20/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL 10,000,000 VARIABLE RATE | 10,000,000.000 | 104.0156 | -66,666.67 | -10,468,229.17 |
| 01/31/06 | 01/20/06 | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 99000.00 | -89,000.000 | 100.0000 | 660.00 | 99,660.00 |
| 01/31/06 | 01/20/06 | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 3000.00 | -3,000.000 | 100.0000 | 20.00 | 3,020.00 |
| 01/31/06 | 01/20/06 | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/07/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 300.00 | -15,000.000 | 100.0000 | 100.00 | 15,100.00 |
| 01/31/06 | 01/20/06 | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 15000.00 | -17,000.000 | 100.0000 | 113.33 | 17,113.33 |

Account Number: 7Z7-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A LPL Securities Group Co.
Subsidiary of The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399

Page 16 of 19



# CROCKER SECURITIES LLC

1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

**Statement Period: 01/01/2006 - 01/31/2006**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/06 | 07/30/06 | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER 2005-2 CL-LY 8.000% 12/25/35 B/E DTD 01/07/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 47000.00 | -47,000.000 | 100.0000 | 313.33 | 47,313.33 |
| 01/31/06 | 07/30/06 | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER 2005-2 CL-LY 8.000% 12/25/35 B/E DTD 01/07/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 3000.00 | -3,000.000 | 100.0000 | 20.00 | 3,020.00 |
| 01/31/06 | 07/30/06 | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER 2005-2 CL-LY 8.000% 12/25/35 B/E DTD 01/07/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 99000.00 | -99,000.000 | 100.0000 | 660.00 | 99,660.00 |
| 01/31/06 | 07/30/06 | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER 2005-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 8000.00 | -8,000.000 | 100.0000 | 53.33 | 8,053.33 |
| 01/31/06 | 07/30/06 | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER 2005-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 74000.00 | -74,000.000 | 100.0000 | 493.33 | 74,493.33 |
| 01/31/06 | 07/30/06 | SOLD | FACTOR 1.00000000 REM BAL 114000.00 FNMA MULTICLASS MTG PARTN CTFS GTD SER 2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 SOLICITED ORDER | -114,000.000 | 100.0000 | 760.00 | 114,760.00 |
| 01/31/06 | 07/30/06 | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER 2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 24000.00 | -24,000.000 | 100.0000 | 160.00 | 24,160.00 |
| 01/31/06 | 07/30/06 | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER 2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 74000.00 | -74,000.000 | 100.0000 | 493.33 | 74,493.33 |
| 01/31/06 | 07/30/06 | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER 2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 40000.00 | -40,000.000 | 100.0000 | 266.67 | 40,266.67 |

00000000000062C55F31035



DALIGH RATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Subsidiary of The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC, futures division of Pershing Investment LLC

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/06 | 01/30/06 | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 700.000 | -7,000.000 | 100.0000 | 46.67 | 7,046.67 |
| 01/31/06 | 01/30/06 | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 FACTOR 1.00000000 REM BAL 500.00 | -5,000.000 | 100.0000 | 33.33 | 5,033.33 |
| 01/31/06 | 01/30/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.972024800 REM BAL 3,510.098 | 3,714,000.000 | 99.0156 | -24,067.33 | -3,598,629.34 |
| 01/31/06 | 01/30/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.972024800 REM BAL 439.355 | -452,000.000 | 97.0000 | 2,929.03 | 429,103.44 |
| 01/31/06 | 01/30/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.972024800 REM BAL 25.272 | -26,000.000 | 97.0000 | 168.48 | 24,682.94 |
| 01/31/06 | 01/30/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.00000000 REM BAL 4,400.000 | 4,400,000.000 | 101.0156 | -20,166.67 | -4,464,854.17 |
| 01/31/06 | 01/30/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2890 CL-DJ INV FLTR 4.120% 11/15/34 B/E DTD 06/01/05 FACTOR 0.881131070 REM BAL 1,796.626 | -2,039,000.000 | 83.7500 | 3,288.82 | 1,507,364.31 |
| 01/31/06 | 01/30/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2890 CL-DJ INV FLTR 4.120% 11/15/34 B/E DTD 06/01/05 FACTOR 0.881131070 REM BAL 114.547 | -130,000.000 | 83.7500 | 209.75 | 96,142.90 |
| 01/31/06 | 01/30/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR VARIABLE RATE 8.000% 07/15/36 B/E DTD 01/01/06 FACTOR 1.00000000 REM BAL 3,250,000 | -3,250,000.000 | 99.0000 | 21,666.67 | 3,239,166.67 |
| 01/31/06 | 01/30/06 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500.000 | 500,000.000 | 70.2812 | | -351,408.25 |

D000000000983GCSF30035

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Subsidiary from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Financial and Professional Guarantees LLC



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

**Statement Period: 01/01/2006 - 01/31/2006**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Date | Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/31/06 | 01/31/06 | 01/31/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR.2003-92 CL-92-SCI 10.000% 09/25/33 B/E. DTD 09/25/03 FACTOR 0.3534825600 REM BAL 265.111 | -750,000.000 | 99.0000 | 441.85 | 262,902.65 |
| 01/31/06 | 01/31/06 |  | PURCHASED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E. DTD 01/01/06 FACTOR 1.0000000000 REM BAL 200.000 | 200,000,000 | 98.3750 | -1,333.33 | -198,083.33 |
| 01/31/06 | 01/31/06 |  | PURCHASED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E. DTD 01/01/06 FACTOR 1.0000000000 REM BAL 201.000 | 201,000,000 | 98.3750 | -1,340.00 | -199,073.75 |
| 01/31/06 | 01/31/06 |  | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E. DTD 01/01/06 SOLICITED ORDER FACTOR 1.0000000 REM BAL 3000.00 | -3,000.000 | 100.0000 | 20.00 | 3,020.00 |

**Total Value of all Transactions** **$429,309.49**

The price and quantity displayed may have been rounded.



DALER RATED FDR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** · A BNY Securities Group Co.
PAR-02-CUTSHEET    Pershing LLC, member FINRA, NYSE, SIPC, SIFMA
One Pershing Plaza, Jersey City, New Jersey 07399
Subsidiary of The Bank of New York

D00000000938062FZF30035



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

D00000000101152CS930038

CROCKER SECURITIES LLC
-- TAXABLE TRADE #2 --
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597 - 7782

**Your Investment Advisor:**
DOUG GREEN
(561) 361-4803

# Brokerage
## Account Statement

Account Number: 7Z1-891035
Statement Period: 02/01/2006 - 02/28/2006

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$4,061,283.90 |
| Cash Withdrawals | -101,818.16 |
| Dividends/Interest | -14,935.66 |
| Change in Account Value | 209,387.58 |
| Ending Account Value | -$3,966,650.14 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Fixed Income | | | |
| Cash and Cash Equivalents | 30,835,214.03 | 29,544,793.78 | 100% |
| Account Total | -34,886,497.93 | -33,513,443.92 | 0% |
| **Account Total** | **-$4,061,283.90** | **-$3,968,650.14** | **100%** |

Your Account is 100% invested in Fixed Income.

**NOTE:** Unpriced securities in your account may cause the total brokerage account assets to be understated.

D00000000101152CS930038

Clearing Through **Pershing**
PAR-00-CUTSHEET

A BNY Securities Group Co.
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC. (Formerly Donaldson, Lufkin & Jenrette Securities Corporation Jersey City) Inc.

DALSAB RATED
FOR COMMUNICATION

000000000101152C5F30018

# Customer Service Information

| Your Investment Advisor: RDG | Contact Information | Customer Service Information |
|---|---|---|
| DOUG GREEN | Telephone Number: (561) 361-4603 | Service Hours: Weekdays 06:00 a.m. - 05:00 p.m. PST |
| | Fax Number: (561) 362-5261 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

**Cash and Cash Equivalents 0.00% of Portfolio**

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Margin Balance | -34,886,497.93 | -33,513,443.92 | | | |
| | Total Cash and Cash Equivalents | -$34,886,497.9 | -$33,513,443.92 | $0.00 | $0.00 | |

**Fixed Income  100.00% of Portfolio** *(In Maturity Date Sequence)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | Asset Backed Securities | | | | | |
| 101,000.00 M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-AB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB *Security Identifier 31393T7K8  Factor: 1.000000000* | 9.1900 | 9,281.90 | 416.63 | | |
| 134,000.00 M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 *Security Identifier 31393AD61  Factor: 0.501128590* | N/A | 0.00 | 0.00 | | |
| 91,000.00 M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 08/25/28 B/E DTD 09/01/03 *Security Identifier 31393TN11  Factor: 0.847339825* | 8.9260 | 6,882.64 | 346.99 | | |
| 137,000.00 M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB *Security Identifier 31394KZD9  Factor: 0.657036296* | 74.8320 | 68,725.50 | 0.00 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A DBS Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, a Financial of Pershing Investment LLC

Page 2 of 18

# CROCKER SECURITIES LLC

1299 Oak Road • Suite 210 • Walnut Creek, CA 94597
925-941-1540



## Brokerage Account Statement

Statement Period: 02/01/2006 - 02/28/2006

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** (continued) | | | | | |
| | **Asset Backed Securities** (continued) | | | | | |
| 1,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-I CL-2842-I INV FLTR 3.410% 09/15/33 B/E DTD 08/01/04 Security Identifier 31395EZT3 Factor: 0.14751260 | 98.5740 | 145.41 | 0.38 | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 4.645% 09/15/33 B/E DTD 08/01/04 Security Identifier 31395EZW8 Factor: 0.14751260 | 98.6160 | 872.83 | 3.08 | | |
| 500,000.000M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Moody Rating AAA S & P Rating AAA Security Identifier 32051DK50 Factor: 1.00000000 | 53.6190 | 268,095.00 | 0.00 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 Security Identifier 31393V037 Factor: 0.95924430 | 88.3070 | 8,470,798.64 | 0.00 | | |
| 73,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882 CL-2882-VS INV FLTR 5.610% 04/15/34 B/E DTD 06/01/05 Security Identifier 31395UR84 Factor: 0.56289888 | 98.6820 | 40,550.03 | 172.89 | | |
| 35,217.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-A1 INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB Security Identifier 31395J5K8 Factor: 0.47792683 | 100.6960 | 16,948.29 | 126.23 | | |



DALBAR RATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A LYF Securities Corp. Co.
Subsidiary from The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC
One Pershing Plaza, Jersey City, New Jersey 07399

PAR-02-CUTSHEET

00000000010115XCSF30038

# Portfolio Holdings (continued)

D000000001015GC5P50013

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 1,836,333.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 4.815% 08/15/34 B/E DTD 12/01/04 *Security Identifier* 31395KCQ4  Factor: 0.29866663 | 98.5530 | 541,058.23 | 1,882.59 | | |
| 4,400,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB *Security Identifier* 31395H2Q2  Factor: 1.00000000 | 93.7130 | 4,123,372.00 | 18,150.00 | | |
| 46,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-LB FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 *Security Identifier* 31394CA58  Factor: 0.35619133 | 98.7940 | 16,187.20 | 0.00 | | |
| 3,236,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 *Security Identifier* 31394UD3  Factor: 0.33355789 | 97.1190 | 2,933,956.51 | 18,125.96 | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 *Security Identifier* 31396E3E4  Factor: 0.94452428 | 100.9250 | 5,719.57 | 34.00 | | |
| 6,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB *Security Identifier* 38374LGE5  Factor: 0.87411898 | 100.6540 | 5,279.00 | 31.47 | | |
| 1,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-10 CL-10-MS INV FLTR 0.000% 06/25/35 B/E DTD 02/01/06 *Security Identifier* 31395BMF7  Factor: 1.00000000 | 97.2120 | 972.12 | 0.00 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through *Pershing* A BNY Securities Group Co.
Member New York Stock Exchange

One Pershing Plaza, Jersey City, New Jersey 07399

Page 4 of 18



# CROCKER SECURITIES LLC

1399 Oak Road • Suite 210 • Walnut Creek, CA 94597
925-741-1540

## Brokerage Account Statement

**Statement Period: 02/01/2006 - 02/28/2006**

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 50,000.00 | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A27 INV FLOATER 0.000% 10/25/35 B/E DTD 09/01/05 Moody Rating AAA S & P Rating AAA *Security Identifier 12669AKT4   Factor: 0.92137722* | 92.4230 | 42,578.22 | 0.00 | | |
| 3,325,000.00 | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier 31394UT69   Factor: 0.91189232* | 100.0870 | 3,035,012.63 | 18,194.25 | | |
| 10,000,000.00 | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier 31394UT77   Factor: 1.00000000* | 96.8440 | 9,684,400.00 | 60,000.00 | | |
| 2,000.00 | FNMA MULTICLASS MTG PARTN CTFS GTD SER 2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 *Security Identifier 31394VC20   Factor: 0.99271182* | 98.5190 | 1,956.06 | 11.91 | | |
| 272,000.00 | GS MTG SECS CORP 2006-2F MTG PASSTHRU CTF CL 2A-20 F.LTG 6.530% 02/25/36 B/E DTD 02/01/06 S & P Rating AAA *Security Identifier 36233ADG6   Factor: 1.00000000* | 100.0000 | 272,000.00 | 1,332.12 | | |
| **Total Asset Backed Securities** | | | $29,544,793.78 | $118,928.50 | $0.00 | |
| **Total Fixed Income** | | | $29,544,793.78 | $118,928.50 | $0.00 | |


DALBAR RATED FOR COMMUNICATION

00000000101152SF30038

## Portfolio Holdings (continued)

| Description | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | -$3,968,660.14 | $118,928.50 | $0.00 |

■ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of

execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/01/06 | 11/30/05 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CTF CL-1A26 20.000% 10/25/33 B/E DTD 08/01/03 CLB VARIABLE RATE FACTOR .40005420 REM BAL 40005.42 CANCELLED TRADE | 100,000.000 | 144.1250 | -644.53 | -58,303.34 |
| 02/01/06 | 01/31/06 | CANCELLED PURCHASE | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 FACTOR 1.000000000 | -200,000.000 | 98.3750 | 1,333.33 | 198,085.33 |
| 02/01/06 | 01/31/06 | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 FACTOR 1.000000000 REM BAL 200,000 200,000 CANCELLED TRADE | -200,000.000 | 99.0000 | 1,333.33 | 198,333.33 |
| 02/02/06 | 01/31/06 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-92 CL-92-SQ 10.000% 09/25/33 B/E DTD 08/25/03 FACTOR 0.35482500 REM BAL 265,111 CANCELLED TRADE | 750,000.000 | 99.0000 | -441.85 | -262,902.55 |



# CROCKER SECURITIES LLC

1299 Oak Road • Suite 234 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

Statement Period: 02/01/2006 - 02/28/2006

## Transactions in Date Sequence *(continued)*

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/02/06 | 01/30/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR2003.92 CL.92 SQ 10.000% 09/25/33 B/E REM BAL 26511192 CORRECTED CONFIRM | -750,000.00 | 98.5600 | 441.88 | 261,577.09 |
| 02/02/06 | 01/30/06 | CANCELLED SELL | DTD 08/25/03 FACTOR .35348256 TRANSFERRED TO 7Z7891D431 | | | | -56,993.00 |
| 02/06/06 | 01/30/06 | CONSOLIDATED FIRM BALANCES | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 114000.00 | 114,000.000 | 100.0000 | -760.00 | -114,760.00 |
| 02/06/06 | 01/30/06 | CORRECTED SELL | CANCELLED TRADE FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 112000.00 | -112,000.000 | 100.0000 | 746.67 | 112,746.67 |
| 02/08/06 | 02/10/06 | CONSOLIDATED FIRM BALANCES | CORRECTED CONFIRM TRANSFERRED TO 7Z7891D431 FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/36 REG DTD 02/01/06 | 12,000,000.000 | 98.6679 | -22,000.00 | -34,825.16 / -11,862,155.26 |
| 02/13/06 | 02/10/06 | PURCHASED | FACTOR 1.00000000 REM BAL 12,000,000 FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/36 REG DTD 02/01/06 FACTOR 1.00000000 REM BAL 30,000,000 | 30,000,000.000 | 98.6679 | -55,000.00 | -29,655,390.64 |
| 02/13/06 | 02/10/06 | SOLD | FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/36 REG DTD 02/01/06 FACTOR 1.00000000 REM BAL 12,000,000 FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/36 REG DTD 02/01/06 | -12,000,000.000 | 99.2187 | 22,000.00 | 11,923,250.00 |
| 02/13/06 | 02/10/06 | SOLD | FACTOR 1.00000000 REM BAL 12,000,000 FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/36 REG DTD 02/01/06 FACTOR 1.00000000 REM BAL 30,000,000 | -30,000,000.000 | 99.2187 | 55,000.00 | 29,820,625.00 |
| 02/15/06 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-JB INT ONLY 5.560% 04/15/28 B/E | | | | 462.92 |
| 02/15/06 | | BOND INTEREST RECEIVED | DTD 01/01/03 CLB /RD 01/31 FD 02/15/06 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB R/D 01/31 FD 02/15/06 | | | | 332.66 |

DOD00000001215ZCBP30018

DALBAR RATIO FOR COMMUNICATION

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Checking Through **Pershing**
A BNY Securities Group Co.
Subsid. from the Bank of New York
Pershing LLC, member FINRA, NYSE, SIPC (headquartered) at Pershing Investments LLC

One Pershing Plaza, Jersey City, New Jersey 07399

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/15/06 | | BOND INTEREST RECEIVED | 270000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791-S CL-2791-S INV FLTR 5.520% 12/15/33 B/E | | | | 44.33 |
| 02/15/06 | | PRINCIPAL PAY DOWN RECEIVED | DTD 05/01/04 RD 01/31 PD 02/15/06 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791-S CL-2791-S INV FLTR 5.520% 12/15/33 B/E RD 01/31 PD 02/15/06 | | | | 3,003.90 |
| 02/15/06 | | BOND INTEREST RECEIVED | 385076 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 4.105% 09/15/33 B/E | | | | 2,138.20 |
| 02/15/06 | | PRINCIPAL PAY DOWN RECEIVED | DTD 08/01/04 RD 01/31 PD 02/15/06 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 4.105% 09/15/33 B/E DTD 08/01/04 | | | | 40,983.92 |
| 02/15/06 | | BOND INTEREST RECEIVED | RD 01/31 PD 02/15/06 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 4.930% 09/15/33 B/E | | | | 3.89 |
| 02/15/06 | | PRINCIPAL PAY DOWN RECEIVED | DTD 08/01/04 RD 01/31 PD 02/15/06 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 4.930% 09/15/33 B/E DTD 08/01/04 | | | | 62.10 |
| 02/15/06 | | FINAL PRINCIPAL PAYMENT RECEIVED | RD 01/31 PD 02/15/06 5500 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR RD 01/31 PD 02/15/06 | | | | 976.74 |
| 02/15/06 | | BOND INTEREST RECEIVED | 5500 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E | | | | 3.46 |
| 02/15/06 | | FINAL PRINCIPAL PAYMENT RECEIVED | DTD 10/01/04 CLB RD 01/31 PD 02/15/06 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2876 CL-2876-AS INVERSE FLTR 0.000% 02/15/34 B/E DTD 10/01/04 CLB | -55,000,000 | | | 0.00 |
| 02/15/06 | | BOND INTEREST RECEIVED | 440000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB | | | | 20,166.67 |
| 02/15/06 | | BOND INTEREST RECEIVED | 35217 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB RD 01/31 PD 02/15/06 | | | | 143.80 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A LPL Securities Group, Inc. Subsidiaries One Pershing Plaza, Jersey City, New Jersey 07399

Page 8 of 18

D000000010115ZCSF30038

CROCKER SECURITIES LLC

3399 Oak Road • Suite 210 • Walnut Creek, CA 94597
925-941-1540

**Brokerage Account Statement**

Statement Period: 02/01/2006 - 02/28/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2891 CL-2891-AT INV FLTR RD 01/31 PD 02/15/06 | | | | 424.24 |
| 02/15/06 | | BOND INTEREST RECEIVED | 10.000% 07/15/34 B/E DTD 11/01/04 CLB PARTN CTFS GTD SER-2905 CL-2905-LS 183835 FHLMC MULTICLASS MTG | | | | 2,688.45 |
| 02/15/06 | | PRINCIPAL PAY DOWN RECEIVED | INV FLTR 5.455% 08/15/34 B/E DTD 12/01/04 RD 01/31 PD 02/15/06 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR | | | | 42,398.79 |
| 02/15/06 | | BOND INTEREST RECEIVED | 5.455% 08/15/34 B/E DTD 12/01/04 RD 01/31 PD 02/15/06 73000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882 CL-2882-VS | | | | 225.65 |
| 02/15/06 | | PRINCIPAL PAY DOWN RECEIVED | INV FLTR 6.306% 04/15/34 B/E DTD 05/01/05 RD 01/31 PD 02/15/06 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882-VS INV FLTR | | | | 1,843.46 |
| 02/15/06 | | BOND INTEREST RECEIVED | 6.306% 04/15/34 B/E DTD 05/07/05 RD 01/31 PD 02/15/06 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT | | | | 38.42 |
| 02/15/06 | | PRINCIPAL PAY DOWN RECEIVED | INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 01/31 PD 02/15/06 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR | | | | 95.40 |
| 02/16/06 | | BOND INTEREST RECEIVED | 8.000% 04/15/35 B/E DTD 10/01/05 RD 01/31 PD 02/15/06 6000 GINMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT | | | | 35.53 |
| 02/16/06 | | PRINCIPAL PAY DOWN RECEIVED | INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 01/31 PD 02/16/06 GINMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 01/31 PD 02/16/06 | | | | 84.98 |

OSHAR RATED FOR COMMUNICATION

Account Number: 7ZJ-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Member Firm The Bank of New York
One Pershing Place, Jersey City, New Jersey 07399
Pershing LLC, member FASD, SIPC (Futures) of Trading Investment LLC

C000030000115ZCSPF0035

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/27/06 | 02/19/06 | INT CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 37 DEBIT DAYS AV BAL 35162090.20 AVG RATE 6.650 01-20-06 TO 02-19-06 | | | | -201,366.09 |
| 02/27/06 | | BOND INTEREST RECEIVED | 725000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-34 CL-34-IA 5.500% 12/20/31 B/E DTD 05/01/04 RD 01/31 PD 02/20/06 | | | | 3,322.92 |
| 02/27/06 | | BOND INTEREST RECEIVED | 111000 GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-66 CL-66-SK INV FLTR 6.787% 04/20/34 B/E DTD 08/20/04 RD 07/31 PD 02/20/06 | | | | 325.04 |
| 02/21/06 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-66 CL-66-SK INV FLTR 6.787% 04/20/34 B/E DTD 08/20/04 RD 01/31 PD 02/20/06 | | | | 1,649.39 |
| 02/27/06 | | BOND INTEREST RECEIVED | 50000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A27 INV FLOATER 0.000% 10/25/35 B/E DTD 09/01/05 RD 01/31 PD 02/25/06 | | | | 262.74 |
| 02/27/06 | | RETURN OF PRINCIPAL RECEIVED | 50000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A27 INV FLOATER 0.000% 10/25/35 B/E DTD 09/01/05 RD 01/31 PD 02/25/06 | | | | 1,307.72 |
| 02/27/06 | | BOND INTEREST RECEIVED | 134000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 RD 01/31 PD 02/25/06 | | | | 322.41 |
| 02/27/06 | | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 01/31 PD 02/25/06 | | | | 406.50 |
| 02/27/06 | | BOND INTEREST RECEIVED | 1060000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-GD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 01/31 PD 02/25/06 | | | | 47,138.12 |
| 02/27/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-GD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 01/31 PD 02/25/06 | | | | 27,582.50 |
| 02/27/06 | | BOND INTEREST RECEIVED | 46000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 01/31 PD 02/25/06 | | | | 85.53 |

D0000000001011225F50033



# CROCKER
## SECURITIES LLC
3390 Oak Road • Suite 210 • Walnut Creek, CA 94597
925.941.5540

**Brokerage**
*Account Statement*

Statement Period: 02/01/2006 - 02/28/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/28/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-50 CL-30 A.8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 01/31 PD 02/25/06 | | | | 1,548.11 |
| 02/27/06 | | BOND INTEREST RECEIVED | 329000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 01/31 PD 02/25/06 | | | | 20,545.71 |
| 02/27/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 01/31 PD 02/25/06 | | | | 64,481.99 |
| 02/27/06 | | BOND INTEREST RECEIVED | 100000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 01/31 PD 02/25/06 | | | | 66,666.67 |
| 02/27/06 | | BOND INTEREST RECEIVED | 326000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 RD 01/31 PD 02/25/06 | | | | 20,969.81 |
| 02/27/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 RD 01/31 PD 02/25/06 | | | | 124,477.91 |
| 02/27/06 | 02/27/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-VMK "INV" 3.718% 06/15/25 REG DTD 06/01/05 FACTOR 0.93180060700 REM BAL 2,096,563 VARIABLE RATE | 2,280,000.000 | 84.0000 | -2,598.73 | -1,763,712.20 |
| 02/28/06 | 01/27/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR .91199232 VARIABLE RATE FACTOR .91199232 REM BAL 30323314.46 CORRECTED CONFIRM | -3,325,000.000 | 103.2500 | 18,194.25 | 3,149,120.88 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

Page 11 of 18

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/28/06 | 01/27/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2791-S CL-2791 S INV FLTR 4.380% 12/15/33 B/E DTD 05/01/04 FACT.02456669 VARIABLE RATE FACTOR .J0456669 REM BAL 663.06 CORRECTED CONFIRM | -270,000.000 | 100.1250 | 21.79 | 6,683.14 |
| 02/28/06 | 01/27/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-I CL-2842-I INV FLTR 3.410% 09/15/33 B/E DTD 08/01/04 FACTOR .14751260 REM BAL 583950.34 CORRECTED CONFIRM | -3,956,715.000 | 100.6875 | 1,493.48 | 589,468.55 |
| 02/28/06 | 01/27/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 4.815% 08/15/34 B/E DTD 12/01/04 FACT.29896663 VARIABLE RATE FACTOR .29896663 REM BAL 549002.29 CORRECTED CONFIRM | -1,836,333.000 | 100.6875 | 1,982.70 | 554,759.38 |
| 02/28/06 | 01/27/06 | CORRECTED SELL | FIRST HORIZON MTG PASS THRU TR SER 2003 8 CTF CL-1A26 20.000% 10/25/33 B/E DTD 08/01/03 CLB FACTOR .40005420 REM BAL 4005.42 VARIABLE RATE CORRECTED CONFIRM | -100,000.000 | 144.1250 | 600.08 | 53,257.89 |
| 02/28/06 | 01/27/06 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-34 CL-34-IA 6.500% 12/20/31 B/E DTD 05/01/04 FACTOR 1.00000000 REM BAL 725.000 | -725,000.000 | 13.0312 | 2,990.62 | 97,467.18 |
| 02/28/06 | 01/27/06 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-86 CL-86-SX INV FLTR 6.787% 04/20/34 B/E DTD 06/20/04 FACT.50282812 VARIABLE RATE FACTOR .50282812 REM BAL 55813.92 CORRECTED CONFIRM | -111,000.000 | 99.1250 | 79.73 | 55,405.28 |
| 02/28/06 | 01/30/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 VARIABLE RATE FACTOR .95924430 REM BAL 95924430 CORRECTED CONFIRM | -10,000,000,000.000 | 115.0000 | 4,538.41 | 11,035,847.86 |
| 02/28/06 | 01/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/26/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10,000,000 VARIABLE RATE | -10,000,000.000 | 106.0000 | 60,000.00 | 10,660,000.00 |

Account Number: 727-091035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Member FINRA, NYSE, SIPC Securities and Futures
Seales from The Bank of New York

Page 12 of 18

ZC000000002101152C5F310039

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 02/01/2006 - 02/28/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/28/06 | 01/30/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACT 0.93355789 FACTOR .93355789 REM BAL 3020993.33 CORRECTED CONFIRM | -3,236,000.000 | 102.0000 | 18,125.96 | 3,099,539.16 |
| 02/28/06 | 01/30/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-QG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400,000 FIRST HORIZON MTG PASSTHRU TR 2003 8 | -4,400,000.000 | 101.0312 | 18,150.00 | 4,463,525.00 |
| 02/28/06 | 01/30/06 | SOLD | MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 70.0000 | | 350,000.00 |
| 02/28/06 | 02/27/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.95924430000 REM BAL 9,592,443 VARIABLE RATE | 10,000,000.000 | 115.0625 | -4,538.41 | -11,041,843.14 |
| 02/28/06 | 02/27/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/07/05 FACTOR 0.91199232000 REM BAL 3,632,374 VARIABLE RATE | 3,325,000.000 | 103.3125 | -18,194.25 | -3,151,016.12 |
| 02/28/06 | 02/27/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10,000,000 VARIABLE RATE | 10,000,000.000 | 166.0312 | -60,000.00 | -10,663,125.00 |
| 02/28/06 | 02/27/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.93355789 REM BAL 3,020,993 | 3,236,000.000 | 102.0312 | -18,125.96 | -3,100,483.22 |
| 02/28/06 | 02/27/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2813 CL-2813-SC INV FLTR 6.556% 06/15/34 B/E DTD 06/15/04 FACTOR 0.79598985900 REM BAL 320,771 VARIABLE RATE | 403,000.000 | 92.0000 | -789.41 | -295,669.02 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Member Firm Bank of New York

PAGE-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, financial affiliate of The Bank of New York

D0000000001132C5F10038

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/28/06 | 02/27/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2813 CL-2813-SC INV FLTR 6.5936% 06/15/34 B/E DTD 06/15/04 FACTOR 0.79595859500 REM BAL 320,771 VARIABLE RATE | -403,000.000 | 93.0000 | 789.41 | 289,076.73 |
| 02/28/06 | 02/27/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GA 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400,000 | 4,400,000.000 | 101.0625 | -18,150.00 | -4,464,900.00 |
| 02/28/06 | 02/27/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2805 CL-2805-LS INV FLTR 4.8135% 08/15/34 B/E DTD 12/07/04 FACTOR 0.289896600300 REM BAL 549,002 VARIABLE RATE | 1,836,333.000 | 100.7560 | -1,982.71 | -555,102.52 |
| 02/28/06 | 02/27/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2976-CL-2976-LT FLT RATE 8.000% 05/15/35 B/E DTD 05/15/05 FACTOR 0.701593593800 REM BAL 1,459,847 VARIABLE RATE | 2,080,754.000 | 95.3750 | -4,217.34 | -1,356,546.79 |
| 02/28/06 | 02/27/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2976-CL-2976-LT FLT RATE 8.000% 05/15/35 B/E DTD 05/15/05 FACTOR 0.701593593800 REM BAL 1,459,847 VARIABLE RATE | -2,080,754.000 | 95.6750 | 4,217.34 | 1,403,846.03 |
| 02/28/06 | 02/27/06 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-AY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB CTY CORR VARIABLE RATE FACTOR .893673781 REM BAL 1328382.67 CORRECTED CONFIRM | 1,486,429.000 | 95.3750 | -3,837.55 | -1,270,782.52 |
| 02/28/06 | 02/27/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-AY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB VARIABLE RATE FACTOR .893673781 REM BAL 1328382.67 CORRECTED CONFIRM | -1,486,429.000 | 95.8750 | 3,837.55 | 1,277,424.43 |
| 02/28/06 | 02/22/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-WK "INV" 3.718% 06/15/35 REG DTD 06/01/05 FACTOR 0.931806607000 REM BAL 2,096,563 VARIABLE RATE | -2,250,000.000 | 84.5000 | 2,815.29 | 1,774,411.58 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing A BNY Securities Group Co. Subsidiary The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, The world is a rapidly increasing world

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1549



## Brokerage Account Statement

Statement Period: 02/01/2006 - 02/28/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/28/06 | 02/27/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-WT "INV FLTR" FACTOR 0.93180607007000 REM BAL VARIABLE RATE | 925,209.000 | 97.0000 | -2,501.32 | -842,360.63 |
| 02/28/06 | 02/27/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-WT "INV FLTR" 0.000% 06/15/35 B/E DTD 06/15/05 FACTOR 0.93180607007000 REM BAL VARIABLE RATE | -530,209.000 | 98.0000 | 1,427.26 | 485,598.19 |
| 02/28/06 | 02/27/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-WT "INV FLTR" 0.000% 06/15/35 B/E DTD 06/15/05 FACTOR 0.93180607007000 REM BAL VARIABLE RATE | 494.051 | | | |
| 02/28/06 | 02/27/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-WT "INV FLTR" 0.000% 06/15/35 B/E DTD 06/15/05 FACTOR 0.93180607007000 REM BAL VARIABLE RATE | -399,000.000 | 98.0000 | 1,074.06 | 365,428.87 |
| 02/28/06 | 02/27/06 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000000 REM BAL VARIABLE RATE | 371,790 | | | |
| 02/28/06 | 02/28/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-3 CL-3-JS "INV FLTG" 0.000% 03/25/26 B/E DTD 02/25/06 FACTOR 1.00000000000 REM BAL VARIABLE RATE | 500,000,000 | 700.0312 | -350,156.25 | -350,156.25 |
| 02/28/06 | 02/28/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-3 CL-3-JS "INV FLTG" 0.000% 03/25/26 B/E DTD 02/25/06 FACTOR 1.00000000000 REM BAL VARIABLE RATE | 3,000,000,000 | 76.8310 | -1,333.89 | -2,306,263.89 |
| 02/28/06 | 02/28/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-3 CL-3-JS "INV FLTG" 0.000% 03/25/36 B/E DTD 02/25/06 FACTOR 1.00000000000 REM BAL VARIABLE RATE | 2,264,112 | | | |
| 02/28/06 | 02/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-3 CL-3-JS "INV FLTG" 0.000% 03/25/36 B/E DTD 02/25/06 FACTOR 1.00000000000 REM BAL VARIABLE RATE | 2,264,112.000 | 77.5000 | -1,006.70 | -1,755,693.50 |
| 02/28/06 | 02/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-3 CL-3-JS "INV FLTG" FACTOR 1.00000000000 REM BAL VARIABLE RATE | -2,146,000,000 | 78.0000 | 954.18 | 1,674,834.18 |

Clearing Through **Pershing**
PAR-02-CUTSHEET

A DBJ Servicos Group Co.
Subsidiary Bank of New York

D00000000010115CSF30038

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/28/06 | 02/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-3 CL-3-JS "INV FLTG"<br>0.000% 03/25/36 B/E DTD 02/25/06<br>FACTOR 1.00000000 REM BAL 854,000<br>VARIABLE RATE | -854,000.000 | 77.0000 | 379.72 | 657,959.72 |
| 02/28/06 | 02/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-3 CL-3-JS "INV FLTG"<br>0.000% 03/25/36 B/E DTD 02/25/06<br>FACTOR 1.00000000 REM BAL 2,264,112<br>VARIABLE RATE | -2,264,112.000 | 78.7500 | 1,006.70 | 1,783,394.90 |
| 02/28/06 | 02/28/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-10 CL-10-AS INV FLTR<br>0.000% 06/25/35 B/E DTD 02/01/06<br>FACTOR 1.00000000 REM BAL 250,000<br>VARIABLE RATE | 250,000.000 | 98.5000 | -1,406.25 | -247,656.25 |
| 02/28/06 | 02/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-10 CL-10-AS INV FLTR<br>0.000% 06/25/35 B/E DTD 02/01/06<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000 REM BAL 45000.00 | -45,000.000 | 100.0000 | 253.13 | 45,253.13 |
| 02/28/06 | 02/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-10 CL-10-AS INV FLTR<br>0.000% 06/25/35 B/E DTD 02/01/06<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000 REM BAL 4500000 | -99,000,000.000 | 100.0000 | 556.88 | 99,556.88 |
| 02/28/06 | 02/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-10 CL-10-AS INV FLTR<br>0.000% 08/25/35 B/E DTD 02/01/06<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000 REM BAL 9900.00 | -4,000.000 | 100.0000 | 22.50 | 4,022.50 |
| 02/28/06 | 02/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-10 CL-10-AS INV FLTR<br>0.000% 08/25/35 B/E DTD 02/01/06<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000 REM BAL 400.00 | -1,000.000 | 100.0000 | 5.63 | 1,005.63 |
| 02/28/06 | 02/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-10 CL-10-AS INV FLTR<br>0.000% 08/25/35 B/E DTD 02/01/06<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000 REM BAL 99000.00 | -99,000.000 | 100.0000 | 556.88 | 99,556.88 |

D000000001011525SF10038

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Safeka tron & Field of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, NYSE, SIPC, Financial Industry Regulatory Authority LLC

Page 16 of 18



# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-5640


ONLINE LISTED
FOR COMMUNICATION

# Brokerage
# Account Statement

**Statement Period: 02/01/2006 - 02/28/2006**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/28/06 | 02/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-10 CL-10-NS INV FLTR 0.0026% 08/25/35 B/E DTD 02/01/06 FACTOR 1.00000000 REM BAL 1000.00 | -1,000.000 | 100.0000 | 5.63 | 1,005.63 |
| 02/28/06 | 02/28/06 | PURCHASED | SOLICITED ORDER VARIABLE RATE FNMA MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WS INV CPNR 5.772% 04/15/35 B/E DTD 10/01/05 FACTOR 0.94452470700 REM BAL 546,542 VARIABLE RATE | 578,643.000 | 90.0000 | -2,366.19 | -494,254.54 |
| 02/28/06 | 02/28/06 | PURCHASED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WS INV CPNR 5.772% 04/15/35 B/E DTD 10/01/05 FACTOR 0.94452470700 REM BAL 2,075,119 | 2,197,000.000 | 90.0000 | -8,933.97 | -1,876,591.81 |
| 02/28/06 | 02/28/06 | SOLD | VARIABLE RATE FNMA MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WS INV CPNR 5.772% 04/15/35 B/E DTD 10/01/05 FACTOR 0.94452470700 REM BAL 2,621,662 | -2,775,643.000 | 90.0000 | 11,330.11 | 2,370,846.07 |
| 02/28/06 | 02/28/06 | PURCHASED | VARIABLE RATE GS MTG SECS CORP 2006-2F MTG PASSTHRU CTF CL 2A-20 FLTG 6.530% 02/25/36 B/E DTD 02/01/06 FACTOR 1.00000000000 REM BAL 500,000 VARIABLE RATE | 500,000.000 | 98.5000 | -2,448.75 | -484,946.75 |
| 02/28/06 | 02/28/06 | SOLD | GS MTG SECS CORP 2006-2F MTG PASSTHRU CTF CL 2A-20 FLTG 6.530% 02/25/36 B/E DTD 02/01/06 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 500.00 | -5,000.000 | 100.0000 | 24.49 | 5,024.49 |
| 02/28/06 | 02/28/06 | SOLD | GS MTG SECS CORP 2006-2F MTG PASSTHRU CTF CL 2A-20 FLTG 6.530% 02/25/36 B/E DTD 02/01/06 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 600.00 | -6,000.000 | 100.0000 | 29.38 | 6,023.38 |

**Account Number: 727-891035**
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-OUTSHEET

D000000001015025FS0038

## Transactions in Date Sequence (continued)

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/28/06 | 02/28/06 | SOLD | GS MTG SECS CORP 2006-2F MTG PASSTHRU<br>CTF CL 2A-20 FLTG 6.530% 02/25/36 B/E<br>DTD 02/01/06 SOLICITED ORDER<br>VARIABLE RATE FACTOR 1.00000000<br>REM BAL 600.00 | -6,000.000 | 100.0000 | 29.38 | 6,023.38 |
| 02/28/06 | 02/28/06 | SOLD | GS MTG SECS CORP 2006-2F MTG PASSTHRU<br>CTF CL 2A-20 FLTG 6.530% 02/25/36 B/E<br>DTD 02/01/06 SOLICITED ORDER<br>VARIABLE RATE FACTOR 1.00000000<br>REM BAL 9000.00 | -9,000.000 | 100.0000 | 44.08 | 9,044.08 |
| 02/28/06 | 02/28/06 | SOLD | GS MTG SECS CORP 2006-2F MTG PASSTHRU<br>CTF CL 2A-20 FLTG 6.530% 02/25/36 B/E<br>DTD 02/01/06 SOLICITED ORDER<br>VARIABLE RATE FACTOR 1.00000000<br>REM BAL 7000.00 | -7,000.000 | 100.0000 | 34.28 | 7,034.28 |
| 02/28/06 | 02/28/06 | SOLD | GS MTG SECS CORP 2006-2F MTG PASSTHRU<br>CTF CL 2A-20 FLTG 6.530% 02/25/36 B/E<br>DTD 02/01/06 SOLICITED ORDER<br>VARIABLE RATE FACTOR 1.00000000<br>REM BAL 1000.00 | -1,000.000 | 100.0000 | 4.90 | 1,004.90 |
| 02/28/06 | 02/28/06 | SOLD | GS MTG SECS CORP 2006-2F MTG PASSTHRU<br>CTF CL 2A-20 FLTG 6.530% 02/25/36 B/E<br>DTD 02/01/06 VARIABLE RATE<br>FACTOR 1.00000000 REM BAL 13000.00 | -13,000.000 | 100.0000 | 63.67 | 13,063.67 |
| 02/28/06 | 02/28/06 | SOLD | GS MTG SECS CORP 2006-2F MTG PASSTHRU<br>CTF CL 2A-20 FLTG 6.530% 02/25/36 B/E<br>DTD 02/01/06 SOLICITED ORDER<br>VARIABLE RATE FACTOR 1.00000000<br>REM BAL 40000.00 | -40,000.000 | 100.0000 | 195.90 | 40,195.90 |
| 02/28/06 | 02/28/06 | SOLD | GS MTG SECS CORP 2006-2F MTG PASSTHRU<br>CTF CL 2A-20 FLTG 6.530% 02/25/36 B/E<br>DTD 02/01/06 SOLICITED ORDER<br>VARIABLE RATE FACTOR 1.00000000<br>REM BAL 140000.00 | -140,000.000 | 100.0000 | 685.65 | 140,685.65 |
| 02/28/06 | 02/28/06 | SOLD | GS MTG SECS CORP 2006-2F MTG PASSTHRU<br>CTF CL 2A-20 FLTG 6.530% 02/25/36 B/E<br>DTD 02/01/06 SOLICITED ORDER<br>VARIABLE RATE FACTOR 1.00000000<br>REM BAL 1000.00 | -1,000.000 | 100.0000 | 4.90 | 1,004.90 |

**Total Value of all Transactions**      $1,383,054.01

The price and quantity displayed may be have been rounded.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Subsidiary of the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399,
Member FINRA, member SIPC, NYSE, Subsidiaries of Pershing Investments LLC

Page 18 of 18

D00030000201152C5PJ0038



# CROCKER
### SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1548

D00000001005J4CSPF0049

ll...ll...G.l.l...l.ll...ll.lll..lll...ll..l..l.ll.ll.l.l..ll

CROCKER SECURITIES LLC
- - TAXABLE TRADE #2 - -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

**Your Investment Advisor:**
DOUG GREEN
(561) 361-4803

# Brokerage
## Account Statement

Account Number: 7Z7-891035
Statement Period: 03/01/2006 - 03/31/2006

## Valuation at a Glance

|  | This Period |
|---|---|
| Beginning Account Value | -$3,968,650.14 |
| Cash Withdrawals | -208,015.00 |
| Dividends/Interest | -421.16 |
| Change in Account Value | -753,585.84 |
| Ending Account Value | -$4,930,672.14 |

## Asset Allocation

|  | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Fixed Income | 29,544,793.78 | 24,715,365.92 | 100% | Your Account is 100% invested in Fixed Income.
| Cash and Cash Equivalents | -33,513,443.92 | -28,646,038.06 | 0% |
| **Account Total** | **-$3,988,650.14** | **-$4,930,672.14** | **100%** |

**NOTE:** Unpriced securities in your account may cause the total brokerage account assets to be understated.


DATA RATED
FOR COMMUNICATION

D00000001005J4CSPF0049

Clearing Through **Pershing**
PS4-02-CUTSHEET

A BNY Securities Group Co.
Solutions from the Bank of New York    Pershing LLC, member SIPC, Nationwide of Pershing Industries LLC

One Pershing Plaza, Jersey City, New Jersey 07399

Page 1 of 22

D0000000031031405F30049

## Customer Service Information

**Your Investment Advisor: RDG**
DOUG GREEN

| | |
|---|---|
| **Contact Information** | **Customer Service Information** |
| Telephone Number: (561) 361-4803 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| Fax Number: (561) 362-5261 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | **Cash and Cash Equivalents  0.00% of Portfolio** | | | | | |
| | Cash Balance | 0.00 | -52,575.79 | | | |
| | Margin Balance | -33,513,443.92 | -29,593,462.27 | | | |
| | **Total Cash and Cash Equivalents** | **-$33,513,443.9** | **-$29,646,038.06** | | **$0.00** | **$0.00** |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio** *(in Maturity Date Sequence)* | | | | | |
| | **Asset Backed Securities** | | | | | |
| 101,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-254GA-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB *Security Identifier: 31393TK8  Factor: 1.00000000* | 8.9400 | 9,023.40 | 452.92 | | |
| 134,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 *Security Identifier: 31393AD61  Factor: 0.46997048* | N/A | 0.00 | 0.00 | | |
| 91,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 *Security Identifier: 31393TN/1  Factor: 0.82699058* | 9.9110 | 7,458.71 | 376.28 | | |
| 725,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-34 CL-34-IA 5.500% 11/20/31 B/E DTD 05/01/04 *Security Identifier: 3837-4GF56  Factor: 1.00000000* | 8.1160 | 58,841.00 | 3,322.92 | | |

Account Number: 7ZJ-891035
CROCKER SECURITIES LLC

Clearing Through: **Pershing**
A BNY Securities Group Co.
Member New York Stock Exchange
One Pershing Plaza, Jersey City, New Jersey 07399

Page 2 of 22



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 150 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

Statement Period: 03/01/2006 - 03/31/2006

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 137,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB Security Identifier 31394KZD9    Factor: 0.67038296 | 67.9800 | 62,432.65 | 0.00 | | |
| 3,959,715.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842: CL-2842-J INV FLTR 3.190% 09/15/33 B/E DTD 08/01/04 Security Identifier 31395EZT3    Factor: 0.13301677 | 98.8170 | 520,483.02 | 1,400.18 | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 4.555% 09/15/33 B/E DTD 08/01/04 Security Identifier 31395EZV8    Factor: 0.13301677 | 98.6900 | 787.65 | 3.03 | | |
| 100,000.000M | FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CTF CL-1X26 20.000% 10/25/33 B/E DTD 08/01/03 CLB Moody Rating AAA S & P Rating AAA Security Identifier 32061DH54    Factor: 0.40005420 | 149.1020 | 59,648.88 | 666.76 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 Security Identifier 31393YU37    Factor: 0.95641534 | 82.3350 | 7,874,645.70 | 0.00 | | |
| 931,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-TX 0.000% 04/15/34 B/E DTD 04/15/04 CLB Security Identifier 31394WN33    Factor: 0.60008207 | 95.8830 | 536,389.84 | 0.00 | | |

DALBAR RATED FOR COMMUNICATION

Account Number: 717-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Safekeep from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC (subsidiary of Banking businesses LLC)

D0000000010051KCSFF30649

E0000300010631E65F30049

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 73,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 5.390% 04/15/34 B/E DTD 05/01/05 *Security Identifier 31395UR94  Factor: 0.53274920* | 97.3610 | 37,864.37 | 174.68 | | |
| 111,000.000M | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-66 CL-66-SK INV FLTR 5.501% 04/20/34 B/E DTD 08/20/04 *Security Identifier 38374HWH9  Factor: 0.46688530* | 88.8880 | 48,039.86 | 247.75 | | |
| 45,217.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB *Security Identifier 31395ISK8  Factor: 0.45406544* | 100.1150 | 20,555.09 | 171.10 | | |
| 1,836,333.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 4.613% 08/15/34 B/E DTD 12/01/04 *Security Identifier 31395KCQ4  Factor: 0.28124088* | 97.8940 | 505,523.79 | 1,985.33 | | |
| 46,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 *Security Identifier 31394C4S0  Factor: 0.33522827* | 98.6870 | 15,218.03 | 0.00 | | |
| 3,235,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-Q8 8.000% 07/25/35 B/E DTD 12/01/05 *Security Identifier 31394UD3  Factor: 0.39487924* | 95.7150 | 2,771,739.84 | 19,305.60 | | |
| 18,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-AY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB *Security Identifier 31395Y3X5  Factor: 0.88828789* | 98.1850 | 15,698.98 | 106.59 | | |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Subsidiary of The Bank of New York Company, Inc.

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



# Brokerage
## Account Statement

**Statement Period: 03/01/2006 - 03/31/2006**

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3063-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 *Security Identifier 31396G3E4  Factor: 0.33225044* | 96.6080 | 5,415.01 | 37.29 | | |
| 6,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB *Security Identifier 38374LGE5  Factor: 0.68178938* | 98.8220 | 5,109.33 | 34.47 | | |
| 4,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-10 CL-10-MS INV FLTR 7.500% 09/25/35 B/E DTD 02/01/05 *Security Identifier 31395BMF7  Factor: 0.97968744* | 97.5190 | 3,821.50 | 24.49 | | |
| 2,000.000M | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-49 INV FLTR 5.135% 08/25/35 B/E DTD 07/01/05 Moody Rating AAA *Security Identifier 12669G385  Factor: 0.80608689* | 92.9350 | 1,498.76 | 6.91 | | |
| 3,000.000M | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 5.698% 10/25/35 B/E DTD 09/01/05 Moody Rating AAA S & P Rating AAA *Security Identifier 12669AKS6  Factor: 0.90532492* | 92.6680 | 2,516.84 | 12.90 | | |
| 50,000.000M | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A27 INV FLOATER 0.000% 10/25/35 B/E DTD 09/01/05 Moody Rating AAA S & P Rating AAA *Security Identifier 12669AKT4  Factor: 0.90532516* | 89.5860 | 40,552.23 | 0.00 | | |



AA S & P RATED FOR COLLATERALIZATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
PAIR-02-CUTSHEET    Settled from 3rd Bank of New York.

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Financial in the Securities, etc.

Page 5 of 22



## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| Asset Backed Securities *(continued)* | | | | | | |
| 3,325,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC SER.2005-110 C.-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier:* 31394UT69 *Factor:* 0.86178202 | 99.1800 | 2,841,928.73 | 19,102.84 | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC SER.2005-110 C.-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier:* 31394UT77 *Factor:* 1.00000000 | 90.1410 | 9,014,100.00 | 66,666.67 | | |
| 2,000,000M | FNMA MULTICLASS MTG PARTN CTFS GTD SER.2006-2 CL.-LY 8.000% 12/25/35 B/E DTD 01/01/06 *Security Identifier:* 31394VG20 *Factor:* 0.98513560 | 95.7440 | 1,886.42 | 13.13 | | |
| 272,000.00M | GS MTG SECS CORP 2006-2F MTG PASSTHRU CTF CL.2A-20 FLTG 6.530% 02/25/36 B/E DTD 02/01/06 S & P Rating AAA *Security Identifier:* 36Z334DG6 *Factor:* 0.99511486 | 93.9040 | 254,178.79 | 1,472.94 | | |
| **Total Asset Backed Securities** | | | **$24,715,365.92** | **$115,594.68** | **$0.00** | |
| **Total Fixed Income** | | | **$24,715,365.92** | **$115,594.68** | **$0.00** | |

| Description | | | Market Value | Accrued Interest | Estimated Annual Income | |
|---|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | | -$4,930,672.14 | $115,594.68 | $0.00 | |



# CROCKER SECURITIES LLC
2999 Oak Road • Suite 235 • Walnut Creek, CA 94597
925-941-1540


DALE E. KALED FOR COMMUNICATION

## Brokerage Account Statement

Statement Period: 03/01/2006 - 03/31/2006

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiary from 3rd Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, NASD, SIPC

P46-02-CUTSHEET

## Portfolio Holdings (continued)

※ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of

execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions in Date Sequence

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/01/06 | 02/28/06 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-3 CL-3-JS "INV FLTG" 0.000% 03/25/36 B/E DTD 02/25/06 FACTOR 1.000000000 REM BAL 2,264,112 VARIABLE RATE CANCELLED TRADE | 2,264,112.000 | 78.7500 | -1,006.70 | -1,783,994.90 |
| 03/01/06 | 02/28/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-3 CL-3-JS "INV FLTG" 0.000% 03/25/36 B/E DTD 02/25/06 BKR CORR BKR 309 VARIABLE RATE FACTOR 1.000000000 REM BAL 2264112.00 CORRECTED CONFIRM | -2,264,112.000 | 78.7500 | 1,006.70 | 1,783,994.90 |
| 03/01/06 | 02/28/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2890 CL-2990AW INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB FACTOR 0.893573800 REM BAL 89,367 VARIABLE RATE | 100,000.000 | 97.0000 | -317.75 | -87,004.11 |

Page 7 of 22

20000000100513CSF31045
20000000100513CSF31045

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/01/06 | 02/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2690 CL-2690-A-W-INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CL3 SOLICITED ORDER VARIABLE RATE FACTOR .89367391 REM BAL 17873.48 | -20,000.000 | 100.0000 | 62.35 | 17,937.63 |
| 03/03/06 | 03/03/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-I CL-2842-I INV FLTR 3.410% 09/15/33 B/E DTD 08/01/04 FACTOR .14751260000 REM BAL 583,961 VARIABLE RATE | 3,958,720.000 | 100.6875 | -103.49 | -588,079.30 |
| 03/06/06 | 03/03/06 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-I CL-2842-I INV FLTR 3.410% 09/15/33 B/E DTD 08/01/04 VARIABLE RATE FACTOR .14751260 | 3,958,715.000 | 100.6875 | -103.49 | -588,078.56 |
| 03/06/06 | 03/03/06 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-I CL-2842-I INV FLTR 3.410% 09/15/33 B/E DTD 08/01/04 REM BAL 583360.34 CORRECTED CONFIRM | -3,958,720.000 | 100.6875 | 103.49 | 588,079.30 |
| 03/08/06 | 03/03/06 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-I CL-2842-I INV FLTR 3.410% 09/15/33 B/E DTD 08/01/04 FACTOR .14751260000 REM BAL 583,961 VARIABLE RATE CANCELLED TRADE | 3,958,715.000 | 100.6875 | -93.32 | -530,294.59 |
| 03/08/06 | 03/03/06 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-I CL-2842-I INV FLTR 3.410% 09/15/33 B/E DTD 08/01/04 FCTR .13301817 VARIABLE RATE 526581.02 CORRECTED CONFIRM | -3,958,715.000 | 100.6875 | 103.49 | 588,078.56 |
| 03/13/06 | 03/13/06 | PURCHASED | FNMA 30 YEAR TBA SETT MARCH 5.500% 03/01/36 REG DTD 02/01/06 FACTOR 1.0000000000 REM BAL 30,000,000 | 30,000,000.000 | 98.1093 | -55.00 | -29,487,812.50 |
| 03/13/06 | 03/13/06 | PURCHASED | FNMA 30 YEAR TBA SETT MARCH 5.500% 03/01/36 REG DTD 02/01/06 FACTOR 1.0000000000 REM BAL 12,000,000 | 12,000,000.000 | 98.1093 | -22.00 | -11,795,125.00 |
| 03/13/06 | 03/13/06 | SOLD | FNMA 30 YEAR TBA SETT MARCH 5.500% 03/01/36 REG DTD 03/01/06 FACTOR 1.0000000000 REM BAL 30,000,000 | -30,000,000.000 | 98.5468 | 55.00 | 29,619,062.50 |
| 03/13/06 | 03/13/06 | SOLD | FNMA 30 YEAR TBA SETT MARCH 5.500% 03/01/36 REG DTD 03/01/06 FACTOR 1.0000000000 REM BAL 12,000,000 | -12,000,000.000 | 98.5468 | 22,000.00 | 11,847,625.00 |

D0000000101051ACSF30049

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Sedona Tran Tst Natl of New York

Page 8 of 22

# CROCKER SECURITIES LLC

2399 Oak Road • Suite 150 • Walnut Creek, CA 94597
925-941-1540



**Brokerage**
*Account Statement*

Statement Period 03/01/2006 - 03/31/2006

## Transactions in Date Sequence *(continued)*

| Process/ Trade/ Date | Settlement Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| | 03/15/06 | BOND INTEREST RECEIVED | T01000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.600% 04/15/26 B/E DTD 01/01/03 CLB RD 02/28 PD 03/15/06 | | | | 462.92 |
| | 03/15/06 | BOND INTEREST RECEIVED | T37000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB RD 02/28 PD 03/15/06 | | | | 317.36 |
| | 03/15/06 | BOND INTEREST RECEIVED | 1000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 3.410% 09/15/33 B/E DTD 08/01/04 RD 02/28 PD 03/15/06 | | | | 0.42 |
| | 03/15/06 | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 3.410% 09/15/33 B/E DTD 08/01/04 RD 02/28 PD 03/15/06 | | | | 14.49 |
| | 03/15/06 | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 4.640% 09/15/33 B/E DTD 08/01/04 RD 02/28 PD 03/15/06 | | | | 3.43 |
| | 03/15/06 | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 4.640% 09/15/33 B/E DTD 08/01/04 RD 02/28 PD 03/15/06 | | | | 86.97 |
| | 03/15/06 | BOND INTEREST RECEIVED | 4RQ000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.900% 10/15/34 B/E DTD 10/01/04 CLB RD 02/28 PD 03/15/06 | | | | 20,166.57 |
| | 03/15/06 | BOND INTEREST RECEIVED | 3S2T FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB RD 02/28 PD 03/15/06 | | | | 140.26 |
| | 03/15/06 | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB RD 02/28 PD 03/15/06 | | | | 840.33 |

D00030000316534CSP33039

Account Number: 7ZJ-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
P&R-09-CUTSHEET Member New York Stock Exchange
Solutions Inc. Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Subsidiary of Pershing Investments LLC

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/15/06 | | BOND INTEREST RECEIVED | 1838333 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 4.815% 08/15/34 B/E | | | | 2,203.00 |
| 03/15/06 | | PRINCIPAL PAY DOWN RECEIVED | DTD 12/01/04 RD 02/28 PD 03/15/06 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 4.815% 08/15/34 B/E DTD 12/01/04 RD 02/28 PD 03/15/06 | | | | 32,550.38 |
| 03/15/06 | | BOND INTEREST RECEIVED | 73000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882 CL-2882-VS INV FLTR 5.610% 04/15/34 B/E | | | | 192.10 |
| 03/15/06 | | PRINCIPAL PAY DOWN RECEIVED | DTD 05/01/05 RD 02/28 PD 03/15/06 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882 CL-2882-VS INV FLTR 5.610% 04/15/34 B/E DTD 05/01/05 | | | | 2,200.93 |
| 03/15/06 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E | | | | 37.78 |
| 03/15/06 | | PRINCIPAL PAY DOWN RECEIVED | DTD 10/01/05 RD 02/28 PD 03/15/06 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 | | | | 73.59 |
| 03/16/06 | | BOND INTEREST RECEIVED | 6000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E | | | | 34.96 |
| 03/16/06 | | PRINCIPAL PAY DOWN RECEIVED | DTD 06/16/05 CLB RD 02/28 PD 03/16/06 GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 02/28 PD 03/16/06 | | | | 73.97 |
| 03/20/06 | 03/19/06 | INT CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 28 DEBIT DAYS AV BAL 341656.93 AVG RATE 6.750 02-20-06 TO 03-19-06 | | | | -179,359.21 |
| 03/21/06 | 03/15/06 | CONSOLIDATED FIRM BALANCES | TRANSFERRED TO 727891O431 | | | | -208,015.00 |
| 03/22/06 | 03/15/06 | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-NY 8.000% 03/15/35 B/E RD 02/28 PD 03/15/06 | | | | 476.62 |
| 03/22/06 | 03/15/06 | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-NY 8.000% 03/15/35 B/E RD 02/28 PD 03/15/06 | | | | 430.87 |

000000000100534C3P30049

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 220 • Walnut Creek, CA 94597
925-941-1540


DEALER RATED
FOR COMMUNICATION

# Brokerage
## Account Statement

Statement Period: 03/01/2006 - 03/31/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/27/06 | | BOND INTEREST RECEIVED | 50000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A27 INV FLOATER 0.000% 10/25/35 B/E DTD 09/01/05 RD 02/28 PD 03/25/06 | | | | 229.45 |
| 03/27/06 | | RETURN OF PRINCIPAL RECEIVED | 50000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A27 INV FLOATER 0.000% 10/25/35 B/E DTD 09/01/05 RD 02/28 PD 03/25/06 | | | | 802.60 |
| 03/27/06 | | BOND INTEREST RECEIVED | 134000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/21 B/E DTD 03/01/03 RD 02/28 PD 03/25/06 | | | | 307.87 |
| 03/27/06 | | BOND INTEREST RECEIVED | 9000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 02/28 PD 03/25/06 | | | | 385.54 |
| 03/27/06 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 02/28 PD 03/25/06 | | | | 45,384.09 |
| 03/27/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 02/28 PD 03/25/06 | | | | 28,289.60 |
| 03/27/06 | | BOND INTEREST RECEIVED | 46000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 02/28 PD 03/25/06 | | | | 73.51 |
| 03/27/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 02/28 PD 03/25/06 | | | | 964.30 |
| 03/27/06 | | BOND INTEREST RECEIVED | 325000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 02/28 PD 03/25/06 | | | | 20,215.83 |

Account Number: 7ZJ-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Solutions from the Bank of New York
Pershing LLC, member NASD, NYSE, SIPC (Subsidiaries of the Bony Investment LLC)

One Pershing Plaza, Jersey City, New Jersey 07399

Page 11 of 22

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/27/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" RD 02/28 PD 03/25/06 | | | | 165,949.28 |
| 03/27/06 | | BOND INTEREST RECEIVED | 8.000% 12/25/35 B/E DTD 11/01/05 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E | | | | 66,666.67 |
| 03/27/06 | | BOND INTEREST RECEIVED | DTD 11/01/05 RD 02/28 PD 03/25/06 2000 FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 | | | | 13.24 |
| 03/27/06 | | PRINCIPAL PAY DOWN RECEIVED | RD 02/28 PD 03/25/06 FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E | | | | 15.19 |
| 03/27/06 | | BOND INTEREST RECEIVED | DTD 01/01/06 RD 02/28 PD 03/25/06 3336000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS | | | | 20,139.95 |
| 03/27/06 | | PRINCIPAL PAY DOWN RECEIVED | 8.000% 01/25/35 B/E DTD 12/01/05 RD 02/28 PD 03/25/06 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E | | | | 125,167.34 |
| 03/27/06 | | BOND INTEREST RECEIVED | DTD 12/01/05 RD 02/28 PD 03/25/06 1000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-10 CL-10-AS | | | | 6.25 |
| 03/27/06 | | PRINCIPAL PAY DOWN RECEIVED | INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 RD 02/28 PD 03/25/06 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-10 CL-10-AS INV FLTR | | | | 20.32 |
| 03/28/06 | | BOND INTEREST RECEIVED | 7.500% 06/25/35 B/E DTD 02/01/06 RD 02/28 PD 03/25/06 27000 GS MTG SECS CORP 2006-2F MTG PASSTHRU CTF CL 2A-20 FLTG 6.530% 02/25/36 B/E DTD 02/01/06 | | | | 1,480.13 |
| 03/28/06 | | RETURN OF PRINCIPAL RECEIVED | RD 02/28 PD 03/25/06 27000 GS MTG SECS CORP 2006-2F MTG PASSTHRU CTF CL 2A-20 FLTG 6.530% 02/25/36 B/E DTD 02/01/06 | | | | 1,320.60 |
| 03/30/06 | 03/06/06 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CTF CL-1A2E 20.000% 10/25/33 B/E DTD 08/01/03 CLB FACTOR 0.40005402020 REM BAL 40,005 VARIABLE RATE | 100,000.000 | 144.1250 | -644.53 | -58,302.34 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Member FINRA, NYSE, SIPC (Financial) of Pershing Services LLC
One Pershing Plaza, Jersey City, New Jersey 07399

Page 12 of 22

D00000C0001003143EF30049



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 03/01/2006 - 03/31/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/30/06 | 03/30/06 | PURCHASED | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR | 2,000.000 | 100.0000 | -5.68 | -1,620.45 |
| 03/30/06 | 03/30/06 | | SOLICITED ORDER VARIABLE RATE FACTOR .86088689 REM BAL  1613.77 | | | | |
| 03/30/06 | 03/30/06 | PURCHASED | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 INV FLTG 5.698% 10/25/35 B/E DTD 09/01/05 | 3,000.000 | 100.0000 | -11.60 | -2,727.57 |
| | | | FACTOR .90532462 REM BAL  2715.97 | | | | |
| 03/30/06 | 03/30/06 | SOLD | SOLICITED ORDER VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-10 CL-10-MS INV FLTR | -2,000.000 | 100.0000 | 12.25 | 1,971.61 |
| | | | 7.500% 06/25/35 B/E DTD 02/01/06 SOLICITED ORDER VARIABLE RATE | | | | |
| | | | FACTOR .97988144 REM BAL  1959.36 | | | | |
| 03/30/06 | 03/30/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB | 10,000.000 | 100.0000 | -36.68 | -4,577.23 |
| | | | SOLICITED ORDER VARIABLE RATE FACTOR .45406544 REM BAL  4540.65 | | | | |
| 03/30/06 | 03/30/06 | PURCHASED | GINMA GTD REMIC PASS THRU CTF REMIC TR-2004-34 CL-34-IA 6.500% 12/20/31 B/E DTD 05/01/04 FACTOR 1.000000000 | 725,000.000 | 13.0312 | -3,212.15 | -97,688.71 |
| | | | REM BAL  725.000 | | | | |
| 03/30/06 | 03/30/06 | PURCHASED | GINMA GTD REMIC PASS THRU CTFS REMIC SER-2004-66 CL-66-SX INV FLTR 5.501% 04/20/34 B/E DTD 08/20/04 | 111,000.000 | 99.1250 | -82.58 | -53,655.06 |
| | | | FACTOR .04868953000 REM BAL  54,045 VARIABLE RATE | | | | |
| 03/21/06 | 02/27/06 | CORRECTED SELL | FNMA GTD PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 | -10,000,000.000 | 114.0000 | 7,535.72 | 10,910,670.60 |
| | | | CPN 4.72748 VARIABLE RATE FACTOR .95641534 REM BAL  9564153.40 CORRECTED CONFIRM | | | | |

DAXAM RATED
FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Services from the Back of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC. Pershing LLC is an affiliate of Pershing Investments LLC

PAGE-02-CUTSHEET

D000000010031KCSF30069

## Transactions in Date Sequence *(continued)*

| Process/ Trade/ Settlement Date | Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/06 | 02/27/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FCTR .86178202 REM BAL  2865425.22 FACTOR .86178202 VARIABLE RATE * CORRECTED CONFIRM | -3,325,000.000 | 103.3437 | 19,102.87 | 2,980,340.74 |
| 03/31/06 | 02/27/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL  10,000,000 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 106.0000 | 66,666.67 | 10,666,666.67 |
| 03/31/06 | 02/27/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 6.000% 01/25/35 B/E DTD 12/01/05 FCTR.89487824 REM BAL  2895625.98 FACTOR .89487824 CORRECTED CONFIRM | -3,235,000.000 | 102.0000 | 19,305.51 | 2,973,048.01 |
| 03/31/06 | 02/27/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR  1.00000000 REM BAL  440000.00 CORRECTED CONFIRM | -4,400,000.000 | 101.0000 | 20,166.67 | 4,464,166.67 |
| 03/31/06 | 02/27/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 4.613% 08/15/34 B/E DTD 12/01/04 CPN 4.383 VARIABLE RATE FACTOR .28724089 REM BAL  516451.91 CORRECTED CONFIRM | -1,836,333.000 | 100.0000 | 1,985.43 | 518,437.34 |
| 03/31/06 | 02/27/06 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR  1.00000000 REM BAL  500000.00 CORRECTED CONFIRM | -500,000.000 | 70.0000 | | 350,000.00 |
| 03/31/06 | 02/28/06 | CORRECTED SELL | GS MTG SECS CORP 2005-2F MTG PASSTHRU CTF CL 2A-20 FLTG 6.630% 02/25/35 B/E DTD 02/01/06 FACT 99514486 VARIABLE RATE FACTOR .99514486 REM BAL  270079.40 CORRECTED CONFIRM | -272,000.000 | 98.5000 | 1,472.95 | 268,092.16 |
| 03/31/06 | 03/03/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-I CL-2842-I INV FLTR 3.190% 09/15/33 B/E DTD 08/01/04 S/D CORR VARIABLE RATE FACTOR .13301817 REM BAL  526591.02 CORRECTED CONFIRM | -3,958,715.000 | 100.0000 | 1,359.83 | 527,980.85 |

D0000000100314C5F30C49

# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925•941•1546



DALBAR RATED
FOR COMMUNICATION

## Brokerage Account Statement

Statement Period: 03/01/2006 - 03/31/2006

### Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/06 | 03/30/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL-46 CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.95641534600 REM BAL 9,564,153 VARIABLE RATE | 10,000,000.000 | 114.0625 | -7,535.72 | -10,916,648.19 |
| 03/31/06 | 03/30/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-65 CL-65-HT INV FLTR 0.000% 08/25/35 B/E DTD 07/25/05 FACTOR 0.08007703700 REM BAL 440,035 VARIABLE RATE | 500,000.000 | 96.2500 | -586.71 | -424,120.58 |
| 03/31/06 | 03/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-65 CL-65-HT INV FLTR 0.000% 08/25/35 B/E DTD 07/25/05 FACTOR 0.08007703700 REM BAL 440,035 VARIABLE RATE | -500,000.000 | 97.0000 | 586.71 | 427,420.84 |
| 03/31/06 | 03/30/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.86717820200 REM BAL 2,865,425 VARIABLE RATE | 3,325,000,000.000 | 103.4062 | -19,102.83 | -2,982,131.59 |
| 03/31/06 | 03/30/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000000 REM BAL 10,000,000 VARIABLE RATE | 10,000,000,000.000 | 106.0625 | -66,666.67 | -10,672,916.67 |
| 03/31/06 | 03/30/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-T14 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.89487824600 REM BAL 2,895,825 VARIABLE RATE | 3,236,000,000.000 | 102.0625 | -19,305.51 | -2,974,857.91 |
| 03/31/06 | 03/30/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC 7.500% 06/25/35 B/E DTD 02/01/06 TR2005-10 CL-10-MS INV FLTR FACTOR 0.97968814600 REM BAL 382,482 VARIABLE RATE | 370,000.000 | 97.0000 | -2,265.51 | -353,873.18 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing through Pershing A BNY Securities Group Co. Subsidiary The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399 Pershing LLC, member NASD, NYSE, SIPC. Subsidiary of The Bank of New York Company, Inc.

Page 15 of 22

DO0908000010053/4C5F3J049

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/06 | 03/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-10 CL-10-ANS INV FLTR<br>7.500% 06/25/33 B/E DTD 02/01/06<br>FACTOR 0.97968144000 REM BAL 207,692<br>VARIABLE RATE | -212,000.000 | 97.5000 | 1,298.08 | 203,798.23 |
| 03/31/06 | 03/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-10 CL-10-ANS INV FLTR<br>7.500% 06/25/33 B/E DTD 02/01/06<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .97968144 REM BAL 1959.36 | -2,000.000 | 100.0000 | 12.25 | 1,971.61 |
| 03/31/06 | 03/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>7.500% 06/25/33 B/E DTD 02/01/06<br>FACTOR .97968144 REM BAL 10776.50<br>SOLICITED ORDER VARIABLE RATE | -11,000.000 | 100.0000 | 67.35 | 10,843.85 |
| 03/31/06 | 03/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-10 CL-10-ANS INV FLTR<br>7.500% 06/25/33 B/E DTD 02/01/06<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .97968144 REM BAL 39187.26 | -40,000.000 | 100.0000 | 244.92 | 39,432.18 |
| 03/31/06 | 03/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-10 CL-10-ANS INV FLTR<br>7.500% 06/25/33 B/E DTD 02/01/06<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .97968144 REM BAL 1959.36 | -2,000.000 | 100.0000 | 12.25 | 1,971.61 |
| 03/31/06 | 03/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-10 CL-10-ANS INV FLTR<br>7.500% 06/25/33 B/E DTD 02/01/06<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .97968144 REM BAL 13715.54 | -14,000.000 | 100.0000 | 85.72 | 13,801.26 |
| 03/31/06 | 03/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-10 CL-10-ANS INV FLTR<br>7.500% 06/25/33 B/E DTD 02/01/06<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .97968144 REM BAL 44085.66 | -45,000.000 | 100.0000 | 275.54 | 44,361.20 |
| 03/31/06 | 03/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>7.500% 06/25/33 B/E DTD 02/01/06<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .97968144 REM BAL 1959.36 | -2,000.000 | 100.0000 | 12.25 | 1,971.61 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** · A BNY Securities Group Co.
Settlement Date is Sold of New York
Pershing LLC, member NASD, NYSE, SIPC Subsidiary of Pershing Investments LLC

One Pershing Plaza, Jersey City, New Jersey 07399

Page 16 of 22

00000000001005SAECS30049



**CROCKER SECURITIES LLC**
2399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 03/01/2006 - 03/31/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/06 | 03/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-10 CL-10-AMS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .97968144 REM BAL 293904 | -3,000.000 | 100.0000 | 18.37 | 2,957.41 |
| 03/31/06 | 03/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-10 CL-10-AMS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .97968144 REM BAL 685777 | -7,000.000 | 100.0000 | 42.86 | 6,900.63 |
| 03/31/06 | 03/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-10 CL-10-AMS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .97968144 REM BAL 489841 | -5,000.000 | 100.0000 | 30.62 | 4,929.03 |
| 03/31/06 | 03/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-10 CL-10-AMS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .97968144 REM BAL 293904 | -3,000.000 | 100.0000 | 18.37 | 2,957.41 |
| 03/31/06 | 03/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-10 CL-10-AMS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .97968144 REM BAL 979681 | -10,000.000 | 100.0000 | 61.23 | 9,859.04 |
| 03/31/06 | 03/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-10 CL-10-AMS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .97968144 REM BAL 587809 | -6,000.000 | 100.0000 | 36.74 | 5,914.83 |
| 03/31/06 | 03/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-10 CL-10-AMS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .97968144 REM BAL 293904 | -3,000.000 | 100.0000 | 18.37 | 2,957.41 |



DALLAS BASED
FOX COMMUNICATIONS

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE/FINRA/SIPC

D0000300010052NCSP30049

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/06 | 03/30/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 3.190% 09/15/33 B/E DTD 08/01/04 FACTOR 0.13301817300 REM BAL 526,581 | 3,958,715.000 | 100.8312 | -1,398.83 | -528,145.41 |
| 03/31/06 | 03/30/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2590 CL-2590-LS INV FLTR 4.613% 08/15/34 B/E DTD 12/01/04 FACTOR 0.28124608000 REM BAL 516,451 VARIABLE RATE | 1,836,333.000 | 100.6625 | -1,985.41 | -518,760.10 |
| 03/31/06 | 03/30/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2590 CL-2590-AY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB FACTOR .88828089 REM BAL 52408.99 SOLICITED ORDER VARIABLE RATE | -59,000.000 | 100.0000 | 186.34 | 52,595.33 |
| 03/31/06 | 03/30/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2590 CL-2590-AY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB FACTOR .88828089 REM BAL 2664.86 SOLICITED ORDER VARIABLE RATE | -3,000.000 | 100.0000 | 9.48 | 2,674.34 |
| 03/31/06 | 03/31/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-14 CL-14-SP 0.000% 03/25/35 B/E DTD 02/25/05 FACTOR 1.00000000 REM BAL 1,068,333 | 1,068,333.000 | 61.0000 | | -661,693.13 |
| 03/31/06 | 03/31/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-14 CL-14-SP 0.000% 03/25/35 B/E DTD 02/25/05 FACTOR 1.000000000 REM BAL 1,068,333 | -1,068,333.000 | 63.0000 | | 673,049.79 |
| 03/31/06 | 03/31/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-TX 0.000% 04/15/34 B/E DTD 04/15/04 CLB FACTOR 0.60088200700 REM BAL 559,421 | 931,000.000 | 97.0000 | -2,486.32 | -541,124.89 |
| 03/31/06 | 03/31/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3015 CL-3015-HS 0.000% 08/15/35 B/E DTD 08/15/05 CLB FACTOR 0.99476173300 REM BAL 746,071 | 750,000.000 | 62.0000 | | -462,564.20 |
| 03/31/06 | 03/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3015 CL-3015-HS 0.000% 08/15/35 B/E DTD 08/15/05 CLB FACTOR 0.99476173300 REM BAL 746,071 | -750,000.000 | 64.0000 | | 477,485.63 |

D000000001095146SP30049

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC (subsidiary of Pershing Group Investments LLC)

One Pershing Plaza, Jersey City, New Jersey 07399

Page 18 of 22

# CROCKER SECURITIES LLC

3599 Oak Road • Suite 235 • Walnut Creek, CA 94597
925-941-1540



**Brokerage Account Statement**

Statement Period: 03/01/2006 - 03/31/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/06 | 03/31/06 | PURCHASED | GS MTG SECS CORP 2006-2F MTG PASSTHRU CTF CL 2A-20 FLTG 6.530% 02/25/36 B/E DTD 02/01/06 FACTOR .0395746600 REM BAL 270,679 VARIABLE RATE | 272,000.000 | 98.5312 | -1,472.55 | -268,176.75 |

**Total Value of all Transactions** $3,867,405.86

The price and quantity displayed may have been rounded.

## Messages

PERSHING HAS BEEN ADVISED BY YOUR INTRODUCING FINANCIAL ORGANIZATION THAT IT DOES NOT RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW. SEE THE TERMS AND CONDITIONS SECTION OF YOUR STATEMENT FOR A DESCRIPTION OF PERSHING'S PAYMENT FOR ORDER FLOW PRACTICES. FOR ADDITIONAL INFORMATION REGARDING ORDER ROUTING PRACTICES AND THE VENUES TO WHICH YOUR INTRODUCING FINANCIAL ORGANIZATION'S ORDERS ARE ROUTED, YOU MAY VISIT WWW.ORDERROUTINGDISCLOSURE.COM. UPON WRITTEN REQUEST TO YOUR INTRODUCING FINANCIAL ORGANIZATION, YOU MAY OBTAIN THE IDENTITY OF THE VENUE TO WHICH YOUR ORDERS WERE ROUTED FOR THE SIX MONTHS PRIOR TO YOUR REQUEST AND THE TIME OF TRANSACTIONS THAT MAY HAVE RESULTED FROM SUCH ORDERS.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC. Subsidiary of Pershing Investments LLC

Page 19 of 22

00000000100534CGSF30619

DALLAR RATED FOR COMMUNICATION

00000000001.0051.4CSP.0.DU49

# ANNUAL DISCLOSURE OF IMPORTANT INFORMATION TO RECIPIENTS OF PERIODIC STATEMENTS

If you have questions regarding any of this information, please contact your financial organization or your investment professional.

**STATEMENT OF FINANCIAL CONDITION DATED DECEMBER 31, 2005**
Pursuant to the Securities Exchange Act of 1934, Pershing LLC (Pershing) must provide individual investors with certain financial information.

On December 31, 2005, Pershing's net capital of $1.1 billion was 13.22% of aggregate debit balances and is in excess of the minimum requirement by $954 million.

A complete copy of the December 31, 2005 Statement of Financial Condition is available at www.pershing.com/financialstatement.htm. You may also request a free, printed copy by calling (800) 880-6510.

**BUSINESS CONTINUITY**
Pershing maintains a business continuity plan, including redundant data centers and alternate processing facilities, to address interruptions to its normal course of business. These plans are reviewed annually and updated as necessary. The plans outline the actions Pershing will take in the event of a building, city-wide, or regional incident, including relocating technology and operational personnel to predesignated alternate regional facilities. Technology data processing can also be directed to an alternate regional data center. All Pershing operational facilities are equipped for resumption of business and support critical business functions in the event of a business interruption. Depending upon the severity of the business interruption, it (our (4) hours. The recovery objective may be negatively affected by the unavailability of external resources and circumstances beyond our control. In the event that your financial organization experiences a significant business interruption, you may contact Pershing directly to process limited trade-related transactions, cash disbursements, and security transfers. Your instructions to Pershing must be in writing and transmitted via facsimile at (201) 413-5368 or by postal service as follows:

Pershing LLC
P.O. Box 2065
Jersey City, New Jersey 07303-2065

For additional information about how to request funds and securities when your financial organization cannot be contacted due to a significant business interruption, please visit the About Pershing section of the Pershing web site at www.pershing.com or call (201) 413-3635 for recorded instructions. If you cannot access the instructions from the web site or the previously noted telephone number, Pershing may be contacted at (213) 624-6100, extension 500, as an alternate toll-free number for recorded information.

**CREDIT INTEREST**
You may receive interest on positive account balances, referred to as "free credit balances," provided the funds are awaiting reinvestment and subject to certain minimum balances and time requirements. Your financial organization receives compensation from Pershing based on the amount of free credit balances in its customer accounts. If your account balances in your account solely for the purpose of receiving credit interest, and have no intention to invest the funds, contact your financial organization or investment professional to discuss your investment options. NOTE: This notification only applies to those accounts that currently have a balance awaiting reinvestment and that receive credit interest.

**MARGIN DISCLOSURE**
Securities purchased on margin in your account are your financial organization's and Pershing's collateral for the loan to you. Interest you pay on the loan may be shared between your financial organization and Pershing. If the securities in your account decline in value, so does the value of the collateral supporting your loan. As a result, your financial organization of Pershing can take action, such as to issue a margin call and/or sell securities or other assets in any of your accounts held with Pershing in order to maintain the required equity in the account.

It is important that you fully understand the risks involved in trading securities on margin. These risks include, but are not limited to the following:

- You can lose more funds or securities than you deposit in the margin account.
- Your financial organization or Pershing can force the sale of securities or other assets in your account(s).
- Your financial organization or Pershing can sell your securities or other assets without contacting you.
- You are not entitled to choose which securities or other assets in your account(s) are liquidated or sold to meet a margin call.
- Your financial organization or Pershing can increase its "house" maintenance margin requirements at any time and is not required to provide you advance written notice.
- You are not entitled to an extension of time on a margin call.

**NASD PUBLIC DISCLOSURE**
The NASD® Public Disclosure hotline number is (800) 289-9999. The NASD web site address is www.nasd.com. An investor brochure that includes information describing the public disclosure program may be obtained from the NASD.

---

**PERSHING'S PAYMENT FOR ORDER FLOW DISCLOSURE**
Pershing sends certain equity orders to exchanges, Electronic Communication Networks, or broker-dealers during normal business hours and during extended trading sessions. Certain of these market centers provide payments to Pershing or charge access fees to Pershing operating upon the characteristics of the order and any subsequent execution. In addition, Pershing may execute certain option orders as principal. The details of these payments and fees are available upon written request. Pershing receives payments for directing equity and option order flow to particular broker-dealers or market centers for execution. This disclosure only applies to orders directed to Pershing by your introducing financial organization.

**BEST EXECUTION**
Notwithstanding the previous paragraph regarding payment for order flow, Pershing selects certain market centers to provide execution of over-the-counter and exchange-listed securities transactions which agree to accept orders transmitted electronically up to a specified size, and to execute them at or better than the national best bid or offer (NBBO). On certain larger orders, or if the market center is not posting a NBBO at the time an order is received, these market centers may not execute all orders at the NBBO but will attempt to obtain the best available price within a reasonable period of time. Pershing regularly reviews reports for quality of execution purposes. Designated market centers to which orders are routed for execution at prices superior to the NBBO, and one or more market centers and their ability to provide opportunities for execution at prices superior to the NBBO.

**PERSHING'S PRIVACY POLICY** (For the purposes of this section, the term "its customer" refers to you.)
Working on behalf of your financial organization, Pershing recognizes the importance of protecting the confidentiality of nonpublic personal information that it collects about its customers. This information is used to ensure accuracy in reporting and record keeping, to maintain its customers' accounts, and to carry out requested transactions. As a priority for Pershing is to keep this information secure.

1. Pershing collects nonpublic personal information from the following sources:
   - Applications or other forms (such as name, address, social security number, assets, and income);
   - Customer transactions with Pershing, your financial organization, or others; and
   - Consumer reporting agencies (such as credit worthiness and credit history).

2. Internal data security policies restrict access to nonpublic personal information to authorized employees. Pershing maintains physical, electronic, and procedural safeguards that are designed to comply with federal standards to guard nonpublic personal information. Employees who violate these policies are subject to disciplinary action, up to and including termination.

3. Pershing may disclose nonpublic personal information about its customers to nonaffiliated third parties, such as banks, mortgage holders, and to perform services on its behalf, such as printing, mailing, fraud prevention, and data processing services, as well as your nonaffiliated financial organization which has a clearing agreement with Pershing. Pershing may also disclose nonpublic personal information about its customers as permitted or required by law.

4. Pershing does not disclose nonpublic personal information about former customers, except as permitted or required by law.

5. If Pershing's customers visit a Pershing Internet web site, the may occasionally use a "cookie" in order to provide better service, to facilitate its customers' use of the Web site, to track usage of the Web site, and to address security hazards. A cookie is a small piece of information that a web site stores on your personal computer and which it can later retrieve. Pershing may use cookies for certain administrative purposes, for example, to store its customers' preferences for certain kinds of information. None will contain information that will enable anyone to contact its customers via telephone, e-mail, or any other means. Pershing's services and communications are delivered to its customers can be dependent on cookies, and its customers may disable those services by reducing cookies.

---

**FEDERAL AND STATE TAX WITHHOLDING FOR RETIREMENT ACCOUNTS**
You may at any time designate or change your tax withholding election for distributions from your Individual retirement account or qualified retirement plan by contacting your investment professional or financial organization. Please note that if you do not have enough federal or state income tax withheld, you may be responsible for payment of estimated taxes and penalties may apply.

**FOREIGN CURRENCY TRANSACTIONS**
Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars (or dividends and other corporate action transactions unless you or your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day increased by up to 1% unless a particular rate is required or permitted by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you placed your transaction. If required as a charge, on received a credit. Transactions converted by agents (such as depositories) will be billed at the rate such agents use.

---

Account Number: 7L7-891035

CROCKER SECURITIES LLC

## MUTUAL FUND BREAKPOINT DISCOUNTS AND OTHER DISCLOSURES RELATING TO MUTUAL FUND, MONEY FUND, AND ANNUITY FEES AND REVENUE SHARING

Before investing in mutual funds, it is important that you understand the sales charges, expenses, and management fees that you will be charged as well as the breakpoint discounts to which you may be entitled. Understanding these charges and breakpoint discounts will assist you in identifying the best investment for your particular needs and may help you to reduce the cost of your investment. This section will give you general background information about these charges and discounts; however, sales charges, expenses, management fees, and breakpoint discounts vary from mutual fund to mutual fund.

Therefore, you should discuss these matters with your investment professional and review each mutual fund's prospectus and statement of additional information, which are available from your investment professional, to obtain the specific information regarding the charges and breakpoint discounts associated with a particular mutual fund.

### Sales Charges

Investors who purchase mutual funds must make certain choices, including which funds to purchase and which share class is most advantageous in light of their specific investing needs. Each mutual fund has a specified investment strategy. You should consider whether the mutual fund's investment strategy is compatible with your investment objectives. Additionally, most mutual funds offer several classes of shares, each of which has its own sales charge and expense structure. Although each share class represents a similar interest in the mutual fund's portfolio, the mutual fund will charge you different fees and expenses depending upon your choice of share class. As a general rule, Class A shares carry a "front-end" sales charge or "load" that is deducted from your investment at the time you buy fund shares. This sales charge is a percentage of your total purchase. As explained below, many mutual funds offer volume discounts to the front-end sales charge assessed on Class A shares at certain predetermined levels of investment, which are called "breakpoint discounts." In contrast, Class B and Class C shares usually do not carry any front-end sales charges. Instead, investors that purchase Class B or Class C shares pay asset-based sales charges, which may be higher or lower than the charges associated with Class A shares. Investors that purchase Class B and Class C shares may also be required to pay a sales charge known as a contingent deferred sales charge when they sell their shares, depending upon the rules of the particular mutual fund. This is known as a "back-end" sales charge or load.

### Breakpoint Discounts

Most mutual funds offer investors a variety of ways to qualify for breakpoint discounts on the sales charge associated with the purchase of Class A shares. In general, most mutual funds provide breakpoint discounts to investors who make large purchases at one time. The extent of the discount depends upon the size of the purchase. Generally, as the amount of the purchase increases, the percentage used to determine the sales load decreases. The entire sales charge you pay when you purchase Class A shares is called the "sales load." The breakpoint discounts are typically listed in a mutual fund's prospectus and statement of additional information. Because many mutual funds offer several different types of breakpoint discounts, the availability of a discount will depend on your particular situation.

### Rights of Accumulation
Many mutual funds allow investors to count the value of previous purchases of the same fund, or another fund within the same fund family, to qualify for breakpoint discounts. Moreover, many mutual funds allow investors to count existing holdings in multiple accounts, such as individual retirement accounts (IRAs) or accounts at other financial organizations, to qualify for breakpoint discounts. Therefore, if you have multiple accounts or holdings, you may be able to take advantage of the balances in those accounts to qualify for a breakpoint discount. You may need to provide documentation to your investment professional about assets held in other accounts at another firm.

### Letters of Intent
Most mutual funds allow investors to qualify for breakpoint discounts by signing an LOI, which commits the investor to purchasing a specified amount of Class A shares within a defined period of time, usually 13 months. For instance, if an investor plans to purchase $50,000 worth of Class A shares over a period of 13 months, but each individual purchase would not qualify for a breakpoint discount, the investor could sign an LOI at the time of the first purchase and receive the breakpoint discount associated with a $50,000 investment on the first and all subsequent purchases. Additionally, some funds offer a retroactive LOI that allows the investor to rely on purchases in the recent past to qualify for a breakpoint discount. However, if an investor fails to invest the amount required by the LOI, the investor actually invested. If you do not qualify for any breakpoint discounts and instead would like to qualify for a breakpoint discount, you should inform your investment professional and carefully review the available breakpoint discounts in the mutual fund's prospectus and statement of additional information when choosing among the share classes offered by a mutual fund. If you wish to learn more about mutual fund breakpoints, you can also review the investor alerts that are available on the NASD web site at www.nasd.com/Investor_Information.



### Mutual Fund Fees and Revenue Sharing
Pershing also receives operational reimbursements from mutual funds in the form of networking or omnibus processing fees. These fees are based on a flat fee per holding and are reimbursed to Pershing for the work it performs on behalf of its funds, which may include but is not limited to subaccounting services, dividend calculation and posting, reconciliation, client confirmation and statement preparation and mailing, and tax statement preparation and mailing. For additional details regarding Pershing's mutual fund no-transaction-fee program or a listing of funds that pay Pershing networking or omnibus fees, please contact us at www.pershing.com/mutualfunds.htm.

### Money Fund Fees and Revenue Sharing
Money fund processing and revenue sharing fees are significant sources of revenue for Pershing and may be significant sources of revenue for your financial organization.

### Annuity Fees and Revenue Sharing
Pershing also receives annuity fees from certain insurance companies that participate in Pershing's annuity program. Participation by these insurance companies is optional. These fees reimburse Pershing for operational services it performs on behalf of the funds, which may include maintaining cash sweep systems, subaccounting services, dividend calculation and posting, reconciliation, client statement preparation and mailing, tax statement preparation and mailing. A full fee per holding is paid to Pershing for the services it provides. These fees are a source of revenue for Pershing. For additional details regarding Pershing's annuity program and a listing of participating annuities that pay Pershing revenue sharing and processing fees, please refer to www.pershing.com/annuities.htm.

DALBAR RATED
FOR COMMUNICATION

Pershing
A BNY Mellon Company

Clearing Through Pershing
PAR-08-OUTSHEET7

Account Number: 727-891035
CROCKER SECURITIES LLC

**If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.**

## TERMS AND CONDITIONS

## GENERAL INFORMATION

1. All orders and transactions shall be solely for your account and risk and shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and its clearing facility, if any, where the transactions are executed and/or settled or, if applicable, of the National Association of Securities Dealers, Inc., and to all applicable federal laws and regulations.

2. Whenever you are indebted to Pershing (the "Indebtedness"), Pershing may at any time, without notice to you, and without prejudice to any of your accounts by public or private sale or purchase or both of any securities carried in any of your accounts...

3. Whenever you are indebted to Pershing for any amount, all securities and other property in which you have any interest shall be subject to a general lien for the discharge of all your indebtedness and other obligations to Pershing...

4. Title to securities which you have purchased shall be acted as principal, and remain with Pershing until the entire purchase price is received or until the settlement date, whichever is later.

5. Any free credit balance carried for your account representing funds payable upon demand which, although properly accounted for on our books of record, are not segregated and may be used in the conduct of this business.

6. Interest charged on debit balances in your account appears on this statement. The rate of interest and period covered are indicated...

7. A financial statement of Pershing is available for your personal inspection at Pershing's office. A copy of it will be mailed upon your written request or you can view it online at Pershing.com.

8. This statement should be retained for your records.

9. ...

10. ...

11. ...

12. Pershing does not provide tax, legal or investment advice. Do not rely upon any such advice. If given, investors are encouraged to consult their tax advisors to determine the appropriate tax treatment of their business.

13. The Annual Income shown on this statement, if any, is estimated...

14. Pershing trades for its own account, as specialist, odd lot dealer, block positioner, arbitrageur and/or investor. Consequently, at the time of any transaction you make, Pershing may have a position in securities, which position may be partially or completely offset.

15. The market value indicated on the front of this statement your financial institution of or Pershing may have acted as principal.

16. This statement will be deemed conclusive and an account stated unless you advise Pershing in writing of any objection to it within ten days after mailing. Any such objection must be set to Pershing at One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.

## PORTFOLIO HOLDINGS

This section includes the market value of the securities in your account on a settlement date basis, including short positions, at the close of the statement period. The market prices have been obtained from quotation services, which we believe to be reliable...

## THE ROLE OF PERSHING

In accordance with your financial institution's written agreement with your financial institution, Pershing may accept from your financial institution, without inquiry or investigation, (i) orders for the purchase and sale of securities on margin or otherwise, and (ii) any other instructions concerning your account...

## ERRORS AND OMISSIONS EXCEPTED

Account Number: 7Z7-891035

CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Member NYSE, FINRA, SIPC

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Trustee/Bank of New York

---

## PAYMENT FOR ORDER FLOW PRACTICES

The following paragraph is provided to you as required by Rule 11Ac1-3 of the Securities Exchange Act of 1934.

Pershing sends certain equity orders to exchanges, Electronic Communication Networks, or broker-dealers during normal business hours and during extended trading sessions. Certain of these venues provide payments to Pershing or charge access fees to Pershing...

## ARBITRATION

## ARBITRATION DISCLOSURES

This agreement contains a predispute arbitration clause. By signing an arbitration agreement the parties agree as follows:

- ALL PARTIES TO THIS AGREEMENT ARE GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT, INCLUDING THE RIGHT TO A TRIAL BY JURY, EXCEPT AS PROVIDED BY THE RULES OF THE ARBITRATION FORUM IN WHICH A CLAIM IS FILED.

- ARBITRATION AWARDS ARE GENERALLY FINAL AND BINDING; A PARTY'S ABILITY TO HAVE A COURT REVERSE OR MODIFY AN ARBITRATION AWARD IS VERY LIMITED.

- THE ABILITY OF THE PARTIES TO OBTAIN DOCUMENTS, WITNESS STATEMENTS AND OTHER DISCOVERY IS GENERALLY MORE LIMITED IN ARBITRATION THAN IN COURT PROCEEDINGS.

- THE ARBITRATORS DO NOT HAVE TO EXPLAIN THE REASON(S) FOR THEIR AWARD.

- THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

- THE RULES OF SOME ARBITRATION FORUMS MAY IMPOSE TIME LIMITS FOR BRINGING A CLAIM IN ARBITRATION. IN SOME CASES, A CLAIM THAT IS INELIGIBLE FOR ARBITRATION MAY BE BROUGHT IN COURT.

- THE RULES OF THE ARBITRATION FORUM IN WHICH THE CLAIM IS FILED, AND ANY AMENDMENTS THERETO, SHALL BE INCORPORATED INTO THIS AGREEMENT.

## ARBITRATION AGREEMENT

ANY CONTROVERSY BETWEEN YOU AND US SHALL BE SUBMITTED TO ARBITRATION BEFORE THE NEW YORK STOCK EXCHANGE, INC., ANY OTHER NATIONAL SECURITIES EXCHANGE ON WHICH A TRANSACTION GIVING RISE TO THE CLAIM TOOK PLACE (AND ONLY BEFORE SUCH EXCHANGE), THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC...

NO PERSON SHALL BRING A PUTATIVE OR CERTIFIED CLASS ACTION TO ARBITRATION, NOR SEEK TO ENFORCE ANY PREDISPUTE ARBITRATION AGREEMENT AGAINST ANY PERSON WHO HAS INITIATED IN COURT A PUTATIVE CLASS ACTION; OR WHO IS A MEMBER OF A PUTATIVE CLASS WHO HAS NOT OPTED OUT OF THE CLASS WITH RESPECT TO ANY CLAIMS ENCOMPASSED BY THE PUTATIVE CLASS ACTION UNTIL: (I) THE CLASS CERTIFICATION IS DENIED; (II) THE CLASS IS DECERTIFIED; OR (III) THE CUSTOMER IS EXCLUDED FROM THE CLASS BY THE COURT. SUCH FORBEARANCE TO ENFORCE AN AGREEMENT TO ARBITRATE SHALL NOT CONSTITUTE A WAIVER OF ANY RIGHTS UNDER THIS AGREEMENT EXCEPT TO THE EXTENT STATED HEREIN.

THE LAWS OF THE STATE OF NEW YORK GOVERN.

000000000010013-ECSP30049