# THEODORE BRAGG DECLARATION

# EXHIBIT A

# 6 OF 9



**CROCKER**
SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

0000000009877SG8F30035

CROCKER SECURITIES LLC
-- TAXABLE TRADE #2 --
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597 - 7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803



OREGON RATED
FOR COMMUNICATION

0000000009877SCBF30035

# Brokerage
## Account Statement

Account Number: 7ZI-891035
Statement Period: 04/01/2006 - 04/30/2006

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$4,930,672.14 |
| Cash Withdrawals | -125,652.00 |
| Dividends/Interest | -38,766.74 |
| Change in Account Value | -745,331.21 |
| Ending Account Value | -$5,840,422.09 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | 24,715,365.92 | 27,363,849.01 | 100% | |
| Cash and Cash Equivalents | -20,646,038.06 | -33,209,271.10 | 0% | Your Account is 100% invested in Fixed Income. |
| **Account Total** | **-$4,930,672.14** | **-$5,840,422.09** | **100%** | |

Clearing Through **Pershing** A BNY Securities Group Co.    One Pershing Plaza, Jersey City, New Jersey 07399
Subsidiary Pershing Division Bank of New York    Pershing LLC, member NASD, NYSE, SIPC Member/SIPC-Pershing businesses of LLC

0000000009877SCBF30035
Clearing Through **Pershing**
PAR-02-CUTSHEET

## Customer Service Information

Your Investment Advisor: RDG
DOUG GREEN

**Contact Information**
Telephone Number: (561) 361-4803
Fax Number: (561) 362-5261

**Customer Service Information**
Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST
Customer Service Telephone Number: (800) 941-2895

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | **Cash and Cash Equivalents  0.00% of Portfolio** | | | | | |
| | Cash and Cash Equivalents | -52,575.79 | 0.00 | | | |
| | Cash Balance | -29,593,462.27 | -33,209,271.10 | | | |
| | Margin Balance | | | | | |
| | **Total Cash and Cash Equivalents** | **-$29,646,038.0** | **-$33,209,271.10** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio** (In Maturity Date Sequence) | | | | | |
| | **Asset Backed Securities** | | | | | |
| 101,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/25 B/E DTD 01/01/03 CLB Security Identifier: 3133D7IK8  Factor: 1.00000000 | 7.8730 | 7,951.73 | 416.63 | | |
| 134,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 Security Identifier: 31393AD61  Factor: 0.42683386 | 4.3910 | 2,511.46 | 235.93 | | |
| 91,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-87 CL-87-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 Security Identifier: 31393TNJ1  Factor: 0.75740442 | 9.9130 | 6,832.42 | 310.16 | | |
| 725,000.00M | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-34 CL-34-IA 5.500% 12/20/31 B/E DTD 05/01/04 Security Identifier: 3837AGF66  Factor: 1.00000000 | 7.5470 | 54,715.75 | 2,990.63 | | |

Account Number: 727-391035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiaries from The Bank of New York Pershing LLC, member FINRA, NYSE, SIPC. One Pershing Plaza, Jersey City, New Jersey 07399

D000000000084779GSP3OO15



# CROCKER SECURITIES LLC

3595 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



# Brokerage
## Account Statement

Statement Period: 04/01/2006 - 04/30/2006

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 137,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2892 CL-2892-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB | 64.3310 | 59,081.41 | 0.00 | | |
| | Security Identifier: 31394KZD9  Factor: 0.67059286 | | | | | |
| 3,959,720.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 2.473% 09/15/33 B/E DTD 08/01/04 | 99.0000 | 333,646.79 | 625.08 | | |
| | Security Identifier: 31395EZT3  Factor: 0.08571131 | | | | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 4.262% 09/15/33 B/E DTD 08/01/04 | 98.9060 | 505.08 | 1.63 | | |
| | Security Identifier: 31395EZV8  Factor: 0.08571131 | | | | | |
| 100,000.000M | FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CTF CL-1AX6 20.000% 10/25/33 B/E DTD 08/01/03 CLB Moody Rating AAA S & P Rating AAA | 149.5070 | 59,810.90 | 600.08 | | |
| | Security Identifier: 32051DH54  Factor: 0.40005420 | | | | | |
| 500,000.000M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Moody Rating AAA S & P Rating AAA | 40.9280 | 204,640.00 | 0.00 | | |
| | Security Identifier: 32051DK60  Factor: 1.00000000 | | | | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL-46-GD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 | 78.5660 | 7,491,405.67 | 0.00 | | |
| | Security Identifier: 31393YU37  Factor: 0.96561751 | | | | | |


DALLAS RATES FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiary of The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC
One Pershing Plaza, Jersey City, New Jersey 07399

PAR-20-CUTSHEET

D000000000987756SSF30035

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| Asset Backed Securities *(continued)* | | | | | | |
| 931,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-TX 0.000% 04/15/34 B/E DTD 04/15/04 CLB  *Security Identifier* 31394WN53  Factor: 0.60080207 | 88.7870 | 495,693.31 | 0.00 | | |
| 73,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 4.673% 04/15/34 B/E DTD 06/01/05  *Security Identifier* 31395UR94  Factor: 0.47782869 | 94.9970 | 33,136.03 | 122.25 | | |
| 111,000.00M | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-56 CL-86-SK INV FLTR 4.844% 04/20/34 B/E DTD 08/20/04  *Security Identifier* 38374HWH9  Factor: 0.45249253 | 83.8350 | 42,107.53 | 182.47 | | |
| 35,217.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB  *Security Identifier* 31395ISK8  Factor: 0.42714921 | 98.4430 | 14,808.70 | 112.82 | | |
| 1,836,333.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 3.955% 08/15/34 B/E DTD 12/01/04  *Security Identifier* 31395KCQ4  Factor: 0.25610145 | 97.5610 | 462,400.32 | 1,405.88 | | |
| 4,400,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-CG 5.500% 10/15/34 B/E DTD 10/01/04 CLB  *Security Identifier* 31395H2C2  Factor: 1.00000000 | 91.9020 | 4,043,688.00 | 18,150.00 | | |
| 46,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-LB FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05  *Security Identifier* 31394C4S8  Factor: 0.29631574 | 92.3560 | 12,588.61 | 0.00 | | |



# CROCKER
## SECURITIES LLC
3995 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1340

# Brokerage
## Account Statement

Statement Period: 04/01/2006 - 04/30/2006

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 3,236,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2005-114 CL-QS 8.000% 01/25/35 B/E<br>DTD 12/01/05<br>*Security Identifier* 31394UJD3  *Factor:* 0.87893545 | 94.3340 | 2,683,080.75 | 17,065.41 | | |
| 18,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2590 CL-2990-NY INV FLTR<br>8.000% 03/15/35 B/E DTD 06/15/05 CLB<br>*Security Identifier* 31395V3X5  *Factor:* 0.86228275 | 95.2640 | 14,786.01 | 93.13 | | |
| 6,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3053 CL-3053-WT INV CPNR<br>8.000% 04/15/35 B/E DTD 10/01/05<br>*Security Identifier* 31396E3E4  *Factor:* 0.91900263J | 92.3300 | 5,091.22 | 33.08 | | |
| 6,000.00M | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-45 CL-45-DT INV FLTR<br>8.000% 06/16/35 B/E DTD 06/16/05 CLB<br>*Security Identifier* 38374LGE5  *Factor:* 0.84592089 | 97.6680 | 4,951.99 | 30.45 | | |
| 50,000.00M | CWMBS INC MTG PASS THRU CTF<br>SER 2005-24 CL-A27 INV FLOATER<br>0.000% 10/25/35 B/E DTD 09/01/05<br>Moody Rating AAA S & P Rating AAA<br>*Security Identifier* 12669AKT4  *Factor:* 0.86683655 | 85.0540 | 37,714.50 | 0.00 | | |
| 3,235,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-HQ "INV FLTG"<br>8.000% 12/25/35 B/E DTD 11/01/05<br>*Security Identifier* 31394UT69  *Factor:* 0.77655545 | 99.9860 | 2,508,505.94 | 15,053.14 | | |



DALLAS RATED
FOR COMMUNICATION

Clearing Through **Pershing** A BNY Securities Group Co.<br>PAR-20-CUTSHEET   Subsidiary of The Bank of New York<br>One Pershing Plaza, Jersey City, New Jersey 07399<br>Pershing LLC, member NASD, NYSE, SIPC (a wholly owned indirect subsidiary of Pershing Group LLC)

Account Number: 727-891035
CROCKER SECURITIES LLC

D000000009971KGSP30035

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 | 87.7690 | 8,776,900.00 | 60,000.00 | | |
| | Security Identifier 31394UT71  Factor: 1.00000000 | | | | | |
| 2,000.000M | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 | 92.9720 | 1,806.51 | 11.66 | | |
| | Security Identifier 31394NG20  Factor: 0.97153330 | | | | | |
| 11,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-39 CL-39 SW 7.500% 05/25/36 B/E DTD 04/01/06 | 86.2580 | 9,488.38 | 61.88 | | |
| | Security Identifier 31395DF73  Factor: 1.00000000 | | | | | |
| **Total Asset Backed Securities** | | | $27,368,898.01 | $117,502.31 | $0.00 | |
| **Total Fixed Income** | | | $27,368,849.01 | $117,502.31 | $0.00 | |

| Description | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | -$5,840,422.09 | $117,502.31 | $0.00 |

D00U00000087179CSF10035

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Mellon Group Co. Member Finra, NYSE, SIPC. Member the Bank of New York Mellon Financial Group Co.

One Pershing Plaza, Jersey City, New Jersey 07399 Pershing LLC, member FINRA, NYSE, SIPC. Subsidiary of the Bank of New York Mellon Corporation. Pershing LLC



# CROCKER SECURITIES LLC

1990 OAK ROAD • SUITE 250 • WALNUT CREEK, CA 94597
925-941-1540

## Brokerage
## Account Statement

Statement Period: 04/01/2006 - 04/30/2006



OHIO AUTO
FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-26-CUTSHEET

A BNY Securities Group Co.
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC Subsidiary of The Bank of New York, a wholly owned subsidiary of BNY.

Page 7 of 23

D000000009877SCSP30035

## Portfolio Holdings (continued)

※ This symbol, next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of

execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included on confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/03/06 | 03/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-10 CL-10-MS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .97968144 REM BAL 2939.04 | -3,000.000 | 100.0000 | 1.22 | 2,940.26 |
| 04/04/06 | 03/30/06 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-10 CL-10-MS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .97968144 REM BAL 1959.36 CANCELLED TRADE | 2,000.000 | 100.0000 | -12.25 | -1,971.61 |

D0000000009877SCRF10005

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/04/06 | 03/30/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR2306-10 CL-10-AS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .97988144 REM BAL 1959.36 CORRECTED CONFIRM | -2,000.000 | 100.0000 | 12.25 | 1,971.61 |
| 04/04/06 | 03/31/06 | CONSOLIDATED FIRM BALANCES | TRANSFERRED TO 727B910431 | | | | -125,652.00 |
| 04/05/06 | 03/31/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR2306-10 CL-10-AS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 VARIABLE RATE FACTOR .97988144 REM BAL 99927.51 | 100,000.000 | 100.2500 | -624.55 | -100,801.88 |
| 04/07/06 | 03/31/06 | CORRECTED PURCHASE | GS MTG SECS CORP 2006 2F MTG PASSTHRU CTF CL 2A 20 FLTG 6.530% 02/25/36 B/E DTD 02/01/06 CPN 6.28187 FACTOR .99514486 REM BAL 270679.40 CORRECTED CONFIRM | 272,000.000 | 98.5312 | -1,416.95 | -268,120.75 |
| 04/07/06 | 03/31/06 | CANCELLED PURCHASE | GS MTG SECS CORP 2006-2F MTG PASSTHRU CTF CL 2A-20 FLTG 6.530% 02/25/36 B/E DTD 02/01/06 FACTOR 0.99514486000 REM BAL 270,679 VARIABLE RATE CANCELLED TRADE | -272,000.000 | 98.5312 | 1,472.95 | 268,176.75 |
| 04/07/06 | 04/05/06 | PURCHASED | FELMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CL.B FACTOR 1.0000000000 REM BAL 4,400,000 | 4,400,000.000 | 101.0000 | -4,033.33 | -4,448,033.33 |
| 04/07/06 | 04/05/06 | CORRECTED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1-A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000000 REM BAL 500000.00 CORRECTED CONFIRM | 500,000.000 | 70.0000 | | -350,000.00 |
| 04/10/06 | 02/28/06 | CANCELLED SELL | GS MTG SECS CORP 2006-2F MTG PASSTHRU CTF CL 2A-20 FLTG 6.530% 02/25/36 B/E DTD 02/01/06 FACT.99514486 VARIABLE RATE FACTOR .99514486 REM BAL 270679.40 CANCELLED TRADE | -272,000.000 | 98.5000 | -1,472.95 | -263,092.16 |
| 04/10/06 | 02/28/06 | CORRECTED SELL | GS MTG SECS CORP 2006 2F MTG PASSTHRU CTF CL 2A 20 FLTG 6.530% 02/25/36 B/E DTD 02/01/06 CPN 6.28187 FACTOR .99514486 REM BAL 270679.40 CORRECTED CONFIRM | 272,000.000 | 98.5000 | 1,416.98 | 268,036.19 |

# CROCKER SECURITIES LLC

1999 Oak Road • Suite 320 • Walnut Creek, CA 94597
925-941-1540

**Brokerage**
*Account Statement*

Statement Period: 04/01/2006 - 04/30/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/11/06 | 04/07/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-10 CL-10-MS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 FACTOR 0.979681440 REM BAL 226,306 | 231,000.000 | 97.0000 | -471.47 | -219,988.69 |
| 04/11/06 | 04/07/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 10 CL 10-MS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 FACTOR 0.979681440 REM BAL 327,213 | -334,000.000 | 97.0000 | 681.70 | 321,351.03 |
| 04/11/06 | 04/07/06 | SOLD | GS MTG SECS CORP 2006 2F MTG PASSTHRU CTF CL 2A 20 FLTG 6.530% 02/25/36 B/E DTD 02/01/06 FACTOR 0.995144800 REM BAL 270,679 | -272,000.000 | 99.0000 | 472.33 | 268,444.94 |
| 04/12/06 | 04/07/06 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 10 CL 10-MS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 FACTOR 0.934826551 CORRECTED CONFIRM | 231,000.000 | 97.0000 | -449.89 | -209,916.47 |
| 04/12/06 | 04/07/06 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-10 CL-10-MS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 FACTOR 0.934826551 CORRECTED CONFIRM | 334,000.000 | 98.0000 | -681.70 | -321,351.03 |
| 04/12/06 | 04/07/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 10 CL 10-MS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 FACTOR 0.934826551 CORRECTED CONFIRM | -334,000.000 | 98.0000 | 650.48 | 306,637.89 |
| 04/12/06 | 04/07/06 | CANCELLED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-10 CL-10-MS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 FACTOR 0.979681440 REM BAL 327,213 CANCELLED TRADE | -231,000.000 | 97.0000 | 471.47 | 219,988.69 |
| 04/12/06 | 04/10/06 | PURCHASED | FNMA 30 YEAR TBA SETT APRIL 5.500% 04/01/36 REG DTD 04/01/06 FACTOR 1.000000000 REM BAL 30,000,000 | 30,000,000.000 | 97.2031 | -50,416.67 | -29,211,356.17 |
| 04/12/06 | 04/10/06 | PURCHASED | FNMA 30 YEAR TBA SETT APRIL 5.500% 04/01/36 REG DTD 04/01/06 FACTOR 1.000000000 REM BAL 12,000,000 | 12,000,000.000 | 97.2031 | -20,166.67 | -11,684,541.67 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through: **Pershing** • A BNY Securities Group Co., Subsidiaries from The Bank of New York

PAR-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, SIPC (Subsidiaries of Pershing Investments LLC)


OASIS BASED FOR COMMUNICATION

0000000000687796SP30015

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/12/06 | 04/10/06 | SOLD | FNMA 30 YEAR TBA SETT APRIL S.500% 04/01/26 REG DTD 04/01/06 FACTOR 1.000000000 REM BAL 30,000,000 | -30,000,000.000 | 98.0078 | 50,416.67 | 29,452,760.42 |
| 04/12/06 | 04/10/06 | SOLD | FNMA 30 YEAR TBA SETT APRIL S.500% 04/01/26 REG DTD 04/01/06 FACTOR 1.000000000 REM BAL 12,000,000 | -12,000,000.000 | 98.0078 | 20,166.67 | 11,780,166.67 |
| 04/12/06 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 0/10/1/03 CLB RD 03/31 PD 04/15/06 | | | | 462.92 |
| 04/17/06 | | BOND INTEREST RECEIVED | 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB RD 03/31 PD 04/15/06 | | | | 290.00 |
| 04/17/06 | | BOND INTEREST RECEIVED | 931000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-TX 0.000% 04/15/34 B/E DTD 04/15/04 CLB RD 03/31 PD 04/15/06 | | | | 4,651.84 |
| 04/17/06 | | BOND INTEREST RECEIVED | 3959715 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 3.190% 09/15/33 B/E DTD 08/01/04 RD 03/31 PD 04/15/06 | | | | 1,400.18 |
| 04/17/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 3.190% 09/15/33 B/E DTD 08/01/04 RD 03/31 PD 04/15/06 | | | | 189,697.51 |
| 04/17/06 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 4.555% 09/15/33 B/E DTD 08/01/04 RD 03/31 PD 04/15/06 | | | | 3.03 |
| 04/17/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 4.555% 09/15/33 B/E DTD 08/01/04 RD 03/31 PD 04/15/06 | | | | 287.44 |
| 04/17/06 | | BOND INTEREST RECEIVED | 45217 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB RD 03/31 PD 04/15/06 | | | | 171.10 |
| 04/17/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/01/04 CLB RD 03/31 PD 04/15/06 | | | | 1,211.07 |

000000000098779C55F34035

# CROCKER SECURITIES LLC

1999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

DALBAR RATED FOR COMMUNICATION

## Brokerage
## Account Statement

Statement Period: 04/01/2006 - 04/30/2006

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/17/06 | | BOND INTEREST RECEIVED | 1636334 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 4.613% 08/15/34 B/E DTD 12/01/04 03/31 PD 04/15/06 | | | | 1,985.43 |
| 04/17/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 4.613% 08/15/34 B/E DTD 12/01/04 RD 03/31 PD 04/15/06 | | | | 42,491.70 |
| 04/17/06 | | BOND INTEREST RECEIVED | 73000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 5.390% 04/15/34 B/E DTD 05/01/05 RD 03/31 PD 04/15/06 | | | | 174.68 |
| 04/17/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 5.390% 04/15/34 B/E DTD 05/01/05 RD 03/31 PD 04/15/06 | | | | 4,009.56 |
| 04/17/06 | | BOND INTEREST RECEIVED | 18000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-AY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 03/31 PD 04/15/06 | | | | 106.59 |
| 04/17/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-AY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 03/31 PD 04/15/06 | | | | 468.09 |
| 04/17/06 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 03/31 PD 04/15/06 | | | | 37.29 |
| 04/17/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 03/31 PD 04/15/06 | | | | 79.40 |
| 04/18/06 | | BOND INTEREST RECEIVED | 6000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 03/31 PD 04/16/06 | | | | 34.47 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
PAR-02-OUTSHEET

A BNY Securities Group Co.
Subsidiary of the Bank of New York
Pershing LLC, member NASD, NYSE, SIPC

One Pershing Plaza, Jersey City, New Jersey 07399
Brokerage Financial Solutions LLC

D000030000039715GSF0035

D000000009877PCSIF30035

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/19/06 | 04/07/06 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-10 CL-10-MS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 FACTOR .9346265T CANCELLED TRADE | 334,000.000 | 98.0000 | -650.48 | -306,637.89 |
| 04/19/06 | 04/07/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-10 CL-10-MS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 ADJ NET FACTOR .9346265T REM BAL .31223205 CORRECTED CONFIRM | 334,000.000 | 98.0000 | 681.70 | 321,351.03 |
| 04/20/06 | 04/19/06 | INT CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 31 DEBIT DAYS AV BAL .33127112.22 AVG RATE .6.925 03-20-06 TO 04-19-06 | | | | -197,549.92 |
| 04/20/06 | | BOND INTEREST RECEIVED | 725000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-34 CL-34-IA 5.500% 12/20/31 B/E DTD 05/01/04 RD 03/31 PD 04/20/06 | | | | 3,322.92 |
| 04/20/06 | | BOND INTEREST RECEIVED | 111000 GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-66 CL-66-SK INV FLTR 5.501% 04/20/34 B/E RD 03/31 PD 04/20/06 | | | | 247.75 |
| 04/20/06 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-66 CL-66-SK INV FLTR 5.501% 04/20/34 B/E DTD 08/20/04 RD 03/31 PD 04/20/06 | | | | 3,818.71 |
| 04/24/06 | 04/18/06 | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT 8.000% 06/16/35 B/E RD 03/31 PD 04/16/06 | -6,000.000 | | | 95.21 |
| 04/25/06 | 03/20/06 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-10 CL-10-MS INV FLTR 7.500% 08/25/35 B/E DTD 02/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .97968014A REM BAL CANCELLED TRADE | 3,000.000 | 100.0000 | -1.22 | -2,940.26 |
| 04/25/06 | 03/20/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 10 CL 10-MS INV FLTR 7.500% 08/25/35 B/E DTD 02/01/06 SOLICITED ORDER FCTR.9346265T FACTOR .9346265T REM BAL .2804.48 CORRECTED CONFIRM | 100,000.000 | 1.17 | 2,805.65 | |
| 04/25/06 | | BOND INTEREST RECEIVED | 2000 CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 5.136% 08/25/35 B/E DTD 07/01/05 RD 03/31 PD 04/25/06 | | | | 7.33 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, NASD, SIPC. Statement(s) if Friday reviewed A2

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



## Brokerage Account Statement

Statement Period: 04/01/2006 - 04/30/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/25/06 | | RETURN OF PRINCIPAL RECEIVED | 2000 CWMBS INC / MTG PASS THRU CTF SER 2005-16 CL-A9 / INV FLTR 5.13694 08/25/35 B/E / DTD 07/01/05 RD 03/31 PD 04/25/06 | | | | 35.22 |
| 04/25/06 | | BOND INTEREST RECEIVED | 3000 CWMBS INC / MTG PASS THRU CTF SER 2005-24 CL-A-26 / "INV FLTG" 5.6986% 10/25/35 B/E / DTD 09/01/05 RD 03/31 PD 04/25/06 | | | | 12.71 |
| 04/25/06 | | RETURN OF PRINCIPAL RECEIVED | 3000 CWMBS INC / MTG PASS THRU CTF SER 2005-24 CL-A-26 / "INV FLTG" 5.6986% 10/25/35 B/E / DTD 09/01/05 RD 03/31 PD 04/25/06 | | | | 55.47 |
| 04/25/06 | | BOND INTEREST RECEIVED | 5000 CWMBS INC / MTG PASS THRU CTF SER 2005-24 CL-A27 / INV FLOATER 0.000% 10/25/35 B/E / DTD 09/01/05 RD 03/31 PD 04/25/06 | | | | 217.15 |
| 04/25/06 | | RETURN OF PRINCIPAL RECEIVED | 5000 CWMBS INC / MTG PASS THRU CTF SER 2005-24 CL-A27 / INV FLOATER 0.000% 10/25/35 B/E / DTD 09/01/05 RD 03/31 PD 04/25/06 | | | | 924.43 |
| 04/25/06 | | BOND INTEREST RECEIVED | 134000 FNMA GTD REMIC PASS / THRU CTF REMIC TR-2005-24 CL-24-IN / INT ONLY 5.500% 01/25/27 B/E / DTD 03/01/05 RD 03/31 PD 04/25/06 | | | | 286.18 |
| 04/25/06 | | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS / THRU CTF REMIC TR-2005-97 CL-97-IC / INT ONLY 6.000% 09/25/28 B/E / DTD 09/01/03 RD 03/31 PD 04/25/06 | | | | 376.28 |
| 04/25/06 | | BOND INTEREST RECEIVED | 1000000 FNMA GTD REMIC PASS / THRU CTF REMIC TR-2004-46 CL-46-QD / "INV" 0.000% 03/25/34 B/E / DTD 05/25/04 RD 03/31 PD 04/25/06 | | | | 37,678.62 |
| 04/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 03/31 PD 04/25/06 | | | | 28,978.40 |

CLEAR RATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-26-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399

CO000000009871KCSP30035

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/25/06 | | BOND INTEREST RECEIVED | 46000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 03/31 PD 04/25/06 | | | | 67.90 |
| 04/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 03/31 PD 04/25/06 | | | | 1,789.98 |
| 04/25/06 | | BOND INTEREST RECEIVED | 325000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 03/31 PD 04/25/06 | | | | 19,102.83 |
| 04/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 03/31 PD 04/25/06 | | | | 286,769.85 |
| 04/25/06 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 03/31 PD 04/25/06 | | | | 65,666.67 |
| 04/25/06 | | BOND INTEREST RECEIVED | 2000 FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 03/31 PD 04/25/06 | | | | 13.14 |
| 04/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 03/31 PD 04/25/06 | | | | 27.20 |
| 04/25/06 | | BOND INTEREST RECEIVED | 3326000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-OS 8.000% 01/25/35 B/E DTD 12/01/05 RD 03/31 PD 04/25/06 | | | | 19,305.51 |
| 04/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-OS 8.000% 01/25/35 B/E DTD 12/01/05 RD 03/31 PD 04/25/06 | | | | 51,590.87 |
| 04/25/06 | | BOND INTEREST RECEIVED | 4000 FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 10 CL 10-MS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 RD 03/31 PD 04/25/06 | | | | 24.49 |
| 04/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 10 CL 10-MS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 RD 03/31 PD 04/25/06 | | | | 179.42 |

D0000000058779CSIF10035

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Securities cleared through Pershing LLC, member FINRA, NYSE, SIPC, a subsidiary of The Bank of New York.

One Pershing Plaza, Jersey City, New Jersey 07399

Page 14 of 23

# CROCKER SECURITIES LLC

3999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

Statement Period: 04/01/2006 - 04/30/2006

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/25/06 | | BOND INTEREST RECEIVED | 100000 FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CTF CL-1A26 20.000% 10/25/33 B/E DTD 08/01/03 CLB RD 03/31 PD 04/25/06 | | | | 668.76 |
| 04/26/06 | 04/07/06 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 10 CL 10-MS INV FLTR 7.500% 08/25/35 B/E DTD 02/01/06 ADJ NET FACTOR .93482651 REM BAL .31223205 CANCELLED TRADE | 334,000.000 | 98.0000 | -681.70 | -321,351.03 |
| 04/26/06 | 04/07/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 10 CL 10-MS INV FLTR 7.500% 08/25/35 B/E DTD 02/01/06 FCTR.93482651 FACTOR .93482651 REM BAL .31223205 CORRECTED CONFIRM | -334,000.000 | 98.0000 | 650.48 | 306,637.89 |
| 04/26/06 | | BOND INTEREST RECEIVED | 272000 GS MTG SECS CORP 2006 2F MTG PASSTHRU CTF CL 2A 20 FLTG 6.530% 02/25/36 B/E DTD 02/01/06 RD 03/31 PD 04/25/06 | | | | 1,459.41 |
| 04/26/06 | | RETURN OF PRINCIPAL RECEIVED | 272000 GS MTG SECS CORP 2006 2F MTG PASSTHRU CTF CL 2A 20 FLTG 6.530% 02/25/36 B/E DTD 02/01/06 RD 03/31 PD 04/25/06 | | | | 3,493.41 |
| 04/27/06 | 04/27/06 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR 2004-26 CL-26-XS "INV" 0.000% 04/16/34 B/E DTD 04/16/04 CLB FACTOR 0.61579189 0180 REM BAL 2.562,192 VARIABLE RATE | 5,743,000.000 | 89.0000 | -5,699.96 | -2,642,051.27 |
| 04/28/06 | 03/30/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-4G CL-4G-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 BRK CORR VARIABLE RATE FACTOR .95351751 REM BAL .95351751 10 CORRECTED CONFIRM | -10,000,000.000 | 113.5000 | 3,307.50 | 10,826,731.24 |



DALBAR RATED FOR COMMUNICATION

D000000009877KCSF30035

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing • a BNY Securities Group Co.
Subsidiary from The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC, Tolerated Limited Purpose Investment BD
One Pershing Plaza, Jersey City, New Jersey 07399
PAR-02-CUTSHEET

D000000000398771KCSF10015

# Transactions in Date Sequence *(continued)*

| Process/ Trade/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/28/06 | 03/30/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ 'INV FLTG' 8.000% 12/25/35 B/E DTD 11/01/05 VARIABLE RATE FACTOR .77553545 REM BAL .257865.37 CORRECTED CONFIRM | -3,325,000.000 | 103.4375 | 15,471.93 | 2,682,765.59 |
| 04/28/06 | 03/30/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP 'INV FLTG' 8.000% 12/25/35 B/E DTD 11/01/05 BRK CORR VARIABLE RATE FACTOR 1.00000000 REM BAL 10000000.00 CORRECTED CONFIRM | -10,000,000.000 | 106.0625 | 60,000.00 | 10,666,250.00 |
| 04/28/06 | 03/30/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FCTR .87983545 FACTOR .87983545 REM BAL .28442351 2 CORRECTED CONFIRM | -3,236,000.000 | 112.0625 | 17,065.41 | 2,919,962.88 |
| 04/28/06 | 03/30/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 2.473% 09/15/33 B/E DTD 08/01/04 FACTOR 0.08511113100 REM BAL 336,931 VARIABLE RATE | -3,998,715.000 | 100.0000 | 624.92 | 337,556.34 |
| 04/28/06 | 03/30/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 3.9659% 09/15/34 B/E DTD 12/01/04 FCTR .25810145 VARIABLE RATE FACTOR .25810145 REM BAL .473960.21 CORRECTED CONFIRM | -1,836,333.000 | 100.0000 | 1,405.70 | 475,365.91 |
| 04/28/06 | 03/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-TX 0.000% 04/15/24 B/E DTD 04/15/04 CLB FACTOR 0.50088020700 REM BAL 959,421 | -931,000.000 | 97.0000 | 2,020.13 | 544,658.70 |
| 04/28/06 | 04/05/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.00000000000 REM BAL 4,400,000 | -4,400,000.000 | 101.0000 | 18,150.00 | 4,462,150.00 |
| 04/28/06 | 04/05/06 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 CORRECTED CONFIRM | -500,000.000 | 70.0000 | | 350,000.00 |
| 04/28/06 | 04/07/06 | CANCELLED SELL | GS MTG SECS CORP 2006 2F MTG PASSTHRU CTF CL 2A 20 FLTG 6.530% 02/25/36 B/E DTD 02/01/06 FACTOR 0.99514480600 REM BAL 270,679 CANCELLED TRADE | 272,000.000 | 99.0000 | -472.33 | -268,444.94 |





**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

DLENA KATEB
FOR COMMUNICATION

## Brokerage
## Account Statement

**Statement Period: 04/01/2006 - 04/30/2006**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/28/06 | 04/07/06 | CORRECTED SELL | GS MTG SECS CORP 2006 2F MTG PASSTHRU CIF CL 2A 20 FLTG 6.282% 02/25/36 B/E DTD 02/01/06 FACTOR .98230144 CORRECTED CONFIRM | -272,000.000 | 99.0000 | 465.57 | 264,197.880 |
| 04/28/06 | 04/24/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-86 CL-85-Z 5.000% 09/25/33 B/E REM BAL 1,142.314 | 1,000,000.000 | 77.5000 | -4,283.68 | -889,577.29 |
| 04/28/06 | 04/24/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-86 CL-85-Z 5.000% 09/25/33 B/E DTD 08/01/03 FACTOR 1.142314034400 REM BAL 1,142.314 | -1,000,000.000 | 79.4375 | 4,283.68 | 911,709.63 |
| 04/28/06 | 04/27/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-DD "INV" DTD 08/01/03 FACTOR 1.142314034400 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.953517510 REM BAL 9,535.175 VARIABLE RATE | 10,000,000.000 | 113.5312 | -3,307.50 | -10,828,716.98 |
| 04/28/06 | 04/27/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-67 CL-67-SC INV FLTR 0.000% 08/25/35 B/E DTD 07/25/05 CLB FACTOR 0.806729680 REM BAL 3,495.559 VARIABLE RATE | 4,333,000.000 | 77.5000 | -1,090.13 | -2,710,148.56 |
| 04/28/06 | 04/27/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-67 CL-67-SC INV FLTR 0.000% 08/25/35 B/E DTD 07/25/05 CLB FACTOR 0.806729680 REM BAL 3,495.559 | -4,333,000.000 | 83.3750 | 1,090.13 | 2,810,645.89 |
| 04/28/06 | 04/27/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/07/05 FACTOR 0.755334500 REM BAL 2,506.867 VARIABLE RATE | 3,235,000.000 | 103.4687 | -15,063.14 | -2,610,936.30 |
| 04/28/06 | 04/27/06 | PURCHASED | FNMA GTD REMIC PASS THRU REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/07/05 FACTOR 1.000000000 REM BAL 10,000.000 VARIABLE RATE | 10,000,000.000 | 106.0937 | -60,000.00 | -10,659,375.00 |



Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Satisfied Free Til Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC, a subsidiary of Bank of New York Mellon
PAR-02-CUTSHEET

D000000000987174CSF30015

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/28/06 | 04/27/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QB 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.878354500 REM BAL 2,844.225 | 3,236,000.000 | 102.0781 | -17,065.41 | -2,920,607.29 |
| 04/28/06 | 04/27/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2771 CL-Z2TT-XTX 0.000% 04/15/34 B/E DTD 04/15/04 CLB FACTOR 0.600820700 REM BAL 559.421 | 931,000.000 | 97.0156 | -2,020.13 | -544,746.11 |
| 04/28/06 | 04/27/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 FACTOR 1.000000000 REM BAL 400,000 | 400,000.000 | 97.2500 | -2,250.00 | -391,250.00 |
| 04/28/06 | 04/27/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 FACTOR 1.000000000 REM BAL 300,000 | -300,000.000 | 97.5000 | 1,687.50 | 294,187.50 |
| 04/28/06 | 04/27/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-28421 INV FLTR 2.473% 09/15/33 B/E DTD 08/01/04 FACTOR 0.085111310 REM BAL 336,931 VARIABLE RATE | 3,958,720.000 | 100.0312 | -624.85 | -337,661.99 |
| 04/28/06 | 04/27/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/24 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400.000 | 4,400,000.000 | 101.0312 | -18,150.00 | -4,463,525.00 |
| 04/28/06 | 04/27/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 3.965% 08/15/24 B/E DTD 12/01/04 FACTOR 0.238101450 REM BAL 473,960 VARIABLE RATE | 1,836,333.000 | 100.0156 | -1,405.70 | -475,439.97 |
| 04/28/06 | 04/27/06 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | 500,000.000 | 70.0312 |  | -350,156.25 |
| 04/28/06 | 04/27/06 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-2E CL-2E-AS "INV" 0.000% 04/16/34 B/E DTD 04/16/04 CLB FACTOR 0.515791830 REM BAL 2,962,192 VARIABLE RATE | -5,743,000.000 | 88.7500 | 6,218.14 | 2,635,163.97 |
| 04/28/06 | 04/27/06 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 4.901% 09/25/35 B/E DTD 07/01/05 SOLICITED ORDER VARIABLE RATE FACTOR .78927646 REM BAL 1578.55 | -2,000.000 | 100.0000 | 5.80 | 1,584.35 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**   A BNY Securities Group Co.
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE/FINRA 400, SIPC, NYSE (floor) and NYSE (display), NYSE/Pershing Prime ms LLC

Page 18 of 23

E000000009877KCSF30335

# CROCKER
## SECURITIES LLC

2399 Oak Road • Suite 200 • Walnut Creek, CA 94597
925-941-1540



NATIONAL RATED
FOR COMMUNICATION

## Brokerage
## Account Statement

Statement Period: 04/01/2006 - 04/30/2006

**Transactions in Date Sequence** *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/28/06 | 04/28/06 | SOLD | CMMBS INC MTG PASS THRU CTF SER 2005-24 CL A-2B 1NU FLTG*** 5.303% 10/25/35 B/E DTD 09/01/05 SOLICITED ORDER VARIABLE RATE FACTOR .86863583 REM BAL 2660.51 | -3,000.000 | | 0.11 | 2,670.62 |
| 04/28/06 | 04/28/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 FACTOR 1.00000000000 REM BAL 250,000 | 250,000,000.000 | 98.0000 | -1,466.25 | -246,406.25 |
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 19000.00 | -19,000.000 | 100.0000 | 106.88 | 19,106.88 |
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 6000.00 | -6,000.000 | 100.0000 | 33.75 | 6,033.75 |
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E FACTOR 1.00000000 REM BAL 600.00 | -2,000.000 | 100.0000 | 11.25 | 2,011.25 |
| 04/28/06 | 04/28/06 | SOLD | FINRA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 2000.00 | -2,000.000 | 100.0000 | 11.25 | 2,011.25 |
| 04/28/06 | 04/28/06 | SOLD | FINRA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 2000.00 | -2,000.000 | 100.0000 | 11.25 | 2,011.25 |
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 3000.00 | -3,000.000 | 100.0000 | 16.88 | 3,016.88 |
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 2000.00 | -2,000.000 | 100.0000 | 11.25 | 2,011.25 |
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E FACTOR 1.00000000 REM BAL 21000.00 | -21,000.000 | 100.0000 | 118.13 | 21,118.13 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

D000000000983775CSP20035

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006-39 CL-39-SW 7.500% 05/25/36 B/E<br>DTD 04/01/06 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 69000.00 | -69,000.000 | 100.0000 | 388.13 | 69,388.13 |
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006-39 CL-39-SW 7.500% 05/25/36 B/E<br>DTD 04/01/06 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 4000.00 | -4,000.000 | 100.0000 | 22.50 | 4,022.50 |
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006-39 CL-39-SW 7.500% 05/25/36 B/E<br>DTD 04/01/06 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 24000.00 | -24,000.000 | 100.0000 | 135.00 | 24,135.00 |
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006-39 CL-39-SW 7.500% 05/25/36 B/E<br>DTD 04/01/06 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 2000.00 | -2,000.000 | 100.0000 | 11.25 | 2,011.25 |
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006-39 CL-39-SW 7.500% 05/25/36 B/E<br>DTD 04/01/06 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 2000.00 | -2,000.000 | 100.0000 | 11.25 | 2,011.25 |
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006-39 CL-39-SW 7.500% 05/25/36 B/E<br>DTD 04/01/06 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 3000.00 | -3,000.000 | 100.0000 | 16.88 | 3,016.88 |
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006-39 CL-39-SW 7.500% 05/25/36 B/E<br>DTD 04/01/06 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 8000.00 | -8,000.000 | 100.0000 | 45.00 | 8,045.00 |
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006-39 CL-39-SW 7.500% 05/25/36 B/E<br>DTD 04/01/06 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 1000.00 | -1,000.000 | 100.0000 | 5.63 | 1,005.63 |
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006-39 CL-39-SW 7.500% 05/25/36 B/E<br>DTD 04/01/06 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 1000.00 | -1,000.000 | 100.0000 | 5.63 | 1,005.63 |
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006-39 CL-39-SW 7.500% 05/25/36 B/E<br>DTD 04/01/06 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 1000.00 | -1,000.000 | 100.0000 | 5.63 | 1,005.63 |
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006-39 CL-39-SW 7.500% 05/25/36 B/E<br>DTD 04/01/06 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 10000.00 | -10,000.000 | 100.0000 | 56.25 | 10,056.25 |

0000000000987TSGSF20035

# CROCKER SECURITIES LLC

1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



# Brokerage
# Account Statement

Statement Period: 04/01/2006 - 04/30/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR:2006-39 CL-39-SW 7.500% 06/25/36 B/E D/TD 04/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 9000.00 | -9,000.000 | 100.0000 | 50.63 | 9,050.63 |
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR:2006-39 CL-39-SW 7.500% 06/25/36 B/E D/TD 04/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 5000.00 | -5,000.000 | 100.0000 | 28.13 | 5,028.13 |
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR:2006-39 CL-39-SW 7.500% 06/25/36 B/E D/TD 04/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 45000.00 | -45,000.000 | 100.0000 | 253.13 | 45,253.13 |
| 04/28/06 | 04/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR:2006-39 CL-39-SW 7.500% 06/25/36 B/E D/TD 04/01/06 FACTOR 1.00000000 REM BAL 100000.00 | -100,000.000 | 97.2500 | 562.50 | 97,812.50 |
| 04/28/06 | 04/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER:2881 CL-2881-AT INV FLTR 16.000% 07/15/34 B/E D/TD 11/01/04 CLB SOLICITED ORDER VARIABLE RATE FACTOR .42714921 REM BAL 4271.49 | -10,000.000 | 100.0000 | 32.04 | 4,303.53 |

**Total Value of all Transactions** | | | | | | | **-53,563,233.04**

The price and quantity displayed may have been rounded.

Account Number: 7LJ-891035
CROCKER SECURITIES LLC

Clearing Through Pershing, A BNY Securities Group Co,
Sub-accounts held at One Pershing Plaza, Jersey City, New Jersey 07399

D0000000009679GSF3OO15

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 05/17/06 | 03/30/06 | Sell | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-34 CL-34-IA 6.500% 12/20/31 B/E DTD 05/01/04 FACTOR 1.00000000 REM BAL 72800.00 CORRECTED CONFIRM | -725,000.000 | 13.0312 | -1,712.22 | 96,248.78 |
| 05/31/06 | 04/27/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.93535175100 REM BAL 9,535,175 VARIABLE RATE | -10,000,000.000 | 113.5468 | -6,615.00 | 10,833,508.35 |
| 05/31/06 | 04/27/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.77535354600 REM BAL 2,508,857 VARIABLE RATE | -3,235,000.000 | 103.4843 | -16,725.71 | 2,613,000.88 |
| 05/31/06 | 04/27/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000000 REM BAL 10,000,000 VARIABLE RATE | -10,000,000,000.000 | 106.1250 | -66,666.67 | 10,679,166.67 |
| 05/31/06 | 04/27/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.87893545400 REM BAL 2,844,235 VARIABLE RATE | -3,235,000,000.000 | 102.0000 | -18,951.57 | 2,920,081.39 |
| 05/31/06 | 04/27/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-TX 0.000% 04/15/34 B/E DTD 04/15/04 CLB FACTOR 0.66008820700 REM BAL 559,421 | -931,000.000 | 97.0000 | -2,486.32 | 545,124.89 |
| 05/31/06 | 04/27/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-I CL-2842-I INV FLTR 2.473% 09/15/33 B/E DTD 09/07/04 FACTOR 0.08511131100 REM BAL 336,931 VARIABLE RATE | -3,958,720.000 | 100.0000 | -694.27 | 337,626.12 |
| 05/31/06 | 04/27/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.00000000 REM BAL 4,400,000 | -4,400,000.000 | 97.5000 | -20,166.67 | 4,310,166.67 |

Account Number: 7ZZ-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**

000000000098779CSP30015

## CROCKER SECURITIES LLC

3595 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-945-1540

### Brokerage Account Statement

Statement Period: 04/01/2006 - 04/30/2006

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 05/31/06 | 04/27/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 3.555% 08/15/34 B/E DTD 12/01/04 FACTOR 0.258101145000 REM BAL 473,960 | -1,836,333.000 | 100.0000 | -1,561.89 | 475,522.10 |
| 05/31/06 | 04/27/06 | Sell | VARIABLE RATE FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500.000 | -500,000.000 | 67.0000 | 0.00 | 335,000.00 |
| Total Amount of Trades Not Settled | | | | | | | $33,145,445.85 |



Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiary The Bank of New York
PAR-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SIPC, NYSE, NSD, SFE (Financial Affiliates) company LLC

0003000008779CSF10015



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



## Brokerage
### Account Statement

Account Number: 7Z7-891035
Statement Period: 05/01/2006 - 05/31/2006

CROCKER SECURITIES LLC
-- TAXABLE TRADE #2 --
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

lll..l..l.l.ll.ll..l.l.ll.ll..l.l.ll.ll..l.l.ll

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$5,840,422.09 |
| Cash Withdrawals | -249,431.00 |
| Dividends/Interest | -27,421.48 |
| Change in Account Value | 82,520.35 |
| Ending Account Value | -$6,034,754.22 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | 27,368,849.01 | 26,495,239.62 | 100% | Your Account is 100% invested in Fixed Income. |
| Cash and Cash Equivalents | -33,209,271.10 | -32,529,993.84 | 0% | |
| Account Total | -$5,840,422.09 | -$6,034,754.22 | 100% | |

QUALIFIED RATED
FOR COMMUNICATION

D010011ZC5PS0034
PAR-02-CUTSHEET

Clearing Through **Pershing** • JBW Securities Group Co.
Subtitled from 7th Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC (a subsidiary of The Bank of New York Securities Inc. LLC)

Page 1 of 24

## Customer Service Information

Your Investment Advisor: RDG

DOUG GREEN

**Contact Information**
Telephone Number: (561) 361-4603
Fax Number: (561) 362-5251

**Customer Service Information**
Service Hours: Weekdays 08:00 a.m. – 05:00 p.m. PST
Customer Service Telephone Number: (800) 941-2895

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | **Cash and Cash Equivalents** 0.00% of Portfolio | | | | | |
| | Margin Balance | -33,209,271.10 | -32,529,993.84 | | | |
| | **Total Cash and Cash Equivalents** | **-$33,209,271.10** | **-$32,529,993.84** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income   100.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | |
| | **Asset Backed Securities** | | | | | |
| 101,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549AB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB <br> *Security Identifier* 31393J7K8  Factor: 1.00000000 | 7.4770 | 7,551.77 | 462.92 | | |
| 134,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 <br> *Security Identifier* 31393AD51  Factor: 0.38632218 | 4.0140 | 2,077.83 | 237.27 | | |
| 91,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 <br> *Security Identifier* 31393TN11  Factor: 0.72740284 | 10.0580 | 6,657.76 | 330.97 | | |
| 725,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-34 CL-34-IA 5.500% 12/20/31 B/E DTD 05/01/04 <br> *Security Identifier* 38374GF56  Factor: 1.00000000 | 6.9330 | 50,264.25 | 3,322.92 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**

801012121C3P21QC4

# CROCKER SECURITIES LLC

3999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 05/01/2006 - 05/31/2006

## Portfolio Holdings (continued)

### Fixed Income (continued)
**Asset Backed Securities (continued)**

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| 137,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GID SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB<br>*Security Identifier: 31394KZD9  Factor: 0.67036296* | 62.6820 | 57,566.88 | 0.00 | | |
| 1,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GID SER-2842-J CL-2842-J INV FLTR 1.751% 09/15/33 B/E DTD 08/01/04<br>*Security Identifier: 31395EZT3  Factor: 0.06726568* | 98.9820 | 66.60 | 0.10 | | |
| 6,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GID SER-2842-L CL-2842-L INV FLTR 2.057% 09/15/33 B/E DTD 08/01/04<br>*Security Identifier: 31395E2V8  Factor: 0.06726588* | 98.8780 | 399.19 | 0.69 | | |
| 100,000.00M | FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CTF CL-1A26 20.000% 10/25/33 B/E DTD 08/01/03 CLB<br>*Security Identifier: 32051DH54  Factor: 0.40005420* | 145.9150 | 58,373.31 | 666.76 | | |
| 500,000.00M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Moody Rating AAA S & P Rating AAA<br>*Security Identifier: 32051DK50  Factor: 1.00000000* | 39.4540 | 197,270.00 | 0.00 | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04<br>*Security Identifier: 31393YU37  Factor: 0.95075002* | 76.9710 | 7,318,017.98 | 0.00 | | |

801001235CSF930034

DALBAR RATED FOR COMMUNICATION

Account Number: 7ZJ-891035
CROCKER SECURITIES LLC

Clearing Through Pershing A BNY Securities Group Co.
Subsidiary from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC (Subsidiary of Pershing Investments LLC

PAVE-02-CUTSHEET1

# Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 931,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-TX 0.000% 04/15/34 B/E DTD 04/15/04 CLB<br>*Security Identifier 3139AWN53  Factor: 0.60088207* | 84.1530 | 470,769.73 | 0.00 | | |
| 73,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882 CL-2882-YS INV FLTR 3.951% 04/15/34 B/E DTD 06/01/05<br>*Security Identifier 31395U594  Factor: 0.45621910* | 96.2150 | 32,043.44 | 109.65 | | |
| 111,000.00M | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-66 CL-66-SK INV FLTR 4.133% 04/20/34 B/E DTD 08/20/04<br>*Security Identifier 38374HWH9  Factor: 0.43350325* | 81.2180 | 39,081.18 | 165.73 | | |
| 1,836,333.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 3.855% 08/15/34 B/E DTD 12/01/04<br>*Security Identifier 31395KCQ4  Factor: 0.24340212* | 96.0160 | 429,160.17 | 1,473.13 | | |
| 4,400,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB<br>*Security Identifier 31395II2Q2  Factor: 1.00000000* | 91.1720 | 4,011,568.00 | 20,166.67 | | |
| 46,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05<br>*Security Identifier 31394C4S8  Factor: 0.28049122* | 92.8870 | 11,997.74 | 0.00 | | |
| 3,236,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05<br>*Security Identifier 3139AU1D3  Factor: 0.85697796* | 92.3130 | 2,560,008.28 | 18,487.87 | | |

Account Number: 7ZJ-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiary from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Subsidiary of Pershing Investments LLC

8010C12SCSF93001 4

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1341



# Brokerage
## Account Statement

**Statement Period: 05/01/2006 - 05/31/2006**

## Portfolio Holdings *(continued)*

### Fixed Income *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Asset Backed Securities** *(continued)* | | | | | | |
| 18,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2890 CL-2990A WI INV FLTR<br>8.000% 03/15/35 B/E DTD 06/15/05 CLB<br>*Security Identifier: 31395V3X5  Factor: 0.83906535* | 92.7760 | 14,012.12 | 100.69 | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3053 CL-3063-WI INV CPNR<br>8.000% 04/15/35 B/E DTD 10/01/05<br>*Security Identifier: 31396E3E4  Factor: 0.90609646* | 91.710 | 4,961.51 | 36.28 | | |
| 6,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-45 CL-45-OT INV FLTR<br>8.000% 06/16/35 B/E DTD 06/16/05 CLB<br>*Security Identifier: 38374LGE5  Factor: 0.83313016Z* | 96.3610 | 4,806.30 | 33.25 | | |
| 63,000.000M | CWMBS INC MTG PASS THRU CTF<br>SER 2005-16 CL-A9 INV FLTR<br>4.697% 08/26/35 B/E DTD 07/01/05<br>*Security Identifier: 126694G385  Factor: 0.75090062* | 89.9740 | 42,568.87 | 185.19 | | |
| 7,000.000M | CWMBS INC MTG PASS THRU CTF<br>SER 2005-24 CL-A-26 "INV FLTG"<br>4.884% 10/25/35 B/E DTD 09/01/05<br>Moody Rating AAA S & P Rating AAA<br>*Security Identifier: 126694KS6  Factor: 0.88250459* | 88.8940 | 5,491.46 | 25.04 | | |
| 50,000.000M | CWMBS INC MTG PASS THRU CTF<br>SER 2005-24 CL-A27 INV FLOATER<br>0.000% 10/25/35 B/E DTD 09/01/05<br>Moody Rating AAA S & P Rating AAA<br>*Security Identifier: 126694KT4  Factor: 0.88250535* | 81.4510 | 35,940.47 | 0.00 | | |

DALLAR RATED<br>FOR COMMUNICATION

Clearing Through **Pershing** • LPF Securities Group Co.<br>PAR-02-CUTSHEET       Subsidiary From The Bank of New York<br>Pershing LLC, member NASD, NYSE, SIPC, Pershing LLC is a wholly owned subsidiary of The Bank of New York.

One Pershing Plaza, Jersey City, New Jersey 07399

**Page 5 of 24**

3010012CSF310014

# Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| Asset Backed Securities (continued) | | | | | | |
| 3,325,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-HQ "INV FLTG"<br>8.000% 12/25/35 B/E DTD 11/01/05<br>Security Identifier 31394UT69  Factor: 0.72477068 | 99.2880 | 2,392,704.29 | 16,055.75 | $0.00 | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-HP "INV FLTG"<br>8.000% 12/25/35 B/E DTD 11/01/05<br>Security Identifier 31394UT77  Factor: 1.00000000 | 87.3320 | 8,733,200.00 | 66,666.67 | $0.00 | |
| 2,000,000M | FNMA MULTICLASS MTG PARTN CTFS GTD<br>SER-2006-2 CL-LY 8.000% 12/25/35 B/E<br>DTD 01/01/06<br>Security Identifier 31394VG20  Factor: 0.92046855 | 89.6620 | 1,650.66 | 12.27 | $0.00 | |
| 8,000,000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E<br>DTD 04/01/06<br>Security Identifier 31395DF13  Factor: 0.97430222 | 90.2060 | 7,031.03 | 48.72 | $0.00 | |
| **Total Asset Backed Securities** | | | $26,495,239.62 | $128,598.54 | $0.00 | |
| **Total Fixed Income** | | | $26,495,239.62 | $128,598.54 | $0.00 | |

| Description | | | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | | -56,034,764.22 | $128,598.54 | $0.00 | |

Account Number: 727-89103S
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Member FINRA, NYSE, SIPC, NYSE Arca

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, SIPC, financial industry of Pershing Investment LLC

800100123ECSF310034



# Brokerage
## Account Statement

**CROCKER SECURITIES LLC**
3599 Oak Street • Suite 230 • Walnut Creek, CA 94597
925.941.1840

Statement Period: 05/01/2006 - 05/31/2006

## Portfolio Holdings *(continued)*

■ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. If dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/01/06 | 04/27/06 | CANCELLED SELL | GNMA GTD REMIC PASS THRU CTF REMIC TR 2004-26 CL-26-XS "INV" 0.005% 04/16/34 B/E DTD 04/15/04 CLB FACTOR 0.51579183000 REM BAL 2,382,192 VARIABLE RATE CANCELLED TRADE | 5,743,000.000 | 88.7500 | -6,218.14 | -2,635,163.97 |
| 05/01/06 | 04/27/06 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTF REMIC TR 2004-26 CL-26-XS "INV" 0.005% 04/16/34 B/E DTD 04/16/34 CLB SD CORR VARIABLE RATE FACTOR .51579183 REM BAL 2982192.48 CORRECTED CONFIRM | -5,743,000.000 | 88.7500 | 5,699.96 | 2,634,645.79 |
| 05/01/06 | 04/28/06 | PURCHASED | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 4.901% 08/25/35 B/E DTD 07/01/05 UNSOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 63000.00 | 63,000.000 | 100.0000 | -182.78 | -49,901.20 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
PAR-QS-CUSHEET

A BNY Securities Group Co.
Subsidiary of The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC

One Pershing Plaza, Jersey City, New Jersey 07399
Member of all Principal Exchanges & Futures Exchanges LLC

Page 7 of 24



DATA RATED FOR COMMUNICATION

60100125CGP590J4

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/01/06 | 04/28/06 | PURCHASED | CWABS INC MTG PASS THRU CTF SER 2005-24 CL A-2E "INV FLTG" 5.303% 10/25/35 B/E DTD 09/01/05 UNSOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 7000.00 | 7,000.000 | 100.0000 | -23.59 | -5,231.44 |
| 05/01/06 | 05/01/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-67 CL-67 SC INV FLTR 0.000% 08/25/35 B/E DTD 07/25/05 CLB FACTOR 0.80673295800 REM BAL 455,633 | 540,000.000 | 83.1250 | -271.71 | -362,392.45 |
| 05/03/06 | 04/27/06 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG 8.000% 12/25/35 B/E DTD 11/07/05 VARIABLE RATE FACTOR .77553545 REM BAL .2578655.37 CORRECTED CONFIRM | 3,325,000.000 | 103.4687 | -15,471.93 | -2,683,574.41 |
| 05/03/06 | 04/27/06 | CANCELLED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/07/05 VARIABLE RATE FACTOR .77553545 REM BAL 2,508,857 | -3,235,000.000 | 103.4687 | 15,053.14 | 2,610,936.30 |
| 05/03/06 | 04/27/06 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-28842-J INV FLTR 2.473% 09/15/33 B/E DTD 08/01/04 QTY CORR VARIABLE RATE FACTOR .08511131 REM BAL .336931.42 CORRECTED CONFIRM | 3,958,715.000 | 100.0312 | -624.85 | -337,661.56 |
| 05/03/06 | 04/27/06 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-28842-J INV FLTR 2.473% 09/15/33 B/E DTD 08/01/04 FACTOR .08511131100 REM BAL 336,931 | -3,958,720.000 | 100.0312 | 624.85 | 337,661.99 |
| 05/03/06 | 04/27/06 | CORRECTED PURCHASE | VARIABLE RATE CANCELLED TRADE FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-39 CL-39-3W 7.500% 05/25/36 B/E DTD 04/01/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 3000.00 | | | | |
| 05/05/06 | 05/03/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-39 CL-39-3W 7.500% 05/25/36 B/E RD 03/31 PD 04/25/06 TRD ADJ ON 4/5 A/O 3/31/06. | -3,000.000 | 100.0000 | 2.50 | 3,002.50 |
| 05/08/06 | | BOND INTEREST RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 10 CL 10-AB5 7.500% 06/25/35 B/E RD 03/31 PD 04/25/06 TRD ADJ ON 4/5 A/O 3/31/06. | | | | 624.55 |
| 05/08/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 10 CL 10-AB5 7.500% 06/25/35 B/E RD 03/31 PD 04/25/06 TRD ADJ ON 4/5 A/O 3/31/06. | | | | 4,575.20 |

B010012ECSF30034

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 209 • Walnut Creek, CA 94597
925-941-1540

**Brokerage Account Statement**

Statement Period: 05/01/2006 - 05/31/2006

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/11/06 | 05/03/06 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39 SW 7.500% 05/25/36 B/E DTD 04/07/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL. 3000.00 CANCELLED TRADE | 3,000.000 | 100.0000 | -2.50 | -3,002.50 |
| 05/11/06 | 05/03/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39 SW 7.500% 05/25/36 B/E DTD 04/07/06 SOLICITED ORDER FCTR.97430222 FACTOR 1.00000000 REM BAL. 3000.00 CORRECTED CONFIRM | 3,000.000 | 100.0000 | 2.44 | 2,925.35 |
| 05/11/06 | 05/04/06 | PURCHASED | FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL. 30,000,000 | 30,000,000.000 | 96.5625 | -45,833.33 | -29,014,583.33 |
| 05/11/06 | 05/04/06 | PURCHASED | FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL. 22,000,000 | 22,000,000.000 | 96.5429 | -33,611.11 | -21,273,064.22 |
| 05/11/06 | 05/04/06 | SOLD | FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL. 30,000,000 | -30,000,000.000 | 97.1171 | 45,833.33 | 29,180,988.58 |
| 05/11/06 | 05/04/06 | SOLD | FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL. 5,000,000 | -5,000,000.000 | 96.8750 | 7,638.89 | 4,851,388.89 |
| 05/11/06 | 05/04/06 | SOLD | FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL. 12,000,000 | -12,000,000.000 | 97.1093 | 18,333.33 | 11,671,458.33 |
| 05/11/06 | 05/04/06 | SOLD | FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL. 5,000,000 | -5,000,000.000 | 96.5312 | 7,638.89 | 4,834,201.39 |
| 05/12/06 | 05/05/06 | CONSOLIDATED FIRM BALANCES | FACTOR 1.000000000 REM BAL. 5,000,000 TRANSFERRED TO 727B910431 | -5,000,000.000 | | | -249,431.00 |
| 05/15/06 | 05/15/06 | BOND INTEREST RECEIVED | 107000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-B INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB RD 04/28 PD 05/15/06 | | | | 466.92 |
| 05/15/06 | | BOND INTEREST RECEIVED | 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB RD 04/28 PD 05/15/06 | | | | 266.65 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Member of Pershing Group of Pershing Investments LLC

Page 9 of 24

80100125C9F30034

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/15/06 | | BOND INTEREST RECEIVED | 931000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-TX 0.000% 04/15/34 B/E DTD 04/15/04 CLB RD 04/28 PD 05/15/06 | | | | 4,661.84 |
| 05/15/06 | | BOND INTEREST RECEIVED | 395720 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 2.473% 09/15/33 B/E DTD 08/01/04 RD 04/28 PD 05/15/06 | | | | 694.44 |
| 05/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 2.473% 09/15/33 B/E DTD 08/01/04 | | | | 70,583.71 |
| 05/15/06 | | PRINCIPAL PAY DOWN RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 4.262% 09/15/33 B/E DTD 08/01/04 RD 04/28 PD 05/15/06 | | | | 1.81 |
| 05/15/06 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 4.262% 09/15/33 B/E DTD 08/01/04 | | | | 106.95 |
| 05/15/06 | | PRINCIPAL PAY DOWN RECEIVED | 440000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-CG 5.500% 10/15/34 B/E DTD 10/01/04 CLB RD 04/28 PD 05/15/06 | | | | 20,166.67 |
| 05/15/06 | | BOND INTEREST RECEIVED | 35217 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/07/04 CLB RD 04/28 PD 05/15/06 | | | | 125.36 |
| 05/15/06 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2881 CL-2881-AT INV FLTR 10.000% 07/15/34 B/E DTD 11/07/04 CLB | | | | 482.71 |
| 05/15/06 | | BOND INTEREST RECEIVED | 183833 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 3.955% 09/15/34 B/E DTD 12/01/04 RD 04/28 PD 05/15/06 | | | | 1,561.89 |
| 05/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 3.955% 09/15/34 B/E DTD 12/01/04 | | | | 26,992.86 |
| 05/15/06 | | BOND INTEREST RECEIVED | 73000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 4.673% 04/15/34 B/E DTD 05/01/05 RD 04/28 PD 05/15/06 | | | | 135.82 |

Account Number: 727-891025
CROCKER SECURITIES LLC
Clearing Through Pershing   A BNY Securities Group Co. Member, The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Related clearing brokerage accounts carried by Pershing LLC
Page 10 of 24

BO100125C5F310034

# CROCKER SECURITIES LLC

3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925.941.1560



# Brokerage Account Statement

**Statement Period: 05/01/2006 - 05/31/2006**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 4.673% 04/15/34 B/E DTD 05/01/05 RD 04/28 PD 05/15/06 | | | | 1,571.13 |
| 05/16/06 | | BOND INTEREST RECEIVED | 18000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2980 CL-2980-NY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 04/28 PD 05/15/06 | | | | 103.47 |
| 05/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2980 CL-2980-NY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 04/28 PD 05/15/06 | | | | 417.91 |
| 05/15/06 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 04/28 PD 05/15/05 | | | | 36.76 |
| 05/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 04/28 PD 05/15/06 | | | | 72.18 |
| 05/16/06 | | BOND INTEREST RECEIVED | 6000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.003% 06/16/35 B/E DTD 06/01/05 CLB RD 04/28 PD 05/16/06 | | | | 33.84 |
| 05/16/06 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.003% 06/16/35 B/E DTD 06/16/05 CLB | | | | 87.72 |
| 05/17/06 | 03/30/06 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-34 CL-34-IA 5.500% 12/20/31 B/E DTD 05/07/04 FACTOR 1.00000000 REM BAL 725000.00 CORRECTED CONFIRM | -725,000.000 | 13.0312 | 1,772.22 | 96,246.78 |
| 05/18/06 | 03/30/06 | CANCELLED SELL | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-34 CL-34-IA 5.500% 12/20/31 B/E DTD 05/07/04 FACTOR 1.00000000 REM BAL 725000.00 CANCELLED TRADE | 725,000.000 | 13.0312 | -1,772.22 | -96,246.78 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Settlom from The World of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, SeMember of the Pershing Services LLC

B010012SCEF31GC24

DATA RATES FOR COMMUNICATION

80010012YCSF01G034

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/19/06 | 05/18/06 | PURCHASED | CWMBS INC M/G PASS THRU CTF SER 2005-6 CL-1A8 5.250% 04/25/35 B/E DTD 02/01/05 CLB FACTOR 0.85999960 REM BAL 1,072,060 | 1,246,583.000 | 131.1250 | -2,814.16 | -143,542.15 |
| 05/19/06 | 05/18/06 | SOLD | CWMBS INC M/G PASS THRU CTF SER 2005-6 CL-1A8 5.250% 04/25/35 B/E DTD 02/01/05 CLB FACTOR 0.85999960 REM BAL 1,072,060 | -1,246,583.000 | 13.5000 | 2,814.16 | 147,542.38 |
| 05/19/06 | 05/18/06 | PURCHASED | MASTR ASSET SEC TR 2005-1 MTG PASSTHRU CTF 2005-1 CL 2A7 5.500% 05/25/35 B/E DTD 05/01/05 CLB FACTOR 1.00000400 REM BAL 772,727 | 772,727.000 | 39.0000 | -2,135.00 | -303,484.64 |
| 05/19/06 | 05/18/06 | SOLD | MASTR ASSET SEC TR 2005-1 MTG PASSTHRU CTF 2005-1 CL 2A7 5.500% 05/25/35 B/E DTD 05/01/05 CLB FACTOR 1.00000400 REM BAL 772,727 | -772,727.000 | 39.0000 | 2,135.00 | 303,484.64 |
| 05/22/06 | 05/18/06 | CORRECTED PURCHASE | MASTER ALTERNATIVE LOANS TRUST SER 2003-9 CL 30AX 6.000% 01/25/34 B/E DTD 12/01/03 CLB FACTOR 0.48971136000 REM BAL 3257098.15 CORRECTED CONFIRM | 6,551,080.000 | 21.5000 | -11,434.84 | -713,860.95 |
| 05/22/06 | 05/18/06 | SOLD | MASTER ALTERNATIVE LOANS TRUST SER 2003-9 CL 30AX 6.000% 01/25/34 B/E DTD 12/01/03 CLB FACTOR 0.48971136000 REM BAL 3,267,098 | -6,551,080.000 | 22.0000 | 11,434.84 | 730,196.44 |
| 05/22/06 | 05/19/06 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 30 DEBIT DAYS AV BAL 336995541.19 AVG RATE 7.074 04-20-06 TO 05-19-06 | | | | -198,673.72 |
| 05/22/06 | | BOND INTEREST RECEIVED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-34 CL-34-A 5.500% 12/20/31 B/E DTD 05/01/04 RD 04/28 PD 05/20/06 | | | | 3,322.92 |
| 05/22/06 | | BOND INTEREST RECEIVED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-66 CL-66-SK INV FLTR 4.8449% 04/20/34 B/E DTD 08/20/04 RD 04/28 PD 06/20/05 | | | | 202.73 |
| 05/22/06 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-66 CL-66-SK INV FLTR 4.8449% 04/20/34 B/E DTD 08/20/04 RD 04/28 PD 05/20/06 | | | | 2,101.81 |
| 05/23/06 | 05/18/06 | CORRECTED PURCHASE | MASTER ALTERNATIVE LOANS TRUST SER 2003-9 CL 30AX 6.000% 01/25/34 B/E DTD 12/01/03 CLB FACTOR 0.58058638000 REM BAL 3803467.82 CORRECTED CONFIRM | 6,551,080.000 | 13.5000 | -11,434.84 | -713,860.95 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Member FINRA, SIPC

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, Member FINRA, SIPC (formerly of Pershing Division of DLJ)

# CROCKER SECURITIES LLC

1399 Oak Road • Suite 220 • Walnut Creek, CA 94597
925-941-1540



DALBAR RATED
FOR COMMUNICATION

## Brokerage Account Statement

Statement Period: 05/01/2006 - 05/31/2006

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/23/06 | 05/18/06 | CANCELLED PURCHASE | MASTER ALTERNATIVE LOANS TRUST SER 2003-9 CL 30AX 6.000% 01/25/34 B/E DTD 12/01/03 CLB FACTOR .49071380000 REM BAL .326769815 CANCELLED TRADE | -5,551,080,000 | 21.5000 | 11,434.84 | 713,860.95 |
| 05/25/06 | | BOND INTEREST RECEIVED | 50000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A27 INV FLOATER 0.000% 10/25/35 B/E DTD 09/01/05 RD 04/28 PD 05/25/06 | | | | 188.21 |
| 05/25/06 | | RETURN OF PRINCIPAL RECEIVED | 50000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A27 INV FLOATER 0.000% 10/25/35 B/E DTD 09/01/05 RD 04/28 PD 05/25/06 | | | | 216.56 |
| 05/25/06 | | BOND INTEREST RECEIVED | 134000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 RD 04/28 PD 05/25/06 | | | | 262.15 |
| 05/25/06 | | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 04/28 PD 05/25/06 | | | | 344.62 |
| 05/25/06 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-OD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 04/28 PD 05/25/06 | | | | 33,074.98 |
| 05/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-OD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 04/28 PD 05/25/06 | | | | 27,674.90 |
| 05/25/06 | | BOND INTEREST RECEIVED | 46000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 04/28 PD 05/25/06 | | | | 56.31 |
| 05/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 04/28 PD 05/25/05 | | | | 727.93 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**  A BNY Securities Group Co.
PAR-02-CUTSHEET     Subisacities that Bala of New York.

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Member of the Depository Trust & Clearing Corporation LLC

Page 13 of 24

0010191125C5F510034

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/25/06 | | BOND INTEREST RECEIVED | 560000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-67 CL-67-SC INV FLTR 0.000% 08/25/35 B/E DTD 07/25/06 CLB RD 04/28 PD 05/25/06 | | | | 1,358.57 |
| 05/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-67 CL-67-SC INV FLTR 0.000% 08/25/35 B/E DTD 07/25/05 CLB RD 04/28 PD 05/25/06 | | | | 2,837.85 |
| 05/25/06 | | BOND INTEREST RECEIVED | 325000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 04/28 PD 05/25/06 | | | | 16,725.71 |
| 05/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 04/28 PD 05/25/06 | | | | 164,224.03 |
| 05/25/06 | | BOND INTEREST RECEIVED | 1000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 04/28 PD 05/25/06 | | | | 66,686.67 |
| 05/25/06 | | BOND INTEREST RECEIVED | 2000 FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 04/28 PD 05/25/06 | | | | 12.95 |
| 05/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 04/28 PD 05/25/06 | | | | 102.09 |
| 05/25/06 | | BOND INTEREST RECEIVED | 325000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CS 8.000% 01/25/35 B/E DTD 12/01/05 RD 04/28 PD 05/25/06 | | | | 18,961.57 |
| 05/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CS 8.000% 01/25/35 B/E DTD 12/01/05 RD 04/28 PD 05/25/06 | | | | 71,054.44 |
| 05/25/06 | | BOND INTEREST RECEIVED | T1000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 RD 04/28 PD 05/25/06 | | | | 68.75 |
| 05/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 RD 04/28 PD 05/25/06 | | | | 282.68 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC
Clearing Through **Pershing** A BNY Securities Group Co. Subsidiary of The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. A Financial Services Corporation of The Bank of New York, LLC

B3100125C6F330034



**CROCKER SECURITIES LLC**
1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 05/01/2006 - 05/31/2006

## Transactions in Date Sequence (continued)

| Process/ Trade Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/25/06 | 05/25/06 | BOND INTEREST RECEIVED | 100000 FIRST HORIZON MTG PASSTHRU TR SER 2003 B CTF CL-1A26 20.000% 10/25/33 B/E DTD 08/01/03 CLB RD 04/28 PD 05/25/06 | | | | 666.76 |
| 05/26/06 | 05/18/06 | CANCELLED SELL | CWMBS INC MTG PASS THRU CTF SER 2005-6 CL-1A8 5.250% 04/25/35 B/E DTD 02/01/05 CLB 5.250% 04/25/35 B/E DTD 02/01/05 CLB FACTOR 0.85999996000 CANCELLED TRADE | 1,246,583.000 | 13.5000 | -2,814.16 | -147,542.38 |
| 05/26/06 | 05/18/06 | CORRECTED SELL | CWMBS INC MTG PASS THRU CTF SER 2005-6 CL-1A8 5.250% 04/25/35 B/E DTD 02/01/05 CLB FAC 0.849999565 FACTOR .84999956 REM BAL 1059995.00 CORRECTED CONFIRM | -1,246,583.000 | 13.5000 | 2,781.44 | 145,826.77 |
| 05/30/06 | 05/02/06 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3151 CL-3151-US INV FLTR 0.000% 07/15/36 B/E DTD 05/01/06 CLB FACTOR 1.000000000 REM BAL 2554000.00 VARIABLE RATE CORRECTED CONFIRM | 2,554,000.000 | 97.1250 | -15,430.42 | -2,496,002.92 |
| 05/30/06 | 05/02/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3151 CL-3151-US INV FLTR 0.000% 07/15/36 B/E DTD 05/07/06 CLB FACTOR 1.000000000 REM BAL 2554000.00 VARIABLE RATE CORRECTED CONFIRM | -2,554,000.000 | 98.1250 | 15,430.42 | 2,521,542.92 |
| 05/30/06 | 05/03/06 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3151 CL-3151-US INV FLTR 0.000% 07/15/36 B/E DTD 05/01/06 CLB FACTOR 1.000000000 REM BAL 2654000.00 VARIABLE RATE CORRECTED CONFIRM | 2,664,000.000 | 96.6875 | -16,034.58 | -2,582,120.58 |
| 05/30/06 | 05/03/06 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3151 CL-3151-US INV FLTR 0.000% 07/15/36 B/E DTD 05/01/06 CLB FACTOR 1.000000000 REM BAL 946000.00 VARIABLE RATE CORRECTED CONFIRM | 946,000.000 | 97.1250 | -5,715.42 | -924,571.92 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
PAR-02-CUTSHEET

A BNY Securities Group Co.
Services from the Bank of New York
Pershing LLC, member NASD, NYSE, SIPC (a subsidiary of Pershing Investments LLC)

One Pershing Plaza, Jersey City, New Jersey 07399

Page 15 of 24

DO10012125CF310034

DIALED RATED FOR COMMUNICATION

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/30/06 | 05/03/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3151 CL-3151-US INV FLTR 0.000% 01/15/36 B/E DTD 05/01/06 CLB FACTOR 1.000000000 REM BAL 3600000.00 VARIABLE RATE CORRECTED CONFIRM | -3,600,300,000 | 98.2500 | 21,750.00 | 3,558,750.00 |
| 05/30/06 | 05/11/06 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3151 CL-3151-US INV FLTR 0.000% 01/15/36 B/E DTD 05/01/06 CLB FACTOR 1.000000000 REM BAL 2206000.00 VARIABLE RATE CORRECTED CONFIRM | 2,206,010,000 | 98.2187 | -13,327.92 | -2,158,662.92 |
| 05/30/06 | 05/11/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3151 CL-3151-US INV FLTR 0.000% 01/15/36 B/E DTD 05/01/06 CLB FACTOR 1.000000000 REM BAL 2206000.00 VARIABLE RATE CORRECTED CONFIRM | -2,206,000,000 | 98.2187 | 13,327.92 | 2,180,033.55 |
| 05/30/06 | 05/18/06 | CANCELLED SELL | MASTER ALTERNATIVE LOANS TRUST SER 2003-9 CL 30AX 6.000% 01/25/34 B/E REM BAL 3,267,090 CANCELLED TRADE | 6,551,080,000 | 22.0000 | -11,434.84 | -730,198.44 |
| 05/30/06 | 05/18/06 | CORRECTED SELL | MASTER ALTERNATIVE LOANS TRUST SER 2003-9 CL 30AX 6.000% 01/25/34 B/E DTD 12/01/03 CLB FACTOR .498711380 REM BAL 3267090.15 CORRECTED CONFIRM | -6,551,080,000 | 22.0000 | 11,295.56 | 721,302.31 |
| 05/30/06 | 05/24/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3151 CL-3151-US INV FLTR 0.000% 07/15/36 B/E DTD 05/01/06 CLB FACTOR 1.000000000 REM BAL 1,500,000 VARIABLE RATE | 1,500,000,000 | 97.2500 | -9,052.50 | -1,467,812.50 |
| 05/30/06 | 05/22/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3151 CL-3151-US INV FLTR 0.000% 07/15/36 B/E DTD 05/01/06 CLB FACTOR 1.000000000 REM BAL 1,500,000 VARIABLE RATE | -1,500,000,000 | 98.2187 | 9,052.50 | 1,482,343.75 |
| 05/30/06 | 05/30/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3151 CL-3151-US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB FACTOR 1.000000000 REM BAL 246,000 | 246,000,000 | 96.6875 | -1,486.25 | -239,337.50 |
| 05/30/06 | 05/30/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3151 CL-3151-US INV FLTR 7.500% 07/15/36 B/E DTD 05/07/06 CLB FACTOR 1.000000000 REM BAL 250,000 | 250,000,000 | 97.0000 | -1,510.42 | -244,010.42 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Services from the Bank of New York Pershing LLC, member NASD, NYSE, SIPC (Subsidiary of Pershing Investments LLC)

One Pershing Plaza, Jersey City, New Jersey 07399

Page 16 of 24

3010012SCSF30014

RO100125C5F310034

# CROCKER SECURITIES LLC
3299 OAK Road • Suite 239 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

Statement Period: 05/01/2006 - 05/31/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/31/06 | 04/27/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46 QD "INV" 0.000% 03/25/34 B/E DTD 06/25/04 FACTOR .95075002000 REM BAL .95075002000.20 | -10,000,000.000 | 113.5468 | 5,823.34 | 10,801,292.71 |
| 05/31/06 | 04/27/06 | CORRECTED CONFIRM | VARIABLE RATE CORRECTED CONFIRM FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/07/05 FACTOR .72477088000 REM BAL .2409862.51 VARIABLE RATE CORRECTED CONFIRM | -3,325,000.000 | 103.4843 | 16,085.75 | 2,509,896.91 |
| 05/31/06 | 04/27/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10,000,000 VARIABLE RATE | -10,000,000.000 | 106.1250 | 66,666.67 | 10,679,166.67 |
| 05/31/06 | 04/27/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 07/25/35 B/E DTD 12/01/05 FACTOR .86597980000 REM BAL .27318038.68 CORRECTED CONFIRM VARIABLE RATE | -3,236,000.000 | 102.0000 | 18,487.87 | 2,847,132.16 |
| 05/31/06 | 04/27/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-TX 0.000% 04/15/34 B/E DTD 04/15/04 CLB FACTOR .06008820700 REM BAL .599,421 | -931,000.000 | 97.0000 | 2,486.32 | 545,124.89 |
| 05/31/06 | 04/27/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 1.751% 09/15/33 B/E DTD 08/01/04 VARIABLE RATE FACTOR .06728688 | -3,958,715.000 | 95.0000 | 388.63 | 253,435.97 |
| 05/31/06 | 04/27/06 | CORRECTED CONFIRM | REM BAL .266565.62 CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400.000 | -4,400,000.000 | 97.500 | 20,166.67 | 4,310,166.67 |
| 05/31/06 | 04/27/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 3.955% 08/15/34 B/E DTD 12/01/04 FACTOR .24340212000 REM BAL .446967.35 VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 100.0000 | 1,226.02 | 448,193.37 |

DALBAR RATED FOR COMMUNICATION

# Transactions in Date Sequence *(continued)*

Account Number: 727-891035
CROCKER SECURITIES LLC
Clearing Through: **Pershing** A BNY Securities Group Co.
Subsidiary of The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Member: NYSE, SIPC, Chicago Stock Exchange, Inc., Philadelphia Stock Exchange, Inc.

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/31/06 | 04/27/05 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A#2. 0.00076 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500,000 | -500,000.000 | 67.0000 | 335.96 | 336,000.00 |
| 05/31/06 | 05/01/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-67 CL-67.5C INV FLTR 0.00076 08/25/35 B/E DTD 07/25/05 CLB FACTOR .80147431000 REM BAL 42796.13 CORRECTED CONFIRM | -500,000.000 | | 251.04 | 360,012.82 |
| 05/31/06 | 05/23/06 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.00076 12/25/35 B/E DTD 11/01/05 FACTOR .95075002000 REM BAL 9,507,500.20 VARIABLE RATE CORRECTED CONFIRM | 10,000,000.000 | 113.6093 | -5,823.34 | -10,807,234.90 |
| 05/31/06 | 05/23/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.00076 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL 10,000,000 VARIABLE RATE | 10,000,000.000 | 106.1875 | -66,666.67 | -10,685,416.67 |
| 05/31/06 | 05/23/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-Q3 8.00076 01/25/35 B/E DTD 12/01/05 FACTOR .85696779600 REM BAL 2,773,180 VARIABLE RATE | 3,236,000.000 | 102.0312 | -18,467.87 | -2,847,998.78 |
| 05/31/06 | 05/23/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-TX 0.00076 06/15/34 B/E DTD 04/15/04 CLB FACTOR .60080820700 REM BAL 559,421 VARIABLE RATE | 931,000.000 | 97.0625 | -2,466.32 | -545,474.53 |
| 05/31/06 | 05/23/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2906 CL-2906-LS INV FLTR 3.95976 08/15/34 B/E DTD 12/01/04 FACTOR .24340212000 REM BAL 446,967 VARIABLE RATE | 1,836,333.000 | 100.0312 | -1,226.02 | -448,333.04 |
| 05/31/06 | 05/24/06 | CORRECTED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A#2 0.00076 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500,000.00 CORRECTED CONFIRM | 500,000.000 | 67.0625 | | -335,312.50 |
| 05/31/06 | 05/30/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.00076 12/25/35 B/E DTD 11/01/05 FACTOR .72477069800 REM BAL 2,409,862 VARIABLE RATE | 3,325,000.000 | 103.5000 | -16,065.75 | -2,510,273.45 |

BO10012KCSF50034



# CROCKER SECURITIES LLC
1999 Oak Road • Suite 330 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

**Statement Period: 05/01/2006 - 05/31/2006**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/31/06 | 05/30/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2874 CL-2874-GG 5.500% 10/15/34 B/E / DTD 10/01/04 CLB FACTOR 1.000000000 / REM BAL 4,400,000 | 4,400,000.000 | 97.5312 | -20,166.67 | -4,311,541.67 |
| 05/31/06 | 05/30/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-3151 CL-3151-LS INV FLTR / 7.500% 07/15/36 B/E DTD 05/07/06 CLB / FACTOR 1.000000000 REM BAL 264,000 | -264,000.000 | 97.250 | 1,650.00 | 258,390.00 |
| 05/31/06 | | BOND INTEREST ADJUSTMENT | FNMA GTD REMIC PASS THRU CTF REMIC / SER-2005-110 CL-HQ 8.000% 12/25/35 B/E / RD 04/28 PD 05/25/06 TRADE ADJ ON 5/3 5/8 / CR ON 3325M BONDS | | | | -16,725.71 |
| 05/31/06 | | BOND INTEREST RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC / SER-2005-110 CL-HQ 8.000% 12/25/35 B/E / RD 04/28 PD 05/25/06 | | | | 17,191.03 |
| 05/31/06 | | PRINCIPAL PAY DOWN ADJUSTMENT | FNMA GTD REMIC PASS THRU CTF REMIC / SER-2005-110 CL-HQ 8.000% 12/25/35 B/E / RD 04/28 PD 05/25/06 TRADE ADJ ON 5/3 5/8 / CR ON 3325M BDS | | | | -164,224.03 |
| 05/31/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC / SER-2005-110 CL-HQ 8.000% 12/25/35 B/E / RD 04/28 PD 05/25/06 | | | | 168,792.86 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2881 CL-2881-4T INV FLTR / 10.000% 07/15/34 B/E DTD 11/01/04 CLB / FACTOR 0.413442080 REM BAL 14,560 | -35,217.000 | 121.34 | | 13,953.53 |
| 05/31/06 | 05/31/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-3000 CL-3000-SR INV FLTR / VARIABLE RATE | 3,000,000.000 | 83.500 | -4,046.57 | -2,356,863.34 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-3000 CL-3000-SR INV FLTR / 3.231% 03/15/35 B/E DTD 07/15/05 CLB / FACTOR 0.392482040 REM BAL 2,817,744 | -3,000,000.000 | 86.000 | 4,016.57 | 2,427,306.95 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Member FINRA, NYSE, SIPC / Located at Harborside
PAR-QC-CUTSHEET
One Pershing Plaza, Jersey City, New Jersey 07399

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/31/06 | 05/31/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/07/06 CLB FACTOR 1.00000000 REM BAL 228,000 | 228,000.000 | 97.0000 | -1,425.00 | -222,885.00 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/07/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 4500.00 | -45,000.000 | 100.0000 | 281.25 | 45,281.25 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/07/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 1500.00 | -15,000.000 | 100.0000 | 93.75 | 15,093.75 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/07/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 400.00 | -4,000.000 | 100.0000 | 25.00 | 4,025.00 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/07/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 300.00 | -3,000.000 | 100.0000 | 18.75 | 3,018.75 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 06/01/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 600.00 | -6,000.000 | 100.0000 | 37.50 | 6,037.50 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/07/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 1000.00 | -11,000.000 | 100.0000 | 68.75 | 11,068.75 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/07/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 9000.00 | -9,000.000 | 100.0000 | 56.25 | 9,056.25 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/07/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 1000.00 | -1,000.000 | 100.0000 | 6.25 | 1,006.25 |

BO10012SCGSF30034

Account Number: 727-891035
CROCKER SECURITIES LLC
Clearing Through Pershing
A BNY Securities Group Co.
Settlors from the Rest of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Page 20 of 24

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1547



SE HABLA ESPAÑOL
FDIC COMMUNICATIONS

**Brokerage**
**Account Statement**

Statement Period: 05/01/2006 - 05/31/2006

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiary from 11th Bank of New York
PART-02-CUTSHEET Pershing LLC, member FASD, NYSE, SIPC, Channel(s) of the key accounts LLC

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 1000.00 | -1,000.000 | 100.0000 | 6.25 | 1,006.25 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 5000.00 | -5,000.000 | 100.0000 | 31.25 | 5,031.25 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 5000.00 | -5,000.000 | 100.0000 | 31.25 | 5,031.25 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 47000.00 | -47,000.000 | 100.0000 | 293.75 | 47,293.75 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 2000.00 | -2,000.000 | 100.0000 | 12.50 | 2,012.50 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 200.00 | -16,000.000 | 100.0000 | 100.00 | 16,100.00 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 2000.00 | -2,000.000 | 100.0000 | 12.50 | 2,012.50 |

B0100125CSF30034

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 400.000 | -4,000.000 | 100.0000 | 25.00 | 4,025.00 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 600.000 | -6,000.000 | 100.0000 | 37.50 | 6,037.50 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 600.000 | -6,000.000 | 100.0000 | 37.50 | 6,037.50 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 17,000.000 | -17,000.000 | 100.0000 | 106.25 | 17,106.25 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 2,000.000 | -2,000.000 | 100.0000 | 12.50 | 2,012.50 |
| 05/31/06 | 05/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB FACTOR 1.00000000 REM BAL 253.000 | -253,000.000 | 98.0000 | 1,581.25 | 249,521.25 |

**Total Value of all Transactions** $671,277.26

The price and quantity displayed may have been rounded.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Members NYSE, NASD, SIPC, NFA, SFA, DBC/DeSoto/Poinciana of Pershing overseas Ltd.

One Pershing Plaza, Jersey City, New Jersey 07399

Page 22 of 24

# CROCKER SECURITIES LLC

1299 Oak Road • Suite 200 • Walnut Creek, CA 94597
925-941-1560



DEALER RATED
FOR COMMUNICATION

## Brokerage
## Account Statement

Statement Period: 05/01/2006 - 05/31/2006

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
PAR-02-CUTSHEET  Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC (NasdaqIB of Pershing Investments LLC)

Page 23 of 24

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 06/30/06 | 05/23/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/26/04 FACTOR 0.590759002.00 REM BAL 9,507,500 | -10,000,000.000 | 113.6693 | -5,486.50 | 10,806,508.06 |
| 06/30/06 | 05/23/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10,000,000 VARIABLE RATE | -10,000,000.000 | 106.2031 | -84,444.44 | 10,684,756.94 |
| 06/30/06 | 05/23/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.859977600 REM BAL 2,773.180 VARIABLE RATE | -3,236,000.000 | 100.0000 | -17,671.61 | 2,791,025.29 |
| 06/30/06 | 05/23/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-277-1X 0.000% 04/15/34 B/E DTD 04/15/04 CL8 FACTOR 0.600882070.00 REM BAL 559.421 | -931,000.000 | 95.0000 | -2,330.92 | 533,781.07 |
| 06/30/06 | 05/23/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 3.955% 08/15/34 B/E DTD 12/01/04 FACTOR 0.243402120.00 REM BAL 446.957 VARIABLE RATE | -1,836,333.000 | 97.0000 | -1,185.15 | 434,743.47 |
| 06/30/06 | 05/30/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.724770680.00 REM BAL 2,409.662 VARIABLE RATE | -3,325,000.000 | 103.5000 | -15,530.23 | 2,509,737.93 |
| 06/30/06 | 05/30/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CL8 FACTOR 1.000000000 REM BAL 4,400,000 | -4,400,000.000 | 95.0000 | -19,494.44 | 4,199,494.44 |

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 06/30/06 | 05/30/06 | Sell | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A2 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000000 REM BAL 500.000 | -500,000.000 | 67.0000 | 0.00 | 335,000.00 |
| 06/30/06 | 05/30/06 | Sell | GNMA GTD REMIC PASS THRU CTF REMIC TR 2004-34 CL 34-IA 5.500% 12/20/31 B/E DTD 05/01/04 FACTOR 1.00000000000 REM BAL 725.000 | -725,000.000 | 10.0000 | -3,212.15 | 75,712.15 |

**Total Amount of Trades Not Settled**      **$32,371,186.35**

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Member NYSE, Inc.

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Financial Industry Regulatory Authority LLC

B0100122CSF30054

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1547



CROCKER SECURITIES LLC
-- TAXABLE TRADE #2 --
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Ilı..lıl..lıl..lıl..lıll..lıl..lıl..lıl..lı.lll

**Your Investment Advisor:**
DOUG GREEN
(561) 361-4803

# Brokerage
## Account Statement

Account Number: 7Z7-891035
Statement Period: 06/01/2006 - 06/30/2006

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$6,034,764.22 |
| Cash Withdrawals | -173,471.00 |
| Dividends/Interest | -43,008.70 |
| Change in Account Value | -66,655.30 |
| Ending Account Value | -$6,317,899.22 |

## Asset Allocation

| | Value | | Percent | |
|---|---|---|---|---|
| | Last Period | This Period | Allocation | |
| **Fixed Income** | | | | Your Account is 100% invested in Fixed Income. |
| Cash and Cash Equivalents | 26,495,239.62 | 22,285,934.70 | 100% | |
| | -32,529,993.84 | -28,603,833.92 | 0% | |
| **Account Total** | -$6,034,754.22 | -$6,317,899.22 | 100% | |

DJ03999#CSFS30047

Clearing Through **Pershing** • LMG Securities Group Co.
PAR-02-CUTSHEET                          Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. (Member firm of Pershing Investments LLC.)

Page 1 of 18

## Customer Service Information

Your Investment Advisor: RDG
DOUG GREEN

| Contact Information | Customer Service Information |
|---|---|
| Telephone Number: (561) 361-4803 | Service Hours: Weekdays 08:00 a.m. - 06:00 p.m. PST |
| Fax Number: (561) 362-5261 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

### Cash and Cash Equivalents  0.00% of Portfolio

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Margin Balance | -32,529,953.84 | -28,603,833.92 | $0.00 | $0.00 | |
| | **Total Cash and Cash Equivalents** | **-$32,529,953.8** | **-$28,603,833.92** | | | |

### Fixed Income  100.00% of Portfolio  (in Maturity Date Sequence)

Asset Backed Securities

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| 101,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2549 CL-ZS49-I8 INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB Security Identifier 31393I7K8  Factor: 1.00000000 | 7.2230 | 7,295.23 | 447.49 | | |
| 134,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 Security Identifier 31393AD61  Factor: 0.35613066 | 3.5400 | 1,689.34 | 211.43 | | |
| 91,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-37 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 Security Identifier 31393TN41  Factor: 0.69583309 | 9.9460 | 6,297.89 | 306.05 | | |
| 137,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB Security Identifier 31394KZD9  Factor: 0.67036296 | 61.2110 | 56,216.01 | 0.00 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Subsidiary from the Bank of New York.

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing, member FINRA, NYSE. Pershing LLC is a subsidiary of Bank of New York Securities Group LLC

8C0599864C5F30647



# CROCKER
## SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 06/01/2006 - 06/30/2006

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 1,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 1.433% 09/15/33 B/E DTD 08/01/04 *Security Identifier* 31395E2T3  Factor: 0.02465522 | 99.9870 | 24.56 | 0.03 | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 3.616% 09/15/33 B/E DTD 08/01/04 *Security Identifier* 31395E2V8  Factor: 0.02465522 | 99.4580 | 147.19 | 0.46 | | |
| 100,000.000M | FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CTF CL-1A26 20.000% 10/25/33 B/E DTD 08/01/03 CLB *Moody Rating AAA S & P Rating AAA* *Security Identifier* 32051DH54  Factor: 0.40005420 | 142.8530 | 57,140.94 | 644.53 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD INV'' 0.000% 03/25/34 B/E DTD 05/25/04 *Security Identifier* 31393YU37  Factor: 0.94761140 | 76.8510 | 7,282,488.37 | 0.00 | | |
| 73,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 3.633% 04/15/34 B/E DTD 05/01/05 *Security Identifier* 31395U984  Factor: 0.43165040 | 92.5830 | 29,169.29 | 92.20 | | |
| 4,400,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB *Security Identifier* 31395H2Q2  Factor: 1.00000000 | 90.8910 | 3,999,204.00 | 19,494.44 | | |

Account Number: 727-391035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
PAIR-02-CUTSHEET                        Solutions from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC (Subsidiary of Pershing Investments LLC)

Page 3 of 18

BAJAR RATED
FOR COMMUNICATION

B0099986CSP30047

# Portfolio Holdings (continued)

BD059984CB910047

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** (continued) | | | | | |
| | Asset Backed Securities (continued) | | | | | |
| 46,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-30 CL-30-L8 FLT RATE<br>0.000% 11/25/34 B/E DTD 09/01/05<br>Security Identifier 31394CA5B  Factor: 0.23971202 | 93.7480 | 10,337.36 | 0.00 | | |
| 18,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2590 CL-2590-PA YI INV FLTR<br>8.000% 03/15/35 B/E DTD 06/15/05 CLB<br>Security Identifier 31385V3X5  Factor: 0.31297868 | 911.490 | 13,338.37 | 94.31 | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3053 CL-3053-WT INV CPNR<br>8.000% 04/15/35 B/E DTD 10/01/05<br>Security Identifier 31396E3E4  Factor: 0.88804811 | 90.1180 | 4,801.75 | 34.34 | | |
| 6,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-45 CL-45-DT INV FLTR<br>8.000% 06/16/35 B/E DTD 06/16/05 CLB<br>Security Identifier 38374LGE5  Factor: 0.82065928 | 94.0690 | 4,651.51 | 31.73 | | |
| 63,000.000M | CWMBS INC MTG PASS THRU CTF<br>SER 2005-16 CL-A9 INV FLTR<br>4.295% 08/25/35 B/E DTD 07/01/05<br>Security Identifier 12669G385  Factor: 0.75059062 | 91.8840 | 43,472.53 | 163.69 | | |
| 297,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-67 CL-67-SC INV FLTR<br>2.561% 08/25/35 B/E DTD 07/25/05 CLB<br>Security Identifier 31394EH50  Factor: 0.78927880 | 76.8060 | 180,045.40 | 559.14 | | |
| 7,000.000M | CWMBS INC MTG PASS THRU CTF<br>SER 2005-24 CL-A-26 "INV FLTG"<br>4.460% 10/25/35 B/E DTD 09/01/05<br>Moody Rating AAA S & P Rating AAA<br>Security Identifier 126694KS6  Factor: 0.86854375 | 87.4230 | 5,315.15 | 21.84 | | |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC
Clearing Through Pershing
A JWTandIn Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, member FINRA, SIPC. Subsidiary of The Bank of New York
Securities from The Bank of New York
Page 4 of 18

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



## Brokerage Account Statement

Statement Period: 06/01/2006 - 06/30/2006

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 50,000.000M | CWMBS INC MTG PASS THRU CTF<br>SER 2005-24 CL-A27 INV FLOATER<br>0.00% 10/25/35 B/E DTD 69/01/05<br>Moody Rating AAA S & P Rating AAA<br>Security Identifier: 12669MKT4  Factor: 0.88685454 | 78.2560 | 33,984.41 | 0.00 | | |
| 3,325,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER 2005-110 CL-HQ "INV FLTG"<br>8.000% 12/25/35 B/E DTD 11/01/05<br>Security Identifier: 31394UT59  Factor: 0.64894035 | 98.3540 | 2,122,210.48 | 13,905.35 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER 2005-110 CL-HP "INV FLTG"<br>8.000% 12/25/35 B/E DTD 11/01/05<br>Security Identifier: 31394UT77  Factor: 1.00000000 | 84.1970 | 8,419,700.00 | 64,444.44 | | |
| 2,000.000M | FNMA MULTICLASS MTG PARTN CTFS GTD<br>SER 2006-2 CL-LY 8.000% 12/25/35 B/E<br>DTD 01/01/06<br>Security Identifier: 31394VG20  Factor: 0.88930257 | 83.8480 | 1,491.32 | 11.46 | | |
| 8,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006-39 CL-39-SW 7.500% 05/25/36 B/E<br>DTD 04/01/06<br>Security Identifier: 31395DF13  Factor: 0.86631192 | 89.3280 | 6,905.50 | 46.70 | | |
| **Total Asset Backed Securities** | | | $22,285,934.70 | $100,509.63 | $0.00 | |
| **Total Fixed Income** | | | $22,285,934.70 | $100,509.63 | $0.00 | |

DALBAR RATED FOR COMMUNICATION

B0I0Y99R4CSF10UC7

## Portfolio Holdings (continued)

| Description | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| Total Portfolio Holdings | -$6,317,899.22 | $100,509.63 | $0.00 |

☀ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/02/06 | 05/18/06 | CORRECTED PURCHASE | CWMBS INC MTG PASS THRU CTF SER 2005-6 CL-1A8 5.250% 04/25/35 B/E DTD 02/01/05 CLB FACTOR .84999956 REM BAL 1059956.00 CORRECTED CONFIRM | 1,246,883.000 | 13.1250 | -2,781.44 | -141,853.28 |
| 06/02/06 | 05/18/06 | CANCELLED PURCHASE | CWMBS INC MTG PASS THRU CTF SER 2005-6 CL-1A8 5.250% 04/25/35 B/E DTD 02/01/05 CLB FACTOR .84999956 REM BAL 1,072,060 CANCELLED TRADE | -1,246,583.000 | 13.1250 | 2,814.16 | 143,522.15 |
| 06/02/06 | 05/18/06 | CORRECTED PURCHASE | CWMBS INC MTG PASS THRU CTF SER 2006-6 CL-1A8 5.250% 04/25/35 B/E DTD 02/01/05 CLB FACTOR 0.85999956060 REM BAL 1,072,060 CANCELLED TRADE MASTER ALTERNATIVE LOANS TRUST SER 2003-9 CL 30AX 6.000% 01/26/34 B/E | 6,551,080.000 | 21.5000 | -11,295.66 | -705,165.80 |
| 06/02/06 | 05/18/06 | CANCELLED PURCHASE | DTD 12/01/03 CLB FACTOR .49871138 REM BAL 3267108.15 CORRECTED CONFIRM MASTER ALTERNATIVE LOANS TRUST SER 2003-9 CL 30AX 6.000% 01/26/34 B/E | -6,551,080.000 | 21.500 | 11,434.84 | 713,860.95 |
| 06/02/06 | | CONSOLIDATED FIRM BALANCES | DTD 12/01/03 CLB FACTOR .39871138 REM BAL 3693467.92 CANCELLED TRADE TRANSFERRED TO 7Z7B910431 | | | -173.00 | -173,471.00 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, NASD, SIPC, NFA, FINRA Futures Division (Pershing Division of BNY Securities Group LLC)

Page 6 of 18

B009994ACSPF10417

# CROCKER SECURITIES LLC

3999 OAK Road • Suite 209 • Walnut Creek, CA 94597
925-941-1340



## Brokerage Account Statement

**Statement Period: 06/01/2006 - 06/30/2006**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/13/06 | 06/13/06 | PURCHASED | FNMA 30 YR TBA SETT JUNE 5.500% 08/01/36 REG DTD 06/01/06 | 30,000,000.000 | 96.8750 | -55,000.00 | -29,117,500.00 |
| 06/13/06 | 06/13/06 | PURCHASED | FACTOR 1.000000000 REM BAL 30,000,000 FNMA 30 YR TBA SETT JUNE 5.500% 06/01/36 REG DTD 06/01/06 | 27,000,000.000 | 96.9982 | -49,500.00 | -26,236,235.95 |
| 06/13/06 | 06/13/06 | SOLD | FACTOR 1.000000000 REM BAL 27,000,000 FNMA 30 YR TBA SETT JUNE 5.500% 06/01/36 REG DTD 06/01/06 | -30,000,000.000 | 96.4804 | 55,000.00 | 28,959,140.63 |
| 06/13/06 | 06/13/06 | SOLD | FACTOR 1.000000000 REM BAL 30,000,000 FNMA 30 YR TBA SETT JUNE 5.500% 06/01/36 REG DTD 06/01/06 | -22,000,000.000 | 96.4687 | 40,333.33 | 21,263,458.33 |
| 06/13/06 | 06/13/06 | SOLD | FACTOR 1.000000000 REM BAL 22,000,000 FNMA GTD MTG PASS THRU CTFS POOL # 891435 5.500% 05/01/36 B/E DTD 04/01/06 FACTOR 0.99560428600 | -5,000,000.000 | 96.2343 | 9,166.67 | 4,820,885.42 |
| 06/13/06 | 06/13/06 | SOLD | FACTOR 1.000000000 REM BAL 5,000,000 REM BAL 2,999,999 | -3,014,946.000 | 96.4804 | 5,500.00 | 2,899,914.01 |
| 06/15/06 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB RD 06/31 PD 06/15/06 | | | | 462.92 |
| 06/15/06 | | BOND INTEREST RECEIVED | 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB RD 06/31 PD 06/15/06 | | | | 235.20 |
| 06/15/06 | | BOND INTEREST RECEIVED | 931000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-IX 0.000% 04/15/34 B/E DTD 04/15/04 CLB RD 05/31 PD 06/15/06 | | | | 4,661.84 |
| 06/15/06 | | BOND INTEREST RECEIVED | 1000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 1.731% 09/15/33 B/E DTD 08/01/04 RD 05/31 PD 06/15/06 | | | | 0.10 |

Clearing Through Pershing® A BNY Securities Group Inc.
Subsidiary That Has Made of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC is a wholly owned subsidiary
PMS-30-CUTSHEET

BD0059984C5F31047

DATA COM FOR COMMUNICATION

B009998405130047

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842L INV FLTR 1.751% 09/15/33 B/E DTD 08/01/04 RD 05/31 PD 06/15/06 | | | | 42.62 |
| 06/15/06 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842L INV FLTR 2.057% 09/15/33 B/E DTD 08/01/04 RD 05/31 PD 06/15/06 | | | | 1.33 |
| 06/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842L INV FLTR 2.057% 09/15/33 B/E DTD 08/01/04 | | | | 255.72 |
| 06/15/06 | | BOND INTEREST RECEIVED | 4400000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB RD 05/31 PD 06/15/06 | | | | 20,166.67 |
| 06/15/06 | | BOND INTEREST RECEIVED | 1636333 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 3.955% 08/15/24 B/E | | | | 1,226.02 |
| 06/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905-LS INV FLTR 3.955% 08/15/24 B/E DTD 12/01/04 RD 05/31 PD 06/15/06 | | | | 30,298.44 |
| 06/15/06 | | BOND INTEREST RECEIVED | 73000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 3.951% 04/15/24 B/E | | | | 109.65 |
| 06/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 3.951% 04/15/24 B/E DTD 05/01/05 RD 05/31 PD 06/15/06 | | | | 1,797.90 |
| 06/15/06 | | BOND INTEREST RECEIVED | 18000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-NV INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 05/31 PD 06/15/06 | | | | 100.69 |
| 06/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-NV INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB | | | | 469.59 |
| 06/15/06 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 05/31 PD 06/15/06 | | | | 36.28 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Subsidiary of The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, NASD, SIPC Securities offered through Pershing LLC

Page 8 of 18

# CROCKER SECURITIES LLC

1399 Oak Road • Suite 150 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

Statement Period: 06/01/2006 - 06/30/2006

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 05/31 PD 06/15/06 | | | | 113.69 |
| 06/16/06 | 06/13/06 | PURCHASED | FNMA 30 YR TBA SETT JUNE 5.500% 06/01/35 REG DTD 06/01/06 FACTOR 1.000000000 REM BAL 27,000,000 | 27,000,000.000 | 96.8750 | -49,500.00 | -26,205,750.00 |
| 06/06/06 | 06/13/06 | CANCELLED SELL | FNMA 30 YR TBA SETT JUNE 5.500% 06/01/36 REG DTD 06/01/06 FACTOR 1.000000000 REM BAL 30,000,000 | 30,000,000.000 | 96.4804 | -55,000.00 | -28,998,137.63 |
| 06/16/06 | 06/13/06 | SOLD | FNMA 30 YR TBA SETT JUNE 5.500% 06/01/36 REG DTD 06/01/06 FACTOR 1.000000000 REM BAL 30,000,000 CANCELLED TRADE | -27,000,000.000 | 96.4804 | 49,500.00 | 26,099,226.56 |
| 06/16/06 | 06/13/06 | CANCELLED PURCHASE | FNMA 30 YR TBA SETT JUNE 5.500% 06/01/36 REG DTD 06/01/06 FACTOR 1.000000000 REM BAL 30,000,000 | -30,000,000.000 | 96.8750 | 55,000.00 | 29,117,503.00 |
| 06/16/06 | 06/15/06 | PURCHASED | FNMA GTD MTG PASS THRU CTFS POOL # 891435 5.500% 03/01/36 B/E DTD 04/01/06 FACTOR 0.995046800 REM BAL 2,999,999 | 3,014,946.000 | 96.3750 | -6,875.00 | -2,898,124.95 |
| 06/16/06 | | BOND INTEREST RECEIVED | 6900 GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 05/31 PD 06/16/06 | | | | 33.25 |
| 06/16/06 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 05/31 PD 06/16/06 | | | | 63.85 |
| 06/19/06 | 06/13/06 | CANCELLED SELL | FNMA 30 YR TBA SETT JUNE 5.500% 06/01/36 REG DTD 06/01/06 FACTOR 1.000000000 REM BAL 27,000,000 CANCELLED TRADE | 27,000,000.000 | 96.4804 | -49,500.00 | -26,099,226.56 |
| 06/19/06 | 06/13/06 | CORRECTED SELL | FNMA 30 YR TBA SETT JUNE 5.500% 06/01/36 REG DTD 06/01/06 CORRECTED CONFIRM | -27,000,000.000 | 96.4882 | 49,500.00 | 26,101,334.94 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
PAR-02-OUTSHEET

B00599884C585C5C47

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/19/06 | 06/13/06 | CANCELLED SELL | FNMA GTD MTG PASS THRU CTFS POOL # 891435 5.500% 03/01/36 B/E DTD 04/01/06 FACTOR 0.99504280600 REM BAL 2,993,999 CANCELLED TRADE | 3,014,946.000 | 95.4804 | -5,500.00 | -2,891,911.01 |
| 06/19/06 | 06/13/06 | SOLD | FNMA GTD MTG PASS THRU CTFS POOL # 891435 5.500% 03/01/36 B/E DTD 04/01/06 FACTOR 0.99504280600 REM BAL 2,993,999 | -3,014,946.000 | 95.4892 | 5,500.00 | 2,901,148.39 |
| 06/19/06 | | INT CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 31 DEBIT DAYS AV BAL 3293121.87 AVG RATE 7.250 05-20-06 TO 06-19-06 | | | | -205,591.46 |
| 06/20/06 | | BOND INTEREST RECEIVED | 725000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-34 CL-34-A 5.500% 12/20/31 B/E DTD 05/01/04 RD 05/31 PD 06/20/06 | | | | 3,322.92 |
| 06/20/06 | | BOND INTEREST RECEIVED | 111000 GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-66 CL-66-SK INV FLTR 4.133% 04/20/24 B/E DTD 08/20/04 RD 05/31 PD 06/20/06 | | | | 165.72 |
| 06/20/06 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-66 CL-66-SK INV FLTR 4.133% 04/20/24 B/E DTD 08/20/04 RD 05/31 PD 06/20/06 | | | | 2,486.48 |
| 06/26/06 | | BOND INTEREST RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.864% 10/25/35 B/E DTD 09/01/05 RD 05/31 PD 06/26/06 | | | | 25.55 |
| 06/26/06 | | RETURN OF PRINCIPAL RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.864% 10/25/35 B/E DTD 09/01/05 RD 05/31 PD 06/26/06 | | | | 97.73 |
| 06/26/06 | | BOND INTEREST RECEIVED | 50000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A27 INV FLOATER 0.000% 10/25/35 B/E DTD 09/01/05 RD 05/31 PD 06/26/06 | | | | 158.76 |
| 06/26/06 | | RETURN OF PRINCIPAL RECEIVED | 50000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A27 INV FLOATER 0.000% 10/25/35 B/E DTD 09/01/05 RD 05/31 PD 06/26/06 | | | | 658.04 |
| 06/26/06 | | BOND INTEREST RECEIVED | 134000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 RD 05/31 PD 06/26/06 | | | | 237.27 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A DBJ Securities Group Co.

# CROCKER SECURITIES LLC

2355 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



DALBAR RATED
FOR COMMUNICATION

## Brokerage Account Statement

Statement Period: 06/01/2006 - 06/30/2006

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/26/06 | | BOND INTEREST RECEIVED | 9/1000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/07/03 RD 05/31 PD 06/25/06 | | | | 330.97 |
| 06/26/06 | | BOND INTEREST RECEIVED | 1000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 05/31 PD 06/25/06 | | | | 29,116.72 |
| 06/26/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 05/31 PD 06/25/06 | | | | 31,386.10 |
| 06/26/06 | | BOND INTEREST RECEIVED | 46000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 05/31 PD 06/25/06 | | | | 49.77 |
| 06/26/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 05/31 PD 06/25/06 | | | | 1,875.84 |
| 06/26/06 | | BOND INTEREST RECEIVED | 3325000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 05/31 PD 06/25/06 | | | | 16,055.75 |
| 06/26/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 05/31 PD 06/25/06 | | | | 242,135.84 |
| 06/26/06 | | BOND INTEREST RECEIVED | 1000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 06/31 PD 06/25/06 | | | | 66,666.67 |
| 06/26/06 | | BOND INTEREST RECEIVED | 2000 FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 05/31 PD 06/25/06 | | | | 12.27 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
PAR-02-CUTSHEET

B0009998.4C5F3.0.617

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/26/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 05/31 PD 06/25/06 | | | | 62.37 |
| 06/26/06 | | BOND INTEREST RECEIVED | 3236000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-OS 8.000% 01/25/35 B/E DTD 12/01/05 RD 05/31 PD 06/25/06 | | | | 18,487.87 |
| 06/26/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-OS 8.000% 01/25/35 B/E DTD 12/01/05 RD 05/31 PD 06/25/06 | | | | 81,357.25 |
| 06/26/06 | | BOND INTEREST RECEIVED | 8000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 | | | | 48.72 |
| 06/26/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 RD 05/31 PD 06/25/06 | | | | 63.92 |
| 06/26/06 | | BOND INTEREST RECEIVED | 100000 FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CTF CL-1A25 20.000% 10/25/33 B/E DTD 08/01/03 CLB RD 05/31 PD 06/25/06 | | | | 665.76 |
| 06/27/06 | | BOND INTEREST RECEIVED | 60000 CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 4.697% 08/25/35 B/E DTD 07/01/05 RD 05/31 PD 06/25/06 | | | | 189.09 |
| 06/30/06 | 05/23/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 06/25/04 FACTOR .94761140000 REM BAL 947611400 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 113.6093 | 3,566.70 | 10,769,320.59 |
| 06/30/06 | 05/23/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/07/05 FACTOR 1.00000000000 REM BAL 1000000000 | -10,000,000.000 | 107.8281 | 64,444.44 | 10,847,258.94 |
| 06/30/06 | 05/23/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-OS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .83185960000 VARIABLE RATE CORRECTED CONFIRM REM BAL 2691823.43 CORRECTED CONFIRM | -3,236,000.000 | 100.0000 | 17,347.31 | 2,709,170.74 |
| 06/30/06 | 05/23/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-ZY77-TX 0.000% 04/15/34 B/E DTD 04/15/04 CLB FACTOR 0.600820700 REM BAL 559,421 | -931,000.000 | 95.0000 | 2,330.92 | 533,781.07 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A DBS Securities Group Co.
Securities from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, NYSE Chain and all of leading securities LLC

Page 12 of 18

8009996CSF30047



# CROCKER SECURITIES LLC
1299 Oak Road • Suite 109 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

Statement Period: 06/01/2006 - 06/30/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/30/06 | 05/23/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 3.000% 08/15/34 B/E DTD 12/01/04 FACTOR .22680260000 REM BAL 416668.90 VARIABLE RATE CORRECTED CONFIRM | -1,836,333,000 | 97.0000 | 1,006.98 | 465,175.81 |
| 06/30/06 | 05/30/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR .64896035000 REM BAL 215772656 VARIABLE RATE CORRECTED CONFIRM | -3,325,000,000 | 103.5000 | 13,905.35 | 2,247,152.45 |
| 06/30/06 | 05/30/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.0000000000 REM BAL 4,400,000 | -4,400,000,000 | 95.0000 | 19,494.44 | 4,159,494.44 |
| 06/30/06 | 05/30/06 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 500000.00 CORRECTED CONFIRM | -500,000.000 | 67.0000 | | 335,000.00 |
| 06/30/06 | 05/30/06 | CORRECTED SELL | GINNA GTD REMIC PASS THRU CTF REMIC TR-2004-34 CL-34-IA 5.500% 12/20/31 B/E DTD 05/01/04 FACTOR 1.0000000000 REM BAL 725000000 CORRECTED CONFIRM | -725,000,000 | 10.0000 | 3,212.15 | 75,712.15 |
| 06/30/06 | 06/09/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DR INV FLTR 0.000% 06/25/35 B/E DTD 06/25/05 FACTOR 0.70988010500 REM BAL 1,784,432 VARIABLE RATE | -2,517,252.000 | 66.5000 | 175.96 | 1,186,823.45 |
| 06/30/06 | 06/12/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.0000000000 REM BAL 4,400,000 | 4,400,000.000 | 95.0312 | -19,494.44 | -4,200,865.44 |
| 06/30/06 | 06/20/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-48 CL-48-CS INV FLTR 0.000% 06/25/35 B/E DTD 06/01/05 FACTOR 0.75123231800 REM BAL 1,373,062 VARIABLE RATE | 70,000.000 | 70.0000 | -1,729.67 | -962,887.72 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
PAR-02-CUTSHEET

A BNY Securities Group Co.
Solutions from the Bank of New York
Pershing LLC, member FINRA, NYSE, SIPC & Financial of the BNY Securities LLC

BC05739E4C5F3 DC47

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/30/06 | 06/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-48 CL-46-QS INV FLTR 0.000% 06/26/35 B/E DTD 05/01/05 FACTOR 0.751231600 REM BAL 1,373,082 VARIABLE RATE | -1,827,553.000 | 70.5000 | 1,729.67 | 969,753.14 |
| 06/30/06 | 06/28/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HC2 INV FLTG 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.616499403500 REM BAL 2,157,726 VARIABLE RATE | 3,325,000.000 | 103.5312 | -13,905.35 | -2,241,826.74 |
| 06/30/06 | 06/28/06 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | 500,000.000 | 67.1250 | | -335,625.00 |
| 06/30/06 | 06/28/06 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500000.00 CORRECTED CONFIRM | -500,000.000 | 67.0000 | | 335,000.00 |
| 06/30/06 | 06/29/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-79 CL-79-BS INV FLTR 0.000% 08/25/33 B/E DTD 07/01/03 FACTOR 1.000000000 REM BAL 745,000 | 745,000.000 | 57.2500 | -736.58 | -427,249.08 |
| 06/30/06 | 06/29/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-79 CL-79-BS INV FLTR 0.000% 08/25/33 B/E DTD 07/01/03 FACTOR 1.000000000 REM BAL 745,000 | -745,000.000 | 59.2500 | 736.58 | 442,149.08 |
| 06/30/06 | 06/29/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/26/04 FACTOR 0.947671400 REM BAL 9,476,114 VARIABLE RATE | 10,000,000,000.000 | 113.6406 | -3,566.70 | -10,772,281.89 |
| 06/30/06 | 06/29/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-46 CL-45-DR INV FLTR 0.000% 06/25/35 B/E DTD 05/25/05 FACTOR 0.708810800 REM BAL 1,784,432 VARIABLE RATE | 2,517,252.000 | 66.0000 | -175.96 | -1,177,901.29 |
| 06/30/06 | 06/29/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.708881080 REM BAL 10,000,000 VARIABLE RATE | 10,000,000.000 | 107.8593 | -64,444.44 | -10,850,381.94 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Member NYSE, SIPC, SEC
One Pershing Plaza, Jersey City, New Jersey 07399

B0059584CDSP30347

# CROCKER SECURITIES LLC

2350 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

DALBAR RATED
FOR COMMUNICATION

**Brokerage**
**Account Statement**

Statement Period: 06/01/2006 - 06/30/2006

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/30/06 | 06/29/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-SL 0.000% 05/15/34 B/E DTD 05/01/04 CLB FACTOR 0.18926160000 REM BAL 1,605,833 VARIABLE RATE | 8,484,729.000 | 8.0000 | -2,394.82 | -949,836.52 |
| 06/30/06 | 06/29/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-SL 0.000% 05/15/34 B/E DTD 05/01/04 CLB FACTOR 0.18926160000 REM BAL 1,605,833 VARIABLE RATE | -8,484,729.000 | 8.0000 | 2,394.82 | 981,953.19 |
| 06/30/06 | 06/29/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3142 CL-3142-ST INV FLTR FACTOR 0.99409063700 REM BAL 995,901 | 1,001,000.000 | 90.2500 | -3,319.67 | -902,120.57 |
| 06/30/06 | 06/29/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3142 CL-3142-ST INV FLTR FACTOR 0.99409063700 REM BAL 249,721 | -251,000.000 | 92.0000 | 832.40 | 230,576.18 |
| 06/30/06 | 06/29/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3142 CL-3142-ST INV FLTR 8.000% 04/15/36 B/E DTD 04/15/06 CLB FACTOR 0.99409063700 REM BAL 373,089 | -375,000.000 | 92.2500 | 1,243.63 | 345,419.05 |
| 06/30/06 | 06/29/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3142 CL-3142-ST INV FLTR 8.000% 04/15/36 B/E DTD 04/15/06 CLB FACTOR 0.99409063700 REM BAL 373,089 | -375,000.000 | 92.0000 | 1,243.63 | 344,485.33 |
| 06/30/06 | 06/29/06 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-66 CL-66-SN INV FLTR 3.295% 04/20/34 B/E DTD 08/20/04 FACTOR 0.41110250000 REM BAL 45,632 | -111,000.000 | 95.0000 | 41.71 | 43,392.53 |
| 06/30/06 | 06/30/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC VARIABLE RATE TR-2005-67 CL-67-SC INV FLTR 2.961% 08/25/35 B/E DTD 07/25/05 CLB FACTOR 0.78927880000 REM BAL 426,210 | 540,000.000 | 83.1562 | -175.32 | -354,596.03 |

Clearing Through **Pershing** A BNY Securities Group Co.
PAGE-02-CUTSHEET
Pershing LLC, member NASD, NYSE, SIPC
One Pershing Plaza, Jersey City, New Jersey 07399

Page 15 of 18

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/30/06 | 06/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-67 CL-67-SC INV FLTR 2.961% 08/25/05 B/E DTD 07/25/05 CLB FACTOR 0.78927880000 REM BAL 191,794 | -243,000.000 | 85.1562 | 73.89 | 163,404.11 |

Total Value of all Transactions $3,926,159.92

The price and quantity displayed may have been rounded.

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 07/31/06 | 06/12/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.0000000000 REM BAL 4,400,000 | -4,400,000.000 | 97.5000 | -20,166.67 | 4,310,166.67 |
| 07/13/06 | 06/20/06 | Buy | FNMA 30 YEAR TBA SETT JULY 5.500% 07/07/36 REG DTD 07/01/05 FACTOR 1.0000000000 REM BAL | 27,000,000.000 | 96.4062 | 49,500.00 | -26,079,187.50 |
| 07/31/06 | 06/20/06 | Sell | FNMA 30 YEAR TBA SETT JULY 5.500% 07/07/36 REG DTD 07/01/06 FACTOR 1.0000000000 REM BAL 27,000,000 | -27,000,000.000 | 96.9218 | -49,500.00 | 26,218,406.25 |
| 07/31/06 | 06/28/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.6489403500 REM BAL 2,157,726 VARIABLE RATE | -3,325,000.000 | 103.5000 | -14,384.84 | 2,247,631.94 |
| 07/31/06 | 06/29/06 | Sell | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 4.295% 08/25/35 B/E DTD 07/01/05 FACTOR 0.7509906280 REM BAL VARIABLE RATE | -63,000.000 | 91.0000 | -169.37 | 43,223.66 |
| 07/31/06 | 06/29/06 | Sell | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A27 INV FLOATER 0.000% 10/25/35 B/E DTD 09/01/05 FACTOR 0.6888646400 REM BAL 43,427 VARIABLE RATE | -50,000.000 | 76.0000 | -116.36 | 33,121.05 |
| 07/31/06 | 06/29/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.9476114000 REM BAL 9,476,114 VARIABLE RATE | -10,000,000.000 | 113.6562 | -4,280.04 | 10,774,475.86 |

Account Number: 727-891035

CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNC Securities Group Co.
Member FINRA/SIPC/NYSE
One Pershing Plaza, Jersey City, New Jersey 07399

Page 16 of 18

3099984CCSF30047



**CROCKER SECURITIES LLC**
3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 06/01/2006 - 06/30/2006

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 07/31/06 | 06/29/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-T10 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10,000,000 | -10,000,000.000 | 107.8750 | -66,666.67 | 10,834,166.67 |
| 07/31/06 | 06/29/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2892 CL-2982-YS INV FLTR 3.633% 04/15/34 B/E DTD 05/01/05 FACTOR 0.431580400 REM BAL 31,506 VARIABLE RATE | -73,000.000 | 95.0000 | -95.40 | 30,026.19 |
| 07/05/06 | 06/29/06 | Sell | FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CTF CL-1A26 20.000% 10/25/33 B/E DTD 08/01/03 CLB FACTOR 0.400054020 REM BAL 40.005 VARIABLE RATE | -100,000.000 | 141.0000 | -88.90 | 56,495.54 |
| 07/31/06 | 06/30/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-67 CL-67-SC INV FLTR 2.961% 08/25/35 B/E DTD 07/25/05 CLB FACTOR 0.739278080 REM BAL 234,415 | -297,000.000 | 83.1562 | -115.71 | 195,047.10 |

Total Amount of Trades Not Settled     $28,683,574.43

DAIBA RATED
FOR COMMUNICATION

BO099984CESF30417

# TERMS AND CONDITIONS

## GENERAL INFORMATION

1. All orders and transactions shall be solely for your account and risk shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or cleared, if applicable, of the National Association of Securities Dealers, Inc., and to all applicable laws and regulations.

2. Whenever you are indebted to Pershing, LLC ("Pershing") for any amount, all securities held by you for your account by Pershing may serve as security for any and all your liabilities to Pershing, and Pershing may in its discretion at any time, without further notice or demand on notice to you, close or reduce any or all of your accounts by public or private sale of all securities carried by us or any part thereof held by or carried for your account, and apply the proceeds thereof to the payment of any and all your liabilities to us.

3. When you are indebted to Pershing in any amount, all securities held by you for your account by Pershing may serve as security for any and all your liabilities to us.

4. If the transactions are sold to you, where Pershing has acted as principal, the settlement price is received or will the settlement price be fair, whichever is fair.

5. Any free credit balance carried for your account represents funds payable upon demand which, although properly accounted for on Pershing's books of record, are not segregated and may be used in the conduct of this business.

6. A margin account agreement is the agreement which governs your margin account.

7. When you maintain a margin account, this is a combined statement of your general account and a special memorandum account maintained for you under the Federal Reserve System. The permanent record of the separate account as required by Regulation U is available for your inspection upon request.

8. Interest charged on debit balances in your account appears on this statement.

9. Pershing will provide that information on the annual statement for you use this statement to prepare your tax filings.

10. This statement should be retained for your records.

11. Dividends, interest and other distributions shown on this statement were classified as taxable or nontaxable based on certain information available to Pershing, and is subject to change.

12. A financial statement of Pershing is available for your personal inspection at Pershing's offices.

13. Pershing, LLC ("Pershing") provides $500,000 of coverage, including $100,000 for cash. Pershing provides additional protection via terms similar.

14. Pershing trades for its own account, as a market maker, specialist and/or dealer, block positioner, arbitrageur and/or investor.

15. This statement will be deemed conclusive and an account asset unless you advise Pershing of any objection to it within ten days after receipt.

16. Any such objection should be sent to Pershing at One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.

## THE ROLE OF PERSHING

This section includes the net market value of the securities in your financial institution.

## PORTFOLIO HOLDINGS

## ERRORS AND OMISSIONS EXCEPTED

---

## PAYMENT FOR ORDER FLOW PRACTICES

## Best Execution

## ARBITRATION DISCLOSURES

- ALL PARTIES TO THIS AGREEMENT ARE GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT, INCLUDING THE RIGHT TO A TRIAL BY JURY, EXCEPT AS PROVIDED BY THE RULES OF THE ARBITRATION FORUM IN WHICH A CLAIM IS FILED.
- ARBITRATION AWARDS ARE GENERALLY FINAL AND BINDING; A PARTY'S ABILITY TO HAVE A COURT REVERSE OR MODIFY AN ARBITRATION AWARD IS VERY LIMITED.
- THE ABILITY OF THE PARTIES TO OBTAIN DOCUMENTS, WITNESS STATEMENTS AND OTHER DISCOVERY IS GENERALLY MORE LIMITED IN ARBITRATION THAN IN COURT PROCEEDINGS.
- THE ARBITRATORS DO NOT HAVE TO EXPLAIN THE REASON(S) FOR THEIR AWARD.
- THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.
- THE RULES OF SOME ARBITRATION FORUMS MAY IMPOSE TIME LIMITS FOR BRINGING A CLAIM IN ARBITRATION. IN SOME CASES, A CLAIM THAT IS INELIGIBLE FOR ARBITRATION MAY BE BROUGHT IN COURT.
- THE RULES OF THE ARBITRATION FORUM IN WHICH THE CLAIM IS FILED, AND ANY AMENDMENTS THERETO, SHALL BE INCORPORATED INTO THIS AGREEMENT.

## ARBITRATION

## ARBITRATION AGREEMENT

ANY CONTROVERSY BETWEEN YOU AND US SHALL BE SUBMITTED TO ARBITRATION BEFORE THE NEW YORK STOCK EXCHANGE, INC. AND/OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

---

If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.

Pershing certifies your account as clearing broker pursuant to a clearing agreement with your financial institution.

Accrued interest represents interest earned but not received.

**Account Number: 727-891035**

**CROCKER SECURITIES LLC**

Clearing Through **Pershing**

One Pershing Plaza, Jersey City, NJ 07399

Page 18 of 18

B0D9918ACCSP30047

# CROCKER
## SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

CROCKER SECURITIES LLC
--TAXABLE TRADE #2---
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597- 77782

Illl.l.l.l.l.l.l.l.ll.ll.l.l.l.l.l.l.ll

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

## Brokerage
### Account Statement

Account Number: 7Z7-891035
Statement Period: 07/01/2006 - 07/31/2006

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$6,317,899.22 |
| Cash Withdrawals | -198,251.00 |
| Dividends/Interest | -69,941.21 |
| Change in Account Value | 1,404,783.25 |
| Ending Account Value | -$5,181,308.18 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | | | | Your Account is 100% Invested in Fixed Income. |
| Cash and Cash Equivalents | 22,265,934.70 | 21,800,747.25 | 100% | |
| | -28,603,833.92 | -26,982,055.43 | 0% | |
| Account Total | -$6,317,899.22 | -$5,181,308.18 | 100% | |

DUN& BATED
FOR COMMUNICATION

B00984160C5P30034

Clearing Through Pershing A BNY Securities Group Co.
PAR-02-CUTSHEET                Solutions from The Bank of New York
Pershing LLC, member FINRA, SIPC Federal Reserve District Reserve member 1C
One Pershing Plaza, Jersey City, New Jersey 07399

## Customer Service Information

Your Investment Advisor: RDG
DOUG GREEN

**Contact Information**
Telephone Number: (561) 361-4603
Fax Number: (561) 362-5261

**Customer Service Information**
Service Hours: Weekdays 08:00 a.m. - 06:00 p.m. EST
Customer Service Telephone Number: (800) 941-2895

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Market Price | Market Value | Accrued Income | Income This Year | Estimated Annual Income | Estimated 30-day Yield |
|---|---|---|---|---|---|---|---|---|---|
| | **Cash and Cash Equivalents** 0.00% of Portfolio | | | | | | | | |
| | Margin Balance | -28,603,833.92 | -26,982,055.43 | | | | | | |
| | **Total Cash and Cash Equivalents** | -$28,603,833.9 | -$26,982,055.43 | | | $0.00 | $0.00 | | |

**Fixed Income** 100.00% of Portfolio *(In Maturity Date Sequence)*
Asset Backed Securities

| Quantity | Description | Market Price | Market Value | Accrued Interest |
|---|---|---|---|---|
| 101,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/28 B/E DTD 01/01/03 CLB  Security Identifier 31393I7K8  Factor: 1.00000000 | 7.4530 | 7,527.53 | 462.92 |
| 134,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03  Security Identifier 31393AD61  Factor: 0.31635173 | 3.4480 | 1,461.65 | 194.29 |
| 91,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03  Security Identifier 31393TNI1  Factor: 0.66327803 | 9.4010 | 5,674.28 | 301.79 |
| 137,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB  Security Identifier 31394KZD9  Factor: 0.67036296 | 66.5190 | 61,090.87 | 0.00 |

# CROCKER SECURITIES LLC

3399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Brokerage
### Account Statement

Statement Period: 07/01/2006 - 07/31/2006

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 | 7.9130 | 7,477,532.62 | 0.00 | | |
| | Security Identifier 31393VU37   Factor: 0.94469352 | | | | | |
| 931,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD TR-2777 CL-2777-TX 0.000% 04/15/34 B/E DTD 04/15/04 CLB | 87.8130 | 491,244.54 | 0.00 | | |
| | Security Identifier 31394VNN3   Factor: 0.60088207 | | | | | |
| 1,836,333.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.001% 08/15/34 B/E DTD 12/01/04 | 94.8500 | 343,539.95 | 664.32 | | |
| | Security Identifier 31395KCQ4   Factor: 0.19723704 | | | | | |
| 46,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-30 CL-30-LB FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 | 91.5380 | 8,966.92 | 0.00 | | |
| | Security Identifier 31394C4S8   Factor: 0.21295323 | | | | | |
| 3,236,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 | 92.7610 | 2,493,479.26 | 17,920.45 | | |
| | Security Identifier 31394UD3   Factor: 0.83067631 | | | | | |
| 18,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2890 CL-2890-NY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB | 94.9550 | 13,639.89 | 95.76 | | |
| | Security Identifier 31395V3X5   Factor: 0.79803250 | | | | | |

DALBAR RATED
FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A DBT Securities Group Co.
Subsidiary from The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC, Financial and Advisory Investments LLC

One Pershing Plaza, Jersey City, New Jersey 07399

B0098J4C45P10034

## Portfolio Holdings *(continued)*

**Fixed Income** *(continued)*
**Asset Backed Securities** *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| 6,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 *Security Identifier 31396E3E4  Factor: 0.86838764* | 93.3820 | 4,865.51 | 34.74 | | |
| 6,000.00M | GNMA GTD REMIC PASS THRU CTF REMIC TR 2005-45 CL-45-DT INV FLTR 8.000% 66/16/35 B/E DTD 66/16/05 CLB *Security Identifier 38374LGE5  Factor: 0.80785842* | 95.9550 | 4,651.13 | 32.31 | | |
| 7,000.00M | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.356% 10/25/35 B/E DTD 09/01/05 Moody Rating AAA S & P Rating AAA *Security Identifier 12669HKS6  Factor: 0.85910024* | 90.1450 | 5,414.74 | 21.80 | | |
| 2,300,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/28/06 *Security Identifier 31396UEN6  Factor: 1.00000000* | 95.0000 | 2,185,000.00 | 1,437.50 | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier 31394UT77  Factor: 1.00000000* | 86.8830 | 8,688,300.00 | 66,666.67 | | |
| 2,000.00M | FNMA MULTICLASS MTG PARTN CTFS GTD SER 2006-Z CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 *Security Identifier 31394UG20  Factor: 0.85194907* | 88.9530 | 1,515.67 | 11.36 | | |

B009841CCSP20034

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**

# CROCKER SECURITIES LLC

3399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1840



## Brokerage Account Statement

Statement Period: 07/01/2006 - 07/31/2006

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** (continued) | | | | | |
| | **Asset Backed Securities** (continued) | | | | | |
| 8,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-39 CL-35-SW 7.500% 05/25/36 B/E DTD 04/01/06 | 90.9610 | 6,842.69 | 47.02 | | |
| | *Security Identifier* 31395DF3  *Factor:* 0.94033355 | | | | | |
| **Total Asset Backed Securities** | | | $21,600,747.25 | $87,880.93 | $0.00 | |
| **Total Fixed Income** | | | $21,600,747.25 | $87,880.93 | $0.00 | |

| Description | | | Market Value | Accrued Interest | Estimated Annual Income | |
|---|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | | -$5,181,308.18 | $87,880.93 | $0.00 | |

## Disclosures and Other Information

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the line of

■ This symbol next to the quantity indicates a position in your margin account.

execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

QUALITY RATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Member Financial Industry Regulatory Authority, SEC (Parent) Bank of New York

PAR-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399

DC0994-LCGX720C34

B00984ECSP31034

# Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/03/06 | 06/28/06 | CANCELLED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 50000.00 CANCELLED TRADE | 500,000.000 | 67.0000 | | -335,000.00 |
| 07/03/06 | 06/29/06 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-SL 0.000% 05/15/34 B/E DTD 05/01/04 CLB QTY CORR VARIABLE RATE FACTOR .18926160 | 8,484,739.000 | 59.0000 | -2,394.83 | -949,837.64 |
| 07/03/06 | 06/01/06 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD REM BAL 1605835.28 CORRECTED CONFIRM SER-2799 CL-2799-SL 0.000% 05/15/34 B/E DTD 05/01/04 CLB FACTOR 0.18926160000 REM BAL 1,605,833 VARIABLE RATE CANCELLED TRADE | -8,484,729.000 | 59.0000 | 2,394.82 | 949,836.52 |
| 07/05/06 | 06/29/06 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-SL 0.000% 05/15/34 B/E DTD 05/01/04 CLB FACTOR 0.18926160000 REM BAL 1,605,833 VARIABLE RATE CANCELLED TRADE | 8,484,729.000 | 61.0000 | -2,394.82 | -881,950.19 |
| 07/05/06 | 06/29/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-SL 0.000% 05/15/34 B/E DTD 05/01/04 CLB FACTOR 0.18926160000 REM BAL 1,605,833 VARIABLE RATE | -8,484,739.000 | 61.0000 | 2,394.83 | 981,954.35 |
| 07/05/06 | 06/29/06 | SOLD | FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CTF CL-1A42 20.000% 10/25/33 B/E DTD 08/01/03 CLB FACTOR 0.40005402020 REM BAL 40.005 VARIABLE RATE | -100,000.000 | 141.0000 | 88.90 | 56,496.54 |
| 07/05/06 | 07/03/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CG 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 1.00000000000 REM BAL 3,236.000 | 3,236,600.000 | 100.0312 | -1,156.37 | -2,663,661.00 |
| 07/05/06 | 07/03/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-TX 0.000% 04/15/34 B/E DTD 04/15/04 CLB FACTOR 1.00000000 REM BAL 931.000 | 931,000.000 | 95.1250 | -2,797.11 | -534,946.53 |
| 07/07/06 | 06/09/06 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DR INV FLTR 0.000% 06/25/35 B/E DTD 05/25/05 FACTOR 0.70888010800 REM BAL 1,784,432 VARIABLE RATE CANCELLED TRADE | 2,517,252.000 | 66.5000 | -175.96 | -1,186,823.45 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Subsidiary from The Bank of New York
Pershing Plaza, Jersey City, New Jersey 07399

**CROCKER SECURITIES LLC**
3599 Old Road • Suite 230 • Walnut Creek, CA 94597
925-941-3441

**Brokerage Account Statement**

Statement Period: 07/01/2006 - 07/31/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/10/06 | 06/29/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-46-CR INV FLTR 0.000% 06/25/35 B/E DTD 05/25/05 VARIABLE RATE FACTOR .70989108 REM BAL 1784422.32 CORRECTED CONFIRM | -2,511,252.000 | 66.5000 | 175.96 | 1,186,823.45 |
| 07/13/06 | 06/22/06 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT JULY 5.500% 07/01/36 REG DTD 07/01/06 FACTOR 1.000000000 REM BAL 27000000.00 CORRECTED CONFIRM | 27,000,000.000 | 95.7109 | 49,500.00 | -25,891,453.13 |
| 07/13/06 | 06/20/06 | SOLD | FNMA 30 YEAR TBA SETT JULY 5.500% 07/01/36 REG DTD 07/01/06 FACTOR 1.000000000 REM BAL 27,000,000 | -27,000,000.000 | 96.9218 | 49,500.00 | 26,218,406.25 |
| 07/13/06 | 07/12/06 | SOLD | FNMA 30 YEAR TBA SETT JULY 5.500% 07/01/36 B/E DTD 07/01/06 FACTOR 1.000000000 REM BAL 27,000.000 CORRECTED CONFIRM | -27,000,000.000 | 96.7929 | 49,500.00 | 26,183,601.58 |
| 07/14/06 | 07/12/06 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT JULY 5.500% 07/01/36 REG DTD 07/01/06 FACTOR 1.000000000 REM BAL 27,000,000 CORRECTED CONFIRM | 27,000,000.000 | 96.9935 | -53,625.00 | -25,936,750.00 |
| 07/13/06 | 07/03/06 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/33 B/E DTD 12/01/05 FCTR.83016767631 FACTOR .83016767631 REM BAL 268986.54 CORRECTED CONFIRM | 3,236,000.000 | 100.0312 | -1,194.70 | -2,690,103.26 |
| 07/11/06 | 07/03/06 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/33 B/E DTD 12/01/05 FACTOR 1.000000000 | -3,236,000.000 | 100.0312 | 1,196.37 | 2,693,861.00 |
| 07/11/06 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB REM BAL 3,236.000 CANCELLED TRADE INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB RD 06/30 PD 07/15/06 | | | | 462.92 |
| 07/11/06 | | BOND INTEREST RECEIVED | 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB RD 06/30 PD 07/15/06 | | | | 221.12 |

800984156CF10034

DALBAR RATED FOR COMMUNICATION



Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-06-CUTSHEET

A BNY Securities Group Co.
Subsidiary of Bank of New York
Pershing LLC, member SIPC/NYSE/SEC (NASD) & Industry Investors LLC

One Pershing Plaza, Jersey City, New Jersey 07399

Page 7 of 19

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/17/06 | | FINAL PRINCIPAL PAYMENT RECEIVED | 1000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR RD 06/30 PD 07/15/06 | | | | 24.67 |
| 07/17/06 | | BOND INTEREST RECEIVED | 1000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 1.433% 09/15/33 B/E | | | | 0.03 |
| 07/17/06 | | FINAL PRINCIPAL PAYMENT RECEIVED | DTD 08/01/04 RD 06/30 PD 07/15/06 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-J CL-2842-J INV FLTR 1.433% 09/15/33 B/E DTD 08/01/04 | -1,000.000 | | | 0.00 |
| 07/17/06 | | FINAL PRINCIPAL PAYMENT RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR RD 06/30 PD 07/15/06 | | | | 147.99 |
| 07/17/06 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 3.836% 09/15/33 B/E | | | | 0.47 |
| 07/17/06 | | FINAL PRINCIPAL PAYMENT RECEIVED | DTD 08/01/04 RD 06/30 PD 07/15/06 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2842-L CL-2842-L INV FLTR 3.836% 09/15/33 B/E DTD 08/01/04 | -6,000.000 | | | 0.00 |
| 07/17/06 | | BOND INTEREST RECEIVED | 4400000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB | | | | 20,166.67 |
| 07/17/06 | | BOND INTEREST RECEIVED | 73000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 3.633% 04/15/34 B/E | | | | 95.40 |
| 07/17/06 | | PRINCIPAL PAY DOWN RECEIVED | DTD 05/01/05 RD 06/30 PD 07/15/06 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 3.633% 04/15/34 B/E DTD 05/01/05 RD 06/30 PD 07/15/06 | | | | 2,039.73 |
| 07/17/06 | | BOND INTEREST RECEIVED | 18000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-NY INV FLTR 8.000% 03/15/35 B/E | | | | 97.56 |
| 07/17/06 | | PRINCIPAL PAY DOWN RECEIVED | DTD 06/15/05 CLB RD 06/30 PD 07/15/06 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-NY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB | | | | 269.00 |
| 07/17/06 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3063 CL-3063-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 06/30 PD 07/15/06 | | | | 35.52 |

**CROCKER SECURITIES LLC**
1299 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540



DALBAR RATED
FOR COMMUNICATION

**Brokerage Account Statement**

Statement Period: 07/01/2006 - 07/31/2006

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through: Pershing
A BNY Securities Group Co.
Solution from the Bank of New York
Pershing LLC, member NASD, NYSE, SIPC Clearing broker dealer, New Jersey City, New Jersey 07399
PAY-00-CUTSHEET

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/17/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PART/H CTFS GTD SER-3053 CL-3053-WI INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 06/30 PD 07/15/06 | | | | 117.96 |
| 07/17/06 | | BOND INTEREST RECEIVED | 6000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR DTD 06/16/05 CLB RD 06/30 PD 07/16/06 | | | | 32.83 |
| 07/17/06 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 06/30 PD 07/16/06 | | | | 76.81 |
| 07/19/06 07/20/06 | 07/19/06 | CONSOLIDATED FIRM BALANCES INT. CHARGED ON DEBIT BALANCES | TRANSFERRED TO 727891U431 MARGIN INTEREST FOR 30 DEBIT DAYS AV BAL 3168381389 AVG RATE 7.413 | | | | -198,251.00 -195,740.04 |
| 07/25/06 | | BOND INTEREST RECEIVED | 63000 CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 4.295% 08/25/35 B/E 05-20-06 TO 07-19-06 | | | | 183.40 |
| 07/25/06 | | BOND INTEREST RECEIVED | 134000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INV ONLY 5.500% 07/25/27 B/E DTD 03/01/03 RD 06/30 PD 07/25/06 | | | | 218.72 |
| 07/25/06 | | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INV ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 06/30 PD 07/25/06 | | | | 316.60 |
| 07/25/06 | | BOND INTEREST RECEIVED | 1000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 06/30 PD 07/25/06 | | | | 21,400.22 |
| 07/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 06/30 PD 07/25/06 | | | | 29,178.30 |

BO0981-16CSF30034

## Transactions in Date Sequence (continued)

B00984416C5P30034

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/25/06 | | BOND INTEREST RECEIVED | 46000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-LB FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 06/30 PD 07/25/06 | | | | 41.27 |
| 07/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-LB FLT RATE 0.000% 11/25/34 B/E DTD 03/01/06 RD 06/30 PD 07/25/06 | | | | 1,230.91 |
| 07/25/06 | | BOND INTEREST RECEIVED | 297000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-67 CL-67-SC INV FLTR 2.961% 08/25/35 B/E DTD 07/25/05 CLB RD 06/30 PD 07/25/06 | | | | 578.54 |
| 07/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-67 CL-67-SC INV FLTR 2.961% 08/25/35 B/E DTD 07/25/05 CLB RD 06/30 PD 07/25/06 | | | | 5,274.55 |
| 07/25/06 | | BOND INTEREST RECEIVED | 3325000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 06/30 PD 07/25/06 | | | | 14,384.84 |
| 07/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 06/30 PD 07/25/06 | | | | 213,509.62 |
| 07/25/06 | | BOND INTEREST RECEIVED | 1000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 06/30 PD 07/25/06 | | | | 66,666.67 |
| 07/25/06 | | BOND INTEREST RECEIVED | 2000 FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/33 B/E DTD 01/01/06 RD 06/30 PD 07/25/06 | | | | 11.86 |
| 07/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/33 B/E DTD 01/01/06 RD 06/30 PD 07/25/06 | | | | 74.71 |
| 07/25/06 | | BOND INTEREST RECEIVED | 8000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 RD 06/30 PD 07/25/06 | | | | 48.32 |
| 07/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 RD 06/30 PD 07/25/06 | | | | 207.83 |

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Member of the Stock of New York
Pershing & member SIPC NYSE Clearing SIPC all Futures Exchanges Inc.

One Pershing Plaza, Jersey City, New Jersey 07399

Page 10 of 19

# CROCKER SECURITIES LLC

1399 Ygnacio Valley Road • Suite 220 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

Statement Period: 07/01/2006 - 07/31/2006

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/25/06 | | BOND INTEREST RECEIVED | 100000 FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CTF CL-1A26 20.000% 10/25/33 B/E DTD 08/01/03 CLB RD 06/30 PD 07/25/06 | | | | 665.76 |
| 07/26/06 | | BOND INTEREST RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.460% 10/25/35 B/E DTD 09/01/05 RD 06/30 PD 07/26/06 | | | | 24.41 |
| 07/26/06 | | RETURN OF PRINCIPAL RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.460% 10/25/35 B/E DTD 09/01/05 RD 06/30 PD 07/26/06 | | | | 73.10 |
| 07/26/06 | | BOND INTEREST RECEIVED | 50000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A27 INV FLOATER 0.000% 10/25/35 B/E | | | | 144.76 |
| 07/26/06 | | RETURN OF PRINCIPAL RECEIVED | 50000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A27 INV FLOATER 0.000% 10/25/35 B/E DTD 09/01/05 RD 06/30 PD 07/26/06 | | | | 522.17 |
| 07/28/06 | 07/27/06 | PURCHASED | DTD 09/01/05 RD 06/30 PD 07/26/06 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3192 CL-3192-TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 FACTOR 1.000000000 REM BAL 3,000,000 | 3,000,000.000 | 55.0000 | -8,125.00 | -2,650,725.00 |
| 07/28/06 | 07/27/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 FACTOR 1.000000000 REM BAL 1750000.00 | -1,750,000.000 | 96.9375 | 4,739.58 | 1,701,145.83 |
| 07/28/06 | 07/27/06 | SOLD | CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3192 CL-3192-TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 FACTOR 1.000000000 REM BAL 1,250,000 | -1,250,000.000 | 97.0000 | 3,385.42 | 1,215,885.42 |

Account Number: 7ZJ-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Member New York Stock Exchange
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC, Subsidiary of The Bank of New York
P340-02-CUTSHEET

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/28/06 | 07/28/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2906 CL-2906-L3 INV FLTR<br>2.201% 08/15/04 B/E DTD 12/01/04<br>FACTOR .0197237040Q REM BAL     362,192<br>VARIABLE RATE | 1,836,333.000 | 97.1250 | -597.99 | -352,377.83 |
| 07/28/06 | 07/28/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/05 REG DTD 07/28/06<br>FACTOR 1.000000000 REM BAL     3,000,000<br>VARIABLE RATE | 3,000,000.000 | 96.0000 | -8,125.00 | -2,888,125.00 |
| 07/31/06 | 06/12/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2874 CL-2874-GG 5.500% 10/15/04 B/E<br>DTD 10/01/04 CLB FACTOR 1.0000000000<br>REM BAL     4,400,000 | -4,400,000.000 | 97.5000 | 20,166.67 | 4,310,166.67 |
| 07/31/06 | 06/28/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-HQ "INV FLTG"<br>8.000% 12/25/35 B/E DTD 11/07/05<br>ADJ NET VARIABLE RATE<br>FACTOR .5947269Z REM BAL  .1944217.01 | -3,325,000.000 | 103.5312 | 12,961.45 | 2,025,833.62 |
| 07/31/06 | 06/28/06 | CORRECTED CONFIRM | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A2<br>0.000% 10/25/33 B/E DTD 08/01/03<br>FACTOR 1.000000000 REM BAL     50000.00<br>CORRECTED CONFIRM | -500,000.000 | 67.0000 | | 335,000.00 |
| 07/31/06 | 06/29/06 | CORRECTED SELL | CWMBS INC MTG PASS THRU CTF<br>SER 2005-16 CL-A9 INV FLTR<br>4.285% 08/25/35 B/E DTD 07/01/05<br>FACTOR .7509096200000 REM BAL     47312.41<br>VARIABLE RATE CORRECTED CONFIRM | -63,000.000 | 91.0000 | 165.26 | 43,219.55 |
| 07/31/06 | 06/29/06 | CORRECTED SELL | CWMBS INC MTG PASS THRU CTF<br>SER 2005-24 CL-A27 INV FLOATER<br>0.000% 10/25/35 B/E DTD 09/01/05<br>FACTOR .8591007200 REM BAL<br>VARIABLE RATE CORRECTED CONFIRM | -50,000.000 | 76.0000 | 106.77 | 32,714.61 |
| 07/31/06 | 06/29/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-46 CL-46-CD "INV"<br>0.000% 03/25/34 B/E DTD 05/25/04<br>FACTOR .9449352000 REM BAL     9469335.20<br>VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 113.6662 | 3,873.24 | 10,740,905.53 |
| 07/31/06 | 06/29/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-HP "INV FLTG"<br>8.000% 12/25/35 B/E DTD 11/07/05<br>FACTOR 1.000000000 REM BAL     100000000.00<br>VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 107.8750 | 66,666.67 | 10,854,166.67 |

Account Number: 7ZZ-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Services from the Firm of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Telephone (201) 413-2000

# CROCKER SECURITIES LLC

2590 Oak Road • Suite 130 • Walnut Creek, CA 94597
925-941-1540

**Brokerage Account Statement**

Statement Period: 07/01/2006 - 07/31/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/31/06 | 06/29/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 2.763% 04/15/34 B/E DTD 08/01/05 FACTOR.80384890000 REM BAL 29466.37 | -73,000,000 | 55.0000 | 67.86 | 28,060.91 |
| 07/31/06 | 06/30/06 | CORRECTED SELL | VARIABLE RATE CORRECTED CONFIRM FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-51 CL-67-SC INV FLTR 2.961% 08/25/35 B/E DTD 07/25/05 CLB FACTOR.77619303000 REM BAL 22914.15 | -297,000,000 | 83.1562 | 107.97 | 190,653.16 |
| 07/31/06 | 07/05/06 | CORRECTED SELL | CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QB 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR.83067651000 REM BAL 2688068.34 CORRECTED CONFIRM | -3,236,000,000 | 100.0312 | 17,920.46 | 2,706,829.02 |
| 07/31/06 | 07/05/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2771 CL-2771-TK 0.000% 04/15/34 B/E DTD 04/15/04 CLB FACTOR 0.600082070000 REM BAL 539,421 | -931,000,000 | 95.1250 | 2,466.32 | 534,635.74 |
| 07/31/06 | 07/28/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR .094493200 REM BAL 9,446,935 | 10,000,000,000 | 113.6875 | -3,873.24 | -10,743,857.70 |
| 07/31/06 | 07/28/06 | PURCHASED | VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10,000,000 | 10,000,000,000 | 107.9062 | -66,666.66 | -10,857,291.66 |
| 07/31/06 | 07/28/06 | PURCHASED | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QB 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .830676510100 REM BAL 2,688,068 | 3,236,000,000 | 100.0625 | -17,920.46 | -2,707,669.04 |
| 07/31/06 | 07/28/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2771 CL-2771-TK 0.000% 04/15/34 B/E DTD 04/15/04 CLB FACTOR 0.600082070 REM BAL 539,421 | 931,000,000 | 95.1875 | -2,466.32 | -534,965.38 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
PAR-02-CUTSHEET

A LMF Securities Group LLC.
Subsidiaries from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC Securities & Clearing Services provided by
Pershing LLC

BO39841CUTSF00034

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/31/05 | 07/28/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 50000.00 CORRECTED CONFIRM | -50,000.000 | 59.0000 | 312.50 | 49,812.50 |
| 07/31/05 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 FACTOR 1.000000000 REM BAL 343,000 | -343,000.000 | 56.5000 | 1,143.33 | 332,138.33 |
| 07/31/05 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 800.00 | -8,600.000 | 59.0000 | 26.67 | 7,946.67 |
| 07/31/05 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 600.00 | -6,000.000 | 59.0000 | 20.00 | 5,960.00 |
| 07/31/05 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 600.00 | -6,000.000 | 59.0000 | 20.00 | 5,960.00 |
| 07/31/05 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 36000.00 | -36,000.000 | 59.0000 | 120.00 | 35,760.00 |
| 07/31/05 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 95000.00 | -95,000.000 | 59.0000 | 316.67 | 94,366.67 |
| 07/31/05 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 4000.00 | -4,000.000 | 59.0000 | 13.33 | 3,973.33 |
| 07/31/05 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 30000.00 | -30,000.000 | 59.0000 | 100.00 | 29,800.00 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Subsidiary of The Bank of New York

Page 14 of 19

BO0944ICSP30034

CROCKER
SECURITIES LLC
2950 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage**
*Account Statement*

Statement Period: 07/01/2006 - 07/31/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/31/06 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL     2000.00 | -2,000.000 | 99.0000 | 6.67 | 1,986.67 |
| 07/31/06 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL     500.00 | -5,000.000 | 99.0000 | 16.67 | 4,956.67 |
| 07/31/06 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL     300.00 | -3,000.000 | 99.0000 | 10.00 | 2,980.00 |
| 07/31/06 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL     800.00 | -8,000.000 | 99.0000 | 26.67 | 7,946.67 |
| 07/31/06 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL     700.00 | -7,000.000 | 99.0000 | 23.33 | 6,953.33 |
| 07/31/06 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL     1500.00 | -15,000.000 | 99.0000 | 50.00 | 14,900.00 |
| 07/31/06 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL     800.00 | -8,000.000 | 99.0000 | 26.67 | 7,946.67 |

Account Number: 7ZJ-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Subsidiary of The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC (formerly Pershing brokerage) LLC

Page 15 of 19

8409941 6C5F5 0034

DALAM HATID
FOR COMMUNICATION

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/31/06 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 200.00 | -2,000.000 | 99.0000 | 6.67 | 1,993.67 |
| 07/31/06 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 3700.00 | -37,000.000 | 99.0000 | 123.33 | 36,753.33 |
| 07/31/06 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 600.00 | -6,000.000 | 99.0000 | 20.00 | 5,960.00 |
| 07/31/06 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 1500.00 | -15,000.000 | 99.0000 | 50.00 | 14,900.00 |
| 07/31/06 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 1400.00 | -14,000.000 | 99.0000 | 46.67 | 13,906.67 |
| 07/31/06 | 07/31/06 | PURCHASED | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A21 INV FLOATER 0.000% 10/25/35 B/E DTD 09/01/05 FACTOR 0.85810100700 REM BAL 1,718.041 VARIABLE RATE | 2,002,143.000 | 76.0000 | -4,275.35 | -1,309,986.55 |
| 07/31/06 | 07/31/06 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A21 INV FLOATER 0.000% 10/25/35 B/E DTD 09/01/05 FACTOR 0.85810100700 REM BAL 1,718.041 VARIABLE RATE | -2,002,143.000 | 76.0000 | 4,275.35 | 1,309,986.55 |
| 07/31/06 | 07/31/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2849 CL-2848-AS "INV FLTG" 0.000% 07/15/33 B/E DTD 07/01/03 CLB FACTOR 0.68880078500 REM BAL 4,763,841 VARIABLE RATE | 6,916,068.000 | 57.5000 | -3,215.30 | -3,215,593.30 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A DBS Securities Group Co.
Member New York Stock Exchange
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC (financial advisor of Pershing Investments LLC)

Page 16 of 19



# Brokerage
## Account Statement



**CROCKER**
**SECURITIES LLC**
2599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-947-1540

Statement Period: 07/01/2006 - 07/31/2006

## Transactions in Date Sequence *(continued)*

| Process/ Date | Trade/ Date | Settlement Transaction Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/31/06 | 07/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2648 CL-2648-ES "INV FLTG" 0.000% 07/15/33 B/E DTD 07/01/03 CL8 FACTOR 0.68880778500 REM BAL 4,763,841 VARIABLE RATE | -6,916,068,000 | 59.5000 | | 3,310,870.74 |
| 07/31/06 | 07/31/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.79236364600 REM BAL 2,800,212 VARIABLE RATE | 3,534,000,000 | 37.0000 | -18,668.08 | -2,454,852.93 |
| 07/31/06 | 07/31/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.79236364600 REM BAL 2,800,212 VARIABLE RATE | -3,534,000,000 | 88.0000 | 18,668.08 | 2,482,835.05 |

**Total Value of all Transactions** $1,621,778.49

The price and quantity displayed may have been rounded.

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 08/31/06 | 07/28/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/26/04 FACTOR 0.59469352200 REM BAL 9,446,935 VARIABLE RATE | -10,000,000,000 | 113.6250 | -3,873.24 | -3,873.24 |
| 09/01/06 | 07/28/06 | Buy | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR .58472692000 REM BAL 1946217.01 VARIABLE RATE | 3,325,000,000 | 103.5625 | 0.00 | -2,013,479.74 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Subsidiaries: Pershing LLC, member FINRA, NYSE, SIPC and Pershing LLC (member SIPC) through Pershing Investments LLC

One Pershing Plaza, Jersey City, New Jersey 07399

Page 17 of 19

R00984146C5P310G14

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 08/31/06 | 07/28/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.98472689200 REM BAL 1,944,271 | -3,325,000,000 | 100.0000 | -12,951.44 | 1,957,178.45 |
| 08/31/06 | 07/28/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL 10,000,000 VARIABLE RATE | -10,000,000,000 | 107.8750 | -66,666.66 | 10,854,166.66 |
| 08/31/06 | 07/28/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.83067763100 REM BAL 2,688,068 | -3,236,000,000 | 100.0000 | -17,920.45 | 2,705,988.99 |
| 08/31/06 | 07/28/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-TX 0.000% 04/15/34 B/E DTD 04/15/04 CLB FACTOR 0.50088207000 REM BAL 559,421 | -931,000,000 | 92.0000 | -2,486.32 | 517,153.83 |
| 08/01/06 | 07/28/06 | Buy | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.00000000 REM BAL 4,400,000 | 4,400,000,000 | 97.5312 | 0.00 | -4,291,373.00 |
| 08/31/06 | 07/28/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.00000000 REM BAL 4,400,000 | -4,400,000,000 | 94.5000 | -20,166.66 | 4,178,166.66 |
| 08/31/06 | 07/28/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.201% 09/15/34 B/E DTD 12/01/04 FACTOR 0.19727304000 REM BAL 362,192 VARIABLE RATE | -1,836,333.000 | 97.1250 | -656.44 | 352,444.28 |
| 08/31/06 | 07/28/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3192 CL-3192-LTD INV FLTR 7.500% 12/15/35 B/E DTD 07/28/06 FACTOR 1.00000000 REM BAL 2300000.00 CORRECTED CONFIRM | -2,300,000,000 | | -7,666.67 | 2,238,666.67 |

8009844 1GCSP 3 0034

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Subsidiary One Pershing Plaza, Jersey City, New Jersey 07399 Member NYSE, NASD, SIPC (Member) all trading accounts LLC

Page 18 of 19



**CROCKER SECURITIES LLC**
2559 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
# Account Statement

Statement Period: 07/01/2006 - 07/31/2006

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 08/01/05 | 07/28/06 | Buy | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 06/01/03 FACTOR 1.000000000 REM BAL 500.000 | 500,000.000 | 67.0625 | 0.00 | -335,312.50 |
| 08/31/06 | 07/28/06 | Sell | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 06/01/03 FACTOR 1.000000000 REM BAL 500.000 | -500,000.000 | 65.6250 | 0.00 | 328,125.00 |
| **Total Amount of Trades Not Settled** | | | | | | | **$27,229,676.66** |

QUALIFIED FOR COMMUNICATION

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
P/R-02-CUTSHEET

A BNY Securities Group Co.
Subsidiary of The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, financial strength of subsidiary investments LLC

RG10944:LECSF10034

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

CROCKER SECURITIES LLC
--TAXABLE TRADE #2 --
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597 - 7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803


DALBAR RATED
FOR COMMUNICATION

# Brokerage
## Account Statement

Account Number: 727-891035
Statement Period: 08/01/2006 - 08/31/2006

## Valuation at a Glance

| | This Period |
| --- | --- |
| Beginning Account Value | -$5,181,308.18 |
| Cash Withdrawals | -$73,271.63 |
| Dividends/Interest | -$0,727.69 |
| Change in Account Value | 450,448.42 |
| Ending Account Value | -$5,154,865.08 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
| --- | --- | --- | --- | --- |
| Fixed Income | 21,800,747.25 | 28,307,905.66 | 100% | Your Account is 100% Invested in Fixed Income. |
| Cash and Cash Equivalents | -26,982,055.43 | -33,462,770.74 | 0% | |
| Account Total | -$5,181,308.18 | -$5,154,865.08 | 100% | |

B009823ACSPF0033

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Subsidiary from Ha Bank of New York
Member FINRA, NYSE, SPC Protected Ltd Trading Interests LLC

One Pershing Plaza, Jersey City, New Jersey 07399

# Customer Service Information

**Your Investment Advisor: RDG**

DOUG GREEN

| Contact Information | Customer Service Information |
|---|---|
| Telephone Number: (561) 361-4603 | Service Hours: Weekdays 08:00 a.m. - 06:00 p.m. PST |
| Fax Number: (561) 362-5261 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| **Cash and Cash Equivalents  0.00% of Portfolio** | | | | | | |
| Margin Balance | | -26,982,055.43 | -33,462,770.74 | $0.00 | $0.00 | |
| **Total Cash and Cash Equivalents** | | **-$26,982,055.4** | **-$33,462,770.74** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income  100.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | | |
| **Asset Backed Securities** | | | | | | |
| 101,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/28 B/E DTD 01/01/03 CLB  *Security Identifier 31393T7K8  Factor: 1.00000000* | 6.6380 | 6,704.38 | | 462.92 | |
| 134,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03  *Security Identifier 31393AD61  Factor: 0.29067244* | 3.0770 | 1,198.49 | | 178.52 | |
| 91,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03  *Security Identifier 31393TNVI  Factor: 0.64302140* | 8.4920 | 4,969.09 | | 292.57 | |
| 137,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB  *Security Identifier 31394KZD9  Factor: 0.67036296* | 73.0410 | 67,080.85 | | 0.00 | |

B00982040CSF10033

Account Number: 727-391035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Mellon Securities Co.
Member FINRA, NYSE, SIPC

One Pershing Plaza, Jersey City, New Jersey 07399



# CROCKER SECURITIES LLC

3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage**
**Account Statement**

Statement Period: 08/01/2006 - 08/31/2006

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL-46-QD "INV" 0.000% C9/25/34 B/E DTD 05/25/04 | 84.4190 | 7,950,571.63 | 0.00 | | |
| | *Security Identifier* 31393V137  *Factor:* 0.94179864 | | | | | |
| 73,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 2.559% 04/15/34 B/E DTD 05/01/05 | 95.2700 | 25,981.64 | 58.17 | | |
| | *Security Identifier* 31395UR94  *Factor:* 0.37358344 | | | | | |
| 4,400,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB | 94.8600 | 4,173,840.00 | 20,166.66 | | |
| | *Security Identifier* 31395H202  *Factor:* 1.00000000 | | | | | |
| 46,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-LB FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 | 90.5320 | 8,246.51 | 0.00 | | |
| | *Security Identifier* 31394C458  *Factor:* 0.19902057 | | | | | |
| 3,236,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 | 96.8440 | 2,558,149.62 | 17,610.09 | | |
| | *Security Identifier* 31394VJ03  *Factor:* 0.81625044 | | | | | |
| 18,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-AY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB | 98.0290 | 13,792.63 | 93.80 | | |
| | *Security Identifier* 31395V3K5  *Factor:* 0.78166375 | | | | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

DALLAS RATED FOR COMMUNICATION

3009820ECB(3001)

# Portfolio Holdings *(continued)*

8C0932GCSF310033

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Asset Backed Securities** *(continued)* | | | | | | |
| **Fixed Income** *(continued)* | | | | | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 *Security Identifier* 31396E3E4  Factor: 0.84837460 | 97.8070 | 4,978.62 | 33.93 | | |
| 6,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB *Security Identifier* 38374LGE5  Factor: 0.79415178 | 100.1660 | 4,772.82 | 31.77 | | |
| 7,000.000M | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.457% 10/25/35 B/E DTD 09/01/05 Moody Rating AAA S & P Rating AAA *Security Identifier* 12669AKC6  Factor: 0.83565301 | 92.2280 | 5,401.40 | 21.75 | | |
| 2,112,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 *Security Identifier* 31395UEN6  Factor: 0.99716295 | 100.2750 | 2,111,799.67 | 13,162.53 | | |
| 58,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier* 31394U1S1  Factor: 0.77278656 | 92.6200 | 41,513.78 | 298.81 | | |
| 3,325,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier* 31394U789  Factor: 0.54457312 | 98.2710 | 1,782,666.03 | 12,093.52 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier* 31394U777  Factor: 1.00000000 | 94.6610 | 9,466,100.00 | 66,666.60 | | |

Account Number: 727-891035

CROCKER SECURITIES LLC

Clearing Through **Pershing**
A DBS Securities Group Co.
Subsidiary from The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC, Financial Industry Regulatory Authority
One Pershing Plaza, Jersey City, New Jersey 07399

Page 4 of 18

# CROCKER SECURITIES LLC
1999 Oak Road • Suite 200 • Walnut Creek, CA 94597
925-941-1540



**Brokerage Account Statement**

Statement Period: 08/01/2006 - 08/31/2006

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 2,000.000▣ | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 | 93.4550 | 1,533.42 | 10.94 | | |
| | *Security Identifier 31394VG20  Factor: 0.82040779* | | | | | |
| 8,000.000▣ | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 | 98.7220 | 7,169.28 | 45.39 | | |
| | *Security Identifier 31395DF33  Factor: 0.90776177* | | | | | |
| 100,000.000▣ | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-LO "PRIN ONLY" 0.000% 09/15/36 B/E DTD 06/01/06 | 71.4360 | 71,436.00 | 0.00 | | |
| | *Security Identifier 31396TF73  Factor: 1.00000000* | | | | | |
| **Total Asset Backed Securities** | | | **$28,307,905.66** | **$131,227.96** | **$0.00** | |
| **Total Fixed Income** | | | **$28,307,905.66** | **$131,227.96** | **$0.00** | |

| Description | | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|
| **Total Portfolio Holdings** | | **-$5,154,865.08** | **$131,227.96** | **$0.00** |

### Disclosures and Other Information

▣ This symbol next to the quantity indicates a position in your margin account.

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.



DALBAR RATED
FOR COMMUNICATION

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co
PAR-02-OUTSHEET    Subsidiary The Bank of New York
Pershing LLC, member FINRA, NYSE, SIPC Financial Intermediary between investor and LLC

One Pershing Plaza, Jersey City, New Jersey 07399

B00982028CSF30033

## Portfolio Holdings (continued)

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the line of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your investment objectives of financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Foreign Currency Transactions - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization oth erwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by appl icable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents   (such as depositories) will be billed at the rates such agents use.

Proxy Vote - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. T he Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/01/06 | 06/30/06 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-67 CL-67 SC INV FLTR 2.561% 08/25/35 B/E DTD 07/25/05 CLB FACTOR .77151930000 REM BAL 229147.15 | 297,000.000 | 83.1562 | -107.97 | -190,653.16 |
| 08/01/06 | 07/28/06 | CORRECTED PURCHASE | CANCELLED TRADE FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ INV FLTR 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR .58472692000 REM BAL 194217.01 | 3,325,000.000 | 103.5625 | | -2,013,479.74 |
| 08/01/06 | 07/28/06 | PURCHASED | VARIABLE RATE CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400,000 | 4,400,000.000 | 97.5312 | | -4,291,375.00 |
| 08/01/06 | 07/28/06 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 36000.00 CANCELLED TRADE | 36,000.000 | 99.0000 | -120.00 | -35,760.00 |

Account Number: 72Z-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Member FINRA

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC. Subsidiary of Pershing Group LLC.

Page 6 of 18

BO3982080CSP51CO33

**CROCKER SECURITIES LLC**
3299 Oak Road • Suite 200 • Walnut Creek, CA 94597
925-941-5640

A BETTER RATED FOR COMMUNICATION

# Brokerage
## Account Statement

Statement Period: 08/01/2006 - 08/31/2006

Account Number: 7ZJ-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing** • A BNY Securities Group Co.
PAR-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SIPC, SPC (Subsidiaries of) a Pershing Investments LLC

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/01/06 | 07/28/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/28/06 CORRECTED CONFIRM | -25,000.000 | 59.0000 | 96.67 | 25,006.67 |
| 08/01/06 | 07/28/06 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 25000.00 SOLICITED ORDER QTY CORR FACTOR 1.00000000 REM BAL 25000.00 | 500,000.000 | 67.0625 | | -335,312.50 |
| 08/01/06 | 08/01/06 | PURCHASED | CWABS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 4.191% 08/25/35 B/E DTD 07/01/05 FACTOR 0.75099062690 REM BAL 47,312 VARIABLE RATE | 63,000.000 | 91.1250 | | -43,113.43 |
| 08/01/06 | 08/01/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2982 CL-2982-YS INV FLTR 2.763% 04/15/34 B/E DTD 05/01/05 FACTOR 0.40364895500 REM BAL 29,466 VARIABLE RATE | 73,000.000 | 95.1250 | | -28,029.89 |
| 08/07/06 | 08/02/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 10000.00 | -100,000.000 | 99.0000 | 459.33 | 99,459.33 |
| 08/14/06 | 08/01/06 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2982 CL-2982-YS INV FLTR 2.763% 04/15/34 B/E DTD 06/01/05 FACTOR 3736B244 VARIABLE RATE CORRECTED CONFIRM | 73,000.000 | 95.1250 | | -25,942.10 |
| 08/14/06 | 08/01/06 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2982 CL-2982-YS INV FLTR 2.763% 04/15/34 B/E DTD 05/01/05 FACTOR 0.40364895500 REM BAL 29,466 VARIABLE RATE CANCELLED TRADE | -73,000.000 | 95.1250 | | 28,029.89 |

BO9910ECSP10033

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/14/06 | 08/11/06 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT AUG 06 5.500% 06/01/06 REG DTD 06/01/06 CORRECTED CONFIRM | 27,000,000.000 | 97.5312 | -53,625.00 | -26,387,062.50 |
| 08/14/06 | 08/11/06 | SOLD | FNMA 30 YEAR TBA SETT AUG 06 5.500% 06/01/06 REG DTD 06/01/06 FACTOR 1.000000000 REM BAL 27,000,000 | -27,000,000.000 | 95.8750 | 53,625.00 | 25,933,875.00 |
| 08/14/06 | 08/14/06 | CONSOLIDATED FIRM BALANCES TRANSFERRED TO 727891DK31 | FNMA 30 YEAR TBA SETT AUG 06 5.500% 06/01/06 REG DTD 06/01/06 FACTOR 1.000000000 REM BAL 27,000,000 | | | | -383,271.00 |
| 08/14/06 | 08/14/06 | PURCHASED | FNMA 30 YEAR TBA SETT AUG 06 5.500% 06/01/06 REG DTD 06/01/06 FACTOR 1.000000000 REM BAL 27,000,000 | 27,000,000.000 | 95.9351 | -53,625.00 | -26,388,117.19 |
| 08/14/06 | 08/14/06 | SOLD | FNMA 1.000000000 REM BAL 27,000,000 | -27,000,000.000 | 95.5562 | 53,625.00 | 25,880,812.50 |
| 08/15/06 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB RD 07/31 PD 08/15/06 | | | | 462.92 |
| 08/15/06 | | BOND INTEREST RECEIVED | 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB RD 07/31 PD 08/15/06 | | | | 195.10 |
| 08/15/06 | | BOND INTEREST RECEIVED | 931000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-TX 0.000% 04/15/24 B/E DTD 04/15/04 CLB RD 07/31 PD 08/15/06 | | | | 4,661.84 |
| 08/15/06 | | BOND INTEREST RECEIVED | 1896333 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.201% 08/15/34 B/E DTD 12/01/04 RD 07/31 PD 08/15/06 | | | | 664.44 |
| 08/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.201% 08/15/34 B/E DTD 12/01/04 RD 07/31 PD 08/15/06 | | | | 17,116.05 |
| 08/15/06 | | BOND INTEREST RECEIVED | 18000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-NV INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 07/31 PD 08/15/06 | | | | 95.76 |
| 08/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-NV INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 07/31 PD 06/15/06 | | | | 294.64 |

Account Number: 7ZJ-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, NYSE Financial Industry Regulatory Authority and federal

Page 8 of 18

80092802CF210033

**CROCKER SECURITIES LLC**
3599 Oak Road • Suite 239 • Walnut Creek, CA 94597
925-941-1340

**Brokerage Account Statement**

Statement Period: 08/01/2006 - 08/31/2006

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/15/06 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/05 B/E DTD 10/01/05 RD 10/01/05 B/E DTD 07/31 PD 08/15/06 | | | | 34.74 |
| 08/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 07/31 PD 08/15/06 | | | | 120.08 |
| 08/15/06 | | BOND INTEREST RECEIVED | 2300000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/28/06 RD 07/31 PD 08/15/06 | | | | 14,375.00 |
| 08/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/28/06 RD 07/31 PD 08/15/06 | | | | 6,525.21 |
| 08/16/06 | | BOND INTEREST RECEIVED | 6000 GINNA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 07/31 PD 08/16/06 | | | | 32.31 |
| 08/16/06 | | PRINCIPAL PAY DOWN RECEIVED | GINNA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 07/31 PD 08/16/06 | | | | 82.24 |
| 08/21/06 | 08/19/06 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 31 DEBIT DAYS AV BAL .33416227.25 AVG RATE 7.500 07-20-06 TO 08-19-06 | | | | -215,813.14 |
| 08/25/06 | 07/28/06 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR .54657312 VARIABLE RATE CORRECTED CONFIRM | 3,325,000.000 | 103.5625 | | -1,878,655.46 |
| 08/25/06 | 07/28/06 | CANCELLED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR .58472659292000 REM BAL .194421.01 VARIABLE RATE CANCELLED TRADE | -3,325,000.000 | 103.5625 | | 2,013,473.74 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
PAR-02-CUTSHEET

BO09920ICS9J03033

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/25/06 | 07/18/06 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 REG DTD 07/28/06 SOLICITED ORDER FACTOR 1.00000000 REM BAL 3700000 CANCELLED TRADE | 37,000.000 | 99.0000 | | -36,753.33 |
| 08/25/06 | 07/28/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/28/06 SOLICITED ORDER QTY CORR FACTOR .99716285 REM BAL .31909.21 CORRECTED CONFIRM | -32,000.000 | 99.0000 | 106.67 | 31,785.67 |
| 08/25/06 | | BOND INTEREST RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-4-26 "INV FLTG" 4.356% 10/25/35 B/E DTD 09/01/05 RD 07/31 PD 08/25/06 | | | | 22.14 |
| 08/25/06 | | RETURN OF PRINCIPAL RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-4-26 "INV FLTG" 4.356% 10/25/35 B/E DTD 09/01/05 RD 07/31 PD 08/25/06 | | | | 150.13 |
| 08/25/06 | | BOND INTEREST RECEIVED | 14000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 07/25/27 B/E DTD 03/01/03 RD 07/31 PD 08/25/06 | | | | 194.29 |
| 08/25/06 | | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 07/31 PD 08/25/06 | | | | 301.79 |
| 08/25/06 | | BOND INTEREST RECEIVED | 1000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-GD "INV" 0.000% 06/25/34 B/E DTD 09/25/04 RD 07/31 PD 08/25/06 | | | | 19,366.22 |
| 08/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-GD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 07/31 PD 08/25/06 | | | | 28,946.90 |
| 08/25/06 | | BOND INTEREST RECEIVED | 45000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 07/31 PD 08/25/06 | | | | 33.39 |
| 08/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 07/31 PD 08/25/06 | | | | 686.90 |

840982080845PF30033

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Solution from the Bank of New York
Pershing LLC, member FINRA, NYSE, SPC, member of the Pershing (Pershing) Investment LLC

One Pershing Plaza, Jersey City, New Jersey 07399

# CROCKER SECURITIES LLC

2255 Ceci Road • Suite 230 • Walnut Creek, CA 94597
925-941-1240

**Brokerage Account Statement**

## Transactions in Date Sequence (continued)

Statement Period: 08/01/2006 - 08/31/2006

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/28/06 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E | | | | 66,666.67 |
| 08/25/06 | | BOND INTEREST RECEIVED | DTD 11/01/05 RD 07/31 PD 08/25/06 2000 FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E | | | | 11.36 |
| 08/25/06 | | PRINCIPAL PAY DOWN RECEIVED | RD 07/31 PD 08/25/06 FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E | | | | 63.08 |
| 08/25/06 | | BOND INTEREST RECEIVED | DTD 01/01/06 RD 07/31 PD 08/26/06 3236000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 | | | | 17,920.46 |
| 08/25/06 | | PRINCIPAL PAY DOWN RECEIVED | RD 07/31 PD 08/25/06 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E | | | | 46,552.67 |
| 08/25/06 | | BOND INTEREST RECEIVED | DTD 12/01/05 RD 07/31 PD 08/25/06 8000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 | | | | 47.02 |
| 08/25/06 | | PRINCIPAL PAY DOWN RECEIVED | RD 07/31 PD 08/25/06 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 RD 07/31 PD 08/25/06 | | | | 260.57 |
| 08/28/06 | 08/01/06 | CORRECTED PURCHASE | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 4.292% 08/25/35 B/E DTD 07/01/05 FACTOR .725825814800 REM BAL VARIABLE RATE CORRECTED CONFIRM | 63,000.000 | 91.1250 | | -41,668.75 |
| 08/28/06 | 08/01/06 | CANCELLED PURCHASE | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 4.191% 08/25/35 B/E DTD 07/01/05 FACTOR .750996290 REM BAL VARIABLE RATE CANCELLED TRADE | -63,000.000 | 91.1250 | 45,727.03 | 43,113.43 |
| 08/28/06 | | CONSOLIDATED FIRM BALANCES | TRANSFERRED TO 7Z7899012I | | | 47,312 | -4,006.63 |

BC0S820KCSP10013

DELIA BATES
FOR COMMUNICATION

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/31/06 | 06/30/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-07 CL-SC INV FLTR 2.957% 08/25/35 B/E DTD 01/25/05 CLB FACTOR .761984910000 REM BAL 226309.52 CORRECTED CONFIRM | -297,000.000 | 83.1562 | 111.55 | 188,302.06 |
| 08/31/06 | 07/28/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.009% 03/25/34 B/E DTD 05/25/04 FACTOR .941798460000 REM BAL 941798.40 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 113.6250 | 4,241.99 | 10,705,431.31 |
| 08/31/06 | 07/28/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR .545731320000 REM BAL 1814630.62 VARIABLE RATE CORRECTED CONFIRM | -3,325,000.000 | 100.0100 | 12,093.54 | 1,826,124.16 |
| 08/31/06 | 07/28/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10000000.00 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 66.6750 | 66,666.66 | 10,834,166.66 |
| 08/31/06 | 07/28/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .816250440000 REM BAL .284151586 CORRECTED CONFIRM | -3,236,000.000 | 100.0000 | 17,610.11 | 2,659,125.97 |
| 08/31/06 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2777 CL-2777-TX 0.000% 04/15/24 B/E DTD 04/15/04 CLB FACTOR .650088020700 REM BAL 559.421 | -931,000.000 | 92.0000 | 2,495.32 | 517,153.83 |
| 08/31/06 | 07/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/04 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400.00 | -4,400,000.000 | 94.5000 | 20,166.66 | 4,178,166.66 |
| 08/31/06 | 07/28/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.014% 08/15/24 B/E DTD 12/01/04 FACTOR .787916260000 REM BAL .34507683 VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 97.1250 | 579.17 | 335,735.04 |
| 08/31/06 | 07/28/06 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 0.000% 10/25/33 B/E DTD 08/01/03 MTG PASSTHRU CTF CL 1A2 FACTOR 1.000000000 REM BAL 500000.00 CORRECTED CONFIRM | -500,000.000 | 65.6250 | | 328,125.00 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Business from 166 Solid to New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, NASD, SIPC (Securities) of Pershing Securities LLC

Page 12 of 18

800992036C3F150133

# CROCKER SECURITIES LLC
3595 Oak Road • Suite 200 • Walnut Creek, CA 94597
925.941.1640

# Brokerage
# Account Statement

Statement Period: 08/01/2006 - 08/31/2006

Account Number: 727-691035
CROCKER SECURITIES LLC

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/31/06 | 08/15/06 | PURCHASED | FHLMC MULTICLASS MTG PART'N CTFS GTD SER-3164 CL-3164-UO "PRIN ONLY" 0.000% 06/15/06 B/E DTD 06/01/06 FACTOR 1.00000000 REM BAL VARIABLE RATE | 100,000,000 | 70.0000 | | -70,000.00 |
| 08/31/06 | 08/28/06 | PURCHASED | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A27 INV FLOATER 3.208% 10/25/35 B/E DTD 09/01/05 FACTOR 0.85965339000 REM BAL 348,048 VARIABLE RATE | 416,000,000 | 80.0000 | -930.59 | -279,359.01 |
| 08/31/06 | 08/28/06 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A27 INV FLOATER 3.208% 10/25/35 B/E DTD 09/01/05 FACTOR 0.85965339000 REM BAL 348,048 VARIABLE RATE | -416,000,000 | 82.0000 | 930.59 | 266,329.98 |
| 08/31/06 | 08/28/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-67 CL-67-SC INV FLTR 2.957% 08/25/35 B/E DTD 07/25/05 CLB FACTOR 0.76198491100 REM BAL 226,309 | 297,000,000 | 83.1562 | -111.55 | -188,302.06 |
| 08/31/06 | 08/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-67 CL-67-SC INV FLTR 2.957% 08/25/35 B/E DTD 07/25/05 CLB FACTOR 0.76198491100 REM BAL 226,309 | -297,000,000 | 83.1250 | 111.55 | 188,231.34 |
| 08/31/06 | 08/28/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC FACTOR 0.76198491100 REM BAL 226,309 FNMA GTD REMIC PASS THRU CTF REMIC DTD 06/25/06 FACTOR 0.79718023300 REM BAL 1,512,699 VARIABLE RATE | 2,023,000,000 | 79.0000 | -221.86 | -1,274,254.74 |
| 08/31/06 | 08/28/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-57 CL-57-ES 0.8225% 03/25/35 B/E DTD 06/25/06 FACTOR 0.79718023300 REM BAL 1,512,699 VARIABLE RATE | -2,023,000,000 | 81.0000 | 221.86 | 1,306,508.74 |
| 08/31/06 | 08/29/06 | SOLD | CWMBS INC MTG PASS THRU CTF SER 2005-16 CL-A9 INV FLTR 4.292% 08/25/35 B/E DTD 07/01/05 FACTOR 0.72582258100 REM BAL 45,727 VARIABLE RATE | -63,000,000 | 90.0000 | 163.58 | 41,317.90 |

Clearing Through **Pershing** A BNY Securities Group Co.
PAR-02-CUTSHEET Member FINRA, NYSE, SIPC

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC. Pershing LLC is a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon).

80009208C5730013

QUALITY BASED FOR COMMUNICATION

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/31/06 | 08/29/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-4IE-QD1 "INV" 0.000% 03/25/34 B/E DTD 06/25/04 FACTOR 0.941398400 REM BAL 9,417,988 VARIABLE RATE | 10,000,000.000 | 113.6562 | -4,241.99 | -10,703,374.43 |
| 08/31/06 | 08/29/06 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 VARIABLE RATE FACTOR .77278656 REM BAL 102780.61 CORRECTED CONFIRM | 133,000,000.000 | 92.0000 | -685.20 | -95,243.36 |
| 08/31/06 | 08/29/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 SOLICITED ORDER FACTOR .77278656000 REM BAL 1545.57 VARIABLE RATE CORRECTED CONFIRM | -2,000.000 | 95.0000 | 10.30 | 1,678.59 |
| 08/31/06 | 08/29/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 SOLICITED ORDER VARIABLE RATE | -17,000.000 | 95.0000 | 87.58 | 12,568.08 |
| 08/31/06 | 08/29/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 SOLICITED ORDER VARIABLE RATE FACTOR .77278656 REM BAL 13137.37 | -1,000.000 | 95.0000 | 5.15 | 739.30 |
| 08/31/06 | 08/29/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 SOLICITED ORDER VARIABLE RATE FACTOR .77278656 REM BAL 772.79 | -51,000.000 | 95.0000 | 262.74 | 37,704.25 |
| 08/31/06 | 08/29/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 SOLICITED ORDER VARIABLE RATE FACTOR .77278656 REM BAL 39412.11 | -4,000.000 | 95.0000 | 20.60 | 2,957.19 |
| 08/31/06 | 08/29/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/07/05 FACTOR 0.545573120 REM BAL 1,814,030 VARIABLE RATE | 3,325,000.000 | 100.0312 | -12,093.53 | -1,826,691.04 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Serving the Financial Services Market

Page 14 of 18

80098208CSF310033

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 330 • Walnut Creek, CA 94597
925-941-1541

**Brokerage Account Statement**

Statement Period 08/01/2006 - 08/31/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/31/06 | 08/29/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/07/05 FACTOR 1.00000000000 REM BAL 10,000,000 VARIABLE RATE | 10,000,000.000 | 107.9062 | -95,666.66 | -10,851,291.66 |
| 08/31/06 | 08/29/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CLS 8.000% 01/25/35 B/E DTD 12/07/05 FACTOR 0.816289440 REM BAL 2,641,515 | 3,236,000.000 | 100.0312 | -17,610.10 | -2,669,951.44 |
| 08/31/06 | 08/29/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400,000 | 4,400,000.000 | 94.5312 | -20,165.66 | -4,179,541.66 |
| 08/31/06 | 08/29/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-LN INT ONLY INV FLTR 8.000% 10/15/34 B/E DTD 06/15/05 CLB FACTOR 0.826823500 REM BAL 1,237,768 | 1,497,000.000 | 93.0000 | -4,400.95 | -1,155,525.22 |
| 08/31/06 | 08/29/06 | SOLD | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-LN INT ONLY INV FLTR 8.000% 10/15/34 B/E DTD 06/15/05 CLB FACTOR 0.826823500 REM BAL 204,227 | -247,000.000 | 94.2500 | 726.14 | 193,210.64 |
| 08/31/06 | 08/29/06 | SOLD | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-LN INT ONLY INV FLTR 8.000% 10/15/34 B/E DTD 06/15/05 CLB FACTOR 0.826823500 REM BAL 1,033,540 | -1,250,000.000 | 94.3750 | 3,674.81 | 979,078.60 |
| 08/31/06 | 08/29/06 | PURCHASED | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3185 CL-3185-SA 07/15/35 B/E DTD 07/15/06 CLB FACTOR 0.988130430 REM BAL 3,063,204 VARIABLE RATE | 3,100,000.000 | 70.1250 | -2,131.99 | -2,190,204.03 |
| 08/31/06 | 08/29/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3185 CL-3185-SA 0.000% 07/15/35 B/E DTD 07/15/06 CLB FACTOR 0.988130430 REM BAL 3,063,204 VARIABLE RATE | -3,100,000.000 | 72.2500 | 2,131.99 | 2,215,297.12 |

DALBAR RATED FOR COMMUNICATION

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, is a wholly owned subsidiary of the Bank of New York Company, Inc.

PAR-00-CUTSHEET

Page 15 of 18

BC09820ECSF3I0S3

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/31/06 | 08/29/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/28/06<br>REM BAL      6980.14<br>SOLICITED ORDER FACTOR .59716295 | -7,000.000 | 100.0000 | 23.27 | 7,003.41 |
| 08/31/06 | 08/29/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/28/06<br>REM BAL      7917.30<br>SOLICITED ORDER FACTOR .59716295 | -8,000.000 | 100.0000 | 26.59 | 8,003.89 |
| 08/31/06 | 08/29/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/28/06<br>REM BAL      7917.30<br>SOLICITED ORDER FACTOR .59716295 | -8,000.000 | 100.0000 | 26.59 | 8,003.89 |
| 08/31/06 | 08/29/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/28/06<br>REM BAL      3988.65<br>SOLICITED ORDER FACTOR .59716295 | -4,000.000 | 100.0000 | 13.20 | 4,031.85 |
| 08/31/06 | 08/29/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/28/06<br>REM BAL      49868.15<br>SOLICITED ORDER FACTOR .59716295 | -50,000.000 | 100.0000 | 166.19 | 50,024.34 |
| 08/31/06 | 08/29/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/28/06<br>REM BAL      1994.33  CORRECTED CONFIRM<br>SOLICITED ORDER FACTOR .59716295000 | -2,000.000 | 100.0000 | 6.65 | 2,000.98 |
| 08/31/06 | 08/29/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/28/06<br>REM BAL      3988.65<br>SOLICITED ORDER FACTOR .59716295 | -4,000.000 | 100.0000 | 13.30 | 4,001.95 |
| 08/31/06 | 08/29/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/28/06<br>REM BAL      9971.63<br>SOLICITED ORDER FACTOR .59716295 | -10,000.000 | 100.0000 | 33.24 | 10,004.87 |

Account Number: 7ZJ-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A DST Securities Group Co.
Solutions from The Bank of New York

Page 16 of 18

a009420ECSP30033

CROCKER
SECURITIES LLC

1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



**Brokerage**
*Account Statement*

Statement Period: 08/01/2006 - 08/31/2006

## Transactions in Date Sequence *(continued)*

| Process/ Trade/ Date | Settlement Date | Transaction Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/31/06 | 08/29/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/28/06 SOLICITED ORDER FACTOR .59716285 REM BAL. 2891.49 | -3,000.000 | 100.0000 | 9.97 | 3,001.46 |
| 08/31/06 | 08/29/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/28/06 SOLICITED ORDER FACTOR .59716285 REM BAL. 3988.65 | -4,000.000 | 100.0000 | 13.30 | 4,001.95 |

Total Value of all Transactions

The price and quantity displayed may have been rounded.

-$6,480,715.31

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 09/15/06 | 07/28/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 QUANT/CHG FACTOR .99716295 REM BAL. 20940422.20 | -2,100,000.000 | 97.0000 | 0.00 | 2,031,220.93 |
| 09/13/06 | 08/11/06 | Buy | FNMA 30 YEAR TBA SET SEPTEMBER 5.500% 09/01/35 REG DTD DTD 09/01/05 FACTOR 1.000000000 REM BAL. 27000000.00 CORRECTED CONFIRM | 27,000,000.000 | 95.7500 | 49,500.00 | -25,902,000.00 |
| 09/13/06 | 08/11/06 | Sell | FNMA 30 YEAR TBA SET SEPTEMBER 5.500% 09/01/35 REG DTD 09/01/05 FACTOR 1.000000000 REM BAL. 27000000.00 CORRECTED CONFIRM | -27,000,000.000 | 97.4960 | -49,500.00 | 26,373,445.33 |
| 09/13/06 | 08/14/06 | Buy | FNMA 30 YEAR TBA SET SEPTEMBER 5.500% 09/01/35 REG DTD 09/01/05 FACTOR 1.000000000 REM BAL. 27000000.00 CORRECTED CONFIRM | 27,000,000.000 | 95.2600 | 49,500.00 | -26,767,000.00 |

BAD99320SF310033

DALBAR RATED
FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Solutions from This Bank of New York.
Pershing LLC, member NASD, NYSE, SIPC. A wholly-owned subsidiary of Pershing Investments LLC

One Pershing Plaza, Jersey City, New Jersey 07399

Page 17 of 18

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 09/13/06 | 08/14/06 | Sell | FNMA 30 YEAR TBA SET SEPTEMBER 5.500% 09/01/35 REG DTD 09/01/05 FACTOR 1.000000000 REM BAL 27,000,000 | -27,000,000.000 | 97.5000 | -49,500.00 | 26,374,500.00 |
| 09/13/06 | 08/22/06 | Buy | FNMA 30 YEAR TBA SET SEPTEMBER 5.500% 09/01/35 REG DTD 09/01/05 FACTOR 1.000000000 REM BAL 10,000,000 | 10,000,000.000 | 97.8393 | 18,333.33 | -9,804,270.83 |
| 09/13/06 | 08/22/06 | Sell | FNMA 30 YEAR TBA SET SEPTEMBER 5.500% 09/01/35 REG DTD 09/01/05 FACTOR 1.000000000 REM BAL 10,000,000 | -10,000,000.000 | 98.3750 | -18,333.33 | 9,855,833.33 |
| 09/29/06 | 08/29/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.9417398400 REM BAL 9,417,598 | -10,000,000.000 | 113.5000 | -2,827.99 | 10,692,244.82 |
| 09/29/06 | 08/29/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" VARIABLE RATE 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.5465731200 REM BAL 1,814,030 | -3,325,000.000 | 100.0000 | -11,287.30 | 1,825,317.92 |
| 09/29/06 | 08/29/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" VARIABLE RATE 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10,000,000 | -10,000,000.000 | 107.8750 | -62,222.22 | 10,849,722.22 |
| 09/29/06 | 08/29/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.8816290400 REM BAL 2,641,515 | -3,236,000.000 | 99.0000 | -16,436.09 | 2,631,536.80 |
| 09/29/06 | 08/29/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CL8 FACTOR 1.000000000 REM BAL 4,400,000 | -4,400,000.000 | 94.5312 | -18,822.22 | 4,178,197.22 |
| Total Amount of Trades Not Settled | | | | | | | $33,338,747.74 |



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

CROCKER SECURITIES LLC
- -TAXABLE TRADE #2- -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597- 7782

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

80097617CSFS0048

DALBAR RATED
FOR COMMUNICATION

## Brokerage
### Account Statement

Account Number: 7Z7-891035
Statement Period: 09/01/2006 - 09/30/2006

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$5,154,865.08 |
| Cash Withdrawals | -152,754.00 |
| Dividends/Interest | -68,124.06 |
| Change in Account Value | 440,834.72 |
| Ending Account Value | -$4,934,908.42 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | 28,307,906.66 | 23,568,836.94 | 100% | Your Account is 100% Invested in Fixed Income. |
| Cash and Cash Equivalents | -33,462,770.74 | -28,503,745.36 | 0% | |
| **Account Total** | **-$5,154,865.08** | **-$4,934,908.42** | **100%** | |

Clearing Through **Pershing** A BNY Securities Group Co.
PAR-02-CUTSHEET    Subject to the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Pershing is a wholly owned subsidiary of The Bank of New York Company, Inc.

# Customer Service Information

**Your Investment Advisor: RDC**
DOUG GREEN

| Contact Information | Customer Service Information |
|---|---|
| Telephone Number: (561) 361-4603 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| Fax Number: (561) 362-5261 | Customer Service Telephone Number: (800) 941-2895 |

# Portfolio Holdings

## Cash and Cash Equivalents 0.00% of Portfolio

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Margin Balance | -33,462,770.74 | -28,503,745.36 | | | |
| | **Total Cash and Cash Equivalents** | **-$33,462,770.7** | **-$28,503,745.36** | **$0.00** | **$0.00** | |

## Fixed Income 100.00% of Portfolio *(In Maturity Date Sequence)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Asset Backed Securities** | | | | | |
| 101,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB Security Identifier: 31393J1K8  Factor: 1.00000000 | 6.2850 | 6,347.85 | 447.49 | | |
| 134,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 Security Identifier: 31393AD51  Factor: 0.26488783 | 2.5600 | 908.67 | 157.26 | | |
| 91,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 Security Identifier: 31393TNV1  Factor: 0.81595985 | 7.8500 | 4,400.34 | 270.93 | | |
| 137,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB Security Identifier: 31394KZD9  Factor: 0.67036296 | 77.9700 | 71,607.43 | 0.00 | | |

Account Number: 727-391035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC. Unaffiliated of Pershing Investments LLC

Page 2 of 17

B009761TCSP310C48



**CROCKER SECURITIES LLC**
1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1340

# Brokerage Account Statement

**Statement Period: 09/01/2006 - 09/30/2006**

## Portfolio Holdings (continued)

### Fixed Income (continued)
### Asset Backed Securities (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| 500,000.00M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A2 0.000% 10/25/33 B/E DTD 08/01/03 Moody Rating AAA S & P Rating AAA *Security Identifier: 32051DK50  Factor: 1.00000000* | 46.1120 | 239,560.00 | 0.00 | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR.2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 *Security Identifier: 31393VU37  Factor: 0.93892716* | 87.1140 | 8,179,370.06 | 0.00 | | |
| 73,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 2.822% 04/15/34 B/E DTD 05/01/05 *Security Identifier: 31395U994  Factor: 0.34881312* | 94.5210 | 24,068.22 | 57.89 | | |
| 1,836,333.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2906 CL-2906-LS INV FLTR 2.256% 08/15/34 B/E DTD 12/01/04 *Security Identifier: 31395KCQ4  Factor: 0.18291806* | 93.7080 | 314,763.74 | 610.45 | | |
| 46,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR.2005-30 CL-30-LB FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 *Security Identifier: 31394CJ58  Factor: 0.17640827* | 90.9740 | 7,382.34 | 0.00 | | |
| 6,150,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 *Security Identifier: 31394VU03  Factor: 0.80922766* | 96.2260 | 4,780,927.56 | 32,072.37 | | |

# Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| Asset Backed Securities (continued) | | | | | | |
| 18,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990A W INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB *Security Identifier:* 31395Q3G5   Factor: 0.75147195 | 98.2070 | 13,283.97 | 87.17 | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 *Security Identifier:* 31396E3E4   Factor: 0.81602071 | 99.3460 | 4,864.10 | 31.55 | | |
| 6,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB *Security Identifier:* 38374LCE5   Factor: 0.77384069 | 100.9430 | 4,686.83 | 29.92 | | |
| 7,000.000M | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.447% 10/25/35 B/E DTD 09/01/05 Moody Rating AAA S & P Rating AAA *Security Identifier:* 126694KS6   Factor: 0.82275973 | 93.3500 | 5,387.84 | 20.64 | | |
| 12,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 *Security Identifier:* 31395UEN6   Factor: 0.98273916 | 100.0140 | 11,794.52 | 71.25 | | |
| 58,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier:* 31394UT51   Factor: 0.74409024 | 85.6990 | 41,301.04 | 278.12 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier:* 31394UT77   Factor: 1.00000000 | 97.7480 | 9,774,800.00 | 64,444.40 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC. Einzelwerte of Pershing Investments LLC.

0009761705F50048



**Brokerage**
*Account Statement*

CROCKER
SECURITIES LLC
2999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925 941 1840

Statement Period: 09/01/2006 - 09/30/2006

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 2,000.000■ | FNMA MULTICLASS MTG PARTN CTFS GTD SER.2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 *Security Identifier* 31394VC20  *Factor:* 0.78835120 | 93.3920 | 1,466.91 | 10.12 | | |
| 8,000.000■ | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-39 CL-39 SW 7.500% 05/25/36 B/E DTD 04/01/06 *Security Identifier* 31395DF3  *Factor:* 0.89117589 | 99.3490 | 7,082.52 | 43.07 | | |
| 100,000.000■ | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.3164 CL-3164 JO "PRIN ONLY" 0.000% 06/15/36 B/E DTD 06/01/06 *Security Identifier* 31396ITF73  *Factor:* 1.00000000 | 75.8330 | 75,833.00 | 0.00 | | |
| **Total Asset Backed Securities** | | | **$23,568,836.94** | **$98,632.63** | **$0.00** | |
| **Total Fixed Income** | | | **$23,568,836.94** | **$98,632.63** | **$0.00** | |

| Description | | | Market Value | Accrued Interest | Estimated Annual Income | |
|---|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | | **-$4,934,908.42** | **$98,632.63** | **$0.00** | |

### Disclosures and Other Information

■ This symbol next to the quantity indicates a position in your margin account.

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.


INKJET PRINTED
FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Subscriber from U.S. Bank of New York
Pershing LLC, member SIPC, NASD and a Pershing affiliated NYSE

One Pershing Plaza, Jersey City, New Jersey 07399

Page 5 of 17

8009976170SP10048

## Portfolio Holdings (continued)

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit Interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

**Foreign Currency Transactions** - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by appl icable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

**Proxy Vote** - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

## Transactions in Date Sequence

| Process/ Date | Trade/ Settlement Date | Transaction Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/01/06 | 08/11/06 | CONSOLIDATED FIRM BALANCES | TRANSFER TO 727891Q431 | | | | -162,754.00 |
| 09/13/06 | 08/11/06 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT SEPTEMBER | 17,000,000.000 | 98.0423 | -31,166.67 | -16,698,471.35 |
| | | | 5.500% 09/01/35 REG DTD 09/01/05 | | | | |
| | | | FACTOR 1.000000000 REM BAL 17000000.00 | | | | |
| | | | CORRECTED CONFIRM | | | | |
| 09/13/06 | 08/11/06 | CORRECTED SELL | FNMA 30 YEAR TBA SETT SEPTEMBER | -27,000,000.000 | 97.4960 | 49,500.00 | 26,373,445.33 |
| | | | 5.500% 09/01/35 REG DTD 09/01/05 | | | | |
| | | | FACTOR 1.000000000 REM BAL 27000000.00 | | | | |
| | | | CORRECTED CONFIRM | | | | |
| 09/13/06 | 08/14/06 | PURCHASED | FNMA 30 YEAR TBA SETT SEPTEMBER | 27,000,000.000 | 98.0428 | -49,500.00 | -26,521,101.55 |
| | | | 5.500% 09/01/35 REG DTD 09/01/05 | | | | |
| | | | FACTOR 1.000000000 REM BAL 27,000.00 | | | | |
| 09/13/06 | 08/14/06 | SOLD | FNMA 30 YEAR TBA SETT SEPTEMBER | -27,000,000.000 | 97.5000 | 49,500.00 | 26,374,500.00 |
| | | | 5.500% 09/01/35 REG DTD 09/01/05 | | | | |
| | | | FACTOR 1.000000000 REM BAL 27,000.000 | | | | |
| 09/13/06 | 09/22/06 | PURCHASED | FNMA 30 YEAR TBA SETT SEPTEMBER | 10,000,000.000 | 97.8593 | -18,333.33 | -9,804,270.83 |
| | | | 5.500% 09/01/35 REG DTD 09/01/05 | | | | |
| | | | FACTOR 1.000000000 REM BAL 10,000.000 | | | | |

Account Number: 727-891Q35
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399 Member SIPC, NYSE, NASD, AMEX (Member of all major exchanges) SIPC

8009761TCSF10048

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage Account Statement**

Statement Period: 09/01/2006 - 09/30/2006

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/15/06 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB RD 08/31 PD 09/15/06 | | | | 462.92 |
| 09/15/06 | | BOND INTEREST RECEIVED | 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2892 CL-2892-SC 0.000% .07154/33 REG DTD 10/15/03 CLB RD 08/31 PD 09/15/06 | | | | 201.03 |
| 09/15/06 | | BOND INTEREST RECEIVED | 440000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB RD 08/31 PD 09/15/06 | | | | 20,166.67 |
| 09/15/06 | | BOND INTEREST RECEIVED | 73000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2892 CL-2892-YS INV FLTR 2.559% 04/15/34 B/E DTD 05/01/05 RD 08/31 PD 09/15/06 | | | | 58.17 |
| 09/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2892 CL-2892-YS INV FLTR 2.559% 04/15/34 B/E DTD 05/01/05 RD 08/31 PD 09/15/06 | | | | 1,808.23 |
| 09/15/06 | | BOND INTEREST RECEIVED | 16000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-NY INV FLTR 8.000% 09/15/35 B/E DTD 06/15/05 CLB RD 08/31 PD 09/15/06 | | | | 93.80 |
| 09/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-NY INV FLTR 8.000% 09/15/35 B/E DTD 06/15/05 CLB RD 08/31 PD 09/15/06 | | | | 543.45 |
| 09/15/06 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/07/05 RD 08/31 PD 09/15/06 | | | | 33.93 |
| 09/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/07/05 RD 08/31 PD 09/15/06 | | | | 194.12 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through Pershing


## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/15/06 | | BOND INTEREST RECEIVED | 2112000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 08/31 PD 09/15/06 | | | | 13,162.55 |
| 09/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 08/31 PD 09/15/06 | | | | 30,463.04 |
| 09/18/06 | | BOND INTEREST RECEIVED | 6000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 05/16/35 B/E DTD 06/16/05 CLB RD 08/31 PD 09/18/06 | | | | 31.77 |
| 09/18/06 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 05/16/35 B/E DTD 06/16/05 CLB RD 08/31 PD 09/16/06 | | | | 121.87 |
| 09/20/06 | 09/19/06 | INT CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 31 DEBIT DAYS AV BAL 341B7288.19 AVG RATE 7.500 08-20-06 TO 09-19-06 | | | | -220,732.84 |
| 09/20/06 | 09/20/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.80922766500 REM BAL 817,319 | 1,010,000,000 | 95.0000 | -3,450.91 | -788,078.05 |
| 09/25/06 | | RETURN OF PRINCIPAL RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.457% 10/25/35 B/E DTD 09/01/05 RD 08/31 PD 09/25/06 | | | | 97.25 |
| 09/25/06 | | BOND INTEREST RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.457% 10/25/35 B/E DTD 09/01/05 RD 08/31 PD 09/25/06 | | | | 21.13 |
| 09/25/06 | | BOND INTEREST RECEIVED | 134000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-24 CL-24-IN INT ONLY 5.500% 07/25/27 B/E DTD 03/01/03 RD 08/31 PD 09/25/06 | | | | 176.52 |
| 09/25/06 | | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-1C INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 08/31 PD 09/25/06 | | | | 292.57 |
| 09/25/06 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 08/31 PD 09/25/06 | | | | 21,209.94 |

B009T62TC5FP3Q048

Account Number: 727-891025
CROCKER SECURITIES LLC

Clearing Through: **Pershing**
A BNY Securities Group Co.
Subsidiary of The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, NYSE MKT, SIPC. Statement link to Brokerage Investments LLC

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1340

## Brokerage
## Account Statement

Statement Period: 09/01/2006 - 09/30/2006

## Transactions in Date Sequence *(continued)*

| Process/ Trade/ Settlement Date | Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46 GD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 08/31 PD 09/25/06 | | | | 28,716.80 |
| 09/25/06 | | BOND INTEREST RECEIVED | 46000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 08/31 PD 09/25/06 | | | | 30.34 |
| 09/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 08/31 PD 09/25/06 | | | | 994.16 |
| 09/25/06 | | BOND INTEREST RECEIVED | 56000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 08/31 PD 09/25/06 | | | | 298.81 |
| 09/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 08/31 PD 09/25/06 | | | | 1,664.39 |
| 09/25/06 | | BOND INTEREST RECEIVED | 3325000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 08/31 PD 09/25/06 | | | | 12,093.53 |
| 09/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 08/31 PD 09/25/06 | | | | 190,830.53 |
| 09/25/06 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 08/31 PD 09/25/06 | | | | 66,666.67 |
| 09/25/06 | | BOND INTEREST RECEIVED | 2000 FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 08/31 PD 09/25/06 | | | | 10.94 |

DAHAB MATED FOR COMMUNICATION

Account Number: 717-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Services from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, member NASD, SIPC, BSE, Member FDIC of Pershing Investments LLC

BD09976171C5FD1048

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2005-2 CL-LY 8.000% 12/25/35 B/E D/TD 01/01/06 RD 08/31 PD 09/25/06 | | | | 701.11 |
| 09/25/06 | | BOND INTEREST RECEIVED | 329800.0 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E RD 08/31 PD 09/25/06 | | | | 17,610.10 |
| 09/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E D/TD 12/01/05 RD 08/31 PD 09/25/06 | | | | 22,855.15 |
| 09/25/06 | | BOND INTEREST RECEIVED | 8000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-39 CL-39-SW 7.500% 05/25/36 B/E RD 08/31 PD 09/25/06 | | | | 45.39 |
| 09/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-39 CL-39-SW 7.500% 05/25/36 B/E D/TD 04/01/06 RD 08/31 PD 09/25/06 | | | | 133.17 |
| 09/26/06 | 09/26/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 319Z CL 319Z TD INV FLTR 7.500% 12/15/35 B/E D/TD 07/15/06 SOLICITED ORDER FACTOR .98273916 | -6,000.000 | 99.0000 | 17.20 | 5,854.67 |
| 09/27/06 | 09/26/06 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 319Z CL 319Z TD INV FLTR 7.500% 12/15/35 B/E D/TD 07/15/06 SOLICITED ORDER FACTOR .98273916 REM BAL 5896.43 | 6,000.000 | 99.0000 | -17.20 | -5,854.67 |
| 09/28/06 | 07/28/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 319Z CL 319Z TD INV FLTR 7.500% 12/15/35 B/E D/TD 07/15/06 SOLICITED ORDER FACTOR .98273916 REM BAL 5896.43 CANCELLED TRADE CORRECTED CONFIRM | -2,100,000.000 | 97.0000 | 6,019.28 | 2,007,858.95 |
| 09/29/06 | 08/29/06 | CORRECTED SELL | FACTOR .9823916 REM BAL 2063752.24 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E D/TD 05/25/04 | -10,000,000.000 | 117.5000 | 2,795.92 | 11,035,190.05 |
| 09/29/06 | 08/29/06 | CORRECTED SELL | FACTOR .9388271500000 REM BAL 9389271.60 VARIABLE RATE CORRECTED CONFIRM FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HQ "INV FLTG" 8.000% 12/25/35 B/E D/TD 11/07/05 FACTOR .498180470000 REM BAL 1623200.06 VARIABLE RATE CORRECTED CONFIRM | -3,325,000.000 | 99.0000 | 10,099.91 | 1,617,061.97 |

Account Number: 7ZJ-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Seventeen Securities Fraction of New York

One Pershing Plaza, Jersey City, New Jersey 07399

800974G7C25F3GC48

# CROCKER SECURITIES LLC

3999 Oak Road • Suite 200 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

Statement Period: 09/01/2006 - 09/30/2006

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/29/06 | 08/29/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10000000.00 | -10,000,000.000 | 111.6250 | 62,222.22 | 11,224,722.22 |
| 09/29/06 | 08/29/06 | CORRECTED SELL | VARIABLE RATE CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/03 FACTOR .80982276600 | -3,236,000.000 | 99.0000 | 16,293.89 | 2,608,767.99 |
| 09/29/06 | 08/29/06 | CORRECTED SELL | REM BAL 2618050.71 CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 | -4,400,000.000 | 98.5312 | 18,822.22 | 4,354,197.22 |
| 09/29/06 | 09/20/06 | SOLD | REM BAL 440000.00 CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .80982276600 | -1,010,000.000 | 99.0000 | 5,085.55 | 814,232.29 |
| 09/29/06 | 09/26/06 | PURCHASED | REM BAL 817.319 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.93982716500 REM BAL 9,389.271 | 10,000,000,000.000 | 117.5625 | -2,795.92 | -11,041,058.34 |
| 09/29/06 | 09/26/06 | PURCHASED | VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10,000,000 | 10,000,000.000 | 111.6875 | -82,222.22 | -11,230,972.22 |
| 09/29/06 | 09/26/06 | PURCHASED | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .80982276600 REM BAL 2,518,060 | 3,236,000,000.000 | 99.1250 | -16,293.88 | -2,612,041.31 |
| 09/29/06 | 09/26/06 | PURCHASED | FHLMC MULTICLASS PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 FACTOR 0.98273915600 REM BAL 2,063,752 | 2,100,000.000 | 97.0312 | -6,019.28 | -2,008,503.87 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
PAR-02-CUTSHEET

B0097417CSF310-148

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/29/06 | 09/26/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/15/06<br>SOLICITED ORDER FACTOR .98273916<br>REM BAL 5896.43 CORRECTED CONFIRM | -6,000.000 | 59.0000 | 34.39 | 5,871.86 |
| 09/29/06 | 09/26/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/15/06<br>FACTOR 0.98273916960 REM BAL 1,572,382 | -1,600,000.000 | 98.9687 | 4,566.12 | 1,560,753.59 |
| 09/29/06 | 09/26/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/15/06<br>FACTOR 0.98273916960 REM BAL. 393,095 | -400,000.000 | 99.0000 | 1,146.53 | 390,311.24 |
| 09/29/06 | 09/26/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/15/06<br>SOLICITED ORDER FACTOR .98273916<br>REM BAL 3930.95 | -4,000.000 | 99.0000 | 11.47 | 3,903.12 |
| 09/29/06 | 09/26/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GID<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/15/06<br>SOLICITED ORDER FACTOR .98273916<br>REM BAL 1965.48 | -2,000.000 | 99.0000 | 5.73 | 1,951.55 |
| 09/29/06 | 09/26/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/15/06<br>SOLICITED ORDER FACTOR .98273916<br>REM BAL 7861.91 | -8,000.000 | 99.0000 | 22.93 | 7,806.22 |
| 09/29/06 | 09/26/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/15/06<br>SOLICITED ORDER FACTOR .98273916<br>REM BAL 5896.43 | -6,000.000 | 99.0000 | 17.20 | 5,854.67 |
| 09/29/06 | 09/26/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/15/06<br>SOLICITED ORDER FACTOR .98273916<br>REM BAL 49136.96 | -50,000.000 | 99.0000 | 143.32 | 48,788.91 |
| 09/29/06 | 09/26/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/15/06<br>SOLICITED ORDER FACTOR .98273916<br>REM BAL 17689.30 | -18,000.000 | 99.0000 | 51.59 | 17,564.00 |

Account Number: 727-891035<br>CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.<br>Subsidiaries To Each Of New York

One Pershing Plaza, Jersey City, New Jersey 07399<br>Pershing LLC, member NASD, NYSE, SIPC, Authorized & Acting Broker-Dealer LLC

Page 12 of 17

8049761725F310418

Case 3:08-cv-03141-WHA    Document 19    Filed 07/01/2008    Page 122 of 126

# CROCKER SECURITIES LLC
2299 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1840

DALBAR BASED FOR COMMUNICATION

## Brokerage Account Statement

**Statement Period: 09/01/2006 - 09/30/2006**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/29/06 | 09/26/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .98273916 REM BAL 3930.96 | -4,000.000 | 99.0000 | 11.47 | 3,903.12 |
| 09/29/06 | 09/26/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .98273916 REM BAL 1965.48 | -2,000.000 | 99.0000 | 5.73 | 1,951.55 |
| 09/29/06 | 09/26/06 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3220 CL 3220 AA 6.000% 05/15/36 B/E DTD 09/01/06 FACTOR 1.000000000 REM BAL 50.000 | 50,000.000 | 99.0000 | -233.33 | -49,733.33 |
| 09/29/06 | 09/26/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3220 CL 3220 AA 6.000% 05/15/36 B/E DTD 09/01/06 FACTOR 1.000000000 REM BAL 50.000 | -50,000.000 | 99.2500 | 233.33 | 49,856.33 |
| 09/29/06 | 09/28/06 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 CORRECTED CONFIRM REM BAL 50.000 | 3,276,000.000 | 96.0000 | -16,495.30 | -2,561,483.92 |
| 09/29/06 | 09/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 CORRECTED CONFIRM REM BAL 265102381 CORRECTED CONFIRM | -235,000.000 | 97.2500 | 1,183.27 | 186,122.14 |
| 09/29/06 | 09/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.80922766600 REM BAL 190.169 | -7,000.000 | 99.0000 | 35.24 | 5,684.19 |
| 09/29/06 | 09/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 SOLICITED ORDER FACTOR .80922766 REM BAL 5,664.69 | -13,000.000 | 99.0000 | 65.45 | 10,480.21 |

FHLMC MULTICLASS MTG PARTN CTFS GTD
SER 2005-114 CL-QS 8.000% 01/25/35 B/E
DTD 12/01/05 SOLICITED ORDER
FACTOR .80922766 REM BAL 10519.96

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
PAR-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SIPC, NYSE, NASD, a subsidiary of Pershing Investments LLC

Page 13 of 17

B0097611CSF30048

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/29/06 | 09/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 SOLICITED ORDER FACTOR .80922766 REM BAL    5664.59 | -7,000.000 | 98.0000 | 35.24 | 5,643.19 |
| 09/29/06 | 09/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 SOLICITED ORDER FACTOR .80922766 REM BAL    3236.91 | -4,000.000 | 98.0000 | 20.14 | 3,224.68 |
| 09/29/06 | 09/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 SOLICITED ORDER FACTOR .80922766 REM BAL    1618.46 | -2,000.000 | 98.0000 | 10.07 | 1,612.34 |
| 09/29/06 | 09/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 SOLICITED ORDER FACTOR .80922766 REM BAL    12947.64 | -16,000.000 | 98.0000 | 80.56 | 12,898.73 |
| 09/29/06 | 09/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 SOLICITED ORDER FACTOR .80922766 REM BAL    9710.73 | -12,000.000 | 98.0000 | 60.42 | 9,674.04 |
| 09/29/06 | 09/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 SOLICITED ORDER FACTOR .80922766 REM BAL    46935.20 | -58,000.000 | 98.0000 | 292.04 | 46,757.39 |
| 09/29/06 | 09/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 SOLICITED ORDER FACTOR .80922766 REM BAL    4046.14 | -5,000.000 | 99.0000 | 25.17 | 4,030.85 |
| 09/29/06 | 09/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 SOLICITED ORDER FACTOR .80922766 REM BAL    2427.68 | -3,000.000 | 99.0000 | 15.10 | 2,418.51 |
| 09/29/06 | 09/28/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2805-LS INV FLTR 2.256% 08/15/34 B/E DTD 12/01/04 FACTOR 0.18291806 REM BAL    335,898 | 1,836,333.000 | 97.1562 | -589.41 | -325,535.77 |
| 09/29/06 | 09/28/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3000 CL-3000-SR INV FLTR VARIABLE RATE 2.400% 03/15/35 B/E DTD 07/15/06 CLB FACTOR 0.83326689000 REM BAL    2,477,788 | 2,973,576.000 | 66.5000 | -2,312.60 | -2,145,599.57 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Subsidiaries from The Bank of New York

Page 14 of 17

3093761?CSP301048



**CROCKER**
SECURITIES LLC
1399 Oak Road • Suite 203 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 09/01/2006 - 09/30/2006

## Transactions in Date Sequence *(continued)*

| Process / Settlement Date | Trade / Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/29/06 | 09/28/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3030 CL-300A SR INV FLTR 2.400% 03/15/35 B/E DTD 07/15/05 CLB FACTOR 0.832898000 REM BAL 2,477,788 | -2,973,376.000 | 88.5000 | 2,312.60 | 2,195,153.34 |
| 09/29/06 | 09/28/06 | CORRECTED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1AX2 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500000.00 CORRECTED CONFIRM | 500,000,000 | 60.5000 | | -302,500.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total Value of all Transactions** | | | | | | | **$4,959,025.38** |

The price and quantity displayed may have been rounded.

## Messages

PURSUANT TO THE SECURITIES EXCHANGE ACT OF 1934, PERSHING LLC (PERSHING) MUST PROVIDE INDIVIDUAL INVESTORS WITH CERTAIN FINANCIAL INFORMATION ON A SEMI-ANNUAL BASIS.

PERSHING'S JUNE STATEMENT OF FINANCIAL CONDITION IS NOW AVAILABLE, AND ON JUNE 30, 2006, PERSHING'S NET CAPITAL OF $1.2 BILLION WAS 16.24% OF AGGREGATE DEBIT BALANCES AND EXCEEDED THE MINIMUM REQUIREMENTS BY $1.1 BILLION.

PERSHING IS ALSO REQUIRED TO PROVIDE THE MOST RECENT FINANCIAL INFORMATION AS OF THIS STATEMENT MAILING. IN ACCORDANCE WITH THIS REQUIREMENT, ON JULY 31, 2006, PERSHING'S NET CAPITAL OF $1.2 BILLION WAS 17.54% OF AGGREGATE DEBIT BALANCES AND EXCEEDED THE MINIMUM REQUIREMENT BY $1.1 BILLION.

A COPY OF THE JUNE 30, 2006 STATEMENT OF FINANCIAL CONDITION IS AVAILABLE AT WWW.PERSHING.COM/FINANCIALSTATEMENT.HTM. YOU MAY ALSO REQUEST A FREE, PRINTED COPY BY CALLING (888)860-8510.

Account Number: 727-891035
CROCKER SECURITIES LLC

DEALER RATED
FOR COMMUNICATION

Clearing Through **Pershing**
PA#-00-CUTSHEET

A BNY Securities Group Co.
Solutions from The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC (Member firm of working processes LLC

One Pershing Plaza, Jersey City, New Jersey 07399

8009761-7CSP30048

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 10/12/06 | 09/13/06 | Buy | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.000000000 REM BAL 27000000.00 CORRECTED CONFIRM | 27,000,000.000 | 97.5625 | -45,375.00 | -26,387,250.00 |
| 10/12/06 | 09/13/06 | Sell | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.000000000 REM BAL 27,000,000 | -27,000,000.000 | 98.0000 | -45,375.00 | 26,505,375.00 |
| 10/31/06 | 09/26/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.93892716500 REM BAL 9,389,271 | -10,000,000.000 | 119.5625 | -4,193.87 | 11,230,241.73 |
| 10/31/06 | 09/26/06 | Sell | VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10,000,000 | -10,000,000,000 | 113.6875 | -66,666.66 | 11,435,416.66 |
| 10/31/06 | 09/26/06 | Sell | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 0.000% 01/25/26 FACTOR 0.80922766000 REM BAL 2,618,660 | -3,236,000.000 | 99.0000 | -17,457.73 | 2,609,931.83 |
| 10/31/06 | 09/26/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-111 CL-QS 8.000% 01/25/26 B/E DTD 12/01/06 FACTOR 0.80922766000 REM BAL 2,618,660 | -2,914,000.000 | 99.5000 | -15,720.50 | 2,352,019.45 |
| 10/31/06 | 09/26/06 | Sell | DTD 12/01/05 FACTOR 0.80922660000 REM BAL 2358089.40 CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2305 CL-2305-LS INV FLTR 2.256% 08/15/34 B/E DTD 12/01/04 FACTOR 0.18291806000 REM BAL 335,898 | -1,836,333.000 | 97.3125 | -631.51 | 327,502.71 |
| 10/31/06 | 09/26/06 | Sell | VARIABLE RATE FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A2 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 60.6250 | 0.00 | 303,125.00 |
| **Total Amount of Trades Not Settled** | | | | | | | **$28,386,562.38** |

B097XG17GZF3DG4E

Account Number: 727-891035

CROCKER SECURITIES LLC

PERSHING
FOR COMMUNICATION

# GENERAL INFORMATION

1. All orders and transactions shall be solely for your account and risk and shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or cleared, and to all applicable federal and state laws and regulations.

2. Wherever you are indicated in this statement (or if so designated) for any amount, all securities held by us for your account in which you have any interest shall secure all your liabilities to Pershing, and Pershing may in its discretion at any time, without notice, demand or call, sell any of your securities or other property or both of any time, without notice, demand of or both in accordance with the terms, conditions and provisions of such accounts.

3. Wherever you are indebted to Pershing, Pershing may, in the exercise of its discretion, at any time, and from time to time, close out your account, in whole or in part...

4. Title to securities sold is, where Pershing has as principal shall remain with Pershing until the entire purchase price is received or until the settlement date taken, whichever is later.

5. Any free credit balance carried for your account represents funds payable upon demand which, although properly accounted for on our books, may be used by Pershing...

6. You may have received confirmations for transactions which do not appear on your statement. If so, the transactions will appear on your next periodic statement...

7. A financial statement of Pershing is available for your personal inspection at Pershing's offices. A copy of it will be mailed upon your written request or you will confirm at Pershing.com.

8. This statement should be retained for your records.

9. ...

10. ...

11. Interest charged on debit balances in your account appears on the statement...

12. Pershing does not guarantee...

13. Securities Investor Protection Corporation (SIPC) provides $500,000 of coverage, including $100,000 for claims for cash...

14. Pershing trades for its own account, as a market maker, specialist, odd lot dealer, block positioner, arbitrageur and/or investor...

15. If average execution price is indicated on the front of this statement, your transactions have been executed at various prices...

16. ...

**If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.**

# TERMS AND CONDITIONS

## PORTFOLIO HOLDINGS

## THE ROLE OF PERSHING

## PAYMENT FOR ORDER FLOW PRACTICES

## Best Execution

## ARBITRATION DISCLOSURES

- ALL PARTIES TO THIS AGREEMENT ARE GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT, INCLUDING THE RIGHT TO A TRIAL BY JURY, EXCEPT AS PROVIDED BY THE RULES OF THE ARBITRATION FORUM IN WHICH A CLAIM IS FILED.
- ARBITRATION AWARDS ARE GENERALLY FINAL AND BINDING; A PARTY'S ABILITY TO HAVE A COURT REVERSE OR MODIFY AN ARBITRATION AWARD IS VERY LIMITED.
- THE ABILITY OF THE PARTIES TO OBTAIN DOCUMENTS, WITNESS STATEMENTS AND OTHER DISCOVERY IS GENERALLY MORE LIMITED IN ARBITRATION THAN IN COURT PROCEEDINGS.
- THE ARBITRATORS DO NOT HAVE TO EXPLAIN THE REASON(S) FOR THEIR AWARD.
- THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.
- THE RULES OF SOME ARBITRATION FORUMS MAY IMPOSE TIME LIMITS FOR BRINGING A CLAIM IN ARBITRATION. IN SOME CASES, A CLAIM THAT IS INELIGIBLE FOR ARBITRATION MAY BE BROUGHT IN COURT.
- THE RULES OF THE ARBITRATION FORUM IN WHICH THE CLAIM IS FILED, AND ANY AMENDMENTS THERETO, SHALL BE INCORPORATED INTO THIS AGREEMENT.

## ARBITRATION AGREEMENT

ANY CONTROVERSY BETWEEN YOU AND US SHALL BE SUBMITTED TO ARBITRATION BEFORE THE NEW YORK STOCK EXCHANGE, INC., ANY OTHER NATIONAL SECURITIES EXCHANGE ON WHICH A TRANSACTION GIVING RISE TO THE CLAIM TOOK PLACE (AND ONLY BEFORE SUCH EXCHANGE), OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

NO PERSON SHALL BRING A PUTATIVE OR CERTIFIED CLASS ACTION TO ARBITRATION, NOR SEEK TO ENFORCE ANY PRE-DISPUTE ARBITRATION AGREEMENT AGAINST ANY PERSON WHO HAS INITIATED IN COURT A PUTATIVE CLASS ACTION, WHO IS A MEMBER OF A PUTATIVE CLASS WHO HAS NOT OPTED OUT OF THE CLASS WITH RESPECT TO ANY CLAIMS ENCOMPASSED BY THE PUTATIVE CLASS ACTION UNTIL: (I) THE CLASS CERTIFICATION IS DENIED; (II) THE CLASS IS DECERTIFIED; OR (III) THE CUSTOMER IS EXCLUDED FROM THE CLASS BY THE COURT. SUCH FORBEARANCE TO ENFORCE AN AGREEMENT TO ARBITRATE SHALL NOT CONSTITUTE A WAIVER OF ANY RIGHTS UNDER THIS AGREEMENT EXCEPT TO THE EXTENT STATED HEREIN.

THE LAWS OF THE STATE OF NEW YORK GOVERN.

Clearing Through **Pershing**

One Pershing Plaza, Jersey City, New Jersey 07399

Pershing LLC, member NYSE/SIPC