# THEODORE BRAGG DECLARATION

# EXHIBIT A

# 7 OF 9



# CROCKER
## SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

CROCKER SECURITIES LLC
-- TAXABLE TRADE #2 --
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597 - 7782

lll...l.l.l.l.l.l..ll..ll..l.l.l..l.l.l...ll.ll

Your Investment Advisor:
DOUG GREEN
(561) 361-4803

# Brokerage
## Account Statement

Account Number: 727-891035
Statement Period: 10/01/2006 - 10/31/2006

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -\$4,934,908.42 |
| Cash Withdrawals | -163,032.00 |
| Dividends/Interest | -82,808.52 |
| Change In Account Value | 250,803.45 |
| Ending Account Value | -\$4,929,945.59 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent This Period Allocation | |
|---|---|---|---|---|
| Fixed Income | | | | |
| Cash and Cash Equivalents | 23,568,836.94 | 26,391,529.10 | 100% | Your Account is 100% Invested in Fixed Income. |
| | -28,503,745.36 | -31,321,474.69 | 0% | |
| Account Total | -\$4,934,908.42 | -\$4,929,945.59 | 100% | |

DATA RATED
FOR COMMUNICATION

B0073456CSP3D035

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC (Domestic) Pershing Limited (UK)

## Customer Service Information

Your Investment Advisor: RDG
DOUG GREEN

**Contact Information**
Telephone Number: (561) 361-4603
Fax Number: (561) 362-5261

**Customer Service Information**
Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST
Customer Service Telephone Number: (800) 941-2895

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | | |
|---|---|---|---|---|---|
| | **Cash and Cash Equivalents  0.00% of Portfolio** | | | | |
| | Margin Balance | -28,503,745.36 | -31,321,474.69 | | |
| | **Total Cash and Cash Equivalents** | **-$28,503,745.3** | **-$31,321,474.69** | | |

| Quantity | Description | Market Price | Market Value | Accrued Income | Accrued Interest | Income This Year | Estimated Annual Income | 30-day Estimated Yield |
|---|---|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio  (In Maturity Date Sequence)** | | | | | | | |
| | **Asset Backed Securities** | | | $0.00 | | $0.00 | | |
| 101,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB Security Identifier 31393I7K8  Factor: 1.00000000 | 6.4170 | 6,481.17 | | 462.92 | | | |
| 134,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 Security Identifier 31393A061  Factor: 0.23933290 | 2.5310 | 811.71 | | 146.99 | | | |
| 91,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 Security Identifier 31393TN1  Factor: 0.57239916 | 7.5470 | 3,931.11 | | 260.44 | | | |
| 137,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB Security Identifier 31394KZ09  Factor: 0.67036296 | 78.4390 | 72,038.16 | | 0.00 | | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Settles from the Back of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, SIPC, Clearing and Floating processed LLC

B00134965CS510035

B0073496CSP30035

# CROCKER SECURITIES LLC
3390 Oak Road ◆ Suite 238 ◆ Walnut Creek, CA 94597
925-941-1540



## Brokerage
## Account Statement

Statement Period: 10/01/2006 - 10/31/2006

## Portfolio Holdings (continued)

**Fixed Income** (continued)
**Asset Backed Securities** (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| 500,000.000 M | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A42<br>0.000% 10/25/33 B/E DTD 08/01/03<br>Moody Rating AAA S & P Rating AAA<br>*Security Identifier* 32061DKS0  *Factor:* 1.00000000 | 43.5240 | 217,620.00 | 0.00 | | |
| 10,000,000.000 M | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-45 CL-46 CD "INV"<br>0.000% 03/25/34 B/E DTD 05/25/04<br>*Security Identifier* 31393VU37  *Factor:* 0.93607831 | 88.1390 | 8,250,500.62 | 0.00 | | |
| 73,000.000 M | FHLMC MULTICLASS MTG PARTN CRTS GTD<br>SER-2892 CL-2892-VS INV FLTR<br>2.850% 04/15/34 B/E DTD 05/01/05<br>*Security Identifier* 31395UR94  *Factor:* 0.31109521 | 94.2350 | 21,400.72 | 53.95 | | |
| 1,836,333.000 M | FHLMC MULTICLASS MTG PARTN CRTS GTD<br>SER-2905 CL-2905-LS INV FLTR<br>2.281% 08/15/34 B/E DTD 12/01/04<br>*Security Identifier* 31395KC04  *Factor:* 0.17686819 | 93.8020 | 304,668.48 | 617.47 | | |
| 4,400,000.000 M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2874 CL-2874-GG 5.500% 10/15/34 B/E<br>DTD 10/01/04 CLB<br>*Security Identifier* 31395H2Q2  *Factor:* 1.00000000 | 94.9060 | 4,175,864.00 | 20,166.65 | | |
| 46,000.000 M | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-30 CL-30 L8 FLT RATE<br>0.000% 11/25/34 B/E DTD 03/01/05<br>*Security Identifier* 31394C458  *Factor:* 0.14937819 | 91.7510 | 6,304.58 | 0.00 | 0.00 | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PER-05-CUTSHEET
A BNY Securities Group Co.
Subsid. from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FDIC, SIPC, NYSE, Subsidiary of Pershing Investments LLC

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 2,914,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CS 8.000% 01/25/35 B/E DTD 12/01/05 | 98.3440 | 2,310,685.19 | 15,663.94 | | |
| | *Security Identifier: 31394VJD3* Factor: 0.80631245 | | | | | |
| 18,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2690 CL-2690-INV INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB | 99.1460 | 13,179.18 | 88.62 | | |
| | *Security Identifier: 31395V3X5* Factor: 0.73848327 | | | | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-IVT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 | 100.1730 | 4,731.76 | 31.49 | | |
| | *Security Identifier: 31396C3E4* Factor: 0.78726509 | | | | | |
| 6,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB | 102.2290 | 4,621.68 | 30.14 | | |
| | *Security Identifier: 38374LGE5* Factor: 0.75348458 | | | | | |
| 7,000.000M | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/07/05 Moody Rating AAA S & P Rating AAA | 93.2500 | 5,370.56 | 21.43 | | |
| | *Security Identifier: 12669AKS6* Factor: 0.82215973 | | | | | |
| 12,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 | 98.5600 | 11,399.12 | 72.29 | | |
| | *Security Identifier: 31396UENG* Factor: 0.95380551 | | | | | |
| 58,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 | 95.8180 | 40,408.92 | 281.15 | | |
| | *Security Identifier: 31394UT51* Factor: 0.72711346 | | | | | |



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 10/01/2006 - 10/31/2006

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| Asset Backed Securities (continued) | | | | | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 | 98.9070 | 9,890,700.00 | 66,666.60 | | |
| | Security Identifier 31394U77  Factor: 1.00000000 | | | | | |
| 2,000,000M | FNMA MULTICLASS MTG PARTN CTFS GTD SER 2005-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 | 98.3860 | 1,430.08 | 10.21 | | |
| | Security Identifier 31394VC20  Factor: 0.76568337 | | | | | |
| 8,000,000M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-39 CL-39-SW 1.500% 05/25/36 B/E DTD 04/01/06 | 99.3130 | 7,079.95 | 44.56 | | |
| | Security Identifier 31395DF13  Factor: 0.89111589 | | | | | |
| 100,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-UO "PRIN ONLY" 0.000% 06/15/36 B/E DTD 06/01/06 | 76.0690 | 76,089.00 | 0.00 | | |
| | Security Identifier 31396TF73  Factor: 1.00000000 | | | | | |
| 989,000.00M | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB | 97.6990 | 966,243.11 | 6,593.33 | | |
| | Security Identifier 31397BSM4  Factor: 1.00000000 | | | | | |
| **Total Asset Backed Securities** | | | $26,391,529.10 | $111,212.18 | $0.00 | |
| **Total Fixed Income** | | | $26,391,529.10 | $111,212.18 | $0.00 | |

B007319GCSF3C035

## Portfolio Holdings *(continued)*

| Description | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | -$4,929,945.59 | $111,212.18 | $0.00 |

■ This symbol next to the quantity indicates a position in your margin account.

### Disclosures and Other Information

**Pricing** - Securities prices may vary from actual liquidation value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

**Foreign Currency Transactions** - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization oth erwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by appl icable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect in the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

**Proxy Vote** - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. T he Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/02/06 | 09/28/06 | CANCELLED SELL | FHLMC GTD REMIC PASS THRU GTFS REMIC SER 3220 CL 3220 AA 6.000% 05/15/36 B/E DTD 09/01/06 FACTOR 1.000000000 REM BAL 50.000 CANCELLED TRADE | 50,000.000 | 99.2500 | -233.33 | -49,858.33 |
| 10/02/06 | 09/28/06 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-T14 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .80922766 REM BAL 2651029.81 CORRECTED CONFIRM | 3,276,000.000 | 96.0000 | -16,495.30 | -2,561,483.52 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiaries of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC. Subsidiary of Pershing Investments LLC

8007348GCSFF0035

# CROCKER
## SECURITIES LLC

2559 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



041848 88410
FOR CONVENIENCE

# Brokerage
*Account Statement*

Statement Period: 10/01/2006 - 10/31/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/02/06 | 09/28/06 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-T14 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .88922766 | -3,276,000.00000 | 96.0000 | 16,485.30 | 2,561,483.92 |
| 10/02/06 | 10/02/06 | PURCHASED | REM BAL 2561029.81 CANCELLED TRADE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 | 4,400,000.000 | 98.5625 | -672.22 | -4,337,422.22 |
| 10/05/06 | 09/28/06 | CORRECTED SELL | REM BAL 4,400,000 FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3220 CL 3220 AA 6.000% 05/15/36 B/E DTD 09/01/06 SETT ADJ | -50,000.000 | 99.2500 | 33.33 | 49,658.33 |
| 09/13/06 | 09/13/06 | CORRECTED PURCHASE | FACTOR 1.000000000 REM BAL 50000.00 CORRECTED CONFIRM FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.000000000 REM BAL 27000000.00 CORRECTED CONFIRM | 27,000,000.000 | 98.0625 | -45,375.00 | -26,522,250.00 |
| 10/12/06 | 09/13/06 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.000000000 REM BAL 27,000,000 | 27,000,000.000 | 98.0000 | 45,375.00 | 26,505,375.00 |
| 10/12/06 | 10/12/06 | PURCHASED | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.000000000 REM BAL 17,000,000 | 17,000,000.000 | 98.0625 | -28,569.44 | -16,693,194.44 |
| 10/12/06 | 10/12/06 | SOLD | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.000000000 REM BAL 17,000,000 | -17,000,000.000 | 98.0000 | 28,569.44 | 16,688,569.44 |
| 10/16/06 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2546 CL-2546-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB RD 09/29 PD 10/15/06 | | | | 462.92 |
| 10/16/06 | | BOND INTEREST RECEIVED | 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB RD 09/28 PD 10/15/06 | | | | 201.03 |

Account Number: 7LZ-891035
CROCKER SECURITIES LLC

Clearing Through
Pershing
PAY-02-CUTSHEET

A BNY Securities Group Co.
Subfaces from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, The beneficial of the new Nys system LLC

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/16/06 | | BOND INTEREST RECEIVED | T636333 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.256% 08/15/34 B/E DTD 12/01/04 RO 09/29 PD 10/15/06 | | | | 631.52 |
| 10/16/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.256% 08/15/34 B/E DTD 12/01/04 RO 09/29 PD 10/15/06 | | | | 11,109.57 |
| 10/16/06 | | BOND INTEREST RECEIVED | 73.000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 2.822% 04/15/34 B/E DTD 05/07/05 RO 09/29 PD 10/15/06 | | | | 59.91 |
| 10/16/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 2.822% 04/15/34 B/E DTD 05/01/05 RO 09/29 PD 10/15/06 | | | | 2,753.41 |
| 10/16/06 | | BOND INTEREST RECEIVED | 18000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2890 CL-2890-NV INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 09/29 PD 10/15/06 | | | | 90.18 |
| 10/16/06 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2890 CL-2890-NV INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 09/29 PD 10/15/06 | | | | 32.64 |
| 10/16/06 | | PRINCIPAL PAY DOWN RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RO 09/29 PD 10/15/06 | | | | 233.80 |
| 10/16/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RO 09/29 PD 10/15/06 | | | | 172.53 |
| 10/16/06 | | BOND INTEREST RECEIVED | 12000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RO 09/29 PD 10/15/06 | | | | 73.71 |
| 10/16/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RO 09/29 PD 10/15/06 | | | | 227.20 |
| 10/16/06 | | BOND INTEREST RECEIVED | 6000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 09/29 PD 10/16/06 | | | | 30.95 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Member, NYSE and SIPC, NYSE, NYC, Federated NYSE of Pershing Investment LLC
One Pershing Plaza, Jersey City, New Jersey 07399

Page 8 of 16

8600713946CSP31035



# CROCKER SECURITIES LLC
2999 Oak Road • Suite 205 • Walnut Creek, CA 94597
925-941-1240

# Brokerage
## Account Statement

Statement Period: 10/01/2006 - 10/31/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/16/06 | | PRINCIPAL PAY DOWN RECEIVED | GINMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 09/29 PD 10/16/06 | | | | 122.14 |
| 10/20/06 | 10/19/06 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 30 DEBIT DAYS AV BAL 32985153.37 AVG RATE 7.500 | | | | -206,040.76 |
| 10/24/06 | | CONSOLIDATED FIRM BALANCES | TRANSFERRED TO 727B910431 | | | | -163,032.00 |
| 10/25/06 | | BOND INTEREST RECEIVED | 7000 CMMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.447% 10/25/35 B/E DTD 09/01/05 RD 09/29 PD 10/25/06 | | | | 21.36 |
| 10/25/06 | | BOND INTEREST RECEIVED | 134000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 07/26/27 B/E DTD 03/01/03 RD 09/29 PD 10/25/06 | | | | 162.69 |
| 10/25/06 | | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 09/29 PD 10/25/06 | | | | 280.28 |
| 10/25/06 | | BOND INTEREST RECEIVED | 1000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 09/29 PD 10/25/06 | | | | 20,969.37 |
| 10/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 09/29 PD 10/25/06 | | | | 28,488.50 |
| 10/25/06 | | BOND INTEREST RECEIVED | 46000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 09/29 PD 10/25/06 | | | | 27.84 |
| 10/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 09/29 PD 10/25/06 | | | | 1,243.38 |

QUALIFIED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
POR-00-CUTSHEET

**Pershing** A BNY securities Group Co.
Subsidiary from The Bank of New York
Pershing, member NYSE/NYX/SIPC (subsidiaries of leading companies of BNY)

One Pershing Plaza, Jersey City, New Jersey 07399

Page 9 of 16

uoo7149CSF10035

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/25/06 | | BOND INTEREST RECEIVED | 58000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 09/29 PD 10/25/06 | | | | 287.71 |
| 10/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 09/29 PD 10/25/06 | | | | 984.65 |
| 10/25/06 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 09/29 PD 10/25/06 | | | | 66,666.67 |
| 10/25/06 | | BOND INTEREST RECEIVED | 2000 FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/05 RD 09/29 PD 10/25/06 | | | | 10.47 |
| 10/25/06 | | BOND INTEREST RECEIVED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/05 RD 09/29 PD 10/25/06 | | | | 39.34 |
| 10/25/06 | | PRINCIPAL PAY DOWN RECEIVED | 6150000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 RD 09/29 PD 10/25/06 | | | | 17,928.54 |
| 10/25/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 01/25/35 B/E DTD 12/01/06 RD 09/29 PD 10/25/06 | | | | 33,178.33 |
| 10/25/06 | | BOND INTEREST RECEIVED | 8000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 RD 09/29 PD 10/25/06 | | | | 44.56 |
| 10/27/06 | 10/27/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-57 CL-67-SC INV FLTR 2.945% 08/25/35 B/E DTD 07/25/05 CLB FACTOR 0.74073990000 REM BAL  2,680,161 | 3,602,000.000 | 81.0000 | -441.78 | -2,171,372.77 |
| 10/27/06 | 10/27/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-57 CL-67-SC INV FLTR 2.945% 08/25/35 B/E DTD 07/25/05 CLB FACTOR 0.74073990000 REM BAL  2,680,161 | -3,602,000.000 | 82.0000 | 441.78 | 2,198,174.39 |
| 10/31/06 | 09/26/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/74 B/E DTD 05/25/04 FACTOR .93607/8310000 REM BAL  9360783.10 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 119.5625 | 4,243.56 | 11,196,229.85 |

Account Number: 727-891035
CROCKER SECURITIES LLC
Clearing Through Pershing®
A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Member FINRA, NYSE, SIPC. Member NASD, MSRB, Member and Protected by SIPC

B0071494C5F31035

**CROCKER SECURITIES LLC**
3399 Oak Blvd • Suite 230 • Walnut Creek, CA 94597
925-941-1549



**Brokerage Account Statement**

Statement Period: 10/01/2006 - 10/31/2006

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/31/06 | 09/26/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2006-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10000000.00 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 115.3750 | 66,666.66 | 11,604,166.66 |
| 10/31/06 | 09/26/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CB 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .80631245000 REM BAL .260922.09 CORRECTED CONFIRM | -3,256,000.000 | 99.0000 | 17,394.85 | 2,600,529.57 |
| 10/31/06 | 09/28/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CB 8.000% 01/25/35 B/E DTD 12/07/05 FACTOR .80631245000 REM BAL .2349594.48 CORRECTED CONFIRM | -2,914,000.000 | 99.5000 | 15,663.96 | 2,353,510.47 |
| 10/31/06 | 09/28/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.281% 08/15/34 B/E DTD 12/01/04 VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 97.3125 | 611.47 | 316,677.65 |
| 10/31/06 | 09/28/06 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 .17686819000 REM BAL .324788.89 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 | -500,000.000 | 60.6250 | | 303,125.00 |
| 10/31/06 | 10/02/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E FACTOR 1.000000000 REM BAL 500,000 | -4,400,000.000 | 98.5937 | 20,166.66 | 4,358,291.56 |
| 10/31/06 | 10/02/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER-3227 CL-3227-TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB FACTOR 1.000000000 REM BAL 2,000,000 | 2,000,000,000.000 | 96.2500 | -7,111.11 | -1,932,111.11 |
| 10/31/06 | 10/27/06 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER-3227 CL-3227-TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB FACTOR 1.000000000 REM BAL 600,000 | -600,000.000 | 97.9375 | 2,133.33 | 589,758.33 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through: **Pershing** A BNY Securities Group Co.
PAR-02-CUTSHEET

B0073194CS820035

B-0073496CSP3-0015

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/31/06 | 10/27/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL-3227-TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB FACTOR 1.000000000 REM BAL 400,000 | -400,000,000 | 98.0000 | 1,422.22 | 353,422.22 |
| 10/31/06 | 10/30/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-GD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.936078310 REM BAL 9,360,763 VARIABLE RATE | 10,000,000,000 | 119.5937 | -4,243.56 | -11,159,155.10 |
| 10/31/06 | 10/30/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2647 CL-2647-LS "INV FLTG" 0.000% 07/15/33 B/E DTD 07/01/03 CLB FACTOR 0.934655800 REM BAL 1,110,249 VARIABLE RATE | 1,188,000,000 | 69.0000 | -641.86 | -765,714.12 |
| 10/31/06 | 10/30/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2647 CL-2647-LS "INV FLTG" 0.000% 07/15/33 B/E DTD 07/01/03 CLB FACTOR 0.934655800 REM BAL 1,110,249 VARIABLE RATE | -1,188,000,000 | 71.0000 | 641.86 | 788,919.11 |
| 10/31/06 | 10/30/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HP "INV FLTG" 0.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10,000,000 VARIABLE RATE | 10,000,000,000 | 115.4062 | -66,666.66 | -11,607,291.66 |
| 10/31/06 | 10/30/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-114 CL-QS 8.000% 07/25/35 B/E REM BAL 2,349,594 | 2,914,000,000 | 99.5312 | -15,663.96 | -2,354,244.71 |
| 10/31/06 | 10/30/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.900% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400,000 | 4,400,000,000 | 98.6250 | -20,166.66 | -4,359,666.66 |
| 10/31/06 | 10/30/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.281% 08/15/34 B/E DTD 12/01/04 FACTOR 0.176868950 REM BAL 324,788 VARIABLE RATE | 1,836,333.000 | 97.3437 | -517.47 | -316,779.16 |
| 10/31/06 | 10/30/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2941 CL-2941-SB 0.000% 09/15/35 B/E DTD 03/01/05 CLB FACTOR 1.000000000 REM BAL 750,000 | 750,000,000 | 67.5000 | | -505,250.00 |

Account Number: 727-891035

CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399 Member NYSE, other principal exchanges and SIPC. Not FDIC Insured. No Bank Guarantee. May Lose Value.

Page 12 of 16

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 280 • Walnut Creek, CA 94597
925-941-1540



QUALIFIED FOR COMMUNICATION

# Brokerage
## Account Statement

## Transactions in Date Sequence *(continued)*

Statement Period: 10/01/2006 - 10/31/2006

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/31/06 | 10/30/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2941 CL-2941-SB 0.000% 03/15/05 B/E DTD 03/01/05 CLB FACTOR 1.00000000 REM BAL 750,000 | -750,000.000 | 69.5000 | | 521,250.00 |
| 10/31/06 | 10/30/06 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500,000 | 500,000.000 | 60.6562 | | -303,281.25 |
| 10/31/06 | 10/31/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB FACTOR 0.76113777700 REM BAL 608,638 VARIABLE RATE | 799,643.000 | 93.2500 | -1,787.50 | -559,342.89 |
| 10/31/06 | 10/31/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB FACTOR 0.76113777700 REM BAL 608,638 VARIABLE RATE | -799,643.000 | 94.5000 | 1,787.50 | 576,950.87 |
| 10/31/06 | 10/31/06 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB FACTOR 1.00000000 REM BAL 250,000 VARIABLE RATE | 250,000,000.000 | 96.5000 | -888.89 | -242,138.89 |
| 10/31/06 | 10/31/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB FACTOR 1.00000000 REM BAL 134,000 | -134,000.000 | 97.0000 | 476.44 | 130,456.44 |
| 10/31/06 | 10/31/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 13000.00 | -13,000.000 | 99.5000 | 46.22 | 12,981.22 |
| 10/31/06 | 10/31/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 20000.00 | -20,000.000 | 99.5000 | 71.11 | 19,971.11 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A DBD Securities Group Co.
PAR-02-CUTSHEET        Solutions from This Bank of New York        One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC, Pershing Division of Pershing Investments LLC

B0G7Z496C5P3D035

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/31/06 | 10/31/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 200.00 | -2,000.000 | 99.5000 | 7.11 | 1,997.11 |
| 10/31/06 | 10/31/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 200.00 | -4,000.000 | 99.5000 | 14.22 | 3,994.22 |
| 10/31/06 | 10/31/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 400.00 | -50,000.000 | 99.5000 | 177.78 | 49,927.78 |
| 10/31/06 | 10/31/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 5000.00 | -3,000.000 | 99.5000 | 10.67 | 2,995.67 |
| 10/31/06 | 10/31/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 300.00 | -4,000.000 | 99.5000 | 14.22 | 3,994.22 |
| 10/31/06 | 10/31/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 600.00 | -6,000.000 | 99.5000 | 21.33 | 5,991.33 |
| 10/31/06 | 10/31/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 5000.00 | -5,000.000 | 99.5000 | 17.78 | 4,992.78 |

Account Number: 727-691035
CROCKER SECURITIES LLC
Clearing Through: Pershing
A BNY Securities Group Co.
Settlement from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Customer funds & Pershing Investments LLC
Page 14 of 16

B00713996CSF30035

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1640



DALBAR RATED
FOR COMMUNICATION

## Brokerage
### Account Statement

Statement Period: 10/01/2006 - 10/31/2006

**Account Number:** 727-891035
CROCKER SECURITIES LLC

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/31/06 | 10/31/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 300.00 | -3,000.000 | 99.5000 | 10.57 | 2,995.57 |
| 10/31/06 | 10/31/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 900.00 | -9,000.000 | 99.5000 | 32.00 | 8,987.00 |
| 10/31/06 | 10/31/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 200.00 | -2,000.000 | 99.5000 | 7.11 | 1,997.11 |
| 10/31/06 | 10/31/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 4000.00 | -4,000.000 | 99.5000 | 14.22 | 3,994.22 |

**Total Value of all Transactions** — $52,817,729.33

The price and quantity displayed may have been rounded.

Clearing Through **Pershing** A BNY Securities Group Co.
P46-00-CUTSHEET    Solicited from Its Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC (financially affiliated Pershing registered LLC)

H-00734996CSP30035

# Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 11/30/06 | 10/27/06 | Sell | FHLMC GTD REMIC PASS THRU CTFS REMIC SER-3227 CL-3227-TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB FACTOR 1.000000000 REM BAL 98900000 | -989,000,000 | 97.5687 | -3,286.67 | 972,207.51 |
| 11/30/06 | 10/30/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" CORRECTED CONFIRM 6.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.93607083100 REM BAL 9,380,783 VARIABLE RATE | -10,000,000.000 | 116.0000 | -64,444.44 | 11,654,444.44 |
| 11/30/06 | 10/30/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLT'G" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10,000,000 VARIABLE RATE | -10,000,000.000 | 119.6250 | -3,536.30 | 11,201,373.08 |
| 11/01/06 | 10/30/06 | Buy | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/36 B/E DTD 12/01/05 FACTOR 0.806312450 REM BAL 2,609.227 | 3,236,000,000 | 99.0312 | 0.00 | -2,583,950.20 |
| 11/30/06 | 10/30/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/36 B/E DTD 12/01/05 FACTOR 0.806312450 REM BAL 4,958.821 | -6,150,000,000 | 100.0000 | -31,956.85 | 4,990,778.42 |
| 11/30/06 | 10/30/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GS 5.500% 10/15/34 B/E DTD 10/01/04 CL8 FACTOR 1.000000000 REM BAL 4,400,000 | -4,400,000.000 | 98.6562 | -19,494.44 | 4,360,369.44 |
| 11/30/06 | 10/30/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.281% 08/15/34 B/E DTD 12/01/04 FACTOR 0.175869890 REM BAL 324,788 VARIABLE RATE | -1,836,333,000 | 97.5000 | -596.89 | 317,266.06 |
| 11/30/06 | 10/30/06 | Sell | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | -500,000,000 | 60.6562 | 0.00 | 303,281.25 |

**Total Amount of Trades Not Settled**    **$31,225,770.10**

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Subsidiary of The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Futures provided through Pershing LLC

B097349ECSP30035



# CROCKER SECURITIES LLC

3999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

CROCKER SECURITIES LLC
- -TAXABLE TRADE #2 -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597- 7782

ll.l..l.l.l.l.l..ll..l.l.l.l..ll..l.l.l.l.l.l..ll

**Your Investment Advisor:**
DOUG GREEN
(561) 361-4803



DUAL IN RATED
FOR COMMUNICATION

BS0972IICSP30033

## Brokerage
## Account Statement

Account Number: 7Z7-8910J5
Statement Period: 11/01/2006 - 11/30/2006

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$4,929,945.59 |
| Cash Withdrawals | -179,552.00 |
| Dividends/Interest | -84,414.29 |
| Change in Account Value | 773,300.33 |
| Ending Account Value | -$4,420,611.55 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| **Fixed Income** | 26,391,529.10 | 25,188,880.49 | 100% | Your Account is 100% invested in Fixed Income. |
| Cash and Cash Equivalents | -31,321,474.69 | -29,609,492.04 | 0% | |
| **Account Total** | -$4,929,945.59 | -$4,420,611.55 | 100% | |

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, is a wholly owned subsidiary of Pershing Investments LLC

Page 1 of 17

# Customer Service Information

| Contact Information | Customer Service Information |
|---|---|
| Telephone Number: (561) 361-4803 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| Fax Number: (561) 362-5261 | Customer Service Telephone Number: (800) 941-2895 |

Your Investment Advisor: RDG
DOUG GREEN

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | **Cash and Cash Equivalents** 0.00% of Portfolio | | | | | |
| | Cash Balance | 0.00 | -3,469.45 | | | |
| | Margin Balance | -31,321,474.69 | -29,606,022.59 | | | |
| | **Total Cash and Cash Equivalents** | **-$31,321,474.69** | **-$29,609,492.04** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** 100.00% of Portfolio *(In Maturity Date Sequence)* | | | | | |
| | **Asset Backed Securities** | | | | | |
| 101,000.000M | · FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CL3 *Security Identifier: 31393J7N8  Factor: 0.98253502* | 5.1630 | 5,123.56 | 439.67 | | |
| 134,000.000M | FNMA GTD REMIC PASS THRU CTF GTD TR-2003-24 CL-24-AN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 *Security Identifier: 31393AD61  Factor: 0.20051929* | 2.0380 | 547.87 | 119.05 | | |
| 91,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 *Security Identifier: 31393TNT1  Factor: 0.53712684* | 6.1430 | 3,002.60 | 238.25 | | |
| 137,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB *Security Identifier: 31394KZD9  Factor: 0.67036296* | 84.6910 | 77,779.98 | 0.00 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Securities from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FASD, NYSE, SIPC (Subsidiary of Pershing Investments LLC

B009721LCEP30003

**CROCKER SECURITIES LLC**
3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925.941.1540

000972:1C5P30033

## Brokerage
### Account Statement

Statement Period: 11/01/2006 - 11/30/2006



## Portfolio Holdings *(continued)*

### Fixed Income *(continued)*
**Asset Backed Securities** *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| 500,000.00M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Moody Rating AAA S & P Rating AAA *Security Identifier* 32051DKS0  Factor: 1.00000000 | 50.2090 | 251,045.00 | 0.00 | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR.2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 *Security Identifier* 31393VU37  Factor: 0.93361192 | 92.8470 | 8,668,306.59 | 0.00 | | |
| 73,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 *Security Identifier* 31395UR94  Factor: 0.27469977 | 97.7460 | 19,615.36 | 46.23 | | |
| 46,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR.2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 *Security Identifier* 31394CA58  Factor: 0.12736519 | 86.5070 | 5,664.15 | 0.00 | | |
| 6,150,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 *Security Identifier* 31394VJ03  Factor: 0.79265063 | 101.1670 | 4,931,690.31 | 31,415.37 | | |
| 230,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2947 CL-2947-MS INV FLTR 1.933% 03/15/35 B/E DTD 03/15/05 CLB *Security Identifier* 31395RGV5  Factor: 0.80328031 | 88.2980 | 164,982.05 | 287.73 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

# Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| Asset Backed Securities *(continued)* | | | | | | |
| 18,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2590 CL-2590-NV1 INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB *Security Identifier:* 31395V3K5  *Factor:* 0.71034173 | 82.40 | 13,103.63 | | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-NT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 *Security Identifier:* 31396E3E4  *Factor:* 0.77476804 | 101.7060 | 4,727.91 | 29.96 | | |
| 6,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB *Security Identifier:* 3837ALGE5  *Factor:* 0.73569367 | 103.6740 | 4,572.61 | 28.42 | | |
| 7,000.000M | CWMBS INC MTG PASS THRU CTF SER-2005-24 CL-4-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/01/05 Moody Rating AAA S & P Rating AAA *Security Identifier:* 12694KG6  *Factor:* 0.80693115 | 95.2670 | 5,392.18 | 20.36 | | |
| 12,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 *Security Identifier:* 31396UEN6  *Factor:* 0.92716655 | 100.2210 | 11,150.59 | 67.22 | | |
| 58,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier:* 31394UT51  *Factor:* 0.70526761 | 99.7400 | 40,799.17 | 263.61 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier:* 31394UT77  *Factor:* 1.00000000 | 100.8870 | 10,088,700.00 | 64,444.40 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**  A BNY Mellon Group Co.
Satisfaction Is Rated New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC, a subsidiary of Pershing Investments LLC

Page 4 / 17

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

**Statement Period: 11/01/2006 - 11/30/2006**

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| Asset Backed Securities (continued) | | | | | | |
| 2,000.000M | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 *Security Identifier* 31394VG20  Factor: 0.7411425 | 98.5730 | 1,467.05 | 9.59 | | |
| 8,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 *Security identifier* 31395DF33  Factor: 0.88248718 | 99.9570 | 7,056.86 | 42.65 | | |
| 100,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-UO "PRIN ONLY" 0.000% 06/15/36 B/E DTD 06/01/06 *Security identifier* 31396TF73  Factor: 1.00000000 | 86.7890 | 86,789.00 | 0.00 | | |
| 801,000.000M | FHLMC GTD REMIC PASS THRU CTFS REMIC SER-3227 CL-3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB *Security Identifier* 31397RSM4  Factor: 0.98192334 | 101.3790 | 797,374.02 | 5,068.73 | | |
| **Total Asset Backed Securities** | | | $25,188,880.49 | $102,601.64 | $0.00 | |
| **Total Fixed Income** | | | $25,188,880.49 | $102,601.64 | $0.00 | |
| **Total Portfolio Holdings** | | | -$4,420,611.55 | $102,601.64 | $0.00 | |

Clearing Through **Pershing** A BNY Securities Group Co. Subsidiary from The Bank of New York  Pershing LLC, member NASD, NYSE, SIPC  One Pershing Plaza, Jersey City, New Jersey 07399

Account Number: 727-391035
CROCKER SECURITIES LLC

PAR-08-CUTSHEET

## Portfolio Holdings *(continued)*

■ This symbol next to the quantity indicates a position in your margin account.

### Disclosures and Other Information

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit Interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

**Foreign Currency Transactions** - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by appl cable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

**Proxy Vote** - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. T he Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/01/06 | 10/20/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-114 CL-QB 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.806312450D REM BAL  2,609,227 | 3,236,000.000 | 99.0312 | | -2,583,956.20 |
| 11/01/06 | 10/31/06 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2929 CL-ZG29-TS INV FLTR 7.000% 02/16/35 B/E DTD 02/16/05 CLB FACTOR 0.761137700 REM BAL  608,638 VARIABLE RATE CANCELLED TRADE | 799,943.000 | 94.5000 | -1,787.50 | -576,950.87 |

8U997211CSF30033

**CROCKER SECURITIES LLC**
3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

**Statement Period: 11/01/2006 - 11/30/2006**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/01/06 | 10/31/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB BKR CORR 309 VARIABLE RATE FACTOR .7611377 REM BAL 60663B.49 CORRECTED CONFIRM | -799,943.000 | 94.5000 | 1,787.50 | 576,956.87 |
| 11/02/06 | 10/31/06 | CANCELLED SELL | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR 1.00000000 REM BAL 500.00 CANCELLED TRADE | 5,000.000 | 99.5000 | -17.78 | -4,985.78 |
| 11/30/06 | 11/10/06 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT NOVEMBER 5.500% 11/01/35 REG DTD 11/01/05 CORRECTED CONFIRM | 27,000,000.000 | 98.8437 | -49,500.00 | -26,737,312.50 |
| 11/30/06 | 11/10/06 | PURCHASED | FNMA 30 YEAR TBA SETT NOVEMBER 5.500% 11/01/35 REG DTD 11/01/05 FACTOR 1.000000000 REM BAL 17,000,000 | 17,000,000.000 | 98.8750 | -31,166.66 | -16,839,916.66 |
| 11/13/06 | 11/10/06 | CORRECTED SELL | FNMA 30 YEAR TBA SETT NOVEMBER 5.500% 11/01/35 REG DTD 11/01/05 CORRECTED CONFIRM | -17,000,000.000 | 98.0312 | 31,166.66 | 16,696,475.16 |
| 11/13/06 | 11/10/06 | CORRECTED SELL | FNMA 30 YEAR TBA SETT NOVEMBER 5.500% 11/01/35 REG DTD 11/01/05 CORRECTED CONFIRM | -27,000,000.000 | 98.0312 | 49,500.00 | 26,517,937.50 |
| 11/14/06 | 11/10/06 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CLS 8.000% 01/25/35 B/E DTD 12/07/05 FACTOR .78265063 CORRECTED CONFIRM | -3,236,000,000 | 99.0312 | | -2,540,168.83 |
| 11/14/06 | 10/30/06 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CLS 8.000% 01/25/35 B/E DTD 12/07/05 FACTOR .78265063 CORRECTED CONFIRM | 3,236,000,000 | 99.0312 | | 2,583,951.20 |
| 11/14/06 | 10/20/06 | CANCELLED PURCHASE | FNMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CLS 8.000% 01/25/33 B/E DTD 12/01/05 FACTOR 0.8983124500 REM BAL 2,809,227 CANCELLED TRADE | | | | |
| 11/15/06 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/07/03 CLB RD 10/31 PD 11/15/06 | | | | 462.92 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Subsidiaries of The Bank of New York
Member NYSE, other SROs, SIPC, Futures/NFA of Pershing Investments LLC
One Pershing Plaza, Jersey City, New Jersey 07399

B009721(CSP3003)

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/15/06 | | BOND INTEREST RECEIVED | 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2892 CL-2892-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB RD 10/31 PD 11/15/06 | | | | 202.56 |
| 11/15/06 | | BOND INTEREST RECEIVED | 4400000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB RD 10/31 PD 11/15/06 | | | | 20,166.67 |
| 11/15/06 | | BOND INTEREST RECEIVED | 1836333 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.281% 08/15/34 B/E DTD 12/07/04 RD 10/31 PD 11/15/06 | | | | 617.46 |
| 11/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.281% 08/15/34 B/E DTD 12/00/04 RD 10/31 PD 11/15/06 | | | | 15,844.70 |
| 11/15/06 | | BOND INTEREST RECEIVED | 73000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882 CL-2882-VS INV FLTR 2.850% 04/15/34 B/E DTD 05/01/05 RD 10/31 PD 11/15/06 | | | | 53.95 |
| 11/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882 CL-2882-VS INV FLTR 2.850% 04/15/34 B/E DTD 05/01/05 RD 10/31 PD 11/15/06 | | | | 2,642.27 |
| 11/15/06 | | BOND INTEREST RECEIVED | 18000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-NY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 10/31 PD 11/15/06 | | | | 88.62 |
| 11/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-NY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 10/31 PD 11/15/06 | | | | 506.55 |
| 11/15/06 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 10/31 PD 11/15/06 | | | | 31.49 |
| 11/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 10/31 PD 11/15/06 | | | | 74.98 |
| 11/15/06 | | BOND INTEREST RECEIVED | 12000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.600% 12/15/35 B/E DTD 07/15/06 RD 10/31 PD 11/15/06 | | | | 72.29 |

Account Number 7Z7-891035
CROCKER SECURITIES LLC
Clearing Through Pershing
A BNY Securities Group, Inc.
Member FINRA, NYSE, SIPC.
One Pershing Plaza, Jersey City, New Jersey 07399
Page 8 of 117

# CROCKER SECURITIES LLC
2999 Oak Road • Suite 280 • Walnut Creek, CA 94597
925-941-1440

## Brokerage Account Statement

Statement Period: 11/01/2006 - 11/30/2006

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 10/31 PD 11/15/06 | | | | 439.67 |
| 11/15/06 | | BOND INTEREST RECEIVED | 985000 FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB RD 10/31 PD 11/15/06 | | | | 6,593.33 |
| 11/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB RD 10/31 PD 11/15/06 | | | | 17,868.91 |
| 11/16/06 | | CONSOLIDATED FIRM BALANCES | TRANSFERRED TO 7Z7B910431 | | | | -179,552.00 |
| 11/16/06 | | BOND INTEREST RECEIVED | 6000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E | | | | 30.14 |
| 11/16/06 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 10/31 PD 11/16/06 | | | | 110.35 |
| 11/20/06 | 11/19/06 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 31 DEBIT DAYS AV BAL 3361091831 AVG RATE 7.500 10-20-06 TO 11-19-06 | | | | -217,076.53 |
| 11/27/06 | | BOND INTEREST RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/01/05 RD 10/31 PD 11/25/06 | | | | 21.42 |
| 11/27/06 | | RETURN OF PRINCIPAL RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/01/05 RD 10/31 PD 11/25/06 | | | | 99.25 |
| 11/27/06 | | BOND INTEREST RECEIVED | 134000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 RD 10/31 PD 11/25/06 | | | | 146.99 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing, A BNY Securities Group Co., One Pershing Plaza, Jersey City, New Jersey 07399
Subsidiary from BNY Bank of New York, Pershing LLC, member SIPC, NYSE, and other Federal and Industry Investment LLC

B0097211C61P10033

DALIXI XATED
FOR COMMUNICATION

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/27/06 | | BOND INTEREST RECEIVED | 9I000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E CTD 05/01/03 RD 10/31 PD 11/25/06 | | | | 260.44 |
| 11/27/06 | | BOND INTEREST RECEIVED | 1000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 06/25/04 RD 10/31 PD 11/25/06 | | | | 21,211.77 |
| 11/27/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 06/25/04 RD 10/31 PD 11/25/06 | | | | 24,663.90 |
| 11/27/06 | | BOND INTEREST RECEIVED | 46900 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 10/31 PD 11/25/06 | | | | 23.64 |
| 11/27/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 10/31 PD 11/25/06 | | | | 1,012.60 |
| 11/27/06 | | BOND INTEREST RECEIVED | 59000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 10/31 PD 11/25/06 | | | | 281.15 |
| 11/27/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 10/31 PD 11/25/06 | | | | 1,267.06 |
| 11/27/06 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 10/31 PD 11/25/06 | | | | 66,666.67 |
| 11/27/06 | | BOND INTEREST RECEIVED | 2000 FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 10/31 PD 11/25/06 | | | | 10.21 |
| 11/27/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 10/31 PD 11/25/06 | | | | 43.08 |
| 11/27/06 | | BOND INTEREST RECEIVED | 2914000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-OS 8.000% 01/25/35 B/E DTD 12/01/05 RD 10/31 PD 11/25/06 | | | | 15,663.96 |

00007211.CSFB10033



# CROCKER SECURITIES LLC
25999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET
A BNY Securities Group Co.
Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC (financial affiliate of Pershing Investments LLC)

## Brokerage Account Statement

**Statement Period: 11/01/2006 - 11/30/2006**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/27/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 RD 10/31 PD 11/25/06 | 39,810.54 | | | 39,810.54 |
| 11/27/06 | | BOND INTEREST RECEIVED | 8000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 06/25/36 B/E DTD 04/01/06 | 44.56 | | | 44.56 |
| 11/27/06 | | PRINCIPAL PAY DOWN RECEIVED | 7.500% 06/25/36 B/E DTD 04/01/06 RD 10/31 PD 11/25/06 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 06/25/36 B/E DTD 04/01/06 RD 10/31 PD 11/25/06 | 69.03 | | | 69.03 |
| 11/29/06 | 11/29/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.79265050300 REM BAL 4,874,801 | 6,150,000.000 | 100.0625 | -31,415.39 | -4,909,263.52 |
| 11/20/06 | 10/27/06 | CORRECTED SELL | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB FACTOR .98193234000 REM BAL  97113108 | -985,000.000 | 97.9687 | 3,237.10 | 954,642.08 |
| 11/20/06 | 10/30/06 | CORRECTED SELL | CORRECTED CONFIRM FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR .93361192000 REM BAL  93361119.20 | -10,000,000.000 | 119.6250 | 3,526.98 | 11,171,893.57 |
| 11/20/06 | 10/30/06 | CORRECTED SELL | VARIABLE RATE CORRECTED CONFIRM FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/07/05 FACTOR 1.00000000000 REM BAL  10,000,000 | -10,000,000.000 | 116.0000 | 64,444.44 | 11,664,444.44 |
| 11/20/06 | 10/30/06 | SOLD | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .79265050300 REM BAL  48748011.37 CORRECTED CONFIRM | -6,150,000.000 | 100.0000 | 31,415.39 | 4,906,216.76 |
| 11/20/06 | 10/30/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/24 B/E DTD 10/01/04 CLB FACTOR 1.00000000000 REM BAL  4,400,000 | -4,400,000.000 | 98.6562 | 19,494.44 | 4,360,393.44 |

B009072-1CSP30033

800972:1CSF30033

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/30/06 | 10/30/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005 CL-2905-LS INV FLTR 2.281% 08/15/34 B/E DTD 12/01/04 FACTOR .16823974000 REM BAL 308944.19 VARIABLE RATE CORRECTED CONFIRM | -1,836,533.000 | 97.5000 | 559.86 | 301,780.44 |
| 11/30/06 | 10/30/06 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500000.00 CORRECTED CONFIRM | -500,000.000 | 60.6562 | | 303,281.25 |
| 11/30/06 | 10/30/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.93361192000 REM BAL 9,336,119 VARIABLE RATE | 10,000,000.000 | 116.0625 | -64,444.44 | -11,670,694.44 |
| 11/30/06 | 11/29/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL 10,000,000 | 10,000,000.000 | 119.6562 | -3,526.98 | -11,174,777.11 |
| 11/30/06 | 11/29/06 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 SD CORR FACTOR .79265063 REM BAL 4874801.37 CORRECTED CONFIRM | 6,150,000.000 | 100.0625 | -31,415.39 | -4,909,263.52 |
| 11/30/06 | 11/29/06 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.79265063000 REM BAL 4,874,801 CANCELLED TRADE | -6,150,000.000 | 100.0625 | 31,415.39 | 4,909,263.52 |
| 11/30/06 | 11/29/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-3 CL-3-JS "INV FLTG" 0.000% 03/25/36 B/E DTD 02/25/06 FACTOR 0.87256645400 REM BAL 3,752,125 VARIABLE RATE | 4,300,112.000 | 78.0000 | -532.44 | -2,927,190.13 |
| 11/30/06 | 11/29/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-3 CL-3-JS "INV FLTG" 0.000% 03/25/36 B/E DTD 02/25/06 FACTOR 0.87256645400 REM BAL 3,752,125 VARIABLE RATE | -4,300,112.000 | 79.0000 | 532.44 | 2,964,711.39 |
| 11/30/06 | 11/29/06 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3327 CL 3Z27 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB FACTOR 0.98193234000 REM BAL 971,131 | 989,000.000 | 98.0000 | -3,237.10 | -954,945.56 |

Account Number: 727-891035

CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co., Jersey City, New Jersey 07399 Member NASD SIPC, National Securities Clearing Corp.

# CROCKER SECURITIES LLC
3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1340



**Brokerage Account Statement**

Statement Period: 11/01/2006 - 11/30/2006

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/30/06 | 11/29/06 | CORRECTED SELL | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER INT CORR FACTOR .98193234 REM BAL 39277.29 CORRECTED CONFIRM* | -40,000.000 | 100.0000 | 130.92 | 39,408.27 |
| 11/30/06 | 11/29/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR .98193234 REM BAL 4909.66 | 100.000 | 100.0000 | 16.37 | 4,926.03 |
| 11/30/06 | 11/29/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR .98193234 REM BAL 2945.80 | 100.000 | 100.0000 | 9.82 | 2,955.62 |
| 11/30/06 | 11/29/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR .98193234 REM BAL 10801.26 | -11,000.000 | 100.0000 | 36.00 | 10,837.26 |
| 11/30/06 | 11/29/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR .98193234 REM BAL 3927.73 | -4,000.000 | 100.0000 | 13.09 | 3,940.82 |
| 11/30/06 | 11/29/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR .98193234 REM BAL 1963.85 | -2,000.000 | 100.0000 | 6.55 | 1,970.42 |
| 11/30/06 | 11/29/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB SOLICITED ORDER FACTOR .98193234 REM BAL 7855.46 | -8,000.000 | 100.0000 | 26.18 | 7,881.64 |

8039721LCSKF30033

RAILING
FDIC COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Subsidiary from The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC. Trade execution and clearing services provided by Pershing Investments LLC.

One Pershing Plaza, Jersey City, New Jersey 07399

Page 13 of 17

8059721106P39033

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/29/06 | 11/29/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3227 CL 3227 TM INV FLTR<br>8.000% 10/15/36 B/E DTD 10/15/06 CLB<br>SOLICITED ORDER FACTOR .98193234<br>REM BAL   11783.19 | -12,000.000 | 100.0000 | 39.28 | 11,822.47 |
| 11/30/06 | 11/29/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3227 CL 3227 TM INV FLTR<br>8.000% 10/15/36 B/E DTD 10/15/06 CLB<br>SOLICITED ORDER FACTOR .98193234<br>REM BAL   1963.86 | -2,000.000 | 100.0000 | 6.55 | 1,970.42 |
| 11/30/06 | 11/29/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3227 CL 3227 TM INV FLTR<br>8.000% 10/15/36 B/E DTD 10/15/06 CLB<br>SOLICITED ORDER FACTOR .98193234<br>REM BAL   3927.73 | -4,000.000 | 100.0000 | 13.09 | 3,940.82 |
| 11/30/06 | 11/29/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3227 CL 3227 TM INV FLTR<br>8.000% 10/15/36 B/E DTD 10/15/06 CLB<br>SOLICITED ORDER FACTOR .98193234<br>REM BAL   3927.73 | -4,000.000 | 100.0000 | 13.09 | 3,940.82 |
| 11/30/06 | 11/29/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3227 CL 3227 TM INV FLTR<br>8.000% 10/15/36 B/E DTD 10/15/06 CLB<br>SOLICITED ORDER FACTOR .98193234<br>REM BAL   1963.86 | -2,000.000 | 100.0000 | 6.55 | 1,970.42 |
| 11/30/06 | 11/29/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3227 CL 3227 TM INV FLTR<br>8.000% 10/15/36 B/E DTD 10/15/06 CLB<br>SOLICITED ORDER FACTOR .98193234<br>REM BAL   1963.86 | -2,000.000 | 100.0000 | 6.55 | 1,970.42 |
| 11/30/06 | 11/29/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3227 CL 3227 TM INV FLTR<br>8.000% 10/15/36 B/E DTD 10/15/06 CLB<br>SOLICITED ORDER FACTOR .98193234<br>REM BAL   1963.86 | -2,000.000 | 100.0000 | 6.55 | 1,970.42 |
| 11/30/06 | 11/29/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3227 CL 3227 TM INV FLTR<br>8.000% 10/15/36 B/E DTD 10/15/06 CLB<br>SOLICITED ORDER FACTOR .98193234<br>REM BAL   13741.05 | -14,000.000 | 100.0000 | 45.82 | 13,792.87 |
| 11/30/06 | 11/29/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3227 CL 3227 TM INV FLTR<br>8.000% 10/15/36 B/E DTD 10/15/06 CLB<br>SOLICITED ORDER FACTOR .98193234<br>REM BAL   2945.80 | -3,000.000 | 100.0000 | 9.82 | 2,945.62 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Member of the Bank of New York
Pershing, member SIPC, NYSE. Securities in brokerage accounts and management LLC

One Pershing Plaza, Jersey City, New Jersey 07399

Page 14 of 17

8009721LC5P10C33

# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1550



## Brokerage Account Statement

Statement Period: 11/01/2006 - 11/30/2006

Account Number: 7ZZ-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAIR-02-CUTSHEET

Page 15 of 17

## Transactions in Date Sequence (continued)

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/30/06 | 11/29/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3227 CL 3227 TM INV FLTR<br>8.000% 10/15/06 B/E DTD 10/15/06 CLB<br>SOLICITED ORDER FACTOR .98193234<br>REM BAL    5891.59 | -6,001,000 | 100.0000 | 19.64 | 5,911.23 |
| 11/30/06 | 11/29/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3227 CL 3227 TM INV FLTR<br>8.000% 10/15/06 B/E DTD 10/15/06 CLB<br>SOLICITED ORDER FACTOR .98193234<br>REM BAL    4326.02 | -44,000,000 | 100.0000 | 144.02 | 43,343.04 |
| 11/30/06 | 11/29/06 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3227 CL 3227 TM INV FLTR<br>8.000% 10/15/36 B/E DTD 10/15/06 CLB<br>SOLICITED ORDER FACTOR .98193234<br>REM BAL    26512.17 | -27,000,000 | 100.0000 | 88.37 | 26,600.54 |
| 11/30/06 | 11/29/06 | PURCHASED | FIRST HORIZON MTG PASS THRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A42<br>0.000% 10/25/33 B/E DTD 08/01/03<br>FACTOR 1.000000000 REM BAL    500,000 | 500,000,000 | 60.7187 | | -303,593.75 |
| 11/30/06 | 11/30/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2005-77 CL-77-SH INV FLTR<br>0.000% 06/25/24 B/E DTD 08/25/05<br>FACTOR 0.679689300 REM BAL    1,855,551<br>VARIABLE RATE | 2,730,000,000 | 94.1250 | -1,209.54 | -1,747,747.74 |
| 11/30/06 | 11/30/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2005-77 CL-77-SH INV FLTR<br>0.000% 06/25/24 B/E DTD 08/25/05<br>FACTOR 0.679689300 REM BAL    1,855,551<br>VARIABLE RATE | -2,730,000,000 | 95.7500 | 1,209.54 | 1,777,900.46 |
| 11/30/06 | 11/30/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2947 CL-2947-AIS INV FLTR<br>1.9338% 03/15/35 B/E DTD 03/15/05 CLB<br>FACTOR 0.803280100 REM BAL    184,754<br>VARIABLE RATE | 230,000,000 | 78.5000 | -148.83 | -145,181.09 |

## Transactions in Date Sequence *(continued)*

| Process/ Trade/ Settlement Transaction Date | Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/30/06 | 11/30/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2998 CL-2998-TC INV FLTR<br>5.414% 07/15/34 B/E DTD 06/15/05 CLB<br>FACTOR 0.99989989200 REM BAL 999,999<br>VARIABLE RATE | 1,000,000.000 | 89.7500 | -2,255.89 | -899,755.82 |
| 11/30/06 | 11/30/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2998 CL-2998-TC INV FLTR<br>5.414% 07/15/34 B/E DTD 06/15/05 CLB<br>FACTOR 0.99989989200 REM BAL 999,999<br>VARIABLE RATE | -1,000,000.000 | 91.5000 | 2,255.89 | 917,255.82 |

Total Value of all Transactions $1,711,982.65

## Messages

WE HAVE CONSOLIDATED TRADE CONFIRMATIONS IN RESPONSE TO REQUESTS FROM INVESTORS LIKE YOU TO REDUCE THE VOLUME OF PAPER YOU RECEIVE FROM US. CONFIRMATIONS FOR TRADE EXECUTIONS NOW PRINT ON BOTH SIDES OF A SHEET OF PAPER. EACH SIDE OF A PAGE IS NUMBERED, AND UP TO EIGHT SHEETS ARE INCLUDED IN ONE ENVELOPE. THIS MEANS THAT YOU MAY RECEIVE UP TO 16 TRADE CONFIRMATIONS AND ONE TERMS AND CONDITIONS PAGE PER ENVELOPE - REDUCING THE VOLUME OF PAPER YOU RECEIVE.

The price and quantity displayed may have been rounded.

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 12/12/05 | 11/10/06 | Buy | FNMA 30 YEAR TBA SETT DECEMBER<br>5.500% 12/01/35 REG DTD 12/01/05<br>FACTOR 1.000000000 REM BAL 17,000,000 | 17,000,000.000 | 98.0000 | 28,559.44 | -16,686,569.44 |
| 12/12/06 | 11/10/06 | Buy | FNMA 30 YEAR TBA SETT DECEMBER<br>5.500% 12/01/35 REG DTD 12/01/05<br>FACTOR 1.000000000 REM BAL 27,000,000 | 27,000,000.000 | 98.0000 | 45,375.00 | -26,505,375.00 |
| 12/12/06 | 11/10/06 | Sell | FNMA 30 YEAR TBA SETT DECEMBER<br>5.500% 12/01/35 REG DTD 12/01/05<br>FACTOR 1.000000000 REM BAL 17,000,000 | -17,000,000.000 | 98.8437 | -28,559.44 | 16,832,008.94 |
| 12/12/06 | 11/10/06 | Sell | FNMA 30 YEAR TBA SETT DECEMBER<br>5.500% 12/01/35 REG DTD 12/01/05<br>FACTOR 1.000000000 REM BAL 27,000,000 | -27,000,000.000 | 98.8125 | -45,375.00 | 26,724,750.00 |
| 12/29/06 | 11/29/06 | Sell | FNMA 30 REMIC PASS THRU CTF REMIC<br>TR-2004-46 CL-46-QD "INV"<br>0.000% 03/25/34 B/E DTD 05/25/04<br>FACTOR 0.93336119200 REM BAL 9,336,119<br>VARIABLE RATE | -10,000,000.000 | 119.7031 | -2,821.58 | 11,178,448.02 |

Account Number: 727-891035

CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co., Member NYSE, SIPC. Securities from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399 pershing.com, credit CASE, NYS, SIPC, Federal Call of Funds processed A2

Page 16 of 17

803973112CSF30031

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

**Statement Period: 11/01/2006 - 11/30/2006**

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 12/29/06 | 11/29/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP INV FLTG 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10,000,000 VARIABLE RATE | -10,000,000.000 | 116.8281 | -62,222.22 | 11,745,034.72 |
| 12/29/06 | 11/29/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-OS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.792656300 REM BAL 4,874,801 | -6,150,000.000 | 100.0937 | -30,332.09 | 4,909,703.59 |
| 12/29/06 | 11/29/06 | Sell | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 60.7500 | 0.00 | 303,750.00 |
| 12/29/06 | 11/30/06 | Sell | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB FACTOR 0.981932400 REM BAL 786,527 | -801,000.000 | 99.0000 | -2,446.98 | 781,105.51 |

**Total Amount of Trades Not Settled**  $29,280,858.34

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAIR-02-CUTSHEET

A BNY Securities Group Co.
Subsidiary from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Subsidiary of The Bank of New York

800972 LLC(SF)003)

# CROCKER
## SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

CROCKER SECURITIES LLC
--TAXABLE TRADE #2 --
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597- 7782

Your Investment Advisor:
DOUGLAS C. GREEN
(561) 750-9370

# Brokerage
## Account Statement

Account Number: 727-891035
Statement Period: 12/01/2006 - 12/31/2006

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$4,420,611.55 |
| Cash Withdrawals | -123,130.00 |
| Dividends/Interest | -85,030.26 |
| Change In Account Value | -1,299,583.52 |
| Ending Account Value | -$5,928,335.33 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | | | | Your Account is 100% Invested in Fixed Income. |
| Cash and Cash Equivalents | 25,188,880.49 | 28,399,486.65 | 100% | |
| | -29,609,492.04 | -34,327,841.98 | 0% | |
| Account Total | -$4,420,611.55 | -$5,928,355.33 | 100% | |

B035641?0CSP30047

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SIPC, NYSE, DTC (National) ✓ Pershing Investment LLC

QUALAR RATED
FOR COMMUNICATION

## Customer Service Information

DOUGLAS C. GREEN
601 S. FEDERAL HIGHWAY STE 301
BOCA RATON    FL 33432-6008

Your Investment Advisor: RDG

| Contact Information | Customer Service Information |
| --- | --- |
| Telephone Number: (561) 750-9370 | Service Hours: Weekdays 08:00 a.m. - 06:00 p.m. PST |
| Fax Number: (561) 750-9360 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
| --- | --- | --- | --- | --- | --- | --- |
| **Cash and Cash Equivalents  0.00% of Portfolio** | | | | | | |
| Cash Balance | | -3,469.45 | 0.00 | | | |
| Margin Balance | | -29,606,022.59 | -34,327,841.98 | | | |
| **Total Cash and Cash Equivalents** | | **-$29,609,492.0** | **-$34,327,841.98** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
| --- | --- | --- | --- | --- | --- | --- |
| **Fixed Income  100.00% of Portfolio**  *(In Maturity Date Sequence)* | | | | | | |
| **Asset Backed Securities** | | | | | | |
| 101,000.000 M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2546 CL-2949-BI INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB Security Identifier 31393I7N8  Factor: 0.95001855 | 5.4630 | 5,241.85 | 439.78 | | |
| 134,000.000 M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 Security Identifier 31393AD61  Factor: 0.17968817 | 1.7980 | 432.90 | 110.35 | | |
| 91,000.000 M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97AC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 Security Identifier 31393TNN1  Factor: 0.60753474 | 6.4720 | 2,989.14 | 230.93 | | |
| 137,000.000 M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB Security Identifier 31394KZD9  Factor: 0.67035296 | 73.5220 | 67,522.40 | 0.00 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Mellon/Group Co.
Settling from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC, a subsidiary of Pershing Investments LLC

Page 2 of 18

BG9564720C5F010647

BCOS9471CGFP30647

# CROCKER
## SECURITIES LLC
3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

DALBAR RATED
FOR COMMUNICATIONS

## Brokerage
## Account Statement

Statement Period: 12/01/2006 - 12/31/2006

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.
Services from The Bank of New York
Pershing LLC, member FINRA, NYSE, SIPC Pershing(s) of Pershing Investments LLC

One Pershing Plaza, Jersey City, New Jersey 07399

Page 3 of 18

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 500,000.000M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Moody Rating AAA S & P Rating AAA *Security Identifier:* 32051DKG0  Factor: 1.00000000 | 43.5890 | 218,445.00 | 0.00 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 *Security Identifier:* 31393VU37  Factor: 0.93044835 | 86.2760 | 8,027,536.18 | 0.00 | | |
| 83,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 2.752% 04/15/34 B/E DTD 05/01/05 *Security Identifier:* 31395U094  Factor: 0.24059430 | 98.5680 | 19,687.36 | 45.80 | | |
| 1,846,333.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2805 CL-2805-LS INV FLTR 2.193% 08/15/34 B/E DTD 12/01/04 *Security Identifier:* 31395KCQ4  Factor: 0.16465202 | 97.9870 | 296,797.39 | 552.98 | | |
| 4,400,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB *Security Identifier:* 31395H2C2  Factor: 1.00000000 | 95.3250 | 4,194,300.00 | 20,166.65 | | |
| 52,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-80 CL-80-LB FLT RATE 0.000% 11/25/34 B/E DTD 09/01/05 *Security Identifier:* 31394CA58  Factor: 0.09757839 | 98.3080 | 4,998.22 | 0.00 | | |

# Portfolio Holdings (continued)

B03SE47DCSF3IO147

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| Asset Backed Securities (continued) | | | | | | |
| 6,150,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-OS 8.000% 01/25/35 B/E DTD 12/01/05 | 99.2120 | 4,765,708.39 | 32,023.73 | | |
| | Security Identifier: 31394UD33    Factor: 0.78166674 | | | | | |
| 18,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2890 CL-2890-AN INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB | 100.1070 | 12,646.57 | 84.22 | | |
| | Security Identifier: 31395V3X5    Factor: 0.70183645 | | | | | |
| 6,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-NT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 | 100.4570 | 4,541.69 | 30.14 | | |
| | Security Identifier: 31396E3E4    Factor: 0.75350454 | | | | | |
| 7,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 5.031% 05/25/35 B/E DTD 11/01/05 | 97.6640 | 4,299.37 | 18.46 | | |
| | Security Identifier: 31394UQ86    Factor: 0.62688587 | | | | | |
| 6,000.00M | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-KS-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB | 102.0350 | 4,440.08 | 29.01 | | |
| | Security Identifier: 38374LGE5    Factor: 0.72525516 | | | | | |
| 7,000.00M | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-4-A-26 "INV FLTG" 4.414% 10/25/35 B/E DTD 09/01/05 Moody Rating AAA S & P Rating AAA | 91.6060 | 5,106.29 | 20.51 | | |
| | Security Identifier: 12669HKS6    Factor: 0.79631246 | | | | | |
| 12,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TO INV FLTR 7.900% 12/15/35 B/E DTD 07/15/06 | 100.4990 | 10,807.41 | 67.21 | | |
| | Security Identifier: 31396UEN6    Factor: 0.68691457 | | | | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**  A IRR Securities Group Co.
Settlement from This first of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SIPC, NYSE, NASD, member of Pershing Investments LLC

Page 4 of 18



**CROCKER SECURITIES LLC**
2399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 12/01/2006 - 12/31/2006



## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 58,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER.2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 Security Identifier: 31394U751  Factor: 0.67697915 | 99.0070 | 38,989.74 | 262.54 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER.2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 Security Identifier: 31394U177  Factor: 1.00000000 | 98.6070 | 9,860,700.00 | 66,666.60 | | |
| 5,000.000M | FNMA MULTICLASS MTG PARTN CTFS GTD SER.2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 Security Identifier: 31394VG20  Factor: 0.73241346 | 96.3280 | 3,527.63 | 24.41 | | |
| 11,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR.2006-39 CL-SW 7.500% 05/25/36 B/E DTD 04/01/06 Security Identifier: 31395DF13  Factor: 0.88248718 | 100.9350 | 9,798.12 | 60.67 | | |
| 100,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.3164 CL-3164-UO "PRIN ONLY" 0.000% 06/15/36 B/E DTD 06/01/06 Security Identifier: 31396TF73  Factor: 1.00000000 | 75.2130 | 75,213.00 | 0.00 | | |

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiary From The Bank of New York
PAR-00-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. A subsidiary of The Bank of New York Company, Inc.

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 801,000.00* | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/08 B/E DTD 10/15/06 CLB *Security Identifier 31397BSM4  Fctor: 0.96561307* | 99.0080 | 765,767.92 | 5,156.37 | | |

| Description | | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|
| **Total Asset Backed Securities** | | $28,398,486.65 | $125,990.36 | $0.00 |
| **Total Fixed Income** | | $28,399,486.65 | $125,990.36 | $0.00 |

| Description | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | -$5,928,355.33 | $125,990.36 | $0.00 |

☒ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit Interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist you introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Foreign Currency Transactions - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization oth erwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by appl icable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

Proxy Vote - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing A BNY Securities Group Co. Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, NASD, SIPC (Securities) & Pershing Investment LLC

Page 6 of 18

BD0964170CSP310647

# CROCKER SECURITIES LLC
1399 Oak Road • Suite 203 • Walnut Creek, CA 94597
925-941-1540



# Brokerage Account Statement

**Statement Period: 12/01/2006 - 12/31/2006**

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/04/06 | 12/04/06 | CONSOLIDATED FIRM BALANCES | TFR TO 727891043 | | | | -123,130.00 |
| 12/04/06 | 12/04/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400,000 | 4,400,000.000 | 98.6875 | -2,016.66 | -4,344,266.66 |
| 12/04/06 | 12/04/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 VARIABLE RATE FACTOR 0.168239740 REM BAL 308,944 | 1,836,333.000 | 97.5312 | -58.95 | -301,376.08 |
| 12/07/06 | 12/04/06 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 VARIABLE RATE CORRECTED CONFIRM FACTOR .1640620200 REM BAL. 301254.14 | 1,836,333.000 | 97.5312 | -55.00 | -293,871.93 |
| 12/07/06 | 12/04/06 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 VARIABLE RATE CANCELLED TRADE FACTOR 0.168239740 REM BAL. 308,944 | -1,836,333.000 | 97.5312 | 58.95 | 301,376.08 |
| 12/11/06 | 12/08/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-112 CL-CA 6.000% 05/25/35 B/E DTD 11/07/05 FACTOR 0.290169100 REM BAL. 14,508 | 50,000.000 | 98.0000 | -24.18 | -14,242.47 |
| 12/11/06 | 12/08/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2873 CL-2873-J 5.250% 06/15/34 B/E DTD 10/01/04 FACTOR 0.008787700 REM BAL. 817 | 100,000.000 | 97.5000 | -1.19 | -798.62 |
| 12/11/06 | 12/08/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-112 CL-CA 6.000% 05/25/35 B/E DTD 11/07/05 FACTOR 0.290169100 REM BAL. 14,508 | -50,000.000 | 99.0000 | 24.18 | 14,387.55 |
| 12/11/06 | 12/08/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2873 CL-2873-J 5.250% 06/15/34 B/E DTD 10/01/04 FACTOR 0.008787700 REM BAL. 817 | -100,000,000.000 | 98.0000 | 1.19 | 802.71 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Subsidiaries The Bank of New York
PART-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing, a member NASD, NYSE, SIPC (Subsidiary of a holding company) LLC

Page 7 of 18

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/12/06 | 11/10/06 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 1700000000.00 CORRECTED CONFIRM | 17,000,000,000 | 99.3632 | -28,569.44 | -16,920,327.25 |
| 12/12/06 | 11/10/06 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 2700000000.00 CORRECTED CONFIRM | 27,000,000,000 | 99.3750 | -45,375.00 | -26,876,625.00 |
| 12/12/06 | 11/10/06 | SOLD | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 17,000,000 | -17,000,000,000 | 98.8437 | 28,569.44 | 16,832,006.94 |
| 12/12/06 | 11/10/06 | SOLD | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 27,000,000 | -27,000,000,000 | 98.8125 | 45,375.00 | 26,724,750.00 |
| 12/12/06 | 11/10/06 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-30 CL-3QL8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 SOLICITED ORDER FACTOR .05957635000000 REM BAL 585.41 VARIABLE RATE CORRECTED CONFIRM | 6,000.000 | 100.0000 | -0.73 | -586.20 |
| 12/12/06 | 12/04/06 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 5.084% 05/25/35 B/E DTD 11/01/05 SOLICITED ORDER FACTOR .62888970000 REM BAL 4402.20 VARIABLE RATE CORRECTED CONFIRM | 7,000.000 | 100.0000 | -6.77 | -4,408.97 |
| 12/12/06 | 12/04/06 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 SOLICITED ORDER FACTOR .16063202000000 REM BAL 1840.52 VARIABLE RATE CORRECTED CONFIRM | 10,000.000 | 100.0000 | -1.10 | -1,641.62 |
| 12/12/06 | 12/04/06 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 SOLICITED ORDER FACTOR .24059430000 REM BAL 2405.94 VARIABLE RATE CORRECTED CONFIRM | 10,000.000 | 100.0000 | -2.02 | -2,407.96 |
| 12/12/06 | 12/08/06 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-112 CL-CA 6.000% 05/25/35 B/E DTD 11/01/06 FACTOR 0.29016910000 REM BAL 14,508 CANCELLED TRADE | 50,000.000 | 99.0000 | -24.18 | -14,387.35 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**    A BNY Securities Group Co.
Selling Through Is Not A Bank Or BD

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SIPC, NYSE, financial industry regulatory authority LLC

Page 8 of 18

BC0964720C8P310647

# CROCKER
## SECURITIES LLC

3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
# Account Statement

**Statement Period: 12/01/2006 - 12/31/2006**

## Transactions in Date Sequence *(continued)*

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/12/06 | 12/08/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER 2005-112 CL-CA 6.000% 05/25/35 B/E<br>DTD 11/01/05 FCTR2.43365182<br>FACTOR .29016910 REM BAL 14508.46 | -50,000.000 | 99.0000 | 20.30 | 12,076.12 |
| 12/14/06 | 12/08/06 | CORRECTED PURCHASE | CORRECTED CONFIRM<br>FNMA GTD REMIC PASS THRU CTF REMIC<br>SER 2005-112 CL-CA 6.000% 05/25/35 B/E<br>DTD 11/01/05 FCTR2.43365182<br>FACTOR .24365182 REM BAL 12177.59 | 50,000.000 | 98.0000 | -20.30 | -11,954.34 |
| 12/14/06 | 12/08/06 | CANCELLED PURCHASE | CORRECTED CONFIRM<br>FNMA GTD REMIC PASS THRU CTF REMIC<br>SER 2005-112 CL-CA 6.000% 05/25/35 B/E<br>DTD 11/01/05 FACTOR 0.29016910000<br>REM BAL   14,508 CANCELLED TRADE | -50,000.000 | 98.0000 | 24.18 | 14,242.47 |
| 12/14/06 | 12/08/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006-3 CL-3-JS "INV FLTG"<br>1.021% 03/25/36 B/E DTD 02/25/06<br>FACTOR 0.872564500 REM BAL   218,141<br>VARIABLE RATE | 250,000.000 | 79.0000 | -123.82 | -172,455.32 |
| 12/15/06 | 12/08/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006-3 CL-3-JS "INV FLTG"<br>1.021% 03/25/36 B/E DTD 02/25/06<br>FACTOR 0.872564500 REM BAL   218,141<br>VARIABLE RATE | -250,000.000 | 80.0000 | 123.82 | 174,636.73 |
| 12/15/06 |  | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG<br>PARTN CTFS GTD SER 2549 CL-2549 JB<br>INT ONLY 5.500% 04/15/26 B/E<br>DTD 01/01/03 CLB RD 11/30 PD 12/15/06 |  |  |  | 454.83 |
| 12/15/06 |  | BOND INTEREST RECEIVED | 137000 FHLMC MULTICLASS MTG<br>PARTN CTFS GTD SER 2692 CL-2692-SC<br>0.000% 07/15/33 REG DTD 10/15/03 CLB<br>RD 11/30 PD 12/15/06 |  |  |  | 202.56 |
| 12/15/06 |  | BOND INTEREST RECEIVED | 230000 FHLMC MULTICLASS MTG<br>PARTN CTFS GTD SER 2947 CL-2947-MS<br>INV FLTR 1.933% 03/15/35 B/E<br>DTD 03/15/06 CLB RD 11/30 PD 12/15/06 |  |  |  | 297.65 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through: Pershing
A BNY Securities Group Co.
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC, Member of BNY Mellon Group of Companies

PAR-02-CUTSHEET

Page 9 of 18

80095470CS30047

DALBAR RATED FOR COMMUNICATIONS

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2947 CL-2947-MS INV FLTR 1.9333% 03/15/35 B/E DTD 03/15/05 CLB RD 11/30 PD 12/15/06 | | | | 1,285.45 |
| 12/15/06 | | BOND INTEREST RECEIVED | 73000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 RD 11/30 PD 12/15/06 | | | | 47.83 |
| 12/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 RD 11/30 PD 12/15/06 | | | | 2,504.30 |
| 12/15/06 | | BOND INTEREST RECEIVED | 19000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2590 CL-2590-AY INV FLTR 8.000% 03/15/35 B/E DTD 09/16/05 CLB RD 11/30 PD 12/15/06 | | | | 85.24 |
| 12/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2590 CL-2590-AY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 11/30 PD 12/15/06 | | | | 153.10 |
| 12/15/06 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 11/30 PD 12/15/06 | | | | 30.99 |
| 12/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 11/30 PD 12/15/06 | | | | 127.58 |
| 12/15/06 | | BOND INTEREST RECEIVED | 12000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 11/30 PD 12/15/06 | | | | 69.54 |
| 12/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 11/30 PD 12/15/06 | | | | 372.25 |
| 12/15/06 | | BOND INTEREST RECEIVED | 80000 FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB RD 11/30 PD 12/15/06 | | | | 5,243.52 |
| 12/15/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB RD 11/30 PD 12/15/06 | | | | 13,071.73 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Services from 7th Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SIPC, FINRA, NYSE

Page 10 of 18

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

**Statement Period: 12/01/2006 - 12/31/2006**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/18/06 | | BOND INTEREST RECEIVED | 6000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/25 B/E DTD 06/16/05 CL8 RD 11/30 PD 12/16/06 | | | | 25.40 |
| 12/18/06 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTF REMIC 8.000% 06/16/25 B/E DTD 06/16/05 CL8 RD 11/30 PD 12/16/06 | | | | 59.03 |
| 12/19/06 | 12/14/06 | CORRECTED PURCHASE | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 UNSOLICITED ORDER FACTOR .73241346000 REM BAL 2197.24 CORRECTED CONFIRM | 3,000.000 | -8.79 | | -2,206.63 |
| 12/19/06 | 12/14/06 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 UNSOLICITED ORDER FACTOR .88248718000 REM BAL 2647.46 CORRECTED CONFIRM | 3,000.000 | -8.93 | | -2,651.39 |
| 12/20/06 | 12/19/06 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 30 DEBIT DAYS AV BAL 34008736.97 AVG RATE 7.500 11-20-06 TO 12-19-06 | | | | -212,554.57 |
| 12/26/06 | | BOND INTEREST RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.664% 10/25/35 B/E DTD 09/01/05 RD 11/30 PD 12/25/06 | | | | 21.07 |
| 12/26/06 | | RETURN OF PRINCIPAL RECEIVED | 7000 CWMBS INC DTD 09/01/05 RD 11/30 PD 12/25/06 MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.664% 10/25/35 B/E | | | | 85.88 |
| 12/26/06 | | BOND INTEREST RECEIVED | 134000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 RD 11/30 PD 12/25/06 | | | | 123.15 |
| 12/26/06 | | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 03/01/03 RD 11/30 PD 12/25/06 | | | | 244.39 |

R00384 7CSF30047

DALBAR RATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Investnis Corp Co.
Subsidiary The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, member NASD, SIPC, Federal Reserve System

Page 11 of 18

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/26/06 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/04 B/E DTD 05/25/04 RD 11/30 PD 12/25/06 | | | | 21,161.87 |
| 12/26/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/04 B/E DTD 05/25/04 RD 11/30 PD 12/25/06 | | | | 31,635.70 |
| 12/26/06 | | BOND INTEREST RECEIVED | 46000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 11/30 PD 12/25/06 | | | | 20.18 |
| 12/26/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 11/30 PD 12/25/06 | | | | 1,370.19 |
| 12/26/06 | | BOND INTEREST RECEIVED | 59000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 11/30 PD 12/25/06 | | | | 272.70 |
| 12/26/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 11/30 PD 12/25/06 | | | | 1,524.73 |
| 12/26/06 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 11/30 PD 12/25/06 | | | | 66,666.67 |
| 12/26/06 | | BOND INTEREST RECEIVED | 2000 FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 11/30 PD 12/25/06 | | | | 9.92 |
| 12/26/06 | | PRINCIPAL PAY DOWN RECEIVED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 11/30 PD 12/25/06 | | | | 23.46 |
| 12/26/06 | | BOND INTEREST RECEIVED | 6150000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 RD 11/30 PD 12/25/06 | | | | 32,498.67 |
| 12/26/06 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 RD 11/30 PD 12/25/06 | | | | 71,240.92 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Pershing LLC, member FINRA, NYSE, SIPC, financial institution of New York
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399

Page 12 of 18

B0096470CSP010417

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925 943-1540


DALBAR RATED FOR COMMUNICATION

HOR9547/CR5P30/047

# Brokerage Account Statement

**Statement Period: 12/01/2006 - 12/31/2006**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/26/06 | | BOND INTEREST RECEIVED | 8000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 RD 11/30 PD 12/25/06 | | | | 44.12 |
| 12/27/06 | 12/27/06 | PURCHASED | FRST HORIZON MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | 500,000.000 | 60.7812 | | -303,906.25 |
| 12/28/06 | 12/27/06 | CANCELLED PURCHASE | FRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 CANCELLED TRADE | -500,000.000 | 60.7812 | | 303,906.25 |
| 12/29/06 | 11/29/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR .930448350000 REM BAL 9304483.50 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 119.7031 | 2,687.96 | 11,140,445.47 |
| 12/29/06 | 11/29/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 0.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10000000.00 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 116.6281 | 62,222.22 | 11,745,034.72 |
| 12/29/06 | 11/29/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/06 FACTOR .781066740000 REM BAL .480356045 CORRECTED CONFIRM | -6,150,000.000 | 100.0937 | 29,888.82 | 4,837,952.61 |
| 12/29/06 | 11/29/06 | CORRECTED SELL | FRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500000.00 CORRECTED CONFIRM | -500,000.000 | 60.7500 | | 303,750.00 |
| 12/29/06 | 11/30/06 | CORRECTED SELL | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3Z27 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CL3 FACTOR .965613070000 REM BAL 773456.07 CORRECTED CONFIRM | -801,000.000 | 99.0000 | 2,406.31 | 788,127.82 |

Clearing Through **Pershing** A BNY Securities Group Co. Solutions from The Bank of New York    One Pershing Plaza, Jersey City, New Jersey 07399 Pershing LLC, member NASD, NYSE, SIPC. A subsidiary of Pershing Investments, LLC

Account Number: 727-891025
CROCKER SECURITIES LLC

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/07/06 | 12/07/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2947 CL-2947-MS INV FLTR 1.8336% 09/15/35 B/E DTD 09/15/05 CLB VARIABLE RATE FACTOR .79777826 REM BAL .183469/2 CORRECTED CONFIRM | -230,000.000 | 80.5000 | 130.82 | 147,833.48 |
| 12/29/06 | 12/04/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.300% 10/15/34 B/E DTD 10/07/04 CLB FACTOR 1.00000000 REM BAL .44000000 CORRECTED CONFIRM | -4,400,000.000 | 96.6875 | 18,822.22 | 4,361,072.22 |
| 12/29/06 | 12/04/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.190% 08/15/34 B/E DTD 12/01/04 FACTOR .19405202000 REM BAL .30125414 VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 97.5312 | 513.33 | 294,330.26 |
| 12/29/06 | 12/21/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-14 CL-14-SP 0.000% 09/25/35 B/E DTD 02/25/05 FACTOR .0891067000 REM BAL .951,988 | 1,068,333.000 | 68.0000 | -647,351.85 | |
| 12/29/06 | 12/21/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-14 CL-14-SP 0.000% 09/25/35 B/E DTD 02/25/05 FACTOR .0891067000 REM BAL .951,988 | -1,068,333.000 | 69.0000 | | 656,871.73 |
| 12/29/06 | 12/21/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2649 CL-2649-BS "INV FLT/C" 0.000% 07/15/33 B/E DTD 07/01/03 CLB FACTOR .65628957000 REM BAL 4,302,674 VARIABLE RATE | 6,762,068.000 | 70.0000 | | -3,011,872.35 |
| 12/29/06 | 12/21/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2649 CL-2649-BS "INV FLT/C" 0.000% 07/15/33 B/E DTD 07/01/03 CLB FACTOR .65628957000 REM BAL 4,302,674 VARIABLE RATE CORRECTED CONFIRM | -6,762,068.000 | 70.0000 | | 3,011,872.35 |
| 12/29/06 | 12/21/06 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR REM BAL .430264L79 CORRECTED CONFIRM VARIABLE RATE FACTOR .65628970 | 5,000,000.000 | 91.750 | -1,803.51 | -3,859,988.14 |
| 12/29/06 | 12/21/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 FACTOR .84320101000 REM BAL .421600505 VARIABLE RATE CORRECTED CONFIRM | -5,000,000.000 | 93.5000 | 1,803.51 | 3,943,768.23 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**  A BNY Securities Group Co. Securities located in a bank of New York Pershing LLC, member NASD, NYSE, SIPC. Brokerage & Banking Investment Services LLC

One Pershing Plaza, Jersey City, New Jersey 07399

Page 14 of 18

DC0904270C573104T

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-5510



## Brokerage Account Statement

Statement Period: 12/01/2006 - 12/31/2006

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/29/06 | 12/22/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3015 CL-3015-HS 0.000% 08/15/05 B/E DTD 08/15/05 CLB FACTOR 0.9742277900 REM BAL 616,686 | 633,000.000 | 66.0000 | | -400,846.02 |
| 12/29/06 | 12/21/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3015 CL-3015-HS 0.000% 08/15/05 B/E DTD 08/15/05 CLB FACTOR 0.9742277900 REM BAL 616,686 | -633,000.000 | 66.0000 | | 407,012.89 |
| 12/29/06 | 12/27/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.9304485500 REM BAL 9,304,483 VARIABLE RATE | 10,000,000.000 | 119.7343 | -2,667.96 | -11,143,353.13 |
| 12/29/06 | 12/22/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.0000000000 REM BAL 10,000,000 VARIABLE RATE | 10,000,000.000 | 116.8593 | -62,222.22 | -11,748,159.72 |
| 12/29/06 | 12/27/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.7810667400 REM BAL 4,803,560 | 6,150,000.000 | 100.1230 | -29,888.82 | -4,839,453.72 |
| 12/29/06 | 12/27/06 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.980% 06/25/36 B/E DTD 05/25/06 FACTOR 0.8432010100 REM BAL 1,032,921 VARIABLE RATE | 1,225,000.000 | 90.2500 | -441.86 | -932,653.28 |
| 12/29/06 | 12/27/06 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.980% 06/25/36 B/E DTD 05/25/06 FACTOR 0.8432010100 REM BAL 1,032,921 VARIABLE RATE | -1,225,000.000 | 93.0000 | 441.86 | 961,068.61 |
| 12/29/06 | 12/27/06 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.0000000000 REM BAL 4,400,000 | 4,400,000.000 | 98.7187 | -18,622.22 | -4,352,447.22 |

DALBAR RATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through
Pershing
One Pershing Plaza, Jersey City, New Jersey 07399

Page 15 of 18

8C0964TDC5F3D047

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 12/29/06 | 12/27/06 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB FACTOR 0.96568130700 REM BAL 773,456 | 801,000,000 | 99.0312 | -2,406.31 | -768,369.52 |
| 12/29/06 | 12/27/06 | CORRECTED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CT CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000000 REM BAL 500000.00 | 500,000,000 | 60.7812 | | -303,906.25 |
| 12/29/06 | 12/29/06 | PURCHASED | CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2905 CL-2905-LS INV FLTR 21.190% 08/19/34 B/E DTD 12/01/04 FACTOR 0.18405202030 REM BAL 301,254 VARIABLE RATE | 1,836,533,000 | 97.5625 | -513.33 | -294,424.40 |

**Total Value of all Transactions** | | | | | | | **-$4,718,349.94**

The price and quantity displayed may have been rounded.

## Messages

WE HAVE CONSOLIDATED TRADE CONFIRMATIONS IN RESPONSE TO REQUESTS FROM INVESTORS LIKE YOU TO REDUCE THE VOLUME OF PAPER YOU RECEIVE FROM US. CONFIRMATIONS FOR TRADE EXECUTIONS NOW PRINT ON BOTH SIDES OF A SHEET OF PAPER - EACH SIDE OF A PAGE IS NUMBERED, AND UP TO EIGHT SHEETS ARE INCLUDED IN ONE ENVELOPE. THIS MEANS THAT YOU MAY RECEIVE UP TO 16 TRADE CONFIRMATIONS AND ONE TERMS AND CONDITIONS PAGE PER ENVELOPE - REDUCING THE VOLUME OF PAPER YOU RECEIVE.

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 01/11/07 | 12/11/06 | Buy | FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 REG DTD 01/01/06 FACTOR 1.00000000000 REM BAL 17,000,000 | 17,000,000.000 | 97.9843 | 25,972.22 | -16,683,315.97 |
| 01/11/07 | 12/11/06 | Buy | FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 REG DTD 01/01/06 FACTOR 1.00000000000 REM BAL 27,000,000 | 27,000,000.000 | 97.9921 | 41,250.00 | -26,499,140.63 |
| 01/11/07 | 12/11/06 | Sell | FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 REG DTD 01/01/06 FACTOR 1.00000000000 REM BAL 17,000,000 | -17,000,000.000 | 99.3593 | -25,972.22 | 16,917,065.97 |
| 01/11/07 | 12/11/06 | Sell | FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 REG DTD 01/01/06 FACTOR 1.00000000000 REM BAL 27,000,000 | -27,000,000.000 | 99.3671 | -41,250.00 | 26,870,390.63 |

80CF5847DCF3PQ042

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY SecuritiesGroup Co.
Subsidiary of The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Cleared through Pershing commercial LLC

Page 16 of 18

# CROCKER
## SECURITIES LLC

3599 Oak Road • Suite 280 • Walnut Creek, CA 94597
925-941-1540

**Brokerage**
*Account Statement*

Statement Period: 12/01/2006 - 12/31/2006

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 01/31/07 | 12/27/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-OD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.93044583500 REM BAL 9,304,483 VARIABLE RATE | -10,000,000,000.000 | 119.7655 | -4,031.94 | 11,147,604.76 |
| 01/31/07 | 12/27/06 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-10 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL 10,000,000 VARIABLE RATE | -10,000,000.000 | 118.0000 | -66,666.66 | 11,866,666.66 |
| 01/31/07 | 12/27/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.78106674400 REM BAL 4,803,560 | -6,150,000,000.000 | 100.5000 | -32,023.73 | 4,839,601.98 |
| 01/31/07 | 12/27/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-CG 5.500% 10/15/34 B/E DTD 10/01/04 CL8 FACTOR 1.00000000000 REM BAL 4,400,000 | -4,400,000,000.000 | 100.0000 | -20,166.66 | 4,420,166.66 |
| 01/31/07 | 12/27/06 | Sell | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TW INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CL8 FACTOR 0.96661930700 REM BAL 773,456 | -801,000,000.000 | 99.0625 | -2,750.07 | 768,354.99 |
| 01/31/07 | 12/27/06 | Sell | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000000 REM BAL 500,000 | -500,000,000.000 | 60.8125 | 0.00 | 304,062.50 |
| 01/31/07 | 12/29/06 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2B05 CL-2B05-LS INV FLTR 2.190% 08/15/34 B/E DTD 12/01/04 FACTOR 0.164052020200 REM BAL 301,254 VARIABLE RATE | -1,836,333.000 | 97.5937 | -550.00 | 294,555.21 |

**Total Amount of Trades Not Settled**      $34,266,612.76

BOS9647DCS2IO647

DARBAR RATED FOR COMMUNICATION

Account Number: 7ZJ-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Solutions from the Back of New York
Pershing LLC, member NASD, SIPC, NYSE Indorsed LLC of Pershing Investments LLC

One Pershing Plaza, Jersey City, New Jersey 07399

Page 17 of 18

## TERMS AND CONDITIONS

### GENERAL INFORMATION

1. All orders and transactions shall be solely for your account and risk and subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or cleared or of the national or regional regulatory agency which has jurisdiction thereover, and to all applicable federal and state laws and regulations.

2. Whenever you are indebted to us and all your accounts to Pershing and Pershing for any reason, all securities held by us in which you have any interest shall secure all your liabilities to Pershing, and Pershing may at any time, without prior demand or notice to you, use or reduce any or all of your accounts to pledge or private sale or purchase any or all of the securities carried in such accounts to satisfy any such indebtedness.

3. Whenever you are indebted to Pershing for any amount, all property promptly deliverable to you by Pershing, wherever held, will be retained by Pershing and separately or under circumstances that will permit the commingling thereof, with other property of any amount less than, equal to or greater than your liabilities to Pershing, but not under circumstances so that you would be prohibited by any applicable law.

4. Title to securities sold by you, where Pershing has acted as principal, shall pass to Pershing, and the entire purchase price is received or until the settlement date, whichever is later.

5. Any free credit balance carried for your account represents funds payable upon demand which, although properly accounted for on our books of record, are not segregated and may be used in the conduct of this business.

6. Interest charged on debit balances on this statement. The rate of interest and period covered are indicated. The amount of interest is subject to change if money rates or other factors change. If any of the transactions which may appear on the statement, and this statement is prepared for your filings. This is especially true for transactions which may appear on your next periodic statement. Such transactions must be considered by you when computing the value of your account.

7. A financial institution or Pershing is available to give you advice. If given, investors are encouraged to consult with their advice. Do not rely upon any such advice. If given, investors are encouraged to consult their tax advisors as to the appropriate tax treatment of their business.

8. This statement should be retained for your records.

9. (text)

10. (text)

11. The securities shown on this statement were classified as taxable or nontaxable based on certain information known as of the date of this statement.

12. The Securities Investor Protection Corporation (SIPC) provides $500,000 of coverage. Account equity in excess of $500,000 through a commercial insurer. This protection applies to the net equity of customer accounts.

13. Pershing trades for its own account, as a market maker, specialist, odd lot dealer, block positioner, arbitrageur and/or investor.

14. If annually or completely hedged.

15. The statement will be deemed conclusive and an account statement once you advice Pershing in writing of any objection to it within ten days after receipt. Any such objection should be sent to Pershing at One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.

16. ERRORS AND OMISSIONS EXCEPTED.

### THE ROLE OF PERSHING

### PORTFOLIO HOLDINGS

### PAYMENT FOR ORDER FLOW PRACTICES

### ARBITRATION DISCLOSURES

### ARBITRATION

### ARBITRATION AGREEMENT

ANY CONTROVERSY BETWEEN YOU AND US SHALL BE SUBMITTED TO ARBITRATION BEFORE THE NEW YORK STOCK EXCHANGE, INC., ANY OTHER NATIONAL SECURITIES EXCHANGE ON WHICH A TRANSACTION GIVING RISE TO THE CLAIM TOOK PLACE (AND ONLY BEFORE SUCH EXCHANGE), OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

Pershing carries your account as a clearing broker pursuant to a clearing agreement with your financial institution. If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.

Polger EXHIBIT A.



# CROCKER
## SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

CROCKER SECURITIES LLC
--TAXABLE TRADE #2--
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Your Investment Advisor:
DOUGLAS C. GREEN
(561) 750-9370

# Brokerage
## Account Statement

Account Number: 727-891035
Statement Period: 01/01/2007 - 01/31/2007

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$5,928,355.33 |
| Cash Withdrawals | -210,669.00 |
| Dividends/Interest | -71,370.82 |
| Change in Account Value | -67,074.45 |
| Ending Account Value | -$6,277,409.60 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | | | | |
| Cash and Cash Equivalents | 28,399,486.65 | 22,442,506.95 | 100% | Your Account is 100% invested in Fixed Income |
| | -34,327,841.98 | -28,719,916.55 | 0% | |
| Account Total | -$5,928,355.33 | -$6,277,409.60 | 100% | |


EQUAL HAND
FOR COMMUNICATION

B003958:C5F5604:1

Clearing Through **Pershing**

PAR-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Member New York Stock Exchange
Pershing LLC, member SIPC, a subsidiary of The Bank of New York

Page 1 of 17

## Customer Service Information

| Your Investment Advisor: RDG | Contact Information | Customer Service Information |
|---|---|---|
| DOUGLAS C. GREEN<br>601 S. FEDERAL HIGHWAY STE 301<br>BOCA RATON    FL 33432-6008 | Telephone Number: (561) 750-9370<br>Fax Number: (561) 750-9360 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST<br>Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Cash and Cash Equivalents  0.00% of Portfolio | | | | | |
| | Margin Balance | -34,327,841.98 | -28,719,916.55 | | | |
| | **Total Cash and Cash Equivalents** | **-$34,327,841.9** | **-$28,719,916.55** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio**  *(In Maturity Date Sequence)* | | | | | |
| | Asset Backed Securities | | | | | |
| 101,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2549 CL-2549-IB INT ONLY<br>5.500% 04/15/26 B/E DTD 01/01/03 CLB<br>*Security Identifier:* 31383J7K6  Factor: 0.90470951 | 5.2490 | 4,796.31 | 418.80 | | |
| 134,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-24 CL-24-IN INT ONLY<br>5.500% 01/25/27 B/E DTD 03/01/03<br>*Security Identifier:* 31393AD51  Factor: 0.14599765 | 1.6410 | 321.04 | 89.67 | | |
| 91,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2003-97 CL-97AC INT ONLY<br>6.000% 09/25/28 B/E DTD 09/01/03<br>*Security Identifier:* 31393TNJ1  Factor: 0.48169820 | 6.0170 | 2,637.52 | 219.17 | | |
| 137,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2692 CL-2692-SC 0.000% 07/15/33 REG<br>DTD 10/15/03 CLB<br>*Security Identifier:* 31394KD29  Factor: 0.67036296 | 69.0170 | 63,385.02 | 0.00 | | |



**CROCKER SECURITIES LLC**
3999 Oak Road • Suite 330 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 01/01/2007 - 01/31/2007

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** *(continued)* | | | | | |
| | **Asset Backed Securities** *(continued)* | | | | | |
| 500,000.00M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Moody Rating AA1 S & P Rating AAA  Security Identifier: 3205 1DK50   Factor: 1.00000000 | 39.9260 | 199,630.00 | 0.00 | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-4 6-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04  Security Identifier: 31393VU37   Factor: 0.92718458 | 82.5750 | 7,661,184.47 | 0.00 | | |
| 83,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982 YS INV FLTR 2.635% 04/15/34 B/E DTD 06/01/05  Security Identifier: 31395UR94   Factor: 0.2255/534 | 98.6190 | 18,464.19 | 44.30 | | |
| 10,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.270% 08/15/34 B/E DTD 12/01/04  Security Identifier: 31395KCQ4   Factor: 0.16131384 | 98.2750 | 1,585.31 | 3.05 | | |
| 52,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05  Security Identifier: 31390C4S8   Factor: 0.08255359 | 99.1260 | 4,265.22 | 0.00 | | |
| 6,150,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05  Security Identifier: 31394UD3   Factor: 0.75680846 | 98.1910 | 4,570,778.31 | 31,033.21 | | |

B099950/CSP3IC041

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** • BNY Securities Group Co.
PAR-02-CUTSHEET    1 Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, and all principal exchanges in the United States

## Portfolio Holdings (continued)

80099381CSP310041

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | Fixed Income (continued) | | | | | |
| | Asset Backed Securities (continued) | | | | | |
| 18,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2890 C-2890-NY INV FLTR 8.000% 03/15/35 B/E D/D 06/15/05 CLB Security Identifier: 31395V3X5  Factor: 0.65371165 | 99.0220 | 12,364.69 | 83.25 | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3053 C1-3053-WI INV CPNR 8.000% 04/15/35 B/E D/D 10/01/05 Security Identifier: 31396E3E4  Factor: 0.73008019 | 100.0610 | 4,383.15 | 29.20 | | |
| 7,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 5.073% 05/25/35 B/E D/D 11/01/05 Security Identifier: 31394UQ96  Factor: 0.50487490 | 96.8430 | 4,100.45 | 17.90 | | |
| 6,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E D/D 06/16/05 CLB Security Identifier: 38374LGE5  Factor: 0.71214712 | 101.4140 | 4,333.26 | 28.49 | | |
| 7,000.000M | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A26 "INV FLTG" 4.464% 10/25/35 B/E D/D 09/01/05 Moody Rating AAA S & P Rating AAA Security Identifier 12669AKS6  Factor: 0.78538319 | 89.1270 | 4,899.92 | 20.45 | | |
| 12,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E D/D 07/15/06 Security Identifier 31396UEN6  Factor: 0.83902714 | 100.6790 | 10,136.69 | 62.93 | | |
| 58,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E D/D 11/01/05 Security Identifier: 31394UT51  Factor: 0.66092177 | | 37,614.71 | 255.56 | | |

# CROCKER
## SECURITIES LLC
1999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 01/01/2007 - 01/31/2007



DO0995&1CSP31041

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 10,000,000.000# | FNMA GTD REMIC PASS THRU GTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier* 31394UT77  Factor: 1.00000000 | 97.4620 | 9,746,200.00 | 66,666.60 | | |
| 5,000.000# | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2005-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 *Security Identifier* 31394VG20  Factor: 0.71645789 | 94.6660 | 3,387.63 | 23.88 | | |
| 11,000.000# | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 *Security Identifier* 31395DF33  Factor: 0.86598121 | 101.0530 | 9,526.06 | 58.92 | | |
| 100,000.000# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-UO "PRIN ONLY" 0.000% 06/15/36 B/E DTD 06/01/06 *Security Identifier* 31396TF73  Factor: 1.00000000 | 78.5230 | 78,523.00 | 0.00 | | |

| | Description | | Market Value | Accrued Interest | Estimated Annual Income | |
|---|---|---|---|---|---|---|
| **Total Asset Backed Securities** | | | $22,442,506.95 | $99,055.38 | $0.00 | |
| **Total Fixed Income** | | | $22,442,506.95 | $99,055.38 | $0.00 | |
| **Total Portfolio Holdings** | | | -$6,277,409.60 | $99,055.38 | $0.00 | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

## Portfolio Holdings (continued)

### Disclosures and Other Information

M This symbol next to the quantity indicates a position in your margin account

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

**Foreign Currency Transactions** - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization oth erwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by appl icable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted to a credit (such as depositories) will be billed at the rates such agents use.

**Proxy Vote** - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. T he Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

## Transactions in Date Sequence

| Process/ Date | Trade/ Settlement Date | Transaction | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/11/07 | 12/11/06 | | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 REG DTD 01/01/06 FACTOR 1.000000000 REM BAL 17,000,000.00 | 17,000,000.000 | 99.2187 | -25,972.22 | -16,893,159.72 |
| 01/11/07 | 12/11/06 | | CORRECTED PURCHASE | CORRECTED CONFIRM FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 DTD 01/01/06 FACTOR 1.000000000 REM BAL 27000000.00 | 17,000,000.000 | 99.2187 | -41,250.00 | 16,830,312.50 |
| 01/11/07 | 12/11/06 | SOLD | | CORRECTED CONFIRM FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 REG DTD 01/01/06 FACTOR 1.000000000 REM BAL 17,000,000 | -17,000,000.000 | 99.3593 | 25,972.22 | 16,917,665.97 |



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 130 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

Statement Period: 01/01/2007 - 01/31/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/11/07 | 12/11/06 | SOLD | FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 REG DTD 01/07/06 FACTOR 1.000000000 REM BAL 27,000,000 | -27,000,000.000 | 99.3671 | 41,250.00 | 26,870,590.63 |
| 01/12/07 | 01/10/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-45 CL-4E-SW 6.719% 06/25/36 B/E DTD 06/25/06 FACTOR 0.7087360600 REM BAL 2,104,946 | 2,970,000,000 | 98.2500 | -6,461.02 | -2,074,570.62 |
| 01/12/07 | 01/10/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-45 CL-4E-SW 6.719% 06/25/36 B/E DTD 06/25/06 FACTOR 0.7087360600 REM BAL 425,241 | -600,000,000 | 98.2500 | 1,305.26 | 419,105.18 |
| 01/16/07 | 01/10/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-45 CL-4E-SW 6.719% 06/25/36 B/E DTD 05/25/06 FACTOR 0.7087360600 REM BAL 1,679,704 | -2,370,000,000 | 98.6250 | 6,368.88 | 1,662,577.45 |
| 01/16/07 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB RD 12/29 PD 01/15/07 | | | | 439.78 |
| 01/16/07 | | BOND INTEREST RECEIVED | 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2897 CL-2897-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB RD 12/29 PD 07/15/07 | | | | 197.97 |
| 01/16/07 | | BOND INTEREST RECEIVED | 1846333 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.190% 08/15/34 B/E DTD 12/01/04 RD 12/29 PD 01/15/07 | | | | 553.00 |
| 01/16/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.190% 08/15/34 B/E DTD 12/01/04 RD 12/29 PD 01/15/07 | | | | 5,055.59 |
| 01/16/07 | | BOND INTEREST RECEIVED | 83000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 2.252% 04/15/34 B/E DTD 05/01/05 RD 12/29 PD 01/15/07 | | | | 45.80 |

8009959ICSF30041

# Transactions in Date Sequence (continued)

| Process/ Trade Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/16/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 2.752% 04/15/34 B/E DTD 05/01/05 RD 12/29 PD 01/15/07 | | | | 1,246.57 |
| 01/16/07 | | BOND INTEREST RECEIVED | 18000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-AY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 12/29 PD 01/15/07 | | | | 84.22 |
| 01/16/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-AY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 12/29 PD 01/15/07 | | | | 146.25 |
| 01/16/07 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/00/05 RD 12/29 PD 01/15/07 | | | | 30.14 |
| 01/16/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 12/29 PD 01/15/07 | | | | 140.55 |
| 01/16/07 | | BOND INTEREST RECEIVED | 12000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 12/29 PD 01/15/07 | | | | 67.21 |
| 01/16/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 12/29 PD 01/15/07 | | | | 685.42 |
| 01/16/07 | | BOND INTEREST RECEIVED | 801000 FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/06 B/E DTD 10/15/06 B/E | | | | 5,156.38 |
| 01/16/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB RD 12/29 PD 01/15/07 | | | | 22,297.49 |
| 01/16/07 | | BOND INTEREST RECEIVED | 6000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 12/29 PD 01/16/07 | | | | 29.01 |
| 01/16/07 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 12/29 PD 01/16/07 | | | | 78.68 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A DBT Securities Group Co.
Services from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
www.pershing.com and www.BNYSecuritiesGroup.com · Members of Pershing Investments LLC

Page 8 of 17



# CROCKER SECURITIES LLC

3999 Oak Road • Suite 350 • Walnut Creek, CA 94597
925.941.1540


DALBAR RATED
FOR COMMUNICATION

# Brokerage
# Account Statement

**Statement Period: 01/01/2007 - 01/31/2007**

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/17/07 | | INTEREST ON FREE CREDIT BALANCES | INT ON INTEREST FOR FHLMC MULTICLASS MTG 01/15/07 TO 01/16/07 @ 2.150% ON BALANCE OF: $20,166.67 | | | | 2.38 |
| 01/17/07 | | BOND INTEREST RECEIVED | 440000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2874 CL-2874-GG 5.500% 10/15/24 B/E DTD 10/01/04 CLB RD 12/29 PD 01/15/07 | | | | 20,166.67 |
| 01/22/07 | 01/19/07 | INT CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 31 DEBIT DAYS AV BAL 3664341&.04 AVG RATE 7.500 TRANSFERRED TO 727891043 | | | | -723,738.65 |
| 01/22/07 | | CONSOLIDATED FIRM BALANCES | 12-20-06 TO 01-19-07 | | | | -210,693.00 |
| 01/25/07 | | BOND INTEREST RECEIVED | 7000 CWMBS INC | | | | 20.52 |
| 01/25/07 | | RETURN OF PRINCIPAL RECEIVED | MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG " 4.414% 10/25/35 B/E DTD 09/01/05 RD 12/29 PD 01/25/07 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG " 4.414% 10/25/35 B/E DTD 09/01/05 RD 12/29 PD 01/25/07 | | | | 76.50 |
| 01/25/07 | | BOND INTEREST RECEIVED | 134000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E | | | | 110.35 |
| 01/25/07 | | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 12/29 PD 01/25/07 | | | | 230.93 |
| 01/25/07 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 12/29 PD 01/25/07 | | | | 20,159.71 |
| 01/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 12/29 PD 01/25/07 | | | | 26,633.80 |

8003953XCSPP10541

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC, a subsidiary of The Bank of New York Mellon Corporation

A BNY Mellon Group Co.
Member New York Stock Exchange, Inc.

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/25/07 | | BOND INTEREST RECEIVED | 52000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 12/29 PD 01/25/07 | | | | 17.27 |
| 01/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 12/29 PD 01/25/07 | | | | 731.29 |
| 01/25/07 | | BOND INTEREST RECEIVED | 7000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 5.031% 05/25/35 B/E DTD 11/01/05 RD 12/29 PD 01/25/07 | | | | 18.46 |
| 01/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 5.031% 05/25/35 B/E DTD 11/01/05 RD 12/29 PD 01/25/07 | | | | 168.08 |
| 01/25/07 | | BOND INTEREST RECEIVED | 98000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 12/29 PD 01/25/07 | | | | 262.54 |
| 01/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 12/29 PD 01/25/07 | | | | 1,047.33 |
| 01/25/07 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-IP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 12/29 PD 01/25/07 | | | | 66,666.67 |
| 01/25/07 | | BOND INTEREST RECEIVED | 5000 FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 12/29 PD 01/25/07 | | | | 24.41 |
| 01/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 12/29 PD 01/25/07 | | | | 79.78 |
| 01/25/07 | | BOND INTEREST RECEIVED | 6150000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CS 8.000% 01/25/35 B/E DTD 12/01/05 RD 12/29 PD 01/25/07 | | | | 32,023.74 |
| 01/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CS 8.000% 01/25/35 B/E DTD 12/01/05 RD 12/29 PD 01/25/07 | | | | 148,573.42 |

CROCKER SECURITIES LLC
2999 Oak Road • Suite 210 • Walnut Creek, CA 94597
925-941-5540



# Brokerage Account Statement

Statement Period: 01/01/2007 - 01/31/2007

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/25/07 | 01/25/07 | BOND INTEREST RECEIVED | 11000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 RD 12/29 PD 01/25/07 | | | | 60.67 |
| 01/26/07 | 01/25/07 | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 RD 12/29 PD 01/25/07 | | | | 280.57 |
| 01/26/07 | 01/26/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3000 CL-3000-SR INV FLTR 2.4336 03/15/35 B/E DTD 07/15/05 CLB FACTOR 0.79663240200 REM BAL 4,608,977 | 5,785,576.000 | 90.0000 | -3,426.86 | -4,151,506.53 |
| 01/26/07 | 01/26/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3000 CL-3000-SR INV FLTR 2.4336 03/15/35 B/E DTD 07/15/05 CLB FACTOR 0.79663240200 REM BAL 4,608,977 | -5,785,576.000 | 80.7500 | 3,426.86 | 4,139,194.09 |
| 01/30/07 | 01/26/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 0.000% 07/15/36 B/E DTD 07/15/06 CLB FACTOR 0.85743040400 REM BAL 4,501,528 | 5,250,000.000 | 84.0000 | -5,364.32 | -3,786,648.44 |
| 01/30/07 | 01/26/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 0.000% 07/15/36 B/E DTD 07/15/06 CLB FACTOR 0.85743040400 REM BAL 4,501,528 | -5,250,000.000 | 86.7500 | 5,364.32 | 3,910,440.48 |
| 01/30/07 | 01/30/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.92778459800 REM BAL 927,849.80 | 4,000,000.000 | 97.0000 | -25,777.78 | -3,905,777.78 |
| 01/31/07 | 12/27/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/26/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL 10,000,000.00 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 119.7656 | 4,205.96 | 11,115,880.76 |
| 01/31/07 | 12/27/06 | CORRECTED SELL | VARIABLE RATE CORRECTED CONFIRM FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/26/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL 10,000,000.00 | -10,000,000.000 | 118.0000 | 66,666.66 | 11,866,666.66 |



DALBAR RATED FOR COMMUNICATION

Account Number: 772-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
One Pershing Plaza, Jersey City, New Jersey 07399
Member firm The Bank of New York

A BNY Securities Group Co.
Subsidiary of Pershing Investments LLC

PAR-02-CUTSHEET

B009959LVC8P30042

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/07 | 12/27/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .75699046000000 REM BAL 465498703 CORRECTED CONFIRM | -6,160,000.000 | 100.5000 | 31,033.25 | 4,709,285.27 |
| 01/31/07 | 12/27/06 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.00000000 REM BAL 4,400.000 | -4,400,000.000 | 100.0000 | 20,166.66 | 4,420,166.66 |
| 01/31/07 | 12/27/06 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500000.00 CORRECTED CONFIRM | -500,000.000 | 60.8125 | | 304,062.50 |
| 01/31/07 | 12/29/06 | CORRECTED SELL | FHLMC MULTICLASS MTG PASSTHRU CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.270% 08/15/34 B/E DTD 12/01/04 FACTOR .16313846000 REM BAL 296225.93 VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 97.5937 | 560.55 | 289,658.55 |
| 01/31/07 | 12/29/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2001-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR .92778496000000 REM BAL .9277849.80 | -10,000,000.000 | 119.9812 | -4,205.96 | -11,117,330.42 |
| 01/31/07 | 01/22/07 | CORRECTED PURCHASE | VARIABLE RATE CORRECTED CONFIRM FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL 10000000.00 | 10,000,000.000 | 118.0312 | -66,666.66 | -11,869,791.66 |
| 01/31/07 | 01/22/07 | CORRECTED PURCHASE | VARIABLE RATE CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.75699046000 REM BAL 4,654.987 | 6,150,000.000 | 100.5312 | -31,033.25 | -4,710,749.90 |
| 01/31/07 | 01/30/07 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.000% 08/15/35 REG DTD 01/01/07 CLB FACTOR 1.00000000 REM BAL 2,600,000 VARIABLE RATE | -2,600,000.000 | 98.4687 | 17,333.33 | 2,577,520.83 |
| 01/31/07 | 01/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.000% 08/15/35 REG REM BAL 360.000 VARIABLE RATE DTD 01/01/07 CLB FACTOR 1.00000000 | -360,000.000 | 97.2500 | 2,400.00 | 352,500.00 |
| 01/31/07 | 01/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.000% 08/15/35 REG DTD 01/01/07 CLB FACTOR 1.00000000 REM BAL 230.000 VARIABLE RATE | -230,000.000 | 98.0000 | 1,533.33 | 226,933.33 |

8009954CSP316011



**CROCKER SECURITIES LLC**
1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540


DALBAR RATED FOR COMMUNICATION

# Brokerage Account Statement

## Statement Period: 01/01/2007 - 01/31/2007

## Transactions in Date Sequence *(continued)*

| Process/ Trade/ Settlement Date | Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/07 | 01/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.0000% 08/15/35 REG DTD 01/01/07 CLB FACTOR 1.000000000 REM BAL 513,000 VARIABLE RATE | -513,000.000 | 98.5000 | 3,420.00 | 508,725.00 |
| 01/31/07 | 01/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.0000% 08/15/35 REG DTD 01/01/07 CLB SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 600.00 | -6,000.000 | 100.0000 | 40.00 | 6,040.00 |
| 01/31/07 | 01/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.0000% 08/15/35 REG DTD 01/01/07 CLB SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 300.00 | -3,000.000 | 100.0000 | 20.00 | 3,020.00 |
| 01/31/07 | 01/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.0000% 08/19/35 REG DTD 01/01/07 CLB SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 21000.00 | -21,000.000 | 100.0000 | 140.00 | 21,140.00 |
| 01/31/07 | 01/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.000% 08/15/35 REG DTD 01/01/07 CLB SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 14000.00 | -14,000.000 | 100.0000 | 93.33 | 14,093.33 |
| 01/31/07 | 01/30/2007 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.000% 08/15/35 REG DTD 01/01/07 CLB SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 72000.00 | -72,000.000 | 100.0000 | 480.00 | 72,480.00 |
| 01/31/07 | 01/30/2007 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.000% 08/15/35 REG DTD 01/01/07 CLB SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 3000.00 | -3,000.000 | 100.0000 | 20.00 | 3,020.00 |

Clearing Through **Pershing**     Page 13 of 17
PAP-02-CUTSHEET

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/31/07 | 07/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3265 CL 3265 AG 0.000% 08/15/35 REG<br>DTD 01/01/07 CLB SOLICITED ORDER<br>VARIABLE RATE FACTOR 1.00000000<br>REM BAL 2000.00 | -2,000.000 | 100.0000 | 13.33 | 2,013.33 |
| 07/31/07 | 07/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3265 CL 3265 AG 0.000% 08/15/35 REG<br>DTD 01/01/07 CLB SOLICITED ORDER<br>VARIABLE RATE FACTOR 1.00000000<br>REM BAL 50000.00 | -50,000.000 | 100.0000 | 333.33 | 50,333.33 |
| 07/31/07 | 07/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3265 CL 3265 AG 0.000% 08/15/35 REG<br>DTD 01/01/07 CLB SOLICITED ORDER<br>VARIABLE RATE FACTOR 1.00000000<br>REM BAL 9000.00 | -9,000.000 | 100.0000 | 60.00 | 9,060.00 |
| 07/31/07 | 07/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3265 CL 3265 AG 0.000% 08/15/35 REG<br>DTD 01/01/07 CLB SOLICITED ORDER<br>VARIABLE RATE FACTOR 1.00000000<br>REM BAL 3000.00 | -3,000.000 | 100.0000 | 20.00 | 3,020.00 |
| 07/31/07 | 07/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3265 CL 3265 AG 0.000% 08/15/35 REG<br>DTD 01/01/07 CLB SOLICITED ORDER<br>VARIABLE RATE FACTOR 1.00000000<br>REM BAL 6000.00 | -6,000.000 | 100.0000 | 40.00 | 6,040.00 |
| 07/31/07 | 07/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3265 CL 3265 AG 0.000% 08/15/35 REG<br>DTD 01/01/07 CLB SOLICITED ORDER<br>VARIABLE RATE FACTOR 1.00000000<br>REM BAL 9000.00 | -9,000.000 | 100.0000 | 60.00 | 9,060.00 |
| 07/31/07 | 07/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3265 CL 3265 AG 0.000% 08/15/35 REG<br>DTD 01/01/07 CLB SOLICITED ORDER<br>VARIABLE RATE FACTOR 1.00000000<br>REM BAL 15000.00 | -15,000.000 | 100.0000 | 100.00 | 15,100.00 |
| 07/31/07 | 07/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3265 CL 3265 AG 0.000% 08/15/35 REG<br>DTD 01/01/07 CLB SOLICITED ORDER<br>VARIABLE RATE FACTOR 1.00000000<br>REM BAL 14000.00 | -14,000.000 | 93.33 | | 14,093.33 |

ROG995R1CSP31O41

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** · 4 Mt Sequaia Grove Dr.<br>Secaucus/Jersey City · New Jersey 07399<br>Pershing Lombard Ltd 1992 Mt. Sherock of Pershing companies LLC



# CROCKER SECURITIES LLC

3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

DALIAN RATED
FOR COMMUNICATIONS

Account Number: 727-891035
CROCKER SECURITIES LLC

## Brokerage Account Statement

Statement Period: 01/01/2007 - 01/31/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/07 | 01/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.000% 08/15/35 REG DTD 01/01/07 CLB SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 27000.00 | 27,000.000 | 100.0000 | 180.00 | 27,180.00 |
| 01/31/07 | 01/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.000% 08/15/35 REG DTD 01/01/07 CLB SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 30000.00 | 30,000.000 | 100.0000 | 200.00 | 30,200.00 |
| 01/31/07 | 01/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.000% 08/15/35 REG DTD 01/01/07 CLB SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 7000.00 | 7,000.000 | 100.0000 | 46.67 | 7,046.67 |
| 01/31/07 | 01/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.000% 08/15/35 REG DTD 01/01/07 CLB SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 200.00 | -2,000.000 | 100.0000 | 13.33 | 2,013.33 |
| 01/31/07 | 01/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.000% 08/15/35 REG DTD 01/01/07 CLB SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 200.00 | -2,000.000 | 100.0000 | 13.33 | 2,013.33 |
| 01/31/07 | 01/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.000% 08/15/35 REG DTD 01/01/07 CLB SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 200.00 | -2,000.000 | 100.0000 | 13.33 | 2,013.33 |
| 01/31/07 | 01/30/2007 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 B MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 500.000 | 500,000.000 | 60.8437 | | -304,218.75 |

Clearing Through **Pershing** A BNY Securities Group Co
Member NYSE, other SROs

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member SIPC, NYSE, SIA is a subsidiary of Pershing Investments LLC

Page 15 of 17

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/31/07 | 07/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB FACTOR .0937776010100 REM BAL  376,048 | -401,000.000 | 98.4375 | 1,337.06 | 371,509.49 |
| 01/31/07 | 01/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB FACTOR .0937776010100 REM BAL  375,110 | -400,000.000 | 98.5000 | 1,333.73 | 370,817.48 |

Total Value of all Transactions $5,507,925.43

The price and quantity displayed may have been rounded.

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 02/12/07 | 01/10/07 | Buy | FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/36 REG DTD 02/01/06 FACTOR 1.000000000 REM BAL 17,000,000 | 17,000,000.000 | 97.5687 | 28,569.44 | -16,683,256.94 |
| 02/12/07 | 01/10/07 | Buy | FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/36 REG DTD 02/01/06 FACTOR 1.000000000 REM BAL 27,000,000 | 27,000,000.000 | 97.5687 | 45,375.00 | -26,496,937.50 |
| 02/12/07 | 01/10/07 | Sell | FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/36 REG DTD 02/01/06 FACTOR 1.000000000 REM BAL 17,000,000 | -17,000,000.000 | 99.2031 | -28,659.44 | 16,893,100.69 |
| 02/12/07 | 01/10/07 | Sell | FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/36 REG DTD 02/01/05 FACTOR 1.000000000 REM BAL 17,000,000 | -27,000,000.000 | 99.1992 | -45,375.00 | 26,829,164.05 |
| 02/28/07 | 01/22/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR .5273849800000 REM BAL 9277849.80 VARIABLE RATE | -10,000,000.000 | 119.7812 | -2,702.98 | 11,115,227.44 |
| 02/28/07 | 01/22/07 | Sell | FNMA GTD REMIC SER 2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10000000.00 VARIABLE RATE | -10,000,000.000 | 119.0312 | -60,000.00 | 11,963,125.00 |

B00999 3CSP30/141



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925 941 1540

# Brokerage
## Account Statement

Statement Period: 01/01/2007 - 01/31/2007

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 02/28/07 | 01/30/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-114 CL CDS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.75690046600 REM BAL 4,654.987 | -6,150,000.000 | 100.5312 | -21,923.92 | 4,707,546.57 |
| 02/28/07 | 01/30/07 | Sell | FRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A2 0.000% 10/25/33 B/E DTD 09/01/03 FACTOR 1.00000000000 REM BAL 500,000 | -500,000.000 | 60.8750 | 0.00 | 304,375.00 |

**Total Amount of Trades Not Settled** | | | | | | | $28,632,444.31

Clearing Through **Pershing** A JPMorganChase & Co.
PAR-02-CUTSHEET Solutions from the Bank of New York

OMBAR BLRED
FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

One Pershing Plaza, Jersey City, New Jersey 07399
Member I, member FDIC, NYSE, SIPC, schedule(s) of Pershing Securities LLC

8G09995B1CSF30941

Doc Break



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



CROCKER SECURITIES LLC
- -TAXABLE TRADE #2- -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597 - 7782

Illl..l..l.l.ll.l.l..l..lll..l.l..ll..l.l.lll.l.ll

**Your Investment Advisor:**
DOUGLAS C. GREEN
(561) 750-9370

## Brokerage
### Account Statement

Account Number: TZ7-891035
Statement Period: 02/01/2007 - 02/28/2007

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$6,277,409.60 |
| Cash Withdrawals | -177,241.00 |
| Dividends/Interest | -96,845.46 |
| Change in Account Value | 1,157,265.94 |
| Ending Account Value | -$5,394,230.12 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| **Fixed Income** | | | | |
| Cash and Cash Equivalents | 22,442,606.95 | 27,923,132.36 | 100% | Your Account is 100% Invested in Fixed Income |
| | -28,719,916.55 | -33,317,362.48 | 0% | |
| **Account Total** | -$6,277,409.60 | -$5,394,230.12 | 100% | |

OLDER RATED *
FDIC COMMUNICATION

S00569925CBF10033

Clearing Through **Pershing**
PAR-02-CUTSHEET

A BNY Securities Group Co.,
Member The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC is a subsidiary of Pershing Investments LLC

Page 1 of 18

## Customer Service Information

| Your Investment Advisor: RDG | Contact Information | Customer Service Information |
|---|---|---|
| DOUGLAS C. GREEN | Telephone Number: (561) 750-9370 | Service Hours: Weekdays 0800 a.m. - 0600 p.m. PST |
| 601 S. FEDERAL HIGHWAY STE 301 | Fax Number: (561) 750-9360 | Customer Service Telephone Number: (800) 941-2895 |
| BOCA RATON        FL 33432-6008 | | |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Income This Year | 30-day Yield |
|---|---|---|---|---|---|
| | **Cash and Cash Equivalents  0.00% of Portfolio** | | | | |
| | Cash Balance | 0.00 | -77,768.57 | | |
| | Margin Balance | -28,719,916.55 | -31,239,593.91 | | |
| | **Total Cash and Cash Equivalents** | **-$28,719,916.5** | **-$33,317,362.48** | **$0.00** | **$0.00** |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | |
| | **Asset Backed Securities** | | | | | |
| 101,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 8/E DTD 01/01/03 CLB *Security Identifier* 31393I7K8  Factor: 0.87838823 | 5.1460 | 4,565.39 | 365.96 | | |
| 134,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 *Security Identifier* 31393AD61  Factor: 0.11620572 | 1.1370 | 177.05 | 64.23 | | |
| 91,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/26 8/E DTD 09/01/03 *Security Identifier* 31393TNJ1  Factor: 0.46328028 | 5.1060 | 2,153.08 | 188.75 | | |
| 137,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB *Security Identifier* 31394KZD9  Factor: 0.67036296 | 75.6460 | 69,473.08 | 0.00 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Subsidiary from The Bank of New York

Page 2 of 18

B009869322CSF010033

CROCKER SECURITIES LLC
1999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1560

# Brokerage Account Statement

Statement Period: 02/01/2007 - 02/28/2007

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 500,000.00# | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A2 0.000% 10/25/33 B/E DTD 08/01/03 Moody Rating AAA S & P Rating AAA *Security Identifier* 32061DK60  Factor: 1.00000000 | 45.4840 | 227,420.00 | 0.00 | | |
| 10,000,000.00# | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 *Security Identifier* 31393VL37  Factor: 0.92602382 | 90.5900 | 8,379,790.79 | 0.00 | | |
| 83,000.00# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 2.880% 04/15/34 B/E DTD 05/01/05 *Security Identifier* 31395UR94  Factor: 0.21450849 | 98.6970 | 17,572.22 | 38.19 | | |
| 1,846,333.00# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.280% 08/15/34 B/E DTD 12/01/04 *Security Identifier* 31395KCQ4  Factor: 0.15311711 | 97.9920 | 277,028.45 | 485.49 | | |
| 4,400,000.00# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB *Security Identifier* 31395H2Q2  Factor: 1.00000000 | 96.1560 | 4,230,864.00 | 18,150.00 | | |
| 52,000.00# | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 *Security Identifier* 31394C4S8  Factor: 0.05986184 | 99.0970 | 2,878.59 | 0.00 | | |

## Portfolio Holdings *(continued)*

B009899205F30033

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 6,150,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-T14 CL-C5 8.000% 01/25/35 B/E DTD 12/01/05 Security Identifier: 31394UD3   Factor: 0.71114128 | 100.3880 | 4,390,488.13 | 26,241.07 | | |
| 18,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-Z990A VI INV FLTR 8.000% 03/15/35 B/E DTD 06/15/06 CLB Security Identifier: 31395V3X5   Factor: 0.69003410 | 101.1610 | 12,570.28 | 74.56 | | |
| 6,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 Security Identifier: 31396E3E4   Factor: 0.71710656 | 101.0470 | 4,347.69 | 25.82 | | |
| 7,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 5.084% 05/25/35 B/E DTD 11/01/05 Security Identifier: 31394UD26   Factor: 0.59019732 | 97.6610 | 4,034.07 | 15.75 | | |
| 6,000.00M | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB Security Identifier: 38374LGE5   Factor: 0.69959046 | 103.4700 | 4,343.20 | 25.19 | | |
| 7,000.00M | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/01/05 Moody Rating AAA S & P Rating AAA Security Identifier: 12669HKS6   Factor: 0.76001144 | 93.2340 | 4,999.28 | 17.95 | | |
| 12,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 Security Identifier: 31396UEN6   Factor: 0.78682146 | 100.7620 | 9,513.80 | 53.11 | | |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, NationalFutures/Pershing Investments LLC.

CROCKER
SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1640

DBRS RATED
FOR COMMUNICATION

# Brokerage
## Account Statement

Statement Period: 02/01/2007 - 02/28/2007

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 58,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 | 99.6420 | 37,333.03 | 224.80 | | |
| | *Security Identifier 31394U1S1  Factor: 0.64598857* | | | | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 | 99.5260 | 9,952,600.00 | 60,000.00 | | |
| | *Security Identifier 31394U1T7  Factor: 1.00000000* | | | | | |
| 5,000.00M | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LI 8.000% 12/25/35 B/E DTD 01/01/06 | 98.6030 | 3,494.42 | 21.26 | | |
| | *Security Identifier 31394VG20  Factor: 0.70878643* | | | | | |
| 11,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006.39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 | 99.6850 | 9,384.52 | 52.95 | | |
| | *Security Identifier 31395DF3  Factor: 0.85583396* | | | | | |
| 100,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-UO "PRIN ONLY" 0.000% 06/15/36 B/E DTD 06/01/06 | 87.3890 | 87,389.00 | 0.00 | | |
| | *Security Identifier 31396FF73  Factor: 1.00000000* | | | | | |

Account Number: 7JJ-691035
CROCKER SECURITIES LLC

Clearing Through Pershing A BNY Securities Group Co., Jersey City, New Jersey 07399
Solutions from the Bank of New York
PAR-02-CUTSHEET

BD09699325X9P51HX33

# Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| Asset Backed Securities *(continued)* | | | | | | |
| 250,000.000■ | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.860% 07/15/36 B/E D1D 07/15/06 CLB *Security Identifier* 31396UJ6 *Factor:* 0.84761800 | 90.6410 | $27,923,132.36 | $106,497.40 | $0.00 | |
| **Total Asset Backed Securities** | | | **$27,923,132.36** | **$106,497.40** | **$0.00** | |
| **Total Fixed Income** | | | **$27,923,132.36** | **$106,497.40** | **$0.00** | |

| Description | | Market Price | Market Value | Accrued Interest | Estimated Annual Income | |
|---|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | 190,712.29 | -$5,394,230.12 | 451.32 $106,497.40 | $0.00 | |

■ This symbol next to the quantity indicates a position in your margin account.

## Disclosures and Other Information

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Foreign Currency Transactions - Pershing may execute foreign currency transactions as principal for your account. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

Proxy Vote - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

Account Number: 717-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Solutions from the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, a subsidiary of Pershing Investments LLC

Page 6 of 18

# CROCKER SECURITIES LLC

3399 Oak Road • Suite 200 • Walnut Creek, CA 94597
925-941-5640



A MEMBER
FOR COMMUNICATION

## Brokerage Account Statement

Statement Period: 02/01/2007 - 02/28/2007

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/01/07 | 01/26/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.86% 07/15/36 B/E DTD 07/15/06 CLB QTY COBR BKR 309 FACTOR .85743404 REM BAL 4287170.20 CORRECTED CONFIRM | -5,000,000.000 | 86.7500 | 5,108.88 | 3,724,229.03 |
| 02/02/07 | 01/26/07 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 0.000% 07/15/36 B/E DTD 07/15/06 CLB FACTOR 0.85743404000 REM BAL 4,501,528 CANCELLED TRADE | 86.7500 | 86.7500 | -5,364.32 | -3,910,440.48 |
| 02/02/07 | 02/02/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.00000000 REM BAL 4,400.000 | 4,400,000.000 | 100.0000 | -672.22 | -4,400,672.22 |
| 02/05/07 | 02/05/07 | CONSOLIDATED FIRM BALANCES | TRANSFERRED TO 727B910431 | | | -177,241.00 | |
| 02/05/07 | 02/05/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.270% 08/15/34 B/E DTD 12/01/04 FACTOR 0.16131319400 REM BAL 296,225 | 1,836.333.000 | 97.6250 | -289,265.93 | -289,265.93 |
| 02/09/07 | 02/05/07 | CORRECTED PURCHASE | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.270% 08/15/34 B/E DTD 12/01/04 FCTR.1613319400 REM BAL 28'1174.00 FACTOR .1513171 REM BAL CORRECTED CONFIRM | 1,836.333.000 | 97.6250 | -71.54 | -274,557.56 |
| 02/09/07 | 02/05/07 | CANCELLED PURCHASE | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.270% 08/15/34 B/E DTD 12/01/04 FACTOR 0.16131319400 REM BAL 296,225 | -1,836,333.000 | 97.6250 | 75.37 | 289,265.93 |
| 02/12/07 | 01/10/07 | SOLD | VARIABLE RATE CANCELLED TRADE FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/36 REG DTD 02/01/06 FACTOR 1.000000000 REM BAL 17,000.000 | -17,000,000.000 | 99.2031 | 28,569.44 | 16,893,100.69 |
| 02/12/07 | 01/10/07 | SOLD | FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/36 REG DTD 02/01/06 FACTOR 1.000000000 REM BAL 27,000,000 | -27,000,000.000 | 99.1992 | 45,375.00 | 26,829,164.05 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through: Pershing
A BNY Securities Group Co.
Subsidiary from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC (Subsidiary of Pershing Investments LLC

8036469392CSF30033

PM1-08-OUTSHEET

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/12/07 | 01/10/07 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/36 REG DTD 02/01/07 CORRECTED CONFIRM | 17,000,000.000 | 98.8125 | -28,569.44 | -16,826,694.44 |
| 02/12/07 | 01/10/07 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/36 REG DTD 02/01/07 CORRECTED CONFIRM | 27,000,000.000 | 97.9687 | -45,375.00 | -26,750,062.50 |
| 02/15/07 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB RD 01/31 PD 02/15/07 | | | | 418.81 |
| 02/15/07 | | BOND INTEREST RECEIVED | 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB RD 01/31 PD 02/15/07 | | | | 202.56 |
| 02/15/07 | | BOND INTEREST RECEIVED | 10000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2805 CL-2905-LS INV FLTR 2.270% 08/15/34 B/E DTD 12/01/04 RD 01/31 PD 02/15/07 | | | | 3.05 |
| 02/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.270% 08/15/34 B/E DTD 12/01/04 RD 01/31 PD 02/15/07 | | | | 81.97 |
| 02/15/07 | | BOND INTEREST RECEIVED | 83000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 2.939% 04/15/34 B/E DTD 06/01/05 RD 01/31 PD 02/15/07 | | | | 44.30 |
| 02/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 2.939% 04/15/34 B/E DTD 06/01/05 RD 01/31 PD 02/15/07 | | | | 918.55 |
| 02/15/07 | | BOND INTEREST RECEIVED | 18000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-NY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 01/31 PD 02/15/07 | | | | 83.26 |
| 02/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-NY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 01/31 PD 02/15/07 | | | | 60.80 |
| 02/15/07 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 01/31 PD 02/15/07 | | | | 29.20 |

8009695ZCSF0053

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC

**CROCKER SECURITIES LLC**
2359 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage Account Statement**

## Transactions in Date Sequence *(continued)*

Statement Period: 02/01/2007 - 02/28/2007

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053 WT INV CPNB 8.000% 04/15/35 B/E DTD 10/01/05 RD 01/31 PD 02/15/07 | | | | 77.84 |
| 02/15/07 | | BOND INTEREST RECEIVED | 12000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 1D INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 01/31 PD 02/15/07 | | | | 62.93 |
| 02/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 1D INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 01/31 PD 02/15/07 | | | | 626.47 |
| 02/15/07 | | BOND INTEREST RECEIVED | 250000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186-5E INV FLTR 2.860% 07/15/36 B/E DTD 07/15/06 CLB RD 01/31 PD 02/15/07 | | | | 510.89 |
| 02/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-5E INV FLTR 2.860% 07/15/36 B/E DTD 07/15/06 CLB RD 01/31 PD 02/15/07 | | | | 3,954.51 |
| 02/16/07 | | BOND INTEREST RECEIVED | 6000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 01/31 PD 02/16/07 | | | | 28.49 |
| 02/16/07 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 01/31 PD 02/16/07 | | | | 75.30 |
| 02/20/07 | 02/19/07 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 31 DEBIT DAYS AV BAL  337,020.24,66 AVG RATE  7.500 01-20-07 TO 02-19-07 | | | | -217,658.91 |
| 02/22/07 | 12/27/06 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 VARIABLE RATE FACTOR .92502382 REM BAL  9250238.20 CORRECTED CONFIRM | -10,000,000.000 | 119.7600 | 4,205.96 | 11,114,431.10 |

B0098991XCSFXJ0033

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Member of the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member SIPC, member NASD, NYSE, SEC. Subsidiary of Pershing Investments LLC

# Transactions in Date Sequence (continued)

B009569925SF30033

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/27/07 | 12/27/06 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR .9277849800.00 REM BAL .927784980 VARIABLE RATE CANCELLED TRADE | 10,000,000.000 | 119.7656 | -4,205.95 | -11,115,880.76 |
| 02/26/07 | | BOND INTEREST RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E 0.000% 09/01/05 RD 01/31 PD 02/25/07 | | | | 20.42 |
| 02/26/07 | | RETURN OF PRINCIPAL RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/07/05 RD 01/31 PD 02/25/07 | | | | 135.60 |
| 02/26/07 | | BOND INTEREST RECEIVED | 134000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 RD 01/31 PD 02/25/0/ | | | | 89.67 |
| 02/26/07 | | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 01/31 PD 02/25/07 | | | | 219.17 |
| 02/26/07 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 01/31 PD 02/25/07 | | | | 21,020.79 |
| 02/26/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 01/31 PD 02/25/07 | | | | 27,611.60 |
| 02/26/07 | | BOND INTEREST RECEIVED | 52000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 01/31 PD 02/25/07 | | | | 14.75 |
| 02/26/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E RD 01/31 PD 02/25/07 | | | | 1,387.97 |
| 02/26/07 | | BOND INTEREST RECEIVED | 7000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-XS "INV FLTG" 5.073% 05/25/35 B/E DTD 11/01/05 RD 01/31 PD 02/26/07 | | | | 17.90 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co. Subsidiary From The Bank of New York. Pershing LLC, member SIPC, NYSE. One Pershing Plaza, Jersey City, New Jersey 07399

Page 10 of 18



# Brokerage
## Account Statement

Statement Period: 02/01/2007 - 02/28/2007

CROCKER
SECURITIES LLC
2999 Oak Road • Suite 231 • Walnut Creek, CA 94597
925 941 1640



B0396993C25F10333

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/26/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-XS "INV FLTG" 5.073% 05/25/35 B/E DTD 11/01/05 RD 01/31 PD 02/25/07 | | | | 103.44 |
| 02/26/07 | | BOND INTEREST RECEIVED | 58000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 01/31 PD 02/25/07 | | | | 255.56 |
| 02/26/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 01/31 PD 02/25/07 | | | | 866.30 |
| 02/26/07 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 01/31 PD 02/25/07 | | | | 66,666.67 |
| 02/26/07 | | BOND INTEREST RECEIVED | 5000 FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 01/31 PD 02/25/07 | | | | 23.88 |
| 02/26/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 01/31 PD 02/25/07 | | | | 38.36 |
| 02/26/07 | | BOND INTEREST RECEIVED | 6150000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 RD 01/31 PD 02/25/07 | | | | 31,633.24 |
| 02/26/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 RD 01/31 PD 02/25/07 | | | | 281,468.16 |
| 02/26/07 | | BOND INTEREST RECEIVED | T1000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 RD 01/31 PD 02/25/07 | | | | 58.92 |
| 02/26/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 RD 01/31 PD 02/25/07 | | | | 12.62 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** / A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
PAR-02-CUTSHEET    Solicits from The Bank of New York
Pershing LLC, member NASD, NYSE, SIPC; Guarantor trust of Pershing investments LLC

8009699XCSF510033

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/28/07 | 01/12/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 06/26/04 FACTOR .92503282000 REM BAL 92503238.20 | -10,000,000.000 | 120.2812 | 2,096.72 | 11,174,660.05 |
| 02/28/07 | 01/12/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL 10000000.00 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 120.0312 | 60,000.00 | 12,063,125.00 |
| 02/28/07 | 01/30/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-G3 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .71114126000 REM BAL 4373518.87 CORRECTED CONFIRM | -6,150,000.000 | 100.5312 | 26,241.11 | 4,422,994.30 |
| 02/28/07 | 01/30/07 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/07/03 FACTOR 1.000000000 REM BAL 500000.00 CORRECTED CONFIRM | -500,000.000 | 60.8750 | | 304,375.00 |
| 02/28/07 | 02/20/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 6.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400.000 | -4,400,000.000 | 100.6625 | 18,150.00 | 4,420,900.00 |
| 02/28/07 | 02/05/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.270% 08/15/34 B/E DTD 12/01/04 FACTOR .15311711000 REM BAL 281174.00 VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 97.6250 | 482.87 | 274,978.99 |
| 02/28/07 | 02/27/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 06/26/04 FACTOR .92503238200 REM BAL 9,250.23B VARIABLE RATE | 10,000,000.000 | 120.8125 | -2,096.72 | -11,177,540.75 |
| 02/28/07 | 02/27/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10,000,000. VARIABLE RATE | 10,000,000.000 | 120.0625 | -60,000.00 | -12,066,250.00 |
| 02/28/07 | 02/27/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-SL 1.413% 05/15/34 B/E DTD 05/01/04 CLB FACTOR 0.18928160000 REM BAL 1,458,779 VARIABLE RATE | 7,707,739.000 | 63.0000 | -1,545.93 | -920,576.71 |

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Member of all major U.S. securities exchanges, NYSE, Securities Investor Protection Corporation (SIPC)

Page 12 of 18



# Brokerage
## Account Statement

**CROCKER SECURITIES LLC**
3999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-5540

Statement Period: 02/01/2007 - 02/28/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/28/07 | 02/27/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-SL 1.413% 05/15/34 B/E DTD 06/07/04 CLB FACTOR 0.1892676000 REM BAL 1,456,779 VARIABLE RATE | -7,707,739.000 | 63.0000 | 1,545.93 | 920,576.71 |
| 02/28/07 | 02/27/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-SG 5.500% 10/15/24 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400,000 | 4,400,000.000 | 100.0937 | -18,150.00 | -4,422,275.00 |
| 02/28/07 | 02/27/07 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 FACTOR .1531171110000 REM BAL 2811174.00 VARIABLE RATE CORRECTED CONFIRM | 1,936,333.000 | 97.6562 | -482.87 | -275,066.74 |
| 02/28/07 | 02/27/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD INV FLTR SER-2934 CL-2934-SX 2.950% 02/15/35 B/E DTD 02/15/05 CLB FACTOR 0.6457265100 REM BAL 2,518,333 VARIABLE RATE | 3,900,000.000 | 82.6250 | -2,682.72 | -2,083,455.68 |
| 02/28/07 | 02/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD INV FLTR SER-2934 CL-2934-SX 2.950% 02/15/35 B/E DTD 02/15/05 CLB FACTOR .6457265100000 REM BAL 2518333.39 VARIABLE RATE CORRECTED CONFIRM | -3,900,000.000 | 84.5000 | 2,682.72 | 2,130,674.43 |
| 02/28/07 | 02/27/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3185 CL-3185-SA 0.000% 07/15/26 B/E DTD 07/15/06 CLB FACTOR 0.9465439700 REM BAL 2,513,521 VARIABLE RATE | 2,658,000.000 | 74.0000 | -1,437.73 | -1,861,443.77 |
| 02/28/07 | 02/27/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3185 CL-3185-SA 0.000% 07/15/26 B/E DTD 07/15/06 CLB FACTOR .9465439700 REM BAL 2,513,521 VARIABLE RATE | -2,658,000.000 | 74.0000 | 1,437.73 | 1,861,443.77 |
| 02/28/07 | 02/27/07 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 REG GTD 02/01/07 FACTOR 1.000000000 REM BAL 3,000,000 VARIABLE RATE | 3,000,000.000 | 96.8750 | -16,875.00 | -2,923,125.00 |

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/28/07 | 02/27/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 REG DTD 02/01/07 VARIABLE RATE FACTOR 1.00000000 REM BAL 3000.00 | -3,000.000 | 99.8750 | 16.88 | 3,013.13 |
| 02/28/07 | 02/27/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 REG DTD 02/01/07 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 13000.00 | -13,000.000 | 99.8750 | 73.13 | 13,056.88 |
| 02/28/07 | 02/27/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 REG DTD 02/01/07 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 10000.00 | -10,000.000 | 99.8750 | 56.25 | 10,043.75 |
| 02/28/07 | 02/27/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 REG DTD 02/01/07 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 46000.00 | -46,000.000 | 99.8750 | 258.75 | 46,201.25 |
| 02/28/07 | 02/27/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 REG DTD 02/01/07 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 3000.00 | -3,000.000 | 99.8750 | 16.88 | 3,013.13 |
| 02/28/07 | 02/27/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 REG DTD 02/01/07 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 70000.00 | -70,000.000 | 99.8750 | 393.75 | 70,306.25 |
| 02/28/07 | 02/27/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 REG DTD 02/01/07 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 105000.00 | -105,000.000 | 99.8750 | 590.63 | 105,459.38 |
| 02/28/07 | 02/27/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 REG DTD 02/01/07 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 3000.00 | -3,000.000 | 99.8750 | 16.88 | 3,013.13 |

B009459325F1033

# CROCKER SECURITIES LLC
3399 Oak Road • Suite 330 • Walnut Creek, CA 94597
925-941-1540



## Brokerage
## Account Statement

Statement Period: 02/01/2007 - 02/28/2007

### Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/28/07 | 02/27/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 REG DTD 02/01/07 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 5000.00 | -5,000.000 | 99.0000 | 28.13 | 4,978.13 |
| 02/28/07 | 02/27/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 REG DTD 02/01/07 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 10000.00 | -10,000.000 | 99.8750 | 56.25 | 10,043.75 |
| 02/28/07 | 02/27/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 REG DTD 02/01/07 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 2000.00 | -2,000.000 | 99.8750 | 11.25 | 2,008.75 |
| 02/28/07 | 02/27/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 REG DTD 02/01/07 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 4000.00 | -4,000.000 | 99.8750 | 22.50 | 4,017.50 |
| 02/28/07 | 02/27/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 REG DTD 02/01/07 SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 2000.00 | -2,000.000 | 99.8750 | 11.25 | 2,008.75 |
| 02/28/07 | 02/27/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 REG DTD 02/01/07 VARIABLE RATE FACTOR 1.00000000 REM BAL 1,550,000 | -1,550,000.000 | 97.5987 | 8,718.75 | 1,527,234.38 |
| 02/28/07 | 02/27/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 REG DTD 02/01/07 VARIABLE RATE FACTOR 1.00000000 REM BAL 750,000 | -750,000.000 | 98.0000 | 4,218.75 | 739,218.75 |

8OO9699925F2JC03J

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/28/07 | 02/27/07 | CORRECTED SELL | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 REG DTD 02/01/07 FACTOR 1.0000000000 REM BAL 424000.00 | -424,000.000 | 98.0000 | 2,365.00 | 417,505.00 |
| 02/28/07 | 02/28/07 | PURCHASED | CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-114 CL Q3 6.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.711412600 REM BAL 4,373,518 | 6,150,000.000 | 100.5625 | -26,241.11 | -4,424,361.03 |
| 02/28/07 | 02/28/07 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 0.000% 10/25/33 B/E DTD 08/01/03 MTG PASSTHRU CTF CL 1A42 FACTOR 1.0000000000 REM BAL  500,000 | 500,000.000 | 60.9062 | | -304,531.25 |

| Total Value of all Transactions | | | | | | | -54,597,445.93 |

The price and quantity displayed may have been rounded.

## Messages

PURSUANT TO SEC RULE 11 AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 03/13/07 | 02/12/07 | Buy | FNMA 30 YEAR TBA SETT MARCH 5.500% 03/01/36 REG DTD 03/01/06 FACTOR 1.0000000000 REM BAL 17,000,000 | 17,000,000.000 | 97.9062 | 31,166.67 | -16,675,229.17 |
| 03/13/07 | 02/12/07 | Buy | FNMA 30 YEAR TBA SETT MARCH 5.500% 03/01/36 REG DTD 03/01/06 FACTOR 1.0000000000 REM BAL 27,000,000 | 27,000,000.000 | 49.9062 | 49,500.00 | -26,484,187.50 |
| 03/13/07 | 02/12/07 | Sell | FNMA 30 YEAR TBA SETT MARCH 5.500% 03/01/36 REG DTD 03/01/06 FACTOR 1.0000000000 REM BAL 17,000,000 | -17,000,000.000 | 98.7539 | -31,166.67 | 16,819,330.74 |
| 03/13/07 | 02/12/07 | Sell | FNMA 30 YEAR TBA SETT MARCH 5.500% 03/01/36 REG DTD 03/01/06 FACTOR 1.0000000000 REM BAL 27,000,000 | -27,000,000.000 | 98.8476 | -49,500.00 | 26,738,367.20 |

B0069922SF1S0033

# CROCKER SECURITIES LLC

2255 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-5641

**Brokerage Account Statement**

Statement Period: 02/01/2007 - 02/28/2007

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 03/30/07 | 02/27/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 VARIABLE RATE FACTOR 0.9250230200 REM BAL 9,250,238 | -10,000,000.000 | 120.8437 | -3,494.53 | 11,181,829.25 |
| 03/30/07 | 02/27/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.0000000000 REM BAL 10,000,000 VARIABLE RATE | -10,000,000.000 | 120.0937 | -64,444.44 | 12,073,819.44 |
| 03/30/07 | 02/27/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CL8 FACTOR 1.0000000000 REM BAL 4,400,000 | -4,400,000.000 | 100.1250 | -19,494.44 | 4,424,594.44 |
| 03/30/07 | 02/27/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 22.89% 08/15/34 B/E DTD 12/01/04 FACTOR 0.1631171100 REM BAL 281,174 VARIABLE RATE | -1,835,333.000 | 97.6875 | -518.64 | 275,190.49 |
| 03/14/07 | 02/27/07 | Buy | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3152 CL-3152-TW/INV FLTR 0.000% 07/15/06 B/E DTD 06/15/06 CL8 FACTOR 0.9146125800 REM BAL 3,232,471 VARIABLE RATE | 3,534,252.000 | 2.0000 | 1,301.97 | -66,951.40 |
| 03/30/07 | 02/27/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3152 CL-3152-TW/INV FLTR 0.000% 07/15/06 B/E DTD 06/15/06 CL8 FACTOR 0.9146125800 REM BAL 3,232,471 VARIABLE RATE | -3,534,252.000 | 2.0000 | -573.43 | 65,322.86 |
| 03/14/07 | 02/27/07 | Buy | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3152 CL-3152-TY INV FLTR 0.000% 03/15/36 B/E DTD 05/15/06 CL8 FACTOR 0.9344293000 REM BAL 11,107,256 VARIABLE RATE | 11,886,674.000 | 2.0000 | 4,473.76 | -226,618.89 |

B0398692CSF10033

DALBAR RATED
FOR COMMUNICATION

Clearing Through **Pershing**
PAGE-02-CL-ITSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC (Subsidiary of The Bank of New York)
A BNY Securities Group Co.
Additional Securities of Pershing through

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 03/30/07 | 02/27/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3152 CL-3152.TY INV FLTR<br>0.000% 03/15/36 B/E DTD 05/15/06 CLB<br>FACTOR 0.93442935000 REM BAL 11,107,256<br>VARIABLE RATE | -11,886,674.000 | 2.0000 | -2,314.01 | 224,459.14 |
| 03/30/07 | 02/28/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2005-114 CL-QS 8.000% 01/25/35 B/E<br>DTD 12/01/05 FACTOR 0.71114128000<br>REM BAL 4,373,518 | -6,150,000.000 | 100.5937 | -28,184.90 | 4,427,671.54 |
| 03/30/07 | 02/28/07 | Sell | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A42<br>0.000% 10/25/33 B/E DTD 08/01/03<br>FACTOR 1.00000000000 REM BAL 500,000 | -500,000.000 | 66.9375 | 0.00 | 304,657.50 |

| Total Amount of Trades Not Settled | | | | | | | $33,083,685.64 |

B009699205P510033

Doc Break



# CROCKER SECURITIES LLC

3999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



CROCKER SECURITIES LLC
-- TAXABLE TRADE #2 --
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597 - 7782

IllIlIlIllIlIlIlIlIlIlIlIllIlIlIlIlIlIlIllIllIl

Your Investment Advisor:
DOUGLAS C. GREEN
(561) 750-9370

# Brokerage
# Account Statement

Account Number: 727-891035
Statement Period: 03/01/2007 - 03/31/2007

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$5,384,230.12 |
| Cash Withdrawals | -232,764.00 |
| Dividends/Interest | -52,694.89 |
| Change In Account Value | 209,518.69 |
| Ending Account Value | -$5,470,170.32 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | 27,923,132.36 | 23,846,722.80 | 100% | Your Account is 100% invested in Fixed Income. |
| Cash and Cash Equivalents | -33,317,362.48 | -29,316,892.92 | 0% | |
| Account Total | -$5,394,230.12 | -$5,470,170.32 | 100% | |

0008041-DC0720043

R0008041DC0720043

Clearing Through Pershing   A BNY Securities Group Co.
PAH-26-CUSHEET   Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Trade Ut. member NYSE, NASD, SIPC, Intermkt/infoSys/services LLC

## Customer Service Information

Your Investment Advisor: RDG

DOUGLAS C. GREEN
601 S. FEDERAL HIGHWAY STE 301
BOCA RATON      FL 33432-6008

| Contact Information | Customer Service Information |
|---|---|
| Telephone Number: (561) 750-9370 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| Fax Number: (561) 750-9360 | Customer Service Telephone Number: (800) 941-2885 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents  0.00% of Portfolio | | | | | | |
| Cash Balance | | -77,768.57 | -43,384.72 | | | |
| Margin Balance | | -33,239,593.91 | -28,273,508.20 | | | |
| **Total Cash and Cash Equivalents** | | **-$33,317,362.4** | **-$29,316,892.92** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| Fixed Income  100.00% of Portfolio  (In Maturity Date Sequence) | | | | | | |
| Asset Backed Securities | | | | | | |
| 101,000.000W | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-JB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB Security Identifier 31393J7K8  Factor: 0.84855594 | 4.8230 | 4,133.51 | 382.81 | | |
| 134,000.000H | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 Security Identifier 31393AD61  Factor: 0.89881461 | 0.8260 | 109.37 | 0.00 | | |
| 91,000.000W | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 05/25/28 B/E DTD 09/01/03 Security Identifier 31393TNI1  Factor: 0.43441955 | 5.1110 | 2,020.58 | 197.67 | | |
| 124,000.000W | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-GS 0.000% 09/25/31 B/E DTD 07/25/03 Security Identifier 31393DAX6  Factor: 0.57337989 | 6.2410 | 4,437.29 | 0.00 | | |

Account Number: 727-897035
CROCKER SECURITIES LLC

Clearing Through **Pershing**



# Brokerage
## Account Statement

CROCKER SECURITIES LLC
2999 Oak Road • Suite 210 • Walnut Creek, CA 94597
925.947.1540



8D99934CRCF34043

**Statement Period: 03/01/2007 - 03/31/2007**

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 137,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2892 CL-2892-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB *Security Identifier* 31394KZD9  Factor: 0.67036296 | 74.2530 | 68,193.75 | 0.00 | | |
| 25,000.000M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 *Moody Rating AAA S & P Rating AAA Security Identifier* 32061DX50  Factor: 1.00000000 | 46.0570 | 11,514.25 | 0.00 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 *Security Identifier* 31393YU51  Factor: 0.92223326 | 90.3170 | 8,323,334.13 | 0.00 | | |
| 83,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882 CL-2882-VS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 *Security Identifier* 31395LR94  Factor: 0.19627169 | 98.7960 | 16,094.41 | 38.83 | | |
| 10,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 *Security Identifier* 31395KCQ4  Factor: 0.14761477 | 97.8750 | 1,444.78 | 2.82 | | |
| 2,000,000.000M | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-89 CL-89-US "INV FLTR" 7.500% 10/20/34 B/E DTD 10/20/04 CLB *Security Identifier* 3837AHT2  Factor: 0.45931753 | 96.7060 | 888,375.22 | 5,741.46 | | |

OAK R&R FA/FO /OR COMMUNICATION

**Account Number:** 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
Pershing LLC / ONE/ DIRECT

A BNY Securities Group Co.
Subsidiary of The Bank of New York
Pershing LLC, member FINRA, NYSE, SIPC

One Pershing Plaza, Jersey City, New Jersey 07399
Federal I.D. number 13-2741729, Financial Industry Regulatory Authority

Page 3 of 22

## Portfolio Holdings (continued)

B40093341C6F1C619

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 52,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR:2005-30 CL-30-L8 FLT RATE 0.000% 11/25/24 B/E DTD 09/01/05 *Security Identifier* 31394CA58 Factor: 0.04138508 | 99.2280 | 2,135.41 | 0.00 | | |
| 6,150,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER:2005-114 CL-L05 8.000% 01/25/35 B/E DTD 12/01/05 *Security Identifier* 31394W1D3 Factor: 0.89155695 | 98.8830 | 4,208,000.91 | 28,370.20 | | |
| 18,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER:2890 CL-2890-AN INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB *Security Identifier* 31396V3X5 Factor: 0.67289377 | 99.9250 | 12,104.80 | 80.76 | | |
| 6,000.000M | FHLMG MULTICLASS MTG PARTN CTFS GTD SER:3053 CL-3053-WT INV CMIR 8.000% 04/15/35 B/E DTD 10/01/05 *Security Identifier* 31396ESE4 Factor: 0.70208045 | 99.8940 | 4,206.02 | 28.08 | | |
| 7,000.000M | FNNA GTD REMIC PASS THRU CTF REMIC SER:2005-110 CL-KS "INV FLTG" 5.084% 05/25/35 B/E DTD 11/01/05 *Security Identifier* 31394UQ56 Factor: 0.58472019 | 97.1940 | 3,978.19 | 17.34 | | |
| 6,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC TR:2005-45 CL-45-DT INV FLIR 8.000% 06/16/35 B/E DTD 06/16/05 CLB *Security Identifier* 3837ALGE3 Factor: 0.68817693 | 102.06680 | 4,214.45 | 27.53 | | |
| 7,000.000M | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/01/05 Moody Rating AAA S & P Rating AAA *Security Identifier* 12669MKS6 Factor: 0.75662004 | 93.2740 | 4,940.11 | 19.71 | | |

Account Number: 727-691035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A&H Securities Corp Co.
Solution from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing, a member FINRA, NYSE, SIPC, is a subsidiary of The Bank of New York Mellon Corporation

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925.941.1540



# *Brokerage* Account Statement

Statement Period: 03/01/2007 - 03/31/2007

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 12,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/25 B/E DTD 07/15/06 *Security Identifier* 31396UEN6 *Factor:* 0.76476594 | 100.4830 | 9,221.62 | 57.36 | | |
| 58,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.003% 12/25/35 B/E DTD 11/01/05 *Security Identifier* 31394UTS1 *Factor:* 0.65986445 | 99.3440 | 36,874.45 | 247.45 | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier* 31394UT77 *Factor:* 1.00000000 | 99.2080 | 9,920,800.00 | 66,666.60 | | |
| 5,000.000M | FNMA MULTICLASS MTG PARTN CTFS GTD SER 2006-2 CL-LY 8.003% 11/25/35 B/E DTD 01/01/06 *Security Identifier* 31394VG20 *Factor:* 0.70548976 | 97.2360 | 3,429.95 | 23.52 | | |
| 11,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-39 CL-SW 7.500% 05/25/36 B/E DTD 04/01/06 *Security Identifier* 31395DF13 *Factor:* 0.84392252 | 100.4420 | 9,324.18 | 58.02 | | |
| 100,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3164 CL 3164-UC "PRIN ONLY" 0.000% 06/15/35 B/E DTD 06/01/06 *Security Identifier* 31396TF73 *Factor:* 1.00000000 | 86.6480 | 86,648.00 | 0.00 | | |

Clearing Through **Pershing**
PART-GIZ-CUSTSHEET

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** *(continued)* | | | | | |
| | **Asset Backed Securities** *(continued)* | | | | | |
| 250,000.000# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.860% 07/15/06 B/E DTD 07/15/06 CLB *Security Identifier* 3136BUX6 *Factor:* 0.83228902 | 90.0930 | 187,460.56 | 465.91 | | |
| 28,000.000# | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 B/E DTD 03/15/07 *Security Identifier* 31397GTB0  *Factor:* 1.00000000 | 93.0170 | 27,724.76 | 163.33 | | |

| Description | | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|
| **Total Asset Backed Securities** | | $23,846,722.60 | $0.00 | |
| **Total Fixed Income** | | $23,846,722.60 | $0.00 | |

| Description | | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|
| **Total Portfolio Holdings** | | -$5,470,170.32 | $102,639.40 | $0.00 |

**# This symbol next to the quantity indicates a position in your margin account.**

**Disclosures and Other Information**

**Pricing** : Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** : The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been reduced in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Members New York Stock Exchange
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC, a subsidiary of The Bank of New York Mellon Corporation. Trademark(s) belong to their respective owners. BNY Securities Group is a service mark of The Bank of New York Mellon Corporation used by Pershing LLC

Page 6 of 22

2008324C5P30009



# CROCKER SECURITIES LLC

2399 Oak Road • Suite 235 • Walnut Creek, CA 94597
925-941-1340

# Brokerage Account Statement

Statement Period: 03/01/2007 - 03/31/2007

## Portfolio Holdings (continued)

Foreign Currency Transactions - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

Proxy Vote - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/01/07 | 02/28/07 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2005-11 CL-QS 8.000% 01/25/35 B/E DTD 12/07/05 FACTOR 0.7111412800 REM BAL 4,375,318 CANCELLED TRADE | -6,150,000.000 | 100.5625 | 26,241.11 | 4,424,361.03 |
| 03/01/07 | 02/28/07 | CANCELLED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 CANCELLED TRADE | -500,000.000 | 60.9062 | | 304,531.25 |
| 03/01/07 | 03/02/07 | CONSOLIDATED FIRM BALANCES PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-75-CS 0.000% 09/25/31 B/E DTD 07/25/03 FACTOR 0.5609400800 REM BAL 72.036 | 124,000.000 | 6.0000 | -24.93 | -232,784.00 -4,347.13 |
| 03/01/07 | 03/02/07 | | TRANSFER TO 728910431 | 500.000 | | | |
| 03/05/07 | 02/28/07 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2005-11 CL-QS 8.000% 01/25/35 B/E DTD 12/07/05 FACTOR 0.7111412800 REM BAL 43735.18.87 CORRECTED CONFIRM | 6,150,000.000 | 100.5625 | -3,887.57 | -4,402,007.49 |
| 03/05/07 | 02/28/07 | CORRECTED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500000.00 CORRECTED CONFIRM | 500,000.000 | 60.9062 | | -304,531.25 |



TAMED RATIO FOR CONSERVATION

Account Number: 7ZJ-891035
CROCKER SECURITIES LLC

Closing Through **Pershing** · A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Member FINRA, NYSE, SIPC
PAN 02-OUTSHEET
Selected from the banks of New York. Pershing LLC member FINRA, NYSE, SIPC.

B00991145T3004 9

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/13/07 | 02/12/07 | SOLD | FNMA 30 YEAR TBA SETT MARCH 5.000% 03/01/36 REG DTD 03/07/06 FACTOR 1.0000000000 REM BAL 17,000,000 | -17,000,000.000 | 98.7539 | 31,166.67 | 16,818,330.74 |
| 03/13/07 | 02/12/07 | SOLD | FNMA 30 YEAR TBA SETT MARCH 5.000% 03/01/36 REG DTD 03/07/06 FACTOR 1.0000000000 REM BAL 27,000,000 | -27,000,000.000 | 98.8476 | 49,500.00 | 23,738,367.20 |
| 03/13/07 | 02/12/07 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT MARCH 5.000% 03/01/36 REG DTD 03/07/06 FACTOR 1.0000000000 REM BAL 17,000,000.00 CORRECTED CONFIRM | 17,000,000.000 | 59.1562 | -31,166.67 | -19,887,729.17 |
| 03/13/07 | 02/12/07 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT MARCH 5.000% 03/01/36 REG DTD 03/07/06 FACTOR 1.0000000000 REM BAL 27,000,000.00 CORRECTED CONFIRM | 27,000,000.000 | 59.1367 | -49,500.00 | -25,816,414.06 |
| 03/13/07 | 02/28/07 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .6919585000 CORRECTED CONFIRM | 6,150,000.000 | 103.5625 | -3,782.70 | -4,283,256.53 |
| 03/13/07 | 02/28/07 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .7111412880000 REM BAL 4273318.87 CANCELLED TRADE | -6,150,000.000 | 103.5625 | 3,887.57 | 4,402,007.49 |
| 03/14/07 | 02/27/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD 0.000% 01/15/36 B/E DTD 05/15/06 CLB FACTOR 0.9146125800 REM BAL 3,232,471 VARIABLE RATE | 3,534,252.000 | 2.0000 | -1,301.97 | -65,951.40 |
| 03/14/07 | 02/27/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3152 CL-3152-TW INV FLTR 0.000% 03/15/26 B/E DTD 05/15/06 CLB FACTOR 0.9344293000 REM BAL 11,107,256 VARIABLE RATE | 11,886,674.000 | 2.0000 | -4,473.76 | -226,618.89 |
| 03/15/07 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 6.500% 04/15/26 B/E DTD 01/01/03 CL8 RD 02/28 PD 03/15/07 | | | | 406.52 |
| 03/15/07 | | BOND INTEREST RECEIVED | 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/23 REG DTD 10/15/03 CLB RD 02/28 PD 03/15/07 | | | | 202.56 |
| 03/15/07 | | BOND INTEREST RECEIVED | 440000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.600% 10/15/24 B/E DTD 10/07/04 CLB RD 02/28 PD 03/15/07 | | | | 20,165.67 |

Account Number: 7ZT-891035
CROCKER SECURITIES LLC

Clearing through Pershing
A BNY Securities Group Co.
Member New York Stock Exchange, Inc.
One Pershing Plaza, Jersey City, New Jersey 07399
Securities & other products are NOT FDIC insured, NOT bank guaranteed & MAY lose value. Pershing LLC.

# CROCKER SECURITIES LLC

3009 Oak Road • Suite 330 • Walnut Creek, CA 94597
925-941-1340

## Brokerage Account Statement

Statement Period: 03/01/2007 – 03/31/2007

### Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/15/07 | | BOND INTEREST RECEIVED | 1845333 FHLMC MULTICLASS MTG PARTN CFTS GTD SER-2805 CL-2805-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 RD 02/28 PD 03/15/07 | | | | 539.44 |
| 03/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CFTS GTD SER-2805 CL-2805-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 RD 02/28 PD 03/15/07 | | | | 10,159.15 |
| 03/15/07 | | BOND INTEREST RECEIVED | 83000 FHLMC MULTICLASS MTG PARTN CFTS GTD SER-2882 CL-2882-YS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 RD 02/28 PD 03/15/07 | | | | 42.43 |
| 03/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CFTS GTD SER-2882 CL-2882-YS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 RD 02/28 PD 03/15/07 | | | | 1,513.85 |
| 03/15/07 | | BOND INTEREST RECEIVED | 18000 FHLMC MULTICLASS MTG PARTN CFTS GTD SER-2990 CL-2990-NY INV FLTR 8.000% 03/15/35 B/E DTD 08/15/05 CL8 RD 02/28 PD 03/15/07 | | | | 82.84 |
| 03/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CFTS GTD SER-2990 CL-2990-NY INV FLTR 8.000% 03/15/35 B/E DTD 08/15/06 CL8 RD 02/28 PD 03/15/07 | | | | 312.13 |
| 03/15/07 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CFTS GTD SER-3053 CL-3053-WT INV CPMR 8.000% 04/15/35 B/E DTD 10/01/05 RD 02/28 PD 03/15/07 | | | | 28.68 |
| 03/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CFTS GTD SER-3053 CL-3053-WT INV CPMR 8.000% 04/15/35 B/E DTD 10/01/05 RD 02/28 PD 03/15/07 | | | | 90.16 |
| 03/15/07 | | BOND INTEREST RECEIVED | 12000 FHLMC MULTICLASS MTG PARTN CFTS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 02/28 PD 03/15/07 | | | | 59.01 |

Clearing through Pershing

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3182 TO INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 02/28 PD 03/15/07 | | | | 264.67 |
| 03/15/07 | | BOND INTEREST RECEIVED | 250000 FHLMC MULTICLASS MTG PARTN CTFS GTD INV FLTR 2.8609% 07/15/35 B/E | | | | 501.46 |
| 03/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.8609% 07/15/35 B/E DTD 07/15/06 CLB RD 02/28 PD 03/15/07 | | | | 2,329.50 |
| 03/15/07 | | BOND INTEREST RECEIVED | 6000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 08/16/35 B/E DTD 06/16/05 CLB RD 02/28 PD 03/15/07 | | | | 27.98 |
| 03/16/07 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 08/16/35 B/E DTD 06/16/05 CLB RD 02/28 PD 03/16/07 | | | | 88.48 |
| 03/20/07 | 03/19/07 | INT CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 20 DEBIT DAYS AV BAL 336877.61 AVG RATE 7.500 02-20-07 TO 03-19-07 | | | | -192,312.03 |
| 03/26/07 | | BOND INTEREST RECEIVED | 7000 CWMBS INC MTG PASS THRU CT SER 2005-24 CL-A-26 "INV FLTC" 4.469% 10/25/35 B/E DTD 09/01/05 RD 02/28 PD 03/25/07 | | | | 19.96 |
| 03/26/07 | | RETURN OF PRINCIPAL RECEIVED | 7000 CWMBS INC MTG PASS THRU CT SER 2005-24 CL-A-26 "INV FLTC" 4.469% 10/25/35 B/E DTD 09/01/05 RD 02/28 PD 03/25/07 | | | | 65.71 |
| 03/26/07 | | BOND INTEREST RECEIVED | 134000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/26/27 B/E DTD 03/01/03 RD 02/28 PD 03/26/07 | | | | 71.37 |
| 03/26/07 | | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 02/28 PD 03/26/07 | | | | 210.84 |
| 03/26/07 | | BOND INTEREST RECEIVED | 100000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 02/28 PD 03/25/07 | | | | 20,967.21 |



# CROCKER SECURITIES LLC

3399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 03/01/2007 - 03/31/2007

## Transactions in Date Sequence *(continued)*

| Process/ Trade/ Settlement Date | Transaction Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|
| 03/26/07 | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 02/28 PD 03/25/07 | | | | 27,505.60 |
| 03/26/07 | BOND INTEREST RECEIVED | $2300 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 02/28 PD 03/25/07 | | | | 10.01 |
| 03/26/07 | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 02/28 PD 03/25/07 | | | | 752.79 |
| 03/26/07 | BOND INTEREST RECEIVED | 700W FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS DTD 11/07/05 RD 02/28 PD 03/25/07 "INV FLTG" 5.08% 05/25/35 B/E | | | | 17.50 |
| 03/26/07 | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 5.084% 05/25/35 B/E DTD 11/07/05 RD 02/28 PD 03/25/07 | | | | 37.64 |
| 03/26/07 | BOND INTEREST RECEIVED | $000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/07/05 RD 02/28 PD 03/25/07 | | | | 249.78 |
| 03/26/07 | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/07/05 RD 02/28 PD 03/25/07 | | | | 349.22 |
| 03/26/07 | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/07/05 RD 02/28 PD 03/25/07 | | | | 66,666.57 |
| 03/26/07 | BOND INTEREST RECEIVED | 500 FNMA MULTICLASS MTG PART'N CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 03/27 PD 03/25/07 | | | | 23.63 |



S41644 NALTO
ISN 02026736LA/260

Clearing Through **Pershing** A BNY Securities Group Co.
PAM-32-CUSHSEET Subsidiary from The Bank of the York

One Pershing Plaza, Jersey City, New Jersey 07399
Broker/Dealer, Member SIPC, NYSE and all other leading securities exchanges, LLC

Account Number: 727-891035
CROCKER SECURITIES LLC

Page 11 of 22

## Transactions in Date Sequence *(continued)*

B093314CSP30619

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/26/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2005-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 02/28 PD 03/26/07 | | | | 16.48 |
| 03/26/07 | | BOND INTEREST RECEIVED | 6130000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E RD 02/28 PD 03/25/07 | | | | 29,156.79 |
| 03/26/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 RD 02/28 PD 03/25/07 | | | | 117,983.88 |
| 03/26/07 | | BOND INTEREST RECEIVED | 11000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-3S-SW 7.500% 05/25/35 B/E DTD 04/01/06 RD 02/28 PD 03/26/07 | | | | 58.84 |
| 03/26/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-3S-SW 7.500% 05/25/35 B/E RD 02/28 PD 03/26/07 | | | | 131.03 |
| 03/27/07 | 03/26/07 | BOND INTEREST RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-GS 0.000% 09/25/31 B/E DTD 04/01/06 RD 02/28 PD 03/26/07 | | | | 106.85 |
| 03/27/07 | 02/27/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" FACTOR .92723326000 REM BAL 9272332.60 VARIABLE RATE CORRECTED CONFIRM | -10,000,000,000 | 120.8437 | 3,483.39 | 11,148,696.64 |
| 03/30/07 | 02/27/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL. 100000000.00 VARIABLE RATE CORRECTED CONFIRM | -10,000,000,000 | 120.0937 | 64,444.44 | 12,073,818.44 |
| 03/30/07 | 02/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2814-GG 5.500% 10/15/24 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400.000 VARIABLE RATE CORRECTED CONFIRM | -4,400,000,000 | 103.1250 | 19,494.44 | 4,424,994.44 |
| 03/30/07 | 02/27/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.09% 08/15/34 B/E DTD 12/01/06 FACTOR .14761471000 REM BAL. 271069.87 VARIABLE RATE CORRECTED CONFIRM | -4,400,000.000 | 101.7250 | | |
| 03/30/07 | 02/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD | -1,835,333.000 | 97.6876 | 500.00 | 265,301.38 |
| 03/30/07 | 02/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3152 CL-3152-TW INV FLTR 0.000% 01/15/09 B/E DTD 08/15/06 CLB FACTOR .80376221000 REM BAL. 3194123.40 VARIABLE RATE CORRECTED CONFIRM | -3,534,252.000 | 1.7812 | 665.44 | 57,650.76 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing — A BNY Securities Group Co., Member NYSE Federal of New York.   One Pershing Plaza, Jersey City, New Jersey 07399

Page 12 of 22

# CROCKER SECURITIES LLC

1399 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540

## Brokerage Account Statement

Statement Period: 03/01/2007 - 03/31/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/20/07 | 02/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3152 CL 3152-TY INV FLTR<br>0.500% 03/15/36 B/E DTD 05/15/06 CLB<br>FACTOR .9274414500 REM BAL 11,024,194.17<br>VARIABLE RATE CORRECTED CONFIRM | -11,885,674.000 | 2.0000 | 2,296.71 | 222,780.59 |
| 03/20/07 | 02/28/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 2005-114 CL-QS 8.000% 07/25/35 B/E<br>DTD 07/01/05 FACTOR .99195696000<br>VARIABLE RATE CORRECTED CONFIRM | -6,150,000.000 | 100.5937 | 27,424.56 | 4,308,227.04 |
| 03/20/07 | 02/28/07 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A42<br>0.000% 10/25/33 3/E DTD 09/01/03<br>FACTOR 1.000000000 REM BAL 475000.00<br>CORRECTED CONFIRM | -475,000.000 | 60.9375 | | 289,453.13 |
| 03/20/07 | 02/28/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2004-46 CL-46-QD "INV"<br>0.003% 03/25/34 B/E DTD 06/25/04<br>FACTOR 0.922232800 REM BAL 9,222,332<br>VARIABLE RATE | 10,000,000.000 | 120.1250 | -64,444.44 | -12,016,944.44 |
| 03/20/07 | 02/28/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER 2005-110 CL-HP "INV FLTG"<br>8.000% 12/25/35 B/E DTD 11/01/05<br>FACTOR 1.000000000 REM BAL 10,000,000<br>VARIABLE RATE | 10,000,000.000 | 120.8750 | -3,483.99 | -11,150,978.52 |
| 03/20/07 | 03/28/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 2005-114 CL-QS 8.000% 07/25/35 B/E<br>DTD 12/01/05 FACTOR .96916566500<br>REM BAL 4,255,535<br>VARIABLE RATE | 6,150,000.000 | 100.6250 | -27,424.56 | 6,309,556.90 |
| 03/20/07 | 03/28/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3152 CL 3152-TY INV FLTR<br>0.500% 03/15/36 B/E DTD 05/15/06 CLB<br>FACTOR 0.9274414500 REM BAL 11,024,194<br>VARIABLE RATE | 11,886,674.000 | 2.0312 | -2,296.71 | -226,225.65 |

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/30/07 | 03/28/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3152 CL-3152-TY INV FLTR 0.500% 03/15/36 B/E DTD 05/15/06 CLB FACTOR 0.92744145000 REM BAL 1102419.17 VARIABLE RATE CORRECTED CONFIRM | -11,886,674.000 | 1.8125 | 4,440.30 | 204,255.82 |
| 03/30/07 | 03/29/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR 0.79865948400 REM BAL 2,143,589 | 2,684,000.000 | 97.0000 | -12,524.93 | -2,091,806.80 |
| 03/30/07 | 03/29/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR 0.79865948400 REM BAL 2,143,589 | -2,684,000.000 | 97.5000 | 12,524.90 | 2,102,574.75 |
| 03/30/07 | 03/29/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3149 CL-3149-SD INV FLTR 3.960% 05/15/36 B/E DTD 05/15/06 FACTOR 0.80308958100 REM BAL 2,813,635 VARIABLE RATE | 3,500,000.000 | 86.8750 | -4,642.50 | -2,448,898.20 |
| 03/30/07 | 03/29/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3149 CL-3149-SD INV FLTR 3.960% 05/15/36 B/E DTD 05/15/06 FACTOR 0.80308958100 REM BAL 2,813,635 VARIABLE RATE | -3,500,000.000 | 88.0000 | 4,642.50 | 2,508,777.95 |
| 03/30/07 | 03/29/07 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-3004-69 CL-69-LS "INV FLTR" 0.000% 10/20/34 B/E DTD 10/20/04 CLB FACTOR 0.45593175300 REM BAL 918,635 VARIABLE RATE | 2,000,000.000 | 96.4375 | -1,913.82 | -887,822.51 |
| 03/30/07 | 03/29/07 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SER 2004-106 CL-HW INV FLTR 0.000% 12/16/34 B/E DTD 12/16/04 CLB FACTOR 0.47660844000 REM BAL 47,660 VARIABLE RATE | 100,000.000 | 82.3750 | -16.68 | -39,277.30 |
| 03/30/07 | 03/29/07 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER 2004-106 CL-HW INV FLTR 0.000% 12/16/34 B/E DTD 12/16/04 CLB FACTOR 0.47660844000 REM BAL 47,660 VARIABLE RATE | -100,000.000 | 84.8750 | 16.68 | 40,468.82 |
| 03/30/07 | 03/30/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-67 CL-PS SC INV FLTR 2.967% 08/25/35 B/E DTD 07/25/05 CLB FACTOR 0.70286370000 REM BAL 442,804 VARIABLE RATE | 630,000.000 | 85.0000 | -182.47 | -376,565.98 |

CROCKER SECURITIES LLC
1399 Oak Road · Suite 333 · Walnut Creek, CA 94597
925-941-1540



## Brokerage Account Statement

**Statement Period: 03/01/2007 - 03/31/2007**

### Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Annual Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/30/07 | 03/30/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-57 CL-67-5C INV FLTR 2.987% 08/25/35 B/E DTD 07/26/05 CLB FACTOR 0.7028837000 REM BAL 442,204 | -630,000.000 | 88.0000 | 182.47 | 389,850.11 |
| 03/30/07 | 03/30/07 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 REG DTD 03/15/07 FACTOR 1.0000000000 REM BAL 2,198,950 | 2,198,950.000 | 97.5000 | -6,413.50 | -2,150,389.85 |
| 03/30/07 | 03/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 REG DTD 03/15/07 FACTOR 1.0000000000 REM BAL 500,000 | -500,000.000 | 98.6250 | 1,459.33 | 494,583.33 |
| 03/30/07 | 03/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 REG DTD 03/15/07 FACTOR 1.0000000000 REM BAL 1,546,950 | -1,546,950.000 | 98.9937 | 4,511.94 | 1,529,707.96 |
| 03/30/07 | 03/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 REG DTD 03/15/07 SOLICITED ORDER REM BAL 2000.00 | -2,000.000 | 100.0000 | 5.83 | 2,005.83 |
| 03/30/07 | 03/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 REG DTD 03/15/07 SOLICITED ORDER REM BAL 7000.00 | -7,000.000 | 100.0000 | 20.42 | 7,020.42 |
| 03/30/07 | 03/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 REG DTD 03/15/07 SOLICITED ORDER REM BAL 2000.00 | -2,000.000 | 100.0000 | 5.83 | 2,005.83 |
| 03/30/07 | 03/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 REG DTD 03/15/07 SOLICITED ORDER REM BAL 2000.00 | -2,000.000 | 100.0000 | 5.83 | 2,005.83 |
| 03/30/07 | 03/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 REG DTD 03/15/07 SOLICITED ORDER REM BAL 29000.00 | -29,000.000 | 84.58 | | 29,084.58 |

U.S. MAIL VALID FOR COMMUNICATION

Clearing Through **Pershing**
PAR-QC-OUTSHEET

A BNY Securities Group Co.
A Subsidiary from The Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399

B00851-LCSP3064-9

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/30/07 | 03/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3287 CL 3287-TA 7.000% 01/15/37 REG<br>DTD 03/15/07 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 3,000.00 | -3,000.000 | 100.0000 | 6.75 | 3,008.75 |
| 03/30/07 | 03/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3287 CL 3287-TA 7.000% 01/15/37 REG<br>DTD 03/15/07 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 3,000.00 | -3,000.000 | 100.0000 | 6.75 | 3,008.75 |
| 03/30/07 | 03/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3287 CL 3287-TA 7.000% 01/15/37 REG<br>DTD 03/15/07 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 50000.00 | -50,000.000 | 100.0000 | 145.83 | 50,145.83 |
| 03/30/07 | 03/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3287 CL 3287-TA 7.000% 01/15/37 REG<br>DTD 03/15/07 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 6000.00 | -6,000.000 | 100.0000 | 17.50 | 6,017.50 |
| 03/30/07 | 03/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3287 CL 3287-TA 7.000% 01/15/37 REG<br>DTD 03/15/07 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 2000.00 | -2,000.000 | 100.0000 | 5.83 | 2,005.83 |
| 03/30/07 | 03/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3287 CL 3287-TA 7.000% 01/15/37 REG<br>DTD 03/15/07 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 6000.00 | -2,000.000 | 100.0000 | 5.83 | 2,005.83 |
| 03/30/07 | 03/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3287 CL 3287-TA 7.000% 01/15/37 REG<br>DTD 03/15/07 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 200.00 | -3,000.000 | 100.0000 | 8.75 | 3,008.75 |
| 03/30/07 | 03/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3287 CL 3287-TA 7.000% 01/15/37 REG<br>DTD 03/15/07 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 300.00 | -5,000.000 | 100.0000 | 14.58 | 5,014.58 |
| 03/30/07 | 03/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3287 CL 3287-TA 7.000% 01/15/37 REG<br>DTD 03/15/07 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 2600.00 | -2,600.000 | 100.0000 | 5.83 | 2,005.83 |
| 03/30/07 | 03/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3287 CL 3287-TA 7.000% 01/15/37 REG<br>DTD 03/15/07 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 2000.00 | -2,000.000 | 100.0000 | 5.83 | 2,005.83 |
| 03/30/07 | 03/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3287 CL 3287-TA 7.000% 01/15/37 REG<br>DTD 03/15/07 SOLICITED ORDER<br>FACTOR 1.00000000 REM BAL 2000.00 | -2,000.000 | 100.0000 | 5.83 | 2,005.83 |

Account Number: 717-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Member Firm the Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, a subsidiary of The Bank of New York Company, Inc.

B09931-0C81P30649



**CROCKER**
SECURITIES LLC
3375 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/30/07 | 03/30/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 REG DTD 03/15/07 SOLICITED ORDER FACTOR 1.00000000 REM BAL. 2000.00 | -2,000.000 | 100.0000 | 5.83 | 2,005.83 |

Total Value of all Transactions $4,000,469.56

The price and quantity displayed may have been rounded.

## Messages

PERSHING HAS BEEN ADVISED BY YOUR FINANCIAL ORGANIZATION THAT IT DOES NOT RECEIVE COMPENSATION FOR DIRECTING ORDER FLOW. SEE THE TERMS AND CONDITIONS SECTION OF YOUR STATEMENT FOR A DESCRIPTION OF PERSHING'S PAYMENT FOR ORDER FLOW PRACTICES.

FOR ADDITIONAL INFORMATION REGARDING ORDER ROUTING PRACTICES AND THE VENUES TO WHICH YOUR INTRODUCING FINANCIAL ORGANIZATION'S ORDERS ARE ROUTED, YOU MAY VISIT WWW.ORDERROUTINGDISCLOSURE.COM.*

UPON WRITTEN REQUEST TO YOUR INTRODUCING FINANCIAL ORGANIZATION, YOU MAY OBTAIN THE IDENTITY OF THE VENUE TO WHICH YOUR ORDERS WERE ROUTED FOR THE SIX MONTHS PRIOR TO YOUR REQUEST AND THE TIME OF TRANSACTIONS THAT MAY HAVE RESULTED FROM SUCH ORDERS. YOU ARE ADVISED TO REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT (INCLUDING UNAUTHORIZED TRADING) TO YOUR FINANCIAL ORGANIZATION AND PERSHING, THE CUSTODIAN OF YOUR ACCOUNT. PLEASE BE ADVISED THAT ANY ORAL COMMUNICATION SHOULD BE RE-CONFIRMED IN WRITING TO FURTHER PROTECT YOUR RIGHTS, INCLUDING YOUR RIGHTS UNDER THE SECURITIES INVESTOR PROTECTION ACT. YOUR FINANCIAL ORGANIZATION'S CONTACT INFORMATION CAN BE FOUND ON THE FIRST PAGE OF THIS STATEMENT. PERSHING'S CONTACT INFORMATION IS AS FOLLOWS:

PERSHING LLC
LEGAL DEPARTMENT
ONE PERSHING PLAZA
JERSEY CITY, NEW JERSEY 07399
(201) 413-3330

INFORMATION REGARDING THE SECURITIES INVESTOR PROTECTION CORPORATION SM (SIPCSM), INCLUDING A SIPC BROCHURE, MAY BE OBTAINED BY CONTACTING SIPC VIA ITS WEB SITE AT WWW.SIPC.ORG OR BY TELEPHONE AT (202) 371-8300.

**Brokerage**
*Account Statement*

Statement Period: 03/01/2007 - 03/31/2007

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**

## Messages (continued)

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 04/12/07 | 03/12/07 | Buy | FNMA 30 YEAR TBA SETT APRIL 5.500% 04/01/36 REG DTD 04/01/06 FACTOR 1.000000000 REM BAL 27,000,000 | 27,000,000.000 | 97.8800 | 45,375.00 | -26,475,843.75 |
| 04/12/07 | 03/12/07 | Buy | FNMA 30 YEAR TBA SETT APRIL 5.500% 04/01/36 REG DTD 04/01/06 FACTOR 1.000000000 REM BAL 17,000,000 | 17,000,000.000 | 97.8906 | 28,569.44 | -16,669,975.69 |
| 04/12/07 | 03/12/07 | Sell | FNMA 30 YEAR TBA SETT APRIL 5.500% 04/01/36 REG DTD 04/01/06 FACTOR 1.000000000 REM BAL 27,000,000 | -27,000,000.000 | 99.1250 | -45,375.00 | 26,809,125.00 |
| 04/12/07 | 03/12/07 | Sell | FNMA 30 YEAR TBA SETT APRIL 5.500% 04/01/36 REG DTD 04/01/06 FACTOR 1.000000000 REM BAL 17,000,000 | -17,000,000.000 | 99.1484 | -28,569.44 | 16,883,803.82 |
| 04/30/07 | 03/28/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/C DTD 05/25/04 FACTOR 0.92223302600 REM BAL 9,222,332 | -10,000,000.000 | 120.8906 | -3,463.89 | 11,152,419.51 |
| 04/30/07 | 03/28/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" VARIABLE RATE FACTOR 1.000000000 REM BAL 10,000,000 | -10,000,000.000 | 120.0106 | -64,444.44 | 12,078,506.94 |
| 04/30/07 | 03/28/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-GS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.69196999000 REM BAL 4,285,535 VARIABLE RATE | -6,150,000.000 | 100.6562 | -27,424.56 | 4,310,886.75 |
| 04/30/07 | 03/28/07 | Sell | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-89 CL-89-LS "INV FLTG" 7.500% 10/20/34 B/E DTD 10/20/04 CLB FACTOR .91835000000 REM BAL 918635.00 VARIABLE RATE | -2,000,000.000 | 99.0000 | -5,550.09 | 914,998.80 |
| 04/03/07 | 03/20/07 | Buy | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,460,000 | 4,400,000.000 | 100.1562 | 1,344.44 | -4,408,219.44 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

Clearing Through Pershing A BNY securities Group, Inc. One Pershing Plaza, Jersey City, New Jersey 07399
Member New York Stock Exchange, Inc.

Page 18 of 22



B00324J0373019

# CROCKER SECURITIES LLC

1399 Oak Blvd • Suite 230 • Walnut Creek, CA 94597
925-941-1540



**Brokerage Account Statement**

Statement Period: 03/01/2007 - 03/31/2007

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 04/30/07 | 03/30/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2874 CL-2874 GG 5.500% 10/15/24 B/E<br>DTD 10/01/04 CLB FACTOR 1.000000000<br>REM BAL 4,400,000 | -4,400,000.000 | 100.1875 | -19,494.44 | 4,427,744.44 |
| 04/03/07 | 03/30/07 | Buy | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2805 CL-2805-LS INV FLTR<br>2.289% 08/15/34 B/E DTD 12/01/04<br>FACTOR 0.147614700 REM BAL 271,069<br>VARIABLE RATE | 1,836,333.000 | 97.7187 | 34.48 | -284,520.57 |
| 04/30/07 | 03/30/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2805 CL-2805-LS INV FLTR<br>2.289% 08/15/34 B/E DTD 12/01/04<br>FACTOR 0.147614700 REM BAL 271,069<br>VARIABLE RATE | -1,836,333.000 | 97.7500 | -500.00 | 285,470.80 |
| 04/30/07 | 03/30/07 | Buy | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A2<br>0.000% 10/25/33 B/E DTD 08/01/03<br>FACTOR 1.000000000 REM BAL 475,000 | 475,000.000 | 61.0000 | 0.00 | -289,750.00 |
| 04/03/07 | 03/30/07 | Sell | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A2<br>0.000% 10/25/33 B/E DTD 08/01/03<br>FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 61.0625 | 0.00 | 305,312.50 |

**Total Amount of Trades Not Settled** $230,039,659.11

Clearing Through **Pershing** A BNY Securities Group Co.
PXR-02-CV/SHEET    Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC, a subsidiary of Pershing Group LLC.

# ANNUAL DISCLOSURE OF IMPORTANT INFORMATION TO RECIPIENTS OF PERIODIC STATEMENTS

If you have questions regarding any of this information, please contact your investment professional or financial organization.

**STATEMENT OF FINANCIAL CONDITION DATED DECEMBER 31, 2006**
Pursuant to the Securities Exchange Act of 1934, Pershing LLC (Pershing) must provide individual investors with certain financial information.
On December 31, 2006, Pershing's regulatory net capital of $1.2 billion was 17.31% of aggregate debit balances and is in excess of the minimum requirement by $1.1 billion.
A complete copy of the December 31, 2006 Statement of Financial Condition is available at www.pershing.com/knowledge.html. You may also request a free, printed copy by calling (866) 860-8510.

**BUSINESS CONTINUITY**
Pershing maintains a business continuity plan, including redundant data centers and alternate processing facilities, to address interruptions to the normal course of business. These are reviewed annually and updated as necessary. The plan's ability to access Pershing will take in to the normal course of business. These are reviewed annually and updated as necessary. The plan's ability to access Pershing will take in to the facilities. Technology data processing are also be switched to an alternate regional data center. All Pershing operational facilities are equipped for business interruptions. In case of business interruption, each located several three per year. Pershing's recovery objective for business interruption, including those involving a relocation of processing technology. In four (4) hours. This recovery objective may be negatively affected by the unavailability of personnel, systems, and critical utilities. If you experience difficulties with your account during an interruption, you may contact Pershing directly to process a trade disbursement, and security transfers. Your instructions to Pershing must be in writing and transmitted via facsimile at (201) 413-5368 or by postal service at: Pershing LLC, P.O. Box 2065, Jersey City, New Jersey 07303-2065.

For additional information about how to request funds and securities when your financial organization cannot be contacted due to a significant business interruption, please visit our web site at www.pershing.com. Other. Disclosure link at the bottom of the home page on the Pershing web site or request a free printed copy of our Business Continuity and Other Disclosures link at the bottom of the home page on the Pershing web site at www.pershing.com. Other. Disclosure link. If you cannot access the instructions in your account solely for the purpose of receiving credit balances, and have no intention to invest in the funds, contact your investment professional or financial organization that has received credit/interest.

**CREDIT INTEREST**
You may receive interest on positive account balances, referred to as "free credit balances," provided the funds are awaiting reinvestment and securities when your financial organizations and Pershing's collateral for the loan to you. Interest you pay on the loan may be shared between your financial organization and Pershing. If the account is margined, you may in the case interest, provided the funds or securities in your account solely for the purpose of receiving credit interest, and have no intention to invest in the funds, contact your investment professional or financial organization that has received credit/interest.

It is important that you fully understand the risks involved in trading securities on margin. These risks include, but are not limited to the following:

• You can lose funds or securities than you deposit in the margin account.
• Your financial organization at Pershing can force the sale of securities or other assets in your account(s).
• Your financial organization at Pershing can sell your securities or other assets without contacting you.
• You are not entitled to choose which securities or other assets in your account(s) are liquidated or sold to meet a margin call.
• Your financial organization or Pershing can increase its "house" maintenance margin requirements at any time and is not required to provide you advance written notice.
• You are not entitled to an extension of time on a margin call.

**NASD PUBLIC DISCLOSURE**
The NASD® Public Disclosure hotline number is (800) 289-9999. The NASD web site address is www.nasd.com. An investor brochure that includes information describing the public disclosure program may be obtained from the NASD.

**SUBSTITUTE PAYMENT REIMBURSEMENT**
In instances where securities are on loan over an ex-dividend date, Pershing may lend shares in your account, which your account has a debit balance. In the instances where securities are on loan over an ex-dividend date, Pershing may lean a substitute payment in lieu of a securities lender in lieu of the dividend. Should the securities held within the account be unborrowed to, the differential reimbursement is the manner to the lender's account as a lending to the lender's account in 2007 may be eligible for a reimbursement on the reimbursement date. Please note that these reimbursements are subject to change and may be eliminated without advance notification.

**PERSHING'S PAYMENT FOR ORDER FLOW DISCLOSURE**
Pershing sends certain equity orders to exchanges, Electronic Communication Networks, or broker-dealers during normal business hours and when permitted for their selection based. In addition, Pershing routes certain option orders to selected option exchanges. Compensation is generally in the form of a per share or per option contract cash payment. Pershing receives certain directing these orders at lower than 0 certain order execution. In addition, Pershing may associate certain features to obtain in the determination generally. The details of these payments and fees are available upon written request. Pershing receives certain payment is selected based on the consistently high quality of their execution in one or more market segments and their ability to provide opportunities for executions at prices superior to the NBBO.

Pershing regularly reviews reports for quality of execution purposes.

**BEST EXECUTION**
Notwithstanding the previous paragraph regarding payment for order flow, Pershing selects certain market centers to provide execution of your orders and exchange ideals securities transaction which agree to provide various transaction-related services including exchanges or option orders, transmitted electronically, up to certain size guidelines. Details of these market centers are available upon written request. Pershing may associate certain fees to obtain in the determination generally. The details of these payments and fees are available upon written request.

**PERSHING PRIVACY POLICY**
For the purposes of this section the term "its customer" refers to you,) Working on behalf of your financial organization, Pershing recognizes the importance of protecting the confidentiality of nonpublic personal information about its customers, except as permitted by law. Pershing maintains physical, electronic, and procedural safeguards that are designed to comply with federal standards to guard nonpublic personal information. Employees who have access to this information are required to maintain its confidentiality.

Pershing may collect nonpublic personal information from the following sources:
• Applications or other forms (such as name, address, social security number, assets, and income);
• Customer transactions with Pershing, their financial organizations, or others; and
• Consumer reporting agencies.

Pershing does not disclose nonpublic personal information about former customers, except as permitted or required by law. Pershing's customers visit a "cookie" in order to provide better service to you. A "cookie" is small piece of information stored on the web site. It is not used to find out personal information about you, but rather to provide you with better service when you visit our web site. Pershing uses cookies for some administrative purposes, for example, to store your preferences for certain kinds of information. None will contain information that will enable anyone to contact you via telephone, email, or any other means. If Pershing's customers are engaged in transactions via the web, it may use cookies to retain customer data. Certain of Pershing's services, however, could be dependent on cookies, and its customers may assume these services by refusing cookies.

**FEDERAL AND STATE TAX WITHHOLDING FOR RETIREMENT ACCOUNTS**
Whether or not any distribution or charge you register and your individual federal withholding election for distributions from your individual retirement account or qualified retirement plan, or otherwise, certain of Pershing's accounts may be withheld, you may be responsible for payment of estimated taxes and penalties may apply.

**FOREIGN CURRENCY TRANSACTIONS**
Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency into U.S. dollars for dividends and other foreign currency transactions unless you instruct your financial organization otherwise. Pershing may earn revenue, in addition to the transaction, spread, or commission, based on this difference between the applicable bid and offer rates for the currency and the rate at which the rate is offset, either with a related or counterparty. The foreign currency exchange rate is determined by Pershing at its discretion and such rate may differ from rates in effect in the public at large. Your execution of transaction.

**SPECIAL NOTE FOR NON-U.S. ACCOUNTS**
With respect to assets custodied by Pershing on your behalf, income and capital gains or distributions to you from your account may be subject to withholding taxes imposed by the foreign jurisdiction. Substitute or distributions to you from your account may be subject to withholding taxes imposed by the foreign jurisdiction in which those securities were issued. You will be required to present documentation if identified from taxing/foreign country for refund from the appropriate tax treatment of your transactions.

## MUTUAL FUND BREAKPOINT DISCOUNTS AND OTHER DISCLOSURES RELATING TO MUTUAL FUND, MONEY FUND, FDIC INSURED BANK PRODUCT, AND ANNUITY FEES AND REVENUE SHARING

Before investing in mutual funds, it is important that you understand the sales charges, expenses, and management fees that you will be charged and the breakpoint discounts to which you may be entitled. Understanding these charges and breakpoint discounts will assist you in identifying the best investment for your particular needs and may help you to reduce the cost of your investment. This section will give you general background information about these charges and discounts; however, sales charges, expenses, management fees, and breakpoint discounts vary from mutual fund to mutual fund and therefore the specific amounts discussed below will not apply to all mutual funds.

Therefore, you should discuss these matters with your investment professional and review each mutual fund's prospectus and statement of additional information (which are available from your investment professional) to obtain the specific information regarding the charges and breakpoint discounts associated with a particular mutual fund.

### Sales Charges

Investors who purchase mutual funds must make certain choices, including which funds to purchase and which share class is most advantageous in light of their specific investing strategy. You should consider the amount invested, as well as whether the mutual fund's investment objective is compatible with your investment objectives. Additionally, many mutual funds offer different share classes. Although each share class represents a similar interest in the mutual fund's portfolio, the mutual fund will charge you different fees and expenses depending upon your choice of share class. As a general rule, Class A shares carry a "front-end" sales charge or "load" that is deducted from your investment at the time you buy the fund shares. This sales charge is a percentage of your total purchase. As a general rule, Class B and Class C shares do not carry a front-end sales charge. Instead, investors who buy these share classes may pay asset-based sales charges, which may be higher or lower than the charges associated with Class A shares. Investors who purchase Class B and Class C shares may also be required to pay a sales charge known as a contingent deferred sales charge when they sell their shares, depending upon the rules of the particular mutual fund. This is known as a "back-end" sales charge or load.

### Breakpoint Discounts

As noted above, most mutual funds allow investors a variety of ways to qualify for breakpoint discounts on the sales charge associated with the purchase of Class A shares. In general, most mutual funds provide breakpoint discounts to investors who make large purchases at one time. The extent of the discount depends upon the size of the purchase. Generally, as the amount of the purchase increases, the percentage used to determine the sales load decreases. The entire sales charge may be waived for investors that make very large purchases of Class A shares. Mutual fund prospectuses contain tables that illustrate the available breakpoint discounts and the investment levels to which the breakpoint discounts apply. Additionally, most mutual funds allow investors to qualify for breakpoint discounts based upon current holdings from prior purchases through "Rights of Accumulation (ROA)" and from future purchases based upon "Letters of Intent (LOI)." Mutual funds have different rules regarding the availability of ROA and LOI. Therefore, you should discuss these matters with your investment professional and review the mutual fund's prospectus and statement of additional information to determine the specific terms upon which a mutual fund offers ROA or LOI.

### Rights of Accumulation

Many mutual funds allow investors to count the value of previous purchases of the same fund, or another fund within the same fund family, to reach a breakpoint discount. Moreover, mutual funds may allow investors to count existing holdings in multiple accounts, such as individual retirement accounts (IRAs) or accounts at other financial organizations, to qualify for breakpoint discounts. Therefore, if you have accounts at other financial organizations and wish to take advantage of the balances in those accounts to qualify for a breakpoint discount, you must advise your investment professional about those balances. You may need to provide documentation if you wish to rely upon balances in accounts at another firm. Mutual funds also follow different rules to determine the value of existing holdings. Some funds use the current net asset value (NAV) of existing investments in calculating the investment level to determine whether an investor qualifies for a breakpoint discount. However, a small number of funds use the historical cost, which is the cost of the initial purchase, to determine eligibility for breakpoint discounts. If the mutual fund uses historical costs, you may need to provide account records, such as confirmation statements or monthly statements, to qualify for a breakpoint discount based upon previous purchases. You should consult with your investment professional and review the mutual fund's prospectus and statement of additional information to determine whether the mutual fund uses either NAV or historical costs to determine breakpoint eligibility.

### Letter of Intent

Most mutual funds allow investors to qualify for breakpoint discounts by signing an LOI, which commits the investor to purchasing a specified amount of Class A shares within a defined period of time, usually 13 months. For instance, if an investor plans to

purchase $50,000 worth of Class A shares over a period of 13 months, but each individual purchase would not qualify for a breakpoint discount, the investor could sign an LOI at the time of the first purchase and receive the breakpoint discount associated with a $50,000 purchase on the first and all subsequent purchases. Additionally, some funds offer retroactive LOIs that allow investors to rely upon purchases in the recent past to qualify for a breakpoint discount. However, if an investor fails to invest the amount required by the LOI, the fund is entitled to retroactively deduct the correct sales charges based upon the amount that the investor actually invested. If you intend to make several purchases within a 13-month period, you should discuss the LOI feature with your investment professional to determine if it would be beneficial for you to sign an LOI. The availability of breakpoint discounts may save you money. It is important to determine if it would be beneficial for you to sign an LOI as you can see understanding the availability of breakpoint discounts is important. Because breakpoint discounts may vary from mutual fund to mutual fund, it is important that you discuss the availability of breakpoint discounts with your investment professional and carefully review the mutual fund prospectus and its statement of additional information, which you can obtain from your investment professional, when choosing among mutual fund investment options. If you wish to learn more about mutual fund share classes or mutual fund breakpoints, you can also access the investor alerts that are available on the NASD Web site at www.nasd.com/Investor_Information.

### Mutual Fund Fees and Revenue Sharing

Pershing may receive servicing fees from mutual funds that participate in Pershing's mutual fund no-transaction-fee program ("FundVest"), in lieu of transaction charges. These fees are based on a flat fee per holding and are reimbursed to Pershing for the work it performs on behalf of the funds, which may include, but is not limited to, sub-accounting, dividend calculation and posting, accounting, reconciliation, client statement preparation and mailing, tax statement preparation and mailing, and other services. Your investment professional's financial organization may receive a portion of these fees. These fees are a significant source of revenue for Pershing. For additional details regarding Pershing's mutual fund no-transaction-fee programs or a listing of funds that pay Pershing for shareholder-related services, please go to www.pershing.com/business_relationships.htm.

Pershing also receives operational reimbursements from mutual funds in the form of networking or omnibus processing fees. These fees are based on a flat fee per holding and are reimbursed to Pershing for the work it performs on behalf of the funds, which may include, but is not limited to, sub-accounting, dividend calculation and posting, accounting, reconciliation, client statement preparation and mailing. This is a significant source of revenue for Pershing. For additional details regarding Pershing's mutual fund no-transaction-fee programs or a listing of funds that pay Pershing for shareholder-related services, please go to www.pershing.com/business_relationships.htm.

### Money Fund and FDIC-Insured Bank Product Fees Revenue Sharing

Pershing receives fees for operational services it performs on behalf of Money Fund and FDIC-insured bank sweep providers, which may include establishing systems, subaccounting, recordkeeping, and posting, reconciliation, client statement preparation and mailing, tax statement preparation and mailing, and other services. For a listing of providers that pay processing fees to Pershing, please visit www.pershing.com/money_fund.htm.

### Annuity Fees and Revenue Sharing

Pershing may receive servicing fees from certain insurance companies that participate in Pershing's annuity program. Participation by your financial organization in this program is optional. These fees may be considered revenue sharing and are a source of revenue for Pershing.

Pershing also receives operational reimbursement fees from certain insurance companies. A flat fee per holding is paid to Pershing for the services it provides, which may include, but is not limited to, posting, accounting, reconciliation, and client statement preparation and mailing. These fees are a source of revenue for Pershing. For additional details regarding Pershing's annuity program or a listing of providers that pay Pershing revenue sharing and processing fees, please go to www.pershing.com/annuity_fees.htm.

[QUALIFIED FOR COMMUNICATION logo] (TEAR ALONG PERFORATION)

# TERMS AND CONDITIONS

## GENERAL INFORMATION

1. All orders and transactions shall be subject to the conditions, rules, regulations, customs, usages, rulings and interpretations of the exchange or market where executed, if any, and the transactions are executed and/or cleared, and its subsidiaries.

2. Whenever any purchase or sale is made by Pershing, LLC ("Pershing"), for your account, you shall have any interest shall accrue at your liabilities to Pershing...

3. Whenever you direct orders for any of your accounts by phone or private sale or purchase of both of all or any securities carried in...

4. Title to securities sold to you, when held by Pershing, either separately or under circumstances which will permit you without further notice...

5. You may have received confirmations of your account which show credits...

6. You may have received confirmations or statements...

7. If you maintain a margin account, this is a combined statement of your general account and a special memorandum account...

8. A financial statement of Pershing is available for your personal inspection at Pershing's offices...

9. This statement should be retained for your records.

10. If you have any complaints...

11. Pershing extends credit...

12. Pershing does not render tax, financial or legal advice...

13. Pershing provides account protection by the Securities Investor Protection Corporation (SIPC)...

14. Pershing is authorized...

15. This statement will be deemed conclusive...

16. If Pershing maintains a financial institution of record...

## PORTFOLIO HOLDINGS

## SOURCE OF PRICING

## PAYMENT FOR ORDER FLOW/PRACTICES

## ARBITRATION DISCLOSURES

- ALL PARTIES TO THIS AGREEMENT ARE GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT, INCLUDING THE RIGHT TO A TRIAL BY JURY, EXCEPT AS PROVIDED BY THE RULES OF THE ARBITRATION FORUM IN WHICH A CLAIM IS FILED.
- ARBITRATION AWARDS ARE GENERALLY FINAL AND BINDING; A PARTY'S ABILITY TO HAVE A COURT REVERSE OR MODIFY AN ARBITRATION AWARD IS VERY LIMITED.
- THE ABILITY OF THE PARTIES TO OBTAIN DOCUMENTS, WITNESS STATEMENTS AND OTHER DISCOVERY IS GENERALLY MORE LIMITED IN ARBITRATION THAN IN COURT PROCEEDINGS.
- THE ARBITRATORS DO NOT HAVE TO EXPLAIN THE REASON(S) FOR THEIR AWARD.
- THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.
- THE RULES OF SOME ARBITRATION FORUMS MAY IMPOSE TIME LIMITS FOR BRINGING A CLAIM IN ARBITRATION. IN SOME CASES, A CLAIM THAT IS INELIGIBLE FOR ARBITRATION MAY BE BROUGHT IN COURT.
- THE RULES OF THE ARBITRATION FORUM IN WHICH THE CLAIM IS FILED, AND ANY AMENDMENTS THERETO, SHALL BE INCORPORATED INTO THIS AGREEMENT.

## ARBITRATION

## ARBITRATION AGREEMENT

ANY CONTROVERSY BETWEEN YOU AND US SHALL BE SUBMITTED TO ARBITRATION BEFORE THE NEW YORK STOCK EXCHANGE, INC. OR THE FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA)...

NO PERSON SHALL BRING A PUTATIVE OR CERTIFIED CLASS ACTION TO ARBITRATION, NOR SEEK TO ENFORCE ANY PRE-DISPUTE ARBITRATION AGREEMENT AGAINST ANY PERSON WHO HAS INITIATED IN COURT A PUTATIVE CLASS ACTION; OR WHO IS A MEMBER OF A PUTATIVE CLASS WHO HAS NOT OPTED OUT OF THE CLASS WITH RESPECT TO ANY CLAIMS ENCOMPASSED BY THE PUTATIVE CLASS ACTION UNTIL: (I) THE CLASS CERTIFICATION IS DENIED; (II) THE CLASS IS DECERTIFIED; OR (III) THE CUSTOMER IS EXCLUDED FROM THE CLASS BY THE COURT. SUCH FORBEARANCE TO ENFORCE AN AGREEMENT TO ARBITRATE SHALL NOT CONSTITUTE A WAIVER OF ANY RIGHTS UNDER THIS AGREEMENT EXCEPT TO THE EXTENT STATED HEREIN.

THE LAWS OF THE STATE OF NEW YORK GOVERN.

If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.

Account Number: 7Z7-891035

CROCKER SECURITIES LLC

Clearing Through **Pershing**

One Pershing Plaza, Jersey City, New Jersey 07399    Attn: Compliance.

Page 22 of 22

Doc Break



# CROCKER SECURITIES LLC

1399 Oak Road • Suite 230 • Walnut Creek, CA 94597
935-941-1540

CROCKER SECURITIES LLC
- - TAXABLE TRADE #2 - -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597 - 7782

Your Investment Advisor:
DOUGLAS C. GREEN
(561) 750-9370

# Brokerage
## Account Statement

Account Number: 727-891035
Statement Period: 04/01/2007 - 04/30/2007

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$5,470,170.32 |
| Cash Withdrawals | -211,363.00 |
| Dividends/Interest | -99,804.44 |
| Change in Account Value | 353,738.27 |
| Ending Account Value | -$5,427,599.49 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | | | | |
| Cash and Cash Equivalents | 23,846,722.60 | 20,699,413.38 | 100% | Your Account is 100% invested in Fixed Income. |
| Account Total | -29,316,892.92 | -35,127,012.87 | 0% | |
| | -$5,470,170.32 | -$5,427,599.49 | 100% | |



OAKAR RATIO
FOR COMMUNICATION

B0093211C6F300016

A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member SIPC, NYSE and NASD. FDIC insured (if federally insured) Federally insured (if applicable) Products may lose value LLC

## Customer Service Information

| Your Investment Advisor: ROG | Contact Information | Customer Service Information |
|---|---|---|
| DOUGLAS C. GREEN | Telephone Number: (561) 750-9370 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| 601 S. FEDERAL HIGHWAY STE 301 | Fax Number: (561) 750-9360 | Customer Service Telephone Number: (800) 941-2895 |
| BOCA RATON    FL 33432-6008 | | |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| **Cash and Cash Equivalents** 0.00% of Portfolio | | | | | | |
| | Cash Balance | -43,384.72 | -149,102.68 | | | |
| | Margin Balance | -29,273,508.20 | -34,977,910.19 | | | |
| **Total Cash and Cash Equivalents** | | -$29,316,892.9 | -$35,127,012.87 | $0.00 | $0.00 | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income  100.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | | |
| **Asset Backed Securities** | | | | | | |
| 101,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549/B INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB *Security Identifier* 31383J7K8  Factor: 0.81595270 | 4.7520 | 3,916.18 | 365.13 | | |
| 134,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 *Security Identifier* 31393AD61  Factor: 0.06698603 | 0.4270 | 38.27 | 0.00 | | |
| 91,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 *Security Identifier* 31393TN11  Factor: 0.40628973 | 4.8170 | 1,781.00 | 178.70 | | |
| 124,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-GS 0.000% 09/25/31 B/E DTD 01/25/03 *Security Identifier* 31393DV66  Factor: 0.58754701 | 6.1150 | 4,306.30 | 0.00 | | |

BC09321:CC3739036

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**  A BNY Securities Group Co.
Member of the Fed of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Subsidiary of Pershing Investments LLC

Page 2 of 24



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 220 • Walnut Creek, CA 94597
925-941-1540

DO0532:1:GSF30036



# Brokerage
## Account Statement

Statement Period: 04/01/2007 - 04/30/2007

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 116,000.00 M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2647 CL-2647-LS "INV FLTG" 0.000% 07/15/33 B/E DTD 07/01/03 CLB *Security Identifier: 31394GDH3  Factor: 0.91293754* | 70.7320 | 74,905.72 | 0.00 | | |
| 137,000.00 M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB *Security Identifier: 31394KZD9  Factor: 0.67036296* | 75.0960 | 68,957.96 | 0.00 | | |
| 500,000.00 M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Moody Rating AAA S & P Rating AAA *Security Identifier: 32651DK50  Factor: 1.00000000* | 48.0790 | 240,395.00 | 0.00 | | |
| 10,000,000.00 M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 *Security Identifier: 31393YU37  Factor: 0.91545435* | 92.8210 | 8,534,467.22 | 0.00 | | |
| 83,000.00 M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 *Security Identifier: 31395LR94  Factor: 0.14163193* | 93.1010 | 11,649.77 | 27.08 | | |
| 1,846,333.00 M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 *Security Identifier: 31395KCQ4  Factor: 0.14161477* | 97.0150 | 264,410.52 | 502.72 | | |



DALBAR RATED
FOR COMMUNICATION

## Portfolio Holdings *(continued)*

8008321:ICSP30026

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| Asset Backed Securities *(continued)* | | | | | | |
| 4,400,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2074-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB *Security Identifier* 31395H2Q2  Factor: 1.00000000 | 97.6120 | 4,294,928.00 | 19,494.42 | | |
| 52,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30.L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 *Security Identifier* 31394C4S8  Factor: 0.00459756 | 99.5400 | 237.97 | 0.00 | | |
| 18,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-AY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB *Security Identifier* 31395Y3X5  Factor: 0.65867450 | 101.0420 | 11,977.86 | 76.39 | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 *Security Identifier* 31396F3F4  Factor: 0.68180350 | 99.9940 | 4,090.58 | 26.36 | | |
| 334,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3001 CL-3001 HT INV FLTR 8.000% 05/15/35 B/E DTD 07/15/05 CLB *Security Identifier* 31395WA56  Factor: 0.75946819 | 100.1480 | 254,037.80 | 1,634.71 | | |
| 7,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-110 CL-KS "INV FLTG" 5.084% 05/25/35 B/E DTD 11/01/05 *Security Identifier* 31394U2Q6  Factor: 0.05437705 | 97.0490 | 3,834.06 | 16.18 | | |
| 6,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-OT INV FLTR 8.000% 05/16/35 B/E DTD 06/16/05 CLB *Security Identifier* 38374LGE5  Factor: 0.67923163 | 102.2830 | 4,168.43 | 26.26 | | |

Account Number 777-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing®**
A JPM Securities Group Co.
Subsidies from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, NYSE, SIPC. Securities cleared through Pershing preferred LLC.

Page 4 of 24



# CROCKER SECURITIES LLC
2399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

Statement Period: 04/01/2007 - 04/30/2007

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 334,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 10 CL 10 M5 INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 Security Identifier 31395BNM7  Factor: 0.61802826 | 99.7660 | 205,938.41 | 1,247.13 | | |
| 200,000.000M | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.000% 08/15/35 B/E DTD 01/01/07 CLB Security Identifier 31397EU37  Factor: 0.98503156 | 97.2740 | 191,635.92 | 0.00 | | |
| 100,000.000M | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 B/E DTD 02/01/07 Security Identifier 31397T3I9  Factor: 0.99354058 | 98.5070 | 97,870.70 | 600.26 | | |
| 7,000.000M | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/01/05 Moody Rating AAA S & P Rating AAA Security Identifier 12669AKS6  Factor: 0.72570144 | 91.0300 | 4,624.24 | 18.27 | | |
| 887,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 Security Identifier 31396UEN6  Factor: 0.73470026 | 100.5080 | 654,989.66 | 3,937.22 | | |
| 58,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 Security Identifier 31394UT51  Factor: 0.63734290 | 98.9280 | 36,569.61 | 238.22 | | |



DALBAR RATED
FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-OUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member NASD, NYSE, SIPC, Subsidiary of Bank of New York

B00832115FSF10026

# Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| Asset Backed Securities (continued) | | | | | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier 31394UT77  Factor: 1.00000000* | 98.6590 | 9,865,900.00 | 64,444.40 | | |
| 5,000.00M | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 *Security Identifier 31394NG20  Factor: 0.68360669* | 97.2210 | 3,323.05 | 22.03 | | |
| 2,684,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 *Security Identifier 31396CXN6  Factor: 0.78778552* | 96.9580 | 2,050,095.79 | 13,626.24 | | |
| 2,241,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/01/06 CLB *Security Identifier 31396NUQ7  Factor: 0.92400761* | 100.3550 | 2,078,052.04 | 12,510.47 | | |
| 11,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 *Security Identifier 31395DFJ3  Factor: 0.79905373* | 100.6510 | 8,846.81 | 53.10 | | |
| 100,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-UO "PRIN ONLY" 0.000% 06/15/36 B/E DTD 06/01/06 *Security Identifier 31396TF73  Factor: 1.00000000* | 90.8030 | 90,803.00 | 0.00 | | |
| 250,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.860% 07/15/36 B/E DTD 07/15/06 CLB *Security Identifier 31396ULX6  Factor: 0.82804766* | 91.4180 | 188,789.06 | 475.78 | | |



# CROCKER
## SECURITIES LLC



**Brokerage Account Statement**

Statement Period: 04/01/2007 - 04/30/2007

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 200,000.000ᴹ | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E<br>DTD 06/25/06<br>*Security Identifier* 31395NQC4  Factor: 0.99998160 | 107.9270 | 215,850.03 | 1,611.08 | $0.00 | |
| 150,000.000ᴹ | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3227 CL 3227 TM INV FLTR<br>3.000% 10/15/36 B/E DTD 10/15/06 CLB<br>*Security Identifier* 31397BSM4  Factor: 0.87236643 | 98.6500 | 129,008.42 | 843.29 | $0.00 | |
| 100,000.000ᴹ | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3287 CL 3287-TA 7.000% 01/15/37 B/E<br>DTD 03/15/07<br>*Security Identifier* 31397C7B0  Factor: 1.00000000 | 98.9240 | 98,924.00 | 563.89 | $0.00 | |
| | **Total Asset Backed Securities** | | $29,699,413.38 | $122,539.33 | $0.00 | |
| | **Total Fixed Income** | | $29,699,413.38 | $122,539.33 | $0.00 | |

| Description | | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|
| **Total Portfolio Holdings** | | -55,427,599.49 | $122,539.33 | $0.00 |

## Disclosures and Other Information

**ᴹ** This symbol next to the quantity indicates a position in your margin account.

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

B0083211CSF10036

## Portfolio Holdings (continued)

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Foreign Currency Transactions - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for securities (or dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

Proxy Vote - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

## Transactions in Date Sequence

| Process/<br>Settlement<br>Date | Trade/<br>Date | Transaction<br>Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/02/07 | 02/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3152 CL-3152-TY INV FLTR<br>0.500% 03/15/36 B/E DTD 05/15/06 CLB<br>INT CORR VARIABLE RATE<br>FACTOR .9274145 REM BAL 1102419417<br>CORRECTED CONFIRM. | -11,886,674.000 | 2.0000 | 4,440.30 | 224,924.18 |
| 04/02/07 | 02/27/07 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3152 CL-3152-TY INV FLTR<br>0.500% 03/15/36 B/E DTD 06/15/06 CLB<br>FACTOR .9274145 0000D REM BAL 11024194.17 | 11,886,674.000 | 2.0000 | -2,296.71 | -222,760.59 |
| 04/02/07 | 03/29/07 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3096 CL-3096-SG INV FLTR<br>8.000% 07/15/36 B/E DTD 07/07/06<br>FACTOR 0.7986584000 REM BAL   2,143,589 | 2,684,000.000 | 97.5000 | -12,524.90 | -2,102,524.75 |
| | | | VARIABLE RATE CANCELLED TRADE<br>CANCELLED TRADE | | | | |

808321LC8P39C06

Account Number: 727-081035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Mellon Group Co
Member FINRA, NYSE, SIPC

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC, is a BNY Mellon affiliate. Pershing business unit



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



DALLAS AUTO
FOR COMMUNICATIONS

# Brokerage Account Statement

**Statement Period: 04/01/2007 - 04/30/2007**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/03/07 | 02/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3152 CL-3152-2Y INV FLTR 0.500% 03/15/36 B/E DTD 05/15/06 CLB INT CORR VARIABLE RATE FACTOR .9274414S REM BAL 110241941.7 CORRECTED CONFIRM | -11,886,674.000 | 2.0000 | 2,296.71 | 242,780.59 |
| 04/03/07 | 02/27/07 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3152 CL-3152-2Y INV FLTR 0.500% 03/15/36 B/E DTD 06/15/06 CLB INT CORR VARIABLE RATE FACTOR .9274414S REM BAL 110241941.7 CANCELLED TRADE | 11,886,674.000 | 2.0000 | -4,440.30 | -224,924.18 |
| 04/03/07 | 03/28/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3152 CL-3152-2Y INV FLTR 0.500% 03/15/36 B/E DTD 06/15/06 CLB INT CORR VARIABLE RATE FACTOR .9274414S REM BAL 110241941.7 CORRECTED CONFIRM | -11,886,674.000 | 1.8125 | 2,296.71 | 202,110.23 |
| 04/03/07 | 03/28/07 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3152 CL-3152-2Y INV FLTR 0.500% 03/15/36 B/E DTD 05/15/06 CLB FACTOR .9274414S REM BAL 110241941.7 VARIABLE RATE CANCELLED TRADE | 11,886,674.000 | 1.8725 | -4,440.30 | -204,253.82 |
| 04/03/07 | 03/30/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GCG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400,000 | 4,400,000.000 | 100.1562 | -1,344.44 | -4,108,219.44 |
| 04/03/07 | 03/30/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 VARIABLE RATE FACTOR 0.14761477000 REM BAL 271,669 | 1,636,333.000 | 97.7187 | -34.48 | -264,920.57 |
| 04/03/07 | 03/30/07 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 B MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 475,000 | 475,000.000 | 61.0000 | | -289,750.00 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
A BNY Securities Group Co.
Members of the Stock Exchange of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, NYSE, SPC Federal Deposit Insurance Corporation

Page 9 of 24

## Transactions in Date Sequence (continued)

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/03/07 | 04/03/07 | PURCHASED | FHLMC MULTICLASS MTG PRTN CTFS GTD SER-2647 CL-2647-LS "INV FLTG" 0.000% 07/15/33 B/E DTD 07/01/03 CLB FACTOR 0.92610327.00 REM BAL 107,427 VARIABLE RATE | 116,000.000 | 72.5000 | -4.18 | -77,889.47 |
| 04/03/07 | 04/03/07 | SOLD | FHLMC MULTICLASS MTG PRTN CTFS GTD SER-2647 CL-2647-LS "INV FLTG" 0.002% 07/15/33 B/E DTD 07/01/03 CLB FACTOR 0.92610327.00 REM BAL 107,427 VARIABLE RATE | -116,000.000 | 72.5000 | 60.58 | 77,945.86 |
| 04/03/07 | 04/03/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 06/25/36 B/E DTD 06/25/06 FACTOR 0.79654227.00 REM BAL 175,239 VARIABLE RATE | 220,000.000 | 92.0000 | -154.21 | -161,274.35 |
| 04/04/07 | 04/03/07 | CANCELLED SELL | FHLMC MULTICLASS MTG PRTN CTFS GTD SER-2647 CL-2647-LS "INV FLTG" 0.00% 07/15/33 B/E DTD 07/01/03 CLB FACTOR 0.92610327.00 REM BAL 107,427 VARIABLE RATE CANCELLED TRADE | 116,000.000 | 72.5000 | -60.58 | -77,945.86 |
| 04/09/07 | 04/09/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 FACTOR 0.99998634800 REM BAL 865,186 | 865,201.000 | 101.6250 | -3,364.61 | -882,610.60 |
| 04/09/07 | 04/09/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 B/E DTD 03/15/07 SOLICITED ORDER FACTOR 1.00000000 REM BAL 14000.00 | -14,000.000 | 100.0000 | 65.33 | 14,665.33 |
| 04/09/07 | 04/09/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 B/E DTD 03/15/07 SOLICITED ORDER FACTOR 1.00000000 REM BAL 14000.00 | -14,000.000 | 100.0000 | 65.33 | 14,665.33 |
| 04/12/07 | 03/12/07 | SOLD | FNMA 30 YEAR TBA SETT APRIL 5.500% 04/01/36 REG DTD 04/01/06 FACTOR 1.00000000000 REM BAL 27,000,000 | -27,000,000.000 | 99.1250 | 45,375.00 | 26,809,125.00 |
| 04/12/07 | 03/12/07 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT APRIL 5.500% 04/01/36 REG DTD 04/01/06 FACTOR 1.00000000000 REM BAL 27,000,000 CORRECTED CONFIRM | 27,000,000.000 | 98.7656 | -46,375.00 | -26,712,093.75 |
| 04/12/07 | 03/12/07 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT APRIL 5.500% 04/01/36 REG DTD 04/01/06 FACTOR 1.00000000000 REM BAL 17000000.00 CORRECTED CONFIRM | 17,000,000.000 | 98.6718 | -28,569.44 | -16,802,788.19 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co. One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, and/or NASD, SIPC, SEC Industry/Provisory Instrument Inc.

EV083241KC93700030

# CROCKER SECURITIES LLC

1399 Ygnacio Valley Road • Suite 230 • Walnut Creek, CA 94597
925-943-1540



# Brokerage Account Statement

Statement Period: 04/01/2007 - 04/30/2007

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/12/07 | 03/12/07 | CORRECTED SELL | FNMA 30 YEAR TBA SETT APRIL 5.500% 04/01/36 REG DTD 04/01/05 FACTOR 1.00000000 REM BAL 17000000.00 CORRECTED CONFIRM | -17,000,000.000 | | | 16,883,199.75 |
| 04/13/07 | 04/11/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-63 CL-63-TE 10.000% 07/25/35 B/E DTD 06/28/06 P FACTOR 0.99998634800 REM BAL 665.190 | -665,201.000 | 99.1445 | 28,569.44 | 668,515.96 |
| 04/16/07 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/07/03 CLB RD 03/30 PD 04/15/07 | | | | 392.81 |
| 04/16/07 | | BOND INTEREST RECEIVED | 137C00 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB REM BAL    665.190 | 100.0000 | | 3,325.95 | |
| 04/16/07 | | BOND INTEREST RECEIVED | 1C0C0 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS RD 03/30 PD 04/15/07 | | | | 202.56 |
| 04/16/07 | | BOND INTEREST RECEIVED | INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 RD 03/30 PD 04/15/07 | | | | 2.82 |
| 04/16/07 | | BOND INTEREST RECEIVED | 83C00 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882 CL-2882-YS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 RD 03/30 PD 04/15/07 | | | | 38.83 |
| 04/16/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882 CL-2882-YS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 RD 03/30 PD 04/15/07 | | | | 4,535.10 |
| 04/16/07 | | BOND INTEREST RECEIVED | 18C00 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-ANY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 03/30 PD 04/15/07 | | | | 80.76 |
| 04/16/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-ANY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 03/30 PD 04/15/07 | | | | 259.55 |

Clearing Through **Pershing** A BNY Securities Group Co.
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC member NASD, NYSE, SIPC, and NASD, NYSE, Inc. a subsidiary of Pershing Investment LLC

PAR-02-CUTSHEET

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/16/07 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 03/30 PD 04/15/07 | | | | 28.08 |
| 04/16/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 RD 03/30 PD 04/15/07 | | | | 121.66 |
| 04/16/07 | | BOND INTEREST RECEIVED | 12000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E D1D 07/15/06 RD 03/30 PD 04/15/07 | | | | 57.36 |
| 04/16/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 03/30 PD 04/15/07 | | | | 360.79 |
| 04/16/07 | | BOND INTEREST RECEIVED | 250000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.860% 07/15/36 B/E D1D 07/15/06 CLB RD 03/30 PD 04/15/07 | | | | 485.91 |
| 04/16/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.860% 07/15/36 B/E DTD 07/15/06 CLB RD 03/30 PD 04/15/07 | | | | 1,562.59 |
| 04/16/07 | | BOND INTEREST RECEIVED | 26000 FHLMC MTG GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 B/E DTD 03/15/07 RD 03/30 PD 04/15/07 | | | | 163.33 |
| 04/16/07 | | BOND INTEREST RECEIVED | 6000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 03/30 PD 04/16/07 | | | | 27.53 |
| 04/16/07 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL 45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 03/30 PD 04/16/07 | | | | 53.67 |
| 04/18/07 04/20/07 | 04/19/07 | CONSOLIDATED FIRM BALANCES INT. CHARGED ON DEBIT BALANCES | TRANSFERRED TO 727891043 MARGIN INTEREST FOR 31 DEBIT DAYS AV BAL 3489718811 AVG RATE 7.500 03-20-07 TO 04-19-07 | | | | -211,353.00 -225,938.95 |
| 04/20/07 | | BOND INTEREST RECEIVED | 200000 GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-89 CL-89-US INV FLTR 7.500% 10/20/34 B/E DTD 10/20/04 CLB RD 03/30 PD 04/20/07 | | | | 5,741.47 |

© 2007 Securities Group, Inc.
Pershing LLC, member NASD, NYSE, SIPC. Subsidiary of The Bank of New York.

One Pershing Plaza, Jersey City, New Jersey 07399
Subsidiary from The Bank of New York

# CROCKER SECURITIES LLC

2399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



QUALITY RATED FOR COMMUNICATION

# Brokerage Account Statement

Statement Period: 04/01/2007 - 04/30/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/20/07 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-89 CL-89-US "INV FLTR" 7.500% 10/20/34 B/E DTD 10/20/04 CLB RD 03/30 PD 04/20/07 | | | | 1,669.05 |
| 04/25/07 | 04/03/07 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2647 CL-264 I-LS "INV FLTG" 0.000% 07/15/33 B/E DTD 07/01/03 CLB FACTOR .91293754000 REM BAL 105900.75 | 116,000.000 | 72.5000 | -4.12 | -76,786.29 |
| 04/25/07 | 04/03/07 | CANCELLED PURCHASE | VARIABLE RATE CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2647 CL-264 I-LS "INV FLTG" 0.000% 07/15/33 B/E DTD 07/01/03 CLB FACTOR .92926103270 REM BAL 107,427 VARIABLE RATE CANCELLED TRADE. | -116,000.000 | 72.5000 | 4.18 | 77,689.47 |
| 04/25/07 | | BOND INTEREST RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/01/05 RD 03/30 PD 04/25/07 | | | | 19.71 |
| 04/25/07 | | RETURN OF PRINCIPAL RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/01/05 RD 03/30 PD 04/25/07 | | | | 216.43 |
| 04/25/07 | | BOND INTEREST RECEIVED | 134000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 RD 03/30 PD 04/25/07 | | | | 60.69 |
| 04/25/07 | | BOND INTEREST RECEIVED | 124000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-GS 0.000% 09/25/31 B/E DTD 07/25/03 RD 03/30 PD 04/25/07 | | | | 105.46 |
| 04/25/07 | | BOND INTEREST RECEIVED | 97000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 03/30 PD 04/25/07 | | | | 197.67 |

D00832.12CSF30036

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/25/07 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-OD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RO 03/30 PD 04/25/07 | | | | 20,503.95 |
| 04/25/07 | | PRINCIPAL PAY DOWN RECEIVED | 0.000% 03/25/34 B/E DTD 05/25/04 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-OD "INV" RO 03/30 PD 04/25/07 | | | | 27,289.10 |
| 04/25/07 | | BOND INTEREST RECEIVED | 5200.01 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RO 03/30 PD 04/25/07 | | | | 7.41 |
| 04/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RO 03/30 PD 04/25/07 | | | | 1,912.95 |
| 04/25/07 | | BOND INTEREST RECEIVED | 7000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 5.084% 05/25/35 B/E DTD 11/01/05 | | | | 17.34 |
| 04/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 5.084% 05/25/35 B/E DTD 11/01/05 RO 03/30 PD 04/25/07 | | | | 142.40 |
| 04/25/07 | | BOND INTEREST RECEIVED | 5000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RO 03/30 PD 04/25/07 | | | | 247.45 |
| 04/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RO 03/30 PD 04/25/07 | | | | 152.05 |
| 04/25/07 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RO 03/30 PD 04/25/07 | | | | 66,666.67 |
| 04/25/07 | | BOND INTEREST RECEIVED | 5000 FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RO 03/30 PD 04/25/07 | | | | 23.52 |
| 04/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RO 03/30 PD 04/25/07 | | | | 109.42 |

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing is a Subsidiary, other NYSE, SPC SIPC Trademark of Pershing reserved LLC

Page 14 of 24



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540

DLABAR RATED FOR COMMUNICATION

# Brokerage Account Statement

Statement Period: 04/01/2007 - 04/30/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/25/07 | | BOND INTEREST RECEIVED | 6150000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 RD 03/30 PD 04/25/07 | | | | 28,370.23 |
| 04/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 RD 03/30 PD 04/25/07 | | | | 230,092.65 |
| 04/25/07 | | BOND INTEREST RECEIVED | 11000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 RD 03/30 PD 04/25/07 | | | | 58.02 |
| 04/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 RD 03/30 PD 04/25/07 | | | | 493.56 |
| 04/25/07 | | BOND INTEREST RECEIVED | 220000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-16-NS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 RD 03/30 PD 04/25/07 | | | | 578.29 |
| 04/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-16-NS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 RD 03/30 PD 04/25/07 | | | | 3,059.53 |
| 04/25/07 | | BOND INTEREST RECEIVED | 200000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 05/25/06 RD 03/30 PD 04/25/07 | | | | 1,666.64 |
| 04/26/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 05/25/06 RD 03/30 PD 04/25/07 | 116,000.000 | | | 0.38 |
| 04/25/07 | 04/03/07 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2647 CL-2647-LS "INV FLTG" 0.000% 07/15/33 B/E DTD 07/01/03 CLB FACTOR .9T29375400000 REM BAL 105900.75 VARIABLE RATE CORRECTED CONFIRM | 72,000.000 | 72.5000 | -4.12 | -76,782.17 |

B0082211C5F3V036

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/26/07 | 04/03/07 | CANCELLED PURCHASE | FHLMC MULTICLASS PARTN CTFS GTD SER-2647 CL-2647-LS "INV FLTG" 0.000% 07/15/33 B/E DTD 07/01/03 CLB FACTOR.91293754000D REM BAL 105900.75 VARIABLE RATE CANCELLED TRADE | -116,000.000 | 72.5000 | 4.12 | 76,786.29 |
| 04/30/07 | 03/28/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 03/25/04 FACTOR.91945435000D REM BAL 919454.50 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 122.0156 | 3,473.49 | 11,222,253.21 |
| 04/30/07 | 03/28/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10000000.00 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 121.2656 | 64,444.44 | 12,191,006.94 |
| 04/30/07 | 03/28/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR .78788520000 REM BAL 2114416.34 CORRECTED CONFIRM | -2,684,000.000 | 97.5000 | 12,354.44 | 2,073,910.37 |
| 04/30/07 | 03/29/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-GS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR.654545310000 REM BAL 4025442.59 CORRECTED CONFIRM | -6,150,000.000 | 100.6562 | 25,941.74 | 4,077,801.29 |
| 04/30/07 | 03/28/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4400000.00 CORRECTED CONFIRM | -4,400,000.000 | 100.1875 | 19,494.44 | 4,427,744.44 |
| 04/30/07 | 03/30/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.280% 08/15/34 B/E DTD 12/01/04 FACTOR.14761417000D REM BAL 271069.87 VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 97.7500 | 500.00 | 265,470.80 |
| 04/30/07 | 03/30/07 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500000.00 CORRECTED CONFIRM | -500,000.000 | 61.0625 |  | 305,312.50 |
| 04/30/07 | 04/03/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 06/25/06 B/E DTD 05/25/06 FACTOR.78283629000 REM BAL 172179.76 VARIABLE RATE CORRECTED CONFIRM | -220,000.000 | 93.0000 | 94.70 | 160,271.87 |

BD98221ICSF2C036



# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925.941.1810



DJ&AR RATED
FOR COMMUNICATION

**Brokerage**
*Account Statement*

Statement Period: 04/01/2007 - 04/30/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/30/07 | 04/26/07 | PURCHASED | BANC AMER MTG SECS INC 2003-6 MTG PASSTHRU CTF 1-A-3 5.250% 08/26/33 B/E DTD 07/01/03 CLB FACTOR 1.000000000 REM BAL 552.925 | 552,925.000 | 29.5000 | -2,338.41 | -165,451.49 |
| 04/30/07 | 04/26/07 | SOLD | BANC AMER MTG SECS INC 2003-6 MTG PASSTHRU CTF 1-A-3 5.250% 08/26/33 B/E DTD 07/01/03 CLB FACTOR 1.000000000 REM BAL 552.925 | -552,925.000 | 29.5000 | 2,338.41 | 168,216.12 |
| 04/30/07 | 04/26/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-92 CL-92-SQ 10.000% 09/25/33 B/E DTD 08/25/03 FACTOR 0.339273000 REM BAL 254.454 | 30,000.000 | 30.0000 | -240.32 | -236,883.24 |
| 04/30/07 | 04/26/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-92 CL-92-SQ 10.000% 09/25/33 B/E DTD 08/25/03 FACTOR 0.339273000 REM BAL 254.454 | 93,000.000 | 93.0000 | -240.32 | -236,883.24 |
| 04/30/07 | 04/26/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-92 CL-92-SQ 10.000% 09/25/33 B/E DTD 08/25/03 FACTOR 0.339273000 REM BAL 254.454 | -750,000.000 | 93.5000 | 240.32 | 238,155.51 |
| 04/30/07 | 04/26/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-57 CL-57-ES 0.846% 03/25/35 B/E DTD 06/25/05 FACTOR 0.679244300 REM BAL 152.829 VARIABLE RATE | 225,000.000 | 84.0000 | -17.96 | -128,395.13 |
| 04/30/07 | 04/26/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-57 CL-57-ES 0.846% 03/25/35 B/E DTD 06/25/05 FACTOR 0.679244300 REM BAL 152.829 VARIABLE RATE | -225,000.000 | 84.0000 | 17.96 | 128,395.13 |
| 04/30/07 | 04/26/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2830 CL-2830-SU INV FLTG RATE 2.832% 07/15/34 D/E DTD 07/15/04 CLB FACTOR 0.416130500 REM BAL 205.152 VARIABLE RATE | 493,000.000 | 86.0000 | -242.09 | -176,672.91 |
| 04/30/07 | 04/26/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2830 CL-2830-SU INV FLTG RATE 2.832% 07/15/34 B/E DTD 07/15/04 CLB FACTOR 0.416130600 REM BAL 205.152 VARIABLE RATE | -493,000.000 | 86.0000 | 242.09 | 176,672.91 |

Account Number: 777-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

• BNY Securities Group, Inc.
Member New York Stock Exchange
Pershing LLC, member FINRA, NYSE, SIPC (Subsidiary) of Pershing Investments LLC

One Pershing Plaza, Jersey City, New Jersey 07399

D00032-11CSF31C036

# Transactions in Date Sequence *(continued)*

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/30/07 | 04/26/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GC-S 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400.000 | 4,400,000.000 | 100.2187 | -19,494.44 | -4,429,119.44 |
| 04/30/07 | 04/26/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-290G CL-290G-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 FACTOR 0.147614700 REM BAL 271,069 VARIABLE RATE | 1,835,333.000 | 97.7812 | -500.00 | -265,555.51 |
| 04/30/07 | 04/26/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-290G CL-290G-S "INV FLTR" 4.183% 07/15/34 B/E DTD 12/15/04 CLB FACTOR 0.785342300 REM BAL 1,390,066 VARIABLE RATE | 1,770,000.000 | 90.0000 | -2,422.77 | -1,253,482.50 |
| 04/30/07 | 04/26/07 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-290G CL-290G-S "INV FLTR" 4.183% 07/15/34 B/E DTD 12/15/04 CLB FACTOR 0.785342300 REM BAL 1,390,066 VARIABLE RATE | 1,770,000.000 | 92.5000 | 2,422.77 | 1,288,234.16 |
| 04/30/07 | 04/26/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CFFS GTD SER-3035 CL-3035-TP INV FLTR 6.500% 12/15/33 B/E DTD 09/01/05 CLB FACTOR 0.575996410000 REM BAL 627803.39 VARIABLE RATE CORRECTED CONFIRM | 1,090,000.000 | 96.0000 | -3,287.25 | -605,978.50 |
| 04/30/07 | 04/26/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CFFS GTD SER-3035 CL-3035-TP INV FLTR 6.500% 12/15/33 B/E DTD 09/01/05 CLB FACTOR 0.575996410000 REM BAL 627803.39 VARIABLE RATE CORRECTED CONFIRM | 1,090,000.000 | 97.0000 | 3,287.25 | 612,256.54 |
| 04/30/07 | 04/26/07 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 07/15/36 B/E DTD 07/01/06 FACTOR 0.787785620 REM BAL 2,114,416 VARIABLE RATE CORRECTED CONFIRM | 2,684,000.000 | 97.5312 | -12,354.44 | -2,074,571.12 |
| 04/30/07 | 04/26/07 | CORRECTED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 20038 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500000.00 CORRECTED CONFIRM | 500,000.000 | 61.0937 | | -305,468.75 |
| 04/30/07 | 04/26/07 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-89 CL-89-US "INV FLTR" 7.500% 10/20/34 B/E DTD 10/20/04 CLB FACTOR 0.458383010 REM BAL 618,817 VARIABLE RATE | 1,350,000.000 | 98.5687 | 1,289.20 | 613,724.71 |

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540



DANBAR RAND
FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

# Brokerage
## Account Statement

Statement Period: 04/01/2007 - 04/30/2007

Clearing Through **Pershing**
PAR-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Member FINRA, NYSE, SIPC. (Subsidiary of Pershing Investments LLC

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/30/07 | 04/26/07 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER-2004-89 CL-89-US "INV FLTR" 7.500% 10/20/34 B/E DTD 10/20/04 CLB FACTOR 0.45838390100 REM BAL 297,948 | -650,000.000 | 99.0000 | 620.73 | 235,590.20 |
| 04/30/07 | 04/27/07 | PURCHASED | VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 10 CL 10 MS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 FACTOR 0.61802820600 REM BAL 206,421 | 334,000.000 | 98.5000 | -1,247.13 | -204,572.25 |
| 04/30/07 | 04/27/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3001 CL 3001 HT INV FLTR 8.000% 05/15/35 B/E DTD 07/15/05 CLB FACTOR 0.75946819000 REM BAL 253,662 | 334,000.000 | 98.5000 | -845.54 | -250,702.98 |
| 04/30/07 | 04/27/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 FACTOR 0.73470026000 REM BAL 642,882 | 875,000.000 | 98.5000 | -2,008.95 | -635,228.74 |
| 04/30/07 | 04/27/07 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB FACTOR 0.97236943000 REM BAL 130,854 | 150,000.000 | 98.5000 | -436.18 | -128,674.05 |
| 04/30/07 | 04/27/07 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.000% 08/15/35 B/E DTD 01/01/07 CLB FACTOR 0.98503915600 REM BAL 197,006 | 200,000.000 | 98.0000 | -1,269.60 | -194,335.79 |
| 04/30/07 | 04/27/07 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273 TH INV FLTR 7.500% 08/15/35 B/E DTD 02/01/07 FACTOR 0.99354058000 REM BAL 99,354 | 100,000.000 | 98.0000 | -600.26 | -97,967.24 |
| 04/30/07 | 04/27/07 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 B/E DTD 03/15/07 FACTOR 1.00000000000 REM BAL 100,000 | 100,000.000 | 98.0000 | -291.67 | -98,291.67 |

00983211/CGP30036

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/30/07 | 04/30/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46 QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.91946435000 REM BAL 9,194,543 VARIABLE RATE | 10,000,000.000 | 122.0468 | -3,473.49 | -11,225,726.50 |
| 04/30/07 | 04/30/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000000 REM BAL 10,000,000 VARIABLE RATE | 10,000,000.000 | 121.2988 | -64,444.44 | -12,194,131.94 |
| 04/30/07 | 04/30/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB FACTOR 0.92400761000 REM BAL 2,698,862 | 2,910,000.000 | 98.0300 | -16,245.21 | -2,651,330.11 |
| 04/30/07 | 04/30/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR .92400761 REM BAL 2772.02 | -3,000.000 | 100.0000 | 16.75 | 2,788.77 |
| 04/30/07 | 04/30/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR .92400761 REM BAL 14784.12 | -16,000.000 | 100.0000 | 89.32 | 14,873.44 |
| 04/30/07 | 04/30/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR .92400761 REM BAL 7392.06 | -8,000.000 | 100.0000 | 44.65 | 7,435.72 |
| 04/30/07 | 04/30/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR .92400761 REM BAL 47124.39 | -51,000.000 | 100.0000 | 284.71 | 47,409.10 |
| 04/30/07 | 04/30/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR .92400761 REM BAL 1846.02 | -2,000.000 | 100.0000 | 11.17 | 1,859.19 |
| 04/30/07 | 04/30/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR .92400761 REM BAL 36960.30 | -40,000.000 | 100.0000 | 223.30 | 37,183.60 |

00093121:CSF30036



# CROCKER SECURITIES LLC
2999 Oak Road • Suite 210 • Walnut Creek, CA 94597
925.943.1540

# Brokerage
## Account Statement

Statement Period: 04/01/2007 - 04/30/2007

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/30/07 | 04/30/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3151 CL 3151 US INV FLTR<br>7.500% 01/15/36 B/E DTD 05/01/06 CLB<br>SOLICITED ORDER FACTOR .92400761<br>REM BAL 462004 | -5,000.000 | 100.0000 | 27.91 | 4,647.95 |
| 04/30/07 | 04/30/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3151 CL 3151 US INV FLTR<br>7.500% 01/15/36 B/E DTD 05/01/06 CLB<br>SOLICITED ORDER FACTOR .92400761<br>REM BAL 184002 | -2,000.000 | 100.0000 | 11.17 | 1,859.19 |
| 04/30/07 | 04/30/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3151 CL 3151 US INV FLTR<br>7.500% 01/15/36 B/E DTD 05/01/06 CLB<br>SOLICITED ORDER FACTOR .92400761<br>REM BAL 462004 | -4,000.000 | 100.0000 | 22.33 | 3,718.36 |
| 04/30/07 | 04/30/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3151 CL 3151 US INV FLTR<br>7.500% 01/15/36 B/E DTD 05/01/06 CLB<br>SOLICITED ORDER FACTOR .92400761<br>REM BAL 369803 | -5,000.000 | 100.0000 | 27.91 | 4,647.95 |
| 04/30/07 | 04/30/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3151 CL 3151 US INV FLTR<br>7.500% 01/15/36 B/E DTD 05/01/06 CLB<br>SOLICITED ORDER FACTOR .92400761<br>REM BAL 924008 | -10,000.000 | 100.0000 | 55.83 | 9,295.91 |
| 04/30/07 | 04/30/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3151 CL 3151 US INV FLTR<br>7.500% 01/15/36 B/E DTD 05/01/06 CLB<br>SOLICITED ORDER FACTOR .92400761<br>REM BAL 2772.02 | -3,000.000 | 100.0000 | 16.75 | 2,788.77 |
| 04/30/07 | 04/30/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3151 CL 3151 US INV FLTR<br>7.500% 01/15/36 B/E DTD 05/01/06 CLB<br>SOLICITED ORDER FACTOR .92400761<br>REM BAL 2772.02 | -3,000.000 | 100.0000 | 16.75 | 2,788.77 |

Account Number: 717-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
PAR-02-CUTSHEET

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/30/07 | 04/30/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR .92400761 REM BAL 831607 | -9,000.000 | 100.0000 | 50.24 | 8,366.31 |
| 04/30/07 | 04/30/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR .92400761 REM BAL 739206 | -8,000.000 | 100.0000 | 44.66 | 7,436.72 |
| 04/30/07 | 04/30/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB FACTOR 0.92400761 REM BAL 462.003 | -500,000.000 | 99.5000 | 2,791.27 | 462,465.06 |

Total Value of all Transactions                                                                                                                                       -$5,810,119.95

The price and quantity displayed may have been rounded.

## Messages

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES LLC TO RECEIVE A COPY.

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 05/31/07 | 04/03/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2647 CL-2647-LS "INV FLTG" 0.000% 07/15/33 B/E DTD 07/01/03 CLB FACTOR 91239374000000 REM BAL 105900.75 VARIABLE RATE | -116,000.000 | .7250000 | -61.78 | 76,839.83 |
| 05/14/07 | 04/10/07 | Buy | FNMA 3Q YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL 17,000.000 | 17,000,000.000 | 97.8437 | 33,763.89 | -16,667,201.39 |
| 05/14/07 | 04/10/07 | Buy | FNMA 3Q YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL 27,000.000 | 27,000,000.000 | 97.8281 | 53,625.00 | -26,467,218.75 |
| 05/14/07 | 04/10/07 | Sell | FNMA 3Q YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL 6,120.000 | -6,120,000.000 | 98.7070 | -12,155.00 | 6,053,025.31 |

8009321LC8P1V0636

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**

* BNY Securities Group, Inc.
Member, New York Stock Exchange,
SIPC, Pershing

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, NASD, SIPC. A BNY Securities Group Company.

# CROCKER SECURITIES LLC

2299 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

DALBAR RATED FOR COMMUNICATION

# Brokerage
## Account Statement

Statement Period: 04/01/2007 - 04/30/2007

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-Q2-CUTSHEET

A BNY Securities Group, Inc.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, Subsidiary of The Bank of New York Mellon Corporation

Page 23 of 24

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 05/14/07 | 04/10/07 | Sell | FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL 10,880,000 | -10,880,000.000 | 98.7070 | -27,608.83 | 10,760,933.90 |
| 05/14/07 | 04/10/07 | Sell | FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL 27,000,000 | -27,000,000.000 | 98.7304 | -53,675.00 | 26,710,831.56 |
| 05/31/07 | 04/26/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400.000 | -4,400,000.000 | 100.2500 | -20,166.67 | 4,431,166.67 |
| 05/31/07 | 04/26/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2805 CL-2805-LS INV FLTR 2.2896% 08/15/34 B/E DTD 12/01/04 FACTOR 0.147647700 REM BAL 271,069 | -1,836,333.000 | 97.8125 | -511.25 | 265,657.47 |
| 05/31/07 | 04/26/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 07/15/36 B/E DTD 07/01/06 FACTOR 0.787785200 REM BAL 2,114,416 | -2,684,000.000 | 97.5625 | -12,780.46 | 2,075,657.90 |
| 05/31/07 | 04/26/07 | Sell | VARIABLE RATE FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500000.00 | -500,000.000 | 611.1562 | 0.00 | 305,781.25 |
| 05/31/07 | 04/27/07 | Sell | CORRECTED CONFIRM FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 10 CL 10 MS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 FACTOR 0.618082600 REM BAL 206,421 | -334,000.000 | 98.0000 | -1,290.13 | 205,647.35 |
| 05/31/07 | 04/27/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3001 CL 3001 HI INV FLTR 8.000% 05/15/35 B/E DTD 07/15/05 CLB FACTOR .759408190000 REM BAL 253662.38 | -334,000.000 | 98.0000 | -1,691.08 | 252,816.83 |
| 05/31/07 | 04/27/07 | Sell | CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 FACTOR 0.734700600 REM BAL 642,862 | -875,000.000 | 99.0000 | -2,142.88 | 638,576.98 |

B30812311CCP3005

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 05/31/07 | 04/27/07 | Sell | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB FACTOR 0.87236643000 REM BAL  130.854 | -150,000.000 | 98.5000 | -465.26 | 129,357.40 |
| 05/31/07 | 04/27/07 | Sell | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.000% 08/15/35 B/E DTD 01/01/07 CLB FACTOR 0.98503315000 REM BAL  197,006 | -200,000.000 | 98.5000 | -1,313.38 | 195,364.60 |
| 05/31/07 | 04/27/07 | Sell | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 B/E DTD 02/01/07 FACTOR 0.99354058000 REM BAL  99.354 | -100,000.000 | 98.5000 | -520.96 | 98,484.71 |
| 05/31/07 | 04/27/07 | Sell | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 B/E DTD 03/15/07 FACTOR 1.00000000000 REM BAL  100.000 | -100,000.000 | 98.5000 | -311.11 | 98,811.11 |
| 05/31/07 | 04/30/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46 QD "INV" 0.000% 03/25/34 B/E DTD 05/26/04 FACTOR 0.91964543000 REM BAL  9,194,543 | -10,000,000.000 | 121.7968 | -4,168.19 | 11,202,834.84 |
| 05/31/07 | 04/30/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP INV FLTG" 8.000% 12/25/35 B/E DTD 11/07/05 FACTOR 1.00000000000 REM BAL  10,000,000 VARIABLE RATE | -10,000,000.000 | 121.0156 | -66,666.67 | 12,168,229.17 |
| 05/31/07 | 04/30/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-61 CL-63-TE 10.000% 07/25/36 B/E DTD 06/26/06 FACTOR 0.99998816000 REM BAL  199.996 VARIABLE RATE | -200,000.000 | 102.0000 | -333.33 | 204,329.58 |
| 05/31/07 | 04/30/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB FACTOR 0.92400076100 REM BAL  2,070,701 | -2,241,000.000 | 98.5000 | -12,941.86 | 2,052,582.42 |
| 05/31/07 | 04/30/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.860% 07/15/36 B/E DTD 07/15/06 CLB FACTOR 0.82604760600 REM BAL  206,511 | -250,000.000 | 86.7500 | -262.50 | 179,411.59 |
| Total Amount of Trades Not Settled | | | | | | | $34,971,940.35 |

D008321.CGFT0036

Account Number: 727-891035
CROCKER SECURITIES LLC
Clearing Through Pershing
A BNY Securities Group Co. Subsidiary from the Bank of New York
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC. Securities cleared through/on behalf of
Page 24 of 24