# THEODORE BRAGG DECLARATION

# EXHIBIT A

# 8 OF 9



Doc Break

# CROCKER SECURITIES LLC

1999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

CROCKER SECURITIES LLC
- -TAXABLE TRADE #2- -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Your Investment Advisor:
DOUGLAS C. GREEN
(561) 750-9370

# Brokerage

## Account Statement

Account Number: 727-891035
Statement Period: 05/01/2007 - 05/31/2007

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$5,427,699.49 |
| Cash Withdrawals | -114,355.00 |
| Dividends/Interest | -34,451.74 |
| Change in Account Value | -1,231,562.77 |
| Ending Account Value | -$6,858,075.00 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| **Fixed Income** | | | | |
| Cash and Cash Equivalents | 29,699,413.38 | 23,894,943.96 | 100% | Your Account is 100% Invested in Fixed Income. |
| | -35,127,012.87 | -30,753,018.96 | 0% | |
| Account Total | -$5,427,599.49 | -$6,858,075.00 | 100% | |

QUASAR RATED FOR COMMUNICATION

## Customer Service Information

**Your Investment Advisor: RDG**

DOUGLAS C. GREEN
601 S. FEDERAL HIGHWAY STE 301
BOCA RATON       FL 33432-6008

| Contact Information | Customer Service Information |
| --- | --- |
| Telephone Number: (561) 750-9370 | Service Hours: Weekdays 06:00 a.m. - 05:00 p.m. PST |
| Fax Number: (561) 750-9360 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
| --- | --- | --- | --- | --- | --- | --- |
| | Cash and Cash Equivalents 0.00% of Portfolio | | | | | |
| | Cash Balance | -149,102.68 | 0.00 | | | |
| | Margin Balance | -34,977.910.19 | -30,753,018.96 | | | |
| | **Total Cash and Cash Equivalents** | **-$35,127,012.8** | **-$30,753,018.96** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
| --- | --- | --- | --- | --- | --- | --- |
| | **Fixed Income  100.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | |
| | **Asset Backed Securities** | | | | | |
| 101,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB *Security Identifier* 31393J7K8  Factor: 0.78777132 | 4.6240 | 3,679.08 | 364.67 | | |
| 134,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 *Security Identifier* 31393AD61  Factor: 0.03872009 | 0.1750 | 9.08 | 0.00 | | |
| 91,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 *Security Identifier* 31393TNJ1  Factor: 0.38337803 | 5.3180 | 1,855.31 | 174.44 | | |
| 124,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-GS 0.000% 09/25/31 B/E DTD 07/25/03 *Security Identifier* 31393DAX6  Factor: 0.56086762 | 5.9830 | 4,161.03 | 0.00 | | |

Account Number: 727-897035
CROCKER SECURITIES LLC

Clearing Through **Pershing**  A BNY Securities Group Co.
Subsidiary of The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NASD, NYSE, SIPC, is a wholly owned subsidiary of The Bank of New York Co., Inc.

Page 2 of 21

6010082725P310014

# CROCKER SECURITIES LLC

3899 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



## Brokerage Account Statement

Statement Period: 05/01/2007 - 05/31/2007

## Portfolio Holdings (continued)

**Fixed Income** (continued)
**Asset Backed Securities** (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| 137,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB Security Identifier 31394KZD9  Factor: 0.67036256 | 67.7150 | 62,189.27 | 0.00 | | |
| 5,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2835 CL-2835-UR 8.000% 09/15/33 B/E DTD 08/15/04 Security Identifier 31395F3U6  Factor: 0.45388657 | 100.4300 | 2,279.19 | 15.13 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-OD "INV" 0.000% 03/25/34 B/E DTD 06/25/04 Security Identifier 31393TU37  Factor: 0.91699985 | 81.9670 | 7,516,372.67 | 0.00 | | |
| 83,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 Security Identifier 31395UB94  Factor: 0.13469262 | 97.4970 | 10,899.67 | 26.64 | | |
| 10,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 Security Identifier 31395RCQ4  Factor: 0.14565772 | 94.1730 | 1,371.70 | 2.78 | | |
| 6,150,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-T14 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 Security Identifier 31394UJD3  Factor: 0.65454351 | 95.1350 | 3,869,859.23 | 26,836.26 | | |

BDD008271CSP1AVC34

Clearing Through **Pershing**
PAR-02-CUTSHEET

Core Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC, is a subsidiary of The Bank of New York
A BNY Securities Group, Inc.
Services from The Bank of New York

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| Asset Backed Securities *(continued)* | | | | | | |
| 304,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 2929 CL-2925-TS INV FLTR<br>7.000% 02/15/35 B/E DTD 02/15/05 CLB<br>*Security Identifier 31395MBW8  Factor: 0.17007497* | 94.6450 | 201,617.75 | 1,242.65 | | |
| 18,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 2990 CL-2990AVI INV FLTR<br>8.000% 03/15/35 B/E DTD 06/15/05 CLB<br>*Security Identifier 31395V3X5  Factor: 0.62164130* | 97.1170 | 10,873.66 | 74.60 | | |
| 6,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3053 CL-3053-WTI INV CPNR<br>8.000% 04/15/35 B/E DTD 10/01/05<br>*Security Identifier 31396E3E4  Factor: 0.64015642* | 98.9210 | 3,799.50 | 25.61 | | |
| 7,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER 2005-110 CL-AS "INV FLTG"<br>5.084% 05/25/35 B/E DTD 11/01/05<br>*Security Identifier 31399UQ96  Factor: 0.53496521* | 93.2460 | 3,491.67 | 15.86 | | |
| 6,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-45 CL-45-DT INV FLTR<br>8.000% 06/16/35 B/E DTD 06/16/05 CLB<br>*Security Identifier 38374LGE5  Factor: 0.67070313* | 100.6880 | 4,051.91 | 26.83 | | |
| 7,000.000M | CWMBS INC MTG PASS THRU CTF<br>SER 2005-24 CL-A-26 "INV FLTG"<br>4.464% 10/25/35 B/E DTD 09/01/05<br>Moody Rating AAA S & P Rating AAA<br>*Security Identifier 12669AKS6  Factor: 0.70880640* | 86.1190 | 4,272.92 | 18.46 | | |
| 639,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/15/06<br>*Security Identifier 31399UEN6  Factor: 0.69941161* | 100.2300 | 447,311.47 | 2,789.28 | | |



CROCKER
SECURITIES LLC
3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

HO10083 27C5F3 10C34

# Portfolio Holdings *(continued)*

**Brokerage Account Statement**

Statement Period: 05/01/2007 - 05/31/2007

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 58,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-T10 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier* 31394UTS1 *Factor:* 0.67130972 | 96.8100 | 34,661.82 | 238.69 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-T10 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier* 31394UT77 *Factor:* 1.00000000 | 96.3510 | 9,635,100.00 | 66,666.60 | | |
| 5,000.000M | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 *Security Identifier* 31394NG20 *Factor:* 0.66851537 | 82.9110 | 3,105.62 | 22.28 | | |
| 2,131,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB *Security Identifier* 31396NU07 *Factor:* 0.86590022 | 98.7100 | 1,839,882.19 | 11,532.69 | | |
| 11,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 *Security Identifier* 31395DF33 *Factor:* 0.77928079 | 102.3770 | 8,775.85 | 53.58 | | |
| 100,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-UO "PRIN ONLY" 0.000% 06/15/36 B/E DTD 06/01/06 *Security Identifier* 31396TF73 *Factor:* 1.00000000 | 78.7950 | 78,795.00 | 0.00 | | |

DALMAR RATIO
FOR COMMUNICATIONS

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAE-02-CUTSHEET

A BNY Securities Group Co.
Solutions from The Bank of New York

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, SIPC, NYSE, a subsidiary of The Bank of New York Mellon Corporation

Page 5 of 21

# Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** (continued) | | | | | |
| | Asset Backed Securities (continued) | | | | | |
| 220,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-46 CL 46 AS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 Security Identifier 31395O7DS  Factor: 0.76782028 | 86.7740 | 146,528.37 | 557.44 | $0.00 | |
| | **Total Asset Backed Securities** | | $23,894,943.36 | $110,684.49 | $0.00 | |
| | **Total Fixed Income** | | $23,894,943.96 | $110,684.49 | $0.00 | |

| Description | | | Market Value | Accrued Interest | Estimated Annual Income | |
|---|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | | -$6,858,075.00 | $110,684.49 | $0.00 | |

**#** This symbol next to the quantity indicates a position in your margin account.

## Disclosures and Other Information

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

**Foreign Currency Transactions** - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

**Proxy Vote** - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.



# CROCKER SECURITIES LLC
3999 Gala Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



## Brokerage Account Statement

**Statement Period 05/01/2007 - 05/31/2007**

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/01/07 | 05/03/07 | CONSOLIDATED FIRM BALANCES | TRANSFERRED TO 727891043 | | | | -114,355.00 |
| 05/02/07 | 05/03/07 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46 AN INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 FACTOR .782635826000 REM BAL 172179.76 | 220,000.000 | 93.0000 | -94.70 | -160,221.87 |
| 05/09/07 | 05/09/07 | PURCHASED | VARIABLE RATE CANCELLED TRADE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-14 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.65454535100 REM BAL 4,025.442 | 6,150,000.000 | 100.6875 | -7,166.34 | -4,060,273.84 |
| 05/14/07 | 04/10/07 | SOLD | FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL 6,120,000 | -6,120,000.000 | 93.7070 | 12,155.00 | 6,053,025.31 |
| 05/14/07 | 04/10/07 | SOLD | FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL 10,880,000 | -10,880,000.000 | 93.7070 | 21,608.89 | 10,760,933.90 |
| 05/14/07 | 04/10/07 | SOLD | FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL 10,880,000 | -27,000,000.000 | 93.7304 | 53,625.00 | 26,710,851.58 |
| 05/14/07 | 04/10/07 | CORRECTED PURCHASE | CORRECTED CONFIRM FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL 27000000.00 | 27,000,000.000 | 98.7929 | -53,625.00 | -26,727,726.56 |
| 05/11/07 | 05/11/07 | PURCHASED | CORRECTED CONFIRM FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL 10,880,000 | 10,880,000.000 | 98.7617 | -21,608.89 | -10,766,883.90 |
| 05/14/07 | 05/11/07 | PURCHASED | FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL 6,120,000 | 6,120,000.000 | 98.7617 | -12,155.00 | -6,056,372.19 |
| | | | FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL 10,880,000 | | 98.7070 | 27,608.89 | |
| 05/15/07 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB RD 04/20 PD 06/15/07 | | | | 377.72 |
| 05/15/07 | | BOND INTEREST RECEIVED | 116000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2647 CL-2647-LS INV FLTG 0.000% 07/15/33 B/E DTD 07/01/03 CLB RD 04/30 PD 05/15/07 | | | | 61.78 |

EO1008276SF10034

DALBAR RATED FOR COMMUNICATION

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2647 CL 2647-LS "INV FLTG" 0.000% 07/15/33 B/E DTD 07/01/03 CLB RD 04/30 PD 05/15/07 | | | | 1,274.60 |
| 05/15/07 | | BOND INTEREST RECEIVED | 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692.SC 0.000% 07/15/33 REG DTD 10/15/03 CLB RD 04/30 PD 05/15/07 | | | | 202.56 |
| 05/15/07 | | BOND INTEREST RECEIVED | 440000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB RD 04/30 PD 05/15/07 | | | | 20,166.67 |
| 05/15/07 | | BOND INTEREST RECEIVED | 1846333 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 09/15/34 B/E DTD 12/01/04 RD 04/30 PD 05/15/07 | | | | 520.06 |
| 05/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 09/15/34 B/E DTD 12/01/04 RD 04/30 PD 05/15/07 | | | | 3,613.36 |
| 05/15/07 | | BOND INTEREST RECEIVED | 83000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 2.860% 04/15/34 B/E RD 04/30 PD 05/15/07 | | | | 28.02 |
| 05/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 RD 04/30 PD 05/15/07 | | | | 575.96 |
| 05/15/07 | | BOND INTEREST RECEIVED | 18000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-NY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 04/30 PD 05/15/07 | | | | 79.03 |
| 05/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-NY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 04/30 PD 05/15/07 | | | | 664.80 |
| 05/15/07 | | BOND INTEREST RECEIVED | 334000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3001 CL 3001 HT INV FLTR 8.000% 05/15/35 B/E DTD 07/15/05 CLB RD 04/30 PD 05/15/07 | | | | 1,691.08 |
| 05/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3001 CL 3001 HT INV FLTR 8.000% 05/15/35 B/E DTD 07/15/05 CLB RD 04/30 PD 05/15/07 | | | | 2,486.67 |

Account Number: 777-891035
CROCKER SECURITIES LLC

Clearing Through Pershing A BNY Securities Group Inc. Subsidiary, One Pershing Plaza, Jersey City, New Jersey 07399. Member FINRA, NYSE, SIPC. Pershing LLC is a BNY Mellon company.

B0100827C5P34034

# CROCKER SECURITIES LLC
3399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



DALLAR RATED
FOR COMMUNICATIONS

# Brokerage Account Statement

Statement Period: 05/01/2007 - 05/31/2007

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing**
PAR-02-CUTSHEET

One Pershing Plaza, Jersey City, New Jersey 07399
Member NYSE, NYSE MKT, SIPC and other self-regulatory organizations. Address from The Bank of New York Mellon. Pershing LLC and its affiliates, wholly owned subsidiaries of The Bank of New York Mellon Corporation.

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/15/07 | | BOND INTEREST RECEIVED | 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT DTD 10/07/05 RD 04/30 PD 06/15/07 INV CPNR 8.000% 04/15/35 B/E | | | | 27.27 |
| 05/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/07/05 RD 04/30 PD 06/15/07 | | | | 249.88 |
| 05/15/07 | | BOND INTEREST RECEIVED | 26B4000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 07/15/36 B/E DTD 01/01/06 RD 04/30 PD 06/15/07 | | | | 12,780.46 |
| 05/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 07/15/36 B/E DTD 01/01/06 RD 04/30 PD 06/15/07 | | | | 120,945.20 |
| 05/15/07 | | BOND INTEREST RECEIVED | 2241000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/07/06 CLB RD 04/30 PD 05/15/07 | | | | 12,941.88 |
| 05/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/07/06 CLB RD 04/30 PD 05/01/06 CLB | | | | 130,218.66 |
| 05/15/07 | | BOND INTEREST RECEIVED | 887000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 04/30 PD 06/15/07 | | | | 4,072.99 |
| 05/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 3/E DTD 07/15/06 RD 04/30 PD 05/15/07 | | | | 32,188.03 |
| 05/15/07 | | BOND INTEREST RECEIVED | 250000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.880% 07/15/36 B/E DTD 07/15/06 CLB RD 04/30 PD 06/15/07 | | | | 492.19 |

BO10083870F5P30034

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.880% 07/15/36 B/E DTD 07/15/06 CLB RD 04/30 PD 05/15/07 | | | | 5,804.11 |
| 05/15/07 | | BOND INTEREST RECEIVED | 150000 FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB RD 04/30 PD 05/15/07 | | | | 872.37 |
| 05/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3227 CL 3227 TM INV FLTR 8.000% 10/15/36 B/E DTD 10/15/06 CLB RD 04/30 PD 05/15/07 | | | | 3,479.85 |
| 05/15/07 | | BOND INTEREST RECEIVED | 200000 FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.000% 08/15/35 B/E DTD 01/01/07 CLB RD 04/30 PD 05/15/07 | | | | 1,313.38 |
| 05/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3265 CL 3265 AG 0.000% 08/15/35 B/E DTD 01/01/07 CLB RD 04/30 PD 05/15/07 | | | | 1,065.13 |
| 05/15/07 | | BOND INTEREST RECEIVED | 100000 FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 B/E DTD 02/01/07 RD 04/30 PD 05/15/07 | | | | 620.96 |
| 05/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 B/E DTD 02/01/07 RD 04/30 PD 05/15/07 | | | | 338.92 |
| 05/15/07 | | BOND INTEREST RECEIVED | 100000 FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 B/E DTD 03/15/07 | | | | 583.33 |
| 05/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 B/E DTD 03/15/07 RD 04/30 PD 05/15/07 | | | | 156.39 |
| 05/16/07 | | BOND INTEREST RECEIVED | 6000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 04/30 PD 05/16/07 | | | | 27.17 |
| 05/16/07 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 04/30 PD 05/16/07 | | | | 51.17 |

CROCKER SECURITIES LLC
2999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540

DUEAR RATED
FOR COMMUNICATION

**Brokerage**
**Account Statement**

Statement Period: 05/01/2007 - 05/31/2007

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/17/07 | 04/03/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 08/25/36 B/E DTD 05/25/06 SETT ADJ VARIABLE RATE FACTOR .782653526 REM BAL 1/2179.76 CORRECTED CONFIRM | -220,000.000 | .930000 | -41667 | 160,543.84 |
| 05/18/07 | 04/03/07 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 08/25/36 B/E DTD 05/25/06 SETT ADJ VARIABLE RATE FACTOR .782653526 REM BAL 1/2179.76 CANCELLED TRADE | 220,000.000 | .930000 | 41667 | -160,543.84 |
| 05/21/07 | 05/19/07 | INT CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 30 DEBIT DAYS AV BAL 233024.82.30 AVG RATE 7.500 04-20-07 TO 05-19-07 | | | | -233,140.23 |
| 05/25/07 | | BOND INTEREST RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/01/05 RD 04/30 PD 05/25/07 | | | | 18.91 |
| 05/25/07 | | RETURN OF PRINCIPAL RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/01/05 RD 04/30 PD 05/25/07 | | | | 116.27 |
| 05/25/07 | | BOND INTEREST RECEIVED | 134000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 RD 04/30 PD 05/25/07 | | | | 41.08 |
| 05/25/07 | | BOND INTEREST RECEIVED | 124000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-75-GS 0.000% 09/25/31 B/E DTD 07/25/03 | | | | 104.39 |
| 05/25/07 | | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 04/30 PD 05/25/07 | | | | 184.86 |

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/25/07 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 04/30 PD 05/25/07 | | | | 20,840.97 |
| 05/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 04/30 PD 05/25/07 | | | | 24,545.00 |
| 05/25/07 | | BOND INTEREST RECEIVED | 52000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-38 CL-38-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 04/30 PD 05/25/07 | | | | 0.83 |
| 05/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-38 CL-38-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 04/30 PD 05/25/07 | | | | 239.01 |
| 05/25/07 | | FINAL PRINCIPAL PAYMENT RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-38 CL-38-L8 FLT RATE 0.000% 11/25/34 B/E DTD 03/01/05 RD 04/30 PD 05/25/07 | -52,000.000 | | | 0.00 |
| 05/25/07 | | BOND INTEREST RECEIVED | 7000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 5.08% 05/25/35 B/E DTD 11/01/05 RD 04/30 PD 05/25/07 | | | | 16.74 |
| 05/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 5.084% 05/25/35 B/E DTD 11/01/05 RD 04/30 PD 05/25/07 | | | | 206.02 |
| 05/25/07 | | BOND INTEREST RECEIVED | 58000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 04/30 PD 05/25/07 | | | | 246.44 |
| 05/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 04/30 PD 05/25/07 | | | | 1,161.92 |
| 05/25/07 | | BOND INTEREST RECEIVED | 5000 FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 04/30 PD 05/25/07 | | | | 66,666.67 |
| 05/25/07 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 04/30 PD 05/25/07 | | | | 22.79 |



# CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 05/01/2007 - 05/31/2007



DALBAR RATED
FOR COMMUNICATION

Account Number: 717-891035
CROCKER SECURITIES LLC

Clearing Through Pershing    One Pershing Plaza, Jersey City, New Jersey 07399
PAR-02-CUTSHEET    Subsidiaries The Bank of New York

Page 13 of 21

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LT 8.000% 12/25/35 B/E DTD 01/01/06 RD 04/30 PD 05/25/07 | | | | 75.46 |
| 05/25/07 | | BOND INTEREST RECEIVED | 334000 FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 10 CL 10 MS DTD 02/01/06 RD 04/30 PD 05/25/07 | | | | 1,290.13 |
| 05/25/07 | | PRINCIPAL PAY DOWN RECEIVED | INV FLTR 7.500% 02/25/35 B/E FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 10 CL 10 MS INV FLTR 7.500% 06/25/35 B/E DTD 02/01/06 RD 04/30 PD 05/25/07 | | | | 7,759.73 |
| 05/25/07 | | BOND INTEREST RECEIVED | 110000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39 SW 7.500% 05/25/36 B/E DTD 04/01/06 RD 04/30 PD 05/25/07 | | | | 54.93 |
| 05/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.500% 05/25/36 B/E DTD 04/01/06 RD 04/30 PD 05/25/07 | | | | 217.50 |
| 05/25/07 | | BOND INTEREST RECEIVED | 20000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 | | | | 1,666.64 |
| 05/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 RD 04/30 PD 05/25/07 | | | | 0.38 |
| 05/29/07 | 05/24/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2575 CL-2575-ID 5.500% 08/15/22 REG DTD 02/01/03 CL8 FACTOR 0.356954700 REM BAL 1,317.495 | 3,704,000.000 | 15.0000 | -203,260.36 | -5,635.95 |
| 05/29/07 | 05/24/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2575 CL-2575-ID 5.500% 08/15/22 REG DTD 02/01/03 CL8 FACTOR 0.356954700 REM BAL 1,317.496 | -3,704,000.000 | 15.2500 | 205,554.10 | 5,635.95 |
| 05/29/07 | 05/29/07 | PURCHASED | CWALT INC SER 2004-3572 MTG PASSTHRU CTF CL A-4 6.000% 02/25/35 B/E DTD 12/01/04 CL8 FACTOR 0.999999970 REM BAL 1,041.666 | 1,041,667.000 | 28.0000 | -296,527.87 | -4,861.11 |

50100817C8P20031

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/29/07 | | BOND INTEREST RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS 3.960% 06/25/36 B/E 07 US 9805900309-1 | | | | 568.19 |
| 05/29/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS 3.960% 06/25/36 B/E RD 04/30 PD 05/25/07 T/S 5/2/07 A/O 4/30/ 07 US 9805900309-1 | | | | 3,259.30 |
| 05/29/07 | 05/29/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/06 CLB FACTOR 0.700740970 REM BAL 470,197 VARIABLE RATE | 671,000.000 | 89.0000 | -1,208.30 | -419,683.80 |
| 05/29/07 | 05/29/07 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2002-89 CL-89-SC "INV FLTG" 0.000% 02/20/32 REG DTD 10/20/02 CLB FACTOR 0.924133640 REM BAL 335,460 VARIABLE RATE | 363,000.000 | 93.0000 | -402.22 | -312,380.50 |
| 05/31/07 | 04/03/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2647 CL-2647-LS "INV FLTG" 0.000% 07/15/33 B/E DTD 07/01/03 CLB FACTOR .901949650000 REM BAL 104626.16 VARIABLE RATE CORRECTED CONFIRM | -116,000.000 | 72.5000 | 61.33 | 75,915.00 |
| 05/31/07 | 04/03/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD TR-2006-46 CL-46-NS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 FACTOR .767820280000 REM BAL 168920.46 VARIABLE RATE CORRECTED CONFIRM | -220,000.000 | 93.0000 | 111.49 | 157,207.52 |
| 05/31/07 | 04/26/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/07/04 CLB FACTOR 1.000000000 REM BAL 4,400.000 | -4,400,000.000 | 100.2500 | 20,166.67 | 4,431,166.67 |
| 05/31/07 | 04/26/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/07/04 FACTOR .145657720000 REM BAL 267476.08 VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 97.8125 | 510.38 | 262,135.42 |
| 05/31/07 | 04/26/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR .742723970000 REM BAL 1953471.14 CORRECTED CONFIRM | -2,684,000.000 | 99.5625 | 12,049.41 | 1,956,923.69 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing

8010087C5F33V034

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 350 • Walnut Creek, CA 94597
925-941-1540



DIAL-A RATED
FOR COMMUNICATION

**Brokerage**
*Account Statement*

Statement Period: 05/01/2007 - 05/31/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Date | Transaction Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/31/07 | 04/26/07 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1IA2<br>0.000% 10/25/33 B/E DTD 09/01/03<br>FACTOR 1.000000000 REM BAL 500000.00<br>CORRECTED CONFIRM | -500,000.000 | 611.1562 | 303,481.25 |
| 05/31/07 | 04/27/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006 110 CL 110 MIS INV FLTR<br>7.500% 06/25/35 B/E DTD 02/01/06<br>FACTOR .594798530000 REM BAL 198667.71<br>CORRECTED CONFIRM | -334,000.000 | 98.9375 | 1,241.64 | 197,792.57 |
| 05/31/07 | 04/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3001 CL 3001 HT INV FLTR<br>8.000% 05/15/35 B/E DTD 07/15/05 CLB<br>FACTOR .762023080000 REM BAL 251175.71<br>CORRECTED CONFIRM | -334,000.000 | 98.9375 | 893.07 | 249,400.04 |
| 05/31/07 | 04/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/15/06<br>FACTOR .889411610000 REM BAL 437504.08<br>CORRECTED CONFIRM | -627,000.000 | 98.9375 | 1,459.58 | 434,984.72 |
| 05/31/07 | 04/27/07 | CORRECTED SELL | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3227 CL 3227 TM INV FLTR<br>8.000% 10/15/36 B/E DTD 10/15/06 CLB<br>FACTOR .849167420000 REM BAL 127375.11<br>CORRECTED CONFIRM | -150,000.000 | 98.9375 | 452.89 | 126,474.64 |
| 05/31/07 | 04/27/07 | CORRECTED SELL | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3265 CL 3265 AG 0.000% 08/15/35 B/E<br>DTD 01/01/07 CLB FACTOR .979705900000<br>REM BAL 199941.18 CORRECTED CONFIRM | -200,000.000 | 98.9375 | 1,306.27 | 195,165.57 |
| 05/31/07 | 04/27/07 | CORRECTED SELL | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3273 CL 3273 FH INV FLTR<br>7.500% 08/15/35 B/E DTD 02/01/07<br>FACTOR .590151350000 REM BAL 98015.14<br>CORRECTED CONFIRM | -100,000.000 | 98.9375 | 618.84 | 98,381.94 |

Clearing Through **Pershing** • A BNY Securities Group Co.
Solutions from The Bank of New York

Account Number: 727-891035
CROCKER SECURITIES LLC

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC (Subsidiary of The Bank of New York)

Page 15 of 21

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/31/07 | 04/27/07 | CORRECTED SELL | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 B/E DTD 02/15/07 FACTOR .99843612000000 REM BAL   9,9843.61 CORRECTED CONFIRM | -100,000.000 | 98.9375 | 310.62 | 99,093.39 |
| 05/31/07 | 04/30/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 06/25/04 FACTOR .91699985000000 REM BAL  91699985.00 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 121.7998 | 4,157.07 | 11,172,928.68 |
| 05/31/07 | 04/30/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/33 B/E DTD 11/07/05 FACTOR 1.000000000 REM BAL 10000000.00 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 121.0155 | 66,666.67 | 12,168,229.17 |
| 05/31/07 | 04/30/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 FACTOR .98997972000000 REM BAL 19893594 CORRECTED CONFIRM | -200,000.000 | 103.0000 | 333.33 | 206,329.15 |
| 05/31/07 | 04/30/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SC "INV FLTR" 2.690% 07/15/36 B/E DTD 07/15/06 CLB FACTOR .80283120000000 REM BAL  20070780 CORRECTED CONFIRM | -250,000.000 | 86.7500 | 255.12 | 174,369.14 |
| 05/31/07 | 05/09/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .6646454350000 REM BAL  4,025,442 | -6,150,000.000 | 100.7187 | 26,836.28 | 4,081,211.74 |
| 05/31/07 | 05/29/07 | SOLD | CWALT INC SER 2004-35T2 MTG PASSTHRU CTF CL A-4 6.000% 02/25/35 B/E DTD 12/01/04 CLB FACTOR .99999999970 REM BAL  1,041,666 | -1,041,667.000 | 29.0000 | 5,208.33 | 307,791.76 |
| 05/31/07 | 05/29/07 | SOLD | GINMA GTD REMIC PASS THRU CTF REMIC TR-2002-69 CL-69-SC "INV FLTG" 0.000% 02/20/32 REG DTD 10/20/02 CLB FACTOR .92413336400 REM BAL  335,460 VARIABLE RATE | -363,000.000 | 95.2500 | 491.60 | 320,017.74 |
| 05/31/07 | 05/30/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR .91699985000 REM BAL  9,169,998 VARIABLE RATE | 10,000,000.000 | 121.8281 | -4,157.07 | -11,175,194.31 |



**CROCKER SECURITIES LLC**
2995 Oak Road • Suite 280 • Walnut Creek, CA 94597
925-941-540

# Brokerage Account Statement

## Transactions in Date Sequence *(continued)*

Statement Period: 05/01/2007 - 05/31/2007

| Process/ Settlement Date | Trade/ Date | Transaction Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/31/07 | 05/30/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER.2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.0000000000 REM BAL 10,000,000 | 10,000,000.000 | 121.0625 | -66,566.67 | -12,172,916.67 |
| 05/31/07 | 05/30/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.6546436100 REM BAL 4,025,442 | 6,150,000.000 | 107.7500 | -26,836.28 | -4,082,469.89 |
| 05/31/07 | 05/30/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR.2005-46 CL-46-AS INV FLTR 3.960% 06/25/35 B/E DTD 05/25/06 FACTOR 0.7678028600 REM BAL 168,920 VARIABLE RATE | 220,000,000.000 | 93.0625 | -111.49 | -157,313.09 |
| 05/31/07 | 05/30/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB FACTOR 0.7007409700 REM BAL 251,171 VARIABLE RATE | -110,000,000.000 | 98.5000 | 595.31 | 94,415.50 |
| 05/31/07 | 05/30/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/01/06 CLB FACTOR 0.8659002200 REM BAL 95,249 | -367,000,000.000 | 90.0000 | 755.29 | 232,210.03 |
| 05/31/07 | 05/30/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR.2006-21 CL-21-HT "INV" 8.000% 04/25/33 B/E DTD 03/01/06 FACTOR 0.8757228600 REM BAL 525,433 VARIABLE RATE | 600,000,000.000 | 96.3750 | -3,502.89 | -509,889.63 |
| 05/31/07 | 05/31/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR.2006-21 CL-21-HT "INV" 8.000% 04/25/33 B/E DTD 03/01/06 FACTOR 0.8757228600 REM BAL 525,433 VARIABLE RATE | -600,000,000.000 | 98.0000 | 3,502.89 | 518,427.33 |
| 05/31/07 | 05/31/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER.2835 CL-2835-UR 8.000% 09/15/33 B/E DTD 08/15/04 FACTOR 0.4538865700 REM BAL 2,269 | 5,000,000.000 | 93.0000 | -8.07 | -2,118.64 |



DALBAR RATED FOR COMMUNICATION

Account Number: 727-890035
CROCKER SECURITIES LLC

Clearing Through **Pershing** — A BNY Securities Group Inc.
Member Finra & Sipc — One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC is a subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)

PAR-02-CUTSHEET

8210082 7C5FF9014

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/31/07 | 05/31/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 FACTOR 0.68941161 REM BAL 437,304 SOLICITED ORDER FACTOR .68941161 REM BAL 4190.47 | 627,000.000 | 99.0312 | -1,459.68 | -435,121.56 |
| 05/31/07 | 05/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .68941161 REM BAL 2095.23 | -6,000.000 | 100.0000 | 13.97 | 4,204.44 |
| 05/31/07 | 05/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .68941161 REM BAL 9079.35 | -3,000.000 | 100.0000 | 6.98 | 2,102.22 |
| 05/31/07 | 05/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .68941161 REM BAL 2793.65 | -13,000.000 | 100.0000 | 30.26 | 9,169.61 |
| 05/31/07 | 05/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .68941161 REM BAL 6285.70 | -4,000.000 | 100.0000 | 9.31 | 2,802.96 |
| 05/31/07 | 05/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .68941161 REM BAL 34222.17 | -9,000.000 | 100.0000 | 20.95 | 6,306.65 |
| 05/31/07 | 05/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .68941161 REM BAL 6285.70 | -49,000.000 | 100.0000 | 114.07 | 34,336.24 |
| 05/31/07 | 05/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .68941161 REM BAL 2095.23 | -3,000.000 | 100.0000 | 6.98 | 2,102.22 |
| 05/31/07 | 05/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .68941161 REM BAL 2793.65 | -4,000.000 | 100.0000 | 9.31 | 2,802.96 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing
A BNY Securities Group Co.
Member FINRA, NYSE and SIPC
One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member FINRA, NYSE, SIPC. Subsidiary of Pershing Group LLC.

# CROCKER SECURITIES LLC
3299 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

Statement Period: 05/01/2007 - 05/31/2007

## Transactions in Date Sequence (continued)

| Process/ Trade Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/31/07 | 05/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .69841161 REM BAL 5887.29 | -8,000.000 | 100.0000 | 18.62 | 5,605.91 |
| 05/31/07 | 05/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .69841161 REM BAL 2091.23 | -3,000.000 | 98.0000 | 6.98 | 2,660.31 |
| 05/31/07 | 05/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .69841161 REM BAL 3492.06 | -5,000.000 | 100.0000 | 11.64 | 3,503.70 |
| 05/31/07 | 05/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .69841161 REM BAL 4190.47 | -6,000.000 | 100.0000 | 13.97 | 4,204.44 |
| 05/31/07 | 05/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .69841161 REM BAL 1396.23 | -20,000.000 | 100.0000 | 46.55 | 14,014.79 |
| 05/31/07 | 05/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .69841161 REM BAL 2793.65 | -4,000.000 | 100.0000 | 9.31 | 2,802.96 |
| 05/31/07 | 05/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .69841161 REM BAL 5887.29 | -3,000.000 | 100.0000 | 18.62 | 5,605.91 |

#010109321C5F5Y0134

DABAR RATED FOR COMMUNICATION

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/31/07 | 05/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .69841161 REM BAL 2095.23 | -3,000.000 | 100.0000 | 6.98 | 2,102.22 |
| 05/31/07 | 05/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .69841161 REM BAL 69841.16 | -100,000.000 | 100.0000 | 232.80 | 70,073.96 |

**Total Value of all Transactions**    $4,373,993.91

The price and quantity displayed may have been rounded.

## Messages

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 06/29/07 | 04/30/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/01/06 CLB FACTOR .86590020200 REM BAL 1843233.37 CORRECTED CONFIRM | -2,131,000.000 | 100.0000 | -10,763.86 | 1,835,597.23 |
| 06/12/07 | 05/11/07 | Buy | FNMA 30 YR TBA SETT JUNE 5.500% 06/01/36 REG DTD 06/01/06 FACTOR 1.0000000000 REM BAL 17,000.000 | 17,000,000.000 | 97.8125 | 28,569.44 | -16,656,694.44 |
| 06/12/07 | 05/11/07 | Buy | FNMA 30 YR TBA SETT JUNE 5.500% 06/01/36 REG DTD 06/01/06 FACTOR 1.0000000000 REM BAL 27,000.000 | 27,000,000.000 | 97.7968 | 45,375.00 | -26,450,531.25 |
| 06/12/07 | 05/11/07 | Sell | FNMA 30 YR TBA SETT JUNE 5.500% 06/01/36 REG DTD 06/01/06 FACTOR 1.0000000000 REM BAL 17,000.000 | -17,000,000.000 | 98.7500 | -28,569.44 | 18,816,069.44 |
| 06/12/07 | 05/11/07 | Sell | FNMA 30 YR TBA SETT JUNE 5.500% 06/01/36 REG DTD 06/01/06 FACTOR 1.0000000000 REM BAL 27,000.000 | -27,000,000.000 | 98.7812 | -45,375.00 | 26,716,312.50 |

Account Number 727-891035
CROCKER SECURITIES LLC

Clearing Through **Pershing** A BNY Securities Group Co.
Member NYSE, member NASD, SIPC, Member all Principal Exchanges, etc.

One Pershing Plaza, Jersey City, New Jersey 07399
Pershing LLC, member NYSE, SIPC, PBK Subsidiaries of Pershing reserves etc.

Page 20 of 21

B0100827CSF10034



**Brokerage**
*Account Statement*



CROCKER SECURITIES LLC
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1840

Statement Period: 05/01/2007 - 05/31/2007

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 06/29/07 | 05/30/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46 CO "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.91069800500 REM BAL 9,169,998 VARIABLE RATE | -10,000,000.000 | 122.3750 | -2,771.38 | 11,224,557.04 |
| 06/29/07 | 05/30/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-T10 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000000 REM BAL 10,000,000 | -10,000,000.000 | 121.8750 | -62,222.22 | 12,249,722.22 |
| 06/29/07 | 05/30/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-T14 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.65454435100 REM BAL 4,026,442 VARIABLE RATE | -6,150,000.000 | 102.5000 | -25,047.20 | 4,151,125.85 |
| 06/29/07 | 05/30/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46 NS INV FLTR 3.960% 06/25/36 B/E DTD 06/25/06 FACTOR 0.76782028000 REM BAL 168.920 VARIABLE RATE | -220,000.000 | 93.5000 | -74.32 | 158,014.95 |
| 06/29/07 | 05/30/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2939-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB FACTOR .10074097000000 REM BAL 213025.25 VARIABLE RATE | -304,000.000 | 90.0000 | -547.43 | 192,270.16 |
| 06/29/07 | 05/31/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3192 CL-3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 FACTOR 0.69984416100 REM BAL 437,904 | -627,000.000 | 99.0625 | -1,277.22 | 435,075.95 |
| Total Amount of Trades Not Settled | | | | | | | $30,691,919.65 |

801-00837CGSF20134



Doc Break

# CROCKER
SECURITIES LLC
3999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1340

CROCKER SECURITIES LLC
- -TAXABLE TRADE #2- -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Ill.ı.l..ıl.l.l.l..ıll..ıl..ll.ıl..l.l.l.l.ıl..l..ll

Your Investment Adviser:
DOUGLAS C. GREEN
(561) 750-9370

## **Brokerage**
### Account Statement

Account Number: 727-891035
Statement Period: 06/01/2007 - 06/30/2007

## Valuation at a Glance

|  | This Period |
|---|---|
| Beginning Account Value | -$6,888,075.00 |
| Cash Withdrawals | -185,572.00 |
| Dividends/Interest | -105,901.11 |
| Change in Account Value | 1,379,038.26 |
| Ending Account Value | -$5,770,509.85 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | 23,894,943.96 | 20,058,498.52 | 100% | Your Account is 100% Invested in Fixed Income. |
| Cash and Cash Equivalents | -30,753,018.96 | -34,829,008.37 | 0% | |
| **Account Total** | **-$6,858,075.00** | **-$5,770,508.85** | **100%** | |



CLEAR RING
FOR COMMUNICATION

300852717C5P30049

PA01-QL-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
-Member NASD, NYSE, SIPC

## Customer Service Information

### Contact Information
Your Investment Advisor: RDG

DOUGLAS C. GREEN
601 S. FEDERAL HIGHWAY STE 301
BOCA RATON     FL 33432-6008

Telephone Number: (561) 750-9370
Fax Number: (561) 750-9360

### Customer Service Information
Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST
Customer Service Telephone Number: (800) 941-2895

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Cash and Cash Equivalents  0.00% of Portfolio | | | | | |
| | Margin Balance | -30,753,018.95 | -34,829,008.37 | $0.00 | $0.00 | |
| | **Total Cash and Cash Equivalents** | **-$30,753,018.9** | **-$34,829,008.37** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio** | | | | | |
| | Asset Backed Securities | | | | | |
| 101,000.000# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2549 CL-25491B INT ONLY 5.500% 04/15/28 B/E 01/01/03 CLB *Security Identifier:* 31393T7K6  Factor: 0.75756567 | 4.3160 | 3,302.35 | 339.00 | | |
| 134,000.000# | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 *Security Identifier:* 31393AD61  Factor: 0.01352976 | 0.0280 | 0.51 | 0.00 | | |
| 91,000.000# | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 *Security Identifier:* 31393TNJ1  Factor: 0.35771352 | 5.1550 | 1,676.24 | 157.07 | | |
| 124,000.000# | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-GS 0.000% 09/25/31 B/E DTD 07/25/03 *Security Identifier:* 31393DAK6  Factor: 0.55176959 | 5.7400 | 3,927.28 | 0.00 | | |



BASLER BALTO
FOR COMMUNICATION

CROCKER SECURITIES LLC

Account Number: 727-081035

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member: NASD, NYSE, SIPC.

3100532TNC5P20049



# Brokerage
## Account Statement



**CROCKER SECURITIES LLC**
3999 Oak Road • Suite 330 • Walnut Creek, CA 94597
925-941-1540

0090637700310449

Statement Period: 06/01/2007 – 06/30/2007

DIANE REID
FOR CONSUMNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

Page 3 of 35

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 137,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2892 CL-2892-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB<br>Security Identifier 3134KZD9  Factor: 0.67038295 | 62.4480 | 57,352.07 | 0.00 | | |
| 500,000.000M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 09/01/03 Moody Rating AAA S & P Rating AAA<br>Security Identifier 32051DK60  Factor: 1.00000000 | 42.2580 | 211,290.00 | 0.00 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04<br>Security Identifier 31393YU37  Factor: 0.91408748 | 77.9640 | 7,126,591.63 | 0.00 | | |
| 83,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2892 CL-2892-YS INV FLTR 2.880% 04/15/34 B/E DTD 05/01/05<br>Security Identifier 3135SU894  Factor: 0.11001439 | 99.0220 | 9,041.89 | 21.04 | | |
| 1,846,333.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2805 CL-2805-LS INV FLTR 2.289% 04/15/34 B/E DTD 12/01/04<br>Security Identifier 3135SKCQ4  Factor: 0.12504843 | 90.4670 | 208,867.81 | 425.86 | | |
| 4,400,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/07/04 CLB<br>Security Identifier 31399H2Q2  Factor: 1.00000000 | 90.7460 | 3,992,824.00 | 19,484.42 | | |

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** (continued) | | | | | |
| | Asset Backed Securities (continued) | | | | | |
| 6,150,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-114 CL-QS 8.000% 01/25/26 B/E DTD 12/01/05 | 90.2840 | 3,634,330.69 | 25,941.68 | | |
| | Security Identifier: 31394VID3   Factor: 0.65454351 | | | | | |
| 304,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/06 CLB | 92.9840 | 194,406.73 | 1,178.95 | | |
| | Security Identifier: 31395ABN8   Factor: 0.68774823 | | | | | |
| 7,000.000M | FNMA GTD REMIC MTG PASS THRU CTF REMIC 5.084% 05/25/35 B/E DTD 11/01/05 | 90.8240 | 3,246.03 | 14.64 | | |
| | Security Identifier: 31394U296   Factor: 0.51056783 | | | | | |
| 7,000.000M | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/01/05 Moody Rating AAA S & P Rating AAA | 82.6020 | 4,022.29 | 17.51 | | |
| | Security Identifier: 12669AKS6   Factor: 0.59564114 | | | | | |
| 639,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 | 99.2300 | 424,265.47 | 2,583.16 | | |
| | Security Identifier: 31396UEN6   Factor: 0.66891032 | | | | | |
| 58,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 | 91.0450 | 31,478.41 | 222.81 | | |
| | Security Identifier: 31394U731   Factor: 0.59610549 | | | | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 | 91.6310 | 9,153,100.00 | 64,444.40 | | |
| | Security Identifier: 31394U7T7   Factor: 1.00000000 | | | | | |

B0C6527TCSP36449



DALBAR RATED FOR COMMUNICATION

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

P043-02-MCLL

Cooling Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc. Member NASD, NYSE, SIPC.



**Brokerage**
*Account Statement*

**CROCKER SECURITIES LLC**
3999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



Statement Period: 06/01/2007 - 06/30/2007

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

PN9-02-7CLL    Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD,NYSE,SIPC.

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 2,684,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 07/15/36 B/E DTD 07/01/06 *Security Identifier* 31396G3N6  *Factor:* 0.72700832 | 88.7230 | 1,731,338.57 | 12,575.67 | | |
| 2,131,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 06/01/06 CLB *Security Identifier* 31396NUC7  *Factor:* 0.85217230 | 95.6870 | 1,737,664.23 | 10,970.94 | | |
| 100,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-JO 'PRIN ONLY' 0.000% 06/15/36 B/E DTD 06/01/06 *Security Identifier* 31396FT73  *Factor:* 1.00000000 | 72.2970 | 72,297.00 | 0.00 | | |
| 354,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-46 CL-46-NS INV FLTR 3.980% 06/25/36 B/E DTD 05/25/06 *Security Identifier* 31395D7D5  *Factor:* 0.75496597 | 82.1280 | 219,478.17 | 852.49 | | |
| 384,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.860% 07/15/36 B/E DTD 07/15/06 CLB *Security Identifier* 31396UL6  *Factor:* 0.77470763 | 80.0370 | 238,100.25 | 685.38 | | |
| **Total Asset Backed Securities** | | | $29,058,498.52 | $139,925.02 | $0.00 | |
| **Total Fixed Income** | | | $29,058,498.52 | $139,925.02 | $0.00 | |

B04552171C3P30049

## Portfolio Holdings (continued)

| Description | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | -$5,770,509.85 | $139,925.02 | $0.00 |

¤ This symbol next to the quantity indicates a position in your margin account.

### Disclosures and Other Information

**Pricing -** Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment -** The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure -** Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

**Foreign Currency Transactions -** Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

**Proxy Vote -** Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

### Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/01/07 | | CONSOLIDATED FIRM BALANCES | TO ACCT 727891043 | | | | |
| 06/04/07 | 05/25/07 | FINAL PRINCIPAL PAYMENT RECEIVED | 52000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE RD 04/30 PD 05/25/07 | | | | -185,572.00 239.07 |
| 06/04/07 | 05/25/07 | PRINCIPAL PAY DOWN ADJUSTMENT | 52000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-30 CL-30-L8 FLT RATE RD 04/30 PD 05/25/07 S/R FPP | | | | -239.07 |

Account Number: 727-691035

CROCKER SECURITIES LLC    Clearing through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.    Member NASD/NYSE/SIPC.    Page 6 of 36



B0645277T25F0043



# CROCKER
## SECURITIES LLC
2169 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



# Brokerage
## Account Statement

Statement Period: 06/01/2007 - 06/30/2007

## Transactions in Date Sequence (continued)

| Process/ Trade Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/05/07 | 06/04/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400,000 | 4,400,000.000 | 100.2812 | -2,688.89 | -4,415,063.89 |
| 06/05/07 | 06/04/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD -2/01/04 FACTOR 0.145557200 REM BAL 267,476 VARIABLE RATE | 1,835,333.000 | 97.8437 | -88.05 | -281,776.68 |
| 06/05/07 | 06/04/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/06 B/E DTD 01/01/06 FACTOR 0.742723970 0 REN BAL 1,993,471 | 2,684,000.000 | 97.5937 | -1,606.59 | -1,941,109.83 |
| 06/05/07 | 06/04/07 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A2 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL | 500,000,000.000 | 61.1875 | -305,937.50 |
| 06/05/07 | 06/05/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2835 CL-2835-QP INV FLTR 5.499% 12/12/32 B/E DTD 08/15/04 CLB FACTOR 0.676017800 REM BAL 3,380 VARIABLE RATE | 5,000,000.000 | 87.0000 | -9.33 | -2,950.37 |
| 06/06/07 | 06/06/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2835 CL-2835-QP INV FLTR 5.499% 12/12/32 B/E DTD 08/15/04 CLB FACTOR 0.676017800 REM BAL 3,380 VARIABLE RATE | -5,000,000.000 | 87.0000 | 9.33 | 2,950.37 |
| 06/06/07 | 06/05/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD INV FLTR SER-2934 CL-2934-SX 2.950% 02/15/35 B/E DTD 02/15/05 CLB FACTOR 0.626327080 REM BAL 23,762 VARIABLE RATE | 38,000.000 | 66.0000 | -40.89 | -15,724.09 |

BC08531717CSPD0149

Account Number: 727-8891035
CROCKER SECURITIES LLC

PAIR GO-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD NYSE, SIPC.

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/06/07 | 06/06/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD INV FLTR SER-2934 CL-2934-SX 2.580% 02/15/35 B/E DTD 02/15/05 CLB FACTOR 0.62332708000 REM BAL 23,762 VARIABLE RATE | -38,000.000 | 66.0000 | 40.89 | 15,724.09 |
| 06/04/07 | 05/04/07 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 FCTR.12500/643 VARIABLE RATE CORRECTED CONFIRM | 1,856,333.000 | 97.8437 | -88.41 | -224,733.97 |
| 06/04/07 | 05/04/07 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 FACTOR 0.14565772000 REM BAL 261,476 VARIABLE RATE CANCELLED TRADE | -1,856,333.000 | 97.8437 | 68.05 | 261,776.68 |
| 06/07/07 | 06/04/07 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FCTR.72704833 FACTOR .74272397 CORRECTED CONFIRM | 2,684,000.000 | 97.5937 | -1,572.68 | -1,905,014.86 |
| 06/07/07 | 06/04/07 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 REM BAL 1983471.14 CORRECTED CONFIRM FCTR.72704833 FACTOR .74272397 CANCELLED TRADE | -2,684,000.000 | 97.5937 | 1,606.59 | 1,947,109.83 |
| 06/07/07 | 06/07/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-46 CL-46-AN INV FLTR 3.960% 06/25/35 B/E DTD 05/25/06 FACTOR 0.76780202000 REM BAL 102,887 VARIABLE RATE | 134,000.000 | 79.0000 | -135.81 | -81,411.27 |
| 06/12/07 | 05/11/07 | SOLD | FNMA 30 YR TBA SETT JUNE 5.500% 06/01/36 REG DTD 06/01/06 FACTOR 1.00000000000 REM BAL 17,000,000 | -17,000,000.000 | 98.7500 | 28,559.44 | 16,815,059.44 |
| 06/12/07 | 05/11/07 | SOLD | FNMA 30 YR TBA SETT JUNE 5.500% 06/01/36 REG DTD 06/01/06 FACTOR 1.00000000000 REM BAL 27,000,000 | -27,000,000.000 | 98.7812 | 45,375.00 | 26,716,312.50 |
| 06/12/07 | 05/11/07 | CORRECTED PURCHASE | FNMA 10 YR TBA SETT 6/12/2007 5.500% 06/01/17 REG DTD 06/01/07 FACTOR 1.00000000000 REM BAL 10000000.00 CORRECTED CONFIRM | 10,000,000.000 | 97.8750 | -16,805.56 | -9,804,305.56 |


DREXEL HAMILTON
FOR CONSOLIDATION

3409322TTCSF2510*9

Account Number: 727-891033
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC

Page 8 of 35



**CROCKER SECURITIES LLC**
1999 Oak Road • Suite 150 • Walnut Creek, CA 94597
925-943-1540

# Brokerage
## Account Statement

Statement Period: 06/01/2007 - 06/30/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/11/07 | 06/11/07 | CORRECTED PURCHASE | FNMA 10 YR TBA SETT 6/12/2007 5.000% 06/01/17 REG DTD 06/01/07 CORRECTED CONFIRM | 27,000,000.00 | 96.0937 | -16,375.00 | -25,960,587.50 |
| 06/12/07 | 06/11/07 | PURCHASED | FNMA 10 YR TBA SETT 6/12/2007 5.000% 06/01/17 REG DTD 06/01/07 FACTOR 1.00000000 REM BAL 27000000.00 | 7,000,000,000.00 | 96.0429 | -11,763.89 | -6,734,771.71 |
| 06/13/07 | 06/08/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2836 CL-2836-SG INV FLTR 3.383% 06/15/34 B/E DTD 06/15/04 CLB FACTOR 0.39071162500 REM BAL 335,563 VARIABLE RATE | 845,000,000.00 | 61.0000 | -883.03 | -205,576.60 |
| 06/13/07 | 06/08/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2836 CL-2836-SG INV FLTR 3.383% 06/15/34 B/E DTD 06/15/04 CLB FACTOR 0.39071162500 REM BAL 335,563 VARIABLE RATE | -845,000,000.00 | 63.0000 | 883.03 | 212,287.87 |
| 06/13/07 | 06/08/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-45 CL-45-SP 3.703% 06/25/36 B/E DTD 05/25/06 FACTOR 0.74598060800 REM BAL  1,339,790 | 1,796,000,000.00 | 60.5000 | -2,480.84 | -813,054.40 |
| 06/13/07 | 06/08/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-45 CL-45-SP 3.703% 06/25/36 B/E DTD 05/25/06 FACTOR 0.74598060800 REM BAL  1,339,790 | -1,796,000,000.00 | 62.0000 | 2,480.84 | 833,151.26 |
| 06/13/07 | 06/08/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3069 CL-3069-SI FLOATER 0.000% 06/15/35 B/E DTD 11/15/05 FACTOR 0.90028337100 REM BAL  3,060,598 | 3,400,000,000.000 | 60.0000 | -6,410.96 | -1,843,010.13 |
| 06/13/07 | 06/08/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3069 CL-3069-SI FLOATER 0.000% 06/15/35 B/E DTD 11/15/05 FACTOR 0.90028337100 REM BAL  3,060,598 VARIABLE RATE | -3,400,000,000.000 | 60.7500 | 6,410.96 | 1,865,967.62 |

PAIR-to-ROLL

Account Number: 727-89*035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

Page 8 of 36

B048527*CSP10015

## Transactions in Date Sequence *(continued)*



HARRIS KATZ
FOR COMMUNICATION

Account Number: 727-89I035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC

Page 10 of 36

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/13/07 | 06/08/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.880% 07/15/06 B/E DTD 07/15/06 CL8 FACTOR 0.82083312000 REM BAL 1,946,865 | 2,425,000.000 | 62.0000 | -4,330.69 | -1,211,387.40 |
| 06/13/07 | 06/08/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.880% 07/15/06 B/E DTD 07/15/06 CL8 FACTOR 0.82083312000 REM BAL 1,946,865 | -2,425,000.000 | 62.0000 | -4,330.69 | 1,250,324.71 |
| 06/13/07 | 06/08/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.880% 07/15/06 B/E DTD 07/15/06 CL8 FACTOR 0.82083312000 REM BAL 1,963,014 | -2,425,000.000 | 64.0000 | 4,183.14 | 1,240,882.34 |
| 06/13/07 | 06/08/07 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 0.000% 07/15/06 B/E DTD 07/15/06 CL8 FACTOR 0.82083312000 REM BAL 1,963,014 VARIABLE RATE | 61.0000 |  | -1,207,622.05 |  |
| 06/13/07 | 06/11/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005 74 CL 74 SE INT ONLY INV FLTR 0.000% 08/25/06 B/E DTD 07/25/06 FACTOR .83141026000 REM BAL 16,528,205 VARIABLE RATE | 20,000,000.000 | 4.2812 | -14,799.10 | -726,694.14 |
| 06/13/07 | 06/11/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005 74 CL 74 SE INT ONLY INV FLTR 0.000% 08/25/06 B/E DTD 07/25/06 FACTOR .83141026000 REM BAL 16,528,205 VARIABLE RATE CORRECTED CONFIRM | -19,500,000.000 | 4.5000 | 14,429.13 | 743,991.63 |
| 06/13/07 | 06/11/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2007-16 FLTG RATE 0.300% 03/25/37 B/E DTD 02/25/07 FACTOR 0.99038695000 REM BAL 49,519,477 VARIABLE RATE | 50,000,000.000 | 4.4375 | -36,892.01 | -2,234,318.82 |
| 06/13/07 | 06/11/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2007-16 FLTG RATE 0.300% 03/25/37 B/E DTD 02/25/07 FACTOR 0.99038695000 REM BAL 48,256,730 VARIABLE RATE | 48,725,000.000 | 4.4375 | -35,951.26 | -2,177,343.69 |
| 06/13/07 | 06/11/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2007-16 FLTG RATE 0.300% 03/25/37 B/E DTD 02/25/07 FACTOR 0.99038695000 REM BAL 49,519,477 VARIABLE RATE | -50,000,000.000 | 4.6562 | 36,892.01 | 2,342,642.58 |



**CROCKER SECURITIES LLC**
3399 Oak Blvd • Suite 380 • Walnut Creek, CA 94597
925-941-140



**Brokerage Account Statement**

Statement Period: 06/01/2007 - 06/30/2007

## Transactions in Date Sequence *(continued)*

| Process/ Trade/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/13/07 | 06/11/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CRT REMIC TR 2007-16 FLTG RATE 0.000% 03/25/37 B/E DTD 02/25/07 FACTOR .99038955000 REM BAL 46771148.50 VARIABLE RATE CORRECTED CONFIRM | -47,225,000.000 | 4.6562 | 34,844.50 | 2,212,626.01 |
| 06/13/07 | 06/11/07 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3303 CL 3303 SH INT ONLY INV FLTR 0.000% 04/15/37 B/E DTD 04/15/07 CLB FACTOR 0.99993326700 REM BAL 49,996.633 VARIABLE RATE | 50,000,000.000 | 3.4082 | -43,163.76 | -1,746,174.09 |
| 06/13/07 | 06/11/07 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3303 CL 3303 SH INT ONLY INV FLTR 0.000% 04/15/37 B/E DTD 04/15/07 CLB FACTOR 0.99993326700 REM BAL 49,996.633 VARIABLE RATE | 50,000,000.000 | 3.4082 | -43,163.76 | -1,746,174.09 |
| 06/13/07 | 06/11/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3303 CL 3303 SH INT ONLY INV FLTR 0.000% 04/15/37 B/E DTD 04/15/07 CLB FACTOR 0.99993326700 REM BAL 49,996.633 VARIABLE RATE | -50,000,000.000 | 3.5625 | 43,163.76 | 1,824,293.83 |
| 06/13/07 | 06/11/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3303 CL 3303 SH INT ONLY INV FLTR 0.000% 04/15/37 B/E DTD 04/15/07 CLB FACTOR 0.99993326700 REM BAL 49,996.633 VARIABLE RATE | -50,000,000.000 | 3.5625 | 43,163.76 | 1,824,293.83 |
| 06/13/07 | 06/13/07 | SOLD | FNMA GTD REMIC PASS THRU CRT REMIC SER 2006-74 CL 74 SE INT ONLY INV FLTR 0.000% 08/25/36 B/E DTD 07/25/06 FACTOR 0.83141402600 REM BAL 415,705 VARIABLE RATE | -500,000.000 | 4.5000 | 369.98 | 19,076.71 |
| 06/13/07 | 06/13/07 | SOLD | FNMA GTD REMIC PASS THRU CRT REMIC TR 2007-16 FLTG RATE 0.000% 03/25/37 B/E DTD 02/25/07 FACTOR 0.99038955000 REM BAL 1,485,584 VARIABLE RATE | -1,500,000.000 | 4.6562 | 1,106.76 | 70,279.28 |

PR4P-a2-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

Account Number: 727-891035    CROCKER SECURITIES LLC

Page 11 of 36

## Transactions in Date Sequence (continued)

B39552722CRSP20669

Account Number: ZZ7-891035
CROCKER SECURITIES LLC
PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD/NYSE/SIPC.

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/14/07 | 06/11/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 3 CL 3 DS INT ONLY INV FLTR 0.000% 03/25/36 B/E DTD 02/25/06 FACTOR 0.7330082700 REM BAL 17,429,833 VARIABLE RATE | 23,778,495.000 | 2.4375 | -12,694.73 | -437,546.02 |
| 06/14/07 | 06/11/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 3 CL 3 DS INT ONLY INV FLTR 0.000% 03/25/36 B/E DTD 02/25/06 FACTOR 0.7330082700 REM BAL 17,429,833 VARIABLE RATE | -23,778,495.000 | 2.5625 | 12,694.73 | 459,334.21 |
| 06/14/07 | 06/11/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-58 CL-58 IG INT ONLY INV FLTR 0.00% 07/25/36 B/E DTD 06/25/06 FACTOR 0.7817965600 REM BAL 39,088,828 VARIABLE RATE | 50,000,000.000 | 2.3437 | -24,756.09 | -840,924.73 |
| 06/14/07 | 06/11/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-58 CL-58 IG INT ONLY INV FLTR 0.00% 07/25/36 B/E DTD 06/25/06 FACTOR 0.7817965600 REM BAL 39,088,828 VARIABLE RATE | 42,950,000.000 | 2.3437 | -21,266.17 | -808,254.35 |
| 06/14/07 | 06/11/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-59 CL-59 IG INT ONLY INV FLTR 0.00% 07/25/36 B/E DTD 06/25/06 FACTOR 0.7817965600 REM BAL 33,678,162 VARIABLE RATE | -50,000,000.000 | 2.4375 | 24,756.89 | 977,571.45 |
| 06/14/07 | 06/11/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-59 CL-59 IG INT ONLY INV FLTR 0.00% 07/25/36 B/E DTD 06/25/06 FACTOR 0.7817965600 REM BAL 33,678,162 VARIABLE RATE | -42,950,000.030 | 2.4375 | 21,266.17 | 839,733.87 |
| 06/14/07 | 06/11/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-115 CL-A1 INT ONLY INV FLTR 0.00% 12/25/36 B/E DTD 11/25/06 FACTOR 0.7783379000 REM BAL 38,916,895 VARIABLE RATE | 50,000,000.000 | 3.0937 | -39,846.58 | -1,243,838.02 |
| 06/14/07 | 06/11/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-115 CL-A1 INT ONLY INV FLTR 0.00% 12/25/36 B/E DTD 11/25/06 FACTOR 0.7783379000 REM BAL 25,429,917 VARIABLE RATE | 32,672,079.000 | 3.0937 | -26,037.41 | -812,775.48 |



# Brokerage
# Account Statement

**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1640



**Statement Period: 06/01/2007 - 06/30/2007**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/14/07 | 06/11/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-115 CL-AI INT ONLY INV FLTR<br>0.000% 12/25/26 B/E DTD 11/25/06<br>FACTOR 0.77833370000 REM BAL 38,916,895<br>VARIABLE RATE | -50,000,000.000 | 3.3243 | 39,846.58 | 1,298,564.90 |
| 06/14/07 | 06/11/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-115 CL-AI INT ONLY INV FLTR<br>0.000% 12/25/26 B/E DTD 11/25/06<br>FACTOR 0.77833370000 REM BAL 25,428,917<br>VARIABLE RATE | -32,672,079.000 | 3.2343 | 26,031.41 | 848,536.30 |
| 06/14/07 | 06/11/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2007-20 CL-20-S 1.420% 03/25/37 B/E<br>DTD 02/25/07 FACTOR 0.91570036100<br>REM BAL 45,785,180 | 50,000,000.000 | 2.5312 | 34,313.45 | 1,238,174.44 |
| 06/14/07 | 06/11/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2007-20 CL-20-S 1.420% 03/25/37 B/E<br>DTD 02/25/07 FACTOR 0.91570036100<br>REM BAL 45,785,180 | 50,000,000.000 | 2.5312 | 34,313.45 | 1,238,174.44 |
| 06/14/07 | 06/11/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2007-20 CL-20-S 1.420% 03/25/37 B/E<br>DTD 02/25/07 FACTOR 0.91570036100<br>REM BAL 45,785,180 | 50,000,000.000 | 2.5312 | -34,313.45 | -1,193,250.83 |
| 06/14/07 | 06/11/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2007-20 CL-20-S 1.420% 03/25/37 B/E<br>DTD 02/25/07 FACTOR 0.91570036100<br>REM BAL 45,785,180 | -50,000,000.000 | 2.6250 | -34,313.45 | -1,193,250.83 |
| 06/14/07 | 06/11/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2007-20 CL-20-S 1.420% 03/25/37 B/E<br>DTD 02/25/07 FACTOR 0.91570036100<br>REM BAL 45,785,180 | -50,000,000.000 | 2.6250 | 34,313.45 | 1,238,174.44 |
| 06/14/07 | 06/11/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2007-20 CL-20-S 1.420% 03/25/37 B/E<br>DTD 02/25/07 FACTOR 0.91570036100<br>REM BAL 45,785,180 | -50,000,000.000 | 2.6250 | 34,313.45 | 1,238,174.44 |

EQUAL RATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-03-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC

Page 13 of 36

00083277GSF00049

## Transactions in Date Sequence (continued)



| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/15/07 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-HB INT ONLY 5.500% 04/15/28 B/E DTD 01/01/03 CLB RD 05/31 PD 06/15/07 | | | | 364.67 |
| 06/15/07 | | BOND INTEREST RECEIVED | 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2892 CL-2892-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB RD 05/31 PD 06/15/07 | | | | 202.56 |
| 06/15/07 | | BOND INTEREST RECEIVED | 5000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2835 CL-2835-UR 8.000% 09/15/33 B/E DTD 08/15/04 RD 05/31 PD 06/15/07 | | | | 15.13 |
| 06/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2835 CL-2835-UR 8.000% 09/15/33 B/E DTD 08/15/04 RD 05/31 PD 06/15/07 | | | | 1.99 |
| 06/15/07 | | BOND INTEREST RECEIVED | 10000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/07/04 RD 05/31 PD 06/15/07 | | | | 2.78 |
| 06/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/07/04 RD 05/31 PD 06/15/07 | | | | 206.11 |
| 06/15/07 | | BOND INTEREST RECEIVED | 304000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB RD 05/31 PD 06/15/07 | | | | 1,173.05 |
| 06/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB RD 05/31 PD 06/15/07 | | | | 3,949.79 |
| 06/15/07 | | BOND INTEREST RECEIVED | 8000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 2.886% 04/15/34 B/E DTD 05/01/05 RD 05/31 PD 06/15/07 | | | | 26.64 |
| 06/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 2.886% 04/15/34 B/E DTD 05/01/05 RD 05/31 PD 06/15/07 | | | | 2,048.29 |
| 06/15/07 | | BOND INTEREST RECEIVED | 18000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2890 CL-2890-NY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB RD 05/31 PD 06/15/07 | | | | 74.60 |

0003327TCSEP30449

Account Number: 727-891035
CROCKER SECURITIES LLC

P4P-02-ROLL

Clearing Through: Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

# CROCKER SECURITIES LLC

2950 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-941-1640



DALBAR RATED
FOR CONSUMERS

## Brokerage
## Account Statement

Statement Period: 06/01/2007 - 06/30/2007

Account Number: 727-881035
CROCKER SECURITIES LLC

PAR-00-ROLL

Clearing Through/Pershing LLC, a subsidiary of The Bank of New York Company, Inc
Member NASD, NYSE, SIPC

### Transactions in Date Sequence *(continued)*

| Process/ Trade/ Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2990 CL-2990-AW INV FLTR | | | | 106.23 |
| 06/15/07 | | BOND INTEREST RECEIVED | 8.000% 6D/15/35 B/E DTD 06/15/06 CLB RD 05/31 PD 06/15/07 6000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT | | | | 25.61 |
| 06/15/07 | | PRINCIPAL PAY DOWN RECEIVED | INV CPWR 8.000% 04/15/35 B/E DTD 10/01/05 RD 04/31 PD 06/15/07 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3053 CL-3053-WT INV CPWR | | | | 740.30 |
| 06/15/07 | | BOND INTEREST RECEIVED | 8.000% 04/15/35 B/E DTD 10/01/05 RD 05/31 PD 06/15/07 2131000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US | | | | 11,532.71 |
| 06/15/07 | | PRINCIPAL PAY DOWN RECEIVED | INV FLTR 7.500% 05/15/36 B/E DTD 05/01/06 CLB RD 05/31 PD 06/15/07 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR | | | | 26,350.09 |
| 06/15/07 | | BOND INTEREST RECEIVED | 7.500% 05/15/36 B/E DTD 05/01/06 CLB RD 05/31 PD 06/15/07 639000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD | | | | 2,789.28 |
| 06/15/07 | | PRINCIPAL PAY DOWN RECEIVED | INV FLTR 7.500% 12/15/36 B/E DTD 07/15/06 RD 05/31 PD 06/15/07 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR | | | | 18,727.36 |
| 06/18/07 | 06/14/07 | PURCHASED | 7.500% 12/15/36 B/E DTD 07/15/06 RD 05/31 PD 06/15/07 CSMC MTG BACKED TR 2006 7 MTG BKD PASSTHRU CTF CL 5A2 INT ONLY INV FLTR 0.000% 08/25/36 B/E DTD 07/25/06 CLB FACTOR 0.76357200000 REM BAL 15,977,421 VARIABLE RATE | 20,846,000.000 | 2.7500 | -17,795.56 | -455,525.66 |

0008532177CSLP30049

Page 15 of 36

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/18/07 | 06/14/07 | SOLD | CSMC MTG BACKED TR 2006 7 MTG BKD PASSTHRU CTF CL 5A2 INT ONLY INV FLTR 0.000% 08/25/36 B/E DTD 07/26/06 CLB FACTOR 0.76357200300 REM BAL 15,917,421 VARIABLE RATE | -20,846,000.000 | 2.8520 | 17,796.56 | 473,353.18 |
| 06/18/07 | 06/14/07 | PURCHASED | G1 MTG SECS CORP MTG PASSTHRU CTF SER 2005-9F CL-3A2 0.000% 01/25/36 B/E DTD 12/29/05 CLB FACTOR 0.576956200 REM BAL 10,912,320 VARIABLE RATE | 16,129,000.000 | 3.7187 | -12,409.73 | -418,211.63 |
| 06/18/07 | 06/14/07 | SOLD | G1 MTG SECS CORP MTG PASSTHRU CTF SER 2005-9F CL-3A2 0.000% 01/25/36 B/E DTD 12/29/05 CLB FACTOR 0.576956200 REM BAL 10,912,320 VARIABLE RATE | -16,129,000.000 | 3.8470 | 12,409.73 | 432,206.68 |
| 06/18/07 | 06/14/07 | PURCHASED | GSR MTG LN TR 2004 15F MTG PASSTHRU CTF CL 3A2 0.000% 12/25/34 B/E DTD 11/25/04 CLB FACTOR 0.369626300 REM BAL 11,541,566 VARIABLE RATE | 31,226,000.000 | 4.6250 | -17,549.59 | -551,347.04 |
| 06/18/07 | 06/14/07 | SOLD | GSR MTG LN TR 2004 15F MTG PASSTHRU CTF CL 3A2 0.000% 12/25/34 B/E DTD 11/25/04 CLB FACTOR 0.369626300 REM BAL 11,541,566 VARIABLE RATE | -39,125,000.000 | 4.8000 | 21,989.68 | 716,145.99 |
| 06/18/07 | 06/14/07 | PURCHASED | GSR MTG LN TR 2004 15F MTG PASSTHRU CTF CL 3A2 0.000% 12/25/34 B/E DTD 11/25/04 CLB FACTOR 0.369658300 REM BAL 14,461,610 VARIABLE RATE | 7,900,000.000 | 4.6250 | -4,440.09 | -139,492.13 |
| 06/18/07 | 06/14/07 | CORRECTED PURCHASE | GSR MTG LN TR 2004 15F MTG PASSTHRU CTF CL 3A2 0.000% 12/25/34 B/E REM BAL 2920040.05 VARIABLE RATE CORRECTED CONFIRM | 28,000,000.000 | | | |
| 06/18/07 | 06/14/07 | PURCHASED | GSR MTG LN TR 2004 4F MTG PASSTHRU CTF CL 4A-2 0.000% 05/25/36 B/E DTD 04/25/06 CLB FACTOR 0.701015070 REM BAL 19,796.421 VARIABLE RATE | 28,000,000.000 | 3.6875 | -23,145.32 | -753,138.38 |
| 06/18/07 | 06/14/07 | SOLD | GSR MTG LN TR 2004 4F MTG PASSTHRU CTF CL 4A-2 0.000% 05/25/36 B/E DTD 04/25/06 CLB FACTOR 0.701015070 REM BAL 19,796.421 VARIABLE RATE | -28,000,000.000 | 3.8160 | 23,145.32 | 778,576.78 |
| 06/18/07 | 06/14/07 | PURCHASED | INDYMAC MBS INC 2004 A9 MTG PASSTHRU CTF CL A3 INT ONLY 1.830% 12/25/34 B/E DTD 10/25/04 CLB FACTOR 0.361184000 REM BAL 18,059,420 | 50,000,000,000 | 1.8750 | -21,114.47 | -359,726.60 |
| 06/18/07 | 06/14/07 | PURCHASED | INDYMAC MBS INC 2004 A9 MTG PASSTHRU CTF CL A3 INT ONLY 1.830% 12/25/34 B/E DTD 10/25/04 CLB FACTOR 0.361184000 REM BAL 1,014,361 | 2,808,400.000 | 1.8750 | -1,185.96 | -20,205.24 |

DALLAS BASED FOR COMMERCIAL



# CROCKER SECURITIES LLC

5990 Oak Road • Suite 280 • Walnut Creek, CA 94597
925-941-1540



## Brokerage
## Account Statement

**Statement Period: 06/01/2007 - 06/30/2007**

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-00-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

## Transactions in Date Sequence *(continued)*

| Process/ Date | Trade/ Settlement Date | Transaction Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/18/07 | 06/14/07 | SOLD | INDYMAC MBS INC 2004 A9 MTG PASSTHRU CTF CL A3 INT ONLY 1.889% 12/25/34 B/E DTD 10/25/04 CLB FACTOR 0.361884000 REM BAL 18,699,420 | -50,000,000.000 | 1.9390 | 27,114.47 | 371,286.82 |
| 06/18/07 | | SOLD | INDYMAC MBS INC 2004 A9 MTG PASSTHRU CTF CL A3 INT ONLY 1.889% 12/25/34 B/E DTD 10/25/04 CLB FACTOR 0.361884000 REM BAL 1,014,361 | -2,806,400.000 | 1.9390 | 1,185.56 | 20,854.43 |
| 06/18/07 | | BOND INTEREST RECEIVED | 6000 GNMA GTD REMIC PASS THRU CTF REMIC TR 2005-45 CL-45-DT INV FLTR 8.000% 08/16/35 B/E DTD 06/18/05 CLB RD 05/31 PD 06/16/07 | | | 26.83 | 26.83 |
| 06/18/07 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTF REMIC TR 2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/18/05 CLB RD 05/31 PD 06/16/07 | | | 113.72 | 113.72 |
| 06/19/07 | 06/15/07 | PURCHASED | BANC AMER CDG 2007 2 TR MTG PASSTHRU CTF CL 39-IO INT ONLY 6.000% 03/25/37 B/E DTD 02/01/07 CLB FACTOR 0.917636T200 REM BAL 20,048,266 | 21,847,716.000 | 18.3750 | -60,144.80 | -3,744,013.76 |
| 06/19/07 | 06/15/07 | SOLD | BANC AMER CDG 2007 2 TR MTG PASSTHRU CTF CL 39-IO INT ONLY 6.000% 03/25/37 B/E DTD 02/01/07 CLB FACTOR 0.917636T200 REM BAL 20,048,266 | -21,847,716.000 | 18.9375 | 60,144.80 | 3,856,785.26 |
| 06/19/07 | 06/15/07 | PURCHASED | CREDIT SUISSE FIRST BOSTON MTG SECS CORP 2003-11 MTG PASSTHRU CTF CL IV-X 5.500% 06/25/33 B/E DTD 06/01/03 CLB FACTOR 0.140808280D REM BAL 3,474,965 | 24,285,475.000 | 11.3750 | -9,556.16 | -404,833.64 |
| 06/19/07 | 06/15/07 | SOLD | CREDIT SUISSE FIRST BOSTON MTG SECS CORP 2003-11 MTG PASSTHRU CTF CL IV-X 5.500% 06/25/33 B/E DTD 06/01/03 CLB FACTOR 0.140808280D REM BAL 3,474,965 | -24,285,475.000 | 11.7500 | 9,556.16 | 417,864.76 |
| 06/19/07 | 06/15/07 | PURCHASED | STRUCTURED ASSET SECS CORP SER 2005 RF3CL S2 1AIO 2.592% 06/25/35 B/E DTD 07/29/05 CLB FACTOR 0.643894T300 REM BAL 32,194,707 | 50,000,000.000 | 1.9200 | -16,185.78 | -634,324.16 |

## Transactions in Date Sequence *(continued)*

Account Number: 727-891035
CROCKER SECURITIES LLC

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/19/07 | 06/15/07 | PURCHASED | STRUCTURED ASSET SECS CORP SER 2005 / RF3CL S2 1AIO 2.590% 06/25/35 B/E / D1D 07/29/05 CLB FACTOR .64389841500 / REM BAL 32,794,707 | 50,000,000.000 | 1.9200 | -16,185.78 | -534,324.16 |
| 06/19/07 | 06/15/07 | PURCHASED | STRUCTURED ASSET SECS CORP SER 2005 / RF3CL S2 1AIO 2.590% 06/25/35 B/E / D1D 07/29/05 CLB FACTOR .64389841000 / REM BAL 13,634,064 | 21,485,000.000 | 1.9200 | -6,955.03 | -272,569.10 |
| 06/19/07 | 06/15/07 | CORRECTED SELL | STRUCTURED ASSET SECS CORP SER 2005 / RF3CL S2 1AIO 2.590% 06/25/35 B/E / D1D 07/29/05 CLB FACTOR .84389410000 / REM BAL 32194707.50 CORRECTED CONFIRM | -50,000,000.000 | 2.0000 | 16,185.78 | 660,079.54 |
| 06/19/07 | 06/15/07 | CORRECTED SELL | STRUCTURED ASSET SECS CORP SER 2005 / RF3CL S2 1AIO 2.590% 06/25/35 B/E / D1D 07/29/05 CORRECTED CONFIRM | -50,000,000.000 | 2.0000 | 16,185.78 | 660,079.93 |
| 06/19/07 | 06/15/07 | CORRECTED SELL | STRUCTURED ASSET SECS CORP SER 2005 / RF3CL S2 1AIO 2.590% 06/25/35 B/E / D1D 07/29/05 CLB FACTOR .84389410000 / REM BAL 32194707.10 CORRECTED CONFIRM | -21,485,000.000 | 2.0000 | 6,995.03 | 283,676.35 |
| 06/20/07 | 06/15/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2835 CL-2836-SG INV FLTR / 3.383% 05/15/24 B/E D1D 09/15/04 CLB / FACTOR 0.39231335900 REM BAL 5,601,842 / VARIABLE RATE | 14,279,000.000 | 62.0000 | -2,632.35 | -3,475,774.95 |
| 06/20/07 | 06/15/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2835 CL-2836-SG INV FLTR / 3.383% 05/15/24 B/E D1D 09/15/04 CLB / FACTOR 0.39231335900 REM BAL 5,601,842 / VARIABLE RATE | -14,279,000.000 | 62.0000 | 2,632.35 | 3,587,811.80 |
| 06/20/07 | 06/15/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2946 CL-2946-SP 0.000% 03/15/35 B/E / D1D 03/15/05 CLB FACTOR .02367131000 / REM BAL 4,741,199 VARIABLE RATE | 5,735,000.000 | 64.0000 | -1,827.34 | -2,846,547.12 |
| 06/20/07 | 06/15/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD / SER-2946 CL-2946-SP 0.000% 03/15/35 B/E / D1D 03/15/05 CLB FACTOR .02367131000 / REM BAL 4,741,199 VARIABLE RATE | -5,735,000.000 | 60.0000 | 1,827.34 | 2,917,665.11 |
| 06/20/07 | 06/19/07 | INT. CHARGED ON DEBIT BALANCES | MARGIN INTEREST FOR 31 DEBIT DAYS / AVRAL 368/07039.38 AVRG RATE 7.500 / 05-20-07 TO 06-19-07 | | | | -237,970.48 |

BAZAR BAZID FOR COMMUNICATION

00085277293P010049

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC

CROCKER SECURITIES LLC
2595 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540



# Brokerage
## Account Statement

Statement Period: 06/01/2007 - 06/30/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/20/07 | 06/20/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2840 CL-2840-SK INV FLTR 0.000% 08/15/24 B/E DTD 08/15/0N CLB FACTOR 0.3561595800 REM BAL 2,440,221 VARIABLE RATE | 6,686,285.000 | 59.0000 | -313.16 | -1,440,043.79 |
| 06/21/07 | 06/18/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-SW CTFS GTD 0.000% 09/15/24 B/E DTD 09/15/0N CLB FACTOR 0.6780353100 REM BAL 2,135,133 VARIABLE RATE | 3,149,000.000 | 74.0000 | -1,266.85 | -1,581,265.41 |
| 06/21/07 | 06/18/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2762 CL-2762-SW CTFS GTD 0.000% 09/15/24 B/E DTD 09/15/0N CLB FACTOR 0.6780353100 REM BAL 2,135,133 VARIABLE RATE | -3,149,000.000 | 76.0000 | 1,266.85 | 1,823,968.08 |
| 06/21/07 | 06/18/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-45 CL-45-SP 3.703% 06/25/06 B/E DTD 06/25/06 FACTOR 0.7469080800 REM BAL 5,479,743 | -7,345,638.000 | 55.0000 | 14,665.27 | 3,576,469.67 |
| 06/21/07 | 06/18/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-45 CL-45-SP 3.703% 06/25/06 B/E DTD 06/25/06 FACTOR 0.7469080800 REM BAL 5,479,743 | 7,345,638.000 | 63.0000 | -14,665.27 | -3,468,894.80 |
| 06/21/07 | 06/18/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3184 CL-3184-NS 8.000% 04/15/33 B/E DTD 06/01/06 VARIABLE RATE FACTOR .6170948? REM BAL 287089.21 | 406,403.000 | 96.7500 | -1,114.62 | -243,753.18 |
| 06/21/07 | 06/18/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3195 CL-3195-BS INV FLTR 10.270% 07/15/36 B/E DTD 07/15/06 CLB FACTOR 1.0000000000 REM BAL 1,990,000 | -1,990,000.000 | 98.5000 | 3,465.22 | 1,993,556.22 |
| 06/21/07 | 06/18/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.860% 07/15/26 B/E DTD 07/15/06 CLB FACTOR 0.7740076800 REM BAL 6,951,122 | 8,972,575.000 | 82.0000 | -3,313.37 | -4,313,009.20 |

B008527172SP50049

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company Inc.
Member NASD/NYSE, SIPC

## Transactions in Date Sequence (continued)



| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/21/07 | 06/18/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3186 CL-3186-SE INV FLTR<br>2.860% 07/15/06 B/E D/TD 07/15/06 CLB<br>FACTOR 0.7740079300 REM BAL 6,951,122 | -8,972,575.000 | 64.0000 | 3,313.37 | 4,452,031.65 |
| 06/21/07 | 06/18/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3186 CL-3186-ST INV FLTR<br>0.000% 07/15/06 B/E D/TD 07/15/06 CLB<br>FACTOR 0.7740079300 REM BAL 5,747,555<br>VARIABLE RATE | 7,419,000.000 | 62.0000 | -2,624.56 | -3,568,109.22 |
| 06/21/07 | 06/18/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3186 CL-3186-ST INV FLTR<br>0.000% 07/15/06 B/E D/TD 07/15/06 CLB<br>FACTOR 0.7740079300 REM BAL 5,747,555<br>VARIABLE RATE | -7,419,000.300 | 63.5000 | 2,624.56 | 3,652,322.56 |
| 06/21/07 | 06/18/07 | CORRECTED PURCHASE | GNMA GTD REMIC PASS THRU CTFS REMIC<br>SER-2005-28 CL-28-VS INV FLTR<br>0.000% 06/20/35 B/E D/TD 06/01/03 CLB<br>FACTOR .7526509060000 REM BAL 85474.75<br>VARIABLE RATE CORRECTED CONFIRM | 1,135,154.000 | 122.0000 | -425.76 | -1,042,762.95 |
| 06/21/07 | 06/18/07 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTFS REMIC<br>SER-2005-28 CL-28-VS INV FLTR<br>0.000% 06/20/35 B/E D/TD 06/01/03 CLB<br>FACTOR .7526509060000 REM BAL 85474.75<br>VARIABLE RATE CORRECTED CONFIRM | -1,135,154.000 | 124.0000 | 425.76 | 1,059,850.45 |
| 06/21/07 | 06/19/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3195 CL-3195-BS INV FLTR<br>7L2.70% 07/15/06 B/E D/TD 07/15/06 CLB<br>FACTOR 1.0000000000 REM BAL 1,990,000 | 1,990,000.000 | 96.6000 | -3,406.22 | -1,923,756.22 |
| 06/21/07 | 06/20/07 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2840 CL-28HD-SX INV FLTR<br>0.000% 08/15/34 B/E D/TD 09/15/04 CLB<br>FACTOR 0.6341599800 REM BAL 2,440,221<br>VARIABLE RATE CANCELLED TRADE | -6,886,266.000 | 59.0000 | 313.16 | 1,440,043.79 |
| 06/22/07 | 06/15/07 | CORRECTED SELL | STRUCTURED ASSET SECS CORP SER 2005<br>RFSCL S2 1AR2 6.589% 06/25/35 B/E<br>DTD 07/29/05 CLB FACTOR .6438941583000<br>REM BAL 1388406381 CORRECTED CONFIRM | -21,485,000.000 | 2.0000 | 283,636.35 | 283,636.35 |
| 06/20/07 | 06/15/07 | CANCELLED SELL | STRUCTURED ASSET SECS CORP SER 2005<br>RFSCL S2 1AR2 2.589% 06/25/35 B/E<br>DTD 07/29/05 CLB FACTOR .6438941583000<br>REM BAL 1388406381 CANCELLED TRADE | 21,485,000.000 | 2.0000 | -263,078.35 | -263,078.35 |

Account Number 7ZJ-891035<br>CROCKER SECURITIES LLC<br>PAR-02-POLL

308453272C5P30040



# CROCKER SECURITIES LLC

3555 Oak Road • Suite 200 • Walnut Creek, CA 94597
925-941-4540



DIABLO RATED
FOR COMMUNICATION

# Brokerage
## Account Statement

Statement Period: 06/01/2007 - 06/30/2007

Account Number: 727-891035
CROCKER SECURITIES LLC

PA8-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD/NYSE SIPC

Page 21 of 36

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/22/07 | 06/19/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-59 CL-SD-SD "INV FLTR" 0.823% 08/25/33 B/E DTD 07/01/03 VARIABLE RATE FACTOR 0.494120100 REM BAL 1,605,810 | 3,690,000.000 | 48.0000 | -772.80 | -787,619.84 |
| 06/22/07 | 06/19/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-59 CL-SD-SD "INV FLTR" 0.823% 08/25/33 B/E DTD 07/01/03 FACTOR 0.494120100 REM BAL 1,605,810 VARIABLE RATE | -3,690,000.000 | 50.5000 | 772.80 | 811,706.69 |
| 06/22/07 | 06/19/07 | PURCHASED | FNMC MULTICLASS MTG PARTN CTFS GTD SER-2638 CL-2638-SU 0.000% 07/15/33 B/E DTD 07/01/03 CLB FACTOR 0.220500500 REM BAL 1,403,970 VARIABLE RATE | 6,360,000.000 | 72.0000 | -3,390.59 | -1,014,249.22 |
| 06/22/07 | 06/19/07 | CORRECTED SELL | FNMC MULTICLASS MTG PARTN CTFS GTD SER-2638 CL-2638-SU 0.000% 07/15/33 B/E DTD 07/01/03 CLB FACTOR 0.220500500 REM BAL 1403970.32 VARIABLE RATE CORRECTED CONFIRM | -6,360,000.000 | 74.0000 | 3,390.59 | 1,042,328.63 |
| 06/22/07 | 06/19/07 | PURCHASED | FNMC MULTICLASS MTG PARTN CTFS GTD SER-2727 CL-2727-BS 0.000% 01/15/34 B/E DTD 01/15/04 CLB FACTOR 1.000000000 REM BAL 2,853,000 VARIABLE RATE | 2,853,000.000 | 46.0000 | -807.45 | -1,312,987.45 |
| 06/22/07 | 06/19/07 | SOLD | FNMC MULTICLASS MTG PARTN CTFS GTD SER-2727 CL-2727-BS 0.000% 01/15/34 B/E DTD 01/15/04 CLB FACTOR 1.000000000 REM BAL 2,853,000 VARIABLE RATE | -2,853,000.000 | 47.0000 | 807.45 | 1,341,511.45 |
| 06/22/07 | 06/19/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2780 CL-2780-SH "INV FLTR" 0.000% 04/15/34 B/E DTD 04/15/04 FACTOR 0.516289860 REM BAL 2,549,340 VARIABLE RATE | 4,938,000.000 | 74.0000 | -1,840.77 | -1,880,352.79 |
| 06/22/07 | 06/19/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2780 CL-2780-SH "INV FLTR" 0.000% 04/15/34 B/E DTD 04/15/04 FACTOR 0.516289860 REM BAL 2,549,340 VARIABLE RATE | -4,938,000.000 | 75.6250 | 1,840.77 | 1,929,779.58 |

B0002771CSP20049

## Transactions in Date Sequence (continued)



Account Number: 727-8810J5
CROCKER SECURITIES LLC

PS48-02-ROLL.

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/22/07 | 06/19/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3000 CL-3000-SR INV FLTR<br>2.433% 03/15/25 B/E DTD 07/15/05 CLB<br>FACTOR 0.77356133200 REM BAL 4,475,497 | 5,785,576.000 | 70.0000 | -2,111.57 | -3,134,366.04 |
| 06/22/07 | 06/19/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3000 CL-3000-SR INV FLTR<br>2.433% 03/15/25 B/E DTD 07/15/05 CLB<br>FACTOR 0.77356133200 REM BAL 4,475,497<br>VARIABLE RATE | -5,785,576.000 | 71.0000 | 2,111.57 | 3,179,721.01 |
| 06/22/07 | 06/19/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3069 CL-3069-SI FLOATER<br>0.000% 06/15/25 B/E DTD 11/15/05<br>FACTOR 0.90023737100 REM BAL 1,440,469 | 1,600,000.000 | 61.0000 | -754.23 | -878,440.89 |
| 06/22/07 | 06/19/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3069 CL-3069-SI FLOATER<br>0.000% 06/15/25 B/E DTD 11/15/05<br>FACTOR 0.90023737100 REM BAL 1,440,469<br>VARIABLE RATE | -1,600,000.000 | 62.0000 | 754.23 | 893,845.59 |
| 06/22/07 | 06/20/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-87 CL-87-AS INV FLTR<br>0.000% 10/25/34 B/E DTD 09/25/05<br>FACTOR 0.71873303000 REM BAL 4,959,849<br>VARIABLE RATE | 6,900,849.000 | 71.0000 | -10,973.67 | -3,532,456.65 |
| 06/22/07 | 06/20/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-87 CL-87-AS INV FLTR<br>0.000% 10/25/34 B/E DTD 09/25/05<br>FACTOR 0.71873303000 REM BAL 4,959,849<br>VARIABLE RATE | -6,900,849.000 | 72.2900 | 10,973.67 | 3,594,464.77 |
| 06/22/07 | 06/20/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2840 CL-2840-SK INV FLTR<br>0.000% 08/15/34 B/E DTD 08/15/04 CLB<br>FACTOR 0.35483939900 REM BAL 2,440,221<br>VARIABLE RATE | -6,885,286.000 | 59.6250 | 313.16 | 1,453,295.18 |
| 06/22/07 | 06/20/07 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2840 CL-2840-SK INV FLTR<br>0.000% 08/15/34 B/E DTD 08/15/04 CLB<br>FACTOR 0.35483939900 REM BAL 2,440,221<br>VARIABLE RATE CORRECTED CONFIRM | 6,885,286.000 | 59.0000 | -313.16 | -1,440,043.79 |
| 06/22/07 | 06/20/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-62 CL-62-AC INT ONLY<br>0.000% 07/25/36 B/E DTD 06/01/06<br>FACTOR 0.64000005400 REM BAL 8,652,238<br>VARIABLE RATE | 13,500,000.000 | 2.9052 | -9,236.26 | -260,691.94 |

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc. Member NASD, NYSE, SIPC.

Page 22 of 36

B00943171CSEP30+44



# CROCKER SECURITIES LLC

1999 Oak Road • Suite 239 • Walnut Creek, CA 94597
925.941.1840



## Brokerage Account Statement

Statement Period: 06/01/2007 - 06/30/2007

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/22/07 | 06/20/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006 62 CL-62-NQ INT ONLY 0.000% 07/25/36 B/E DTD 05/01/06 FACTOR 0.64090065400 REM BAL 8,655,238 VARIABLE RATE | -13,500,000.000 | 3.0000 | 9,235.26 | 266,803.41 |
| 06/22/07 | 06/20/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2007-47 CL-47-YI 5.000% 05/29/37 B/E DTD 04/01/07 FACTOR 0.98918436900 REM BAL 14,155,595 | 14,281,500.000 | 14.2500 | -41,287.17 | -2,658,460.15 |
| 06/22/07 | 06/20/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2007-47 CL-47-YI 5.000% 05/29/37 B/E DTD 04/01/07 FACTOR 0.98918436900 REM BAL 14,155,595 | -14,281,500.000 | 14.8125 | 41,287.17 | 2,130,085.40 |
| 06/22/07 | 06/20/07 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3288 CL 3288-TI 6.000% 03/15/37 B/E DTD 03/01/07 CLB FACTOR 0.98851142000 REM BAL 19,773,028 | 20,000,000.000 | 14.2500 | -57,671.33 | -2,875,327.88 |
| 06/22/07 | 06/20/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3288 CL 3288-TI 6.000% 03/15/37 B/E DTD 03/01/07 CLB FACTOR 0.98851142000 REM BAL 19,773,028 | -20,000,000.000 | 14.8125 | 57,671.33 | 2,986,551.16 |
| 06/22/07 | 06/20/07 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3269 CL 3269-AC 0.000% 08/15/35 B/E DTD 01/01/07 CLB FACTOR 0.98865174200 REM BAL 2,727,853 | 2,370,000.000 | 82.0000 | -5,530.00 | -1,948,930.00 |
| 06/22/07 | 06/20/07 | SOLD | RESIDENTIAL FDG MTG SECS II INC HOME EQ LN PASSTHRU CTF TR-2003-QR24 CL-A3 4.000% 07/25/33 B/E DTD 11/01/03 CLB FACTOR 1.00000000000 REM BAL 2,370,000 | -2,370,000.000 | 84.0000 | 5,530.00 | 1,995,330.00 |
| 06/25/07 | 06/21/07 | PURCHASED | RESIDENTIAL FDG MTG SECS II INC HOME EQ LN PASSTHRU CTF TR-2003-QR24 CL-A3 4.000% 07/25/33 B/E DTD 11/01/03 CLB FACTOR 1.00000000000 REM BAL 2,370,000 | 2,800,000.000 | 91.0000 | -14,548.55 | -2,498,894.90 |
| 06/25/07 | 06/21/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3269 CL 3269-AC 0.000% 08/15/35 B/E DTD 01/01/07 CLB FACTOR 0.97423283600 REM BAL 2,727,853 | -2,800,000.000 | 91.0000 | 14,548.55 | 2,498,894.90 |

Account Number: 7L7-891035
CROCKER SECURITIES LLC

PAR-22-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD/NYSE/SIPC.

B08241TCHP30043

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/25/07 | 06/27/07 | PURCHASED | FHLMC G'TD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 B/E DTD 02/01/07 FACTOR 0.986665599900 REM BAL 1,332,000 | 1,350,000.000 | 93.0000 | -8,661.00 | -1,246,420.41 |
| 06/25/07 | 06/27/07 | PURCHASED | FHLMC G'TD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/33 B/E DTD 02/01/07 FACTOR 0.986665599900 REM BAL 296,000 | 300,000.000 | 93.0000 | -1,480.00 | -276,760.09 |
| 06/25/07 | 06/21/07 | SOLD | FHLMC G'TD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 B/E DTD 02/01/07 FACTOR 0.986665599900 REM BAL 1,628,000 | -1,650,000.000 | 93.0000 | 8,140.00 | 1,522,180.50 |
| 06/25/07 | | RETURN OF PRINCIPAL RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/01/05 RD 05/31 PD 06/25/07 | | | | 92.16 |
| 06/25/07 | | BOND INTEREST RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/01/05 RD 05/31 PD 06/25/07 | | | | 18.47 |
| 06/25/07 | | BOND INTEREST RECEIVED | 13400 FNMA G'TD REMIC PASS THRU CTF REMIC TR 2003-24 CL-24-IN INT ONLY 5.500% 07/25/27 B/E DTD 03/01/03 RD 05/31 PD 06/25/07 | | | | 23.78 |
| 06/25/07 | | BOND INTEREST RECEIVED | 12400 FNMA G'TD REMIC PASS THRU CTF REMIC TR 2003-76 CL-76-GS INT ONLY 5.500% 09/25/31 B/E DTD 07/26/03 RD 05/31 PD 06/25/07 | | | | 103.16 |
| 06/25/07 | | BOND INTEREST RECEIVED | 91000 FNMA G'TD REMIC PASS THRU CTF REMIC TR 2003-97 CL-97-HC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 05/31 PD 06/25/07 | | | | 174.44 |
| 06/25/07 | | BOND INTEREST RECEIVED | 10000000 FNMA G'TD REMIC PASS THRU CTF REMIC TR 2004-46 CL-46-QD "INV" 0.000% 06/25/34 B/E DTD 06/25/04 RD 06/31 PD 06/25/07 | | | | 20,785.33 |
| 06/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA G'TD REMIC PASS THRU CTF REMIC TR 2004-46 CL-46-QD "INV" 0.000% 06/25/34 B/E DTD 05/25/04 RD 05/31 PD 06/25/07 | | | | 29,123.70 |
| 06/25/07 | | BOND INTEREST RECEIVED | 7000 FNMA G'TD REMIC PASS THRU CTF REMIC SER 2005-110 CL-KS "INV FLTG" 5.0849% 06/25/35 B/E DTD 11/01/05 RD 05/31 PD 06/25/07 | | | | 15.86 |



DALLAS BASED FOR COMMUNICATIONS

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-8C-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD/NYSE, SIPC.

8609327175873049



# Brokerage
## Account Statement



**CROCKER SECURITIES LLC**
3999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-943-1840

Statement Period: 06/01/2007 - 06/30/2007

Account Number: 727-RB1035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

Process/ 2008\627C6P3D4v9
PAR-06-ROLL

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 5.084% 05/25/35 B/E DTD 11/01/05 RD 05/31 PD 06/25/07 | | | | 170.65 |
| 06/25/07 | | BOND INTEREST RECEIVED | 58000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 05/31 PD 06/25/07 | | | | 238.69 |
| 06/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 05/31 PD 06/25/07 | | | | 1,223.79 |
| 06/25/07 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/06 RD 05/31 PD 06/25/07 | | | | 66,666.67 |
| 06/25/07 | | BOND INTEREST RECEIVED | 5900 FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 06/25 PD 06/25/07 | | | | 22.28 |
| 06/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 RD 05/31 PD 06/25/07 | | | | 120.86 |
| 06/25/07 | | BOND INTEREST RECEIVED | 6150000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 07/25/35 B/E DTD 12/01/05 RD 05/31 PD 06/25/07 | | | | 26,836.28 |
| 06/25/07 | | BOND INTEREST RECEIVED | 11000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-SW 7.500% 06/25/36 B/E DTD 04/01/06 RD 06/31 PD 06/26/07 | | | | 53.58 |
| 06/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-SW 7.500% 06/25/36 B/E DTD 04/01/06 RD 05/31 PD 06/26/07 | | | | 241.84 |

# Transactions in Date Sequence (continued)


DEALER MADE FOR CONSUMATION

Account Number: 727-891035
CROCKER SECURITIES LLC

PAY U2-RCLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/25/07 | | BOND INTEREST RECEIVED | 385000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 06/25/08 B/E DTD 05/25/06 RD 05/31 PD 06/25/07 | | | | 896.96 |
| 06/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 06/25/06 B/E DTD 06/25/07 RD 05/31 PD 06/25/07 | | | | 4,571.67 |
| 06/26/07 | 06/15/07 | CORRECTED PURCHASE | CREDIT SUISSE FIRST BOSTON MTG SECS CORP 2003-17 MTG PASSTHRU CTF CL IV X 5.500% 06/25/33 B/E DTD 06/01/03 CLB FACTOR .1411861386 00 REM BAL 3428772.44 CORRECTED CONFIRM | 24,285,475.000 | 11.3750 | -9,429.12 | -399,451.99 |
| 06/26/07 | 06/15/07 | CORRECTED SELL | CREDIT SUISSE FIRST BOSTON MTG SECS CORP 2003-17 MTG PASSTHRU CTF CL IV X 5.500% 06/25/33 B/E DTD 06/01/03 CLB FACTOR .1411861386 00 REM BAL 3428772.44 CORRECTED CONFIRM | -24,285,475.000 | 11.7500 | 9,429.12 | 412,309.88 |
| 06/26/07 | 06/15/07 | CANCELLED SELL | CREDIT SUISSE FIRST BOSTON MTG SECS CORP 2003-17 MTG PASSTHRU CTF CL IV X 5.500% 06/25/33 B/E DTD 06/01/03 CLB FACTOR .1430882800 REM BAL 3,474,966 CANCELLED TRADE | -24,285,475.000 | 11.7500 | -9,556.16 | -417,864.76 |
| 06/26/07 | 06/15/07 | CANCELLED PURCHASE | CREDIT SUISSE FIRST BOSTON MTG SECS CORP 2003-17 MTG PASSTHRU CTF CL IV X 5.500% 06/25/33 B/E DTD 06/01/03 CLB FACTOR .1430882800 REM BAL 3,474,966 CANCELLED TRADE | 24,285,475.000 | 11.3750 | 9,556.16 | 404,833.64 |
| 06/26/07 | 06/15/07 | CORRECTED PURCHASE | STRUCTURED ASSET SECS CORP SER 2005 RFSCL S2 1AIU 2.590% 06/25/35 B/E DTD 07/29/05 CL8 FACTOR.6438941 50000 REM BAL .3219470130 CORRECTED CONFIRM | 50,000,000.000 | 1.9200 | -16,210.89 | -634,349.27 |
| 06/26/07 | 06/15/07 | CORRECTED PURCHASE | STRUCTURED ASSET SECS CORP SER 2005 RFSCL S2 1AIU 2.590% 06/25/35 B/E DTD 07/29/05 CL8 FACTOR.6438941 50000 REM BAL .3219470130 CORRECTED CONFIRM | 50,000,000.000 | 1.9200 | -16,210.89 | -634,349.27 |
| 06/26/07 | 06/15/07 | CORRECTED PURCHASE | STRUCTURED ASSET SECS CORP SER 2005 RFSCL S2 1AIU 2.590% 06/25/35 B/E DTD 07/29/05 CL8 FACTOR.6438941 00000 REM BAL .3219470774 CORRECTED CONFIRM | 21,485,000.000 | 1.9200 | -6,965.82 | -272,579.89 |
| 06/26/07 | 06/15/07 | CORRECTED SELL | STRUCTURED ASSET SECS CORP SER 2005 RFSCL S2 1AIU 2.590% 06/25/35 B/E DTD 07/29/05 CL8 FACTOR.6438941 53300 REM BAL .3219470777 CORRECTED CONFIRM | -50,000,000.000 | 2.0000 | 16,210.89 | 661,105.65 |



**Brokerage**
**Account Statement**

Statement Period: 06/01/2007 - 06/30/2007



CROCKER
SECURITIES LLC
3399 Oak Road • Suite 200 • Walnut Creek, CA 94597
925-941-1540

PAPER BASED
FOR COMMUNICATION

Account Number: 7Z7-681035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

Page 27 of 36

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/26/07 | 06/15/07 | CORRECTED SELL | STRUCTURED ASSET SECS CORP SER 2005<br>RF3CL S2 1A0 2.690% 06/25/35 B/E<br>DTD 07/29/05 CLB FACTOR .5438841455000<br>REM BAL. 32194707.77 CORRECTED CONFIRM | -50,000,000.000 | 2.0000 | 16,210.89 | 660,105.04 |
| 06/26/07 | 06/15/07 | CANCELLED SELL | STRUCTURED ASSET SECS CORP SER 2005<br>RF3CL S2 1A0 2.590% 06/25/35 B/E<br>DTD 07/29/05 CLB FACTOR .5438841455000<br>REM BAL. 32194707.50 CANCELLED TRADE | -50,000,000.000 | 2.0000 | -16,185.78 | -660,079.94 |
| 06/26/07 | 06/15/07 | CANCELLED SELL | STRUCTURED ASSET SECS CORP SER 2005<br>RF3CL S2 1A0 2.590% 06/25/35 B/E<br>DTD 07/29/05 CLB FACTOR .5438841455000<br>REM BAL. 32194707.50 CANCELLED TRADE | -50,000,000.000 | 2.0000 | -16,185.78 | -660,079.93 |
| 06/26/07 | 06/15/07 | CANCELLED PURCHASE | STRUCTURED ASSET SECS CORP SER 2005<br>RF3CL S2 1A0 2.590% 06/25/35 B/E<br>DTD 07/29/05 CLB FACTOR .643894150000<br>REM BAL. 32194707.50 CANCELLED TRADE | 50,000,000.000 | 2.0000 | 15,185.78 | 634,324.16 |
| 06/26/07 | 06/15/07 | CANCELLED PURCHASE | STRUCTURED ASSET SECS CORP SER 2005<br>RF3CL S2 1A0 2.590% 06/25/35 B/E<br>DTD 07/29/05 CLB FACTOR .643894150000<br>REM BAL. 32 194.707 CANCELLED TRADE | -50,000,000.000 | 1.9200 | 16,185.78 | 634,324.16 |
| 06/26/07 | 06/15/07 | CANCELLED PURCHASE | STRUCTURED ASSET SECS CORP SER 2005<br>RF3CL S2 1A0 2.690% 06/25/35 B/E<br>DTD 07/29/05 CLB FACTOR .643894150000<br>REM BAL. 13,834.064 CANCELLED TRADE | -30,000,000.000 | 1.9200 | 16,185.78 | 272,563.10 |
| 06/27/07 | 06/15/07 | CORRECTED SELL | STRUCTURED ASSET SECS CORP SER 2005<br>RF3CL S2 1A0 2.690% 06/25/35 B/E<br>DTD 07/29/05 CLB FACTOR .643894150000<br>BANC AMER FDG 2007 2 TR MTG PASTHRU CTF<br>CL 30-IO INT ONLY 6.000% 03/25/37 B/E<br>DTD 02/01/07 CLB FACTOR .887106151000 | -21,485,000.000 | 1.9200 | 57,789.67 | 3,705,762.32 |
| 06/27/07 | 06/15/07 | CANCELLED SELL | BANC AMER FDG 2007 2 TR MTG PASTHRU CTF<br>CL 30-IO INT ONLY 6.000% 03/25/37 B/E<br>DTD 02/01/07 CLB FACTOR .928221.88 CORRECTED CONFIRM<br>REM BAL. 192632181.88 CORRECTED CONFIRM | 21,847,716.000 | 18.9375 | -60,144.80 | -3,895,785.26 |
| 06/27/07 | 06/15/07 | CORRECTED SELL | BANC AMER FDG 2007 2 TR MTG PASTHRU CTF<br>CL 30-IO INT ONLY 6.000% 03/25/37 B/E<br>DTD 02/01/07 CLB FACTOR .937635072000<br>REM BAL. 20,068,266 CANCELLED TRADE<br>RF3CL S2 1A0 2.690% 06/25/35 B/E<br>DTD 07/29/05 CLB FACTOR .6339463345300<br>REM BAL. 13620337.23 CORRECTED CONFIRM | -21,485,000.000 | 2.0000 | 6,995.82 | 283,647.74 |

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/27/07 | 06/15/07 | CANCELLED SELL | STRUCTURED ASSET SECS CORP SER 2005 RF3CL S2 1A0 2.590% 06/25/35 B/E DTD 07/28/05 CLB FACTOR .54389#165300 REM BAL 138340055.93 CANCELLED TRADE | 21,485,000.000 | 2.0000 | -6,985.03 | -283,638.35 |
| 06/30/07 | 04/30/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.590% 07/15/36 B/E DTD 06/01/06 CLB FACTOR .85212730000 REM BAL 18156883.28 CORRECTED CONFIRM | -2,131,000.000 | 96.0000 | 10,692.86 | 1,753,840.60 |
| 06/30/07 | 05/30/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR .91406748000000 REM BAL .914089#4.80 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 117.3750 | 2,762.58 | 10,731,864.38 |
| 06/30/07 | 05/30/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 03/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10000000.00 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 116.8750 | 52,222.22 | 11,749,722.22 |
| 06/30/07 | 05/30/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-GS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .65464351000 REM BAL 40234429.39 CORRECTED CONFIRM | -6,150,000.000 | 98.5000 | 25,041.20 | 3,090,108.15 |
| 06/30/07 | 05/30/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.360% 06/25/36 B/E DTD 06/25/06 FACTOR .75498097000000 REM BAL 166079.31 VARIABLE RATE CORRECTED CONFIRM | -220,000.000 | 93.5000 | 73.07 | 155,357.23 |
| 06/29/07 | 05/31/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 07/15/35 B/E DTD 02/15/06 CLB FACTOR .88774262000 REM BAL 209075.46 VARIABLE RATE CORRECTED CONFIRM | -304,000.000 | 90.0000 | 531.28 | 188,705.20 |
| 06/29/07 | 06/04/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 FACTOR .66910432000 REM BAL 419528.41 CORRECTED CONFIRM | -627,000.000 | 99.0625 | 1,223.62 | 416,918.85 |
| 06/29/07 | 06/04/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/24 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4400000.00 CORRECTED CONFIRM | -4,400,000.000 | 95.5000 | 18,822.22 | 4,220,822.22 |

B4842771GSP2002

Account Number: TZ7-891035
CROCKER SECURITIES LLC

PAR-02 POLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

Page 28 of 36



# CROCKER SECURITIES LLC
3999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-943-1340

# Brokerage Account Statement

Statement Period: 06/01/2007 - 06/30/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/29/07 | 06/04/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2305-LS INV FLTR 2.2895% 08/15/34 B/E DTD 12/01/04 FACTOR .12504430000 REM BAL 226626.89 VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 97.8750 | 408.95 | 225,158.26 |
| 06/29/07 | 06/04/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR .72704832020 REM BAL 1951397.69 CORRECTED CONFIRM | -2,684,000.000 | 97.6250 | 11,008.76 | 1,916,060.76 |
| 06/29/07 | 06/04/07 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 B MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000000 REM BAL 500000.00 CORRECTED CONFIRM | -500,000.000 | 59.2187 | | 296,093.75 |
| 06/29/07 | 06/15/07 | CORRECTED PURCHASE | BANC AMER FDG 2007 2 TR MTG PASSTHRU CTF CL 3A10 INT ONLY 6.000% 03/25/37 B/E DTD 02/01/07 C13 FACTOR .88170415100 REM BAL 19283221.89 CORRECTED CONFIRM | 21,847,716.000 | 18.3750 | -57,789.67 | -3,597,406.69 |
| 06/29/07 | 06/15/07 | CANCELLED PURCHASE | BANC AMER FDG 2007 2 TR MTG PASSTHRU CTF CL 3A10 INT ONLY 6.000% 03/25/37 B/E DTD 02/01/07 C13 FACTOR .88170415100 CANCELLED TRADE | -21,847,716.000 | 18.3750 | 60,144.80 | 3,744,013.76 |
| 06/29/07 | 06/26/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL-46-CD "INV ETC" FACTOR 0.91808174800 REM BAL 9,140,874 VARIABLE RATE | 10,000,000.000 | 117.4062 | -2,762.58 | -10,734,720.90 |
| 06/29/07 | 06/26/07 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL-46-CD "INV ETC" FACTOR 0.91808174800 REM BAL 9,140,874 VARIABLE RATE | 10,000,000.000 | 116.9062 | -62,222.22 | -11,752,847.22 |
| 06/29/07 | 06/28/07 | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2005-S10 CL-HP "INV ETC" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000000 REM BAL 100000000.00 VARIABLE RATE CORRECTED CONFIRM FNMA MULTICLASS MTG PARTN CTFS GTD DTD 01/01/06 FACTOR .84494241 REM BAL 3121.71 | -5,000.000 | 20.05 | | 2,790.72 |



BO845217CSP30049

PA45-02-NCLL

Account Number: 1Z7-881035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD/NYSE/SIPC.

Page 29 of 36

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/29/07 | 06/28/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2006-T14 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .0654345100 REM BAL 4,025,442 | 6,150,000,000 | 98.5312 | -25,047.20 | -3,961,386.10 |
| 06/29/07 | 06/28/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-35 SW 7.500% 05/25/36 B/E DTD D401/166 FACTOR .75729488 REM BAL 8330.24 | -11,000,000 | 100.0000 | 48.59 | 8,378.83 |
| 06/29/07 | 06/28/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-46 CL-46 NS INV FLTR 3.960% 06/25/36 B/E DTD 06/25/06 FACTOR 0.17565059700 REM BAL 166,079 VARIABLE RATE | 220,000,000 | 93.5312 | -73.07 | -155,409.13 |
| 06/29/07 | 06/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2835 CL-2835-UP 8.000% 09/15/33 B/E DTD 08/15/04 FACTOR .45346824 REM BAL 2267.44 | -5,000,000 | 100.0000 | 7.05 | 2,274.49 |
| 06/29/07 | 06/28/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 6.500% 10/15/34 B/E DTD 10/01/04 CL8 FACTOR 1.00000000000 REM BAL 4,400,000 | 4,400,000,000 | 96.5312 | -18,822.22 | -4,222,197.22 |
| 06/29/07 | 06/28/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 FACTOR 0.12609648300 REM BAL 229,626 VARIABLE RATE | 1,836,333,000 | 97.9062 | -409.95 | -225,228.03 |
| 06/29/07 | 06/28/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CL8 FACTOR .0687748230 REM BAL 209,075 VARIABLE RATE | 304,000,000 | 90.0312 | -531.28 | -188,770.53 |
| 06/29/07 | 06/28/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GID SER-2990 CL-2990-NY INV FLTR 8.000% 03/15/35 B/E DTD 06/15/05 CLB FACTOR .81573990000 REM BAL 11083.32 VARIABLE RATE CORRECTED CONFIRM | -18,000,000 | 93.0000 | 36.48 | 10,341.97 |
| 06/29/07 | 06/28/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GID SER-3053 CL-3053-WT INV CPNR 8.000% 04/15/35 B/E DTD 10/01/05 VARIABLE RATE FACTOR .61677389 REM BAL 3700.64 | -6,000,000 | 96.0000 | 23.03 | 3,575.65 |

# CROCKER SECURITIES LLC
2999 Oak Road • Suite 250 • Walnut Creek, CA 94597
925-741-1540





# Brokerage
# Account Statement

Statement Period: 06/01/2007 - 06/30/2007

## Transactions in Date Sequence *(continued)*

| Process/ Trade/ Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/29/07 | 06/28/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3096 CL-3096-SG INV FLTR<br>8.000% 01/15/06 B/E DTD 01/01/06<br>FACTOR .72270483200 REM BAL 1,951,397 | 2,684,000.000 | 97.6562 | -11,006.76 | -1,916,670.57 |
| 06/29/07 | 06/28/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3151 CL 3151 US INV FLTR<br>7.500% 01/15/36 B/E DTD 05/01/06 CL8<br>FACTOR 0.88217229300 REM BAL 1,815,883 | 2,731,000.000 | 96.0312 | -10,592.65 | -1,754,408.06 |
| 06/29/07 | 06/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3164 CL-3164-MS 8.000% 04/15/33 B/E<br>DTD 06/01/06 VARIABLE RATE<br>FACTOR .61709467 REM BAL 8319.66 | -7,000.000 | 93.7500 | 26.88 | 4,335.74 |
| 06/29/07 | 06/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3164 CL-3164-MS 8.000% 04/15/33 B/E<br>DTD 06/01/06 VARIABLE RATE<br>FACTOR .61709467 REM BAL 12341.90 | -20,000.000 | 93.7500 | 76.79 | 12,397.83 |
| 06/29/07 | 06/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3164 CL-3164-MS 8.000% 04/15/33 B/E<br>DTD 06/01/06 VARIABLE RATE<br>FACTOR .61709467 REM BAL 15427.37 | -25,000.000 | 93.7500 | 95.99 | 15,484.79 |
| 06/29/07 | 06/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3164 CL-3164-MS 8.000% 04/15/33 B/E<br>DTD 06/01/06 VARIABLE RATE<br>FACTOR .61709467 REM BAL 6786.04 | -11,000.000 | 93.7500 | 42.24 | 6,813.31 |
| 06/29/07 | 06/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3164 CL-3164-MS 8.000% 04/15/33 B/E<br>DTD 06/01/06 VARIABLE RATE<br>FACTOR .61709467 REM BAL 80222.33 | -130,000.000 | 93.7500 | 499.16 | 80,520.94 |
| 06/29/07 | 06/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3164 CL-3164-MS 8.000% 04/15/33 B/E<br>DTD 06/01/06 VARIABLE RATE<br>FACTOR .61709467 REM BAL 7405.74 | -12,000.000 | 93.7500 | 66.08 | 7,432.71 |
| 06/29/07 | 06/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3164 CL-3164-MS 8.000% 04/15/33 B/E<br>DTD 06/01/06 VARIABLE RATE<br>FACTOR .61709467 REM BAL 1851.28 | -3,000.000 | 93.7500 | 11.52 | 1,858.18 |

B00853271CRSP20345

Account Number: 727-BB1035    CROCKER SECURITIES LLC

PAI-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD/NYSE, SIPC.

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/29/07 | 06/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-M5 8.000% 04/15/33 B/E DTD 06/01/06 VARIABLE RATE FACTOR .61709487 REM BAL 4319.66 | -7,000.000 | 99.7500 | 26.88 | 4,335.74 |
| 06/29/07 | 06/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-M5 8.000% 04/15/33 B/E DTD 06/01/06 VARIABLE RATE FACTOR .61709487 REM BAL 5553.85 | -8,000.000 | 93.7500 | 34.56 | 5,574.53 |
| 06/29/07 | 06/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-M5 8.000% 04/15/33 B/E DTD 06/01/06 VARIABLE RATE FACTOR .61709487 REM BAL 14810.28 | -24,000.000 | 93.7500 | 92.15 | 14,865.40 |
| 06/29/07 | 06/28/07 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2008 8 MTG PASSTHRU CTF CL 1A2 0.000% 10/25/33 B/E DTD 08/07/03 FACTOR 1.00000000 REM BAL 500,000 | 500,000.000 | 59.2500 | | -296,250.00 |
| 06/29/07 | 06/28/07 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR 2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB VARIABLE RATE FACTOR .65174935 REM BAL 3910.50 | -6,000.000 | 100.0000 | 11.30 | 3,921.80 |
| 06/29/07 | 06/28/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005 37 CL 37 KT INV FLTR 9.000% 05/25/06 B/E DTD 04/25/06 CLB FACTOR 1.00000000 REM BAL 800,000 | 800,000.000 | 96.5500 | -800.00 | -772,800.00 |
| 06/29/07 | 06/28/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005 37 CL 37 KT INV FLTR 9.000% 05/25/06 B/E DTD 04/25/06 CLB FACTOR 1.00000000 REM BAL 218,000 | -218,000.000 | 97.0000 | 218.00 | 211,678.00 |
| 06/29/07 | 06/28/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005 37 CL 37 KT INV FLTR 9.000% 05/25/06 B/E DTD 04/25/06 CLB FACTOR 1.00000000 REM BAL 582,000 | -582,000.000 | 98.0000 | 582.00 | 570,942.00 |
| 06/29/07 | 06/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-M5 8.000% 04/15/33 B/E DTD 06/01/06 REM BAL 97,749 VARIABLE RATE | -158,403.000 | 98.0000 | 608.22 | 96,402.91 |
| 06/29/07 | 06/28/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/05 FACTOR 0.66910453200 REM BAL 419,528 | 627,000.000 | 99.0937 | -1,223.62 | -416,950.05 |

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

PAR 02 ROLL



**Brokerage**
*Account Statement*

CROCKER
SECURITIES LLC
1359 Oak Rd. • Suite 203 • Walnut Creek, CA 94597
925-941-1640

Statement Period: 06/01/2007 - 08/30/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 06/29/07 | 06/29/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER.3186 CL-S 3186-SE INV FLTR<br>2.880% 07/15/36 B/E DTD 07/15/06 CLB<br>FACTOR 0.77470076300 REM BAL  45,383 | 56,000.000 | 89.5000 | -38.25 | -38,876.60 |
| 06/29/07 | 06/29/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER.3186 CL-S 3186-SE INV FLTR<br>2.880% 07/15/36 B/E DTD 07/15/06 CLB<br>FACTOR 0.77470076300 REM BAL  127,052 | 184,000.000 | 73.6000 | -141.31 | -92,889.31 |
| | | | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER.3186 CL-S 3186-SE INV FLTR<br>2.880% 07/15/36 B/E DTD 07/15/06 CLB<br>FACTOR 0.77470076300 REM BAL  127,052 | 184,000.000 | 73.6000 | -141.31 | -92,889.31 |
| 06/29/07 | 06/29/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER.3186 CL-S 3186-SE INV FLTR<br>2.880% 07/15/06 B/E DTD 07/15/06 CLB<br>FACTOR 0.77470076300 REM BAL  127,052 | 164,000.000 | 74.0000 | -141.31 | -94,159.83 |

Total Value of all Transactions                                                                                                                                                      -$4,075,989.41

## Messages

The price and quantity displayed may have been rounded.

YOU ARE ADVISED TO REPORT PROMPTLY ANY INACCURACY OR DISCREPANCY IN YOUR ACCOUNT (INCLUDING UNAUTHORIZED TRADING) TO YOUR FINANCIAL ORGANIZATION AND PERSHING, THE CUSTODIAN OF YOUR ACCOUNT. PLEASE BE ADVISED THAT ANY ORAL COMMUNICATION SHOULD BE RE-CONFIRMED IN WRITING TO FURTHER PROTECT YOUR RIGHTS, INCLUDING YOUR RIGHTS UNDER THE SECURITIES INVESTOR PROTECTION ACT. YOUR FINANCIAL ORGANIZATIONS CONTACT INFORMATION CAN BE FOUND ON THE FIRST PAGE OF THIS STATEMENT. PERSHING'S CONTACT INFORMATION IS AS FOLLOWS:

PERSHING LLC
LEGAL DEPARTMENT
ONE PERSHING PLAZA
JERSEY CITY, NEW JERSEY 07399
(201) 413-3330

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKERS EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.


DATA FOR COMMUNICATION

00965377C0371041D

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

PAA-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC

Page 33 of 36

# Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 07/31/07 | 06/28/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2001-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.91408744800 REM BAL 9,140,874 | -10,000,000.000 | 116.0000 | -4,143.86 | 10,607,558.63 |
| 07/31/07 | 06/28/07 | Sell | VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL 10,000,000 | -10,000,000.000 | 115.5000 | -66,666.67 | 11,616,666.67 |
| 07/31/07 | 06/28/07 | Sell | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-GS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.65454585100 REM BAL 4,025,442 | -6,150,000.000 | 98.5312 | -28,636.28 | 3,993,155.18 |
| 07/31/07 | 06/28/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-48 CL-46-NS INV FLTR 3.950% 06/25/26 B/E DTD 06/25/06 FACTOR 0.75406957000 REM BAL 166,079 | -220,000.000 | 93.0000 | -109.61 | 154,583.37 |
| 07/31/07 | 06/28/07 | Sell | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/24 B/E DTD 10/01/04 CLB FACTOR 1.00000000000 REM BAL 4,400,000 | -4,400,000.000 | 92.0000 | -20,166.67 | 4,068,166.67 |
| 07/31/07 | 06/28/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2805 CL-2805-LS INV FLTR 2.289% 08/15/24 B/E DTD 12/01/04 FACTOR 0.12504643000 REM BAL 229,626 | -1,836,333.000 | 92.8750 | -438.16 | 213,704.13 |
| 07/31/07 | 06/28/07 | Sell | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB FACTOR 0.08774823300 REM BAL 209,075 | -304,000.000 | 90.0000 | -614.03 | 188,781.95 |
| 07/31/07 | 06/28/07 | Sell | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 07/15/36 B/E DTD 07/01/06 FACTOR 0.72704832200 REM BAL 1,951,397 | -2,684,000.000 | 93.0000 | -11,795.10 | 1,826,594.35 |
| 07/31/07 | 06/28/07 | Sell | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB FACTOR 0.85212735000 REM BAL 1,815,883 | -2,131,000.000 | 96.1250 | -11,349.27 | 1,758,867.07 |

840652715SP20019

DALBAR ELITE FOR COMMUNICATIONS



**CROCKER SECURITIES LLC**
2999 Oak Road • Suite 130 • Walnut Creek, CA 94597
925-941-1640

**Brokerage**
*Account Statement*

Statement Period: 06/01/2007 - 06/30/2007

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 07/31/07 | 06/28/07 | Sell | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/26/33 B/E DTD 08/01/03 FACTOR  1.0000000000 REM BAL  500,000 | -500,000.000 | 56.2500 | 0.00 | 281,250.00 |
| 07/31/07 | 06/29/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 FACTOR  0.6691043200 REM BAL  419,528 | -627,000.000 | 99.1250 | -1,398.13 | 417,255.97 |

**Total Amount of Trades Not Settled**     $35,124,564.69

WALLA RATED
FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

449A-02-NOLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

BG0832775CSP30C49

## TERMS AND CONDITIONS

### GENERAL INFORMATION

1. All orders and transactions shall be solely for your account and risk shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or settled, or if applicable, of the National Association of Securities Dealers, Inc., and to all applicable laws and regulations.
2. Whenever you are indebted to Pershing LLC ("Pershing") for any amount, all securities held by it for you in any account in which you have any interest shall secure all your liabilities to Pershing, and Pershing may in its discretion at any time, without tender, demand or notice to you, close or reduce any or all of your accounts by public or private sale or purchase or both of all or any securities carried in such accounts; any balance remaining due Pershing to be promptly paid by you.
3. Whenever you are indebted to Pershing for any amount, all securities carried for your account are or may be, without further notice to you, loaned or pledged by Pershing, either separately or under circumstances which will permit the commingling thereof, with other securities for any amount less than, equal to or greater than your liabilities to Pershing, but not under circumstances for an amount prohibited by law.
4. Title to securities sold to you, where Pershing has acted as principal, shall remain with Pershing until the entire purchase price is received or until the settlement date, whichever is later.
5. Any free credit balance carried for your account represents funds payable upon demand which, although properly accounted for on Pershing's books of record, are not segregated and may be used in the conduct of its business.
6. You may have received confirmations for transactions which do not appear on your statement. If so, the transactions will appear on your next periodic statement. Such transactions must be considered by you when computing the value of your account. This is especially true if you have written options which have been exercised.
7. If you maintain a margin account, this is a combined statement of your general account and a special memorandum account maintained for you under Regulation T of the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon request.
8. Interest charged on debit balances in your account appears on the statement. The rate of interest and period covered are indicated. The rate may change from time to time due to fluctuations in money rates or other reasons. Interest is computed as described in material previously furnished to you. Please contact your financial institution if you desire additional copies.
9. A financial statement of Pershing is available for your personal inspection at Pershing's offices. A copy of it will be mailed upon your written request or you can view it online at Pershing.com.
10. This statement should be retained for your records.
11. Dividends, interest and other distributions shown on this statement were classified as taxable or nontaxable based on certain information known as of the distribution date. This classification is subject to change and is solely intended for use as general information. After year end, Pershing is required to provide tax information to the Internal Revenue Service and other governmental authorities. At that time Pershing will provide that information on the annual tax information statement to you; use that statement to prepare your tax filings. The tax statement also includes other useful information to assist in accumulating the data to prepare your tax returns.
12. **Pershing does not provide tax, investment or legal advisory services and no one associated with Pershing is authorized to render such advice. Do not rely upon any such advice, if given. Investors are encouraged to consult their tax advisors to determine the appropriate tax treatment of their business.**
13. Pershing provides account protection for the net equity of securities positions and cash held in your account. Of this total, the Securities Investor Protection Corporation (SIPC) provides $500,000 of coverage, including $100,000 for claims for cash. Pershing provides additional protection on terms similar to SIPC for account net equity in excess of $500,000 through a commercial insurer. The account protection applies when a SIPC member firm fails financially and is unable to meet obligations to securities clients, but it does not protect against losses from the rise and fall in the market value of investments.
14. Pershing trades for its own account as a market maker, specialist, odd lot dealer, block positioner, arbitrageur and/or investor. Consequently, at the time of any transaction you may make, Pershing may have a position in such securities, which position may be partially or completely hedged.
15. If average price transaction is indicated on the front of this statement your financial institution or Pershing may have acted as principal, agent or both. Details available upon request.
16. This statement will be deemed conclusive and an account stated unless you advise Pershing in writing of any objection to it within ten days after receipt. Any such objection should be sent to Pershing at One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.

ERRORS AND OMISSIONS EXCEPTED.

### PORTFOLIO HOLDINGS

This section includes the net market value of the securities in your account on a settlement date basis, including short positions, at the close of the statement period. The market prices have been obtained from quotation services, which we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a price is not available are marked 'N/A' and are omitted from the Total.

The Annual Income, which is an estimated figure, is the current interest or most recently declared dividend for each security and is annualized. This figure particularly on equity mutual funds can vary substantially from one year to the next. As a result, actual amounts distributed may be more or less than those estimated on this statement. The Annual Income is then divided by the current Market Value to give the Estimated Yield which too could vary substantially because the Income is estimated and it does not take account of your holding period. Annual Income has been obtained from sources believed to be reliable, but no assurance can be made as to accuracy.

Accrued interest represents interest earned but not yet received.

### THE ROLE OF PERSHING

Pershing carries your account as clearing broker pursuant to a clearing agreement with your financial institution. Pershing may accept from your financial institution without inquiry or investigation (i) orders for the purchase and sale of securities and other property and (ii) any other instructions concerning your account. Pershing is not responsible or liable for any acts or omissions of your financial institution or its employees and it does not supervise them. Pershing provides no investment advice nor does it assess the suitability of any transaction or order. Pershing acts as the agent of your financial institution and you agree that you will not hold Pershing or any person controlling or under common control with it liable for any investment losses incurred by you.

Pershing performs several key functions at the direction of your financial institution. It acts as custodian for funds and securities you may deposit with it directly or through your financial institution or that it receives as the result of securities transactions it processes. Inquiries concerning the positions and balances in your account may only be directed to the Pershing Customer Service Department at (201) 413-3333. All other inquiries regarding your account or activity should be directed to your financial institution. For a description of other functions performed by Pershing please consult the Disclosure Statement provided to you upon the opening of your account.

Your financial institution is responsible for adherence to the securities laws, regulations and rules which apply to it regarding its own operations and the supervision of your account, its sales representatives and other personnel. Your financial institution is also responsible for approving the opening of accounts and obtaining account documents, the acceptance and, in certain instances, execution of securities orders; the assessment of the suitability of those transactions, where applicable; the rendering of investment advice, if any, to you and in general, for the ongoing relationship that it has with you.

**Pershing may capture and store data about you such as your financial information and investment objectives. However, Pershing is not reviewing this information and evaluating whether your investments comport with your financial status and objectives and you hereby release Pershing from any liability to do so. Similarly, Pershing may capture and store information about whether a broker or an introducing firm is registered in a given state. You hereby release Pershing from any liability to review this data or to evaluate whether a particular security is registered or exempt from registration in your State.**

This notice is not meant as a definitive enumeration of every possible circumstance, but as a general disclosure. If you have any questions regarding this notice or if you would like additional copies of the Disclosure Statement, please contact your financial institution.

### PAYMENT FOR ORDER FLOW PRACTICES

The following statement is provided to you as required by Rule 11Ac1-3 of the Securities Exchange Act of 1934.

Pershing sends certain equity orders to exchanges, Electronic Communication Networks, or broker-dealers during normal business hours and during extended trading sessions. Certain of these venues provide payments to Pershing or charge access fees to Pershing depending upon the characteristics of the order and any subsequent execution. In addition, Pershing may execute certain equity orders as principal. The details of these payments and fees are available upon written request. Pershing receives payments for directing listed options order flow to certain option exchanges. Compensation is generally in the form of a per option contract cash payment. Compensation is generally in the form of a per option contract cash payment. For a listing of organizations that pay Pershing for order flow, please refer to www.pershing.com/orderflow.htm.

Best Execution

Notwithstanding the previous paragraph regarding payment for order flow, Pershing selects certain market centers to provide execution of over-the-counter and exchange-listed securities transactions which agree to accept orders, transmitted electronically up to a specified size, and to execute them at or better than the national best bid or offer (NBBO). On certain larger orders, or if the designated market centers do not make a market in the subject security, Pershing directly contacts market centers to obtain an execution. The designated market centers to which orders are automatically routed are selected based on the consistent high quality of their executions in one or more market segments and their ability to provide opportunities for executions at prices superior to the NBBO.

If an order for an exchange-listed security is not immediately executable on the exchange to which it is routed, such order may be represented in the national marketplace using the various means available for price discovery. Pershing also regularly reviews reports for quality of execution purposes.

### ARBITRATION

ARBITRATION DISCLOSURES:

- ALL PARTIES TO THIS AGREEMENT ARE GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT, INCLUDING THE RIGHT TO A TRIAL BY JURY, EXCEPT AS PROVIDED BY THE RULES OF THE ARBITRATION FORUM IN WHICH A CLAIM IS FILED.
- ARBITRATION AWARDS ARE GENERALLY FINAL AND BINDING; A PARTY'S ABILITY TO HAVE A COURT REVERSE OR MODIFY AN ARBITRATION AWARD IS VERY LIMITED.
- THE ABILITY OF THE PARTIES TO OBTAIN DOCUMENTS, WITNESS STATEMENTS AND OTHER DISCOVERY IS GENERALLY MORE LIMITED IN ARBITRATION THAN IN COURT PROCEEDINGS.
- THE ARBITRATORS DO NOT HAVE TO EXPLAIN THE REASON(S) FOR THEIR AWARD.
- THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.
- THE RULES OF SOME ARBITRATION FORUMS MAY IMPOSE TIME LIMITS FOR BRINGING A CLAIM IN ARBITRATION. IN SOME CASES, A CLAIM THAT IS INELIGIBLE FOR ARBITRATION MAY BE BROUGHT IN COURT.
- THE RULES OF THE ARBITRATION FORUM IN WHICH THE CLAIM IS FILED, AND ANY AMENDMENTS THERETO, SHALL BE INCORPORATED INTO THIS AGREEMENT.

### ARBITRATION AGREEMENT

ANY CONTROVERSY BETWEEN YOU AND US SHALL BE SUBMITTED TO ARBITRATION BEFORE THE NEW YORK STOCK EXCHANGE, INC., ANY OTHER NATIONAL SECURITIES EXCHANGE ON WHICH A TRANSACTION GIVING RISE TO THE CLAIM TOOK PLACE (AND ONLY BEFORE SUCH EXCHANGE), OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

NO PERSON SHALL BRING A PUTATIVE OR CERTIFIED CLASS ACTION TO ARBITRATION, NOR SEEK TO ENFORCE ANY PREDISPUTE ARBITRATION AGREEMENT AGAINST ANY PERSON WHO HAS INITIATED IN COURT A PUTATIVE CLASS ACTION; WHO IS A MEMBER OF A PUTATIVE CLASS WHO HAS NOT OPTED OUT OF THE CLASS WITH RESPECT TO ANY CLAIMS ENCOMPASSED BY THE PUTATIVE CLASS ACTION UNTIL: (I) THE CLASS CERTIFICATION IS DENIED; (II) THE CLASS IS DECERTIFIED; OR (III) THE CUSTOMER IS EXCLUDED FROM THE CLASS BY THE COURT. SUCH FORBEARANCE TO ENFORCE AN AGREEMENT TO ARBITRATE SHALL NOT CONSTITUTE A WAIVER OF ANY RIGHTS UNDER THIS AGREEMENT EXCEPT TO THE EXTENT STATED HEREIN.

THE LAWS OF THE STATE OF NEW YORK GOVERN.

**If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.**

Doc Break

# CROCKER SECURITIES LLC

2999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1560



# Brokerage
## Account Statement

Account Number: 7Z7-891035
Statement Period: 07/01/2007 - 07/31/2007

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$5,770,509.85 |
| Cash Withdrawals | -$12,176.00 |
| Dividends/Interest | -$55,799.66 |
| Change in Account Value | 1,241,894.17 |
| Ending Account Value | -$5,396,591.34 |

CROCKER SECURITIES LLC
- - TAXABLE TRADE #2 - -
2999 OAK ROAD SUITE 230
WALNUT CREEK CA 94597-7782

Ill...ll..l.l.l.lll..ll...ll...ll..ll..l.l.l.l...ll

Your Investment Advisor:
DOUGLAS C. GREEN
(561) 750-9370

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Fixed Income | 29,058,498.52 | 27,259,982.80 | 100% |
| Cash and Cash Equivalents | -34,829,008.37 | -32,656,574.14 | 0% |
| Account Total | -$5,770,509.85 | -$5,396,591.34 | 100% |

Your Account is 100% invested in Fixed Income.

DATA# RATED FOR COMMUNICATION

B0056318XCSP20035

PAR-02-ROLL

## Customer Service Information

| Your Investment Advisor: RDG | Contact Information | Customer Service Information |
|---|---|---|
| DOUGLAS C. GREEN | Telephone Number: (561) 750-9370 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| 601 S FEDERAL HIGHWAY STE 301 | Fax Number: (561) 750-9360 | Customer Service Telephone Number: (800) 941-2855 |
| BOCA RATON          FL 33432-6008 | | |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents  0.00% of Portfolio | | | | | | |
| Cash Balance | | 0.00 | -70,310.09 | | | |
| Margin Balance | | -34,823,008.37 | -32,586,264.05 | | | |
| **Total Cash and Cash Equivalents** | | **-$34,823,008.3** | **-$32,656,574.14** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income  100.00% of Portfolio**  *(in Maturity Date Sequence)* | | | | | | |
| Asset Backed Securities | | | | | | |
| 101,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB *Security Identifier: 31393TK8  Factor: 0.7112625* | 4.2020 | 3,018.62 | 329.26 | | |
| 91,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 *Security Identifier: 31393TN1  Factor: 0.3382746* | 4.7120 | 1,460.49 | 153.91 | | |
| 124,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-GS 0.000% 09/25/31 B/E DTD 07/25/03 *Security Identifier: 31393DA6  Factor: 0.54562259* | 6.3740 | 4,312.47 | 0.00 | | |
| 137,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB *Security Identifier: 31394KZD9  Factor: 0.67036296* | 66.7580 | 61,310.36 | 0.00 | | |

800943SFSCSF21035

DALBAR RATED FOR COMMUNICATION



**CROCKER SECURITIES LLC**
1999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

**Brokerage**
*Account Statement*

Statement Period: 07/01/2007 - 07/31/2007

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 *Security Identifier 31393TU37  Factor: 0.91176880* | 84.5210 | 7,706,634.61 | 0.00 | | |
| 83,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882 CL-2882-VS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 *Security Identifier 31395UR84  Factor: 0.08144519* | 96.9180 | 6,551.61 | 16.11 | | |
| 10,000,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 *Security Identifier 31395KCQ4  Factor: 0.11851100* | 93.3570 | 1,106.38 | 2.26 | | |
| 4,400,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-CG 5.500% 10/15/34 B/E DTD 10/01/04 CLB *Security Identifier 31395H2C2  Factor: 1.00000000* | 91.2500 | 4,015,000.00 | 20,166.65 | | |
| 6,150,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CS 8.000% 01/25/35 B/E DTD 12/01/05 *Security Identifier 31394UD3  Factor: 0.65454351* | 92.2460 | 3,713,309.77 | 26,836.26 | | |
| 7,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 5.084% 05/25/35 B/E DTD 11/01/05 *Security Identifier 31394UQ96  Factor: 0.47159660* | 94.4520 | 3,118.03 | 13.99 | | |



DALAN KAYES FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

PNR-02-ROLL

Clearing Through: Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

8009621BSC6P30035

# Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** (continued) | | | | | |
| | **Asset Backed Securities** (continued) | | | | | |
| 56,000.000 | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3345 CL 3345-GT FLTG RATE<br>0.000% 08/15/35 B/E DTD 07/01/07 CL3<br>*Security Identifier* 31397JS70   Factor: 1.00000000 | 103.8530 | 58,157.68 | 0.00 | | |
| 7,000.000 | CWMBS INC MTG PASS THRU CTF<br>SER 2005-24 CL-A-26 "INV FLTG"<br>4.464% 10/25/35 B/E DTD 09/01/05<br>*Moody Rating AAA S & P Rating AAA*<br>*Security Identifier* 12669KK56   Factor: 0.68840034 | 86.5040 | 4,168.46 | 17.93 | | |
| 12,000.000 | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/15/06<br>*Security Identifier* 31393UENG   Factor: 0.64803168 | 98.2570 | 7,640.84 | 48.60 | | |
| 58,000.000 | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER 2005-110 CL-HS "INV FLTG"<br>8.000% 12/25/35 B/E DTD 11/01/05<br>*Security Identifier* 31394UT51   Factor: 0.57430560 | 94.7280 | 31,553.64 | 222.06 | | |
| 10,000,000.000 | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER 2005-110 CL-HP "INV FLTG"<br>8.000% 12/25/35 B/E DTD 11/07/05<br>*Security Identifier* 31394UT77   Factor: 1.00000000 | 95.3940 | 9,539,400.00 | 66,666.60 | | |
| 2,131,000.000 | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3151 CL 3151 US INV FLTR<br>7.500% 01/15/36 B/E DTD 05/01/06 CL8<br>*Security Identifier* 31396NUQ7   Factor: 0.81009220 | 96.4730 | 1,665,419.65 | 10,783.40 | | |
| 100,000,000.000 | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3164 CL-3164-LO "PRIN ONLY"<br>0.000% 06/15/36 B/E DTD 05/01/06<br>*Security Identifier* 31396TF73   Factor: 1.00000000 | 66.6750 | 65,675.00 | 0.00 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

Page 4 of 17

B09963SKC5P3O035

DALBAR RATED
FOR COMMUNICATIONS



# CROCKER SECURITIES LLC

3390 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-848

## Brokerage
## Account Statement

Statement Period: 07/01/2007 - 07/31/2007

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 354,000.000# | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-46 CL-46 NS INV FLTR 3.960% 06/25/06 B/E DTD 05/26/06 *Security Identifier: 31395DTD5  Factor: 0.74599494* | 233,522.62 | 871.47 | $0.00 | $0.00 | |
| 220,000.000# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.860% 07/15/36 B/E DTD 07/15/06 CLB *Security Identifier: 3139BUX6  Factor: 0.7571983* | 138,532.57 | 397.02 | $0.00 | $0.00 | |
| **Total Asset Backed Securities** | | | $27,269,982.80 | $126,531.52 | $0.00 | |
| **Total Fixed Income** | | | $27,269,982.80 | $126,531.52 | $0.00 | |

| Description | | | Market Value | Accrued Interest | Estimated Annual Income | |
|---|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | | -$5,396,591.34 | $126,531.52 | $0.00 | |

**#** This symbol next to the quantity indicates a position in your margin account.

## Disclosures and Other Information

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

QUALAA RATED FOR COMMUNICATION



Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

Page 5 of 17

B00961895SP3D035

## Portfolio Holdings *(continued)*

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your Introducing firm. In order to assist your Introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your Introducing firm.

Foreign Currency Transactions - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be effected at the rates such agents use.

Proxy Vote - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/03/07 | 06/29/07 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.860% 07/15/36 B/E DTD 07/15/06 CLB FACTOR 0.77470026300 REM BAL 127,052 | -164,000.000 | 73.0000 | 141.31 | 92,692.31 |
| 07/09/07 | 06/29/07 | CORRECTED SELL | CANCELLED TRADE FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 37 CL 37 KT INV FLTR 9.000% 05/25/36 B/E DTD 04/25/06 CLB REM BAL 218000.00 CORRECTED CONFIRM | -218,000.000 | 97.0000 | 218.00 | 211,678.00 |
| 07/09/07 | 06/29/07 | CANCELLED SELL | BK ADJ FACTOR 1.00000000 FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 37 CL 37 KT INV FLTR 9.000% 05/25/36 B/E DTD 04/25/06 CLB FACTOR 1.00000000 REM BAL 218,000 | 218,000.000 | 97.0000 | -218.00 | -211,678.00 |
| 07/09/07 | 07/12/07 | CONSOLIDATED FIRM BALANCES | CANCELLED TRADE TO ACCT 727891043 FNMA 30 YEAR TBA SETT JULY 5.500% 07/01/36 B/E DTD 07/01/06 FACTOR 1.00000000 REM BAL 7,000,000 | 7,000,000.000 | 96.1914 | -11,763.89 | -812,176.00 / -6,745,162.32 |
| 07/12/07 | 07/12/07 | PURCHASED | FNMA 30 YEAR TBA SETT JULY 5.500% 07/01/36 B/E DTD 07/01/06 FACTOR 1.00000000 REM BAL 27,000,000 | 27,000,000.000 | 96.2187 | -46,375.00 | -26,024,437.50 |
| 07/12/07 | 07/01/07 | SOLD | FNMA 30 YEAR TBA SETT JULY 5.500% 07/01/36 B/E DTD 07/01/06 FACTOR 1.00000000 REM BAL 7,000,000 | -7,000,000.000 | 96.0000 | 11,763.89 | 6,731,763.89 |

R0098.689CSF30135



DALBAR RATED FOR COMMUNICATION



**Brokerage**
*Account Statement*



## CROCKER SECURITIES LLC
3999 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

DALLAR BAUTO FOR COMMUNICATIONS

Account Number: 727-891035
CROCKER SECURITIES LLC

Statement Period: 07/01/2007 - 07/31/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/12/07 | 07/12/07 | SOLD | FNMA 30 YEAR TBA SETT JULY 5.500% 07/01/26 B/E DTD 07/01/05 FACTOR 1.000000000 REM BAL 27,000.000 | -27,000,000.000 | 96.0507 | 45,375.00 | 25,979,085.92 |
| 07/16/07 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB RD 06/29 PD 07/15/07 | | | | 350.69 |
| 07/16/07 | | BOND INTEREST RECEIVED | 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 REG DTD 10/15/03 CLB RD 06/29 PD 07/15/07 | | | | 202.56 |
| 07/16/07 | | BOND INTEREST RECEIVED | 440000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB RD 06/29 PD 07/15/07 | | | | 20,166.67 |
| 07/16/07 | | BOND INTEREST RECEIVED | 1846333 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.889% 08/15/34 B/E DTD 12/01/04 RD 06/29 PD 07/15/07 | | | | 440.55 |
| 07/16/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 RD 06/29 PD 07/15/07 | | | | 12,665.58 |
| 07/16/07 | | BOND INTEREST RECEIVED | 304000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB RD 06/29 PD 07/15/07 | | | | 1,151.31 |
| 07/16/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB RD 06/29 PD 07/15/07 | | | | 4,181.00 |
| 07/16/07 | | BOND INTEREST RECEIVED | 83000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 RD 06/29 PD 07/15/07 | | | | 21.76 |

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

#00968385CSF30035

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982 YS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 RD 06/29 PD 07/15/07 | | | | 2,371.24 |
| 07/15/07 | | BOND INTEREST RECEIVED | 2684000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 07/01/06 RD 06/29 PD 07/15/07 | | | | 11,795.10 |
| 07/16/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 07/01/06 RD 06/29 PD 07/15/07 | | | | 49,225.26 |
| 07/16/07 | | BOND INTEREST RECEIVED | 2131000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB RD 06/29 PD 07/15/07 | | | | 11,349.27 |
| 07/16/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB RD 06/29 PD 07/15/07 | | | | 89,576.80 |
| 07/16/07 | | BOND INTEREST RECEIVED | 639000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 06/29 PD 07/15/07 | | | | 2,672.23 |
| 07/16/07 | | BOND INTEREST RECEIVED | 388000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 06/29 PD 07/15/07 | | | | 13,465.42 |
| 07/16/07 | 07/19/07 | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.860% 07/15/06 B/E DTD 07/15/07 | | | | 709.01 |
| 07/16/07 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.860% 07/15/06 B/E DTD 07/15/06 CLB | | | | 6,723.56 |
| 07/20/07 | | PRINCIPAL PAY DOWN RECEIVED | FIRM DEBIT INTEREST FOR INTEREST PERIOD 06-20-07 TO 07-19-07 | | | | -219,987.89 |
| 07/20/07 | 07/19/07 | INT CHARGED ON DEBIT BALANCES / BOND INTEREST ADJUSTMENT | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE 2.860% 07/15/36 B/E DTD 07/15/07 RD 06/29 PD 07/15/07 CR ON 384M S/H/B ON 220M BDSTR ADJ 7/3 | | | | -709.01 |

8009835SGFP0035



**CROCKER SECURITIES LLC**
1299 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

Statement Period: 07/01/2007 - 07/31/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/20/07 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE 2.880% 07/15/36 B/E RD 06/29 PD 07/15/07 | | | | 406.20 |
| 07/20/07 | | PRINCIPAL PAY DOWN ADJUSTMENT | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE 2.880% 07/15/36 B/E RD 06/29 PD 07/15/07 CR ON 38MM S/H/B ON 220M BDS IR ADJ 7/3. | | | | -6,723.56 |
| 07/20/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE 2.880% 07/15/36 B/E RD 06/29 PD 07/15/07 | | | | 3,852.04 |
| 07/25/07 | | BOND INTEREST RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2006-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/01/05 RD 06/29 PD 07/25/07 | | | | 18.13 |
| 07/25/07 | | RETURN OF PRINCIPAL RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2006-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/01/05 RD 06/29 PD 07/25/07 | | | | 50.69 |
| 07/25/07 | | FINAL PRINCIPAL PAYMENT RECEIVED | 134000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY RD 06/29 PD 07/25/07 | -134,000.000 | | | 0.00 |
| 07/25/07 | | FINAL PRINCIPAL PAYMENT RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-24 CL-24-IN INT ONLY 5.500% 01/25/27 B/E DTD 03/01/03 | | | | 8.31 |
| 07/25/07 | | BOND INTEREST RECEIVED | 124000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-CS 0.000% 09/25/31 B/E DTD 07/25/03 RD 06/29 PD 07/25/07 | | | | 101.49 |
| 07/25/07 | | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-C INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 06/29 PD 07/25/07 | | | | 162.49 |
| 07/25/07 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 06/29 PD 07/25/07 | | | | 20,719.32 |

Account Number: 727-8891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

Page 9 of 17

B0096139BCGFD035

DABJAR NATIC FOR COMMUNICATION

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 06/29 PD 07/25/07 | | | | 23,186.90 |
| 07/25/07 | | BOND INTEREST RECEIVED | 7000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 5.08% 05/25/35 B/E DTD 11/01/05 RD 06/29 PD 07/25/07 | | | | 15.14 |
| 07/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 5.08% 05/25/35 B/E DTD 11/01/05 RD 06/29 PD 07/25/07 | | | | 272.80 |
| 07/25/07 | | BOND INTEREST RECEIVED | 58000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.00% 12/25/35 B/E DTD 11/01/05 RD 06/29 PD 07/25/07 | | | | 230.49 |
| 07/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.00% 12/25/35 B/E DTD 11/01/05 RD 06/29 PD 07/25/07 | | | | 1,204.45 |
| 07/25/07 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.00% 12/25/35 B/E DTD 11/01/05 RD 06/29 PD 07/25/07 | | | | 66,666.67 |
| 07/25/07 | | BOND INTEREST RECEIVED | 6150000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 RD 06/29 PD 07/25/07 | | | | 26,835.28 |
| 07/25/07 | | BOND INTEREST RECEIVED | 354000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 RD 06/29 PD 07/25/07 | | | | 681.88 |
| 07/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 RD 06/29 PD 07/25/07 | | | | 3,154.50 |
| 07/31/07 | 06/28/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR .911768000000 REM BAL 911768B.00 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 116.3125 | 4,133.35 | 10,609,144.21 |

DAKAK AATTO FOR COMMUNICATION

Account Number: 727-691035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC

8099638SCSF10035



# CROCKER SECURITIES LLC
2299 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1510

## Brokerage Account Statement

Statement Period: 07/01/2007 - 07/31/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/31/07 | 06/28/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10000000.00 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 115.8125 | 66,666.67 | 11,641,916.67 |
| 07/31/07 | 06/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.656454535100 REM BAL 4,025.442 | -6,150,000.000 | 98.5312 | 26,836.28 | 3,993,155.18 |
| 07/31/07 | 06/28/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-4E CL-4E-AS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 FACTOR .745994940000 REM BAL 164118.89 VARIABLE RATE CORRECTED CONFIRM | -220,000.000 | 93.0000 | 108.32 | 152,138.88 |
| 07/31/07 | 06/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CL8 FACTOR 1.000000000 REM BAL 4,400.000 | -4,400,000.000 | 92.0000 | 20,165.67 | 4,088,766.67 |
| 07/31/07 | 06/28/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.2895% 08/15/34 B/E DTD 12/01/04 FACTOR .118511000000 REM BAL 217/625.66 VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 92.6750 | 415.26 | 202,535.09 |
| 07/31/07 | 06/28/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB FACTOR .673594560000 REM BAL 204894.47 VARIABLE RATE CORRECTED CONFIRM | -304,000.000 | 601.75 | 601.75 | 185,006.77 |
| 07/31/07 | 06/28/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR .708706060000 REM BAL 1902172.43 CORRECTED CONFIRM | -2,684,000.000 | 11,497.56 | 11,497.56 | 1,780,517.92 |

Account Number: 777-891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC

Page 11 of 17

E009639SCSF10235

DALLAS RAND FOR COMMUNICATION

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/31/07 | 06/28/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB FACTOR .87009220000 REM BAL 1726306.48 CORRECTED CONFIRM | -2,131,000.000 | 96.1250 | 10,768.42 | 1,670,201.52 |
| 07/31/07 | 06/28/07 | CORRECTED CONFIRM | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500000.00 CORRECTED CONFIRM | -500,000.000 | 56.2500 | | 281,250.00 |
| 07/31/07 | 06/29/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/36 B/E DTD 07/15/06 FACTOR .64803160000 REM BAL 406315.86 CORRECTED CONFIRM | -527,000.000 | 99.1250 | 1,354.39 | 404,114.99 |
| 07/31/07 | 07/26/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-53 CL-53-JT 0.000% 06/25/36 B/E DTD 05/01/06 VARIABLE RATE FACTOR .640762/9 REM BAL 640/6.28 | 100,000.000 | 96.2500 | -85.76 | -61,759.18 |
| 07/31/07 | 07/30/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/24 B/E DTD 05/25/04 FACTOR .9117689000 REM BAL 9,117,688 VARIABLE RATE | 10,000,000.000 | 116.3437 | -4,133.35 | -10,611,993.46 |
| 07/31/07 | 07/30/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL 10,000,000 VARIABLE RATE | 10,000,000.000 | 115.8437 | -66,666.67 | -11,651,041.67 |
| 07/31/07 | 07/30/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-OS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.654543100 REM BAL 4,025,442 | 6,150,000.000 | 98.5625 | -26,836.28 | -3,994,413.13 |
| 07/31/07 | 07/30/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 06/25/36 B/E DTD 06/25/06 FACTOR 0.745994900 REM BAL 164,118 VARIABLE RATE | 220,000.000 | 93.0312 | -108.32 | -152,790.17 |
| 07/31/07 | 07/30/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GS 3.590% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.00000000000 REM BAL 4,400,000 | 4,400,000.000 | 92.0312 | -20,166.67 | -4,065,541.67 |

B009 6389 GSF10015

DAKAR RATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC
PAR-02-ROLL
Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD,NYSE,SIPC.

# CROCKER SECURITIES LLC
2099 Oak Road • Suite 330 • Walnut Creek, CA 94597
925-941-1540



**Brokerage Account Statement**

Statement Period: 07/01/2007 - 07/31/2007



QUALIFIED FOR FDX COMMUNICATION

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/30/07 | 07/30/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB FACTOR 0.81009220000 REM BAL | 2,131,000.000 | 96.1562 | -10,789.42 | -1,670,740.99 |
| 07/31/07 | 07/31/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-53 CL-53-IT 0.000% 08/25/36 B/E DTD 05/01/06 FACTOR 0.64076279000 REM BAL 64.076 VARIABLE RATE | -100,000.000 | 98.0000 | 85.76 | 62,860.51 |
| 07/31/07 | 07/31/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 FACTOR 0.64603186800 REM BAL 406.315 | 627,000.000 | 99.1562 | -1,354.39 | -404,241.96 |
| 07/31/07 | 07/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 FACTOR 0.64603186800 REM BAL 406.315 | -627,000.000 | 99.0000 | 1,354.39 | 403,607.09 |
| 07/31/07 | 07/31/07 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3345 CL 3345-GT FLTG RATE 0.000% 08/15/35 B/E DTD 07/01/07 CLB FACTOR 1.00000000000 REM BAL 540,000 VARIABLE RATE | 640,000.000 | 96.0000 | -4,533.33 | -618,933.33 |
| 07/31/07 | 07/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3345 CL 3345-GT FLTG RATE 0.000% 08/15/35 B/E DTD 07/01/07 CLB FACTOR 1.00000000000 REM BAL 151,000 VARIABLE RATE | -151,000.000 | 97.0000 | 1,069.58 | 147,539.58 |
| 07/31/07 | 07/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3345 CL 3345-GT FLTG RATE 0.000% 08/15/35 B/E DTD 07/01/07 CLB SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 4000.00 | -4,000.000 | 99.5000 | 28.33 | 4,008.33 |
| 07/31/07 | 07/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3345 CL 3345-GT FLTG RATE 0.000% 08/15/35 B/E DTD 07/01/07 CLB SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 2000.00 | -2,000.000 | 99.5000 | 14.17 | 2,004.17 |

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

B00953BKCSP10035

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/31/07 | 07/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3345 CL 3345-GT FLTG RATE<br>0.000% 08/15/35 B/E DTD 07/01/07 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000 REM BAL 11000.00 | -11,000.000 | 99.5000 | 77.92 | 11,022.92 |
| 07/31/07 | 07/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3345 CL 3345-GT FLTG RATE<br>0.000% 08/15/35 B/E DTD 07/01/07 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000 REM BAL 43000.00 | -43,000.000 | 99.5000 | 304.58 | 43,089.58 |
| 07/31/07 | 07/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3345 CL 3345-GT FLTG RATE<br>0.000% 08/15/35 B/E DTD 07/01/07 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000 REM BAL 2000.00 | -2,000.000 | 99.5000 | 14.17 | 2,004.17 |
| 07/31/07 | 07/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3345 CL 3345-GT FLTG RATE<br>0.000% 08/15/35 B/E DTD 07/01/07 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000 REM BAL 3000.00 | -3,000.000 | 99.5000 | 21.25 | 3,006.25 |
| 07/31/07 | 07/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3345 CL 3345-GT FLTG RATE<br>0.000% 08/15/35 B/E DTD 07/01/07 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000 REM BAL 6000.00 | -6,000.000 | 99.5000 | 42.50 | 6,012.00 |
| 07/31/07 | 07/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3345 CL 3345-GT FLTG RATE<br>0.000% 08/15/35 B/E DTD 07/01/07 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000 REM BAL 80000.00 | -80,000.000 | 99.5000 | 566.67 | 80,166.67 |
| 07/31/07 | 07/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3345 CL 3345-GT FLTG RATE<br>0.000% 08/15/35 B/E DTD 07/01/07 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000 REM BAL 4000.00 | -4,000.000 | 99.5000 | 28.33 | 4,008.33 |
| 07/31/07 | 07/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3345 CL 3345-GT FLTG RATE<br>0.000% 08/15/35 B/E DTD 07/01/07 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR 1.00000000 REM BAL 5000.00 | -5,000.000 | 99.5000 | 35.42 | 5,010.42 |

CLEAR RATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-00-PCLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

# CROCKER SECURITIES LLC

2399 Oak Road • Suite 230 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

Statement Period 07/01/2007 - 07/31/2007

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/31/07 | 07/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3345 CL 3345-GT FLTG RATE 0.000% 08/15/35 B/E DTD 07/01/07 CLB FACTOR 1.00000000 REM BAL 16000.00 SOLICITED ORDER VARIABLE RATE | -16,000.000 | 99.5000 | 113.33 | 16,033.33 |
| 07/31/07 | 07/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3345 CL 3345-GT FLTG RATE 0.000% 08/15/35 B/E DTD 07/01/07 CLB FACTOR 1.00000000 REM BAL 9600.00 SOLICITED ORDER VARIABLE RATE | -9,000.000 | 99.5000 | 63.75 | 9,018.75 |
| 07/31/07 | 07/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3345 CL 3345-GT FLTG RATE 0.000% 08/15/35 B/E DTD 07/01/07 CLB FACTOR 1.00000000 REM BAL 2000.00 SOLICITED ORDER VARIABLE RATE | -2,000.000 | 99.5000 | 14.17 | 2,004.17 |
| 07/31/07 | 07/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3345 CL 3345-GT FLTG RATE 0.000% 08/15/35 B/E DTD 07/01/07 CLB FACTOR 1.00000000 REM BAL 2000.00 SOLICITED ORDER VARIABLE RATE | -2,000.000 | 99.5000 | 14.17 | 2,004.17 |
| 07/31/07 | 07/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3345 CL 3345-GT FLTG RATE 0.000% 08/15/35 B/E DTD 07/01/07 CLB FACTOR 1.00000000 REM BAL 2000.00 SOLICITED ORDER VARIABLE RATE | -2,000.000 | 99.5000 | 14.17 | 2,004.17 |
| 07/31/07 | 07/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3345 CL 3345-GT FLTG RATE 0.000% 08/15/35 B/E DTD 07/01/07 CLB SOLICITED ORDER FACTOR 1.00000000000 REM BAL 242,000.00 VARIABLE RATE | -242,000.000 | 98.0000 | 238.87 | 238,874.17 |

**Total Value of all Transactions** $2,172,434.23

The price and quantity displayed may have been rounded.


DALBAR RATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC                    PAR-CC-PCLL                    Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

Page 15 of 17

## Messages

PERSHING'S PARENT COMPANY, THE BANK OF NEW YORK COMPANY, INC. HAS MERGED WITH MELLON FINANCIAL CORPORATION - CREATING A NEW ENTITY, THE BANK OF NEW YORK MELLON CORPORATION.

THIS CHANGE WILL NOT AFFECT THE STATUS OF YOUR ACCOUNT AND WILL HAVE NO IMPACT ON PERSHING'S CAPITAL MANAGEMENT, OPERATIONS, OR THE SAFEKEEPING OF YOUR ASSETS WITH PERSHING. PERSHING REMAINS AN AFFILIATE OF THE BANK OF NEW YORK, WHICH IS ALSO A SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 08/31/07 | 07/30/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.91176889000 REM BAL 9,111,688 VARIABLE RATE | -10,000,000.000 | 116.9375 | -4,133.35 | 10,666,129.76 |
| 08/31/07 | 07/30/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000000 REM BAL 10,000,000 VARIABLE RATE | -10,000,000.000 | 116.9687 | -56,666.67 | 11,663,541.67 |
| 08/31/07 | 07/30/07 | Sell | FHLMC MULTICLASS MTG P/RTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.65645435100 REM BAL 4,025,442 | -6,150,000.000 | 100.0000 | -26,836.28 | 4,052,278.87 |
| 08/31/07 | 07/30/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.980% 08/25/36 B/E DTD 06/25/06 FACTOR 0.74959494000 REM BAL 164,118 VARIABLE RATE | -220,000.000 | 93.0625 | -108.32 | 152,841.46 |
| 08/31/07 | 07/30/07 | Sell | FHLMC MULTICLASS MTG P/RTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.00000000000 REM BAL 4,400,000 | -4,400,000.000 | 92.2812 | -20,166.67 | 4,080,541.67 |

DALBAR RATED FOR COMMUNICATION

5009438SGSP13015

# CROCKER SECURITIES LLC

3599 Oak Road • Suite 230 • Walnut Creek, CA 94597
925.941.5400



## Brokerage Account Statement

Statement Period: 07/01/2007 - 07/31/2007

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 08/31/07 | 07/30/07 | Sell | FHLMC MULTICLASS MTG PARIN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/01/06 CLB FACTOR 0.81009220009 REM BAL 1,726,306 | -2,131,000.000 | 98.7500 | -10,788.42 | 1,715,517.07 |
| 08/02/07 | 07/31/07 | Sell | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3345 CL 3345-GT FLTG RATE 0.000% 08/15/35 B/E DTD 07/01/07 CLB SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 | -56,000.000 | 99.5000 | -13.22 | 55,733.22 |

**Total Amount of Trades Not Settled** $32,385,583.72

DALBAR RATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc
Member NASD, NYSE, SIPC.

B005631895CEF10035



# CROCKER SECURITIES LLC

2999 Oak Road • Suite 1010 • Walnut Creek, CA 94597
925-941-1540

CROCKER SECURITIES LLC
- - TAXABLE TRADE #2. -
2999 OAK ROAD SUITE 1010
WALNUT CREEK CA 94597

Your Investment Advisor:
DOUGLAS C. GREEN
(561) 750-9370

## Brokerage

## Account Statement

Account Number: 727-891035
Statement Period: 08/01/2007 - 08/31/2007

## Valuation at a Glance

|  | This Period |
| --- | --- |
| Beginning Account Value | -55,396,591.34 |
| Cash Withdrawals | -146,943.00 |
| Dividends/Interest | -78,071.74 |
| Change In Account Value | 671,940.10 |
| Ending Account Value | -54,949,665.98 |

## Asset Allocation

|  | Value Last Period | Value This Period | Percent Allocation |  |
| --- | --- | --- | --- | --- |
| **Fixed Income** |  |  |  |  |
| Cash and Cash Equivalents | 27,259,982.80 | 22,425,501.78 | 100% | Your Account is 100% invested in Fixed Income. |
| | -32,656,574.14 | -27,375,167.76 | 0% | |
| **Account Total** | -55,396,591.34 | -54,949,665.98 | 100% | |



DALBAR RATED
FOR COMMUNICATION

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc
Member NASD, NYSE, SIPC.

## Customer Service Information

Your Investment Advisor: RDG

DOUGLAS C. GREEN
601 S. FEDERAL HIGHWAY STE 301
BOCA RATON      FL 33432-6008

| Contact Information | Customer Service Information |
|---|---|
| Telephone Number: (561) 750-9370 | Service Hours: Weekday 08:00 a.m. - 05:00 p.m. PST |
| Fax Number: (561) 750-9360 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | **Cash and Cash Equivalents** 0.00% of Portfolio | | | | | |
| | Cash Balance | -70,310.09 | -153,507.27 | | | |
| | Margin Balance | -32,586,264.05 | -27,221,680.49 | | | |
| | **Total Cash and Cash Equivalents** | -$32,656,574.1 | -$27,375,187.76 | $0.00 | $0.00 | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** 100.00% of Portfolio *(In Maturity Date Sequence)* | | | | | |
| | **Asset Backed Securities** | | | | | |
| 101,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB *Security Identifier:31393I7K8  Factor: 0.681467142* | 3.9010 | 2,696.81 | 316.85 | | |
| 91,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 *Security Identifier:31393TNI1  Factor: 0.31568039* | 4.1960 | 1,205.38 | 143.63 | | |
| 124,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-GS 0.000% 09/25/33 B/E DTD 07/25/03 *Security Identifier:31393DAK6  Factor: 0.53759Z223* | 6.6100 | 4,406.24 | 0.00 | | |
| 137,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2592 CL-2592-SC 0.000% 07/15/33 B/E DTD 10/15/03 CLB *Security Identifier:31394KZD9  Factor: 0.67036296* | 75.7910 | 69,606.25 | 0.00 | | |

Account Number: 7Z-891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

Page 2 of 18

D007730GG6P31035

DALBAR RATED
FOR COMMUNICATION



# CROCKER SECURITIES LLC
1399 Oak Road • Suite 100 • Walnut Creek, CA 94597
925-941-1560



# Brokerage
## Account Statement

Statement Period: 08/01/2007 - 08/31/2007

## Portfolio Holdings (continued)

**Fixed Income** (continued)
**Asset Backed Securities** (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| 500,000.000 | **FIRST HORIZON MTG PASSTHRU TR 2003 8**<br>MTG PASSTHRU CTF CL 1A42<br>0.000% 10/25/33 B/E DTD 08/01/03<br>Moody Rating AAA S & P Rating AAA<br>*Security Identifier:* 32051DK50  Factor: 1.00000000 | 52.8960 | 264,480.00 | 0.00 | | |
| 10,000,000.000 | **FNMA GTD REMIC PASS THRU CTF REMIC**<br>TR 2004-46 CL-46-QD "INV"<br>0.000% 03/25/34 B/E DTD 05/25/04<br>*Security Identifier:* 31393VU37  Factor: 0.90918456 | 90.3100 | 8,210,845.76 | 0.00 | | |
| 83,000.000 | **FHLMC MULTICLASS MTG PARTN CTFS GTD**<br>SER-2982 CL-2982-YS INV FLTR<br>2.880% 04/15/34 B/E DTD 06/01/05<br>*Security Identifier:* 31395UR94  Factor: 0.07376291 | 96.5310 | 5,909.94 | 14.59 | | |
| 1,846,333.000 | **FHLMC MULTICLASS MTG PARTN CTFS GTD**<br>SER-2905 CL-2905-LS INV FLTR<br>2.289% 08/15/34 B/E DTD 12/01/04<br>*Security Identifier:* 31395KCQ4  Factor: 0.11679985 | 92.6900 | 199,887.30 | 411.49 | | |
| 304,000.000 | **FHLMC MULTICLASS MTG PARTN CTFS GTD**<br>SER-2829 CL-2829-TS INV FLTR<br>7.000% 02/15/35 B/E DTD 02/15/05 CLB<br>*Security Identifier:* 31395MBW8  Factor: 0.67399496 | 88.5870 | 181,509.86 | 1,195.22 | | |
| 7,000.000 | **FNMA GTD REMIC PASS THRU CTF REMIC**<br>SER 2005-110 CL-KS "INV FLTG"<br>5.084% 05/25/35 B/E DTD 11/01/05<br>*Security Identifier:* 31394UQ96  Factor: 0.44131027 | 96.0510 | 2,967.18 | 13.09 | | |

B0977340CST30035

DE/MAR RATED
FOR CONFIRMATION

Account Number: 727-891035
CROCKER SECURITIES LLC

P49-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc
Member NASD, NYSE, SIPC.

## Portfolio Holdings *(continued)*



B00773306SP10035

**DREAM RATED**
**FOX COMMUNICATION**

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company,Inc.
Member NASD,NYSE,SIPC.

Page 4 of 18

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| Asset Backed Securities *(continued)* | | | | | | |
| 2,016,981.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-59 CL-59-SE 0.000% 06/25/35 B/E DTD 06/25/05 | 159,884.94 | 0.00 | | | |
| | *Security Identifier 31394ETI7* Factor: 0.90882363 | | | | | |
| 46,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 8.500% 10/15/35 B/E DTD 08/01/07 | 102.4890 | 47,144.94 | 325.83 | | |
| | *Security Identifier 3139/7K8G5* Factor: 1.00000000 | | | | | |
| 7,000.000M | CWHBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/07/05 Moody Rating AAA S & P Rating AAA | 88.6320 | 4,271.00 | 17.93 | | |
| | *Security Identifier 12669NK56* Factor: 0.68340034 | | | | | |
| 350,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 | 98.5860 | 219,558.50 | 1,391.92 | | |
| | *Security Identifier 31396UEN6* Factor: 0.63030738 | | | | | |
| 58,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 | 94.4900 | 30,602.07 | 215.91 | | |
| | *Security Identifier 31394UT51* Factor: 0.55838905 | | | | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 | 93.8940 | 9,389,400.00 | 66,666.80 | | |
| | *Security Identifier 31394UT77* Factor: 1.00000000 | | | | | |
| 2,684,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096.SG INV FLTR 8.000% 07/15/36 B/E DTD 07/01/06 | 92.5740 | 1,709,918.30 | 12,313.87 | | |
| | *Security Identifier 31396GXN6* Factor: 0.68818281 | | | | | |



**CROCKER**
SECURITIES LLC
1399 Oak Road • Suite 1003 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 08/01/2007 - 08/31/2007

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 2,131,000.000# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E D/TD 05/01/06 CLD *Security Identifier* 31396NUQ7 Factor: 0.78328703 | 96.4930 | 1,610,646.36 | 10,432.40 | | |
| 100,000.000# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3164 CL-3164-UO "PRIN ONLY" 0.000% 06/15/36 B/E D/TD 06/01/06 *Security Identifier* 31396FF23 Factor: 1.00000000 | 78.0430 | 78,043.00 | 0.00 | | |
| 134,000.000# | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-46 CL-46-NS INV FLTR 3.960% 06/25/36 B/E D/TD 05/25/06 *Security Identifier* 31395D7D5 Factor: 0.73932720 | 91.4150 | 90,553.96 | 326.93 | | |
| 220,000.000# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3196 CL-3186-SE INV FLTR 2.680% 07/15/36 B/E D/TD 07/15/06 CLB *Security Identifier* 31396ULX6 Factor: 0.74132906 | 87.0380 | 141,953.99 | 388.70 | | |
| **Total Asset Backed Securities** | | | $22,425,501.78 | $94,174.96 | $0.00 | |
| **Total Fixed Income** | | | $22,425,501.78 | $94,174.96 | $0.00 | |

| Description | | | Market Value | Accrued Interest | Estimated Annual Income | |
|---|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | | -$4,949,665.98 | $94,174.96 | $0.00 | |

Account Number: 727-891035
CROCKER SECURITIES LLC

P4R-02-ROLL

Clearing through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD,NYSE,SIPC.

B00773300CSF30035



DALBAR RATED
FOR COMMUNICATION

## Portfolio Holdings (continued)

ᴹ This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

**Foreign Currency Transactions** - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

**Proxy Vote** - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

## Transactions in Date Sequence

| Process/ Date | Trade/ Settlement Date | Transaction Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/01/07 | 07/31/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 FACTOR 0.64803116800 REM BAL 219.034 | 338,000.000 | 99.0000 | -730.12 | -217,574.48 |
| 08/02/07 | 07/31/07 | SOLD | FHLMC GTD REMIC PASS THRU CRTS REMIC SER 3345 CL 3345-GF FL IG RATE 0.000% 08/15/35 B/E DTD 07/01/07 CLB SOLICITED ORDER VARIABLE RATE FACTOR 1.00000000 REM BAL 56000.00 | -56,000.000 | 99.5000 | 13.22 | 55,733.22 |
| 08/02/07 | | CONSOLIDATED FIRM BALANCES | TRANSFERRED TO 727B910431 | | | | -146,943.00 |



DALBAR RATED
FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

Page 6 of 18

B007310GCSF32035



**CROCKER SECURITIES LLC**
3999 Oak Road • Suite 1000 • Walnut Creek, CA 94597
925-942-1540

## Brokerage
## Account Statement

Statement Period: 08/01/2007 – 08/31/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/03/07 | 08/02/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/24 B/E DTD 12/01/04 FACTOR 0.1185110000 REM BAL 217,625 VARIABLE RATE | 1,836,333.000 | 92.9375 | -27.68 | -202,283.53 |
| 08/03/07 | 08/02/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/33 B/E DTD 02/15/05 CLB FACTOR 0.6738949500 REM BAL 204,894 VARIABLE RATE | 304,000.000 | 90.0625 | -676.97 | -185,210.05 |
| 08/03/07 | 08/02/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 07/15/36 B/E DTD 07/01/06 FIRST HORIZON MTG PASSTHRU TR 2003 8 FACTOR 0.7087008600 REM BAL 1,902,172 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 500,000 | 2,684,000.000 500,000.000 | 93.0625 56.3125 | -766.50 | -1,770,975.72 -281,562.50 |
| 08/07/07 | 08/02/07 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/24 B/E DTD 12/01/04 FACTOR 1167.99985 VARIABLE RATE FCTR 1167.99985 VARIABLE RATE CORRECTED CONFIRM | 1,836,333.000 | 92.9375 | -27.28 | -199,362.81 |
| 08/07/07 | 08/02/07 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/24 B/E DTD 12/01/04 FACTOR 0.1185110000 REM BAL 217,625 VARIABLE RATE CANCELLED TRADE | -1,836,333.000 | 92.9375 | 27.68 | 202,283.53 |
| 08/07/07 | 08/02/07 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 07/15/36 B/E DTD 01/01/06 FCTR 688118281 FACTOR .70870086 REM BAL 190217243 CORRECTED CONFIRM | 2,684,000.000 | 93.6625 | -744.31 | -1,719,685.61 |

QUAKA RATIO FOR COMMUNICATION

BQ777300C5FP1035

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/07/07 | 08/02/07 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 07/15/35 B/E DTD 09/01/06 FACTOR 0.70973809520 REM BAL  1,902,172 CANCELLED TRADE | -2,684,000.000 | 93.0625 | 766.50 | 1,770,975.72 |
| 08/05/07 | 07/31/07 | CORRECTED SELL | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3345 CL 3345-GT FLTG RATE 0.000% 08/15/35 B/E DTD 07/01/07 CLB REM BAL  56000.00 VARIABLE RATE CORRECTED CONFIRM/ | -56,000.000 | 93.5000 | 13.02 | 54,872.24 |
| 08/08/07 | 07/31/07 | CANCELLED SELL | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3345 CL 3345-GT FLTG RATE 0.000% 08/15/35 B/E DTD 07/01/07 CLB FACTOR 1.0000000 REM BAL  56000.00 SOLICITED ORDER VARIABLE RATE CANCELLED TRADE | 56,000.000 | 93.5000 | -13.22 | -55,733.22 |
| 08/14/07 | 08/14/07 | PURCHASED | FNMA 30 YEAR TBA SETT AUG 06 5.500% 06/01/36 REG DTD 06/01/06 FACTOR 1.0000000000 REM BAL  27,000,000 | 27,000,000,000.000 | 97.7656 | -53,625.00 | -26,180,343.75 |
| 08/14/07 | 08/14/07 | PURCHASED | FNMA 30 YEAR TBA SETT AUG 06 5.500% 06/01/36 REG DTD 06/01/06 FACTOR 1.0000000009 REM BAL  7,000,000 | 7,000,000,000.000 | 96.8945 | -13,902.78 | -6,796,519.97 |
| 08/14/07 | 08/14/07 | SOLD | FNMA 30 YEAR TBA SETT AUG 06 5.500% 09/01/36 REG DTD 06/01/06 FACTOR 1.0000000000 REM BAL  27,000,000 | -27,000,000,000.000 | 96.1835 | 53,625.00 | 26,023,195.33 |
| 08/14/07 | 08/14/07 | SOLD | FNMA 30 YEAR TBA SETT AUG 06 5.500% 09/01/36 REG DTD 06/01/06 FACTOR 1.0000000000 REM BAL  7,000,000 | -7,000,000,000.000 | 96.1562 | 13,902.78 | 6,744,840.28 |
| 08/15/07 | | BOND INTEREST RECEIVED | FNMA MULTICLASS MTG 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 07/01/03 CLB RD 07/31 PD 08/15/07 | | | | 379.26 |
| 08/15/07 | | BOND INTEREST RECEIVED | 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 B/E DTD 10/15/03 CLB RD 07/31 PD 08/15/07 | | | | 202.56 |
| 08/15/07 | | BOND INTEREST RECEIVED | 440000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB RD 07/31 PD 08/15/07 | | | | 20,166.67 |

DEAUX RATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC

Page 8 of 18



# Brokerage
## Account Statement

CROCKER
SECURITIES LLC
2999 Oak Road • Suite 600 • Walnut Creek, CA 94597
925.941.1550

Statement Period: 08/01/2007 - 08/31/2007

## Transactions in Date Sequence *(continued)*

| Process/ Trade/ Settlement Date | Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/15/07 | | BOND INTEREST RECEIVED | 10000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 RD 07/31 PD 08/15/07 | | | | 2.26 |
| 08/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 RD 07/31 PD 08/15/07 | | | | 17.11 |
| 08/15/07 | | BOND INTEREST RECEIVED | 83000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 RD 07/31 PD 08/15/07 | | | | 16.11 |
| 08/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 RD 07/31 PD 08/15/07 | | | | 637.63 |
| 08/15/07 | | BOND INTEREST RECEIVED | 2131000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/01/06 CL8 RD 07/31 PD 08/15/07 | | | | 10,789.41 |
| 08/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/01/06 CL8 RD 07/31 PD 08/15/07 | | | | 57,121.82 |
| 08/15/07 | | BOND INTEREST RECEIVED | 350000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 07/31 PD 08/15/07 | | | | 1,411.57 |
| 08/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 07/31 PD 08/15/07 | | | | 4,103.50 |
| 08/15/07 | | BOND INTEREST RECEIVED | 220000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.860% 07/15/36 B/E DTD 07/15/06 CL8 RD 07/31 PD 08/15/07 | | | | 397.02 |



DIGNITY-RATED
FOR COMMUNICATION

Account Number: 777-891103S
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

Page 9 of 18

D0077330CSET-0035

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.802% 07/15/36 B/E DTD 07/15/06 CLB RD 07/31 PD 08/15/07 | | | | 3,491.25 |
| 08/15/07 | | BOND INTEREST RECEIVED | S6000 FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3345 CL 3345-G1 FLTG RATE 0.000% 08/15/35 B/E DTD 07/01/07 CLB RD 07/31 PD 08/15/07 | | | | 396.67 |
| 08/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3345 CL 3345-G1 FLTG RATE 0.000% 08/15/35 B/E DTD 07/01/07 CLB RD 07/31 PD 08/15/07 | | | | 865.10 |
| 08/20/07 | 08/19/07 | INT CHARGED ON DEBIT BALANCES | FIRM DEBIT INTEREST FOR INTEREST PERIOD 07-20-07 TO 08-19-07 | | | | -227,338.72 |
| 08/27/07 | 08/24/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-77 CL-77-SH INV FLTR 0.000% 06/25/34 B/E DTD 08/25/05 FACTOR 0.618796890 REM BAL 1,277,815 VARIABLE RATE | 2,065,000.000 | 82.0000 | -285.02 | -1,048,093.79 |
| 08/27/07 | 08/24/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-77 CL-77-SH INV FLTR 0.000% 06/25/34 B/E DTD 08/25/05 FACTOR 0.618796890 REM BAL 64,973 VARIABLE RATE | 105,000.000 | 82.0000 | -14.49 | -53,292.90 |
| 08/27/07 | 08/24/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-77 CL-77-SH INV FLTR 0.000% 06/25/34 B/E DTD 06/25/05 FACTOR 0.618796890 REM BAL 1,277,815 VARIABLE RATE | -2,065,000.000 | 84.0000 | 285.02 | 1,073,650.11 |
| 08/27/07 | 08/24/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-77 CL-77-SH INV FLTR 0.000% 06/25/34 B/E DTD 08/25/05 FACTOR 0.618796890 REM BAL 64,973 VARIABLE RATE | -105,000.000 | 84.0000 | 14.49 | 54,592.38 |
| 08/27/07 | | BOND INTEREST RECEIVED | 7000 CNMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/01/05 RD 07/31 PD 08/25/07 | | | | 17.94 |
| 08/27/07 | | BOND INTEREST RECEIVED | 124000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-78-GS 0.000% 09/25/31 B/E DTD 07/25/03 RD 07/31 PD 08/25/07 | | | | 100.36 |

Account Number: 727-891035
CROCKER SECURITIES LLC
P4R-02-ROLL
Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.
Page 10 of 18

DALLAS KAHD FOR COMMUNICATION
D007730CCSF51C035

**CROCKER SECURITIES LLC**
3950 Oak Road • Suite 108 • Walnut Creek, CA 94597
925-941-5040

DALBAR RATED
FOR COMMUNICATION

## Brokerage Account Statement

Statement Period: 08/01/2007 - 08/31/2007

### Transactions in Date Sequence (continued)

| Process/<br>Settlement<br>Date | Trade/<br>Transaction<br>Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/27/07 | | BOND INTEREST RECEIVED | 97000 FNMA GTD REMIC PASS<br>THRU CTF REMIC TR-2003-93 CL-97-IC<br>INT ONLY 5.000% 09/25/28 B/E<br>DTD 09/01/03 RD 07/31 PD 08/25/07 | | | | 153.92 |
| 08/27/07 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS<br>THRU CTF REMIC TR-2004-46 CL-46-QD<br>"INV" 0.000% 03/25/34 B/E<br>DTD 05/25/04 RD 07/31 PD 08/25/07 | | | | 20,666.76 |
| 08/27/07 | | PRINCIPAL PAY DOWN<br>RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-46 CL-46-QD "INV"<br>0.000% 03/25/34 B/E DTD 05/25/04<br>RD 07/31 PD 08/25/07 | | | | 25,842.40 |
| 08/27/07 | | BOND INTEREST RECEIVED | 7000 FNMA GTD REMIC PASS<br>THRU CTF REMIC SER-2005-110 CL-HS<br>"INV FLTG" 5.084% 05/25/35 B/E<br>DTD 11/01/05 RD 07/31 PD 08/25/07 | | | | 13.99 |
| 08/27/07 | | PRINCIPAL PAY DOWN<br>RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-HS "INV FLTG"<br>5.084% 05/25/35 B/E DTD 11/01/05<br>RD 07/31 PD 08/25/07 | | | | 212.00 |
| 08/27/07 | | BOND INTEREST RECEIVED | 58000 FNMA GTD REMIC PASS<br>THRU CTF REMIC SER-2005-110 CL-HS<br>"INV FLTG" 8.000% 12/25/35 B/E<br>DTD 11/01/05 RD 07/31 PD 08/25/07 | | | | 222.06 |
| 08/27/07 | | PRINCIPAL PAY DOWN<br>RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-HS "INV FLTG"<br>8.000% 12/25/35 B/E DTD 11/01/05<br>RD 07/31 PD 08/25/07 | | | | 923.16 |
| 08/27/07 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS<br>THRU CTF REMIC SER-2005-110 CL-HP<br>"INV FLTG" 8.000% 12/25/35 B/E<br>DTD 11/07/05 RD 07/31 PD 08/25/07 | | | | 66,666.67 |
| 08/27/07 | | BOND INTEREST RECEIVED | 6150000 FHLMC MULTICLASS MTG<br>PARTN CTFS GTD SER-2005-14 CL-OS<br>8.000% 07/25/35 B/E DTD 12/01/05<br>RD 07/31 PD 08/25/07 | | | | 26,836.28 |

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

Page 11 of 18

B007130CSF23035

## Transactions in Date Sequence (continued)

| Process/ Trade Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/27/07 | | PRINCIPAL PAY DOWN RECEIVED | 354000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 06/25/36 B/E DTO 05/25/06 RD 07/31 PD 08/25/07 | | | | 871.47 |
| 08/27/07 | | BOND INTEREST RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 RD 07/31 PD 08/25/07 | | | | 2,362.51 |
| 08/30/07 | 08/27/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-ET 8.500% 10/15/35 REG DTO 08/01/07 SOLICITED ORDER FACTOR 1.00000000 REM BAL 14000.00 | -14,000.000 | 101.000 | 101.50 | 14,101.50 |
| 08/30/07 | 08/27/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-ET 8.500% 10/15/35 REG DTD 08/01/07 SOLICITED ORDER FACTOR 1.00000000 REM BAL 5000.00 | -5,000.000 | 100.000 | 36.25 | 5,036.25 |
| 08/30/07 | 08/27/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-ET 8.500% 10/15/35 REG DTD 08/01/07 SOLICITED ORDER FACTOR 1.00000000 REM BAL 37000.00 | -37,000.000 | 100.000 | 268.25 | 37,268.25 |
| 08/30/07 | 08/27/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-ET 8.500% 10/15/35 REG DTD 08/01/07 SOLICITED ORDER FACTOR 1.00000000 REM BAL 54000.00 | -54,000.000 | 100.000 | 391.50 | 54,391.50 |
| 08/30/07 | 08/27/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-ET 8.500% 10/15/35 REG DTD 08/01/07 SOLICITED ORDER FACTOR 1.00000000 REM BAL 7000.00 | -7,000.000 | 100.000 | 50.75 | 7,050.75 |
| 08/30/07 | 08/27/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-ET 8.500% 10/15/35 REG DTD 08/07/07 SOLICITED ORDER FACTOR 1.00000000 REM BAL 3000.00 | -3,000.000 | 100.000 | 21.75 | 3,021.75 |
| 08/30/07 | 08/27/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-ET 8.500% 10/15/35 REG DTD 08/07/07 SOLICITED ORDER FACTOR 1.00000000 REM BAL 4000.00 | -4,000.000 | 100.000 | 29.00 | 4,029.00 |
| 08/30/07 | 09/27/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-ET 8.500% 10/15/35 REG DTD 08/07/07 SOLICITED ORDER FACTOR 1.00000000 REM BAL 13000.00 | -13,000.000 | 100.000 | 94.25 | 13,094.25 |
| 08/30/07 | 08/27/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-ET 8.500% 10/15/35 REG DTD 08/07/07 SOLICITED ORDER FACTOR 1.00000000 REM BAL 5000.00 | -5,000.000 | 100.000 | 36.25 | 5,036.25 |

DALLAS BAPTIST FOR COMMUNICATION

8007733DCKSF3K035

PAR-02-ROLL



# CROCKER SECURITIES LLC

1399 Oak Road • Suite 100 • Walnut Creek, CA 94597
925-941-1540



DALBAR RATED
FOR COMMUNICATION

# Brokerage
## Account Statement

Statement Period: 08/01/2007 - 08/31/2007

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

Page 13 of 18

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/30/07 | 08/27/07 | SOLD | FHLMC MULTICLASS MTG PRTN CTFS GTD SER 3359 CL 3359-CT 8.500% 10/15/35 REG DTD 08/01/07 SOLICITED ORDER FACTOR 1.00000000 REM BAL 7000.00 | -7,000.000 | 100.0000 | 50.75 | 7,050.75 |
| 08/30/07 | 08/27/07 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PRTN CTFS GTD SER 3359 CL 3359-CT 8.500% 10/15/35 REG DTD 08/01/01/07 FACTOR 1.00000000 REM BAL 195000.00 CORRECTED CONFIRM | 195,000.000 | 98.7500 | | -193,976.25 |
| 08/30/07 | 08/30/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-59 CL-59-SE 0.000% 06/25/35 B/E DTD 06/25/05 FACTOR 0.93938236300 REM BAL 1,731.708 VARIABLE RATE | 1,915,981.000 | 71.4000 | -393.10 | -1,236,833.26 |
| 08/30/07 | 08/30/07 | | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-59 CL-59-SE 0.000% 06/25/35 B/E DTD 06/25/05 FACTOR 0.93938236300 REM BAL 1,208.412 VARIABLE RATE | -1,337,000.000 | 74.0000 | 274.31 | 894,499.33 |
| 08/30/07 | 08/30/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-40 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 06/25/04 FACTOR .90918456000 REM BAL 9091845.60 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 116.5375 | 3,003.31 | 10,634,777.26 |
| 08/31/07 | 07/30/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HF "INV" FLTG 8.003% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000000 REM BAL 100000000.00 VARIABLE RATE CORRECTED CONFIRM | -10,000,000,000.000 | 115.9687 | 66,666.67 | 11,663,541.67 |
| 08/31/07 | 07/30/07 | SOLD | FHLMC MULTICLASS MTG PRTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.65645435100 REM BAL 4,025.442 | -6,150,000.000 | 100.0000 | 26,836.28 | 4,052,278.87 |
| 08/31/07 | 07/30/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 FACTOR .73932120000 REM BAL 16260.066 VARIABLE RATE CORRECTED CONFIRM | -220,000.000 | 93.0625 | 88.96 | 151,455.73 |

B0977330OCSF30035

# Transactions in Date Sequence (continued)



Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/31/07 | 07/30/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.00000000000 REM BAL 4,400.000 | -4,400,000.000 | 92.2812 | 20,166.67 | 4,080,541.67 |
| 08/31/07 | 07/30/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL-3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/01/06 CLB FACTOR .78328703000 REM BAL 1669184.66 CORRECTED CONFIRM | -2,131,000.000 | 98.7500 | 16,432.40 | 1,658,752.25 |
| 08/31/07 | 08/02/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 FACTOR .11679985000 REM BAL 214483.42 VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 92.9375 | 409.27 | 199,744.80 |
| 08/31/07 | 08/02/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB FACTOR .67389496000 REM BAL 204894.47 VARIABLE RATE CORRECTED CONFIRM | -304,000.000 | 90.6625 | 453.23 | 184,586.31 |
| 08/31/07 | 08/02/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR .66818261000 REM BAL 1847082.66 CORRECTED CONFIRM | -2,684,000.000 | 93.6625 | 11,164.58 | 1,730,105.88 |
| 08/31/07 | 08/02/07 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000000 REM BAL 500000.00 CORRECTED CONFIRM | -500,000.000 | 56.3125 | | 281,562.50 |
| 08/31/07 | 08/28/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/26/04 FACTOR .90918445000 REM BAL 9,091,844 VARIABLE RATE | 10,000,000.000 | 116.9687 | -3,000.31 | -10,637,618.46 |
| 08/31/07 | 08/28/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 FACTOR .11679985000 REM BAL 214,482 VARIABLE RATE | 1,836,333.000 | 92.9687 | -409.27 | -199,811.82 |
| 08/31/07 | 08/28/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR 0.66818281000 REM BAL 1,847,082 | 2,684,000.000 | 93.0937 | -11,164.58 | -1,730,683.10 |



# CROCKER
## SECURITIES LLC
2255 Oak Road • Suite 104 • Walnut Creek, CA 94597
925-941-1540



# Brokerage
## Account Statement

**Statement Period: 08/01/2007 - 08/31/2007**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 08/31/07 | 08/28/07 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500.000 | 500,000.000 | 55.3437 | | -281,718.75 |
| 08/31/07 | 08/29/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/07/05 FACTOR 1.000000000 REM BAL 10,000,000 VARIABLE RATE | 10,000,000.000 | 116.0000 | -66,666.67 | -11,666,666.67 |
| 08/31/07 | 08/29/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929 TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB FACTOR LG739949600 REM BAL 204.894 | 304,000.000 | 90.9937 | -453.23 | -185,050.34 |
| 08/29/07 | 08/29/07 | PURCHASED | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 LS INV FLTR 7.500% 07/15/36 B/E DTD 05/01/06 CLB FACTOR 0.783287030 REM BAL 1,669,184 | 2,131,000.000 | 98.7812 | -10,432.40 | -1,659,273.87 |
| 08/31/07 | 08/31/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-59 CL-59-SE 0.000% 06/25/35 B/E DTD 06/25/05 FACTOR 0.903826360 REM BAL 336.222 VARIABLE RATE | -372,000.000 | 74.0000 | | 248,996.16 |
| 08/31/07 | 08/31/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 8.500% 10/15/35 B/E DTD 08/01/07 FACTOR 1.000000000 REM BAL 140.000 | 140,000.000 | 98.7500 | -1,050.00 | -139,300.00 |
| 08/31/07 | 08/31/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 8.500% 10/15/35 B/E DTD 08/01/07 FACTOR 1.000000000 REM BAL 140.000 | -140,000.000 | 91.59 | | |
| 08/31/07 | 08/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 8.500% 10/15/35 B/E DTD 08/01/07 FACTOR 1.000000000 REM BAL 140.000 | 100.0000 | | 1,050.00 | 141,050.00 |

**Total Value of all Transactions**   $5,281,406.38

The price and quantity displayed may have been rounded.

Account Number: 727-991035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

Page 15 of 18

B3C7731OCSF3O035

DALBAR RATED
FOR COMMUNICATION

## Messages

PERSHING'S PARENT COMPANY, THE BANK OF NEW YORK COMPANY, INC., HAS MERGED WITH MELLON FINANCIAL CORPORATION, CREATING A NEW ENTITY, THE BANK OF NEW YORK MELLON CORPORATION.

THIS CHANGE WILL NOT AFFECT THE STATUS OF YOUR ACCOUNT AND WILL HAVE NO IMPACT ON PERSHING'S CAPITAL, MANAGEMENT, OPERATIONS, OR THE SAFEKEEPING OF YOUR ASSETS WITH PERSHING. PERSHING REMAINS AN AFFILIATE OF THE BANK OF NEW YORK, WHICH IS ALSO A SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.
PURSUANT TO SEC RULE 11AC1.6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKERS EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 09/13/07 | 08/14/07 | Buy | FNMA 30 YEAR TBA SETT SEPTEMBER 5.50% 09/01/35 REG DTD 09/01/05 FACTOR 1.0000000000 REM BAL 27000000.00 CORRECTED CONFIRM | 27,000,000.000 | 95.8125 | 49,500.00 | -26,918,975.00 |
| 09/13/07 | 08/14/07 | Buy | FNMA 30 YEAR TBA SETT SEPTEMBER 5.50% 09/01/35 REG DTD 09/01/05 FACTOR 1.0000000000 REM BAL 7,000,000 | 7,000,000.000 | 95.1250 | 12,833.33 | -6,741,583.33 |
| 09/13/07 | 08/14/07 | Sell | FNMA 30 YEAR TBA SETT SEPTEMBER 5.500% 09/01/35 REG DTD 09/01/05 FACTOR 1.0000000000 REM BAL 27,000,000 | -27,000,000.000 | 95.7812 | -49,500.00 | 26,180,437.50 |
| 09/13/07 | 08/14/07 | Sell | FNMA 30 YEAR TBA SETT SEPTEMBER 5.500% 09/01/35 REG DTD 09/01/05 FACTOR 1.0000000000 REM BAL 7,000,000 | -7,000,000.000 | 96.9062 | -12,833.33 | 6,796,270.83 |
| 09/28/07 | 08/28/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CO "INV" FACTOR 0.9097845600 REM BAL 9,091,845 | -10,000,000.000 | 117.2187 | -1,500.15 | 10,658,847.91 |
| 09/28/07 | 08/28/07 | Sell | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 09/15/24 B/E DTD 12/01/04 FACTOR 0.1167969800 REM BAL 214,482 | -1,836,333.000 | 93.0000 | -368.34 | 199,837.92 |
| 09/28/07 | 08/28/07 | Sell | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR 0.6881828100 REM BAL 1,847,082 | -2,684,000.000 | 93.5000 | -10,048.12 | 1,737,070.41 |
| 09/28/07 | 08/28/07 | Sell | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 500,000 | -500,000.000 | 56.3750 | 0.00 | 281,875.00 |

DALBAR RATED FOR COMMUNICATIONS



**CROCKER SECURITIES LLC**
1399 Oak Road • Suite 108 • Walnut Creek, CA 94597
925-941-1540



DALBAR RATED
FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

# Brokerage
## Account Statement

Statement Period: 08/01/2007 - 08/31/2007

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 09/28/07 | 08/29/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.0000000000 REM BAL 10,000,000 VARIABLE RATE | -10,000,000.000 | 116.2500 | -60,000.00 | 11,685,000.00 |
| 09/04/07 | 08/29/07 | Buy | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.6545435100 REM BAL 4,025,442 VARIABLE RATE | 6,190,000.000 | 100.0312 | 2,683.63 | -4,029,334.17 |
| 09/28/07 | 08/29/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.6545435100 REM BAL 4,025,442 | -6,190,000.000 | 100.0937 | -24,152.66 | 4,053,369.10 |
| 09/04/07 | 08/29/07 | Buy | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-NS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/05 FACTOR 0.7393212000 REM BAL 162,650 | 220,000.000 | 93.0937 | 133.44 | -151,551.04 |
| 09/28/07 | 08/29/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-NS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/05 FACTOR 0.7393212000 REM BAL 162,650 VARIABLE RATE | -220,000.000 | 93.1562 | -44.48 | 151,553.74 |
| 09/04/07 | 08/29/07 | Buy | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CL8 FACTOR 1.0000000000 REM BAL 4,400,000 | 4,400,000.000 | 92.3125 | 2,076.67 | -4,063,766.67 |
| 09/28/07 | 08/29/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CL8 FACTOR 1.0000000000 REM BAL 4,400,000 | -4,400,000.000 | 92.3750 | -16,150.00 | 4,082,650.00 |

PAR-62-ROLL

8007330GSF3005

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement |
|---|---|---|---|---|---|---|---|
| 09/28/07 | 08/29/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2929 CL 2929 TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/06 CLB FACTOR 0.67994600 REM BAL  204,894 | | | | |
| 09/28/07 | 08/29/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/01/06 CLB FACTOR 0.78328700 REM BAL  1,669,184 | -2,131,000.000 | 99.0000 | -9,389.16 | 1,661,881.97 |

**Total Amount of Trades Not Settled**  $26,768,737.59

Account Number: 727-891035
CROCKER SECURITIES LLC
PAR-02-ROLL
Clearing Through Pershing LLC, a subsidiary of The Bank of New York Company, Inc.
Member NASD, NYSE, SIPC.

DQBAR RATED FOR COMMUNICATION

000713105P19035

Doc Break

CROCKER SECURITIES
2999 Oak Road · Suite 1100 · Walnut Creek, CA 94597
925.941.1540

# Brokerage Account Statement

Account Number: 727-891035
Statement Period: 09/01/2007 - 09/30/2007

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$4,946,665.98 |
| Cash Withdrawals | -253,466.00 |
| Dividends/Interest | -115,355.09 |
| Change in Account Value | -549,169.57 |
| Ending Account Value | -$5,867,656.64 |

CROCKER SECURITIES LLC
--TAXABLE TRADE #2- -
2999 OAK ROAD, SUITE 1010
WALNUT CREEK CA 94597

Your Investment Advisor:
DOUGLAS C. GREEN
(561) 750-9370

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Fixed Income | 22,425,501.78 | 31,752,453.86 | 100% |
| Cash and Cash Equivalents | -27,375,167.76 | -37,620,109.50 | 0% |
| Account Total | -$4,949,665.98 | -$6,887,656.64 | 100% |

Your Account is 100% invested in Fixed Income.

B0081215CBP0048

PA8-52-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD/NYSE/SIPC

## Customer Service Information

**Your Investment Advisor: RDC**

DOUGLAS C. GREEN
601 S. FEDERAL HIGHWAY STE 301
BOCA RATON
FL 33432-6086

| Contact Information | Customer Service Information |
|---|---|
| Telephone Number: (561) 750-9370 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| Fax Number: (561) 750-9360 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | **Cash and Cash Equivalents   0.00% of Portfolio** | | | | | |
| | Cash Balance | -153,507.27 | -99,666.49 | | | |
| | Margin Balance | -27,221,660.40 | -37,520,241.01 | | | |
| | **Total Cash and Cash Equivalents** | **-$27,375,167.7** | **-$37,820,109.50** | | **$0.00** | |
| | | | | | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income   100.00% of Portfolio   (In Maturity Date Sequence)** | | | | | |
| | **Asset Backed Securities** | | | | | |
| 101,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-JB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB Security Identifier 31393TJK3  Factor: 0.84367652 | 3.2950 | 2,142.12 | 288.04 | | |
| 91,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-87 CL-974C INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 Security Identifier 31393TNI1  Factor: 0.31344755 | 4.0600 | 1,198.06 | | | |
| 124,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-GS 0.000% 09/25/31 B/E DTD 07/25/03 Security Identifier 31393D4N5  Factor: 0.53002739 | 7.1660 | 4,710.81 | 137.86 | 0.00 | 0.00 |
| 137,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 B/E DTD 10/15/03 CLB Security Identifier 31394RZD9  Factor: 0.67056296 | 77.5460 | 71,218.03 | | | |

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

Account Number: 727-891035
CROCKER SECURITIES LLC



**CROCKER SECURITIES**
2999 Oak Road · Suite 1110 · Walnut Creek, CA 94597
925-941-5140

# Brokerage Account Statement

Statement Period: 09/01/2007 - 09/30/2007

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| Asset Backed Securities *(continued)* | | | | | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL-AG -46-QD "INV" 0.000% 03/25/34 B/E DTD 06/25/04 *Security Identifier* 31393YU3J  Factor: 0.5070/1965 | 90.2940 | 8,190,384.99 | 0.00 | | |
| 83,000,000M | FHLMG MULTICLASS MTG PARTN CTFS GTD SER-2892 CL-2892-YS INV FLTR 2.850% 04/15/34 B/E DTD 05/01/05 *Security Identifier* 31395UR94  Factor: 0.06272235 | 98.1430 | 5,109.28 | 11.99 | | |
| 1,846,333.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2995 CL-2995-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 *Security Identifier* 31395KCQ4  Factor: 0.11679995 | 94.9430 | 204,745.93 | 397.77 | | |
| 4,400,000.00M | FHLMG MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB *Security Identifier* 31395H2LC2  Factor: 1.00000000 | 95.5880 | 4,205,872.00 | 19,494.42 | | |
| 6,150,000.00M | FHLMG MULTICLASS MTG PARTN CTFS GTD SER-2005-T14 CL-QS 6.000% 01/25/35 B/E DTD 12/01/05 *Security Identifier* 31394IJD3  Factor: 0.63746937 | 94.9730 | 3,723,350.44 | 25,264.94 | | |
| 215,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 4.185% 02/15/35 B/E DTD 02/15/05 CLB *Security Identifier* 31395MBW0  Factor: 0.06982018 | 83.4770 | 128,553.07 | 484.47 | | |

Account Number: 7Z7-897035
CROCKER SECURITIES LLC
PAR-66-ROLL
Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC
Page 3 of 23

## Portfolio Holdings (continued)

B308123345SP30616

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 7,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-KS "INV FLTG" 5.004% 05/25/35 B/E DTD 11/01/05 *Security Identifier:* 31394UQ96  *Factor:* 0.41229401 | 96.6000 | 2,787.93 | 11.82 | | |
| 206,981.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-59 CL-SE-SE 0.000% 06/25/35 B/E DTD 06/28/05 *Security Identifier:* 31394ETJ7  *Factor:* 0.90241205 | 86.5180 | 161,600.18 | 0.00 | | |
| 7,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 6.000% 10/15/35 B/E DTD 08/01/07 *Security Identifier:* 3137KBG54  *Factor:* 0.99842036 | 102.3440 | 7,162.76 | 50.67 | | |
| 7,000.000M | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 06/01/05 Moody Rating AAA S & P Rating AAA *Security Identifier:* 12669AKS6  *Factor:* 0.68840024 | 88.6100 | 4,318.13 | 17.33 | | |
| 350,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TO INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 *Security Identifier:* 31396UEN6  *Factor:* 0.61707773 | 98.2840 | 212,271.04 | 1,304.86 | | |
| 58,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier:* 31394UT51  *Factor:* 0.54033182 | 95.3010 | 29,866.61 | 201.96 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier:* 31394UT77  *Factor:* 1.00000000 | 94.5250 | 9,452,500.00 | 64,444.40 | | |

DALLAS BASED RIA CONNOISSEURS

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-08-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation;
Member NASD, NYSE, SIPC



**CROCKER**
SECURITIES

1990 Oak Road • Suite 100 • Walnut Creek, CA 94597
925-941-1490

**Brokerage**
*Account Statement*

Statement Period: 09/01/2007 - 09/30/2007

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 2,684,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 3.673% 01/15/36 B/E DTD 07/01/06 Security Identifier 31396GXN6 Factor: 0.66941323 | 93.0860 | 1,672,480.92 | 5,171.80 | | |
| 2,131,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 09/01/06 CLB Security Identifier 31398NUJ07 Factor: 0.73733653 | 95.6220 | 1,518,186.84 | 9,493.05 | | |
| 1,500,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-33 CL-33-BS 0.000% 05/25/36 B/E DTD 04/26/06 Security Identifier 31395DHL6 Factor: 0.86707498 | 100.7100 | 1,309,846.82 | 0.00 | | |
| 100,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3184 CL-3184-UO "PRIN ONLY" 0.000% 06/15/36 B/E DTD 06/01/05 Security Identifier 31396TF73 Factor: 1.00000000 | 73.4290 | 73,429.00 | 0.00 | | |
| 583,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 08/25/38 B/E DTD 05/25/05 Security Identifier 31395DH77 Factor: 0.70343945 | 96.4790 | 395,665.40 | 0.00 | | |
| 354,000.000M | FNNA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.980% 06/25/36 B/E DTD 05/26/06 Security Identifier 31395D7D5  Factor: 0.72568462 | 91.6600 | 236,765.44 | 824.00 | | |

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

Account Number: 727-891035
CROCKER SECURITIES LLC

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** (continued) | | | | | |
| | **Asset Backed Securities** (continued) | | | | | |
| 220,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3186 CL-3186-SE INV FLTR<br>2.660% 07/15/36 DTD 07/15/06 CLD<br>*Security Identifier:* 31596ULX6 *Factor:* 0.72078928 | 87.2390 | 138,338.06 | 365.33 | | |
| | **Total Asset Backed Securities** | | $31,752,453.86 | $127,964.71 | $0.00 | |
| | **Total Fixed Income** | | $31,752,453.86 | $127,964.71 | $0.00 | |

| Description | | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|
| **Total Portfolio Holdings** | | -$5,867,655.64 | $127,964.71 | $0.00 |

---

**" This symbol next to the quantity indicates a position in your margin account.**

**Disclosures and Other Information**

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a major system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

**Foreign Currency Transactions** - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

**Proxy Vote** - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

BAKAR XAIO<br>FOR COMMUNICATION

Account Number: 7Z7-881035<br>CROCKER SECURITIES LLC

Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation<br>Member FINRA NYSE, SIPC

800032235SP84048



# Brokerage
## Account Statement



CROCKER SECURITIES — 2189 Oak blvd • Suite 100 • Walnut Creek, CA 9-5597 — 925-941-1540

**Statement Period: 09/01/2007 - 09/30/2007**

**Account Number: 727-691035**
**CROCKER SECURITIES LLC**

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/04/07 | 08/29/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CS 8.000% 07/25/35 B/E DTD 12/07/05 FACTOR 0.65454535100 REM BAL 4,025.442 | 6,150,000.000 | 100.0312 | -2,683.63 | -4,029,334.17 |
| 09/04/07 | 08/29/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-46 CL-K6 ANS INV FLTR 3.980% 09/25/35 B/E DTD 05/25/05 FACTOR 0.73932120030 REM BAL 162.650 VARIABLE RATE | 220,000.000 | 93.0937 | -133.44 | -151,551.04 |
| 09/04/07 | 08/29/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG G 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.0000000000 REM BAL 4,400.000 | 4,400,000.000 | 92.3125 | -2,016.67 | -4,063,766.67 |
| 09/05/07 | 09/04/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 8.500% 10/15/35 B/E DTD 09/01/07 SOLICITED ORDER FACTOR 1.0000000000 REM BAL 46000.00 | -46,000.000 | 100.0000 | 46.00 | 46,046.00 |
| 09/06/07 | 08/27/07 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 8.500% 10/15/35 REG DTD 08/01/07 SOLICITED ORDER FACTOR 1.0000000000 REM BAL 7000.00 | 7,000.000 | 100.0000 | -50.75 | -7,047.75 |
| 09/12/07 | | CONSOLIDATED FIRM BALANCES SOLD | CANCELLED TRADE TRANSFERRED TO 727B691043 | | | | -253,466.00 |
| 09/13/07 | 08/14/07 | SOLD | FNMA 30 YEAR TBA SETT SEPTEMBER 5.500% 09/01/35 REG DTD 09/01/05 FACTOR 1.0000000000 REM BAL 27,000.00 | -27,000,000.000 | 96.7812 | 49,500.00 | 26,180,437.50 |
| 09/13/07 | 08/14/07 | SOLD | FNMA 30 YEAR TBA SETT SEPTEMBER 5.500% 09/01/35 REG DTD 09/01/05 FACTOR 1.0000000000 REM BAL 7,000.00 | -7,000,000.000 | 96.9062 | 12,833.33 | 6,790,270.83 |
| 09/13/07 | 08/14/07 | CORRECTED PURCHASE | CORRECTED CONFIRM FNMA 30 YEAR TBA SETT SEPTEMBER 5.500% 09/01/35 REG DTD 09/01/05 FACTOR 1.0000000000 REM BAL 27,000,000.00 | 27,000,000.000 | 98.8164 | -49,500.00 | -26,729,929.69 |
| 09/13/07 | 08/14/07 | CORRECTED PURCHASE | CORRECTED CONFIRM FNMA 30 YEAR TBA SETT SEPTEMBER 5.500% 09/01/35 REG DTD 09/01/05 FACTOR 1.0000000000 REM BAL 7,000,000.00 | 7,000,000.000 | 98.8125 | -12,833.33 | -5,923,708.33 |

Closing Through: Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/14/07 | 08/29/07 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E CTD 12/01/05 FACTOR .63748937000 REM BAL 3920x30.48 CORRECTED CONFIRM | 6,150,000,000 | 100.0312 | 2,683.83 | 4,029,384.17 |
| 03/14/07 | 08/29/07 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.65454635100 REM BAL 4,025,442 CANCELLED TRADE | -6,150,000,000 | 100.0312 | -2,182.37 | -3,903,837.98 |
| 09/14/07 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 09/25/35 B/E INT ONLY 5.600% 09/15/26 B/E 10/100 FHLMC MULTICLASS MTG DTD 01/01/03 CLB RD 08/31 PD 09/15/07 | | | | 318.85 |
| 09/17/07 | | BOND INTEREST RECEIVED | PARTN CTFS GTD SER-2692 CL-2692-SC 8.000% 07/16/33 B/E DTD 10/15/03 CLB RD 08/31 PD 09/15/07 | | | | 157.98 |
| 09/17/07 | | BOND INTEREST RECEIVED | 1845333 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2805 CL-2805-LS INV FLTR 2.2896% 09/15/34 B/E DTD 12/01/04 RD 08/31 PD 09/15/07 | | | | 411.50 |
| 09/17/07 | | BOND INTEREST RECEIVED | 304000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.0003% 02/15/35 B/E DTD 02/15/05 CLB DTD 02/15/05 CLB RD 08/31 PD 09/15/07 | | | | 849.80 |
| 09/17/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.0003% 02/15/35 B/E DTD 02/15/05 CLB RD 08/31 PD 09/15/07 | | | | 1,749.45 |
| 09/17/07 | | BOND INTEREST RECEIVED | 83000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-XS INV FLTR 2.8609% 04/15/04 B/E DTD 05/01/05 RD 08/31 PD 09/15/07 | | | | 14.59 |
| 09/17/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-XS INV FLTR 2.8609% 04/15/04 B/E DTD 05/01/05 RD 08/31 PD 09/15/07 | | | | 918.37 |
| 09/17/07 | | BOND INTEREST RECEIVED | 2884000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 07/15/36 B/E DTD 01/01/06 RD 08/31 PD 09/15/07 | | | | 11,161.58 |
| 09/17/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 07/15/36 B/E CTD 01/01/06 RD 08/31 PD 09/15/07 | | | | 50,377.55 |

DARMA RADIO FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

P431-26-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

Page 8 of 23

CROCKER
SECURITIES

2999 Oak Road • Suite 100 • Walnut Creek, CA 94597
925-941-1540

**Brokerage**
*Account Statement*

Statement Period: 09/01/2007 - 09/30/2007

## Transactions in Date Sequence *(continued)*

| Process/ Trade/ Settlement Date | Transaction Date | Activity Type | Description | Quantity | Price | Accrual Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/17/07 | | BOND INTEREST RECEIVED | 2131000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB RD 08/31 PD 09/15/07 | | | | 10,432.40 |
| 09/17/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB RD 08/31 PD 09/15/07 | | | | 97,920.52 |
| 09/17/07 | | BOND INTEREST RECEIVED | 356000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 08/31 PD 09/15/07 | | | | 1,391.92 |
| 09/17/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 08/31 PD 09/15/07 | | | | 6,730.38 |
| 09/17/07 | | BOND INTEREST RECEIVED | 220000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.860% 07/15/36 B/E DTD 07/15/06 CLB RD 08/31 PD 09/15/07 | | | | 243.56 |
| 09/17/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.860% 07/15/36 B/E DTD 07/15/06 CLB RD 08/31 PD 09/15/07 | | | | 4,518.75 |
| 09/17/07 | | BOND INTEREST RECEIVED | 46000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 8.500% 10/15/36 B/E DTD 08/01/07 RD 08/31 PD 09/15/07 | | | | 345.00 |
| 09/17/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 8.500% 10/15/36 B/E DTD 08/01/07 RD 08/31 PD 09/15/07 | | | | 72.66 |
| 09/20/07 | 09/19/07 | INT. CHARGED ON DEBIT BALANCES | FIRM DEBIT INTEREST FOR INTEREST PERIOD 08-20-07 TO 09-19-07 | | | | -223,811.19 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA/NYSE, SIPC

Page 9 of 23

# Transactions in Date Sequence (continued)

B08832331C3F73444

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/25/07 | 08/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 9.000% 10/15/35 B/E DTD 08/01/07 SOLICITED ORDER FACTOR .99842036 REM BAL 14079.23 CORRECTED CONFIRM | -14,000.000 | 100.0000 | 101.34 | 14,079.23 |
| 09/25/07 | 08/27/07 | CORRECTED SELL . | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 9.000% 10/15/35 B/E DTD 08/01/07 SOLICITED ORDER FACTOR .99842036 REM BAL 13971.89 CORRECTED CONFIRM | -5,000.000 | 100.0000 | 36.19 | 5,028.29 |
| 09/25/07 | 08/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 9.000% 10/15/35 B/E DTD 08/01/07 SOLICITED ORDER FACTOR .99842036 REM BAL 4992.10 CORRECTED CONFIRM | -5,000.000 | 100.0000 | 36.19 | 5,028.29 |
| 09/25/07 | 08/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 9.000% 10/15/35 B/E DTD 08/01/07 SOLICITED ORDER FACTOR .99842036 REM BAL 36941.55 CORRECTED CONFIRM | -37,000.000 | 100.0000 | 287.83 | 37,209.38 |
| 09/25/07 | 08/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 9.000% 10/15/35 B/E DTD 08/01/07 SOLICITED ORDER FACTOR .99842036 REM BAL 53914.70 CORRECTED CONFIRM | -54,000.000 | 100.0000 | 390.88 | 54,305.58 |
| 09/25/07 | 08/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 9.000% 10/15/35 B/E DTD 08/01/07 SOLICITED ORDER FACTOR .99842036 REM BAL 6988.94 CORRECTED CONFIRM | -7,000.000 | 100.0000 | 50.67 | 7,039.61 |
| 09/25/07 | 08/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 9.000% 10/15/35 B/E DTD 08/01/07 SOLICITED ORDER FACTOR .99842036 REM BAL 2995.26 CORRECTED CONFIRM | -3,000.000 | 100.0000 | 21.72 | 3,016.98 |
| 09/25/07 | 08/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 9.000% 10/15/35 B/E DTD 08/01/07 SOLICITED ORDER FACTOR .99842036 REM BAL 3993.68 CORRECTED CONFIRM | -4,000.000 | 100.0000 | 28.95 | 4,022.63 |
| 09/25/07 | 08/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 9.000% 10/15/35 B/E DTD 08/01/07 SOLICITED ORDER FACTOR .99842036 REM BAL 12979.46 CORRECTED CONFIRM | -13,000.000 | 100.0000 | 94.10 | 13,073.57 |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

PAR-60-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

Page 10 of 23

**CROCKER SECURITIES**
2999 Oak Road · Suite 103 · Walnut Creek, CA 94597
925-472-5140

8008193343SPD0044

**Brokerage Account Statement**

## Transactions in Date Sequence (continued)

Statement Period: 09/01/2007 - 09/30/2007

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrual Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/25/07 | 08/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 9.000% 10/15/35 B/C DTD 08/01/07 SOLICITED ORDER FACTOR .99042836 REM BAL 4892.10 CORRECTED CONFIRM | -5,000.000 | 100.0000 | 36.19 | 5,028.29 |
| 09/25/07 | 08/27/07 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-ET 8.500% 10/15/35 REG DTD 08/01/07 SOLICITED ORDER FACTOR 1.00000000 REM BAL 14000.00 CANCELLED TRADE | 14,000.000 | 100.0000 | -101.50 | -14,101.50 |
| 09/25/07 | 08/27/07 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-ET 8.500% 10/15/35 REG DTD 08/01/07 SOLICITED ORDER FACTOR 1.00000000 REM BAL 5000.00 CANCELLED TRADE | 5,000.000 | 100.0000 | -36.25 | -5,036.25 |
| 09/25/07 | 08/27/07 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-ET 8.500% 10/15/35 REG DTD 08/01/07 SOLICITED ORDER FACTOR 1.00000000 REM BAL 37000.00 CANCELLED TRADE | 37,000.000 | 100.0000 | -268.25 | -37,268.25 |
| 09/25/07 | 08/27/07 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-ET 8.500% 10/15/35 REG DTD 08/01/07 SOLICITED ORDER FACTOR 1.00000000 REM BAL 54000.00 CANCELLED TRADE | 54,000.000 | 100.0000 | -391.50 | -54,391.50 |
| 09/25/07 | 08/27/07 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-ET 8.500% 10/15/35 REG DTD 08/01/07 SOLICITED ORDER FACTOR 1.00000000 REM BAL 7000.00 CANCELLED TRADE | 7,000.000 | 100.0000 | -50.75 | -7,050.75 |
| 09/25/07 | 08/27/07 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-ET 8.500% 10/15/35 REG DTD 08/01/07 SOLICITED ORDER FACTOR 1.00000000 REM BAL 3000.00 CANCELLED TRADE | 3,000.000 | 100.0000 | -21.75 | -3,021.75 |

Account Number: 727-891035
CROCKER SECURITIES LLC

PAH-02-ROLL.

Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation.
Member NASD/NYSE/SIPC

PLEASE RETAIN FOR INCOME TAX PURPOSES

## Transactions in Date Sequence (continued)



| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/25/07 | 08/27/07 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 8.000% 10/15/35 B/E DTD 08/01/07 SOLICITED ORDER 8.500% 10/15/35 REG DTD 08/01/07 SOLICITED ORDER CANCELLED TRADE | 4,000.000 | 100.0000 | -28.00 | -4,028.00 |
| 09/25/07 | 08/27/07 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-ET 8.500% 10/15/35 REG FACTOR 1.000000000 REM BAL  13000.00 DTD 08/01/07 SOLICITED ORDER CANCELLED TRADE | 13,000.000 | 100.0000 | -94.25 | -13,094.25 |
| 09/25/07 | 08/27/07 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-ET 8.500% 10/15/35 REG FACTOR 1.000000000 REM BAL  5000.00 DTD 08/01/07 SOLICITED ORDER CANCELLED TRADE | 5,000.000 | 100.0000 | -36.25 | -5,036.25 |
| 09/25/07 | 09/04/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 9.000% 10/15/26 B/E DTD 08/01/07 SOLICITED ORDER CORRECTED CONFIRM | 100.0000 | | 45.93 | 45,973.27 |
| 09/25/07 | 09/04/07 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 8.500% 10/15/35 B/E FACTOR 1.000000000 REM BAL  46000.00 DTD 08/01/07 SOLICITED ORDER CANCELLED TRADE | 46,000.000 | 100.0000 | -46.00 | -46,046.00 |
| 09/25/07 | | BOND INTEREST RECEIVED | 7000 CWMBS INC "INV FLTG" 4.464% 10/25/35 B/E MTG PASS THRU CTF SER 2005-24 CL-A-26 DTD 09/01/05 RD 08/31 PD 09/25/07 | | | | 17.94 |
| 09/25/07 | | BOND INTEREST RECEIVED | 124000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-74 CL-76-CS 0.000% 09/25/31 B/E DTD 07/25/03 RD 08/31 PD 09/25/07 | | | | 88.60 |
| 09/25/07 | | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-9T CL-9T-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 08/31 PD 09/25/07 | | | | 143.84 |
| 09/25/07 | | BOND INTEREST RECEIVED | 1000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 08/31 PD 09/25/07 | | | | 15,001.55 |

BO093331315P3044

CROCKER SECURITIES LLC    Account Number: 727-891035    FNMA-CO-FKCL    Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation Member FINRA, NYSE, SIPC    Page 12 of 23

CROCKER SECURITIES

2977 Oak Road · Suite 100 · Walnut Creek, CA 94597
925.941.1540

# Brokerage
## Account Statement

Statement Period: 09/01/2007 - 09/30/2007

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 08/31 PD 09/25/07 | | | | 21,049.10 |
| 09/25/07 | | BOND INTEREST RECEIVED | 206981 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-59 CL-59-SE 0.000% 06/25/35 B/E DTD 06/25/05 RD 08/31 PD 09/25/07 | | | | 254.80 |
| 09/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-59 CL-59-SE 0.000% 06/25/35 B/E DTD 06/25/05 RD 08/31 PD 09/25/07 | | | | 292.17 |
| 09/25/07 | | BOND INTEREST RECEIVED | 7000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 5.001% 05/25/35 B/E DTD 11/07/05 RD 08/31 PD 09/25/07 | | | | 13.09 |
| 09/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 5.001% 05/25/35 B/E DTD 11/07/05 RD 08/31 PD 09/25/07 | | | | 203.11 |
| 09/25/07 | | BOND INTEREST RECEIVED | 50000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.001% 12/25/35 B/E DTD 11/07/05 RD 08/31 PD 09/25/07 | | | | 215.91 |
| 09/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.001% 12/25/35 B/E DTD 11/07/05 RD 08/31 PD 09/25/07 | | | | 1,047.32 |
| 09/25/07 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/07/05 RD 08/31 PD 09/25/07 | | | | 66,666.67 |
| 09/25/07 | | BOND INTEREST RECEIVED | 354000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 09/25/36 B/E DTD 05/25/06 RD 08/31 PD 09/25/07 | | | | 715.72 |

OFAC Code Number
OSLEAR AALID
FDIC COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

ROLL-COR-0948

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD/NYSE, SIPC

## Transactions in Date Sequence *(continued)*



| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 RD 08/31 PD 09/25/07 | | | | 3,411.35 |
| 09/28/07 | 09/28/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 06/25/04 FACTOR .9070709550000 REM BAL .9070709.50 VARIABLE RATE CORRECTED CONFIRM | -10,000,000,000.000 | 118.2187 | 2,628.75 | 10,726,008.99 |
| 09/28/07 | 09/28/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.280% 08/15/34 B/E DTD 12/01/04 FACTOR .11673995800000 REM BAL 214483./42 VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 93.0000 | 181.46 | 199,651.04 |
| 09/28/07 | 09/28/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR .86941323000 REM BAL 1795705.11 CORRECTED CONFIRM | -2,684,000.000 | 93.5000 | 4,815.16 | 1,684,734.44 |
| 09/28/07 | 09/28/07 | CORRECTED SELL | FIRST HORIZON MTG PASTHRU TR 2003 B 0.000% 10/25/33 B/E DTD 09/01/03 FACTOR 1.00000000 REM BAL 500000.00 CORRECTED CONFIRM | -500,000.000 | 56.3750 | | 281,875.00 |
| 09/28/07 | 09/28/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-11C CL-HP "INV" FLTG 6.000% 12/25/35 B/E DTD 08/01/05 FACTOR 1.000000000 REM BAL 1A42 VARIABLE RATE FACTOR 1.0000000 REM BAL 500000.00 | -10,000,000,000.000 | 116.2800 | 50,100.00 | 11,675,100.00 |
| 09/28/07 | 09/28/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 120/7/05 FACTOR .63746837000 REM BAL .39204939/48 CORRECTED CONFIRM | -6,150,000.000 | 100.0937 | 19,641.36 | 3,943,747.24 |
| 09/28/07 | 09/28/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-46 CL-46-NS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 FACTOR .28984620000 REM BAL .160520.62 VARIABLE RATE CORRECTED CONFIRM | -220,000.000 | 93.1562 | 62.23 | 149,606.53 |
| 09/28/07 | 09/29/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.000000000 REM BAL 4,400.000 | -4,400,000.000 | 92.3750 | 18,150.00 | 4,082,650.00 |

BC083251C6F30048



**CROCKER**
SECURITIES

2039 Oak Road • Suite 100 • Walnut Creek, CA 94597
925-941-1540

03.666.JOTO
TLK COMMUNICATION

# Brokerage
## Account Statement

Statement Period: 09/01/2007 - 09/30/2007

Clearing Through Pershing LLC, a subsidiary of The Bank of New York. and/or Corporation
Member NASD/NYSE/SIPC

Account Number: 717-881035
CROCKER SECURITIES LLC

Pa9t-02-ROLL

## Transactions in Date Sequence *(continued)*

| Process/ Trade/ Settlement Date | Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/28/07 | 09/28/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB FACTOR .6682401800DD REM BAL 20316.01 | -304,000.000 | 90.1562 | 307.08 | 183,453.01 |
| 09/28/07 | 09/28/07 | CORRECTED SELL | VARIABLE RATE CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB FACTOR .73733563000D REM BAL 1571264.15 | -2,131,000.000 | 99.0000 | 8,938.36 | 1,564,393.86 |
| 09/28/07 | 09/26/07 | PURCHASED | CORRECTED CONFIRM FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" FACTOR .95070795500 REM BAL 9,070,796 0.000% 09/25/34 B/E DTD 05/25/04 | 10,000,000.000 | 118.2500 | -2,626.75 | -10,728,843.61 |
| 09/28/07 | 09/26/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL 10,000,000 | 10,000,000.000 | 116.2812 | -50,100.00 | -11,678,225.00 |
| 09/28/07 | 09/26/07 | PURCHASED | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2922 CL 2922 ZX INV FLTR 6.500% 02/15/35 B/E DTD 02/01/05 CLB FACTOR 1.10685820D REM BAL 553.484 | 500,000,000 | 91.5000 | -2,698.24 | -509,138.25 |
| 09/28/07 | 09/26/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2922 CL 2922 ZX INV FLTR 6.500% 02/15/35 B/E DTD 02/01/05 CLB FACTOR 1.10685820D REM BAL 553.484 | -500,000.000 | 93.5000 | 2,698.24 | 520,205.93 |
| 09/28/07 | 09/27/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.63746B3700 REM BAL 3,920.430 | 6,150,000.000 | 100.1250 | -19,541.36 | -3,944,972.37 |
| 09/28/07 | 09/27/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-33 CL-33-BS 0.000% 05/25/36 REG DTD 04/25/06 FACTOR 0.8607049800 REM BAL 1,300,612 VARIABLE RATE | 1,500,000.000 | 95.5000 | -957.59 | -1,242,942.50 |

Page 15 of 23

UC08123143F3Q018

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/28/07 | 09/27/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR:2006-46 CL-46-NS INV FLTR<br>3.660% 06/25/36 B/E DTD 05/25/06<br>VRBIABLE RATE | 220,000.000 | 93.1875 | -62.23 | -149,656.70 |
| 09/28/07 | 09/27/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2871 CL-2874-GG 5.600% 10/15/34 B/E<br>DTD 10/01/04 CLB FACTOR 1.00000000000<br>RBA BAL 4,400,000    160,530 | 4,400,000.000 | 92.4062 | -18,150.00 | -4,084,025.00 |
| 09/28/07 | 09/27/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2906 CL-2906-LS INV FLTR<br>2.289% 06/15/24 B/E DTD 12/01/04<br>FACTOR 0.11679986900 REM BAL    214,483<br>VRBIABLE RATE | 1,836,333.000 | 93.1250 | -181.46 | -199,919.14 |
| 09/28/07 | 09/27/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2928 CL-2928-TS INV FLTR<br>7.000% 02/15/35 B/E DTD 02/15/05 CLB<br>FACTOR 0.06692401800 REM BAL    203,145<br>VRBIABLE RATE | 304,000.000 | 90.2812 | -307.08 | -182,708.94 |
| 09/28/07 | 09/27/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2928 CL-2928-TS INV FLTR<br>7.000% 02/15/35 B/E DTD 02/15/05 CLB<br>FACTOR 0.06692401800 REM BAL    59,473<br>VRBIABLE RATE | -89,000.000 | 90.5000 | 89.90 | 53,913.31 |
| 09/28/07 | 09/27/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3096 CL-3096-SG INV FLTR<br>8.000% 01/15/08 B/E DTD 01/01/06<br>FACTOR 0.66911332800 REM BAL    1,796,705<br>VRBIABLE RATE | 2,684,000.000 | 93.5312 | -4,815.16 | -1,685,265.91 |
| 09/28/07 | 09/27/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3151 CL-3151 LS INV FLTR<br>7.500% 07/15/06 B/E DTD 06/07/06 CLB<br>FACTOR 0.73733635300 REM BAL    1,577,264 | 2,731,000.000 | 93.0372 | -8,838.35 | -1,564,880.88 |
| 09/28/07 | 09/28/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR:2006 43 CL 43 GS INV FLTR<br>0.000% 06/25/36 B/E DTD 06/25/06<br>FACTOR 0.70934394500 REM BAL    910,954<br>VRBIABLE RATE | 1,295,000.000 | 94.0000 | -600.66 | -856,897.50 |
| 09/28/07 | 09/28/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR:2006 43 CL 43 GS INV FLTR<br>0.000% 06/25/36 B/E DTD 06/25/06<br>FACTOR 0.70934394500 REM BAL    320,064<br>VRBIABLE RATE | -455,000.000 | 95.7500 | 211.04 | 306,673.23 |

B0V31332xSF30x6

CROCKER SECURITIES LLC

Account Number: 7Z7-891035

PAN-20-7DLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

CROCKER
SECURITIES

2999 Oak Road • Suite 1010 • Walnut Creek, CA 94597
925-941-1540

BAKER BATED
FSR COMMUNICATION

# Brokerage
## Account Statement

Statement Period: 09/01/2007 - 09/30/2007

## Transactions in Date Sequence (continued)

| Process/ Trade/ Date | Settlement Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/28/07 | 09/28/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 06/25/06 FACTOR .70343945 REM BAL   6330.96 | -5,000.000 | 97.0000 | 4.77 | 5,145.20 |
| 09/28/07 | 09/28/07 | SOLD | SOLICITED ORDER VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 06/25/06 VARIABLE RATE FACTOR .70343945 REM BAL   2813.76 | -4,000.000 | 97.0000 | 1.86 | 2,731.21 |
| 09/28/07 | 09/28/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 06/25/06 FACTOR .70343945 REM BAL   35171.97 | -50,000.000 | 97.0000 | 23.19 | 34,140.00 |
| 09/28/07 | 09/28/07 | SOLD | SOLICITED ORDER VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 06/25/06 FACTOR .70343945 REM BAL   35171.97 | -50,000.000 | 97.0000 | 23.19 | 34,140.00 |
| 09/28/07 | 09/28/07 | SOLD | SOLICITED ORDER VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 06/25/06 FACTOR .70343945 REM BAL   5627.52 | -8,000.000 | 97.0000 | 3.71 | 5,462.40 |
| 09/28/07 | 09/28/07 | SOLD | SOLICITED ORDER VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 06/25/06 FACTOR .70343945 REM BAL   2813.76 | -4,000.000 | 97.0000 | 1.86 | 2,731.21 |
| 09/28/07 | 09/28/07 | SOLD | SOLICITED ORDER VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 06/25/06 FACTOR .70343945 REM BAL   2110.32 | -3,000.000 | 97.0000 | 1.39 | 2,048.40 |

B0093325CRP0046

Account Number: 7Z7-B91035
CROCKER SECURITIES LLC

PMR-06-TOLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD/NYSE/SIPC

Page 17 of 23

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 09/28/07 | 09/28/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC / TR 2006 43 CL 43 GS INV FLTR / 0.000% 06/25/36 B/E DTD 05/25/06 / SOLICITED ORDER VARIABLE RATE / FACTOR .70343945 REM BAL   3517.20 | -5,000.000 | 97.0000 | 2.32 | 3,414.00 |
| 09/28/07 | 09/28/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC / TR 2006 43 CL 43 GS INV FLTR / 0.000% 06/25/36 B/E DTD 05/25/06 / SOLICITED ORDER VARIABLE RATE / FACTOR .70343945 REM BAL   52757.96 | -75,000.000 | 97.0000 | 34.79 | 51,210.01 |
| 09/28/07 | 09/28/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC / TR 2006 43 CL 43 GS INV FLTR / 0.000% 06/25/36 B/E DTD 05/25/06 / SOLICITED ORDER VARIABLE RATE / FACTOR .70343945 REM BAL   6330.95 | -9,000.000 | 97.0000 | 4.17 | 6,145.20 |
| 09/28/07 | 09/28/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC / TR 2006 43 CL 43 GS INV FLTR / 0.000% 06/25/36 B/E DTD 05/25/06 / SOLICITED ORDER VARIABLE RATE / FACTOR .70343945 REM BAL   3517.20 | -5,000.000 | 97.0000 | 2.32 | 3,414.00 |
| 09/28/07 | 09/28/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC / TR 2006 43 CL 43 GS INV FLTR / 0.000% 06/25/36 B/E DTD 05/25/06 / SOLICITED ORDER VARIABLE RATE / FACTOR .70343945 REM BAL   4220.64 | -20,000.000 | 97.0000 | 9.28 | 13,555.01 |
| 09/28/07 | 09/28/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC / TR 2006 43 CL 43 GS INV FLTR / 0.000% 06/25/36 B/E DTD 05/25/06 / SOLICITED ORDER VARIABLE RATE / FACTOR .70343945 REM BAL   14068.79 | -6,000.000 | 97.0000 | 2.78 | 4,096.80 |
| 09/28/07 | 09/28/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC / TR 2006 43 CL 43 GS INV FLTR / 0.000% 06/25/36 B/E DTD 05/25/06 / SOLICITED ORDER VARIABLE RATE / FACTOR .70343945 REM BAL   4220.64 | -6,000.000 | 97.0000 | 2.78 | 4,096.80 |
| 09/28/07 | 09/28/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC / TR 2006 43 CL 43 GS INV FLTR / 0.000% 06/25/36 B/E DTD 05/25/06 / SOLICITED ORDER VARIABLE RATE / FACTOR .70343945 REM BAL   2110.32 | -3,000.000 | 97.0000 | 1.39 | 2,048.40 |

**Total Value of all Transactions**     -$10,244,941.74

† The price and quantity displayed may have been rounded.



PERSHING
A BNY SECURITIES COMPANY

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR 02: ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

B0003333452F0F0048



# Brokerage Account Statement



**C R O C K E R SECURITIES**
259 Oak Road · Suite 650 · Walnut Creek, CA 94597
925-941-5410

Statement Period: 09/01/2007 - 09/30/2007

Account Number: 727-891035

CROCKER SECURITIES LLC

Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

Page 19 of 23

## Messages

BEGINNING JANUARY 1, 2008, MAJOR BROKERAGE FIRMS AND FINANCIAL ORGANIZATIONS, INCLUDING YOUR FINANCIAL ORGANIZATION, WILL ELIMINATE STOCK CERTIFICATE ISSUANCE FOR STOCKS THAT ARE DIRECT REGISTRATION SYSTEM (DRS)-ELIGIBLE AND CONTINUE TO MAINTAIN THESE SECURITIES IN YOUR BROKERAGE ACCOUNT. SUCH SECURITIES MAY BE TRANSFERRED THROUGH DRS FOR CLIENTS WISHING TO MAINTAIN DIRECT OWNERSHIP ON THE BOOKS OF THE ISSUER. ONCE TRANSFERRED, AND IF AN ISSUER DOES PROVIDE PHYSICAL CERTIFICATES, CLIENTS MAY OBTAIN A STOCK CERTIFICATE BY CONTACTING THE ISSUER'S AGENT IDENTIFIED ON THE DRS STATEMENT. PHYSICAL STOCK CERTIFICATES ONCE WERE COMMONPLACE IN THE FINANCIAL SERVICES INDUSTRY, BUT MUCH AS SAVINGS PASS BOOKS HAVE DISAPPEARED FROM BANKS, NEW TECHNOLOGY PLATFORMS AND REGULATORY CHANGES HAVE NOW MOVED BROKERAGE FIRMS AWAY FROM PAPER TRANSACTIONS AND TOWARDS SECURITIES ISSUED IN "BOOK-ENTRY" FORM, WITHOUT CERTIFICATES AND WITH CLIENT OWNERSHIP RECORDED ELECTRONICALLY. YOUR INVESTMENT PROFESSIONAL CAN HELP YOU DECIDE THE BEST OPTION FOR HOLDING SECURITIES.

PURSUANT TO THE SECURITIES EXCHANGE ACT OF 1934, PERSHING LLC (PERSHING) PROVIDES INDIVIDUAL INVESTORS WITH CERTAIN FINANCIAL INFORMATION ON A SEMI-ANNUAL BASIS. PERSHING'S JUNE STATEMENT OF FINANCIAL CONDITION IS NOW AVAILABLE. AND ON JUNE 30, 2007, PERSHING'S NET CAPITAL OF $3.3 BILLION WAS 11.52% OF AGGREGATE DEBIT BALANCES AND EXCEEDED THE MINIMUM REQUIREMENT BY $1.1 BILLION. PERSHING IS ALSO REQUIRED TO PROVIDE THE MOST RECENT FINANCIAL INFORMATION AS OF THIS STATEMENT MAILING. IN ACCORDANCE WITH THIS REQUIREMENT, ON JULY 31, 2007, PERSHING'S NET CAPITAL OF $1.2 BILLION WAS 11.02% OF AGGREGATE DEBIT BALANCES AND EXCEEDED THE MINIMUM REQUIREMENT BY $1.1 BILLION. A COPY OF THE JUNE 30, 2007 STATEMENT OF FINANCIAL CONDITION IS AVAILABLE AT WWW.PERSHING.COM/FOOTER/SOFC.HTML. YOU MAY ALSO REQUEST A FREE, PRINTED COPY BY CALLING (888) 860-8510.

PERSHING'S PARENT COMPANY, THE BANK OF NEW YORK COMPANY, INC., HAS MERGED WITH MELLON FINANCIAL CORPORATION, CREATING A NEW ENTITY, THE BANK OF NEW YORK MELLON CORPORATION.

THIS CHANGE WILL NOT AFFECT THE STATUS OF YOUR ACCOUNT AND WILL HAVE NO IMPACT ON PERSHING'S CAPITAL, MANAGEMENT, OPERATIONS, OR THE SAFEKEEPING OF YOUR ASSETS WITH PERSHING. PERSHING REMAINS AN AFFILIATE OF THE BANK OF NEW YORK, WHICH IS ALSO A SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 10/11/07 | 09/13/07 | Buy | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.00000000 REM BAL. 27,000,000 | 27,000,000.00 | 96.0937 | 41,250.00 | -26,986,562.50 |
| 10/11/07 | 09/13/07 | Buy | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.00000000 REM BAL. 7,000,000 | 7,000,000.00 | 96.0937 | 10,694.44 | -6,737,255.94 |
| 10/11/07 | 09/13/07 | Sell | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.00000000 REM BAL. 27,000,000 | -27,000,000.00 | 98.8281 | -41,250.00 | 26,724,843.75 |
| 10/11/07 | 09/13/07 | Sell | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.00000000 REM BAL. 7,000,000 | -7,000,000.00 | 98.8320 | -10,694.44 | 6,928,538.62 |

# Trades Not Settled (continued)

GRAHAM REED TAX CONSULTATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Par Co-Roll.    A member NASD/NYSE, SIPC

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 10/31/07 | 09/28/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-GD "INV" 0.000% 03/25/04 B/E DTD 05/25/04 FACTOR 0.90707065000 REM BAL 9,070,796 VARIABLE RATE | -10,000,000.000 | 118.9375 | -5,253.50 | 10,793,832.09 |
| 10/31/07 | 09/27/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000000 REM BAL 10,000,000 VARIABLE RATE | -10,000,000.000 | 116.9687 | -55,666.67 | 11,752,541.57 |
| 10/31/07 | 09/27/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-33 CL-GS 6.000% 05/25/36 B/E DTD 04/25/06 FACTOR .86707490000 REM BAL 1300612.47 VARIABLE RATE CORRECTED CONFIRM | -6,150,000.000 | 100.1562 | -21,823.73 | 3,948,379.88 |
| 10/31/07 | 09/27/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-42 CL-46-NS INV FLTR 3.980% 09/25/08 B/E DTD 05/25/06 FACTOR 0.72598466200 REM BAL 160,530 VARIABLE RATE | -1,500,000.000 | 97.0000 | 0.00 | 1,261,594.10 |
| 10/31/07 | 09/27/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/07/04 CLB FACTOR 1.00000000000 REM BAL 4,400,000 | -220,000.000 | 93.2500 | -124.47 | 149,819.27 |
| 10/31/07 | 09/27/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.28696 09/15/34 B/E DTD 12/01/04 FACTOR 0.11676958500 REM BAL 214,483 VARIABLE RATE | -4,400,000.000 | 92.8750 | -20,186.67 | 4,105,666.67 |
| 10/31/07 | 09/27/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.200% 02/15/05 B/E DTD 02/15/05 CLB FACTOR 0.06824018020 REM BAL 143,971 VARIABLE RATE | -1,836,333.000 | 93.2500 | -201.52 | 200,207.41 |
| 10/31/07 | 09/27/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3095 CL-3095-GG INV FLTR 8.000% 01/15/08 B/E DTD 01/01/06 FACTOR 0.68941332000 REM BAL 1,795,705 | -215,000.000 | 91.0000 | -267.29 | 131,008.48 |
| 10/31/07 | 09/27/07 | Sell | | -2,684,000.000 | 94.5000 | -5,350.17 | 1,703,238.50 |



**CROCKER**
SECURITIES

259 Oak Road · Suite 1010 · Walnut Creek, CA 94597
925-941-1340

# Brokerage
## Account Statement

Statement Period: 09/01/2007 - 09/30/2007

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 10/31/07 | 09/27/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CL3 FACTOR 0.73738265300 REM BAL 1,571,1264 | -2,131,000.000 | 99.5000 | -8,823.40 | 1,573,228.22 |
| 10/15/07 | 09/27/07 | Buy | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500000.00 CORRECTED CONFIRM | 500,000.000 | 56.5000 | 0.00 | -282,500.00 |
| 10/31/07 | 09/27/07 | Sell | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500.000 | -500,000.000 | 56.5312 | 0.00 | 282,656.25 |
| 10/31/07 | 09/28/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 1G US INV FLTR 0.000% 06/25/36 B/E DTD 05/26/06 FACTOR 0.70349400 REM BAL 410,105 VARIABLE RATE | -583,000.000 | 97.0000 | -540.83 | 398,342.87 |

| | | | Total Amount of Trades Not Settled | | | | $36,948,974.34 |

B008323125RP1008

DATA & AUTO
FOR COMMUNICATION

CROCKER SECURITIES LLC

Account Number: 727-891035

Clearing Through: Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD/NYSE/SIPC

Page 21 of 23



# TERMS AND CONDITIONS

## GENERAL INFORMATION

1. All codes and transactions shall be solely for your account and risk and shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and its clearing facility, if any, where the transactions are executed and/or settled, and of all applicable federal and state laws, rules and regulations.

2. Whenever you are indebted to Pershing LLC. ("Pershing") for any amount, all securities held by us for your account and in which you have an interest shall secure any of your liabilities to Pershing, and Pershing may in its discretion at any time, without notice, demand of such account any balances resulting from or upon purchases and/or sales for your account, demand or prior notice, sell any securities carried for your account or purchase or both of all or any securities carried for your account.

3. Whenever you are indebted to Pershing for any amount, all securities carried for your account or may be without further notice be pledged, repledged, hypothecated or rehypothecated separately or in common with other securities for any amount due Pershing or for a greater sum, and Pershing shall be under no obligation at any time to deliver to you the same securities but may fulfill its obligation by delivery of securities of the same class and amount. If you are indebted to Pershing for any amount, Pershing, in its discretion may without notice to you lend either to itself or to others any securities carried by Pershing for your account.

4. This is the securities sold to you, which were Pershing has acted as principal, shall remain with Pershing until the entire purchase price is received.

5. Any free credit balance carried for your account represents funds payable upon demand which, although properly accounted for on Pershing's books of record, are not segregated and may be used in the conduct of its business.

6. You may have received confirmation for transactions which do not appear on your statement. If so, the transactions will appear on your next statement. Also securities positions (long or short) held by Pershing to itself (or anticipatory to assist in accommodating the sale) represent price as of the indicate.

7. If you maintain a margin account, this is a combined statement of your general account and one or more special memorandum accounts maintained for you under Section 220.5 of Regulation T of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon request.

8. Interest charges on debit balances in your account appears on the statement. The rate of interest and period covered are indicated. The interest charge is computed by multiplying the average daily net debit balance by the number of days such balances were outstanding and by the rate. The average daily net debit balance is computed and described in a manner previously furnished to you. Please contact your financial institution if you desire additional information.

9. A financial statement of Pershing is available for your personal inspection at Pershing's offices. A copy of it will be mailed upon your written request or you may call or write a Pershing office.

10. This statement should be retained for income tax purposes.

11. Pershing carries your account as clearing agent for your financial institution which is identified on the statement. Under our agreement known as a "fully disclosed" basis. This classification is subject to change and is solely intended for use as a general information. After execution, Pershing is obligated to provide tax information to the Internal Revenue Service and other governmental authorities. As that time Pershing will make available to you the tax information Pershing is required to report to you concerning your account.

12. Pershing does not provide tax, legal, investment or legal advisory services and are on one associated with Pershing is authorized to determine the appropriate tax treatment of all your business.

13. Pershing provides account protection positions and cash balances held at Pershing up to the total net equity limits of securities positions and cash balances held at Pershing up to the total net equity held in addition to the basic SIPC protection. Pershing offers additional protection on terms similar to SIPC for accounts held at Pershing by companies other than SIPC. Pershing is not a SIPC member firm (as financial) and is unable to meet its obligations to securities clients, but it does not protect against the market loss of your investments.

14. Pershing is also a member of the Securities Investor Protection Corporation (SIPC) which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available upon request or at www.sipc.org.

## PORTFOLIO HOLDINGS

15. If portfolio holdings information is derived from a settlement date basis including short positions, all the Securities Positions, market value and other information shown are based upon sources believed to be reliable; however, we cannot guarantee their accuracy. Securities for which a price is not available or is indeterminable will be shown on the Total Market Value of your portfolio holdings.

16. This statement, it if be deemed conclusive and an account stated unless you advise Pershing in writing of any objection in it within ten days after receipt. Any such objection must be sent to Pershing at One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.

17. This statement of your account reflects securities positions, prices, debit or credit balances, money balances, and various transactions. Please be advised that all money amounts shown including any amounts owed or owing for a security or positions not "old" and not exempted from the Total Market Value of your portfolio. The Amount Income is loan divided by the current Market Value of your position. Income is estimated on this statement. The Annual income on your holdings may be more or less than those estimated on this statement, and as such estimates are based upon information believed to be reliable, but no assurances can be made as to accuracy.

**If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.**

## THE ROLE OF PERSHING

Pershing guides your account is Clearing broker pursuant to a clearing agreement with your financial institution. Pershing may accept orders and instructions concerning your account. Pershing is not responsible or liable for any cost or omission of your financial institution or its employees and does not supervise them. Pershing provides no investment advice nor does it verify the suitability of any transaction or order. Pershing acts as a financial institution's agent and as such it will hold that Pershing or your financial institution will provide custodial and other brokerage services to you upon the opening.

Pershing performs several key functions at the direction of your financial institution. It acts as custodian for funds and securities you may deposit with it directly or through your financial institution or that it receives as the result of securities transactions it processes. If any other instructions concerning your account, Pershing is not responsible or liable for any cost or omission of your financial institution or its employees and does not supervise them. Pershing provides no investment advice nor does it verify the suitability of any transaction or order. Pershing acts as a financial institution's agent and as such it will hold that Pershing or your financial institution.

For a description of other functions performed by Pershing please consult the Disclosure Statement provided to you upon opening.

## PAYMENT FOR ORDER FLOW/PRACTICES

The following statement is provided to you as required by Rule 11ac1-3 of the Securities Exchange Act of 1934.

Pershing sends certain equity orders to exchanges, Electronic Communication Networks, or certain broker dealers during normal business hours and during extended-trading hours. Certain of these venues provide payments to Pershing for routing orders to them in Pershing. Such payment is made to Pershing as a result of existing order flow agreements. The details of any such payment agreements are available upon written request.

Execution of order flow may be paid upon the characteristics of the security and the market. Pershing closely monitors execution quality in directing "child" option order flow to certain option exchanges. Compensation is generally in the form of a per option contract cash payment. For a listing of organizations from which Pershing may receive per option contract cash payment, please contact us or refer to www.pershing.com.

If an order for an exchange-listed security is not immediately executable on the exchange to which it is routed, such order may be represented in that exchange's marketplace and may be executed on another exchange. Pershing also regularly reviews reports for quality of execution purposes.

## ARBITRATION DISCLOSURES

- ALL PARTIES TO THIS AGREEMENT ARE GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT, INCLUDING THE RIGHT TO A TRIAL BY JURY, EXCEPT AS PROVIDED BY THE RULES OF THE ARBITRATION FORUM IN WHICH A CLAIM IS FILED.
- ARBITRATION AWARDS ARE GENERALLY FINAL AND BINDING, A PARTY'S ABILITY TO HAVE A COURT REVERSE OR MODIFY AN ARBITRATION AWARD IS VERY LIMITED.
- THE ABILITY OF THE PARTIES TO OBTAIN DOCUMENTS, WITNESS STATEMENTS AND OTHER DISCOVERY IS GENERALLY MORE LIMITED IN ARBITRATION THAN IN COURT PROCEEDINGS.
- THE ARBITRATORS DO NOT HAVE TO EXPLAIN THE REASON(S) FOR THEIR AWARD.
- THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.
- THE RULES OF SOME ARBITRATION FORUMS MAY IMPOSE TIME LIMITS FOR BRINGING A CLAIM IN ARBITRATION. IN SOME CASES, A CLAIM THAT IS INELIGIBLE FOR ARBITRATION MAY BE BROUGHT IN COURT.
- THE RULES OF THE ARBITRATION FORUM IN WHICH THE CLAIM IS FILED, AND ANY AMENDMENTS THERETO, SHALL BE INCORPORATED INTO THIS AGREEMENT.

## ARBITRATION

BILLER AND
FOR COMMUNICATION

CROCKER SECURITIES LLC

Account Number: 727-097W35

PAY-as-you-roll

Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD/NYSE, SIPC

## TERMS AND CONDITIONS

### ARBITRATION AGREEMENT

ANY CONTROVERSY BETWEEN YOU AND US SHALL BE SUBMITTED TO ARBITRATION BEFORE THE NEW YORK STOCK EXCHANGE, INC., ANY OTHER NATIONAL SECURITIES EXCHANGE ON WHICH A TRANSACTION GIVING RISE TO THE CLAIM TOOK PLACE (AND ONLY BEFORE SUCH EXCHANGE), OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

NO PERSON SHALL BRING A PUTATIVE OR CERTIFIED CLASS ACTION TO ARBITRATION, NOR SEEK TO ENFORCE ANY PREDISPUTE ARBITRATION AGREEMENT AGAINST ANY PERSON WHO HAS INITIATED IN COURT A PUTATIVE CLASS ACTION; WHO IS A MEMBER OF A PUTATIVE CLASS WHO HAS NOT OPTED OUT OF THE CLASS WITH RESPECT TO ANY CLAIMS ENCOMPASSED BY THE PUTATIVE CLASS ACTION UNTIL; (I) THE CLASS CERTIFICATION IS DENIED; (II) THE CLASS IS DECERTIFIED; OR (III) THE CUSTOMER IS EXCLUDED FROM THE CLASS BY THE COURT. SUCH FORBEARANCE TO ENFORCE AN AGREEMENT TO ARBITRATE SHALL NOT CONSTITUTE A WAIVER OF ANY RIGHTS UNDER THIS AGREEMENT EXCEPT TO THE EXTENT STATED HEREIN.

THE LAWS OF THE STATE OF NEW YORK GOVERN

If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.



DEALER AND/OR
INTRODUCING BROKER
CROCKER SECURITIES LLC

Account Number: 727-891005

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

Page 23 of 23

Doc Break

**CROCKER**
SECURITIES

2999 Oak Road • Suite 1010 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

CROCKER SECURITIES LLC
- TAXABLE TRADE #2 -
2999 OAK ROAD, SUITE 1010
WALNUT CREEK CA 94597

Your Investment Advisor:
DOUGLAS C. GREEN
(561) 750-9370

Account Number: 727-891035
Statement Period: 10/01/2007 - 10/31/2007

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$5,867,655.64 |
| Cash Withdrawals | -133,698.00 |
| Dividends/Interest | -59,229.10 |
| Change in Account Value | 695,973.94 |
| Ending Account Value | -$5,364,608.80 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | | | | Your Account is 100% invested in Fixed Income. |
| Cash and Cash Equivalents | 31,752,463.86 | 22,633,670.46 | 100% | |
| | -37,620,109.50 | -27,998,279.26 | 0% | |
| Account Total | -$5,867,655.64 | -$5,364,608.80 | 100% | |

DALBAR RATED
FOR COMMUNICATION

B00Z7931ECSF300035

PA4R-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

## Customer Service Information

| Your Investment Advisor: RDG | Contact Information | Customer Service Information |
|---|---|---|
| DOUGLAS C. GREEN | Telephone Number: (561) 750-9370 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| 601 S. FEDERAL HIGHWAY STE 301 | Fax Number: (561) 750-9360 | Customer Service Telephone Number: (800) 941-2895 |
| BOCA RATON    FL 33432-6008 | | |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | **Cash and Cash Equivalents  0.00% of Portfolio** | | | | | |
| | Cash Balance | -99,868.69 | -233,586.49 | | | |
| | Margin Balance | -37,520,241.01 | -27,764,712.77 | | | |
| | **Total Cash and Cash Equivalents** | **-$37,620,109.5** | **-$27,998,279.26** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | |
| | **Asset Backed Securities** | | | | | |
| 101,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD | 3.1980 | 2,007.22 | 287.67 | | |
| | SER-2549 CL-2549-IB INT ONLY | | | | | |
| | 5.500% 04/15/26 B/E DTD 07/01/03 CLB | | | | | |
| | *Security Identifier* 31393DTK8  Factor: 0.62143278 | | | | | |
| 91,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC | 3.8250 | 1,047.14 | 136.88 | | |
| | TR-2003-97 CL-97-IC INT ONLY | | | | | |
| | 6.000% 09/25/28 B/E DTD 09/01/03 | | | | | |
| | *Security Identifier* 31393TMJ1  Factor: 0.30083802 | | | | | |
| 124,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC | 6.9540 | 4,531.56 | 0.00 | | |
| | TR-2003-76 CL-76-GS 0.000% 09/25/31 B/E | | | | | |
| | DTD 07/25/03 | | | | | |
| | *Security Identifier* 31393D4X6  Factor: 0.52552242 | | | | | |
| 137,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD | 77.2000 | 70,900.27 | 0.00 | | |
| | SER-2692 CL-2692-SC 0.000% 07/15/33 B/E | | | | | |
| | DTD 10/15/03 CLB | | | | | |
| | *Security Identifier* 31394KZD9  Factor: 0.67036096 | | | | | |

CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

DEALER RATIO FOR COMMUNICATION

**C R O C K E R**
SECURITIES
2999 Oak Road • Suite 1010 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 10/01/2007 - 10/31/2007

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** (continued) | | | | | |
| | **Asset Backed Securities** (continued) | | | | | |
| 500,000.00 M | FIRST HORIZON MTG PASSTHRU IR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Moody Rating AAA S & P Rating AAA Security Identifier 32051DK50 Factor: 1.00000000 | 46.8410 | 234,205.00 | 0.00 | | |
| 10,000,000.00 M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL 46-QD "INV" 0.000% 03/25/34 B/E DTD 05/26/04 Security Identifier 31393YU37 Factor: 0.90453057 | 91.1010 | 8,240,363.95 | 0.00 | | |
| 83,000,000.00 M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 Security Identifier 31395UR94 Factor: 0.06272235 | 97.5230 | 5,077.00 | 12.41 | | |
| 1,846,333.00 M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 Security Identifier 31395KCQ4 Factor: 0.11394492 | 95.4380 | 200,782.72 | 401.43 | | |
| 215,000.00 M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 4.186% 02/15/35 B/E DTD 02/15/05 CLB Security Identifier 31395MBW8 Factor: 0.66824018 | 91.6200 | 131,631.96 | 501.17 | | |
| 7,000,000.00 M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 5.084% 06/25/35 B/E DTD 11/01/05 Security Identifier 31394UQ96 Factor: 0.40590633 | 98.1380 | 2,788.44 | 12.04 | | |
| 206,981.00 M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-59 CL-59-SE 0.000% 06/25/35 B/E DTD 06/25/05 Security Identifier 31394EFJ7 Factor: 0.90241205 | 86.6090 | 161,770.15 | 0.00 | | |

DAISAT RATED FOR COMMUNICATION

DOC27918C3F30055

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| Asset Backed Securities (continued) | | | | | | |
| 7,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3359 CL 3359-CT 9.000% 10/15/35 B/E<br>DTD 08/01/07<br>Security Identifier 31397X6C5  Factor: 0.98642036 | 101.6470 | 7,104.05 | 52.42 | | |
| 7,000.000M | CWHBS INC MTG PASS THRU CTF<br>SER 2005-24 CL A-26 "INV FLTG"<br>4.484% 10/25/35 B/E DTD 09/01/05<br>Security Identifier 12669HK56  Factor: 0.68840034<br>Moody Rating AAA S & P Rating AAA | 90.9950 | 4,384.87 | 17.93 | | |
| 350,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/15/06<br>Security Identifier 31396JEN6  Factor: 0.61180453 | 99.3320 | 212,701.19 | 1,338.32 | | |
| 58,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-HS "INV FLTG"<br>8.000% 12/25/35 B/E DTD 11/01/05<br>Security Identifier 31394UT51  Factor: 0.52745512 | 96.5720 | 29,543.69 | 203.95 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-HP "INV FLTG"<br>8.000% 12/25/35 B/E DTD 11/01/05<br>Security Identifier 31394UT77  Factor: 1.00000000 | 96.2710 | 9,627,100.00 | 66,666.60 | | |
| 2,684,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3096 CL-3096-SG INV FLTR<br>3.573% 01/15/36 B/E DTD 01/01/06<br>Security Identifier 31396CXN6  Factor: 0.62654670 | 94.5470 | 1,681,305.99 | 5,295.24 | | |
| 2,131,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3151 CL 3151 US INV FLTR<br>7.500% 01/15/36 B/E DTD 05/01/06 CLB<br>Security Identifier 31396NUO7  Factor: 0.73733653 | 98.6990 | 1,550,822.00 | 9,820.39 | | |
| 100,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3164-UO "PRIN ONLY"<br>0.000% 06/15/36 B/E DTD 06/01/06<br>Security Identifier 31396TF73  Factor: 1.00000000 | 80.3000 | 80,300.00 | 0.00 | | |
| 72,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2005 43 CL 43 GS INV FLTR<br>0.000% 06/25/36 B/E DTD 05/25/06<br>Security Identifier 31395DH77  Factor: 0.67921898 | 97.9730 | 47,912.49 | 0.00 | | |

DALBAR RATED FOR COMMUNICATIONS

Account Number: 727-891035
CROOKER SECURITIES LLC

PAR-22-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

Page 4 of 17



# Brokerage
## Account Statement



CROCKER
SECURITIES

2899 Oak Road · Suite 1010 · Walnut Creek, CA 94597
925-941-1540

Statement Period: 10/01/2007 - 10/31/2007

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 134,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46 NS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 *Security Identifier:* 31395DTD5 *Factor:* 0.72794249 | 92.1200 | 89,867.80 | 321.90 | | |
| 220,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.660% 07/15/36 B/E DTD 07/15/06 CLB *Security Identifier:* 3139BJUX6 *Factor:* 0.71910694 | 90.0600 | 142,478.10 | 377.05 | | |
| 100,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 *Security Identifier:* 31395NQC4 *Factor:* 0.95997016 | 105.0580 | 105,054.87 | 833.31 | | |
| **Total Asset Backed Securities** | | | $22,633,670.46 | $86,278.71 | $0.00 | |
| **Total Fixed Income** | | | **$22,633,670.46** | **$86,278.71** | **$0.00** | |

| Description | | | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | | **-$5,364,608.80** | **$86,278.71** | **$0.00** |

## Disclosures and Other Information

**M** This symbol next to the quantity indicates a position in your margin account.

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

DALBAR RATED
FOR COMMUNICATION

Account Number: 717-891035
CROCKER SECURITIES LLC

PAR-QC-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

Page 5 of 17

B4027916C5F30035

## Portfolio Holdings (continued)

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Foreign Currency Transactions - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

Proxy Vote - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/01/07 | 09/27/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-33 CL-33-BS 0.000% 05/25/36 B/E REM BAL 528915.74 VARIABLE RATE CORRECTED CONFIRM | -610,000.000 | 97.0000 | 697.51 | 513,745.78 |
| 10/04/07 | 10/01/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-33 CL-33-BS 0.000% 05/25/36 B/E DTD 04/25/06 FACTOR 0.86707498000 REM BAL 528915.74 VARIABLE RATE CORRECTED CONFIRM | -590,000.000 | 97.0000 | 1,011.96 | 497,238.97 |
| 10/04/07 | 10/03/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-6 CL-63-TE 10.000% 07/25/36 B/E DTD 04/25/06 FACTOR 0.99997208000 REM BAL 99,997 | 100,000.000 | 105.0000 | -249.59 | -105,247.66 |
| 10/11/07 | 09/13/07 | SOLD | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.000000000 REM BAL 27,000,000 | -27,000,000.000 | 98.8281 | 41,250.00 | 26,724,843.75 |
| 10/11/07 | 09/13/07 | SOLD | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.000000000 REM BAL 7,000,000 | -7,000,000.000 | 98.8320 | 10,694.44 | 6,928,936.62 |
| 10/11/07 | 09/13/07 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.000000000 REM BAL 27000000.00 CORRECTED CONFIRM | 27,000,000.000 | 97.8750 | -41,250.00 | -26,467,500.00 |

3C02793125C3Y3V033

**CROCKER**
SECURITIES

2999 Oak Road • Suite 1010 • Walnut Creek, CA 94597
925-941-1540

DALLAS BATES
FOR COMMUNICATIONS

# Brokerage
# Account Statement

Statement Period: 10/01/2007 - 10/31/2007

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/31/07 | 09/13/07 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT OCTOBER 5.500% 10/01/35 REG DTD 10/01/05 FACTOR 1.0000000000 REM BAL 7000000.00 CORRECTED CONFIRM | 7,000,000.000 | 97.8593 | -10,684.44 | -6,860,050.69 |
| 10/15/07 | 09/27/07 | CORRECTED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 500000.00 CORRECTED CONFIRM | 501,000.000 | 56.5000 | -282,500.00 |
| 10/15/07 | | CONSOLIDATED FIRM BALANCES | TRANSFERRED TO 727891043/31 | | | -133,698.00 |
| 10/15/07 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E | | | 297.97 |
| 10/15/07 | | BOND INTEREST RECEIVED | DTD 01/01/03 CLB RD 09/28 PD 10/15/07 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 B/E DTD 10/15/03 CLB RD 09/28 PD 10/15/07 | | | 135.36 |
| 10/15/07 | | BOND INTEREST RECEIVED | 4400000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB RD 09/28 PD 10/15/07 | | | 20,166.67 |
| 10/15/07 | | BOND INTEREST RECEIVED | 1846333 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 RD 09/28 PD 10/15/07 | | | 202.72 |
| 10/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 RD 09/28 PD 10/15/07 | | | 5,271.15 |
| 10/15/07 | | BOND INTEREST RECEIVED | 215000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 4.186% 02/15/35 B/E DTD 02/15/05 CLB RD 09/28 PD 10/15/07 | | | 501.17 |

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/15/07 | | BOND INTEREST RECEIVED | 8300D FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 2.880% 04/15/34 B/E DTD 05/01/05 RD 09/28 PD 10/15/07 | | | | 6.92 |
| 10/15/07 | | BOND INTEREST RECEIVED | 2684000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 3.573% 01/15/36 B/E DTD 01/01/06 RD 09/28 PD 10/15/07 | | | | 5,350.18 |
| 10/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 3.573% 01/15/36 B/E DTD 01/01/06 RD 09/28 PD 10/15/07 | | | | 18,429.77 |
| 10/15/07 | | BOND INTEREST RECEIVED | 2131000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB RD 09/28 PD 10/15/07 | | | | 9,820.40 |
| 10/15/07 | | BOND INTEREST RECEIVED | 350000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 09/28 PD 10/15/07 | | | | 1,349.86 |
| 10/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E RD 09/28 PD 10/15/07 | | | | 1,845.62 |
| 10/15/07 | | BOND INTEREST RECEIVED | 220000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.880% 07/15/36 B/E DTD 07/15/06 CLB RD 09/28 PD 10/15/07 | | | | 168.37 |
| 10/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.880% 07/15/36 B/E DTD 07/15/06 CLB RD 09/28 PD 10/15/07 | | | | 370.12 |
| 10/15/07 | | BOND INTEREST RECEIVED | 7000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 3.000% 10/15/35 B/E DTD 08/01/07 RD 09/28 PD 10/15/07 | | | | 52.42 |
| 10/22/07 | 10/19/07 | INT. CHARGED ON DEBIT BALANCES | FIRM DEBIT INTEREST FOR INTEREST PERIOD 09-20-07 TO 10-19-07 | | | | -214,219.26 |
| 10/25/07 | | BOND INTEREST RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E DTD 09/01/05 RD 09/28 PD 10/25/07 | | | | 15.63 |

DARBAR RATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

PAIR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

Page 8 of 17

DQ027314C8F3CO35

CROCKER SECURITIES
2999 Oak Road • Suite 1010 • Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

Statement Period: 10/01/2007 - 10/31/2007

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| | 10/25/07 | BOND INTEREST RECEIVED | 124070 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-7B-GS 0.000% 09/25/31 B/E DTD 07/25/03 | | | | 107.87 |
| | 10/25/07 | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E | | | | 142.62 |
| | 10/25/07 | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E | | | | 26,267.51 |
| | 10/25/07 | PRINCIPAL PAY DOWN RECEIVED | DTD 05/25/04 RD 09/28 PD 10/25/07 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 09/28 PD 10/25/07 | | | | 25,490.80 |
| | 10/25/07 | BOND INTEREST RECEIVED | 205981 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-59 CL-59-SE 0.000% 06/25/35 B/E DTD 06/25/05 | | | | 446.48 |
| | 10/25/07 | BOND INTEREST RECEIVED | 7000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 5.084% 05/25/35 B/E | | | | 10.73 |
| | 10/25/07 | PRINCIPAL PAY DOWN RECEIVED | DTD 11/01/05 RD 09/28 PD 10/25/07 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 5.084% 05/25/35 B/E DTD 11/01/05 | | | | 44.71 |
| | 10/25/07 | PRINCIPAL PAY DOWN RECEIVED | 98000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E | | | | 174.46 |
| | 10/25/07 | BOND INTEREST RECEIVED | DTD 11/01/05 RD 09/28 PD 10/25/07 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 09/28 PD 10/25/07 | | | | 746.85 |

DEALER RATED FOR COMMUNICATION

B0027791BC5P1001S

Account Number: 727-891035
CROCKER SECURITIES LLC
PAR-02-ROLL
Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC
Page 9 of 17

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/25/07 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 09/28 PD 10/25/07 | | | | 55,666.67 |
| 10/25/07 | | BOND INTEREST RECEIVED | 6150000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2006-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 RD 09/28 PD 10/25/07 | | | | 21,823.72 |
| 10/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2006-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 RD 09/28 PD 10/25/07 | | | | 141,504.24 |
| 10/25/07 | | BOND INTEREST RECEIVED | 1500000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-33 CL-33-RS 0.000% 05/25/36 B/E DTD 04/25/06 RD 09/28 PD 10/25/07 | | | | 8,575.91 |
| 10/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-33 CL-33-RS 0.000% 05/25/36 B/E DTD 04/25/06 RD 09/28 PD 10/25/07 | | | | 276.57 |
| 10/25/07 | | BOND INTEREST RECEIVED | 583000 FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 05/25/06 RD 09/28 PD 10/25/07 | | | | 2,704.13 |
| 10/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E RD 09/28 PD 10/25/07 | | | | 14,120.53 |
| 10/25/07 | | BOND INTEREST RECEIVED | 334000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.950% 06/25/36 B/E DTD 05/26/06 RD 09/28 PD 10/25/07 | | | | 1,001.39 |
| 10/25/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.950% 06/25/36 B/E RD 09/28 PD 10/25/07 | | | | 616.71 |
| 10/31/07 | 09/26/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QO "INV" 0.000% 03/25/34 B/E DTD 05/26/04 FACTOR .90453057000 REM BAL 904530.57 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 119.7187 | 6,799.05 | 10,835,725.97 |
| 10/31/07 | 09/26/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL 10000000.00 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 117.7187 | 66,666.67 | 11,838,541.67 |

Account Number: 727-891035    CROCKER SECURITIES LLC    PAR-02-ROLL    Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation Member NASD, NYSE, SIPC

8092371RCSF10035

DEALER AUTO FOR COMMUNICATION

CROCKER SECURITIES
2999 Oak Road · Suite 1010 · Walnut Creek, CA 94597
925·946·1540

# Brokerage Account Statement

Statement Period: 10/01/2007 - 10/31/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/31/07 | 09/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .81445940000 REM BAL | -6,150,000.000 | 100.1562 | 25,192.84 | 3,810,023.58 |
| 10/31/07 | 09/27/07 | CORRECTED CONFIRM | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-46 CL-46NS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 FACTOR .72794249000 REM BAL 160147.35 VARIABLE RATE CORRECTED CONFIRM | -220,000.000 | 93.2500 | 149.49 | 149,486.89 |
| 10/31/07 | 09/27/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 6.500% 10/15/24 B/E DTD 10/01/04 CLR FACTOR 1.00000000000 REM BAL 4,400,000 CORRECTED CONFIRM | -4,400,000.000 | 92.8750 | 20,166.67 | 4,105,656.67 |
| 10/31/07 | 09/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.2989% 08/15/34 B/E DTD 12/01/04 FACTOR .11394920000 REM BAL 20924082 VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 93.2500 | 512.29 | 155,629.35 |
| 10/31/07 | 09/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 4.186% 02/15/35 B/E DTD 02/15/05 CLB FACTOR .66824010000 REM BAL 143671.64 VARIABLE RATE CORRECTED CONFIRM | -215,000.000 | 91.0000 | 446.98 | 131,188.17 |
| 10/31/07 | 09/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096-SG INV FLTR 3.573% 01/15/36 B/E DTD 01/01/06 FACTOR .66254670000 REM BAL 1778275.34 CORRECTED CONFIRM | -2,684,000.000 | 94.5000 | 11,855.17 | 1,692,325.37 |
| 10/31/07 | 09/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 D/E DTD 05/01/06 CLB FACTOR 0.73733365300 REM BAL 1,571,264 CORRECTED CONFIRM | -2,131,000.000 | 99.5000 | 9,820.40 | 1,573,228.22 |
| 10/31/07 | 09/27/07 | SOLD | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000000 REM BAL 50000000 CORRECTED CONFIRM | -500,000.000 | 56.5312 | | 282,656.25 |

DAZZLE RATIO FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

DP02791BCSP1O015

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/31/07 | 09/28/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC / TR 2008 43 CL 43 GS INV FLTR / 0.000% 06/25/36 B/E DTD 05/25/06 / FACTOR .67921898000000 REM BAL .38598467 / VARIABLE RATE CORRECTED CONFIRM | -583,000.000 | 97.0000 | 624.67 | 384,729.80 |
| 10/01/07 | | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC / TR-2006-33 CL-33-BS 0.000% 06/25/36 B/E / DTD 04/25/06 FACTOR .88698906000000 / REM BAL .260067.18 VARIABLE RATE / CORRECTED CONFIRM | -300,000.000 | | 410.20 | 252,675.42 |
| 10/31/07 | 10/30/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC / TR-2004-46 CL-46-QD "INV" / 0.000% 03/25/34 B/E DTD 05/25/04 / FACTOR .90453057000000 REM BAL 9,045,305 / VARIABLE RATE | 10,000,000.000 | 119.7500 | -6,769.05 | -10,838,552.63 |
| 10/31/07 | 10/30/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC / SER-2005-110 CL-HP "INV FLTG" / 8.000% 12/25/35 B/E DTD 11/01/05 / FACTOR 1.00000000000 REM BAL 10,000,000 / VARIABLE RATE | 10,000,000.000 | 117.7500 | -66,666.67 | -11,841,666.67 |
| 10/31/07 | 10/30/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC / TR 2006 43 CL 43 GS INV FLTR / 0.000% 06/25/36 B/E DTD 05/25/06 / FACTOR .67921898000000 REM BAL 395,984 / VARIABLE RATE | 583,000.000 | 97.0312 | -624.67 | -384,853.54 |
| 10/31/07 | 10/30/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC / TR 2006 43 CL 43 GS INV FLTR / 0.000% 06/25/36 B/E DTD 05/25/06 / FACTOR .67921898000000 REM BAL 59971.27 / SOLICITED ORDER VARIABLE RATE | -88,000.000 | 100.0000 | 94.29 | 59,865.56 |
| 10/31/07 | 10/30/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC / TR 2006 43 CL 43 GS INV FLTR / 0.000% 06/25/36 B/E DTD 05/25/06 / FACTOR .67921898 REM BAL 24451.88 / SOLICITED ORDER VARIABLE RATE | -36,000.000 | 100.0000 | 38.57 | 24,490.45 |
| 10/31/07 | 10/30/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC / TR 2006 43 CL 43 GS INV FLTR / 0.000% 06/25/36 B/E DTD 05/25/06 / FACTOR .67921898 REM BAL 44149.23 / SOLICITED ORDER VARIABLE RATE | -65,000.000 | 100.0000 | 69.65 | 44,218.88 |

0022712:1ECSF10035

DALLAR KARTD FOR COMMUNICATION

**C R O C K E R**
SECURITIES

2699 Oak Road • Suite 1010 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 10/01/2007 - 10/31/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/31/07 | 10/30/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006 43 CL 43 CS INV FLTR<br>0.000% 06/25/36 B/E DTD 05/25/06<br>FACTOR .67921898 REM BAL  5433.75<br>SOLICITED ORDER VARIABLE RATE | -8,000.000 | 100.0000 | 8.57 | 5,442.32 |
| 10/31/07 | 10/30/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006 43 CL 43 CS INV FLTR<br>0.000% 06/25/36 B/E DTD 05/25/06<br>FACTOR .67921898 REM BAL  2037.66<br>SOLICITED ORDER VARIABLE RATE | -3,000.000 | 96.0000 | 3.21 | 2,000.11 |
| 10/31/07 | 10/30/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006 43 CL 43 CS INV FLTR<br>0.000% 06/25/36 B/E DTD 05/25/06<br>FACTOR .67921898 REM BAL  6112.97<br>SOLICITED ORDER VARIABLE RATE | -9,000.000 | 100.0000 | 9.64 | 6,112.61 |
| 10/31/07 | 10/30/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006 43 CL 43 CS INV FLTR<br>0.000% 06/25/36 B/E DTD 05/25/06<br>FACTOR .67921898 REM BAL  49582.99<br>SOLICITED ORDER VARIABLE RATE | -73,000.000 | 100.0000 | 78.22 | 49,661.21 |
| 10/31/07 | 10/30/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006 43 CL 43 CS INV FLTR<br>0.000% 06/25/36 B/E DTD 05/25/06<br>FACTOR .67921898 REM BAL  2037.66<br>SOLICITED ORDER VARIABLE RATE | -3,000.000 | 100.0000 | 3.21 | 2,040.87 |
| 10/31/07 | 10/30/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006 43 CL 43 CS INV FLTR<br>0.000% 06/25/36 B/E DTD 05/25/06<br>FACTOR .67921898 REM BAL  1358.44 | -2,000.000 | 100.0000 | 2.14 | 1,350.58 |
| 10/31/07 | 10/30/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006 43 CL 43 CS INV FLTR<br>0.000% 06/25/36 B/E DTD 05/25/06<br>FACTOR 0.67921E9800 REM BAL  152.145<br>VARIABLE RATE | -224,000.000 | 97.5000 | 240.01 | 148,581.44 |

Account Number: 727/891035
CROCKER SECURITIES LLC
PAR-02-ROLL
Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

DRENA RATED FOR COMMUNICATION

8002379105P30035

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 10/31/07 | 10/30/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2906 CL-2906-LS INV FLTR<br>2.289% 08/15/34 B/E DTD 12/01/04<br>FACTOR 0.11394492000 REM BAL 209,240<br>VARIABLE RATE | 1,835,333.000 | 93.2812 | -511.29 | -195,694.74 |
| 10/31/07 | 10/30/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2929 CL-2929-TS INV FLTR<br>4.186% 02/15/35 B/E DTD 02/15/05 CLB<br>FACTOR 0.66824018000 REM BAL 143,671<br>VARIABLE RATE | 215,000.000 | 91.0312 | -446.98 | -131,233.07 |
| 10/31/07 | 10/30/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3096 CL-3096-SG INV FLTR<br>3.573% 01/15/36 B/E DTD 01/01/06<br>FACTOR 0.66254670000 REM BAL 1,778,275<br>VARIABLE RATE | 2,684,000.000 | 94.5312 | -11,855.17 | -1,992,881.08 |
| 10/31/07 | 10/30/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3151 CL 3151 US INV FLTR<br>7.500% 07/15/36 B/E DTD 05/01/06 CLB<br>FACTOR 0.73733563100 REM BAL 1,571,264<br>VARIABLE RATE | 2,131,000.000 | 99.5312 | -9,820.40 | -1,573,719.24 |
| 10/31/07 | 10/30/07 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A42<br>0.000% 10/25/33 B/E DTD 08/01/03<br>FACTOR 1.00000000000 REM BAL 500,000 | 500,000.000 | 56.5625 | | -282,812.50 |
| 10/31/07 | 10/31/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2005 37 CL 37 KI INV FLTR<br>9.000% 05/25/36 B/E DTD 04/25/05 CLB<br>FACTOR 1.00000000000 REM BAL 100,000 | 100,000.000 | 98.2500 | -150.00 | -98,400.00 |
| 10/31/07 | 10/31/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2005 37 CL 37 KI INV FLTR<br>9.000% 05/25/36 B/E DTD 04/25/05 CLB<br>FACTOR 1.00000000000 REM BAL 100,000 | -100,000.000 | 99.5000 | 150.00 | 99,650.00 |
| 10/31/07 | 10/31/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006-63 CL-63-T E 10.000% 07/25/36 B/E<br>DTD 06/25/06 FACTOR 0.99997001600<br>REM BAL 349,989 | 350,000.000 | 105.0000 | -583.32 | -388,072.35 |
| 10/31/07 | 10/31/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006-63 CL-63-T E 10.000% 07/25/36 B/E<br>DTD 06/25/06 FACTOR 0.99997001600<br>REM BAL 349,989 | -350,000.000 | 105.0000 | 583.32 | 368,907.33 |

Total Value of all Transactions | | | | | | | $3,621,830.24

The price and quantity displayed may have been rounded.

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

PAR-02-ROLL

Page 14 of 17



**C R O C K E R**
SECURITIES

2099 Oak Road · Suite 1000 · Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 10/01/2007 - 10/31/2007

## Messages

BEGINNING JANUARY 1, 2008, MAJOR BROKERAGE FIRMS AND FINANCIAL ORGANIZATIONS, INCLUDING YOUR FINANCIAL ORGANIZATION, WILL ELIMINATE STOCK CERTIFICATE ISSUANCE FOR STOCKS THAT ARE DIRECT REGISTRATION SYSTEM (DRS)-ELIGIBLE AND CONTINUE TO MAINTAIN THESE SECURITIES IN YOUR BROKERAGE ACCOUNT. SUCH SECURITIES MAY BE TRANSFERRED THROUGH DRS FOR CLIENTS WISHING TO MAINTAIN DIRECT OWNERSHIP ON THE BOOKS OF THE ISSUER. ONCE TRANSFERRED, AND IF AN ISSUER DOES PROVIDE PHYSICAL CERTIFICATES, CLIENTS MAY OBTAIN A STOCK CERTIFICATE BY CONTACTING THE ISSUER'S AGENT IDENTIFIED ON THE DRS STATEMENT.

PHYSICAL STOCK CERTIFICATES ONCE WERE COMMONPLACE IN THE FINANCIAL SERVICES INDUSTRY, BUT MUCH AS SAVINGS PASS BOOKS HAVE DISAPPEARED FROM BANKS, NEW TECHNOLOGY PLATFORMS AND REGULATORY CHANGES HAVE NOW MOVED BROKERAGE FIRMS AWAY FROM PAPER TRANSACTIONS AND TOWARDS SECURITIES ISSUED IN "BOOK-ENTRY" FORM, WITHOUT CERTIFICATES AND WITH CLIENT OWNERSHIP RECORDED ELECTRONICALLY.

YOUR INVESTMENT PROFESSIONAL CAN HELP YOU DECIDE THE BEST OPTION FOR HOLDING SECURITIES.

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 11/13/07 | 10/11/07 | Buy | FNMA 30 YEAR TBA SETT NOVEMBER 5.500% 11/07/35 REG DTD 11/01/05 FACTOR 1.00000000 REM BAL 7,000,000 | 7,000,000.000 | 96.0312 | 12,833.33 | -6,735,020.83 |
| 11/13/07 | 10/11/07 | Buy | FNMA 30 YEAR TBA SETT NOVEMBER 5.500% 11/07/35 REG DTD 11/01/05 FACTOR 1.00000000 REM BAL 27,000,000 | 27,000,000.000 | 96.0312 | 49,500.00 | -25,977,937.50 |
| 11/13/07 | 10/11/07 | Sell | FNMA 30 YEAR TBA SETT NOVEMBER 5.500% 11/07/35 REG DTD 11/01/05 FACTOR 1.00000000 REM BAL 7,000,000 | -7,000,000.000 | 96.9125 | -12,833.33 | 6,859,708.33 |
| 11/13/07 | 10/11/07 | Sell | FNMA 30 YEAR TBA SETT NOVEMBER 5.500% 11/07/35 REG DTD 11/01/05 FACTOR 1.00000000 REM BAL 27,000,000 | -27,000,000.000 | 96.9203 | -49,500.00 | 26,460,984.38 |
| 11/30/07 | 10/30/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR 20X4-46 CL 46-GD "INV" 0.00306 03/25/34 8/E DTD 05/25/04 FACTOR 0.90453205700 REM BAL 9,045,305 VARIABLE RATE | -10,000,000.000 | 119.8125 | -5,665.88 | 10,843,072.77 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

NASD RATED
FOR COMMUNICATION
PAR-02-ROLL

Page 15 of 17

3002T911&CSF3D015



**DABLE RATED FOR COMMUNICATION**

Account Number: 727-891035
CROCKER SECURITIES LLC

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 11/30/07 | 10/30/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000000 REM BAL 10,000,000 | -10,000,000.000 | 117.8125 | -84,444.44 | 11,845,694.44 |
| 11/30/07 | 10/30/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 22.089% 08/15/34 B/E DTD 12/07/04 FACTOR 0.11394492000 REM BAL 209,240 VARIABLE RATE | -1,836,333.000 | 95.5000 | -495.21 | 196,135.37 |
| 11/30/07 | 10/30/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 4.186% 02/15/25 B/E DTD 02/15/05 CLB FACTOR 0.66602401800 REM BAL 143,671 VARIABLE RATE | -215,000.000 | 92.5000 | -419.04 | 133,315.31 |
| 11/30/07 | 10/30/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 3.573% 01/15/38 B/E DTD 07/01/06 FACTOR 0.66254670000 REM BAL 1,776,275 | -2,684,000.000 | 94.7500 | -11,460.00 | 1,696,375.89 |
| 11/30/07 | 10/30/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB FACTOR 0.73733365300 REM BAL 1,571,264 | -2,131,000.000 | 93.5625 | -9,493.05 | 1,573,882.91 |
| 11/30/07 | 10/30/07 | Sell | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000000 REM BAL 500,000 | -500,000.000 | 56.6250 | 0.00 | 283,125.00 |
| 11/05/07 | 10/31/07 | Buy | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.61449595400 REM BAL 3,770.926 | 6,150,000.000 | 101.1875 | 3,359.05 | -3,783,370.71 |
| 11/30/07 | 10/31/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.61449595400 REM BAL 3,770.926 | -6,150,000.000 | 101.2187 | -24,353.08 | 3,811,545.65 |
| 11/30/07 | 10/31/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-46 CL-46-NS INV FLTR 3.980% 06/25/38 B/E DTD 05/25/06 FACTOR 0.72942490000 REM BAL 160,147 VARIABLE RATE | -220,000.000 | 93.5000 | -124.58 | 149,862.35 |
| 11/05/07 | 10/31/07 | Buy | FHLMC MULTICLASS MTG GTD SER-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 0.72942490000 REM BAL 160,147 | 220,000.000 | 93.1562 | 249.15 | -149,436.41 |

PAR-07-ROLL

8002793 ACSF1CC3S

# Brokerage
## Account Statement

Statement Period: 10/01/2007 - 10/31/2007

**CROCKER**
SECURITIES

3599 Oak Road · Suite 1040 · Walnut Creek, CA 94597
925-941-5540

## Trades Not Settled *(continued)*

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 11/05/07 | 10/31/07 | Buy | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 D/E DTD 10/01/04 CLB FACTOR 1.0000000000 REM BAL 4,400,000 | 4,400,000.000 | 92.9062 | 2,688.89 | -4,090,563.89 |
| 11/20/07 | 10/31/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.0000000000 REM BAL 4,400,000 | -4,400,000.000 | 93.5000 | -19,494.44 | 4,133,494.44 |

Total Amount of Trades Not Settled                                                                                   $27,244,867.50

VALUE ADDED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

PA8-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

B0027914C5F30015