# THEODORE BRAGG DECLARATION

# EXHIBIT A

# 9 OF 9

Doc Break

# CROCKER
SECURITIES

2999 Oak Road • Suite 1010 • Walnut Creek, CA 94597
925-941-2640

CROCKER SECURITIES LLC
- -TAXABLE TRADE #2- -
2999 OAK ROAD, SUITE 1010
WALNUT CREEK, CA 94597

Your Investment Advisor:
DOUGLAS C. GREEN
(561) 750-9370

# Brokerage
## Account Statement

Account Number: 727-891035
Statement Period: 11/01/2007 - 11/30/2007

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$55,364,608.80 |
| Cash Withdrawals | -275,732.00 |
| Dividends/Interest | -76,294.84 |
| Change in Account Value | 1,652,077.16 |
| Ending Account Value | -$54,064,558.48 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | | | | |
| Cash and Cash Equivalents | 22,633,670.46 | 33,149,737.69 | 100% | Your Account is 100% invested in Fixed Income |
| | -27,998,279.26 | -37,214,296.17 | 0% | |
| Account Total | -$5,364,608.80 | -$4,064,558.48 | 100% | |

DALBAR RATED
FOR COMMUNICATION

800653106C5F30034

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

## Customer Service Information

| | |
|---|---|
| Your Investment Advisor: RDG | **Contact Information** | **Customer Service Information** |
| DOUGLAS C. GREEN | Telephone Number: (561) 750-9370 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| 601 S. FEDERAL HIGHWAY STE 301 | Fax Number: (561) 750-9360 | Customer Service Telephone Number: (800) 941-2895 |
| BOCA RATON    FL 33432-6008 | | |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | **Cash and Cash Equivalents 0.00% of Portfolio** | | | | | |
| | Cash Balance | -233,566.49 | -475,701.50 | | | |
| | Margin Balance | -27,764,712.77 | -36,738,594.67 | | | |
| | **Total Cash and Cash Equivalents** | **-$27,998,278.2** | **-$37,214,296.17** | **$0.00** | **$0.00** | |

| Quantity | Description *(In Maturity Date Sequence)* | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio** | | | | | |
| | **Asset Backed Securities** | | | | | |
| 101,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB *Security Identifier: 31393TJK8  Factor: 0.60592417* | 2.3950 | 1,465.46 | 271.10 | | |
| 91,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 08/01/03 *Security Identifier: 31393TNI1  Factor: 0.27789063* | 2.8190 | 713.13 | 122.27 | | |
| 124,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-76 CL-76-GS 0.000% 09/25/31 B/E DTD 07/25/03 *Security Identifier: 31393D4X6  Factor: 0.52000420* | 6.2880 | 4,054.54 | 0.00 | | |
| 137,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 B/E DTD 10/15/03 CLB *Security Identifier: 31394KZD9  Factor: 0.67036296* | 83.3890 | 76,584.23 | 0.00 | | |

D&B RATED FOR COMMUNICATION

Account Number: 727-897035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

BO363130ECSF0034

⊙ CROCKER
SECURITIES

2999 Oak Road • Suite 1010 • Walnut Creek, CA 94597
925.941.1540

# Brokerage
## Account Statement

Statement Period: 11/01/2007 - 11/30/2007

## Portfolio Holdings (continued)

**Fixed Income** (continued)
**Asset Backed Securities** (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| 500,000.00M | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A42<br>0.000% 10/25/33 B/E DTD 09/01/03<br>Moody Rating AAA S & P Rating AAA<br>Security Identifier: 32051DK50  Factor: 1.000000000 | 53.1920 | 265,980.00 | 0.00 | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-46 CL-46-OD "INV"<br>0.000% 03/25/34 B/E DTD 05/26/04<br>Security Identifier: 31393VU37  Factor: 0.902386061 | 102.3670 | 9,237,193.83 | 0.00 | | |
| 83,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2392 CL-2392-TS INV FLTR<br>2.660% 04/15/34 B/E DTD 05/01/05<br>Security Identifier: 31395UR94  Factor: 0.052806501 | 98.9620 | 4,337.40 | 10.10 | | |
| 1,846,333.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2905 CL-2905-LS INV FLTR<br>2.289% 08/15/34 B/E DTD 12/01/04<br>Security Identifier: 31395KC24  Factor: 0.113949492 | 98.3480 | 206,904.78 | 388.04 | | |
| 4,400,400.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2874 CL-2874-GG 5.500% 10/15/34 B/E<br>DTD 11/01/04 CLB<br>Security Identifier: 31395H2Q2  Factor: 1.000000000 | 97.9660 | 4,310,460.00 | 19,494.42 | | |
| 6,150,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2005-114 CL-QS 8.000% 01/25/35 B/E<br>DTD 12/07/05<br>Security Identifier: 31394VD73  Factor: 0.609206660 | 99.3400 | 3,687,680.20 | 23,922.89 | | |
| 215,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2929 CL-2929-TS INV FLTR<br>7.000% 02/15/35 B/E DTD 02/15/05 CLB<br>Security Identifier: 31395MRW8  Factor: 0.668824018 | 96.7050 | 138,937.66 | 810.15 | | |

⚘ DAEBAK AHRO
FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

BO06510SCEP30034

## Portfolio Holdings (continued)

**Fixed Income** (continued)
**Asset Backed Securities** (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| 125,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3059 CL 3059 SD INV FLTR<br>5.807% 03/15/35 B/E DTD 10/01/05 CLB<br>*Security Identifier* 31396CG38  Factor: 0.43671991 | 97.0850 | 52,998.69 | 255.37 | | |
| 7,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER 2005-110 CL-KS "INV FLTG"<br>5.684% 05/25/35 B/E DTD 11/01/05<br>*Security Identifier* 31394UQ86  Factor: 0.39232957 | 100.0930 | 2,748.86 | 11.25 | | |
| 206,981.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-59 CL-59-SE 0.000% 06/25/35 B/E<br>DTD 06/25/05<br>*Security Identifier* 31394ET37  Factor: 0.90241205 | 98.9450 | 184,811.60 | 0.00 | | |
| 7,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3359 CL 3359-CT 9.000% 10/15/35 B/E<br>DTD 08/01/07<br>*Security Identifier* 31397KRG5  Factor: 0.99842036 | 101.8710 | 7,119.71 | 50.67 | | |
| 7,000.000M | CWHMS INC MTG PASS THRU CTF<br>SER 2005-24 CL-A-26 "INV FLTG"<br>4.460% 10/25/35 B/E DTD 09/01/05<br>Moody Rating AAA S & P Rating AAA<br>*Security Identifier* 126994KS6  Factor: 0.68840034 | 97.4540 | 4,696.12 | 17.33 | | |
| 350,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/15/06<br>*Security Identifier* 31396LEN6  Factor: 0.60044323 | 100.5080 | 212,627.02 | 1,278.13 | | |
| 58,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER 2005-110 CL-HS "INV FLTG"<br>8.000% 12/25/35 B/E DTD 11/01/05<br>*Security Identifier* 31394UT51  Factor: 0.52300623 | 101.3930 | 30,453.58 | 195.49 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-HP "INV FLTG"<br>8.000% 12/25/35 B/E DTD 11/01/05<br>*Security Identifier* 31394UT77  Factor: 1.00000000 | 100.5030 | 10,050,300.00 | 64,444.40 | | |
| 2,684,000,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3096 CL-3096 SG INV FLTR<br>8.000% 01/15/36 B/E DTD 01/01/06<br>*Security Identifier* 31396GXN6  Factor: 0.66085286 | 99.0380 | 1,756,665.80 | 11,430.67 | | |



DABRA RATED FOR COMMUNICATION

8006630SCSF1D014

Account Number: 727-891035
CROCKER SECURITIES LLC
PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

Page 4 of 22



**CROCKER**
SECURITIES

2999 Oak Road • Suite 1010 • Walnut Creek, CA 94597

# Brokerage
## Account Statement

**Statement Period: 11/01/2007 - 11/30/2007**

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 2,131,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB *Security Identifier: 31396NUQ7  Factor: 0.73385419* | 100.3680 | 1,569,598.22 | 9,448.21 | | |
| 100,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164JO INV "PRIN ONLY" 0.000% 05/15/36 B/E DTD 06/01/06. *Security Identifier: 31396FF73  Factor: 1.00000000* | 93.7410 | 93,741.00 | 0.00 | | |
| 72,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 05/25/06 *Security Identifier: 31395DH77  Factor: 0.67179428* | 102.1900 | 49,428.47 | 0.00 | | |
| 354,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-46 CL-46 AS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 *Security Identifier: 31395D7DS  Factor: 0.72363563* | 99.7640 | 255,562.46 | 817.17 | | |
| 220,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186 SE INV FLTR 5.309% 07/15/36 B/E DTD 07/15/06 CLB *Security Identifier: 31395DJ36  Factor: 0.70736564* | 96.4280 | 160,058.57 | 665.64 | | |
| 600,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-83 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 *Security Identifier: 31395NQC4  Factor: 0.99996822* | 103.9000 | 623,380.19 | 4,833.17 | | |
| 200,000.000M | FHLMC GTD REMIC PASS THRU CTF REMIC SER-3212 CL-3212-SE INV FLTR 0.000% 09/15/36 B/E DTD 09/15/06 CLB *Security Identifier: 31397BCX7  Factor: 0.81580858* | 104.9610 | 171,256.17 | 0.00 | | |
| **Total Asset Backed Securities** | | | **$33,149,737.69** | **$138,466.47** | **$0.00** | |
| **Total Fixed Income** | | | **$33,149,737.69** | **$138,466.47** | **$0.00** | |

DALBAR RATED
FOR COMMUNICATION

Account Number: 777-891035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
PAR-02-ROLL.    Member NASD, NYSE, SIPC

## Portfolio Holdings *(continued)*

### Total Portfolio Holdings

| Description | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| | -$4,064,558.48 | $138,466.47 | $0.00 |

■ This symbol next to the quantity indicates a position in your margin account.

### Disclosures and Other Information

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your Introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your Introducing firm. In order to assist your Introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Foreign Currency Transactions - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

Proxy Vote - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

### Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/01/07 | 10/31/07 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 FACTOR .0.99990/0600 REM BAL 349.999 CANCELLED TRADE | 350,000.000 | 105.2500 | -583.32 | -368,947.33 |
| 11/02/00 | 09/27/01 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-46 CL-46-AS INV FLTR 3.960% 06/25/36 B/E DTD 06/25/06 VARIABLE RATE FACTOR .72794249 REM BAL 160117.35 CORRECTED CONFIRM | -220,000.000 | 93.1250 | $28.40 | -149,665.71 |

DO0533DPC5F3004

OMAHA BASED FOR COMMUNICATION

**CROCKER SECURITIES**

2999 Oak Road · Suite 1010 · Walnut Creek, CA 94597
925-941-1540

# Brokerage Account Statement

**Statement Period: 11/01/2007 - 11/30/2007**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/02/07 | 09/27/07 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 FACTOR.72792490000 REM BAL 160147.35 | 220,000.000 | 93.2500 | -149.19 | -149,665.89 |
| 11/05/07 | 09/27/07 | CORRECTED SELL | VARIABLE RATE CANCELLED TRADE FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 VARIABLE RATE FACTOR. 72792490 REM BAL 160141.35 CORRECTED CONFIRM | 220,000.000 | 93.1250 | 149.49 | 149,285.71 |
| 11/05/07 | 09/27/07 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 VARIABLE RATE FACTOR .72792490 REM BAL 160147.35 CANCELLED TRADE | -220,000.000 | 93.1250 | -528.49 | -149,665.71 |
| 11/05/07 | 10/31/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CL8 FACTOR 1.00000000000 REM BAL 4,400,000 | 4,400,000.000 | 92.9962 | -2,688.89 | -4,090,563.89 |
| 11/05/07 | 10/31/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CI5 8.000% 07/25/35 B/E DTD 12/01/05 FACTOR 0.61446935400 REM BAL 3,778,926 | 6,150,000.000 | 100.1875 | -3,359.05 | -3,789,370.71 |
| 11/05/07 | 11/01/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 FACTOR 0.72794249000 REM BAL 160,147 | 220,000.000 | 93.1562 | -249.15 | -143,436.41 |
| 11/06/07 | 11/01/07 | PURCHASED | VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 FACTOR 0.99997016000 REM BAL 149,995 | 150,000.000 | 105.0000 | -458.32 | -157,953.62 |
| 11/06/07 | 11/01/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3059 CL-3059 SD INV FLTR 4.299% 05/15/35 B/E DTD 10/01/05 CL8 FACTOR 0.43671991000 REM BAL 54,589 | 125,000.000 | 92.0000 | -32.60 | -50,255.39 |

DALBAR RATED FOR COMMUNICATIONS

Account Number: 727-891035
CROCKER SECURITIES LLC
PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

Page 7 of 22

B046100405P3N024

## Transactions in Date Sequence (continued)

Account Number: 727-891035
CROCKER SECURITIES LLC

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/07/07 | 11/07/07 | PURCHASED | FEDERAL HOME LN MTG CORP PARTN CTFS POOL # 9D0114 "ARM" 1.270% 07/01/29 REG DTD 04/01/98 FACTOR 0.028241740D REM BAL 33,890 | 1,200,000.000 | 1.0000 | -346.07 | -346.07 |
| 11/07/07 | 11/07/07 | SOLD | FEDRAL HOME LN MTG CORP PARTN CTFS POOL # 900114 "ARM" 1.270% 07/01/29 REG DTD 04/01/98 FACTOR 0.028241740D REM BAL 33,890 | -1,200,000,000 | 1.0000 | 7.17 | 346.07 |
| 11/07/07 | 11/07/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-GS 0.000% 09/25/31 B/E DTD 07/25/03 FACTOR 0.525224200 REM BAL 100,374 | 191,000,000 | 4.0000 | -74.53 | -4,089.52 |
| 11/07/07 | 11/07/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-GS 0.000% 09/25/31 B/E DTD 07/25/03 FACTOR 0.525224200 REM BAL 100,374 | -191,000,000 | 4.0000 | 74.53 | 4,089.52 |
| 11/07/07 | 11/07/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB FACTOR 0.605824171700 REM BAL 146,003 | 241,000,000 | 2.0000 | 133.84 | 3,053.91 |
| 11/07/07 | 11/07/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB FACTOR 0.605824171700 REM BAL 146,003 | -241,000,000 | 2.0000 | -133.84 | -3,053.91 |
| 11/07/07 | 11/07/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-SW FLOATER 0.000% 06/25/34 B/E DTD 05/25/04 FACTOR 0.032970870D REM BAL 5,489 | 166,500.000 | 61.5000 | -5.17 | -3,381.30 |
| 11/07/07 | 11/07/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-45 CL-45-SW FLOATER VARIABLE RATE FACTOR 0.032970870D REM BAL 5,489 | -166,500.000 | 63.0000 | 5.17 | 3,463.65 |
| 11/07/07 | 11/07/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-77 CL-77-SH INV FLTR 6.334% 06/25/34 B/E DTD 08/25/05 VARIABLE RATE | 103,000,000 | 85.0000 | -134.57 | -54,310.24 |
| 11/07/07 | 11/07/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-77 CL-77-SH INV FLTR 6.334% 06/25/34 B/E DTD 08/25/05 FACTOR 0.618796890D REM BAL 63,736 VARIABLE RATE | -103,000,000 | 87.0000 | 134.57 | 55,584.95 |

DALBAR RATED FOR COMMUNICATION

B0065307CSFX0034

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE SIPC

PAR-02-RCLL



**CROCKER**
SECURITIES

2999 Oak Road • Suite 1110 • Walnut Creek, CA 94597
925-942-1540

# Brokerage Account Statement

**Statement Period: 11/01/2007 - 11/30/2007**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/07/07 | 11/07/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-SL 1.4135% 05/15/04 B/E DTD 05/01/04 CLB FACTOR 0.189281600 REM BAL 15.140 VARIABLE RATE | 80,000.000 | 54.0000 | -6.73 | -8,182.83 |
| 11/07/07 | 11/07/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2799 CL-2799-SL 1.4135% 05/15/04 B/E DTD 05/01/04 CLB FACTOR 0.189281600 REM BAL 15.140 VARIABLE RATE | -30,000.000 | 55.0000 | 6.73 | 8,334.24 |
| 11/07/07 | 11/07/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46 NS INV FLTR 3.962% 06/25/36 B/E DTD 05/25/06 FACTOR 0.172794290 REM BAL 163.059 VARIABLE RATE | 224,000.000 | 76.5000 | -304.42 | -125,044.65 |
| 11/07/07 | 11/07/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46 NS INV FLTR 3.962% 06/25/36 B/E DTD 05/25/06 FACTOR 0.172794290 REM BAL 163.059 VARIABLE RATE | -224,000.000 | 78.0000 | 304.42 | 127,490.53 |
| 11/07/07 | 11/07/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.860% 07/15/36 B/E DTD 07/15/06 CLB FACTOR 0.179109400 REM BAL 246.653 | -343,000.000 | 78.0000 | 557.52 | 192,947.39 |
| 11/07/07 | 11/07/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 2.860% 07/15/36 B/E DTD 07/15/06 CLB FACTOR 0.179109400 REM BAL 246.653 | 343,000.000 | 76.5000 | -557.52 | -189,247.59 |
| 11/07/07 | 11/07/07 | SOLD | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-26 CL-26 XS "INV" 0.000% 04/16/34 B/E DTD 04/16/04 CLB FACTOR 0.423736410 REM BAL 52.957 VARIABLE RATE | -125,000.000 | 84.0000 | 181.83 | 44,674.15 |
| 11/07/07 | 11/07/07 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-26 CL-26 XS "INV" 0.000% 04/16/34 B/E DTD 04/16/04 CLB FACTOR 0.423736410 REM BAL 52.957 VARIABLE RATE | 125,000.000 | 82.0000 | -181.83 | -43,614.81 |

DALBAR RATED FOR COMMUNICATION

CROCKER SECURITIES LLC

Account Number: 727-891035

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

PAR-02-ROLL

D00663 SPKGSP3 UC04

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/09/07 | 11/09/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2647 CL-2647-LS "INV FLTG"<br>0.000% 07/15/33 B/E DTD 07/01/03 CLB<br>FACTOR 0.88827188300 REM BAL<br>VARIABLE RATE | 11,000.000 | 54.0000 | -4.80 | -5,280.82 |
| 11/09/07 | 11/09/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2647 CL-2647-LS "INV FLTG"<br>0.000% 07/15/33 B/E DTD 07/01/03 CLB<br>FACTOR 0.88821883300 REM BAL     9,770<br>VARIABLE RATE | -11,000.000 | 55.0000 | 4.80 | 5,378.52 |
| 11/09/07 | 11/09/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD INV<br>SER-2691 CL-2691-SL INV FLTR<br>0.000% 06/15/30 B/E DTD 10/15/03 CLB<br>FACTOR 0.53039910000 REM BAL     3,182<br>VARIABLE RATE | 6,000.000 | 68.5000 | -6.75 | -2,165.60 |
| 11/09/07 | 11/09/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD INV<br>SER-2691 CL-2691-SL INV FLTR<br>0.000% 06/15/30 B/E DTD 10/15/03 CLB<br>FACTOR 0.53039510000 REM BAL     3,182<br>VARIABLE RATE | -6,000.000 | 70.0000 | 6.75 | 2,234.41 |
| 11/09/07 | 11/09/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2835 CL-2835-QP INV FLTR<br>5.149% 12/12/32 B/E DTD 08/15/04 CLB<br>FACTOR 0.63328534000 REM BAL     3,799<br>VARIABLE RATE | 6,000.000 | 73.5000 | -13.04 | -2,805.83 |
| 11/09/07 | 11/09/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2835 CL-2835-QP INV FLTR<br>5.149% 12/12/32 B/E DTD 08/15/04 CLB<br>FACTOR 0.63328534000 REM BAL     3,799<br>VARIABLE RATE | -6,000.000 | 75.0000 | 13.04 | 2,862.82 |
| 11/09/07 | 11/09/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2906 CL-2906-S "INV FLTR"<br>4.183% 07/15/34 B/E DTD 12/15/04 CLB<br>FACTOR 0.70946862000 REM BAL    40,439<br>VARIABLE RATE | 57,000.000 | 76.5000 | -127.27 | -31,063.65 |
| 11/09/07 | 11/09/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2906 CL-2906-S "INV FLTR"<br>4.183% 07/15/34 B/E DTD 12/15/04 CLB<br>FACTOR 0.70946862000 REM BAL    40,439<br>VARIABLE RATE | -57,000.000 | 78.0000 | 127.27 | 31,670.24 |

B004G330KCFP30034

DALBAR RATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

CROCKER
SECURITIES

2900 Oak Road • Suite 1010 • Walnut Creek, CA 94597
925-941-1541

# Brokerage
# Account Statement

Statement Period: 11/01/2007 - 11/30/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/09/07 | 11/09/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD INV FLTR SER-2934 CL-2934-SX 2.950% 02/15/35 B/E DTD 02/15/05 CLB FACTOR 0.60215743300 REM BAL 95,140 VARIABLE RATE | 158,000.000 | 70.5000 | -223.38 | -67,297.70 |
| 11/09/07 | 11/09/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD INV FLTR SER-2934 CL-2934-SX 2.950% 02/15/35 B/E DTD 02/15/05 CLB FACTOR 0.60215743300 REM BAL 95,140 VARIABLE RATE | -158,000.000 | 72.0000 | 223.38 | 68,724.81 |
| 11/09/07 | 11/09/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2941 CL-294-SB 0.000% 03/15/35 B/E DTD 03/01/05 CLB FACTOR 1.00000000000 REM BAL 102,000 | 102,000.000 | 64.0000 | | -65,280.00 |
| 11/09/07 | 11/09/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2941 CL-294-SB 0.000% 03/15/35 B/E DTD 03/01/05 CLB FACTOR 1.00000000000 REM BAL 102,000 | -112,000.000 | 65.0000 | | 66,300.00 |
| 11/09/07 | 10/11/07 | SOLD | FNMA 30 YEAR TBA SET NOVEMBER 5.500% 11/01/35 REG DTD 11/01/05 FACTOR 1.00000000000 REM BAL 7,000,000 | -7,000,000.000 | 97.8125 | 12,833.33 | 6,859,708.33 |
| 11/09/07 | 10/11/07 | SOLD | FNMA 30 YEAR TBA SET NOVEMBER 5.500% 11/01/35 REG DTD 11/01/05 FACTOR 1.00000000000 REM BAL 27,000,000 | -27,000,000.000 | 98.3203 | 49,500.00 | 26,460,894.38 |
| 11/13/07 | 10/11/07 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SET NOVEMBER 5.500% 11/01/35 REG DTD 11/01/05 FACTOR 1.00000000000 REM BAL 7,000,000.00 CORRECTED CONFIRM | 7,000,000.000 | 98.4218 | -12,833.33 | -6,902,354.58 |
| 11/13/07 | 10/11/07 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SET NOVEMBER 5.500% 11/01/35 REG DTD 11/01/05 FACTOR 1.00000000000 REM BAL 27,000,000.00 CORRECTED CONFIRM | 27,000,000.000 | 98.4062 | -49,500.00 | -26,619,187.50 |
| 11/13/07 | | CONSOLIDATED FIRM BALANCES | TRANSFERRED TO 727891043 | | | | -275,732.00 |

Account Number: 727-891035
CROCKER SECURITIES LLC
PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

Page 11 of 22

DALBAR RATED FOR COMMUNICATION

DG9633SCSP30034

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/14/07 | 11/14/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2647 CL-2647-LS "INV FLTG" 0.000% 07/15/33 B/E DTD 07/01/03 CLB FACTOR 0.888821883300 REM BAL VARIABLE RATE 5.329 | 6,000.000 | 54.0000 | -4.25 | -2,882.08 |
| 11/14/07 | 11/14/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.980% 06/25/36 B/E DTD 05/25/06 VARIABLE RATE FACTOR 0.729729000 REM BAL 89.536 | 123,000.000 | 76.9000 | -264.67 | -68,760.46 |
| 11/14/07 | 11/14/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD INV FLTR SER-2931 CL-2931-SX 2.950% 02/15/35 B/E DTD 02/15/05 CLB FACTOR 0.602157430.0 REM BAL 96.947 | 161,000.000 | 70.5000 | -275.05 | -68,622.93 |
| 11/14/07 | 11/14/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3149 CL-3149-SD INV FLTR 4.798% 06/15/36 B/E DTD 06/15/06 FACTOR 0.686898817700 REM BAL VARIABLE RATE 69.355 | 101,000.000 | 78.5000 | -268.10 | -54,172.17 |
| 11/15/07 | 11/14/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 5.309% 07/15/36 B/E DTD 07/15/06 CLB FACTOR 0.719106940.0 REM BAL INT ONLY 5.500% 04/15/26 B/E 84.854 | 118,000.000 | 76.5000 | -252.83 | -65,766.61 |
| 11/15/07 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 C-2549-JB DTD 01/01/03 CLB RD 10/31 PD 11/15/07 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692-SC 0.000% 07/15/33 B/E DTD 10/15/03 CLB RD 10/31 PD 11/15/07 | | | | 287.67 |
| 11/15/07 | | BOND INTEREST RECEIVED | 1846333 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 RD 10/31 PD 11/15/07 | | | | 237.57 |
| 11/15/07 | | BOND INTEREST RECEIVED | 215000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 4.186% 02/15/35 B/E DTD 02/15/06 CLB RD 10/31 PD 11/15/07 | | | | 515.08 |
| 11/15/07 | | BOND INTEREST RECEIVED | | | | | 838.08 |
| 11/15/07 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD INV FLTR 2.950% 02/15/35 B/E RD 10/31 PD 11/15/07 | -161,000.000 | | | 284.53 |


DALBAR RATED FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-RD-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

Page 12 of 22

**CROCKER SECURITIES**
2990 Oak Road • Suite 810 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
# Account Statement

Statement Period: 11/01/2007 - 11/30/2007

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/15/07 | | BOND INTEREST RECEIVED | 83000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 RD 10/31 PD 11/15/07 | | | | 15.47 |
| 11/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 2.860% 04/15/34 B/E DTD 05/01/05 RD 10/31 PD 11/15/07 | | | | 823.06 |
| 11/15/07 | | BOND INTEREST RECEIVED | 268400 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096-SG INV FLTR 3.573% 07/15/26 B/E DTD 01/01/06 RD 10/31 PD 11/15/07 | | | | 11,555.17 |
| 11/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 3.573% 07/15/26 B/E DTD 01/01/06 RD 10/31 PD 11/15/07 | | | | 4,516.27 |
| 11/15/07 | | BOND INTEREST RECEIVED | 2131000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/01/06 CL8 RD 10/31 PD 11/15/07 | | | | 9,620.40 |
| 11/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E | | | | 7,420.87 |
| 11/15/07 | | BOND INTEREST RECEIVED | 350000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3149 CL-3149-SD 4.790% 05/15/36 B/E | -101,000.000 | | | 277.35 |
| 11/15/07 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E | | | | 1,338.32 |
| 11/15/07 | | PRINCIPAL PAY DOWN RECEIVED | INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 10/31 PD 11/15/07 | | | | 2,579.25 |

Account Number: 777-891035     CROCKER SECURITIES LLC     PAR-02-ROLL     Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation     Member NASD, NYSE, SIPC

B00655905G3F2G034
DALBAR RATED FOR COMMUNICATION

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/15/07 | | BOND INTEREST ADJUSTMENT | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE 5.309% 07/15/36 B/E RD 10/31 PD 11/15/07 | 220,000.000 | | | -487.63 |
| 11/15/07 | | BOND INTEREST RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE 5.309% 07/15/36 B/E RD 10/31 PD 11/15/07 | -338,000.000 | | | 749.18 |
| 11/15/07 | | BOND INTEREST RECEIVED | 220000 FNLMC MULTICLASS MTG PARTN CTFS GTD SER-3186-SE INV FLTR 5.309% 07/15/36 B/E | | | | 487.63 |
| 11/15/07 | | PRINCIPAL PAY DOWN ADJUSTMENT | DTD 07/15/06 CLB RD 10/31 PD 11/15/07 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE 5.309% 07/15/36 B/E | 220,000.000 | | | -2,583.09 |
| 11/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE 5.309% 07/15/36 B/E RD 10/31 PD 11/15/07 | -338,000.000 | | | 3,958.56 |
| 11/15/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186-SE INV FLTR 5.309% 07/15/36 B/E DTD 07/15/06 CLB | | | | 2,583.09 |
| 11/15/07 | | BOND INTEREST RECEIVED | 7000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 0.000% 10/15/35 B/E DTD 09/01/07 RD 10/31 PD 11/15/07 | | | | 52.42 |
| 11/16/07 | 11/14/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2647 CL-2647-LS "INV FLTG 0.000% 07/15/33 B/E DTD 07/07/03 CLB FACTOR 0.886218830O REM BAL 5,329 | -6,000.000 | 55.0000 | 4.91 | 2,936.03 |
| 11/16/07 | 11/14/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.980% 06/25/36 B/E DTD 05/25/06 FACTOR 0.727942490O REM BAL 89,536 VARIABLE RATE | -123,000.000 | 78.0000 | 292.53 | 70,131.33 |
| 11/16/07 | 11/14/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD INV FLTR SER-2934 CL-2934-SX 2.950% 02/15/35 B/E DTD 02/15/05 CLB FACTOR 0.602157430O REM BAL 96,947 VARIABLE RATE | -161,000.000 | 72.0000 | 12.44 | 69,814.53 |
| 11/16/07 | 11/14/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3149 CL-3149-SD INV FLTR 4.798% 05/15/36 B/E DTD 05/15/06 FACTOR 0.686688700O REM BAL 69,355 VARIABLE RATE | -101,000.000 | 80.0000 | 12.35 | 55,496.75 |

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

B00533D9C5F10014

CROCKER
SECURITIES

2999 Oak Road • Suite 1010 • Walnut Creek, CA 94597
925-541-1540

**Brokerage**
*Account Statement*

Statement Period: 11/01/2007 - 11/30/2007

PAR-02-RCLL

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/16/07 | 11/14/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-31B6-SE INV FLTR 5.300% 07/15/36 B/E D/TD 07/15/06 CLD | -118,000.000 | 78.0000 | 12.31 | 65,118.24 |
| 11/20/07 | 11/19/07 | INT. CHARGED ON DEBIT BALANCES | FACTOR 0.70736664004 REM BAL   83,469 FIRM DEBIT INTEREST FOR INTEREST PERIOD 10-20-07 TO 11-19-07 | | | | -208,892.26 |
| 11/26/07 | 10/31/07 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS G/D SER-2005-114 CL-QS 8.000% 01/25/35 B/E D/TD 12/01/05 FACTOR 60206060000.0 | 6,150,000.000 | 100.1875 | -3,299.72 | -3,722,440.65 |
| 11/26/07 | 10/31/07 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD REM BAL  3712180.39 CORRECTED CONF/RM SER-2005-114 CL-QS 8.000% 01/25/35 B/E D/TD 12/01/05 FACTOR 0.61449594000 | -6,150,000.000 | 100.1875 | 3,359.05 | 3,789,370.71 |
| 11/26/07 | | BOND INTEREST RECEIVED | REM BAL  3,778.926 CANCELLED TRADE 7000 CWNBS INC. MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 4.464% 10/25/35 B/E D/TD 09/01/05 RD 10/31 PD 11/25/07 | | | | 19.23 |
| 11/26/07 | | BOND INTEREST RECEIVED | 124000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-GS 0.000% 09/25/31 B/E D/TD 07/25/03 RD 10/31 PD 11/25/07 | | | | 120.96 |
| 11/26/07 | | BOND INTEREST RECEIVED | 97000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E D/TD 09/01/03 RD 10/31 PD 11/25/07 | | | | 136.88 |
| 11/26/07 | | BOND INTEREST RECEIVED | 1000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.003% 03/25/34 B/E D/TD 08/25/04 RD 10/31 PD 11/25/07 | | | | 33,995.27 |
| 11/26/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E D/TD 05/25/04 RD 10/31 PD 11/25/07 | | | | 21,700.60 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE SIPC

Page 15 of 22

D006539OCSF2C034

DATA# ANTO
FOR COMMUNICATION

# Transactions in Date Sequence (continued)



DALBAR RATED
FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/26/07 | | BOND INTEREST RECEIVED | 205581 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-59 CL-SE DTD 06/25/05 | | | | 579.47 |
| 11/26/07 | | BOND INTEREST RECEIVED | 0.000% 06/25/35 B/E DTD 06/25/05 RD 10/31 PD 11/25/07 7000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS | | | | 12.86 |
| 11/26/07 | | PRINCIPAL PAY DOWN RECEIVED | "INV FLTG" 5.084% 05/25/35 B/E DTD 11/01/05 RD 10/31 PD 11/25/07 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" | | | | 95.04 |
| 11/26/07 | | BOND INTEREST RECEIVED | 5.084% 05/25/35 B/E DTD 11/01/05 RD 10/31 PD 11/25/07 56000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS | | | | 203.95 |
| 11/26/07 | | PRINCIPAL PAY DOWN RECEIVED | "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 10/31 PD 11/25/07 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" | | | | 258.04 |
| 11/26/07 | | BOND INTEREST RECEIVED | 8.000% 12/25/35 B/E DTD 11/01/05 RD 10/31 PD 11/25/07 100000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP | | | | 66,666.67 |
| 11/26/07 | | BOND INTEREST RECEIVED | "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 10/31 PD 11/25/07 72000 FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS | | | | 385.73 |
| 11/26/07 | | BOND INTEREST RECEIVED | INV FLTR 0.000% 05/25/36 B/E DTD 05/25/06 RD 10/31 PD 11/25/07 FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR | | | | 534.58 |
| 11/26/07 | | PRINCIPAL PAY DOWN RECEIVED | 0.000% 05/25/36 B/E DTD 05/25/06 RD 10/31 PD 11/25/07 134000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS | | | | 455.27 |
| 11/26/07 | | BOND INTEREST RECEIVED | INV FLTR 3.560% 06/25/36 B/E DTD 05/25/06 RD 10/31 PD 11/25/07 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR | | | | 577.12 |
| 11/26/07 | | PRINCIPAL PAY DOWN RECEIVED | 3.560% 06/25/36 B/E DTD 05/25/06 RD 10/31 PD 11/25/07 100000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE | | | | 833.31 |
| 11/26/07 | | BOND INTEREST RECEIVED | 10.000% 07/25/36 B/E DTD 06/25/06 RD 10/31 PD 11/25/07 | | | | |

PAR-02-ROLL

SNA0055305C5P1F004

# Brokerage
## Account Statement

**CROCKER**
SECURITIES

2559 Oak Road · Suite 1010 · Walnut Creek, CA 94597
925-441-1540

Statement Period: 11/01/2007 - 11/30/2007

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/28/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 RD 10/31 PD 11/25/07 | | | | 0.19 |
| 11/28/07 | 11/01/07 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CITS GTD SER 3059 CL 3059 SD INV FLTR 5.807% 05/15/35 B/E DTD 10/01/05 CLB FACTOR .45671991000 REM BAL  54688.99 | 92.000.000 | 92.0000 | -44.03 | -50,266.82 |
| 11/28/07 | 11/01/07 | CANCELLED PURCHASE | CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CITS GTD SER 3059 CL 3059 SD INV FLTR 4.299% 05/15/35 B/E DTD 10/01/05 CLB FACTOR .43671991000 REM BAL  54,589 | -125.000.000 | 32.60 | | 50,255.39 |
| 11/28/07 | | BOND INTEREST ADJUSTMENT | CANCELLED TRADE FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E RD 10/31 PD 11/25/07 | 125.000.000 | 32.60 | | 50,255.39 |
| 11/28/07 | | BOND INTEREST RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E RD 10/31 PD 11/25/07 | 100.000.000 | | | -833.31 |
| 11/28/07 | | PRINCIPAL PAY DOWN ADJUSTMENT | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E RD 10/31 PD 11/25/07 | -450.000.000 | | | 3,749.89 |
| 11/28/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E RD 10/31 PD 11/25/07 | 100.000.000 | | | -0.19 |
| 11/28/07 | | PURCHASED | FHLMC GTD REMIC PASS THRU CITFS REMIC SER-3212 CL-3212-SE INV FLTR 0.000% 09/15/36 B/E DTD 09/15/06 CLB FACTOR 0.81580858000 REM BAL  163,161 | -450.000.000 | | | 0.87 |
| 11/29/07 | 11/28/07 | PURCHASED | VARIABLE RATE FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 05/25/06 SOLICITED ORDER VARIABLE RATE FACTOR .67179428 REM BAL  2887.18 | 200.000.000 | 104.0000 | -793.19 | -170,461.37 |
| 11/29/07 | 11/29/07 | PURCHASED | | 4,000.000 | 100.0000 | -2.99 | -2,650.17 |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

PAR-02-RCLL

B00652090SP10014

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/29/07 | 11/29/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 06/25/06 SOLICITED ORDER VARIABLE RATE FACTOR .67179428 REM BAL 2687.18 | -4,000.000 | 100.0000 | 2.99 | 2,690.17 |
| 11/30/07 | 10/30/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 06/25/04 FACTOR 1.00000000 REM BAL 10000000.00 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 119.8125 | 6,100.31 | 10,817,501.17 |
| 11/30/07 | 10/30/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10000000.00 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 117.8125 | 64,444.44 | 11,845,694.44 |
| 11/30/07 | 10/30/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 08/15/34 B/E DTD 12/01/04 FACTOR .11394492000000 REM BAL 209240.82 VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 93.5000 | 728.63 | 196,368.79 |
| 11/30/07 | 10/30/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929 TS INV FLTR 4.186% 02/15/35 B/E DTD 02/15/05 CL8 FACTOR .66824010000 REM BAL 143671.64 VARIABLE RATE CORRECTED CONFIRM | -215,000.000 | 92.5000 | 419.04 | 132,596.95 |
| 11/30/07 | 10/30/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR .66085286000 REM BAL 173723.08 CORRECTED CONFIRM | -2,684,000.000 | 94.7500 | 11,430.70 | 1,692,039.00 |
| 11/30/07 | 10/30/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/36 B/E DTD 05/01/06 CL8 FACTOR .73395419000 REM BAL 1563843.28 CORRECTED CONFIRM | -2,131,000.000 | 99.5625 | 9,448.22 | 1,568,449.68 |
| 11/30/07 | 10/31/07 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/07/03 FACTOR 1.000000000 REM BAL 50000000.00 CORRECTED CONFIRM | -500,000.000 | 56.6250 | | 283,125.00 |
| 11/30/07 | 10/31/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .60360600000 REM BAL 371216059 CORRECTED CONFIRM | -6,150,000.000 | 100.2187 | 23,922.94 | 3,744,223.93 |

**CROCKER SECURITIES**
2999 Oak Road · Suite 1010 · Walnut Creek, CA 94597
925-541-6240

# Brokerage Account Statement

Statement Period: 11/01/2007 - 11/30/2007

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/30/07 | 10/31/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 08/25/36 B/E DTD 05/25/06 FACTOR .72863535300000 REM BAL 159,199.84 VARIABLE RATE CORRECTED CONFIRM | -220,000.000 | 93.5000 | 131.69 | 148,982.94 |
| 11/30/07 | 10/31/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CL6 FACTOR 1.000000000 REM BAL 4,400,000 | -4,400,000.000 | 93.5000 | 19,494.44 | 4,133,494.44 |
| 11/30/07 | 10/31/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 FACTOR .99998820000 REM BAL 349988.88 CORRECTED CONFIRM | -350,000.000 | 105.2500 | 486.10 | 368,649.39 |
| 11/30/07 | 11/29/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/24 B/E DTD 05/25/04 FACTOR 0.90236905100 REM BAL 9,023,605 VARIABLE RATE | 10,000,000.000 | 119.8437 | -6,100.31 | -10,820,327.05 |
| 11/30/07 | 11/29/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-10 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000000 REM BAL 10,000,000 VARIABLE RATE | 10,000,000.000 | 117.8437 | -54,444.44 | -11,868,819.44 |
| 11/30/07 | 11/29/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CB 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.60306060000 REM BAL 3,712,180 | 6,150,000.000 | 100.2500 | -23,922.94 | -3,745,383.98 |
| 11/30/07 | 11/29/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 3.960% 06/25/36 B/E DTD 05/25/06 FACTOR 0.72863563300 REM BAL 159,199 VARIABLE RATE | 220,000.000 | 93.5312 | -131.09 | -149,032.69 |
| 11/30/07 | 11/29/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CL6 FACTOR 1.000000000 REM BAL 4,400,000 | 4,400,000.000 | 93.5312 | -19,494.44 | -4,134,859.44 |

DALBAR RATED FOR COMMUNICATION

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 11/30/07 | 11/29/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2905 CL-2905 LS INV FLTR 2.285% 08/15/34 B/E DTD 12/01/04 FACTOR 0.11394492000 REM BAL 209,240 VARIABLE RATE | 1,835,333.000 | 93.5312 | -726.63 | -196,434.18 |
| 11/30/07 | 11/29/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB FACTOR 0.06824010800 REM BAL 143,671 VARIABLE RATE | 215,000.000 | 92.5312 | -419.04 | -133,360.20 |
| 11/30/07 | 11/29/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 FACTOR 0.99958027200 REM BAL 349,988 | 350,000.000 | 105.2812 | 486.10 | -388,868.76 |
| 11/30/07 | 11/29/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR 0.66085286000 REM BAL 1,773,729 | 2,684,000.000 | 94.7812 | -11,430.70 | -1,692,593.29 |
| 11/30/07 | 11/29/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB FACTOR 0.73385419000 REM BAL 1,563,843 | 2,131,000.000 | 99.5937 | -9,448.22 | -1,566,938.39 |
| 11/30/07 | 11/29/07 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 B MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000000 REM BAL 500,000 | 500,000.000 | 56.6562 | -283,281.25 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total Value of all Transactions** | | | | | | | **-59,216,076.91** |

## Messages

The price and quantity displayed may have been rounded.

BEGINNING JANUARY 1, 2008, MAJOR BROKERAGE FIRMS AND FINANCIAL ORGANIZATIONS, INCLUDING YOUR FINANCIAL ORGANIZATION, WILL ELIMINATE STOCK CERTIFICATE ISSUANCE FOR STOCKS THAT ARE DIRECT REGISTRATION SYSTEM (DRS) ELIGIBLE AND CONTINUE TO MAINTAIN THESE SECURITIES IN YOUR BROKERAGE ACCOUNT. SUCH SECURITIES MAY BE TRANSFERRED THROUGH DRS FOR CLIENTS WISHING TO MAINTAIN DIRECT OWNERSHIP ON THE BOOKS OF THE ISSUER. ONCE TRANSFERRED, AND IF AN ISSUER DOES PROVIDE PHYSICAL CERTIFICATES, CLIENTS MAY OBTAIN A STOCK CERTIFICATE BY CONTACTING THE ISSUER'S AGENT IDENTIFIED ON THE DRS STATEMENT.

PHYSICAL STOCK CERTIFICATES ONCE WERE COMMONPLACE IN THE FINANCIAL SERVICES INDUSTRY, BUT MUCH AS SAVINGS PASS BOOKS HAVE DISAPPEARED FROM BANKS, NEW TECHNOLOGY PLATFORMS AND REGULATORY CHANGES HAVE NOW MOVED BROKERAGE FIRMS AWAY FROM PAPER TRANSACTIONS AND TOWARDS SECURITIES ISSUED IN "BOOK-ENTRY" FORM. WITHOUT CERTIFICATES AND WITH CLIENT OWNERSHIP RECORDED ELECTRONICALLY.

YOUR INVESTMENT PROFESSIONAL CAN HELP YOU DECIDE THE BEST OPTION FOR HOLDING SECURITIES.



DAIBA RATES FOR COMMUNICATION

3DDE550CC5P0034



**CROCKER**
SECURITIES

2999 Oak Road · Suite 1010 · Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 11/01/2007 - 11/30/2007

## Messages (continued)

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 12/12/07 | 11/09/07 | Buy | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/55 REG DTD 12/01/05 FACTOR 1.0000000000 REM BAL 7,000,000 | 7,000,000.000 | 96.0000 | 11,763.89 | -6,731,763.89 |
| 12/12/07 | 11/09/07 | Sell | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/55 REG DTD 12/01/05 FACTOR 1.0000000000 REM BAL 27000000.00 CORRECTED CONFIRM | 27,000,000.000 | 95.7500 | 45,375.00 | 25,897,875.00 |
| 12/12/07 | 11/09/07 | Sell | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/55 REG DTD 12/01/05 FACTOR 1.0000000000 REM BAL 7,000,000 | -7,000,000.000 | 96.3750 | -11,763.89 | 6,898,013.89 |
| 12/12/07 | 11/09/07 | Sell | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/55 REG DTD 12/01/05 FACTOR 1.0000000000 REM BAL 27,000,000 | -27,000,000.000 | 98.3632 | -46,375.00 | 26,603,460.95 |
| 12/28/07 | 11/29/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL-4G-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.9023665100 REM BAL 9,025,605 | -10,000,000.000 | 120.1875 | -3,660.18 | 10,848,935.56 |
| 12/28/07 | 11/29/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" VARIABLE RATE 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.0000000000 REM BAL 10,000,000 | -10,000,000.000 | 118.1875 | -60,000.00 | 11,878,750.00 |
| 12/28/07 | 11/29/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.6030606000 VARIABLE RATE REM BAL 3,712,180 | -6,190,000.000 | 100.5000 | -22,273.08 | 3,753,014.57 |

Account Number: 777-891035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

B09633095SP10034

DALNX RATED
FOR COMMUNICATION

PAR-22-ROLL

## Trades Not Settled *(continued)*

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 12/28/07 | 11/29/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-46 CL-NS NS INV FLTR 3.950% 06/25/36 B/E DTD 05/25/06 VARIABLE RATE FACTOR 0.72363563300 REM BAL 159,199 | -220,000.000 | 93.7812 | -78.65 | 149,378.25 |
| 12/28/07 | 11/29/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CL8 FACTOR 1.00000000 REM BAL 4,400.000 | -4,400,000.000 | 94.5312 | -18,150.00 | 4,177,525.00 |
| 12/28/07 | 11/29/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.289% 09/15/34 B/E DTD 12/01/04 FACTOR 0.11394492200 REM BAL 209,240 VARIABLE RATE | -1,836,331.000 | 93.7812 | -678.38 | 196,907.03 |
| 12/28/07 | 11/29/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/36 B/E DTD 02/15/05 CL8 FACTOR 0.66924018000 REM BAL 143,671 VARIABLE RATE | -215,000.000 | 92.7812 | -363.17 | 133,663.51 |
| 12/28/07 | 11/29/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 FACTOR 0.99999682200 REM BAL 349,988 | -350,000.000 | 105.5312 | -291.66 | 369,639.30 |
| 12/28/07 | 11/29/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 FACTOR 0.99999682200 REM BAL 249,992 | -250,000.000 | 105.2500 | -208.33 | 263,324.97 |
| 12/28/07 | 11/29/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR 0.66090928600 REM BAL 1,773,729 | -2,684,000.000 | 96.0000 | -10,642.37 | 1,713,422.28 |
| 12/28/07 | 11/29/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.503% 07/15/36 B/E DTD 05/01/06 CL8 FACTOR 0.73389419000 REM BAL 1,565,843 | -2,131,000.000 | 99.8750 | -8,796.62 | 1,570,685.09 |
| 12/28/07 | 11/29/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 FACTOR 0.60943532000 REM BAL 211,552 | -350,000.000 | 100.5000 | -572.95 | 213,183.04 |
| 12/28/07 | 11/29/07 | Sell | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/07/03 FACTOR 1.00000000 REM BAL 500,000 | -500,000.000 | 56.9062 | 0.00 | 284,531.25 |

**Total Amount of Trades Not Settled** — $36,424,765.80

000630305SP10034

DALBAR RATED FOR COMMUNICATION

Account Number 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member NASD, NYSE, SIPC

PAR5-02-ROLL

Page 22 of 22

Doc Break

CROCKER
SECURITIES

2999 Oak Road • Suite 1010 • Walnut Creek, CA 94597
925/941.1540

CROCKER SECURITIES LLC
-- TAXABLE TRADE #2- --
2999 OAK ROAD, SUITE 1010
WALNUT CREEK, CA 94597

Your Investment Advisor:
DOUGLAS C. GREEN
(561) 750-9370

# Brokerage
## Account Statement

Account Number: 72Z-891035
Statement Period: 12/01/2007 - 12/31/2007

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$4,064,558.48 |
| Cash Withdrawals | -142,155.00 |
| Dividends/Interest | -24,739.73 |
| Change In Account Value | -1,382,520.22 |
| Ending Account Value | -$5,614,613.43 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | | | | Your Account is 100% invested in Fixed Income. |
| Cash and Cash Equivalents | 33,749,737.69 | 27,933,764.28 | 100% | |
| | -37,214,296.17 | -33,550,377.71 | 0% | |
| Account Total | -$4,064,558.48 | -$5,614,613.43 | 100% | |

QUALIFIED
FOR EXCHANGE/1099

R0098875YCE3710048

FXP-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation.
Member FINRA, NYSE, SIPC

Page 1 of 24

## Customer Service Information

**Your Investment Advisor: RDG**

DOUGLAS C. GREEN
801 S. FEDERAL HIGHWAY STE 301
BOCA RATON    FL 33432-6008

| Contact Information | Customer Service Information |
|---|---|
| Telephone Number: (561) 750-9370 | Service Hours: Weekdays 0800 a.m. - 0500 p.m. PST |
| Fax Number: (561) 750-9360 | Customer Service Telephone Number: (800) 941-2995 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year |
|---|---|---|---|---|---|
| **Cash and Cash Equivalents  0.00% of Portfolio** | | | | | |
| Cash Balance | | -475,101.50 | -418,982.79 | | |
| Margin Balance | | -36,738,594.67 | -33,131,414.92 | | |
| **Total Cash and Cash Equivalents** | | **-$37,214,296.1** | **-$33,550,377.71** | **$0.00** | **$0.00** |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated 30-day Yield |
|---|---|---|---|---|---|---|
| **Fixed Income  100.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | | |
| **Asset Backed Securities** | | | | | | |
| 101,000.000 | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549 IB INT ONLY 5.600% 04/15/26 B/E DTD 01/01/03 CLB *Security Identifier 31393J7K8  Factor: 0.58179991* | 2.2380 | 1,315.09 | 269.32 | | |
| 91,000.000 | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-91 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 *Security Identifier 31393TNI1  Factor: 0.26817341* | 2.4910 | 607.90 | 122.02 | | |
| 124,000.000 | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-GS 0.000% 09/25/31 B/E DTD 07/25/03 *Security Identifier 31393DAX6  Factor: 0.51434310* | 6.4310 | 4,101.60 | 0.00 | | |
| 137,000.000 | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 B/E DTD 10/1/5/03 CLB *Security Identifier 31394KZ09  Factor: 0.67036295* | 78.3300 | 71,938.06 | 0.00 | | |



BULLAR RATIO
FEE CONSUMATION

CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Account Number: 727-89103S

PAGE2-ROLL

DOC5982756213044



**CROCKER SECURITIES**
2999 Oak Road • Suite 1101 • Walnut Creek, CA 94597
925.941.1540



# Brokerage
## Account Statement

Statement Period: 12/01/2007 - 12/31/2007

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 115,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-64 CL-64-SA INV 2.929% 10/25/33 B/E DTD 06/01/05 *Security Identifier 31394FE3 Factor: 0.20083317* | 95.5170 | 22,060.43 | 56.30 | | |
| 100,000.000M | FIRST HORIZON MTG PASSTHRU TR SER 2003 0 CTF CL-1A26 2.000% 10/25/33 B/E DTD 08/01/03 CLB Moody Rating AAA S & P Rating AAA *Security Identifier 32051DH54 Factor: 0.40054420* | 111.8490 | 44,745.66 | 666.76 | | |
| 1,000,000.000M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Moody Rating AAA S & P Rating AAA *Security Identifier 32051DK50 Factor: 1.00000000* | 51.6560 | 516,560.00 | 0.00 | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 06/26/04 *Security Identifier 31393KL37 Factor: 0.90082073* | 97.0270 | 8,740,393.30 | 0.00 | | |
| 83,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2082 CL-2082-YS INV FLTR 3.206% 04/15/34 B/E DTD 06/01/05 *Security Identifier 31395UR94 Factor: 0.03896916* | 98.8070 | 3,195.85 | 8.65 | | |
| 1,846,333.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.650% 08/15/34 B/E DTD 12/01/04 *Security Identifier 31398KCC4 Factor: 0.11394492* | 96.2160 | 202,419.48 | 457.52 | | |
| 6,150,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3005-114 CL-CS 6.000% 01/25/35 B/E DTD 12/01/05 *Security Identifier 31394UD3 Factor: 0.60080660* | 99.6880 | 3,700,598.59 | 24,747.85 | | |

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

PKR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 3 of 24

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 215,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB<br>*Security Identifier* 31395MBW8 Factor: 0.56824018 | 94.7820 | 136,174.85 | 838.08 | | |
| 125,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3059 CL 3059-SD INV FLTR 3.941% 06/15/35 B/E DTD 10/01/05 CLB<br>*Security Identifier* 31396CG38 Factor: 0.43566202 | 94.8860 | 51,791.39 | 179.29 | | |
| 7,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 5.235% 06/25/35 B/E DTD 11/01/05<br>*Security Identifier* 31394UQ59 Factor: 0.39221495 | 93.0140 | 2,553.70 | 12.02 | | |
| 110,000.000M | SOUNDVIEW HOME LN TR SER 2005-B ASSET BKD CTF CL M-2 STEP CPN 0.000% 05/25/35 B/E DTD 10/01/05 CLB Moody Rating AAA S & P Rating AA<br>*Security Identifier* 83611MVH3 Factor: 1.00000000 | 80.0730 | 88,080.30 | 0.00 | | |
| 122,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-CI INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB<br>*Security Identifier* 38374LGE5 Factor: 0.59786542 | 93.6000 | 71,916.43 | 486.26 | | |
| 206,881.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-89 CL-89-SE 0.000% 06/25/35 B/E DTD 06/25/05<br>*Security Identifier* 31394E1D7 Factor: 0.90241205 | 83.2660 | 166,770.31 | 0.00 | | |
| 7,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 9.000% 10/15/35 B/E DTD 08/01/07<br>*Security Identifier* 31397KBG3 Factor: 0.99842036 | 101.3600 | 7,083.90 | 52.42 | | |
| 7,000.000M | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 5.233% 10/25/35 B/E DTD 06/01/05 Moody Rating AAA S & P Rating AAA<br>*Security Identifier* 12669KNS6 Factor: 0.68840034 | 96.0220 | 4,627.11 | 20.97 | | |
| 58,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05<br>*Security Identifier* 31394UT51 Factor: 0.52300623 | 98.3500 | 29,227.16 | 202.23 | | |

CROCKER SECURITIES LLC    Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation    Member FINRA, NYSE, SIPC

B009823145SEP10610



**CROCKER SECURITIES**
2999 Oak Road · Suite 1001 · Walnut Creek, CA 94597
925-941-6340



# Brokerage
## Account Statement

**Statement Period: 12/01/2007 - 12/31/2007**

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** *(continued)* | | | | | |
| | **Asset Backed Securities** *(continued)* | | | | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP 'INV FLTG' 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier 31394UT7  Factor: 1.00000000* | 96.2370 | 9,623,700.00 | 66,666.60 | | |
| 2,684,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 *Security Identifier 31395GXN6  Factor: 0.65901862* | 100.3370 | 1,714,766.85 | 11,792.02 | | |
| 2,731,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 06/01/06 CLB *Security Identifier 31395NLQ7  Factor: 0.72411035* | 98.7840 | 1,524,469.62 | 9,644.22 | | |
| 100,000,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-UO 'PRIN ONLY' 0.000% 06/15/36 B/E DTD 06/01/06 *Security Identifier 31395TF73  Factor: 1.00000000* | 79.2150 | 79,215.00 | 0.00 | | |
| 72,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 06/25/06 *Security Identifier 31395DH77  Factor: 0.69435100* | 104.7710 | 50,115.40 | 0.00 | | |
| 134,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 5.028% 06/25/36 B/E DTD 06/25/06 *Security Identifier 31395DTD5  Factor: 0.72027594* | 90.7550 | 87,593.98 | 452.69 | | |
| 220,000,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 3.932% 07/15/36 B/E DTD 07/15/06 CLB *Security Identifier 31396ULX6  Factor: 0.70736564* | 91.8510 | 142,938.93 | 509.98 | | |
| 600,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC - TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 *Security Identifier 31395NQC4  Factor: 0.05996627* | 103.3610 | 620,145.08 | 4,899.83 | | |

Account Number: 727-891135
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

B0004271GCUF30548

ON-LINE RATED FOR COMMUNICATIONS

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 200,000.000M | FHLMC GTD REMIC PASS THRU GTFS REMIC SER 3212 CL-3212-SE INV FLTR 0.000% 09/15/06 B/E DTD 09/15/06 CL8 *Security Identifier* 3139T8CX7  Factor: 0.81329040 | 102.4580 | 160,656.22 | 0.00 | | |
| **Total Asset Backed Securities** | | | $27,933,764.28 | $122,185.03 | $0.00 | |
| **Total Fixed Income** | | | $27,933,764.28 | $122,185.03 | $0.00 | |

| Description | | | Market Value | Accrued Interest | Estimated Annual Income | |
|---|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | | -$5,614,613.43 | $122,185.03 | $0.00 | |

M This symbol next to the quantity indicates a position in your margin account.

### Disclosures and Other Information

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist you in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Foreign Currency Transactions - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise.  Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the customary conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be effected at the rates such agents use.

Proxy Vote - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.



8×0361279GF390448

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

PAP-o-2-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

**Brokerage Account Statement**

Statement Period: 12/01/2007 - 12/31/2007

CROCKER SECURITIES
399 Oak Road · Suite 1100 · Walnut Creek, CA 94597
925-941-1540

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/03/07 | 10/30/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2928-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB FACTOR .6882401800000 REM BAL 143671.64 VARIABLE RATE CORRECTED CONFIRM | -215,000.000 | 92.5000 | 419.04 | 133,315.31 |
| | 10/30/07 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2928-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB FACTOR .6882401800000 REM BAL 143671.64 VARIABLE RATE CANCELLED TRADE | 215,000.000 | 92.5000 | -419.04 | -132,568.95 |
| 12/04/07 | 12/04/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-64 CL-84-SA INV 4.491% 10/25/35 B/E DTD 06/01/05 FACTOR .0200033170D REM BAL 23,095 VARIABLE RATE | 115,000.000 | 99.0000 | -8.57 | -22,873.43 |
| 12/04/07 | 12/04/07 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR SER 2003-8 CTF CL-1428 20.000% 10/25/33 B/E DTD 08/01/03 CLB FACTOR .6440064202D REM BAL 40.005 VARIABLE RATE | 149.000.000 | 66.0000 | -66.68 | -59,674.76 |
| 12/04/07 | 12/04/07 | PURCHASED | SOUNDVIEW HOME LN TR SER 2005-B ASSET BKD CTF CL-M2 STEP CPN 0.000% 05/25/35 B/E DTD 10/01/05 CLB FACTOR 1.000000000 REM BAL 110,000 VARIABLE RATE | 110.000.000 | 99.0000 | -52.48 | -108,952.48 |
| 12/06/07 | 12/05/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3149 CL-3149-SD INV FLTR 6.409% 05/15/26 B/E DTD 05/15/06 FACTOR 0.8866883170D REM BAL 72,788 VARIABLE RATE | 106.000.000 | 85.0000 | -272.16 | -62,142.76 |
| 12/05/07 | 12/05/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3149 CL-3149-SD INV FLTR 6.409% 05/15/26 B/E DTD 05/15/06 FACTOR 0.8866881700 REM BAL 72,788 VARIABLE RATE | -106,000.000 | 86.0000 | 272.16 | 62,870.65 |
| 12/06/07 | | CONSOLIDATED FIRM BALANCES | TRANSFERRED TO 727891043 | | | | -142,735.00 |



Account Number: 727-891035
CROCKER SECURITIES LLC
PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation.
Member FINRA, NYSE, SIPC

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/12/07 | 11/09/07 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT DECEMBER 5.500% T2917/28 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 7000000.00 | 7,000,000.000 | 95.0000 | -11,763.89 | -6,950,787.33 |
| 12/12/07 | 11/09/07 | CORRECTED PURCHASE | CORRECTED CONFIRM FNMA 30 YEAR TBA SETT DECEMBER 5.500% T2915/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 27000000.00 | 27,000,000.000 | 99.1250 | -45,375.00 | -26,809,125.00 |
| 12/12/07 | 11/09/07 | SOLD | CORRECTED CONFIRM FNMA 30 YEAR TBA SETT DECEMBER 5.500% T2917/28 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 7,000.00 | -7,000,000.000 | 93.3750 | 11,763.89 | 6,898,013.89 |
| 12/12/07 | 11/09/07 | SOLD | FNMA 30 YEAR TBA SETT DECEMBER 5.500% T2915/35 REG DTD 12/01/05 FACTOR 1.000000000 REM BAL 27,000.00 | -27,000,000.000 | 88.3632 | 45,375.00 | 26,603,469.95 |
| 12/17/07 | 12/14/07 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT DECEMBER 5.500% 12/01/35 REG DTD 12/01/05 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-S3 INV FLTR 5.309% 07/15/26 B/E DTD 07/15/06 CLB FACTOR .70736654000 REM BAL 339632.39 | 486,000.000 | 78.0000 | -72.03 | -257,185.29 |
| 12/17/07 | | BOND INTEREST RECEIVED | CORRECTED CONFIRM 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB RD 11/30 PD 12/15/07 | | | | 280.45 |
| 12/17/07 | | BOND INTEREST RECEIVED | 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2892 CL-2892-SC 0.000% 07/15/33 B/E DTD 10/15/03 CLB RD 11/30 PD 12/15/07 | | | | 304.82 |
| 12/17/07 | | BOND INTEREST RECEIVED | 440000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/24 B/E DTD 10/01/04 CLB RD 11/30 PD 12/15/07 | | | | 20,166.67 |
| 12/17/07 | | BOND INTEREST RECEIVED | 184633 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 4.322% .08/15/24 B/E DTD 12/01/04 RD 11/30 PD 12/16/07 | | | | 757.86 |
| 12/17/07 | | BOND INTEREST RECEIVED | 215900 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB RD 11/30 PD 12/15/07 | | | | 838.08 |
| 12/17/07 | | BOND INTEREST RECEIVED | 83000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2882 CL-2882-YS INV FLTR 5.073% 04/15/34 B/E DTD 05/01/05 RD 11/30 PD 12/15/07 | | | | 18.53 |


PUBLIC AIDED FOR COMMUNICATION

CROCKER SECURITIES LLC

Account Number: 727-891035

PSP-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC



**CROCKER**
SECURITIES

2299 Oak Road · Suite 1860 · Walnut Creek, CA 94597
925-941-5441

# Brokerage
## Account Statement

Statement Period: 12/01/2007 - 12/31/2007

## Transactions in Date Sequence *(continued)*

| Process/ Trade/ Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/17/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-VS INV FCTR 5.0173% 04/15/24 B/E DTD 08/01/05 RD 11/30 PD 12/15/07 | | | | 1,148.46 |
| 12/17/07 | | BOND INTEREST RECEIVED | 125000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3059 CL 3059 SD INV FLTR 5.807% 05/15/35 B/E DTD 10/01/05 CLB RD 11/30 PD 12/15/07 | | | | 264.17 |
| 12/17/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3059 CL 3059 SD INV FLTR 5.807% 05/15/35 B/E DTD 10/01/05 CLB RD 11/30 PD 12/15/07 | | | | 7.24 |
| 12/17/07 | | BOND INTEREST RECEIVED | 269400 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3095 CL-3095-SG INV FLTR 8.400% 01/15/36 B/E DTD 01/01/06 RD 11/30 PD 12/15/07 | | | | 11,824.86 |
| 12/17/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3095 CL-3095-SG INV FLTR 8.400% 01/15/36 B/E DTD 01/01/06 RD 11/30 PD 12/15/07 | | | | 4,923.10 |
| 12/17/07 | | BOND INTEREST RECEIVED | 213000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/06 B/E DTD 05/01/06 RD 11/30 PD 12/15/07 | | | | 9,774.02 |
| 12/17/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/06 B/E DTD 05/01/06 RD 11/30 PD 12/15/07 | | | | 20,764.12 |
| 12/17/07 | | BOND INTEREST RECEIVED | 350000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 11/30 PD 12/15/07 | | | | 1,322.20 |
| 12/17/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 RD 11/30 PD 12/15/07 | | | | 5,731.14 |

Clearing Through PeakReg LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC
FAR-02-ROLL

B00312745G5P30618

# Transactions in Date Sequence *(continued)*



| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/17/07 | | BOND INTEREST RECEIVED | 220000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 5.309% 07/15/06 B/E | | | | 688.59 |
| 12/17/07 | | BOND INTEREST RECEIVED | 200000 FH-LMC GTD REMIC PASS THRU CTFS REMIC SER-3212 CL-3212-SE DTD 07/15/06 CLB RD 11/30 PD 12/15/07 INV FLTR 0.000% 09/15/06 B/E | | | | 1,698.70 |
| 12/17/07 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER-3212 CL-3212-SE INV FLTR DTD 09/15/06 CLB RD 11/30 PD 12/15/07 0.000% 09/15/06 B/E | | | | -503.63 |
| 12/17/07 | | BOND INTEREST RECEIVED | FHLMC GTD SER 3359 CL 3359-CT PARTN CTFS GTD RD 11/30 PD 12/15/07 7008 FHLMC MULTICLASS MTG 9.000% 10/15/35 B/E DTD 08/01/07 | | | | 52.42 |
| 12/18/07 | | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2906 CL-2906-S "INV FLTR" 5.753% 07/15/31 B/E DTD 12/15/04 CLB FACTOR 0.70946686200 REM BAL 50,372 RD 11/30 PD 12/15/07 VARIABLE RATE | 76.0000 | | -20.44 | -38,303.37 |
| 12/18/07 | 12/18/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2906 CL-2906-S "INV FLTR" 5.753% 07/15/31 B/E DTD 12/15/04 CLB FACTOR 0.70946686200 REM BAL 50,372 VARIABLE RATE | -71,000.000 | 78.0000 | 20.44 | 39,310.81 |
| 12/19/07 | 12/14/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 8.733% 07/15/24 B/E DTD 07/15/06 CLB FACTOR 0.70946686200 REM BAL VARIABLE RATE | -466,000.000 | 80.0000 | 144.03 | 263,849.94 |
| 12/19/07 | 12/18/07 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2906 CL-2906-S "INV FLTR" 5.753% 07/15/31 B/E DTD 12/15/06 CLB FACTOR 0.70366540400 REM BAL 329,632 | 71,000.000 | 78.0000 | -20.44 | -39,310.81 |
| 12/20/07 | 12/19/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 8.733% 07/15/24 B/E DTD 12/15/06 CLB FACTOR 0.70946686200 REM BAL 50,372 VARIABLE RATE CANCELLED TRADE | 254,000.000 | 80.0000 | -144.41 | -208,531.75 |
| 12/21/07 | 12/21/07 | INT. CHARGED ON DEBIT BALANCES | FIRM DEBIT INTEREST FOR INTEREST PERIOD 11-20-07 TO 12-19-07 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3149 CL-3149-SD INV FLTR 5.029% 06/16/06 B/E DTD 05/16/06 FACTOR 0.67786071300 REM BAL 172,178 VARIABLE RATE | | | | -137,887.01 |

BALTER RATED FOR COMMUNICATION

Account Number: 727-89T035
Clearing Through: Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

CROCKER
SECURITIES

2999 Oak Road · Suite 1010 · Walnut Creek, CA 94597
925-941-4540

# Brokerage
## Account Statement

**Statement Period: 12/01/2007 – 12/31/2007**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/21/07 | 12/18/07 | SOLD | CORRECTED SELL FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3149 CL-S 3149.SD INV FLTR 5.002% 05/15/08 B/E DTD 06/15/06 FACTOR 0.67786730 REM BAL VARIABLE RATE 172.178 | -254,000.060 | 82.0000 | 144.41 | 141,330.58 |
| 12/24/07 | | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2905 CL-290E-S "INV FLTR" 5.759% 07/15/04 B/E DTD 12/16/04 CLD FACTOR.70948862000 REM BAL 50377.27 VARIABLE RATE CORRECTED CONFIRM | -71,000.000 | 78.0000 | 67.33 | 39,351.70 |
| 12/26/07 | | BOND INTEREST RECEIVED | 7000 GNMA II INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 5.210% 10/25/35 B/E "INV FLTG" RD 11/30 PD 11/25/07 | | | | 21.98 |
| 12/26/07 | | BOND INTEREST RECEIVED | 124000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-GS 0.000% 09/26/35 B/E DTD 07/25/03 RD 11/30 PD 12/25/07 | | | | 124.50 |
| 12/26/07 | | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 11/30 PD 12/25/07 | | | | 126.49 |
| 12/26/07 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 11/30 PD 12/25/07 | | | | 36,801.85 |
| 12/26/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 11/20 PD 12/25/07 | | | | 15,397.80 |
| 12/26/07 | | BOND INTEREST RECEIVED | 206981 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-59 CL-59-SE 0.000% 06/25/35 B/E DTD 06/25/05 RD 11/30 PD 12/25/07 | | | | 625.40 |

Account Number: 727-091035
CROCKER SECURITIES LLC

P&R-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 11 of 24

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/26/07 | | BOND INTEREST RECEIVED | 7000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 6.170% 06/25/35 B/E DTD 11/01/05 RD 11/30 PD 12/25/07 | | | | 14.12 |
| 12/26/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 6.170% 06/25/35 B/E RD 11/30 PD 12/25/07 | | | | 0.80 |
| 12/26/07 | | BOND INTEREST RECEIVED | 58000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 11/30 PD 12/25/07 | | | | 202.23 |
| 12/26/07 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTC" 8.000% 12/25/35 B/E DTD 11/01/05 RD 11/30 PD 12/25/07 | | | | 66,666.67 |
| 12/26/07 | | BOND INTEREST RECEIVED | 6150000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-14 CL-GS 8.000% 01/25/35 B/E DTD 12/01/05 RD 11/30 PD 12/25/07 | | | | 24,747.85 |
| 12/26/07 | | BOND INTEREST RECEIVED | 72000 FNMA GTD REMIC PASS THRU CTF REMIC TR 2005 43 CL 43 GS INV FLTR 0.000% 06/25/35 B/E DTD 05/25/06 RD 11/30 PD 12/25/07 | | | | 403.13 |
| 12/26/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005 43 CL 43 GS INV FLTR 0.000% 06/25/35 B/E DTD 05/25/06 RD 11/30 PD 12/25/07 | | | | 535.92 |
| 12/26/07 | | BOND INTEREST RECEIVED | 354000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-HS INV FLTR 5.600% 06/25/36 B/E DTD 05/25/06 RD 11/30 PD 12/25/07 | | | | 1,265.57 |
| 12/26/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-HS INV FLTR 5.600% 06/25/36 B/E DTD 05/25/06 RD 11/30 PD 12/25/07 | | | | 1,189.33 |
| 12/26/07 | | BOND INTEREST RECEIVED | 600000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 RD 11/30 PD 12/25/07 | | | | 4,999.85 |
| 12/26/07 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 RD 11/30 PD 12/25/07 | | | | 1.17 |



BREAK THRU FOR COMMUNICATION

Account Number: 727-891035
CROCKER SECURITIES LLC
PAY-20-ROLL
Page 12 of 24
Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

BC0982735CEP20048



**CROCKER SECURITIES**
3159 Oak Road · Suite 100 · Walnut Creek, CA 94597
925-941-1540



# Brokerage
## Account Statement

**Statement Period: 12/01/2007 – 12/31/2007**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/27/07 | 12/27/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006 43 CL 43 GS INV FLTR<br>0.000% 06/25/36 B/E DTD 05/25/06<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .66435100 REM BAL 664.35 | 1,000.000 | 102.0000 | -0.35 | -664.70 |
| 12/27/07 | 12/27/07 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006 43 CL 43 GS INV FLTR<br>0.000% 06/25/36 B/E DTD 05/25/06<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .66435100 REM BAL 664.35 | 1,000.000 | 102.0000 | 0.35 | 664.70 |
| 12/27/07 | 12/27/07 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3287 CL 3287-TA 7.000% 01/15/37 B/E<br>DTD 03/15/07 SOLICITED ORDER<br>FACTOR .91425072 REM BAL 914.25 | 1,000.000 | 100.0000 | -2.13 | -916.38 |
| 12/27/07 | 12/27/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3287 CL 3287-TA 7.000% 01/15/37 B/E<br>DTD 03/15/07 SOLICITED ORDER<br>FACTOR .91425072 REM BAL 914.25 | -1,000.000 | 100.0000 | 2.13 | 916.38 |
| 12/27/07 | 12/27/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2004-46 CL -46-CD "INV"<br>0.000% 03/25/34 B/E DTD 05/25/04<br>FACTOR .30082013000 REM BAL 300820.13<br>VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 120.1875 | 3,409.11 | 10,903,338.94 |
| 12/28/07 | 11/29/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER 2005-110 CL-HP "INV FLTG"<br>8.000% 12/25/35 B/E DTD 11/07/05<br>FACTOR 1.000000000 REM BAL 10,000,000.00<br>VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 119.0000 | 60,000.00 | 11,960,000.00 |
| 12/28/07 | 11/29/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 2005-114 CL-GS 8.000% 01/25/35 B/E<br>DTD 12/01/05 FACTOR 0.60386069000<br>REM BAL 3,712,180. | -6,150,000.000 | 100.5000 | 22,273.08 | 3,753,014.57 |
| 12/28/07 | 11/29/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2005-46 CL-46-NS INV FLTR<br>5.628% 06/25/36 B/E DTD 05/25/06<br>FACTOR .72027594000 REM BAL 158,460.71<br>VARIABLE RATE CORRECTED CONFIRM | -220,000,000.000 | 93.7812 | 74.32 | 148,680.75 |

Account Number: 7Z7-8891035
CROCKER SECURITIES LLC.

PAP-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Members FINRA, NYSE, SIPC

Page 13 of 24

RUN04271CSF200444

# Transactions in Date Sequence (continued)



| Process/ Trade/ Settlement Date | Trade Date | Settlement Date | Transaction Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/28/07 | 11/29/07 | | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-ZB74-GG 5.500% 10/15/24 B/E DTD 10/01/04 CLB FACTOR 1.00000000 REM BAL 4400000.00 CORRECTED CONFIRM | -4,400,000.000 | 95.5312 | 18,150.00 | 4,221,525.00 |
| 12/28/07 | 11/29/07 | | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-Z905-LS INV FLTR 2.609% 09/15/34 B/E DTD 12/01/04 FACTOR .11394482000 REM BAL 20920.82 VARIABLE RATE CORRECTED CONFIRM | -1,836,333.000 | 93.7812 | 409.54 | 196,638.19 |
| 12/28/07 | 11/29/07 | | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-Z929-TS INV FLTR 7.900% 02/15/35 B/E DTD 02/15/05 CLB FACTOR .06892470800 REM BAL 143,671 VARIABLE RATE | -215,000.000 | 92.7812 | 363.17 | 133,665.51 |
| 12/28/07 | 11/29/07 | | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 FACTOR .69896627 REM BAL 248991.57 CORRECTED CONFIRM | -250,000.000 | 105.2500 | 208.33 | 263,324.46 |
| 12/28/07 | 11/29/07 | | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3209 CL-3209-SG INV FLTR 8.000% 01/15/06 B/E DTD 01/01/06 FACTOR .68901620000 REM BAL 1768805.58 CORRECTED CONFIRM | -2,684,000.000 | 95.7812 | 10,612.84 | 1,722,465.37 |
| 12/28/07 | 11/29/07 | | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 LS INV FLTR 7.500% 07/15/36 B/E DTD 05/01/06 CLB FACTOR .72411035000 REM BAL 1543073.16 CORRECTED CONFIRM | -2,131,000.000 | 99.8750 | 8,678.82 | 1,546,830.13 |
| 12/28/07 | 11/29/07 | | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 FACTOR .98086540000 REM BAL 205621.19 CORRECTED CONFIRM | -350,000.000 | 103.5000 | 557.43 | 207,497.72 |
| 12/28/07 | 11/29/07 | | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.005% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500000.00 CORRECTED CONFIRM | -500,000.000 | 55.9062 | | 284,531.25 |
| 12/28/07 | 12/27/07 | | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.00% 03/25/34 B/E DTD 05/25/04 FACTOR .98008207300 REM BAL 9,008,207 VARIABLE RATE | 10,000,000.000 | 721.0312 | -3,408.11 | -10,906,154.01 |

SOLAR RATED FOR COMMUNICATIONS

Account Number: 727-891035    CROCKER SECURITIES LLC    Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation    Member FINRA, NYSE, SIPC



# Brokerage Account Statement

**CROKER SECURITIES**
399 Civic Drive · Falls Hills · Walnut Creek, CA 94597
925-941-540

Statement Period: 12/01/2007 - 12/31/2007

Account Number: 717-891035
CROCKER SECURITIES LLC

PAR-62-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/28/07 | 12/27/07 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL HP *INV FLTG* 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL 10,000,000 VARIABLE RATE | 10,000,000.000 | 119.0312 | -60,000.00 | -11,863,125.00 |
| 12/28/07 | 12/27/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-114 CL-GS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 3.71280 REM BAL 3,712.80 | 6,150,000.000 | 101.5312 | -22,273.08 | -3,754,174.63 |
| 12/28/07 | 12/27/07 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 05/26/06 SOLICITED ORDER FACTOR .664351000000 REM BAL 664.35 VARIABLE RATE CORRECTED CONFIRM | 1,000.000 | 100.0000 | -0.35 | -664.70 |
| 12/28/07 | 12/27/07 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 05/26/06 SOLICITED ORDER VARIABLE RATE FACTOR .664351000 REM BAL 664.35 CANCELLED TRADE | 1,000.000 | 100.0000 | -0.35 | -664.70 |
| 12/28/07 | 12/27/07 | CANCELLED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 05/26/06 SOLICITED ORDER VARIABLE RATE FACTOR .664351000 REM BAL 664.35 CANCELLED TRADE | 100.000 | 100.0000 | 0.35 | 664.70 |
| 12/28/07 | 12/27/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 05/25/06 SOLICITED ORDER FACTOR .664351000000 REM BAL 664.35 VARIABLE RATE CORRECTED CONFIRM | 100.000 | 100.0000 | 0.35 | 664.70 |

800-0271-C3P30046

# Transactions in Date Sequence *(continued)*

BU00412756SP50618

Account Number: 7Z7-891035
CROCKER SECURITIES LLC     PAY-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/28/07 | 1/2/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.605% 08/15/31 B/E DTD 12/01/04 FACTOR 0.11391449200 REM BAL | 1,836,333.000 | 93.8125 | -608.54 | -196,703.56 |
| 12/28/07 | 1/2/07 | PURCHASED | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.00% 02/15/33 B/E DTD 02/15/05 CLB FACTOR 0.68824018000 REM BAL 143,571 | 209,240 | 92.8125 | -383.17 | -133,708.41 |
| 12/28/07 | 1/2/07 | PURCHASED | VARIABLE RATE FNMA GTD REMIC PASS THRU GTF REMIC TR-2006-63 CL-63-IE 10.000% 07/25/36 B/E DTD 06/25/06 FACTOR 0.99996627000 REM BAL 245,991 | 250,000.000 | 101.2812 | -208.33 | -253,402.56 |
| 12/28/07 | 1/2/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3096 CL-3096-SG INV FLTR 8.000% 07/15/36 B/E DTD 07/01/06 FACTOR 0.65901862000 REM BAL 1,768,805 | 2,684,000.000 | 96.8125 | -10,612.84 | -1,723,038.13 |
| 12/28/07 | 1/2/07 | CORRECTED PURCHASE | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3151 CL 3151 LS INV FLTR 7.500% 07/15/36 B/E DTD 05/01/06 CLB FACTOR 0.72411035000 REM BAL 1,543,079 DT 09/19/07 SOLICITED ORDER OT(11500)/OE(13100) CORRECTED CONFIRM | 2,131,000.000 | 99.9062 | -8,679.82 | -1,550,312.34 |
| 12/28/07 | 12/27/07 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 07/15/37 B/E DTD 09/15/07 SOLICITED ORDER FACTOR .91426072000 REM BAL 914.25 | 1,000.000 | 100.0000 | -2.13 | -916.38 |
| 12/28/07 | 12/27/07 | CANCELLED SELL | CANCELLED TRADE FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 07/15/37 B/E DTD 09/15/07 SOLICITED ORDER FACTOR .91426072000 REM BAL 914.25 | 1,000.000 | 100.0000 | -2.13 | -916.38 |
| 12/28/07 | 12/27/07 | CANCELLED PURCHASE | CANCELLED TRADE FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 07/15/37 B/E DTD 09/15/07 SOLICITED ORDER FACTOR .91426072000 REM BAL 914.25 | 1,000.000 | 100.0000 | 2.13 | 916.38 |
| 12/28/07 | 12/27/07 | CORRECTED SELL | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 07/15/37 B/E DTD 09/15/07 SOLICITED ORDER FACTOR .91426072000 REM BAL 914.25 OT(11150)/OE(11150) CORRECTED CONFIRM | -1,000.000 | 100.0000 | 2.13 | 916.38 |



# Brokerage
## Account Statement



CROCKER SECURITIES
2999 Oak Road · Suite 1412 · Walnut Creek, CA 94597
925.941.1540

**Statement Period: 12/01/2007 - 12/31/2007**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/28/07 | 12/28/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3149 CL-3149-SD INV FLTR 5.032% 05/15/36 B/E DTD 05/15/06 FACTOR .06778671300 REM BAL 67,766 VARIABLE RATE | 100,000.000 | 80.0000 | -123.19 | -54,552.56 |
| 12/28/07 | 12/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3149 CL-3149-SD INV FLTR 5.032% 05/15/36 B/E DTD 05/15/06 FACTOR .06778671300 REM BAL 67,766 VARIABLE RATE | -100,000.000 | 80.0000 | 123.19 | 54,552.56 |
| 12/28/07 | 12/28/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-CS 8.000% 06/15/35 B/E DTD 06/01/06 FACTOR 0.82731080860 REM BAL 123,918 VARIABLE RATE | 97,000.000 | 123.19 | -743.51 | -120,944.03 |
| 12/28/07 | 12/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-CS 8.000% 06/15/35 B/E DTD 06/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .52731080 REM BAL 4218.49 | 235,000.000 | 97.0000 | -743.51 | 235,011.34 |
| 12/28/07 | 12/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-CS 8.000% 06/15/35 B/E DTD 06/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .52731080 REM BAL 4218.49 | -8,000.000 | 100.0000 | 26.31 | 4,243.80 |
| 12/28/07 | 12/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-CS 8.000% 06/15/35 B/E DTD 06/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .52731080 REM BAL 1370.08 | -20,000.000 | 100.0000 | 82.26 | 13,792.34 |
| 12/28/07 | 12/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-CS 8.000% 06/15/35 B/E DTD 06/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .52731080 REM BAL 34800.52 | -66,000.000 | 100.0000 | 208.82 | 35,011.34 |
| 12/28/07 | 12/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-CS 8.000% 06/15/35 B/E DTD 06/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .52731080 REM BAL 29002.10 | -55,000.000 | 100.0000 | 174.01 | 29,176.11 |

Account Number: 727-891035

CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

8001421SCSP93o448

B009427SECBP30044

# Transactions in Date Sequence (continued)



| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/28/07 | 12/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-CS 8.000% 06/15/35 B/E DTD 06/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .52731088 REM BAL 5273.11 | -10,000.000 | 100.0000 | 31.54 | 5,304.75 |
| 12/28/07 | 12/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-CS 8.000% 06/15/35 B/E DTD 06/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .52731088 REM BAL 4218.49 | -8,000.000 | 100.0000 | 25.31 | 4,243.80 |
| 12/28/07 | 12/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-CS 8.000% 06/15/35 B/E DTD 06/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .52731088 REM BAL 4218.49 | -8,000.000 | 99.0000 | 25.31 | 4,201.61 |
| 12/28/07 | 12/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-CS 8.000% 06/15/35 B/E DTD 06/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .52731088 REM BAL 6327.73 | -12,000.000 | 100.0000 | 37.97 | 6,365.70 |
| 12/28/07 | 12/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-CS 8.000% 06/15/35 B/E DTD 06/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .52731088 REM BAL 11073.53 | -21,000.000 | 100.0000 | 66.44 | 11,139.97 |
| 12/28/07 | 12/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-CS 8.000% 06/15/35 B/E DTD 06/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .52731088 REM BAL 2109.24 | -4,000.000 | 100.0000 | 12.56 | 2,121.90 |
| 12/28/07 | 12/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-CS 8.000% 06/15/35 B/E DTD 06/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .52731088 REM BAL 4218.49 | -8,000.000 | 100.0000 | 25.31 | 4,243.80 |
| 12/28/07 | 12/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-CS 8.000% 06/15/35 B/E DTD 06/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .52731088 REM BAL 4745.80 | -9,000.000 | 100.0000 | 28.47 | 4,774.27 |
| 12/28/07 | 12/28/07 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER-3287 CL-3287-TA 7.000% 01/15/37 B/E DTD 03/15/07 SOLICITED ORDER FACTOR .91425072 REM BAL 2745.75 | 3,000.000 | 100.0000 | -6.83 | -2,746.68 |

Account Number: 727-891035
CROCKER SECURITIES LLC
R46-02-ROLL
Clearing Through: Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation,
Member FINRA, NYSE, SIPC
Page 18 of 24



**CROCKER SECURITIES**

3195 Oak Road • Suite 600 • Walnut Creek, CA 94597
925-941-5540

# Brokerage Account Statement

**Statement Period: 12/01/2007 - 12/31/2007**

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 12/28/07 | 12/28/07 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 B/E DTD 03/1507 SOLICITED ORDER | -3,000.000 | 100.0000 | 6.93 | 2,749.68 |
| 12/31/07 | 12/28/07 | PURCHASED | FACTOR .97426072 REM BAL 27#2.75 FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A#2 0.000% 10/25/33 B/E DTD 09/01/03 FACTOR .100000000 REM BAL 500000.00 | 500,000.000 | 56.9375 | | -284,687.50 |
| 12/31/07 | 12/28/07 | PURCHASED | FIRST HORIZON MTG PASTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A#2 0.000% 10/25/33 B/E DTD 06/01/03 FACTOR 1.000000000 REM BAL 500.020 | 500,000.000 | 56.9375 | | -284,687.50 |
| 12/31/07 | PURCHASED | | GNMA GTD REMIC PASS THRU CTF REMIC TR 2005-45 CL 45 OT INV FLTR 8.000% 08/16/35 B/E DTD 06/16/05 CLB FACTOR 0.69788542.00 REM BAL 72,839 VARIABLE RATE | 122,000.000 | | -243.13 | -69,535.73 |

**Total Value of all Transactions**  $3,663,918.46

The price and quantity displayed may have been rounded.

## Messages

BEGINNING JANUARY 1, 2008, MAJOR BROKERAGE FIRMS AND FINANCIAL ORGANIZATIONS, INCLUDING YOUR FINANCIAL ORGANIZATION, WILL ELIMINATE STOCK CERTIFICATE ISSUANCE FOR STOCKS THAT ARE DIRECT REGISTRATION SYSTEM (DRS)-ELIGIBLE AND CONTINUE TO MAINTAIN THESE SECURITIES IN YOUR BROKERAGE ACCOUNT. SUCH SECURITIES MAY BE TRANSFERRED THROUGH DRS FOR CLIENTS WISHING TO MAINTAIN DIRECT OWNERSHIP ON THE BOOKS OF THE ISSUER. ONCE TRANSFERRED, AND IF AN ISSUER DOES PROVIDE TRANSFERRED CERTIFICATES, CLIENTS MAY OBTAIN A STOCK CERTIFICATE BY CONTACTING THE ISSUER'S AGENT IDENTIFIED ON THE DRS STATEMENT.

PHYSICAL STOCK CERTIFICATES ONCE WERE COMMONPLACE IN THE FINANCIAL SERVICES INDUSTRY, BUT MUCH AS SAVINGS PASS BOOKS HAVE DISAPPEARED FROM BANKS, NEW TECHNOLOGY PLATFORMS AND REGULATORY CHANGES HAVE NOW MOVED BROKERAGE FIRMS AWAY FROM PAPER TRANSACTIONS AND TOWARDS SECURITIES ISSUED IN "BOOK-ENTRY" FORM, WITHOUT CERTIFICATES AND WITH CLIENT OWNERSHIP RECORDED ELECTRONICALLY.

YOUR INVESTMENT PROFESSIONAL CAN HELP YOU DECIDE THE BEST OPTION FOR HOLDING SECURITIES.

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

DI4414 3LAT3C  FAX COMMUNICATION

CROCKER SECURITIES LLC

Account Number: 747-9591035

PAR-02-ROLL

Creating Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation.
Member FINRA, NYSE, SIPC

Page 19 of 24

00084971SC9733514

# Trades Not Settled

B009321 SCRP33044

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 01/31/08 | 11/29/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-63 CL-63-TE 10.000% 07/25/26 B/E DTD 06/25/05 FACTOR .99996270000 REM BAL 34598.19 CORRECTED CONFIRM | -350,000.000 | 105.8437 | -583.31 | 371,023.94 |
| 01/14/08 | 12/12/07 | Buy | FNMA 30 YEAR TBA SETT JANUARY | 7,000,000.000 | 95.8437 | 13,902.78 | -6,722,965.28 |
| 01/14/08 | 12/12/07 | Sell | FNMA 30 YEAR TBA SETT JANUARY FACTOR 1.00000000000 REM BAL | 27,000,000.000 | 95.8437 | 53,625.00 | -25,931,437.50 |
| 01/14/08 | 12/12/07 | Sell | FNMA 30 YEAR TBA SETT JANUARY FACTOR 1.00000000000 REM BAL 7,000,000 | -7,000,000.000 | 99.1406 | -13,902.78 | 6,953,746.53 |
| 01/14/08 | 12/12/07 | Sell | FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/26 REG DTD 01/01/06 FACTOR 1.00000000000 REM BAL 27,000,000 | -27,000,000.000 | 99.0976 | -53,625.00 | 26,809,592.20 |
| 01/15/08 | 12/13/07 | Sell | FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/26 REG DTD 01/01/06 FACTOR 1.00000000000 REM BAL | | | | |
| 01/15/08 | 12/13/07 | Sell | SOUNDVIEW HOME LN TR SER 2005-B ASSET BKD CTF CL M-2 STEP CPN 0.000% 05/25/35 B/E DTD 10/01/05 CLB | | | | |
| 01/13/08 | 12/13/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC FACTOR 1.00000000000 REM BAL 110,000 | -110,000.000 | 100.0030 | -244.90 | 110,244.90 |
| 01/31/08 | 12/27/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 VARIABLE RATE | -10,000,000,000.000 | 121.3437 | -6,816.21 | 10,937,712.76 |
| 01/31/08 | 12/27/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000000 REM BAL 10,000,000 VARIABLE RATE | -10,000,000.000 | 119.3437 | -58,666.67 | 12,001,041.67 |
| 01/31/08 | 12/27/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-114 CL-CL-CS 8.000% 07/25/35 B/E DTD 12/01/05 FACTOR 0.90386065600 REM BAL 3,712,180 | -6,150,000.000 | 100.8437 | -24,747.37 | 3,768,249.98 |
| 01/31/08 | 12/27/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2806 CL-2906-LS INV FLTR 2.603% 08/15/34 B/E DTD 12/01/04 FACTOR 0.11394492200 REM BAL 203,240 VARIABLE RATE | -1,836,333.000 | 94.1562 | -455.05 | 197,468.36 |
| 01/31/08 | 12/27/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2829 CL-2829-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB FACTOR 0.66824016800 REM BAL 143,871 VARIABLE RATE | -215,000.000 | 93.1250 | -446.98 | 131,241.19 |



**CROCKER SECURITIES**
2999 Oak Road · Suite 1010 · Walnut Creek, CA 94597
925-441-5500

# Brokerage Account Statement

Statement Period: 12/01/2007 - 12/31/2007

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 01/31/08 | 12/27/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-83-TE 10.000% 07/25/36 B/E DTD 06/25/06 FACTOR 0.9999667700 REM BAL 248,991 | -250,000.000 | 165.5937 | -416.65 | 264,392.12 |
| 01/31/08 | 12/27/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR 0.6590186200 REM BAL 1,768.805 | -2,884,000.000 | 97.1250 | -11,792.04 | 1,720,744.84 |
| 01/31/08 | 12/27/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 03/15/36 B/E DTD 05/01/06 CLB FACTOR 0.7241103500 REM BAL 1,543,079 | -2,131,000.000 | 100.2187 | -9,644.24 | 1,556,038.88 |
| 01/03/08 | 12/28/07 | Buy | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-44 CL-46-NI INV FLTR 5.826% 06/25/36 B/E DTD 06/25/06 FACTOR 0.7202759400 REM BAL 158,460 | 220,000.000 | 93.8125 | 198.19 | -148,654.14 |
| 01/31/08 | 12/28/07 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 5.826% 06/25/36 B/E DTD 06/25/06 FACTOR 0.7202759400 REM BAL 158,460 VARIABLE RATE | -220,000.000 | 94.0625 | -146.64 | 149,200.74 |
| 01/03/08 | 12/28/07 | Buy | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.0000000000 REM BAL 4,400,000 | 4,400,000.000 | 95.5625 | 1,344.44 | -4,205,694.44 |
| 01/31/08 | 12/28/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CLB FACTOR 1.0000000000 REM BAL 4,400,000 | -4,400,000.000 | 95.8750 | -20,166.67 | 4,238,666.67 |
| 01/03/08 | 12/29/07 | Buy | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/36 B/E DTD 07/15/06 FACTOR 0.5808080540 REM BAL 205,821 | 350,000.000 | 100.5312 | 777.83 | -207,686.44 |
| 01/31/08 | 12/29/07 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/36 B/E DTD 07/15/06 FACTOR 0.5808080540 REM BAL 205,821 | -350,000.000 | 100.8437 | -686.07 | 208,243.88 |

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR46-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 21 of 24

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 01/31/08 | 12/31/07 | Sell | FIRST HORIZON MTG PASSTHRU TR 2003 B MTG PASSTHRU CTF CL 1A42 0.00% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500,000 | -500,000.000 | 57.0000 | 0.00 | 285,000.00 |
| 01/31/08 | 12/31/07 | Sell | GNMA GTD REMIC PASS THRU CTF REMIC TR 2004 45 CL 45 DT INV FLTR 8.00% 06/16/05 B/E DTD 06/16/05 CLB FACTOR 0.597865420 REM BAL 72,939 VARIABLE RATE | -122,000.000 | 95.0000 | -243.13 | 69,535.73 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Amount of Trades Not Settled | | | | | | | $32,567,566.59 |

Account Number: 727-891035
CROCKER SECURITIES LLC

DEALER RATED
FOR CONFIRMATION

FRAP-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

DOC9847C6CF210648

## GENERAL INFORMATION

## TERMS AND CONDITIONS

### THE ROLE OF PERSHING

### PAYMENT FOR ORDER FLOW PRACTICES

### Best Execution

### PORTFOLIO HOLDINGS

### ARBITRATION DISCLOSURES

- ALL PARTIES TO THIS AGREEMENT ARE GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT, INCLUDING THE RIGHT TO A TRIAL BY JURY, EXCEPT AS PROVIDED BY THE RULES OF THE ARBITRATION FORUM IN WHICH A CLAIM IS FILED.
- ARBITRATION AWARDS ARE GENERALLY FINAL AND BINDING; A PARTY'S ABILITY TO HAVE A COURT REVERSE OR MODIFY AN ARBITRATION AWARD IS VERY LIMITED.
- THE ABILITY OF THE PARTIES TO OBTAIN DOCUMENTS, WITNESS STATEMENTS AND OTHER DISCOVERY IS GENERALLY MORE LIMITED IN ARBITRATION THAN IN COURT PROCEEDINGS.
- THE ARBITRATORS DO NOT HAVE TO EXPLAIN THE REASON(S) FOR THEIR AWARD.
- THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.
- THE RULES OF SOME ARBITRATION FORUMS MAY IMPOSE TIME LIMITS FOR BRINGING A CLAIM IN ARBITRATION. IN SOME CASES, A CLAIM THAT IS INELIGIBLE FOR ARBITRATION MAY BE BROUGHT IN COURT.
- THE RULES OF THE ARBITRATION FORUM IN WHICH THE CLAIM IS FILED, AND ANY AMENDMENTS THERETO, SHALL BE INCORPORATED INTO THIS AGREEMENT.

### ARBITRATION

If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to One Pershing Plaza, Jersey City, NJ.

CROCKER SECURITIES LLC

Account Number: 717-891035

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

## TERMS AND CONDITIONS

### ARBITRATION AGREEMENT

ANY CONTROVERSY BETWEEN YOU AND US SHALL BE SUBMITTED TO ARBITRATION BEFORE THE FINANCIAL INDUSTRY REGULATORY AUTHORITY OR ANY OTHER NATIONAL SECURITIES EXCHANGE ON WHICH A TRANSACTION GIVING RISE TO THE CLAIM TOOK PLACE (AND ONLY BEFORE SUCH EXCHANGE).

NO PERSON SHALL BRING A PUTATIVE OR CERTIFIED CLASS ACTION TO ARBITRATION, NOR SEEK TO ENFORCE ANY PREDISPUTE ARBITRATION AGREEMENT AGAINST ANY PERSON WHO HAS INITIATED IN COURT A PUTATIVE CLASS ACTION WHO IS A MEMBER OF A PUTATIVE CLASS WHO HAS NOT OPTED OUT OF THE CLASS WITH RESPECT TO ANY CLAIMS ENCOMPASSED BY THE PUTATIVE CLASS ACTION UNTIL; (I) THE CLASS CERTIFICATION IS DENIED; OR (II) THE CLASS IS DECERTIFIED; OR (III) THE CUSTOMER IS EXCLUDED FROM THE CLASS BY THE COURT. SUCH FORBEARANCE TO ENFORCE AN AGREEMENT TO ARBITRATE SHALL NOT CONSTITUTE A WAIVER OF ANY RIGHTS UNDER THIS AGREEMENT EXCEPT TO THE EXTENT STATED HEREIN. THE LAWS OF THE STATE OF NEW YORK GOVERN

If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.

CROCKER SECURITIES LLC

Account Number: 727-891025

PAP-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Doc Break

**CROCKER SECURITIES**

1999 Oak Court • Suite 1010 • Walnut Creek, CA 94597
925-941-2540

CROCKER SECURITIES LLC
- TAXABLE TRADE #2 -
2999 OAK ROAD, SUITE 1010
WALNUT CREEK CA 94597

Your Investment Advisor:
DOUGLAS C. GREEN
(561) 750-9370

# Brokerage
## Account Statement

Account Number: 7Z7-891035
Statement Period: 01/01/2008 - 01/31/2008

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | -$5,614,613.43 |
| Cash Withdrawals | -213,102.00 |
| Dividends/Interest | -48,971.78 |
| Change in Account Value | 145,828.88 |
| Ending Account Value | -$5,730,858.33 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | 27,935,764.28 | 21,650,881.19 | 100% | Your Account is 100% Invested in Fixed Income. |
| Cash and Cash Equivalents | -33,550,377.71 | -27,181,739.52 | 0% | |
| Account Total | -$5,614,613.43 | -$5,730,858.33 | 100% | |

GOLDEN GATE
FOR COMMISSION

8080394405P30042

PA8-08-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

# Customer Service Information

**Your Investment Advisor: RDG**

DOUGLAS C. GREEN
601 S. FEDERAL HIGHWAY STE 301
BOCA RATON
FL 33432-6008

| Contact Information | Customer Service Information |
|---|---|
| Telephone Number: (561) 750-9370 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| Fax Number: (561) 750-9360 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Cash and Cash Equivalents 0.00% of Portfolio | | | | | |
| | Cash Balance | -418,962.79 | -290,923.13 | | | |
| | Margin Balance | -33,131,414.92 | -26,890,816.39 | | | |
| | **Total Cash and Cash Equivalents** | **-$33,550,377.7** | **-$27,181,739.52** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income  100.00% of Portfolio** (In Maturity Date Sequence) | | | | | |
| | **Asset Backed Securities** | | | | | |
| 101,000.000¤ | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-ZS49JB INT ONLY 5.500% 04/15/26 B/E DTD 07/01/03 CLB *Security Identifier 31393JYK8  Factor: 0.52298845* | 2.1730 | 1,213.62 | 255.98 | | |
| 91,000.000¤ | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 *Security Identifier 31393TNJ1  Factor: 0.24168197* | 2.1450 | 472.10 | 110.05 | | |
| 124,000.000¤ | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-GS 0.000% 09/25/31 B/E DTD 07/25/03 *Security Identifier 31393D4K5  Factor: 0.50669144* | 8.5020 | 5,362.87 | 0.00 | | |
| 115,000.000¤ | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-64 CL-64-SA INV 4.706% 10/25/33 B/E DTD 06/01/05 *Security Identifier 31394EFE3  Factor: 0.20083317* | 21.5250 | 21,138.44 | 90.58 | | |
| 100,000.000¤ | FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CTF CL-1A26 20.000% 10/25/33 B/E DTD 08/01/03 CLB Moody Rating AAA S & P Rating AAA *Security Identifier 32051DH54  Factor: 0.40005420* | 117.1320 | 46,859.15 | 666.76 | | |

Account Number: 727-891035
CROCKER SECURITIES LLC
PNR 075-ROLL
Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC
Page 2 of 16

# Brokerage
## Account Statement

CROCKER
SECURITIES
2999 Oak Road, Suite M10, Walnut Creek, CA 94597
925-741-1340

## Portfolio Holdings (continued)

**Statement Period: 01/01/2008 - 01/31/2008**

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** (continued) | | | | | |
| | Asset Backed Securities (continued) | | | | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR2004-46 CL-46-CD "INV"<br>0.000% 09/25/34 B/E DTD 05/25/04<br>Security Identifier 31393U37 Factor: 0.8991314 | 106.5420 | 9,579,644.30 | 0.00 | | |
| 83,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2982 CL-2982YS INV FLTR<br>5.360% 04/15/34 B/E DTD 05/01/05<br>Security Identifier 31385U694 Factor: 0.0386989/6 | 96.5780 | 3,123.76 | 14.52 | | |
| 246,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2794 CL-2794-SF 0.000% 05/15/34 B/E<br>DTD 05/15/04 CL8<br>Security Identifier 31394Y894 Factor: 0.02304461 | 88.7920 | 5,033.60 | 0.00 | | |
| 7,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-KS "INV FLTG"<br>6.323% 05/25/35 B/E DTD 11/01/05<br>Security Identifier 31394U36 Factor: 0.386133/9 | 99.3140 | 2,685.83 | 14.25 | | |
| 7,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3356 CL 3356-CT 0.000% 10/15/35 B/E<br>DTD 08/01/07<br>Security Identifier 31397#R6S Factor: 0.59842036 | 100.6940 | 7,037.45 | 52.42 | | |
| 7,000.000M | CWMBS INC MTG PASS THRU CTF<br>SER 2005-24 CL-A-28 "INV FLTG"<br>7.706% 10/25/35 B/E DTD 09/01/05<br>Moody Rating AAA S & P Rating AAA<br>Security Identifier 12669#NS5 Factor: 0.6884003/4 | 95.0090 | 4,579.74 | 30.95 | | |
| 350,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/35 B/E DTD 07/15/06<br>Security Identifier 31358UEN6 Factor: 0.57194010 | 99.2820 | 198,741.75 | 1,251.12 | | |
| 58,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-HS "INV FLTG"<br>8.000% 12/25/35 B/E DTD 11/01/05<br>Security Identifier 31394UT51 Factor: 0.52306623 | 92.2500 | 27,993.45 | 202.23 | | |

Account Number: 7LZ-891035
CROCKER SECURITIES LLC

PNP-02-HOLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 3 of 16

B-003144-CGMP10012

OLEAR SMDI FOR COMMISSION(41ON)

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** (continued) | | | | | | |
| **Asset Backed Securities** (continued) | | | | | | |
| 10,000,000.000# | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HP "INV FLTG" 8.003% 12/25/35 B/E DTD 11/07/05 *Security Identifier 31394UT77  Factor: 1.000000000* | 92.0270 | 9,202,700.00 | 66,666.60 | | |
| 72,000.00# | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-61 CL-KS IO GS INV FLTR 0.000% 06/25/36 B/E DTD 05/26/06 *Security Identifier 31395DH71  Factor: 0.66435100* | 109.5890 | 52,420.00 | 0.00 | | |
| 2,750,000.000# | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-46 CL-46-NS INV FLTR 11.082% 06/25/36 B/E DTD 05/25/06 *Security Identifier 31395DYD5  Factor: 0.71852557* | 98.5820 | 1,947,926.41 | 18,255.23 | | |
| 350,000,000# | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 *Security Identifier 31395NQC4  Factor: 0.98998431* | 98.3060 | 344,058.72 | 2,916.56 | | |
| **Total Asset Backed Securities** | | | $21,450,881.19 | $90,528.25 | $0.00 | |
| **Total Fixed Income** | | | $21,450,881.19 | $90,528.25 | $0.00 | |

| Description | | | Market Value | Accrued Interest | Estimated Annual Income | |
|---|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | | -$5,730,858.33 | $90,528.25 | $0.00 | |

# This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes no account the last closing price as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.



**BNY MELLON**
* A COMMUNICATION FOR*
**CROCKER SECURITIES LLC**

Account Number: 727-591035
PARI-02-ROLL

Cleaning Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

800344CC5P13042



**CROCKER SECURITIES**
389 Oak Blvd · Suite 1050 · Walnut Creek, CA 94597
925-541-5540



# Brokerage
## Account Statement

Statement Period: 01/01/2008 - 01/31/2008

## Portfolio Holdings *(continued)*

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in establishing current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

**Foreign Currency Transactions** - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion date may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

**Proxy Vote** - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/08 | 12/26/07 | CORRECTED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500000.00 CORRECTED CONFIRM | 500,000,000 | 56.9375 | | -284,687.50 |
| 01/02/08 | 12/26/07 | CANCELLED PURCHASE | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500000.00 CANCELLED TRADE | -500,000,000 | 56.9375 | | 284,687.50 |
| 01/02/08 | | CONSOLIDATED FIRM BALANCES | TRANSFER TO 727891035 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 5.628% 08/25/36 B/E DTD 05/26/06 FACTOR 0.72027594004 REM BAL 158,460 | 220,000,000 | 93.8125 | -198.19 | -213,102.00 -148,854.14 |
| 01/03/08 | 12/28/07 | PURCHASED | VARIABLE DATE | | | | |

Account Number: 727-H91035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of the Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

DEALER ACTED FOR COMPANY/ISSUER

POF5-07.ROLL

# Transactions in Date Sequence (continued)



Account Number: 727-891035
CROCKER SECURITIES LLC
PAP-02-ROLL
Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC
Page 6 of 16

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/03/08 | 12/28/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/24 B/E DTD 10/01/04 CLB FACTOR 1.00000000000 REM BAL 4,400.000 | 4,400,000.000 | 55.5625 | -1,344.44 | -4,236,094.44 |
| 01/03/08 | 12/28/07 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 FACTOR 0.58080650400 REM BAL 205,821 | 350,000.000 | 103.5312 | -771.83 | -207,686.44 |
| 01/07/03 | 12/28/07 | CANCELLED PURCHASE | FIRST HORIZON MTG PASSTHRU CTF CL 1A42 0.003% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500000.000 CANCELLED TRADE | -500,000.000 | 56.9375 | | 284,698.50 |
| 01/14/03 | 12/12/07 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 REG DTD 01/01/06 FACTOR 1.00000000 REM BAL 7000000.00 CORRECTED CONFIRM | 7,000,000.000 | 100.9062 | -3,902.78 | -7,071,340.28 |
| 01/14/08 | 12/12/07 | CORRECTED PURCHASE | CORRECTED CONFIRM FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 REG DTD 01/01/06 FACTOR 1.00000000000 REM BAL 7000000.00 | 27,000,000.000 | 100.7500 | -53,678.60 | -27,256,125.00 |
| 01/14/08 | 12/12/07 | CORRECTED PURCHASE | CORRECTED CONFIRM FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 REG DTD 01/01/06 FACTOR 1.00000000000 REM BAL 7,000,000 | -7,000,000.000 | 99.1406 | 13,902.78 | 6,953,746.53 |
| 01/14/08 | 12/12/07 | SOLD | FNMA 30 YEAR TBA SETT JANUARY 5.500% 01/01/36 REG DTD 01/01/06 FACTOR 1.00000000000 REM BAL 27,000,000 | -27,000,000.000 | 99.0976 | 53,625.00 | 26,809,992.20 |
| 01/15/08 | 12/13/07 | SOLD | SOUNDVIEW HOME LN TR SER 2005-B ASSET BKD CTF CL M-2 STEP CPN 0.000% 06/25/35 B/E DTD 10/01/05 CLB FACTOR 1.00000000000 REM BAL 110,000 VARIABLE RATE | -110,000.000 | 102.0000 | 244.90 | 110,244.90 |
| 07/15/08 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-LB INT ONLY 5.500% 04/15/26 B/E DTD 09/01/03 CLB RD 12/31 PD 07/15/08 | | | | 289.33 |
| 07/15/08 | | BOND INTEREST RECEIVED | 137000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.003% 07/15/23 B/E DTD 10/15/03 CLB RD 12/31 PD 07/15/08 | | | | 247.33 |
| 07/15/08 | | BOND INTEREST RECEIVED | 1848331 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.609% 09/15/24 B/E DTD 12/01/04 RD 12/31 PD 07/15/08 | | | | 457.52 |



# Brokerage
## Account Statement

CROCKER
SECURITIES

2999 Oak Road · Suite 1050 · Walnut Creek, CA 94597
925-941-5340

Statement Period: 01/01/2008 - 01/31/2008

PVR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Account Number: 727-891035
CROCKER SECURITIES LLC

## Transactions in Date Sequence (continued)

| Process/ Trade/ Settlement Date | Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| | 01/15/08 | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2905 CL-2905-LS INV FLTR 2.6093% 08/15/34 B/E DTD 12/01/04 RO 12/31 PD 01/15/08 | | | | 4,495.63 |
| | 01/15/08 | BOND INTEREST RECEIVED | 215000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB RO 12/31 PD 01/15/08 | | | | 838.09 |
| | 01/15/08 | BOND INTEREST RECEIVED | 83000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 3.208% 04/15/34 B/E DTD 05/01/05 RO 12/31 PD 01/15/08 | | | | 8.65 |
| | 01/15/08 | BOND INTEREST RECEIVED | 125000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3059 CL 3059 SD INV FLTR 3.941% 05/15/35 B/E DTD 10/07/05 CLB RO 12/31 PD 01/15/08 | | | | 179.29 |
| | 01/15/08 | BOND INTEREST RECEIVED | 268400 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 6.000% 07/15/36 B/E DTD 01/07/06 RO 12/31 PD 01/15/08 | | | | 11,792.04 |
| | 01/15/08 | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 6.000% 07/15/36 B/E DTD 01/07/06 RO 12/31 PD 01/15/08 | | | | 14,512.98 |
| | 01/15/08 | BOND INTEREST RECEIVED | 213 000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB RO 12/31 PD 01/15/08 | | | | 9,644.24 |
| | 01/15/08 | BOND INTEREST RECEIVED | 220000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 3.392% 07/15/08 B/E DTD 07/15/06 CLB RO 12/31 PD 01/15/08 | | | | 509.98 |
| | 01/15/08 | BOND INTEREST RECEIVED | 200000 FHLMC CTD REMIC PASS THRU CTFS REMIC SER-3212 CL-3212-SE INV FLTR 6.000% 09/15/36 B/E DTD 09/15/06 CLB RO 12/31 PD 01/15/08 | | | | 1,222.34 |

B003944ICS3D0042

DEALER RATED
FOR COMPLIANCE

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/15/08 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER-3212 CL-3212-SE INV FLTR 0.000% 09/15/08 B/E DTD 09/15/06 CLB RD 12/31 PD 01/15/08 | | | | 5,959.98 |
| 01/15/08 | | BOND INTEREST RECEIVED | 7000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 90.003% 10/15/35 B/E DTD 08/01/07 RD 12/31 PD 01/15/08 | | | | 52.42 |
| 01/16/08 | 12/13/07 | CANCELLED SELL | SOUNDVIEW HOME LN TR SER 2005-B ASSET BKD CTF CL WA-2 STEP CPN 0.000% 08/25/35 B/E DTD 10/01/05 CLB FACTOR .10000000000 REM BAL 110,000 VARIABLE RATE CANCELLED TRADE | 110,000.000 | 110.0000 | -244.90 | -110,244.90 |
| 01/16/08 | | BOND INTEREST RECEIVED | 122000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 08/16/35 B/E INV FLTR 8.000% 08/16/35 B/E DTD 08/16/05 CLB RD 12/31 PD 01/16/08 | | | | 486.26 |
| 01/16/08 | | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 09/16/35 B/E DTD 08/16/05 CLB RD 12/31 PD 01/16/08 | | | | 730.07 |
| 01/22/08 | 01/19/08 | INT. CHARGED ON DEBIT BALANCES | FRM DEBIT INTEREST FOR INTEREST PERIOD 12-20-07 TO 01-19-08 | | | | -208,311.25 |
| 01/25/08 | | BOND INTEREST RECEIVED | 7000 CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTC" 5.223% 10/25/35 B/E DTD 03/01/05 RD 12/31 PD 01/25/08 | | | | 18.57 |
| 01/25/08 | | BOND INTEREST RECEIVED | 124000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-GS 0.003% 08/25/31 B/E DTD 07/26/03 RD 12/31 PD 01/25/08 | | | | 118.79 |
| 01/25/08 | | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E RD 12/31 PD 01/25/08 | | | | 122.02 |
| 01/25/08 | | BOND INTEREST RECEIVED | THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/31 B/E DTD 09/01/03 RD 12/31 PD 01/25/08 10000000 FNMA GTD REMIC PASS | | | | 34,081.05 |
| 01/25/08 | | PRINCIPAL PAY DOWN RECEIVED | DTD 05/25/04 RD 12/31 PD 01/25/08 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 09/25/24 B/E DTD 05/25/04 RD 12/31 PD 01/25/08 | | | | 16,875.90 |



CROCKER
SECURITIES

1990 Oak Road · Suite 1110 · Walnut Creek, CA 94597
925-941-4240

DEALER · MTD
FOR CONVENTIONS

# Brokerage
## Account Statement

Statement Period: 01/01/2008 - 01/31/2008

Account Number: 721-091035
CROCKER SECURITIES LLC

PAR-00-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

## Transactions in Date Sequence *(continued)*

| Process/ Trade/ Settlement Date | Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/25/08 | | BOND INTEREST RECEIVED | 115000 FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-64 CL-64-SA INV 2.925% 10/25/35 B/E DTD 06/01/05 RD 12/31 PD 01/25/08 | | | | 56.30 |
| 01/25/08 | | BOND INTEREST RECEIVED | 205981 FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-59 CL-59-SE 0.000% 09/25/35 B/E DTD 06/26/05 RD 12/31 PD 01/25/08 | | | | 583.32 |
| 01/25/08 | | BOND INTEREST RECEIVED | 7000 FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-KS "INV FLTG" 5.265% 06/25/35 B/E DTD 11/01/05 RD 12/31 PD 01/25/08 | | | | 12.02 |
| 01/25/08 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-KS "INV FLTG" 5.265% 09/25/35 B/E DTD 11/01/05 RD 12/31 PD 01/25/08 | | | | 41.13 |
| 01/25/08 | | BOND INTEREST RECEIVED | 58000 FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 12/31 PD 01/25/08 | | | | 202.23 |
| 01/25/08 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-114 CL-HP "INV FLTG" 8.000% 12/26/35 B/E DTD 11/01/05 RD 12/31 PD 01/25/08 | | | | 66,666.67 |
| 01/25/08 | | BOND INTEREST RECEIVED | 616000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-114 CL-CS 8.000% 01/25/35 B/E DTD 12/01/05 RD 12/31 PD 01/25/08 | | | | 24,747.86 |
| 01/25/08 | | BOND INTEREST RECEIVED | 72000 FNMA GTD REMIC PASS THRU CTF REMIC TR 2008 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 05/25/06 RD 12/31 PD 01/25/08 | | | | 379.08 |
| 01/25/08 | | BOND INTEREST RECEIVED | 134000 FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-46 CL-46-NS INV FLTR 5.626% 06/25/36 B/E DTD 05/25/06 RD 12/31 PD 01/25/08 | | | | 452.69 |

Page 9 of 16

B003944CGRP03043

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/25/08 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-4G CL-4G HS INV FLTR 5.828% 09/25/36 B/E DTD 05/25/06 RD 12/31 PD 01/25/08 | | | | 235.55 |
| 01/25/08 | | BOND INTEREST RECEIVED | 600000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 05/25/06 | | | | 4,999.83 |
| 01/25/08 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/26/06 RD 12/31 PD 01/25/08 | | | | 1.17 |
| 01/25/08 | | BOND INTEREST RECEIVED | 100000 FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CTF CL-1A26 20.000% 10/25/33 B/E DTD 08/01/03 CLB RD 12/31 PD 01/25/08 | | | | 666.76 |
| 01/25/08 | | BOND INTEREST RECEIVED | 110000 SOUNDVIEW HOME LN TR SER 2005-B ASSET BKD CTF CL 1A-2 STEP CPN 0.000% 05/25/35 B/E DTD 10/01/05 CLB RD 12/31 PD 01/25/08 | | | | 524.79 |
| 12/27/07 | | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/26/06 FACTOR .99996431000 REM BAL .249691.08 CORRECTED CONFIRM | -250,000.000 | 100.0000 | 277.77 | 250,268.85 |
| 01/29/08 | 01/24/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3059 CL 3059 SD INV FLTR 3.941% 06/15/35 B/E DTD 10/01/05 CLB FACTOR 0.43868202000 REM BAL 54.832 | -125,000.000 | 92.0000 | 259.76 | 50,475.89 |
| 01/29/08 | 01/24/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SEC-3164 CL-3164-LIO "PRIN ONLY" 0.000% 06/01/06 B/E DTD 06/01/06 FACTOR 1.00000000 REM BAL 100,000 | -100,000.000 | 70.0000 | | 70,000.00 |
| 01/29/08 | 01/24/08 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SEC-3212 CL-3212-SE INV FLTR 0.000% 09/15/36 B/E DTD 09/15/06 CLB VARIABLE RATE FACTOR 0.78344000100 REM BAL 156,688 VARIABLE RATE | -200,000.000 | 100.0000 | 996.57 | 157,694.67 |
| 01/30/08 | 07/30/08 | PURCHASED | GNMA GTD REMIC PASS THRU CTFS REMIC SEC-2004-92 CL-92 AT 0.000% 11/6/24 B/E DTD 11/16/04 CLB SOLICITED ORDER VARIABLE RATE FACTOR .73026353 REM BAL 2190.79 | 3,000.000 | 100.0000 | -6.82 | -2,197.61 |

Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

BOO394402SF0042



CROCKER
SECURITIES

2999 Oak Road • Suite 1010 • Walnut Creek, CA 94597
925-941-3640

# Brokerage
## Account Statement

## Transactions in Date Sequence *(continued)*

Statement Period: 01/01/2008 - 01/31/2008

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/08 | 07/30/08 | SOLD | GNMA GTD REMIC PASS THRU CTFS REMIC SER 2004-02 CL 92 AT 0.000% 11/16/24 B/E DTD 11/16/04 CLB SOLICITED ORDER VARIABLE RATE FACTOR .73026353 REM BAL 2180.79 | -3,000.000 | 100.0000 | 6.82 | 2,197.61 |
| 01/31/08 | 11/29/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 05/25/06 FACTOR .99996431000 REM BAL 349887.51 CORRECTED CONFIRM | -350,000.000 | 165.8437 | 583.30 | 371,023.21 |
| 01/31/08 | 12/13/07 | CORRECTED SELL | SOUNDVIEW HOME LN TR SER 2005-B ASSET BKD CTF CL M-2 STEP CPN 0.000% 06/25/35 B/E DTD 10/01/05 CLB FACTOR 1.000000000 REM BAL 110000.00 | -110,000.000 | 99.0000 | 524.79 | 109,424.79 |
| 01/31/08 | 12/27/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL-46-QD "INV" VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 121.3437 | 15,727.34 | 10,926,146.04 |
| 01/31/08 | 12/27/07 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR .88913314000 REM BAL 8891331.40 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 120.0937 | 56,686.67 | 12,076,041.67 |
| 01/31/08 | 12/27/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 1000000000.00 VARIABLE RATE CORRECTED CONFIRM | -6,150,000.000 | 100.8437 | 24,747.87 | 3,768,249.98 |
| 01/31/08 | 12/22/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2905 CL-2905-LS INV FLTR 4.850% 00/15/34 B/E DTD 12/01/04 FACTOR .11510020D00 REM BAL 205884.63 VARIABLE RATE CORRECTED CONFIRM | -1,846,333.000 | 95.0000 | 790.78 | 196,381.18 |

BK0594400SEF10042

PAX EUR RATED
FOR CONSUMER(S)

## Transactions in Date Sequence *(continued)*



B00394.000BP0042

CROCKER SECURITIES LLC

Account Number: 727-891035

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

PYRF-02-RDLL

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/08 | 12/27/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/25 B/E DTD 02/15/06 CLB FACTOR .0668240180 REM BAL 143,671 VARIABLE RATE | -215,000.000 | 93.1250 | 446.98 | 134,241.19 |
| 01/31/08 | 12/27/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR .8538714000000 REM BAL 1754293.00 CORRECTED CONFIRM | -1,844.000 | | | |
| 01/31/08 | 12/27/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 05/15/36 B/E DTD 05/01/06 CLB FACTOR 0.7241103050 REM BAL 1,543,079 FNMA GTD REMIC PASS THRU CTF REMIC | -2,131,000.000 | 100.2187 | 9,646.24 | 1,556,098.88 |
| 01/31/08 | 12/28/07 | CORRECTED SELL | TR-2006-46 CL-46-NS INV FLTR 5.629% 06/25/36 B/E DTD 06/25/06 FACTOR .7185265700000 REM BAL 158075.63 VARIABLE RATE CORRECTED CONFIRM | -220,000.000 | 94.0625 | 292.10 | 148,981.99 |
| 01/31/08 | 12/28/07 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E REM BAL 4,400.000 DTD 10/01/04 CLB FACTOR 1.0000000000 | -4,400,000.000 | 95.8750 | 20,166.67 | 4,238,686.67 |
| 01/31/08 | 12/28/07 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 FACTOR .5719401000000 REM BAL 200179.04 CORRECTED CONFIRM | -350,000.000 | 103.8437 | 661.26 | 202,535.31 |
| 01/31/08 | 12/31/07 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 500000.00 CORRECTED CONFIRM | -500,000.000 | 57.0000 | 285.00 | 285,000.00 |
| 01/31/08 | 12/31/07 | CORRECTED SELL | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB FACTOR .0918812000000 REM BAL 72209.51 VARIABLE RATE CORRECTED CONFIRM | -122,000.000 | 95.0000 | 240.70 | 68,839.73 |
| 01/31/08 | 01/30/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-DO "INV" 0.000% 03/25/34 B/E DTD 03/25/04 FACTOR 0.8991331400 REM BAL 8,991,331 VARIABLE RATE | 10,000,000.000 | 121.3750 | -15,727.34 | -10,928,955.83 |

**CROCKER SECURITIES**

3699 Oak Street • Suite 1010 • Walnut Creek, CA 94597
925.441.1540

# Brokerage
## Account Statement

Statement Period: 01/01/2008 - 01/31/2008

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 07/31/08 | 07/30/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 10/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10,000,000 VARIABLE RATE | 10,000,000.000 | 120.1250 | -68,686.67 | -12,079,186.67 |
| 07/31/08 | 07/30/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CL8 FACTOR 1.000000000 REM BAL 4,400,000 VARIABLE RATE | 4,400,000.000 | 95.9062 | -20,166.67 | -4,240,041.67 |
| 07/31/08 | 07/30/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2874 CL-2874-GG 5.500% 10/15/34 B/E DTD 10/01/04 CL8 FACTOR 1.000000000 REM BAL 4,400,000 | -4,400,000.000 | 97.7500 | 20,166.67 | 4,321,166.67 |
| 07/31/08 | 07/30/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-59 CL-59-SE 0.000% 06/25/35 B/E DTD 06/25/05 FACTOR 0.9302412020 REM BAL 186,782 VARIABLE RATE | -206,981.000 | 92.0000 | 268.69 | 172,109.27 |
| 07/31/08 | 07/31/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2692 CL-2692-SC 0.000% 07/15/33 B/E DTD 10/15/03 CL8 FACTOR 0.6703629600 REM BAL 91.839 VARIABLE RATE | -137,000.000 | 196.50 | 196.50 | 66,321.10 |
| 07/31/08 | 07/31/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 0.000% 06/16/34 B/E DTD 05/15/04 CL8 FACTOR 0.0230948100 REM BAL 5.698 VARIABLE RATE | 246,000.000 | 99.0000 | -9.91 | -5,622.19 |
| 07/31/08 | 07/31/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR TR-2006-46 CL-46-NS INV FLTR 11.087% 06/25/36 B/E DTD 05/25/06 FACTOR 0.7185255700 REM BAL 158.075 VARIABLE RATE | 220,000.000 | 94.0937 | -292.10 | -149,131.38 |
| 07/31/08 | 07/31/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 11.087% 06/25/36 B/E DTD 05/25/06 FACTOR 0.7185255700 REM BAL 3,229,053 VARIABLE RATE | 4,494,000.000 | 95.7500 | -5,966.79 | -3,097,785.91 |

Account Number: 727-897035
CROCKER SECURITIES LLC

PAS-80-ROLL

Cleared Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

## Transactions in Date Sequence (continued)

| Process/ Trade/ Settlement Date | Trade/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/08 | 01/31/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46 NS INV FLTR 11.087% 06/25/36 B/E DTD 05/25/06 | -2,098,000,000 | 97.7500 | 2,783.56 | 1,476,334.21 |
| 01/31/08 | 01/31/08 | PURCHASED | FACTOR 0.71865256700 REM BAL 1,507,466 | | | | |
| | | | VARIABLE RATE | | | | |
| | | | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-83 CL-63 IE 10.00% 07/25/36 B/E DTD 06/26/06 FACTOR 0.98598643100 REM BAL 369,987 | 350,000,000 | 105.8750 | -583.31 | -371,132.59 |
| 01/31/08 | 01/31/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/16/35 B/E DTD 07/15/06 FACTOR 0.57194010000 REM BAL 200,179 | 350,000,000 | 100.8750 | -667.26 | -202,597.86 |
| 01/31/08 | 01/31/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 6.833% 07/15/36 B/E DTD 07/15/06 CLB FACTOR 0.70738660400 REM BAL 155,620 | -220,000,000 | 95.0000 | 472.65 | 148,312.07 |

**Total Value of all Transactions** — $6,368,638.19

The price and quantity displayed may have been rounded.

## Messages

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 02/12/08 | 01/14/08 | Buy | FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/08 REG DTD 02/01/07 FACTOR 1.000000000 REM BAL 27,000,000 | 27,000,000,000 | 95.7187 | -45,375.00 | -25,889,431.50 |
| 02/12/08 | 01/14/08 | Buy | FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/08 REG DTD 02/01/07 FACTOR 1.000000000 REM BAL 7,000,000 | 7,000,000,000 | | 11,763.89 | -6,712,076.39 |
| 02/12/08 | 01/14/08 | Sell | FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/08 REG DTD 02/01/07 FACTOR 1.000000000 REM BAL 27,000,000 | -27,000,000,000 | 100.6835 | -45,375.00 | 27,229,945.33 |

Account Number: 727-691035
CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

CROCKER
SECURITIES

1399 Oakland · Suite 1410 · Walnut Creek, CA 94597
925-941-6540

# Brokerage
## Account Statement

Statement Period: 01/01/2008 - 01/31/2008

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through: Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 15 of 16

## Trades Not Settled *(continued)*

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 02/12/08 | 01/14/08 | Sell | FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/36 REG DTD 02/01/07 FACTOR 1.000000000 REM BAL 7,000,000 | -7,000,000.000 | 100.9815 | -17,763.89 | 7,071,313.27 |
| 02/28/08 | 01/30/08 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-GD "INV" 0.000% 03/25/34 B/E DTD 06/25/04 FACTOR 0.859133100 REM BAL 8,501,331 VARIABLE RATE | -10,000,000.000 | 121.4375 | -7,863.67 | 10,926,711.74 |
| 02/28/08 | 01/30/08 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10,000,000 VARIABLE RATE | -10,000,000.000 | 121.1875 | -60,000.00 | 12,078,750.00 |
| 02/05/08 | 01/30/08 | Buy | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-OS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.603606000 REM BAL 3,712,180 | 6,150,000.000 | 100.8750 | 3,299.72 | -3,747,961.89 |
| 02/28/08 | 01/31/08 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-OS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.603606000 REM BAL 3,712,180 | -6,150,000.000 | 100.8750 | -22,273.08 | 3,766,893.25 |
| 02/05/08 | 01/31/08 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 11.087% 06/25/36 B/E DTD 05/25/06 FACTOR 0.718525700 REM BAL 1,975,945 VARIABLE RATE | -2,750,000.000 | 97.3500 | -6,085.40 | 1,937,571.95 |
| 02/05/08 | 01/31/08 | Buy | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB FACTOR 0.668240100 REM BAL 143,671 VARIABLE RATE | 216,000.000 | 93.1562 | 558.72 | -134,397.83 |
| 02/28/08 | 01/31/08 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 FACTOR 0.999964100 REM BAL 349,987 | -350,000.000 | 102.5600 | -291.85 | 359,028.85 |

8002344CC5313042

## Trades Not Settled (continued)

Account Number: 727-891035
CROCKER SECURITIES LLC
PAIR-03-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 16 of 16

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 02/05/08 | 01/31/08 | Buy | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3095 CL-3095-SG INV FLTR 8.000% 01/15/08 B/E DTD 01/01/05 FACTOR 0.05361140000 REM BAL 1,754,292 | 2,684,000.000 | 97.1562 | 1,555.37 | -1,705,561.66 |
| 02/05/08 | 01/31/08 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3095 CL-3095-SG INV FLTR 8.000% 01/15/08 B/E DTD 01/01/05 FACTOR 0.05361140000 REM BAL 1,754,292 | -2,684,000.000 | 97.2800 | -10,525.76 | 1,716,575.70 |
| 02/28/08 | 01/31/08 | Buy | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 09/15/36 B/E DTD 05/01/06 CLB FACTOR 0.72411035000 REM BAL 1,543,079 | 2,131,000.000 | 100.2500 | 1,285.90 | -1,548,272.75 |
| 02/28/08 | 01/31/08 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 09/15/36 B/E DTD 05/01/06 CLB FACTOR 0.72411035000 REM BAL 1,543,079 | -2,131,000.000 | 100.0000 | -8,679.82 | 1,551,758.98 |
| 02/06/08 | 01/31/08 | Buy | MTG PASSTHRU CTF CL 1K42 FIRST HORIZON MTG PASSTHRU TR 2003 B 0.000% 10/25/33 B/E DTD 08/01/03 | 500,000.000 | 56.0000 | 0.00 | -280,000.00 |
| 02/28/08 | 01/31/08 | Sell | MTG PASSTHRU CTF CL 1K42 FIRST HORIZON MTG PASSTHRU TR 2003 B 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000000 REM BAL 500,000 | -500,000.000 | 55.0000 | 0.00 | 275,000.00 |
| 02/05/08 | 01/31/08 | Buy | GNMA GTD REMIC PASS THRU CTF REMIC TR 2004-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB FACTOR 0.59188012100 REM BAL 72,209 VARIABLE RATE | 122,000.000 | 95.0312 | 304.80 | -66,926.48 |

**Total Amount of Trades Not Settled** $26,826,663.59

B00324ACCSF33042

READ ABOVE FOR EXAMINATION

Doc Break



CROCKER
SECURITIES

1999 Oak Road · Suite 1010 · Walnut Creek, CA 94597
925-741-1540

CROCKER SECURITIES LLC
-- TAXABLE TRADE #2 --
2999 OAK ROAD, SUITE 1010
WALNUT CREEK CA 94597

Your Investment Advisor:
DOUGLAS C. GREEN
(561) 750-9370

# Brokerage
## Account Statement

Account Number: 7Z7-891635
Statement Period: 02/01/2008 - 02/29/2008

## Valuation at a Glance

|  | This Period |
|---|---|
| Beginning Account Value | -$5,730,868.33 |
| Cash Withdrawals | -230,048.00 |
| Dividends/Interest | 8,522.04 |
| Change in Account Value | -814,944.27 |
| Ending Account Value | -$6,767,328.56 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | | | | |
| Cash and Cash Equivalents | 21,450,881.19 | 26,073,331.31 | 100% | Your Account is 100% invested in Fixed Income. |
| | -27,181,739.52 | -32,846,659.87 | 0% | |
| Account Total | -$5,730,868.33 | -$6,767,328.56 | 100% | |

MAILER MAID
for communication

D0016075SCB030024

PRPP-02-PROLL

Clearing Through: Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation.
Member FINRA, NYSE, SIPC

## Customer Service Information

Your Investment Advisor: RDG

DOUGLAS C GREEN
601 S. FEDERAL HIGHWAY STE 301
BOCA RATON    FL 33432-6008

| Contact Information | Customer Service Information |
| --- | --- |
| Telephone Number: (561) 759-9370 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| Fax Number: (561) 750-9360 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
| --- | --- | --- | --- | --- | --- | --- |
| | Cash and Cash Equivalents  0.00% of Portfolio | | | | | |
| | Cash Balance | -290,923.13 | -292.75 | | | |
| | Margin Balance | -26,890,816.39 | -32,846,367.12 | | | |
| | **Total Cash and Cash Equivalents** | **-$27,181,739.5** | **-$32,846,659.87** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
| --- | --- | --- | --- | --- | --- | --- |
| | **Fixed Income  100.00% of Portfolio** (in Maturity Date Sequence) | | | | | |
| | **Asset Backed Securities** | | | | | |
| 101,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2346 CL-2549-JB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB Security Identifier: 31393K0 Factor: 0.52652816 | 2.8530 | 1,571.21 | 227.49 | | |
| 91,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 Security Identifier: 31393TN1 Factor: 0.23044752 | 1.9450 | 407.88 | 97.86 | | |
| 124,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-75-GS 0.000% 09/25/31 B/E DTD 07/25/03 Security Identifier: 313SDAXE Factor: 0.56269782 | 10.0830 | 6,285.19 | 0.00 | | |
| 115,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-54 CL-54-SA INV 8.080% 10/25/33 B/E DTD 06/01/05 Security Identifier: 31394FE1 Factor: 0.20063317 | 1.9450 | 21,860.72 | 188.23 | | |
| 100,000.00M | FIRST HORIZON MTG PASS THRU TR SER 2003 B CTF CL-1A26 20.000% 10/25/33 B/E DTD 08/01/03 CLB Moody Rating AAA S & P Rating AAA Security Identifier: 32051DH54 Factor: 0.40005420 | 111.8870 | 47,165.19 | 622.31 | | |



Account Number: 727-891035

CROCKER SECURITIES II.C

Creating Through Pending LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA NYSE, SIPC



**CROCKER SECURITIES**

1777 Oak Blvd • Suite 100 • Walnut Creek, CA 94597
925/941-1240

# Brokerage Account Statement

Statement Period: 02/01/2008 - 02/29/2008

## Portfolio Holdings (continued)

### Fixed Income (continued)

#### Asset Backed Securities (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| 500,000.000# | FIRST HORIZON MTG PASSTHRU TR 2008 8<br>MTG PASSTHRU CTF CL 1A42<br>0.000% 10/25/33 B/E DTD 08/01/03<br>Moody Rating AAA S & P Rating AAA<br>*Security Identifier* 320610X60  Factor: 1.00000000 | 231,625.00 | 0.00 | | | |
| 10,000,000.000# | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2004-65 CL-46-LO 7IW<br>0.000% 02/25/34 B/E DTD 06/25/04<br>*Security Identifier* 31393TU37  Factor: 0.89744823 | 111.2920 | 9,987,880.84 | 0.00 | | |
| 246,000,000.000# | FNLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2794 CL-2794-SF 0.000% 05/15/34 B/E<br>DTD 05/15/04 CLB<br>*Security Identifier* 31394JQ84  Factor: 0.02204461 | 84.7790 | 4,606.10 | 0.00 | | |
| 6,160,000.000# | FNLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2065-114 CL-GS 8.000% 01/25/05 B/E<br>DTD 12/01/05<br>*Security Identifier* 31394ND23  Factor: 0.59894199 | 96.6730 | 3,323,781.05 | 22,842.55 | | |
| 111,000,000# | FNLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2929 CL-2929-TS IW FLTR<br>7.000% 02/15/35 B/E DTD 02/15/05 CLB<br>*Security Identifier* 31936RM88  Factor: 0.66824018 | 93.0370 | 69,009.88 | 403.84 | | |
| 7,000,000# | FNMA GTD REMIC PASS THRU CTF REMIC<br>R.785% 06/25/35 B/E DTD 11/01/05<br>*Security Identifier* 31394UQ36  Factor: 0.28663979 | 97.9630 | 2,649.29 | 18.48 | | |
| 72,000,000# | GNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2005-45 CL-45-DT 1IW FLTR<br>8.000% 06/16/35 B/E DTD 06/16/05 CLB<br>*Security Identifier* 38374LGE5  Factor: 0.50829982 | 99.0250 | 42,015.90 | 266.01 | | |
| 7,000,000# | FNLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3359 CL 3359-CT 9.000% 10/15/36 B/E<br>DTD 08/01/07<br>*Security Identifier* 31397KBG5  Factor: 0.95942036 | 93.7610 | 6,552.90 | 48.92 | | |

DELTA GOLD
FSC CO-FUNDRAISER

Account Number: 727-891035
CROCKER SECURITIES LLC

PAP-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** (continued) | | | | | |
| | **Asset Backed Securities** (continued) | | | | | |
| 7,000.00M | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 8.105% 10/25/35 B/E DTD 09/01/05 Moody Rating AAA S & P Rating AAA Security Identifier 12699KKS6 Factor: 0.66864034 | 97.6560 | 4,705.85 | 30.38 | | |
| 265,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/05 Security Identifier 31396LEN6 Factor: 0.54741802 | 97.0670 | 140,818.71 | 846.26 | | |
| 3,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-IS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 Security Identifier 31334U751 Factor: 0.82300623 | 88.8810 | 1,394.56 | 9.76 | | |
| 10,000,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 Security Identifier 31334U751 Factor: 0.82300623 | 88.8000 | 8,880,000.00 | 62,222.20 | | |
| 2,684,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 Security Identifier 31396GNR6 Factor: 1.00000000 | 89.5170 | 1,569,415.79 | 10,908.82 | | |
| 2,131,000.00M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 06/01/06 CLB Security Identifier 31396NUD7 Factor: 0.72741035 | 88.5300 | 1,381,518.77 | 9,001.28 | | |
| 27,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 05/25/35 B/E DTD 05/25/06 Security Identifier 31395DH77 Factor: 0.66435100 | 109.2960 | 19,604.95 | 0.00 | | |
| 350,000.00M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/35 B/E DTD 08/25/06 Security Identifier 31395NCC4 Factor: 0.99996235 | 94.6680 | 331,326.53 | 2,722.12 | | |
| | **Total Asset Backed Securities** | | $26,079,331.31 | $110,424.91 | $0.00 | |
| | **Total Fixed Income** | | $26,079,331.31 | $110,424.91 | $0.00 | |
| | **Total Portfolio Holdings** | | -$6,767,328.56 | $110,424.91 | $0.00 | |



Account Number: 7L7-891035
CROCKER SECURITIES LLC

POR-QC-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 4 of 15



CROCKER
SECURITIES

2099 Oak Road • Suite 1011 • Walnut Creek, CA 94597
925.945.2500



DANA B. BANE
FOR COMMUNICATIONS

# Brokerage
## Account Statement

Statement Period: 02/01/2008 - 02/29/2008

Account Number: 7Z7-BS1035
CROCKER SECURITIES LLC

## Portfolio Holdings (continued)

⊠ This symbol next to the quantity indicates a position in your margin account.

### Disclosures and Other Information

**Pricing** - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment** - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

**Foreign Currency Transactions** - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

**Proxy Vote** - Securities held by you on margin (securities not fully paid for by you) may be lent by others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

## Transactions in Date Sequence

| Process/<br>Settlement<br>Date | Trade/<br>Transaction<br>Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/01/08 | 12/31/07 | CANCELLED SELL | FIRST HORTON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A2<br>0.000% 10/25/33 9/E DTD 08/07/03<br>FACTOR 1.00000000000 REM BAL  500000.00<br>CANCELLED TRADE | 500,000.000 | 57.0000 | | -285,000.00 |

PN7-G2-ROLL

Page 6 of 15

Clearing Through: Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

B048415XCSF3024

B0067353CSP0034

# Transactions in Date Sequence *(continued)*

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/01/08 | 12/31/07 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500000.00 CORRECTED CONFIRM | -500,000.000 | 56.9375 | | 284,687.50 |
| 02/01/08 | 12/31/07 | | TRANSFER TO 7Z7891043 | | | | |
| 02/05/08 | 01/31/08 | CONSOLIDATED FIRM BALANCES | | | | -230,048.00 | -3,747,961.89 |
| 02/05/08 | 01/31/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-GS 8.000% 01/25/05 B/E DTD 12/01/05 FACTOR 0.60360000000 REM BAL 3,712,180 | 6,150,000.000 | 106.8750 | -3,299.72 | -3,747,961.89 |
| 02/05/08 | 01/31/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 11.087% 08/25/36 B/E DTD 05/25/06 FACTOR 0.71852557700 REM BAL 1,975,945 VARIABLE RATE | -2,750,000.000 | 97.7500 | 6,095.40 | 1,937,571.95 |
| 02/05/08 | 01/31/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-ZR29-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CL8 FACTOR 0.55624/0800 REM BAL 143,671 VARIABLE RATE | 215,000.000 | 93.1562 | -588.72 | -134,397.83 |
| 02/05/08 | 01/31/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 07/15/36 B/E DTD 01/01/06 FACTOR 0.65551740000 REM BAL 1,754,282 VARIABLE RATE | 2,684,000.000 | 97.1562 | -1,559.37 | -1,705,594.66 |
| 02/05/08 | 01/31/08 | PURCHASED | FHLMC MULTICLASS M/G PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/38 B/E DTD 05/01/06 CL8 FACTOR 0.72411103500 REM BAL 1,543,079 VARIABLE RATE | 2,131,000.000 | 100.2500 | -1,285.90 | -1,546,222.75 |
| 02/05/08 | 01/31/08 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500,000 | 500,000.000 | 56.0000 | | -280,000.00 |
| 02/05/08 | 01/31/08 | PURCHASED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-45-DT INV FLTR 8.000% 06/16/34 B/E DTD 06/16/05 CL8 FACTOR 0.59818012100 REM BAL 72,209 VARIABLE RATE | 122,000.000 | 56.0312 | -304.88 | -68,926.48 |
| 02/12/08 | 01/14/08 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/36 REG DTD 02/01/07 FACTOR 1.00000000 REM BAL 27000000.00 CORRECTED CONFIRM | 27,000,000.000 | 101.2070 | -45,375.00 | -27,371,273.44 |

PVF-02-ROLL

Clearing Through: Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

**CROCKER SECURITIES**
2999 Oak Road • Suite 100 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

**Statement Period: 02/01/2008 - 02/29/2008**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/12/08 | 01/14/08 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/08 REG DTD 02/01/07 FACTOR 1.000000000 REM BAL 7,000,000.00 | 7,000,000,000 | 101.1562 | -11,763.89 | -7,092,701.39 |
| 02/12/08 | 01/14/08 | SOLD | CORRECTED CONFIRM FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/08 REG DTD 02/01/07 FACTOR 1.000000000 REM BAL 27,000,000 | -27,000,000.000 | 100.8635 | 45,375.00 | 27,229,945.33 |
| 02/12/08 | 01/14/08 | SOLD | FNMA 30 YEAR TBA SETT FEBRUARY 5.500% 02/01/08 REG DTD 02/01/07 FACTOR 1.000000000 REM BAL 7,000,000 | -7,000,000.000 | 100.8515 | 11,763.89 | 7,071,373.27 |
| 02/15/08 | | BOND INTEREST RECEIVED | FACTOR 1.000000000 REM RAL 7,000,000 101000 FNLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E | | | | 255.98 |
| 02/15/08 | | BOND INTEREST RECEIVED | DTD 01/01/03 CL8 RD 01/31 PD 02/15/08 246000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 0.000% 05/15/24 B/E DTD 05/15/04 CL8 | | | | 18.58 |
| 02/15/08 | | BOND INTEREST RECEIVED | RD 01/31 PD 02/15/08 83000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2982 CL-2982-YS INV FLTR 5.885% 04/15/34 B/E | | | | 14.52 |
| 02/15/08 | | BOND INTEREST RECEIVED | DTD 05/01/05 RD 01/31 PD 02/15/08 350000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E | | | | 1,251.12 |
| 02/15/08 | | PRINCIPAL PAY DOWN RECEIVED | DTD 07/15/06 RD 01/31 PD 02/15/08 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 | | | | 8,572.23 |
| 02/15/08 | | BOND INTEREST RECEIVED | 7000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 9.000% 10/15/35 B/E DTD 08/01/07 RD 01/31 PD 02/15/08 | | | | 52.42 |

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/19/08 | 02/15/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2780 CL 2780 S1 INV FLTR 5.439% 11/15/33 B/E DTD 04/15/04 CLB FACTOR 1.00000000000 REM BAL 50,000 | 50,000.000 | 97.5000 | -553.32 | -48,803.52 |
| 02/20/08 | 02/15/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2780 CL 2780 S1 INV FLTR 5.439% 11/15/33 B/E DTD 04/15/04 CLB FACTOR 1.00000000000 REM BAL 50,000 | -50,000.000 | 99.0000 | 66.90 | 49,566.90 |
| 02/20/08 | 02/19/08 | INT. CHARGED ON DEBIT BALANCES | FRM DEBIT INTEREST FOR INTEREST PERIOD) 01-20-08 TO 02-19-08 | | | | -161,584.00 |
| 02/25/08 | 01/31/08 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.98699190000 REM BAL 3671183.24 CONFIRM | 6,150,000.000 | 100.8750 | -3,263.28 | -3,706,579.46 |
| 02/25/08 | 01/31/08 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.98699190000 REM BAL 3,712,180 CANCELLED TRADE | -6,150,000.000 | 100.8750 | 3,299.72 | 3,747,961.89 |
| 02/25/08 | | BOND INTEREST RECEIVED | 7000 OWNERS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 7.706% 10/25/35 B/E DTD 09/01/05 RD 01/31 PD 02/25/08 | | | | 22.55 |
| 02/25/08 | | BOND INTEREST RECEIVED | 124000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-GS 0.000% 09/25/31 B/E DTD 07/25/03 RD 01/31 PD 02/25/08 | | | | 195.74 |
| 02/25/08 | | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 01/31 PD 02/25/08 | | | | 110.05 |
| 02/25/08 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 01/31 PD 02/25/08 | | | | 78,638.69 |
| 02/25/08 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 01/31 PD 02/25/08 | | | | 16,649.10 |
| 02/25/08 | | BOND INTEREST RECEIVED | 115000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-64 CL-64-SA INV 4.709% 10/25/33 B/E DTD 06/01/05 RD 01/31 PD 02/25/08 | | | | 90.58 |



PLEASE READ FOR CONVENIENCE

# Brokerage
## Account Statement

**CROCKER SECURITIES**

2099 Oak Road • Suite 100 • Walnut Creek, CA 94597
925-746-1540

Statement Period: 02/01/2008 - 02/29/2008

## Transactions in Date Sequence *(continued)*

| Process/ Trade/ Date | Settlement Transaction Date | Activity/ Transaction Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/25/08 | | BOND INTEREST RECEIVED | 7000 FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-KS "INV FLTG" 6.323% 05/25/35 B/E DTD 11/01/05 RD 01/31 PD 02/25/08 | | | | 14.25 |
| 02/25/08 | | BOND INTEREST RECEIVED | 58000 FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 01/31 PD 02/25/08 | | | | 202.23 |
| 02/25/08 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP DTD 11/01/05 RD 01/31 PD 02/25/08 | | | | 66,666.67 |
| 02/25/08 | | BOND INTEREST RECEIVED | 72000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-43 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 01/31 PD 02/25/08 | | | | 735.14 |
| 02/25/08 | | BOND INTEREST RECEIVED | 7000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-43 CL 43 GS INV FLTR 10.000% 06/25/36 B/E DTD 06/25/06 RD 01/31 PD 02/25/00 | | | | |
| 02/25/08 | | BOND INTEREST RECEIVED | 2750000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-HS INV FLTR 11.087% 08/25/36 B/E DTD 05/25/06 RD 01/31 PD 02/25/08 | | | | 18,256.20 |
| 02/25/08 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-HS INV FLTR 11.087% 08/25/36 B/E DTD 05/25/06 RD 01/31 PD 02/25/08 | | | | 5,992.57 |
| 02/25/08 | | BOND INTEREST RECEIVED | 350000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 08/25/06 RD 01/31 PD 02/25/06 | | | | 2,916.66 |
| 02/25/08 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 08/25/06 RD 01/31 PD 02/25/08 | | | | 0.69 |
| 02/25/08 | | BOND INTEREST RECEIVED | 100000 FIRST HORIZON MTG PASSTHRU TR SER 2003-8 CTF CL-1-A26 200.00% 10/25/33 B/E DTD 08/01/03 CLB RD 01/31 PD 02/25/08 | | | | 666.76 |

Account Number: 7L7-8BTU35
CROCKER SECURITIES LLC

PNP-08-7LOL

Clearing Through: Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

B084675L05PI0024

Page 8 of 15

B0364755DSP10034

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/26/08 | 01/31/08 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/06 B/E DTD 01/01/06 FACTOR .65320573 REM BAL 175320418 | 2,684,000.000 | 97.1562 | -1,558.40 | -1,704,905.84 |
| 02/26/08 | 01/31/08 | CANCELLED PURCHASE | CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/06 B/E DTD 01/01/06 FACTOR 0.653611400 REM BAL CANCELLED TRADE | 2,684,000.000 | 97.1562 | 1,559.37 | 1,705,904.66 |
| 02/27/08 | 02/27/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/06 B/E DTD 05/01/06 CLB FACTOR 0.724110350 REM BAL 1,754,292 | 2,131,000.000 | 100.0312 | -8,679.82 | -1,552,241.19 |
| 02/28/08 | 01/30/08 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL-46-CD "INV" 0.000% 03/25/24 B/E DTD 05/25/04 FACTOR .89748200.00 REM BAL .89748.30 | -10,000,000.000 | 124.3750 | 8,570.63 | 11,170,582.99 |
| 02/28/08 | 01/30/08 | CORRECTED SELL | VARIABLE RATE CORRECTED CONFIRM FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV ELTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL 1000000000.00 | -10,000,000,000.000 | 123.0625 | 60,000.00 | 12,366,250.00 |
| 02/28/08 | 01/31/08 | CORRECTED SELL | VARIABLE RATE CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .89894199000.0 REM BAL .3671192.69 CORRECTED CONFIRM | -6,150,000.000 | 100.8750 | 22,021.16 | 3,723,343.34 |
| 02/28/08 | 01/31/08 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-33 CL-33-TE 10.000% 01/25/36 B/E DTD 06/25/06 FACTOR .99998431000.0 REM BAL .349897.51 CORRECTED CONFIRM | -350,000.000 | 102.5000 | 291.66 | 389,028.15 |
| 02/28/08 | 01/31/08 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/06 B/E DTD 01/01/06 FACTOR .653205730020 REM BAL 175320418 CORRECTED CONFIRM | -2,684,000.000 | 97.2500 | 10,519.23 | 1,715,510.29 |
| 02/28/08 | 01/31/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/06 B/E DTD 05/01/06 CLB FACTOR 0.724110350 REM BAL 1,543,079 | -2,131,000.000 | 100.000 | 8,679.82 | 1,551,758.98 |



CROCKER SECURITIES
2999 Oak Road · Suite 100 · Walnut Creek, CA 94597
925-941-3048

# Brokerage Account Statement

**Statement Period: 02/01/2008 - 02/29/2008**

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/28/08 | 01/31/08 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 500,000.00 CORRECTED CONFIRM | -500,000.000 | 55.0000 | | 275,000.00 |
| 02/28/08 | 02/27/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-41 CL-HI-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.8974482300 REM BAL 8,974,482 VARIABLE RATE CORRECTED CONFIRM | 10,000,000.000 | 124.4062 | -8,570.63 | -11,173,387.52 |
| 02/28/08 | 02/27/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTR" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.0000000000 REM BAL 10,000,000 VARIABLE RATE | 10,000,000.000 | 123.0937 | -60,000.00 | -12,369,375.00 |
| 02/28/08 | 02/27/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CLS 8.000% 07/25/35 B/E DTD 12/01/05 FACTOR 0.4569419900 REM BAL 3,671,193 | 6,150,000.000 | 100.9062 | -22,027.16 | -3,726,490.59 |
| 02/28/08 | 02/27/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-ES-TE 10.000% 07/25/36 B/E DTD 06/25/06 FACTOR 0.6999625500 REM BAL 349,996 | 350,000.000 | 102.5312 | -291.66 | -359,137.52 |
| 02/28/08 | 02/27/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GID SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR 0.8632057300 REM BAL 1,753,204 CORRECTED CONFIRM | 2,684,000.000 | 97.2812 | -10,518.23 | -1,716,059.17 |
| 02/28/08 | 02/27/08 | CORRECTED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GID SER 3151 CL 3151 US INV FLTR 7.500% 07/15/38 B/E DTD 06/01/06 CLB FACTOR 0.7241103500 REM BAL 1,543,079 CORRECTED CONFIRM | 2,131,000.000 | 100.0312 | -8,679.82 | -1,552,241.19 |
| 02/28/08 | 02/27/08 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GID SER 3151 CL 3151 US INV FLTR 7.500% 07/15/38 B/E DTD 06/01/06 CLB FACTOR 0.7241103500 REM BAL 1,543,079 CANCELLED TRADE | -2,131,000.000 | 100.0312 | 8,679.82 | 1,552,241.19 |

Account Number: 727-891035
CROCKER SECURITIES LLC
PAR-02-ROLL
Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC
Page 11 of 15

B068475CUTT1004

## Transactions in Date Sequence (continued)



| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/28/08 | 02/27/08 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8<br>MTG PASSTHRU CTF CL 1A42<br>0.000% 10/25/33 B/E DTD 08/01/03<br>FACTOR 1.00000000000 REM BAL 500,000 | 500,000,000 | 55.1250 | | -275,625.00 |
| 02/29/08 | 02/28/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-HS "INV FLTG"<br>8.000% 12/25/35 B/E DTD 11/01/05<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .52300623 REM BAL 20765.34 | -55,000,000 | 60.0009 | 178.98 | 26,057.79 |
| 02/29/08 | 02/28/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006 43 CL 4J GS INV FLTR<br>0.000% 06/25/36 B/E DTD 06/25/06<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .66435100 REM BAL 29895.80 | -45,000,000 | 100.0000 | 66.07 | 29,361.07 |
| 02/29/08 | 02/28/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2829 CL-2829-TS INV FLTR<br>7.000% 02/15/35 B/E DTD 02/15/05 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .86824018 REM BAL 3140723 | -47,000,000 | 92.0000 | 85.50 | 28,380.20 |
| 02/29/08 | 02/28/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>7.000% 02/15/33 B/E DTD 02/15/06 CLB<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .86824018 REM BAL 38089.69 | -83,000,000 | 95.0000 | 26.16 | 3,098.88 |
| 02/29/08 | 02/28/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2982 CL-2982-YS INV FLTR<br>10.399% 04/15/34 B/E DTD 05/01/05<br>SOLICITED ORDER VARIABLE RATE<br>FACTOR .J0389916 REM BAL 3234.44 | -57,000,000 | 92.0000 | 105.69 | 35,146.20 |
| 02/29/08 | 02/28/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/36 B/E DTD 07/15/06<br>SOLICITED ORDER FACTOR .54744802<br>REM BAL 2731.24 | -5,000,000 | 96.5000 | 7.98 | 2,649.42 |
| 02/29/08 | 02/28/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.300% 12/15/36 B/E DTD 07/15/06<br>SOLICITED ORDER FACTOR .54744802<br>REM BAL 2731.24 | -55,000,000 | 96.5000 | 87.82 | 29,143.82 |
| 02/29/08 | 02/28/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER 3192 CL 3192 TD INV FLTR<br>7.500% 12/15/36 B/E DTD 07/15/06<br>SOLICITED ORDER FACTOR .54744802<br>REM BAL 2731.24 | -5,000,000 | 96.5000 | 7.98 | 2,649.42 |

B008879353XP3024

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

PAR-GC-ROLL



CROCKER
SECURITIES

3190 Old Tunnel Suite 120 · Walnut Creek, CA 94597
925-941-1540

# Brokerage
# Account Statement

Statement Period: 02/01/2008 - 02/29/2008

## Transactions in Date Sequence (continued)

| Process/ Trade Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 02/29/08 | 02/28/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/36 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .54740802 REM BAL 3832.14 | -7,000.000 | 98.5000 | 11.18 | 3,703.19 |
| 02/29/08 | 02/28/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/36 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .54740802 REM BAL 4379.59 | -8,000.000 | 98.5000 | 12.77 | 4,239.07 |
| 02/29/08 | 02/28/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/36 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .54748020 REM BAL 2731.40 | -5,000.000 | 98.5000 | 7.98 | 2,649.57 |
| 02/29/08 | 02/28/08 | SOLD | GNMA G1D REMIC PASS THRU CTF REMIC TR 2005-45 CL 45-DT INV FLTR 8.000% 09/16/35 B/E DTD 08/16/05 CLB SOLICITED ORDER VARIABLE RATE FACTOR .58923982 REM BAL 29464.89 | -50,000.000 | 99.5000 | 83.12 | 29,402.79 |

Total Value of all Transactions: -$5,664,920.35

## Messages

Note from Pershing LLC regarding estimated values on statements:

Pershing relies on an external valuation vendors for estimated periodic valuation and market price information which is included in your Account Statement. From time to time, this information is not available or is not received in time for posting to your Account Statement resulting in a valuation or market price of "N/A" or "Not Available".

For owners of auction rate preferred securities: Please note that certain auction rate preferred securities may have become illiquid due to current market conditions and may not be able to be sold at or near the estimated market price listed in your Account Statement. Please contact your investment professional or financial organization for current information regarding your investments and estimated current values of your holdings.

The price and quantity displayed may have been rounded.



Account Number: 7Z7-851035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation.
Member FINRA, NYSE, SIPC

Page 13 of 15

B4084751CSK910034

## Messages (continued)

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 03/12/08 | 02/11/08 | Buy | FNMA 30 YEAR TBA SETT MARCH 5.500% 03/01/36 REG DTD 03/07/06 FACTOR 1.00000000000 REM BAL 700000000.00 | 7,000,000.000 | 96.3281 | 11,763.89 | -6,754,732.64 |
| 03/12/08 | 02/11/08 | Buy | CORRECTED CONFIRM FNMA 30 YEAR TBA SETT MARCH 5.500% 03/01/36 REG DTD 03/07/06 FACTOR 1.00000000000 REM BAL 270000000.00 | 27,000,000.000 | 96.3125 | -45,375.00 | -26,049,750.00 |
| 03/12/08 | 02/11/08 | Sell | CORRECTED CONFIRM FNMA 30 YEAR TBA SETT MARCH 5.500% 03/01/36 REG DTD 03/07/06 FACTOR 1.00000000000 REM BAL 7,000,000 | -7,000,000.000 | 100.9843 | -11,763.89 | 7,080,570.14 |
| 03/12/08 | 02/11/08 | Sell | FNMA 30 YEAR TBA SETT MARCH 5.500% 03/01/36 REG DTD 03/07/06 FACTOR 1.00000000000 REM BAL 27,000,000 | -27,000,000.000 | 101.0312 | -45,375.00 | 27,323,812.50 |
| 03/31/08 | 02/22/08 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.89744823000 REM BAL 8,974,482 VARIABLE RATE | -10,000,000.000 | 124.4375 | -17,141.26 | 11,184,762.67 |
| 03/31/08 | 02/22/08 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2006-110 CL-HP "INV FLTC" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000000 REM BAL 10,000,000 VARIABLE RATE | -10,000,000.000 | 123.1250 | -66,666.67 | 12,379,166.67 |
| 03/31/08 | 02/27/08 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.95994119000 REM BAL 3,671,193 | -6,150,000.000 | 99.8750 | -24,474.62 | 3,691,078.87 |
| 03/31/00 | 02/27/08 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 FACTOR 0.95996623500 REM BAL 349,906 | -350,000.000 | 102.5625 | -583.31 | 359,538.55 |
| 03/31/00 | 02/27/08 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR 0.65320573000 REM BAL 1,753,204 | -2,684,000.000 | 97.3125 | -11,688.03 | 1,717,774.85 |

B0846755X3FFJ0034

PLEASE KEEP FOR COMMISSIONS

Account Number: 727-E8F035
CROCKER SECURITIES LLC.

PAP-08-PCLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 14 of 15

CROCKER
SECURITIES
2099 Oak Road • Suite 1010 • Walnut Creek, CA 94597
925-941-5240

# Brokerage
## Account Statement

Statement Period: 02/01/2008 - 02/29/2008

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 03/3/08 | 02/27/08 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/08 B/E DTD 06/01/06 CLB FACTOR 0.724110300 REM BAL 1,543,079 | -2,131,000.000 | 96.0000 | -9,044.24 | 1,491,000.23 |
| 03/31/08 | 02/27/08 | Sell | FIRST HORIZON MTG PASSTHRU CTF CL 1A42 MTG PASSTHRU TR 2003 8 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL 500000.00 CORRECTED CONFIRM | -500,000.000 | 52.0000 | 0.00 | 260,000.00 |

**Total Amount of Trades Not Settled** $32,683,321.84

PRINTED FOR COMPLIANCE

Account Number: 727-891035
CROCKER SECURITIES LLC

PAP5-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

8608475325ET9034

Doc Break

CROCKER
SECURITIES

2999 Oak Road • Suite 1010 • Walnut Creek, CA 94597
925-941-4340

# Brokerage
## Account Statement

Account Number: 7Z7-891035
Statement Period: 03/01/2008 - 03/31/2008

## Valuation at a Glance

CROCKER SECURITIES LLC
--TAXABLE TRADE #2--
2999 OAK ROAD, SUITE 1010
WALNUT CREEK CA 94597

Your Investment Advisor:
DOUGLAS C. GREEN
(661) 750-9370

| | This Period |
|---|---|
| Beginning Account Value | -$6,767,328.56 |
| Cash Withdrawals | -205,445.00 |
| Dividends/Interest | 66,077.77 |
| Change in Account Value | 1,594,781.75 |
| Ending Account Value | -$5,311,914.04 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | | | | |
| Cash and Cash Equivalents | 26,079,331.31 | 24,749,847.72 | 100% | Your Account is 100% Invested in Fixed Income. |
| Account Total | -32,846,659.87 | -30,061,761.76 | 0% | |
| | -$6,767,328.56 | -$5,311,914.04 | 100% | |

B009702425270019

PXI-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

## Customer Service Information

| Your Investment Advisor: RDG | Contact Information | Customer Service Information |
|---|---|---|
| DOUGLAS C. GREEN | Telephone Number: (561) 750-9370 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| 601 S. FEDERAL HIGHWAY STE 301 | Fax Number: (561) 750-9360 | Customer Service Telephone Number: (800) 941-2895 |
| BOCA RATON          FL 33432-6006 | | |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Cash and Cash Equivalents  0.00% of Portfolio | -292.75 | 0.00 | | | |
| | Cash Balance | -32,846,367.12 | -30,061,761.76 | | | |
| | Margin Balance | | | | | |
| | **Total Cash and Cash Equivalents** | **-$32,846,659.8** | **-$30,061,761.76** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income 100.00% of Portfolio** *(In Maturity Date Sequence)* | | | | | |
| | **Asset Backed Securities** | | | | | |
| 101,000.000M | FNLMC MULTICLASS MTG PARTN CTFS GTD SER 2549 CL-2549-JB INT ONLY *Security Identifier:* 31393T7K8  Factor: 0.48783642 | 2.6210 | 1,291.41 | 225.83 | | |
| 91,000.000M | 5.500% 04/15/26 B/E DTD 01/01/03 CLB FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY *Security Identifier:* 31393T6U7  Factor: 0.20083912 | 2.2650 | 412.93 | 91.15 | | |
| 124,000.000M | 6.000% 09/25/28 B/E DTD 09/01/03 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-G3 0.000% 09/25/31 B/E DTD 07/25/03 *Security Identifier:* 31393DAY6  Factor: 0.46576670 | 9.6610 | 5,939.35 | 0.00 | | |
| 115,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-64 CL-64-SN INV 9.741% 10/25/33 B/E DTD 06/01/05 *Security Identifier:* 31394EFE3  Factor: 0.20083317 | 96.3870 | 22,261.36 | 177.87 | | |
| 100,000.000M | FIRST HORIZON MTG PASSTHRU TR SER 2003 B CTF CL-1A26 2.0.000% 10/25/33 B/E DTD 08/01/03 CLB Moody Rating AAA S & P Rating AAA *Security Identifier:* 32051DH54  Factor: 0.40005420 | 119.5920 | 47,843.28 | 666.76 | | |



BQ657829C5P3J0J43                                                              DALLA AUTO
                                                                      FOR CONSOLIDATION



# Brokerage
## Account Statement

CROCKER SECURITIES
2999 Oak Road • Suite 1010 • Walnut Creek, CA 94597
925-941-4540

Statement Period: 03/01/2008 - 03/31/2008

## Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 500,000.000M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 *Moody Rating AAA S & P Rating AAA Security Identifier 32057DXG0 Factor: 1.00000000* | 51.5850 | 257,925.00 | 0.00 | | |
| 10,000,000.000N | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL 4S-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 *Security Identifier 31393VU37 Factor: 0.88643470* | 108.1350 | 9,681,918.05 | 0.00 | 0.00 | |
| 448,000.000N | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2274-SF 0.000% 05/15/34 B/E DTD 05/15/04 CLB *Security Identifier 31394Y6PA Factor: 0.02280461* | 89.4830 | 9,238.21 | 0.00 | | |
| 6,150,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CLS 8.000% 01/25/35 B/E DTD 12/01/05 *Security Identifier 31394VD3 Factor: 0.56832749* | 95.3610 | 3,450,365.11 | 24,121.41 | | |
| 111,000.000N | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2829 CL-2829-TS INV FLTR 7.000% 02/15/33 B/E DTD 02/15/05 CLB *Security Identifier 31394M9W0 Factor: 0.96024018* | 86.9900 | 64,524.54 | 432.68 | | |
| 7,000.000N | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL CAS "INV FLTG" 9.045% 05/25/35 B/E DTD 11/01/06 *Security Identifier 31394UQ36 Factor: 0.39833079* | 102.6850 | 2,776.99 | 20.38 | | |
| 72,000.000N | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB *Security Identifier 38574LGE5 Factor: 0.59193141* | 96.6880 | 41,349.35 | 279.33 | | |
| 7,000.000N | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 9.000% 10/15/35 B/E DTD 09/01/07 *Security Identifier 31397RDG5 Factor: 0.98942036* | 99.3940 | 6,946.59 | 52.42 | | |

Account Number: TZ7-891035
CROCKER SECURITIES LLC
PAN-&&-ROLL
Clearing Through: Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC
Page 3 of 24

# Portfolio Holdings *(continued)*

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** *(continued)* | | | | | |
| | **Asset Backed Securities** *(continued)* | | | | | |
| 7,000,000# | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 3.000% 10/25/35 B/E D/TD 09/07/05 *Moody Rating AAA S & P Rating AAA Security Identifier: 126694KS6 Factor: 0.68840034* | 4,871.04 | | 36.14 | | |
| 10,000,000,000# | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLT'G" 8.000% 12/25/35 B/E D/TD 11/01/05 *Security Identifier: 31394DT77 Factor: -1.00000000* | 95.1720 | 9,517,200.00 | 66,666.60 | | |
| 2,684,000,000# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E D/TD 01/01/06 *Security Identifier: 31395GXN6 Factor: 0.63161630* | 95.3100 | 1,616,750.54 | 11,301.71 | | |
| 27,000,000# | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-19 CL G-SG INV FLTR 0.000% 06/25/36 B/E D/TD 05/25/06 *Security Identifier: 31395DH77 Factor: 0.63861564* | 111.5490 | 19,233.97 | 0.00 | | |
| | **Total Asset Backed Securities** | | $24,749,847.72 | $104,072.28 | $0.00 | |
| | **Total Fixed Income** | . | $24,749,847.72 | $104,072.28 | $0.00 | |

| Description | | | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | | •$5,311,914.04 | $104,072.28 | $0.00 |

## Disclosures and Other Information

# This symbol next to the quantity indicates a position in your margin account.

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Bank Deposit Interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your Introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your Introducing firm.



DREAM BIG FOR CONSERVATION

Account Number: 7Z7-891035
CROCKER SECURITIES LLC

P5R-02-ROLL

Clearing Through: Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 4 of 24

BD3**8285CP10843





**CROOKER**
SECURITIES

2595 Oak Blvd • Suite 010 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

7048-03-ROLL

Statement Period: 03/01/2008 - 03/31/2008

## Portfolio Holdings *(continued)*

**Option Disclosure** - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your Introducing firm. In order to assist your Introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your Introducing firm.

**Foreign Currency Transactions** - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

**Proxy Vote** - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting instruction form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/03/08 | 03/04/08 | PURCHASED | TO 727B91N431<br>FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-33 CL-33-BS 0.000% 05/25/36 B/E<br>DTD 04/25/06 FACTOR 0.66614381OO<br>REM BAL 60,530 VARIABLE RATE | 70,000,000 | 95.5000 | -301.48 | -205,445.00<br>-58,603.49 |
| 03/04/08 | 03/04/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-33 CL-33-BS 0.000% 05/25/36 B/E<br>DTD 04/25/06 SOLICITED ORDER<br>VARIABLE RATE FACTOR .66614381<br>REM BAL 60630.07 | -70,000,000 | 97.5000 | 301.48 | 59,415.80 |
| 03/04/08 | 03/04/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR-2006-46 CL-46-NS INV FLTR<br>11.971% 06/25/36 B/E DTD 05/25/06<br>FACTOR 0.71489192OO REM BAL 278,807<br>VARIABLE RATE | 390,000,000 | 96.5000 | -834.45 | -269,884.02 |
| 03/04/08 | 03/04/08 | PURCHASED | CONSOLIDATED FIRM BALANCES | | | | |

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

## Transactions in Date Sequence *(continued)*



| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/04/08 | 03/04/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-66 CL-46-AS INV FLTR 11.971% 05/25/36 D/E DTD 05/25/06 FACTOR .71499192 REM BAL .276807.85 | -390,000.000 | 97.5000 | 834.45 | 272,672.10 |
| 03/05/08 | 03/05/08 | PURCHASED | SOLICITED ORDER VARIABLE RATE FACTOR .71499192 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 09/15/36 B/E DTD 05/01/06 CLB FACTOR 0.72411035500 REM BAL 36.205 | 50,000.000 | 83.0000 | -30.17 | -31,166.92 |
| 03/05/08 | 03/05/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 09/15/36 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR .72411035 | -50,000.000 | 87.0000 | 30.17 | -31,528.97 |
| 03/05/08 | 03/05/08 | PURCHASED | SOLICITED ORDER FACTOR .97576503 FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273 LTH INV FLTR 7.500% 09/15/35 B/E DTD 02/01/07 FACTOR 09757150300 REM BAL 24,392 | -25,000.000 | 95.0000 | 20.33 | 23,193.32 |
| 03/05/08 | 03/05/08 | SOLD | REM BAL 24352.63 FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273 LTH INV FLTR 7.500% 09/15/35 B/E DTD 02/01/07 SOLICITED ORDER FACTOR .97576503 | 25,000.000 | 94.0000 | -20.33 | -22,949.40 |
| 03/05/08 | 03/05/08 | SOLD | REM BAL 45.557 FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 B/E DTD 03/15/07 FACTOR 0.91134406500 | 50,000.000 | 86.0000 | -177.21 | -39,355.00 |
| 03/05/08 | 03/05/08 | PURCHASED | DTD 03/15/07 SOLICITED ORDER FACTOR .91134406 REM BAL 45.557 | -50,000.000 | 87.0000 | 177.21 | 39,820.68 |
| 03/12/08 | 02/11/08 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT MARCH 5.000% 03/01/38 REG DTD 03/01/05 FACTOR 1.00000000 REM BAL 7000000.00 CORRECTED CONFIRM | 7,000,000.000 | 99.0312 | 11,763.89 | -6,943,351.39 |
| 03/12/08 | 02/11/08 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT MARCH 5.000% 03/01/38 REG DTD 03/01/05 FACTOR 1.00000000 REM BAL 27000000.00 CORRECTED CONFIRM | 27,000,000.000 | 98.8750 | -45,375.00 | -26,741,825.00 |
| 03/12/08 | 02/11/08 | SOLD | FNMA 30 YEAR TBA SETT MARCH 5.500% 03/01/38 REG DTD 03/01/05 FACTOR 1.00000000 REM BAL 7,000,000 | -7,000,000.000 | 100.9843 | 11,763.89 | 7,080,670.14 |

Account Number: 717-881035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

PA7-02-ROLL

5409182AC3P3C619



# Brokerage
## Account Statement



C R O C K E R
SECURITIES

2999 Oak Road • Suite 160 • Walnut Creek, CA 94597
925-741-1540

Statement Period: 03/01/2008 - 03/31/2008

B05978R2C2F2C649

CROCKER SECURITIES LLC

Account Number: 727-891035

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

P08-02-RCLL

Page 7 of 24

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrual Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/12/08 | 02/11/08 | SOLD | FNMA 30 YEAR TBA SETT MARCH 5.500% 03/01/08 REG DTD 03/01/06 | -27,000,000.000 | 101.0312 | 45,375.00 | 27,323,812.50 |
| 03/14/08 | 03/05/08 | CORRECTED PURCHASE | FACTOR 1.00000000 REM BAL 27,000,000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB FACTOR .89738360000 REM BAL 34936.95 CORRECTED CONFIRM | 50,000,000 | 30.17 | -29.11 | -30,074.88 |
| 03/14/08 | 03/05/08 | CANCELLED PURCHASE | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB FACTOR .07241103500 REM BAL 36,205 | -50,000,000.000 | 30.17 | 31.166.92 | 31,166.92 |
| 03/11/08 | | BOND INTEREST RECEIVED | CANCELLED TRADE 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB RD 02/29 PD 03/15/08 | | | | 243.74 |
| 03/17/08 | | BOND INTEREST RECEIVED | 246000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 0.000% 06/15/34 B/E DTD 05/15/04 CLB RD 02/29 PD 03/15/08 | | | | 39.02 |
| 03/17/08 | | BOND INTEREST RECEIVED | 111000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB RD 02/29 PD 03/15/08 | | | | 432.69 |
| 03/17/08 | | BOND INTEREST RECEIVED | 269000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 6.000% 01/15/36 B/E DTD 01/01/06 RD 02/29 PD 03/15/08 | | | | 11,688.03 |
| 03/17/08 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 RD 02/29 PD 03/15/08 | | | | 57,946.03 |
| 03/17/08 | | BOND INTEREST RECEIVED | 2131000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB RD DTD 02/29 PD 03/15/08 | | | | 9,644.24 |

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/17/08 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR RD 02/29 PD 03/15/08 | | | | 54,065.56 |
| 03/17/08 | | BOND INTEREST RECEIVED | 7.500% 01/16/36 B/E DTD 05/01/06 CLB 265000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/33 B/E | | | | 906.71 |
| 03/17/08 | | PRINCIPAL PAY DOWN RECEIVED | DTD 07/15/06 RD 02/29 PD 03/15/08 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/33 B/E DTD 07/15/06 RD 02/29 PD 03/15/08 | | | | 23,887.08 |
| 03/17/08 | | BOND INTEREST RECEIVED | 7000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 0.000% 10/15/35 B/E DTD 08/01/07 RD 02/29 PD 03/15/08 | | | | 52.42 |
| 03/17/08 | | BOND INTEREST RECEIVED | 72000 GNMA GTD REMIC PASS THRU CTF REMIC TR.2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E | | | | 282.86 |
| 03/17/08 | | PRINCIPAL PAY DOWN RECEIVED | DTD 06/16/05 CLB RD 02/29 PD 03/16/08 GNMA GTD REMIC PASS THRU CTF REMIC TR.2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 02/29 PD 03/16/08 | | | | 530.53 |
| 03/20/08 | 03/19/08 | INT. CHARGED ON DEBIT BALANCES | FIRM DEBIT INTEREST FOR INTEREST PERIOD 02-20-08 TO 03-19-08 | | | | -138,482.48 |
| 03/25/08 | 03/05/08 | CANCELLED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/08 B/E DTD 05/01/06 CLB 7.500% 01/15/08 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR .72411035 REM BAL .38205.62 CANCELLED TRADE | 50,000.000 | 87.0000 | -30.17 | -31,528.97 |
| 03/25/08 | 03/05/08 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/08 B/E DTD 05/01/08 CLB SOLICITED ORDER CORRECTED CONFIRM REM BAL .34938.95 CORRECTED FACTOR .69873690000 | -50,000.000 | 87.0000 | 28.11 | 30,424.25 |
| 03/25/08 | | BOND INTEREST RECEIVED | 7000 OWNRS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 8.103% 10/25/35 B/E DTD 09/01/05 RD 02/29 PD 03/25/08 | | | | 31.70 |
| 03/25/08 | | BOND INTEREST RECEIVED | 124000 FNMA GTD REMIC PASS THRU CTF REMIC TR.2003-76 CL-76-GS 0.000% 09/25/31 B/E DTD 07/25/03 RD 02/29 PD 03/25/08 | | | | 205.96 |

B4097824c26P2049



**C R O C K E R**
SECURITIES

2950 Oak Road · Suite 1010 · Walnut Creek, CA 94597
925-941-5400

# Brokerage
## Account Statement

Statement Period: 03/01/2008 - 03/31/2008

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/25/08 | | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 02/29 PD 03/25/08 | | | | 104.85 |
| 03/25/08 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 02/29 PD 03/25/08 | | | | 65,206.31 |
| 03/25/08 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-CD 0.000% 03/25/34 B/E DTD 05/25/04 RD 02/29 PD 03/25/08 | | | | 20,935.30 |
| 03/25/08 | | BOND INTEREST RECEIVED | 115000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-64 CL-64-SA INV 8.000% 10/25/33 B/E DTD 06/01/05 RD 02/29 PD 03/25/08 | | | | 169.54 |
| 03/25/08 | | BOND INTEREST RECEIVED | 7000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 8.785% 09/25/35 B/E DTD 11/01/05 RD 02/29 PD 03/25/08 | | | | 19.80 |
| 03/25/08 | | BOND INTEREST RECEIVED | 3000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 02/29 PD 03/25/08 | | | | 10.46 |
| 03/25/08 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 02/29 PD 03/25/08 | | | | 66,666.67 |
| 03/25/08 | | BOND INTEREST RECEIVED | 6150000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-OS 8.000% 01/25/35 B/E DTD 12/01/05 RD 02/29 PD 03/25/08 | | | | 24,474.82 |
| 03/25/08 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-OS 8.000% 01/25/35 B/E DTD 12/01/05 RD 02/29 PD 03/25/08 | | | | 52,979.18 |

BO897924CSEP2043

DLBAH ELLU
PWR COMMUNICATIONS

PWR-02-ROLL

Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SPC

Page 9 of 24

## Transactions in Date Sequence (continued)

DC071224C2#23J4#3

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/25/08 | | BOND INTEREST RECEIVED | 27060 FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 05/25/06 RD 02/29 PD 03/25/08 | | | | 287.31 |
| 03/25/08 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR DTD 05/25/06 RD 02/29 PD 03/25/08 | | | | 694.85 |
| 03/25/08 | | BOND INTEREST RECEIVED | 0.000% 06/25/36 B/E DTD 05/25/06 RD 02/29 FD 03/25/08 350000 FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 | | | | 2,916.56 |
| 03/25/08 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 RD 02/29 PD 03/25/08 | | | | 0.69 |
| 03/25/08 | | BOND INTEREST RECEIVED | 100000 FIRST HORIZON MTG PASS THRU TR 8 SER 2008 8 CTF CL-1A28 20.000% 10/25/33 B/E DTD 08/01/03 CLB RD 02/29 PD 03/25/08 | | | | 666.76 |
| 03/26/08 | 03/24/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-33 CL-33-BS 0.000% 06/25/36 B/E DTD 04/25/06 FACTOR 0.66596477400 REM BAL 227,313 VARIABLE RATE | 262,500.000 | 55.0000 | -145.62 | -225,185.62 |
| 03/26/08 | 03/24/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-33 CL-33-BS 0.000% 06/25/36 B/E DTD 04/25/06 VARIABLE RATE REM BAL 227313.13 | 262,500.000 | 55.0000 | -145.62 | -225,185.62 |
| 03/26/08 | 03/24/08 | SOLD | DTD 04/25/06 SOLICITED ORDER VARIABLE RATE FACTOR .86596477 REM BAL 227313.13 | -262,500.000 | 146.62 | 227,438.75 | |
| 03/28/08 | 03/25/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3149 CL-3149-SD INV FLTR 12.022% 05/15/06 B/E DTD 05/15/06 FACTOR .6654281900 REM BAL 1,602,295 VARIABLE RATE | 2,449,000.000 | 99.0000 | -7,600.48 | -1,449,666.39 |
| 03/28/08 | 03/25/08 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3149 CL-3149-SD INV FLTR 12.022% 05/15/06 B/E DTD 05/15/06 FACTOR .6542659190000 REM BAL 160255.45 DTC 2431/7RAD VARIABLE RATE CORRECTED CONFIRM | -2,449,000.000 | 93.8750 | 7,600.48 | 1,463,886.47 |
| 03/31/08 | 02/27/08 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR .89935470000000 REM BAL B953547.00 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 124.4375 | 20,257.40 | 11,161,827.45 |

Account Number: 727-891035
CROCKER SECURITIES LLC    P4R-02-ROLL    Clearing Through: Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation    Member FINRA, NYSE, SIPC

Page 10 of 24



# Brokerage
## Account Statement

Statement Period: 03/01/2008 - 03/31/2008



CROCKER
SECURITIES

2999 Oak Road · Suite 1010 · Walnut Creek, CA 94597
925-941-1540

## Transactions in Date Sequence *(continued)*

| Date | Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|---|
| 03/31/08 | 03/27/08 | CORRECTED SELL | FNMA GTD REMIC PASS THRU C/F REMIC SER 2005-110 CL-HP INV FLTG BD.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.00000000 REM BAL 10000000.00 CORRECTED CONFIRM | -10,000,000.000 | 125.2187 | 65,666.67 | 12,589,541.57 |
| 03/31/08 | 02/27/08 | CORRECTED SELL | VARIABLE RATE CORRECTED CONFIRM FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-174 CL-CS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.96827490000 REM BAL 361821.41 CORRECTED CONFIRM | -6,150,000.000 | 99.8750 | 24,121.43 | 3,637,812.73 |
| 03/31/08 | 02/27/08 | CORRECTED SELL | FNMA GTD REMIC PASS THRU C/F REMIC TR 2006-63 CL-63-TE 10.000% 07/25/36 B/E DTD 06/25/06 FACTOR .98968967000 REM BAL 3499861.13 CORRECTED CONFIRM | -350,000.000 | 99.0000 | 583.31 | 347,089.58 |
| 03/31/08 | 02/27/08 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2096 CL-2096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR .6316153000 REM BAL 1695258.15 CORRECTED CONFIRM | -2,684,000.000 | 97.3125 | 11,301.72 | 1,660,959.81 |
| 03/31/08 | 02/27/08 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB FACTOR .69873890000 REM BAL 1469012.60 CORRECTED CONFIRM | -2,131,000.000 | 96.0000 | 9,305.33 | 1,438,758.42 |
| 03/31/08 | 02/27/08 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 0.000% 10/25/33 B/E DTD 08/07/03 FACTOR 1.00000000 REM BAL 500000.00 CORRECTED CONFIRM | -500,000.000 | 52.0000 | | 260,000.00 |
| 03/31/08 | 02/27/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB FACTOR 0.69873890000 REM BAL 69,873 | 100,000.000 | 93.0000 | -435.71 | -65,419.43 |
| 03/31/08 | 02/27/08 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 01/15/36 B/E DTD 05/01/06 CLB FACTOR .69873890000 REM BAL 76861.28 CORRECTED CONFIRM | -110,000.000 | 96.0000 | 480.38 | 74,267.21 |

Account Number: 7L7-881035
CROCKER SECURITIES LLC

PAP-02-FOL_

Clearing Through Pershing LLC, a Subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

ROUTE
FOR CONSERVATION

BD5Y182#C9P20L40

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/08 | 03/28/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46 OD "INV" 0.000% 10/25/34 B/E DTD 03/25/04 FACTOR 0.89533470004 REM BAL 8,953,547 VARIABLE RATE | 10,000,000.000 | 124.5000 | -20,302,217 | -11,167,468.19 |
| 03/31/08 | 03/28/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-59 CL-59-SE 8.4585% 06/25/35 B/E FACTOR 0.89992626000 REM BAL 1,337,973 VARIABLE RATE | 1,709,000,000.000 | 86.0000 | -2,878.71 | -1,325,536.33 |
| 03/31/08 | 03/28/08 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-59 CL-59-SE 8.4585% 06/25/35 B/E DTD 06/25/05 FACTOR 0.89992626000 REM BAL 1337373.88 VARIABLE RATE CORRECTED CONFIRM | -1,709,000,000.000 | 87.9687 | 2,878.71 | 1,355,815.19 |
| 03/31/08 | 03/28/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.0000000000 REM BAL 10,000,000 VARIABLE RATE | 10,000,000,000.000 | 125.2812 | -86,666.67 | -12,594,791.67 |
| 03/31/08 | 03/28/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-GS 6.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.58832274600 REM BAL 3,618,274 | 6,150,000,000.000 | 99.9375 | -24,121.43 | -3,640,074.11 |
| 03/31/08 | 03/28/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 07/15/26 B/E DTD 01/01/05 FACTOR 0.63101633030 REM BAL 1,855,258 | 2,684,000,000.000 | 97.3750 | -11,301.72 | -1,662,059.34 |
| 03/31/08 | 03/28/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3142 CL 3142 ST INV FLTR 8.000% 04/15/36 B/E DTD 04/15/06 CL8 FACTOR 0.74138188500 REM BAL 74,138 | 100,000,000.000 | 94.2500 | -263.60 | -70,138.84 |
| 03/31/08 | 03/28/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3142 CL 3142 ST INV FLTR 8.000% 04/15/36 B/E DTD 04/15/06 CL8 FACTOR 0.74138188500 REM BAL 74,138 | -100,000,000.000 | 95.0000 | 263.60 | 71,436.26 |
| 03/31/08 | 03/28/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 US INV FLTR 7.500% 07/15/26 B/E DTD 06/01/06 CL8 SOLICITED ORDER FACTOR .69073880 REM BAL 6907.39 | 10,000,000.000 | 96.0000 | -43.67 | -6,751.55 |

B0637022CBSP30043

CROCKER SECURITIES LLC

Account Number: 727-8901035

PSAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 12 of 24



**CROCKER SECURITIES**
3599 Mt Diablo Blvd • Suite 1010 • Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

Statement Period: 03/01/2008 - 03/31/2008

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/08 | 03/28/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 SOLICITED ORDER FACTOR .45730810 REM BAL 96C3.47 | 21,000,000 | 95.0000 | 435.97 | 124,886.58 |
| 03/31/08 | 03/28/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3192 CL 3192 TD INV FLTR 7.500% 12/15/35 B/E DTD 07/15/06 FACTOR .45730810 REM BAL 130,790 | -266,000,000 | 95.0000 | -32.01 | -9,155.51 |
| 03/31/08 | 03/28/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 12.033% 07/15/38 B/E DTD 07/15/06 CLB FHLMC MULTICLASS MTG PARTN CTFS GTD FACTOR .70736584 REM BAL 2,646,962 | 3,742,000,000 | 88.3750 | -14,159.29 | -2,353,412.16 |
| 03/31/08 | 03/28/08 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3186 CL-3186-SE INV FLTR 12.033% 07/15/38 B/E DTD 07/15/06 CLB FACTOR .70736584/0000 REM BAL 264692.22 CORRECTED CONFIRM | -3,742,000,000 | 90.3437 | 14,159.29 | 2,405,524.23 |
| 03/31/08 | 03/28/08 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 09/01/03 FACTOR 1.00000000 REM BAL | 500,000,000 | 82.2500 | -261,260.00 | -261,260.00 |
| 03/31/08 | 03/31/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-65 CL-65-HT INV FLTR 8.000% 08/25/35 B/E DTD 07/25/05 FACTOR .79224258 REM BAL 23767.28 | 102,000,000 | 92.2500 | -107.74 | -74,653.81 |
| 03/31/08 | 03/31/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-65 CL-65-HT INV FLTR 8.000% 08/25/35 B/E DTD 07/25/05 VARIABLE RATE FACTOR 0.79224260800 REM BAL 80,808 | -30,000,000 | 95.2500 | 31.69 | 22,670.02 |
| 03/31/08 | 03/31/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-65 CL-65-HT INV FLTR 8.000% 08/25/35 B/E DTD 07/25/05 SOLICITED ORDER VARIABLE RATE FACTOR .79224258 REM BAL 39027.64 | -48,000,000 | 95.2500 | 50.70 | 36,272.03 |



Account Number: 727-891035
CROCKER SECURITIES LLC

PAR-00-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 13 of 24

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/08 | 03/31/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-65 CL-65-HT INV FLTR SOLICITED ORDER VARIABLE RATE 8.000% 08/25/35 B/E DTD 07/25/05 FACTOR .7922425B REM BAL 8714.67 | -11,000.000 | 95.2500 | 11.62 | 8,312.34 |
| 03/31/08 | 03/31/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-65 CL-65-HT INV FLTR SOLICITED ORDER VARIABLE RATE 8.000% 08/25/35 B/E DTD 07/25/05 FACTOR .7922425B REM BAL 3961.21 | -5,000.000 | 95.2500 | 5.28 | 3,778.34 |
| 03/31/08 | 03/31/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-65 CL-65-HT INV FLTR SOLICITED ORDER VARIABLE RATE 8.000% 08/25/35 B/E DTD 07/25/05 FACTOR .7922425B REM BAL 3961.21 | -5,000.000 | 95.2500 | 5.28 | 3,778.34 |
| 03/31/08 | 03/31/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-65 CL-65-HT INV FLTR SOLICITED ORDER VARIABLE RATE 8.000% 08/25/35 B/E DTD 07/25/05 FACTOR .7922425B REM BAL 2376.73 | -3,000.000 | 95.2500 | 3.17 | 2,267.00 |
| 03/31/08 | 03/31/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 0.52300562300 REM BAL 53,669 VARIABLE RATE | 103,000.000 | 93.0000 | -356.13 | -50,457.90 |
| 03/31/08 | 03/31/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR .5230062 REM BAL 28150.31 SOLICITED ORDER VARIABLE RATE | -50,000.000 | 96.0000 | 174.34 | 25,278.64 |
| 03/31/08 | 03/31/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR .5230062 REM BAL 13598.16 SOLICITED ORDER VARIABLE RATE | -26,000.000 | 96.0000 | 90.65 | 13,144.89 |
| 03/31/08 | 03/31/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR .5230062 REM BAL 2615.03 SOLICITED ORDER VARIABLE RATE | -5,000.000 | 96.0000 | 17.43 | 2,527.86 |

Account Number: 727-891035    CROCKER SECURITIES LLC    Clearing Through: Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation    Member FINRA, NYSE, SIPC

N00972425PS30019



CROCKER
SECURITIES

3599 Oak Road · Suite 1110 · Walnut Creek, CA 94597
925.941.1540



# Brokerage
## Account Statement

Statement Period: 03/01/2008 - 03/31/2008

PAR-GG-ROLL.

Creating Through Prediding LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Account Number: 727-891035
CROCKER SECURITIES LLC

Page 15 of 24

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/08 | 03/31/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 SOLICITED ORDER VARIABLE RATE FACTOR .52300623 REM BAL 2615.03 | -5,000.000 | 96.0000 | 17.43 | 2,527.86 |
| 03/31/08 | 03/31/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 SOLICITED ORDER VARIABLE RATE FACTOR .52300623 REM BAL 5230.06 | -10,000.000 | 96.0000 | 34.87 | 5,055.73 |
| 03/31/08 | 03/31/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 SOLICITED ORDER VARIABLE RATE FACTOR .52300623 REM BAL 2092.02 | -4,000.000 | 96.0000 | 13.95 | 2,022.29 |
| 03/31/08 | 03/31/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 SOLICITED ORDER VARIABLE RATE FACTOR .52300623 REM BAL 3138.04 | -6,000.000 | 96.0000 | 20.92 | 3,033.41 |
| 03/31/08 | 03/31/08 | PURCHASED | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 SOLICITED ORDER FACTOR .58413355 REM BAL 57834.17 | 59,000.000 | 96.0000 | -385.56 | -55,906.35 |
| 03/31/08 | 03/31/08 | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 SOLICITED ORDER FACTOR .58413355 REM BAL 11683.67 | -20,000.000 | 96.0000 | 77.89 | 11,527.89 |
| 03/31/08 | 03/31/08 | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 SOLICITED ORDER FACTOR .58413355 REM BAL 22783.16 | -39,000.000 | 96.0000 | 151.89 | 22,479.33 |
| 03/31/08 | 03/31/08 | SOLD | FNMA MULTICLASS MTG PARTN CTFS GTD SER-2006-2 CL-LY 8.000% 12/25/35 B/E DTD 01/01/06 SOLICITED ORDER FACTOR .58413355 REM BAL 23367.34 | -40,000.000 | 96.0000 | 155.78 | 23,055.78 |

## Transactions in Date Sequence (continued)

Account Number: 7Z7-891035   CROCKER SECURITIES LLC

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/08 | 03/31/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 0.000% 05/15/34 B/E DTD 05/15/04 CLB FACTOR .01020046100 REM BAL 4.655 VARIABLE RATE | 202,000,000 | 85.0000 | -19.53 | -3,976.29 |
| 03/31/08 | 03/31/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 10 CL 10 MS INV FLTR 7.500% 08/25/35 B/E DTD 02/01/08 REM BAL 1211.55 SOLICITED ORDER FACTOR .40594663 | 3,000,000 | 95.0000 | -7.51 | -1,164.28 |
| 03/31/08 | 03/31/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 10 CL 10 MS INV FLTR 7.500% 08/25/35 B/E DTD 02/01/08 REM BAL 1211.55 SOLICITED ORDER FACTOR .40594663 | -3,000,000 | 95.0000 | 7.51 | 1,164.28 |
| 03/31/08 | 03/31/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.300% 05/25/36 B/E DTD 04/01/06 SOLICITED ORDER FACTOR .67742110 REM BAL 1354.84 | -2,000,000 | 97.0000 | 8.47 | 1,322.67 |
| 03/31/08 | 03/31/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-39 CL-39-SW 7.300% 05/25/36 B/E DTD 04/01/06 SOLICITED ORDER FACTOR .67742110 REM BAL 1354.84 | 2,000,000 | 97.0000 | -8.47 | -1,322.67 |
| 03/31/08 | 03/31/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 09/25/36 B/E DTD 05/23/06 SOLICITED ORDER VARIABLE RATE FACTOR .63861594 REM BAL 3193.08 | 5,000,000 | 100.0000 | -12.30 | -3,205.38 |
| 03/31/08 | 03/31/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 09/25/36 B/E DTD 05/23/06 SOLICITED ORDER VARIABLE RATE FACTOR .63861594 REM BAL 3193.08 | -5,000,000 | 100.0000 | 12.30 | 3,205.38 |
| 03/31/08 | 03/31/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-CS 8.000% 06/15/35 B/E DTD 06/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .52723740 REM BAL 4217.90 | 8,000,000 | 95.0000 | -28.12 | -4,035.12 |
| 03/31/08 | 03/31/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3164 CL-3164-CS 8.000% 06/15/35 B/E DTD 06/01/06 SOLICITED ORDER VARIABLE RATE FACTOR .52723740 REM BAL 4217.90 | -8,000,000 | 95.0000 | 28.12 | 4,035.12 |

0301312035P3049

DALLAS RATED FOR CONSOLIDATION

PA46-02-ROLL   Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation. Member FINRA, NYSE, SIPC

CROCKER
SECURITIES

2999 Oak Road · Suite 1015 · Walnut Creek, CA 94591
925-941-3540

# Brokerage
## Account Statement

Statement Period 03/01/2008 - 03/31/2008

## Transactions in Date Sequence (continued)

| Process/ Trade Date | Settlement/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/08 | 03/31/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3164 CL-3164-M5 8.000% 04/15/33 B/E<br>DTD 08/01/06 SOLICITED ORDER<br>VARIABLE RATE FACTOR .52723739<br>REM BAL 3690.65 | 7,000.000 | 96.0003 | -24.60 | -3,567.64 |
| 03/31/08 | 03/31/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3164 CL-3164-M5 8.000% 04/15/33 B/E<br>DTD 08/01/06 SOLICITED ORDER<br>VARIABLE RATE FACTOR .52723729<br>REM BAL 3690.65 | -7,000.000 | 96.0003 | 24.60 | 3,567.64 |
| 03/31/08 | 03/31/08 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3227 CL 3227 TM INV FLTR<br>8.000% 10/15/36 B/E DTD 10/15/06 CLB<br>SOLICITED ORDER FACTOR .73389263<br>REM BAL 5137.18 | 7,000.000 | 94.0000 | -18.27 | -4,847.22 |
| 03/31/08 | 03/31/08 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3227 CL 3227 TM INV FLTR<br>8.000% 10/15/36 B/E DTD 10/15/06 CLB<br>SOLICITED ORDER FACTOR .73389263<br>REM BAL 5137.18 | -1,000.000 | 96.0000 | 18.27 | 4,949.96 |
| 03/31/08 | 03/31/08 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3285 CL 3285 AG FLTR<br>8.000% 08/15/36 B/E DTD 01/01/07 CLB<br>SOLICITED ORDER FACTOR .96229401<br>REM BAL 5773.76 | 6,000.000 | 94.0000 | -38.49 | -5,465.83 |
| 03/31/08 | 03/31/08 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3285 CL 3285 AG FLTR<br>8.000% 08/15/36 B/E DTD 01/01/07 CLB<br>SOLICITED ORDER FACTOR .96229401<br>REM BAL 5773.76 | -6,000.000 | 94.0000 | 38.49 | 5,485.83 |
| 03/31/08 | 03/31/08 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC<br>SER 3273 CL 3273-H IN INV FLTR<br>7.500% 08/15/36 B/E DTD 02/01/07<br>SOLICITED ORDER FACTOR .97570387<br>REM BAL 2927.11 | 3,000.000 | 93.0000 | -18.29 | -2,740.50 |

Account Number: 727-891035

CROCKER SECURITIES LLC

PAX-02-NO.11

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

## Transactions in Date Sequence (continued)

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 03/31/08 | 03/31/08 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 B/E DTD 02/01/07 SOLICITED ORDER FACTOR .97570387 REM BAL 2827.11 | -3,000.000 | 93.0000 | 18.29 | 2,740.50 |
| 03/31/08 | 03/31/08 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 B/E DTD 03/15/07 SOLICITED ORDER FACTOR .88040421 REM BAL 1760.57 | 2,000.000 | 92.0000 | -5.48 | -1,625.57 |
| 03/31/08 | 03/31/08 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/37 B/E DTD 03/15/07 SOLICITED ORDER FACTOR .88049921 REM BAL 1760.97 | -2,000.000 | 92.0000 | 5.48 | 1,825.57 |
| 03/31/08 | 03/31/08 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3345 CL 3345-GT FLTG RATE 0.000% 08/15/35 B/E DTD 07/07/07 CLB SOLICITED ORDER VARIABLE RATE FACTOR .98143400 REM BAL 3925.74 | 4,000.000 | 98.0000 | -27.81 | -3,875.03 |
| 03/31/08 | 03/31/08 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3345 CL 3345-GT FLTG RATE 0.000% 08/15/35 B/E DTD 07/07/07 CLB SOLICITED ORDER VARIABLE RATE FACTOR .98143400 REM BAL 3925.74 | -4,000.000 | 98.0000 | 27.81 | 3,875.03 |
| 03/31/08 | 03/31/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 9.000% 10/15/35 B/E DTD 08/01/07 SOLICITED ORDER FACTOR .99042036 REM BAL 2995.26 | 3,000.000 | 98.0000 | -22.46 | -2,957.82 |
| 03/31/08 | 03/31/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 9.000% 10/15/35 B/E DTD 08/01/07 SOLICITED ORDER FACTOR .99042030 REM BAL 2995.26 | -3,000.000 | 100.0000 | 22.46 | 3,017.72 |

**Total Value of all Transactions** $2,784,896.11

The price and quantity displayed may have been rounded.

Account Number: 7Z7-891035
CROCKER SECURITIES LLC
PAN-02-ROLL
Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC
Page 18 of 24



# Brokerage
## Account Statement

Statement Period: 03/01/2008 - 03/31/2008

**CROCKER SECURITIES**
2121 Oak Street · Suite 1414 · Walnut Creek, CA 94597
925-941-1340

## Messages

Pershing has been advised by your financial organization that it does not receive compensation for directing order flow. See the Terms and Conditions section of your brokerage account statement for a description of Pershing's Payment for Order Flow practices.

For additional information regarding order routing practices and the venues to which your financial organization's orders are routed, you may visit www.orderroutingdisclosure.com. Upon written request to your financial organization, you may obtain the identity of the venue to which your orders were routed for the six months prior to your request and the time of transactions that may have resulted from such orders.

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 04/14/08 | 03/12/08 | Buy | FNMA 30 YEAR TBA SETT APRIL 5.500% 04/07/36 REG DTD 04/01/06 FACTOR 1.00000000 REM BAL 25,000,000 | 25,000,000.000 | 95.9062 | 49,652.78 | -24,026,215.28 |
| 04/14/08 | 03/07/08 | Sell | FNMA 30 YEAR TBA SETT APRIL 5.500% 04/07/36 REG DTD 04/01/06 FACTOR 1.00000000 REM BAL 25,000,000 | -25,000,000.000 | 98.7578 | -49,652.78 | 24,739,106.91 |
| 04/30/08 | 03/28/08 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 C...46-QD "INV" FACTOR 0.03/25/34 B/E DTD 05/25/04 0.000% 03/25/34 B/E DTD 05/25/04 "INV" REM BAL 8,933,547 | -10,000,000.000 | 124.7500 | -16,918.47 | 11,186,468.35 |
| 04/30/08 | 03/28/08 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" VARIABLE RATE | -10,000,000.000 | 125.5312 | -84,444.44 | 12,617,569.44 |
| 04/30/08 | 03/28/08 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-Q8 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.98832749000 REM BAL 3,618,214 | -6,150,000.000 | 100.0000 | -23,317.38 | 3,641,531.44 |

Account Number: 727-891035
CROCKER SECURITIES LLC

B469742405PF0049

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 04/30/08 | 03/28/08 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 07/15/36 B/E DTD 07/01/06 FACTOR 0.63161630000 REM BAL 1,695,258 | -2,684,000.000 | 97.4375 | -10,925.00 | 1,652,742.16 |
| 04/30/08 | 03/28/08 | Sell | FIRST HORIZON MTG PASSTHRU TR 20C3 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000000 REM BAL 500000.00 CORRECTED CONFIRM | -500,000.000 | 52.3750 | 0.00 | 261,875.00 |

Total Amount of Trades Not Settled      $30,083,077.02

CLEAR RATED FOR COMMUNICATION

CROCKER SECURITIES LLC
Account Number: 727-891035

PA06-03-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation.
Member FINRA, NYSE, SIPC

00001082406P1069





# ANNUAL DISCLOSURE OF IMPORTANT INFORMATION TO RECIPIENTS OF PERIODIC STATEMENTS

If you have questions regarding any of this information, please contact your investment professional or financial organization.

## STATEMENT OF FINANCIAL CONDITION DATED DECEMBER 31, 2007
Pursuant to the Securities Exchange Act of 1934, Pershing LLC hereby makes available the following financial information.

On December 31, 2007, Pershing's regulatory net capital was $1.34 billion, which was 16% of aggregate debit balances and in excess of the minimum requirement by $1.25 billion.

A complete copy of the December 31, 2007 Statement of Financial Condition is available at www.pershing.com/financial.html. You may also request a free printed copy by calling (888) 866-6500.

## BUSINESS CONTINUITY

In the normal course of business, Pershing maintains a business continuity plan, which includes redundant data centers and other disaster preparedness and security features. The plan outlines the actions Pershing will take in the event of a building disruption, including:

- Relocating technology and operational personnel to preassigned alternate regional facilities
- Switching technology data processing to an alternate regional data center

At Pershing operations facilities are equipped for resumption of business and an added factor per year. Regardless, all circumstances within our control, Pershing recovers time objective for business disruption is [unreadable] hours. Depending on the availability of external resources.

## BEST EXECUTION

Notwithstanding the previous paragraph regarding payment for order flow, Pershing selects certain market centers for routing non-directed orders that:

- Provide execution at over-the-counter and exchange-listed securities transactions that agree to accept orders transmitted electronically or by automatic order routing sessions.
- Execute trades at or better than the national best bid or offer (NBBO)

## CREDIT INTEREST

For additional information about how to request funds and specifics when your firm cannot be contacted due to a significant business interruption, please select the Business Continuity and Other Disclosures link at the bottom of the home page or the Pershing web site at www.pershing.com. You may also call (201) 413-5000 for recorded instructions. If you cannot access the instructions from the Pershing web site or by telephone contact, you may call (201) 834-0100, extension 500, for an alternate Pershing-controlled recorded instructions.

## MARGIN DISCLOSURE

Securities purchased on margin in your account are referred to as a "free credit balance," provided the funds are wholly unencumbered.

## FINANCIAL INDUSTRY REGULATORY AUTHORITY – FINRA'S PUBLIC DISCLOSURE

As a member of the Financial Industry Regulatory Authority, Pershing may provide the public disclosure program that may be obtained from FINRA. The FINRA Public Disclosure hotline number is (800) 289-9999. The FINRA web site address is www.finra.org.

## SUBSTITUTE PAYMENT REIMBURSEMENT

## PERSHING'S PAYMENT FOR ORDER DISCLOSURE

Pershing sends certain equity orders to exchanges, Electronic Communication Networks, or broker-dealers during normal business hours and during extended trading sessions.

## FOREIGN CURRENCY TRANSACTIONS

## FEDERAL AND STATE TAX WITHHOLDING FOR RETIREMENT ACCOUNTS

Account Number: 727-BST035
CROCKER SECURITIES LLC
PWR-QE-ROLL

You firm may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction. If you receive a credit, transactions connected by your broker-dealer for the appropriate tax treatment of your transactions.

### SPECIAL NOTICE FOR NEVADA ACCOUNTS

With respect to Nevada accounts, the following disclosure is required by the Nevada Securities Division for your protection. Please contact your tax advisor for the appropriate tax treatment of your transactions.

### SECURITIES INVESTOR PROTECTION CORPORATION (SIPC) INFORMATION

For more information regarding SIPC, including a SIPC brochure, may be obtained by contacting SIPC on the web at www.sipc.org or by telephone at (202) 371-8300.

### CHARGES, BREAKPOINTS, FEES, AND REVENUE SHARING RELATING TO MUTUAL FUNDS, MONEY FUNDS, FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC)-INSURED BANK PRODUCTS, AND ANNUITIES

Before investing in a mutual fund, it is important that you understand the sales charges, expenses, and management fees that you will be charged, as well as the breakpoint discounts to which you may be entitled. Understanding these charges and breakpoint discounts will assist you in identifying the best investment for your particular needs and may help you reduce the cost of your investment.

### Sales Charges

Investors who purchase mutual funds must make certain choices, including which funds to purchase and which share class is most advantageous in light of their specific investing needs. Each mutual fund has a specified investment strategy. You must consider whether the mutual fund's investment strategy matches your investment objectives.

### Breakpoint Discounts

Most mutual funds offer investors a variety of ways to qualify for breakpoint discounts on the sales charge associated with the purchase of a Class A shares. In general, most mutual funds provide breakpoint discounts to investors who make large purchases at one time.

### Rights of Accumulation

Many mutual funds allow investors to qualify for breakpoint discounts on the sales charge associated with the purchases of the same fund, or another fund within the same fund family.

### Mutual Fund Fees

Mutual funds receive money from certain mutual funds and their affiliates in consideration of marketing, distribution, and other services.

### Money Fund and FDIC-Insured Bank Product Fees and Revenue Sharing

These fees are based on a flat fee per holding and are remitted to Pershing for the work it performs on behalf of the funds, which may include but is not limited to, subaccounting services, dividend calculation and posting.

### Annuity Fees and Revenue Sharing

Pershing also receives operational reimbursement fees from certain insurance companies that participate in Pershing's annuity program. Participation by your financial organization in this program is optional.

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

PAR-02-ROLL

Page 22 of 24

Account Number: 727-891035
CROCKER SECURITIES LLC

# GENERAL INFORMATION

1. All orders and transactions shall be solely for your account and risk shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or settled, or if applicable, of the financial industry regulatory authority and all applicable laws and regulations.

2. You are legally bound to Pershing by the terms of any agreement with your financial institution or Pershing or by any contract executed by you, does or reduce any of all of your accounts by private sale or purchase or both or if any securities cannot be obtained.

3. You authorize Pershing, either separately or under circumstances which will permit the commingling thereof, with other securities for any amount less than, equal to or greater than your liabilities to Pershing.

4. Any free credit balance carried for your account represents funds payable upon demand which, although properly accounted for on your books and records, are not segregated and may be used.

5. You may have received confirmations for transactions which do not appear on your statement. If so, the transactions will appear on your next confirmation statement.

6. You may have received confirmations for transactions which do not appear on your statement. Such transactions will be considered by you when computing the value of your account.

7. If you have written authorization which have been exercised.

8. Pershing receives the income statement of your general securities account as a special memorandum account maintained for your benefit.

9. A financial statement of Pershing is available for your personal inspection at Pershing's offices. A copy of it will be mailed upon your written request.

10. This is a statement of your account.

11. Dividends, interest and other distributions shown on this statement as taxable or nontaxable based on certain information known as of the date, your classification is subject to change and is solely intended for use as general information.

12. Pershing provides additional protection on terms similar to SIPC for account net equity in excess of $500,000 through a commercial insurer. This account protection applies when a SIPC member firm fails financially and a vehicle to credit disputes.

13. Pershing does not provide tax, investment or legal advice.

14. The statement of a market maker, specialist, odd lot dealer, stock position, arbitrage and/or investor. Consequently, at the time of any transaction you may think.

15. If a trade confirmation is indicated on the front of this statement or Pershing may have acted as principal.

16. This statement will be deemed conclusive and no account relied upon written and account objections should be sent to Pershing at One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.

17. You are entitled to reject promptly any inaccuracy or discrepancy on this statement.

## PORTFOLIO HOLDINGS

The Annual Income, which is an estimated figure, is the income from most recently declared dividend for each security.

# TERMS AND CONDITIONS

## THE ROLE OF PERSHING

Pershing carries your account as clearing broker pursuant to a clearing agreement.

## PAYMENT FOR ORDER FLOW PRACTICES

## ARBITRATION DISCLOSURES

- ALL PARTIES TO THIS AGREEMENT ARE GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT, INCLUDING THE RIGHT TO A TRIAL BY JURY, EXCEPT AS PROVIDED BY THE RULES OF THE ARBITRATION FORUM IN WHICH A CLAIM IS FILED.
- ARBITRATION AWARDS ARE GENERALLY FINAL AND BINDING; A PARTY'S ABILITY TO HAVE A COURT REVERSE OR MODIFY AN ARBITRATION AWARD IS VERY LIMITED.
- THE ABILITY OF THE PARTIES TO OBTAIN DOCUMENTS, WITNESS STATEMENTS AND OTHER DISCOVERY IS GENERALLY MORE LIMITED IN ARBITRATION THAN IN COURT PROCEEDINGS.
- THE ARBITRATORS DO NOT HAVE TO EXPLAIN THE REASON(S) FOR THEIR AWARD.
- THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.
- THE RULES OF SOME ARBITRATION FORUMS MAY IMPOSE TIME LIMITS FOR BRINGING A CLAIM IN ARBITRATION. IN SOME CASES, A CLAIM THAT IS INELIGIBLE FOR ARBITRATION MAY BE BROUGHT IN COURT.
- IT IS UNDERSTOOD THAT THE FOLLOWING ARBITRATION AGREEMENT IN WHICH THE CLAIM IS FILED, AND ANY AMENDMENTS THERETO, SHALL BE INCORPORATED INTO THIS AGREEMENT.

## ARBITRATION



Account Number: 717-891035

CROCKER SECURITIES LLC

Closing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.

**TERMS AND CONDITIONS**

**ARBITRATION AGREEMENT**

ANY CONTROVERSY BETWEEN YOU AND US SHALL BE SUBMITTED TO ARBITRATION BEFORE THE FINANCIAL INDUSTRY REGULATORY AUTHORITY OR ANY OTHER NATIONAL SECURITIES EXCHANGE ON WHICH A TRANSACTION GIVING RISE TO THE CLAIM TOOK PLACE (AND ONLY BEFORE SUCH EXCHANGE).

NO PERSON SHALL BRING A PUTATIVE OR CERTIFIED CLASS ACTION TO ARBITRATION, NOR SEEK TO ENFORCE ANY PREDISPUTE ARBITRATION AGREEMENT AGAINST ANY PERSON WHO HAS INITIATED IN COURT A PUTATIVE CLASS ACTION WHO IS A MEMBER OF A PUTATIVE CLASS WHO HAS NOT OPTED OUT OF THE CLASS WITH RESPECT TO ANY CLAIMS ENCOMPASSED BY THE PUTATIVE CLASS ACTION UNTIL: (I) THE CLASS CERTIFICATION IS DENIED; OR (II) THE CLASS IS DECERTIFIED; OR (III) THE CUSTOMER IS EXCLUDED FROM THE CLASS BY THE COURT. SUCH FORBEARANCE TO ENFORCE AN AGREEMENT TO ARBITRATE SHALL NOT CONSTITUTE A WAIVER OF ANY RIGHTS UNDER THIS AGREEMENT EXCEPT TO THE EXTENT STATED HEREIN.

THE LAWS OF THE STATE OF NEW YORK GOVERN

If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to One Pershing Plaza, Jersey City, NJ 07399, Attn: Compliance.



Account Number: 727-851035

CROCKER SECURITIES LLC

PAP-02-RGLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 24 of 24

BOGI792ECSF30019

Doc Break

CROCKER
SECURITIES

2999 Oak Road • Suite 1010 • Walnut Creek, CA 94597
925-941-540

# Brokerage
## Account Statement

CROCKER SECURITIES LLC
- -TAXABLE TRADE #2- -
2999 OAK ROAD, SUITE 1010
WALNUT CREEK CA 945597

Your Investment Advisor:
DOUGLAS C. GREEN
(561) 750-9370

Account Number: 727-891035
Statement Period: 04/01/2008 - 04/30/2008

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $55,311,914.04 |
| Cash Withdrawals | -248,003.00 |
| Dividends/Interest | 85,695.04 |
| Change In Account Value | -2,005,666.79 |
| Ending Account Value | $57,479,918.79 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation | |
|---|---|---|---|---|
| Fixed Income | | | | Your Account is 100% Invested in Fixed Income. |
| Cash and Cash Equivalents | 24,748,847.72 | 23,459,977.50 | 100% | |
| Account Total | -30,061,761.76 | -30,939,886.28 | 0% | |
| | $55,311,914.04 | $57,479,918.79 | 100% | |

## Customer Service Information

| Your Investment Advisor: RDG | Contact Information | Customer Service Information |
|---|---|---|
| DOUGLAS C. GREEN<br>601 S. FEDERAL HIGHWAY STE 301<br>BOCA RATON     FL 33432-6008 | Telephone Number: (561) 750-9370<br>Fax Number: (561) 750-9360 | Service Hours: Weekdays 08:00 a.m. - 08:00 p.m. PST<br>Customer Service Telephone Number: (800) 941-2855 |

## Portfolio Holdings

### Cash and Cash Equivalents  0.00% of Portfolio

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Margin Balance | -30,061,761.76 | -30,939,896.29 | $0.00 | $0.00 | |
| | **Total Cash and Cash Equivalents** | **-$30,061,761.76** | **-$30,939,896.29** | **$0.00** | **$0.00** | |

### Fixed Income  100.00% of Portfolio *(In Maturity Date Sequence)*
Asset Backed Securities

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| 101,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-2569 CL-2569/B INT ONLY<br>5.500% 04/15/26 B/E DTD 01/01/03 CLB<br>*Security Identifier 31393UR8  Factor: 0.4612696* | 2.7390 | 1,276.52 | | 206.40 | |
| 91,000.000M | FNMA GTD REMIC PASS THRU GTF REMIC<br>TR-2003-91 CL-91/C INT ONLY<br>6.000% 09/25/28 B/E DTD 09/01/03<br>*Security Identifier 31393TNI1  Factor: 0.1751363625* | 1.8860 | 300.58 | | 77.03 | |
| 124,000.000M | FNMA GTD REMIC PASS THRU GTF REMIC<br>TR-2003-76 CL-76-GS 0.000% 09/25/31 B/E<br>DTD 07/25/03<br>*Security Identifier 31393DAK6  Factor: 0.49104791* | 11.6070 | 7,104.03 | | 0.00 | |
| 115,000.000M | FNMA GTD REMIC PASS THRU GTF REMIC<br>TR-2005-64 CL-64-SA INV<br>10.473% 10/25/33 B/E DTD 06/01/05<br>*Security Identifier 31394FEE3  Factor: 0.02083317* | 88.9840 | 20,777.92 | | 194.86 | |
| 100,000.000M | FIRST HORIZON MTG PASSTHRU TR SER<br>2003 B CTF CL-1A26 20.000% 10/25/33 B/E<br>DTD 08/01/03 CLB<br>*Moody Rating AAA S & P Rating AAA*<br>*Security Identifier 32051DH54  Factor: 0.40005420* | 145.5890 | 58,243.49 | | 644.53 | |



Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Account Number: 717-891035
CROCKER SECURITIES LLC
PARI-2-PAYROLL

B60318915PF9037

**CROCKER SECURITIES**
2929 Oak Road • Suite 1001 • Walnut Creek, CA 94597
785-945-1840

# Brokerage Account Statement

Statement Period: 04/01/2008 - 04/30/2008

## Portfolio Holdings (continued)

### Fixed Income (continued)
### Asset Backed Securities (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| 500,000.000# | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 Moody Rating AAA S & P Rating AAA *Security Identifier* 32051DK50 | 216.4280 | 216,490.00 | 0.00 | | |
| 10,000,000.000# | FNMA GTD REMIC PASS THRU CTF REMIC 0.000% 03/25/24 B/E DTD 05/25/04 Factor: 1.00000000 *Security Identifier* 31393FU37 | 105.0600 | 9,386,812.84 | 0.00 | | |
| 448,000.000# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2794 CL-2794-SF 0.000% 05/15/34 B/E DTD 05/15/04 CLB *Security Identifier* 31394Y6F4   Factor: 0.89347162 | 78.6190 | 8,116.61 | 0.00 | | |
| 6,150,000.00# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2805-14 CL-OS 8.000% 01/25/35 B/E DTD 12/01/05 *Security Identifier* 31394UD3   Factor: 0.02304451 | 89.4280 | 3,235,596.47 | 23,317.36 | | |
| 111,000.000# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 12/15/35 B/E DTD 02/15/05 CLB *Security Identifier* 31395M6W8   Factor: 0.58832749 | 87.9840 | 65,261.83 | 418.26 | | |
| 7,000.000# | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS INV FLTG 9.7849% 05/25/35 B/E DTD 11/01/05 *Security Identifier* 31394U096   Factor: 0.65982018 | 97.5810 | 2,571.52 | 20.82 | | |
| 72,000.000# | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-GT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB *Security Identifier* 38374L6S5   Factor: 0.32733466 | 95.5400 | 39,684.72 | 267.68 | | |
| 7,000.000# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 9.000% 10/15/35 B/E DTD 08/01/07 *Security Identifier* 31397RBG6   Factor: 0.59882070 | 96.1530 | 6,718.62 | 50.66 | | |

PERSHING
FOR GROWTH/INCOME

CROCKER SECURITIES LLC

PAH-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| **Fixed Income** *(continued)* | | | | | | |
| **Asset Backed Securities** *(continued)* | | | | | | |
| 7,000.000M | CWMBS INC MTG PASS THRU CTF<br>SER 2005-24 CL-A-26 "INV FLTG"<br>8.507% 10/25/35 B/E DTD 09/01/05<br>Moody Rating AAA S & P Rating AAA<br>Security Identifier 12669AKS8  Factor: 0.98840034 | 94.3800 | 4,547.99 | 33.02 | | |
| 16,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>SER-2005-110 CL-HP "INV FLTG"<br>8.000% 12/25/35 B/E DTD 11/01/05<br>Security Identifier 31394U77  Factor: 1.00000000 | 89.0820 | 8,908,200.00 | 64,444.40 | | |
| 2,684,000.000M | FHLMC MULTICLASS MTG PARTN CRTS GTD<br>SER-3095 CL-3096-SG INV FLTR<br>8.000% 01/15/36 B/E DTD 01/01/06<br>Security Identifier 31396GXN6  Factor: 0.60842917 | 90.6950 | 1,481,071.02 | 10,523.91 | | |
| 27,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2006 43 CL 43 GS INV FLTR<br>0.200% 09/25/36 B/E DTD 05/25/06<br>Security Identifier 31395DH77  Factor: 0.62726882 | 100.9570 | 17,088.34 | 0.00 | | |
| **Total Asset Backed Securities** | | | $23,459,977.50 | $100,198.93 | $0.00 | |
| **Total Fixed Income** | | | $23,459,977.50 | $100,198.93 | $0.00 | |

| Description | Market Value | Accrued Interest | Estimated Annual Income |
|---|---|---|---|
| **Total Portfolio Holdings** | -57,479,918.79 | $100,198.93 | $0.00 |

**\*** This symbol next to the quantity indicates a position in your margin account.

**Disclosures and Other Information**

**Pricing .** Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options taxes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

**Reinvestment -** The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the line of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.



B0021147CSP30037





# CROCKER SECURITIES

299 Oak Road · Suite 1100 · Walnut Creek, CA 94597
925-941-6540

# Brokerage
## Account Statement

Statement Period: 04/01/2008 - 04/30/2008

PW1-02-RCLL

## Portfolio Holdings (continued)

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure at the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Foreign Currency Transactions - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

Proxy Vote - Securities held by you on margin (securities not fully paid for by you) may be lent by Pershing to itself or others in accordance with the terms outlined in the Margin Agreement. The right to vote your shares held on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/01/08 | 02/27/08 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL-46-GD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR .89535470000 REM BAL | 10,000,000.000 | 124.4375 | -20,257.40 | -11,161,827.45 |
| 04/01/08 | 02/27/08 | CORRECTED SELL | VARIABLE RATE CANCELLED TRADE FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL-46-GD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 VARIABLE RATE FACTOR .89535470 REM BAL | -10,000,000.000 | 124.4375 | 20,302.17 | 11,161,872.22 |
| 04/01/08 | | CONSOLIDATED FIRM BALANCES | TRANSFERRED TO 727891043 CORRECTED CONFIRM FNMA GTD REMIC PASS THRU CTF REMIC TR 2003-34 CL-34-FP 5.000% 08/25/33 B/E DTD 04/01/03 FACTOR 0.78801043700 REM BAL 634,118 | 804,000.000 | 199.0000 | -581.28 | -248,003.00 -121,053.76 |
| 04/07/08 | 04/07/08 | PURCHASED | | | | | |



# Transactions in Date Sequence (continued)



| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/07/08 | 04/07/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC<br>TR 2003-34 CL-34-IP 5.500% 06/25/03 B/E<br>DTD 04/01/03 SOLICITED ORDER<br>FACTOR .78920437 REM BAL 63411.83.31 | -804,000.000 | 19.6250 | 681.28 | 125,027.00 |
| 04/14/08 | 03/12/08 | CORRECTED SELL | FNMA 30 YEAR TBA SETT APRIL<br>5.500% 04/07/08 REG DTD 04/01/06<br>FACTOR 1.000000000 REM BAL<br>CORRECTED CONFIRM | -25,000,000.000 | 98.6640 | 49,652.78 | 24,715,658.41 |
| 04/14/08 | 04/17/08 | PURCHASED | FNMA 30 YEAR TBA SETT APRIL<br>5.500% 04/07/08 REG DTD 04/01/06<br>FACTOR 1.000000000 REM BAL<br>2,000,000 | 2,000,000.000 | 101.2500 | -3,972.22 | -2,028,972.22 |
| 04/14/08 | 04/17/08 | PURCHASED | FNMA 30 YEAR TBA SETT APRIL<br>5.500% 04/07/08 REG DTD 04/01/06<br>FACTOR 1.000000000 REM BAL 25,000,000.00 | 25,000,000.000 | 101.0825 | -49,652.78 | -25,315,277.78 |
| 04/14/08 | 04/17/08 | SOLD | FNMA 30 YEAR TBA SETT APRIL<br>5.500% 04/07/36 REG DTD 04/01/06<br>FACTOR 1.000000000 REM BAL 2,000,000 | -2,000,000.000 | 98.6640 | 3,972.22 | 1,977,263.47 |
| 04/14/08 | 04/14/08 | SOLD | FNMA 30 YEAR TBA SETT APRIL<br>5.500% 04/07/36 REG DTD 04/01/06<br>FACTOR 1.000000000 REM BAL 7,000,000 | -7,000,000.000 | 98.8203 | 13,902.78 | 6,931,324.66 |
| 04/14/08 | 04/14/08 | PURCHASED | FNMA 30 YEAR TBA SETT APRIL<br>5.500% 04/07/36 REG DTD 04/01/06<br>FACTOR 1.000000000 REM BAL 7,000,000 | 7,000,000.000 | 101.2500 | -13,902.78 | -7,101,402.78 |
| 04/15/08 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG<br>PARTN CTFS GTD SER-2549 CL-2549-IB<br>INT ONLY 5.500% 04/15/26 B/E<br>DTD 07/01/03 CLB RD 03/31 PD 04/15/08 | | | | 226.83 |
| 04/15/08 | | BOND INTEREST RECEIVED | 448000 FHLMC MULTICLASS MTG<br>PARTN CTFS GTD SER-2794 CL-2794-SF<br>0.000% 05/15/24 B/E DTD 05/15/04 CLB<br>RD 03/31 PD 04/15/08 | | | | 81.20 |
| 04/15/08 | | BOND INTEREST RECEIVED | 111000 FHLMC MULTICLASS MTG<br>PARTN CTFS GTD SER-2829 CL-2829-TS<br>INV FLTR 7.000% 02/15/95 B/E<br>DTD 02/15/05 CLB RD 03/31 PD 04/15/08 | | | | 432.69 |
| 04/15/08 | | BOND INTEREST RECEIVED | 288400 FHLMC MULTICLASS MTG<br>PARTN CTFS GTD SER-3096 CL-3096-SG<br>INV FLTR 8.000% 01/15/36 B/E<br>DTD 01/01/06 RD 03/31 PD 04/15/08 | | | | 11,301.72 |
| 04/15/08 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD<br>SER-3096 CL-3096-SG INV FLTR<br>8.000% 01/15/36 B/E DTD 01/01/06<br>RD 03/31 PD 04/15/08 | | | | 62,234.26 |

CROCKER SECURITIES LLC     Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation / Member FINRA, NYSE, SIPC



**CROCKER SECURITIES**
2999 Oak Road · Suite 650 · Walnut Creek, CA 94597
925.941.1560



BRUAR RATED
FOR COMMUNICATION

# Brokerage
## Account Statement

Statement Period: 04/01/2008 - 04/30/2008

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/15/08 | | BOND INTEREST RECEIVED | 7000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3599 CL 3359-CT 9.000% 10/15/35 B/E DTD 09/01/07 | | | | 52.42 |
| 04/15/08 | | PRINCIPAL PAY DOWN RECEIVED | RD 03/31 PD 04/15/08 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 9.000% 10/15/35 B/E DTD 09/01/07 | | | | 1.52 |
| 04/16/08 | | BOND INTEREST RECEIVED | RD 09/01/07 RD 03/31 PD 04/15/08 72800 GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT 9.000% 06/16/35 B/E | | | | 279.33 |
| 04/16/08 | | PRINCIPAL PAY DOWN RECEIVED | INV FLTR 9.000% 06/16/35 B/E DTD 06/16/05 CLB RD 03/31 PD 04/16/08 GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 9.000% 06/16/35 B/E DTD 06/16/05 CLB | | | | 361.78 |
| 04/17/08 | 04/16/08 | PURCHASED | RD 03/31 PD 04/16/08 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 13.910% 06/25/36 B/E DTD 06/25/06 SOLICITED ORDER VARIABLE RATE | 101.0000 | | -449.78 | -53,783.63 |
| 04/17/08 | 04/16/08 | SOLD | FACTOR .79407722 REM BAL 52805.79 FNMA GTD REMIC PASS THRU CTF REMIC TR-2006-46 CL-46-NS INV FLTR 13.910% 06/25/36 B/E DTD 06/25/06 FACTOR 0.70407722200 REM BAL 52,805 | 102.0000 | | 449.78 | 54,311.69 |
| 04/17/08 | 04/16/08 | PURCHASED | VARIABLE RATE FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 LIS INV FLTR 7.500% 07/15/26 B/E DTD 05/01/06 CLB SOLICITED ORDER FACTOR .59402040 | 94.0000 | -115.67 | | -32,734.63 |
| 04/17/08 | 04/16/08 | SOLD | REM BAL 34701.02 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3151 CL 3151 LIS INV FLTR 7.500% 07/15/26 B/E DTD 05/01/06 CLB FACTOR 0.694020400 REM BAL 34,701 | 96.0000 | 115.67 | | 33,081.64 |



# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/17/08 | 04/16/08 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 B/E DTD 02/01/07 SOLICITED ORDER REM BAL 24393.57 | 25,000.000 | 93.0000 | -81.31 | -22,766.40 |
| 04/17/08 | 04/16/08 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3273 CL 3273-TH INV FLTR 7.500% 08/15/35 B/E DTD 02/01/07 FACTOR .97570272200 REM BAL 24,392 | 25,000.000 | 94.0000 | 81.31 | 23,010.32 |
| 04/17/08 | 04/16/08 | SOLD | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/07 B/E DTD 03/15/07 SOLICITED ORDER FACTOR .89615249 REM BAL 42807.62 | 94.0000 | -16.65 | -16.65 | -39,827.74 |
| 04/18/08 | 04/16/08 | PURCHASED | FHLMC GTD REMIC PASS THRU CTFS REMIC SER 3287 CL 3287-TA 7.000% 01/15/07 B/E DTD 03/15/07 FACTOR .8956524900 REM BAL 42,807 | 93.0000 | 16.65 | 16.65 | 40,255.82 |
| 04/18/08 | 04/16/08 | SOLD | GSR MTG LOAN TRUST CORP 2005-5F MTG PASTHRU CTF CL 442 INT ONLY 0.000% 06/25/35 B/E DTD 05/25/05 CLB FACTOR 0.69268648900 REM BAL 1,778,059 VARIABLE RATE | 80.00 | -5,170.14 | -5,170.14 | -147,414.90 |
| 04/21/08 | 04/18/08 | PURCHASED | GSR MTG LOAN TRUST CORP 2005-5F MTG PASTHRU CTF CL 442 INT ONLY 0.000% 06/25/35 B/E DTD 05/25/05 CLB SOLICITED ORDER VARIABLE RATE FACTOR .59268649 REM BAL 1778059.47 | 8.1200 | 5,170.14 | 5,170.14 | 149,548.57 |
| 04/21/08 | 04/18/08 | SOLD | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-16 CL 46-AS INV FLTR 13.910% 09/25/36 B/E DTD 05/26/06 SOLICITED ORDER VARIABLE RATE FACTOR .70407722 REM BAL 22,194.32 | -315,000.000 | -2,232.54 | -2,232.54 | -226,234.71 |
| 04/21/08 | 04/19/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-16 CL 46-AS INV FLTR 13.910% 09/25/36 B/E DTD 05/26/06 FACTOR 0.70407722200 REM BAL 221,784 | 315,000.000 | 2,232.54 | 2,232.54 | 228,452.25 |
| 04/22/08 | 04/18/08 | CORRECTED PURCHASE | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006-33 CL-33 A85 0.000% 05/25/36 B/E DTD 04/26/06 FACTOR .86939-4770000 REM BAL 1891 69.80 VARIABLE RATE CORRECTED CONFIRM | 102.0000 | | -120,528.54 | |
| 04/22/08 | 04/19/08 | INT. CHARGED ON DEBIT BALANCES | FIRM DEBIT INTEREST FOR INTEREST PERIOD 03-20-08 TO 04-19-08 | 101.0000 | -3,461.73 | | -200,629.63 |

Account Number: 7L7-891035
CROCKER SECURITIES LLC
PMR-02-ROLL
Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC
Page 8 of 13



**CROCKER SECURITIES**
2999 Oak Road • Suite 1180 • Walnut Creek, CA 94597
925.941.1540

# Brokerage
## Account Statement

Statement Period: 04/01/2008 - 04/30/2008

## Transactions in Date Sequence (continued)

| Process/ Trade/ Date | Settlement Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/24/08 | 04/16/08 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR.2006-33 CL-33 8S 6L000% /05/25/36 B/E DTD 04/25/06 SOLICITED ORDER FACTOR .86595470000 REM BAL  199769.60 OT(123500)D(E(124000) VARIABLE RATE CORRECTED CONFIRM | -1000.000000 | 10.0000 | 3,451.73 | 202,671.33 |
| 04/24/08 | 04/21/08 | CORRECTED PURCHASE | GSR MTG LOAN TRUST CORP 2005-5F MTG PASSTHRU CTF CL 4A2 INT ONLY 0.000% 08/25/35 B/E DTD 05/25/05 CL8 SOLICITED ORDER FACTOR .59286640000 REM BAL  592686.41 VARIABLE RATE CORRECTED CONFIRM | 1,000,000.000 | 8.3750 | -2,172.96 | -50,299.10 |
| 04/24/08 | 04/21/08 | CORRECTED SELL | GSR MTG LOAN TRUST CORP 2005-5F MTG PASSTHRU CTF CL 4A2 INT ONLY 0.000% 08/25/35 B/E DTD 05/25/05 CL8 FACTOR .59286640000 REM BAL  592686.49 VARIABLE RATE CORRECTED CONFIRM | -1,000,000.000 | 8.1200 | 2,172.96 | 50,299.10 |
| 04/25/08 | 04/07/08 | CANCELLED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR.2003-34 CL-34 IF 5.600% 05/25/33 B/E DTD 04/01/03 SOLICITED ORDER FACTOR .78970437 REM BAL  634118.31 CANCELLED TRADE | 804,000.000 | 19.6250 | -581.28 | -125,027.00 |
| 04/25/08 | 04/07/08 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR.2003-34 CL-34 IF 5.600% 05/25/53 B/E DTD 04/01/03 SOLICITED ORDER FACTOR .78970437(002600) CORRECTED CONFIRM | -804,000.000 | 19.6250 | 581.27 | 125,025.08 |
| 04/25/08 | | BOND INTEREST RECEIVED | OT(091500)D(E(082600) CORRECTED CONFIRM 7000 CNMMS INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 6.000% 10/25/35 B/E DTD 09/01/05 RD 03/31 PO 04/25/08 | | | 63410.58 | 32.66 |
| 04/25/08 | | BOND INTEREST RECEIVED | 124000 FNMA GTD REMIC PASS THRU CTF REMIC TR.2003-76 CL-76-GS 0.000% 09/25/31 B/E DTD 07/25/03 RD 03/31 PO 04/25/08 | | | | 230.60 |

Account Number: 7L7-691035
CROCKER SECURITIES LLC.

PM406-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 9 of 13

# Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/25/08 | | BOND INTEREST RECEIVED | 9100D FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 03/31 PD 04/25/08 | | | | 91.15 |
| 04/25/08 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 03/31 PD 04/25/08 | | | | 101,510.84 |
| 04/25/08 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 RD 03/31 PD 04/26/08 | | | | 18,830.80 |
| 04/25/08 | | BOND INTEREST RECEIVED | 115000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-64 CL-64-SA INV 9.241% 10/25/33 B/E | | | | 177.87 |
| 04/25/08 | | BOND INTEREST RECEIVED | 7000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 9.043% 06/25/35 B/E DTD 11/01/05 RD 03/31 PD 04/25/08 | | | | 20.38 |
| 04/25/08 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 9.043% 06/25/35 B/E DTD 11/01/05 RD 03/31 PD 04/25/08 | | | | 62.97 |
| 04/25/08 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-114 CL-QS "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 03/31 PD 04/25/08 | | | | 66,666.67 |
| 04/25/08 | | BOND INTEREST RECEIVED | 6150000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 RD 03/31 PD 04/25/08 | | | | 24,121.43 |
| 04/25/08 | | BOND INTEREST RECEIVED | 27000 FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 05/25/06 RD 03/31 PD 04/25/08 | | | | 332.03 |
| 04/25/08 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 05/25/06 RD 03/31 PD 04/25/08 | | | | 306.36 |
| 04/25/08 | | BOND INTEREST RECEIVED | 100000 FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CTF CL-1A26 20.00% 10/25/33 B/E DTD 08/01/03 CLB RD 03/31 PD 04/26/08 | | | | 666.76 |



Account Number: 7Z7-891035
CROCKER SECURITIES LLC

PA4-02-ROLL

Clearing through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 10 of 13



**CROCKER**
**SECURITIES**

2099 Oak land • Suite 1010 • Walnut Creek, CA 94597
925•941•0450

# Brokerage
## Account Statement

Statement Period: 04/01/2008 - 04/30/2008

## Transactions in Date Sequence *(continued)*

| Process/ Trade/ Date | Settlement Date | Transaction Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/30/08 | 03/28/08 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-4E-OD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR .88347116200000 REM BAL 8.934,716.20 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 125.5075 | 15,412.39 | 11,334,580.96. |
| 04/30/08 | 03/28/08 | CORRECTED SELL | FNMA GTD REMIC-PASS THRU CTF REMIC SER-2005-110 CL-HP "INV'E11C" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 1000000000.00 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 127.4687 | 64,444.44 | 12,811,319.44 |
| 04/30/08 | 03/28/08 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-OS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR .58832490000 REM BAL .35182144.06 CORRECTED CONFIRM | 100.0000 | 100.0000 | 23,317.38 | 3,641,531.44 |
| 04/30/08 | 03/28/08 | CORRECTED SELL | FHLMC MULTICLASS MTG PART'N CTFS GTD SER-3096 CL-3096-SG INV FLTR. 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR .86429170000 REM BAL .16330/23.89 CORRECTED CONFIRM | -2,684,000.000 | 97.4375 | 10,523.93 | 1,801,701.59 |
| 04/30/08 | 03/28/08 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000000 REM BAL 50000000.00 CORRECTED CONFIRM | -500,000.000 | 52.3750 | | 261,875.00 |
| 04/30/08 | 04/29/08 | PURCHASED | CREDIT SUISSE FIRST BOSTON MTG SECS CORP SER-2005-2 CL-DX 6.000% 03/25/35 B/E DTD 02/01/05 CL8 FACTOR .0.44533739870 REM BAL 1,047,659 | 2,352,768.000 | 6.0500 | -5,064.65 | -68,594.94 |
| 04/30/08 | 04/29/08 | SOLD | CREDIT SUISSE FIRST BOSTON MTG SECS CORP SER-2005-2 CL-DX 6.000% 03/25/35 B/E DTD 02/01/05 CL8 SOLICITED ORDER FACTOR .44537309 REM/BAL .1047659.55 | -2,352,768.000 | 6.1200 | 5,064.65 | 69,193.65. |
| 04/30/08 | 04/29/08 | PURCHASED | FNMA GTD REMIC PASS 'THRU CTF REMIC TR-2004-46 CL-45-OD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.89347116200 REM BAL 8.934,716 VARIABLE RATE | 10,000,000.000 | 126.7187 | -15,412.39 | -11,337,373.07 |



DEALER KNOW
YOUR COMMISSION

Account Number: 727-891025
CROCKER SECURITIES LLC

PAR-06-FULL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
member FINRA, NYSE, SIPC

Page 11 of 13

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 04/30/08 | 04/29/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10,000,000 VARIABLE RATE | 10,000,000.000 | 127.5000 | -84,444.44 | -12,814,444.44 |
| 04/30/08 | 04/29/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-114 CL-CS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.588327490000 REM BAL 3,618,214 | 6,150,000.000 | 100.0312 | -23,317.38 | -3,642,682.14 |
| 04/30/08 | 04/29/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3095-SQ INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR 0.6084291700 REM BAL 1,633,023 | 2,684,000.000 | 97.4687 | -10,528.93 | -1,602,211.90 |
| 04/30/08 | 04/29/08 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL-1A42 0.000% 10/25/33 B/E DTD 09/01/03 FACTOR 1.000000000 REM BAL 500,000 | 500,000.000 | 52.5000 | | -262,500.00 |
| 04/30/08 | 04/30/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2941 CL-2941-SB 0.000% 09/15/33 B/E DTD 03/01/05 CL8 FACTOR 1.000000000 REM BAL 648,000 | 668,000.000 | 87.0000 | -3,053.42 | -572,812.42 |
| 04/30/08 | 04/30/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2941 CL-2941-SB 0.000% 09/15/33 B/E DTD 03/01/05 CL8 FACTOR 1.000000000 REM BAL 648,000 | -648,000.000 | 90.0000 | 3,053.42 | 592,252.42 |

Total Value of all Transactions                      -5878,134.53

The price and quantity displayed may have been rounded.

## Messages

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

Account Number: 727-891035
CROCKER SECURITIES LLC
PVP-02-HOLL
Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
member FINRA, NYSE, SIPC
Page 12 of 13

3400318PCSP34037



CROCKER
SECURITIES

3399 Oak Road • Suite 100 • Walnut Creek, CA 94597
925-941-1540

DALBAR RATED
10th COMMENDATION

# Brokerage
## Account Statement

Statement Period: 04/01/2008 - 04/30/2008

D-02713012F01027

PAIP-30-PDLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation.
Member FINRA, NYSE, SIPC

Account Number: 727-691035
CROCKER SECURITIES LLC

Page 13 of 13

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 05/13/08 | 04/11/08 | Buy | FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL 25,000,000 | 25,000,000.000 | 97.0000 | 45,833.33 | -24,295,833.33 |
| 05/13/08 | 04/11/08 | Sell | FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL 25,000,000 | -25,000,000.000 | 100.8203 | 45,833.33 | 25,250,911.46 |
| 05/13/08 | 04/14/08 | Buy | FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL 7,000,000 | 7,000,000.000 | 97.0078 | 12,833.33 | -6,803,380.21 |
| 05/13/08 | 04/14/08 | Sell | FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL 7,000,000 | -7,000,000.000 | 101.0117 | 12,833.33 | 7,083,653.65 |
| 05/30/08 | 04/29/08 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL A6-AD "INV" 0.000% 02/25/34 B/E DTD 06/25/04 FACTOR 0.083471820 REM BAL 8,934,716 | -10,000,000.000 | 126.8750 | -15,412.39 | 11,351,333.57 |
| 05/30/08 | 04/29/08 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-1 110 CL A-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10,000,000 VARIABLE RATE | -10,000,000.000 | 127.6875 | -64,444.44 | 12,833,194.44 |
| 05/30/08 | 04/29/08 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 2005-11 CL CL-S 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.189332/4900 REM BAL   3,618,211 VARIABLE RATE | -6,150,000.000 | 100.0000 | -23,317.36 | 3,641,531.44 |
| 05/30/08 | 04/29/08 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3086 CL-3086-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 FACTOR 0.609429170 REM BAL   1,633,023 | -2,684,000.000 | 98.0000 | -10,523.93 | 1,610,887.34 |
| 05/30/08 | 04/29/08 | Sell | NTG PASTHRU CTF CL 1A42 FIRST HORIZON MTG PASTHRU TR 2003 B 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.000000000 REM BAL   500,000.00 CORRECTED CONFIRM | -500,000.000 | 52.5312 | 0.00 | 262,656.25 |

**Total Amount of Trades Not Settled** $30,934,954.61

Doc Break

**CROCKER**
SECURITIES

2999 Oak Road • Suite 1010 • Walnut Creek, CA 94597
925-941-1540

CROCKER SECURITIES LLC
-- TAXABLE TRADE #2 --
2999 OAK ROAD, SUITE 1010
WALNUT CREEK CA 94597

Your Investment Advisor:
DOUGLAS C. GREEN
(561) 750-9370

# Brokerage
## Account Statement

Account Number: 727-891035
Statement Period: 05/01/2008 - 05/31/2008

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $7,479,918.79 |
| Cash Withdrawals | -226,765.00 |
| Dividends/Interest | 84,199.30 |
| Change In Account Value | -934,949.83 |
| Ending Account Value | $8,557,434.32 |

## Asset Allocation

Your Account is 100% Invested in Fixed Income.

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Fixed Income | 23,459,977.50 | 22,391,175.53 | 100% |
| Cash and Cash Equivalents | -30,939,896.29 | -30,949,209.86 | (0%) |
| **Account Total** | **$7,479,918.79** | **$8,557,434.32** | **100%** |

IMAGE MADE
FOR CONSERVATION

B0047751C5P2C035   P44560421C1L

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

## Customer Service Information

Your Investment Advisor: RDG

DOUGLAS C. GREEN
600 S. FEDERAL HIGHWAY STE 301
BOCA RATON    FL 33432-6008

B04647557CP31003S

| Contact Information | Customer Service Information |
|---|---|
| Telephone Number: (561) 750-9370 | Service Hours: Weekdays 08:00 a.m. - 05:00 p.m. PST |
| Fax Number: (561) 750-9360 | Customer Service Telephone Number: (800) 941-2895 |

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| | Cash and Cash Equivalents 0.00% of Portfolio | | | | | |
| | Cash Balance | 0.00 | -31,521.36 | | | |
| | Margin Balance | -30,939,896.29 | -30,917,688.49 | | | |
| | **Total Cash and Cash Equivalents** | **-$30,939,896.29** | **-$30,949,209.85** | **$0.00** | **$0.00** | |

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** 100.00% of Portfolio *(In Maturity Date Sequence)* | | | | | |
| | **Asset Backed Securities** | | | | | |
| 101,000.000M | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-BD INT ONLY 5.500% 04/15/26 B/E DTD 01/01/03 CLB Security Identifier 31393J7X6  Factor: 0.42297790 | 2.1950 | 924.77 | 195.78 | | |
| 91,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 Security Identifier 31393TNJ1  Factor: 0.15921282 | 1.6500 | 239.06 | 72.44 | | |
| 124,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-GS 0.000% 09/25/31 B/E DTD 07/25/03 Security Identifier 31393DKX6  Factor: 0.48267356 | 10.2590 | 6,140.17 | 0.00 | | |
| 115,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2005-64 CL-64-SA INV 10.117% 10/25/33 B/E DTD 06/01/05 Security Identifier 31394EFE3  Factor: 0.22083317 | 90.8430 | 20,934.74 | 194.73 | | |

CROCKER SECURITIES LLC

PAR-02-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC



CROCKER SECURITIES
3995 Oak Road · Suite 100 · Walnut Creek, CA 94597
925-941-1540

# Brokerage
## Account Statement

**Statement Period: 05/01/2008 - 05/31/2008**

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** (continued) | | | | | |
| | **Asset Backed Securities** (continued) | | | | | |
| 100,000.000M | FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CT F CL-1A86 20.000% 10/25/33 B/E DTD 08/01/03 CLB | 63.1440 | 63,144.56 | 666.76 | | |
| | *Moody Rating AAA S & P Rating AAA* | | | | | |
| | *Security Identifier 32051DH94   Factor: 0.40005920* | | | | | |
| 500,000.000M | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 | 43.3850 | 216,625.00 | 0.00 | | |
| | *Moody Rating AAA S & P Rating AAA* | | | | | |
| | *Security Identifier 32051DK50   Factor: 1.00000000* | | | | | |
| 10,000,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 06/26/04 | 99.5380 | 8,870,862.79 | 0.00 | | |
| | *Security Identifier 31393VG37   Factor: 0.98120384* | | | | | |
| 448,000.000M | FHLMC MULTICLASS MTG PARTN CFTS GTD SER-2794 CL-2794-SF 0.000% 06/15/34 B/E DTD 05/15/04 CLB | 71.3750 | 7,368.74 | 0.00 | | |
| | *Security Identifier 31394VR94   Factor: 0.00230481* | | | | | |
| 6,150,000.000M | FHLMC MULTICLASS MTG PARTN CFTS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 | 89.0390 | 3,168,821.10 | 23,875.84 | | |
| | *Security Identifier 31394VJD3   Factor: 0.48233751* | | | | | |
| 111,000.000M | FHLMC MULTICLASS MTG PARTN CFTS GTD SER-2929 CL-2929-TS INV FLTR 7.000% 02/15/35 B/E DTD 02/15/05 CLB | 83.3570 | 61,837.19 | 432.69 | | |
| | *Security Identifier 31395NBW6   Factor: 0.65082018* | | | | | |
| 7,000.000M | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 9.370% 05/25/35 B/E DTD 11/01/05 | 86.1080 | 2,200.44 | 20.38 | | |
| | *Security Identifier 31394UD86   Factor: 0.36506261* | | | | | |
| 72,000.000M | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-45 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB | 92.4760 | 38,332.55 | 276.34 | | |
| | *Security Identifier 38374LGE6   Factor: 0.57571312* | | | | | |

## Portfolio Holdings (continued)

| Quantity | Description | Market Price | Market Value | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| | **Fixed Income** (continued) | | | | | |
| | **Asset Backed Securities** (continued) | | | | | |
| 7,000.000# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 9.000% 10/15/36 B/E DTD 08/01/07 *Security Identifier: 3139TRBG5* Factor: 0.95177617 | 95.2630 | 6,346.83 | 48.97 | $0.00 | |
| 7,000.000# | CWMBS INC MTG PASS THRU CTF SER 2005-24 CL-A26 *INV FLTG* 9.346% 10/25/35 B/E DTD 09/01/05 *Security Identifier: 126698KS8* Factor: 0.69840034 | 89.7370 | 4,324.25 | 37.53 | $0.00 | |
| | Moody Rating AAA S & P Rating AAA | | | | | |
| 10,000,000.000# | FNMA GTD REMIC PASS THRU CTF REMIC SER 2005-110 CL-HP *INV FLTG* 8.000% 12/25/35 B/E DTD 11/01/05 *Security Identifier: 31394U77* Factor: 1.00000000 | 85.4730 | 8,547,300.00 | 66,666.67 | $0.00 | |
| 2,684,000.000# | FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3096 CL-3096-SG INV FLTR 8.000% 01/15/36 B/E DTD 01/01/06 *Security Identifier: 31396GN86* Factor: 0.57914786 | 86.1610 | 1,539,314.89 | 10,362.89 | $0.00 | |
| 27,000.000# | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 05/26/06 *Security Identifier: 31395DH77* Factor: 0.60506149 | 103.1940 | 16,858.45 | 0.00 | $0.00 | |
| | **Total Asset Backed Securities** | | $22,391,776.53 | $102,852.02 | $0.00 | |
| | **Total Fixed Income** | | $22,391,775.53 | $102,852.02 | $0.00 | |

| Description | | | Market Value | Accrued Interest | Estimated Annual Income | |
|---|---|---|---|---|---|---|
| **Total Portfolio Holdings** | | | -$8,557,434.32 | $102,852.02 | $0.00 | |



BARBARA PAIGE FOR CROCKER SECURITIES

Account Number: 727-891035
CROCKER SECURITIES LLC

**Disclosures and Other Information**

# This symbol next to the quantity indicates a position in your margin account.

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

Page 4 of 11



CROCKER
SECURITIES

2855 Oak Road · Suite 100 · Walnut Creek, CA 94597
925-941-4540



# Brokerage Account Statement

Statement Period: 05/01/2008 - 05/31/2008

## Portfolio Holdings (continued)

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit Interest Income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the line of execution and the name of the person from whom your security was purchased will be furnished to you upon written request or your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your Introducing firm. In order to assist your Introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

Foreign Currency Transactions - Pershing may execute foreign currency transactions as principal for your account. Pershing may automatically convert foreign currency to or from U.S. dollars for dividends and similar corporate action transactions unless you instruct your financial organization otherwise. Pershing's currency conversion rate will not exceed the highest interbank conversion rate identified from customary banking sources on the conversion date or the prior business day, increased by up to 1%, unless a particular rate is required by applicable law. Your financial organization may also increase the currency conversion rate. This conversion rate may differ from rates in effect on the date you executed a transaction, incurred a charge, or received a credit. Transactions converted by agents (such as depositories) will be billed at the rates such agents use.

Proxy Vote - Securities held by you on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

Proxy Vote - Securities held by you on margin will be reduced by the amount of shares on loan. The Proxy Voting Instruction Form sent to you may reflect a smaller number of shares entitled to vote than the number of shares in your margin account.

## Transactions in Date Sequence

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/01/08 | 04/11/08 | CONSOLIDATED FIRM BALANCES CORRECTED PURCHASE | TRANSFERRED TO 7Z7891OA31 FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/05 FACTOR 1.00000000 REM BAL 15000000.00 CORRECTED CONFIRM | 15,000,000.000 | 100.9218 | -27,500.00 | -226,765.00 -16,165,781.25 |
| 05/13/08 | 04/11/08 | SOLD | FNMA 30 YEAR TBA SETT MAY 5.500% 05/01/36 REG DTD 05/01/06 FACTOR 1.00000000 REM BAL 25,000,000 CORRECTED CONFIRM | -25,000,000.000 | 100.8203 | 45,833.33 | 25,250,911.46 |
| 05/13/08 | 04/14/08 | CORRECTED PURCHASE | FNMA 30 YEAR TBA SETT MAY 5.500% 04/01/38 REG DTD 05/01/06 FACTOR 1.00000000 REM BAL 7000000.00 CORRECTED CONFIRM | 7,000,000.000 | 100.5375 | -12,833.33 | -7,078,458.33 |

## Transactions in Date Sequence *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/13/08 | 04/14/08 | SOLD | FNMA 30 YEAR TBA SETT MAY 5.500% 06/01/06 REG DTD 05/01/06 FACTOR 1.000000000 REM BAL 7,000,000 | -7,000,000.000 | 101.0117 | 12,933.33 | 7,083,653.65 |
| 05/13/08 | 05/12/08 | PURCHASED | FNMA 30 YEAR TBA SETT MAY 5.500% 06/01/36 REG DTD 05/01/06 | 10,000,000.000 | 100.8437 | -18,333.33 | -10,102,708.33 |
| 05/15/08 | 05/13/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2906 CL-2906-S "INV FLTR" 10.302% 07/15/34 B/E DTD 12/15/04 CLB FACTOR 0.695682600 REM BAL 996,216 | 10,000,000.000 | 84.0000 | | -836,822.16 |
| 05/15/08 | 05/13/08 | SOLD | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2906 CL-2906-S "INV FLTR" 10.302% 07/15/34 B/E DTD 12/15/04 CLB FACTOR 0.695682600 REM BAL 996,216 VARIABLE RATE | -1,432,000.000 | 86.0000 | | 856,746.49 |
| 05/15/08 | | BOND INTEREST RECEIVED | 101000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2549 CL-2549-IB INT ONLY 5.500% 04/15/26 B/E | | | | 213.52 |
| 05/15/08 | | BOND INTEREST RECEIVED | 448000 FHLMC MULTICLASS MTG DTD 01/01/03 CLB RD 04/30 PD 05/15/08 0.000% 05/15/34 B/E DTD 05/15/04 CLB RD 04/30 PD 05/15/08 PARTN CTFS GTD SER-2794 CL-2794-SF | | | | 84.59 |
| 05/15/08 | | BOND INTEREST RECEIVED | 111000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2929 CL-2929-TS INV FLTR 1.000% 02/15/35 B/E | | | | 432.69 |
| 05/15/08 | | BOND INTEREST RECEIVED | DTD 02/15/05 CLB RD 04/30 PD 05/15/08 269400 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 01/15/35 B/E | | | | 10,886.83 |
| 05/15/08 | | BOND INTEREST RECEIVED | DTD 01/01/06 RD 04/30 PD 05/15/08 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 07/15/35 B/E DTD 07/07/06 | | | | 78,591.04 |
| 05/15/08 | | PRINCIPAL PAY DOWN RECEIVED | RD 04/30 PD 05/15/08 7000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL-3359-CT 0.000% 10/15/35 B/E DTD 08/01/07 | | | | 52.41 |
| 05/15/08 | | PRINCIPAL PAY DOWN RECEIVED | RD 04/30 PD 05/15/08 PARTN CTFS GTD SER 3359 CL-3359-CT FHLMC MULTICLASS MTG PARTN CTFS GTD SER 3359 CL 3359-CT 0.000% 10/15/35 B/E DTD 08/01/07 RD 04/30 PD 05/15/08 | | | | 324.99 |




Account Number: 727-891035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

**CROCKER SECURITIES**
2999 Oak Road · Suite 1010 · Walnut Creek, CA 94597
925·941·1530

# Brokerage
## Account Statement

Statement Period: 05/01/2008 - 05/31/2008

## Transactions in Date Sequence (continued)

| Process/ Trade/ Settlement Transaction Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|
| 05/16/08 | BOND INTEREST RECEIVED | 72000 GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-46 CL-45-JT INV FLTR 8.000% 06/16/35 B/E DTD 05/16/05 CLB RD 04/30 PD 05/16/08 | | | | 276.92 |
| 05/16/08 | PRINCIPAL PAY DOWN RECEIVED | GNMA GTD REMIC PASS THRU CTF REMIC TR-2005-46 CL-45-DT INV FLTR 8.000% 06/16/35 B/E DTD 06/16/05 CLB RD 04/30 PD 05/16/08 | | | | 85.94 |
| 05/20/08 05/19/08 | INT CHARGED ON DEBIT BALANCES | FIRM DEBIT INTEREST FOR INTEREST PERIOD 04-20-08 TO 05-19-08 | | | | -112,529.46 |
| 05/22/08 05/20/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2008-3 CL-3-JS "INV FLTG" 14.785% 09/25/36 B/E DTD 02/25/06 FACTOR 0.83986226600 REM BAL   92.365 | 110,000.000 | 88.0000 | -1,024.31 | -83,229.20 |
| 05/22/08 05/20/08 SOLD | | FNMA GTD REMIC PASS THRU CTF REMIC TR-2008-3 CL-3-JS "INV FLTG" 14.785% 09/25/36 B/E DTD 02/25/06 FACTOR 0.83986226600 REM BAL   92.365 VARIABLE RATE | -110,000.000 | 91.0000 | 1,024.31 | 85,076.50 |
| 05/27/08 | BOND INTEREST RECEIVED | 7000 GWM&S INC MTG PASS THRU CTF SER 2005-24 CL-A-26 "INV FLTG" 3.507% 10/25/35 B/E DTD 08/01/05 RD 04/30 PD 05/25/08 | | | | 35.41 |
| 05/27/08 | BOND INTEREST RECEIVED | 12000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-76 CL-76-GS 0.005% 05/25/33 B/E DTD 07/25/03 RD 04/30 PD 05/25/08 | | | | 213.37 |
| 05/27/08 | BOND INTEREST RECEIVED | 91000 FNMA GTD REMIC PASS THRU CTF REMIC TR-2003-97 CL-97-IC INT ONLY 6.000% 09/25/28 B/E DTD 09/01/03 RD 04/30 PD 05/25/08 | | | | 79.69 |
| 05/27/08 | BOND INTEREST RECEIVED | 10000001 FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.005% 10/25/34 B/E DTD 05/25/04 RD 04/30 PD 16/25/08 | | | | 92,474.31 |

Account Number: 717-891035    CROCKER SECURITIES LLC

PAGE-ROLL

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

B006773572SP2035

# Transactions in Date Sequence *(continued)*





| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/27/08 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL-46-QD "INV" RD 04/30 PD 05/25/08 | | | | 22,679.80 |
| 05/27/08 | | BOND INTEREST RECEIVED | 0.000% 03/25/34 B/E DTD 05/28/04 RD 04/30 PD 05/25/08 | | | | 201.59 |
| 05/27/08 | | BOND INTEREST RECEIVED | 115000 FNMA GTD REMIC PASS THRU CTF REMIC TR 2005-64 CL-64-SA INV 10.473% 10/25/33 B/E DTD 06/01/05 RD 04/30 PD 05/25/08 | | | | 21.54 |
| 05/27/08 | | BOND INTEREST RECEIVED | 7000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 9.784% 05/25/35 B/E DTD 11/01/05 | | | | 85.97 |
| 05/27/08 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-KS "INV FLTG" 9.784% 05/25/35 B/E DTD 11/01/05 RD 04/30 PD 05/25/08 | | | | 66,656.67 |
| 05/27/08 | | BOND INTEREST RECEIVED | 10000000 FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 RD 04/30 PD 05/25/08 | | | | 24,121.43 |
| 05/27/08 | | BOND INTEREST RECEIVED | 6150000 FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 RD 04/30 PD 05/25/08 | | | | 36,838.37 |
| 05/27/08 | | PRINCIPAL PAY DOWN RECEIVED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 RD 04/30 PD 05/25/08 | | | | 301.04 |
| 05/27/08 | | BOND INTEREST RECEIVED | 27000 FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 05/25/06 RD 04/30 PD 05/25/08 | | | | 599.60 |
| 05/27/08 | | PRINCIPAL PAY DOWN RECEIVED | FNMA GTD REMIC PASS THRU CTF REMIC TR 2006 43 CL 43 GS INV FLTR 0.000% 06/25/36 B/E DTD 05/25/06 RD 04/30 PD 05/25/08 | | | | 666.76 |
| 05/27/08 | | BOND INTEREST RECEIVED | 100000 FIRST HORIZON MTG PASSTHRU TR SER 2003 8 CT CL-1A6E 20.000% 10/25/33 B/E DTD 08/01/03 CLB RD 04/30 PD 05/25/08 | | | | 11,501,538.51 |
| 05/30/08 | 04/29/08 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC TR 2004-46 CL 46-QD "INV" 0.000% 03/25/34 B/E DTD 05/28/04 FACTOR .89120354000 REM BAL .89120035.40 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 123.5375 | 17,861.21 | |



CROCKER SECURITIES
2999 Oak Road Suite 101 · Walnut Creek, CA 94597
925/941-1340

**Brokerage Account Statement**

Statement Period: 05/01/2008 - 05/31/2008

## Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/30/08 | 04/29/08 | CORRECTED SELL | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10000000.00 VARIABLE RATE CORRECTED CONFIRM | -10,000,000.000 | 130.8750 | 64,444.44 | 13,151,944.44 |
| 05/30/08 | 04/29/08 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CB 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 5.98327490000 REM BAL 3618214.06 CORRECTED CONFIRM | -6,150,000.000 | 102.0000 | 23,073.98 | 3,676,083.18 |
| 05/30/08 | 04/29/08 | CORRECTED SELL | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 07/15/35 B/E DTD 01/01/06 FACTOR 5.79147860000 REM BAL 1554432.86 CORRECTED CONFIRM | -2,684,000.000 | 98.0000 | 10,017.46 | 1,533,361.66 |
| 05/30/08 | 04/29/08 | CORRECTED SELL | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000 REM BAL 500000.00 CORRECTED CONFIRM | -500,000.000 | 52.5312 | | 262,656.25 |
| 05/30/08 | 04/29/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-40 CL-46-QO "INV 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.89712936400 REM BAL 8,912,036 | 10,000,000.000 | 130.0000 | -17,861.21 | -11,603,506.53 |
| 05/30/08 | 04/29/08 | PURCHASED | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV FLTG" 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.000000000 REM BAL 10,000,000 VARIABLE RATE | 10,000,000.000 | 130.0375 | -64,444.44 | -13,158,194.44 |
| 05/30/08 | 05/29/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-CB 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.58233375100 REM BAL 3,591,275 | 6,150,000.000 | 102.0625 | -23,073.98 | -3,678,321.54 |
| 05/30/08 | 05/29/08 | PURCHASED | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 07/15/35 B/E DTD 01/01/06 FACTOR 0.57914786000 REM BAL 1,554,432 | 2,684,000.000 | 98.0625 | -10,017.46 | -1,534,333.18 |

Account Number: 727-891035
CROCKER SECURITIES LLC
Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC
Page 9 of 11
P4P44-ROLL

B034715TC8F33033

# Transactions in Date Sequence (continued)

| Process/ Settlement Date | Trade/ Date | Transaction Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| 05/30/08 | 05/29/08 | PURCHASED | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.0000000000 REM BAL 500,000 | 500,000.000 | 52.5937 | | -262,668.75 |

**Total Value of all Transactions**    **-59,313.66**

## Messages

The price and quantity displayed may have been rounded.

PURSUANT TO SEC RULE 11AC1-6, CROCKER SECURITIES LLC IS REQUIRED TO DISCLOSE TO ITS CUSTOMERS A STATISTICAL ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF TRANSACTIONS EXECUTIONS. FOR AN ANALYSIS OF THE FIRM'S ORDER ROUTING INFORMATION AND THE QUALITY OF CROCKER'S EXECUTIONS, PLEASE VISIT WWW.ORDERROUTINGDISCLOSURE.COM OR CONTACT THE COMPLIANCE DEPARTMENT AT CROCKER SECURITIES TO RECEIVE A COPY.

# Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 06/12/08 | 05/12/08 | Buy | FNMA 10 YR TBA SETT 6/12/2007 5.500% 06/01/17 REG DTD 06/01/07 FACTOR 1.0000000000 REM BAL 15,000,000 | 15,000,000.000 | 96.6625 | 25,206.33 | -14,509,583.33 |
| 06/12/06 | 05/12/08 | Sell | FNMA 10 YR TBA SETT 6/12/2007 5.500% 06/01/17 REG DTD 06/01/07 FACTOR 1.0000000000 REM BAL 15,000,000 | -15,000,000.000 | 100.6757 | -25,206.33 | 15,126,575.53 |
| 06/30/08 | 05/29/08 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC TR-2004-46 CL-46-QD "INV" 0.000% 03/25/34 B/E DTD 05/25/04 FACTOR 0.8912036400 REM BAL 8,912,036 | -10,000,000.000 | 130.0312 | -17,861.21 | 11,606,293.54 |
| 06/30/08 | 05/29/08 | Sell | FNMA GTD REMIC PASS THRU CTF REMIC SER-2005-110 CL-HP "INV RLTG" VARIABLE RATE 8.000% 12/25/35 B/E DTD 11/01/05 FACTOR 1.0000000000 REM BAL 10,000,000 | -10,000,000.000 | 130.9887 | -84,444.44 | 13,161,319.44 |
| 06/30/08 | 05/29/08 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-2005-114 CL-QS 8.000% 01/25/35 B/E DTD 12/01/05 FACTOR 0.5823375000 REM BAL 3,581,375 VARIABLE RATE | -6,150,000.000 | 102.0937 | -23,079.98 | 3,679,440.72 |

CROCKER SECURITIES LLC

Account Number: 727-891035

Clearing Through: Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation
Member FINRA, NYSE, SIPC

3094773TCBP30035



CROCKER
SECURITIES

2070 Oak Road • Suite 1010 • Walnut Creek, CA 94597
925-941-4300

# Brokerage
## Account Statement

Statement Period: 05/01/2008 - 05/31/2008

## Trades Not Settled (continued)

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 06/30/08 | 05/29/08 | Sell | FHLMC MULTICLASS MTG PARTN CTFS GTD SER-3096 CL-3096-SG INV FLTR 8.000% 0115/36 B/E DTD 01/01/06 FACTOR 0.5791478600 REM BAL 1,554,432 | -2,684,000.000 | 98.1937 | -10,017.46 | 1,534,818.94 |
| 06/30/08 | 05/29/08 | Sell | FIRST HORIZON MTG PASSTHRU TR 2003 8 MTG PASSTHRU CTF CL 1A42 0.000% 10/25/33 B/E DTD 08/01/03 FACTOR 1.00000000000 REM BAL 500,000 | -500,000.000 | 52.6250 | 0.00 | 263,125.00 |
| **Total Amount of Trades Not Settled** | | | | | | | **$30,861,989.84** |

DRAWN EASED
FOR COMMUNICATION

Account Number: 747-891035
CROCKER SECURITIES LLC

Clearing Through Pershing LLC, a subsidiary of The Bank of New York Mellon Corporation.
Member FINRA, NYSE, SIPC

30667751TC8P10035