GEORGE L. GUERRA, CASB No. 158263
FOWLER WHITE BOGGS BANKER P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, Florida 33602
Tel: (813) 228-7411
Fax: (813) 229-8313
Email: george.guerra@fowlerwhite.com

Attorney for Defendant
DOUGLAS GREEN

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## CIVIL DIVISION

| | |
|---|---|
| PERSHING LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>CROCKER SECURITIES LLC and<br>DOUGLAS GREEN,<br><br>      Defendants. | CASE NO. CV-08-3141 WHA<br><br>**DECLARATION OF GEORGE L. GUERRA IN SUPPORT OF MOTIONS FOR PROTECTIVE ORDER AND FOR DISSOLUTION OF EX-PARTE ORDER GRANTING TRO, ORDER TO SHOW CAUSE AND EXPEDITED DISCOVERY AND TO COMPEL ARBITRATION** |

I, George L. Guerra, declare:

1. I am over the age of 18 and licensed to practice law in California and Florida.

2. Attached as Exhibit A is a true and correct copy of Plaintiff Pershing LLC's Form BD (Uniform Application for Broker-Dealer Registration) with FINRA on which it clearly discloses that it is a FINRA member.

3. Atttached as Exhibit B is a true and correct copy of the home page of Plaintiff Pershing LLC's web site on which it clearly discloses that it is a FINRA member.

1

1    4.  Atttached as Exhibit C is a true and correct copy of the of Defendant Crocker

2    Securities' Form BD  (Uniform Application for Broker-Dealer Registration) with FINRA on

3    which it clearly discloses that it too is a FINRA member.

4    5.  Atttached as Exhibit D is a true and correct copy of the home page of Defendant

5    Crocker Securities' web site on which it clearly discloses that it is a FINRA member.

6    I declare under penalty of perjury under the laws of the United States and the States of

7    California and Florida that the foregoing is true and correct.

8    Executed this 7th day of July, 2008 at Tampa, Florida.

9

10

11    George Guerra, Esq, CASB 158263
      FOWLER WHITE BOGGS BANKER P.A.
12    501 East Kennedy Boulevard, Suite 1700
      Tampa, FL 33602-5200
13    Telephone: 813-228-7411
      Fax: 813-229-8313
14    Counsel for Defendant Douglas Green

15

16

17

18

19

20

21

22

23

24

25

Declaration of George Guerra in Support of Motions  Case 3:08-cv-3141 WHA

# FORM BD
# UNIFORM APPLICATION FOR BROKER-DEALER REGISTRATION

| Primary Business Name: PERSHING LLC | BD Number: 7560 |
|---|---|

**BD – AMENDMENT**
**06/02/2008**

## BD – APPLICANT INFORMATION

OMB Number ...........................................3235-0012

Expires.........................................September 30, 2007
Estimated average burden hours per:
Response.........................................................2.75
Amendment.......................................................0.33

**WARNING:**Failure to keep this form current and to file accurate supplementary information on a timely basis, or the failure to keep accurate books and records or otherwise to comply with the provisions of law applying to the conduct of business as a broker-dealer would violate the Federal securities laws and the laws of the *jurisdictions* and may result in disciplinary, administrative, injunctive or criminal action.
**INTENTIONAL MISSTATEMENTS OR OMISSIONS OF FACTS MAY CONSTITUTE CRIMINAL VIOLATIONS.**

## ○ APPLICATION ⊙ AMENDMENT

1. Exact name, principal business address, mailing address, if different, and telephone number of *applicant:*

    A. **Full name of *applicant*** (if sole proprietor, state last, first and middle name):
    PERSHING LLC

    B. **IRS Empl. Ident. No.:**
    13-2741729

    C. (1) Name under which broker-dealer business primarily is conducted, if different from Item 1A.
    PERSHING LLC

    (2) List on Schedule D, Page 1, Section I, Other Business Names any other name by which the firm conducts business and where it is used.

    D. If this filing makes a name change on behalf of the *applicant*, enter the new name and specify whether the name change is of the
    ☐*applicant* name (1A) or ☐business name (1C):
    *Please check above.*

    E. **Firm main address: (Do not use a P.O. Box)**
    Number and Street 1:               Number and Street 2:
    ONE PERSHING PLAZA

| City: | State: | Country: | Zip/Postal Code: |
|---|---|---|---|
| JERSEY CITY | New Jersey | UNITED STATES | 07399 |

    F. **Mailing Address, if different:**
    **Number and Street 1:**              **Number and Street 2:**
    ONE PERSHING PLAZA

| City: | State: | Country: | Zip/Postal Code: |
|---|---|---|---|
| JERSEY CITY | New Jersey | USA | 07399 |

    G. **Business Telephone Number:**
    201-413-2000

    H. **Contact Employee:**

| Name: | Title: | Telephone Number: |
|---|---|---|
| RICHARD IZZO | VICE PRESIDENT | 201-413-2130 |

## BD - EXECUTION

**EXECUTION:**

For the purposes of complying with the laws of the State(s) designated in Item 2 relating to either the offer or sale of securities or commodities, the undersigned and *applicant* hereby certify that the *applicant* is in compliance with applicable state surety bonding requirements and irrevocably appoint the administrator of each of those State(s) or such other person designated by law, and the successors in such office, attorney for the *applicant* in said State(s), upon whom may be served any notice, process, or pleading in any action or *proceeding* against the *applicant* arising out of or in connection with the offer or sale of securities or commodities, or out of the violation or alleged violation of the laws of those State(s), and the *applicant* hereby consents that any such action or *proceeding* against the *applicant* may be commenced in any court of competent jurisdiction and proper venue within said State(s) by service of process upon said appointee with the same effect as if *applicant* were a resident in said State(s) and had lawfully been served with process in said State(s).

The *applicant* consents that service of any civil action brought by or notice of any *proceeding* before the Securities and Exchange Commission or any *self-regulatory organization* in connection with the *applicant's* broker-dealer activities, or of any application for a protective decree filed by the Securities Investor Protection Corporation, may be given by registered or certified mail or confirmed telegram to the *applicant's* contact employee at the main address, or mailing address if different, given in Items 1E and 1F.

The undersigned, being first duly sworn, deposes and says that he/she has executed this form on behalf of, and with the authority of, said *applicant*. The undersigned and *applicant* represent that the information and statements contained herein, including exhibits attached hereto, and other information filed herewith, all of which are made a part hereof, are current, true and complete. The undersigned and *applicant* further represent that to the extent any information previously submitted is not amended such information is currently accurate and complete.

| Date MM/DD/YYYY | Name of Applicant |
|---|---|
| 06/02/2008 | PERSHING LLC |

| Authorized Signatory | Title |
|---|---|
| RICHARD IZZO | VICE PRESIDENT |

Subscribed and sworn before me this _____ day of _____, _____ by _____
Year

_____

Notary Public

My commission expires _____ County of _____ State of _____

## BD - SECURITIES AND EXCHANGE COMMISSION

2. Indicate by checking the appropriate box(es) each governmental authority, ☑
organization, or *jurisdiction* in which the *applicant* is registered or registering as a broker-dealer.

If *applicant* is registered or registering with the SEC, check here and answer Items 2A through 2D below.

                                                      **YES NO**

A. Is *applicant* registered or registering as a broker-dealer under Section 15(b) or Section 15B of the Securities Exchange Act of 1934?     ◉  ○

B. Is *applicant* registered or registering as a broker-dealer under Section 15(b) of the Securities Exchange Act of 1934 and also acting or intending to act as a government securities broker or dealer?  ⊙ ○

C. Is *applicant* registered or registering solely as a government securities broker or dealer under Section 15C of the Securities Exchange Act of 1934?  ○ ⊙

   *Do not answer "yes" to Item 2C if applicant answered "yes" to Item 2A or Item 2B.*

D. Is *applicant* ceasing its activities as a government securities broker or dealer?  ○ ⊙

*If applicant answers "yes" to Items 2A and 2D, applicant expressly consents to the withdrawal of its registration as a government securities broker or dealer under Section 15C of the Securities Exchange Act of 1934. See "Instructions."*

## SECURITY FUTURES PRODUCTS ACTIVITIES

(Note: The field below is reserved exclusively for the reporting of single stock futures activities by registered broker-dealers. This field cannot be utilized until the SEC approves rules relating to the form and content of such reporting.)

## BD – SRO / JURISDICTION

### BD – SELF REGULATORY ORGANIZATIONS

| ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☐ | ☑ | ☑ | ☑ | ☑ | ☑ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMEX | BSE | CBOE | CHX | NSX | FINRA | NqLX | NQX | NYSE | PHLX | ARCA | ISE |

### BD – JURISDICTION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☑ Alabama | ☑ Illinois | ☑ Montana | ☑ Puerto Rico |
| ☑ Alaska | ☑ Indiana | ☑ Nebraska | ☑ Rhode Island |
| ☑ Arizona | ☑ Iowa | ☑ Nevada | ☑ South Carolina |
| ☑ Arkansas | ☑ Kansas | ☑ New Hampshire | ☑ South Dakota |
| ☑ California | ☑ Kentucky | ☑ New Jersey | ☑ Tennessee |
| ☑ Colorado | ☑ Louisiana | ☑ New Mexico | ☑ Texas |
| ☑ Connecticut | ☑ Maine | ☑ New York | ☑ Utah |
| ☑ Delaware | ☑ Maryland | ☑ North Carolina | ☑ Vermont |
| ☑ District of Columbia | ☑ Massachusetts | ☑ North Dakota | ☐ Virgin Islands |
| ☑ Florida | ☑ Michigan | ☑ Ohio | ☑ Virginia |
| ☑ Georgia | ☑ Minnesota | ☑ Oklahoma | ☑ Washington |
| ☑ Hawaii | ☑ Mississippi | ☑ Oregon | ☑ West Virginia |
| ☑ Idaho | ☑ Missouri | ☑ Pennsylvania | ☑ Wisconsin |
| | | | ☑ Wyoming |

## BD – LEGAL STATUS

3. A. Indicate legal status of *applicant*:

   ○ Corporation      ○ Sole Proprietorship      ○ Other *(specify)*

   ○ Partnership      ⊙ Limited Liability Company

   B. Month *applicant's* fiscal year ends:
   DECEMBER

C. If other than a sole proprietor, indicate date and place *applicant* obtained its legal status (i.e., state or country where incorporated, where partnership agreement was filed, or where *applicant* entity was formed):

**State of formation:**    **Country of formation:**    **Date of formation:** MM/DD/YYYY
**Delaware**           **USA**                    **01/17/2003**

*Schedule A, Direct Owners and Executive Officers Section and, if applicable, Schedule B, Indirect Owners Section must be completed as part of all initial applications. Amendments to these schedules must be provided on Schedule C.*

4. If *applicant* is a sole proprietor, state full residence address and Social Security Number.

**Social Security Number:**

**Number and Street 1:**           **Number and Street 2:**

**City:**             **State:**     **Country:**     **Zip/Postal Code:**

---

## BD - SUCCESSION

|  | YES NO |
|---|---|

5. Is *applicant* at the time of this filing *succeeding* to the business of a currently registered broker-dealer?    ○    ◉

*Do not report previous successions already reported on Form BD.*

*If "Yes," contact CRD prior to submitting form; complete appropriate items on Schedule D, Page 1, Section III.*

---

## BD - ARRANGEMENTS

|  | Yes No |
|---|---|

6. Does *applicant* hold or maintain any funds or securities or provide clearing services for any other broker or dealer?    ◉    ○

7. Does *applicant* refer or introduce customers to any other broker or dealer?    ○    ◉

*If "yes," complete appropriate items on Schedule D, Page 1, Section IV, Arrangement Detail.*

8. Does *applicant* have any arrangement with any other *person*, firm, or organization under which:

   A. any books or records of *applicant* are kept or maintained by such other *person*, firm or organization?    ○    ◉

   B. accounts, funds, or securities of the *applicant* are held or maintained by such other *person*, firm, or organization?    ○    ◉

   C. accounts, funds, or securities of customers of the *applicant* are held or maintained by such other *person*, firm, or organization?    ○    ◉

   *For purposes of 8B and 8C, do not include a bank or satisfactory control location as defined in paragraph(c) of Rule 15c3-3 under the Securities Exchange Act of 1934 (17 CFR 240. 15c3-3).*

   *If "Yes" to any part of Item 8, complete appropriate items on Schedule D, Page 1, Section IV, Arrangement Detail.*

9. Does any *person* not named in Item 1 or Schedules A, B, or C, directly or indirectly:

A. *control* the management or policies of the *applicant* through agreement or otherwise?    ○    ◉

B. wholly or partially finance the business of *applicant*?    ○    ◉

*Do not answer "yes" to 9B if the person finances the business of the applicant through: 1) a public offering of securities made pursuant to the Securities Act of 1933; 2) credit extended in the ordinary course of business by suppliers, banks, and others; or 3) a satisfactory subordination agreement, as defined in Rule 15c3-1 under the Securities Exchange Act of 1934 (17 CFR 240. 15c3-1).*
*If "Yes" to any part of Item 9, complete appropriate items on Schedule D, Page 1, Section IV, Arrangement Detail.*

## BD – BUSINESS AFFILIATES

## BD – Control Affiliates

|  | YES | NO |
|---|---|---|
| 10. A. Directly or indirectly, does *applicant control*, is *applicant controlled* by, or is *applicant* under common *control* with, any partnership, corporation, or other organization that is engaged in the securities or investment advisory business? *If "Yes" to Item 10A, complete appropriate items on Schedule D, Page 2, Section V, Firm Affiliates.* | ◉ | ○ |
| B. Directly or indirectly, is *applicant controlled* by any bank holding company, national bank, state member bank of the Federal Reserve System, state non-member bank, savings bank or association, credit union, or foreign bank? *If "Yes" to Item 10B, complete appropriate items on Schedule D, Page 3, Section VI, Bank Affiliates.* | ◉ | ○ |

## BD – DISCLOSURE QUESTIONS

11. Use the appropriate DRP for providing details to "yes" answers to the questions in Item 11. Refer to the Explanation of Terms section of Form BD Instructions for explanations of italicized terms.

## CRIMINAL DISCLOSURE

|  | YES | NO |
|---|---|---|
| A. In the past ten years has the *applicant* or a *control affiliate*: |  |  |
| (1) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic, foreign or military court to any *felony*? | ○ | ◉ |
| (2) been *charged* with any *felony*? | ○ | ◉ |
| B. In the past ten years has the *applicant* or a *control affiliate*: |  |  |
| (1) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic, foreign or military court to a *misdemeanor involving*: investments or an *investment-related* business, or any fraud, false statements or omissions, wrongful taking of property, bribery, perjury, forgery, counterfeiting, extortion, or a conspiracy to commit any of these offenses? | ○ | ◉ |
| (2) been *charged* with a *misdemeanor* specified in 11B(1)? | ○ | ◉ |

## REGULATORY ACTION DISCLOSURE

|  | YES | NO |
|---|---|---|
| C. Has the U.S. Securities and Exchange Commission or the Commodity Futures Trading Commission ever: |  |  |

(1) *found* the *applicant* or a *control affiliate* to have made a false statement or omission?  ◉ ○

(2) *found* the *applicant* or a *control affiliate* to have been *involved* in a violation of its regulations or statutes?  ◉ ○

(3) *found* the *applicant* or a *control affiliate* to have been a cause of an *investment-related* business having its authorization to do business denied, suspended, revoked, or restricted?  ○ ◉

(4) entered an *order* against the *applicant* or a *control affiliate* in connection with an *investment-related* activity?  ◉ ○

(5) imposed a civil money penalty on the *applicant* or a *control affiliate*, or *ordered* the *applicant* or a *control affiliate* to cease and desist from any activity?  ◉ ○

D. Has any other federal regulatory agency, any state regulatory agency, or *foreign financial regulatory authority*:

(1) ever *found* the *applicant* or a *control affiliate* to have made a false statement or omission or been dishonest, unfair, or unethical?  ○ ◉

(2) ever *found* the *applicant* or a *control affiliate* to have been *involved* in a violation of *investment-related* regulations or statutes?  ◉ ○

(3) ever *found* the *applicant* or a *control affiliate* to have been a cause of an *investment-related* business having its authorization to do business denied, suspended, revoked, or restricted?  ○ ◉

(4) In the past ten years, entered an *order* against the *applicant* or a *control affiliate* in connection with an *investment-related* activity?  ◉ ○

(5) ever denied, suspended, or revoked the *applicant's* or a *control affiliate's* registration or license or otherwise, by *order*, prevented it from associating with an *investment-related* business or restricted its activities?  ◉ ○

E. Has any *self-regulatory organization* or commodities exchange ever:

(1) *found* the *applicant* or a *control affiliate* to have made a false statement or omission?  ○ ◉

(2) *found* the *applicant* or a *control affiliate* to have been *involved* in a violation of its rules (other than a violation designated as a *"minor rule violation"* under a plan approved by the U.S. Securities and Exchange Commission)?  ◉ ○

(3) *found* the *applicant* or a *control affiliate* to have been the cause of an *investment-related* business having its authorization to do business denied, suspended, revoked, or restricted?  ○ ◉

(4) disciplined the *applicant* or a *control affiliate* by expelling or suspending it from membership, barring or suspending its association with other members, or otherwise restricting its activities?  ○ ◉

F. Has the *applicant's* or a *control affiliate's* authorization to act as an attorney, accountant, or federal contractor ever been revoked or suspended?  ○ ◉

G. Is the *applicant* or a *control affiliate* now the subject of any regulatory *proceeding* that could result in a "yes" answer to any part of 11C, D, or E?  ○ ◉

| CIVIL JUDICIAL ACTION DISCLOSURE | | |
|---|---|---|
| | **YES** | **NO** |
| H. (1) Has any domestic or foreign court: | | |
| (a) In the past ten years, *enjoined* the *applicant* or a *control affiliate* in connection with any *investment-related* activity? | ◉ | ○ |
| (b) ever *found* that the *applicant* or a *control affiliate* was *involved* in a violation of *investment-related* statutes or regulations? | ◉ | ○ |
| (c) ever dismissed, pursuant to a settlement agreement, an *investment-related* civil action brought against the *applicant* or *control affiliate* by a state or *foreign financial regulatory authority*? | ○ | ◉ |

| | | YES | NO |
|---|---|---|---|
| (2) Is the *applicant* or a *control affiliate* now the subject of any civil *proceeding* that could result in a "yes" answer to any part of 11H(1)? | | ○ | ◉ |

| **FINANCIAL DISCLOSURE** | | | |
|---|---|---|---|
| I. In the past ten years has the *applicant* or a *control affiliate* of the *applicant* ever been a securities firm or a *control affiliate* of a securities firm that: | | **YES** | **NO** |
| (1) has been the subject of a bankruptcy petition? | | ○ | ◉ |
| (2) has had a trustee appointed or a direct payment procedure initiated under the Securities Investor Protection Act? | | ○ | ◉ |
| J. Has a bonding company ever denied, paid out on, or revoked a bond for the *applicant*? | | ○ | ◉ |
| K. Does the *applicant* have any unsatisfied judgments or liens against it? | | ○ | ◉ |

| **BD – TYPES OF BUSINESS** | |
|---|---|
| 12. Check types of business engaged in (or to be engaged in, if not yet active) by *applicant*. Do not check any category that accounts for (or is expected to account for) less than 1% of annual revenue from the securities or investment advisory business. | |
| A. Exchange member engaged in exchange commission business other than floor activities. | ☑EMC |
| B. Exchange member engaged in floor activities. | ☑EMF |
| C. Broker or dealer making inter-dealer markets in corporate securities over-the-counter. | ☑IDM |
| D. Broker or dealer retailing corporate equity securities over-the-counter. | ☑BDR |
| E. Broker or dealer selling corporate debt securities. | ☑BDD |
| F. Underwriter or selling group participant (corporate securities other than mutual funds). | ☑USG |
| G. Mutual fund underwriter or sponsor. | ☑MFU |
| H. Mutual fund retailer. | ☑MFR |
| I. 1. U.S. government securities dealer. | ☑GSD |
|     2. U.S. government securities broker. | ☑GSB |
| J. Municipal securities dealer. | ☑MSD |
| K. Municipal securities broker. | ☑MSB |
| L. Broker or dealer selling variable life insurance or annuities. | ☐VLA |
| M. Solicitor of time deposits in a financial institution. | ☑SSL |
| N. Real estate syndicator. | ☐RES |
| O. Broker or dealer selling oil and gas interests. | ☐OGI |
| P. Put and call broker or dealer or option writer. | ☑PCB |
| Q. Broker or dealer selling securities of only one issuer or associate issuers (other than mutual funds). | ☐BIA |
| R. Broker or dealer selling securities of non-profit organizations (e.g., churches, hospitals). | ☐NPB |
| S. Investment advisory services. | ☐IAD |
| T. 1. Broker or dealer selling tax shelters or limited partnerships in primary distributions. | ☐TAP |
|     2. Broker or dealer selling tax shelters or limited partnerships in the secondary market. | ☐TAS |

| | | | |
|---|---|---|---|
| U. | Non-exchange member arranging for transactions in listed securities by exchange member. | | ☐NEX |
| V. | Trading securities for own account. | | ☑TRA |
| W. | Private placement of securities. | | ☐PLA |
| . X. | Broker or dealer selling interests in mortgages or other receivables. | | ☑MRI |
| Y. | Broker or dealer involved in a networking, kiosk or similar arrangement with a: | | |
| | 1. bank, savings bank or association, or credit union. | | ☐BNA |
| | 2. Insurance company or agency | | ☐INA |
| Z. | Other *(give details on Schedule D, Page 1, Section II, Other Business)* | | ☑OTH |

                                                                                      YES NO

13. A. Does *applicant* effect transactions in commodity futures, commodities or commodity options as a broker for others or as a dealer for its own account?    ○  ◉

    B. Does *applicant* engage in any other non-securities business?    ○  ◉

    *If "yes", describe each other business briefly on Schedule D, Page 1, Section II, Other Business.*

| BD – DIRECT OWNERS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Are there any indirect owners of the *applicant* required to be reported on Schedule B? | | | | | | | |
| ◉ Yes ○ No | | | | | | | |
| Ownership Codes:  NA - less than 5%         B - 10% but less than 25%       D - 50% but less than 75% | | | | | | | |
|            A   - 5% but less than 10%      C - 25% but less than 50%       E - 75% or more | | | | | | | |
| **Full Legal Name** | **DE/FE/I** | **Title or Status** | **Date Acquired** | **Own. Code** | **Control Person** | **PR** | **CRD #(or S.S.No., IRS Tax #, Emp. ID)** |
| BERNTSEN, TORRY | I | BOARD MEMBER | 10/2006 | NA | N | N | xxx-xx-xxxx |
| BICKET, PATRICIA ANN | I | SECRETARY | 05/2003 | NA | N | N | 4030557 |
| BRUECKNER, RICHARD FREDERICK | I | BOARD MEMBER, CHIEF EXECUTIVE OFFICER (CEO) & PRESIDENT | 11/2000 | NA | Y | N | 878486 |
| DATTOLO, JOSEPH JAMES | I | SENIOR REGISTERED OPTIONS PRINCIPAL (SROP), MANAGING DIRECTOR | 11/2007 | NA | N | N | 864228 |
| DECICCO, RONALD | I | BOARD MEMBER, CHIEF ADMINISTRATIVE OFFICER (CAO), FINOP | 04/2008 | NA | N | N | 2172192 |
| DOLLY, LISA ANN | I | HEAD OF OPERATIONS, MANAGING DIRECTOR | 05/2007 | NA | Y | N | 1895627 |
| MASTRO, THOMAS J. | I | BOARD MEMBER | 10/2006 | NA | N | N | xxx-xx-xxxx |
| PERSHING GROUP LLC | DE | HOLDING COMPANY | 03/2005 | E | Y | N | 11-3743323 |
| SANTANIELLO, CLAIRE H. | I | CHIEF COMPLIANCE OFFICER (CCO), MANAGING DIRECTOR | 01/2003 | NA | Y | N | 2270607 |

| SHEA, BRIAN THOMAS | I | BOARD MEMBER, CHIEF OPERATING OFFICER (COO) | 05/2003 | NA | Y | N | 1176298 |
| WALLESTAD, DENNIS ALLEN | I | BOARD MEMBER, CHIEF FINANCIAL OFFICER (CFO) | 05/2003 | NA | Y | N | 2606085 |
| WYATT, CORWIN DUANE | I | COMPLIANCE REGISTERED OPTIONS PRINCIPAL (CROP), DIRECTOR | 01/2006 | NA | N | N | 3164538 |

### BD – INDIRECT OWNERS

| Ownership Codes: | NA – less than 5% | | B – 10% but less than 25% | | D – 50% but less than 75% | | |
| | A – 5% but less than 10% | | C – 25% but less than 50% | | E – 75% or more | | |

| Full Legal Name | DE/FE/I | Entity in Which Interest is Owned | Status | Date Acquired | Own. Code | Control Person | PR | CRD # (or SSN, IRS Tax #, Emp. ID) |
|---|---|---|---|---|---|---|---|---|
| THE BANK OF NEW YORK MELLON CORPORATION | DE | PERSHING GROUP LLC | ULTIMATE PARENT | 03/2005 | E | Y | Y | 13-2614959 |

### BD Schedule C – Amendments to Schedules A & B

In the Type of Amd. column, indicate "A" (addition), "D" (deletion), or "C" (change of information about the same *person*).

| Ownership Codes are: | NA – less than 5% | | B – 10% but less than 25% | | D – 50% but less than 75% | | F – Other General Partners |
| | A – 5% but less than 10% | | C – 25% but less than 50% | | E – 75% or more | | |

List below all changes to Schedule A: (DIRECT OWNERS AND EXECUTIVE OFFICERS)

| Full Legal Name | DE/FE/I | Type of Amd. | Title or Status | Date Acquired | Own. Code | Control Person | PR | CRD # (or SSN, IRS Tax #, Emp. ID) |
|---|---|---|---|---|---|---|---|---|

## No Information Filed

List below all changes to Schedule B: (INDIRECT OWNERS)

| Full Legal Name | DE/FE/I | Type of Amd. | Entity in Which Interest is Owned | Status | Date Acquired | Own. Code | Control Person | PR | CRD # (or SSN, IRS Tax #, Emp. ID) |
|---|---|---|---|---|---|---|---|---|---|

## No Information Filed

### BD – OTHER BUSINESS NAMES
## No Information Filed
### BD – OTHER BUSINESS

Briefly describe any other business (Item 12Z).
UNIT INVESTMENT TRUSTS.

Briefly describe any other non-securities business (Item 13B).

| BD - SUCCESSIONS |
|---|

**Date of Succession:** MM/DD/YYYY      **Name of Predecessor:**

**Firm CRD Number**      **IRS Employer Identification Number** (if    **SEC File Number** (if
any)                                                                            any)
                                                                                   8-

**Briefly describe details of the *succession* including any assets or liabilities not assumed by the *successor*.**

| BD - ARRANGEMENTS / CONTROL PERSONS / FINANCING |
|---|

## No Information Filed

| BD - AFFILIATES |
|---|

| Business |
|---|

The details supplied relate to:

**Partnership, Corporation, or Organization Name**      **CRD Number (if any)**
PERSHING ADVISOR SOLUTIONS LLC                          36671

**The Partnership, Corporation, or Organization**

○  *controls applicant*

○  *is controlled by applicant*

◉  *is under common control with applicant*

**Business Address**

**Street 1**                                             **Street 2**
ONE PERSHING PLAZA, 10TH FLOOR

**City**                   **State**          **Country**       **Zip/Postal Code**
JERSEY CITY                New Jersey         USA               07399

**Effective Date** (MM/DD/YYYY)              **Termination Date** (MM/DD/YYYY)
09/19/2005

**Is Partnership, Corporation or Organization a**        **If Yes, provide country of domicile or**
**foreign entity?**                                      **incorporation**

○ Yes  ◉ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                   ◉ Yes  ○ No

**Investment Advisory Activities**          ○ Yes  ◉ No

**Briefly describe the *control* relationship**
ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR
INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
|---|

The details supplied relate to:

**Partnership, Corporation, or Organization Name**      **CRD Number (if any)**
BNY CONVERGEX LIMITED

**The Partnership, Corporation, or Organization**

○  *controls applicant*

○ is *controlled* by *applicant*

◉ is under common *control* with *applicant*

**Business Address**

| **Street 1** | | **Street 2** |
|---|---|---|
| ONE CANADA SQUARE | | |

| **City** | **State** | **Country** | **Zip/Postal Code** |
|---|---|---|---|
| LONDON | | UNITED KINGDOM | E14 5AL |

| **Effective Date (MM/DD/YYYY)** | **Termination Date (MM/DD/YYYY)** |
|---|---|
| 02/01/2008 | |

**Is Partnership, Corporation or Organization a foreign entity?**

◉ Yes  ○ No

**If Yes, provide country of domicile or incorporation**
UNITED KINGDOM

**Activities of this Partnership, Corporation, or Organization:**

Securities Activities          ◉ Yes  ○ No

Investment Advisory Activities     ○ Yes  ◉ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

---

**Business**

The details supplied relate to:

| **Partnership, Corporation, or Organization Name** | **CRD Number (if any)** |
|---|---|
| BNY CAPITAL MARKETS INC. | 18303 |

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

◉ is under common *control* with *applicant*

**Business Address**

| **Street 1** | | **Street 2** |
|---|---|---|
| ONE WALL STREET | | |

| **City** | **State** | **Country** | **Zip/Postal Code** |
|---|---|---|---|
| NEW YORK | New York | USA | 10286 |

| **Effective Date (MM/DD/YYYY)** | **Termination Date (MM/DD/YYYY)** |
|---|---|
| 05/01/2003 | 04/30/2008 |

**Is Partnership, Corporation or Organization a foreign entity?**

○ Yes  ◉ No

**If Yes, provide country of domicile or incorporation**

**Activities of this Partnership, Corporation, or Organization:**

Securities Activities          ◉ Yes  ○ No

Investment Advisory Activities     ○ Yes  ◉ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

---

**Business**

The details supplied relate to:

**Partnership, Corporation, or Organization Name**
BNY INVESTMENT CENTER INC.

**CRD Number (if any)**
47683

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

◉ is under common *control* with *applicant*

**Business Address**

**Street 1**
1633 BROADWAY, 9TH FLOOR

**Street 2**

| **City** | **State** | **Country** | **Zip/Postal Code** |
|---|---|---|---|
| NEW YORK | New York | USA | 10019 |

**Effective Date (MM/DD/YYYY)**
05/01/2003

**Termination Date (MM/DD/YYYY)**
02/29/2008

**Is Partnership, Corporation or Organization a foreign entity?**

○ Yes  ◉ No

**If Yes, provide country of domicile or incorporation**

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**          ◉ Yes  ○ No

**Investment Advisory Activities**     ◉ Yes  ○ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

**Business**

The details supplied relate to:

**Partnership, Corporation, or Organization Name**
BNY OVERLAY ASSOCIATES

**CRD Number (if any)**
112330

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

◉ is under common *control* with *applicant*

**Business Address**

**Street 1**
ONE CANADA SQUARE

**Street 2**

| **City** | **State** | **Country** | **Zip/Postal Code** |
|---|---|---|---|
| LONDON | | UNITED KINGDOM | E145A1 |

**Effective Date (MM/DD/YYYY)**
05/01/2003

**Termination Date (MM/DD/YYYY)**

**Is Partnership, Corporation or Organization a foreign entity?**

◉ Yes  ○ No

**If Yes, provide country of domicile or incorporation**
UNITED KINGDOM

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**          ○ Yes  ◉ No

**Investment Advisory Activities**   ⊙ Yes  ○ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

| **Partnership, Corporation, or Organization Name** | **CRD Number (if any)** |
| --- | --- |
| BNY TRADING LLC | 41410 |

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

⊙ Is under common *control* with *applicant*

**Business Address**

| **Street 1** | | **Street 2** | |
| --- | --- | --- | --- |
| 32 OLD SLIP | | | |
| **City** | **State** | **Country** | **Zip/Postal Code** |
| NEW YORK | New York | USA | 10286 |
| **Effective Date (MM/DD/YYYY)** | | **Termination Date (MM/DD/YYYY)** | |
| 05/01/2003 | | 10/11/2007 | |

**Is Partnership, Corporation or Organization a foreign entity?**   **If Yes, provide country of domicile or incorporation**

○ Yes  ⊙ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**   ⊙ Yes  ○ No

**Investment Advisory Activities**   ○ Yes  ⊙ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

| **Partnership, Corporation, or Organization Name** | **CRD Number (if any)** |
| --- | --- |
| ESTABROOK CAPITAL MANAGEMENT | 107797 |

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

⊙ is under common *control* with *applicant*

**Business Address**

| **Street 1** | | **Street 2** | |
| --- | --- | --- | --- |
| 1633 BROADWAY, 30TH FLOOR | | | |
| **City** | **State** | **Country** | **Zip/Postal Code** |
| NEW YORK | New York | USA | 10019 |
| **Effective Date (MM/DD/YYYY)** | | **Termination Date (MM/DD/YYYY)** | |

05/01/2003

**Is Partnership, Corporation or Organization a foreign entity?**

○ Yes  ◉ No

**If Yes, provide country of domicile or incorporation**

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                    ○ Yes  ◉ No

**Investment Advisory Activities**         ◉ Yes  ○ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

**Partnership, Corporation, or Organization Name**        **CRD Number (if any)**
GANNETT WELSH & KOTLER, LLC                              121942

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ **is *controlled* by *applicant***

◉ **is under common *control* with *applicant***

**Business Address**

**Street 1**                              **Street 2**
222 BERKELEY STREET                        15TH FLOOR

**City**                 **State**          **Country**      **Zip/Postal Code**
BOSTON                   Massachusetts      USA              02116

**Effective Date (MM/DD/YYYY)**            **Termination Date (MM/DD/YYYY)**
05/01/2003

**Is Partnership, Corporation or Organization a foreign entity?**

○ Yes  ◉ No

**If Yes, provide country of domicile or incorporation**

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                    ○ Yes  ◉ No

**Investment Advisory Activities**         ◉ Yes  ○ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

**Partnership, Corporation, or Organization Name**        **CRD Number (if any)**
IVY ASSET MANAGEMENT CORP                               107831

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ **is *controlled* by *applicant***

◉ **is under common *control* with *applicant***
**Business Address**
**Street 1**                                                    **Street 2**
591 STEWART AVENUE, 5TH FLOOR
**City**                          **State**        **Country**      **Zip/Postal Code**
GARDEN CITY                       New York         USA              11530
**Effective Date (MM/DD/YYYY)**                    **Termination Date (MM/DD/YYYY)**
05/01/2003
**Is Partnership, Corporation or Organization a**      **If Yes, provide country of domicile or**
**foreign entity?**                                    **incorporation**
○ Yes ◉ No
**Activities of this Partnership, Corporation, or Organization:**
**Securities Activities**               ○ Yes ◉ No

**Investment Advisory Activities**      ◉ Yes ○ No

**Briefly describe the *control* relationship**
ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR
INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| **Business** |
| --- |

The details supplied relate to:
**Partnership, Corporation, or Organization Name**    **CRD Number (if any)**
LOCKWOOD ADVISORS INC                                 106108
**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ **is *controlled* by *applicant***

◉ **is under common *control* with *applicant***
**Business Address**
**Street 1**                                                    **Street 2**
10 VALLEY STREAM PARKWAY                                        SUITE 310
**City**                          **State**          **Country**      **Zip/Postal Code**
MALVERN                           Pennsylvania       USA              19355
**Effective Date (MM/DD/YYYY)**                      **Termination Date (MM/DD/YYYY)**
05/01/2003
**Is Partnership, Corporation or Organization a**      **If Yes, provide country of domicile or**
**foreign entity?**                                    **incorporation**
○ Yes ◉ No
**Activities of this Partnership, Corporation, or Organization:**
**Securities Activities**               ○ Yes ◉ No

**Investment Advisory Activities**      ◉ Yes ○ No

**Briefly describe the *control* relationship**
ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR
INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| **Business** |
| --- |

The details supplied relate to:

**Partnership, Corporation, or Organization Name**
LOCKWOOD CAPITAL MANAGEMENT, INC

**CRD Number (if any)**
40655

**The Partnership, Corporation, or Organization**

O  *controls applicant*

O  *is controlled by applicant*

⊙  *is under common control with applicant*

**Business Address**

**Street 1**
10 VALLEY STREAM PARKWAY

**Street 2**
SUITE 310

**City**
MALVERN

**State**
Pennsylvania

**Country**
USA

**Zip/Postal Code**
19355

**Effective Date (MM/DD/YYYY)**
05/01/2003

**Termination Date (MM/DD/YYYY)**

**Is Partnership, Corporation or Organization a foreign entity?**

**If Yes, provide country of domicile or incorporation**

O Yes  ⊙ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**        O Yes  ⊙ No

**Investment Advisory Activities**    ⊙ Yes  O No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

---

**Business**

The details supplied relate to:

**Partnership, Corporation, or Organization Name**
WESTMINSTER RESEARCH ASSOCIATES LLC

**CRD Number (if any)**
14508

**The Partnership, Corporation, or Organization**

O  *controls applicant*

O  *is controlled by applicant*

⊙  *is under common control with applicant*

**Business Address**

**Street 1**
ONE WALL STREET, 33RD FLOOR

**Street 2**

**City**
NEW YORK

**State**
New York

**Country**
USA

**Zip/Postal Code**
10286

**Effective Date (MM/DD/YYYY)**
05/01/2003

**Termination Date (MM/DD/YYYY)**

**Is Partnership, Corporation or Organization a foreign entity?**

**If Yes, provide country of domicile or incorporation**

O Yes  ⊙ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**        ⊙ Yes  O No

**Investment Advisory Activities**

○ Yes ⦿ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

**Partnership, Corporation, or Organization Name**          **CRD Number (if any)**
B-TRADE SERVICES LLC                                          41262

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

⦿ Is under common *control* with *applicant*

**Business Address**

**Street 1**                                   **Street 2**
1633 BROADWAY

**City**                        **State**      **Country**        **Zip/Postal Code**
NEW YORK                        New York       USA                10019

**Effective Date (MM/DD/YYYY)**                **Termination Date (MM/DD/YYYY)**
05/01/2003                                     02/20/2008

**Is Partnership, Corporation or Organization a**    **If Yes, provide country of domicile or**
**foreign entity?**                                   **incorporation**

○ Yes ⦿ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**
                                ⦿ Yes ○ No

**Investment Advisory Activities**
                                ○ Yes ⦿ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

**Partnership, Corporation, or Organization Name**          **CRD Number (if any)**
BNY CONVERGEX EXECUTION SOLUTIONS LLC                         35693

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

⦿ is under common *control* with *applicant*

**Business Address**

**Street 1**                                   **Street 2**
1633 BROADWAY

**City**                        **State**      **Country**        **Zip/Postal Code**
NEW YORK                        New York       USA                10019

**Effective Date (MM/DD/YYYY)**                **Termination Date (MM/DD/YYYY)**

01/02/2007

**Is Partnership, Corporation or Organization a foreign entity?**    **If Yes, provide country of domicile or incorporation**

○ Yes  ◉ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**
◉ Yes  ○ No

**Investment Advisory Activities**
◉ Yes  ○ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

**Partnership, Corporation, or Organization Name**    **CRD Number (if any)**
PERSHING LIMITED

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

◉ is under common *control* with *applicant*

**Business Address**

**Street 1**                              **Street 2**
CAPSTAN HOUSE, ONE CLOVE CRESCENT         EAST INDIA DOCK

**City**                        **State**    **Country**            **Zip/Postal Code**
LONDON                                      UNITED KINGDOM         E14-2BH

**Effective Date (MM/DD/YYYY)**            **Termination Date (MM/DD/YYYY)**
02/07/2003

**Is Partnership, Corporation or Organization a foreign entity?**    **If Yes, provide country of domicile or incorporation**
                                          **UNITED KINGDOM**
◉ Yes  ○ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**
◉ Yes  ○ No

**Investment Advisory Activities**
◉ Yes  ○ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

**Partnership, Corporation, or Organization Name**    **CRD Number (if any)**
PERSHING SECURITIES LIMITED

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

⊗  **is under common *control* with *applicant***

**Business Address**

**Street 1**
CAPSTAN HOUSE, ONE CLOVE CRESCENT

**Street 2**
EAST INDIA DOCK

**City**                                          **State**
LONDON

**Country**               **Zip/Postal Code**
UNITED KINGDOM            E14-2BH

**Effective Date (MM/DD/YYYY)**
02/07/2003

**Termination Date (MM/DD/YYYY)**

**Is Partnership, Corporation or Organization a foreign entity?**
⊗ Yes  ○ No

**If Yes, provide country of domicile or incorporation**
UNITED KINGDOM

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**
⊗ Yes  ○ No

**Investment Advisory Activities**
⊗ Yes  ○ No

**Briefly describe the *control* relationship**
ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

**Partnership, Corporation, or Organization Name**
PERSHING SECURITIES INTERNATIONAL LIMITED

**CRD Number (if any)**

**The Partnership, Corporation, or Organization**

○  *controls applicant*

○  **is *controlled* by *applicant***

⊗  **is under common *control* with *applicant***

**Business Address**

**Street 1**
EMBASSY HOUSE, 4TH FLOOR, HERBERT PARK LANE

**Street 2**

**City**                                          **State**
BALLSBRIDGE, DUBLIN 4

**Country**               **Zip/Postal Code**
IRELAND

**Effective Date (MM/DD/YYYY)**
02/07/2003

**Termination Date (MM/DD/YYYY)**

**Is Partnership, Corporation or Organization a foreign entity?**
⊗ Yes  ○ No

**If Yes, provide country of domicile or incorporation**
IRELAND

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**
⊗ Yes  ○ No

**Investment Advisory Activities**
○ Yes  ⊗ No

**Briefly describe the *control* relationship**
ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

**Partnership, Corporation, or Organization Name**    **CRD Number (if any)**
G-TRADE SERVICES LIMITED

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

◉ is under common *control* with *applicant*

**Business Address**

**Street 1**                                          **Street 2**
CRAWFORD HOUSE, 23 CHURCH STREET

**City**                          **State**    **Country**      **Zip/Postal Code**
HAMILTON                                      BERMUDA          HM-11

**Effective Date (MM/DD/YYYY)**               **Termination Date (MM/DD/YYYY)**
05/01/2003

**Is Partnership, Corporation or Organization a**    **If Yes, provide country of domicile or**
**foreign entity?**                                  **incorporation**
◉ Yes  ○ No                                          **BERMUDA**

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**
                                    ◉ Yes  ○ No

**Investment Advisory Activities**
                                    ○ Yes  ◉ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR
INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
|---|

The details supplied relate to:

**Partnership, Corporation, or Organization Name**    **CRD Number (if any)**
BNY MARKETS LIMITED

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

◉ is under common *control* with *applicant*

**Business Address**

**Street 1**                                          **Street 2**
ONE CANADA SQUARE

**City**                          **State**    **Country**      **Zip/Postal Code**
LONDON                                        UNITED KINGDOM   E14-5AL

**Effective Date (MM/DD/YYYY)**               **Termination Date (MM/DD/YYYY)**
05/01/2003

**Is Partnership, Corporation or Organization a**    **If Yes, provide country of domicile or**
**foreign entity?**                                  **incorporation**
◉ Yes  ○ No                                          **UNITED KINGDOM**

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**
                                    ◉ Yes  ○ No

**Investment Advisory Activities**

○ Yes ⊙ No

**Briefly describe the** *control* **relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR
INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
|---|

The details supplied relate to:

**Partnership, Corporation, or Organization Name**    **CRD Number (if any)**
BNY SECURITIES AUSTRALIA LIMITED

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled by applicant*

⊙ is under common *control* with *applicant*

**Business Address**

**Street 1**                                             **Street 2**
THE CHIFLEY TOWER, 2 CHIFLEY SQUARE, LEVEL 17

**City**                                       **State**    **Country**          **Zip/Postal Code**
SYDNEY                                                      AUSTRALIA

**Effective Date (MM/DD/YYYY)**               **Termination Date (MM/DD/YYYY)**
05/01/2003

**Is Partnership, Corporation or Organization a**    **If Yes, provide country of domicile or**
**foreign entity?**                                  **incorporation**
                                                     **AUSTRALIA**
⊙ Yes ○ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                      ⊙ Yes ○ No

**Investment Advisory Activities**             ○ Yes ⊙ No

**Briefly describe the** *control* **relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR
INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
|---|

The details supplied relate to:

**Partnership, Corporation, or Organization Name**    **CRD Number (if any)**
BNY MELLON SERVICES LIMITED

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled by applicant*

⊙ is under common *control* with *applicant*

**Business Address**

**Street 1**                                             **Street 2**
ONE CANADA SQUARE

**City**                                       **State**    **Country**          **Zip/Postal Code**
LONDON                                                     UNITED KINGDOM       E14-5AL

**Effective Date (MM/DD/YYYY)**               **Termination Date (MM/DD/YYYY)**

05/01/2003

**Is Partnership, Corporation or Organization a foreign entity?**

◉ Yes ○ No

**If Yes, provide country of domicile or incorporation**
**UNITED KINGDOM**

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                    ◉ Yes ○ No

**Investment Advisory Activities**           ◉ Yes ○ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
|---|

The details supplied relate to:

**Partnership, Corporation, or Organization Name**          **CRD Number (if any)**
GLOBAL EXECUTION TECHNOLOGIES LIMITED

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

◉ is under common *control* with *applicant*

**Business Address**

**Street 1**                                              **Street 2**
CRAWFORD HOUSE, 23 CHURCH STREET

**City**                          **State**    **Country**       **Zip/Postal Code**
HAMILTON                                       BERMUDA           HM-11

**Effective Date (MM/DD/YYYY)**                  **Termination Date (MM/DD/YYYY)**
01/03/2006

**Is Partnership, Corporation or Organization a foreign entity?**

◉ Yes ○ No

**If Yes, provide country of domicile or incorporation**
**BERMUDA**

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                    ◉ Yes ○ No

**Investment Advisory Activities**           ○ Yes ◉ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
|---|

The details supplied relate to:

**Partnership, Corporation, or Organization Name**          **CRD Number (if any)**
ALCENTRA, INC.                                              128557

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

⊙ **is under common** *control* **with** *applicant*

**Business Address**

| **Street 1** | **Street 2** |
|---|---|
| 150 SOUTH RODEO DRIVE, SUITE 230 | |

| **City** | **State** | **Country** | **Zip/Postal Code** |
|---|---|---|---|
| BEVERLY HILLS | California | USA | 90212-2408 |

| **Effective Date (MM/DD/YYYY)** | **Termination Date (MM/DD/YYYY)** |
|---|---|
| 03/06/2002 | |

**Is Partnership, Corporation or Organization a foreign entity?**          **If Yes, provide country of domicile or incorporation**

○ Yes  ⊙ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                     ○ Yes  ⊙ No

**Investment Advisory Activities**       ⊙ Yes  ○ No

**Briefly describe the** *control* **relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

---

**Business**

The details supplied relate to:

| **Partnership, Corporation, or Organization Name** | **CRD Number (if any)** |
|---|---|
| G-TRADE SERVICES LLC | 140314 |

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ **is** *controlled* **by** *applicant*

⊙ **is under common** *control* **with** *applicant*

**Business Address**

| **Street 1** | **Street 2** |
|---|---|
| 1633 BROADWAY | |

| **City** | **State** | **Country** | **Zip/Postal Code** |
|---|---|---|---|
| NEW YORK | New York | USA | 10019 |

| **Effective Date (MM/DD/YYYY)** | **Termination Date (MM/DD/YYYY)** |
|---|---|
| 11/30/2005 | |

**Is Partnership, Corporation or Organization a foreign entity?**          **If Yes, provide country of domicile or incorporation**

○ Yes  ⊙ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                     ⊙ Yes  ○ No

**Investment Advisory Activities**       ○ Yes  ⊙ No

**Briefly describe the** *control* **relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

---

**Business**

The details supplied relate to:

**Partnership, Corporation, or Organization Name**
URDANG CAPITAL MANAGEMENT INC

**CRD Number (if any)**
106983

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

◉ is under common *control* with *applicant*

**Business Address**

**Street 1**
630 W. GERMANTOWN PIKE, SUITE 300

**Street 2**

| **City** | **State** | **Country** | **Zip/Postal Code** |
|---|---|---|---|
| PLYMOUTH MEETING | Pennsylvania | USA | 19462 |

**Effective Date (MM/DD/YYYY)**
03/02/2006

**Termination Date (MM/DD/YYYY)**

**Is Partnership, Corporation or Organization a foreign entity?**

**If Yes, provide country of domicile or incorporation**

○ Yes ◉ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**　　　　○ Yes ◉ No

**Investment Advisory Activities**　　◉ Yes ○ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| **Business** |
|---|

The details supplied relate to:

**Partnership, Corporation, or Organization Name**
URDANG SECURITIES MANAGEMENT INC

**CRD Number (if any)**
107644

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

◉ is under common *control* with *applicant*

**Business Address**

**Street 1**
630 W. GERMANTOWN PIKE, SUITE 300

**Street 2**

| **City** | **State** | **Country** | **Zip/Postal Code** |
|---|---|---|---|
| PLYMOUTH MEETING | Pennsylvania | USA | 19462 |

**Effective Date (MM/DD/YYYY)**
03/02/2006

**Termination Date (MM/DD/YYYY)**

**Is Partnership, Corporation or Organization a foreign entity?**

**If Yes, provide country of domicile or incorporation**

○ Yes ◉ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**　　　　○ Yes ◉ No

**Investment Advisory Activities**

⊙ Yes  ○ No

**Briefly describe the** *control* **relationship**
ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR
INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

### Business

The details supplied relate to:

**Partnership, Corporation, or Organization Name**        **CRD Number (if any)**
THE BANK OF NEW YORK SECURITIES JAPAN CO.,
LTD.

**The Partnership, Corporation, or Organization**

○  *controls applicant*

○  **Is** *controlled* **by** *applicant*

⊙  **Is under common** *control* **with** *applicant*

**Business Address**

**Street 1**                                      **Street 2**
FUKOKU SEIMEI BUILDING, 6F, 2-2-2      UCHISAIWAI-CHO, CHIYODA-KU

**City**                              **State**     **Country**        **Zip/Postal Code**
TOKYO                                          JAPAN

**Effective Date (MM/DD/YYYY)**              **Termination Date (MM/DD/YYYY)**
08/26/2005

**Is Partnership, Corporation or Organization a**    **If Yes, provide country of domicile or**
**foreign entity?**                          **incorporation**
                                      JAPAN
⊙ Yes  ○ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                ⊙ Yes  ○ No

**Investment Advisory Activities**        ○ Yes  ⊙ No

**Briefly describe the** *control* **relationship**
ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR
INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

### Business

The details supplied relate to:

**Partnership, Corporation, or Organization Name**        **CRD Number (if any)**
EZE CASTLE TRANSACTION SERVICES LLC      132246

**The Partnership, Corporation, or Organization**

○  *controls applicant*

○  **is** *controlled* **by** *applicant*

⊙  **is under common** *control* **with** *applicant*

**Business Address**

**Street 1**                                      **Street 2**
12 FARNSWORTH STREET, 6TH FLOOR

**City**                  **State**            **Country**        **Zip/Postal Code**
BOSTON                Massachusetts      USA            02210

**Effective Date (MM/DD/YYYY)**
04/06/2004

**Termination Date (MM/DD/YYYY)**

**Is Partnership, Corporation or Organization a foreign entity?**

**If Yes, provide country of domicile or incorporation**

○ Yes  ◉ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**            ◉ Yes  ○ No

**Investment Advisory Activities**   ○ Yes  ◉ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

**Partnership, Corporation, or Organization Name**
DHF SERVICES LLC

**CRD Number (if any)**
139308

**The Partnership, Corporation, or Organization**

○  *controls applicant*

○  *is controlled by applicant*

◉  *is under common control with applicant*

**Business Address**

**Street 1**
32 OLD SLIP, 11TH FLOOR

**Street 2**

| City | State | Country | Zip/Postal Code |
| --- | --- | --- | --- |
| NEW YORK | New York | USA | 10005 |

**Effective Date (MM/DD/YYYY)**
04/27/2005

**Termination Date (MM/DD/YYYY)**

**Is Partnership, Corporation or Organization a foreign entity?**

**If Yes, provide country of domicile or incorporation**

○ Yes  ◉ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**            ◉ Yes  ○ No

**Investment Advisory Activities**   ○ Yes  ◉ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY EITHER BEING A DIRECT OR INDIRECT SUBSIDARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

**Partnership, Corporation, or Organization Name**
LIQUIDPOINT, LLC

**CRD Number (if any)**
47658

**The Partnership, Corporation, or Organization**

○  *controls applicant*

○  *is controlled by applicant*

⊙ **is under common** *control* **with** *applicant*

**Business Address**

**Street 1**                                          **Street 2**
311 SOUTH WACKER DRIVE

**City**                           **State**    **Country**    **Zip/Postal Code**
CHICAGO                       Illinois     USA            60606

**Effective Date** (MM/DD/YYYY)                **Termination Date** (MM/DD/YYYY)
07/02/2007

**Is Partnership, Corporation or Organization a**       **If Yes, provide country of domicile or**
**foreign entity?**                                    **incorporation**

○ Yes  ⊙ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                     ⊙ Yes  ○ No

**Investment Advisory Activities**            ○ Yes  ⊙ No

**Briefly describe the** *control* **relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING EITHER A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

**Partnership, Corporation, or Organization Name**    **CRD Number (if any)**
BNY INVESTMENT ADVISORS                              112559

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ **is** *controlled* **by** *applicant*

⊙ **is under common** *control* **with** *applicant*

**Business Address**

**Street 1**                                          **Street 2**
1633 BROADWAY

**City**                           **State**    **Country**    **Zip/Postal Code**
NEW YORK                       New York   USA            10019

**Effective Date** (MM/DD/YYYY)                **Termination Date** (MM/DD/YYYY)
03/01/1999

**Is Partnership, Corporation or Organization a**       **If Yes, provide country of domicile or**
**foreign entity?**                                    **incorporation**

○ Yes  ⊙ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                     ○ Yes  ⊙ No

**Investment Advisory Activities**            ⊙ Yes  ○ No

**Briefly describe the** *control* **relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

**Partnership, Corporation, or Organization Name**
THE BOSTON COMPANY ASSET MANAGEMENT LLC

**CRD Number (if any)**
105616

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ *is controlled by applicant*

◉ *is under common control with applicant*

**Business Address**

**Street 1**
MELLON FINANCIAL CENTER

**Street 2**
ONE BOSTON PLACE

| **City** | **State** | **Country** | **Zip/Postal Code** |
|---|---|---|---|
| BOSTON | Massachusetts | USA | 02108 |

**Effective Date (MM/DD/YYYY)**
07/01/2007

**Termination Date (MM/DD/YYYY)**

**Is Partnership, Corporation or Organization a foreign entity?**

**If Yes, provide country of domicile or incorporation**

○ Yes  ◉ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**    ○ Yes  ◉ No

**Investment Advisory Activities**    ◉ Yes  ○ No

**Briefly describe the *control* relationship**
ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| **Business** |
|---|

The details supplied relate to:

**Partnership, Corporation, or Organization Name**
BOSTON SAFE ADVISORS, INC.

**CRD Number (if any)**
105701

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ *is controlled by applicant*

◉ *is under common control with applicant*

**Business Address**

**Street 1**
ONE BOSTON PLACE

**Street 2**

| **City** | **State** | **Country** | **Zip/Postal Code** |
|---|---|---|---|
| BOSTON | Massachusetts | USA | 02108 |

**Effective Date (MM/DD/YYYY)**
07/01/2007

**Termination Date (MM/DD/YYYY)**

**Is Partnership, Corporation or Organization a foreign entity?**

**If Yes, provide country of domicile or incorporation**

○ Yes  ◉ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**    ○ Yes  ◉ No

**Investment Advisory Activities**

⊙ Yes  ○ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
|---|

The details supplied relate to:

| **Partnership, Corporation, or Organization Name** | **CRD Number (if any)** |
|---|---|
| THE DREYFUS CORPORATION | 105642 |

**The Partnership, Corporation, or Organization**

○  *controls applicant*

○  is *controlled* by *applicant*

⊙  is under common *control* with *applicant*

**Business Address**

| **Street 1** | **Street 2** |
|---|---|
| 200 PARK AVENUE | |

| **City** | **State** | **Country** | **Zip/Postal Code** |
|---|---|---|---|
| NEW YORK | New York | USA | 10166 |

| **Effective Date (MM/DD/YYYY)** | **Termination Date (MM/DD/YYYY)** |
|---|---|
| 07/01/2007 | |

| **Is Partnership, Corporation or Organization a foreign entity?** | **If Yes, provide country of domicile or incorporation** |
|---|---|

○ Yes  ⊙ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**           ○ Yes  ⊙ No

**Investment Advisory Activities**        ⊙ Yes  ○ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
|---|

The details supplied relate to:

| **Partnership, Corporation, or Organization Name** | **CRD Number (if any)** |
|---|---|
| EACM ADVISORS LLC | 132057 |

**The Partnership, Corporation, or Organization**

○  *controls applicant*

○  is *controlled* by *applicant*

⊙  is under common *control* with *applicant*

**Business Address**

| **Street 1** | **Street 2** |
|---|---|
| 200 CONNECTICUT AVENUE | |

| **City** | **State** | **Country** | **Zip/Postal Code** |
|---|---|---|---|
| NORWALK | Connecticut | USA | |

| **Effective Date (MM/DD/YYYY)** | **Termination Date (MM/DD/YYYY)** |
|---|---|

07/01/2007

**Is Partnership, Corporation or Organization a foreign entity?**    **If Yes, provide country of domicile or incorporation**

○ Yes  ◉ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**    ○ Yes  ◉ No

**Investment Advisory Activities**    ◉ Yes  ○ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

**Partnership, Corporation, or Organization Name**    **CRD Number (if any)**
FOUNDERS ASSET MANAGEMENT LLC    44645

**The Partnership, Corporation, or Organization**

○  *controls* applicant

○  is *controlled* by applicant

◉  is under common *control* with *applicant*

**Business Address**

**Street 1**    **Street 2**
210 UNIVERSITY BLVD., SUITE 800

**City**    **State**    **Country**    **Zip/Postal Code**
DENVER    Colorado    USA    80206

**Effective Date (MM/DD/YYYY)**    **Termination Date (MM/DD/YYYY)**
07/01/2007

**Is Partnership, Corporation or Organization a foreign entity?**    **If Yes, provide country of domicile or incorporation**

○ Yes  ◉ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**    ○ Yes  ◉ No

**Investment Advisory Activities**    ◉ Yes  ○ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

**Partnership, Corporation, or Organization Name**    **CRD Number (if any)**
FRANKLIN PORTFOLIO ASSOCIATES LLC    108572

**The Partnership, Corporation, or Organization**

○  *controls* applicant

○  is *controlled* by applicant

⊙  **is under common** *control* **with** *applicant*

**Business Address**

**Street 1**                                              **Street 2**
ONE BOSTON PLACE, 29TH FLOOR

**City**                          **State**              **Country**        **Zip/Postal Code**
BOSTON                      Massachusetts    USA            02108

**Effective Date (MM/DD/YYYY)**                **Termination Date (MM/DD/YYYY)**
07/01/2007

**Is Partnership, Corporation or Organization a**      **If Yes, provide country of domicile or**
**foreign entity?**                                    **incorporation**

○ Yes  ⊙ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                  ○ Yes ⊙ No

**Investment Advisory Activities**         ⊙ Yes ○ No

**Briefly describe the** *control* **relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR
INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| **Business** |
|---|

The details supplied relate to:

**Partnership, Corporation, or Organization Name**      **CRD Number (if any)**
LAUREL CAPITAL ADVISORS LLP                            106411

**The Partnership, Corporation, or Organization**

○  *controls applicant*

○  **is** *controlled* **by** *applicant*

⊙  **is under common** *control* **with** *applicant*

**Business Address**

**Street 1**                                              **Street 2**
200 PARK AVENUE, 8TH FLOOR

**City**                          **State**              **Country**        **Zip/Postal Code**
NEW YORK                    New York          USA            10166

**Effective Date (MM/DD/YYYY)**                **Termination Date (MM/DD/YYYY)**
07/01/2007

**Is Partnership, Corporation or Organization a**      **If Yes, provide country of domicile or**
**foreign entity?**                                    **incorporation**

○ Yes ⊙ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                  ○ Yes ⊙ No

**Investment Advisory Activities**         ⊙ Yes ○ No

**Briefly describe the** *control* **relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR
INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| **Business** |
|---|

The details supplied relate to:

| Partnership, Corporation, or Organization Name | CRD Number (if any) |
|---|---|
| MBSC SECURITIES CORPORATION | 231 |

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

◉ **is under common** *control* **with** *applicant*

**Business Address**

| Street 1 | Street 2 |
|---|---|
| 200 PARK AVENUE | |

| City | State | Country | Zip/Postal Code |
|---|---|---|---|
| NEW YORK | New York | USA | 10166 |

| Effective Date (MM/DD/YYYY) | Termination Date (MM/DD/YYYY) |
|---|---|
| 07/01/2007 | |

**Is Partnership, Corporation or Organization a foreign entity?**     If Yes, provide country of domicile or incorporation

○ Yes  ◉ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                ◉ Yes  ○ No

**Investment Advisory Activities**        ◉ Yes  ○ No

**Briefly describe the** *control* **relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| **Business** |
|---|

The details supplied relate to:

| Partnership, Corporation, or Organization Name | CRD Number (if any) |
|---|---|
| MELLON CAPITAL MANAGEMENT CORPORATION | 105764 |

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

◉ **is under common** *control* **with** *applicant*

**Business Address**

| Street 1 | Street 2 |
|---|---|
| 595 MARKET STREET, SUITE 3000 | |

| City | State | Country | Zip/Postal Code |
|---|---|---|---|
| SAN FRANCISCO | California | USA | 94105 |

| Effective Date (MM/DD/YYYY) | Termination Date (MM/DD/YYYY) |
|---|---|
| 07/01/2007 | |

**Is Partnership, Corporation or Organization a foreign entity?**     If Yes, provide country of domicile or incorporation

○ Yes  ◉ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                ○ Yes  ◉ No

**Investment Advisory Activities**

⦿ Yes  ○ No

**Briefly describe the** *control* **relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR
INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
|---|

The details supplied relate to:

**Partnership, Corporation, or Organization Name**    **CRD Number (if any)**
MELLON EQUITY ASSOCIATES LLP                          104857

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ *is controlled by applicant*

⦿ *is under common control with applicant*

**Business Address**

**Street 1**                          **Street 2**
500 GRANT STREET, SUITE 4200

**City**               **State**         **Country**      **Zip/Postal Code**
PITTSBURGH             Pennsylvania      USA              15258

**Effective Date (MM/DD/YYYY)**        **Termination Date (MM/DD/YYYY)**
07/01/2007

**Is Partnership, Corporation or Organization a**    **If Yes, provide country of domicile or**
**foreign entity?**                                  **incorporation**

○ Yes  ⦿ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**              ○ Yes  ⦿ No

**Investment Advisory Activities**     ⦿ Yes  ○ No

**Briefly describe the** *control* **relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR
INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
|---|

The details supplied relate to:

**Partnership, Corporation, or Organization Name**    **CRD Number (if any)**
BNY MELLON CAPITAL MARKETS, LLC                       17454

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ *is controlled by applicant*

⦿ *is under common control with applicant*

**Business Address**

**Street 1**                          **Street 2**
ONE MELLON CENTER, SUITE 475

**City**               **State**         **Country**      **Zip/Postal Code**
PITTSBURGH             Pennsylvania      USA              15258

**Effective Date (MM/DD/YYYY)**        **Termination Date (MM/DD/YYYY)**

06/02/2008

**Is Partnership, Corporation or Organization a foreign entity?**

**If Yes, provide country of domicile or incorporation**

○ Yes  ◉ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**          ◉ Yes  ○ No

**Investment Advisory Activities**    ○ Yes  ◉ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

**Partnership, Corporation, or Organization Name**    **CRD Number (if any)**
MELLON HEDGE ADVISORS                    133402

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

◉ is under common *control* with *applicant*

**Business Address**

**Street 1**                    **Street 2**
MELLON FINANCIAL CENTER            ONE BOSTON PLACE

**City**          **State**          **Country**      **Zip/Postal Code**
BOSTON          Massachusetts      USA          02108

**Effective Date (MM/DD/YYYY)**          **Termination Date (MM/DD/YYYY)**
07/01/2007

**Is Partnership, Corporation or Organization a foreign entity?**

**If Yes, provide country of domicile or incorporation**

○ Yes  ◉ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**          ○ Yes  ◉ No

**Investment Advisory Activities**    ◉ Yes  ○ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

**Partnership, Corporation, or Organization Name**    **CRD Number (if any)**
MELLON SECURITIES LLC                    47268

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

⊙  **is under common** *control* **with** *applicant*
**Business Address**
**Street 1**                                              **Street 2**
480 WASHINGTON BLVD., 24TH FLOOR
**City**                              **State**        **Country**        **Zip/Postal Code**
JERSEY CITY                    New Jersey      USA                  07310
**Effective Date (MM/DD/YYYY)**              **Termination Date (MM/DD/YYYY)**
07/01/2007
**Is Partnership, Corporation or Organization a**    **If Yes, provide country of domicile or**
**foreign entity?**                                  **incorporation**
○ Yes  ⊙ **No**
**Activities of this Partnership, Corporation, or Organization:**
**Securities Activities**
                                        ⊙ **Yes** ○**No**
**Investment Advisory Activities**
                                        ○ **Yes** ⊙**No**
**Briefly describe the** *control* **relationship**
    ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR
        INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION

| **Business** |
|---|

The details supplied relate to:
**Partnership, Corporation, or Organization Name**    **CRD Number (if any)**
NEWTON CAPITAL MANAGEMENT LTD                          111208
**The Partnership, Corporation, or Organization**

○  *controls applicant*

○  **is** *controlled* **by** *applicant*

⊙  **is under common** *control* **with** *applicant*
**Business Address**
**Street 1**                                              **Street 2**
160 QUEEN VICTORIA STREET
**City**                              **State**        **Country**        **Zip/Postal Code**
LONDON                                              ENGLAND          EC4V 4LA
**Effective Date (MM/DD/YYYY)**              **Termination Date (MM/DD/YYYY)**
07/01/2007
**Is Partnership, Corporation or Organization a**    **If Yes, provide country of domicile or**
**foreign entity?**                                  **incorporation**
                                                    **UNITED KINGDOM**
⊙ Yes  ○ No
**Activities of this Partnership, Corporation, or Organization:**
**Securities Activities**
                                        ○ **Yes** ⊙**No**
**Investment Advisory Activities**
                                        ⊙ **Yes** ○**No**
**Briefly describe the** *control* **relationship**
    ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR
        INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION

| **Business** |
|---|

The details supplied relate to:

**Partnership, Corporation, or Organization Name**
PARETO, PARETO INVESTMENT MANAGEMENT LIMITED

**CRD Number (if any)**
107095

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

◉ is under common *control* with *applicant*

**Business Address**

| **Street 1** | | **Street 2** | |
|---|---|---|---|
| 160 QUEEN VICTORIA STREET | | | |

| **City** | **State** | **Country** | **Zip/Postal Code** |
|---|---|---|---|
| LONDON | | ENGLAND | EC4V 4LA |

**Effective Date (MM/DD/YYYY)**
07/01/2007

**Termination Date (MM/DD/YYYY)**

**Is Partnership, Corporation or Organization a foreign entity?**

**If Yes, provide country of domicile or incorporation**
UNITED KINGDOM

◉ Yes  ○ No

**Activities of this Partnership, Corporation, or Organization:**

Securities Activities          ○ Yes ◉ No

Investment Advisory Activities     ◉ Yes ○ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION

## Business

The details supplied relate to:

**Partnership, Corporation, or Organization Name**
STANDISH MELLON ASSET MANAGEMENT COMPANY LLC

**CRD Number (if any)**
113972

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

◉ is under common *control* with *applicant*

**Business Address**

| **Street 1** | | **Street 2** | |
|---|---|---|---|
| ONE BOSTON PLACE, 29TH FLOOR | | | |

| **City** | **State** | **Country** | **Zip/Postal Code** |
|---|---|---|---|
| BOSTON | Massachusetts | USA | 02108 |

**Effective Date (MM/DD/YYYY)**
07/01/2007

**Termination Date (MM/DD/YYYY)**

**Is Partnership, Corporation or Organization a foreign entity?**

**If Yes, provide country of domicile or incorporation**

○ Yes  ◉ No

**Activities of this Partnership, Corporation, or Organization:**

Securities Activities

**Investment Advisory Activities**          ○ Yes ⊙ No

                                            ⊙ Yes ○ No

**Briefly describe the** *control* **relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR
INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

---

## Business

The details supplied relate to:

**Partnership, Corporation, or Organization Name**          **CRD Number (if any)**
WALTER SCOTT & PARTNERS LIMITED                               112161

**The Partnership, Corporation, or Organization**

○  *controls applicant*

○  *is controlled* **by applicant**

⊙  **is under common** *control* **with** *applicant*

**Business Address**

**Street 1**                                       **Street 2**
ONE CHARLOTTE SQUARE

**City**                          **State**    **Country**          **Zip/Postal Code**
EDINBURGH                                      SCOTLAND             EH2 4DZ

**Effective Date (MM/DD/YYYY)**              **Termination Date (MM/DD/YYYY)**
07/01/2007

**Is Partnership, Corporation or Organization a**    **If Yes, provide country of domicile or**
**foreign entity?**                                  **incorporation**
                                                     **SCOTLAND**
⊙ Yes  ○ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                          ○ Yes ⊙ No

**Investment Advisory Activities**                 ⊙ Yes ○ No

**Briefly describe the** *control* **relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR
INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

---

## Business

The details supplied relate to:

**Partnership, Corporation, or Organization Name**          **CRD Number (if any)**
WESTLB MELLON ASSET MANAGEMENT (USA) LLC                     110618

**The Partnership, Corporation, or Organization**

○  *controls applicant*

○  *is controlled* **by applicant**

⊙  **is under common** *control* **with** *applicant*

**Business Address**

**Street 1**                                       **Street 2**
1185 AVENUE OF THE AMERICAS

**City**                          **State**    **Country**          **Zip/Postal Code**
NEW YORK                          New York     USA                 10036

**Effective Date** (MM/DD/YYYY)                    **Termination Date** (MM/DD/YYYY)
07/01/2007

**Is Partnership, Corporation or Organization a**    **If Yes, provide country of domicile or**
**foreign entity?**                                  **incorporation**

○Yes ◉No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                            ○ Yes ◉No

**Investment Advisory Activities**                   ◉ Yes ○No

**Briefly describe the** *control* **relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR
INDIRECT SUBSIDARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

**Partnership, Corporation, or Organization Name**    **CRD Number (if any)**
MELLON ASSET MANAGEMENT, LTD

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ *is controlled by applicant*

◉ **is under common** *control* **with** *applicant*

**Business Address**

**Street 1**                                         **Street 2**
ROYAL TRUST TOWER, DOMINION CENTRE                   P.O. BOX 3200

**City**                          **State**    **Country**        **Zip/Postal Code**
TORONTO, ONTARIO                               CANADA             M5K 1K2

**Effective Date** (MM/DD/YYYY)                    **Termination Date** (MM/DD/YYYY)
07/01/2007

**Is Partnership, Corporation or Organization a**    **If Yes, provide country of domicile or**
**foreign entity?**                                  **incorporation**
                                                     CANADA

◉Yes ○No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                            ◉ Yes ○No

**Investment Advisory Activities**                   ◉ Yes ○No

**Briefly describe the** *control* **relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR
INDIRECT SUBSIDARY OF THE BANK OF NEW YORK MELLON CORPORATION.

| Business |
| --- |

The details supplied relate to:

**Partnership, Corporation, or Organization Name**    **CRD Number (if any)**
MELLON GLOBAL INVESTMENTS AUSTRALIA LIMITED

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ *is controlled by applicant*

⊙ is under common *control* with *applicant*

**Business Address**

| Street 1 | | Street 2 |
|---|---|---|
| LEVEL 6, 7 MACQUARIE PLACE | | |

| City | State | Country | Zip/Postal Code |
|---|---|---|---|
| SYDNEY | | AUSTRALIA | NSW 2000 |

| Effective Date (MM/DD/YYYY) | Termination Date (MM/DD/YYYY) |
|---|---|
| 07/01/2007 | |

**Is Partnership, Corporation or Organization a foreign entity?**          **If Yes, provide country of domicile or incorporation**

○ Yes  ⊙ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                    ⊙ Yes  ○ No

**Investment Advisory Activities**            ⊙ Yes  ○ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

---

**Business**

The details supplied relate to:

**Partnership, Corporation, or Organization Name**     **CRD Number (if any)**
BNY MELLON ASSET MANAGEMENT JAPAN LIMITED

**The Partnership, Corporation, or Organization**

○ *controls applicant*

○ is *controlled* by *applicant*

⊙ is under common *control* with *applicant*

**Business Address**

| Street 1 | | Street 2 |
|---|---|---|
| FUJI BUILDING, 3F | | 3-2-3 MARUNOUCHI CHIYODA-KU |

| City | State | Country | Zip/Postal Code |
|---|---|---|---|
| TOKYO | | JAPAN | 100-0005 |

| Effective Date (MM/DD/YYYY) | Termination Date (MM/DD/YYYY) |
|---|---|
| 07/01/2007 | |

**Is Partnership, Corporation or Organization a foreign entity?**          **If Yes, provide country of domicile or incorporation**
JAPAN

⊙ Yes  ○ No

**Activities of this Partnership, Corporation, or Organization:**

**Securities Activities**                    ⊙ Yes  ○ No

**Investment Advisory Activities**            ⊙ Yes  ○ No

**Briefly describe the *control* relationship**

ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

---

**Business**

The details supplied relate to:

Partnership, Corporation, or Organization Name    CRD Number (if any)
MELLON GLOBAL INVESTMENTS LIMITED (UK)

The Partnership, Corporation, or Organization

○ *controls applicant*

○ *is controlled by applicant*

◉ *is under common control with applicant*

Business Address

| Street 1 | | Street 2 | |
|---|---|---|---|
| 160 QUEEN VICTORIA STREET | | | |
| **City** | **State** | **Country** | **Zip/Postal Code** |
| LONDON | | ENGLAND | EC4V 4LA |

Effective Date (MM/DD/YYYY)          Termination Date (MM/DD/YYYY)
07/01/2007

Is Partnership, Corporation or Organization a    If Yes, provide country of domicile or
foreign entity?                                   incorporation
                                                  UNITED KINGDOM
◉ Yes ○ No

Activities of this Partnership, Corporation, or Organization:

Securities Activities                      ◉ Yes ○ No

Investment Advisory Activities             ◉ Yes ○ No

Briefly describe the *control* relationship
ENTITY IS UNDER COMMON CONTROL WITH THE APPLICANT BY REASON OF BEING A DIRECT OR
INDIRECT SUBSIDIARY OF THE BANK OF NEW YORK MELLON CORPORATION.

## Bank

Provide the details for each organization or institution that *controls* the *applicant*, including each
organization or institution in the applicant's chain of ownership. The details supplied relate to:

Financial Institution Name                 CRD Number (if any)
BANK OF NEW YORK MELLON CORPORATION

Institution Type(*i.e., bank holding company,*    If foreign, country of domicile or
*national bank, state member bank of the Federal*  incorporation
*Reserve System, state non-member bank,*
*savings association, credit union, or foreign*
*bank)*
Bank Holding Company

Business Address

| Street 1 | | Street 2 | |
|---|---|---|---|
| ONE WALL STREET | | | |
| **City** | **State** | **Country** | **Zip/Postal Code** |
| NEW YORK | New York | USA | 10286 |

Effective Date (MM/DD/YYYY)          Termination Date (MM/DD/YYYY)
05/01/2003

Briefly describe the *control* relationship
ENTITY DIRECTLY CONTROLS THE APPLICANT BY REASON OF BEING THE ULTIMATE PARENT
ENTITY OF APPLICANT.

## BD - BRANCHES

# No Information Filed

| BD - CRIMINAL DRP |
|---|

No Information Filed

| BD – REGULATORY ACTION DRP |
|---|

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ◉ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
|---|---|---|---|
| ☑ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☑ **11C(4)** | ☐ **11D(3)** | ☐ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization not registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

| PART I |
|---|

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

  ◉ **The *Applicant***

  ○ ***Applicant* and one or more *control affiliates***

  ○ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).

If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

  ☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ Yes ⊙ No

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

**PART II**

1. Regulatory Action initiated by:
   ⊙ **SEC** ○ **Other Federal** ○ **State** ○ **SRO** ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   SEC

2. Principal Sanction:
   Censure
   Other Sanctions:
   RESTITUTION,UNDERTAKING

3. Date Initiated (MM/DD/YYYY):
   04/11/1990 ⊙ **Exact** ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   3 7329

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   Other
   Other Product Types:
   EQUITY WARRANTS & RIGHTS

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
   THE SEC CHARGED APPLICANT AND MICHAEL DREITLIN, ONE OF ITS OFFICERS, WITH VIOLATION OF SEC RULES 10B-5, 17 A-3, 17A-4(B)(4) AND 17A-5(A)IN CONNECTION WITH PRACTICES ENGAGED IN BY THE REORGANIZATION DEPARTMENT OF THE PERSHING DIVISION OF APPLICANT("THE REORGANIZATION DEPARTMENT").

8. Current status ? ○ **Pending** ○ **On Appeal** ⊙ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
    Settled

11. Resolution Date (MM/DD/YYYY):
    04/11/1990 ⊙ **Exact** ○ **Explanation**
    If not exact, provide explanation:

**12. Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate Items):

☑ **Monetary/Fine**          Amount: $ 5,600,000.00

☐ **Revocation/Expulsion/Denial**     ☑ **Disgorgement/Restitution**

☑ **Censure**               ☐ **Cease and Desist/Injunction**

☐ **Bar**                  ☐ **Suspension**

B. Other Sanctions Ordered:
APPLICANT AGREED TO ENHANCE SUPERVISION, ESTABLISH WRITTEN POLICIES AND PROCEDURES, AND IMPROVE TRAINING IN THE REORGANIZATION DEPARTMENT. APPLICANT AGREED TO RETAIN AN INDEPENDENT AUDITOR TO CONDUCT REVIEWS OF THE DEPARTMENT'S COMPLIANCE WITH SUCH POLICIES AND PROCEDURES.

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
APPLICANT CREATED A FUND OF $5.6 MILLION PLUS INTEREST TO BE ADMINISTERED BY AN INDEPENDENT PERSON AND DISTRIBUTED TO CUSTOMERS WHOSE SECURITIES MAY HAVE BEEN THE SUBJECT OF THE PRACTICES LEADING TO ENTRY OF THE ADMINISTRATIVE ORDER. FINE WAS PAID.

---

**13.** Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⦿ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

**Regulatory Action**

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☑ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☑ **11C(4)** | ☐ **11D(3)** | ☐ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the

Items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

&#9673; **The *Applicant***

&#9711; *Applicant* and one or more *control affiliates*

&#9711; **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

□ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

&#9711; Yes &#9673; No

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

**PART II**

1. Regulatory Action initiated by:
&#9673;**SEC** &#9711;**Other Federal** &#9711;**State** &#9711;**SRO** &#9711;**Foreign**
(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
SEC

2. Principal Sanction:
Censure
Other Sanctions:
FINE,RESTITUTION

3. Date Initiated (MM/DD/YYYY):
01/06/1981 &#9673;**Exact** &#9711;**Explanation**
If not exact, provide explanation: _

4. Docket/Case Number:
RELEASE NO 17416

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6.
Principal Product Type:
Options
Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

ALLEGATIONS AGAINST APPLICANT AND MATTHEW DONNER, A REGISTERED REPRESENTATIVE OF APPLICANT, THAT THEY VIOLATED RULE 10B-5 BY (I)SOLICITING AN INVESTMENT ADVISOR ("IA") TO OPEN ACCOUNTS FOR OPTION TRADING WITHOUT INQUIRING INTO IA'S BACKGROUND AND ALLOWING IA TO MAKE DISCRETIONARY TRADES WITHOUT AUTHORITY; (II)MAKING UNSUITABLE TRADES;(III)ALLOWING EXCESSIVE TRADING; AND (IV)ALLOWING TRANSFERS OF FUNDS FROM ACCOUNTS WITHOUT AUTHORIZATION.

8. Current status ?  ○ **Pending**    ○ **On Appeal**    ◉ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Settled

11. Resolution Date (MM/DD/YYYY):
01/06/1981  ◉ **Exact**    ○ **Explanation**
If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ **Monetary/Fine**                          Amount: $ 62,699.04

☐ **Revocation/Expulsion/Denial**            ☑ **Disgorgement/Restitution**

☑ **Censure**                                ☐ **Cease and Desist/Injunction**

☐ **Bar**                                    ☐ **Suspension**

B. Other Sanctions Ordered:
DLJ ORDERED TO INSTITUTE NEW PROCEDURES REGARDING APPROVAL OF ACCOUNTS FOR OPTION TRADING.

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
DLJ PAID FINE.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ◉ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☑ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☑ **11C(4)** | ☐ **11D(3)** | ☐ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

### PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

   ⦿ **The *Applicant***

   ○ *Applicant* and one or more *control affiliates*

   ○ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

   ○ Yes ⦿ No

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

### PART II

1. Regulatory Action initiated by:

   ⦿ SEC  ○ **Other Federal**  ○ **State**  ○ *SRO*  ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)

SEC

2. Principal Sanction:
Civil and Administrative Penalt(ies) /Fine(s)
Other Sanctions:
CENSURE

3. Date Initiated (MM/DD/YYYY):

03/01/1977  ○ Exact  ⊙ Explanation
If not exact, provide explanation:
EXACT DATE NOT KNOWN

4. Docket/Case Number:
SEC ADMIN. PROC. FILE NO 3-5258

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (If applicable):

6. Principal Product Type:
Equity - OTC
Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
THE SEC ALLEGED THAT AN INVESTMENT ADVISER, SEVERAL BROKER-DEALERS, AND INDIVIDUALS VIOLATED OR AIDED AND ABETTED VIOLATIONS OF THE FEDERAL SECURITIES LAWS. DUDLEY EPPEL, AN EMPLOYEE OF THE APPLICANT, WAS NAMED IN THE ACTION AND WAS AT THAT TIME AN EMPLOYEE OF ONE OF THE BROKER DEALERS.

8. Current status ?  ○ Pending   ○ On Appeal   ⊙ Final

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Settled

11. Resolution Date (MM/DD/YYYY):

07/19/1977  ⊙ Exact   ○ Explanation
If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☐ **Monetary/Fine**                     **Amount: $**

☐ **Revocation/Expulsion/Denial**       ☐ **Disgorgement/Restitution**

☑ **Censure**                           ☐ **Cease and Desist/Injunction**

☐ **Bar**                               ☐ **Suspension**

B. Other Sanctions Ordered:

----------------

C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:

----------------

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ◉ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☑ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☑ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☐ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entit(ies) for whom this DRP is being filed is (are):

◉  The *Applicant*

○  *Applicant* and one or more *control affiliates*

○  One or more *control affiliates*

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s) are* no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

⚪ Yes ◉ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

**PART II**

1. Regulatory Action initiated by:
   ◉**SEC** ⚪**Other Federal** ⚪**State** ⚪*SRO* ⚪**Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   SEC

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:
   DISGORGEMENT, CEASE AND DESIST

3. Date Initiated (MM/DD/YYYY):
   09/02/1993 ◉**Exact** ⚪**Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   NO.3-8136

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   Debt - Government
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
   THE SEC ALLEGED THAT APPLICANT, THROUGH ITS PERSHING DIVISION, VIOLATED SECTION 17(A) OF THE SECURITIES EXCHANGE ACT OF 1934 AND RULES 17A-3 AND 17A-4 THEREUNDER.

8. Current status ? ⚪**Pending** ⚪**On Appeal** ◉**Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Order

11. Resolution Date (MM/DD/YYYY):

09/02/1993 ⊙ **Exact**  ○ **Explanation**
If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ Monetary/Fine                          Amount: $ 50,000.00
☐ Revocation/Expulsion/Denial            ☑ Disgorgement/Restitution
☐ Censure                                ☑ Cease and Desist/Injunction
☐ Bar                                    ☐ Suspension

B. Other Sanctions Ordered:

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
APPLICANT PAID A $50,000 FINE TO THE U.S. TREASURY, DISGORGED $100,000 AND AGREED TO CEASE AND DESIST FROM COMMITTING OR CAUSING ANY VIOLATION OR FURTHER VIOLATION OF SECTION 17(A) OF THE SECURITIES EXCHANGE ACT OF 1934 AND RULES 17A-3 AND 17A-4 THEREUNDER.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)
THE SEC FOUND THAT THE PERSHING DIVISION OF APPLICANT FAILED TO COMPLY WITH CERTAIN PAPERWORK REQUIREMENTS IN NONCOMPETITIVE BID TREASURY SECURITIES AUCTIONS AND EXCEEDED THE $1 MILLION LIMIT PERMITTED IN AN AUCTION FOR A SINGLE BIDDER.

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⊙ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;
**Check item(s) being responded to:**

**Regulatory Action**

| | | | |
|---|---|---|---|
| ☐ 11C(1) | ☐ 11C(5) | ☐ 11D(4) | ☐ 11E(3) |
| ☑ 11C(2) | ☐ 11D(1) | ☐ 11D(5) | ☐ 11E(4) |
| ☐ 11C(3) | ☐ 11D(2) | ☐ 11E(1) | ☐ 11F |
| ☑ 11C(4) | ☐ 11D(3) | ☐ 11E(2) | ☐ 11G |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

| PART I |
| --- |

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

    ⊙ **The *Applicant***

    ○ ***Applicant*** **and one or more *control affiliates***

    ○ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

    ☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

    ○ Yes ⊙ No

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

| PART II |
| --- |

1. Regulatory Action initiated by:
⊙ SEC ○ **Other Federal** ○ *State* ○ *SRO* ○ **Foreign**
(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
SEC

2. Principal Sanction:
Cease and Desist
Other Sanctions:
CENSURE

3. Date Initiated (MM/DD/YYYY):

09/22/1992 ⊙ **Exact** ○ **Explanation**

If not exact, provide explanation:

4. Docket/Case Number:
ADMIN.PROC FILE 3-7863

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   Other
   Other Product Types:
   EQUITY LISTED

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
   THE SEC ALLEGED THAT IN CONNECTION WITH THE 1986 PUBLIC OFFERING OF COMMON STOCK OF MATTHEWS & WRIGHT GROUP INC. ("M&W") IN WHICH APPLICANT ACTED AS AN UNDERWRITER, APPLICANT DID NOT PERFORM SUFFICIENT DUE DILIGENCE TO HAVE A REASONABLE BASIS TO BELIEVE THAT CERTAIN REPRESENTATIONS IN THE REGISTRATION STATEMENT ABOUT BOND OFFERINGS UNDERWRITTEN BY M&W WERE ACCURATE AND COMPLETE.

8. Current status ?  ○ **Pending**    ○ **On Appeal**    ◉ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
    Settled

11. Resolution Date (MM/DD/YYYY):
    09/22/1992  ◉ **Exact**    ○ **Explanation**
    If not exact, provide explanation:

12. **Resolution Detail:**
    A. Were any of the following Sanctions Ordered? (Check all appropriate items):

    ☐ **Monetary/Fine**                    **Amount: $**

    ☐ **Revocation/Expulsion/Denial**      ☐ **Disgorgement/Restitution**

    ☑ **Censure**                          ☑ **Cease and Desist/Injunction**

    ☐ **Bar**                              ☐ **Suspension**

    B. Other Sanctions Ordered:
    ------------------------

    C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
    ----------------

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)
    APPLICANT WAS CENSURED AND ORDERED TO PERMANENTLY CEASE AND DESIST FROM

VIOLATING OR CAUSING VIOLATION AND FROM COMMITTING OR CAUSING FUTURE
VIOLATIONS OF SECTION 17(A) OF THE SECURITIES ACT OF 1933 AND SECTION 10(B) AND
RULE 10B-5 UNDER THE SECURITIES EXCHANGE ACT OF 1934.

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⊙ **AMENDED** response used to
report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☑ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☑ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☑ **11C(4)** | ☐ **11D(3)** | ☐ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more
than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G.
Use only one DRP to report details related to the same event. If an event gives rise to actions by
more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be
provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate*
need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be
submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an
individual or organization <u>not</u> registered through the CRD, provide complete answers to all the
Items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the
*control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

⊙  **The** *Applicant*

○  *Applicant* **and one or more** *control affiliates*

○  **One or more** *control affiliates*

---

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for
individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-
registered" by checking the appropriate checkbox.

---

☐ **This DRP should be removed from the BD record because the** *control affiliate(s)* **are
no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP
(with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other
information on this DRP must be provided.

○ **Yes** ⊙ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

**PART II**

1. Regulatory Action initiated by:

   ◉ **SEC**  ○ **Other Federal**  ○ **State**  ○ *SRO*  ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   SEC

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:
   CEASE AND DESIST

3. Date Initiated (MM/DD/YYYY):

   01/16/1992  ◉ **Exact**  ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   SEC ADMIN PROC FILE NO. 3-7646

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable)

6. Principal Product Type:
   Debt – Government
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

   THE SEC ALLEGED THAT THE APPLICANT AND 97 OTHER PARTIES VIOLATED THE RECORDKEEPING REQUIREMENTS OF SECTION 17(A) OF THE SECURITIES EXCHANGE ACT OF 1934 (THE "EXCHANGE ACT") AND RULES 17A-3 AND 17A-4 THEREUNDER.

8. Current status ?  ○ **Pending**  ○ **On Appeal**  ◉ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
    Settled

11. Resolution Date (MM/DD/YYYY):

    01/16/1992  ◉ **Exact**  ○ **Explanation**
    If not exact, provide explanation:

12. **Resolution Detail:**

    A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑**Monetary/Fine**                          **Amount: $ 100,000.00**
☐**Revocation/Expulsion/Denial**    ☐**Disgorgement/Restitution**
☐**Censure**                                    ☑**Cease and Desist/Injunction**
☐**Bar**                                           ☐**Suspension**

B. Other Sanctions Ordered:
APPLICANT WAS REQUIRED TO DEVISE, IMPLEMENT AND MAINTAIN PROCEDURES TO
ENSURE FUTURE COMPLIANCE WITH THE RECORDKEEPING REQUIREMENTS OF THE
EXCHANGE ACT.

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and
capacities affected (General Securities Principal, Financial Operations Principal, etc.). If
requalification by exam/retraining was a condition of the sanction, provide length of time
given to requalify/retrain, type of exam required and whether condition has been satisfied. .
If disposition resulted in a fine, penalty, restitution, disgorgement or monetary
compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date
paid and if any portion of penalty was waived:
THE APPLICANT PAID A PENALTY OF $100,000.

13. Provide a brief summary of details related to the action status and (or) disposition and include
relevant terms, conditions and dates. (The information must fit within the space provided.)
APPLICANT RECEIVED A DETERMINATION BY THE SEC THAT THE ADMINISTRATIVE ORDER
WOULD NOT DISQUALIFY APPLICANT FROM EXEMPTIONS UNDER SEC REGULATIONS A AND D
UNDER THE SECURITIES ACT OF 1933

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ◉ **AMENDED** response used to
report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

**Regulatory Action**

| | | | |
|---|---|---|---|
| ☐**11C(1)** | ☐**11C(5)** | ☐**11D(4)** | ☐**11E(3)** |
| ☐**11C(2)** | ☐**11D(1)** | ☐**11D(5)** | ☐**11E(4)** |
| ☐**11C(3)** | ☐**11D(2)** | ☐**11E(1)** | ☐**11F** |
| ☐**11C(4)** | ☐**11D(3)** | ☑**11E(2)** | ☐**11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more
than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G.
Use only one DRP to report details related to the same event. If an event gives rise to actions by
more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be
provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate*
need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be
submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an
individual or organization <u>not</u> registered through the CRD, provide complete answers to all the
items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the
*control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

○ **The *Applicant***

○ ***Applicant*** and one or more ***control affiliates***

○ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ Yes ◉ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

| PART II |
| --- |

1. Regulatory Action initiated by:
   ○ SEC   ○ Other Federal   ○ State   ◉ *SRO*   ○ Foreign
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   CHICAGO BOARD OPTIONS EXCHANGE, INC. (THE "CBOE")

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
   11/29/1985 ◉ **Exact**   ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   85 0088

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   Options
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
   THE CBOE ALLEGED THAT APPLICANT VIOLATED EXCHANGE RULE 17.8.

8. Current status ? ○ **Pending**    ○ **On Appeal**    ◉ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
    Decision & Order of Offer of Settlement

11. Resolution Date (MM/DD/YYYY):
    11/29/1985 ◉ **Exact**  ○ **Explanation**
    If not exact, provide explanation:

12. **Resolution Detail:**

    A. Were any of the following Sanctions Ordered? (Check all appropriate items):

    ☑ **Monetary/Fine**                    **Amount: $ 500.00**
    ☐ **Revocation/Expulsion/Denial**      ☐ **Disgorgement/Restitution**
    ☐ **Censure**                          ☐ **Cease and Desist/Injunction**
    ☐ **Bar**                              ☐ **Suspension**

    B. Other Sanctions Ordered:

    C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
       THE CBOE FINED APPLICANT $500.00, WHICH APPLICANT PAID.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ◉ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;
Check item(s) being responded to:

**Regulatory Action**

☐ **11C(1)**      ☐ **11C(5)**      ☐ **11D(4)**      ☐ **11E(3)**
☐ **11C(2)**      ☐ **11D(1)**      ☐ **11D(5)**      ☐ **11E(4)**
☐ **11C(3)**      ☐ **11D(2)**      ☐ **11E(1)**      ☐ **11F**
☐ **11C(4)**      ☐ **11D(3)**      ☑ **11E(2)**      ☐ **11G**

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G.

Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

| PART I |
|---|

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

- ◉ **The *Applicant***

- ○ ***Applicant*** **and one or more *control affiliates***

- ○ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4 or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ Yes ◉ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

| PART II |
|---|

1. Regulatory Action initiated by:
   ○ SEC  ○ Other Federal  ○ State  ◉ *SRO*  ○ Foreign
   (Full name of regulator, foreign financial regulatory authority, federal, state, or *SRO*)
   CHICAGO BOARD OF OPTIONS EXCHANGE (THE "CBOE")

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
   02/22/1988 ◉ Exact  ○ Explanation
   If not exact, provide explanation:

4.  Docket/Case Number:
    87 0090

5.  *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6.  Principal Product Type:
    Options
    Other Product Types:

7.  Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
    THE BUSINESS CONDUCT COMMITTEE OF THE CBOE ALLEGED THAT APPLICANT AND TED GELMAN PERMITTED A PUBLIC CUSTOMER TO EXCEED THE EXCHANGE'S POSITION LIMITS IN A CLASS OF OPTION CONTRACTS.

8.  Current status ?  ○ **Pending**    ○ **On Appeal**    ◉ **Final**

9.  If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
    Order

11. Resolution Date (MM/DD/YYYY):
    02/22/1988  ◉ **Exact**    ○ **Explanation**
    If not exact, provide explanation:

12. **Resolution Detail:**
    A. Were any of the following Sanctions Ordered? (Check all appropriate items):

    ☑ **Monetary/Fine**              **Amount: $ 3,000.00**
    ☐ **Revocation/Expulsion/Denial**    ☐ **Disgorgement/Restitution**
    ☐ **Censure**                    ☐ **Cease and Desist/Injunction**
    ☐ **Bar**                        ☐ **Suspension**

    B. Other Sanctions Ordered:

    C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
    APPLICANT AND TED GELMAN WERE FINED JOINTLY AND SEPARATELY AND PAID SUCH AMOUNT.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

This Disclosure Reporting Page (DRP BD) is an ○**INITIAL OR** ◉**AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐**11C(1)** | ☐**11C(5)** | ☐**11D(4)** | ☐**11E(3)** |
| ☐**11C(2)** | ☐**11D(1)** | ☐**11D(5)** | ☐**11E(4)** |
| ☐**11C(3)** | ☐**11D(2)** | ☐**11E(1)** | ☐**11F** |
| ☐**11C(4)** | ☐**11D(3)** | ☑**11E(2)** | ☐**11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the Items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

| **PART I** |
|---|

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

◉  **The *Applicant***

○  ***Applicant* and one or more *control affiliates***

○  **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B.  If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ Yes ◉ No

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

| PART II |
|---|

1. Regulatory Action initiated by:

   ○ SEC  ○ Other Federal  ○ State  ◉ *SRO*  ○ Foreign
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   AMERICAN STOCK EXCHANGE, INC. ("AMEX")

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):

   01/06/1989  ◉ Exact  ○ Explanation
   If not exact, provide explanation:

4. Docket/Case Number:
   AMEX DECISION 88-S-5

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   Other
   Other Product Types:
   VARIOUS

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

   AMEX ALLEGED THAT THE APPLICANT FAILED TO IDENTIFY AND REPORT SHORT INTEREST POSITIONS HELD IN APPLICANT'S PROPRIETARY ACCOUNT.

8. Current status ?  ○ Pending  ○ On Appeal  ◉ Final

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
    Settled

11. Resolution Date (MM/DD/YYYY):

    01/06/1989  ◉ Exact  ○ Explanation
    If not exact, provide explanation:

12. **Resolution Detail:**

    A. Were any of the following Sanctions Ordered? (Check all appropriate items):

      ☑ **Monetary/Fine**          **Amount: $ 2,000.00**

☐ **Revocation/Expulsion/Denial**    ☐ **Disgorgement/Restitution**

☐ **Censure**    ☐ **Cease and Desist/Injunction**

☐ **Bar**    ☐ **Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
APPLICANT WAS FINED $2,000.00 WHICH WAS PAID.

---

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ◉ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

Check item(s) being responded to:

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☑ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☐ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization **not** registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

◉ **The Applicant**

○ *Applicant* and one or more *control affiliates*

○ **One or more** *control affiliates*

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the** *control affiliate(s)* **are no longer associated with the BD.**

B.  If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ Yes ⦿ No

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

**PART II**

1.  Regulatory Action initiated by:

    ○ SEC  ○ **Other Federal**  ○ **State**  ⦿ *SRO*  ○ **Foreign**
    (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
    CHICAGO BOARD OF TRADE (THE "CBOT")

2.  Principal Sanction:
    Civil and Administrative Penalt(ies) /Fine(s)
    Other Sanctions:

3.  Date Initiated (MM/DD/YYYY):

    08/14/1990 ⦿ **Exact**  ○ **Explanation**
    If not exact, provide explanation:

4.  Docket/Case Number:
    UNKNOWN

5.  *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6.  Principal Product Type:
    Options
    Other Product Types:

7.  Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
    THE CBOT ALLEGED THAT APPLICANT VIOLATED EXCHANGE REGULATIONS 332.02 AND 545.02 WITH RESPECT TO PREPARATION AND MAINTENANCE OF ORDER TICKETS.

8.  Current status ? ○ **Pending**  ○ **On Appeal**  ⦿ **Final**

9.  If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
    Settled

11. **Resolution Date (MM/DD/YYYY):**
    08/14/1990 ⊙ **Exact**  ○ **Explanation**
    If not exact, provide explanation:

12. **Resolution Detail:**
    A. Were any of the following Sanctions Ordered? (Check all appropriate items):

    ☑ **Monetary/Fine**                    **Amount: $ 1,000.00**
    ☐ **Revocation/Expulsion/Denial**      ☐ **Disgorgement/Restitution**
    ☐ **Censure**                          ☐ **Cease and Desist/Injunction**
    ☐ **Bar**                              ☐ **Suspension**

    B. Other Sanctions Ordered:

    C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
    APPLICANT WAS FINED $1,000.00 AND PAID SUCH AMOUNT.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⊙ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;
**Check item(s) being responded to:**

| **Regulatory Action** | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☑ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

## PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

&#9673; **The *Applicant***

&#9675; ***Applicant*** and one or more *control affiliates*

&#9675; **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

□ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

&#9675; Yes &#9673; No

**NOTE:** The completion of this form does not <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

## PART II

1. Regulatory Action Initiated by:

&#9675;SEC &#9675;Other Federal &#9675;State &#9673;*SRO* &#9675;Foreign
(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. (THE "NASD")

2. Principal Sanction:
Civil and Administrative Penalt(ies) /Fine(s)
Other Sanctions:
CENSURE

3. Date Initiated (MM/DD/YYYY):

09/16/1994 &#9673;Exact &#9675;Explanation
If not exact, provide explanation:

4. Docket/Case Number:
COMPLAINT NO. C10940042

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   Debt - Municipal
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
   THE NASD ALLEGED THAT THE APPLICANT HAD VIOLATED ARTICLE III SECTION 1 OF THE NASD'S RULES OF FAIR PRACTICE AND MUNICIPAL SECURITIES RULEMAKING BOARD'S RULES G2, G3(A)(I) AND (B)(I)BY NOT REGISTERING OR PROPERLY REGISTERING CERTAIN EMPLOYEES.

8. Current status ?  ○ **Pending**    ○ **On Appeal**    ◉ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
    Acceptance, Waiver & Consent(AWC)

11. Resolution Date (MM/DD/YYYY):
    09/16/1994  ◉ **Exact**    ○ **Explanation**
    If not exact, provide explanation:

12. **Resolution Detail:**
    A. Were any of the following Sanctions Ordered? (Check all appropriate items):

    ☑ **Monetary/Fine**              **Amount: $ 7,500.00**
    ☐ **Revocation/Expulsion/Denial**   ☐ **Disgorgement/Restitution**
    ☑ **Censure**                    ☐ **Cease and Desist/Injunction**
    ☐ **Bar**                        ☐ **Suspension**

    B. Other Sanctions Ordered:

    C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
    APPLICANT WAS FINED $7,500.00 AND PAID SUCH AMOUNT.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⦿ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☑ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization not registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

⦿ The *Applicant*

○ *Applicant* and one or more *control affiliates*

○ One or more *control affiliates*

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ Yes ⦿ No

**NOTE:** The completion of this form does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART II**

1. Regulatory Action initiated by:

   ○ SEC  ● Other Federal  ○ State  ◉ **SRO**  ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. (THE "NASD")

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):

   02/21/1992  ◉ **Exact**  ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   COMPLAINT # CMS-910174-AWC

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   Equity - OTC
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
   THE NASD ALLEGED THAT APPLICANT NEGLECTED TO REPORT VOLUME ON SOME SECURITIES IN THE NASDAQ SYSTEM AS THE RESULT OF CLERICAL ERROR.

8. Current status ? ○ Pending  ○ On Appeal  ◉ Final

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
    Acceptance, Waiver & Consent(AWC)

11. Resolution Date (MM/DD/YYYY):

    02/21/1992  ◉ **Exact**  ○ **Explanation**
    If not exact, provide explanation:

12. **Resolution Detail:**

    A. Were any of the following Sanctions Ordered? (Check all appropriate items):

    ☑ **Monetary/Fine**      **Amount: $ 2,000.00**

    ☐ **Revocation/Expulsion/Denial**    ☐ **Disgorgement/Restitution**

    ☐ **Censure**    ☐ **Cease and Desist/Injunction**

    ☐ **Bar**    ☐ **Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
   THE APPLICANT WAS FINED $2000.00 WHICH IT PAID

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○**INITIAL OR** ⊙**AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐**11C(1)** | ☐**11C(5)** | ☐**11D(4)** | ☐**11E(3)** |
| ☐**11C(2)** | ☐**11D(1)** | ☐**11D(5)** | ☐**11E(4)** |
| ☐**11C(3)** | ☐**11D(2)** | ☐**11E(1)** | ☐**11F** |
| ☐**11C(4)** | ☐**11D(3)** | ☑**11E(2)** | ☐**11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP. ·

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization not registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

   ⊙ **The *Applicant***

   ○ ***Applicant* and one or more *control affiliates***

   ○ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-

registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ **Yes** ◉ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

**PART II**

1. Regulatory Action Initiated by:
   ○ **SEC**   ○ **Other Federal**   ○ **State**   ◉ **SRO**   ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. ("THE NASD")

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
   06/03/1999 ◉ **Exact**   ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   COMPLAINT # MS 664 AWC

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   Equity - OTC
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
   THE NASD ALLEGED THAT THE APPLICANT NEGLECTED TO REPORT VOLUME ON SOME SECURITIES IN THE NASDAQ SYSTEM AS A RESULT OF CLERICAL ERROR.

8. Current status ?  ○ **Pending**   ○ **On Appeal**   ◉ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Acceptance, Waiver & Consent(AWC)

11. Resolution Date (MM/DD/YYYY):

06/03/1999 ⊙**Exact** ○**Explanation**
If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑**Monetary/Fine**                    **Amount: $** 500.00

☐**Revocation/Expulsion/Denial**      ☐**Disgorgement/Restitution**

☐**Censure**                          ☐**Cease and Desist/Injunction**

☐**Bar**                              ☐**Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
APPLICANT WAS FINED $500.00, WHICH WAS PAID.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○**INITIAL OR** ⊙**AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;
**Check item(s) being responded to:**

**Regulatory Action**

| | | | |
|---|---|---|---|
| ☐**11C(1)** | ☐**11C(5)** | ☐**11D(4)** | ☐**11E(3)** |
| ☐**11C(2)** | ☐**11D(1)** | ☐**11D(5)** | ☐**11E(4)** |
| ☐**11C(3)** | ☐**11D(2)** | ☐**11E(1)** | ☐**11F** |
| ☐**11C(4)** | ☐**11D(3)** | ☑**11E(2)** | ☐**11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be

submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization not registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

| PART I |
| --- |

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

- ⦿ **The *Applicant***
- ◯ ***Applicant* and one or more *control affiliates***
- ◯ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

◯ Yes ⦿ No

**NOTE:** The completion of this form does not relieve the *control affiliate* of its obligation to update its CRD records.

| PART II |
| --- |

1. Regulatory Action initiated by:
   ◯ SEC  ◯ Other Federal  ◯ State  ⦿ SRO  ◯ Foreign
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. (THE "NASD")

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
   12/04/1987 ⦿ Exact  ◯ Explanation
   If not exact, provide explanation:

4. Docket/Case Number:
   COMPLAINT # MS 591 AWC

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6.
   Principal Product Type:

Equity - OTC
Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

THE NASD ALLEGED THAT THE APPLICANT NEGLECTED TO REPORT VOLUME ON SOME SECURITIES IN THE NASDAQ SYSTEM AS A RESULT OF CLERICAL ERROR.

8. Current status ?  ○ Pending    ○ On Appeal    ◉ Final

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Settled

11. Resolution Date (MM/DD/YYYY):

12/04/1987  ◉ Exact    ○ Explanation
If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ Monetary/Fine                      **Amount: $ 2,000.00**

☐ Revocation/Expulsion/Denial        ☐ Disgorgement/Restitution

☐ Censure                            ☐ Cease and Desist/Injunction

☐ Bar                                ☐ Suspension

B. Other Sanctions Ordered:

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
APPLICANT WAS FINED $2,000.00, WHICH WAS PAID.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

This Disclosure Reporting Page (DRP BD) is an  ○ **INITIAL OR**  ◉ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

**Regulatory Action**

☐ **11C(1)**        ☐ **11C(5)**        ☐ **11D(4)**        ☐ **11E(3)**

| ☐ 11C(2) | ☐ 11D(1) | ☐ 11D(5) | ☐ 11E(4) |
| ☐ 11C(3) | ☐ 11D(2) | ☐ 11E(1) | ☐ 11F |
| ☐ 11C(4) | ☐ 11D(3) | ☑ 11E(2) | ☐ 11G |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

| PART I |
| --- |

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

    ◉ **The *Applicant***

    ○ ***Applicant*** and one or more *control affiliates*

    ○ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

    ☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

    ○ Yes ◉ No

NOTE: The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

| PART II |
| --- |

1. Regulatory Action initiated by:
    ○ SEC  ○ Other Federal  ○ State  ◉ *SRO*  ○ Foreign
(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. (THE "NASD")

2. Principal Sanction:

Civil and Administrative Penalt(ies) /Fine(s)
Other Sanctions:

3. Date Initiated (MM/DD/YYYY):

   06/23/1986 ⦿ **Exact** ○ **Explanation**

   If not exact, provide explanation:

4. Docket/Case Number:
   COMPLAINT # MS 441 AWC

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (If applicable): 

6. Principal Product Type:
   Equity - OTC
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

   THE NASD ALLEGED THAT THE APPLICANT NEGLECTED TO REPORT VOLUME ON SOME LISTED SECURITIES IN THE NASDAQ SYSTEM DUE TO CLERICAL ERROR.

8. Current status ? ○ **Pending**    ○ **On Appeal**    ⦿ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
    Settled

11. Resolution Date (MM/DD/YYYY):

    06/23/1986 ⦿ **Exact**    ○ **Explanation**

    If not exact, provide explanation:

12. **Resolution Detail:**

    A. Were any of the following Sanctions Ordered? (Check all appropriate items):

    ☑ Monetary/Fine                    Amount: $ 250.00

    ☐ **Revocation/Expulsion/Denial**    ☐ **Disgorgement/Restitution**

    ☐ **Censure**                        ☐ **Cease and Desist/Injunction**

    ☐ **Bar**                            ☐ **Suspension**

    B. Other Sanctions Ordered:

    C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied.

If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
APPLICANT WAS FINED $250.00, WHICH WAS PAID.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ⚪**INITIAL OR** ⊙ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐**11C(1)** | ☐**11C(5)** | ☐**11D(4)** | ☐**11E(3)** |
| ☑**11C(2)** | ☐**11D(1)** | ☐**11D(5)** | ☐**11E(4)** |
| ☐**11C(3)** | ☐**11D(2)** | ☐**11E(1)** | ☐**11F** |
| ☐**11C(4)** | ☐**11D(3)** | ☐**11E(2)** | ☐**11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

### PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

⊙ **The *Applicant***

⚪ ***Applicant* and one or more *control affiliates***

⚪ **One or more *control affiliates***

---

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

---

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ Yes ◉ No

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

| PART II |
| --- |

1. Regulatory Action Initiated by:

   ◉ **SEC** ○ **Other Federal** ○ **State** ○ **SRO** ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   SEC

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:
   CEASE AND DESIST

3. Date Initiated (MM/DD/YYYY):

   01/11/1999 ◉ **Exact** ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   SEC RELEASES 34-40900, 34-40906 & 34-40930

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   Equity – OTC
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
   THE SEC ALLEGED THAT APPLICANT AND TWO OF ITS EMPLOYEES, WILLIAM P. HEENAN AND LAWRENCE H. KURTZ VIOLATED CERTAIN PROVISIONS OF THE FEDERAL SECURITIES LAWS IN CONNECTION WITH THEIR MARKET MAKING ACTIVITIES IN NASDAQ SECURITIES. WHILE MR. KURTZ WAS AN EMPLOYEE OF APPLICANT AT THE TIME OF THE ALLEGATIONS, MR. HEENAN WAS EMPLOYED BY ANOTHER BROKER DEALER.

8. Current status ? ○ **Pending** ○ **On Appeal** ◉ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
    Settled

11.
    Resolution Date (MM/DD/YYYY):

01/11/1999 ⊙**Exact**  ○**Explanation**
If not exact, provide explanation:

**12. Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑**Monetary/Fine**              Amount: $ 260,000.00

☐**Revocation/Expulsion/Denial**      ☐**Disgorgement/Restitution**
☐**Censure**                    ☑**Cease and Desist/Injunction**
☐**Bar**                      ☐**Suspension**

B. Other Sanctions Ordered:
APPLICANT AGREED TO SUBMIT CERTAIN POLICIES TO AN INDEPENDENT CONSULTANT
FOR REVIEW. MR KURTZ AGREED TO PAY A CIVIL PENALTY OF $15,000, TO A CEASE AND
DESIST ORDER AND A ONE MONTH SUSPENSION. MR. HEENAN AGREED TO PAY A CIVIL
PENALTY OF $ 25,000, TO A CEASE AND DESIST ORDER AND A THREE WEEK SUSPENSION.

C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and
capacities affected (General Securities Principal, Financial Operations Principal, etc.). If
requalification by exam/retraining was a condition of the sanction, provide length of time
given to requalify/retrain, type of exam required and whether condition has been satisfied.
If disposition resulted in a fine, penalty, restitution, disgorgement or monetary
compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date
paid and if any portion of penalty was waived:
APPLICANT PAID A $260,000 FINE. MR. KURTZ WAS SUSPENDED FROM ASSOCIATING
WITH ANY BROKER DEALER, MUNICIPAL SECURITIES DEALER, INVESTMENT ADVISOR OR
INVESTMENT COMPANY. MR. HEENAN WAS SUSPENDED FOR ONE MONTH AND THREE
WEEKS. MR. KURTZ PAID A $15,000 FINE AND MR. HEENAN PAID A $25,000 FINE.

**13.** Provide a brief summary of details related to the action status and (or) disposition and include
relevant terms, conditions and dates. (The information must fit within the space provided.)
THIS ACTION WAS BROUGHT AGAINST ALL OF THE MAJOR NASDAQ MARKET MAKERS AND 51
INDIVIDUAL TRADERS.

---

This Disclosure Reporting Page (DRP BD) is an ○**INITIAL OR** ⊙**AMENDED** response used to
report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

**Regulatory Action**

| | | | |
|---|---|---|---|
| ☐**11C(1)** | ☐**11C(5)** | ☐**11D(4)** | ☐**11E(3)** |
| ☐**11C(2)** | ☐**11D(1)** | ☐**11D(5)** | ☐**11E(4)** |
| ☐**11C(3)** | ☐**11D(2)** | ☐**11E(1)** | ☐**11F** |
| ☐**11C(4)** | ☐**11D(3)** | ☑**11E(2)** | ☐**11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more
than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G.
Use only one DRP to report details related to the same event. If an event gives rise to actions by
more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be

provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization not registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

| PART I |
| --- |

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

  ◉ **The Applicant**

  ○ **Applicant** and one or more *control affiliates*

  ○ **One or more control affiliates**

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

  ☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4 or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

  ○ Yes ◉ No

**NOTE:** The completion of this form does not relieve the *control affiliate* of its obligation to update its CRD records.

| PART II |
| --- |

1. Regulatory Action initiated by:

  ○ SEC  ○ **Other Federal**  ○ State  ◉ *SRO*  ○ Foreign
(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
NASD REGULATION, INC. ("NASDR")

2. Principal Sanction:
Civil and Administrative Penalt(ies)/Fine(s)
Other Sanctions:
RESTITUTION

3. Date Initiated (MM/DD/YYYY):

08/28/1998 ◉ **Exact** ○ **Explanation**
If not exact, provide explanation:

4. Docket/Case Number:
CMS980079 AWC

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (If

applicable):

6. Principal Product Type:
Other
Other Product Types:
LISTED EQUITY (COMMON STOCK)

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
APPLICANT WAS ALLEGED TO HAVE VIOLATED NASD MARKET PLACE RULE 6130 (B), NASD CONDUCT RULES 2110 AND 2320, AND SECURITIES EXCHANGE ACT RULES 11 AC1-4 AND 10-B-10.

8. Current status? ○ Pending    ○ On Appeal    ⊙ Final

9. If on appeal, regulatory action appealed to: (SEC, SRO, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Acceptance, Waiver & Consent(AWC)

11. Resolution Date (MM/DD/YYYY):
08/28/1998  ⊙ Exact   ○ Explanation
If not exact, provide explanation:

12. **Resolution Detail:**
A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ **Monetary/Fine**                          Amount: $ 4,000.00
☐ **Revocation/Expulsion/Denial**    ☑ **Disgorgement/Restitution**
☐ **Censure**                                  ☐ **Cease and Desist/Injunction**
☐ **Bar**                                         ☐ **Suspension**

B. Other Sanctions Ordered:
APPLICANT WAS REQUIRED TO PAY RESTITUTION OF $487.50 TO CUSTOMERS.

C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
APPLICANT PAID A $4,000.00 FINE AND RESTITUTION OF $487.50.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⊙ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☑ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

---

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

◉ **The Applicant**

○ *Applicant* and one or more *control affiliates*

○ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

---

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ Yes ◉ No

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

---

**PART II**

1. Regulatory Action initiated by:

○ SEC ○ Other Federal ○ State ◉ *SRO* ○ Foreign

(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
NASD REGULATION, INC.

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:
   CENSURE

3. Date Initiated (MM/DD/YYYY):

   06/30/1999 ⊙Exact ○Explanation
   If not exact, provide explanation:

4. Docket/Case Number:
   CMS990063 AWC

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   Debt - Corporate
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
   APPLICANT WAS ALLEGED TO HAVE VIOLATED NASD MARKETPLACE RULES 6240 (A) AND 6240 (B), NASD CONDUCT RULES 2110, 3010 AND 3110 AND SEC RULE 177A-3(A)(6) RELATING TO THE REPORTING OF FIXED INCOME SECURITIES TRANSACTIONS.

8. Current status ? ○Pending ○On Appeal ⊙Final

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all Items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
    Acceptance, Waiver & Consent(AWC)

11. Resolution Date (MM/DD/YYYY):

    06/30/1999 ⊙Exact ○Explanation
    If not exact, provide explanation:

12. **Resolution Detail:**

    A. Were any of the following Sanctions Ordered? (Check all appropriate items):

    ☑**Monetary/Fine**              Amount: $ 11,000.00

    ☐**Revocation/Expulsion/Denial**    ☐**Disgorgement/Restitution**

    ☑**Censure**                   ☐**Cease and Desist/Injunction**

    ☐**Bar**                       ☐**Suspension**

    B. Other Sanctions Ordered:

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
APPLICANT WAS FINED $11,000.00 WHICH WAS PAID

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ⊙**INITIAL OR** ⦿**AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☑**11C(1)** | ☐**11C(5)** | ☐**11D(4)** | ☐**11E(3)** |
| ☑**11C(2)** | ☐**11D(1)** | ☐**11D(5)** | ☐**11E(4)** |
| ☐**11C(3)** | ☐**11D(2)** | ☐**11E(1)** | ☐**11F** |
| ☑**11C(4)** | ☐**11D(3)** | ☐**11E(2)** | ☐**11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization **not** registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

⦿ The *Applicant*

○ *Applicant* and one or more *control affiliates*

○ One or more *control affiliates*

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4 or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ **Yes** ◉ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

**PART II**

1. Regulatory Action initiated by:

   ◉ **SEC** ○ **Other Federal** ○ **State** ○ **SRO** ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   SEC

2. Principal Sanction:
   Other
   Other Sanctions:
   (1)FILE A COPY OF SEC ORDER ON PARENT'S FORM 8-K. (2) AMEND PERIODIC REPORTS ON FILE WITH THE SEC TO REMEDY DISCLOSURE VIOLATIONS. (3)ADOPT, IMPLEMENT AND MAINTAIN PROCEDURES TO INSURE FUTURE COMPLIANCE WITH SEC DISCLOSURE REQUIREMENTS.

3. Date Initiated (MM/DD/YYYY):

   02/18/1981 ◉ **Exact** ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   SEC RELEASE NO 17554

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   No Product
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

   THE SEC ALLEGED THAT FROM DECEMBER 31,1973 TO FEBRUARY 18,1981, PARENT'S FILINGS WITH THE SEC WERE INACCURATE OR INADEQUATE WITH RESPECT TO DISCLOSURE RELATING TO (1) UNREALIZED APPRECIATION OR DEPRECIATION ON LONG TERM INVESTMENTS AND SHORT TERM MARKETABLE SECURITIES (2) PARENTS' PLANNED DISPOSITION OF MERIDIAN INVESTING AND DEVELOPMENT CORPORATION, A SUBSIDIARY OF PARENT.

8. Current status ? ○ **Pending** ○ **On Appeal** ◉ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal

Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Decision & Order of Offer of Settlement

11. Resolution Date (MM/DD/YYYY):

02/18/1981 ⊙ **Exact**    ○ **Explanation**
If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☐**Monetary/Fine**          **Amount: $**

☐**Revocation/Expulsion/Denial**    ☐**Disgorgement/Restitution**

☐**Censure**                ☐**Cease and Desist/Injunction**

☐**Bar**                    ☐**Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⊙ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

**Regulatory Action**

| ☐**11C(1)** | ☐**11C(5)** | ☐**11D(4)** | ☐**11E(3)** |
|---|---|---|---|
| ☐**11C(2)** | ☐**11D(1)** | ☑**11D(5)** | ☐**11E(4)** |
| ☐**11C(3)** | ☑**11D(2)** | ☐**11E(1)** | ☐**11F** |
| ☐**11C(4)** | ☐**11D(3)** | ☐**11E(2)** | ☐**11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

## PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

&#9673; **The *Applicant***

&#9675; ***Applicant* and one or more *control affiliates***

&#9675; **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

□ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

&#9675; Yes &#9673; **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

## PART II

1. Regulatory Action initiated by:
&#9675;**SEC** &#9675;**Other Federal** &#9673;**State** &#9675;**SRO** &#9675;**Foreign**
(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
STATE OF MICHIGAN

2. Principal Sanction:
Suspension
Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
08/13/1973 &#9673;**Exact** &#9675;**Explanation**
If not exact, provide explanation:

4. Docket/Case Number:

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
No Product
Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
APPLICANT DID NOT FILE CERTAIN MATERIAL REQUESTED BY THE STATE OF MICHIGAN.

8. Current status ?  ○ **Pending**   ○ **On Appeal**   ⊙ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Vacated

11. Resolution Date (MM/DD/YYYY):
08/27/1973  ⊙ **Exact**   ○ **Explanation**
If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☐ **Monetary/Fine**                    **Amount: $**

☐ **Revocation/Expulsion/Denial**      ☐ **Disgorgement/Restitution**

☐ **Censure**                          ☐ **Cease and Desist/Injunction**

☐ **Bar**                              ☒ **Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
APPLICANT WAS SUSPENDED FROM OPERATING AS A BROKER-DEALER IN THE STATE OF MICHIGAN FROM AUGUST 13,1973 TO AUGUST 27,1973. THE SUSPENSION WAS VACATED.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

This Disclosure Reporting Page (DRP BD) is an  ○ **INITIAL OR**  ⊙ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

Check item(s) being responded to:

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ 11C(1) | ☐ 11C(5) | ☐ 11D(4) | ☐ 11E(3) |
| ☐ 11C(2) | ☐ 11D(1) | ☐ 11D(5) | ☐ 11E(4) |
| ☐ 11C(3) | ☐ 11D(2) | ☐ 11E(1) | ☐ 11F |
| ☐ 11C(4) | ☐ 11D(3) | ☑ 11E(2) | ☐ 11G |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization not registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

### PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

- ◉ The **Applicant**

- ○ **Applicant** and one or more *control affiliates*

- ○ One or more *control affiliates*

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

- ○ Yes  ◉ No

**NOTE:** The completion of this form does not relieve the *control affiliate* of its obligation to update its CRD records.

### PART II

1. Regulatory Action Initiated by:

    ○ SEC   ○ Other Federal   ○ State   ◉ *SRO*   ○ Foreign

(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
CHICAGO BOARD OPTIONS EXCHANGE, INC. (THE "CBOE")

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
   03/20/1980 ⊙ **Exact**  ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   FILE NO. 80-0006

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   Options
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
   THE CBOE ALLEGED THAT FROM NOVEMBER 1,1977 TO AUGUST 31,1979, APPLICANT HAD ENGAGED IN CERTAIN VIOLATIONS OF CBOE RULE 9.7.

8. Current status ? ○ **Pending**   ○ **On Appeal**   ⊙ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
    Decision & Order of Offer of Settlement

11. Resolution Date (MM/DD/YYYY):
    03/20/1980 ⊙ **Exact**   ○ **Explanation**
    If not exact, provide explanation:

12. **Resolution Detail:**

    A. Were any of the following Sanctions Ordered? (Check all appropriate items):

    ☑ **Monetary/Fine**              **Amount: $ 1,000.00**
    ☐ **Revocation/Expulsion/Denial**    ☐ **Disgorgement/Restitution**
    ☐ **Censure**                   ☐ **Cease and Desist/Injunction**
    ☐ **Bar**                       ☐ **Suspension**

    B. Other Sanctions Ordered:

C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
APPLICANT WAS FINED $1,000.00, WHICH WAS PAID.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ◉ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☑ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

◉ The *Applicant*

○ *Applicant* and one or more *control affiliates*

○ One or more *control affiliates*

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ Yes  ⊙ No

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

| PART II |
| --- |

1. Regulatory Action initiated by:

   ○ SEC  ○ Other Federal  ○ State  ⊙ *SRO*  ○ Foreign
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. (THE "NASD")

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):

   05/19/1986  ⊙ **Exact**  ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   COMPLAINT MS 202 AWC

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   No Product
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
   THE NASD ALLEGED THAT THE APPLICANT VIOLATED PART X, SECTION 2 OF SCHEDULE D OF THE NASD BY LAWS AND ARTICLE III, SECTION 1 AND 21 OF THE NASD RULES OF FAIR PRACTICE.

8. Current status ? ○ **Pending**  ○ **On Appeal**  ⊙ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10.
    How was matter resolved:

Settled

---

**11.** Resolution Date (MM/DD/YYYY):

05/19/1986 ⊙ **Exact**  ○ **Explanation**

If not exact, provide explanation:

---

**12. Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ Monetary/Fine                          **Amount: $ 500.00**

☐ Revocation/Expulsion/Denial            ☐ Disgorgement/Restitution

☐ Censure                                ☐ Cease and Desist/Injunction

☐ Bar                                    ☐ Suspension

B. Other Sanctions Ordered:

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
APPLICANT WAS FINED $500.00, WHICH WAS PAID.

---

**13.** Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⊙ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G of Form BD;*

**Check item(s) being responded to:**

**Regulatory Action**

| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☑ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an

Individual or organization not registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

## PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

⊙  **The *Applicant***

○  ***Applicant*** and one or more *control affiliates*

○  **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other Information on this DRP must be provided.

○ **Yes** ○ **No**

**NOTE:** The completion of this form does not relieve the *control affiliate* of its obligation to update its CRD records.

## PART II

1. Regulatory Action Initiated by:
   ○ SEC   ○ **Other Federal**   ○ **State**   ⊙ ***SRO***   ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. (THE "NASD")

2. Principal Sanction:
   Censure
   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
   06/02/2000   ⊙ **Exact**   ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   CMS000196AWC

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6.
   Principal Product Type:
   No Product

Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

ON JUNE 2, 2000, THE PERSHING DIVISION OF DLJSC, WITHOUT ADMITTING OR DENYING THE VIOLATIONS ALLEGED, CONSENTED TO CENSURE AND FINE OF $10,000 BY THE NASD IN CONNECTION WITH VIOLATIONS OF NASD MARKETPLACE RULES 6240 (A) AND 6240 (B), NASD CONDUCT RULES 2110, 3010 AND 3110 AND SEC RULE 17A-3(A)(6). THE ALLEGED VIOLATIONS RELATED TO FAILURES TO TIMELY REPORT TRANSACTIONS SUBJECT TO THE FIXED INCOME PRICING SYSTEMS. DLJSC ALSO AGREED TO TAKE CERTAIN CORRECTIVE ACTIONS DESIGNED TO PREVENT SIMILIAR FUTURE CONDUCT (NO. CMS000196AWC).

8. Current status ? ○ Pending  ○ On Appeal  ⦿ Final

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Acceptance, Waiver & Consent(AWC)

11. Resolution Date (MM/DD/YYYY):
06/02/2000  ⦿ **Exact**  ○ **Explanation**
If not exact, provide explanation:

12. **Resolution Detail:**
A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ **Monetary/Fine**                    **Amount: $ 10,000.00**
☐ **Revocation/Expulsion/Denial**      ☐ **Disgorgement/Restitution**
☐ **Censure**                          ☐ **Cease and Desist/Injunction**
☐ **Bar**                              ☐ **Suspension**

B. Other Sanctions Ordered:
NONE

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
$10,000. FINE PAID

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⦿ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☑ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

### PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

◉ **The *Applicant***

○ ***Applicant*** and one or more ***control affiliates***

○ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ **Yes** ○ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

### PART II

1. Regulatory Action Initiated by:

○ SEC  ○ **Other Federal**  ○ State  ◉ *SRO*  ○ Foreign

(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
NASD

2. Principal Sanction:
Other
Other Sanctions:
PAYMENT OF AN UNDETAKING TO THE U.S. TREASURY OF $96,984.51 AND $7,500 TO THE
NASD REGULATION, INC.

3. Date Initiated (MM/DD/YYYY):

10/26/2000 ⊙ **Exact** ○ **Explanation**

If not exact, provide explanation:

4. Docket/Case Number:
C05000057

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
Debt – Government ·
Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
ON NOVEMBER 1, 2000, DONALDSON LUFKIN & JENRETTE SECURITIES CORPORATION ("DLJ")
ENTERED INTO A GLOBAL SETTLEMENT RESOLVING ALLEGATIONS INVOLVING THE PRICING
AND SALE OF GOVERNMENT SECURITIES IN MUNCIPAL BOND ADVANCED REFUNDING
TRANSACTIONS DURING THE PERIOD 1990 THROUGH 1994. AS A RESULT, DLJ ENTERED INTO
A SETTLEMENT AGREEMENT WITH THE UNITED STATES DEPARTMENT OF JUSTICE AND THE
UNITED STATES INTERNAL REVENUE SERVICE. WITHOUT ADMITTING LIABILITY, DLJ AGREED,
AMONG OTHER THINGS, TO PAY $96,984.51 TO THE UNITED STATES TREASURY. DLJ ALSO
ENTERED INTO A SETTLEMENT AGREEMENT WITH NASD REGULATION, INC., PURSUANT TO
WHICH IT AGREED TO A CENSURE AND A FINE OF $7500. DLJ'S SETTLEMENT WAS SIMILAR TO
SETTLEMENTS ENTERED INTO BY APPROXIMATELY 30 OTHER BROKER/DEALERS INVOLVING
ALLEGATIONS ABOUT THE PRICING AND SALE OF GOVERNMENT SECURITIES IN MUNCIPAL
BOND ADVANCED REFUNDING TRANSACTIONS.

8. Current status ? ○ **Pending** ○ **On Appeal** ⊙ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal
Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13
only.**

10. How was matter resolved:
Acceptance, Waiver & Consent(AWC)

11. Resolution Date (MM/DD/YYYY):

10/26/2000 ⊙ **Exact** ○ **Explanation**

If not exact, provide explanation:

**12. Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ **Monetary/Fine**       **Amount: $ 104,494.00**

☐ **Revocation/Expulsion/Denial**       ☐ **Disgorgement/Restitution**

☐ **Censure**       ☐ **Cease and Desist/Injunction**

☐ **Bar**       ☐ **Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
DONALDSON, LUFKIN & JENRETTE SECURITIES CORPORATION, WILL COMPLY WITH ITS UNDERTAKING TO PAY $96,984.51 TO THE UNITED STATES TREASURY UNDER AN AGREEMENT SIMULTANEOUSLY ENTERED INTO DONALDSON, LUFKIN & JENRETTE SECURITIES CORPORATION, THE INTERNAL REVENUE SERVICE AND THE UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK; DLJSC, WILL PAY $7,500 TO NASD REGULATION, INC.

**13.** Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ◉ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check Item(s) being responded to:**

**Regulatory Action**

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☑ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the

*control affiliate* of its obligation to update its CRD records.

| **PART I** |
|---|

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

   ⊙ **The *Applicant***

   ○ ***Applicant* and one or more *control affiliates***

   ○ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

   ☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

   ⊙ **Yes** ○ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

| **PART II** |
|---|

1. Regulatory Action Initiated by:
  ○ **SEC** ○ **Other Federal** ○ **State** ⊙ **SRO** ○ **Foreign**
(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
CHICAGO BOARD OPTIONS EXCHANGE ("CBOE")

2. Principal Sanction:
Censure
Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
01/12/1999 ⊙ **Exact** ○ **Explanation**
If not exact, provide explanation:

4. Docket/Case Number:
FILE NO. 00-0030

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
Options
Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

IT IS ALLEGED THAT PERSHING, A DIVISION OF DONALDSON, LUFKIN & JENRETTE SECURITIES CORPORATION, VIOLATED CBOE RULE 4.1 BY PERMITTING AN EXCHANGE MEMBER TO TRADE A SOLICITED ORDER WITHOUT GIVING MEMBERS IN THE TRADING CROWD AN OPPORTUNITY TO ASSERT PRIORITY OVER THE ORDER AS REQUIRED BY THE CBOE RULE 6.9(D).

8. Current status ?   ○ Pending    ○ On Appeal    ● Final

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Decision & Order of Offer of Settlement

11. Resolution Date (MM/DD/YYYY):

02/23/2001   ● Exact   ○ Explanation
If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ **Monetary/Fine**                          **Amount: $ 7,500.00**

☐ **Revocation/Expulsion/Denial**        ☐ **Disgorgement/Restitution**

☑ **Censure**                                  ☐ **Cease and Desist/Injunction**

☐ **Bar**                                        ☐ **Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
PERSHING AGREED TO AN OFFER OF SETTLEMENT WITH THE CBOE IN WHICH IT AGREED TO PAY A $7,500 FINE AND BE CENSURED.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR**  ● **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

Check item(s) being responded to:

**Regulatory Action**

☐ **11C(1)**          ☐ **11C(5)**          ☐ **11D(4)**          ☐ **11E(3)**

| ☐ 11C(2) | ☐ 11D(1) | ☐ 11D(5) | ☐ 11E(4) |
| ☐ 11C(3) | ☐ 11D(2) | ☐ 11E(1) | ☐ 11F |
| ☐ 11C(4) | ☐ 11D(3) | ☑ 11E(2) | ☐ 11G |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization not registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

## PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

⦿ **The *Applicant***

○ ***Applicant* and one or more *control affiliates***

○ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

⦿ Yes ○ No

**NOTE:** The completion of this form does not relieve the *control affiliate* of its obligation to update its CRD records.

## PART II

1. Regulatory Action initiated by:

○ SEC   ○ Other Federal   ○ State   ⦿ *SRO*   ○ Foreign
(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
NASD REGULATION, INC. (MARKET REGULATION DEPARTMENT)

2. Principal Sanction:

Civil and Administrative Penalt(ies) /Fine(s)
Other Sanctions:

3. Date Initiated (MM/DD/YYYY):

   01/04/1999  ⊙ **Exact**   ○ **Explanation**

   If not exact, provide explanation:

4. Docket/Case Number:
   CMS010046

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   Equity - OTC
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

   IT IS ALLEGED THAT PERSHING, A DIVISION OF DONALDSON, LUFKIN & JENRETTE SECURITIES CORPORATION, FAILED TO TRANSMIT TWENTY-SIX TRADE REPORTS TO THE AUTOMATED CONFIRMATION TRANSACTION SERVICE ("ACT") WITHIN NINETY SECONDS.

8. Current status ?  ○ **Pending**   ○ **On Appeal**   ⊙ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
    Acceptance, Waiver & Consent(AWC)

11. Resolution Date (MM/DD/YYYY):

    04/09/2001  ⊙ **Exact**   ○ **Explanation**

    If not exact, provide explanation:

12. **Resolution Detail:**

    A. Were any of the following Sanctions Ordered? (Check all appropriate items):

    ☑ **Monetary/Fine**                        Amount: $ 5,000.00
    ☐ **Revocation/Expulsion/Denial**          ☐ **Disgorgement/Restitution**
    ☐ **Censure**                              ☐ **Cease and Desist/Injunction**
    ☐ **Bar**                                  ☐ **Suspension**

    B. Other Sanctions Ordered:

    C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time

given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
WITHOUT ADMITTING OR DENYING THE ALLEGATIONS SET FORTH, PERSHING CONSENTED TO FINDINGS OF VIOLATION OF NASDR MARKETPLACE RULES 4632(A), 6420(A) AND 6620 (A) AND A FINE OF $5,000.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ◉ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

**Regulatory Action**

| | | | |
|---|---|---|---|
| ☐11C(1) | ☐11C(5) | ☐11D(4) | ☐11E(3) |
| ☐11C(2) | ☐11D(1) | ☐11D(5) | ☐11E(4) |
| ☐11C(3) | ☐11D(2) | ☐11E(1) | ☐11F |
| ☐11C(4) | ☐11D(3) | ☑11E(2) | ☐11G |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

◉ **The *Applicant***

○ ***Applicant* and one or more *control affiliates***

○ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

    ○ **Yes** ○ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

| PART II |
| --- |

1. Regulatory Action initiated by:

    ○ **SEC**  ○ **Other Federal**  ○ **State**  ◉ **SRO**  ○ **Foreign**
(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
NATIONAL ASSOCIATION OF SECURITIES DEALERS

2. Principal Sanction:
Civil and Administrative Penalt(ies) /Fine(s)
Other Sanctions:

3. Date Initiated (MM/DD/YYYY):

    01/22/1999 ◉ **Exact**  ○ **Explanation**

If not exact, provide explanation:

4. Docket/Case Number:
CMS000185

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
Equity - OTC
Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
EIGHT ALLEGED INSTANCES OF LOCKED AND CROSSED MARKETS DURING ROUTINE MARKET MAKING ACTIVITIES. THIS ALLEGEDLY TOOK PLACE DURING THE TIME PERIOD OF JANUARY 22, 1999 THROUGH MAY 10, 1999 THAT WAS IDENTIFIED BY THE NASD AS PART OF A REGULATORY SWEEP OF INDUSTRY CONDUCT.

8. Current status ? ○ **Pending**  ○ **On Appeal**  ◉ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
    Acceptance, Waiver & Consent(AWC)

11. Resolution Date (MM/DD/YYYY):

    08/09/2000 ⊙ **Exact** ○ **Explanation**
    If not exact, provide explanation:

12. **Resolution Detail:**

    A. Were any of the following Sanctions Ordered? (Check all appropriate items):

    ☑ **Monetary/Fine**                    **Amount: $ 2,000.00**

    ☐ **Revocation/Expulsion/Denial**      ☐ **Disgorgement/Restitution**

    ☐ **Censure**                          ☐ **Cease and Desist/Injunction**

    ☐ **Bar**                              ☐ **Suspension**

    B. Other Sanctions Ordered:

    C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and
       capacities affected (General Securities Principal, Financial Operations Principal, etc.). If
       requalification by exam/retraining was a condition of the sanction, provide length of time
       given to requalify/retrain, type of exam required and whether condition has been satisfied.
       If disposition resulted in a fine, penalty, restitution, disgorgement or monetary
       compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date
       paid and if any portion of penalty was waived:
       WITHOUT ADMITTING OR DENYING THE ALLEGATIONS SET FORTH, DLJ CONSENTED TO
       FINDINGS OF VIOLATIONS OF NASD MARKETPLACE RULE 4613(E) AND A FINE OF $2,000.
       DLJ FURTHER PROVIDED A STATEMENT OF CORRECTIVE ACTION WHICH WAS COMPLETED
       PRIOR TO THE DISCONTINUANCE OF ITS MARKET MAKER ACTIVITIES FOLLOWING THE
       MERGER.

13. Provide a brief summary of details related to the action status and (or) disposition and include
    relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⊙ **AMENDED** response used to
report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

Check item(s) being responded to:

**Regulatory Action**

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☑ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more
than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G.
Use only one DRP to report details related to the same event. If an event gives rise to actions by
more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be

provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

| PART I |
| --- |

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

- ⦿ **The** *Applicant*

- ○ *Applicant* **and one or more** *control affiliates*

- ○ **One or more** *control affiliates*

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the** *control affiliate(s)* **are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ **Yes** ○ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

| PART II |
| --- |

1. Regulatory Action initiated by:
○ **SEC**  ○ **Other Federal**  ○ **State**  ⦿ **SRO**  ○ **Foreign**
(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

2. Principal Sanction:
Civil and Administrative Penalt(ies) /Fine(s)
Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
06/19/1998  ⦿ **Exact**  ○ **Explanation**
If not exact, provide explanation:

4. Docket/Case Number:
CMS000190

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if

applicable):

---

6. Principal Product Type:
Equity - OTC
Other Product Types:

---

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

IT WAS ALLEGED THAT DLJ FAILED TO IMMEDIATELY DISPLAY SIX CUSTOMER LIMIT ORDERS IN NASDAQ SECURITIES IN ITS PUBLIC QUOTATION, WHEN EACH SUCH ORDER WAS AT A PRICE THAT WOULD HAVE IMPROVED ITS BID OR OFFER FOR EACH SUCH SECURITY, AND THE SIZE OF THE ORDER REPRESENTED MORE THAN A DE MINIMIS CHANGE IN RELATION TO THE SIZE ASSOCIATED WITH ITS BID OR OFFER IN EACH SUCH SECURITY. THE CONDUCT WAS DEEMED TO BE VIOLATIONS OF SEC RULE 11AC1-4.

---

8. Current status ? ○ Pending    ○ On Appeal    ◉ Final

---

9. If on appeal, regulatory action appealed to: (SEC, SRO, Federal or State Court) and Date Appeal Filed:

---

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

---

10. How was matter resolved:
Acceptance, Waiver & Consent(AWC)

---

11. Resolution Date (MM/DD/YYYY):

08/09/2000  ◉ Exact    ○ Explanation
If not exact, provide explanation:

---

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☒ **Monetary/Fine**                          **Amount: $ 5,000.00**

☐ **Revocation/Expulsion/Denial**    ☐ **Disgorgement/Restitution**

☐ **Censure**                                    ☐ **Cease and Desist/Injunction**

☐ **Bar**                                           ☐ **Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:

DLJ CONSENTED TO A FINE OF $5,000 AND WAS PERMITTD TO PROVIDE A STATEMENT OF MITIGATION AND CORRECTIVE ACTION. IN ITS STATEMENT OF MITIGATION, DLJ PROVIDED THAT IT, ALONG WITH SEVERAL OTHER FIRMS, MANAGED A SECONDARY OFFERING FOR A NASDAQ-LISTED COMPANY ON THE DAY IN QUESTION. IN ANTICIPATION OF UNUSUAL MARKET CONDITIONS, DLJ DISENGAGED THE AUTOMATIC DISPLAY FEATURE OF ITS TRADING SYSTEM, THEREBY REQUIRING TRADING PERSONNEL TO REPRESENT

MANUALLY CUSTOMER LIMIT ORDERS IN THE FIRM'S DISPLAYED QUOTE, IF APPROPRIATE.
AS A CONSEQUENCE, SIX CUSTOMER LIMIT ORDERS WERE NOT DISPLAYED IMMEDIATELY.

13. Provide a brief summary of details related to the action status and (or) disposition and include
relevant terms, conditions and dates. (The information must fit within the space provided.)

This Disclosure Reporting Page (DRP BD) is an ○**INITIAL OR** ⊙**AMENDED** response used to
report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

Check item(s) being responded to:

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐**11C(1)** | ☐**11C(5)** | ☐**11D(4)** | ☐**11E(3)** |
| ☐**11C(2)** | ☐**11D(1)** | ☐**11D(5)** | ☐**11E(4)** |
| ☐**11C(3)** | ☐**11D(2)** | ☐**11E(1)** | ☐**11F** |
| ☐**11C(4)** | ☐**11D(3)** | ☑**11E(2)** | ☐**11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more
than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G.
Use only one DRP to report details related to the same event. If an event gives rise to actions by
more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be
provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate*
need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be
submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an
individual or organization <u>not</u> registered through the CRD, provide complete answers to all the
items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the
*control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

⊙ **The *Applicant***

○ ***Applicant* and one or more *control affiliates***

○ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for
individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-
registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are
no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP

(with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ **Yes** ○ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

**PART II**

1. Regulatory Action initiated by:
   ○ **SEC** ○ **Other Federal** ○ **State** ◉ *SRO* ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   NATIONAL ASSOCIATION OF SECURITIES DEALERS

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
   12/15/2000 ◉ **Exact** ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   CMS010053

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   Equity - OTC
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
   DLJ WAS A REGISTERED MARKET MAKER IN SECURITIES. ORDERS WERE PRESENTED TO DLJ AT DLJ'S PUBLISHED BID OR PUBLISHED OFFER IN AN AMOUNT UP TO ITS PUBLISHED QUOTATION SIZE. DLJ FAILED TO EXECUTE TEN ORDERS AND THEREBY FAILED TO HONOR ITS PUBLISHED QUOTATION.

8. Current status ? ○ **Pending** ○ **On Appeal** ◉ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
    Acceptance, Waiver & Consent(AWC)

11. Resolution Date (MM/DD/YYYY):
    05/11/2001 ◉ **Exact** ○ **Explanation**

If not exact, provide explanation:

**12. Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ **Monetary/Fine**                          Amount: $ 5,000.00

☐ **Revocation/Expulsion/Denial**            ☐ **Disgorgement/Restitution**

☐ **Censure**                                 ☐ **Cease and Desist/Injunction**

☐ **Bar**                                     ☐ **Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
N/A

**13.** Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○**INITIAL OR** ◉**AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

**Regulatory Action**

| | | | |
|---|---|---|---|
| ☐**11C(1)** | ☐**11C(5)** | ☐**11D(4)** | ☐**11E(3)** |
| ☐**11C(2)** | ☐**11D(1)** | ☐**11D(5)** | ☐**11E(4)** |
| ☐**11C(3)** | ☐**11D(2)** | ☐**11E(1)** | ☐**11F** |
| ☐**11C(4)** | ☐**11D(3)** | ☑**11E(2)** | ☐**11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

⊙ **The *Applicant***

○ ***Applicant*** and one or more ***control affiliates***

○ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ Yes ○ No

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

**PART II**

1. Regulatory Action initiated by:
   ○ SEC ○ **Other Federal** ○ **State** ⊙ *SRO* ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   NASD REGULATION, INC.

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
   09/11/1998 ⊙ **Exact** ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   CMS980077 AWC

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   Equity - OTC
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
   WHILE A TRADING HALT WAS IN EFFECT FOR A NEW YORK STOCK EXCHANGE-LISTED

SECURITY, DLJ, ACTING AS AGENT FOR CUSTOMERS, TRANSMITTED TO AN OFFSHORE
AFFILIATE A CROSSING TRANSACTION IN THE SECURITY. ALTHOUGH THE TRANSACTION
(WHICH WAS EFFECTED AFTER NYSE TRADING HOURS BUT DURING THE PENDENCY OF THE
NASD'S TRADING HALT) WAS PROPERLY CONFIRMED AND SETTLED, DLJ'S ROLE IN THE
TRANSCTION WAS ALLEGED TO HAVE CONTRAVENED THE TRADING HALT.

8.  Current status ?  ○ **Pending**    ○ **On Appeal**    ◉ **Final**

9.  If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal
    Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13
only.**

10. How was matter resolved:
    Acceptance, Waiver & Consent(AWC)

11. Resolution Date (MM/DD/YYYY):
    09/11/1998  ◉ **Exact**   ○ **Explanation**
    If not exact, provide explanation:

12. **Resolution Detail:**
    A. Were any of the following Sanctions Ordered? (Check all appropriate items):
       ☑ **Monetary/Fine**              **Amount: $** 100,000.00
       ☐ **Revocation/Expulsion/Denial**    ☐ **Disgorgement/Restitution**
       ☑ **Censure**                     ☐ **Cease and Desist/Injunction**
       ☐ **Bar**                         ☐ **Suspension**

    B. Other Sanctions Ordered:

    C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and
       capacities affected (General Securities Principal, Financial Operations Principal, etc.). If
       requalification by exam/retraining was a condition of the sanction, provide length of time
       given to requalify/retrain, type of exam required and whether condition has been satisfied.
       If disposition resulted in a fine, penalty, restitution, disgorgement or monetary
       compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date
       paid and if any portion of penalty was waived:
       WITHOUT ADMITTING OR DENYING THE ALLEGATIONS, DLJ CONSENTED TO THE ENTRY OF
       FINDINGS, A CENSURE, A FINE OF $100,000, AND AN UNDERTAKING TO MAINTAIN AND
       ENFORCE PREVIOUSLY IMPLEMENTED WRITTEN POLICIES AND PROCEDURES DESIGNED TO
       ACHIEVE COMPLIANCE WITH THE NASD'S TRADING HALT RULE.

13. Provide a brief summary of details related to the action status and (or) disposition and include
    relevant terms, conditions and dates. (The information must fit within the space provided.)

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ◉ **AMENDED** response used to
report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;
**Check item(s) being responded to:**

**Regulatory Action**

☐ **11C(1)**        ☐ **11C(5)**        ☐ **11D(4)**        ☐ **11E(3)**

| ☐ 11C(2) | ☐ 11D(1) | ☐ 11D(5) | ☐ 11E(4) |
| ☐ 11C(3) | ☐ 11D(2) | ☐ 11E(1) | ☐ 11F |
| ☐ 11C(4) | ☐ 11D(3) | ☒ 11E(2) | ☐ 11G |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization not registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

| **PART I** |
| --- |

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

   ◉ **The *Applicant***

   ○ ***Applicant*** and one or more ***control affiliates***

   ○ **One or more *control affiliates***

   If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
   If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

   ☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

   ○ **Yes** ○ **No**

   **NOTE:** The completion of this form does not relieve the *control affiliate* of its obligation to update its CRD records.

| **PART II** |
| --- |

1. Regulatory Action initiated by:

   ○ **SEC** ○ **Other Federal** ○ **State** ◉ ***SRO*** ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   CHICAGO BOARD OF OPTION EXCHANGE

2. Principal Sanction:

Civil and Administrative Penalt(ies) /Fine(s)
Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
   04/23/1979 ⊙ **Exact** ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   78-0165

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   Options
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
   IT IS ALLEGED THAT PERSHING, A DIVISION OF DONALDSON, LUFKIN & JENRETTE SECURITIES CORPORATION, VIOLATED CBOE RULES 4.2 AND 15.1 AND SECTION 10(A)OF THE EXCHANGE ACT AND RULE 10A-1 RELATING TO THE EXECUTION OF COMMON STOCK SALE TRANSACTIONS.

8. Current status ? ○ **Pending** ○ **On Appeal** ⊙ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
    Consent

11. Resolution Date (MM/DD/YYYY):
    04/23/1979 ⊙ **Exact** ○ **Explanation**
    If not exact, provide explanation:

12. Resolution Detail:

   A. Were any of the following Sanctions Ordered? (Check all appropriate items):
      ☑ **Monetary/Fine**                    Amount: $ 1,000.00
      ☐ **Revocation/Expulsion/Denial**      ☐ **Disgorgement/Restitution**
      ☐ **Censure**                          ☐ **Cease and Desist/Injunction**
      ☐ **Bar**                              ☐ **Suspension**

   B. Other Sanctions Ordered:

   C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If

requalification by exam/retraining was a condition of the sanction, provide length of time
given to requalify/retrain, type of exam required and whether condition has been satisfied.
If disposition resulted in a fine, penalty, restitution, disgorgement or monetary
compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date
paid and if any portion of penalty was waived:
WITHOUT ADMITTING OR DENYING THE ALLEGATIONS, DLJSC CONSENTED TO A FINE OF
$1,000.

---

13. Provide a brief summary of details related to the action status and (or) disposition and include
relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○**INITIAL OR** ◉**AMENDED** response used to
report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;
**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐**11C(1)** | ☐**11C(5)** | ☐**11D(4)** | ☐**11E(3)** |
| ☐**11C(2)** | ☐**11D(1)** | ☐**11D(5)** | ☐**11E(4)** |
| ☐**11C(3)** | ☐**11D(2)** | ☐**11E(1)** | ☐**11F** |
| ☐**11C(4)** | ☐**11D(3)** | ☑**11E(2)** | ☐**11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more
than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G.
Use only one DRP to report details related to the same event. If an event gives rise to actions by
more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be
provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate*
need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be
submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an
individual or organization <u>not</u> registered through the CRD, provide complete answers to all the
items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the
*control affiliate* of its obligation to update its CRD records.

---

PART I

---

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

◉ The *Applicant*

○ *Applicant* and one or more *control affiliates*

○ One or more *control affiliates*

---

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for
individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-
registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the** *control affiliate(s)* **are no longer associated with the BD.**

B. .If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ **Yes** ○ **No**

**NOTE:** The completion of this form does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART II**

1. Regulatory Action initiated by:

   ○SEC  ○**Other Federal**  ○State  ⦿*SRO*  ○Foreign
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):

   09/09/1991  ⦿**Exact**  ○**Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   CMS910165-AWC

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   Equity - OTC
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
   ALLEGING VIOLATIONS OF PART VI, SECTION 2(D) OF SCHEDULE D FOR ENTERING NASDAQ QUOTATIONS CONTAINING EXCESS SPREADS.

8. Current status ? ○**Pending**  ○**On Appeal**  ⦿**Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
    Consent

11. Resolution Date (MM/DD/YYYY):
01/24/1992 ⊙ **Exact** ○ **Explanation**
If not exact, provide explanation:

12. **Resolution Detail:**
A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ **Monetary/Fine**              **Amount: $ 1,000.00**
☐ **Revocation/Expulsion/Denial**    ☐ **Disgorgement/Restitution**
☐ **Censure**                    ☐ **Cease and Desist/Injunction**
☐ **Bar**                        ☐ **Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
APPLICANT WAS FINED $1,000.00, WHICH WAS PAID.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⊙ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

**Regulatory Action**

☐ **11C(1)**    ☐ **11C(5)**    ☑ **11D(4)**    ☐ **11E(3)**
☐ **11C(2)**    ☐ **11D(1)**    ☐ **11D(5)**    ☐ **11E(4)**
☐ **11C(3)**    ☑ **11D(2)**    ☐ **11E(1)**    ☐ **11F**
☐ **11C(4)**    ☐ **11D(3)**    ☐ **11E(2)**    ☐ **11G**

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the

items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

## PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

- ⦿ **The *Applicant***

- ○ *Applicant* **and one or more *control affiliates***

- ○ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ **Yes** ○ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

## PART II

1. Regulatory Action initiated by:

   ○ SEC ⦿ **Other Federal** ○ **State** ○ *SRO* ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   UNITED STATES DEPARTMENT OF JUSTICE

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):

   07/17/1996 ⦿ **Exact** ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   N/A

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6.
   Principal Product Type:
   Equity - OTC
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
THE UNITED STATES DEPARTMENT OF JUSTICE ALLEGED THAT DLJSC AND 23 OTHER NASDQ MARKET MAKERS VIOLATED SECTION 2 OF THE SHERMAN ACT IN CONNECTION WITH CERTAIN MARKET MAKER PRACTICES.

8. Current status ?  ○ **Pending**   ○ **On Appeal**   ◉ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Order

11. Resolution Date (MM/DD/YYYY):
08/06/1998  ◉ **Exact**   ○ **Explanation**
If not exact, provide explanation:

12. **Resolution Detail:**
A. Were any of the following Sanctions Ordered? (Check all appropriate Items):

☐ **Monetary/Fine**                          Amount: $

☐ **Revocation/Expulsion/Denial**   ☐ **Disgorgement/Restitution**

☐ **Censure**                                 ☑ **Cease and Desist/Injunction**

☐ **Bar**                                       ☐ **Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
ALTHOUGH IT DOES NOT ADAQUATELY REFLECT THE ACTION, THE CEASE & DESIST BOX WAS CHECKED ABOVE. THE US DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK APPROVED THE ISSUANCE OF A STIPULATION AND ORDER WHICH WAS IN RESOLUTION OF A CIVIL COMPLAINT FILED IN THE UNITED STATES DEPARTMENT OF JUSTICE.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)
WITHOUT ADMITTING OR DENYING THE ALLEGATIONS, DLJSC, ALONG WITH OTHER DEFENDANTS, AGREE NOT TO ENGAGE IN CERTAIN TYPES OF MARKET MAKING ACTIVITIES.

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ◉ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

Check item(s) being responded to:

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ 11C(1) | ☐ 11C(5) | ☐ 11D(4) | ☐ 11E(3) |
| ☐ 11C(2) | ☐ 11D(1) | ☐ 11D(5) | ☐ 11E(4) |
| ☐ 11C(3) | ☐ 11D(2) | ☐ 11E(1) | ☐ 11F |
| ☐ 11C(4) | ☐ 11D(3) | ☑ 11E(2) | ☐ 11G |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization not registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

## PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

⦿ **The *Applicant***

○ ***Applicant*** and one or more *control affiliates*

○ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ Yes ○ No

**NOTE:** The completion of this form does not relieve the *control affiliate* of its obligation to update its CRD records.

## PART II

1. Regulatory Action initiated by:

○ SEC    ○ **Other Federal**    ○ **State**    ⦿ ***SRO***    ○ **Foreign**

(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. ("NASD")

2.  Principal Sanction:
    Censure
    Other Sanctions:
    FINED $11,000.00

3.  Date Initiated (MM/DD/YYYY):

    08/28/2001 ⊙ **Exact**  ○ **Explanation**
    If not exact, provide explanation:

4.  Docket/Case Number:
    NASD CASE NO. CMS030082

5.  *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if
    applicable):

6.  Principal Product Type:
    Equity - OTC
    Other Product Types:

7.  Describe the allegations related to this regulatory action. (The information must fit within the
    space provided.)
    COMPLIANCE WITH NASD TRADE REPORTING RULES FOR THE TIME PERIOD OF APRIL 2, 2001
    THROUGH JUNE 29, 2001. NASD ALLEGED VIOLATIONS OF NASD CONDUCT RULE 2110 AND
    NASD MARKETPLACE RULE 4632(A) BY FAILING, WITHIN 90 SECONDS AFTER EXECUTION, TO
    TRANSMIT LAST SALE REPORTS OF TRANSACTIONS IN NASDAQ NATIONAL MARKET ("NNM")
    AND SMALL CAP ("SC") SECURITIES, THAT CONSTITUTES A PATTERN AND PRACTICE OF LATE
    REPORTING WITHOUT EXCEPTIONAL CIRCUMSTANCES. THE FIRM ALSO FAILED, WITHIN 90
    SECONDS AFTER EXECUTION, TO TRANSMIT THROUGH ACT LAST SALE REPORTS OF
    TRANSACTIONS IN NNM SECURITIES AND FAILED TO DESIGNATE SUCH LAST SALE REPORTS
    AS LATE.

8.  Current status ? ○ **Pending**    ○ **On Appeal**    ⊙ **Final**

9.  If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal
    Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13
only.**

10. How was matter resolved:
    Acceptance, Waiver & Consent(AWC)

11. Resolution Date (MM/DD/YYYY):

    03/28/2003 ⊙ **Exact**  ○ **Explanation**
    If not exact, provide explanation:

12. **Resolution Detail:**

    A. Were any of the following Sanctions Ordered? (Check all appropriate items):

       ☑ **Monetary/Fine**                **Amount: $ 11,000.00**

☐ Revocation/Expulsion/Denial     ☐ Disgorgement/Restitution

☑ Censure     ☐ Cease and Desist/Injunction

☐ Bar     ☐ Suspension

B. Other Sanctions Ordered:

C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
WITHOUT ADMITTING OR DENYING THE ALLEGATIONS, RESPONDENT FIRM (PERSHING LLC), CONSENTED TO THE DESCRIBED SANCTIONS AND TO THE ENTRY OF FINDINGS; THEREFORE, THE FIRM IS CENSURED AND FINED $11,000.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⦿ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ 11C(1) | ☐ 11C(5) | ☐ 11D(4) | ☐ 11E(3) |
| ☐ 11C(2) | ☐ 11D(1) | ☐ 11D(5) | ☐ 11E(4) |
| ☐ 11C(3) | ☐ 11D(2) | ☐ 11E(1) | ☐ 11F |
| ☐ 11C(4) | ☐ 11D(3) | ☑ 11E(2) | ☐ 11G |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the Items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

   ○ The **Applicant**

○ *Applicant* and one or more *control affiliates*

◉ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

| BD DRP - *Control Affiliate* | | |
|---|---|---|
| Control Affiliate Name | CRD# | Registered |
| PERSHING ADVISOR SOLUTIONS LLC | 36671 | Y |

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

◉ **Yes** ○ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

| PART II |
|---|

1. Regulatory Action initiated by:

   ○ **SEC** ○ **Other Federal** ○ **State** ○ ***SRO*** ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)

2. Principal Sanction:

   Other Sanctions:

3. Date initiated (MM/DD/YYYY):

   ○ **Exact** ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:

   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

8. Current status ?  ○ Pending    ○ On Appeal    ○ Final

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:

11. Resolution Date (MM/DD/YYYY):

    ○ **Exact**    ○ **Explanation**

    If not exact, provide explanation:

12. **Resolution Detail:**

    A. Were any of the following Sanctions Ordered? (Check all appropriate items):

| | |
|---|---|
| ☐ **Monetary/Fine** | **Amount: $** |
| ☐ **Revocation/Expulsion/Denial** | ☐ **Disgorgement/Restitution** |
| ☐ **Censure** | ☐ **Cease and Desist/Injunction** |
| ☐ **Bar** | ☐ **Suspension** |

    B. Other Sanctions Ordered:

    C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⦿ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

**Regulatory Action**

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☑ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization not registered through the CRD, provide complete answers to all the Items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

## PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

○  **The** *Applicant*

○  *Applicant* **and one or more** *control affiliates*

◉  **One or more** *control affiliates*

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

| BD DRP - *Control Affiliate* | | |
|---|---|---|
| Control Affiliate Name | CRD# | Registered |
| BNY CONVERGEX EXECUTION SOLUTIONS LLC | 35693 | Y |

☐ **This DRP should be removed from the BD record because the** *control affiliate(s)* **are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

◉ **Yes** ○ **No**

**NOTE:** The completion of this form does not relieve the *control affiliate* of its obligation to update its CRD records.

## PART II

1. Regulatory Action initiated by:
   ○**SEC**  ○**Other Federal**  ○**State**  ○*SRO*  ○**Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)

2. Principal Sanction:

   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):

   ○ **Exact**  ○ **Explanation**

If not exact, provide explanation:

---

4. Docket/Case Number:

---

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

---

6. Principal Product Type:

   Other Product Types:

---

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

---

8. Current status ? ○ **Pending**  ○ **On Appeal**  ○ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

---

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:

---

11. Resolution Date (MM/DD/YYYY):

   ○ **Exact**  ○ **Explanation**

If not exact, provide explanation:

---

12. **Resolution Detail:**

   A. Were any of the following Sanctions Ordered? (Check all appropriate items):

      ☐ **Monetary/Fine**        **Amount: $**

      ☐ **Revocation/Expulsion/Denial**    ☐ **Disgorgement/Restitution**

      ☐ **Censure**           ☐ **Cease and Desist/Injunction**

      ☒ **Bar**             ☐ **Suspension**

   B. Other Sanctions Ordered:

   C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⊙ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☑ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization not registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

---

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

○  **The** *Applicant*

○  *Applicant* **and one or more** *control affiliates*

⊙  **One or more** *control affiliates*

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

---

**BD DRP –** *Control Affiliate*

| Control Affiliate Name | CRD# | Registered |
|---|---|---|
| WESTMINSTER RESEARCH ASSOCIATES LLC | 14508 | Y |

☐ **This DRP should be removed from the BD record because the** *control affiliate(s)* **are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP

(with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

◉ **Yes** ○ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

## PART II

1. Regulatory Action initiated by:
   ○ **SEC**   ○ **Other Federal**   ○ **State**   ○ *SRO*   ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)

2. Principal Sanction:

   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
   ○ **Exact**   ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:

   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

8. Current status ?   ○ **Pending**   ○ **On Appeal**   ○ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:

11. Resolution Date (MM/DD/YYYY):
    ○ **Exact**   ○ **Explanation**
    If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☐ **Monetary/Fine**                              **Amount: $**

☐ **Revocation/Expulsion/Denial**    ☐ **Disgorgement/Restitution**

☐ **Censure**                                        ☐ **Cease and Desist/Injunction**

☐ **Bar**                                                ☐ **Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:

---

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⊙ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

Check item(s) being responded to:

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☑ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

---

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

---

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

⊙ The *Applicant*

○ *Applicant* and one or more *control affiliates*

○ One or more *control affiliates*

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B.  If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ Yes ○ No

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

| PART II |
| --- |

1. Regulatory Action initiated by:
   ○ SEC  ○ Other Federal  ○ State  ◉ *SRO*  ○ Foreign
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. (NASD)

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
   03/18/1974 ◉ **Exact**  ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   N-V-393

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   Equity - OTC
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
   NASDAQ COMPLAINT N-V-393 - CONVERSION ITEM (FORM U-6)

8. Current status ? ○ **Pending**  ○ **On Appeal**  ◉ **Final**

9.  If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal
Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10.  How was matter resolved:
Other

11.  Resolution Date (MM/DD/YYYY):
07/22/1974  ⊙ Exact    ○ Explanation
If not exact, provide explanation:

12.  **Resolution Detail:**
A.  Were any of the following Sanctions Ordered? (Check all appropriate items):

☑**Monetary/Fine**                              **Amount: $ 250.00**

☐**Revocation/Expulsion/Denial**        ☐**Disgorgement/Restitution**

☐**Censure**                                         ☐**Cease and Desist/Injunction**

☐**Bar**                                                ☐**Suspension**

B.  Other Sanctions Ordered:

C.  Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and
capacities affected (General Securities Principal, Financial Operations Principal, etc.). If
requalification by exam/retraining was a condition of the sanction, provide length of time
given to requalify/retrain, type of exam required and whether condition has been satisfied.
If disposition resulted in a fine, penalty, restitution, disgorgement or monetary
compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date
paid and if any portion of penalty was waived:
CONVERSION ITEM FROM FORM U-6

13.  Provide a brief summary of details related to the action status and (or) disposition and include
relevant terms, conditions and dates. (The information must fit within the space provided.)

This Disclosure Reporting Page (DRP BD) is an ○**INITIAL OR** ⊙**AMENDED** response used to
report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;
**Check item(s) being responded to:**

**Regulatory Action**

| | | | |
|---|---|---|---|
| ☐11C(1) | ☐11D(4) | ☐11D(4) | ☐11E(3) |
| ☐11C(2) | ☐11D(1) | ☐11D(5) | ☐11E(4) |
| ☐11C(3) | ☐11D(2) | ☐11E(1) | ☐11F |
| ☐11C(4) | ☐11D(3) | ☑11E(2) | ☐11G |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more
than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G.
Use only one DRP to report details related to the same event. If an event gives rise to actions by
more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

---

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

&#9673; **The** *Applicant*

&#9675; *Applicant* **and one or more** *control affiliates*

&#9675; **One or more** *control affiliates*

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

_____

□ **This DRP should be removed from the BD record because the** *control affiliate(s)* **are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

&#9675; **Yes** &#9675; **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

---

**PART II**

1. Regulatory Action initiated by:
&#9675;**SEC** &#9675;**Other Federal** &#9675;**State** &#9673;***SRO*** &#9675;**Foreign**
(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. (NASD)

2. Principal Sanction:
Civil and Administrative Penalt(ies) /Fine(s)
Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
07/20/1973 &#9673;**Exact** &#9675;**Explanation**
If not exact, provide explanation:

4. Docket/Case Number:
N-V-334

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
Equity - OTC
Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
NASDAQ COMPLAINT N-V-334 - CONVERSION ITEM (FORM U-6)

8. Current status ?  ○ Pending    ○ On Appeal    ⊙ Final

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Other

11. Resolution Date (MM/DD/YYYY):
11/15/1973  ⊙ Exact    ○ Explanation
If not exact, provide explanation:

12. **Resolution Detail:**
  A. Were any of the following Sanctions Ordered? (Check all appropriate items):

  ☑ **Monetary/Fine**                     **Amount: $** 100.00
  ☐ **Revocation/Expulsion/Denial**        ☐ **Disgorgement/Restitution**
  ☐ **Censure**                            ☐ **Cease and Desist/Injunction**
  ☐ **Bar**                                ☐ **Suspension**

  B. Other Sanctions Ordered:

  C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
  CONVERSION ITEM FROM FORM U-6

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

This Disclosure Reporting Page (DRP BD) is an  ○ **INITIAL OR**  ⊙ **AMENDED** response used to report details for affirmative responses to Items *11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☑ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

### PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

    ◉ The **Applicant**

    ○ **Applicant** and one or more **control affiliates**

    ○ **One or more control affiliates**

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

    ☐ **This DRP should be removed from the BD record because the control affiliate(s) are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

    ○ Yes ○ No

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

### PART II

1. Regulatory Action Initiated by:

    ○ SEC   ○ Other Federal   ○ State   ◉ **SRO**   ○ Foreign

(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
CHICAGO BOARD OF OPTION EXCHANGE (CBOE)

2. Principal Sanction:

Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
06/18/1986 ⊙ **Exact** ○ **Explanation**
If not exact, provide explanation:

4. Docket/Case Number:

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
Equity Listed (Common & Preferred Stock)
Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
VIOLATED EXCHANGE RULE 11.1 - CONVERSION ITEM (FORM U-6)

8. Current status ? ○ **Pending**    ○ **On Appeal**    ⊙ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Other

11. Resolution Date (MM/DD/YYYY):
06/18/1986 ⊙ **Exact** ○ **Explanation**
If not exact, provide explanation:

12. Resolution Detail:

A. Were any of the following Sanctions Ordered? (Check all appropriate items):
☑ **Monetary/Fine**                    **Amount: $ 1,000.00**
☐ **Revocation/Expulsion/Denial**      ☐ **Disgorgement/Restitution**
☐ **Censure**                          ☐ **Cease and Desist/Injunction**
☐ **Bar**                              ☐ **Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and

capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
CONVERSION ITEM FROM FORM U-6

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⊙ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check Item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐**11C(1)** | ☐**11C(5)** | ☐**11D(4)** | ☐**11E(3)** |
| ☑**11C(2)** | ☐**11D(1)** | ☐**11D(5)** | ☐**11E(4)** |
| ☐**11C(3)** | ☐**11D(2)** | ☐**11E(1)** | ☐**11F** |
| ☐**11C(4)** | ☐**11D(3)** | ☐**11E(2)** | ☐**11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization **not** registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

⊙ **The Applicant**

○ **Applicant and one or more control affiliates**

○ **One or more control affiliates**

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the** *control affiliate(s)* **are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ **Yes** ○ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

| PART II |
|---|

1. Regulatory Action initiated by:
   ⊙ **SEC**  ○ **Other Federal**  ○ **State**  ○ *SRO*  ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   SECURITIES AND EXCHANGE COMMISSION

2. Principal Sanction:
   Disgorgement
   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
   09/14/1973 ⊙ **Exact**  ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   No Product
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
   COMPLAINT FILED SEEKING TO ENJOIN REGISTRANT FOR VIOLATIONS OF ANTIFRAUD PROVISIONS IN THE MISUSE OF INSIDE INFORMATION AND IT IS ORDERED TO MAKE RESTITUTION AND/OR THE DISBURSEMENT OF PROFITS MADE IN CONNECTION WITH THE PURCHASE OF SUCH SECURITIES. [CONVERSION ITEM - FORM U-6]

8. Current status ? ○ **Pending**  ○ **On Appeal**  ⊙ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
   Other

11. **Resolution Date (MM/DD/YYYY):**

   09/14/1973  ⊙ **Exact**   ○ **Explanation**
   If not exact, provide explanation:

12. **Resolution Detail:**

   A. Were any of the following Sanctions Ordered? (Check all appropriate items):

   ☐Monetary/Fine                      **Amount: $**

   ☐Revocation/Expulsion/Denial        ☑**Disgorgement/Restitution**

   ☐**Censure**                        ☐**Cease and Desist/Injunction**

   ☐**Bar**                            ☐**Suspension**

   B. Other Sanctions Ordered:

   C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and
      capacities affected (General Securities Principal, Financial Operations Principal, etc.). If
      requalification by exam/retraining was a condition of the sanction, provide length of time
      given to requalify/retrain, type of exam required and whether condition has been satisfied.
      If disposition resulted in a fine, penalty, restitution, disgorgement or monetary
      compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date
      paid and if any portion of penalty was waived:
      CONVERSION ITEM FROM FORM U-6

13. Provide a brief summary of details related to the action status and (or) disposition and include
    relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⊙ **AMENDED** response used to
report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

**Regulatory Action**

| | | | |
|---|---|---|---|
| ☐**11C(1)** | ☐**11C(5)** | ☐**11D(4)** | ☐**11E(3)** |
| ☐**11C(2)** | ☐**11D(1)** | ☐**11D(5)** | ☐**11E(4)** |
| ☐**11C(3)** | ☐**11D(2)** | ☐**11E(1)** | ☐**11F** |
| ☐**11C(4)** | ☐**11D(3)** | ☑**11E(2)** | ☐**11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more
than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G.
Use only one DRP to report details related to the same event. If an event gives rise to actions by
more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be
provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate*
need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be

submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization not registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

| PART I |
| --- |

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

- ◉ **The *Applicant***

- ○ ***Applicant* and one or more *control affiliates***

- ○ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

_____

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ **Yes** ○ **No**

**NOTE:** The completion of this form does not relieve the *control affiliate* of its obligation to update its CRD records.

| PART II |
| --- |

1. Regulatory Action initiated by:
   ○ SEC  ○ **Other Federal**  ○ **State**  ◉ **SRO**  ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. (NASD)

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):

   01/30/1975 ◉ **Exact** ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   N-VS-96

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6.
   Principal Product Type:

No Product
Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
NASDAQ COMPLAINT N-VS-96 - CONVERSION ITEM (FORM U-6)

8. Current status ? ○ Pending    ○ On Appeal    ◉ Final

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Decision

11. Resolution Date (MM/DD/YYYY):
03/17/1975 ◉ Exact    ○ Explanation
If not exact, provide explanation:

12. **Resolution Detail:**

    A. Were any of the following Sanctions Ordered? (Check all appropriate items):

       ☑ **Monetary/Fine**           **Amount: $ 500.00**

       ☐ **Revocation/Expulsion/Denial**    ☐ **Disgorgement/Restitution**

       ☐ **Censure**              ☐ **Cease and Desist/Injunction**

       ☐ **Bar**                 ☐ **Suspension**

    B. Other Sanctions Ordered:

    C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
CONVERSION INFORMATION FROM FORM U-6

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ◉ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

**Regulatory Action**

☐ **11C(1)**       ☐ **11C(5)**       ☐ **11D(4)**       ☐ **11E(3)**

| ☐ 11C(2) | ☐ 11D(1) | ☐ 11D(5) | ☐ 11E(4) |
| ☐ 11C(3) | ☐ 11D(2) | ☐ 11E(1) | ☐ 11F |
| ☐ 11C(4) | ☐ 11D(3) | ☑ 11E(2) | ☐ 11G |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

   ◉ **The *Applicant***

   ○ ***Applicant* and one or more *control affiliates***

   ○ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

   ☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

   ○ **Yes** ○ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

**PART II**

1. Regulatory Action initiated by:
   ○ SEC  ○ **Other Federal**  ○ **State**  ◉ ***SRO***  ○ **Foreign**
(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. (NASD)

2. Principal Sanction:

Censure
Other Sanctions:
FINE OF $5000.00

3. Date Initiated (MM/DD/YYYY):

03/26/2003 ⊙ **Exact** ○ **Explanation**
If not exact, provide explanation:

4. Docket/Case Number:
AWC NO. CMS030121

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
Equity - OTC
Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

UPON COMPLETION OF A REVIEW BY THE STAFF OF NASD'S DEPT. OF MARKET REGULATION OF PERSHING LLC'S COMPLIANCE WITH THE BID TEST RULES DURING THE TIME PERIOD 7/01/2001 THROUGH 10/31/2001 AND ITS WRITTEN SUPERVISORY PROCEDURES CONCERNING THE SHORT SALES RULES, IT WAS ALLEGED THAT PERSHING'S SUPERVISORY SYSTEM DID NOT PROVIDE FOR SUPERVISION REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH RESPECT TO THE APPLICABLE SECURITIES LAWS AND REGULATIONS, AND THE RULES OF NASD CONCERNING MARKETPLACE RULE 6130(D)(6)FOR SHORT SALES ROUTED TO AND EXECUTED BY OTHER DEALERS TO ELECTRONIC COMMUNICATIONS NETWORKS. THIS CONSTITUTES A VIOLATION OF NASD CONDUCT RULES 2110 AND 3010.

8. Current status ? ○ **Pending**   ○ **On Appeal**   ⊙ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Acceptance, Waiver & Consent(AWC)

11. Resolution Date (MM/DD/YYYY):

05/27/2003 ⊙ **Exact**   ○ **Explanation**
If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ **Monetary/Fine**                    **Amount: $ 5,000.00**

☐ **Revocation/Expulsion/Denial**      ☐ **Disgorgement/Restitution**

☑ **Censure**                          ☐ **Cease and Desist/Injunction**

☐Bar                    ☐Suspension

B. Other Sanctions Ordered:
AN UNDERTAKING TO REVISE THE FIRM'S WRITTEN SUPERVISORY PROCEDURES WITH
RESPECT TO THE AREAS DESCRIBED ABOVE.

C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and
capacities affected (General Securities Principal, Financial Operations Principal, etc.). If
requalification by exam/retraining was a condition of the sanction, provide length of time
given to requalify/retrain, type of exam required and whether condition has been satisfied.
If disposition resulted in a fine, penalty, restitution, disgorgement or monetary
compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date
paid and if any portion of penalty was waived:
ALL DETAILS PROVIDED ABOVE.

13. Provide a brief summary of details related to the action status and (or) disposition and include
relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○**INITIAL OR** ◉**AMENDED** response used to
report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

**Regulatory Action**

| | | | |
|---|---|---|---|
| ☐11C(1) | ☐11C(5) | ☐11D(4) | ☐11E(3) |
| ☐11C(2) | ☐11D(1) | ☐11D(5) | ☐11E(4) |
| ☐11C(3) | ☐11D(2) | ☐11E(1) | ☐11F |
| ☐11C(4) | ☐11D(3) | ☑11E(2) | ☐11G |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more
than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G.
Use only one DRP to report details related to the same event. If an event gives rise to actions by
more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be
provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate*
need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be
submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an
individual or organization not registered through the CRD, provide complete answers to all the
items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the
*control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

◉ **The** *Applicant*

○ *Applicant* **and one or more** *control affiliates*

○ **One or more** *control affiliates*

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ **Yes** ○ **No**

**NOTE:** The completion of this form does not relieve the *control affiliate* of its obligation to update its CRD records.

| PART II |
| --- |

1. Regulatory Action Initiated by:
   ○ SEC   ○ **Other Federal**   ○ State   ◉ *SRO*   ○ Foreign
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   NATIONAL ASSOCIATION OF SECURITIES DEALERS (NASD)

2. Principal Sanction:
   Censure
   Other Sanctions:
   FINE OF $6,500.00

3. Date Initiated (MM/DD/YYYY):
   11/21/2003 ◉ **Exact**   ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   C10030118

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):
   CREDIT SUISSE FIRST BOSTON LLC ("CSFB")

6. Principal Product Type:
   Other
   Other Product Types:
   COMMON STOCKS

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
   NASD ALLEGED THAT PERSHING LLC [F/K/A DONALDSON, LUFKIN & JENRETTE SECURITIES CORPORATION (DLJSC)], AND CSFB LLC, A FORMER CONTROL AFFILIATE, VIOLATED NASD RULE 2110 AND IM-2110-1. NASD ALLEGED THAT IN CONNECTION WITH A REVIEW OF 29 ACCOUNTS THAT PURCHASED COMMON STOCK IN TWO PUBLIC OFFERINGS IN NOVEMBER 2001, DLJSC'S PRIVATE CLIENT SERVICES GROUP FAILED TO OBTAIN REQUIRED DOCUMENTATION WITH RESPECT TO 9 ACCOUNTS CONCERNING PERSONS HAVING ANY BENEFICIAL INTERESTS IN SUCH ACCOUNTS.

| 8. | Current status ?  ○ Pending    ○ On Appeal    ⊙ Final |
|----|--------------------------------------------------------|

| 9. | If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed: |
|----|-----------------------------------------------------------------------------------------------------------|

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

| 10. | How was matter resolved:<br>Acceptance, Waiver & Consent(AWC) |
|-----|----------------------------------------------------------------|

| 11. | Resolution Date (MM/DD/YYYY):<br><br>12/18/2003  ⊙ **Exact**    ○ **Explanation**<br>If not exact, provide explanation: |
|-----|-----------------------------------------------------------------------------------------------------------------------|

| 12. | **Resolution Detail:** |
|-----|------------------------|

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ **Monetary/Fine**                   **Amount: $ 6,500.00**

☐ **Revocation/Expulsion/Denial**     ☐ **Disgorgement/Restitution**

☑ **Censure**                         ☐ **Cease and Desist/Injunction**

☐ **Bar**                             ☐ **Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
WITHOUT ADMITTING OR DENYING THE ALLEGATIONS, PERSHING LLC CONSENTED TO A CENSURE AND FINE OF $6,500, JOINTLY AND SEVERALLY.

| 13. | Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.) |
|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⊙ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

**Regulatory Action**

| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
|--------------|--------------|--------------|--------------|
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F**    |
| ☐ **11C(4)** | ☐ **11D(3)** | ☑ **11E(2)** | ☐ **11G**    |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization not registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

## PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

⦿ **The *Applicant***

○ ***Applicant* and one or more *control affiliates***

○ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ **Yes** ○ **No**

**NOTE:** The completion of this form does not <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

## PART II

1. Regulatory Action Initiated by:
○ SEC — ○ Other Federal — ○ State — ⦿ SRO — ○ Foreign
(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
AMERICAN STOCK EXCHANGE (AMEX)

2. Principal Sanction:
Civil and Administrative Penalt(ies) /Fine(s)
Other Sanctions:

3. Date Initiated (MM/DD/YYYY):

09/30/1988 ⦿ Exact  ○ Explanation
If not exact, provide explanation:

4. Docket/Case Number:
UNKNOWN

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
Other
Other Product Types:
UNKNOWN TYPE OF SECURITIES

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
VIOLATION OF AMERICAN STOCK EXCHANGE RULE 30

8. Current status ? ○ **Pending**    ○ **On Appeal**    ◉ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Stipulation and Consent

11. Resolution Date (MM/DD/YYYY):

11/23/1988 ◉ **Exact**    ○ **Explanation**
If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ **Monetary/Fine**                      **Amount: $ 2,000.00**
☐ **Revocation/Expulsion/Denial**        ☐ **Disgorgement/Restitution**
☐ **Censure**                            ☐ **Cease and Desist/Injunction**
☐ **Bar**                                ☐ **Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
ON NOVEMBER 23, 1988, DONALDSON, LUFKIN & JENRETTE SECURITIES CORPORATION ("DLJSC") ACCEPTED A STIPULATION OF FACTS AND CONSENT TO PENALTY ISSUED BY THE AMERICAN STOCK EXCHANGE (THE "AMEX"), ARISING OUT OF A SUMMARY PROCEEDING INSTITUTED BY THE AMEX ON SEPTEMBER 30, 1988. DLJSC CONSENTED TO THE FINDINGS AND WAS FINED $2,000. =6/11/90= SEC LITIGATION, ACTIONS AND PROCEEDINGS

BULLETIN FOR THE QUARTER ENDING 3/31/89 (VOLUME 55, BULLETIN 1, PAGE 105)
DISCLOSES: THE AMEX FINED DLJSC $2,000. ON JANUARY 11, 1987 BASED ON A
VIOLATION OF EXCHANGE RULE 30.

13. Provide a brief summary of details related to the action status and (or) disposition and include
relevant terms, conditions and dates. (The information must fit within the space provided.)
THE INFORMATION CONTAINED IN THIS DRP WAS PREPARED SOLELY UPON INFORMATION
PROVIDED BY THE ATTACHED FORM U-6. PERSHING LLC DOES NOT HAVE THE DETAILS FOR
THIS 16-YEAR OLD MATTER CONSENTED TO BY OUR PREDECESSOR, DLJSC.

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL** OR ⊙ **AMENDED** response used to
report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

Check item(s) being responded to:

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☑ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more
than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G.
Use only one DRP to report details related to the same event. If an event gives rise to actions by
more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be
provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate*
need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be
submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an
individual or organization <u>not</u> registered through the CRD, provide complete answers to all the
items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the
*control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

○ The **Applicant**

○ **Applicant** and one or more *control affiliates*

⊙ **One or more** *control affiliates*

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for
individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-
registered" by checking the appropriate checkbox.

| BD DRP - *Control Affiliate* | | |
|---|---|---|
| **Control Affiliate Name** | **CRD#** | **Registered** |

| BNY TRADING LLC | 41410 | Y |
|---|---|---|

☑ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

8. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

⊙ **Yes** ○ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

**PART II**

1. Regulatory Action initiated by:
   ○ **SEC** ○ **Other Federal** ○ **State** ○ **SRO** ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)

2. Principal Sanction:

   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
   ○ **Exact** ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:

   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

8. Current status ? ○ **Pending** ○ **On Appeal** ○ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:

11. Resolution Date (MM/DD/YYYY):

    ○ **Exact**  ○ **Explanation**

    If not exact, provide explanation:

---

12. **Resolution Detail:**

    A. Were any of the following Sanctions Ordered? (Check all appropriate items):

        ☐ **Monetary/Fine**        **Amount: $**

        ☐ **Revocation/Expulsion/Denial**    ☐ **Disgorgement/Restitution**

        ☐ **Censure**        ☐ **Cease and Desist/Injunction**

        ☐ **Bar**        ☐ **Suspension**

    B. Other Sanctions Ordered:

    C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:

---

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.) PLEASE REMOVE THIS DRP AS THE AFFILIATE IS NO LONGER ASSOCIATED WITH THE BD.

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⦿ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

**Regulatory Action**

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☑ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the

items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

## PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

- ◉ The **Applicant**
- ○ **Applicant** and one or more **control affiliates**
- ○ **One or more control affiliates**

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ Yes ○ No

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

## PART II

1. Regulatory Action initiated by:
   ○ SEC  ○ **Other Federal**  ○ **State**  ◉ **SRO**  ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   NATIONAL ASSOCIATION OF SECURITIES DEALERS (NASD)

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:
   CENSURE

3. Date Initiated (MM/DD/YYYY):
   06/28/2005 ◉ **Exact** ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:
   NASD AWC # C9B050037

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6.
   Principal Product Type:
   Debt - Municipal
   Other Product Types:

DEBT-CORPORATE

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

PERSHING LLC WAS ALLEGED TO HAVE VIOLATED SEC RULE 17A-3, NASD CONDUCT RULES 2110, 3110, MSRB RULES G-8, G-14 AND G-27 BY FAILING TO TIMELY REPORT MUNICIPAL SECURITIES TRANSACTIONS WITH PUBLIC CUSTOMERS THAT IT REPORTED TO MSRB, AND FAILING TO MONITOR ITS TRADE REPORTING TO ENSURE COMPLIANCE WITH MSRB RULE G-14. DURING A REVIEW OF RANDOMLY SELECTED ORDER TICKETS FOR MUNICIPAL SECURITIES TRANSACTIONS AND CORPORATE DEBT SECURITIES, IT WAS REVEALED THAT THE EXECUTION TIMES REPORTED ON THE ORDER TICKETS DID NOT CORRESPOND TO THE EXECUTION TIMES THE FIRM REPORTED TO THE MSRB AND TO TRACE.

8. Current status ? ○ **Pending**    ○ **On Appeal**    ◉ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Acceptance, Waiver & Consent(AWC)

11. Resolution Date (MM/DD/YYYY):

06/28/2005 ◉ **Exact**    ○ **Explanation**
If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ **Monetary/Fine**                    **Amount: $ 35,000.00**

☐ **Revocation/Expulsion/Denial**      ☐ **Disgorgement/Restitution**

☑ **Censure**                          ☐ **Cease and Desist/Injunction**

☐ **Bar**                              ☐ **Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
CENSURED AND FINED IN THE AMOUNT OF $35,000.00.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)
THE TIME PERIOD INVOLVED WAS FROM ON OR ABOUT JANUARY 1, 2003, THROUGH ON OR ABOUT OCTOBER 31, 2004.

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ◉ **AMENDED** response used to

report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☑ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization not registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

⦿ **The Applicant**

○ *Applicant* and one or more *control affiliates*

○ One or more *control affiliates*

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ **Yes** ○ **No**

**NOTE:** The completion of this form does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART II**

1. Regulatory Action initiated by:

○ SEC   ○ Other Federal   ○ State   ⦿ SRO   ○ Foreign
(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
NEW YORK STOCK EXCHANGE DIVISION OF ENFORCEMENT

2.  Principal Sanction:

    Other Sanctions:

3.  Date Initiated (MM/DD/YYYY):

    09/28/2005  ⦿ Exact   ○ Explanation
    If not exact, provide explanation:

4.  Docket/Case Number:
    NYSE HEARING PANEL DECISION 05-153

5.  *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6.  Principal Product Type:
    Other
    Other Product Types:

7.  Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
    THE NYSE DIVISION OF ENFORCEMENT FILED A STIPULATION OF FACTS AND CONSENT TO PENALTY AND CONSENTED TO THE FOLLOWING FINDINGS: (1)VIOLATED EXCHANGE RULE 410A BY FAILING TO SUBMIT ACCURATE TRADING INFORMATION THROUGH THE SUBMISSION OF ELECTRONIC BLUE SHEETS IN RESPONSE TO ONE OR MORE REQUESTS FOR SUCH INFORMATION BY THE EXCHANGE; (2)VIOLATED EXCHANGE RULE 401 BY FAILING TO ADHERE TO THE PRINCIPLES OF GOOD BUSINESS PRACTICE IN THE CONDUCT OF THEIR BUSINESS AFFAIRS IN THAT IT SUBMITTED INACCURATE TRADING INFORMATION ON ELECTRONIC BLUE SHEETS IN RESPONSE TO ONE OR MORE REQUESTS FOR SUCH INFORMATION BY THE EXCHANGE; AND (3)VIOLATED EXCHANGE RULES 342 BY FAILING TO ESTABLISH AND MAINTAIN APPROPRIATE SYSTEMS AND PROCEDURES FOR THE SUPERVISION AND CONTROL OF AREAS RESPONSIBLE FOR COMPLYING WITH ELECTRONIC BLUE SHEET REPORTING REQUIREMENTS, AND FAILED TO ESTABLISH A SEPARATE SYSTEM OF FOLLOW-UP AND REVIEW TO REASONABLY ENSURE COMPLIANCE WITH EXCHANGE RULES RELATING TO THE PREPARATION AND SUBMISSION OF ELECTRONIC BLUE SHEETS. STIPULATED SANCTION: THE IMPOSITION BY THE EXCHANGE OF A CENSURE, A $300,000 FINE AND A REQUIREMENT THAT RESPONDENT WILL CONDUCT A VALIDATION OF ALL REQUIRED BLUE SHEET DATA ELEMENTS IN ACCORDANCE WITH ISG REGULATORY MEMORANDUM, ISG 2005-01.

8.  Current status ?  ○ Pending   ○ On Appeal   ⦿ Final

9.  If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
    Stipulation and Consent

11. Resolution Date (MM/DD/YYYY):

01/05/2006  ⊙ **Exact**  ○ **Explanation**
If not exact, provide explanation:

---

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ **Monetary/Fine**                    **Amount: $ 300,000.00**

☐ **Revocation/Expulsion/Denial**      ☐ **Disgorgement/Restitution**

☑ **Censure**                          ☐ **Cease and Desist/Injunction**

☐ **Bar**                              ☐ **Suspension**

B. Other Sanctions Ordered:
A REQUIREMENT THAT PERSHING LLC CONDUCT A VALIDATION OF ALL REQUIRED BLUE
SHEET DATA ELEMENTS IN ACCORDANCE WITH ISG REGULATORY MEMORANDUM, ISG
2005-01, AND AN UNDERTAKING TO INFORM THE NYSE IN WRITING THAT IT HAS
COMPLETED ITS VALIDATION.

C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and
capacities affected (General Securities Principal, Financial Operations Principal, etc.). If
requalification by exam/retraining was a condition of the sanction, provide length of time
given to requalify/retrain, type of exam required and whether condition has been satisfied.
If disposition resulted in a fine, penalty, restitution, disgorgement or monetary
compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date
paid and if any portion of penalty was waived:
NYSE DECISION 05-153 ISSUED BY HEARING PANEL: VIOLATED NYSE RULE 410A BY
FAILING TO SUBMIT ACCURATE TRADING INFORMATION THROUGH THE SUBMISSION OF
ELECTRONIC BLUE SHEETS; VIOLATED NYSE RULE 401 BY SUBMITTING INACCURATE
TRADING INFORMATION ON ELECTRONIC BLUE SHEETS; VIOLATED NYSE RULE 342 BY
FAILING TO ESTABLISH AND MAINTAIN APPROPRIATE SYSTEMS AND PROCEDURES FOR
THE SUPERVISION AND CONTROL OF AREAS RESPONSIBLE FOR COMPLYING WITH
ELECTONIC BLUE SHEET REPORTING REQUIREMENTS AND FAILING TO ESTABLISH A
SEPARATE SYSTEM OF FOLLOW-UP AND REVIEW TO REASONABLY ENSURE COMPLIANCE
WITH NYSE RULES RELATING TO THE PREPARATION AND SUBMISSION OF ELECTONIC
BLUE SHEETS. CONSENT TO CENSURE, FINE OF $300,000., AND A REQUIREMENT TO
CONDUCT VALIDATION OF ALL REQUIRED BLUE SHEET DATA ELEMENTS, AND
UNDERTAKING TO INFORM NYSE IN WRITING THAT VALIDATION HAS BEEN COMPLETED.

---

13. Provide a brief summary of details related to the action status and (or) disposition and include
relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⊙ **AMENDED** response used to
report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☑ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☐ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more

than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the Items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

## PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

  ○ **The *Applicant***

  ○ ***Applicant*** and one or more *control affiliates*

  ◉ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

### BD DRP - *Control Affiliate*

| Control Affiliate Name | CRD# | Registered |
|---|---|---|
| THE BANK OF NEW YORK | | N |

  ☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

  ○ Yes ◉ No

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

## PART II

1. Regulatory Action initiated by:
  ○ SEC  ◉ Other Federal  ○ State  ○ *SRO*  ○ Foreign
  (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
  U.S. ATTORNEY'S OFFICES FOR THE EASTERN AND SOUTHERN DISTRICTS OF NEW YORK ("EDNY" AND "SDNY").

2. Principal Sanction:
  Other

Other Sanctions:
NON-PROSECUTION AGREEMENT; RESTITUTION AND FORFEITURE BY THE BANK OF NEW YORK OF $38 MILLION.

3. Date Initiated (MM/DD/YYYY):

11/08/2005 ⊙ **Exact**   ○ **Explanation**

If not exact, provide explanation:

4. Docket/Case Number:
NONE-NEVER REACHED THE COURTS.

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):
THE BANK OF NEW YORK

6. Principal Product Type:
No Product
Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
ON NOVEMBER 8, 2005, THE BANK OF NEW YORK (THE BANK), AN AFFILIATE OF THE REGISTRANT, ENTERED INTO A NON-PROSECUTION AGREEMENT WITH THE U.S. ATTORNEY'S OFFICES FOR THE EASTERN AND SOUTHERN DISTRICTS OF NEW YORK ("EDNY" AND "SDNY"). THE RESPECTIVE EDNY AND SDNY INVESTIGATIONS RELATED TO ACTIONS BY BANK EMPLOYEES THAT FACILITATED A FRAUDULENT SCHEME CONDUCTED BY RW PROFESSIONAL LEASING SERVICES CORP., A FORMER CUSTOMER OF ONE OF THE BANK'S LONG ISLAND BRANCH OFFICES, AND CERTAIN FUNDS TRANSFER ACTIVITIES TO AND FROM RUSSIA FROM 1996-1999. AMONG OTHER THINGS, THE NON-PROSECUTION AGREEMENT OUTLINES A SERIES OF MEASURES, MANY OF WHICH ARE COMPLETED AND OTHERS THAT ARE WELL UNDERWAY, TO ENHANCE THE BANK'S PROCEDURES FOR MONITORING AND REPORTING SUSPICIOUS ACTIVITY. THE BANK HAS AGREED TO PAY RESTITUTION AND FORFEITURE TOTALING $38 MILLION, ALL OF WHICH HAS BEEN PREVIOUSLY RESERVED. THE AGREEMENT, WHICH HAS A TERM OF THREE YEARS, PROVIDES FOR THE BANK TO RETAIN AN INDEPENDENT EXAMINER TO REVIEW THE ENHANCED PROCEDURES AND REPORT TO THE GOVERNMENT ON A PERIODIC BASIS.

8. Current status ? ○ **Pending**   ○ **On Appeal**   ⊙ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Settled

11. Resolution Date (MM/DD/YYYY):

11/08/2005 ⊙ **Exact**   ○ **Explanation**

If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☐ **Monetary/Fine**          **Amount: $**

☐ **Revocation/Expulsion/Denial**    ☐ **Disgorgement/Restitution**

☐ **Censure**              ☐ **Cease and Desist/Injunction**

☐ **Bar**                ☐ **Suspension**

B. Other Sanctions Ordered:
SEE RESPONSE TO ITEM #7 ABOVE.

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
NOT APPLICABLE.

---

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)
SEE RESPONSE TO ITEM #7 ABOVE.

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ◉ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

**Regulatory Action**

| | | | |
|---|---|---|---|
| ☐ 11C(1) | ☑ 11C(5) | ☐ 11D(4) | ☐ 11E(3) |
| ☑ 11C(2) | ☐ 11D(1) | ☐ 11D(5) | ☐ 11E(4) |
| ☐ 11C(3) | ☐ 11D(2) | ☐ 11E(1) | ☐ 11F |
| ☑ 11C(4) | ☐ 11D(3) | ☐ 11E(2) | ☐ 11G |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

---

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

○ **The Applicant**

○ *Applicant* and one or more *control affiliates*

◉ **One or more** *control affiliates*

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

| BD DRP – Control Affiliate | | |
|---|---|---|
| Control Affiliate Name | CRD# | Registered |
| THE BANK OF NEW YORK | | N |

☐ **This DRP should be removed from the BD record because the** *control affiliate(s)* **are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ Yes ◉ No

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

| PART II |
|---|

1. Regulatory Action initiated by:

   ◉ **SEC** ○ **Other Federal** ○ **State** ○ *SRO* ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   SECURITIES & EXCHANGE COMMISSION ("SEC")

2. Principal Sanction:
   Cease and Desist
   Other Sanctions:
   THE BANK'S AGREEMENT TO OFFER PAYMENT TO CERTAIN SECURITY HOLDERS FOR PROPERTY ESCHEATED ERRONEOUSLY (WHILE RESERVING THE RIGHT TO PURSUE THEIR CLAIM FOR REPAYMENT WITH THE STATE TO WHICH THE PROPERTY WAS ESCHEATED); A PENALTY OF $250,000. AND THE BANK'S RETENTION OF AN INDEPENDENT CONSULTANT TO REVIEW AND EVALUATE CERTAIN OF THE BANK'S POLICIES AND PROCEDURES.

3. Date Initiated (MM/DD/YYYY):

   04/24/2006 ◉ **Exact** ○ **Explanation**

   If not exact, provide explanation:

4. Docket/Case Number:
   SEC FILE NO. 3-12269

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):
   THE BANK OF NEW YORK

6. Principal Product Type:
   Banking Products (Other than CD(s))
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

FAILED AS A TRANSFER AGENT TO EXERCISE REASONABLE CARE TO ASCERTAIN THE CORRECT ADDRESSES OF LOST SECURITY HOLDERS AND ESCHEATED ASSETS BELONGING TO THOSE SECURITY HOLDERS TO VARIOUS STATES.

8. Current status ?  ○ **Pending**    ○ **On Appeal**    ◉ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Settled

11. Resolution Date (MM/DD/YYYY):
04/24/2006 ◉ **Exact**    ○ **Explanation**
If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ **Monetary/Fine**                          Amount: $ 250,000.00
☐ **Revocation/Expulsion/Denial**            ☑ **Disgorgement/Restitution**
☐ **Censure**                                ☑ **Cease and Desist/Injunction**
☐ **Bar**                                    ☐ **Suspension**

B. Other Sanctions Ordered:
THE BANK'S AGREEMENT TO OFFER PAYMENT TO CERTAIN SECURITY HOLDERS FOR PROPERTY ESCHEATED ERRONEOUSLY (WHILE RESERVING THE RIGHT TO PURSUE THEIR CLAIM FOR REPAYMENT WITH THE STATE TO WHICH THE PROPERTY WAS ESCHEATED); A PENALTY OF $250,000. AND THE BANK'S RETENTION OF AN INDEPENDENT CONSULTANT TO REVIEW AND EVALUATE CERTAIN OF THE BANK'S POLICIES AND PROCEDURES.

C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant or control affiliate*, date paid and if any portion of penalty was waived:
CEASE AND DESIST ORDER AND A PENALTY OF $250,000.00

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ◉ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;
**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐11C(1) | ☐11C(5) | ☐11D(4) | ☐11E(3) |
| ☐11C(2) | ☐11D(1) | ☐11D(5) | ☐11E(4) |
| ☐11C(3) | ☐11D(2) | ☐11E(1) | ☐11F |
| ☐11C(4) | ☐11D(3) | ☑11E(2) | ☐11G |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization not registered through the CRD, provide complete answers to all the Items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

○ **The *Applicant***

○ ***Applicant*** and one or more *control affiliates*

◉ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

**BD DRP – *Control Affiliate***

| Control Affiliate Name | CRD# | Registered |
|---|---|---|
| B-TRADE SERVICES LLC | 41262 | Y |

☑ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

◉ Yes ○ No

**NOTE:** The completion of this form does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART II**

1. Regulatory Action initiated by:
   ○ SEC  ○ **Other Federal**  ○ **State**  ○ *SRO*  ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)

2. Principal Sanction:

   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
   ○ **Exact**  ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:

   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

8. Current status ? ○ **Pending**  ○ **On Appeal**  ○ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:

11. Resolution Date (MM/DD/YYYY):
    ○ **Exact**  ○ **Explanation**
    If not exact, provide explanation:

12. **Resolution Detail:**

    A. Were any of the following Sanctions Ordered? (Check all appropriate items):

    ☐ **Monetary/Fine**                    **Amount: $**

    ☐ **Revocation/Expulsion/Denial**      ☐ **Disgorgement/Restitution**

    ☐ **Censure**                          ☐ **Cease and Desist/Injunction**

    ☐ **Bar**                              ☐ **Suspension**

    B. Other Sanctions Ordered:

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.) PLEASE REMOVE THIS DRP AS THE AFFILIATE IS NO LONGER ASSOCIATED WITH THE BD.

This Disclosure Reporting Page (DRP BD) is an ○**INITIAL OR** ◉**AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐11C(1) | ☐11C(5) | ☐11D(4) | ☐11E(3) |
| ☐11C(2) | ☐11D(1) | ☐11D(5) | ☐11E(4) |
| ☐11C(3) | ☐11D(2) | ☐11E(1) | ☐11F |
| ☐11C(4) | ☐11D(3) | ☑11E(2) | ☐11G |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

◉ **The *Applicant***

○ ***Applicant*** and one or more *control affiliates*

○ One or more *control affiliates*

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ Yes ○ No

NOTE: The completion of this form does not relieve the *control affiliate* of its obligation to update its CRD records.

## PART II

1. Regulatory Action Initiated by:

   ○ SEC ○ Other Federal ○ State ◉ *SRO* ○ Foreign
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   NATIONAL ASSOCIATION OF SECURITIES DEALERS (NASD)

2. Principal Sanction:
   Civil and Administrative Penalt(ies) /Fine(s)
   Other Sanctions:
   CENSURE

3. Date Initiated (MM/DD/YYYY):

   11/10/2006 ◉ Exact ○ Explanation
   If not exact, provide explanation:

4. Docket/Case Number:
   NASD AWC # 2004200020201

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   Equity Listed (Common & Preferred Stock)
   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
   PERSHING LLC WAS ALLEGED TO HAVE VIOLATED NASD MARKETPLACE RULE 6955 BY SUBMITTING OATS REPORTS WITH RESPECT TO EQUITY SECURITIES TRADED ON THE NASDAQ STOCK MARKET THAT WERE NOT IN THE ELECTRONIC FORM PRESCRIBED BY THE NASD AND WERE REPAIRABLE. THE SUBJECT REPORTS WERE REJECTED BY THE OATS SYSTEM AND NOTICE OF SUCH REJECTION WAS MADE AVAILABLE TO THE FIRM ON THE OATS WEBSITE BUT THE FIRM DID NOT CORRECT OR REPLACE ALL OF THE SUBJECT REPORTS. THE FIRM TRANSMITTED TO OATS REPORTS THAT CONTAINED INACCURATE ROUTED ORDER IDS AND ROUTE EVENTS.

8. Current status ? ○ Pending ○ On Appeal ◉ Final

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal

Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Acceptance, Waiver & Consent(AWC)

11. Resolution Date (MM/DD/YYYY):

11/10/2006 ⦿ **Exact**  ○ **Explanation**

If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate Items):

☑ **Monetary/Fine**                          **Amount: $ 8,500.00**

☐ **Revocation/Expulsion/Denial**     ☐ **Disgorgement/Restitution**

☑ **Censure**                                     ☐ **Cease and Desist/Injunction**

☐ **Bar**                                           ☐ **Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
WITHOUT ADMITTING OR DENYING THE FINDINGS, THE FIRM CONSENTED TO THE ABOVE SANCTIONS AND TO THE ENTRY OF FINDINGS. THEREFORE, THE FIRM WAS CENSURED AND FINED A TOTAL OF $8500.00.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)
IN CONNECTION WITH THESE FINDINGS, THE TRADING AND MARKET MAKING EXAMINATION STAFF OF NASD CONDUCTED A REVIEW OF PERSHING LLC'S: (1) COMPLIANCE WITH NASD'S ORDER AUDIT TRAIL SYSTEM ("OATS") RULES DURING THE PERIOD OCTOBER 1, 2003 THROUGH DECEMBER 31, 2003 AND (2) FOR TRADE DATE NOVEMBER 9, 2004.

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⦿ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

**Regulatory Action**

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☑ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☑ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☑ **11C(4)** | ☐ **11D(3)** | ☐ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding.* An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the Items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

## PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

- ○ **The *Applicant***
- ○ ***Applicant* and one or more *control affiliates***
- ◉ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

**BD DRP - *Control Affiliate***

| Control Affiliate Name | CRD# | Registered |
|---|---|---|
| THE BANK OF NEW YORK | | N |

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ **Yes** ◉ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

## PART II

1. Regulatory Action initiated by:
   ◉ **SEC** ○ **Other Federal** ○ **State** ○ *SRO* ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   SECURITIES & EXCHANGE COMMISSION ("SEC")

2. Principal Sanction:
   Cease and Desist
   Other Sanctions:
   TO MAKE CERTAIN DISCLOSURES REGARDING ITS MATERIAL AUCTION PRACTICES AND
   PROCEDURES; AND NOT LATER THAN 6 MONTHS AFTER THE DATE OF THIS ORDER, UNLESS

OTHERWISE EXTENDED BY THE STAFF OF THE COMMISSION FOR GOOD CAUSE SHOWN, HAVE ITS CEO OR GENERAL COUNSEL CERTIFY IN WRITING TO THE STAFF OF THE COMMISSION THAT THE BANK OF NEW YORK HAS IMPLEMENTED PROCEDURES; MONETARY SETTLEMENT IN THE AMOUNT OF $750,000.

3. Date Initiated (MM/DD/YYYY):

01/09/2007 ⊙ **Exact** ○ **Explanation**
If not exact, provide explanation:

4. Docket/Case Number:
SEC ADMIN. PROCEEDING FILE NO. 3-12526

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):
THE BANK OF NEW YORK

6. Principal Product Type:
Debt - Municipal
Other Product Types:
CORPORATE BONDS, PREFERRED STOCKS.

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
FROM AT LEAST JANUARY 1, 2003 THROUGH JUNE 30, 2004, IN CONNECTION WITH CERTAIN AUCTIONS, THE BANK OF NEW YORK ("BNY") ACCEPTED INITIAL OR REVISED BIDS AFTER SUBMISSION DEADLINES AND ALLOWED BROKER-DEALERS TO INTERVENE IN AUCTIONS. IN CERTAIN INSTANCES, THIS CONDUCT ALSO AFFECTED THE RATE PAID ON THE AUCTION RATE SECURITIES. AS A RESULT, BNY CAUSED VIOLATIONS OF SECTION 17(A)(2)OF THE SECURITIES ACT.

8. Current status ? ○ **Pending**    ○ **On Appeal**    ⊙ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Decision & Order of Offer of Settlement

11. Resolution Date (MM/DD/YYYY):

01/09/2007 ⊙ **Exact**    ○ **Explanation**
If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ **Monetary/Fine**                     **Amount: $ 750,000.00**

☐ **Revocation/Expulsion/Denial**        ☐ **Disgorgement/Restitution**

☐ **Censure**                            ☑ **Cease and Desist/Injunction**

☐ **Bar**                                ☐ **Suspension**

B. Other Sanctions Ordered:

TO MAKE CERTAIN DISCLOSURES REGARDING ITS MATERIAL AUCTION PRACTICES AND PROCEDURES; AND NOT LATER THAN 6 MONTHS AFTER THE DATE OF THIS ORDER, UNLESS OTHERWISE EXTENDED BY THE STAFF OF THE COMMISSION FOR GOOD CAUSE SHOWN, HAVE ITS CEO OR GENERAL COUNSEL CERTIFY IN WRITING TO THE STAFF OF THE COMMISSION THAT THE BANK OF NEW YORK HAS IMPLEMENTED PROCEDURES; MONETARY SETTLEMENT IN THE AMOUNT OF $750,000.

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
CEASE AND DESIST ORDER AND A SETTLEMENT IN THE AMOUNT OF $750,000.00

---

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○**INITIAL OR** ◉**AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐11C(1) | ☐11C(5) | ☐11D(4) | ☐11E(3) |
| ☐11C(2) | ☐11D(1) | ☐11D(5) | ☐11E(4) |
| ☐11C(3) | ☐11D(2) | ☐11E(1) | ☐11F |
| ☐11C(4) | ☐11D(3) | ☑11E(2) | ☐11G |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization not registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

---

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

◉ The *Applicant*

○ *Applicant* and one or more *control affiliates*

○ One or more *control affiliates*

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B.  If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

    ○ **Yes** ○ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

| PART II |
| --- |

1.  Regulatory Action initiated by:
    ○ **SEC** ○ **Other Federal** ○ **State** ◉ **SRO** ○ **Foreign**
    (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
    NATIONAL ASSOCIATION OF SECURITIES DEALERS (NASD)

2.  Principal Sanction:
    Censure
    Other Sanctions:
    A FINE IN THE AMOUNT OF $40,000.

3.  Date Initiated (MM/DD/YYYY):
    02/09/2007 ◉ **Exact** ○ **Explanation**
    If not exact, provide explanation:

4.  Docket/Case Number:
    AWC NO. 2006003831901

5.  *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6.  Principal Product Type:
    Debt - Municipal
    Other Product Types:
    DEBT - CORPORATE

7.  Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
    PERSHING LLC WAS ALLEGED TO HAVE VIOLATED NASD RULES 2110 AND 6230 AND MSRB RULE G-14 BY FAILING TO ACCURATELY AND/OR TIMELY REPORT TRANSACTIONS TO THE MSRB AND TRACE-ELIGIBLE CORPORATE BONDS TO THE NASD WHICH WERE RECORDED AS TRANSACTIONS EXECUTED FOR AND ON BEHALF OF ONE OF ITS INTRODUCING CORRESPONDENT BROKER-DEALER FIRMS.

8.  Current status ? ○ **Pending** ○ **On Appeal** ◉ **Final**

9.  If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Acceptance, Waiver & Consent(AWC)

11. Resolution Date (MM/DD/YYYY):
02/09/2007 ⊙ **Exact** ○ **Explanation**
If not exact, provide explanation:

12. **Resolution Detail:**
A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ **Monetary/Fine**                              **Amount: $** 40,000.00

☐ **Revocation/Expulsion/Denial**       ☐ **Disgorgement/Restitution**

☑ **Censure**                                         ☐ **Cease and Desist/Injunction**

☐ **Bar**                                                  ☐ **Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
A CENSURE AND A FINE IN THE AMOUNT OF $40,000.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)
THE REVIEW PERIOD FOR THE MUNICIPAL SECURITIES WAS OCTOBER AND NOVEMBER 2005, AND JANUARY, 2006. THE REVIEW PERIOD FOR TRACE-ELIBIBLE CORPORATE BONDS WAS AUGUST, OCTOBER AND DECEMBER, 2005.

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⊙ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

Check item(s) being responded to:

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☑ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G.

Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

## PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

    ⊙  **The *Applicant***

    ○  ***Applicant*** and one or more ***control affiliates***

    ○  **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

 

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

    ○ Yes ○ No

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

## PART II

1.  Regulatory Action initiated by:

    ○ SEC  ○ Other Federal  ○ State  ⊙ SRO  ○ Foreign
    (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
    NEW YORK STOCK EXCHANGE DIVISION OF ENFORCEMENT OF NYSE REGULATION, INC.

2.  Principal Sanction:
    Censure
    Other Sanctions:
    A FINE IN THE AMOUNT OF $150,000.

3.  Date Initiated (MM/DD/YYYY):

    02/07/2007 ⊙ Exact  ○ Explanation
    If not exact, provide explanation:

4. Docket/Case Number:
NYSE HEARING BOARD DECISION #07-31

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
Other
Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)
PERSHING LLC FAILED TO PROVIDE CERTAIN CUSTOMERS WITH REQUIRED CONFIRMATIONS FROM THE PERIOD OF OCTOBER, 2003 THROUGH MARCH, 2006 DUE TO A TECHNOLOGICAL ERROR. AS A RESULT, THE FIRM VIOLATED SECTION 10(B) OF THE EXCHANGE ACT AND EXCHANGE ACT RULE 10(B)-10(A).

8. Current status ? ○ **Pending**     ○ **On Appeal**     ◉ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Decision

11. Resolution Date (MM/DD/YYYY):
04/06/2007 ◉ **Exact**     ○ **Explanation**
If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ **Monetary/Fine**                    **Amount: $ 150,000.00**

☐ **Revocation/Expulsion/Denial**      ☐ **Disgorgement/Restitution**

☑ **Censure**                          ☐ **Cease and Desist/Injunction**

☐ **Bar**                              ☐ **Suspension**

B. Other Sanctions Ordered:
NONE

C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
N/A

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

NYSE REGULATORY ACTION HBD #07-31 WAS FILED ON 2/07/2007. THE HEARING BOARD'S DECISION WAS RENDERED ON 03/12/2007 AND THE DECISION WAS MADE FINAL ON 4/06/2007.

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ⊙ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☑ **11C(1)** | ☑ **11C(5)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☑ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☑ **11C(4)** | ☐ **11D(3)** | ☐ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

○ **The *Applicant***

○ ***Applicant* and one or more *control affiliates***

⊙ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

| BD DRP – *Control Affiliate* | | |
|---|---|---|
| **Control Affiliate Name** | **CRD#** | **Registered** |
| THE DREYFUS CORPORATION | 105642 | Y |

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP

(with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

◉ Yes ○ No

**NOTE:** The completion of this form does not relieve the *control affiliate* of its obligation to update its CRD records.

| **PART II** |
| --- |

1. Regulatory Action initiated by:

   ○ **SEC** ○ **Other Federal** ○ **State** ○ **SRO** ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)

2. Principal Sanction:

   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):

   ○ **Exact**   ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:

   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

8. Current status ? ○ **Pending**   ○ **On Appeal**   ○ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:

11. Resolution Date (MM/DD/YYYY):

    ○ **Exact**   ○ **Explanation**
    If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☐**Monetary/Fine**　　　　　　　　**Amount: $**

☐**Revocation/Expulsion/Denial**　　☐**Disgorgement/Restitution**

☐**Censure**　　　　　　　　　　　☐**Cease and Desist/Injunction**

☐**Bar**　　　　　　　　　　　　　☐**Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:

---

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○**INITIAL OR** ⊙**AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☑**11C(1)** | ☑**11C(5)** | ☐**11D(4)** | ☐**11E(3)** |
| ☑**11C(2)** | ☐**11D(1)** | ☐**11D(5)** | ☐**11E(4)** |
| ☐**11C(3)** | ☐**11D(2)** | ☐**11E(1)** | ☐**11F** |
| ☑**11C(4)** | ☐**11D(3)** | ☐**11E(2)** | ☐**11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

| PART I |
|---|

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

　○ **The *Applicant***

○ *Applicant* and one or more *control affiliates*

◉ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

| BD DRP - *Control Affiliate* | | |
|---|---|---|
| **Control Affiliate Name** | **CRD#** | **Registered** |
| FOUNDERS ASSET MANAGEMENT LLC | 44645 | Y |

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

◉ Yes ○ No

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

| PART II |
|---|

1. Regulatory Action initiated by:
○SEC ○Other Federal ○State ○SRO ○Foreign
(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)

2. Principal Sanction:

   Other Sanctions:

3. Date Initiated (MM/DD/YYYY):
   ○Exact ○Explanation
   If not exact, provide explanation:

4. Docket/Case Number:

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:

   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

8. Current status? ○ **Pending**    ○ **On Appeal**    ○ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:

11. Resolution Date (MM/DD/YYYY):

　　　○ **Exact**    ○ **Explanation**

　　　If not exact, provide explanation:

12. **Resolution Detail:**

　　A. Were any of the following Sanctions Ordered? (Check all appropriate items):

　　☐ **Monetary/Fine**　　　　　　　　　　**Amount: $**

　　☐ **Revocation/Expulsion/Denial**　　☐ **Disgorgement/Restitution**

　　☐ **Censure**　　　　　　　　　　　　☐ **Cease and Desist/Injunction**

　　☐ **Bar**　　　　　　　　　　　　　　☐ **Suspension**

　　B. Other Sanctions Ordered:

　　C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ◉ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

**Regulatory Action**

| | | | |
|---|---|---|---|
| ☐ 11C(1) | ☑ 11C(5) | ☐ 11D(4) | ☐ 11E(3) |
| ☑ 11C(2) | ☐ 11D(1) | ☐ 11D(5) | ☐ 11E(4) |
| ☐ 11C(3) | ☐ 11D(2) | ☐ 11E(1) | ☐ 11F |
| ☑ 11C(4) | ☐ 11D(3) | ☐ 11E(2) | ☐ 11G |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization not registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

## PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

- ○ **The *Applicant***
- ○ ***Applicant*** and one or more ***control affiliates***
- ◉ **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

| BD DRP - *Control Affiliate* | | |
|---|---|---|
| **Control Affiliate Name** | **CRD#** | **Registered** |
| CIBC MELLON TRUST COMPANY | | N |

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ Yes ◉ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

## PART II

1. Regulatory Action initiated by:

◉ **SEC** ○ **Other Federal** ○ **State** ○ **SRO** ○ **Foreign**
(Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
UNITED STATES SECURITIES AND EXCHANGE COMMISSION ("SEC")

2. Principal Sanction:
Censure
Other Sanctions:
UNDERTAKING TO ENGAGE AN INDEPENDENT CONSULTANT TO REVIEW ITS TRANSFER AGENT
BUSINESS AS IT RELATES TO COMPANIES WITH U.S.-REGISTERED SECURITIES, ITS STOCK

PLAN ADMINISTRATION BUSINESS AS IT RELATES TO U.S. INVESTORS, AND ITS RELEVANT POLICIES AND PROCEDURES. IN A RELATED SEC CIVIL INJUNCTIVE ACTION, CMTC AGREED TO THE ENTRY OF AN INJUNCTION AND TO PAY A CIVIL MONETARY PENALTY AND DISGORGEMENT.

3. Date Initiated (MM/DD/YYYY):

03/02/2005 ⊗ **Exact**    ○ **Explanation**

If not exact, provide explanation:

4. Docket/Case Number:
ADMIN. PROC. NO. 3-11839

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):
CIBC MELLON TRUST COMPANY

6. Principal Product Type:
Other
Other Product Types:
TRANSFER AGENT SERVICES AND STOCK PLAN ADMINISTRATION SERVICES.

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

SEC, REFERRING TO A RELATED INJUNCTIVE ACTION COMMENCED AND SIMULTANEOUSLY SETTLED, ALLEGED THAT A FINAL JUDGMENT WAS ENTERED BY CONSENT AGAINST CMTC (AN ENTITY THAT IS 50% OWNED BY MELLON CANADA HOLDING COMPANY) IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA PERMANENTLY ENJOINING CMTC FOR FUTURE VIOLATIONS OF SECURITIES ACT SECTION 5, EXCHANGE ACT SECTION 10(B) AND RULE 10B-5, EXCHANGE ACT SECTION 15(A), EXCHANGE ACT SECTION 17A(C)(1), AND FROM AIDING AND ABETTING FUTURE VIOLATIONS OF EXCHANGE ACT SECTION 10(B) OR RULE 10B-5. THE SEC COMPLAINT CONTAINED ALLEGATIONS THAT CMTC HAD FAILED TO REGISTER AS A TRANSFER AGENT WITH THE SEC, THAT IT HAD ISSUED "LEGEND FREE" STOCK CERTIFICATES OF A COMPANY WHOSE SHARES WERE NOT REGISTERED WITH THE SEC, THAT ONE OF ITS MANAGERS HAD ACCEPTED PAYMENTS OF STOCK FROM THAT COMPANY'S OFFICERS TO ISSUE THE CERTIFICATES, AND THAT IT HAD ACTED AS AN UNREGISTERED BROKER OR DEALER IN CONNECTION WITH ITS STOCK PLAN ADMINISTRATION BUSINESS.

8. Current status ? ○ **Pending**    ○ **On Appeal**    ⊗ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Settled

11. Resolution Date (MM/DD/YYYY):

03/02/2005 ⊗ **Exact**    ○ **Explanation**

If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☐**Monetary/Fine**                    **Amount: $**
☐**Revocation/Expulsion/Denial**      ☐**Disgorgement/Restitution**
☑**Censure**                          ☐**Cease and Desist/Injunction**
☐**Bar**                              ☐**Suspension**

B. Other Sanctions Ordered:
UNDERTAKING TO ENGAGE AN INDEPENDENT CONSULTANT TO REVIEW ITS TRANSFER AGENT BUSINESS AS IT RELATES TO COMPANIES WITH U.S.-REGISTERED SECURITIES, ITS STOCK PLAN ADMINISTRATION BUSINESS AS IT RELATES TO U.S. INVESTORS, AND ITS RELEVANT POLICIES AND PROCEDURES. IN A RELATED SEC CIVIL INJUNCTIVE ACTION, CMTC AGREED TO THE ENTRY OF AN INJUNCTION AND TO PAY A CIVIL MONETARY PENALTY AND DISGORGEMENT.

C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
CMTC AGREED TO THE ENTRY OF AN SEC ADMINISTRATIVE ORDER CENSURING IT AND TO AN UNDERTAKING TO ENGAGE AN INDEPENDENT CONSULTANT TO REVIEW ITS TRANSFER AGENT BUSINESS AS IT RELATES TO COMPANIES' U.S.-REGISTERED SECURITIES, ITS STOCK PLAN ADMINISTRATION BUSINESS AS IT RELATES TO U.S. INVESTORS, AND ITS RELEVANT POLICIES AND PROCEDURES. IN THE PREDICATE SEC CIVIL INJUNCTIVE ACTION, CMTC AGREED TO THE ENTRY OF A PERMANENT INJUNCTION AND TO PAY A CIVIL MONETARY PENALTY OF $5 MILLION AND DISGORGEMENT OF $889,773. AND PREJUDGMENT INTEREST OF $140,270. CMTC MADE PAYMENT ON MARCH 4, 2005.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)
ON JANUARY 14, 2005, CMTC (AN ENTITY THAT IS 50 PERCENT OWNED BY MELLON CANADA HOLDING COMPANY) SUBMITTED AN OFFER OF SETTLEMENT TO THE SEC WHICH WAS ACCEPTED ON MARCH 2, 2005. IN THE OFFER, AND SOLELY FOR THE PURPOSE OF THE ADMINISTRATIVE PROCEEDING AND ANY OTHER PROCEEDINGS ARISING OUT OF THE SEC'S INVESTIGATION BROUGHT BY OR ON BEHALF OF THE SEC OR TO WHICH THE SEC IS A PARTY, CMTC CONSENTED TO FINDINGS THAT CMTC HAD CONSENTED TO THE ENTRY OF A FINAL JUDGMENT IN FEDERAL DISTRICT COURT ON FEBRUARY 24, 2005 RESOLVING SEC ALLEGATIONS THAT CMTC HAD VIOLATED CERTAIN PROVISIONS OF THE FEDERAL SECURITIES LAWS AS SET FORTH IN ITEM 7 ABOVE. CMTC AGREED TO THE ENTRY OF AN SEC ADMINISTRATIVE ORDER CENSURING IT AND REQUIRING IT TO ENGAGE AN INDEPENDENT CONSULTANT TO REVIEW ITS RELEVANT PROCEDURES. IN THE PREDICATE SEC INJUNCTIVE ACTION, CMTC AGREED TO THE ENTRY OF A PERMANENT INJUNCTION AND TO PAY A CIVIL MONETARY PENALTY AND DISGORGEMENT.

This Disclosure Reporting Page (DRP BD) is an ☐**INITIAL OR** ☑**AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

**Regulatory Action**

| ☐11C(1) | ☐11C(5) | ☐11D(4) | ☐11E(3) |
| ☐11C(2) | ☐11D(1) | ☐11D(5) | ☐11E(4) |
| ☐11C(3) | ☐11D(2) | ☐11E(1) | ☐11F |

☐11C(4)         ☐11D(3)         ☑11E(2)         ☐11G

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

## PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

○  **The *Applicant***

○  ***Applicant*** and one or more *control affiliates*

◉  **One or more *control affiliates***

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

### BD DRP - *Control Affiliate*

| Control Affiliate Name | CRD# | Registered |
|---|---|---|
| LIQUIDPOINT, LLC | 47658 | Y |

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

◉ Yes ○ No

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

## PART II

1.  Regulatory Action initiated by:
    ○ **SEC**  ○ **Other Federal**  ○ **State**  ○ **SRO**  ○ **Foreign**
    (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)

2.  Principal Sanction:

    Other Sanctions:

3.  Date Initiated (MM/DD/YYYY):

    ○ **Exact**    ○ **Explanation**

    If not exact, provide explanation:

4.  Docket/Case Number:

5.  *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6.  Principal Product Type:

    Other Product Types:

7.  Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

8.  Current status ? ○ **Pending**    ○ **On Appeal**    ○ **Final**

9.  If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10.  How was matter resolved:

11.  Resolution Date (MM/DD/YYYY):

    ○ **Exact**    ○ **Explanation**

    If not exact, provide explanation:

12.  **Resolution Detail:**

    A.  Were any of the following Sanctions Ordered? (Check all appropriate items):

    ☐ **Monetary/Fine**              **Amount: $**

    ☐ **Revocation/Expulsion/Denial**    ☐ **Disgorgement/Restitution**

    ☐ **Censure**                   ☐ **Cease and Desist/Injunction**

    ☐ **Bar**                       ☐ **Suspension**

    B.  Other Sanctions Ordered:

    C.  Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied.

If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ◉ **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11C(5)** | ☑ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☑ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☑ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the Items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

  ○ The *Applicant*

  ○ *Applicant* and one or more *control affiliates*

  ◉ One or more *control affiliates*

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

**BD DRP - Control Affiliate**

| Control Affiliate Name | CRD# | Registered |
|---|---|---|
| BNY MELLON CAPITAL MARKETS, LLC | 17454 | Y |

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

   ⊙ **Yes** ○ **No**

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

| **PART II** |
| --- |

1. Regulatory Action initiated by:

   ○ **SEC** ○ **Other Federal** ○ **State** ○ *SRO* ○ **Foreign**
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)

2. Principal Sanction:

   Other Sanctions:

3. Date initiated (MM/DD/YYYY):

   ○ **Exact** ○ **Explanation**
   If not exact, provide explanation:

4. Docket/Case Number:

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:

   Other Product Types:

7. Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

8. Current status ? ○ **Pending** ○ **On Appeal** ○ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:

11. Resolution Date (MM/DD/YYYY):

○ **Exact**  ○ **Explanation**
If not exact, provide explanation:

---

**12. Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☐ **Monetary/Fine**               **Amount: $**

☐ **Revocation/Expulsion/Denial**      ☐ **Disgorgement/Restitution**

☐ **Censure**                  ☐ **Cease and Desist/Injunction**

☐ **Bar**                    ☐ **Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: If suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:

---

**13.** Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)

---

This Disclosure Reporting Page (DRP BD) is an ○ **INITIAL OR** ● **AMENDED** response used to report details for affirmative responses to *Items 11C, 11D, 11E, 11F or 11G* of Form BD;

**Check item(s) being responded to:**

### Regulatory Action

| | | | |
|---|---|---|---|
| ☐ **11C(1)** | ☐ **11D(1)** | ☐ **11D(4)** | ☐ **11E(3)** |
| ☐ **11C(2)** | ☐ **11D(1)** | ☐ **11D(5)** | ☐ **11E(4)** |
| ☐ **11C(3)** | ☐ **11D(2)** | ☐ **11E(1)** | ☐ **11F** |
| ☐ **11C(4)** | ☐ **11D(3)** | ☑ **11E(2)** | ☐ **11G** |

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Items 11C, 11D, 11E, 11F or 11G. Use only one DRP to report details related to the same event. If an event gives rise to actions by more than one regulator, provide details to each action on a separate DRP.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the

*control affiliate* of its obligation to update its CRD records.

## PART I

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

- ◉ **The *Applicant***

- ○ ***Applicant* and one or more *control affiliates***

- ○ **One or more *control affiliates***

---

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

---

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ Yes ○ No

---

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

## PART II

1. Regulatory Action initiated by:

   ○SEC ○Other Federal ○State ◉SRO ○Foreign
   (Full name of regulator, *foreign financial regulatory authority*, federal, state, or *SRO*)
   FINANCIAL INDUSTRY REGULATORY AUTHORITY ("FINRA")

2. Principal Sanction:
   Censure
   Other Sanctions:
   FINE IN THE AMOUNT OF $95,000.

3. Date Initiated (MM/DD/YYYY):

   02/26/2008 ◉Exact ○Explanation
   If not exact, provide explanation:

4. Docket/Case Number:
   CASE NO. 2007009522001

5. *Control Affiliate* Employing Firm when activity occurred which led to the regulatory action (if applicable):

6. Principal Product Type:
   Other
   Other Product Types:

7. .Describe the allegations related to this regulatory action. (The information must fit within the space provided.)

PERSHING LLC CONSENTED TO AN ACCEPTANCE, WAIVER & CONSENT (AWC), WITHOUT ADMITTING OR DENYING THE FINDINGS, RELATING TO THE FIRM'S FAILURE TO SUBMIT FINGERPRINTS OF APPROXIMATELY 159 TEMPORARY EMPLOYEES WHO WERE WORKING FOR THE FIRM AS OF MARCH 2007 FOR A BACKGROUND CHECK TO THE FEDERAL BUREAU OF INVESTIGATION (FBI) VIA THE NASD.

8. Current status ? ○ **Pending** ○ **On Appeal** ◉ **Final**

9. If on appeal, regulatory action appealed to: (SEC, *SRO*, Federal or State Court) and Date Appeal Filed:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 13 only.**

10. How was matter resolved:
Acceptance, Waiver & Consent(AWC)

11. Resolution Date (MM/DD/YYYY):
02/26/2008 ◉ **Exact** ○ **Explanation**
If not exact, provide explanation:

12. **Resolution Detail:**

A. Were any of the following Sanctions Ordered? (Check all appropriate items):

☑ **Monetary/Fine**                  Amount: $ 95,000.00

☐ **Revocation/Expulsion/Denial**    ☐ **Disgorgement/Restitution**

☑ **Censure**                        ☐ **Cease and Desist/Injunction**

☐ **Bar**                            ☐ **Suspension**

B. Other Sanctions Ordered:

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
CENSURE AND FINE IN THE AMOUNT OF $95,000.

13. Provide a brief summary of details related to the action status and (or) disposition and include relevant terms, conditions and dates. (The information must fit within the space provided.)
THE AWC ALLEGES THAT PERSHING LLC VIOLATED ARTICLE III, SECTION 3(B) OF FINRA'S BY-LAWS AND NASD RULE 2110 BY HAVING PERSONS ASSOCIATED WITH IT THAT THE FIRM SHOULD HAVE KNOWN WERE SUBJECT TO STATUTORY DISQUALIFICATION (SD), NYSE RULE 351(A)(9) BY FAILING TO PROMPTLY REPORT ITS ASSOCIATION WITH PERSONS SUBJECT TO SD, AND NASD RULES 3010 AND 2110 IN THAT THE FIRM FAILED TO ESTABLISH, MAINTAIN AND ENFORCE WRITTEN PROCEDURES WITH RESPECT TO ITS HIRING OF CERTAIN TEMPORARY WORKERS.

**BD - CIVIL JUDICIAL DRP**

This Disclosure Reporting Page (DRP BD) is an ○**INITIAL OR** ⊙**AMENDED** response used to report details for affirmative responses to *Item 11H* of Form BD;

**Check item(s) being responded to:**

### Civil Judicial

☑**11H(1)(a)**        ☑**11H(1)(b)**        ☐**11H(1)(c)**        ☐**11H(2)**

Use a separate DRP for each event or *proceeding*. An event or *proceeding* may be reported for more than one *person* or entity using one DRP. File with a completed Execution Page.

One event may result in more than one affirmative answer to Item 11H. Use only one DRP to report details related to the same event. Unrelated civil judicial actions must be reported on separate DRPs.

It is not a requirement that documents be provided for each event or *proceeding*. Should they be provided, they will not be accepted as disclosure in lieu of answering the questions on this DRP.

If a *control affiliate* is an individual or organization registered through the CRD, such *control affiliate* need only complete Part I of the *applicant's* appropriate DRP (BD). Details of the event must be submitted on the *control affiliate's* appropriate DRP (BD) or DRP (U4). If a *control affiliate* is an individual or organization <u>not</u> registered through the CRD, provide complete answers to all the items on the *applicant's* appropriate DRP (BD). The completion of this DRP does not relieve the *control affiliate* of its obligation to update its CRD records.

**PART I**

A. The *person(s)* or entity(ies) for whom this DRP is being filed is (are):

○  The *Applicant*

○  *Applicant* and one or more *control affiliates*

⊙  One or more *control affiliates*

If this DRP is being filed for a *control affiliate*, give the full name of the *control affiliate* below (for individuals, Last name, First name, Middle name).
If the *control affiliate* is registered with the CRD, provide the CRD number. If not, indicate "non-registered" by checking the appropriate checkbox.

**BD DRP - *Control Affiliate***

| Control Affiliate Name | CRD# | Registered |
|---|---|---|
| CIBC MELLON TRUST COMPANY | | N |

☐ **This DRP should be removed from the BD record because the *control affiliate(s)* are no longer associated with the BD.**

B. If the *control affiliate* is registered through the CRD, has the *control affiliate* submitted a DRP (with Form U4) or BD DRP to the CRD System for the event? If the answer is "Yes," no other information on this DRP must be provided.

○ Yes ⊙ No

**NOTE:** The completion of this form does <u>not</u> relieve the *control affiliate* of its obligation to update its CRD records.

**PART II**

1. Court Action initiated by: (Name of regulator, *foreign financial regulatory authority, SRO,* commodities exchange, agency, firm, private plaintiff, etc.)
UNITED STATES SECURITIES AND EXCHANGE COMMISSION ("SEC")

2. Principal Relief Sought:
Injunction
Other Relief Sought:
CIVIL MONETARY PENALTY; DISGORGEMENT. IN A RELATED SEC ADMINISTRATIVE PROCEEDING, CMTC AGREED TO AN ORDER CENSURING THE FIRM AND AN UNDERTAKING TO ENGAGE AN INDEPENDENT CONSULTANT TO REVIEW ITS RELEVANT BUSINESSES AND PROCEDURES.

3. Filing Date of Court Action (MM/DD/YYYY):
02/24/2005  ⊙ **Exact**  ○ **Explanation**
If not exact, provide explanation:

4. Principal Product Type:
Other
Other Product Types:
TRANSFER AGENT SERVICES AND STOCK PLAN ADMINISTRATION SERVICES.

5. Formal Action was brought in (include name of Federal, State or Foreign Court, Location of Court - City or County <u>and</u> State or Country, Docket/Case Number):
U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA; WASHINGTON, D.C.; DOCKET NO. 1:05CV00333(PLF)

6. *Control Affiliate* Employing Firm when activity occurred which led to the civil judicial action (if applicable):

7. Describe the allegations related to this civil action. (The information must fit within the space provided.)
SEC ALLEGED VIOLATIONS OF SECURITIES ACT SECTION 5, EXCHANGE ACT SECTION 10(B) AND RULE 10B-5, EXCHANGE ACT SECTION 15(A), EXCHANGE ACT SECTION 17A(C)(1), AND FROM AIDING AND ABETTING VIOLATIONS OF EXCHANGE ACT SECTION 10(B) AND RULE 10B-5. SEC ALLEGED THAT CMTC (AN ENTITY THAT IS 50% OWNED BY MELLON CANADA HOLDING COMPANY) HAD FAILED TO REGISTER AS A TRANSFER AGENT WITH THE SEC, THAT IT HAD ISSUED "LEGEND FREE" STOCK CERTIFICATES OF A COMPANY WHOSE SHARES WERE NOT REGISTERED WITH THE SEC, THAT ONE OF ITS MANAGERS HAD ACCEPTED PAYMENTS OF STOCK FROM THE COMPANY'S OFFICERS TO ISSUE THE CERTIFICATES, AND THAT IT HAD ACTED AS AN UNREGISTERED BROKER OR DEALER IN CONNECTION WITH ITS STOCK PLAN ADMINISTRATION BUSINESS.

8. Current Status?  ○ **Pending**  ○ **On Appeal**  ⊙ **Final**

9. If on appeal, action appealed to (provide name of court): Date Appeal Filed (MM/DD/YYYY):

10. If pending, date notice/process was served (MM/DD/YYYY):
○ **Exact**  ○ **Explanation**
If not exact, provide explanation:

**If Final or On Appeal, complete all items below. For Pending Actions, complete Item 14 only.**

11. How was matter resolved:
Consent

12. Resolution Date (MM/DD/YYYY):

02/24/2005  ⊙Exact  ○Explanation

If not exact, provide explanation:

13. **Resolution Detail:**

A. Were any of the following Sanctions Ordered or Relief Granted? (Check appropriate Items):

☒**Monetary/Fine**          **Amount: $ 5,000,000.00**

☐**Revocation/Expulsion/Denial**    ☒**Disgorgement/Restitution**

☐**Censure**                ☒**Cease and Desist/Injunction**

☐**Bar**                   ☐**Suspension**

B. Other Sanctions:
IN A RELATED SEC ADMINISTRATIVE PROCEEDING, CMTC AGREED TO AN ORDER CENSURING THE FIRM AND TO AN UNDERTAKING TO ENGAGE AN INDEPENDENT CONSULTANT TO REVIEW ITS RELEVANT BUSINESSES AND PROCEDURES.

C. Sanction detail: if suspended, *enjoined* or barred, provide duration including start date and capacities affected (General Securities Principal, Financial Operations Principal, etc.). If requalification by exam/retraining was a condition of the sanction, provide length of time given to requalify/retrain, type of exam required and whether condition has been satisfied. If disposition resulted in a fine, penalty, restitution, disgorgement or monetary compensation, provide total amount, portion levied against *applicant* or *control affiliate*, date paid and if any portion of penalty was waived:
CMTC WAS PERMANENTLY ENJOINED FORM PRESCRIBED VIOLATIONS OF SECURITIES ACT SECTION 5, EXCHANGE ACT SECTION 10(B) AND RULE 10B-5, EXCHANGE ACT SECTION 15 (A), EXCHANGE ACT SECTION 17A(C)(1), AND FROM AIDING AND ABETTING FUTURE VIOLATIONS OF EXCHANGE ACT SECTION 10(B) OR RULE 10B-5. CMTC AGREED TO PAY A CIVIL MONETARY PENALTY OF $5 MILLION AND DISGORGEMENT OF $889,773. AND PREJUDGMENT INTEREST OF $140,270. PAYMENT WAS MADE ON MARCH 4, 2005.

14. Provide a brief summary of circumstances related to action(s), allegation(s), disposition(s) and/or finding(s) disclosed above. (The Information must fit within the space provided.)
ON JANUARY 14, 2005, CMTC (AN ENTITY THAT IS 50 PERCENT OWNED BY MELLON CANADA HOLDING COMPANY) SUBMITTED A CONSENT TO ENTRY OF JUDGMENT (THE "CONSENT") WHICH WAS PRESENTED BY THE SEC IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA (THE "COURT") ON FEBRUARY 16, 2005. IN THE CONSENT, AND SOLELY FOR THE PURPOSE OF INJUNCTIVE ACTION AND ANY OTHER PROCEEDINGS ARISING OUT OF THE SEC'S INVESTIGATION BROUGHT BY OR ON BEHALF OF THE SEC, OR TO WHICH THE SEC IS A PARTY, CMTC CONSENTED TO THE ENTRY OF FINAL JUDGMENT AS TO DEFENDANT CMTC (THE "FINAL JUDGMENT") WITHOUT ADMITTING OR DENYING THE MATTERS SET FORTH THEREIN (OTHER THAN THOSE RELATING TO THE JURISDICTION OF THE COURT AND THE SUBJECT MATTER OF THE ACTION). THE FINAL JUDGMENT RESOLVED THE ALLEGATIONS SET FORTH IN A COMPLAINT FILED BY THE SEC, DESCRIBED IN ITEM 7 ABOVE. THE COURT ENTERED THE FINAL JUDGMENT ON FEBRUARY 24, 2005. IN ADDITION TO THE PAYMENT OF A CIVIL MONETARY PENALTY AND DISGORGEMENT, CMTC CONSENTED TO THE ENTRY OF AN SEC ADMINISTRATIVE ORDER BASED ON THE FINAL JUDGMENT THAT CENSURED IT AND TO AN UNDERTAKING TO ENGAGE AN INDEPENDENT CONSULTANT TO REVIEW ITS RELEVANT BUSINESSES AND PROCEDURES.

| **BD – BANKRUPTCY DRP** |
| --- |
| No Information Filed |

| **BD – BOND DRP** |
| No Information Filed |
| **BD – JUDGMENT LIEN DRP** |
| No Information Filed |

# Your Business Without Limits™

## From the Desk of Rich Brueckner and Brian Shea

Inside the new www.pershing.com
We invite you to explore our new web site to learn more about the resources available at Pershing. We are confident that our expertise, consultative approach, and long-standing track record of success will help you grow your business without limits.

READ MORE NEWS ITEMS»

## For the Investment Professional



Pershing's NetExchange Pro®
Ranked Number One
In a recent study by Aite Group, Pershing's premiere online brokerage platform, NetExchange Pro®, emerged as the clear leader in all four categories: core functionality, service, integration capabilities, and usability.

▲ LAUNCH THE DEMO»

## Pershing In The Community



Community Service Matters
Pershing and its diverse team of talented professionals are committed to assisting our local communities.

PERSHING'S PHILANTHROPY EFFORTS»

**FINRA Disclosure**

## Ideas Without Limits℠

Ideas Without Limits℠ provides financial services firms and their investment professionals with strategic insights, ideas, and best practices delivered through independent studies and white papers.



The Broker-Dealer of the Future
Provides broker-dealers and investment professionals with insights on emerging products and industry trends that will drive the evolution of the brokerage business.

Fast Forward: The Advisor of the Future
Helps advisors understand the opportunities and challenges around predicting future growth, finding talent, and suggestions to capture additional market share.

VIEW ALL IDEAS WITHOUT LIMITS»

  

© 2008 Pershing LLC. All rights reserved. Pershing LLC is a subsidiary of The Bank of New York Mellon Corporation.
Pershing LLC, member FINRA, NYSE, SIPC. Trademarks belong to their respective owners. For professional use only.

# FORM BD
# UNIFORM APPLICATION FOR BROKER-DEALER REGISTRATION

| Primary Business Name: CROCKER SECURITIES LLC | BD Number: 119523 |
|---|---|

**BD – AMENDMENT**
**12/11/2007**

## BD – APPLICANT INFORMATION

OMB Number ...............................................3235-0012

Expires.......................................September 30, 2007
Estimated average burden hours per:
Response.......................................................2.75
Amendment....................................................0.33

**WARNING:** Failure to keep this form current and to file accurate supplementary information on a timely basis, or the failure to keep accurate books and records or otherwise to comply with the provisions of law applying to the conduct of business as a broker-dealer would violate the Federal securities laws and the laws of the *jurisdictions* and may result in disciplinary, administrative, injunctive or criminal action.
**INTENTIONAL MISSTATEMENTS OR OMISSIONS OF FACTS MAY CONSTITUTE CRIMINAL VIOLATIONS.**

## ○ APPLICATION ● AMENDMENT

1. Exact name, principal business address, mailing address, if different, and telephone number of *applicant*:

   A. **Full name of *applicant*** (if sole proprietor, state last, first and middle name):
   CROCKER SECURITIES LLC

   B. **IRS Empl. Ident. No.:**
   01-0571410

   C. (1) Name under which broker-dealer business primarily is conducted, if different from Item 1A.
   CROCKER SECURITIES LLC

   (2) List on Schedule D, Page 1, Section I, Other Business Names any other name by which the firm conducts business and where it is used.

   D. If this filing makes a name change on behalf of the *applicant*, enter the new name and specify whether the name change is of the
   ☐ *applicant* name (1A) or ☐ business name (1C):
   *Please check above.*

   E. **Firm main address:** (Do not use a P.O. Box)

   | Number and Street 1: | Number and Street 2: |
   |---|---|
   | 2999 OAK ROAD | SUITE 1010 |

   | City: | State: | Country: | Zip/Postal Code: |
   |---|---|---|---|
   | WALNUT CREEK | California | USA | 94597 |

   F. **Mailing Address, if different:**

   | Number and Street 1: | Number and Street 2: |
   |---|---|
   | 2999 OAK ROAD | SUITE 1010 |

   | City: | State: | Country: | Zip/Postal Code: |
   |---|---|---|---|
   | WALNUT CREEK | California | USA | 94597 |

   G. **Business Telephone Number:**
   925-941-1541

   H. **Contact Employee:**

| Name:<br>KEVIN MARTIN | Title:<br>MEMBER | Telephone Number:<br>916-941-8916 |
|---|---|---|

## BD – EXECUTION

**EXECUTION:**
For the purposes of complying with the laws of the State(s) designated in Item 2 relating to either the offer or sale of securities or commodities, the undersigned and *applicant* hereby certify that the *applicant* is in compliance with applicable state surety bonding requirements and irrevocably appoint the administrator of each of those State(s) or such other person designated by law, and the successors in such office, attorney for the *applicant* in said State(s), upon whom may be served any notice, process, or pleading in any action or *proceeding* against the *applicant* arising out of or in connection with the offer or sale of securities or commodities, or out of the violation or alleged violation of the laws of those State(s), and the *applicant* hereby consents that any such action or *proceeding* against the *applicant* may be commenced in any court of competent jurisdiction and proper venue within said State(s) by service of process upon said appointee with the same effect as if *applicant* were a resident in said State(s) and had lawfully been served with process in said State (s).

The *applicant* consents that service of any civil action brought by or notice of any *proceeding* before the Securities and Exchange Commission or any *self-regulatory organization* in connection with the *applicant's* broker-dealer activities, or of any application for a protective decree filed by the Securities Investor Protection Corporation, may be given by registered or certified mail or confirmed telegram to the *applicant's* contact employee at the main address, or mailing address if different, given in Items 1E and 1F.

The undersigned, being first duly sworn, deposes and says that he/she has executed this form on behalf of, and with the authority of, said *applicant*. The undersigned and *applicant* represent that the information and statements contained herein, including exhibits attached hereto, and other information filed herewith, all of which are made a part hereof, are current, true and complete. The undersigned and *applicant* further represent that to the extent any information previously submitted is not amended such information is currently accurate and complete.

| Date MM/DD/YYYY<br>12/10/2007 | Name of Applicant<br>CROCKER SECURITIES LLC |
|---|---|
| Authorized Signatory<br>LISA MELLO | Title<br>MANAGING MEMBER |

Subscribed and sworn before me this _____ day of _____, _____ by
                                                                    Year

_____

Notary Public

My commission expires _____ County of _____ State of _____

## BD – SECURITIES AND EXCHANGE COMMISSION

2. Indicate by checking the appropriate box(es) each governmental authority, organization, or *jurisdiction* in which the *applicant* is registered or registering as a broker-dealer.     ☑

If *applicant* is registered or registering with the SEC, check here and answer Items 2A through 2D below.

                                                                                    **YES  NO**

A. Is *applicant* registered or registering as a broker-dealer under Section 15(b) or Section 15B of the Securities Exchange Act of 1934?     ◉  ○

B. Is *applicant* registered or registering as a broker-dealer under Section 15(b) of the Securities Exchange Act of 1934 and also acting or intending to act as a government securities broker or dealer?      ◉ ○

C. Is *applicant* registered or registering solely as a government securities broker or dealer under Section 15C of the Securities Exchange Act of 1934?      ○ ◉

   *Do not answer "yes" to Item 2C if applicant answered "yes" to Item 2A or Item 2B.*

D. Is *applicant* ceasing its activities as a government securities broker or dealer?      ○ ◉

*If applicant answers "yes" to Items 2A and 2D, applicant expressly consents to the withdrawal of its registration as a government securities broker or dealer under Section 15C of the Securities Exchange Act of 1934. See "Instructions."*

## SECURITY FUTURES PRODUCTS ACTIVITIES

(Note: The field below is reserved exclusively for the reporting of single stock futures activities by registered broker-dealers. This field cannot be utilized until the SEC approves rules relating to the form and content of such reporting.)

## BD – SRO / JURISDICTION

## BD – SELF REGULATORY ORGANIZATIONS

| ☐ AMEX | ☐ BSE | ☐ CBOE | ☐ CHX | ☐ NSX | ☑ NASD | ☐ NqLX | ☐ NQX | ☐ NYSE | ☐ PHLX | ☐ ARCA | ☐ ISE |
|---|---|---|---|---|---|---|---|---|---|---|---|

## BD – JURISDICTION

| | | | |
|---|---|---|---|
| ☑ Alabama | ☑ Illinois | ☐ Montana | ☑ Puerto Rico |
| ☐ Alaska | ☑ Indiana | ☐ Nebraska | ☐ Rhode Island |
| ☑ Arizona | ☑ Iowa | ☑ Nevada | ☑ South Carolina |
| ☐ Arkansas | ☐ Kansas | ☐ New Hampshire | ☐ South Dakota |
| ☑ California | ☐ Kentucky | ☑ New Jersey | ☐ Tennessee |
| ☑ Colorado | ☑ Louisiana | ☐ New Mexico | ☑ Texas |
| ☑ Connecticut | ☐ Maine | ☑ New York | ☐ Utah |
| ☐ Delaware | ☐ Maryland | ☑ North Carolina | ☐ Vermont |
| ☑ District of Columbia | ☑ Massachusetts | ☐ North Dakota | ☐ Virgin Islands |
| ☑ Florida | ☑ Michigan | ☑ Ohio | ☑ Virginia |
| ☑ Georgia | ☑ Minnesota | ☑ Oklahoma | ☑ Washington |
| ☐ Hawaii | ☑ Mississippi | ☑ Oregon | ☐ West Virginia |
| ☑ Idaho | ☐ Missouri | ☑ Pennsylvania | ☑ Wisconsin |
| | | | ☑ Wyoming |

## BD – LEGAL STATUS

3. A. Indicate legal status of *applicant*:

   ○ **Corporation**   ○ **Sole Proprietorship**      ○ **Other (specify)**

   ○ **Partnership**   ◉ **Limited Liability Company**

  B. Month *applicant's* fiscal year ends:
     DECEMBER

C. If other than a sole proprietor, indicate date and place *applicant* obtained its legal status (i.e., state or country where incorporated, where partnership agreement was filed, or where *applicant* entity was formed):

**State of formation:**     **Country of formation:**     **Date of formation:** MM/DD/YYYY
**California**                                                                   01/04/2002

*Schedule A, Direct Owners and Executive Officers Section and, if applicable, Schedule B, Indirect Owners Section must be completed as part of all initial applications. Amendments to these schedules must be provided on Schedule C.*

4. If *applicant* is a sole proprietor, state full residence address and Social Security Number.

**Social Security Number:**
**Number and Street 1:**          **Number and Street 2:**

**City:**                              **State:**     **Country:**     **Zip/Postal Code:**

## BD - SUCCESSION

|  |  | YES | NO |
|---|---|---|---|
| 5. Is *applicant* at the time of this filing *succeeding* to the business of a currently registered broker-dealer? |  | ○ | ◉ |

*Do not report previous successions already reported on Form BD.*

*If "Yes," contact CRD prior to submitting form; complete appropriate items on Schedule D, Page 1, Section III.*

## BD - ARRANGEMENTS

|  | Yes | No |
|---|---|---|
| 6. Does *applicant* hold or maintain any funds or securities or provide clearing services for any other broker or dealer? | ○ | ◉ |
| 7. Does *applicant* refer or introduce customers to any other broker or dealer? | ◉ | ○ |

*If "yes," complete appropriate items on Schedule D, Page 1, Section IV, Arrangement Detail.*

8. Does *applicant* have any arrangement with any other *person*, firm, or organization under which:

| | Yes | No |
|---|---|---|
| A. any books or records of *applicant* are kept or maintained by such other *person*, firm or organization? | ◉ | ○ |
| B. accounts, funds, or securities of the *applicant* are held or maintained by such other *person*, firm, or organization? | ◉ | ○ |
| C. accounts, funds, or securities of customers of the *applicant* are held or maintained by such other *person*, firm, or organization? | ◉ | ○ |

*For purposes of 8B and 8C, do not include a bank or satisfactory control location as defined in paragraph(c) of Rule 15c3-3 under the Securities Exchange Act of 1934 (17 CFR 240. 15c3-3).*

*If "Yes" to any part of Item 8, complete appropriate items on Schedule D, Page 1, Section IV, Arrangement Detail.*

9. Does any *person* not named in Item 1 or Schedules A, B, or C, directly or indirectly:

A. *control* the management or policies of the *applicant* through agreement or otherwise?     ○ ◉

B. wholly or partially finance the business of *applicant*?     ○ ◉

> *Do not answer "yes" to 9B if the person finances the business of the applicant through: 1) a public offering of securities made pursuant to the Securities Act of 1933; 2) credit extended in the ordinary course of business by suppliers, banks, and others; or 3) a satisfactory subordination agreement, as defined in Rule 15c3-1 under the Securities Exchange Act of 1934 (17 CFR 240. 15c3-1).*
> *If "Yes" to any part of Item 9, complete appropriate items on Schedule D, Page 1, Section IV, Arrangement Detail.*

## BD – BUSINESS AFFILIATES

## BD – Control Affiliates

|  | YES | NO |
|---|---|---|
| 10. A. Directly or indirectly, does *applicant control*, is *applicant controlled* by, or is *applicant* under common *control* with, any partnership, corporation, or other organization that is engaged in the securities or investment advisory business? | ○ | ◉ |

*If "Yes" to Item 10A, complete appropriate items on Schedule D, Page 2, Section V, Firm Affiliates.*

B. Directly or indirectly, is *applicant controlled* by any bank holding company, national bank, state member bank of the Federal Reserve System, state non-member bank, savings bank or association, credit union, or foreign bank?     ○ ◉

*If "Yes" to Item 10B, complete appropriate items on Schedule D, Page 3, Section VI, Bank Affiliates.*

## BD – DISCLOSURE QUESTIONS

11. Use the appropriate DRP for providing details to "yes" answers to the questions in Item 11. Refer to the Explanation of Terms section of Form BD Instructions for explanations of italicized terms.

## CRIMINAL DISCLOSURE

A. In the past ten years has the *applicant* or a *control affiliate*:     YES NO

  (1) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic, foreign or military court to any *felony*?     ○ ◉

  (2) been *charged* with any *felony*?     ○ ◉

B. In the past ten years has the *applicant* or a *control affiliate*:

  (1) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic, foreign or military court to a *misdemeanor involving*: investments or an *investment-related* business, or any *fraud*, false statements or omissions, wrongful taking of property, bribery, perjury, forgery, counterfeiting, extortion, or a conspiracy to commit any of these offenses?     ○ ◉

  (2) been *charged* with a *misdemeanor* specified in 11B(1)?     ○ ◉

## REGULATORY ACTION DISCLOSURE

C. Has the U.S. Securities and Exchange Commission or the Commodity Futures Trading Commission ever:     YES NO

(1) *found* the *applicant* or a *control affiliate* to have made a false statement or omission?     ○ ◉

(2) *found* the *applicant* or a *control affiliate* to have been *involved* in a violation of its regulations or statutes?     ○ ◉

(3) *found* the *applicant* or a *control affiliate* to have been a cause of an *investment-related* business having its authorization to do business denied, suspended, revoked, or restricted?     ○ ◉

(4) entered an *order* against the *applicant* or a *control affiliate* in connection with an *investment-related* activity?     ○ ◉

(5) imposed a civil money penalty on the *applicant* or a *control affiliate*, or *ordered* the *applicant* or a *control affiliate* to cease and desist from any activity?     ○ ◉

D. Has any other federal regulatory agency, any state regulatory agency, or *foreign financial regulatory authority*:

(1) ever *found* the *applicant* or a *control affiliate* to have made a false statement or omission or been dishonest, unfair, or unethical?     ○ ◉

(2) ever *found* the *applicant* or a *control affiliate* to have been *involved* in a violation of *investment-related* regulations or statutes?     ○ ◉

(3) ever *found* the *applicant* or a *control affiliate* to have been a cause of an *investment-related* business having its authorization to do business denied, suspended, revoked, or restricted?     ○ ◉

(4) in the past ten years, entered an *order* against the *applicant* or a *control affiliate* in connection with an *investment-related* activity?     ○ ◉

(5) ever denied, suspended, or revoked the *applicant*'s or a *control affiliate*'s registration or license or otherwise, by *order*, prevented it from associating with an *investment-related* business or restricted its activities?     ○ ◉

E. Has any *self-regulatory organization* or commodities exchange ever:

(1) *found* the *applicant* or a *control affiliate* to have made a false statement or omission?     ○ ◉

(2) *found* the *applicant* or a *control affiliate* to have been *involved* in a violation of its rules (other than a violation designated as a *"minor rule violation"* under a plan approved by the U.S. Securities and Exchange Commission)?     ○ ◉

(3) *found* the *applicant* or a *control affiliate* to have been the cause of an *investment-related* business having its authorization to do business denied, suspended, revoked, or restricted?     ○ ◉

(4) disciplined the *applicant* or a *control affiliate* by expelling or suspending it from membership, barring or suspending its association with other members, or otherwise restricting its activities?     ○ ◉

F. Has the *applicant's* or a *control affiliate's* authorization to act as an attorney, accountant, or federal contractor ever been revoked or suspended?     ○ ◉

G. Is the *applicant* or a *control affiliate* now the subject of any regulatory *proceeding* that could result in a "yes" answer to any part of 11C, D, or E?     ○ ◉

| CIVIL JUDICIAL ACTION DISCLOSURE |
|---|

H. (1) Has any domestic or foreign court:     **YES NO**

(a) in the past ten years, *enjoined* the *applicant* or a *control affiliate* in connection with any *investment-related* activity?     ○ ◉

(b) ever *found* that the *applicant* or a *control affiliate* was *involved* in a violation of *investment-related* statutes or regulations?     ○ ◉

(c) ever dismissed, pursuant to a settlement agreement, an *investment-related* civil action brought against the *applicant* or *control affiliate* by a state or *foreign financial regulatory authority*?     ○ ◉

| | | |
|---|---|---|
| (2) Is the *applicant* or a *control affiliate* now the subject of any civil *proceeding* that could result in a "yes" answer to any part of 11H(1)? | ○ | ◉ |

## FINANCIAL DISCLOSURE

| | YES | NO |
|---|---|---|
| I. In the past ten years has the *applicant* or a *control affiliate* of the *applicant* ever been a securities firm or a *control affiliate* of a securities firm that: | | |
| (1) has been the subject of a bankruptcy petition? | ○ | ◉ |
| (2) has had a trustee appointed or a direct payment procedure initiated under the Securities Investor Protection Act? | ○ | ◉ |
| J. Has a bonding company ever denied, paid out on, or revoked a bond for the *applicant*? | ○ | ◉ |
| K. Does the *applicant* have any unsatisfied judgments or liens against it? | ○ | ◉ |

## BD - TYPES OF BUSINESS

12. Check types of business engaged in (or to be engaged in, if not yet active) by *applicant*. Do not check any category that accounts for (or is expected to account for) less than 1% of annual revenue from the securities or investment advisory business.

| | | |
|---|---|---|
| A. | Exchange member engaged in exchange commission business other than floor activities. | ☐ **EMC** |
| B. | Exchange member engaged in floor activities. | ☐ **EMF** |
| C. | Broker or dealer making inter-dealer markets in corporate securities over-the-counter. | ☐ **IDM** |
| D. | Broker or dealer retailing corporate equity securities over-the-counter. | ☑ **BDR** |
| E. | Broker or dealer selling corporate debt securities. | ☑ **BDD** |
| F. | Underwriter or selling group participant (corporate securities other than mutual funds). | ☐ **USG** |
| G. | Mutual fund underwriter or sponsor. | ☐ **MFU** |
| H. | Mutual fund retailer. | ☑ **MFR** |
| I. | 1. U.S. government securities dealer. | ☐ **GSD** |
| | 2. U.S. government securities broker. | ☑ **GSB** |
| J. | Municipal securities dealer. | ☑ **MSD** |
| K. | Municipal securities broker. | ☑ **MSB** |
| L. | Broker or dealer selling variable life insurance or annuities. | ☑ **VLA** |
| M. | Solicitor of time deposits in a financial institution. | ☐ **SSL** |
| N. | Real estate syndicator. | ☐ **RES** |
| O. | Broker or dealer selling oil and gas interests. | ☐ **OGI** |
| P. | Put and call broker or dealer or option writer. | ☑ **PCB** |
| Q. | Broker or dealer selling securities of only one issuer or associate issuers (other than mutual funds). | ☐ **BIA** |
| R. | Broker or dealer selling securities of non-profit organizations (e.g., churches, hospitals). | ☐ **NPB** |
| S. | Investment advisory services. | ☐ **IAD** |
| T. | 1. Broker or dealer selling tax shelters or limited partnerships in primary distributions. | ☐ **TAP** |
| | 2. Broker or dealer selling tax shelters or limited partnerships in the secondary market. | ☐ **TAS** |

| | | | |
|---|---|---|---|
| U. | Non-exchange member arranging for transactions in listed securities by exchange member. | | ☑NEX |
| V. | Trading securities for own account. | | ☑TRA |
| W. | Private placement of securities. | | ☑PLA |
| X. | Broker or dealer selling interests in mortgages or other receivables. | | ☐MRI |
| Y. | Broker or dealer involved in a networking, kiosk or similar arrangement with a: | | |
| | 1. | bank, savings bank or association, or credit union. | ☐BNA |
| | 2. | insurance company or agency | ☐INA |
| Z. | Other *(give details on Schedule D, Page 1, Section II, Other Business)* | | ☐OTH |

**YES NO**

13. A. Does *applicant* effect transactions in commodity futures, commodities or commodity options as a broker for others or as a dealer for its own account?     ○ ◉

  B. Does *applicant* engage in any other non-securities business?     ○ ◉

  *If "yes", describe each other business briefly on Schedule D, Page 1, Section II, Other Business.*

---

### BD - DIRECT OWNERS

Are there any indirect owners of the *applicant* required to be reported on Schedule B?

◉ **Yes** ○ **No**

| Ownership Codes: | NA - less than 5% | B - 10% but less than 25% | D - 50% but less than 75% |
|---|---|---|---|
| | A   - 5% but less than 10% | C - 25% but less than 50% | E - 75% or more |

| Full Legal Name | DE/FE/I | Title or Status | Date Acquired | Own. Code | Control Person | PR | CRD #(or S.S.No., IRS Tax #, Emp. ID) |
|---|---|---|---|---|---|---|---|
| DOUGLAS C. GREEN, LLC | DE | MEMBER | 03/2006 | NA | N | N | 65-1114449 |
| MARTIN, KEVIN BRADLEY | I | MEMBER | 01/2002 | NA | Y | N | 1704674 |
| MELLO, LISA RENEE | I | FINANCIAL OPERATIONS PRINCIPAL, CHIEF COMPLIANCE OFFICER | 03/2002 | B | Y | N | 1465948 |
| PINYON CORPORATION | DE | MANAGING MEMBER | 02/2002 | E | Y | N | 14-1882289 |

### BD - INDIRECT OWNERS

| Ownership Codes: | NA - less than 5% | B - 10% but less than 25% | D - 50% but less than 75% |
|---|---|---|---|
| | A   - 5% but less than 10% | C - 25% but less than 50% | E - 75% or more |

| Full Legal Name | DE/FE/I | Entity in Which Interest is Owned | Status | Date Acquired | Own. Code | Control Person | PR | CRD # (or SSN, IRS Tax #, Emp. ID) |
|---|---|---|---|---|---|---|---|---|
| GREEN, DOUGLAS CHRISTOPHER | I | DOUGLAS C. GREEN, LLC | PRESIDENT | 03/2006 | E | Y | N | 1713027 |
| MARTIN, KEVIN BRADLEY | I | PINYON CORPORATION | MANAGING MEMBER | 02/2002 | E | Y | N | 1704674 |

### BD Schedule C - Amendments to Schedules A & B

In the Type of Amd. column, indicate "A" (addition), "D" (deletion), or "C" (change of information about the same *person*).

| Ownership Codes are: | NA - less than 5% | B - 10% but less than 25% | D - 50% but less than 75% | F - Other General Partners |
|---|---|---|---|---|
| | A - 5% but less than 10% | C - 25% but less than 50% | E - 75% or more | |

**List below all changes to Schedule A: (DIRECT OWNERS AND EXECUTIVE OFFICERS)**

| Full Legal Name | DE/FE/I | Type of Amd. | Title or Status | Date Acquired | Own. Code | Control Person | PR | CRD # (or SSN, IRS Tax #, Emp. ID) |
|---|---|---|---|---|---|---|---|---|
| MARTIN, KEVIN BRADLEY | I | A | MEMBER | 01/2002 | NA | Y | N | 1704674 |

**List below all changes to Schedule B: (INDIRECT OWNERS)**

| Full Legal Name | DE/FE/I | Type of Amd. | Entity in Which Interest is Owned | Status | Date Acquired | Own. Code | Control Person | PR | CRD # (or SSN, IRS Tax #, Emp. ID) |
|---|---|---|---|---|---|---|---|---|---|

## No Information Filed

| BD - OTHER BUSINESS NAMES |
|---|

## No Information Filed

| BD - OTHER BUSINESS |
|---|

Briefly describe any other business (Item 12Z).

Briefly describe any other non-securities business (Item 13B).

| BD - SUCCESSIONS |
|---|

Date of Succession:        Name of Predecessor:
MM/DD/YYYY

Firm CRD Number        IRS Employer Identification Number (if any)    SEC File Number (if any)
                                                              8-

Briefly describe details of the *succession* including any assets or liabilities not assumed by the *successor*.

| BD - ARRANGEMENTS / CONTROL PERSONS / FINANCING |
|---|

(check one)  ◉ Item 7  ○ Item 8A  ○ Item 8B  ○ Item 8C  ○ Item 9A  ○ Item 9B

*Applicant* must complete a separate Schedule D Page 1, Arrangement Detail for each affirmative response in this section including any multiple responses to any item. Complete the "Effective Date" box with Month, Day and Year that the arrangement or agreement became effective. When reporting a change or termination of an arrangement or agreement, enter the effective date of the change.

Organization/Individual Name:    CRD Number:    ◉ Entity
PERSHING LLC                7560
                                                  ○ Individual

**Business Address**

| | |
|---|---|
| **Street 1:** | **Street 2:** |
| ONE PERSHING PLAZA | |

| **City:** | **State:** | **Country:** | **Zip/Postal Code:** |
|---|---|---|---|
| JERSEY CITY | New Jersey | USA | 07399 |

**Effective Date MM/DD/YYYY**     **Termination Date MM/DD/YYYY**
07/09/2003

**Briefly describe the nature of reference or arrangement (ITEM 7 or ITEM 8); the nature of the *control* or agreement (ITEM 9A); or the method and amount of financing (ITEM 9B)**

PERSHING LLC WILL CONDUCT BUSINESS ON A FULLY DISCLOSED BASIS WITH: CROCKER SECURITIES LLC, 2999 OAK ROAD, STE. 230, WALNUT CREEK, CA 94597 UNDER THE FULLY-DISCLOSED CLEARING AGREEMENT, PERSHING LLC WILL ASSUME RESPONSIBLITY FOR MAINTAINING CERTAIN BOOKS OR RECORDS OF CROCKER SECURITIES, LLC.

**(check one)**     ○ **Item 7**     ◉ **Item 8A**     ○ **Item 8B**     ○ **Item 8C**     ○ **Item 9A**     ○ **Item 9B**

*Applicant* must complete a separate Schedule D Page 1, Arrangement Detail for each affirmative response in this section including any multiple responses to any item. Complete the "Effective Date" box with Month, Day and Year that the arrangement or agreement became effective. When reporting a change or termination of an arrangement or agreement, enter the effective date of the change.

| **Organization/Individual Name:** | **CRD Number:** | ◉ **Entity** |
|---|---|---|
| PERSHING LLC | 7560 | ○ **Individual** |

**Business Address**

| | |
|---|---|
| **Street 1:** | **Street 2:** |
| ONE PERSHING PLAZA | |

| **City:** | **State:** | **Country:** | **Zip/Postal Code:** |
|---|---|---|---|
| JERSEY CITY | New Jersey | USA | 07399 |

**Effective Date MM/DD/YYYY**     **Termination Date MM/DD/YYYY**
07/09/2003

**Briefly describe the nature of reference or arrangement (ITEM 7 or ITEM 8); the nature of the *control* or agreement (ITEM 9A); or the method and amount of financing (ITEM 9B)**

PERSHING LLC WILL CONDUCT BUSINESS ON A FULLY DISCLOSED BASIS WITH: CROCKER SECURITIES LLC, 2999 OAK ROAD, STE. 230 WALNUT CREEK, CA 94597 UNDER THE FULLY-DISCLOSED CLEARING AGREEMENT. PERSHING LLC, WILL ASSUME RESPONSIBILITIES FOR MAINTAINING CERTAIN BOOKS OR RECORDS OF CROCKER SECURITIES LLC.

**(check one)**     ○ **Item 7**     ○ **Item 8A**     ◉ **Item 8B**     ○ **Item 8C**     ○ **Item 9A**     ○ **Item 9B**

*Applicant* must complete a separate Schedule D Page 1, Arrangement Detail for each affirmative response in this section including any multiple responses to any item. Complete the "Effective Date" box with Month, Day and Year that the arrangement or agreement became effective. When reporting a change or termination of an arrangement or agreement, enter the effective date of the change.

| **Organization/Individual Name:** | **CRD Number:** | ◉ **Entity** |
|---|---|---|
| PERSHING LLC | 7560 | ○ **Individual** |

**Business Address**

| | |
|---|---|
| **Street 1:** | **Street 2:** |
| ONE PERSHING PLAZA | |

| **City:** | **State:** | **Country:** | **Zip/Postal Code:** |
|---|---|---|---|
| JERSEY CITY | New Jersey | USA | 07399 |

**Effective Date MM/DD/YYYY**     **Termination Date MM/DD/YYYY**

07/09/2003

**Briefly describe the nature of reference or arrangement (ITEM 7 or ITEM 8); the nature of the *control* or agreement (ITEM 9A); or the method and amount of financing (ITEM 9B)**

PERSHING LLC WILL CONDUCT BUSINESS ON A FULLY DISCLOSED BASIS WITH: CROCKER SECURITIES LLC, 2999 OAK ROAD, STE 230, WALNUT CREEK, CA 94597 UNDER THE FULLY-DISCLOSED CLEARING AGREEMENT. PERSHING LLC WILL ASSUME RESPONSIBILITY FOR MAINTAINING CERTAIN BOOKS OR RECORDS OF CROCKER SECURITIES LLC.

**(check one)**   ○ **Item 7**   ○ **Item 8A**   ○ **Item 8B**   ◉ **Item 8C**   ○ **Item 9A**   ○ **Item 9B**

*Applicant* must complete a separate Schedule D Page 1, Arrangement Detail for each affirmative response in this section including any multiple responses to any item. Complete the "Effective Date" box with Month, Day and Year that the arrangement or agreement became effective. When reporting a change or termination of an arrangement or agreement, enter the effective date of the change.

| **Organization/Individual Name:** PERSHING LLC | **CRD Number:** 7560 | ◉ **Entity** ○ **Individual** |
|---|---|---|

**Business Address**

| **Street 1:** ONE PERSHING PLAZA | **Street 2:** |
|---|---|

| **City:** JERSEY CITY | **State:** New Jersey | **Country:** USA | **Zip/Postal Code:** 07399 |
|---|---|---|---|

| **Effective Date MM/DD/YYYY** 07/09/2003 | **Termination Date MM/DD/YYYY** |
|---|---|

**Briefly describe the nature of reference or arrangement (ITEM 7 or ITEM 8); the nature of the *control* or agreement (ITEM 9A); or the method and amount of financing (ITEM 9B)**

PERSHING LLC WILL CONDUCT BUSINESS ON A FULLY DISCLOSED BASIS WITH: CROCKER SECURITIES LLC, 2999 OAK ROAD, STE. 230, WALNUT CREEK, CA 94597 UNDER THE FULLY DISCLOSED CLEARING AGREEMENT. PERSHING LLC WILL ASSUME RESPONSIBILITY FOR MAINTAINING CERTAIN BOOKS OR RECORDS OF CROCKER SECURITIES LLC.

## BD - AFFILIATES
# No Information Filed

## BD - BRANCHES
# No Information Filed

### BD - CRIMINAL DRP
No Information Filed

### BD - REGULATORY ACTION DRP
No Information Filed

### BD - CIVIL JUDICIAL DRP
No Information Filed

### BD - BANKRUPTCY DRP
No Information Filed

### BD - BOND DRP
No Information Filed

### BD - JUDGMENT LIEN DRP
No Information Filed

**For more information—** If you have questions about our business community planning, you can contact us at 2999 Oak Rd., Suite 230 Walnut Creek, CA 94597 or at LM@crockersecurities.com.

## SEC ORDER DISCLOSURE

### Required Disclosure of Order Execution Information Pursuant to SEC Rule 11Ac16—

Crocker Securities LLC utilizes Pershing, LLC, ("Pershing") as its clearing firm, and all equity and option orders are submitted to Pershing for execution. Crocker Securities does not route orders to a specific market maker, but depends on Pershing to make this determination. Crocker Securities does not receive any payment for order flow.

Pershing may receive remuneration, compensation, or other consideration for directing customer orders for equity securities to particular broker/dealers or market centers for execution. Such consideration takes the form of financial credits, monetary payments or reciprocal business. More information on Pershing's order-routing procedures is available at www.orderroutingdisclosure.com. You will need to type "Crocker Securities LLC" in the "Enter Broker-Dealer's Full Name" entry field.

### SEC Required Report on Routing of Customer Orders— Pershing transmits customer orders for execution to various exchanges or market centers based on a number of factors. These include: size of order, trading characteristics of the security, favorable execution prices (including the opportunity for price improvement), access to reliable market data, availability of efficient automated transaction processing and reduced execution costs through price concessions from the market centers.

## FINRA Disclosure

925-941-1540 T
925-941-1542 F
800-941-2922

2999 Oak Road,
Suite 1010
Walnut Creek, CA 94597

Member
**FINRA SIPC MSRB**