Peter B. Sandmann, Esq., No. 49012
TESLER, SANDMANN & FISHMAN
163 Miller Avenue, Suite 4
Mill Valley, CA  94941
(415) 383-5600 [telephone]
(415) 383-5675 [facsimile]
Email: pbs@lawtsf.com

SPECIAL APPEARANCE for Defendant
DOUGLAS GREEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSHING LLC,           )<br>                         )<br>        Plaintiff,     )<br>                         )<br>v.                       )<br>                         )<br>CROCKER SECURITIES LLC   )<br>and DOUGLAS GREEN,      )<br>                         )<br>        Defendants.     )<br>_____/ | Case No. cv-08-3141 WHA<br><br>**SPECIAL APPEARANCE ON BEHALF OF DEFENDANT DOUGLAS GREEN IN SUPPORT OF MOTION FOR DISSOLUTION OF TRO AND OSC, MOTION TO STAY AND TO COMPEL ARBITRATION, AND MOTION FOR PROTECTIVE ORDER** |

I, Peter B. Sandmann, a member of the bar of this Court, hereby appear specially on behalf of defendant DOUGLAS GREEN, for the sole purpose of supporting his Motion for Dissolution of this Court's <u>ex parte</u> Temporary Restraining Order and Order to Show Cause, his Motion for Stay and to Compel Arbitration, and his Motion for Protective Order.

Date:  July 7, 2008                TESLER, SANDMANN & FISHMAN
                                    SPECIAL APPEARANCE for
                                    defendant DOUGLAS GREEN

                                    By: /s/ Peter B. Sandmann
                                    _____
                                         Peter B. Sandmann

**SPECIAL APPEARANCE ON BEHALF OF DEFENDANT DOUGLAS GREEN**        1