GEORGE L. GUERRA, CASB No. 158263
FOWLER WHITE BOGGS BANKER P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, Florida 33602
Tel: (813) 228-7411
Fax: (813) 229-8313
Email: george.guerra@fowlerwhite.com

Attorney for Defendant
DOUGLAS GREEN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL DIVISION**

PERSHING LLC,

Plaintiff,

vs.

CROCKER SECURITIES LLC and DOUGLAS GREEN,

Defendants.

CASE NO. CV-08-3141 WHA

**DECLARATION OF DOUGLAS GREEN IN SUPPORT OF MOTIONS FOR PROTECTIVE ORDER AND FOR DISSOLUTION OF EX-PARTE ORDER GRANTING TRO, ORDER TO SHOW CAUSE AND EXPEDITED DISCOVERY AND TO COMPEL ARBITRATION**

I, Douglas Green, declare:

1. I am over the age of 18 and have personal knowledge of the matters stated here in.

2. At all times relevant to the claims made in the subject proceeding, I was registered to sell securities through Crocker Securities.

3. As a registered person with a member firm, it is my understanding that I am obligated to arbitrate any disputes with other member firm such as Pershing.

Executed this 7th day of July, 2008 at Lighthouse Point, Florida.

DOUGLAS GREEN