**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERSHING LLC,

       Plaintiff,

 v.

CROCKER SECURITIES LLC and
DOUGLAS GREEN,

       Defendant.
_____/

No. C 08-03141 WHA

**CLERK'S NOTICE SCHEDULING HEARING**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

    YOU ARE NOTIFIED THAT the Court has scheduled Defendant Douglas Green's Motion for Protective Order and Motion for Dissolution of Order Granting TRO and Order to Show Cause for **July 7, 2008 at 3:30 p.m.**, before the Honorable Charles R. Breyer.  Please report to Courtroom 9, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: July 7, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Dawn K. Toland
Courtroom Deputy to the
Honorable William Alsup