IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERSHING LLC,

        Plaintiff,

  v.

CROCKER SECURITIES LLC and
DOUGLAS GREEN,

        Defendant.
                                   /

No. C 08-03141 WHA

**CLERK'S NOTICE
RE COURTROOM**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

      YOU ARE NOTIFIED THAT the hearing set for July 7, 2008 at 3:30 pm before the Honorable Charles R. Breyer shall be held in Courtroom **8**, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: July 7, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Dawn K. Toland
Courtroom Deputy to the
Honorable William Alsup