1  PETER R. BOUTIN, CASB No. 65261
   peter.boutin@kyl.com
2  GORDON C. YOUNG, CASB No. 158100
   gordon.young@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone:   (415) 398-6000
   Facsimile:   (415) 981-0136
6
   Attorneys for Plaintiff
7  PERSHING LLC

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11  PERSHING LLC,                         )  Case No. cv-08-3141 WHA
                                          )
12                          Plaintiff,    )  **DECLARATION OF GARRETT R.**
                                          )  **WYNNE IN OPPOSITION TO MOTION**
13           vs.                          )  **TO DISSOLVE TEMPORARY**
                                          )  **RESTRAINING ORDER AND ORDER**
14  CROCKER SECURITIES LLC and            )  **TO SHOW CAUSE, STAY**
    DOUGLAS GREEN,                        )  **PROCEEDINGS AND COMPEL**
15                                        )  **ARBITRATION**
                            Defendants.   )
16                                        )
                                          )
17  _____

18

19

20        I, GARRETT R. WYNNE, declare as follows:

21        1.      I am an attorney with Keesal, Young & Logan, counsel of record

22  herein for Plaintiff Pershing LLC ("Pershing"), and have personal knowledge of each and

23  all of the facts set forth in this declaration.

24        2.      On July 1, 2008, I was provided by Pershing with a copy of a cease

25  and desist letter dated June 30, 2007 that had been sent by Debra J. Pohlson, Associate

26  District Director for FINRA to Kevin Martin of Defendant Crocker Securities LLC.  A

27  true and correct copy of the letter is attached hereto as Exhibit 1.

28        3.      On July 3, 2008, I, along with Peter Boutin, participated in a

                                    - 1 -                        KYL_SF463848

DECLARATION OF GARRETT R. WYNNE

1  telephone call with Defendant Douglas Green's attorney, George L. Guerra.  During this

2  telephone call, Mr. Boutin asked Mr. Guerra to provide a summary of Mr. Green's

3  anticipated reasonable living expenses  and proposed language for a stipulated

4  modification of Paragraph 1(b) of the Order.  Mr. Green's attorney advised that

5  information on Mr. Green's financial condition would be promptly provided.  To date, Mr.

6  Green has not provided any proposed alternative language for Paragraph 1(b) of the

7  order.  This morning Mr. Guerra provided a one page, unverified document by electronic

8  mail regarding Mr. Green's financial condition.  While the document identifies several

9  purported liabilities, the only monthly expense specifically identified by Mr. Green,

10  though his counsel, is a purported alimony/child support payment.

11

12      I declare under penalty of perjury under the laws of the United States and the

13  State of California that the foregoing is true and correct.

14

15      Executed this 7th day of July, 2008 at San Francisco, California.

16

17

18  _____

19  GARRETT R. WYNNE

20

21

22

23

24

25

26

27

28

- 2 -

KYL_SF463848

DECLARATION OF GARRETT R. WYNNE

EXHIBIT "1"

Fax sent by  : 4152171200                FINRA                    07-01-08 09:10    Pg: 2/2



Financial Industry Regulatory Authority

**Via Facsimile (916) 941-8933 and First Class U.S. Mail**

June 30, 2008

Kevin Martin
Chief Executive Officer
Crocker Securities LLC
2999 Oak Road, Suite 1010
Walnut Creek, CA 94597

Dear Mr. Martin:

FINRA has fully considered the information that Crocker Securities LLC has provided to us as of June 30, 2008 by telephone the firm is below net capital required by Net Capital Rule, SEC Rule 15c3-1. **A firm out of compliance with the Net Capital Rule is required by the terms of the rule to cease conducting a securities business.** In this regard, should Crocker Securities LLC conduct a securities business, other than to engage in liquidating transactions, while out of compliance with the Net Capital Rule, the firm and the responsible individual(s) will be subject to formal disciplinary or other action. Liquidating transactions are limited to the following: (1) liquidation of proprietary long positions, (2) purchases to cover proprietary short positions, (3) liquidation of customer long positions; and (4) purchases to cover customer short positions. All transactions enumerated in items (1) through (4) must be executed only with *other* broker/dealers.

Based on the above, we believe that Crocker Securities LLC has an obligation to send notice to the SEC and to FINRA (as Crocker Securities LLC designated examining authority), pursuant to SEC Rule 17a-11(b) and (g), and the firm should promptly refer to that Rule to understand its obligation regarding the notification(s) and time frames. The notice must further specify that FINRA has advised Crocker Securities LLC that it is in apparent violation of SEC Rule 15c3-1. The notice may specify Crocker Securities LLC's agreement or reasons for disagreement with FINRA. To assist you, the facsimile numbers to which the notices must be sent are enclosed. If Crocker Securities LLC fails to comply with SEC Rule 17a-11 notice requirements, FINRA will notify the SEC of Crocker Securities LLC's failure, as required by SEC Rule 17a-11(f); and the firm and the responsible individual(s) will be subject to additional disciplinary action.

Any questions regarding this matter may be directed to the undersigned at David Lee, Examination Manager, at (415) 217-1138.

Sincerely,

Debra J. Pohlson
Associate District Director

cc:    Susan Demando, FINRA, Financial Operations, DC – Fax: (202) 728-8341
       Claire Santaniello, Managing Director, Pershing – Fax: (201) 413-5284
       Securities and Exchange Commission (SEC), DC – Fax: (202) – 772-9273
       SEC, Marc Fagel, Regional Director, San Francisco – Fax: (415) 705-2501

Investor protection. Market integrity.

One Montgomery Street            415 217 1100
Suite 2100                       f 415 956 1931
San Francisco, CA                www.finra.org
94104