IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERSHING LLC,

    Plaintiff,

v.

CROCKER SECURITIES,

    Defendant.

No. C 08-03141 WHA

**ORDER DISSOLVING TEMPORARY RESTRAINING ORDER AND VACATING ORDER GRANTING EXPEDITED DISCOVERY**

For the reasons stated at the emergency hearing held on July 7, the temporary restraining order and order granting expedited discovery entered on July 2, are hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: July 7, 2008.

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE