**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **July 7, 008**

**C-08-03141** WHA

**PERSHING LLC** v. **CROCKER SECURITIES**

| Attorneys: | Peter Boutinn | Peter Sandman |
|---|---|---|
| | | Micah Jacobs |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Lydia Zinn**

**PROCEEDINGS:**                                                                                   **RULING:**

1. Dft Green's Motion for Protective Order

2. Dft Green's Motion for Dissolution of Order Granting TRO and OSC

3. 

**ORDERED AFTER HEARING:**

The Court dissolves the TRO and vacates discovery order

( ) ORDER TO BE PREPARED BY:    Plntf ____    Deft ____    Court ____

( ) Referred to Magistrate Judge for: ____

( ) CASE CONTINUED TO ____    for ____

Discovery Cut-Off ____                              Expert Discovery Cut-Off ____
Plntf to Name Experts by ____              Deft to Name Experts by ____
P/T Conference Date ____        Trial Date ____        Set for ____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: ____