IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERSHING LLC,

    Plaintiff,

  v.

CROCKER SECURITIES, LLC, and
DOUGLAS GREEN,

    Defendants.

No. C 08-03141 WHA

**ORDER TO SHOW CAUSE**

    Attorney Gordon Craig Young is **ORDERED TO APPEAR** on **WEDNESDAY, JULY 16, 2008, AT 1:30 P.M.** and to **SHOW CAUSE** why he should not be found to have misled the Court into granting an *ex parte* TRO based on the representation appearing in the transcript at pages 3 and 4 for July 1, 2008, and to **SHOW CAUSE** why he (not his client) should not be required to reimburse defendants for all fees and expenses incurred in obtaining a dissolution of the TRO and/or be reported to the state bar. In this regard, Attorney Young shall read the transcript of the proceedings held before the general duty judge on July 7, 2008.

    **IT IS SO ORDERED.**

Dated: July 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE