1  PETER R. BOUTIN, CASB NO. 65261
   peter.boutin@kyl.com
2  GORDON C. YOUNG, CASB NO. 158100
   gordon.young@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone:    (415) 398-6000
   Facsimile:    (415) 981-0136
6
   Attorneys for Plaintiff
7  PERSHING LLC

8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 PERSHING LLC,                         ) Case No. cv-08-3141 WHA
                                         )
13                 Plaintiff,            ) **NOTICE OF VOLUNTARY DISMISSAL**
                                         ) **WITHOUT PREJUDICE**
14         vs.                           )
                                         )
15 CROCKER SECURITIES LLC and DOUGLAS    )
   GREEN,                                )
16                                       )
                   Defendants.           )
17 _____)

18

19     NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff

20 PERSHING LLC ("Pershing") voluntarily dismisses the above-captioned action without prejudice.

21

22

23 DATED: July 11, 2008                  /s/ GORDON C. YOUNG
                                         _____
                                         PETER R. BOUTIN
24                                       GORDON C. YOUNG
                                         KEESAL, YOUNG & LOGAN
25                                       ATTORNEYS FOR PLAINTIFF
                                         PERSHING LLC
26

27

28