1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERSHING LLC,

       Plaintiff,

  v.

CROCKER SECURITIES, LLC, and
DOUGLAS GREEN.

       Defendants.

_____/

No. C 08-03141 WHA

**ORDER REAFFIRMING
OSC HEARING**

     **PLEASE TAKE NOTICE** that the order to show cause hearing is still on calendar for

**WEDNESDAY, JULY 16, 2006, AT 1:30 P.M.** despite plaintiff's notice of voluntary dismissal.


     **IT IS SO ORDERED.**


Dated:  July 14, 2008.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE