**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL PRETRIAL MINUTES</u>

JUDGE WILLIAM ALSUP

Date: <u>July 16, 2008</u>

Case No.  <u>C08-3141 WHA</u>

Title: PERSHING LLC  v. CROCKER SECURITIES, LLC, and DOUGLAS GREEN

Plaintiff Attorneys:    Peter Boutin for Pershing LLC;  Gordon Young

Defense Attorneys:   Peter Sadmann for Douglas Green

Deputy Clerk: <u>Frank Justiliano</u>

Court Reporter: Sahar McVickar

**<u>PROCEEDINGS</u>**

1)   <u>Order to Show Cause - Held.                                                     </u>


**ORDERED AFTER HEARING:**

After hearing the explanation of Mr. Young , the Court finds misrepresentation by Mr. Young  by his omission of the arbitration and venue clause.   However, the Court discharged the OSC without prejudice.  Mr. Young was reminded of his duty to act as an officer of the court.  There will be no sanction or referral to the state bar.  Mr. Sandmann may bring a motion for fees.