1  PETER R. BOUTIN, CASB NO. 65261
   peter.boutin@kyl.com
2  GORDON C. YOUNG, CASB NO. 158100
   gordon.young@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone:   (415) 398-6000
   Facsimile:   (415) 981-0136
6
   Attorneys for Plaintiff
7  PERSHING LLC

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 PERSHING LLC,                        ) Case No. cv-08-3141 WHA
                                        )
13                      Plaintiff,      ) **NOTICE OF CHANGE OF ADDRESS**
                                        )
14         vs.                          )
                                        )
15 CROCKER SECURITIES LLC and DOUGLAS   )
   GREEN,                               )
16                                      )
                        Defendants.     )
17 _____)

18
       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
19
       PLEASE TAKE NOTICE THAT counsel Plaintiff PERSHING LLC will be moving.
20
   Keesal, Young & Logan's new address, effective July 14, 2008 will be:
21
           KEESAL, YOUNG & LOGAN
22         450 Pacific Avenue
           San Francisco, CA 94133
23         Phone and fax numbers will remain the same.

24     All correspondence should be directed to our new address effective July 14, 2008.

25

26 DATED: July 17, 2008
                                              /s/ Gordon C. Young
27                                            _____
                                              PETER R. BOUTIN
28                                            GORDON C. YOUNG
                                              KEESAL YOUNG & LOGAN
                                              Attorneys for PERSHING LLC

                                     - 1 -                                KYL_SF464034
   NOTICE OF CHANGE OF ADDRESS - Case No. C 08 3141 WHA