GEORGE L. GUERRA, CASB No. 158263
FOWLER WHITE BOGGS BANKER P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, Florida 33602
Tel: (813) 228-7411
Fax: (813) 229-8313
Email: george.guerra@fowlerwhite.com

Attorney for Defendant
DOUGLAS GREEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSHING LLC, | CASE NO. CV-08-3141 WHA |
| Plaintiff, | **MOTION FOR ATTORNEYS' FEES AND COSTS** |
| vs. | HEARING DATE: OCT. 2, 2008 |
| CROCKER SECURITIES LLC and DOUGLAS GREEN, | HEARING TIME: 8:00 A.M.<br>LOCATION: COURTROOM 9 |
| Defendants. | |

Defendant, **DOUGLAS GREEN** ("MR. GREEN"), respectfully requests an order from this Court granting this Motion for Attorneys' Fees and Costs. The subject Motion is based on the matters stated herein, the attendant Memorandum of Points and Authorities in support of this Motion, as well as, the Orders entered in connection with the dissolution of this Court's July 1, 2008, Ex Parte Order granting Plaintiff's application for TRO and the Order to Show Cause issued by this Court and discharged on July 16, 2008. Specifically, Douglas Green seeks to recover attorneys' fees expended in

connection with the defending a frivolous *ex parte* Temporary Restraining Order obtained by the Plaintiff and Order granting expedited discovery.

Dated this 25th day of August, 2008.

        Respectfully submitted,

s/ George L. Guerra, Esq.
George L. Guerra
California Bar No: 158263
**FOWLER WHITE BOGGS BANKER P.A.**
P.O. Box 1438
Tampa, FL 33601
(813) 228-7411
Fax No: (813) 229-8313
Email: george.guerra@fowlerwhite.com
Attorney for Defendant