GEORGE L. GUERRA, CASB No. 158263
FOWLER WHITE BOGGS BANKER P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, Florida 33602
Tel: (813) 228-7411
Fax: (813) 229-8313
Email: george.guerra@fowlerwhite.com

Attorney for Defendant
DOUGLAS GREEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSHING LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CROCKER SECURITIES LLC<br>and DOUGLAS GREEN,<br><br>    Defendants. | CASE NO. CV-08-3141 WHA<br><br>**NOTICE OF HEARING FOR DEFENDANT GREEN'S MOTION FOR ATTORNEYS' FEES AND COSTS TO BE HELD OCTOBER 2, 2008 AT 8:00 A.M.** |

**PLEASE TAKE NOTICE** that Defendant, **DOUGLAS GREEN** ("MR. GREEN"), hereby gives notice that on Thursday, October 2, 2008 at 8:00 a.m. at the United States District Court, Northern District of California, Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, California 94102 or as soon thereafter as counsel may be heard.

The undersigned counsel for Defendant will call up before The Honorable William H. Alsup, to hear the following:

1

**Defendant Green's Motion for Attorneys' Fees and Costs**

30 minutes have been set aside for the hearing in this matter.

Counsel for Mr. Green has conferred with plaintiff's counsel, the offices of Keesal, Young & Logan, on August 21, 2008 and the parties have agreed to the above hearing date.

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

Dated this 25th day of August, 2008.

Respectfully submitted,

s/ George L. Guerra, Esq.
George L. Guerra

cc:   The Honorable William H. Alsup