GEORGE L. GUERRA, CASB No. 158263
FOWLER WHITE BOGGS BANKER P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, Florida 33602
Tel: (813) 228-7411
Fax: (813) 229-8313
Email: george.guerra@fowlerwhite.com

Attorney for Defendant
DOUGLAS GREEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSHING LLC, | CASE NO. CV-08-3141 WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND COSTS** |
| vs. | |
| CROCKER SECURITIES LLC and DOUGLAS GREEN, | |
| Defendants. | |

This cause having come before the Court on Defendant Douglas Green's Motion for Attorneys' Fees, and after being fully advised in the premises,

**IT IS ORDERED** that:

1. Defendant Green's Motion for Attorneys' Fees, filed pursuant to Fed. R. Civ. P. 11 and this Court's Orders rendered in connection with the dissolution of

the July 1, 2008, *ex parte* Order granting Plaintiff's application for TRO is GRANTED.

2.  Gordon C. Young failed to disclose to this Court when seeking an *ex parte* TRO that: (1) a valid and binding arbitration agreement existed between the parties, and (2) a venue provision required Plaintiff to seek preliminary injunctive relief from a tribunal in Milwaukee, Wisconsin. As such, Plaintiff's motion for the *ex parte* TRO was frivolous. The law firm of Keesal Young & Logan shall be held jointly responsible for its partner's filing of the frivolous motion.

3.  A monetary sanction shall issue in the amount of reasonable attorneys' fees and costs, which shall be determined at a hearing upon this matter. Counsel for Defendant Green shall coordinate the hearing and set it with the Court.

ORDERED AND ADJUDGED on this ___ day of _____, 2008.

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE